## In the Matter Of:

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

---

## TALITHIA NEWSOME

*July 12, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
1              IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                      ATLANTA DIVISION

3      UNITED STATES OF AMERICA,

4              Plaintiff,            CIVIL ACTION NO.
       vs.                          1:16-CV-03088-ELR
5
       STATE OF GEORGIA,
6
               Defendant.
7
```

8    Videotaped deposition of TALITHIA NEWSOME, taken on

9    behalf of the Plaintiff, pursuant to Notice and

10   agreement of counsel, in accordance with the Federal

11   Rules of Civil Procedure, before Maureen S. Kreimer,

12   CCR, CRR, Notary Public, at 864 Broad Street, Augusta,

13   Georgia on July 12, 2022 between the hours of 9:15

14   a.m. and 6:47 p.m.

15   _____

16

17

18

19

20

21

22

23

24

25



```
 1                  INDEX TO PROCEEDINGS

 2                   EXAMINATION INDEX

 3      TALITHIA F. NEWSOME

 4      Examination by Ms. Hamilton                       7

 5                     EXHIBIT INDEX

 6    Plaintiff's
```

```
 7      P-192    Subpoena to Ms. Newsome                  9

 8      P-193    Résumé for Talithia Newsome             16

 9      P-194    Sand Hills GNETS, Process in Place      29
                 and Description of the Process
10               document 000782-783

11      P-195    8/20/21 Student Enrollment              78
                 Spreadsheet for the Thomson
12               program

13      p-196    Student Enrollment Spreadsheet for      88
                 the Richmond program for the
14               '21-'22 school year

15      P-197    Staff Spreadsheet 000315 to 000317     114

16      P-198    Consideration of Services packet       150
                 000347-359
17
        P-199    Guiding Questions for                  159
18               Consideration of GNETS Services
                 000361-362
19
        P-200    GNETS Confidential Student             178
20               Information Packet

21      P-201    "GNETS Services Flow Chart."           186
                 000360
22
        P-202    Request for GNETS Consultation         207
23
        P-203    Sand Hills Level System 000363-364     214
24

25
```



1     P-204      Sand Hills GNETS DIP 2020-2022         262
                 000754-756
2
      P-205      GNETS Program Strategic Plan           265
3                Improvement Plan FY 2020
                 000757-781.
4
      P-206      Sand Hills list of service             268
5                providers document labeled Item 19
                 Numbered 002812-814
6
      P-207      Program Letter of Agreement            279
7                Between MCG and County Board of
                 Education re Londino 002804-2807
8
      P-208      12-1-20 Email from newsome to          286
9                group, Subject APEX participation
                 GA00963618
10
                 PREVIOUSLY MARKED EXHIBITS
11
      P-82       Rule 160-4-7-.15 Georgia Network       143
12               for Educational and Therapeutic
                 Support (GNETS)
13

14    (End of Index)

15

16

17

18

19

20

21

22

23

24

25



1   APPEARANCES OF COUNSEL:

2   On behalf of the Plaintiff:

3           ANDREA E. HAMILTON, ESQ.
            KELLY GARDNER WOMACK, ESQ.
4           United States Department of Justice
            Civil Rights Division
5           950 Pennsylvania Avenue NW
            Washington, DC 20530
6           Phone: 202.514.4092
            Email: Andrea.hamilton@usdoj.gov
7           Email: Kelly.gardner@usdoj.gov

8   On behalf of the Defendant:

9           MELANIE JOHNSON, ESQUIRE (via Zoom)
            DANIELLE HERNANDEZ, ESQUIRE (via Zoom)
10          ANNA EDMONDSON, ESQUIRE (via Zoom)
            Robbins Alloy Belinfante Littlefield
11          500 14th Street, N.W.
            Atlanta, Georgia  30318
12          Phone: 404.856.3261
            Email: Mjohnson@robbinsfirm.com
13          Email: Dhernandez@robbinsfirm.com
            Email: Aedmondson@robbinsfirm.com

14
    On behalf of the Richmond County School System and the
15  Witness Talithia Newsome:

16          KIM FLETCHER BOWDEN, ESQ.
            Fletcher, Harley & Fletcher LLP
17          3529 Walton Way Extension
            Augusta, Georgia 30909
18          Phone: 706.724.0558
            Email: Kim@fhflaw.com

19

20
    (APPEARANCES CONTINUED NEXT PAGE)
21

22

23

24

25



1 | On behalf of the Richmond County Board of Education:

2 |              LEONARD O. FLETCHER, JR., ESQ.
                 Fletcher, Harley & Fletcher LLP
3 |              3529 Walton Way Extension
                 Augusta, Georgia 30909
4 |              Phone: 706.724.0558
                 Email: Lofletcher@fhflaw.com
5 |
       Videographer:   Summer Menkee
6 |

7 |    Also Present via Zoom:

8 |    Michelle Tucker, Esq., Department of Justice

9 |    Laura Taylor, Esq., Department of Justice

10 |   Victoria M. Lill, Esq., Department of Justice

11 |   Stacey Suber-Drake, Esq., Georgia Dept. of Education

12 |   Amy McCart

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |



1      (Whereupon, disclosure as required by the

2   Georgia Board of Court Reporting having been

3   made by the court reporter, a written copy of

4   which is attached hereto.)

5      THE VIDEOGRAPHER:  Good morning.  Today's

6   date is July 12th, 2022.  This is the deposition

7   of Talithia Newsome, director of Sand Hills GNETS

8   program.  This deposition is being taken at the

9   Richmond County Board of Education in Augusta,

10   Georgia.  The court number, file number is

11   116CV03088-ELR.  The time is 9:16 Eastern.

12      I'm your videographer Summer Menke with

13   Esquire Deposition Solutions.  Our court reporter

14   is Maureen -- and if you could say your last

15   name, Maureen.

16      REPORTER:  Kreimer.

17      THE VIDEOGRAPHER:  We are both with Esquire

18   Depositions today.  If all attorneys in the room

19   announce their names and whom they represent,

20   then will the Zoom parties announce their names

21   for the record and who they represent, then our

22   court reporter will swear in the witness.

23      MS. FLETCHER BOWDEN:  Kim Fletcher Bowden,

24   attorney for the Richmond County School System.

25      MR. FLETCHER:  Pete Fletcher, attorney for



 1        the Richmond County Board of Education.

 2            MS. HAMILTON:  Andrea Hamilton, attorney for

 3        the United States.

 4            MS. GARDNER:  Kelly Gardner, attorney for

 5        the United States.

 6                    TALITHIA F. NEWSOME,

 7    having been first duly sworn, was examined and

 8    testified as follows:

 9            REPORTER:  You can proceed, Counsel.

10                    EXAMINATION

11    BY MS. HAMILTON:

12        Q.   Good morning, Ms. Newsome.  How are you

13    today?

14        A.   Good morning.  I'm fine.

15        Q.   My name is Andrea Hamilton, and I represent

16    the United States.  I'll be taking your deposition

17    today.

18            Will you please state your full name for the

19    record?

20        A.   Talithia Franceta Newsome.

21        Q.   I'll be asking you a series of questions,

22    and as you heard, you're under oath to provide

23    complete and honest answers to those questions.

24            Do you understand?

25        A.   I understand.



1    Q.   If you do not understand a question that I

2    ask, you should feel free to let me know and I will

3    try to rephrase that question, okay?

4    A.   Okay.

5    Q.   Also, if you're not sure of an answer or

6    don't have a complete answer, you must still answer

7    the question to the extent that you can, okay?

8    A.   Okay.

9    Q.   If you need to break at any point, please

10   tell me or your attorney.  We will let you finish your

11   answer if you're in the midst of answering a question,

12   and then we can discuss when or if to break, is that

13   fine?

14   A.   That's fine.

15   Q.   And we'd also discussed with your attorney

16   that we'll likely take a break probably roughly every

17   90 minutes or so, and we'll also break midday for

18   lunch.

19   A.   Okay.  Great.

20   Q.   As you can see, the court reporter is

21   recording all that's being said here.  Because she can

22   only record our words, we just ask that you speak

23   clearly and answer every question with a verbal

24   response.

25        Do you understand?



1      A.   I understand.

2      Q.   Also, I want us to avoid talking over each

3  other.  I don't anticipate that being a major issue,

4  but just so that you know, I'll try not to interrupt

5  you when you're answering questions, and I'd just ask

6  that you try to do your best to let me finish my

7  questions before you start to answer, okay?

8      A.   Okay.

9      Q.   Is there any reason that you can think of

10  that you would not be able to answer any of my

11  questions fully and truthfully?

12      A.   I can't think of any unless I just don't

13  know.

14          MS. HAMILTON:  And then before we get

15          started, I do just want to note on the record

16          that the United States and counsel for the

17          witness, and also the State of Georgia in our

18          prior depositions, have agreed that all

19          objections except as to form and responsiveness

20          and privilege will be reserved until trial.

21          So I am handing the court reporter what I

22          would like to have marked as Plaintiff's

23          Exhibit 192.

24      (Plaintiff's Exhibit P-192 marked.)

25  BY MS. HAMILTON:



1       Q.   All right.  You've just been handed

2   Plaintiff's Exhibit 192.  This is a subpoena to

3   testify at a deposition in a civil action, and the

4   subpoena is directed to Talithia Newsome.  Do you see

5   that?

6       A.   I do.

7       Q.   Okay.  Is that you?

8       A.   It is.

9       Q.   Have you seen this document before today?

10      A.   I have.

11      Q.   Okay.  Were you served with this document at

12  home?

13      A.   No.

14      Q.   Okay.  Were you served with it at another

15  location?

16      A.   It was -- I was at work.

17      Q.   Okay.  And you're here today on account of

18  this document?

19      A.   That is correct.

20      Q.   If you note at the top of this document do

21  you see where it says case name United States versus

22  State of Georgia?

23      A.   Yes.

24      Q.   Do you understand that this deposition is

25  being taken in connection with litigation against the

 1  State of Georgia relating to the Georgia Network for

 2  Educational and Therapeutic Support program?

 3       A.   I do.

 4       Q.   Are you aware that this program is commonly

 5  referred to as a GNETS program?

 6       A.   Yes.

 7       Q.   So if I use the term "GNETS" throughout the

 8  day, you'll understand that I'm referring to the

 9  Georgia Network for Educational and Therapeutic

10  Support program?

11       A.   I will understand that.

12       Q.   When did you first learn about the GNETS

13  litigation?

14       A.   I guess around 2015-2016.  I'm not sure of

15  the exact date.

16       Q.   That's fine.  And how did you learn about

17  it?

18       A.   During that time I was the special ed

19  director for one of those school systems, and we were

20  asked to assist with preparing information to respond

21  to the initial litigation.

22       Q.   Okay.  What's your understanding of what the

23  case is about?

24       A.   My understanding is that it's a case

25  regarding I'm going to almost say civil rights, and



1   whether or not we're housing students long-term,

2   whether or not the students have equity and access to

3   the same types of resources that students and the

4   school systems have available to them, are we housing

5   students for a long period of time without giving them

6   the opportunity to transition back to their least

7   restrictive environment, do they get quality services,

8   do they have access to the curriculum that all -- you

9   know, without segregation.

10       Q.   What did you do to prepare for this

11  deposition?

12       A.   Well, I decided I was going to attempt to

13  study for it by looking at some of the documents that

14  I had submitted previously.  And then I just said you

15  know what, I'm just going to have to answer the

16  questions based on my experiences with the program,

17  based on what we do every single day.

18            And I listened to a lot of gospel music.

19       Q.   And when you say you looked at some of the

20  documents that were submitted previously, which

21  documents are you referencing?

22       A.   We received a subpoena last fall, and there

23  were a number of documents that had to be submitted.

24            And so I reviewed those documents in case

25  those were to come up today so I could make sure that



TALITHIA NEWSOME                                July 12, 2022
UNITED STATES vs STATE OF GEORGIA                          13

1   I was familiar with anything that might come up, and

2   also to determine whether or not there had been any

3   changes made between when those documents were

4   submitted until this day.

5         Q.   Okay.  Great.  Did you meet with counsel?

6         A.   I did.

7         Q.   And who was present during those meetings?

8   Was it just your attorneys, or anyone else?

9         A.   Just the attorneys.

10        Q.   Did you speak with anyone else in

11  preparation for the deposition?

12        A.   I did.  I basically went through and read

13  some of the prior letters that had been available

14  that's on public domain.

15        Q.   And when you say "prior letters," can you

16  give me some examples?

17        A.   When you do a Google search you actually --

18  and type in GNETS, some of the responses will come up

19  about decisions that have been made, or news articles

20  that are out there about the case overall.  So I had

21  an opportunity to look through some of those.

22        Q.   Okay.  Did you review any of the other

23  deposition transcripts in connection with this case?

24        A.   No, I did not.

25        Q.   Did you do anything else to prepare?



1    A.    I did not.

2    Q.    Have you ever had your deposition taken

3  before?

4    A.    I have not.

5    Q.    Okay.  So this is the first time?

6    A.    It is.

7    Q.    All right.  And then, lastly, just for

8  introduction purposes I may be using some acronyms

9  today for brevity.  And so I wanted to run through a

10  few of those now to make sure we're on the same page.

11       When I use the acronym, when I say GaDOE,

12  would you understand that I'm referring to the Georgia

13  Department of Education?

14    A.    I will.

15    Q.    If I use the acronym "LEA," would you

16  understand that I'm referring to Local Education

17  Agency?

18    A.    I will.

19    Q.    If I use the acronym R-E-S-A for RESA, would

20  you understand that I'm referring to the Regional

21  Educational Service Agency?

22    A.    I will.

23    Q.    If I say GNETS Centers, would you understand

24  that I'm referring to separate standalone GNETS

25  locations?



1      A.   I will.

2      Q.   I don't believe this is relevant for Sand

3  Hills, but if I do refer GNETS school-based locations

4  would you understand that those are GNETS locations

5  that are based in general education settings or public

6  schools?

7      A.   I will.

8      Q.   If I use "PBIS," will you understand that

9  I'm referring to positive behavioral intervention and

10 supports?

11     A.   Yes, I will.

12     Q.   If I use the acronym "EBD," would you

13 understand that I'm referring to emotional and

14 behavioral disabilities?

15     A.   I will.

16     Q.   And if I use the term "general education

17 settings," would you understand that I'm referring to

18 public schools in Georgia where children with EBD and

19 other behavioral health conditions receive education

20 -- sorry -- receive instruction services alongside

21 children who don't have disabilities?

22     A.   I will.

23          MS. HAMILTON:  All right.  I am handing the

24     court reporter what I would like to have marked

25     as Plaintiff's Exhibit 193.



TALITHIA NEWSOME                                              July 12, 2022
UNITED STATES vs STATE OF GEORGIA                                    16

```
 1        (Plaintiff's Exhibit P-193 marked.)
 2   BY MS. HAMILTON:
 3        Q.   And you've just been handed Plaintiff's
 4   Exhibit 193.  This is a copy of the résumé for
 5   Talithia Newsome that was provided to the United
 6   States by counsel Leonard Fletcher on June 29, 2022
 7   via email.
 8             Do you recognize this document?
 9        A.   I do.
10        Q.   Okay.  Would you represent that this is an
11   accurate copy of your résumé?
12        A.   Yes.
13        Q.   Okay.  So I'd like to just walk through your
14   educational and professional background.  And just
15   starting with your educational history, what is the
16   highest level of education --
17        A.   Educational specialist.
18        Q.   -- that you've obtained?
19        A.   Educational specialist.
20        Q.   Sorry.
21        A.   Educational specialist.
22        Q.   Educational specialist.  The highest degree
23   that you've obtained?
24        A.   Educational specialist, a six-year degree.
25        Q.   And where and when did you receive that?
```



 1        A.    Oh, goodness.   Troy State University in

 2   2005.

 3        Q.    And then what other graduate or professional

 4   degrees have you obtained?   It looks like you have a

 5   few.

 6        A.    I have got a master's degree from

 7   Northwestern State University in Special Education in

 8   the area of Mild Disabilities.   And then I had an

 9   add-on certification that was done through Troy State

10   University in Educational Leadership and Supervision.

11        Q.    Okay.   And the Master of Education you

12   received in 1997, and the add-on certification in

13   2000?

14        A.    Yes.

15        Q.    Okay.   And where did you go for college?

16        A.    Georgia Southern University in Statesboro,

17   Georgia.

18        Q.    Okay.   What was your major?

19        A.    Special Education and Early Childhood.

20        Q.    And you graduated in 1991?

21        A.    Yes.

22        Q.    You currently work as the Sand Hills GNETS

23   director; is that correct?

24        A.    That's correct.

25        Q.    How long have you been in that position?



TALITHIA NEWSOME                                                    July 12, 2022
UNITED STATES vs STATE OF GEORGIA                                         18

1       A.   Since about two-and-a-half years, a little
2   over two-and-a-half years.
3       Q.   Okay.  And is January '22 -- sorry --
4   January 2020 the exact month that you started it?
5       A.   Is the exact month I started.
6       Q.   Okay.  Great.  So before serving in this
7   role -- actually, it looks like you've worked for the
8   Richmond County Board of Education for a number of
9   years.
10      A.   I have.
11      Q.   What was your position immediately before
12  your current role?
13      A.   I worked as an administrative assistant
14  providing support to the GNETS program.
15      Q.   Okay.  And what was the time frame for that?
16      A.   From November -- November -- October of 2019
17  -- 2020 -- '19 until January of 2020.
18      Q.   Okay.  Did you say October?
19      A.   Well, it -- actually I started that
20  November.
21      Q.   Okay.  And what did you do in that role?
22      A.   There was a coordinator who was out on
23  medical leave during that time, so I kind of -- I went
24  out, started out kind of shadowing her to see how the
25  program was working so that I could assist when she



 1  went out for medical leave.  And so she was out from
 2  December through January.
 3       Q.   Okay.  What were your job responsibilities
 4  serving as the administrative support?
 5       A.   Providing administrative support if they
 6  need it; any type of activities or duties that the
 7  leadership staff would do, I did those as well.  I
 8  attended leadership meetings, chaired IEP meetings,
 9  eligible meetings.  I worked with the staff providing
10  professional learning.
11       Q.   Okay.  And when you say you provided support
12  to the staff, were these special education staff in
13  particular?
14       A.   Yes.  Special ed teachers, the GNETS
15  coordinator and the GNETS director at the time.
16       Q.   Okay.
17       A.   The therapeutic support providers as well.
18       Q.   Okay.  What was your involvement with the
19  GNETS program specifically in that role?
20       A.   As the administrative support?
21       Q.   Yes.
22       A.   To provide support primarily for when the
23  GNETS coordinator went out on medical leave.  I guess
24  they wanted to make sure that there was some
25  administrative staff on site during that time to



 1  support the teachers and the students while they were

 2  out there.

 3       Q.   And on a day-to-day basis, what did your

 4  responsibilities look like for GNETS specifically when

 5  you did that?

 6       A.   I can tell you just general.  It changed

 7  every single day.

 8       Q.   That's fine, yeah.

 9       A.   Probably I'd come in, make sure the staff

10  was in there, check on the students, monitor when the

11  busses got there, monitor the students as they came

12  in, check on the staff to see if they needed anything.

13  If there were needs that the participating school

14  systems had at the Center site in Thomson, I would

15  address those.  If they needed observations, I would

16  schedule those.

17            Part of the process for referring a child is

18  to have them turn in those pre-referral packets or

19  consideration packets is what we call them.  I would

20  review those, if there was information that I had

21  questions about I would go back and follow up with

22  them.  If they needed observations that were done on

23  site, I might schedule observations.

24            I scheduled the meetings, worked back and

25  forth with the different special education directors



1  to ensure we had the right people attending the

2  meetings.  I also corresponded with the parents

3  as-needed, basically providing support, administrative

4  support, as if the coordinator was still there.

5        Q.   Okay.  And the when you say GNETS

6  coordinator, is that the person who's essentially like

7  the site-based person responsible for a particular

8  GNETS --

9        A.   It is.

10       Q.   -- program?

11       A.   Mm-hmm (affirmative).

12       Q.   So it looks like you did that, as you were

13  saying, for about three months or so?

14       A.   Mm-hmm (affirmative).

15       Q.   Before you held that role what was your

16  position with the Richmond County Board of Ed?

17       A.   Special Education director.

18       Q.   And what was the time frame that you were in

19  that role?

20       A.   Oh, goodness.  Probably about nine years or

21  something like that.  From August 2009 until

22  October 2019.

23       Q.   Okay.  What were your responsibilities as a

24  Special Education director for the County?

25       A.   Oh, wow, very extensive.  So I would -- my



1  primary function was to supervise and monitor the

2  programs for students with disabilities to make sure

3  that they were getting their specially designed

4  instruction.

5          But along with that came with a lot of

6  professional learning and support for administrators,

7  for teachers, for parents, supervising and monitoring

8  the budget, making sure that the students received

9  their related services, providing support and

10 assistance when it came to hiring, recruiting and

11 retaining special education staff and support

12 providers.  There is so many.  Monitoring compliance,

13 making sure that we were doing the things that we

14 needed to do as far as compliance.  Updating

15 procedures and practice and policies.  Whenever

16 changes were made, making sure that, again, we provide

17 information to the staff and the students and their

18 parents regarding any changes that might have taken

19 place.  That's primarily what I did.

20     Q.   Okay.  And in that role what were your

21 responsibilities specifically as it pertained to the

22 GNETS program?

23     A.   In that capacity we would work with

24 school-based staff as well as Central Office staff on

25 ensuring that if there was a referral that we needed



 1  to make for consideration of services that we had all
 2  that information ready and available.
 3          The other part was making sure that we
 4  provided the training of professional learning for the
 5  teachers, the staff and the parents about what the
 6  program is and what the referral process looks like,
 7  and what types of students should be considered for
 8  that program.
 9          We also as the Special Education director
10  made sure that any resources and materials that the
11  students received within our school system that the
12  students who were participating in the GNETS program
13  received those same types of same access to those
14  resources; that includes the teachers as well.
15          If we had parent mentor to parent mentors
16  for everybody in the school system, and that included
17  the parents and students in GNETS.  So make --
18  primarily making sure that people understood the
19  process, and also ensuring that the students had
20  access to the same resources as well as the staff had
21  access to the same resources.
22      Q.   Okay.  So prior to that what was -- what was
23  your job -- I guess what was your job title prior to
24  serving as Special Education director?
25      A.   I was a special education and gifted



 1  coordinator.  I should say and gifted coordinator.

 2      Q.   Okay.

 3      A.   But I also in that capacity served as the

 4  LEA representative for GNETS.  And basically whenever

 5  we had a consideration meeting I would serve as a

 6  representative for the LEA at the time.

 7           As a special education coordinator, my role

 8  was to provide direct support and carry out the duties

 9  and responsibilities that the special ed director

10  assigned to me.

11           I was assigned specific schools that I

12  worked with.  I did a lot with making sure that we had

13  accurate FTE information.  And the FTE is what we use

14  to collect the data as well as obtain our financial

15  funding from the State and from the federal

16  government.

17           Definitely responsible for a lot of

18  professional learning, directly responsible.  Making

19  sure that we had the right amount of -- I monitor the

20  staffing.  I monitor the transportation.  Goodness.

21  And then I guess I won't talk about the gifted, but

22  supervised and monitored the gifted program for the

23  school system.

24      Q.   And when you served as the gifted

25  coordinator and the LEA representative for GNETS, what



1  was the time frame?

2        A.    From August '20 -- I mean -- I'm sorry.

3  From August 2002 to August 2009.

4        Q.    Okay.  And all of the positions that you've

5  talked through so far have been with the Richmond

6  County Board of Education; is that correct?

7        A.    Yes, ma'am.

8        Q.    And when you served as the gifted

9  coordinator in that capacity did you have any specific

10  responsibilities related to GNETS?

11        A.    Only if there might have been a student who

12  was referred for -- in the gifted program who was

13  referred for GNETS.  But the other part is we did have

14  some students in the gifted program who received

15  services support through gifted programs, making sure

16  that they got those services.  We didn't take those

17  away because they were enrolled in Sand Hills GNETS.

18        Q.    Do you know, roughly, just a rough estimate

19  like approximately how many students you might have in

20  GNETS --

21        A.    I can only think of --

22        Q.    -- participating?

23        A.    I'm sorry.  Ask again.

24        Q.    No worries.

25              Approximately how many students in GNETS who



1  you would have been working with in terms of

2  coordinating gifted services?

3       A.   I can only think of one off the top of my

4  head today.

5       Q.   During that time frame that you served?

6       A.   During that time frame, yes.

7       Q.   And that was 2022 to 2009.  Okay.

8            All right.  So prior to serving in that

9  capacity, what other work experience did you have?

10      A.   I worked as a -- at the time what we called

11 special education consultants where I was assigned to

12 work specifically with schools; again, a lot of

13 professional learning, a lot of monitoring data,

14 especially discipline data, making sure that the FT

15 information that we were collecting from those schools

16 that I was assigned was accurate.  Working with the

17 students, excuse me, the staff, providing support,

18 especially for new teachers, a lot of new teacher

19 support.

20           I also served or worked as a special

21 education teacher both in Richmond County and in the

22 state of Alabama, I worked with students in Alabama.

23 I worked with students who were identified -- so

24 educable mentally retarded, so EMR teacher.

25           During that role I served as the, I guess,



 1  chairperson to the Student Support Team.  I was the

 2  lead special education teacher.  I did that for nine

 3  years.  I also served as the district Student Support

 4  Team coordinator when I was in Alabama.

 5       Q.   Okay.  And just to make sure I capture a few

 6  details, when you served as a spec consultant, that

 7  was for Richmond County; correct?

 8       A.   Yes.  Mm-hmm (affirmative).

 9       Q.   And what was the time frame for that?

10       A.   One moment.  August 2001 to August 2002.

11       Q.   Okay.  And what were your responsibilities

12  as the special education consultant as it pertained to

13  GNETS specifically?

14       A.   Other than assisting schools with preparing

15  those consideration packets, that would have that

16  would have been my only role with that, and then

17  attending those consideration meetings.

18       Q.   So is the special education consultant role

19  similar to the special education coordinator role?

20       A.   No.  The special education consultant or

21  program specialist would be right under the special ed

22  coordinator.

23       Q.   Okay.  And when you were working as a

24  teacher it looks like it says here on your résumé you

25  were a teacher in Richmond County from August 2000 to



1  June 2001; is that correct?

2      A.    That's correct.

3      Q.    Okay.  And then when you were in Alabama, it

4  looks like you were working as a teacher from

5  August 1991 to June 2000?

6      A.    That's correct.

7      Q.    Okay.  Great.  So I'd like to return now

8  back to your current role --

9      A.    Okay.

10     Q.    -- as the director of the Sand Hills GNETS

11 program.  What are your general duties and

12 responsibilities in that role?

13     A.    They are very similar to the role as a

14 Special Education director, monitoring, supervising

15 the program and services for the students who are

16 participating in the program.

17          I do a lot of collaboration with the

18 participating school systems, their directors, as well

19 as communicating with the superintendents for those

20 schools about things that are coming.  Meeting with

21 special ed leadership staff; conducting observations

22 in the classrooms; participating in state meetings

23 whether they are virtual, or -- well, we haven't had

24 any face to face since I have been here except for one

25 -- attending those face to face meetings; keeping



1  abreast of any changes that might be taking place,

2  making sure that the resources that the staff need and

3  the students need are in place; ensuring that

4  professional learning is provided; monitoring the

5  funding.

6           And we have a strategic plan that we

7  implement, so we're making sure that we are

8  maintaining our data and documentation work in our

9  strategic plan.

10          I participate in district level meetings to

11  ensure that whatever types of procedures, policies or

12  practices for those participating school systems are

13  being followed.  Oh, and meeting with the parents.  I

14  do that too.  Can't forget that.  And sometimes

15  subbing, so go into classrooms and sub as well.

16      (Plaintiff's Exhibit P-194 marked.)

17  BY MS. HAMILTON:

18      Q.   I'm going to hand the court reporter what

19  I'd like to have marked as Exhibit 194.  And I have

20  just handed you Plaintiff's Exhibit 194 as well.

21          This is a copy of the Sand Hills program's

22  response to Item 14 in the United States subpoena to

23  produce documents dated August 20, 2021.

24      A.   Mm-hmm (affirmative).

25      Q.   You'll also notice at the bottom, the first



1  page of this document was stamped using a unique

2  identifier from the Sand Hills program:  000782.

3          Are you familiar with this document?

4      A.   I am.

5      Q.   What is it?

6      A.   I think this is information about what we

7  have access to, and as far as -- is this the wrongful

8  reporting?

9      Q.   Yes.

10     A.   Okay.  The reporting structure, yes.

11     Q.   Okay.  Did you help create this document?

12     A.   I created the document.

13     Q.   You created it.  Great.  So that means you

14  are familiar with it?

15     A.   Yes, I am familiar with it.

16     Q.   Okay.  And you'll see here at the top to

17  what you were just saying, Item No. 14 asks your

18  program to provide documents --

19     A.   Mm-hmm (affirmative).

20     Q.   -- reflecting the reporting structure from

21  your GNETS program to any LEA, RESA, or to the

22  State --

23     A.   Mm-hmm (affirmative).

24     Q.   -- including those relating to funding

25  grants, training and monitoring.



1       A.    Mm-hmm (affirmative).

2       Q.    So what I'd like to do is walk through this

3  document and just talk through basically the various

4  ways that you report to or meet with individuals from

5  each of these different entities.

6            As you'll see, and as you know, each row

7  here represents a different agency.  So the first row

8  is your meetings or communication or reporting to the

9  LEA, the next row is to the RESA.  The next row is to

10  the GLRS, and the last row involves your meetings and

11  communications with the State; correct?

12       A.    Yes.

13       Q.    Okay.  So starting with the LEA, you mention

14  here under the Description column that there are

15  "monthly meetings with system administrators from all

16  of the participating schools."

17       A.    Mm-hmm (affirmative).

18       Q.    And you also say here:  "The meeting

19  includes information that may impact the operation of

20  the program."

21            When you reference "program," are you

22  referring to your GNETS program?

23       A.    That's correct.

24       Q.    Okay.  Can you explain to me -- and I think

25  you were referring to this a moment ago, these



 1  meetings with the system administrators -- what is the
 2  purpose of these meetings?
 3          A.   So actually all of them are tied together.
 4          Q.   Okay.
 5          A.   We have monthly meetings with GLRS.  They
 6  schedule meetings with all of the special ed
 7  stakeholders -- excuse me -- Special ed stakeholders
 8  in the area.  And I'm actually on the agenda every
 9  month to present or do a report about what's going on
10  in the program.  And so we have -- excuse me --
11  representatives from RESA.  We have all the special
12  education directors and their administrative team that
13  they invite to the meeting, as well as community
14  agencies where whether it's Augusta State, Vocational
15  Rehabilitation Services from Georgia, Developmental
16  Disabilities, they are all there.  And we just report
17  our information and share information about our
18  program.  That information could include information
19  about funding, any additional funding that we
20  received, any additional funding we may be losing.  We
21  talk about the students who are being referred.
22              I share with them information about who is
23  going to -- the students who are being referred, the
24  number of referrals, and I share information about
25  enrollment.  And then I always give them opportunity



1  to ask any questions.

2          If there is information that I received from

3  the State about what's going on with the GNETS

4  program, I share that information with them as well.

5  And that's done each month.  And those meetings have

6  been virtual since I have been on board.

7          MS. FLETCHER BOWDEN:  And not to interrupt,

8       but there is a battery low warning on the laptop.

9          THE VIDEOGRAPHER:  It's plugged in okay.

10      (Comments off the record.)

11         REPORTER:  Do you want to go off the record,

12      Counsel?

13         THE THE VIDEOGRAPHER:  We can go off the

14      record for a minute.  Okay.  Off the record at

15      9:45 -- 9:46 a.m.

16      (Recess 9:46 p.m. - 10:18 a.m.)

17         THE VIDEOGRAPHER:  Back on the record at

18      10:18 a.m.

19  BY MS. HAMILTON:

20      Q.   Ms. Newsome, when we left off we were

21  talking about Exhibit 194.  And you were explaining

22  that there are monthly meetings held by GLRS in which

23  the system administrators and others participate;

24  correct?

25      A.   That's correct.



1        Q.   And what is GLRS?

2        A.   It's a resource center for staff, parents

3   who -- I work with students with disabilities, they

4   provide a lot of support and professional learning to

5   the participating school systems in the region.

6        Q.   Do they fall under a particular agency?

7        A.   They fall under different agencies, to my

8   knowledge.  And I don't have a lot of knowledge about

9   them.  The one in our area falls under RESA.  And they

10  work for the Department of Education, GaDOE.

11       Q.   Do you know where they get their funding

12  from?

13       A.   The State funding attach, but I'm not

14  positive.

15       Q.   Okay.  And I know that you were saying that

16  there is some overlap between the meetings that are

17  referenced on this document.  So under the row for LEA

18  Reporting it says "monthly meetings with system

19  administrators"?

20       A.   Mm-hmm (affirmative).

21       Q.   On the second page where it says GLRS it

22  also says "monthly meetings with special education

23  directors"?

24       A.   Mm-hmm (affirmative).

25       Q.   Is that the same meeting, or a different



 1   meeting?

 2        A.   It is.  Remember I said it was a combination

 3   of different agencies and departments and programs.

 4   They all participate in the same monthly meeting.

 5        Q.   Okay.  Also, on the first page under the

 6   RESA entry you mentioned the Board of Control has

 7   monthly meetings?

 8        A.   Yes.

 9        Q.   Is this the same meeting, or a different

10   meeting?

11        A.   This is a different meeting.  This

12   particular meeting would have superintendents there.

13   And, again, I'm a line item on the agenda where I

14   present the same type of information that I present to

15   the LEAs and to GLRS.

16        Q.   Okay.  So I'll go back to this first meeting

17   that we were discussing involving the LEA GLRS.  You

18   said the RESA is present, someone from the RESA is

19   present at that meeting?

20        A.   Yes.

21        Q.   Okay.  Who would that person be?

22        A.   So we have multiple people, but the person

23   who's over RESA is Dr. Debbie Alexander, she's

24   present.  And then various departments in each area

25   that she falls under her responsibility, she would



 1   make sure that those areas are covered on the agenda.

 2        Q.   And what is Dr. Alexander's role?

 3        A.   I don't know her title --

 4        Q.   Her title.

 5        A.   -- specifically, but she is, I'm going to

 6   say, the director for the RESA program in the area.

 7        Q.   Okay.  What RESA does Sand Hills fall

 8   underneath?

 9        A.   I think it's called a CSRA RESA.

10        Q.   And just to make sure I'm clear, is Richmond

11   County School District the fiscal agent for the GNETS

12   program?

13        A.   It is.

14        Q.   Okay.  So what would be the RESA's role in

15   connection with GNETS, if it's not the fiscal agent

16   here?

17        A.   Again, providing that support.  And also

18   when it's time to report our information to those

19   people, those participating school systems, I can do

20   that during their meetings.  But primarily they

21   provide professional learning to our staff as well.

22   Any type of resources or access to services that they

23   provide for school systems, we're included in that as

24   well.

25        Q.   Okay.  All right.  So also underneath the



1   LEA entry, so you have the monthly meetings and you

2   talked us through what you present on during those

3   meetings, do you receive information about the GNETS

4   program during those meetings, or are you mainly just

5   reporting out?

6        A.    I'm mainly reporting out for those for the

7   LEA.

8        Q.    Okay.

9        A.    LEAs.

10       Q.    All right.  For the LEA you also mentioned

11  that there are quarterly meetings scheduled with

12  finance.  Can you tell me about those?

13       A.    Yes.  Because we have -- Richmond County

14  serves as our fiscal agent what we do is we schedule

15  quarterly meetings to review the funding, looking at

16  where money is being spent, whether or not I need to

17  make some adjustments to the budget, and then just

18  make sure we're on track and providing all of the

19  spending requirements that are provided to us.

20       Q.    And just to clarify, for the monthly

21  meetings that you're referring to does anyone from the

22  State Department of Education participate in those?

23       A.    For the ones, for the RESA, as well as the

24  GLRS, we always have our person present that's from

25  the State.



1       Q.   So for the GLRS meeting who from the State
2    participates in those?
3       A.   It would be our district liaison.  And I
4    think her name is -- I just remember her first name is
5    Myesha.  I don't know her last name.  It just left me.
6       Q.   Okay.  So Myesha, and she's a district
7    liaison for the State Department?
8       A.   For this area.
9       Q.   For this area?
10      A.   Mm-hmm (affirmative).
11      Q.   From the State Department of Education?
12      A.   Mm-hmm (affirmative).
13      Q.   And then is there anyone from the State
14   Department of Education who participates in the
15   quarterly meetings?
16      A.   No.  That's a local meeting that we do
17   between the person who's assigned to help monitor our
18   grant through the LEA.
19      Q.   Okay.  What about the annual budget
20   meetings?
21      A.   There is not anybody from the State that I'm
22   aware of.  That's basically when I go in and present
23   information about the funding that we received, and
24   the plan for budgeting that money for the upcoming
25   school year.



1    Q.   Okay.  And who participates in those

2    meetings?

3    A.   Typically it would be my direct supervisor.

4    It would be a representative from finance and

5    accounting.  And then it would be myself.  And

6    sometimes we have either the director or the assistant

7    director for finance.

8    Q.   And when in the school year do those

9    meetings take place?

10   A.   Typically we start meeting around January,

11   and they might last between January and February or

12   March.  If we need to come back because I need to make

13   some adjustments, we may come back and reschedule

14   another meeting if we needed to.

15   Q.   So is there more than one budget meeting?

16   A.   There is a possibility to have more than

17   one.

18   Q.   Okay.  And by the time you-all have finished

19   having those meetings, have you set the budget and

20   made any other decisions that need to be made in

21   connection with finances for the GNETS program?

22   A.   We will have done that, yes.

23   Q.   And you said no one from the State

24   Department of Education participates?

25   A.   No, not since I have been working that area.



1       Q.   And then you also note here that there are

2    planning meetings that are conducted with the

3    departments.  Of what departments are you referring

4    to?

5       A.   So when I say -- I probably should have said

6    with the different systems that participate.  So if

7    there is like -- I'll give you an example.  We needed

8    to have -- well, it is departments.

9            So like I might have to do something with

10   information technology.  And one of those things would

11   be like if I needed to update the equipment in the

12   school I might talk to IT, or talk about, you know,

13   what's needed, how much that's going to cost, have

14   them work with me to get an estimate so that I could

15   have that information ready for the budget meeting; as

16   well as personnel, if I am seeing that I need some

17   additional staff, I would then consult with human

18   resources to talk about the staffing, talk about the

19   funding so I could, again, have that ready for

20   personnel.

21      Q.   And it looks like here you also mention that

22   as part of these planning meetings sometimes you're

23   providing professional learning and support.

24      A.   Mm-hmm (affirmative).

25      Q.   As well as receiving professional learning



 1  and support.  What does that look like?

 2        A.   So we do -- that's a part of the

 3  consolidated application.  And let me go back and make

 4  a correction.  For those meetings, the State is

 5  involved and we will have like virtual meetings, we

 6  used to have them face to face, where they'll talk

 7  about how we need to develop the system budget.  And

 8  the State is involved with that one because they do

 9  the professional learning on that piece.

10             Once I get the professional learning about

11  what we need to do to develop the budget for the

12  upcoming school year, I then in turn share that with

13  the staff who help me prepare the budget for the

14  upcoming school year.

15        Q.   Okay.  So just to make sure I understand, so

16  as part of these planning meetings there is a planning

17  meeting with representatives from the State Department

18  of Education?

19        A.   Right.  They actually do the professional

20  learning for preparing for the consolidated

21  application.

22        Q.   Okay.

23        A.   And that is a part of the big budget for

24  each school system.

25        Q.   And what is the consolidated application?



1      A.   Oh, gosh, it's been so long since I have

2   done the whole thing.  So I'm going to give you my

3   generic overview.

4          Basically it's a plan that each school

5   system develops to talk about what they plan for the

6   upcoming school year.  It includes information from

7   the various different programs and departments within

8   the schools, the school system.

9          Along with that before you can get your

10  budget approved you have to have that piece in; like

11  what are we going to do for students with

12  disabilities, what are we going to do for migrant --

13  not migrant workers, but homeless students.

14         And so there are different federal programs

15  that write in what they're going to do, and then and

16  submit the budget so it's all one big consolidated

17  application with all of that included.

18     Q.   Okay.  And who from the State leads or

19  coordinates these meetings?

20     A.   I don't know who coordinates it, but they

21  would have various representatives from all of the

22  different programs.  Like they might have the finance

23  person from the Special Education department at GaDOE,

24  they might have the Homeless liaison from GaDOE.  I

25  think one of the -- the Special Grants, they would



 1   have that representative.

 2           And basically they talk to us about what

 3   they expect for the grant to include, how we should

 4   write things up, and give us an opportunity to ask any

 5   questions that we might have.

 6       Q.   Okay.  And is this meeting just for your

 7   GNETS program, or are there other GNETS directors

 8   participating in these meetings?

 9       A.   It's for the State, and I would imagine that

10   all GNETS directors would be participating in there.

11   But I can't answer that for sure.  I know they do

12   here.

13       Q.   Okay.  So like I know you're saying it's a

14   virtual meeting.  So you're on the screen.  Are there

15   -- it sounds like there are a lot of other people who

16   are participating?

17       A.   Yes.  And they also send out an agenda for

18   that.  And you would kind of be able to gauge when you

19   need to be logging in because sometimes the meeting

20   takes all day.

21           Again, prior to COVID it would be a face to

22   face meeting where we would go on site maybe to

23   Atlanta, or Macon, and then we would attend those

24   sessions that applied to our program specifically.

25       Q.   And what time of year does that meeting take

TALITHIA NEWSOME                                    July 12, 2022
UNITED STATES vs STATE OF GEORGIA                              44

1   place?

2        A.   Typically they might start in May, and --

3   because we have to have a consolidated application

4   completed by the end of July.

5        Q.   Okay.  And how does that fit in with the

6   timing of when you-all have your Sand Hills-specific

7   budget meetings?

8        A.   Everything kind of falls in together.  So

9   I'm pretty sure that people at the State make sure

10  that they are communicating with everybody to say,

11  okay, hey, the budget for the State -- so you're

12  closing out budget.  So that's one thing you have to

13  be prepared to do.  In addition to that, preparing

14  your budget for the next year.

15            And I can't say that I ever received any

16  information that was late or held me back because the

17  State didn't schedule anything.  So I think they're

18  aligned pretty well.

19       Q.   Okay.  And just to make sure I wrap up what

20  we have here in connection with the RESA -- I'm

21  sorry -- in connection with the LEA, are there any

22  other planning meetings?  It sounds like several

23  things fall into the bucket of planning meetings.

24       A.   I'm trying to get my hats together.  GaDOE,

25  for special ed, offers planning meetings as well.  And



 1   a lot of those are done virtually, again, as a result

 2   of COVID.  But the good things about all the meetings

 3   now is that we can go back and pull the information

 4   and look at those recorded meetings, and then make

 5   sure they send us all the handouts out so that we can

 6   go back and reference it if we need to.

 7        Q.   And, again, are these meetings that are

 8   targeted at GNETS directors?

 9        A.   No.  These meetings are just statewide

10   meetings for anybody who receives state or federal

11   funds.

12        Q.   Okay.  And you participate in them as a

13   GNETS director?

14        A.   Yes.

15        Q.   Okay.

16        A.   Could I add something?

17        Q.   Mm-hmm (affirmative).

18        A.   Now, there are GNET-specific meetings that

19   we do have regarding completing our consolidated

20   application because we have a separate application as

21   well.

22        Q.   Okay.  And so you do your own consolidated

23   application for the GNETS program?

24        A.   Well, it's along with our strategic plan,

25   the strategic plan with the State, and then what we do



 1  with our individual programs to support that plan as

 2  well as implement our own program.

 3       Q.   Okay.  We'll circle back to that a little

 4  later, but that's helpful to know --

 5       A.   Okay.

 6       Q.   -- that as a program you both completed

 7  consolidated application, and you also do a strategic

 8  plan.

 9       A.   Mm-hmm (affirmative).

10       Q.   And then last question.  With regard to the

11  LEA reporting you had mentioned that there is a state

12  person by the name of Myesha who participates as a

13  district liaison?

14       A.   Mm-hmm (affirmative).

15       Q.   Does she play an active role in those

16  meetings?

17       A.   Oh, absolutely.  Everybody reports, staff.

18  So she gives us updates about what may be going on in

19  the State that impact students with disabilities, any

20  type of programming changes that she's aware of.  The

21  State superintendent sends out a weekly email blast.

22  If there is information in there we need to make sure

23  we pay attention to, she'll point those things out.

24  And then she gives us an opportunity to ask questions

25  or concerns about anything that we might have.



1       Q.   Under this next row for RESA you had
2  mentioned that there is another meeting.  This one is
3  held by the Board of Control in their monthly meetings
4  with the superintendents from all of the participating
5  school systems.
6       A.   Mm-hmm (affirmative).
7       Q.   What is the Board of Control?
8       A.   So it's a collective body.  This is
9  Ms. Newsome's definition.  It's a collective body of
10 decision makers.
11           So you've got superintendents who attend.
12 You have -- you may or may not have, depending on who
13 they invite, people from the State, to address any
14 concerns that the superintendents might have.
15           You have representatives from the local
16 colleges and universities, they are there.  Any type
17 of agencies that might support the school systems may
18 be invited.
19           And they're the people who control the
20 school systems, for lack of a better word, and they
21 report out, share information, receive updates.
22      Q.   Okay.  And it sounds like you also provide a
23 monthly report at these meetings?
24      A.   I do.
25      Q.   What do those reports entail?



1      A.   So I would give them information regarding

2   any issues related to -- or not issues, but I'd give

3   them information about enrollment, percentage of

4   students by disabilities who are participating in the

5   program.

6           I would give them information about any

7   updates that might be coming along, information about

8   technical assistance that might be available.

9           And also I'd give them a budgeting and

10   finance.  I'd give them information and updates on

11   where we are with that, what we're spending the

12   funding on.  And then give them opportunity to ask any

13   questions or concerns.

14      Q.   Okay.  And then you mention here planning

15   meetings.  Are there any additional planning meetings

16   beyond the ones you've already shared involving the

17   RESA?

18      A.   Not at this time.  Professional learning.

19   We do a lot of planning meetings that are specific to

20   what type of professional learning they might provide

21   to our program.  So I have been doing some of that

22   recently.

23      Q.   Are you providing the professional learning,

24   or receiving it?

25      A.   Both.



 1        Q.   Okay.

 2        A.   But right now we're actually receiving it.

 3   But if they needed assistance, then we would

 4   definitely provide that as well.

 5        Q.   Okay.  And at a high level, what does that

 6   look like when you're providing professional learning

 7   to the RESA?

 8        A.   So -- well, I-- let me back up.  I probably

 9   shouldn't have said to the RESA.  It would be to those

10   participating school systems because that's what they

11   do.  They provide the professional learning to the

12   school systems who might request that.

13            So some of the requests might be "Do you

14   have anybody who could do MindSet training?"  We have

15   several MindSet -- certified MindSet trained staff.

16   It might be training regarding functional behavior

17   analysis, or development behavior and eventual plan of

18   classroom management.  And we provide that same level

19   of support to any of those agencies.  So it's which

20   system would need the support is what we would look

21   at.

22        Q.   On this next page is there anything else

23   under GLRS where you're having regular meetings beyond

24   the ones we've already discussed?

25        A.   No.



1    Q.   Okay.  And then under this last row you have

2   State reporting.  You mentioned monthly meetings with

3   State representatives?

4    A.   Mm-hmm (affirmative).

5    Q.   Have you discussed this one yet?

6    A.   I think we talked about it when we talked

7   about the meetings with GLRS because that's where our

8   state representative --

9    Q.   So that's all the -- sorry.

10    A.   Yes.

11    Q.   You can finish your sentence.

12    A.   I said yes, that was -- I also -- I also

13   talked about it already.

14    Q.   Okay.  So the monthly meetings with state

15   representatives here is the GLRS meeting?

16    A.   That's correct.

17    Q.   Okay.  And further down you mention the

18   meetings are scheduled for all special education

19   administrators, and a second meeting is scheduled for

20   GNETS administrators.  What's the difference between

21   those meetings?

22    A.   Oh, that's what I was talking about, how

23   sometimes we'd have the State meetings where the State

24   talks about the different budgets.

25    Q.   Mm-hmm (affirmative).



1     A.   And then in addition to that, our program

2  specialist from the State does a meeting to talk about

3  the plan that we do.  So there is a system plan, the

4  consolidated application, and then there is a GNETS

5  strategic plan that we go into the portal to upload

6  and update information.

7     Q.   Okay.  All right.  Are there any other

8  regular reoccurring meetings that you have with

9  individuals from the LEA, the RESA or the State?

10     A.   Any time there is any type of a professional

11  learning, I might not participate in those

12  specifically, but we do have representatives who

13  participate.

14          So with Richmond County LEA I have a GNETS

15  liaison.  She participates in all of the -- last year

16  it was weekly -- meetings for the program specialists.

17  And basically that, those meetings look at any types

18  of updates or changes, concerns, that they might have

19  regarding policies, procedures or practices within the

20  school system, she participates in that.  And then she

21  comes back and she shares the information with the

22  administrative team as well as the staff, when needed.

23          But she also supports teachers in the

24  behavioral support classes with that and she makes

25  sure she has the same information so we're saying the



TALITHIA NEWSOME                                    July 12, 2022
UNITED STATES vs STATE OF GEORGIA                              52

1  same thing.

2          And the Thomson site, if there are any types

3  of meetings regarding like preparing for testing

4  protocols or things that the school system might

5  participate in the special education, I mean, excuse

6  me, the GNETS coordinator, participates in those

7  meetings.  And so we're invited to those and we always

8  try to participate.

9      Q.   Okay.  Do you report to anyone directly with

10  the LEA?

11      A.   Yes.

12      Q.   Okay.  Who would that person or people be?

13      A.   So you're talking about like supervising?

14      Q.   Yes.

15      A.   So my direct supervisor is -- well, was,

16  Dr. Shontier Barnes.  I have a new supervisor,

17  Mr. Marcus Allen.  I think he just started the last,

18  this last month.

19      Q.   And what are their positions?

20      A.   So Dr. Barnes was the assistant

21  superintendent for Area 6.  And I can tell you the

22  areas that he covers, but I can't tell you the

23  actual -- if he's Area 6 or Area 7.  He works with the

24  special programs and support services like MTSS,

25  Special Education, GNETS, and our special programs



1  like GNETS and I want to say Alternative School, but

2  don't quote me on that one.  So that's my new

3  supervisor.

4       Q.   Okay.  And does Area 6 cover a certain

5  number of counties?

6       A.   Area 6 is within the school system because

7  we are aligned with Richmond County, and there is a

8  reporting structure, and there is accountability

9  structure.  I fall under Richmond County.

10      Q.   Okay.

11      A.   And so that's my supervisor for the program.

12      Q.   And then you said that was Dr. Barnes?

13      A.   Mm-hmm (affirmative).

14      Q.   For Marcus Allen, what is Marcus Allen's

15  title?

16      A.   Assistant superintendent.  But I can't tell

17  you what area it is.  I can just tell you those

18  programs that he covers.

19      Q.   Okay.  Did he or she replace Dr. Barnes?

20      A.   I'm not sure.  I just know that I got an

21  email -- because Dr. Barnes is still here.  They may

22  have added an additional position.  And he's now my

23  supervisor.

24      Q.   Okay.  Is there anyone else who you report

25  to directly for the LEA?



1          A.   If there was a question with the
2     superintendents, I would report questions out -- I
3     mean, address concerns with them, as well as the --
4     not that they're my supervisor, but if there are
5     questions or concerns, typically my first point of
6     contact would be the special ed directors in those
7     school systems.
8          Q.   What about for the RESA, is there anyone who
9     you directly report to?
10         A.   Any correspondences that I have, I report
11    back to Dr. Alexander.
12         Q.   And what is Dr. Alexander's position again?
13         A.   I'm going to say she's director of RESA.
14    But don't quote me on that one.
15         Q.   Okay.  Anyone else?
16         A.   No.
17         Q.   And would you also say Dr. Alexander is your
18    main point of contact for the RESA?
19         A.   She is, yes.  Oh, I'm sorry.  I would add
20    another person.  I report to, again, not my
21    supervisor, but I do report information back to GLRS
22    as well, and Lisa Hill would be my contact for GLRS.
23         Q.   Okay.  And what is Lisa Hill's position?
24         A.   She is director for the GLRS program.
25         Q.   And then what about for the Georgia



1  Department of Education, is there anyone you report

2  to?

3        A.   It would be Vickie Cleveland and LaKesha

4  Stevenson.

5        Q.   And what are their positions?

6        A.   LaKesha -- I mean, Vickie Cleveland is I

7  think a program specialist for the program, and I'm

8  not sure of Ms. Stevenson's title.

9        Q.   Is there anyone else from the State

10  Department in the list?

11        A.   I guess you would say the director, which

12  would be Wanda Lowe.  If she needed something, we'd

13  report to her.  And then the director for Federal

14  programs.  And if you ask me her name, it just went

15  away.

16        Q.   Okay.  Is that Shaun Owen?

17        A.   I was going to say I remember Shaun.  But

18  yes, that's correct, Shaun Owen.

19        Q.   Okay.  And just curious if you're familiar

20  with any of these other individuals who work with the

21  State Department of Ed.  Did you ever work with

22  Zelphine Smith-Dixon?

23        A.   I did.

24        Q.   Okay.

25        A.   But I worked with her as special ed



 1  director.

 2       Q.   Oh, in your capacity as special ed.

 3       A.   Mm-hmm (affirmative).

 4       Q.   And did you ever work with Nakiba Rahmig?

 5       A.   Not directly, no.

 6       Q.   So then I guess returning back to Vickie

 7  Cleveland and LaKesha Stevenson --

 8       A.   Mm-hmm (affirmative).

 9       Q.   -- what do your -- what's the nature of your

10  communications with them?

11       A.   They are our point of contact if we had any

12  questions or concerns at the State level.  They

13  coordinate meetings to talk about initiatives or

14  programs, budgeting, changes, policies, procedures and

15  provide updates regarding the GNETS program

16  specifically.  They also keep us up-to-date about any

17  changes that's going on in special ed at the State

18  level.

19       Q.   Do you have any regularly scheduled meetings

20  with them?

21       A.   The answer is yes, but some of them have

22  gotten cancelled.  Typically, we'll get a calendar at

23  the beginning of the year that we'll go ahead and

24  schedule the monthly meetings.  And my understanding

25  is prior to that they did have regular monthly



 1  meetings with the GNETS directors, and then the GNETS

 2  scheduled meetings as well.

 3      Q.   What's the difference between the two?

 4      A.   So I'm not really sure because I hadn't

 5  really participated in the second meeting, but my

 6  understanding is that the GNETS meetings with the

 7  State Department, they schedule those.

 8           The meetings with the GNETS directors might

 9  be just kind of like an advisory or support kind of

10  group where we can talk about issues among ourselves,

11  kind of brainstorm about how to deal with different

12  types of issues that might be going on, special

13  programs that one director might have used and want to

14  share that; collaborative planning for professional

15  learning, like I think we just did something on how do

16  we get our staff scheduled to do LSCI training, there

17  are only a few people in the State who can do that,

18  what's the best time to kind of get those things done.

19      Q.   So for the first meetings you described,

20  these monthly meetings, it sounds like those are

21  facilitated by the State; is that correct?

22      A.   It is, yes.

23      Q.   Okay.  And are those held in person,

24  virtually?

25      A.   I got the unique experience of only



1   experiencing GNETS during the pandemic, and so all of

2   my meetings have been, with the exception of one, that

3   January 27th meeting, was face to face, January 2020

4   was face to face.  Everything after that has been

5   virtual.

6       Q.   Okay.  And do you have an active role in

7   those monthly meetings that are hosted by the State

8   Department of Ed?

9       A.   When you say active role, can you explain

10  that?

11      Q.   Mm-hmm (affirmative).  Are you mainly

12  receiving information, or are you also sharing or

13  presenting about your program?

14      A.   Sharing information -- I mean, excuse me,

15  receiving information.

16      Q.   Okay.

17      A.   So we receive the information from the

18  State.  And if we have questions, of course we can

19  always ask.

20      Q.   Okay.  And is there anyone else from the

21  State Department of Education besides Vickie Cleveland

22  and LaKesha Stevenson who participates in those?

23      A.   Oh, absolutely.  The majority of the time we

24  have outside people.  And when I say "outside," they

25  are part of the GaDOE family, but we have them



1   participating giving us information regarding

2   curriculum instruction.

3           As a result of COVID, there were a lot of

4   different areas of support that they were sharing with

5   us to ensure that our children were accessing

6   instruction.  And so we had a different instructional

7   providers by content areas.

8           We have had the person who works very

9   directly with -- very closely with transition, she

10  participates.  So they always have additional people

11  presenting information to us at those meetings.

12      Q.   Okay.  And then the second meeting that you

13  reference, it sounds like these are more like support

14  sessions among the GNETS directors?

15      A.   Mm-hmm (affirmative).

16      Q.   Who facilitates or lead those meetings?

17      A.   I have only known of one since I have been

18  the director, and that was one of the GNETS directors

19  from, was it Coastal -- either the director from

20  Coastal Academy or Elam Academy helping.  It might

21  have been both of them together, they kind of put some

22  things together so we could share information about

23  resources that are available.

24           And so when they presented that one -- and

25  this one was face to face -- they did have different



1   program providers who had information regarding

2   mindfulness, again talking about LSCI, and some of

3   them had information about instructional software.

4   And so just gave us an opportunity to kind of talk

5   about that.

6        Q.   When was that particular meeting held?

7        A.   First week in June.  It was like June 5

8   through the 7th.

9        Q.   Of this year?

10       A.   Mm-hmm (affirmative).

11       Q.   2022?

12       A.   Yes.

13       Q.   And how frequently are they supposed to have

14   occurred?

15       A.   I have no idea.  I think they were doing the

16   meetings monthly prior to COVID, and so COVID really

17   slowed down a lot of the face to face meetings that

18   were taking place.

19       Q.   And who sets the agenda for those meetings?

20       A.   The GNETS directors actually.  If you -- if

21   there is a topic that you want included, we could send

22   those things in.

23       Q.   And how well attended was that meeting that

24   you attended?

25       A.   They were very good about setting it up so



1  that you could do face to face, and also participate

2  virtually.  And so I want to say at least, give a, my

3  rough estimate, is about 90 percent of the GNETS

4  directors either participated, or had somebody

5  participate on their behalf.

6       Q.   And does anyone from the State DOE

7  participate in those meetings?

8       A.   We had somebody at this meeting.  They did

9  come to that meeting.  As a matter of fact, it was

10  Vickie Cleveland was there, LaKesha Stevenson

11  participated virtually, and Shaun Owen was there.

12       Q.   And what role did they play, if any?

13       A.   So one of the concerns was we had a lot of

14  questions about I guess it was some budgeting concerns

15  that were going on about how the program was going to

16  be funded.  And so they came out to basically provide

17  support, answer any questions that we had about

18  funding for the program in the future.

19            THE VIDEOGRAPHER:  I hate to interrupt.

20       (Comments off the record.)

21  BY MS. HAMILTON:

22       Q.   Sure.  Can you repeat what you're saying?

23       A.   Can you ask me the question again?

24       Q.   Sure.  You had mentioned that there were

25  some -- I think Vickie Cleveland, LaKesha Stevenson



1  and Shaun Owen present at the June meeting, and I was
2  asking what was their role at the meeting.  And you
3  said there were some questions.
4      A.   So, yes, there were some questions about the
5  funding for FY '23.  And so there was some concerns
6  with a lot of the programs about how the funding was
7  supposed to be provided in the future.
8           And so they came to kind of talk to us about
9  that piece, give us an opportunity to ask any
10  questions, talk about possible plans.  Oh, I'm sorry,
11  Wina Low was there as well, the State director.  She
12  was there.
13      Q.   Mm-hmm (affirmative).
14      A.   And give us an opportunity to ask them any
15  questions that we might have about funding for the
16  future.
17      Q.   What was the nature of the concerns about
18  funding for fiscal year '23?
19      A.   There were some concerns because when the
20  State budget was announced there was no line item for
21  the Sand Hills GNETS program.  So there was a lot of
22  concerns that we might not receive any funding, or
23  what the funding -- not that we wouldn't receive
24  funding.  We wouldn't receive funding in the same way
25  we had received it previously, and so a lot of the



 1   directors had concerns about what that was supposed to

 2   look like.

 3            At the end of the budget hearing, we did

 4   keep the funding but it did lead us to kind of have

 5   concerns about what happens for next year, and what

 6   would the plan be, and what would this look like for

 7   the programs for FY '23 and beyond.

 8       Q.   Did anyone explain why officially there was

 9   no proposed line item for Sand Hills?

10       A.   Well, my understanding is that nobody knew

11   why there was no line item for that.  And that was

12   another source of concern is that nobody knew that it

13   had been taken off and how it got added, and what

14   steps do you take to make sure that doesn't happen

15   again.  We can't control whether or not they're --

16   that we're included in the budget, but that we are

17   aware of if they are going to make any major changes

18   like that.  But mostly we were concerned about what

19   that's going to look like for the children that we

20   serve, you know, how do we continue to support them,

21   how do we transition them back.

22       Q.   Okay.  And when you say no one knew, did any

23   of the representatives that you named from the State

24   have any knowledge about that?

25       A.   My understanding is that it caught them off



 1  guard as well.

 2       Q.   And so it sounds like you said you learned

 3  that you would be able to keep the funding for fiscal

 4  year '23.  What information or assurances were shared

 5  with you about future funding?

 6       A.   None.  So we don't have -- we still don't

 7  have a clear understanding of what that's supposed to

 8  look like beyond FY '23.  Well, I shouldn't say we.  I

 9  should say I.

10       Q.   And for purposes of fiscal year '23, was

11  there a significant difference from what funding you

12  ultimately did receive, or is it similar to prior

13  years?

14       A.   It's very similar.  As a matter of fact, we

15  got additional funding for therapeutic services for FY

16  '22, '23 and '24 projected on the table.

17       Q.   And what is that funding?  I know you said

18  for therapeutic services.  What is that specifically

19  designated for?

20       A.   For us to provide additional therapeutic

21  services.  One of the things that was realized is that

22  when we returned back after the pandemic the students

23  seemed to have an increased need for therapeutic

24  supports and services that may not have been readily

25  available with the funding structure that we had or



 1   the staff that we had, and there was a great need to
 2   increase the capacity for that.
 3              And so each GNETS received $62,500 to
 4   provide additional therapeutic supports and services.
 5   The stipulations with that is for the direct support
 6   of the students.  And so as a result, I'm speaking for
 7   the Sand Hills program, we were able to hire a
 8   additional social worker to come in and support the
 9   students.  We were able to hire some outside agencies
10   to come in and do SCL support, provide on-site
11   in-classroom support for students who might have been
12   in crisis, as well as it got to -- the teachers got to
13   see the interventions that they use to -- they model
14   for the students on how to keep them calm.
15              And then we had another LPC who came in and
16   provided support, and will continue that support for
17   FY '23 as well.
18        Q.   Okay.  So you had these services this past
19   school year, and will continue this coming school
20   year?
21        A.   Yes.  That was the special grant funding for
22   three years.
23        Q.   Okay.  All right.  I'll ask some more
24   questions about that later in the deposition.
25        A.   Okay.  That's fine.



TALITHIA NEWSOME                                         July 12, 2022
UNITED STATES vs STATE OF GEORGIA                                   66

1        Q.   But that's very helpful to know.

2             Are there any other meetings that you have

3    with other GNETS directors?

4        A.   No.  Mm-hmm (affirmative).

5        Q.   Have you ever participated in the GNETS

6    Strategic Planning committee?

7        A.   I was not a part of that initial planning

8    committee, but as far as the strategic plan

9    discussions, I have participated in those.  And we do

10   talk about the strategic plan when we have our monthly

11   meeting.  But the developing of the strategic plan, I

12   was not a part of that process.

13       Q.   Okay.

14       A.   It was already in place when I came on

15   board.

16       Q.   And are you familiar -- I don't know if this

17   may be one of the meetings you've already referenced.

18   Are you familiar with the meeting named the LEA

19   Collaborative?

20       A.   That's the GLRS meeting.

21       Q.   Okay.  Those are the GLRS meeting?

22       A.   Mm-hmm (affirmative).

23       Q.   Okay.  And do you have any -- do you report

24   to anyone from any other state agencies?

25       A.   When you say report, you mean like just



1   share information?

2        Q.   Yes.  So state agencies, I'm referring to

3   the Department for Behavioral Health and Developmental

4   Disabilities or Department for Community Health or

5   others?

6        A.   So the Department of Developmental

7   Disabilities, they participate in the GLRS meetings,

8   so we both share information with each other.

9             Georgia Department of Vocational

10  Rehabilitation Services, they are at the meeting as

11  well.  And I have been working closely with the

12  representative from Vocational Rehabilitation

13  Services.  They do a program called High School High

14  Tech, and we were trying to get our kids included in

15  that, and so we came up with a plan for getting our

16  students involved.

17            This year there's been a big push at the

18  State to ensure that we start capturing students in

19  the 9th grade.  And so there is virtual job sharing.

20  So we've been trying to make sure -- excuse me --

21  virtual job shadowing.  We're trying to make sure our

22  students get to be a part of that.

23        Q.   Okay.  Who is your primary point of contact

24  at DBHDD?

25        A.   I don't have a primary point of contact.



1       Q.   Okay.

2       A.   It would be whoever the -- if I needed to

3   reach out, there is a person, and I can't think of --

4   I don't know her name, that participates in our GLRS

5   meetings, and that would be the person I reach out to.

6       Q.   Okay.

7       A.   And they send a flier out to give us the

8   contact information.

9       Q.   Do you know her position?

10      A.   I don't.

11      Q.   Okay.  And then who is your point of contact

12  at the Georgia Vocational Rehab?

13      A.   I'm going to tell you right now I'm probably

14  not going to remember any last names.  Her name is

15  Brittany is her first name.

16      Q.   And do you know her position?

17      A.   She just got a promotion, so I'm not

18  familiar with what her position is, but she's still

19  serving as the contact person.  I'm going to say her

20  last name is Nelson.  Put a question mark behind that.

21      Q.   Okay.  And do you have any point of contact

22  with DCH?

23      A.   No.

24      Q.   Okay.  All right.  So switching gears I want

25  to talk to you a bit about just the Sand Hills program



 1   as a whole.

 2        A.   Okay.

 3        Q.   There are two separate GNETS Centers for

 4   this Sand Hills program; correct?

 5        A.   Mm-hmm (affirmative).

 6        Q.   What are the names and locations of those

 7   facilities?

 8        A.   So we have the Richmond County site, and

 9   it's located at 1740 Walton Way in Augusta, Georgia.

10   And then we have the Thomson site that's located at

11   511 South Main Street in Thomson, Georgia.

12        Q.   Okay.  What counties are served by the Sand

13   Hills program?

14        A.   So we have seven participating school

15   systems.  We've got Glascock, Lincoln, McDuffie,

16   Richmond, Taliaferro, Warren and Wilkes.  And there

17   has been, depending on where students may be located

18   in Jefferson County or Burke, we might have them

19   participating as well.  But I don't have any right

20   now.

21        Q.   Okay.  And do certain facilities serve

22   specific counties?

23        A.   Yes.  The Richmond County site serves the

24   students in the Richmond County School System, and the

25   Thomson site serves all the other counties.



1        Q.    Okay.

2        A.    That's considered our satellite center.

3        Q.    And I know you mentioned that there have

4   been times when your program has served students from

5   Jefferson County and Burke County.  Have you also

6   served students from Columbia County?

7        A.    Oh, gosh, that was years ago.  Yes.  That

8   was years ago.

9        Q.    Okay.  For the counties that are not

10  currently participating, why are they not

11  participating?  Do they just not have any students?

12       A.    I can't answer that specifically because I

13  wasn't a part of that when they decided not to

14  participate at that time is I all I can tell you about

15  that.

16       Q.    Okay.

17       A.    And that would be Columbia County is the

18  only one I'm aware of.

19       Q.    Okay.  And so you don't know how, for

20  example, how if Columbia -- how they are currently

21  serving students who might have needs?

22       A.    I can speculate, but do I absolutely know?

23  I don't.

24       Q.    Okay.  Have any of the -- so for the two

25  sites that you currently have for Sand Hills, have any



1    of them changed physical locations since 2015?

2         A.    Both of them have.  Thomson -- and I don't

3    know the address for the old center.  I just remember

4    it was on the same street.  They moved from the one

5    building to another after '20- -- I think for FY '16,

6    but -- I'm not sure if that's the exact year, but they

7    did change locations.

8              In Richmond County there was a lot of

9    construction going on with schools, so a lot of the

10   schools that were not decentralized were all

11   centralized to the Tubman site.

12        Q.    And do you know why the Thomson site moved

13   locations?

14        A.    My understanding is that there was some

15   concerns regarding the facility that they were in.

16        Q.    And were those concerns brought to the

17   attention of the program by the State Department

18   event?

19        A.    I can't answer that question.  I'm sorry.

20        Q.    Okay.  Then and that predates your time?

21        A.    It does, mm-hmm (affirmative).

22        Q.    Do you know any more about the nature of the

23   concerns about the facility?

24        A.    I don't.

25        Q.    Since you've been director have there been



 1   any concerns about the physical condition of the

 2   facilities?

 3        A.   Any concerns that are presented to the --

 4   are you talking about specifically Thomson or Richmond

 5   or both?

 6        Q.   Both, that you've been in communication with

 7   the State Department of Education about?

 8        A.   Oh, no, not with the State Department.  Any

 9   concerns I have, I always try to follow the chain of

10   command and share that information with them.  And

11   typically they respond pretty fast to concerns that we

12   present to them.

13        Q.   Okay.  And what's been the nature of the

14   concerns that you've raised following your chain of

15   command?

16        A.   It might be something like -- well, one of

17   the biggest things is -- well, just basic facilities

18   things.  Making sure that if we have an issue with

19   something that's like maybe the tile's got stains in

20   it, which might, you know, mean there is a leak

21   somewhere, turning things in like that.  If there are

22   concerns about -- I think there was a scheduling

23   concern about the custodial staff during COVID, making

24   sure that we had custodial staff on site.  Just

25   basically routine facilities maintenance and



 1  management.  If it looked like we needed to get the

 2  lawn cut, or -- both sites are right in the middle of

 3  community areas and they're open campuses, so you have

 4  a lot of people coming in throwing trash everywhere,

 5  and especially after long weekends or holidays, making

 6  sure that somebody comes out and, you know, kind of

 7  checks that.

 8      Q.   And I know you said you haven't brought any

 9  concerns to the State Department of Education during

10  your time.

11      A.   Mm-hmm (affirmative).

12      Q.   Has the State conducted any inspections, or

13  raised any issues with you?

14      A.   Well, you know, I go back, I had the unique

15  experience of coming on board during COVID.  So we

16  really were not receiving any on-site visits during

17  that time.

18      Q.   You mentioned that both of the sites share

19  their facilities with other programs; correct?

20      A.   That's correct.

21      Q.   Who does the Richmond site share their

22  facility with?

23      A.   So we're primarily on the first floor.  We

24  do have a couple of classrooms on the second floor,

25  but we also share with the Performance Learning Center



1   as well as Department of Justice.  There is some

2   community programs, Department of Justice does some

3   community programs are on the third floor.

4           We've got our social workers, Homeless

5   liaison, I think they are there as well.

6       Q.   And remind me do any of those programs serve

7   students on site?

8       A.   Performance Learning Center does during the

9   instructional day, and Department of Justice does as

10  well.

11      Q.   Okay.  Do the students in the GNETS program

12  at the Richmond site have any shared classes or

13  activities with the students from either of those

14  programs?

15      A.    No.  But we do have some students who

16  participate in programs through Department of Justice

17  because of some outside things they may have gotten

18  involved in.

19      Q.   Can you speak a bit more about what that

20  dynamic looks like?

21      A.    It actually works pretty well.  We've got

22  Department of Justice on the third floor.

23          And so some of our students may have gotten

24  into some issues through the community where they had

25  been referred through some criminal activity, or maybe



1  needing some additional support that the parents may

2  have requested through the Department of Justice -- I

3  mean, excuse me -- Department of Juvenile Justice.

4  And they may leave our program at the end of the day

5  at 2:30 and participate in a program for the

6  Department of Justice, DJJ, and they'll go up there to

7  do whatever activities, whether it's counseling,

8  whether it's classes that they take, they'll

9  transition to there.  And then they transport them

10  home probably between 5:30 and 6:00.

11        But they also come down and check in on the

12  students as well to see how they are doing, touch base

13  with us to find out if we have any concerns.

14        Q.   Okay.  So beyond the students who are

15  already involved with DJJ, or Department of Justice,

16  would students in GNETS have any other interaction

17  with the DJJ program?

18        A.   No.

19        Q.   Okay.  And then for the Thomson site, what

20  other programs share that facility?

21        A.   They have the, let's see, Achievement

22  Center, McDuffie County Achievement Center.  It's an

23  alternative educational program.

24        I'm not totally positive that this is how

25  it's set up, but they have students who might be there



 1  for disciplinary reasons, as well as the possibility

 2  there that may be some students there who participate

 3  for other reasons as well.  And then they have a Prime

 4  Time that's their after-school.  I think that's

 5  through the YMCA.

 6      Q.   Okay.

 7      A.   And Student Services is located there as

 8  well.  But Student Services doesn't have students on

 9  site all the time.

10      Q.   And, again, what is the relationship between

11  the GNETS program and the Alternative Center?  Is

12  there any overlap in classes or services?

13      A.   Not classes and services, and this is for

14  both sites.  For FY '23 we will start going into the

15  cafeteria.  So there may be some overlap where we're

16  using the facilities like those community-type areas,

17  well, then they have some overlap.

18      Q.   So the students at both facilities --

19  actually, let me make sure I understand.

20           So at Thomson, the GNETS students at Thomson

21  may share -- may have lunch the same time as students

22  from the Alternative Center?

23      A.   Correct.  And the same thing for the

24  Richmond center, the students at Performance Learning

25  Center.



1      Q.   And what about, so at Richmond would they

2   have students who were also being served by the DJJ --

3      A.   No.

4      Q.   -- or Department of Justice?

5      A.   Huh-uh.  No, they don't use the facilities

6   for the cafeteria.

7      Q.   Okay.  From a scheduling standpoint do you

8   already know which students will be attending your

9   programs next school year?

10      A.   Yes.

11      Q.   Okay.  And are those schedules already in

12   place?

13      A.   They will be by the end of this week.  Our

14   11-month staff have been out, so we'll work on

15   schedules this week.

16      Q.   Okay.

17      A.   They just got back today.

18      Q.   Okay.  Who creates those schedules?

19      A.   The coordinators, along with the admin team

20   and myself, we look at the schedules.  We look at when

21   the students need to go to PE -- when they need to go

22   to lunch, when they need to go to the Media Center.

23   We look at all those things and kind of fill those

24   things in for them.

25           And then when the teachers come back, of



 1   course, they can kind of finalize whatever we've
 2   tentatively planned.
 3          MS. HAMILTON:  All right.  I'm going to hand
 4       the court reporter what I would like to have
 5       marked as Exhibit 195.
 6          THE VIDEOGRAPHER:  And, Andrea, I'm getting
 7       some rustling.  Is your mic behind --
 8       (Comments off the record.)
 9       (Plaintiff's Exhibit P-195 marked.)
10   BY MS. HAMILTON:
11       Q.   All right.  And I apologize for the small
12   print here.  So I have just handed you what is marked
13   as Plaintiff's Exhibit 195.  This is a Student
14   Enrollment Spreadsheet for the Thomson program that
15   was produced by the Sand Hills program in response to
16   the United States subpoena to produce documents dated
17   August 20, 2021.
18          So for clarification, what you'll see
19   here -- okay.  So this document, when it was given to
20   us, had a unique identifier of 000023, and this is for
21   the '21-'22 school year.
22          What you'll notice, though, is that the
23   first four columns of the spreadsheet have been
24   redacted.  It had student first name, last name, ID,
25   and date of birth, and we redacted that to protect the



1  confidentiality of the students.  So the next column

2  is where it starts with the student grade.

3          And this was part of a larger set of

4  documents that we had received that had I think the

5  '19-'20 school year, '20-'21 school year and '21-'22,

6  so this is just '21-'22.

7      A.   Okay.

8      Q.   Are you familiar with this document?

9      A.   I am.

10     Q.   Okay.  Great.  And am I correct that this is

11 a spreadsheet reflecting the Thomson student

12 enrollment for the '21-'22 school year?

13     A.   Yes.

14     Q.   Okay.  You provided this to us in response

15 to the subpoena?

16     A.   That's correct.

17     Q.   Okay.  And did you play a role in making

18 this document?

19     A.   I'm pretty sure I created the document.

20     Q.   Great.  Okay.  So I just want to walk

21 through the spreadsheet to make sure we understand

22 some of the information that's conveyed here.  And we

23 do recognize that the information we received was at

24 the point in time when you-all produced it, but the

25 numbers fluctuate throughout the school year.



TALITHIA NEWSOME                                    July 12, 2022
UNITED STATES vs STATE OF GEORGIA                        80

1      A.   Okay.

2      Q.   Based on this document, though it appears

3  that there were approximately 30 students enrolled at

4  the Thomson site --

5      A.   Mm-hmm (affirmative).

6      Q.   -- this past school year, is that accurate?

7      A.   At the time of the document it probably is

8  very accurate.

9      Q.   Okay.  Would you say an enrollment of 30

10 students at the Thomson site is comparable to past

11 school years' enrollment?

12     A.   Comparable to the last two-and-a-half years,

13 yes.

14     Q.   Okay.  Prior to that -- well, when you say

15 for the last two-and-a-half years, is that just based

16 on your knowledge of?

17     A.   Correct.

18     Q.   Okay.

19     A.   Mm-hmm (affirmative).

20     Q.   Do you anticipate that the enrollment

21 numbers will change significantly for next school

22 year?

23     A.   The enrollment numbers might not change a

24 whole lot, but the students who are participating

25 probably will because we'll be transitioning students



1  in and out.  Typically we range between about 30 to 35

2  students in the Thomson site, but the students change

3  throughout the year.

4      Q.   Okay.  So looking at this first column that

5  says Grade it appears that at the Thomson site you-all

6  served grades 2 through 12 last year; is that correct?

7      A.   Based on this time, yes.  I think before we

8  got to the end of the school year we may have had a

9  first grader.

10     Q.   And please feel free if there are additional

11 updates --

12     A.   Okay.

13     Q.   -- like you just added to share that

14 information as well.

15     A.   All right.

16     Q.   Is that common for you-all to have

17 first-graders served by your program?

18     A.   Yes, depending on -- we don't have a lot of

19 young children there, but depending on the severity

20 and the need of the student, we might get a referral

21 for a first grader; especially if they have already

22 been involved with, like, a Babies Can't Wait, or had

23 a preschool placement.

24     Q.   What's the youngest grade that you-all

25 serve?



1       A.   The youngest child we can serve is age five.

2       Q.   Moving to the Primary Disability column, is

3  it correct that the majority of the students that are

4  at the Thomson site had a primary diagnosis of autism?

5       A.   There appears to be a high number of

6  students with autism, yes.

7       Q.   And is that consistent with your just

8  general recollection of the program?

9       A.   Yes.

10      Q.   Is there any particular reason for that?

11      A.   I can't identify a particular reason.  I can

12  only identify that if they are referred to us for

13  consideration and they meet the criteria, then they

14  would be eligible.

15          And the disability in and of itself wouldn't

16  necessarily say, okay, he has autism, we're not going

17  to take them.  But if they are having severe

18  emotionality and they met the criteria, then we would

19  accept them into the program.

20      Q.   And between the Thomson site and the

21  Richmond site, is there any specialization of focus or

22  services at one over the other where you would have

23  more students with a particular disability served?

24      A.    No.  It would be based on emotionality,

25  severe emotionality and need.



1    Q.   Okay.  All right.  Moving to if you go over

2    a few columns to School System.

3    A.   Mm-hmm (affirmative).

4    Q.   Is it correct that the majority of the

5    students at the Thomson site come from McDuffie

6    County?

7    A.   That is correct.  It's a larger school

8    system.

9    Q.   Okay.  And then would you say that the rest

10   of the students come from a mix of the other counties

11   served by Thomson?

12   A.   Yes.

13   Q.   Can counties reserve spaces from year to

14   year for possible referrals from their respective

15   schools in the future?

16   A.   Absolutely not.

17   Q.   Have they ever tried to?

18   A.   No.

19   Q.   Okay.

20   A.   Not during the years I have been there.

21   Q.   Okay.  All right.  And so the column right

22   before that one that says Case Manager.  What is the

23   role of case manager?

24   A.   That would be the special education teacher

25   and/or the service provider, but primarily making sure



 1   -- that's a person that we would contact if the --

 2   when we need to get information regarding IEP data

 3   that's collected, that person would be responsible for

 4   that.

 5        Q.   Okay.

 6        A.   And a lot of times it's one and the same

 7   person.

 8        Q.   Okay.  So when students are assigned to

 9   either of your sites, is it based purely on their

10   residence, or are there other determinations for how

11   they end up at one site versus the other?

12        A.   Yes, based on residence.  So students for

13   Richmond County are typically Richmond County

14   students, and then those participating students in the

15   Satellite Center would be from those participating

16   school systems that I mentioned earlier.

17        Q.   Okay.  Is transportation provided for

18   students attending school at both locations?

19        A.   Yes.

20        Q.   Who covers the expenses for that?

21        A.   The school system, the participating school

22   system.

23        Q.   So for the Thomson site, how far do students

24   typically travel to attend school?

25        A.   I'm not sure about the distance, but the



1  typical ride would be 45 minutes or less.

2       Q.   And for students who ride the bus, is their

3  bus route directly from home to the program, or is

4  there -- like I think when we did our site visit we

5  learned about there being a bus barn.

6       A.   And it is different for each school system.

7       Q.   Okay.

8       A.   So some systems may transport them directly

9  home.  Some systems may take them to a center location

10 and they are transported from there to their homes.

11      Q.   So the center location would be the

12 equivalent of the bus barn?

13      A.   The bus barn, yes.

14      Q.   Okay.

15      A.   Were you asking about both programs, or just

16 Thomson?

17      Q.   Just Thomson for that one.

18      A.   All right.

19      Q.   For Thomson what is the longest bus route?

20      A.   I'm going to say about 45 minutes.

21      Q.   Mm-hmm (affirmative).

22      A.   I don't know the distance.

23      Q.   Do you know if any students have a route

24 that would last longer than an hour?

25      A.   I don't.  And if we knew of any, we would



1   probably have already addressed it.

2        Q.   So that's not your general expectation?

3        A.   No, huh-uh (negative).

4        Q.   What are the start and end times based on

5   the bell schedule at Thomson?

6        A.   They take in at 8:00, and they start

7   dismissing kids -- dismissal is between 2:00 and 2:15.

8        Q.   During our site visit we were told that

9   students leaving Thomson have to leave early each day

10  like around 1:30 or 1:45 to be able to make their

11  transfer.  Can you speak to that?

12       A.   There was one school system, and that was --

13  I think it's Wilkes County.  Everybody else is leaving

14  between 2:00 and 2:15, they're loading on the busses.

15  And we did reach out to that director, that's

16  something they started this year, not really sure why

17  the change was made, you know, other than there is a

18  lot of people not working, and transportation is not

19  one of those areas that people are flocking to apply

20  for, so they may have had, you know, shortages with

21  drivers or whatever.  But that's Ms. Newsome trying to

22  speculate.  But that was something that started this

23  year.

24            We did reach out to the director to find out

25  if that was something that was going to be implemented



1   for next year as well.  And that was not even the

2   whole year.  It was towards the end of the school year

3   that they asked for that change.

4        Q.   And at this point do you know what the plan

5   is for Wilkes and whether they are still planning to

6   have students leave school early to go home?

7        A.   I'll know by the end of this week.  That's

8   going to be part of that scheduling when I meet with

9   the coordinator.

10       Q.   What are your views on whether students

11  should be being dismissed -- I think in this case

12  it's --

13       A.   I think all students deserve to be in --

14  have the same instructional day as any other student,

15  so.  But again, trying to make sure we meet the needs

16  of the school system.  But we did stress it would be

17  best if they stayed the full day.

18       Q.   And what about drop-off times in the

19  morning?  Are there any significant variances in when,

20  like, busses are arriving, like do you have

21  programs -- sorry.  Do you have any busses arriving

22  significantly later than your start time?

23       A.   Huh-uh (negative).  They usually get in

24  between 7:50, 8:15.  And during that time that's when

25  the students are eating their breakfast, and so we're



1   ready to begin instruction around 8:30.

2        Q.   Do you know how the start and end times for

3   the school day for Thomson and Richmond compare to the

4   rest of the school district?

5        A.   Well, when I look at the calendars, I think

6   they're very comparable to the instruction day for all

7   the students.

8        Q.   Okay.  So the students in GNETS, bus issues

9   aside, generally have the same length school day as

10  students in the regular general education schools?

11       A.   Typically, unless there is a specific

12  situation where a student might need to transition in

13  with something else or transition out with something

14  else.  But for the most part we follow the same

15  instructional period for the students.

16           MS. HAMILTON:  Okay.  I'm going to hand the

17      court reporter what I would like to have marked

18      as Plaintiff's Exhibit 196.

19      (Plaintiff's Exhibit P-196 marked.)

20  BY MS. HAMILTON:

21       Q.   Handing you what's been marked as

22  Plaintiff's Exhibit 196.  It looks very similar to the

23  other one that I just gave you, but this is a Student

24  Enrollment Spreadsheet for the Richmond program for

25  the '21-'22 school year that your program produced in



TALITHIA NEWSOME                                        July 12, 2022
UNITED STATES vs STATE OF GEORGIA                              89

1   response to our subpoena.

2        A.   Mm-hmm (affirmative).

3        Q.   Similar to the other document, you'll see

4   that we also redacted the first four columns that

5   contain student first name, last name, ID, and date of

6   birth to protect their confidentiality.

7        A.   Mm-hmm (affirmative).

8        Q.   Do you recognize this document?

9        A.   I do.

10       Q.   Okay.  And am I correct that this is a

11  spreadsheet that reflects the Richmond student

12  enrollment for the '21-'22 school year?

13       A.   Yes.

14       Q.   And then I'll also just note for the record

15  that when you-all provided it, it did have a stamp at

16  the bottom that was -- I think the first page was

17  000018.  And it was also part of a larger spreadsheet

18  that contained information for multiple school years.

19       A.   Okay.

20       Q.   All right.  So last school year at Richmond

21  would you agree that there were also approximately 30

22  students in the program?

23       A.   Yes.

24       Q.   Okay.  And would you say that the number of

25  students in the Richmond program, that that number has



 1  been pretty consistent across years, or has it
 2  changed?
 3       A.   Speaking from previous years prior to me
 4  coming on board, it's a little bit lower --
 5       Q.   Okay.
 6       A.   -- than it's been over the past
 7  two-and-a-half years.
 8       Q.   What accounts for that change?
 9       A.   It could -- this is Ms. Newsome speculating,
10  could be the result of the pandemic.  But it could
11  also be a result of in Richmond County we started some
12  -- they started some behavioral support classes.  So
13  one of the things that we wanted to do was really look
14  at are the students getting the services and support
15  before they get to us.  And so part of the role of the
16  GNETS liaison is to kind of work with those behavior
17  support classes, look at students who's been -- who
18  have been referred to the behavior support class.
19  That's kind of another area to work on some of those
20  behavioral supports and therapeutic services that they
21  need.
22            If the students aren't demonstrating
23  progress in the behavioral support classes and might
24  require additional interventions, they may be referred
25  to us for considerational services.



1      Q.   I know you mentioned the GNETS liaison
2  earlier.  In terms of where they fall in the
3  hierarchy, are they an employee of the GNETS program,
4  or are they more of a direct employee of the school
5  district?
6      A.   Both.
7      Q.   Okay.
8      A.   The person reports to -- works under the
9  Sand Hills program, but she provides supports to the
10 Thomson site, the Richmond site, as well as those
11 behavioral support classes in Richmond County.  And
12 Richmond County funds that position, DOE funds that
13 position.
14     Q.   And these behavior support classes, how do
15 students end up being placed in them?
16     A.   There is a criteria that they have to
17 follow.  The IEP team meets to see what types of
18 interventions were provided prior to the
19 recommendation for or consideration for the behavior
20 support classes.
21          It's very similar to the referral process
22 for the GNETS Sand Hills program; not identical, but
23 they've got a lot of the similarities.
24     Q.   Okay.  I will probe that more a little
25 later, but that's helpful to know.



1        A.    Okay.

2        Q.    Do you anticipate the enrollment numbers for

3    the Richmond County program changing significantly

4    next school year?

5        A.    I think that there is a possibility that

6    they may change only because I haven't been able to

7    identify why there's a decrease.  Again, the pandemic

8    slowed down a lot.  We had kids at home.  We had sites

9    that were opening and closing.  So for some of our

10   staff, it may have been difficult for them to collect

11   the data that they need, or provide the interventions

12   consistently over time to say that they would be in

13   need of consideration for services through GNETS.

14        But since it appears that COVID has taken a

15   plateau, and the schools have been able to stay open

16   longer I think it will have an increase, if that is

17   indeed the reason why we don't.

18        Q.    Sorry.  Do you think next school year you'll

19   have an increase?

20        A.    I think we will, yes.

21        Q.    Because you have been having a decrease --

22        A.    Right.

23        Q.    -- for those other reasons.

24        When will you get your final enrollment

25   numbers or rosters?



1        A.    We have them now.  So unless there is a
2   referral that's pending, these are the students who
3   will be participating for next year.  Does that answer
4   your question?
5        Q.    So I know this chart is for the '21-'22
6   school year.
7        A.    Mm-hmm (affirmative).
8        Q.    And so I guess I'm just trying to get a
9   rough estimate of how many students you think you'll
10  have.
11       A.    We're slated to have about between 60 and 62
12  students for next year.
13       Q.    For the whole program?
14       A.    For the whole program, Thomson and Richmond.
15       Q.    Okay.  And do you know how that breaks out
16  by site?
17       A.    Oh, I don't want to give you -- there might
18  be 32 students in Thomson and 26 in Richmond, or 28
19  and 32, something like that.
20       Q.    All right.  So looking at this gray
21  column -- sorry, I want to make sure I have the right
22  information.
23            So looking at this gray column for Richmond
24  it looks like last school year you-all served grades 4
25  through 12; is that accurate?



1      A.   That's correct.

2      Q.   Okay.  And then do you have a sense of what

3  grades you'll be serving next school year?

4      A.   We're going to start out with fifth grade

5  because a young man was promoted to the fifth grade.

6  So we'll start out with 5 through 12.

7      Q.   Okay.  Have you ever served younger grades

8  at the Richmond site?

9      A.   Not since I have been the dir- -- oh, at the

10 Richmond site I think we might have had third-graders

11 when I came on board, and then they got promoted to

12 the fourth grade.

13     Q.   And then moving to the Primary Disability

14 column it appears that the majority of students at the

15 Richmond site had a primary diagnosis of EBD?

16     A.   Mm-hmm (affirmative).

17     Q.   Is that consistent with your understanding?

18     A.   Yes.

19     Q.   Okay.  All right.  Moving to the School

20 System column, this is consistent with what you shared

21 earlier, but it appears that all of the students who

22 attended the Richmond site lived in Richmond County

23 last school year?

24     A.   That's correct.

25     Q.   Okay.  And then turning to Transportation,



 1   what is the typical length of the bus route for

 2   students in Richmond County?

 3        A.   They are not -- Richmond is pretty large, so

 4   we have busses that are divided.  So anywhere between

 5   30 and 45 minutes in Richmond.  We don't have anybody

 6   that's on the -- we shouldn't have anybody who's on

 7   the bus more than an hour, going or coming.

 8        Q.   Is there a bus barn or central location

 9   where students transfer in Richmond County?

10        A.   No.  They are picked up and dropped off at

11   the school.

12        Q.   And for Richmond County do you have any

13   issues with students having to catch the bus before

14   the end of the school day?

15        A.   Not -- not issues with anything, no.

16        Q.   Okay.  Do you have any students who -- whose

17   busses arrive before the regular school day ends?

18        A.   They can arrive as early as they want.

19   Unless there is a plan in place, they will not board

20   the bus until we dismiss the students.

21        Q.   Okay.

22        A.   And we have had some that will sit out there

23   and wait, and when it's time for them to be dismissed,

24   then we will dismiss them to board the bus.

25        Q.   Okay.  And that's for Richmond, the Richmond



1   site?

2       A.   That's for both sites.  Mm-hmm.

3       Q.   Okay.  Sorry.  I guess just to clarify, for

4   Richmond, do you have any issues where school

5   districts have to pick up students before the end of

6   the school day early?

7       A.   Huh-uh (negative).

8       Q.   Okay.  And I guess just so the court

9   reporter can hear you, too?

10      A.   No, I don't.  I'm sorry.

11      Q.   Okay.  So returning back to Exhibit 195.

12      A.   Mm-hmm (affirmative).

13      Q.   For Thomson, I want to continue to work

14  through this spreadsheet, and about midway through the

15  page there is a column that says Total Time Spent in

16  GNETS.  Do you see that?

17      A.   Yes.

18      Q.   Okay.  If you want -- you can take a look at

19  this, and I know you're familiar with it.  But your

20  program reported that the length of time that students

21  spent in GNETS ranged anywhere from one month to

22  12 years; is that correct?

23      A.   Now, I don't see that on this one.  What I

24  see total time in GNETS, it's actually -- Okay.  I see

25  what you're saying.  Yes.  I don't see the kids'



```
 1  names.  Yes.
 2       Q.   All right.  And the names wouldn't be there,
 3  but some other identifying like the grade, race, like
 4  you would probably be able to identify the students
 5  without us putting --
 6       A.   Mm-hmm (affirmative).
 7       Q.   -- too much information on here.  Is it
 8  correct that you had a student in the Thomson site who
 9  had been at GNETS for 12 years?
10       A.   I'm going to say I need to clarify that
11  because I'm looking at this, and this doesn't look
12  like information that is correct.  So how do I go back
13  to check that these -- I don't want to confirm this,
14  because I look on here, see a child being 12 years and
15  I know that can't be accurate because -- I would have
16  to go back and clarify, ma'am.  I'm sorry.
17       Q.   So like if you were to look at the row for
18  that particular student, and I don't want you to
19  identify the student on the record, but based on the
20  information here are you able to identify who that
21  student is?
22       A.   Which one are you referring to?  I'm sorry.
23       Q.   If you scroll down, it's probably easier to
24  find it starting from the bottom and working up.  And
25  it says:  Total time spent in GNETS 12 years?
```



1        A.   I see that.

2        Q.   Okay.  And then if you kind of work, kind of

3   looking at the rest of the row.

4        A.   I see that.

5        Q.   And it has like the student's grade.

6        A.   Mm-hmm (affirmative).

7        Q.   Their race.

8        A.   I can identify who I think that student is,

9   but, again, I'd have to go back and verify the number

10  of years.  I'd have to go back and verify the number

11  of years.

12       Q.   Mm-hmm (affirmative).

13       A.   I'm not comfortable saying that this is

14  accurate, ma'am, even though this is what I submitted,

15  I'm really not comfortable saying that.

16       Q.   Okay.  When you created this spreadsheet, do

17  you recall how you gathered the information?

18       A.   So I had the coordinators for each site

19  gather the information, and they turned it in and

20  that's how it was submitted.  So I'm not sure why it's

21  submitted with the years like this.

22       Q.   Okay.  So and then I also -- I don't know if

23  you see this, there is a column that says Date of

24  Enrollment.  So like if you look at that same student,

25  it says they were enrolled in 2009?



 1          A.    Mm-hmm (affirmative).  I do see that.

 2          Q.    And if you look at the spreadsheet, again,

 3    just based on what's here, I understand that you don't

 4    recall specifically that there is also some students

 5    who were listed on the spreadsheet as having been in

 6    GNETS for 11 years?

 7          A.    On the same one for Thomson?

 8          Q.    Same spreadsheet for Thomson.

 9          A.    Mm-hmm (affirmative).

10          Q.    And one of those students, it says they

11    enrolled in 2010?

12          A.    Mm-hmm (affirmative).

13          Q.    And it's another one further down, it says

14    they enrolled also in 2010?

15          A.    Mm-hmm (affirmative).

16          Q.    Okay.  And then do you see on the

17    spreadsheet that it lists that there are students who

18    have been in the GNETS program for nine years?

19          A.    I do.

20          Q.    So like this very first student listed, it

21    says they enrolled in 2012.

22          A.    Mm-hmm (affirmative).

23          Q.    And then if you scroll down a little

24    further, there is another student who says they

25    enrolled in 2012?





1        A.   I see that.

2        Q.   Okay.  Do you have any reason to believe

3   that the dates of enrollment listed here are

4   incorrect?

5        A.   I don't.  But I still would rather go back

6   and personally verify all of it.

7        Q.   So if, in fact, any of these students had

8   been in GNETS for 12 years, or 11 years, nine years,

9   or even seven years, that would have meant they'd been

10  in GNETS for more than half of their school careers;

11  correct?

12       A.   Yes, that's the way it looks.

13       Q.   Were you aware that any students -- and,

14  again, I understand you're saying you want to go back

15  and verify -- are you aware that any students had been

16  in GNETS for that length of time?

17       A.   I'm pretty sure from my appearance you can

18  see that I'm not.  I was not aware that they had been

19  in there that long based on the information provided.

20       Q.   And do you recall reviewing this particular

21  column when you submitted this spreadsheet?

22       A.   I was reviewing so many documents, I don't.

23  And I think that would have stood out to me.

24       Q.   Okay.  Would it concern you -- again, you

25  know, someone else completed this on your staff, but



1  knowing this now would that concern you, knowing that
2  you've had students who have been in GNETS for that
3  length of time?
4       A.   I would say that if there -- a place --
5  well, not if.  It does stand out.  However, I do know
6  that the way that we operate is we look at the needs
7  of the students from year to year.  In addition to, we
8  look at how the students are making progress almost
9  daily.  And the IEP team at some point would have made
10  a determination that the children's least restrictive
11  environment is appropriate.  But it is something that
12  stands out, yeah.
13       Q.   Do you review data points or metrics such as
14  length of stay on a regular basis for all of your
15  students?
16       A.   We started looking at that my first year
17  here, but, again, we got cut off because of the
18  pandemic.  I do know that's one of the areas that
19  we're looking at for FY '23, how long have the
20  students been in our program as part of that
21  consideration, specific questions that the team will
22  be asking regarding transitioning students back for FY
23  '23; a little bit more than what we've done in the
24  past, trying to figure out where they need to be.
25       Q.   Okay.  And do you have any communication



1  with the State Department of Education about any

2  questions or concerns or issues related to length of

3  stay of students?

4      A.   Not specifically, no.

5      Q.   For both of your sites do you keep

6  attendance records of which students attend each day?

7      A.   We do.

8      Q.   For a student to be in attendance, what

9  proportion of the day do they have to be present?

10     A.   So they could attend it -- well, it -- ask

11 me the question again, please.

12     Q.   For a student to be marked as in attendance

13 for the day --

14     A.   Mm-hmm (affirmative).

15     Q.   -- what proportion of the day do they have

16 to be present?

17     A.   So we take attendance at the beginning of

18 the day, and if they are here at the beginning of the

19 day then we would mark them as being present.  If they

20 left early for any reason regarding because they had a

21 doctor's appointment, or if their parent needed to

22 pick them up for whatever reason, then they would be

23 marked absent for those courses that they missed.

24     Q.   Who collects that data for your program?

25     A.   In Thomson, the teachers do that.  They keep



 1   a manual grade book, and they enter it into the

 2   electronic grade book.  And then for Richmond, they

 3   enter it into Infinite Campus.

 4            REPORTER:  I'm sorry, ma'am.  They "enter it

 5   into" a what?

 6       A.   For the Thomson site the teachers keep a

 7   hard copy, but they manually write down the

 8   attendance.  And then they share that information with

 9   the school system so that school systems can enter

10   that information.  And then for the Thomson -- for the

11   Richmond site, the teachers enter it directly into the

12   student information system, which is Infinite Campus.

13            REPORTER:  Thank you.

14       (Comments off the record.)

15   BY MS. HAMILTON:

16       Q.   What is your average daily attendance at

17   both of your sites?

18       A.   Thomson is probably all 30 students, and

19   Richmond ranges between 26 to 30 students.

20       Q.   And during our site visit we had, I think,

21   taken note that there were approximately 20 students

22   present at the Richmond location and 22 present at the

23   Thomson location.

24       A.   Mm-hmm (affirmative).

25       Q.   Would you say that that's consistent with



1    your average attendance, or would there have been

2    something unique about those particular days we were

3    there?

4         A.    Absolutely something unique.  We had --

5    COVID had started increasing.  So we had staff and

6    students who were out as a result of COVID as well as

7    there was some type of virus going on specifically for

8    the Thomson site.

9              For the Richmond site, we didn't have COVID

10   issues, but there was a virus going on.  I think there

11   was -- let me see -- some parents came to pick their

12   kids up that day early toward the end of the school

13   year, so they had activities and things planned.  One

14   student specifically had a doctor's appointment that

15   he was trying to get to that particular day.

16             I will -- I will say that COVID does impact

17   the attendance, but if we have to close the whole

18   program down, then all students are given activities

19   in their county of residence, so they'll be counted as

20   receiving their services and instructions and

21   attendance.

22        Q.    Okay.  And when was the last time you had to

23   close the program completely due to COVID?

24        A.    Let me think.  So it was probably first

25   semester of August 2021 that we had to close, and I



1  want to think it was between, sometime between

2  December, November.  Most of the time if we had to

3  close after that it might have been specific classes

4  that had to shut down.

5      Q.  Okay.  All right.  If students are sent home

6  due to behavior issue --

7      A.  Mm-hmm (affirmative).

8      Q.  -- how does that count for attendance

9  purposes?

10     A.  It would be coded as a -- even if it's for

11 behavior, it would be counted as a suspension whether

12 it's part day or full day.

13     Q.  And do you also have to identify it as an

14 excused or unexcused absence?

15     A.  We have not.  But for Infinite Campus when

16 you enter the suspension -- I mean, the students went

17 home because of behavior, it's going to automatically

18 list it as a suspension.

19     Q.  And do you discuss your enrollment numbers

20 with anyone from the State Department of Education?

21     A.  Not on an ongoing basis.  Sometimes they

22 will email us and ask us our number, enrollment

23 numbers, are they correct, like at the end of the year

24 when they are looking at calculations; again, they

25 want to make sure we're counting all of our kids.  So



 1  they'll send us out an inquiry about whether or not

 2  those numbers are accurate.

 3      Q.   And do you have regular reporting

 4  requirements to the State for attendance?

 5      A.   Other than what the school system required,

 6  no, not to my knowledge.

 7      Q.   Okay.  And my last attendance question.  Do

 8  your attendance rates affect funding that you receive

 9  from the State or the LEA or RESA in any way?

10      A.   They would.  If I had a student who was out

11  10 days prior to our actual count, then it would

12  impact our funding because I wouldn't be able to count

13  that student.

14      Q.   So the student would need to be present at

15  the time that you-all --

16      A.   Within those ten days, yes.

17           MS. HAMILTON:  How are you doing?  Do you

18      need a break?

19           MS. FLETCHER BOWDEN:  I think probably

20      pretty soon.

21           THE WITNESS:  Like 12:00.

22           MS. FLETCHER BOWDEN:  High noon.

23  BY MS. HAMILTON:

24      Q.   Okay.  Well, we're going to transition to a

25  different topic, and I want to learn more about just



 1    some staff-related issues and matters in your program.

 2            Starting with just some general questions

 3    about hiring and recruitment, who determines the

 4    staffing needs in your GNETS program?

 5        A.    That's done in our planning meetings, and

 6    also looking at the number of students that we have

 7    and the needs of the students.  So it would be the

 8    GNETS director along with the personnel director or

 9    personnel coordinator who's hired to -- who works with

10    us.

11        Q.    And the personnel coordinator is with

12    Richmond?

13        A.    Mm-hmm (affirmative).  And sometimes we work

14    within the school systems, the other school systems as

15    well.

16        Q.    Do you know if that's true for all GNETS

17    programs?

18        A.    I don't know.

19        Q.    Okay.  All right.  So then what is the

20    process for hiring new personnel when an opening is

21    created or a need is identified?

22        A.    So we -- typically I contact a human

23    resources coordinator assigned, and if we have a

24    coordinator who works with certified staff and

25    classified staff, let them know it's a vacancy.  Also



1  alert my supervisor, my direct supervisor, to let them

2  know there is a vacancy and go work with them to get

3  the job posted.  Once it's posted, then I have access

4  to the it's called Talent Ed where I can go in and see

5  who has applied for the position.

6         Once we have a list of candidates, I go

7  ahead and schedule the interviews.  The coordinators

8  and I interview the staff and make a recommendation

9  for employment and turn that in to our HR coordinator

10  who will -- well, prior to even turning it in, we do

11  reference checks.  Our HR coordinator receives the

12  information, determines that the person is eligible

13  for hire, and then they offer the position if a

14  position is offered.

15     Q.   Okay.  So going back a bit, where are the

16  positions advertised?

17     A.   On the board website.

18     Q.   Okay.

19     A.   And they -- and I'm not sure, but in the

20  past I know that, depending on the positions, they

21  have opened them up to other sites as well like Teach

22  Georgia and things like that.  I'm not sure if that's

23  still the case, but it has been in the past.

24     Q.   And then you said that you can see who

25  applies through a website called Talent Ed?



1    A.    Mm-hmm (affirmative).  It's a web-based

2    program that the school system uses.  And that's where

3    the applicants apply for the position.

4    Q.    Okay.  So once the vacancy -- sorry.  Once

5    the hiring notice window ends, you mention that you

6    can then schedule interviews.

7    A.    Mm-hmm (affirmative).

8    Q.    Do you have to consult with anyone before

9    you determine who you want to interview, or can you

10   pretty much pick whoever you want?

11   A.    I'm constantly speaking with the

12   coordinators about the applicants who have applied.

13   We have the autonomy to look at that list of

14   applicants and make recommendations for who you want

15   to consider for interviewing and for hiring.

16        If there is a question about somebody's

17   credentials or qualifications, I definitely want to

18   make sure that I go through the coordinator for that.

19   Q.    And just to make sure I'm clear, when you

20   say "coordinator," are you referring to the Richmond

21   County personnel coordinator?

22   A.    Mm-hmm, the human resources coordinator.

23   Q.    And in terms of the coordinators

24   participating in these interviews, is it the same

25   person?



1        A.   No.  Well, it could be.  They could be part

2   of that.  But the coordinators for the programs

3   participate as well.

4        Q.   Okay.

5        A.   Because they are the ones who are going to

6   be working with the staff day to day.

7        Q.   Okay.  So the coordinator for the Thomson

8   staff and the Richmond site?

9        A.   Correct.

10       Q.   All right.  And so you conduct these

11   interviews, and then who did you say makes the final

12   decisions about who gets hired?

13       A.   Human resources will reach out to the

14   candidate to let them know that they've been

15   considered for employment.  They will gain the

16   information on whether or not the person accepts the

17   position, and they'll let us know.

18       Q.   Okay.  Does the LEA have -- I guess when you

19   say human resources, is that with --

20       A.   Richmond County.

21       Q.   -- Richmond County?

22       A.   Yes.

23       Q.   So they would have a say in whether someone

24   gets hired?

25       A.   Right.  Because they would go through to



1   make sure that the person meets the employment

2   requirements.

3       Q.   Okay.  Would anyone from the RESA have the

4   ability to weigh in on whether someone gets hired?

5       A.   Not with -- so the RESA is not directly

6   involved in Richmond County.  If I had to do a direct

7   hire through the school systems outside of Richmond

8   County, then they would.  And I have had that happen.

9       Q.   Okay.  What would be the circumstances where

10  that would happen?

11      A.   If there was a child who was in need of

12  somebody that was child-specific, then the school

13  system for that student would be responsible for

14  funding that position.  And then they would make the

15  recommendation -- they would make the final

16  recommendation on whether or not that person would be

17  hired.  And in some cases they might hire them and

18  then send them to us to have them work on our program.

19      Q.   And then what about the State Department of

20  Education, do they ever have the ability to approve or

21  weigh in on anyone who is hired?

22      A.   I don't know if they have the ability, but

23  they have not up to this point.

24      Q.   Okay.  And does the State Department of

25  Education participate in any way in hiring for your



1   GNETS staff?

2        A.   They give us information about not only just

3   the State Department, but the Georgia Professional

4   Standards -- so the answer is no.

5        Q.   Okay.  Well, you're about to say the Georgia

6   Professional Standards?

7        A.   They give us the guidelines for who can be

8   hired, and anybody that we hire definitely has to meet

9   those guidelines before they can be considered for

10  employment.

11       Q.   Does the State Department of Education ever

12  recommend individuals for hire -- to hire?

13       A.   No, they have not.

14       Q.   And you mentioned that the Georgia

15  Professional Standards Commission sets the

16  qualifications.

17       A.   Mm-hmm (affirmative).

18       Q.   For teachers who are employed in GNETS, what

19  are the requirements in order for them to be able to

20  work for your GNETS program?

21       A.   They would definitely have to meet the

22  minimum requirements that are available, at least the

23  minimum requirements that are available, for

24  employment.

25            Of course, we have other things that we look



 1   at as well outside of those requirements like their

 2   background, their experiences related to mental

 3   health, do they have experience with that, do they

 4   have experience working with students at risk.

 5          And it may not always be in an educational

 6   setting.  It might be in a current position or a

 7   previous position that they have.  But they definitely

 8   have to meet those minimum qualifications.  They have

 9   to have a bachelor's.  They have to pass the

10   fingerprint and criminal check.

11          Of course, we always want to get, you know,

12   staff who are highly qualified.  But we also have the

13   opportunity to hire people who come from an

14   alternative track who agree to work in an area and

15   possibly go back to school to get a degree in that

16   particular area of, like, special education.

17      Q.   Okay.

18      A.   And that's for all, any program, whether

19   it's a student with disa- -- with special education,

20   general education, Spanish.  That's something that's

21   offered for any teacher who wants to come to the field

22   of education.

23      Q.   Okay.  And when hiring for other, like,

24   nonteaching positions, would you also consult the

25   Georgia Professional Standards Commission's guidelines



 1 | for the requirements for other positions as well?

 2 |      A.   Absolutely.  We follow those guidelines, and

 3 | we make sure that we work through human resources to

 4 | make sure that the people who are being considered for

 5 | employment like paraprofessionals, social workers,

 6 | counselors, that they meet their requirements through

 7 | the Professional Standards Commission.

 8 |      Q.   Okay.

 9 |           THE VIDEOGRAPHER:  Seven minutes.

10 |           MS. FLETCHER BOWDEN:  Is it about time for a

11 |      break?  You've got one more short topic?

12 |           MS. HAMILTON:  We'll see.

13 |           All right.  I'm going to hand the court

14 |      reporter what I'd like to have marked as

15 |      Plaintiff's Exhibit 197.

16 |      (Plaintiff's Exhibit P-197 marked.)

17 | BY MS. HAMILTON:

18 |      Q.   All right.  I'm handing you Plaintiff's

19 | Exhibit 197.  And this is a Staff Spreadsheet produced

20 | by your program response to our August 2021 subpoena.

21 |      A.   Mm-hmm (affirmative).

22 |      Q.   The first page of this document is stamped

23 | using the unique identifier from the Sand Hills

24 | program 000315.

25 |      A.   Mm-hmm (affirmative).



1      Q.   And I want to turn to the very last page of
2   the spreadsheet.  At the top it says Year 2021-2022.
3      A.   Okay.
4      Q.   Are you familiar with this document?
5      A.   It looks familiar, yes.
6      Q.   Okay.  Am I correct that this is a
7   spreadsheet -- and we did not make any changes to this
8   for redaction purposes.
9      A.   Mm-hmm (affirmative).
10      Q.   -- that this is a spreadsheet reflecting
11   staff information for the '21-'22 school year?
12      A.   Yes.
13      Q.   Okay.  And your program provided this to us
14   in response to the subpoena?
15      A.   That's correct.
16      Q.   Okay.  All right.  So just looking at this
17   document as a whole, it appears that some staff serve
18   the program as a whole, and others serve specific
19   locations; is that correct?
20      A.   That's correct.
21      Q.   Okay.  What are the positions of staff who
22   serve the program as a whole, and what are their
23   roles?
24      A.   So you would have the director because I
25   work between both programs.



1        Q.    Mm-hmm (affirmative).

2        A.    You have the support providers, which would

3   be the counselor, social worker, and the GNETS

4   liaison.

5        Q.    Okay.  And I don't see the GNETS liaison on

6   this spreadsheet, but is he or she -- like, I don't

7   see it labeled by position, but are they on here?

8        A.    They are not on here.  She wasn't hired at

9   the time.

10       Q.    Okay.  And what's her name?

11       A.    Rexanne Faulkner.

12       Q.    Can you spell that, please?

13       A.    R -- you know what, that's not her first

14   name.  Teresa Rexanne Faulkner.

15       Q.    Teresa.  T -- can you spell that, please?

16       A.    T-E-R-E-S-A.  R-E-X-A-N-N-E.

17   F-A-U-L-K-N-E-R.

18       Q.    Okay.  And who employs the individuals you

19   just named?

20       A.    You mean the LEA?

21       Q.    Mm-hmm (affirmative).

22       A.    Richmond County.

23       Q.    And are all of those positions funded by

24   Richmond County?

25       A.    I was going to say --



1      Q.    Okay.  Go ahead.

2      A.    Richmond County serves as the flowthrough.

3      Q.    Okay.

4      A.    So they -- but the social worker is funded

5   through a special grant provided by the State of --

6   our GNETS program through the State.

7      Q.    Mm-hmm (affirmative).  Okay.  And then what

8   about your position in terms of who funds that

9   position?

10      A.    It's funded through the State grant for

11   GNETS.

12      Q.    Okay.  And are any of the other individuals

13   besides you and the social worker funded by the State

14   grant for GNETS?

15      A.    The counselor and the coordinator.

16      Q.    And I know we haven't covered the

17   coordinators yet on the spreadsheet, but each one of

18   them is assigned to a different site; correct?

19      A.    That's correct.

20      Q.    Okay.  Okay.  So then that leaves the

21   support provider and the GNETS liaison.  Are those

22   both funded by the school district directly?

23      A.    The GNETS liaison is funded through the

24   Richmond County Special Ed department through their

25   IDA fund.  And who was the last one that you



1    mentioned?

2         Q.   I believe I wrote down support provider.

3         A.   I'm not sure which support provider you're

4    referring to.

5         Q.   Let's see.  When I -- let's see.  In

6    response to the question what are the positions who

7    serve the program as a whole, I have written down

8    director and then --

9         A.   I think I said support providers, the

10   counselor and the social worker.

11        Q.   Oh, support?

12        A.   Okay.  All right.

13        Q.   That was covering the counselor and social

14   worker.

15        A.   Yes.

16        Q.   Okay.  Great.  So just to recap, so the

17   director, the social worker, and then counselor are

18   all funded through the State GNETS grant?

19        A.   Correct.

20        Q.   The GNETS liaison through the Richmond

21   County Special Education Department IDEA funds?

22        A.   Yes.

23        Q.   And those are the individuals who serve the

24   program as a whole?

25        A.   Right.



1      Q.    And then at each of the sites you have your

2   two coordinators, and they are both funded by the

3   State grant?

4      A.    That's correct.

5      Q.    Okay.  So do you have any other staff who

6   serve in multiple locations?

7      A.    Earlier I mentioned the additional funding

8   that we got to provide therapeutic service providers.

9   They serve across both locations, so they serve the

10  Thomson and the Richmond County students.

11     Q.    Okay.

12     A.    Now, that's the social worker, the LPC

13  Dr. Jackson, and the Namaste Group.  And we have one

14  other -- yeah, the Namaste Group.  The other one is

15  not being paid.

16     Q.    Okay.  And then can you break out the rest

17  of your staff starting with the Thomson location?  So,

18  like, how many teachers, how many coordinators, how

19  many paraprofessionals and so forth.

20     A.    Let's see.

21     Q.    And if your recollection -- this is based at

22  the point in time when we received this.

23     A.    Okay.  So I can tell you both.  As to

24  Thomson, Thomson has six teachers.  At the time of

25  this, they had -- now it's showing six, but it looks



1   like I think they had eight paraprofessionals.

2       Q.   And just to double-check, so for teachers --

3   for teachers at Thomson, I'm counting seven.

4       A.   Oh, the PE teacher, that's seven.  Six

5   classroom -- six special ed teachers and one PE

6   teacher.

7       Q.   Okay.  And then how many paraprofessionals

8   did you-all have last year at Thomson?

9       A.   I have got five listed here, but I want to

10  say there were eight by the end of the school year.

11      Q.   Okay.  And then any other positions unique

12  to Thomson?

13      A.   No.

14      Q.   Okay.  And I know we already talked about

15  the coordinator.  Okay.

16          THE VIDEOGRAPHER:  Do I need to identify

17      when new people come in because when we hear a

18      ding?

19      (Comments off the record.)

20  BY MS. HAMILTON:

21      Q.   And what about at the Richmond site, how

22  many teachers and paraprofessionals?

23      A.   Six teachers in Richmond.

24      Q.   Mm-hmm (affirmative).

25      A.   Eight paraprofessionals.

1      Q.    And when I had counted this, I had counted

2   nine.  But I don't know if Tanisha Dorsey, if she also

3   is included in your count.

4      A.    There are nine.

5      Q.    When we were on site we were told that two

6   of your paraprofessionals were doing double duty also

7   as, I believe, the bus driver and the monitor; is that

8   correct?

9      A.    At the Thomson site, yes.

10     Q.    At Thomson.  Okay.

11     A.    (Nods head affirmatively.)

12     Q.    And how did that work practically in terms

13  of them completing their responsibilities for one and

14  also doing the other?

15     A.    It was very smooth because the students that

16  they picked up, once they got on site they would go

17  into their classrooms so they were able to transfer

18  the students and bring them bring them to their

19  classes.

20     Q.    Okay.

21     A.    So we didn't have any issues with that.

22     Q.    Okay.  And then and besides the positions

23  that we've walked through so far, are there any other

24  positions?  I see on here there is a program

25  evaluator.



1          A.    Mm-hmm (affirmative).

2          Q.    Where are they based?

3          A.    Richmond County.

4          Q.    Okay.  And do they only serve the Richmond

5    site?

6          A.    They are for the program.  So he would

7    basically manage the files for the students in the

8    program.

9          Q.    Okay.  There is also a bookkeeper?

10         A.    Mm-hmm.  She manages the personnel, budgets

11   and all that information for both programs.

12         Q.    Okay.

13         A.    And she's located in Richmond County.

14         Q.    Okay.  There is an administrative assistant?

15         A.    She's out in Thomson.

16         Q.    Okay.  And does she serve the entire

17   program?

18         A.    Huh-uh (negative).  Just Thomson.

19         Q.    Just Thomson.  Is there an administrative

20   assistant for Richmond?

21         A.    No.

22         Q.    Do they need one?

23         A.    The staff would probably say yes, but I

24   don't think so right now.

25         Q.    Okay.  And then are there any other paid



1   positions from a staff standpoint who aren't reflected

2   on this spreadsheet from last year?

3        A.   That are assigned specifically to GNETS?

4        Q.   Yes.

5        A.   No.

6        Q.   Okay.  Would there be individuals who aren't

7   assigned specifically to GNETS who you would include

8   as staff?

9        A.   Yes.

10        Q.   What would that look like?

11        A.   It might be the nurse who comes on site.

12        Q.   Mm-hmm (affirmative).

13        A.   It might be the school psychologist who

14   comes on site.  It might be the public safety officer

15   who works on site.

16        Q.   Mm-hmm (affirmative).

17        A.   And then, of course, we have custodial staff

18   who maintain the facilities.  We've got the staff who

19   provide support for school nutrition.

20        Q.   Mm-hmm (affirmative).

21        A.   They might be there as well.

22             And then we have instructional support staff

23   that are assigned to each school of who come out and

24   do professional learning, meet with the teachers,

25   especially our new teachers, through teacher



 1   induction.

 2          So there are a lot of other service

 3   providers.  We get support through information

 4   technology.  We have a Caleb who comes out to work

 5   with us; as a matter of fact, Caleb used to work with

 6   us at both locations.  Thomson and Richmond, we get IT

 7   support from them.  We have behavioral support

 8   specialists who come on site.

 9          So it would be people like that.  They work

10   with the stool system, but they still provide support

11   to our students and our staff.

12      Q.   Okay.  Do all of these individuals work for

13   the school system?

14      A.   No.  Some of them work for the other school

15   systems; like the behavioral support specialists,

16   although we have some in Richmond, we also have some

17   who work in the various school systems at the Thomson

18   site, like, there might be somebody from McDuffie

19   County, we've got speech therapists in all counties

20   where we have students we receive speech services who

21   come in and provide support.

22      Q.   Okay.  So they are all coming from one or

23   more of the local school systems?

24      A.   That is correct.

25      Q.   Okay.  And how many nurses do you have?



1      A.   We have a half-time nurse who's on site in

2   Richmond, and we have an on-call nurse in Thomson.

3      Q.   Okay.   What about the school psychologist?

4      A.   School psychologist, he comes in as-needed,

5   but he is assigned.   We have one assigned to our

6   program in Richmond, and it will be as-needed in the

7   local school systems who participate in the Thomson

8   site.

9      Q.   Okay.   The public safety officer?

10      A.   He's housed in -- we have one who's housed

11   in the Thomson site.   If we need him we can have -- we

12   have access to him as well as there is one who's

13   housed at the alternative school in Thomson.   If we

14   need that person, he'll come over and provide support

15   too.

16      Q.   The custodial staff?

17      A.   We have a person assigned to our floor in

18   Richmond.   In addition to, we have access to the other

19   custodians in Richmond County.   And in Thomson we have

20   our own custodian who comes in and maintains the

21   facilities.

22      Q.   The school nutrition staff?

23      A.   They are assigned to -- both of them are

24   assigned to the buildings.   Got a school nutrition

25   staff for Thomson, and we have a school nutrition



TALITHIA NEWSOME                                      July 12, 2022
UNITED STATES vs STATE OF GEORGIA                         126

1   staff for Richmond.

2        Q.   The instructional support staff?

3        A.   They are assigned to different schools and

4   come on site to provide support in Richmond.  I'm not

5   sure about the other school systems because we

6   typically do group meetings with them if we needed

7   support.

8        Q.   Okay.  Does Thomson receive support through

9   the instructional support staff?

10       A.    In Richmond they can, yes, or they do.

11       Q.   Sorry.  Just to clarify, the -- at the

12   Thomson site they can receive support from the

13   Richmond --

14       A.   Right.

15       Q.   -- instructional support staff?

16       A.   That is correct.

17       Q.   Okay.  The IT staff?

18       A.   Both sites have support from the Richmond

19   County.

20       Q.   And then the behavioral support specialist?

21       A.   They would have support based on their

22   individual school systems.

23       Q.   And for all of those, are those positions

24   all funded by -- actually, I'm going to rephrase this.

25   Who's funding all of those positions?



1        A.    The LEAs that participate.

2        Q.    Does the State provide any money towards

3   those positions?

4        A.    No, not through GNETS.  Now, I can't answer

5   for outside of GNETS, but they don't provide any

6   funding through GNETS that I'm aware of.

7        Q.    Okay.

8             (Ms. Hamilton and Ms. Gardner-Womack

9             conferring.)

10            MS. FLETCHER BOWDEN:  Good time for a break?

11            MS. HAMILTON:  We can take a break now --

12            MS. FLETCHER BOWDEN:  Okay.

13            MS. HAMILTON:  -- this is a good time.

14       (Comments off the record.)

15            THE VIDEOGRAPHER:  Sorry.  Do you want me to

16       go off the record?  I'm so sorry.  My apologies,

17       everyone.  Off the record at 12:09 p.m.

18       (Recess 12:09 p.m. - 1:20 p.m.)

19            THE VIDEOGRAPHER:  On the record at

20       1:20 p.m.

21   BY MS. HAMILTON:

22       Q.    So before we took a break for lunch we were

23   talking about staffing, and I want to return to

24   Exhibit 197.

25            I want to start by looking at this first



1  column that says Funding Source and have you walk me

2  through what each of these different codes mean.

3          So for this first set of staff, it appears

4  to be teachers or paraprofessionals.  There is a code

5  that says 8110-11000.

6      A.   Mm-hmm (affirmative).

7      Q.   What does that mean?

8      A.   Well, that's the code that they give.

9  These, these particular people are being paid from the

10 Richmond County general fund.

11     Q.   Okay.  All right.  So then it looks like the

12 next set of teachers are being funded through

13 SED10-11000.  And this is one, two, three, four, five,

14 six, seven, eight, nine teachers.  Who's the source of

15 this founding?

16     A.   That's GNETS State grant.

17     Q.   Okay.  And the next set of teachers, sorry,

18 the next set of staff appears to be for

19 paraprofessionals and they are funded through

20 SED10-14000.  What's the source of that funding?

21     A.   You say they are paraprofessionals?

22     Q.   Yes.

23     A.   Okay.  Are you looking at the --

24     Q.   For 2021 through the 2022 school year.

25     A.   Okay.



1          MR. FLETCHER:  Are you on page 319?

2          MS. HAMILTON:  I'm -- yes.

3          MR. FLETCHER:  Okay.

4          MS. HAMILTON:  So 319.

5          MR. FLETCHER:  Okay.

6          MS. HAMILTON:  I can start over at the top.

7     I'm sorry.  We were just reading --

8          MR. FLETCHER:  She's on a different page,

9     so.

10          MS. HAMILTON:  Okay.

11   BY MS. HAMILTON:

12     Q.   And sounds like there may not have been a

13   lot of staff turnover over those years, but.

14     A.   That's a State grant, too.  That's a State

15   grant.

16     Q.   Okay.  And just to recap, so the first three

17   teachers and paraprofessionals these are funded

18   through Richmond County?

19     A.   Yes.  Those are general funds from Richmond

20   County.

21     Q.   Okay.

22     A.   And the next set is a State grant for GNETS.

23     Q.   Of teachers?

24     A.   Correct.

25     Q.   Okay.  And then the set of four



 1   paraprofessionals, this is also another State grant?

 2          A.   That's correct.

 3          Q.   Okay.

 4          A.   Well, it's the same State grant.  It's just

 5   got different object codes, object numbers.

 6          Q.   Okay.

 7          A.   Mm-hmm (affirmative).

 8          Q.   And then the counselor listed here has a

 9   code SED21-17300.  Is this position also funded by the

10   State?

11          A.   It is.  It's a GNETS State grant.

12          Q.   And I think we may have talked about this

13   earlier, but your position also has a similar code,

14   SED-21-19000, and that's paid for through the State

15   grant?

16          A.   That's correct.

17          Q.   And then the two coordinator positions,

18   that's also a State grant?

19          A.   A GNETS State grant, yes.

20          Q.   And I guess to clarify, for all those other

21   State grants, were those the GNETS State grant?

22          A.   That's correct.

23          Q.   And then underneath that says:  Program

24   evaluator and bookkeeper.  Are those two also paid

25   through the GNETS State grant?



1       A.   Yes.

2       Q.   Okay.  And then there are six

3  paraprofessional positions listed and that you have a

4  code of SEDVIB10-14000.  What's the source of their

5  funding?

6       A.   That's our GNETS, the funding that we

7  receive through federal, federal grants, our IDEA

8  fund.

9       Q.   Okay.  And then there is another

10  paraprofessional position that's listed VIB10-14000.

11  What's the source of that?

12       A.   That's paid for through the IDEA funds for

13  Richmond County.

14       Q.   Okay.  And then there are three other

15  positions:  Social worker, administrative assistant

16  and teacher, and those are all listed as contracted.

17  What does that mean?

18       A.   That means that they weren't direct hires

19  for the school system.  They were working through a

20  contracting agency.

21       Q.   Okay.  And who, what was the source of the

22  funding for those positions?

23       A.   The social worker position was funded

24  through a special State grant to a -- to provide

25  additional therapeutic services.



 1            And the administrative assistant and the

 2    teachers were funded through the SED general fund.  I

 3    mean, excuse me, SED State grant.

 4        Q.    Is that the GNETS grant?

 5        A.    GNETS State grant, yes.

 6        Q.    Okay.  Okay.  Another column I want to ask

 7    you about is the Professional License and

 8    Certification column.  It's the second-to-last from

 9    the end.  And I just want to make sure, so if there

10    are numbers listed here, is that the license number or

11    the certification number for the position listed?

12        A.    Yes.

13        Q.    Okay.  And if there is not a number listed,

14    does that mean the person does not have a license

15    number or certification number?

16        A.    Yes, or they were in the process of

17    obtaining their license.

18        Q.    Okay.

19        A.    Mm-hmm (affirmative).

20        Q.    Does it mean that they currently don't have

21    it -- that they currently don't have the license or

22    certificate at that point in time?

23        A.    It may have been that when this was done

24    they didn't have it.

25        Q.    Okay.  So looking at the second set of names



1  here that were funded by one of the State GNETS grants

2  there are three teachers that don't have a license or

3  certificate number listed.  Does that mean that those

4  teachers did not have their license or certificate at

5  the time at which you submitted this?

6       A.   That is correct.  I think we did this in

7  August.

8       Q.   Okay.  And then in the next set there is

9  four paraprofessionals, and it appears that two of the

10 four did not have their professional license or

11 certificate for that position; is that correct?

12      A.   Well, they hadn't been issued at the time

13 that we did this report.

14      Q.   Okay.  Then there is the counselor listed

15 here and there is no number.  Does that mean that the

16 counselor did not have the requisite professional

17 license or certificate at that point?

18      A.   It had not been issued at the time, that's

19 correct.

20      Q.   And then near the end of this chart there is

21 another paraprofessional listed, and there is no

22 license number.  Does that mean that that

23 paraprofessional did not have a professional license

24 or certificate at this time?

25      A.   That's correct.



1    Q.    Okay.  And then there is also a social

2    worker listed.  Does it mean that the social worker

3    did not have their professional license or

4    certificate?

5    A.    At the time they did not, yes.

6    Q.    Okay.  So for the teachers who did not have

7    their professional license or certificate, how were

8    they able to work at the GNETS program without having

9    that fully completed?

10    A.    So the State of Georgia does allow for

11    teachers to come in through an alternative preparation

12    track.  Part of what happens is that our human

13    resources department goes in and makes sure that

14    anybody that we're recommending for hire meets the

15    requirements.  And so although they didn't have a

16    certificate issued at the time, they were eligible for

17    certification and had just not received it yet.

18    Q.    And when you're hiring, are you looking for

19    fully certified teachers normally?

20    A.    Absolutely.

21    Q.    Okay.  What led to you having to hire

22    teachers who weren't fully certified?

23    A.    There is a significant teacher shortage,

24    especially in the area of special education.

25    Q.    And in the instances of these teachers, for



1    example -- and, again, I think there were one, two,

2    three teachers listed and one, two, three

3    paraprofessionals listed -- for the teachers if they

4    were not fully certified, what certification are they

5    lacking?  So, for example, are they lacking a special

6    education certification, are they lacking, like,

7    certification to teach elementary school, or

8    secondary, or content area?

9         A.    It would be special education.

10        Q.    And to teach in the GNETS program do all

11   teachers have to have a special education

12   certification?

13        A.    Yes, that's preferred.  Again, you have an

14   option to work toward certification once you're hired.

15        Q.    And I think we talked about this earlier,

16   but who sets those requirements?

17        A.    Georgia Professional Standards Commission.

18   And they provide a timeline for when the applicants

19   had to complete their certification requirements.

20        Q.    Okay.  And is that a commission or

21   department underneath the Georgia Department of

22   Education?

23        A.    No, that, they are a separate entity.

24        Q.    Okay.  Do you know if it's a government

25   agency?



1    A.    I don't know if it's a government agency.  I

2    know it's the Georgia Professional Standards

3    Commission.

4    Q.    How long do teachers have to work toward

5    their full certification?

6    A.    It's individualized, and Georgia

7    Professional Standards Commission would determine how

8    long it will take.  They look at their educational

9    background.  They look at their experiences, any types

10   of assessments that they take, and they would

11   determine the amount of time that a person would have

12   to complete.

13         It could be something as simple as maybe

14   they came from South Carolina and all they needed to

15   do was take an Exceptional Child's course and pass the

16   State required assessment, which they would give them

17   a year for that up to three, even four years.

18   Q.    And I guess similarly for the social worker

19   and the counselor who at this point did not have their

20   professional license or certification, from a hiring

21   standpoint would you want to hire people in those

22   positions who are certified?

23   A.    Yes, or have the ability to become

24   certified.  Both of them have the ability to become

25   certified.  They came from different tracks, one came



1  from South Carolina, and one was coming from the

2  private sector.

3            And when we're looking at hiring, other

4  things that we look at is what is their background.

5  And so those all play a role in who we would select or

6  recommend for a position.

7       Q.   For next school year do you have any

8  teachers who have been hired who are not fully

9  certified?

10      A.   Almost all of our teachers are returning

11  except for one.  They don't have their full clear

12  renewable certification, but they will have a either

13  waiver certificate or an induction certificate.

14      Q.   And you said all teachers except for one are

15  returning.  Which one is not returning?

16      A.   Actually, I have three who's not returning.

17  Ms. Thomson is not returning, Ms. Shipman is not

18  returning, and Ms. Lewis is not returning.

19      Q.   And so of those teachers, two of them were

20  fully certified.  And then Ms. Lewis at this time had

21  not obtained her certification.  Do you know if

22  Mr. Cook or Ms. Derrico have completed their

23  certification at this point?

24      A.   All of them have had certificates before the

25  end of the school year.  They just had not received



 1  them when he turned this information in.  So everybody

 2  on here was a that was in the system did receive a

 3  certificate.

 4      Q.   So Mr. Cook and Mr. and Ms. Derrico at this

 5  point now have their certificates?

 6      A.   Yes, mm-hmm.

 7      Q.   Okay.  Going into next school year.

 8           And then for the paraprofessionals,

 9  Ms. McNear, Mr. Washington, and Ms. Dorsey did not

10  have their certificates when this was submitted.  Are

11  they returning next year?

12      A.   Ms. McNear is not, Mr. Washington is not.

13  Ms. Dorsey is, and she received her certificate.

14      Q.   Okay.  And is Ms. Mims returning as a

15  counselor?

16      A.   She is.

17      Q.   Has she obtained her certificate?

18      A.   She has.

19      Q.   And I say certificate or license, whichever

20  one is applicable?

21      A.   Mm-hmm (affirmative).

22      Q.   And Mr. Adams, is he returning as a social

23  worker?

24      A.   She is.

25      Q.   And has he obtained his certificate or



 1   license?

 2        A.   She has.

 3        Q.   And then for the teachers who do have

 4   numbers listed here, does this indicate that they

 5   actually have received their special education

 6   certification, or could this also indicate that they

 7   have obtained a waiver?

 8        A.   Could be a waiver induction.  It could

 9   indicate that they have some certification on file.

10        Q.   Okay.

11        A.   Not necessarily a special ed teaching

12   certificate.

13        Q.   Okay.  So then to be clear, to the extent

14   that Ms. King had -- the first person listed has a

15   license number here, this number doesn't -- it's not a

16   verification that she actually has -- that she's a

17   fully certified --

18        A.   Correct.

19        Q.   -- special education?

20        A.   It means she's met the minimum required to

21   teach in the state of Georgia.

22        Q.   And that's true for the others as well?

23        A.   That's correct.

24        Q.   Thank you for clarifying that.

25        A.   Mm-hmm (affirmative).



1      Q.   So do you know of the teachers who are
2   listed here how many are actually fully certified?
3      A.   Yes.  It would be Mr. Ewing, and -- excuse
4   me -- it would be Dr. Nealey, Patricia Nealey.
5      Q.   And everyone else is working toward their
6   full certification?
7      A.   Yes.
8      Q.   Did you have any vacancies last school year?
9      A.   I did, yes.
10      Q.   How many, and for what positions?
11      A.   It would be for five -- are you talking
12   about the end of FY '22?
13      Q.   At the time that you completed this.
14      A.   At the time I completed this there was one
15   vacancy for the person who had passed away.
16      Q.   And that was a paraprofessional position?
17      A.   Yes.
18      Q.   Were you able to replace that person?
19      A.   No, it remained a vacancy.  But we did have
20   a sub in place for the rest of the year.
21      Q.   And did that serve -- substitute have the
22   requisite license or certification?
23      A.   No.
24      Q.   Okay.  And then for the upcoming school year
25   do you have any vacancies?



1        A.   Right now I have one coordinator's position
2   and four paraprofessional positions.
3        Q.   Which coordinator position?
4        A.   Richmond sites.
5        Q.   And what is the plan currently in terms of
6   moving forward without having a coordinator right now?
7        A.   We're interviewing tomorrow.
8        Q.   And similar for the four paraprofessionals
9   positions?
10       A.   We're interviewing Thursday.  And that's
11  been ongoing.
12       Q.   Do you anticipate any other staffing changes
13  for next school year?
14       A.   Not at this time.
15            Can I go back to your question about the
16  vacancies?
17       Q.   Sure.
18       A.   For clarification, I turned in -- I have one
19  teacher vacancy, but I turned in somebody.  That
20  person has not committed yet.  You want me to list
21  that as a vacancy?
22       Q.   For next year, or for?
23       A.   For 2023.
24       Q.   2023.  Okay.  So you do have one teacher
25  vacancy, but you likely have one who will fill that



1   position?

2       A.   We're turning in a recommendation for that.

3       Q.   Okay.  Thank you.

4       A.   Mm-hmm (affirmative).

5       Q.   And I did just want to circle back to make

6   sure I'm clear on who's fully certified and who isn't.

7   I know you said that Mr. Ewing and Dr. Nealey are

8   fully certified.  There are two Nealeys on here?  Is

9   this --

10      A.   Patricia Nealey.

11      Q.   Patricia Nealey.  So Dr. Nealey at the

12  Thomson site?

13      A.   Yes.

14      Q.   And then Mr. Ewing at the Thomson site?

15      A.   Yes.

16      Q.   They are the only two teachers who are fully

17  certified in special education --

18      A.   Yes.

19      Q.   -- at Thomson?

20      A.   Mm-hmm (affirmative).

21      Q.   And then how about at Richmond, do you have

22  any teachers who are fully certified?

23      A.   No, I don't.

24      Q.   All right.  We're going to switch gears

25  again.



1        A.    Okay.

2        Q.    And I wanted to talk to you, first of all,

3    about the GNETS role.

4              MS. HAMILTON:  And I am going to hand the

5         court reporter what has previously been marked as

6         Plaintiff's Exhibit 82.

7         (Plaintiff's Exhibit P-82 marked.)

8    BY MS. HAMILTON:

9        Q.    And I'm handing you what's previously been

10   marked as Plaintiff's Exhibit 82.  This is a copy of

11   the GNETS Rule 160-4-7-.15 which went into effect on

12   July 5, 2017.

13       A.    Mm-hmm (affirmative).

14       Q.    Are you familiar with this document?

15       A.    I am.

16       Q.    And am I correct that this is a copy of the

17   GNETS rule that was issued by the State DOE?

18       A.    Yes, that's correct.

19       Q.    Okay.  How did you become familiar with this

20   document?

21       A.    Well, both as a special ed director and as a

22   GNETS director it would be something that I would go

23   on the website to look at for serving students and for

24   students who might be considered for the program.

25       Q.    And how did you first become introduced to

1  this version of the rule?

2       A.   At this time I was a special ed director, so

3  any updates that were provided the State Department

4  shared that with us.

5       Q.   Okay.  Did you receive a training on the

6  GNETS rule?

7       A.   I'm not going to say the rule specifically

8  in 2017, but since 2017 we have.  And also provided

9  technical assistance from the State to share with

10 School Systems and LEA.

11      Q.   Who provided the training?

12      A.   The State Department.  They did a video that

13 specifically went over the requirements of the State

14 rule.

15      Q.   And when did you the training, was that in

16 your capacity working as a Special Education director

17 or coordinator or through GNETS?

18      A.   The State Department came out and provided

19 technical assistance to all of the participating

20 school systems.  And I can't remember if that was this

21 past school year, or the previous school year.  But it

22 was over the past two years they did that.

23      Q.   Okay.  So you received the training while

24 serving as a GNETS director?

25      A.   Correct, mm-hmm.



1        Q.    Who led that training?

2        A.    It was -- the technical assistance was

3    provided by the representatives at GaDOE; and, again,

4    it was a video training that they provided.  Just

5    basically logged onto the website, clicked it, if we

6    had questions, we could ask questions.

7        Q.    Okay.  Do you know -- so if you had

8    questions do you know who was on the other side

9    answering those questions?

10       A.    I don't recall.  I would imagine it was

11   probably Ms. Cleveland or Ms. Stevenson.

12       Q.    And what topics did the training cover?

13       A.    It talked about the changes that were taking

14   place with the GNETS program.  It really focused in

15   making sure you had the right type of data that you

16   need for referring students.  It went over the

17   information in the State rules.  And it talked about

18   the roles and responsibilities of participating

19   programs.

20       Q.    Were you required to complete that training?

21       A.    I don't recall if they said we're required,

22   but I think that in my role as a special -- I mean,

23   the GNETS director, it would be something I would be

24   expected to do along with making sure that I shared it

25   with the participating school systems.



1    Q.   Did you receive any written guidance or

2    additional manuals with additional information about

3    those GNETS role?

4    A.   No, not outside of the two videos that were

5    produced.  There is a second video that has

6    information, too.  It's about a 45-minute video.  It

7    might be six minutes video.  And the other one that

8    went to this was a little bit longer.

9    Q.   And so for those video trainings, were you

10   required to watch them at a set time with other

11   people, or was it just on your own?

12   A.   I'm going to be perfectly honest, a lot of

13   this is kind of merging together because we had so

14   many virtual meetings.  I recall us being in a virtual

15   setting for these sessions.

16   Q.   So there would have been other GNETS

17   directors participating at the same time?

18   A.   I don't know if there were other GNETS

19   directors.  I think there were other special ed

20   directors included in the training because it was a

21   technical assistance meeting, and they called us by

22   regions.

23   Q.   Do you recall receiving any sort of

24   implementation guidance in writing from the State

25   Department of Ed?



1        A.    I don't recall receiving anything in

2    writing.

3        Q.    So based on your knowledge of this document,

4    does the GNETS role provide you as the director with

5    the State DOE -- sorry -- with the Georgia DOE's

6    expectations regarding your programs' duties and

7    responsibilities?

8        A.    Yes.

9        Q.    Does the GNETS' role provide you with the

10   parameters on the age of the students who can

11   participate in the GNETS program?

12       A.    Yes.

13       Q.    Does the GNETS rule set forth the

14   requirements on how to determine whether students are

15   eligible for admission to GNETS?

16       A.    It's not spelled out step by step, but it

17   does provide some guidance.

18       Q.    And when you say it's not spelled out step

19   by step but provides guidance, what do you mean?

20       A.    So and I may be going back to the other

21   video where it talks about considering students for

22   services, and so I'm referring to the Purpose and the

23   Services on page 2.  But it gives you some information

24   on all the other pages, and I think it's ending on

25   page 4.



1        Q.   So on page 2 in letter (a) --

2        A.   Mm-hmm (affirmative).

3        Q.   -- would you say that this paragraph sets

4    forth which students are eligible to participate in

5    GNETS?

6        A.   It gives you overview of students should

7    participate and the ages they should participate

8    through.

9        Q.   And on page 3 there is a section called

10   Consideration for GNETS Services.

11       A.   Mm-hmm (affirmative).

12       Q.   How do you use this information?

13       A.   We have something called providing

14   questions, and we use this information that's here to

15   guide the process for the consideration meeting, and

16   also ensuring that we're following the compliance

17   piece, we're making sure that we're notifying the

18   individuals about the meeting.

19            And the other piece is making sure is that

20   that functional behavior assessment and behavior

21   intervention plan have been done within a year.

22            And that's on the Consideration for Services

23   Guideline form that we follow as we go through the

24   process for determining whether or not a student would

25   be appropriate for services through the GNETS program.



1      Q.   And then starting at the bottom of page 5

2  leading into page 6 it says:  "The GNETS shall", and

3  there is a list of responsibilities set out here by

4  the State.

5           Can you quickly skim through those on your

6  own and let me know if this is consistent with your

7  understanding of your responsibilities?

8      A.   (Witness reviewing document.)

9      Q.   And it also continues onto the top of

10  page 7.

11      A.   Okay.  (Witness reviewing document.)  Yes.

12      Q.   Are there any steps here that did not apply

13  to your job description?

14      A.   Absolutely not.

15      Q.   Okay.

16      A.   I could probably add some.

17      Q.   Okay.  And what would be any additions that

18  you would add to this?

19      A.   Making sure that you attend to those monthly

20  meetings that we have, collaborating with outside

21  agencies to ensure support not just in the school but

22  sometimes our students need support outside of school.

23      Q.   And I guess I should clarify, before you go

24  too far, I guess I would say what would you add that's

25  required by the State?



 1      A.   Oh, nothing.   I think that's pretty
 2  comprehensive.
 3      Q.   All right.   So what I'd like to do now is
 4  actually walk through a few documents pertaining to
 5  the consideration of services process, and just the
 6  general process by which students get placed in the
 7  GNETS.
 8           MS. HAMILTON:   I'm going to hand the court
 9      reporter what I'd like to have marked as -- let's
10      see where we left off -- 198.
11      (Plaintiff's Exhibit P-198 marked.)
12  BY MS. HAMILTON:
13      Q.   I'm handing you Exhibit, Plaintiff's
14  Exhibit 198.   And this is a document entitled
15  Consideration of Services packet that was produced by
16  the Sand Hills GNETS program in response to our
17  subpoena.
18      A.   Mm-hmm (affirmative).
19      Q.   The first page of this document is stamped
20  using a unique identifier from the Sand Hills program
21  000347.   Are you familiar with this document?
22      A.   Yes.
23      Q.   Okay.   What is it?
24      A.   This is the packet that school systems or
25  parents or agencies use to refer students to our



1   program for consideration of services.

2        Q.   Do you know who created this document?

3        A.   I can say that as a special ed director I

4   had input on creating the form, and I think it was

5   created by a group of GNETS directors prior to me.

6        Q.   When you began serving as a GNETS director

7   were you told that you had to use this packet, or

8   something similar?

9        A.   No, I was not told that this is what I had

10  to use.

11       Q.   Okay.  All right.  So why do you-all use

12  this packet?

13       A.   For lack of a better answer is it's

14  something that was in place prior to me coming.  And I

15  have always been of the MindSet is you don't change

16  anything until you understand the full workings of it.

17            As a special ed director I used it.  It's

18  got a lot of really good information in there that

19  would be used to help make a determination regarding

20  whether or not a student would be in need of our

21  services.

22            It doesn't just look at what goes on with

23  the child at school.  It looks at what goes on with

24  the child in the community, and it takes information

25  from multiple data sources.  Because when we're



1    looking at making decisions to place a student in a

2    more restrictive placement, we don't take those

3    decisions lightly, and we really do want to make sure

4    that we're looking at all information that's available

5    to anybody who's working with that student whether

6    it's at home, or at school or within the community.

7            So as you look at the -- start going through

8    some of the information in the program, what's done at

9    school; what types of outside agencies do the parents

10   have students involved in; is the child being

11   prescribed medication; is the child being seen by a

12   physician on a regular basis; does the child receive

13   services through a psychologist or psychiatrist.  All

14   of that information is included.  And then we look at

15   what goes on in the school for that student.

16           So bringing all that information to the

17   table helps us to make a better informed decision.  So

18   that's kind of how we use this document.

19       Q.   And are those steps aligned with the

20   Consideration of Services steps that are set forth in

21   the GNETS rule?

22       A.   Pretty close, if not, if not more.

23       Q.   Okay.  I was going to say is there anything

24   that the State rule requires that's not required here

25   in your packet?



1      A.   I don't think so.  They require us to look
2  at the child in a comprehensive manner before we look
3  at making placement.
4      Q.   All right.  So starting with the first page
5  at the bottom, the stamp number is 000348, there is a
6  note that says: "Students in Richmond County.
7  Consideration of Services packet may be sent directly
8  to the Sand Hills program."  Students in these other
9  counties, apparently the packet should go through the
10  School System's Special Education Department.
11          What's the reason for the difference there?
12          MS. FLETCHER BOWDEN:  Are we on the same
13      page?
14  BY MS. HAMILTON:
15      Q.   I'm sorry.  This is the next -- I'm sorry.
16  So the first page after the cover sheet.
17      A.   348.
18      Q.   And 348 at the bottom.
19          And so there are two bullet points.  The
20  first one says for Students in Richmond County.  The
21  packet, once completed, would be sent directly to the
22  GNETS program.
23      A.   Mm-hmm (affirmative).
24      Q.   And then it says for the others, other
25  counties, the packet would go through the Special



1  Education Department.  What would be the difference

2  there?

3      A.  Well, my -- actually, the right now that has

4  -- well, I guess I should back up.  I'm not sure why

5  there is a difference other than you've got multiple

6  school systems, and it's better to operate with one

7  person in each school system.

8           So the special ed director from each of

9  those participating school systems would submit their

10 packet to the Thomson site.  And here -- and we're

11 right on site so they have been bringing them to our

12 program.  So they were coming straight from the school

13 for them to submit them.

14     Q.  Okay.  All right.  On the next page at the

15 bottom the stamp is 000349.

16     A.  Mm-hmm (affirmative).

17     Q.  There is discussion in the first two

18 paragraphs about students who were eligible for GNETS.

19     A.  Mm-hmm (affirmative).

20     Q.  Who -- I guess what students would be

21 eligible for GNETS, based on their disability?

22     A.  At least students ages five through 21, and

23 I do see it says three, so we've got to correct that

24 piece.  But students ages five to 21 would be eligible

25 to be served through our program.



1    Q.   Did you ever have students who were three or
2  four participating?
3    A.   No, never.
4    Q.   Okay.  During the time --
5    A.   Even as a special ed director we never had
6  students aged three participating.
7    Q.   Okay.  So it's your understanding the
8  current age range is five through 21.  And who sets
9  that rule?
10    A.   That came from State and that's in the State
11  rule.
12    Q.   And then in terms of the disability
13  categories, or I should say diagnoses by which
14  students can -- let me start that over.
15         For a student to be placed in GNETS what
16  disability diagnosis do they have to have?
17    A.   There is no specific diagnosis or
18  eligibility area.  Any student regardless of
19  disability can be considered for GNETS as long as they
20  meet the criteria that shows that they are having
21  severe emotionality.
22    Q.   Okay.  And I just want to read here.  So in
23  this first paragraph -- I'm going to kind of skip a
24  bit, but it says at the second sentence:  We provide
25  comprehensive educational therapeutic support services



1   to students who otherwise might require residential or

2   other more restrictive placements due to the severity

3   of one or more of the characteristics category of

4   emotional and behavioral disorders.

5        A.    Mm-hmm (affirmative).

6        Q.    For some students is that the basis for

7   which they'd be placed in GNETS?

8        A.    It is.

9        Q.    And then it looks like the next paragraph

10  says:  Other eligible students with disabilities may

11  be served in GNETS classes when the frequency,

12  intensity and duration of their behaviors is such that

13  this placement is deemed by those students' IEP teams

14  to be appropriate to meet the students' needs.

15         What does that mean?  Like who would fall

16  into that?

17       A.    So earlier we talked about students with

18  autism and OHI.  It would be those students.  They are

19  not necessarily identified with students with

20  emotional behavior disorder, but in addition to the

21  eligibility area that they have they are experiencing

22  significant emotionality that might require them to be

23  served in our program.

24       Q.    Okay.  And is that required by the State

25  that you open the program to students who would meet



1   that criteria?

2       A.   Well, the requirement is is that you look at

3   the continuum of services for all the students

4   regardless of their disability.

5           So let's just say if I was a student who

6   received speech services, if I needed services in

7   other areas, I don't necessarily have to have an

8   eligibility of specific learning disabilities or

9   intellectual disabilities in order to get additional

10  services.

11          Once I'm identified as a student with a

12  disability, I'm eligible for services available to any

13  student identified as a student with a disability.

14      Q.   Okay.  And I guess I just want to make sure

15  I understand where this language comes from.

16          Did you-all make up this part about the

17  frequency, intensity or duration, or do you know if

18  that was required by the State?

19      A.   Well, frequency, intensity and duration is

20  part of that continuum we look at to determine that

21  the child has a severe emotional and behavioral

22  disorder.

23      Q.   Okay.  And I do understand that.  I just

24  want to make sure because I know you said this

25  document was created before your time.



1        A.    Mm-hmm, mm-hmm (affirmative).

2        Q.    I'm trying to figure out what things were

3   required, what things essentially --

4        A.    That's fine.  I just want to make sure I'm

5   answering correctly.

6        Q.    No, no, I appreciate that.

7              And I do want to turn back to the GNETS rule

8   because I believe there is some language there.  And I

9   want to make sure that the language here is

10  consistent.

11             If you look at page 2 of Exhibit 82, which

12  was the GNETS rule.

13       A.    Mm-hmm (affirmative).

14       Q.    In the first paragraph there is a sentence

15  that starts with specifically "GNETS provides".  And

16  it goes on to say:  Comprehensive educational and

17  therapeutic support services to students who exhibit

18  intense social, emotional and/or behavioral

19  challenge --

20       A.    Mm-hmm (affirmative).

21       Q.    -- with a severity, frequency or duration

22  such that the provision of education and related

23  services in the general education environment has not

24  enabled him or her to benefit based on the IEP.

25       A.    Mm-hmm (affirmative).



1       Q.   Would you say that the eligibility criteria

2    that you-all are using for Sand Hills in your

3    Consideration of Services packet is consistent with

4    the GNETS rule?

5       A.   Yes.

6            MS. HAMILTON:  So I'd like to turn to

7            another document.  GNETS related.  I'm going to

8            hand the court reporter what I'd like to be

9            marked as 199.

10           (Plaintiff's Exhibit P-199 marked.)

11   BY MS. HAMILTON:

12      Q.   This is Plaintiff's Exhibit 199 and this is

13   a documented titled "Guiding Questions for

14   Consideration of GNETS Services" that was produced by

15   your program in response to our subpoena.

16      A.   Mm-hmm (affirmative).

17      Q.   And the first page of this document is

18   stamped with the Sand Hills identifier 000361.

19      A.   Mm-hmm (affirmative).

20      Q.   Are you familiar with this document?

21      A.   Yes.

22      Q.   Okay.  What is this document?

23      A.   This is a guide, questions that we consider

24   when we're looking at placing or recommending students

25   for services through the program.



1      Q.   Okay.  And how does this align with the
2   document we were just talking about?
3      A.   So when you say -- which document?  We
4   talked about two.
5      Q.   Right.  So how does the Guiding Questions
6   document Exhibit 199 align with the Consideration of
7   Services packet?
8      A.   Well, it's going to go through and ask, you
9   know, for them to submit information regarding the
10   functional behavior assessment, behavior intervention
11   plan.  They have got to provide documentations on
12   whether or not evidence-based interventions have been
13   implemented and the outcome.
14          We look at the student's current placement.
15   Also, what's currently in the student's IEP.  And then
16   the other part is making sure that we have a current
17   evaluation on file for the student.
18      Q.   Okay.  And is this a document that was
19   created by the State Department of Education?
20      A.   I don't know that it was created by the
21   State Department of Education, but I do know that it's
22   a document that most of the GNETS programs kind of use
23   to follow.
24      Q.   Do you know who provided it to you-all?
25      A.   I don't.



1      Q.    And I know at the top there is like a GNETS

2    symbol here.  Is this like the State Department of

3    Ed's symbol for GNETS?

4      A.    It is.  It is.

5      Q.    So is it reasonable to conclude that this is

6    a document that the State would have provided you-all?

7      A.    I probably wouldn't say that it's safe to

8    conclude that because I take the symbol and put it on

9    documents that I create, too, as part of showing that

10   it's part of the forms or documents that I use for the

11   program.

12     Q.    Did you create this document?

13     A.    I did not create the document, but this is

14   our consideration of packet.  And I've put that on

15   there, and I'm pretty sure you have other documents

16   where I may have added this form, which is why I said

17   that I wouldn't just assume that this was created by

18   GNETS because it's on there.

19     Q.    But it's your understanding that GNETS is

20   using this same --

21     A.    Absolutely.

22     Q.    -- identical form?

23     A.    Mm-hmm (affirmative).

24     Q.    Have you received any training on this form

25   from the State Department of Ed then?



1          A.    Not from the State Department, no.

2          Q.    Have you received training from anyone on

3    it?

4          A.    When I first came on board, the coordinators

5    kind of walked me through the whole form, the process,

6    and how we use that.

7          Q.    And is it your understanding that the

8    requirements here are consistent with the requirements

9    in the GNETS rule for the consideration of services?

10         A.    Yes.  And I'm going to back up.  And the

11   GNETS director who was here before kind of walked me

12   through this as well.

13         Q.    Okay.  Are you required to follow all of

14   these steps before admitting the student into the

15   GNETS program?

16         A.    There is no requirement to use this, to use

17   the form.  It's just a good guide.

18         Q.    Okay.  Hence why it's called "Guiding

19   Questions"?

20         A.    Correct.

21         Q.    All right.  So I want to walk through a few

22   of these.  So question one says:  "Is the student

23   currently served in Special Education?"

24               Does a student have to be served in special

25   education to be considered for GNETS?



TALITHIA NEWSOME                                          July 12, 2022
UNITED STATES vs STATE OF GEORGIA                              163

1       A.   Yes.

2       Q.   And is that a requirement that you-all set

3    for Sand Hills, or is that a requirement from the

4    State?

5       A.   It's a requirement from the State.

6       Q.   Okay.  Question two:  "Does this student

7    have a Behavior Intervention Plan completed within the

8    past year that is based upon an appropriate Functional

9    Behavior Assessment?"

10          What is a Behavior Intervention Plan?

11       A.   Based on the data that's collected through

12    the Functional Behavior Assessment which identifies

13    the interfering behavior for the student, the staff

14    will develop a behavior intervention plan specific to

15    that student's need to kind of address the behavioral

16    problems that are going on with the student; collect

17    data on that behavior intervention plan, and determine

18    whether or not the plan that's in place is working.

19          If it's working, they'll continue the plan.

20    If it's not working, they'll come back and make

21    adjustments to the plan.  And they may do that two,

22    three times to four times.

23          And if it looks like even with all the

24    adjustments and things that are put in place if that

25    child is still failing to make progress, that may be a



1    red flag that we probably -- or indicator that you

2    need to go another step, which could include making

3    the referral for considerations of GNETS.

4         Q.   Okay.  And I wrote -- so this is happening

5    before the student is placed in GNETS; correct?

6         A.   Yes, mm-hmm.

7         Q.   Who's conducting the functional behavior

8    assessment and creating this plan?

9         A.   It would be the LEA that the student is

10   participating in.  And if they need assistance from

11   us, we can definitely provide assistance as well.

12        Q.   And then it also mentions here under this

13   last bullet point under number 2, it says there is a

14   comp -- "Has a comprehensive evaluation been completed

15   within the past 3 years?"

16             Is this a psychological evaluation?

17        A.   It is, mm-hmm (affirmative).

18        Q.   What is that?

19        A.   So it might not just be the psychological

20   evaluation.  It's all the information that's included

21   in a psychological evaluation.  It might be

22   information on the hearing, vision, is that an

23   indication of some things might be -- that might be

24   going on.  It's an IQ test.  It's current student

25   achievement assessments.  It's parent rating scales,



1  teacher rating scales.  It's anecdotal observations.

2  All of those things would be included in that

3  comprehensive evaluation.

4       Q.   In your experience, I guess, both as a GNETS

5  director and also in your various roles with Richmond

6  County as a Special Education director and

7  coordinator, what happens if there is no behavior

8  intervention plan that's in place?

9       A.   That's a red flag or an indication that

10  something probably needs to be put in place for that

11  student, if we're sitting at the table at that level,

12  then we need to put one in place.

13           Again, we're probably going to recommend

14  that go back to the table, collect the data, see if

15  you put interventions in place if that will address

16  the needs of that student.  And we would develop, help

17  them develop a behavior intervention plan.

18       Q.   Okay.  And I guess, similarly, if there is

19  doesn't a functional behavioral assessment, would that

20  need to be conducted?

21       A.   The preference is that you conduct the

22  functional behavior assessment before you do the

23  behavior intervention plan to make sure you're working

24  on the right behavior.

25       Q.   And is it your understanding that these



1   steps are also required under the GNETS rule as well?

2        A.   Yes.

3        Q.   Question three says:  "Have any

4   Evidence-Base interventions been implemented with the

5   student"?

6        A.   Mm-hmm (affirmative).

7        Q.   What are evidence-based interventions?

8        A.   So it would be those types of interventions

9   that they put in place that have evidence that showed

10  they have been successful with other students who have

11  similar behaviors.

12            And what would happen is they would bring

13  that information to the table, say, hey, we tried A,

14  B, C, and D, this didn't work.  It might include

15  something like we did check-in, check-out with the

16  student to have the child check in every day with the

17  preferred person and check out with the preferred --

18  with a preferred personal, did that work for that

19  student as one of the evidence-based interventions.

20       Q.   And how would you know -- so one of the

21  steps here says:  Have these interventions been

22  implemented with fidelity with the student?

23       A.   Mm-hmm (affirmative).

24       Q.   How would you know if -- or I should say how

25  would -- yeah, how would you know if they have been



1  implemented with fidelity?

2      A.   So part of this packet requires them to

3  submit that documentation.  So they might have point

4  sheets, they might have charts.  They have data to

5  show, you know, the dates they implemented it and also

6  what the outcome was.  So part of that would require

7  them to submit that documentation.

8      Q.   There is also a bullet point here that says

9  underneath number 3:  Have the interventions been

10  implemented for a significant length of time --

11      A.   Mm-hmm (affirmative).

12      Q.   -- to demonstrate their effectiveness or

13  lack thereof.

14          How do you determine a significant or what

15  is considered a significant length of time?

16      A.   My old hat would say 20 days and so I'm

17  going to stick with 15 to 30 days of implementing an

18  intervention, coming back and seeing if it worked,

19  going back to maybe tweak it.

20      Q.   And what is that based on when you say 15 to

21  20 or 15 to 30?

22      A.   Calendar days.  That's when they started

23  from the time they implemented the intervention, ten

24  -- some people say ten days, some people say 15 days,

25  some people say 20 days, of implementing that



1  intervention with fidelity over a period of time,

2  which, as I just said, those, and determining whether

3  or not it's been successful, coming back to the table

4  looking at that data after a certain point to

5  determine whether or not the child is making progress

6  or failing to make process.

7         So what you don't want to do is keep

8  implementing the wrong intervention, so you want to

9  come back to the table to see if it's making an impact

10  for the student.

11     Q.   Okay.  But that time period is not a defined

12  period --

13     A.   It's not defined.

14     Q.   -- from program to program?

15     A.   Mm-hmm (affirmative).  Right.

16     Q.   Okay.  And is it your understanding that the

17  State would, like, along with these other steps, would

18  expect you-all to consider whether evidence-based

19  interventions have been implemented before admitting a

20  student to GNETS?

21     A.   Yes.

22     Q.   Okay.  And then for question number 4 it

23  says:  "What is/are the student's current placement

24  and/or circumstances?"

25     A.   Mm-hmm (affirmative).



1       Q.   And the first bullet point says:  "Have all

2   options on the special education continuum been

3   considered and/or tried for this student?"

4            What are the options on the special

5   education continuum being referenced here?

6       A.   So we would probably be considering his

7   least restrictive environment.  You've got a child

8   who's being served maybe on a consultative basis

9   referring -- and consultative means maybe 15 minutes a

10  week of direct services.  It may not be appropriate to

11  refer a child who's getting 15 minutes of consultative

12  services referring them to GNETS at this point because

13  they are having a hard time.

14           What we would want to see is that the school

15  or the school system has exhausted the full continuum

16  looking at consultative services, collaborative

17  services, maybe if the child is doing co-teaching that

18  they have gone through that continuum part-day

19  services all the way up to full-day services and there

20  is nothing else left at that site to try for that

21  student.  So we want to make sure they've exhausted

22  all those options.

23      Q.   Okay.  And where does GNETS fall on that

24  continuum exactly?

25      A.   We're considered a full-day placement, and



1  so we would fall after pull out all day long, and we

2  were right for home-based and hospitalization.

3       Q.   Right.  And I just wanted to clarify.  In

4  terms of the student population that's served I think

5  you have used the term "severe emotional" in referring

6  to students and GNETS who are being considered for

7  GNETS.

8       A.   Mm-hmm (affirmative).

9       Q.   How do you define that term?

10      A.   Again, go back and look at the frequency and

11 intensity and duration of the behaviors.  It's not

12 anything that's quantified, if I can use that term.

13 The impact that the student -- when a child is in

14 crisis, the impact of that crisis, how long does it

15 take for the child to recover from a crisis, how much

16 staff capacity is required to bring that child out of

17 crisis.

18           So there are a lot of the different factors

19 that we would consider when we're looking at

20 identifying a child who's having significant or severe

21 emotionality.

22      Q.   And I guess how does that relate

23 specifically to a disability diagnosis?

24      A.   I'm not sure I understand the question fully

25 when you say how does that relate to the disability



 1   diagnosis.  Because you can have a student with a

 2   different diagnosis, but he's, I mean, a different

 3   eligibility.  I don't want to say different -- with an

 4   eligibility who's also experiencing severe

 5   emotionality.  It's -- I'm not sure.  Can you explain

 6   that question?

 7        Q.   I think you may have answered it.  I guess

 8   it sounds like you're saying it's not an actual

 9   disability diagnosis --

10        A.   Mm-hmm (affirmative).

11        Q.   -- itself.

12        A.   It's --

13             MS. FLETCHER BOWDEN:  What do you mean by

14        it?  Yeah, I'm not sure.

15   BY MS. HAMILTON:

16        Q.   Just this term, the terminology of severe

17   emotionality, severe or significant emotionality.

18   Like that -- like EBD, we had discussed earlier --

19        A.   Mm-hmm (affirmative).

20        Q.   -- could be a disability diagnosis.  But

21   severe emotionality, that's not actually, like you

22   wouldn't have a student who has a diagnosis of severe

23   emotionality; is that correct?

24        A.   We don't have that.  Let me -- I really am

25   not thinking I understand your question.  So there is



1    no -- there currently is no eligibility area for

2    severe emotional and behavior disorder in the state of

3    Georgia.  Is that the -- is that what you're asking

4    me?  Is there eligibility area for SEBD, is that what

5    you're asking me?

6    BY MS. HAMILTON:

7        Q.   I might be talking you into circles.  Okay.

8    I think we'll move on from this line of questioning

9    for now, might revisit later if it comes up in another

10   context.

11       A.   Okay.

12       Q.   All right.  So on the second page of

13   Exhibit 199 underneath the first set of bullet points

14   there is some language in italics, and it says:  "Once

15   all of these questions have been answered, the team

16   needs to determine whether or not there is some areas

17   that need to be addressed prior to moving forward with

18   the most restrictive placement of GNETS."

19             And then it also says:  An action plan needs

20   to be developed in regards to the other considerations

21   that might need to be addressed, or other placement

22   options within the school may need to be attempted."

23             What does that action plan look like?

24       A.   It could be part of the IEP where we're

25   talking about, well, you know -- and I have actually



1  sat in on some meetings where we've had to go back to

2  the table and talk about those things that need to be

3  put into place.  It could be anything from the steps

4  needed to conduct a functional behavior assessment and

5  who would be responsible for doing that and the time

6  frame for getting that completed, and for us coming

7  back to the table to consider additional information.

8         It could be a plan that's developed on

9  different types of interventions that we discussed

10 that are evidence-based that could be implemented for

11 a student.

12        It could be something as simple when you're

13 talking about the child's current placement, or if the

14 child needs more support, and he's only getting

15 15 minutes of consultative services, you may only want

16 to look at the additional pull out services for that

17 child to address whatever areas they need and go

18 through that continuum.

19        If the child's not had a psychological

20 within three years it might be, hey, let's go and get

21 the child evaluated to see what's going on with the

22 student.

23    Q.   And then this last section lists additional

24 documentation.  The first says -- and I guess, one, I

25 should confirm are these things that are required by



1   the GNETS rule?

2        A.   Yes.

3        Q.   Okay.

4        A.   Students would have to have annual IEP

5   meetings.  I don't want to say just GNETS, but for

6   students with disabilities period you would do annual

7   review.  You would do progress monitoring.  That's in

8   line with the IEPs.  The last one is probably more

9   GNETS directed.

10       Q.   Okay.  And part of the reason why I'm asking

11  about GNETS is because I'm just trying to confirm if

12  these are steps that have to be taken for a student to

13  be placed.

14       A.   That's correct.

15       Q.   So these are things that are required by the

16  State?

17       A.   Mm-hmm, mm-hmm, yes.

18       Q.   Okay.  And for this last bullet point under

19  that list of documents it says:  Documentation

20  indicating prior services were delivered in a less

21  restrictive environment and the student's inability to

22  receive FAPE in that environment.

23       A.   Mm-hmm (affirmative).

24       Q.   Who reviews the sufficiency of the services

25  that had been provided in the student's home school?



1    A.    The IEP team.  So it would be people from

2    the home school, it would be people from the GNETS

3    program.  It could include outside agencies who have

4    been invited to the meeting, as well as the parents.

5    Q.    I'm going to circle back to that later.

6    Okay.  And is that a one-time discussion, or -- I

7    guess I'm trying to get a sense of is there basically

8    a determination made at that time during the IEP

9    meeting that the services had been -- had -- that

10   prior services had been delivered in a less

11   restrictive environment, or that the student was

12   unable to receive a FAPE?

13   A.    We have that discussion during the meeting.

14   Q.    Okay.

15   A.    And we do go back and revisit it if we need

16   to do that at a later time if we need to come back if

17   somebody is missing something in one of those other

18   areas, or any area that's discussed, we do come back

19   to the table.  So it's not like the answer is no and

20   that's the end of it.  If we need to come back, we

21   will.

22   Q.    Okay.  So I want to tie this back in with

23   the consideration of services document that we were

24   talking about earlier.  So if we can turn back to I

25   believe it's Exhibit 198.  And if we can turn to the



 1  checklist of items, the bottom of the page is stamped
 2  000352.
 3          Are you familiar with the checklist on this
 4  page?
 5      A.    Yes.
 6      Q.    Okay.  And what is your role in connection
 7  with the creation of this checklist?
 8      A.    Well, the creation of the checklist, it was
 9  already in place when I came on board.  And I'm trying
10  to see if I had input before.  It was already on --
11  this one was already created.
12      Q.    Okay.  And would you say that the mandatory
13  items that are on this list are consistent with
14  requirements in the GNETS rule?
15      A.    Yes.
16      Q.    So a few of these I want to ask some
17  additional questions about that we haven't talked
18  about already.
19          So this first box, checkbox says:  Completed
20  Consideration of Services Form (signed by Parent, Case
21  Manager and Principal).
22          Who's filling out this packet or this form?
23      A.    It would be a school-based form.  We always
24  want those people who would be providing input to be
25  aware that this is being considered for the child,



1   especially the parent, so they would be involved in

2   that process as well.

3        Q.   And by school base, is that someone from the

4   LEA who's filling this out?

5        A.   That's correct.

6        Q.   And then the parent, the case manager or the

7   principal sign?

8        A.   Yes.

9        Q.   Does anyone from the GNETS program sign?

10        A.   No, they submit this to the GNETS.

11        Q.   Okay.  And then I think we talked about most

12   of these other ones, but skipping down to the last

13   item it says:  "Parent Questionnaire."

14            What is that document?

15        A.   We have a social history form that used to

16   be in place.  It's actually not implemented back, so

17   let me see if we are using something else right now.

18            If you look at the back of 00358, that would

19   be the information to get the developmental social

20   history for the student.

21        Q.   Okay.  And who fills this one out?

22        A.   The parent gives us the information.  There

23   are times we have had a social worker contact the

24   parent to get the information.

25            But one of the things, as I think I



 1   mentioned earlier, is that we really want that input

 2   from the parent about what's going on.  So we really

 3   try to make sure that we get that, if the parents

 4   can't come to a meeting that we have some contact with

 5   them about what was going on with the child prior to

 6   them coming to the program, or being consistent with

 7   the program.

 8           MS. HAMILTON:  Okay.  I'm going to hand the

 9       court reporter what I'd like to have marked as

10       Plaintiff's Exhibit 200.

11       (Plaintiff's Exhibit P-200 marked.)

12   BY MS. HAMILTON:

13       Q.   All right.  So I just handed you Plaintiff's

14   Exhibit 200.  It's a document titled GNETS

15   Confidential Student Information Packet.

16           The first page of this document is actually

17   Bates stamped -- or actually, it's not, but when we

18   received it it was Bates stamped.  It was a document

19   we received from the State of Georgia, and it had a

20   Bates stamp of GA00340482.

21           Have you ever seen this document before?

22       A.   I have not seen this form specifically, but

23   a lot of the information that's in here is information

24   that's in the consideration packet.

25       Q.   Okay.  And so you would say that it is



 1   similar to the document that you-all are using?

 2        A.    Mm-hmm, yes.

 3        Q.    But you haven't been provided this document

 4   directly from the State?

 5        A.    No.

 6        Q.    Okay.  So I would like to turn back to the

 7   Consideration of Services packet --

 8        A.    Mm-hmm (affirmative).

 9        Q.    -- Exhibit 198.  And I'd like to turn back

10   to the checklist that we were looking at within the

11   packet, which was at 000352.

12             And on the next page 000353 it mentions:

13   "Optional items, other agency assessments that may be

14   contained in the student's folder."

15        A.    Mm-hmm (affirmative).

16        Q.    What is that in reference to?

17        A.    If you had a child who might have been seen

18   through an outside mental health evaluator, or

19   information that they shared with us or shared with

20   the school, if there was information or notes from --

21   some people get, some students might get outside OT,

22   PT, any agency outside of the school system that would

23   be working with that student that's not included with

24   the -- with this information.

25        Q.    And then in this very last sentence it says:



1   "The State Board of Education Rules require that

2   documentation include prior extension of less

3   restrictive services and data which indicate such

4   services have not enabled the students to be

5   successful or documentation why such services have not

6   been offered."

7          Is this what we were discussing when we were

8   looking at the guiding questions and talking about the

9   least restrictive -- like, consideration of whether

10  the students had received services in a less

11  restrictive environment?

12      A.   That's correct.

13      Q.   And so that is something that's required by

14  the State Board of Education rules?

15      A.   Yes.

16      Q.   So should a child be placed in GNETS if they

17  have not completed the Consideration of Services

18  packet and provided the information that's denoted

19  here?

20      A.   Not necessarily the packet, but the process

21  that's included in the packet.  You want to make sure

22  that they have gone through that process.

23      Q.   Okay.

24      A.   That they have exhausted all resources, and

25  received those interventions that could benefit them



1  before placing them in our program, if those

2  interventions have been unsuccessful.

3      Q.   Okay.  Are you bound by these steps in

4  determining whether to admit students into the GNETS

5  program?

6      A.   Okay.  I want to make sure:  Steps in here,

7  or steps in here, or steps in --

8      Q.   The steps that we've walked through in the

9  Consideration of Services packet, as well as the

10  Guiding Questions.

11      A.   If I had to pick one, I would say we are

12  bound to those steps that are in those Guiding

13  Questions that are aligned to what's in that state

14  rule, we are bound to those.

15      Q.   Are there any consequences for not following

16  the admissions criteria that are set forth, the ones

17  that are consistent with what's in the State rule?

18      A.   When you say "consequences," can you define

19  that?

20      Q.   Sure.  Does the State have any, like is

21  there any penalty for putting a student in GNETS if

22  you haven't followed those steps from the State?

23      A.   Well, I have not experienced any, but I

24  would imagine that if we weren't following the

25  procedures we would have some compliance questions to



1  answer and possibly corrective action plans that would

2  have to be put in place.  But to my knowledge, I don't

3  know anybody who's received consequences for not

4  following what's required.

5       Q.   And is that something that the State even

6  monitors?  Like are -- does the State monitor whether

7  these steps are followed when students are admitted?

8       A.   I will tell you that they ask us for

9  information regarding what steps we take.  They do

10  monitor the process for our strategic plan, and our

11  strategic plan includes all of these pieces, so they

12  do monitor that.

13            This year we moved away from the rotational

14  model for coming to check information, to submitting

15  that information annually.  So this will be the first

16  year that the strategic plan requirements will be in

17  our consolidated grant on the website for us to turn

18  that in annually.

19       Q.   And just to make sure I understand.  So to

20  the extent that the strategic plan has to be included

21  in what you submit, does it influence whether you get

22  funding or not?

23       A.   Well, if they read the plan and if the plan

24  doesn't meet criteria, they don't approve your budget.

25  And they give you feedback on, you know, what you need



1   to do to provide the supporting information; like you

2   have to have documents that support that you're

3   providing therapeutic services for students and what

4   they look like; you have to provide documentation that

5   shows that you're communicating and collaborating with

6   the LEA.

7        All of those six areas under the strategic

8   plan have to be -- there has to be documentation

9   submitted with that area to show that you're meeting

10  that area for compliance.

11       Q.   So returning back to the checklist, would it

12  surprise you to know that some of the Consideration of

13  Services Form that we received from the program did

14  not have all of these items that are checked here that

15  are listed as mandatory?

16       A.   It wouldn't surprise me, no.

17       Q.   It would, or would not?

18       A.   Would not.

19       Q.   Okay.  So, for example, if some of the

20  records we reviewed did not have IEP benchmark

21  assessment checked, or the Tier III data documenting

22  behaviors checked, that wouldn't surprise you?

23       A.   No.

24       Q.   Okay.  And another one didn't have -- let's

25  see -- the checkbox that says documentation of



1  severity of behavior checked?  So why is that when you

2  say it wouldn't surprise you that that's the case?

3      A.   At the time they submitted the packet they

4  might not have had those items available.

5           If there were items missing, then the team

6  would probably go back and request that information

7  prior to making a decision, or they could have pulled

8  it at the meeting to have available there.

9           Because we do check these items, and if

10 there are things that are missing, we do go back and

11 contact the LEA.

12     Q.   So it's your expectation that all of these

13 should be completed, even if the form isn't filled

14 out?

15     A.   There might be some things that they may not

16 be able to get like an immunization record.  We might

17 not have that at the time we do eligibility, but that

18 wouldn't stop -- not eligibility -- but complete the

19 considerations.  But the immunization wouldn't

20 necessarily keep us from saying whether or not a child

21 needed our support.

22           So even though we ask for these things to

23 the best of our ability, since they're not all

24 required components, if there was something that we

25 didn't have to have to consider for eligibility -- I



 1  mean, excuse me, considerations, then we might say

 2  well, just get the information back to us; like,

 3  immunization record, or copy of the birth certificate,

 4  because they probably have that at the child's school

 5  in their permanent record.

 6       Q.   So something like the IEP benchmark

 7  assessments, which is required, is that something that

 8  you would want to have evidence of --

 9       A.   Yes.

10       Q.   -- if it's not checked off here --

11       A.   Yes.

12       Q.   -- before you would have a student admitted?

13       A.   Mm-hmm (affirmative).

14       Q.   And when this Consideration of Services

15  packet as a whole comes to your office, who is the

16  first person who receives it and looks at it?

17       A.   The first person who received it is probably

18  going to be the person working in the office, it's

19  probably where they're going to leave it.  The person

20  who reviews it is probably the going to be the special

21  education coordinator -- excuse me -- the GNETS

22  coordinator.

23            MS. HAMILTON:  Let me hand the court

24       reporter what I'd like to have marked as

25       Plaintiff's Exhibit 201.



 1        (Plaintiff's Exhibit P-201 marked.)

 2   BY MS. HAMILTON:

 3        Q.   I'm also handing you Plaintiff's

 4   Exhibit 201.  And this is a document titled "GNETS

 5   Services Flow Chart."

 6        A.   Mm-hmm (affirmative).

 7        Q.   That was produced by your program in

 8   response to your subpoena.  And at the bottom of this

 9   document it's stamped with the Sand Hills identifier

10   000360.

11           Are you familiar with this document?

12        A.   Yes.

13        Q.   What is it?

14        A.   Again, it's a guide on the process that we

15   would take when we're considering students for the

16   continuing services through GNETS.

17        Q.   Who did you receive this document from?

18        A.   This was one of those documents that was

19   already in place, and I've seen this one on some other

20   GNETS websites.  I'm not sure who created the form.

21        Q.   If it's on the GNETS website, do you mean

22   the Georgia, like the Georgia Department of Education

23   GNETS website?

24        A.   I'm sorry.  Other GNETS programs' websites.

25        Q.   So other GNETS programs have been using it?



1    A.    Yes.

2    Q.    Do you know if it was created by the State

3 Department of Education?

4    A.    I don't know who created it.

5    Q.    But you do know other GNETS programs have

6 been using it?

7    A.    Yes.

8    Q.    And do you-all currently use it?

9    A.    We use it as a guide.  It's on our website

10 for people who are interested in what the process

11 looks like, they can go in and access it as well.

12    Q.    So if you look at the middle of the page

13 there is a flowchart that says standard process.

14         We were just walking through the standard

15 process; correct?

16    A.    Mm-hmm (affirmative).

17    Q.    So I think the step that we were talking

18 through, the SPED director would have determined the

19 behavior problem -- whether the behavior problems meet

20 the frequency, duration and intensity qualifications,

21 all school steps would have been taken.

22         And so is it the Special Education director

23 who determines those steps before submitting the

24 packet to the program?

25    A.    Prior to last year it was not.  Last year --



1    now, in the Thomson site with the satellite center it

2    was; in the Richmond site for FY '22 it became the

3    process.

4              So the packets go through the Special Ed

5    department to make sure that all those items that we

6    were recommending are in there.  They review the data

7    before they submit it to us to make sure all that has

8    been done, the functional behavior assessment, the

9    behavior intervention plan, the data, they review all

10   of that before it gets to us.

11        Q.   Okay.

12        A.   So that's something that's different.

13        Q.   Okay.  So then once those steps have been

14   taken, it says the next step is a student information

15   packet is completed.

16        A.   Mm-hmm (affirmative).

17        Q.   What does that entail?

18        A.   That's this.  (Indicating document.)  And

19   all of the documents that go along with that.

20        Q.   Okay.

21        A.   They turn in the whole packet.

22        Q.   Can you just describe since she can't see?

23        A.   I'm sorry.  It's the Consideration of

24   Services packet along with all of the supporting

25   documents that's turned in.



1     Q.   Okay.  So once the Consideration of Services

2   packet and related documents have been turned in it

3   says the next step is the GNETS coordinator and the

4   Special Education director meet to discuss the packet

5   information; is that correct?

6     A.   That's correct.

7     Q.   Okay.  What does that meeting entail?

8     A.   So basically -- and usually if there is no

9   discussion it might be something as simple as us going

10   in and get our calendars together to find out what we

11   need to do to schedule the meeting, or it could be,

12   you know, that I received your packet and I see you're

13   missing a functional behavior assessment, I see you're

14   missing a behavior intervention plan.  Is that

15   something that you're going to have available before

16   we schedule the meeting?

17        And so they really go through those items

18   that are needed for that meeting that they want to

19   schedule to discuss the consideration of services.

20     Q.   Okay.  And when you say their meeting to

21   discuss the meeting, what's the other meeting you're

22   referring to?

23     A.   The actual IEP meeting.  So when they meet,

24   they are meeting to review the information that's

25   required in the packet, and to schedule the upcoming



1  meeting for the committee to meet to determine whether

2  or not the child needs to be placed in a program or

3  considered for additional services and supports

4  through GNETS.

5       Q.   Okay.  So for this step, the meeting with

6  the GNETS coordinator and the Special Education

7  director, is there anyone else participating in that

8  meeting?

9       A.   Typically it's not.  Sometimes some of the

10  directors I know in the Thomson site, they might have

11  their coordinator do the meeting -- actually in the

12  Richmond, too -- they might have the coordinator do

13  the meeting with the GNETS coordinator to talk about

14  what's needed and to schedule that meeting.

15       Q.   And when you say "coordinator," are you

16  referring to the special education coordinator?

17       A.   Correct.

18       Q.   In lieu of the Special Education director?

19       A.   Correct.

20       Q.   And then for the GNETS coordinator

21  participating, are they always the person who

22  participates on behalf of GNETS, or can anyone else be

23  designated for that role?

24       A.   For this role specifically it would be

25  either the GNETS liaison could do that, it could be



1  the GNETS director could do that, or coordinator.

2      Q.   So you participated in some of these

3  meetings?

4      A.   I have, yes.

5      Q.   What are the possible outcomes that might

6  come out of this meeting between you or the GNETS

7  coordinator and the Special Education director?

8      A.   So there are no outcomes other than if we're

9  missing something or we need clarification, we would

10  discuss that during that meeting.  We don't make any

11  determinations on whether or not the child is going to

12  be placed in the program or considered for services.

13  It's just what do we need to move forward to schedule

14  that meeting.  That's basically what we do.

15      Q.   Okay.  The next step says:  "A 'School

16  History' is completed with the student's teacher(s).

17  And optional observation may be completed."

18          What does this step entail?

19      A.   So for some of the students, I think I

20  mentioned earlier, we actually go on site and do

21  observations where that child -- actually, I want to

22  say for the past two years before a child is placed or

23  considered -- even if they're not placed -- we go on

24  site and do observations in the child's school setting

25  looking at how they implement the interventions,



 1    what's the setup of the classroom, what's the dynamic

 2    between the teacher and the student and the staff, and

 3    just getting an idea about who the student is before

 4    we come to the table because we don't get to see the

 5    students all the time.

 6            So doing those observations help us too.

 7    Q.    And --

 8    A.    And it's going on site to conduct those

 9    observations.

10    Q.    Okay.  And who on your staff conducts those

11    observations?

12    A.    It might be the GNETS coordinator.  It might

13    be the GNETS liaison.

14    Q.    Do you ever conduct any of those

15    observations?

16    A.    I have not as a GNETS director, or as a

17    special -- well, as a special ed director I probably

18    have gone out and done observations.

19    Q.    So when the GNETS coordinator or the GNETS

20    liaison participates in the observations, what are

21    they trying to get out of conducting that observation?

22    A.    Get a feel of who the child is, what's going

23    on, what's the dynamics of the class when they are in

24    there.  Because sometimes we have the consideration

25    packets come in and the child may not necessarily be



1   considered for services, but we can provide

2   recommendations on things that we've seen in those

3   settings.

4        Q.   The next step says the "school schedules an

5   IEP meeting and GNETS is considered as an option."

6        A.   Mm-hmm (affirmative).

7        Q.   Do you or anyone else -- well, I guess,

8   number one, do you participate in this process for a

9   student who's referred to GNETS?

10       A.   Not as a routine, I don't do that.  The

11  GNETS coordinators typically participate in those

12  meetings.  If for whatever reason a coordinator

13  couldn't be there, or the liaison couldn't be there,

14  then I would step in.

15       Q.   How frequently does that happen?

16       A.   With COVID, more frequently than not.  But

17  we haven't had a lot of referrals this year, so I'm

18  going to say this past year I have only had to do it

19  once in Richmond, and I haven't had to do any in

20  Thomson.

21       Q.   Okay.  And that's out of how many referrals

22  this past school year?

23       A.   We have not had many referrals at all.  In

24  Richmond we have had three referrals.  In Thomson we

25  probably had a few more.  And I'm really stretching



1   when I say five referrals in Thomson.  But that's not

2   typical.  That's just what's happened as a result of

3   COVID.

4        Q.   And so prior to COVID typically how many

5   referrals would each site have?

6        A.   And I can't answer that because I wasn't --

7        Q.   That was before your time?

8        A.   Mm-hmm (affirmative).  But I would -- I

9   would say that the numbers were higher, so I would say

10  that the calculation for the number of referrals was

11  higher as well.

12       Q.   Okay.  And do you know roughly when you were

13  serving in your role as a Special Education director

14  how many students you were referring to GNETS?

15       A.   We might have referred ten to 15 a year,

16  mm-hmm.

17       Q.   Between both programs?

18       A.   Well, I only worked with Richmond County.

19       Q.   Oh, okay.

20       A.   So that's between Richmond County and GNETS.

21       Q.   And do you recall did you participate in any

22  IEP meetings?

23       A.   Even if I didn't participate in them, I got

24  followup after the meeting, so.  There might have been

25  a few that I participated in depending on the nature



 1  of what was going on with that particular student.

 2      Q.    Okay.  Okay.  So I guess going back to my

 3  other original question, though, there is someone on

 4  the GNETS staff who participates in the IEP meeting,

 5  and you will participate if either the coordinator or

 6  the liaison -- well, I think you said if the

 7  coordinator is unavailable?

 8      A.    Mm-hmm (affirmative).  And the liaison.

 9      Q.    And the liaison.  And this is the same

10  coordinator who would have met with the Special

11  Education director to discuss the packet information?

12      A.    Yes.

13      Q.    Does an admission to the Sand Hills program

14  depend on your approval before a student's enrolled?

15      A.    My approval as a GNETS director?

16      Q.    As a director?

17      A.    Absolutely not.  It's an IEP decision.

18      Q.    So once the IEP team has met and made a

19  decision, would you have any additional ability to

20  approve or not approve a decision?

21      A.    I -- no, I wouldn't approve or disapprove.

22  The IEP team made the recommendation, we would move

23  forward.

24      Q.    Has there ever been a scenario where the IEP

25  team has determined that a placement in GNETS was



1  appropriate, but you or others on your program did not

2  feel a student should be placed in your program?

3      A.   Not to my knowledge since I have been here.

4      Q.   So every student who's has been referred

5  through the IEP team process has been admitted?

6      A.   No.  Every student who's referred is not

7  admitted.

8      Q.   Okay.

9      A.   Because the IEP team could determine that

10  the placement's not appropriate for the student.  So

11  we have had meetings where we didn't -- the child

12  didn't come to us.

13      Q.   Okay.  So I should clarify.  For every

14  student who's referred, the IEP team determines the

15  appropriate -- the placement is appropriate, have all

16  of those students subsequently been admitted?

17      A.   Since I have been here, the answer is yes,

18  they have been.

19      Q.   Would there ever be a situation where the

20  IEP team determines the placement is appropriate but

21  for various, for whatever reason, you-all determine

22  that the student should not be in your program?

23      A.   No.

24      Q.   Can a parent or guardian unilaterally

25  decline GNETS services?



1       A.   Well, a parent can decline any -- yes.

2       Q.   Has an IEP team --

3            (Witness conferring with Ms. Bowden.)

4            THE WITNESS:  I'm ready.  I'm sorry.

5            THE VIDEOGRAPHER:  And just because there

6       was a slight pause, I apologize --

7       (Comments off the record.)

8  BY MS. HAMILTON:

9       Q.   Have there been IEP meetings where the team

10  has determined that a child should not be placed in

11  GNETS because there are less restrictive environments

12  for that student to be served?

13      A.   Yes.

14      Q.   How frequently -- well, I guess, roughly,

15  how frequently does that happen?

16      A.   So this is going to predate when I came on

17  board because we really haven't had a lot of referral

18  meetings since I came on board.  But there were quite

19  a few times I remember as a special ed director that,

20  you know, it was like let's try them in a different

21  program.

22           In Richmond County we had programs for

23  students with autism, or the child may have needed to

24  be served in a pull out day program all day long,

25  or -- so the decision would be made for that, and, so

1  yes, there are times that that happens.

2      Q.   When you have participated in these meetings

3  in your capacity as a GNETS director, what's your role

4  during the meeting?

5      A.   I serve as the LEA -- excuse me -- the GNETS

6  representative providing input or making sure that we

7  go through the different documents, provide

8  recommendations, kind of facilitate the meeting to

9  make sure that we're covering all those areas.

10     Q.   In your capacity as the GNETS director

11 participating in the IEP team meetings --

12     A.   Mm-hmm (affirmative).

13     Q.   -- if you had concerns that a student should

14 not be placed in GNETS could you express that during

15 the meeting?

16     A.   Absolutely.  Because I'm a member of that

17 team just like anybody else could.

18     Q.   Are there any other steps to the standard

19 process that aren't listed here that you-all follow?

20     A.   Other than the steps that are listed, the

21 information that's listed here to include that piece,

22 no, there are not any additional steps.

23     Q.   Okay.  And I do want to ask you about some

24 other parts of this flowchart.  So there is another

25 part of the flowchart that says "Move In."  Can you



1    explain to me what this column represents?

2        A.    Transfer students who come from another

3    GNETS program or similar program.

4        Q.    So would this include transfer students from

5    other parts of the State of Georgia?

6        A.    Yes.

7        Q.    Would this include transfer students from

8    other states?

9        A.    Yes.

10       Q.    Okay.  And then it looks like it says here,

11   it also includes students released from a long-term

12   hospitalization or residential treatment; is that

13   correct?

14       A.    Yes.

15       Q.    Have you ever enrolled anyone in the GNETS

16   program from -- and I'm just quoting the language

17   here -- a "similar program in another state"?

18       A.    Yes.

19       Q.    Okay.  What would be considered a similar

20   program from another state?

21       A.    Typically what happens is when a student

22   transfers into a school or school system and they

23   share that their child -- the parents share that their

24   child was receiving specialized services, based on

25   what they say, the receiving school system does some



1  research prior to even them coming to us and say, hey,

2  we've looked at this child's information, and it looks

3  like they were served in a program that's similar to

4  GNETS.  We'll go ahead and request the information,

5  send that to you-all, and you-all can review it.

6         So the receiving school systems sends us the

7  information.  We review it.  We contact the program

8  that the child was being served in.  We might go to

9  the website to look to see what types of services they

10  were providing, look at the child's IEP, ask for the

11  information, some of the information that's similar to

12  what we're asking for in the packet, and have the team

13  convene and talk about the students.

14         And we really want the parents at these

15  meetings for their input so they can give us that

16  background information about what was going on with

17  the child, because at that point we have them to rely

18  on for that information.

19         The team would make a determination on

20  whether or not the consideration of services in GNETS

21  would be appropriate for that student.

22     Q.   Okay.  And just to make sure I understand

23  also what is -- what's meant when it says long-term

24  hospitalization or residential treatment?

25     A.   We have a student that that applies to, and



1   the process is very similar.  We had a student who

2   transferred in within the last two-and-a-half years to

3   the Thomson site.  And the only place the child had

4   been served -- she came from Pennsylvania -- the only

5   place that she had been served in from the time she

6   was in middle school to high school was in a

7   residential placement.

8            The school system, of course, took the

9   child's information, enrolled her in school, and

10  immediately made the GNETS referral.

11           We contacted the hospital that the child was

12  placed in, had the parent participate in the meeting.

13  And I want to say we were able to get some people from

14  the hospital at that meeting as well, or they sent us

15  some information.  And we were able to determine that

16  the child -- the team made the determination that the

17  child should be considered for services in the GNETS

18  program.  And so we did serve her last year.

19       Q.   And are these students who have been

20  hospitalized or residential treatment based upon

21  behavioral health or psychiatric needs, or could there

22  be other reasons that they would have been

23  hospitalized that they would come to GNETS?

24       A.   I haven't seen any other reasons.  Typically

25  it's mental health.  It's student in crisis.  I'm



1    going to even just say it's behavioral, just that

2    they're in crisis and had some type of mental health

3    need.

4         Q.   And when the students are enrolled, do they

5    immediately -- like if a student transfers to your

6    area or is released from hospitalization or

7    residential treatment, do they automatically start

8    school in the GNETS program, or do they start in the

9    LEA until this process is completed?

10        A.   They start in the LEA.  So there is no

11   automatic placement.  They have to still show that

12   they need the services.

13        Q.   Okay.  And then, lastly, I want to turn to

14   this consultation section.  This is kind of like the

15   precursor of everything we've been talking about.

16        A.   Mm-hmm (affirmative).

17        Q.   Can you -- I know you've talked about this

18   in passing as we've been talking about the process for

19   referrals, but what exactly is meant by the term

20   consultation?

21        A.   Consultation is a term that we use when

22   we're providing support to the different LEAs.  So if

23   we had a LEA who might contact our program, say, hey,

24   I have got a couple of teachers who need some support

25   on conducting a functional behavior assessment, or do



1  you have anybody who can conduct a functional behavior

2  assessment to help us develop behavior intervention

3  plan, we would go on site to do that.

4          Sometimes they just might want us to come

5  out, hey, can you come out and do some observations on

6  a student and give us some recommendations on some

7  things that we can put in place for the student.

8          Sometimes they might call us and ask do we

9  have information regarding resources that might be

10  available for a student, or can we look at data that's

11  been collected, can you -- what's this showing?

12          But basically it's that support.  And not

13  necessarily looking for placement or services.  They

14  are just looking for some additional support and

15  expertise for staff for working in the GNETS program.

16      Q.   Okay.  And I think you mentioned this

17  earlier, but who in your staff is providing these

18  services directly to the school districts?

19      A.   It could be the -- oh, and the other thing

20  is professional learning, too.  We do a lot of

21  professional learning.  It could be the GNETS liaison,

22  it could be the coordinator, it could be the director

23  providing those services.  And sometimes we'd use our

24  counselor to go out and do some of those things as

25  well.



1      Q.   Okay.  So walking through each of the ones

2   that are listed here, FBA coaching, who would

3   typically be the person on your staff who would

4   provide that support?

5      A.   The liaison and the coordinators and

6   director.

7      Q.   And last school year approximately how many

8   times was your program requested to provide FBA

9   coaching?

10      A.   None.

11      Q.   None?

12      A.   No.

13      Q.   And prior school years, roughly how many

14   times would your GNETS program have been contacted for

15   that service?

16      A.   So I can say that in the Thomson site for

17   the FBA piece, we had one -- two directors contact us

18   about doing some FBA coaching and behavior

19   intervention plan development.

20      Q.   And for Richmond?

21      A.   Not so much with the FBA and behavior

22   intervention plan.  We had more requests for

23   professional learning through MindSet, and we did the

24   training for -- and my years are going to run

25   together.  So it could be -- we did the MindSet



1  training for all of those schools that were

2  considered required technical assistance, and behavior

3  was one of those areas, we did MindSet training for

4  all of them.  That might have been ten schools that we

5  went out and provided support for.  And that's FY --

6  not '21-'22, but '20-'21.

7       Q.   And then for direct consultation, who from

8  your staff provides those services?

9       A.   That could be the GNETS liaison or the

10  coordinator.

11       Q.   Last school year how many times did you

12  receive a request for a direct consultation?

13       A.   Let's see.  I don't know that we received

14  any last year because schools were out so much other

15  than we did receive a couple of requests for

16  observations in the Thomson site.  And I want to say

17  it wasn't more than three between the two sites.

18       Q.   And did any of those students ultimately end

19  up coming to GNETS?

20       A.   No, not from the year, not last year, no.

21       Q.   And do you know why that would be?

22       A.   The student could have moved.  I know one

23  particular situation.  I'm not sure if it was

24  something going on in that school system between the

25  parent and the system; and that, we just never moved



1  forward with anything else, and they never reached

2  back out to us.

3      Q.   And for the other students do you know why

4  they did not end up going to GNETS?  For example, did

5  you-all determine or, I guess, through the

6  consultation process?

7      A.   Well, one thing that they decided is that

8  they were going to go through the behavioral support

9  class before they referred them on to us.

10     Q.   And then for Indirect Consultation, who

11  typically provides that service?

12     A.   It could be the GNETS liaison, it could be

13  the director, it could be the coordinator.  And with

14  that it might be, Hey, can you look at this child's

15  record?  Typically it's with transfer students.  Can

16  you look at this child's record to see if this might

17  be a student who would be eligible for your program?

18          If they are not coming straight from a GNETS

19  program, maybe they are coming from out of state.

20  They might ask us to look at that.  If there are some

21  questions regarding what the data is showing for the

22  behavior intervention plan, or from the IEP they might

23  look at that and ask us for recommendations as well.

24     Q.   And how many requests for indirect

25  consultation did you receive?



1          A.   Oh, those came through email.  So I'm going
2     to say this year I think I have gotten three.  And
3     those did come straight to me for the Richmond site.
4     Thomson, she may have gotten two -- and these are
5     really rough numbers.
6          Q.   That's fine.
7          A.   She may have gotten two.  And these are
8     really rough numbers.
9          Q.   That's fine.
10         A.   She may have gotten two.  That one is very
11    informal.
12         Q.   And how has that compared to prior years?
13         A.   I can't answer that.  I don't know.
14         Q.   Okay.  Until for last year the requests that
15    you did receive, did any of those students end up
16    coming to your GNETS program?
17         A.   Actually, they didn't.  They just didn't
18    move to the area for the ones that I'm thinking about.
19    These numbers -- I think I said they were primarily
20    transferred in.  They just didn't move to the area.
21              MS. HAMILTON:  All right.  I'm going to hand
22         the court reporter what I'd like to have marked
23         as Plaintiff's Exhibit 202.
24         (Plaintiff's Exhibit P-202 marked.)
25    BY MS. HAMILTON:



1      Q.   You just received Plaintiff's Exhibit 202.

2   And it's a document entitled GNETS request for GNETS

3   -- sorry -- Request for GNETS Consultation.  And this

4   was a document we had received in the state of

5   Georgia's production with a Bates stamp of GA00340477.

6           Have you ever seen this document before?

7      A.   Yes, I think this was a document that we

8   actually used as well.

9      Q.   Okay.  And how do you-all use this document?

10      A.   It's actually on our website, and we've kind

11   of tweaked it a little bit.  Because one of those

12   things is that we want to maintain when these are

13   coming in.  So we have somebody who monitors the form

14   when it comes in so that schools can fill it out to

15   request specific support that they might want from

16   somebody on our staff.

17      Q.   And do you know where your program

18   originally got this document from?

19      A.   No.

20      Q.   So you don't know if it was a document you

21   received from the State?

22      A.   No.  It was already here.  I think it's a --

23   I don't know.

24      Q.   Is it a document that other GNETS programs

25   are using as well?



1        A.    Yes.

2        Q.    And the last thing I want to talk about on

3   this topic, I wanted to circle back, you had mentioned

4   earlier on these behavior support classes in Richmond,

5   in Richmond County in the school district.

6        A.    Mm-hmm (affirmative).

7        Q.    And that you said that in many ways those

8   classes have almost -- it sounds like it's a process

9   that either complements or supplements the referral

10  process?

11       A.    Mm-hmm (affirmative).

12       Q.    Can you speak more to that?

13       A.    So as a special education director from

14  Richmond County and becoming the GNETS director part

15  of the discussion was we had these students who were

16  being served out in the school system who needed a

17  little bit more.

18            The State of Georgia changed the criteria

19  for serving students, or teachers serving students, so

20  we didn't have a lot of staff who received specialized

21  training in emotional behavior disorder.  We didn't

22  have staff who received specialized training in

23  working with students with intellectual disabilities,

24  or specific learning disabilities.  Those used to be

25  specific areas that teachers had certifications in.

1   So now their certification's like general, unless

2   you're teaching students with significant cognitive

3   disabilities.  So everybody has -- primarily has

4   either special ed general curriculum, special ed

5   adaptive curriculum, or they might have both.

6          And so one of the things that happened is as

7   we started looking at developing programs we

8   identified that there was a need to have something for

9   a select group of kids who are experiencing some

10  emotional or behavioral difficulties that couldn't

11  always be addressed successfully in a traditional

12  special education class.

13         As a result, they -- Richmond County got

14  approval to do these behavior support classes.  They

15  have got two elementary classes, two middle school

16  classes.  I think there were two high school classes,

17  but there may just be one now.  I'm not really sure.

18  But they have a minimum of five behavior support

19  classes.

20         So the consideration process for students

21  being placed in those classes is very similar to

22  the -- or I should say have some similarities to how

23  students are placed in GNETS:  Have you exhausted all

24  of your resources at that school level for that

25  student before we're going to look at moving that



1    child out and placing them in another school.  And so

2    they follow that same process.

3           The number of students the first year was

4    very low.  Last year we had an increase in the number

5    of students who were placed there.  So they do have

6    some students they have worked with over the course of

7    the year.  Out of those students who were in the

8    program last year there was a recommendation for two

9    students to be considered for GNETS.  One of those

10   students will start next year, the other one is -- may

11   be coming up.  I'm not sure what they decided.

12          And that was a way to make sure that all

13   resources that were available at the school level were

14   being exhausted before they considered placing the

15   students, or having the students considered for GNETS

16   if that's what they needed.

17     Q.   And the students who are in these classes,

18   are these all students who have -- who would meet the

19   eligibility criteria of going to GNETS in terms of

20   their disability diagnosis?

21     A.   If they didn't make progress, yes.

22     Q.   And in this program are they provided with

23   therapeutic services and supports?

24     A.   I can't testify to the amount that they are

25   provided.  I'm pretty sure that we provide more



1   therapeutic services and support, so there would be no

2   reason to refer them to us.

3          They do have access to some -- to

4   therapeutic services.  Most of our schools have social

5   workers.  They have counselors on site.  They are not

6   on site every day like our social workers and

7   counselors are.  They may have access to a behavior

8   support specialist.  So they have access to some

9   services, but it's not the same level that they would

10  get if they were in a GNETS program.

11     Q.   For the two students who ultimately were

12  recommended for placement in GNETS, was there anything

13  unique about their circumstances that you felt

14  necessitated them being put in GNETS?

15     A.   Well, for the one that we've met on already,

16  that particular student they were able to document

17  that they had provided a number of supports and

18  interventions.  They worked with the student in a

19  school-based program, went through that whole process

20  at the school-based level.  Then they placed the child

21  in a -- the behavior support class, worked with the

22  child at that level, and the student continued to have

23  difficulties.

24          And I think it was like in -- they submitted

25  the referral in April or May for that student.  And so



1   we were able to as a team determine that consideration

2   in GNETS would be appropriate at this time because

3   they had exhausted all of the options and

4   interventions at their level.

5          Q.   And is that true for the other student as

6   well?

7          A.   We haven't met on that student yet.

8          Q.   Oh, you haven't met on that student.

9          A.   Huh-uh.

10         Q.   And I guess just one other clarification on

11  how this works, and, again, I realize that's for the

12  school district, are those two students totally

13  separate from all other general education students, or

14  do they have other opportunities for integration?

15         A.   They, I want to say they have other

16  opportunities for integration.  They are located --

17  two of them are located in -- one in South Augusta

18  Elementary School, one in I'm going to say West

19  Augusta Elementary School, one South Augusta Middle

20  School, one South Augusta -- West Augusta Middle

21  School, and then the high school class is in East

22  Augusta.  So they are housed in school, so they have

23  opportunities to participate.

24         Q.   And I know you said they have opportunities.

25  Do you know if they do participate?



TALITHIA NEWSOME                                    July 12, 2022
UNITED STATES vs STATE OF GEORGIA                        214

1    A.   I don't.  Well, I know about the other

2   student.  I think he did have the opportunity to

3   participate in a Connections class, and it didn't go

4   so well for him.  But he had opportunities to.

5    Q.   Okay.

6        MS. HAMILTON:  Is this a good time for a

7    break?

8        MS. BOWDEN:  I think so, yeah, that would be

9    a good time for a break.

10       THE VIDEOGRAPHER:  Excuse me.  Off the

11   record at 1 -- excuse me, 3:11 p.m.

12   (Recess 3:11 p.m. - 3:29 p.m.)

13       THE VIDEOGRAPHER:  All right.  We are back

14   on the record at 3:29 p.m.

15  BY MS. HAMILTON:

16   Q.   Ms. Newsome, I'm going to hand the court

17  reporter what I'd like to have marked as Plaintiff's

18  Exhibit 203.

19   (Plaintiff's Exhibit P-203 marked.)

20  BY MS. HAMILTON:

21   Q.   So this document Plaintiff's Exhibit 203 is

22  a document titled Sand Hills Level System that was

23  produced by the Sand Hills program in response to the

24  United States subpoena.

25       The first page of this document is stamped



1   using the Sand Hills identifier of 000363.  Are you

2   familiar with this document?

3       A.   I am.

4       Q.   Okay.  What it it?

5       A.   This is our level system, and it shows how

6   students move up through the program, and how they

7   earn rewards, and some different types of behaviors

8   that if they engage in, and then consequences of those

9   behaviors.

10      Q.   How long has the program used this document?

11      A.   I'm not sure.  But I can say they have been

12  using it for the past two-and-a-half years at a

13  minimum.

14      Q.   And since you've been there have you been

15  involved in making any changes to the level system?

16      A.   We're actually in the process of tweaking it

17  now, and there should be -- if we're making, going to

18  make any changes it would be done by the end of next

19  week.

20      Q.   Okay.  What changes do you anticipate

21  making?

22      A.   I'm not sure yet.  That's what I'm going to

23  get from the admin team who reviewed all the documents

24  over the summer.  They finished reviewing it last

25  week, and we have a meeting scheduled this week to



 1  make those changes.

 2      Q.   And when you say "admin team," who would

 3  that include?

 4      A.   That would be the social worker, the

 5  counselor, the coordinators and myself.  And we got

 6  input from the teachers, too.  They had an opportunity

 7  to look at these as well.

 8          MS. JOHNSTON:  Hey, I'm sorry to interrupt.

 9      The volume seems to be a little softer than it

10      was earlier.  I don't know if the microphone got

11      moved.  But it's gotten a little bit harder to

12      hear.

13          THE VIDEOGRAPHER:  Let's -- okay, let's go

14      off the record briefly.  Off the record at 3:32

15      p.m.

16      (Comments off the record.)

17          THE VIDEOGRAPHER:  Back on the record at

18      3:33 p.m.

19  BY MS. HAMILTON:

20      Q.   Do you know if any other GNETS programs have

21  a similar level system?

22      A.   I'm pretty sure that most of them use some

23  type of system that's like this, just through

24  conversation.

25      Q.   But not the identical document?



1        A.    I don't think they're identical.

2        Q.    Does every teacher and classroom in the Sand

3   Hills program use this level system?

4        A.    Oh, absolutely.  And the students can share

5   it with you verbatim, and they let you know when it's

6   not being followed.

7        Q.    So can you give me an overview of how the

8   level system works?

9        A.    So the level system provides the students

10  and the staff and anybody who walks in the classroom

11  with a visual of what's going on with the students.

12        We also use this to look at how much

13  progress the students are making through the level

14  system.  Part of this is going to help us make a

15  determination about when the student may be ready to

16  transition out of the program and be reintegrated back

17  into their home school.

18        And so it gives us -- the students can

19  self-monitor, the support staff when they walk into

20  the classroom, they can use it to self-monitor, and it

21  also gives students a concrete way of going back and

22  they will go back and pull this form, or ask me to

23  pull the form and say:  Tell me what I can do when

24  this happens; or:  The teacher wasn't supposed to do

25  this and she implemented this consequences, but the

1   sheet says that that's not what we're supposed to do.

2          So it just helps serve as a guide and a

3   visual for the students to be able to see the progress

4   that they've made.

5          Q.   So the document shows that a student can

6   reach a different level if they earn a certain number

7   of points?

8          A.   Mm-hmm (affirmative).

9          Q.   How do you earn those points?

10         A.   So the points are -- basically, if you look

11  at the back, that's looking at how they earn their --

12  there is a point sheet they get every single day they

13  take home as a means to communicate with the parents

14  as well on the type of progress that the students are

15  making or not making.  And also the parents get to see

16  when the children move up the level system.

17         So they earn points and their points are

18  reflected on their point sheets that go home to the

19  parents.  They can earn points, or they also earn STAR

20  bucks, so it's tied to PBIS as well.  The coloring

21  that's in here is tied to our PBIS matrix as well as

22  the students go through the course of the day.

23         And then the other part is when you look at

24  the point sheets, the point sheets are divided up into

25  periods throughout the course of the day, and so you



1    might have breakfast, first period, second period,

2    PE -- might be PE is third period, lunch and it goes

3    through the course of the day.

4         Q.   And what exactly -- I know you said the

5    points are tied to the PBIS system.

6         A.   Mm-hmm (affirmative).

7         Q.   What are ways that students can earn points?

8         A.   So we have a STAR matrix.  We are actually

9    updating that for FY '23 as well.  The students can

10   earn their STAR bucks by implementing the appropriate

11   behaviors that are listed on the STAR matrix.  And so

12   the STAR matrixes are all throughout the building in

13   both sites.  They list behaviors that are expected in

14   the classroom, in the media center, in the gym, in the

15   hallways and on the bus.

16        And anybody can award STAR bucks to a

17   student if we see them demonstrating appropriate

18   behaviors in those areas.

19        Q.   So also just looking at this first page it

20   appears that a student has to maintain a certain

21   number of points for a certain number of consecutive

22   days to move up to the next level; is that correct?

23        A.   That's correct.

24        Q.   Okay.  So taking a student at Level 1, it

25   says five consecutive days of 70 and then they are



1   moved to Level 2?

2       A.    Mm-hmm.

3       Q.    Okay.  Do all students start at Level 1 when

4   they start in the GNETS program?

5       A.    Huh-uh.  They come in at Level 2.

6       Q.    Okay.  And does that mean they start at

7   80 points?

8       A.    Mm-hmm (affirmative).

9       Q.    And then if they're starting there, in order

10  to -- I'm just walking through and making sure I

11  understand.

12      A.    That's fine.

13      Q.    In order to reach Level 3, they have to have

14  ten consecutive days of 80 points; is that correct?

15      A.    That's correct.

16      Q.    Okay.  So if they have a day where they

17  engage in behaviors that don't meet the requirements,

18  does that time period start over for them working

19  toward the Level 3?

20      A.    It would depend on the action.  So you might

21  have to go back to what's on the front page to

22  determine whether or not a child needs to drop a

23  level, they might have to go back to the beginning, or

24  they might have to go back two to three days for the

25  types of behaviors that they engaged in that might not



1    be appropriate.

2        Q.   What would be an example of the reason a

3    student would have to drop an entire level?

4        A.   Physical aggression.

5        Q.   And then they'd have to have a certain

6    number of consecutive days at a certain level of

7    points to get back to their prior level?

8        A.   Correct.

9        Q.   Do you ever have students who get stalled at

10   one level?  So let's say if you're at a Level 2, it

11   says you have to have ten consecutive days of 80, and

12   they get to day eight, and then they engage in a

13   behavior that forces them to start over, like do you

14   have students who go through that cycle repeatedly?

15       A.   Yes.  And we have students who appeal that

16   sometimes, so yes.

17       Q.   And when you say students appeal, what does

18   that mean?

19       A.   So let's use physical aggression as an

20   example.  So we have a student who might drop a level

21   because they engaged in a fight with a staff -- with a

22   student.  But the student might be like, well, you

23   dropped me a level but I didn't really start it.

24            And sometimes they'll come back and appeal

25   it, and sometimes they win their appeal, and you know



 1    what, you really didn't start it, you might have been

 2    responding to something that was beyond your control

 3    that caused you to act out that way, and sometimes

 4    those appeals are granted.

 5              So they can come back and appeal their level

 6    drop if they need to.

 7        Q.   On the second page it says Level 1 --

 8    actually, let me take a step back.

 9              On the second page for Level 2 -- and you

10    said all students start at Level 2; is that correct?

11        A.   Mm-hmm (affirmative), when they come in the

12    program.

13        Q.   So when a student comes into the program, in

14    the cafeteria they all have assigned seating?

15        A.   Since --

16        Q.   Assuming they use the cafeteria?

17        A.   Well, since I have been there we haven't

18    used the cafeteria.  But for next year they'll --

19    their seating will be they'll sit with their teacher

20    when they go into the cafeteria starting out.

21        Q.   Okay.  And on the chart it says that that's

22    usually what is required for a level -- students at

23    Level 1?

24        A.   Mm-hmm (affirmative).

25        Q.   So the Level 2 students would also have the



1  same requirement as Level 1 students to sit with the

2  teacher?

3       A.   Well, starting out because we haven't been

4  in the cafeteria for a number of -- we're going on

5  year two.

6       Q.   Okay.  And then for transitions it says

7  Level 1 and Level 2 must be escorted at all times and

8  in sight of an adult; is that right?

9       A.   Actually, all students are.  That's a change

10 that we're going to make that all students be in the

11 line of staff at all times.

12      Q.   So regardless of your level you have to be

13 escorted by a staff member?

14      A.   Mm-hmm (affirmative).

15      Q.   In the bottom -- in this chart, this says --

16 moving up in the last row -- it says "Consider Outside

17 Placement"?

18      A.   Mm-hmm (affirmative).

19      Q.   What does that mean, and how exactly does

20 that work?

21      A.   That's almost like a celebration.  So when

22 students get to Level 4, and they reach the 20th day

23 we automatically schedule a meeting to consider

24 transitioning that student back.  Because it takes

25 them some work to get to Level 4 day 20.  And so they



 1  have gotten far, we really need to consider placing

 2  them back in their least restrictive environment.

 3       Q.   So is reaching Level 4, day 20 a

 4  consideration for a student being transitioned back?

 5       A.   Yes.

 6       Q.   Last school year how many students did you

 7  have who reached that level?

 8       A.   Let me see.  Thomson, four -- I'm going to

 9  say we got five in Thomson and four in Richmond.

10       Q.   And how many of those students were

11  considered for being transitioned out of the GNETS

12  program?

13       A.   All of them.  Mm-hmm (affirmative).  We had

14  meetings on all of them.

15       Q.   Were any actually -- so beyond the meetings,

16  did any actually transition last year?

17       A.   All but two transitioned.

18       Q.   Okay.  How many for each program?

19       A.   Let me see.  Did I say five in Thomson?

20       Q.   Yes.

21       A.   All five of them in Thomson transitioned.

22            And then actually we had more than that in

23  Richmond.  Might have had -- might have had five in

24  Richmond because two did not.  So three in Richmond

25  transitioned, started the transition process, and two



1   did not.

2          And one of them it wasn't because he

3   couldn't -- wasn't able to.  He had some challenges

4   because he had concerns about exposing his grandmother

5   to COVID.  He didn't want to go into another school

6   and expose his grandmother to the possibility of

7   getting COVID because she has underlying health

8   conditions.

9      Q.   In the earlier Exhibit -- let's see --

10  Exhibit 5 for Thomson, it had noted that there were

11  three students who had transitioned.  Were there

12  additional students who transitioned later in the

13  school year?

14     A.   And when she pulled that out, I realized I

15  was giving you information for FY '22.  So that -- so

16  when you say last school year I'm thinking this one

17  that just ended, FY '21-'22.  Did you want me to

18  reference this one?

19     Q.   '21-'22.

20     A.   Yes, because this one was done in August so

21  as the year progressed we added more students.

22     Q.   Okay.  So by the end of the year you said

23  five --

24     A.   Mm-hmm (affirmative).

25     Q.   -- transitioned for Thomson?



1        A.    Mm-hmm (affirmative).

2        Q.    And, similarly, in that same spreadsheet for

3    Richmond there were three students who were listed as

4    transitioning as well --

5        A.    Mm-hmm (affirmative).

6        Q.    -- is that accurate?  Or were there

7    additional students as the year went on?

8        A.    Oh, you know what, I'm trying to look at the

9    names.

10            Yes, there were five.

11       Q.    For Richmond?

12       A.    For Richmond, mm-hmm (affirmative).  And two

13   of them did not transition out, actually.  I'm sorry.

14   There were six for Richmond.

15       Q.    Six who were considered --

16       A.    Mm-hmm (affirmative).

17       Q.    -- for transition?

18       A.    Two, mm-hmm (affirmative).  Two of those did

19   not.

20       Q.    Okay.  So then all of those students reached

21   Level 4 in the level system?

22       A.    Yes.

23       Q.    And I know earlier you had mentioned I think

24   there were -- I'm just comparing the number of

25   students who you said had reached Level 4.



1              MS. HAMILTON:  And I do just want to note

2       for the record that any markings that are on the

3       exhibits are being made by the witness, but those

4       weren't our handwritten notes.

5              THE WITNESS:  I'm not supposed to write on

6       them?

7              MS. FLETCHER BOWDEN:  That's okay.

8       A.   Oh, okay.  You take all these back?

9  BY MS. HAMILTON:

10      Q.   They'll go into the record.

11      A.   Oh, I'm so sorry.  I thought these were

12  mine.

13      Q.   It's fine.  I just want to make sure they

14  know that we didn't put those notes there.

15             MS. FLETCHER BOWDEN:  You're asking her to

16      do math, though.

17      A.   I had to write kids' names -- students down.

18  BY MS. HAMILTON:

19      Q.   I would probably say if you're writing

20  student names, you may want to mark that out before --

21      A.   I used initials.  I did have the foresight

22  to do that.

23      Q.   But would you say the number of students who

24  transitioned is consistent with the number who reach

25  Level 4?



1       A.    Yes.

2       Q.    And so is that the only consideration for

3    students transitioning, or what other things are

4    looked at?

5       A.    Oh, huh-uh.  We actually had a student who

6    didn't reach Level 4 who was participating in some

7    outside classes.  So consideration might be we'd look

8    at conversations that we've had with the students

9    because sometimes you just want to sit down and talk

10   to the, about, you know, tell us things that you're

11   interested in doing, what do you think can help you

12   get to that, you know, your goals and stuff.

13            But one of our students, she didn't finish

14   the year with us.  She transferred out of state.  But

15   she really wanted to go back to her zone school and

16   she felt like -- she was a senior in high school, and

17   so we did try her.  She hadn't reached Level 4.  But

18   we put her out in some of her classes, pulled the IEP

19   team together, talked about those things she was

20   interested in and gave her an opportunity to do some.

21      Q.    Are there any exit criteria that are set by

22   the State that you have to follow when considering

23   whether a student can return to their home school?

24      A.    Not any longer.  We don't have exit criteria

25   any more.  There used to be, but not now.



1        Q.   And does your program have any set exit

2   criteria?

3        A.   We have a lot of things we consider.  One of

4   them would be, you know, have they gone up the level

5   system, information and feedback from the students.

6   One of the things that we're looking at for -- we

7   started FY '22 and FY '23 is, you know, how long has

8   the students already been placed in the program, and

9   are there other -- are there actual activities or

10  courses that a child could participate in and be

11  successful.  Again, we want to get that input from the

12  students about that as well.  And then we consider

13  input from the parents, too.  And then the team comes

14  object to and makes a decision.

15       Q.   Have you received any guidance from the

16  State on developing or using reintegration plans?

17       A.   Not in the two-and-a-half years that I have

18  been there.  But I believe there's been some

19  discussion prior to that because the reintegration

20  plans were already place when I came on board.  And we

21  could have a process for that.

22       Q.   Okay.  And what exactly is a reintegration

23  plan?

24       A.   What do we need to -- what types of supports

25  do we need to put in place to help the child be



1  successful in their transition.  We never want to just

2  place a child out, or send a child back to their

3  previous placement without some types of supports in

4  place.

5          So it might be anything as simple -- we

6  always want to make sure that we take the child out,

7  let them tour the facility, get them used to the

8  school that they are going to be going back to or

9  going to.  We have them talk to the teachers.  We meet

10  with the parents.  We talk to them.

11          The first day that the child goes back, we

12  actually have staff go there with them to kind of make

13  sure they're comfortable.  We do pop-up visits to see

14  how the children are doing.  They'll be sitting there

15  -- and they're real funny because they act like they

16  don't know you when you get there.  But we do things

17  like that.  And then we consult.  We use a tracking

18  sheet to kind of monitor how much progress the

19  students are making when they are there.  Sometimes we

20  get feedback from parents, sometimes we get feedback

21  from the students themselves.  They'll come back and

22  say, hey, you know what, I'm struggling in this math

23  class, can you kind of go over this with me.  They'll

24  share that with their teacher.  Because we want them

25  to have the smoothest transition as possible.  And so



1   those are some of the things we do as part of that

2   reintegration plan.

3        Q.   How long do you continue to monitor their

4   progress?

5        A.   Since I've been there, we've been able to --

6   typically after nine weeks we might consult with them

7   after nine weeks, but typically during the nine weeks

8   we're able to pull back some of that support that

9   we're providing.  And but we always let them know if

10  there is ever a need for our services with a student,

11  we are available for that.

12       Q.   And of the students last year who

13  transitioned, did you have any who ultimately returned

14  to GNETS?  I know you said there were some who did not

15  transition who were considered.

16       A.   We had one.  He was in the Thomson, excuse

17  me, the Richmond site.  And so what that taught me as

18  a -- and I consider myself kind of new because I

19  didn't have the privilege of having three full

20  consistent years of being in the program, but we

21  transitioned a student out probably around March and

22  April, which probably wasn't a good time, going back

23  to look at that, because there were some -- you know,

24  we do a standardized testing.  And so the schedule for

25  the student kept changing depending on who had to

1   cover testing.

2           And so from that we have learned that, you

3   know, when we transition the students in we want to

4   make sure that the schedule is consistent, that you

5   know, the child is going to the same staff member on a

6   regular basis so he can help build those relationships

7   with the staff and with the students.

8           But we pulled him back, and we'll start him

9   back.  We had -- the IEP team came together and

10  decided that we'd pull him back and start him back at

11  the beginning of the school year so that he could be

12  in there when the schedule was pretty firm and solid

13  and he could go to the same place every day.

14      Q.   And for the students who did transition last

15  year, did they transition for the full school day, or

16  was it some part of the day?

17      A.   We'd start them off with part-day

18  transitions to see how they do, and then we increase

19  it over time.

20          For one of our students I think we started

21  out where he might just have to come in and do a

22  check-in.  And then he would come in -- by the time we

23  got to the six weeks he was like "I don't need to come

24  back."

25          And he really didn't need to come back.  And



1  so after that we were able to transition him out full

2  day.  But we always start out with trying them in some

3  classes, see how they do, providing the support,

4  coming over, doing the observations, and then we come

5  back as a team and go ahead do the full integration

6  plan, but letting them go back full-time.

7       Q.   And the students who you listed, by the end

8  of the year the ones who were still in the program,

9  were all of them full day transitions, or were some

10  still partial day?

11      A.   For the ones who are coming back for next

12  year?

13      Q.   The students last school year who -- like

14  when they were transitioning?

15      A.   Okay.  So, yes.  Some of them will be coming

16  back to us on a part-day transition.  Is that the

17  question that you were asking?

18      Q.   Yes.

19      A.   Okay.

20      Q.   Okay.  So some of those -- not all of those

21  students who transitioned last year ever reached the

22  full transition?

23      A.   Oh, no.  Some of them did reach full

24  transition.  We're going to have a couple who are

25  going to come back where they are still doing partial



1  day transition, and then before the end of the nine

2  weeks we'll meet to determine whether or not they are

3  ready for full day transition.

4      Q.   So there are a few who are still doing

5  partial day?

6      A.   Right.  Mm-hmm (affirmative).

7      Q.   All right.  This is going to be a

8  transition.  I want to talk to you a bit about the

9  grant process and strategic plan that you-all follow.

10  And I guess I just -- I do want to start out just by

11  talking about funding.

12          I know that GNETS has a number of sources.

13  Can you walk me through the various sources of funding

14  that you-all receive for your program?

15      A.   So we receive the IDEA funds.  We receive

16  the State funds.  Some of the programs receive a

17  special grant for additional therapeutic services, and

18  that allowed me to hire an additional social worker

19  full-time.  And then we got some additional funding

20  for the next three years, over three years, for

21  additional therapeutic services.

22      Q.   Separate from the special grant, or is that

23  as a part of the special grant?

24      A.   It's separate.  Mm-hmm (affirmative).

25      Q.   Which one of those is the 62,500?



1        A.    The last one.

2        Q.    Okay.  And that's also money from the State?

3        A.    Mm-hmm (affirmative).  We received title

4   funds through the -- let's see.  As a result of COVID.

5   It's a $15,000 funding for school supplies for nurses

6   and nursing supplies.  And we received an additional

7   grant as a result of COVID.  And those are all the

8   grants.

9        Q.    Okay.  And I guess just to make sure I'm

10  covering all the different places where you get

11  funding from.  Do you receive any per-pupil funding

12  through the QBE formula or Quality Basic Education

13  formula?

14       A.    Not directly, huh-uh.

15       Q.    Okay.

16       A.    That funding goes direct to the system and

17  there is some calculation that's done to determine how

18  funding is generated for our program.

19       Q.    Okay.  So you're saying the money for the

20  QBE goes to the school systems?

21       A.    Well, what they do is they turn in -- my

22  understanding is that the FTE information for students

23  participating in GNETS is submitted by the

24  participating school system.  That information is used

25  to determine the allocations of the funding that we



1   receive in our GNETS program.

2        Q.   And is that a separate stream of funding, or

3   does that fall under one of the other categories you

4   mentioned earlier?

5        A.   That's how the funding is determined for

6   those different funding categories.

7        Q.   So you might get some of this funding in the

8   form of the State grant, or in the form of?

9        A.   6B.

10       Q.   What's 6B?

11       A.   I'm sorry.  IDEA.

12       Q.   Part of the IDEA funding?

13       A.   Yeah.

14       Q.   Do you receive funding directly from any of

15   the LEAs?

16       A.   No.

17       Q.   And do you receive funding directly from the

18   RESA?

19       A.   No.

20       Q.   Do you receive any kind of in-kind support

21   from the LEA whether staff or facilities, whatnot?

22       A.   Yes.

23       Q.   Okay.  And what does that look like?

24       A.   Para -- additional paraprofessionals, school

25   nurse, psychologist, public safety, IT.  Let's see.



1  The transportation that's provided.  The attendance on

2  the busses when they're transporting the students.

3  Professional learning.

4       Q.   And what about from the RESAs?  And do you

5  receive any in-kind support, whether staff,

6  facilities, materials, or other types of --

7       A.   Absolutely the support.  Professional

8  learning, we participate in that.  Access to their

9  services providers who are there.  They have a teacher

10  induction program for new teachers.  Our teachers can

11  participate in that as well.

12       Q.   Does your program participate in free and

13  reduced price lunch programs, lunch and/or breakfast?

14       A.   Yes.  I think all the participating school

15  systems had a special grant where the students got

16  free lunch and free breakfast.

17       Q.   And the GNETS program falls within that?

18       A.   Mm-hmm (affirmative).

19       Q.   And then let's go back up to some of the

20  larger funding sources you mentioned.

21            For the IDEA funds, what are you able to use

22  those funds for?

23       A.   I primarily pay for our paraprofessionals

24  out of that grant, in addition to substitutes who

25  might have to come in to work for them.  There might



1   be a small line item for instructional materials.

2        Q.   And do you know how much, roughly, you

3   received last year?

4        A.   Probably about 145,000 for that.

5        Q.   And is that about the same each year?

6        A.   Mm-hmm (affirmative).  Since I have been

7   here.

8        Q.   Do you know what you've been allotted for

9   next school year?

10       A.   I think it's 141,000.  I have to have go

11  back in and confirm that.

12       Q.   Okay.  But around that number?

13       A.   Mm-hmm (affirmative).  It wasn't a big -- it

14  was not a big change.

15       Q.   Okay.  And do you have to apply for those

16  funds, or are they automatically provided?

17       A.   We don't necessarily have to apply for them,

18  but we have to make sure that we input all the

19  information that's required under the strategic plan

20  in that -- on the portal.  And then once that's

21  approved, the funds, monies are released.

22       Q.   Okay.  And then for the State funding,

23  approximately how much did you receive last school

24  year for your GNETS program?

25       A.   About 1.4 million.



1     Q.   Okay.  And how does that compare to what you

2    have been given for this upcoming school year?

3     A.   It's about the same.

4     Q.   And would you say that's been consistent for

5    the last few years?

6     A.   For the past two years, yes.

7     Q.   And what are those funds used for?

8     A.   Those funds are used to pay for professional

9    learning, pay for teachers, pay for admin staff,

10   that's the coordinators.  Office staff, 90 percent is

11   personnel.  Well, I want to say 95 percent is probably

12   personnel.

13        The other items funding is used to pay for

14   instructional resources and professional learning.  I

15   think there is a small line item for audit costs and

16   indirect costs.

17     Q.   And then you mentioned the special grant for

18   therapeutic services.  I know earlier we talked about

19   how you-all were able to get the social worker and the

20   counselor and some other services.  Did that fall

21   under that particular grant?

22     A.   No.  That's a separate grant.

23     Q.   That's the 62,500?

24     A.   That's the 62,500.

25     Q.   Okay.  So what is the special grant for



1    therapeutic services?

2         A.   That's the $62,500.  That's the only thing

3    we can use it on is providing additional support

4    beyond what the students were already receiving, and

5    so that's used to pay for those contracted services

6    for the Namaste program.

7              We had social workers there who come on site

8    to provide support to the students in both locations.

9    That's the additional part-time social worker that we

10   have, and the counselor.

11        Q.   You said that's for three years?

12        A.   Mm-hmm (affirmative).  So we've already

13   finished year one, so we've got two years remaining.

14        Q.   Okay.  And I -- just to make sure I'm clear,

15   did you say that there -- there is the additional

16   funding of the 62,500 -- is there an additional

17   special grant for therapeutic services, or?

18        A.   I have two.

19        Q.   Okay.

20        A.   So one of them allowed me to pay for an

21   additional social worker --

22        Q.   Okay.

23        A.   -- to provide therapeutic support.  So I

24   have her.  And then the additional 62,500 to buy -- to

25   provide therapeutic supports beyond what they were



TALITHIA NEWSOME                                      July 12, 2022
UNITED STATES vs STATE OF GEORGIA                            241

1    already receiving.

2         Q.    Okay.

3         A.    And that one is for all the GNETS programs

4    got that one.  Select programs got the social worker

5    grant.

6         Q.    Okay.  And so just to make sure my -- the

7    record is consistent on this.  So the special grant

8    for therapeutic services that funded your social

9    worker, how much was that grant for?

10        A.    Oh, goodness.

11        Q.    Approximately.

12        A.    It's between 72,000 and 75,000.

13        Q.    Okay.  And was that a grant provided by the

14   State?

15        A.    It is.

16        Q.    Okay.  Is there an endpoint for receiving

17   that funding, or is it provided every year?

18        A.    I think they look at it every single year

19   because they give us the approval.  I don't know of an

20   end date, but there could be.  I'm just not familiar

21   with it.

22        Q.    Okay.  And you said it's for select

23   programs?

24        A.    Mm-hmm (affirmative).

25        Q.    What distinguishes your program as to why



1  you would receive it?

2      A.    The director who was here before me probably

3  advocated very hard to be a part of that and received

4  it, and it was already in place when I came on board.

5      Q.    Okay.  And then there is another source of

6  funding that's also from the State that's for 62,500?

7      A.    Mm-hmm (affirmative).

8      Q.    And that covers some of the additional

9  therapeutic services that you mentioned --

10     A.    Yes.

11     Q.    -- a moment ago.  And that's for all GNETS

12  programs?

13     A.    Correct.

14     Q.    Okay.  For the 1.4 million state funds, do

15  you have to apply for that funding?

16     A.    We don't have to apply for it, but it goes

17  back -- you have to make sure that your information is

18  entered in the GaDoE portal under your strategic plan.

19  Under your GNETS.  I'm sorry.  Under your GNETS plan.

20     Q.    I guess before I move on I just want to make

21  sure, have you-all sought any funding related to

22  facilities improvement or renovation?

23     A.    No.

24     Q.    And do you-all receive any training, I guess

25  in-kind support services, in the form of training or



1   support from the Georgia Center of Excellence at

2   Georgia State?

3        A.    Not this past two-and-a-half years, but I do

4   know that they have received training in regarding

5   functional behavior assessments and behavior

6   intervention plans.

7        Q.    And is that something that the program

8   sought out, or something that the State of Georgia

9   coordinated?

10        A.    I'm not really sure.  But I know that we've

11   been monitoring to see when they are going to have the

12   training again so that we can send additional staff in

13   the future.

14        Q.    All right.  So I'd like to talk a bit more

15   about the process by which you get the State funding.

16        A.    Mm-hmm (affirmative).

17        Q.    So is that, just to make sure I'm clear, is

18   that the same thing as the consolidated application

19   you're referring to?

20        A.    It's a different -- it's in the same

21   platform.  But GNETS has its own section --

22        Q.    Okay.

23        A.    -- in there.  And so we go in and complete

24   -- it's a series of information that we have to submit

25   along with supporting documents that document or show



1   what we're doing in our individual programs.  And many

2   of the questions that you're asking are a lot of the

3   questions that we have to respond to in our GNETS

4   application.

5            The State representatives for our program go

6   in and review the information.  If they're -- they may

7   approve it, and if they approve it, you need to move

8   it to the next step where you can go ahead and

9   complete your budget and get that approved.

10           But before your budget is approved, the

11  budget person assigned from the State reviews the

12  budget to make sure we're spending the money like

13  we're supposed to.  They can approve it.  If they

14  don't, they'll send it back with some notes telling us

15  what we need to do or consider and then we resubmit

16  it.

17       Q.   And who's the State representative for GNETS

18  who reviews your information?

19       A.   LaKesha Stevens and Vickie Cleveland.

20       Q.   And then you said also there is a budget

21  person from the State who reviews.  Who is that?

22       A.   I believe my person's last name is Melissa

23  Roberts.  I think her name is Melissa Roberts.

24       Q.   Do you know her title?

25       A.   I don't.



1        Q.    Okay.  But she handles budget issues?

2        A.    She's part of the budget team for special

3    education, yeah.  And so they're assigned by regions

4    or areas, and she's the person assigned to our area.

5        Q.    Who completes the application and process in

6    your office?

7        A.    I get information from the social workers.

8    I get information from the counselor and the teachers,

9    along with the coordinators at both sites, and I enter

10   the information into the platform for GNETS and I

11   submit it.

12       Q.    Okay.  And are there any interviews or

13   on-site visits specific to the grant process?

14       A.    If we're going through a review there are

15   on-site visits, which we just had one not too long

16   ago, cross-function monitoring.  They'll come on site

17   for those.

18       Q.    Okay.  And is that related to the strategic

19   plan, or different?

20       A.    It's different.

21       Q.    Okay.  You said cross-function monitoring?

22       A.    Mm-hmm (affirmative).  Cross-functional

23   monitoring.  That's done for programs who receive any

24   types of federal funds.

25       Q.    Okay.  How often does that occur?



1        A.    I want to say they have a cycle of every

2    five or could be seven years, so five to seven years.

3        Q.    And you said it just recently happened for

4    your program?

5        A.    Mm-hmm, mm-hmm (affirmative).

6        Q.    What did that entail?

7        A.    I had to provide information regarding the

8    federal funds that I received, how are we spending

9    those things, am I meeting with -- am I meeting with

10    our finance department to review the spending that

11    we're following, do I release the funds.

12            They basically look at the procedures that

13    we use for spending, and do we maintain that

14    documentation, are we using the money for what we're

15    supposed to be using it for.

16        Q.    And do you receive any sort of stamp of

17    approval or score in connection with that?

18        A.    Well, haven't nobody gave me -- yes.  So

19    there is a supposed to be feedback if you don't do

20    well, and I guess you get feedback if you do well.

21    And if you don't do well you're going to be required

22    to do a corrective action plan that's going to require

23    you to make those actions within -- correct those

24    actions within one year.

25        Q.    And does this cross-functional monitoring



1  process that you said occurs every five to seven
2  years, does this apply for every GNETS program?
3       A.   Yes.  They have to participate as well.
4       Q.   And does it apply to every school in the
5  State?
6       A.   Yes, if they get federal funds.
7       Q.   Okay.  Or I guess school district?
8       A.   Title funds, yes.
9       Q.   So I guess returning back to the grant
10  process, so assuming all of your materials have been
11  approved does the grant itself prescribe what the
12  funds have to be used for?
13       A.   They don't prescribe necessarily what it has
14  to be used for, but we do have to make sure that we
15  follow the spending guidelines regarding what's
16  allowable and unallowable expenses.
17            So if there is special criteria like the
18  62,500, which they did put in specifically this is
19  what that money is supposed to be used for, and they
20  were very clear that's what the money was supposed to
21  be used for.  So if they do, they let us know.  That's
22  the only one.  I take that back.  The one for the
23  social worker is specifically for the social worker.
24  So, yes, they -- they can do that and they have done
25  that.



1       Q.    Are there any other grants that have
2   specific conditions on how the funding is used?
3       A.    No, other than nothing but the except for
4   the time frame, like with the CARES Act for the nurses
5   and the CARES Act for the additional funding that we
6   received.  Just have to make sure that you use those
7   within a certain amount of time, and also that you
8   maintain the documentation and with allowable cost and
9   unallowable cost.  I can feel myself fading.  I'm
10  sorry.
11          MS. FLETCHER BOWDEN:  Do you need a break?
12      A.    No, it's not the break.
13          MS. FLETCHER BOWDEN:  You need a red hot,
14      some caffeine?
15          THE VIDEOGRAPHER:  Caffeine?
16          THE WITNESS:  I might need something, but we
17      can keep going.
18  BY MS. HAMILTON:
19      Q.    If you do need a break, I think -- we really
20  appreciate your time today.
21      A.    Mm-hmm (affirmative).
22      Q.    All right.  So I want to transition now to
23  discuss the strategic plan, which I know has come up a
24  few times in our conversation.  And let you finish
25  first.



1            Okay.  So what is the GNETS strategic plan?

2       A.   So the strategic plan for GNETS, it started

3  out with seven different areas to look at, but it's

4  been revised about two years ago and it looks at six

5  different areas.  It looks at accountability in

6  leadership.  It looks at therapeutic supports and

7  services.  It looks at the instructional programs that

8  we have for our students.  It looks at -- did I say

9  facilities?  I should have been writing them down when

10  I was telling you.

11       Q.   Not yet.

12       A.   It looks at how well do we collaborate with

13  outside agencies, and -- how many I did give you?

14       Q.   I have accountability in leadership,

15  therapeutic support, instruction, facilities,

16  collaboration, so five.

17       A.   Did I give funding?

18       Q.   Not yet.

19       A.   Okay.  Then funding is the sixth one.

20       Q.   Okay.

21       A.   And then there are different types of things

22  that we have to make sure that we are documenting.

23  One of the main things is making sure that we keep

24  stakeholders involved and aware of what's going on.

25            If I had to look at the biggest area for



1  what we do on site it would be those therapeutic

2  supports and services, are we providing those, what

3  does that look like.  And what is the place for each

4  of our programs on how we're providing those services.

5  Are we bringing in tutoring interventions for the

6  students, and what does that look like.  We have a

7  plan in place for that.  Are we using positive

8  behavior, interventions and supports, and we have

9  something in place for that.  How do we monitor that

10  information.  How do we collect that data, and we turn

11  in that information for that as well.

12          A lot of our information is for students for

13  academic and therapeutic intervention and supports.

14  Our program uses something called an intervention

15  notebook, and the intervention notebook allows to

16  collect data on the child's academics as well as their

17  behavior.  It tells us what tier they are on.  It

18  could change throughout the school year.  It shows the

19  tiers that are available, and the resources that are

20  available.

21          So when you look at it on the front of the

22  notebook you'll have the child's information, but

23  you'll also have a pyramid that those what we do for

24  students who are on Tier I, Tier II, Tier III, for

25  behavior.  And then on the back of the cover of the



1   notebook you'll see interventions for Tier I, Tier II,

2   Tier III, for reading and math.

3           The plan that we have in place is based on

4   the plan for the system, I mean, for the State.  The

5   State provides resources for us to be able to

6   implement some of those areas on the strategic plan.

7           The second area would be looking at the

8   academic piece for the students and how to -- and they

9   put some things in place for us to be able to monitor

10  them by -- I think we're using -- I think we're using

11  i-Ready to monitor the student's academic progress.

12          And they put a framework in place for us to

13  kind of gauge how often students should be monitored

14  on i-Ready, and the amount of time they should be

15  using i-Ready throughout the course of the week.

16      Q.    You said "they."  Who is they?

17      A.    I'm sorry.  The State.

18      Q.    Okay.

19      A.    So they provided some guidance through the

20  strategic plan that was already created, and we took

21  that strategic plan and used it to develop the system

22  plan or the program plan for the Sand Hills program.

23          There is information in the strategic plan

24  about the funding, do you follow the procedures and

25  the guidelines, you know, that are set in the State



1   for the systems on how you spend your money, making
2   sure that you're looking at the allowable and
3   unallowable costs for spending, are we meeting the
4   deadlines for the budgets and are we sharing the
5   information about the budgets with our stakeholders.
6           Inter-agencies and parent engagement all
7   falls in that together.  What types of activities are
8   we doing to ensure that parents are engaged, how do we
9   reach out to outside agencies to provide supports for
10  our students.
11          And we have a couple of outside partners
12  that we use who come in and provide additional
13  support.  They do parent training for our parents.
14          We participate in -- and I know I'm not
15  going to remember what this is, but they have
16  community types of meetings to provide supports for
17  students.  And it's called LIPT, but please don't ask
18  me what it means because I can't remember right now.
19  They have the LIPT meetings.
20          We have another program that we work with,
21  we talked about that earlier --
22      Q.    Is that L-I-P-T?
23      A.    LIPT.
24      Q.    Mm-hmm (affirmative).
25      A.    But we also have a program I mentioned



1  earlier that a lot of students who might be referred

2  through the Chance program, and that involves the

3  Department of Juvenile Justice.  We work closely with

4  them for some of our students.

5          And we have an agreement with Dr. Londino.

6  She's a local psychologist -- psychiatrist who comes

7  on site.  She visits both sites twice a month.  She

8  and her interns come out and provide support to our

9  students.  That's a win-win situation.  She has her

10 interns come out.  She's always there when they are

11 there.  If we have a student in crisis, or we might

12 need to refer students for direct support, we have

13 that as well.

14         So the strategic plan looks -- it's like a

15 whole comprehensive plan to look at the needs of the

16 program as a state, and then individually for the '24

17 cycle.

18     Q.   Thank you very much.  Do you need a break,

19 or how are you doing?

20     A.   I might need something.

21     (Comments off the record.)

22         THE VIDEOGRAPHER:  Okay.  Are you guys in

23     agreement to go off the record?

24         MS. HAMILTON:  Yeah.

25         MS. FLETCHER BOWDEN:  Yeah.



1          THE VIDEOGRAPHER: Off the record at

2      4:18 p.m.

3      (Recess 4:18 p.m. - 4:27 p.m.)

4          THE VIDEOGRAPHER: Back on the record at

5      4:27 p.m.

6  BY MS. HAMILTON:

7      Q.   Ms. Newsome, right before we stopped for a

8  break we were talking about the GNETS strategic plan.

9  And just to be clear, the GNETS strategic plan is a

10  plan that the State has created that pertains to the

11  GNETS program?

12      A.   Yes.

13      Q.   Okay.  And it sounds like there is a few

14  different steps that are involved.  So I understand

15  that there's like a implementation fidelity checklist

16  and a self-assessment rubric.

17          Are you familiar with those documents?

18      A.   I think I used those at the beginning.  We

19  did a monitoring my first year, so, yeah.

20      Q.   Okay.  So is that a process where you're

21  doing a self-reading of the GNETS program?

22      A.   Mm-hmm (affirmative).

23      Q.   Okay.  Can you explain what that looks like?

24      A.   Yeah.  As a matter of fact, let me take that

25  back.  We do that every year twice a year, a



1    self-assessment.

2            So at the beginning of every school year, I

3    share information about the strategic plan -- well,

4    for the past two-and-a-half years I share information

5    about the strategic plan, what it entails.  We talk

6    about the components and what it would look like when

7    it's implemented in the program at the beginning of

8    the school year.

9            Midway through the year the staff -- excuse

10   me -- the staff in both programs complete a

11   self-assessment on whether or not we are meeting those

12   areas in the strategic plan.  And then at the end of

13   the year they do another self-assessment in addition

14   to making recommendations about things we could do to

15   improve the program as a whole.

16           That information is used to help develop or

17   update the plan that we have in place for the

18   following school year.

19       Q.   Okay.  And who participates from your staff

20   in this rating process?

21       A.   All the staff participates.

22       Q.   Okay.  And by all staff that would include

23   teachers?

24       A.   Teachers, paras, counselors, the bookkeeper,

25   the program evaluator, the admin assistants.  We all



1  participate in that.

2      Q.   And what does that process look like?  Are

3  you-all, like, in a room talking through these issues,

4  or can you explain that a little bit better?

5      A.   So we decided to do it electronically again.

6  We're in a virtual age, and the requirements for doing

7  that didn't go away.  So we did it virtually, which

8  worked out pretty good because we were able to get

9  everybody's input.  We put it in a Google Docs.

10         And then the admin team met to review the

11  information that was included, look at the

12  recommendations made by the staff, and came up with

13  a -- determining whether or not we needed to make any

14  changes to the plan we had, and what type of revisions

15  we needed to make.

16         And then that information was used to

17  document that we were doing it, and to make up dates

18  to our plan and submit that in our platform.

19      Q.   Okay.  And when you submit these documents

20  in the platform, what platform is that?

21      A.   It's the GaDOE platform for the GNETS plan.

22      Q.   And do you know who from the Department of

23  Education reviews that document -- sorry -- reviews

24  the documents when they are uploaded?

25      A.   I'm going to say the same people, Vickie



 1    Cleveland and LaKesha Stevenson.  And I'm not sure who

 2    outside of them would be looking at it, but I know

 3    they look at it.

 4        Q.    Okay.  This past school year what did

 5    you-all determine were your priorities or areas of

 6    focus?

 7        A.    Our biggest priority was probably that

 8    parent engagement, interagency collaboration.

 9           And so one of the things that we -- the past

10    two-and-a-half years we haven't been able to get a lot

11    of people to come on site because of COVID, and so

12    we've been reaching out to some of the agencies or

13    departments or programs that work with us.

14           We have a fraternity that adopted us.  I

15    know I'm going to get them wrong.  But, anyway, we

16    reached out and asked if one of them want to

17    participate on our leadership team.  Making sure that

18    we get input from the students.  So next year we'll

19    make sure that we have a student on our leadership

20    team as well.  So that was the considered as our

21    priority number one.

22        Q.    And I know there are other steps involved

23    with the strategic plan.  Can you describe to us what

24    the review process looks like?

25        A.    So I was fortunate enough to go through a



 1   review my first year.  It wasn't on site.  But I had

 2   to turn in documents for all of those areas on the

 3   strategic plan that demonstrated that the plan was

 4   being implemented.  And so there's a -- again, in the

 5   portal, you can uplift -- I mean, uplift -- upload the

 6   information for each of those areas in the strategic

 7   plan.

 8            That information is reviewed.  And then

 9   there's a rubric that you mentioned earlier that

10   issues to determine whether or not we have met the

11   compliance or the requirements of the strategic plan,

12   those documents.  And it's very time-consuming and

13   lengthy.

14            Dr. Stevenson and Ms. Cleveland go through

15   those documents with us, ask us questions, make

16   recommendations about things we can do to improve, and

17   if we're doing things that are really well, she might

18   even ask us to present at one of our state meetings.

19            And then at the end -- we don't get the

20   information about whether or not we have been found

21   compliant or have met the requirements, a few weeks to

22   a month after we had the review, then we'll get a

23   letter that tells us how we did on our review, our

24   focused monitoring.

25       Q.   Okay.  How many meetings are there with



1    the -- with Ms. Stevenson and Cleveland?

2         A.    There started out being monthly meetings.

3    We would have meetings pretty regularly every month.

4    They would be on my calendar.  Excuse me.  But towards

5    the end of last year we didn't have them as

6    consistently.  So I'm going to say between probably

7    after February we didn't have as many consistent

8    meetings that were monthly.  I want to say after

9    February we may have met twice.

10        Q.    And is that specific to the review process?

11        A.    Our last -- one of our meetings was specific

12   to the review process because that's when we were

13   given information about the changes to the strategic

14   plan, and how we were going to implement or upload

15   those, that evidence.  Because it used to be that when

16   you never came up is when you'd get your review.  But

17   a lot of the information that we were turning in

18   annually were things that already went with the

19   evidence for the strategic plan.  So it was decided

20   that we would turn in documents annually that provided

21   evidence of whether or not we were meeting the

22   requirements of the other strategic plan.

23        Q.    Okay.  So you would turn in documents

24   annually as part of a review process?

25        A.    Starting this year.



1       Q.    Starting this year?

2       A.    Mm-hmm (affirmative).

3       Q.    Okay.  Do you still get, like, rating scores

4   at the end of each year in connection with the review

5   process?

6       A.    We have not gotten them yet.  But the

7   documents were due the end of June -- I mean, the end

8   of May, and I know they are reviewing those plans now.

9       Q.    Okay.  For the prior school year what were

10  your rating scores?

11      A.    Operational.

12      Q.    Okay.  In every category?

13      A.    Mm-hmm (affirmative).

14      Q.    And when you -- you mentioned that there --

15  the meeting with Stevenson and Cleveland about the

16  review process.  Was this specific to the Sand Hills

17  program?

18      A.    GNETS as a whole.

19      Q.    GNETS as a whole.

20      A.    Mm-hmm (affirmative).

21      Q.    Okay.  Is there ever a point where you-all

22  meet with state DOE representatives to talk

23  specifically about your -- about the strategic plan

24  for your program specifically?

25      A.    No, other than when we had our on-site visit



1   my first year.

2       Q.   Okay.  And when does the on-site visit occur

3   as part of that process?

4       A.   Now, I'm not sure what the rotation is.

5   They had just had a review the year before I came with

6   the director who was here, but because they had a new

7   director I think the practice is if you have a new

8   director, you automatically get a visit that year.  I

9   want to say I think it's every three years that they

10  do the rotation for the on-site visits.

11       Under the new process I'm not sure what that

12  is going to look like other than we submit our

13  evidence every year.

14       Q.   Okay.  And do you know what prompted there

15  being a new process being put in place?

16       A.   If I can recall -- I don't know the entire

17  reason, but part of the reason was as they were

18  reviewing the information that was being requested for

19  the strategic plan and what was being requested for

20  the GNETS plan, they decided that a lot of that

21  information was repetitive.

22       And, you know, we asked them for two

23  different -- it's our -- it's information of two

24  different locations, and so they decided that it would

25  be better if we just uploaded it every single year



1   because we were maintaining it anyway from year to

2   year.  So we had to upload it this year.

3          MS. HAMILTON:  Okay.  I'm going to hand the

4      court reporter -- let's see -- a document here in

5      a moment.  And have it marked as Plaintiff's

6      Exhibit 204.

7          (Plaintiff's Exhibit P-204 marked.)

8   BY MS. HAMILTON:

9      Q.   And this document is titled Sand Hills GNETS

10  DIP 2020 to 2022.

11     A.   Mm-hmm (affirmative).

12     Q.   With the Sand Hills identifier 000754.

13     A.   Mm-hmm (affirmative).

14     Q.   Are you familiar with this document?

15     A.   I am.

16     Q.   Okay.  What is a DIP?

17     A.   Department Improvement Plan.

18     Q.   Okay.  And is this document connected to the

19  strategic plan?

20     A.   This is a document that's required for the

21  Richmond County School System as being part of their

22  program.  And I aligned it to the strategic plan

23  because these were things that we were already

24  covering and they were already doing, and these were

25  areas that we would be doing for our documentation for

1  the plan for Richmond County.

2      Q.   Okay.  Was this documentation ever shared

3  with the State of Georgia?

4      A.   No, huh-uh.

5      Q.   Okay.  So to the extent that you-all had a

6  department improvement plan from the Richmond County

7  district what concerns were identified?

8      A.   Concerns by?

9      Q.   Well, let me take a step back.  What is a

10 department improvement plan?

11     A.   So each year the different schools and

12 departments or programs turn in a plan that we're

13 going to follow for the school year; these are the

14 areas that we identified as areas of need, and these

15 are the areas that we're going to work on.

16          And so that's what this one was.  And then

17 we come back midyear and do a midyear check, and then

18 at the end of the year we do an end of the year check.

19     Q.   Okay.  So is this similar almost to like the

20 State DOE strategic plan for your creating your, like,

21 your own assessment of your program's performance, or

22 is this identifying deficiencies?

23     A.   Both.

24     Q.   Okay.

25     A.   Because we do a needs assessment, what areas



1  do we need to work on he had, and that's what we do in

2  the plan.  But it's also so we're not replicating work

3  doing what's required in our strategic plan, and also

4  working on those things that's going to improve our

5  program.  So I want to say that they are aligned.

6  That was the whole purpose of doing it that way, so

7  they would be aligned.

8      Q.   Were there any deficiencies with the program

9  that were identified through this process?

10     A.   Let's see.  This one is an older one.  So

11  let's see.

12     Q.   During this time period.

13     A.   I'm looking through it.  One of the things

14  that we had to do for the State was rank our programs

15  or rank our areas in need.

16          Goal number four was one of those areas that

17  I identified earlier that we really wanted to bring

18  our community stakeholders back in.  Because of COVID

19  we lost some of them.  So that was one.

20          And then instructional academic support was

21  identified as number two.  And that one was identified

22  as an area of need because we want to make sure that

23  we were providing support to all of our teachers who

24  are coming back in from, or coming in from an

25  alternative teaching track.

1            MS. HAMILTON:  Okay.  I'm now going to hand

2       the court reporter a document to be marked as

3       Plaintiff's Exhibit 205.

4       (Plaintiff's Exhibit P-205 marked.)

5   BY MS. HAMILTON:

6       Q.   And this is a document that's titled GNETS

7   Strategic Plan Improvement Plan Fiscal Year 2020 with

8   the Sand Hills identifier 000757.

9       A.   Mm-hmm (affirmative).

10      Q.   Are you familiar with this document?

11      A.   Mm-hmm (affirmative).  I've seen it.

12      Q.   Okay.  And we had received this in response

13  to the subpoena from your program, but the most recent

14  one we received covers fiscal year 2020.

15      A.   Mm-hmm (affirmative).

16      Q.   What is this document?

17      A.   So you had mentioned earlier about the

18  strategic plan that the State provides along with the

19  rubric and the self-assessment.

20           So this one was actually created by the

21  former director in May of 2019 to be implemented for

22  fiscal year 2020.  And so this was a plan that was

23  followed.

24           If you look up at the top, one of the things

25  that the program had to do is identify the areas of



1  need or whether what priority those different areas

2  are.  And so that's what the highlighted areas are.

3          Rank on scale of six -- one to seven area --

4  I think there is seven areas in this program.  And

5  then it also includes the types of evidence that would

6  be submitted to show how those areas are being

7  addressed.

8      Q.   And would you have been -- you started in

9  January 2020; correct?

10     A.   Mm-hmm (affirmative).

11     Q.   Would you have been implementing kind of

12 what the proposed plan was during the latter part of

13 the 2020-2021 school year?

14     A.   To the extent that we were virtual I was

15 implementing.  Because we were virtual starting that

16 March through the rest of that school year for 2020.

17     Q.   And then did you do a similar strategic

18 improvement plan for the fiscal year '21?

19     A.   I did one for '23.

20     Q.   Okay.  You didn't have to do one for '21 or

21 '22?

22     A.   There wasn't, huh-uh (negative).

23     Q.   And is that consistent with the timeline you

24 were sharing earlier about every two years?

25     A.   Mm-hmm, yes.



1      Q.   Since you've been a GNETS director for the

2   Sand Hills program have you ever not received an

3   operational score or a rating score from the State?

4      A.   No.

5      Q.   Do you find the strategic plan process to be

6   helpful?

7      A.   Actually, I do.  It kind of gives you some

8   areas that you as a director you would want to focus

9   on to ensure that you're meeting the needs of the

10   program, as well as the needs of the students.

11         It kind of gives you -- you don't want a

12   plan that's got 50 things on it, and sometimes we'll

13   say if you have more than three items on a plan, it's

14   probably too much.  But the six items that we have I

15   think are very appropriate, and easy to -- not easy to

16   implement, but easy to monitor whether or not we're

17   moving forward with what's required.

18      Q.   Is there anything you would improve or

19   change about the process?

20      A.   Right now I can't think of anything.

21      Q.   That's fine.  And as you were talking about

22   the strategic plan you also started to list out some

23   of the therapeutic services and contracts that you

24   have.

25      A.   Mm-hmm (affirmative).



1    Q.   I want to revisit that.  And you listed a

2  lot of the services earlier.  So what I'll actually do

3  is focus on the providers.

4        MS. HAMILTON:  I'm handing the court

5     reporter another document that's going to be

6     marked as Plaintiff's Exhibit 206.

7     (Plaintiff's Exhibit P-206 marked.)

8  BY MS. HAMILTON:

9    Q.   All right.  And this document was provided

10  to us in response to item 19 --

11   A.   Mm-hmm (affirmative).

12   Q.   -- by the Sand Hills program in response to

13  the United States subpoena using the identifier 002812

14  on the first page.

15        Do you recognize this document?

16   A.   I do.

17   Q.   Okay.  What is it?

18   A.   It's a list of the service providers who

19  come into the schools, the Sand Hills program,

20  supervised support for the students.

21   Q.   Okay.  I'd like to walk through each of

22  these providers and just hear more from you about what

23  exact services they provide.

24        The first one here says Transitional Family

25  Services.



1     A.    Mm-hmm (affirmative).  So Transitional

2  Family Services is a community program that actually

3  comes into the schools to provide support.

4          And this year I have actually realized that

5  they provide a lot of services under Transitional

6  Family Services; family training, parent training,

7  staff training.  They refer students to additional

8  counseling.  But they come on site for those students

9  who are participating in GNETS.

10    Q.    How many students benefit or receive their

11  services?

12    A.    I don't think I'm going to be able to give

13  you an exact number.

14          So what we did, we went in and we have a

15  sign-in book that we pull and identified all of the

16  different agencies, because they have to sign in.  But

17  I know my last year we had at least two students out

18  at the Thomson site who had Transitional Family

19  Services because they came on site.

20          And then in the Richmond County School

21  System I can identify one student I know who had

22  Traditional Family Services because the counselors

23  came on site for him.

24    Q.    So at least two students?

25    A.    Three.  Two in Thomson and one in Richmond.



1      Q.    Okay.  And what is the source of funding for
2  this program again?
3      A.    Traditional Family Services?
4      Q.    Mm-hmm (affirmative).
5      A.    I'm not sure how they are funded, but it's
6  not -- it's outside of the school system.  So these
7  are community agencies that are providing services,
8  but they come in on school and provide those services.
9      Q.    Okay.  Do you know if they are contracted
10  through the Regional Community Service Board?
11      A.    They could be.  I know that you can make
12  referrals to the Department of Behavioral and Mental
13  Health.  They'll come out.  And the Community Mental
14  Health may also do some things with them as well.
15      Q.    Okay.  You also have SOTO ALG listed here.
16  What is that?
17      A.    That's an agency that comes in and provides
18  support, too.  They were coming in to provide support
19  to one student in our program.
20          And most of these referrals are referrals
21  for people within the community.  Maybe the parent
22  reached out and contact them and they're coming on
23  site to serve the students.
24      Q.    Are you involved with coordinating the
25  services?



TALITHIA NEWSOME                                        July 12, 2022
UNITED STATES vs STATE OF GEORGIA                              271

1      A.   Sometimes I'm not -- well, sometimes I am.

2  Like with Transitional Family Services, they might

3  come on site and say, hey, we want to sit and talk to

4  you-all about when's the best time to come out and

5  meet with the students.

6           I know specifically for the students in

7  Richmond County they did come in.  In addition to

8  making arrangements for them to come on site, we had

9  to also make arrangements for a staff member to be

10 available.  So we'll have discussions like that to

11 make the students feel more comfortable when they were

12 participating in a session.

13     Q.   Okay.  You also have the Georgia Crisis and

14 Access Line?

15     A.   Mm-hmm (affirmative).  We've had parents who

16 have had to call and reach out to them because they

17 had a child in crisis, either the child was -- excuse

18 me -- more than likely threatening suicide.

19     Q.   Do you coordinate those services and

20 supports directly, or the parents reaching out

21 independently?

22     A.   I can reach out, but the parents have to

23 ultimately follow up and agree to it.

24     Q.   How frequently were their services utilized

25 this past year?



1      A.    I'm going to say we probably had three

2    students in Richmond who used the Georgia Crisis Line.

3    We didn't have any in Thomson.

4      Q.    And did you facilitate those services in

5    those situations?

6      A.    We gave the parents the contact information

7    for them to call.  For one of the parents, she was a

8    little hesitant.  So I actually did contact them to

9    find out what steps do we have to take in order for

10   the parents to move forward with getting some

11   additional support outside of through their services.

12   Again, it fell back on the parent has to do it.

13     Q.    And your program is not providing funding

14   for any additional --

15     A.    Huh-uh (negative).

16     Q.    -- support in connection with that?

17     A.    Not for them, no.

18     Q.    So in the column to the right of this these

19   same programs are listed, but then it also says Voc

20   Rehab?

21     A.    Mm-hmm (affirmative).

22     Q.    What services do they provide?

23     A.    So Vocational Rehabilitation Services

24   provides transition for when a student leaves the

25   school system, whether they need support finding maybe



1  a job, whether they need support, if they are going

2  off into a technical school or college or university,

3  what is -- what types of services do they need in

4  order to transition successfully once they leave our

5  school system.  And they work with all of our students

6  regarding the disabilities.

7          So we might have some students with

8  significant cognitive disabilities.  They help them

9  maybe shelter employment, do they need help with maybe

10 finding a -- the parents are ready to say, hey, I

11 think they are ready to go off like -- I think Warm

12 Springs.  They provide assistance with that as well.

13         And Warm Springs is a place where some of

14 our students with developmental disabilities can go

15 and live on campus and experience like a college

16 experience.  I think those programs are about two

17 years long.

18     Q.   Okay.  For voc rehab I know you said they

19 can help all of your students.  How many of your

20 students this past school year were receiving

21 assistance or services?

22     A.   All of our high school students in both

23 sites received -- had access to the services.  We had

24 started working with them in order to get the virtual

25 job shadowing, so all of our students were able to



 1   participate in that.  Let's see.

 2            As far as any types of placements through

 3   voc rehab, we didn't have any who did that.

 4        Q.   And you mentioned Warm Springs?

 5        A.   Mm-hmm (affirmative).

 6        Q.   How many students took advantage of --

 7        A.   I didn't have any in this program who took

 8   advantage of Warm Springs.

 9        Q.   Okay.  And then also there is something

10   listed here called Still Waters?

11        A.   Mm-hmm (affirmative).  We had some students

12   to participate with Still Waters, which is a

13   counseling agency that provides counseling for

14   parents, counseling for students.  Their physician's

15   on site if they need medication or assistance with

16   medication management.

17        Q.   Do they provide -- you said they do provide

18   assistance on site --

19        A.   Yes.

20        Q.   -- through the GNETS program?

21        A.   Mm-hmm (affirmative).  They come on site.

22        Q.   And you said medication management as well?

23        A.   Mm-hmm, mm-hmm (affirmative).

24        Q.   How many students utilized their services

25   this past year?



1        A.   I don't think I had anybody come on site for

2   Still Waters for FY '21-'22.

3        Q.   Do you recall if they came on the prior

4   school?

5        A.   They -- yes, did come on the prior school

6   year.  And I want to say it was two students in the

7   Richmond County School System who had support through

8   Still Waters.

9        Q.   And from a coordinating standpoint, are

10  you-all coordinating that?

11       A.   No.  Typically if the parents have already

12  reached out, that coordination is done by the parents.

13  These people are coming on site to provide the

14  services to the students.

15       Q.   Okay.  And then I want to skip to the next

16  page at the very bottom, letter "e".  It says:  "Any

17  actions taken to implement a System of Care Plan that

18  could facilitate collaboration across agencies"?

19       A.   Mm-hmm (affirmative).

20       Q.   Earlier you had referenced LIPT and also

21  CHIDS, I believe?

22       A.   Mm-hmm (affirmative).

23       Q.   So returning back to LIPT, can you speak a

24  bit more about what your -- what the system of care

25  plan looks like and what your involvement is there?



1      A.   So for LIPT we can turn in a referral
2  packet.  And with that referral packet, the team will
3  meet.  And typically the team includes a -- would be a
4  social worker from our GNETS program and they have
5  agencies representatives -- represented from mental
6  health, social work, any type of community resources
7  that might be available.

8            Based on what's in the referral, those
9  agencies will be sitting at the table, and they
10  actually develop a plan of care to address the student
11  needs.  It might be mentoring programs, it might be
12  parent training, it might be, you know, getting them
13  involved with some type of extracurricular activity
14  outside of school; maybe a child showed an interest in
15  martial arts or something like that, and they work up
16  that plan.

17            Again, if the child might be in need of
18  medication or medical care, all those people, all of
19  those people are sitting at the team.

20            The parents are definitely involved in that
21  LIPT process.  There is a section that if we don't get
22  the parent input, we can't even move forward with
23  that.  So they really want the parents at the table
24  with that because a lot of what has to take place will
25  require the parents to follow up.

1    Q.   Okay.  And how many students this past

2    school year had plans that were developed as part of

3    what the LIPT team --

4    A.   So for FY '21-'22, we turned in three LIPT

5    referrals.

6    Q.   Mm-hmm (affirmative).

7    A.   I'm sorry.  19 -- not '19-'20.  '20-'21 we

8    turned in three LIPT referrals.  And for '21-'22 we

9    turned in two LIPT referrals.

10    Q.   Okay.  And for the referrals that were made,

11    did all of those students then have a plan that was

12    developed to serve them?

13    A.   So for FY '21-'22 I'm not really sure what

14    happened with those referrals for those students

15    because there was a disconnect between who the LIPT

16    contact person was, and so we turned those in later in

17    the school year.  They may pick those up at the

18    beginning of FY '23.

19         For those students in FY '20-'21 we were

20    able to develop a plan for those students and the

21    parents and recommend what we needed.  One of the

22    students moved away, though.  So her full plan didn't

23    get carried out.

24    Q.   Okay.  And then also at the top of the page

25    it says are there "any contracts or service agreements



1  with care management organizations or community

2  service providers."

3          And you list here Dr. Donna Londino, who you

4  mentioned earlier during the deposition as well.

5      A.    Mm-hmm (affirmative).

6      Q.    Can you explain to me what the -- what

7  services are provided through Dr. Londino?

8      A.    So she comes out with her interns twice a

9  month.  They do classroom observations.  They provide

10 feedback to the teachers on some of the things they

11 might observe.  They make recommendations.

12          They're available to accept direct referrals

13 from the parents.  So that kind of cuts down on some

14 of that wait time that some of our students might

15 experience if they go outside of her program.

16          She also provides professional learning for

17 the staff on different types of disability, mental

18 health disorders or disabilities.  And she also this

19 past year provided some virtual training for our

20 parents.

21     Q.    And how long is that agreement in place for?

22     A.    I want to say it was in place before I got

23 here.  My first year here, which was second half of

24 that 2020 school year, she didn't come on site.  And

25 then FY '20-'21 we had an agreement, but we weren't



1   able to implement it because we were closed so often.

2   But '21-22 she followed that.  She came every month

3   twice a month to both locations.

4          MS. HAMILTON:  Okay.  I'm handing the court

5       reporter a document to be marked as Plaintiff's

6       Exhibit 207.

7       (Plaintiff's Exhibit P-207 marked.)

8   BY MS. HAMILTON:

9       Q.   And this document is titled Program Letter

10  of Agreement between Medical College of Georgia Child

11  and Adolescent Psychiatry Fellowship Program.

12      A.   Mm-hmm (affirmative).

13      Q.   And the County Board of Education of

14  Richmond County on behalf of the Sand Hills GNETS

15  program.

16      A.   Mm-hmm (affirmative).

17      Q.   And it's stamped 002804.

18          Do you recognize this document?

19      A.   I do.

20      Q.   Okay.  And how are you familiar with it?

21      A.   This was the agreement that was created by

22  Dr. Londino so that we could enter an agreement for

23  her to come on site and provide support for our

24  students.

25      Q.   And it looks like here in this second



1  paragraph it says this agreement is "effective from

2  July 26 of 2021, and will remain in effect for five

3  years" --

4        A.   Mm-hmm (affirmative).

5        Q.   -- "or until updated, changed, or

6  terminated."

7             Is that consistent with your understanding?

8        A.   Yes.

9        Q.   Okay.  And then if you turn to 002805, this

10 is setting out what the fellows under the supervision

11 of Dr. Londino are able to do in your -- when they

12 come to your program.

13       A.   Mm-hmm (affirmative).

14       Q.   And I guess just to confirm here in the

15 second sentence it says:  "Fellows in training are not

16 allowed" -- sorry.  This is on 002805.

17       A.   I see it.

18       Q.   "Fellows in training are not allowed to

19 provide direct clinical care to students at the," and

20 then it's blank.

21             Can you elaborate on what that means?  So

22 are they allowed to provide direct clinical care to

23 students on site?

24       A.   They are doing observations and providing

25 feedback to the teachers on some things that they can



TALITHIA NEWSOME                                    July 12, 2022
UNITED STATES vs STATE OF GEORGIA                        281

 1   do with the student.

 2        Q.   Okay.

 3        A.   And then that professional learning about

 4   different topics that they might have expressed an

 5   interest in.

 6        Q.   Okay.  But they are not allowed to provide

 7   direct care inside?

 8        A.   Huh-uh.  And you don't even release it.  You

 9   don't even release the students out to staff that were

10   coming in under them.

11        Q.   Okay.  Returning back to Exhibit 206 on the

12   second page.

13        A.   Mm-hmm (affirmative).

14        Q.   And this is on the second page, 002813.

15        A.   Okay.

16        Q.   There is a note here on the second row.  So

17   the request had said any "information relating to

18   unmet needs for therapeutic services, including any

19   waitlists or gaps analyses."

20             Your response says:  "The needs of students

21   are evaluated.  The students have within out of school

22   for the past 12 to 16 months."

23        A.   Mm-hmm (affirmative).

24        Q.   "FY '22 has been the first year back face to

25   face since the pandemic in March 2020."



1      A.    Mm-hmm (affirmative).

2      Q.    Can you explain how that's relevant in

3   connection with the question here about any unmet

4   needs for services?

5      A.    When we did this one I didn't really know

6   what the unmet needs were because we had been out of

7   school for that amount of time.  And it was -- and

8   even when we came back, it was not consistent.

9      Q.    Okay.  Are there any therapeutic services

10  that you wish you could offer to your students but are

11  not able to right now?

12     A.    And we kind of did this over the course of

13  the year.  This summer was ongoing services for the

14  students outside of school year for consistency

15  purposes.

16          I was able to fund that social emotional

17  learning, we did home visits over the summer up

18  through June 30th.  But even something that would last

19  throughout the summer, I think that would be helpful

20  for the students.

21     Q.    Is there anything else that would be

22  beneficial in terms of therapeutic services for your

23  students that you don't currently have?

24     A.    Over the course of the two-and-a-half years

25  I did notice that -- and I don't even know that it's



1   anything that I can control is that parent support

2   piece.  A lot of our parents are in crisis, and we

3   give them information about services that could be

4   available to them.

5            We've had parents who are homeless and

6   dealing with social emotional things on their own that

7   impact the students.  Having some type of support in

8   place for the parents, if that was something I could

9   control I would put that in place for them.

10       Q.   Do you-all provide family counseling --

11  sorry -- family counseling or other family services?

12       A.   We make re- -- we give them information for

13  referrals, but as a program we don't provide that.

14       Q.   And who decides what therapeutic services

15  will be provided at your GNETS program?

16       A.   It's a combination.  One of the things I

17  would say, the first person who might make

18  recommendations would be the student's classroom

19  staff.  The teacher or the paraprofessional, they can

20  make recommendations, or they can even make referrals

21  to our social worker and our counselor.

22            Once our social worker and our counselor

23  start meeting with them, they can identify the needs

24  that the students might have based on a therapeutic

25  basis and make referrals to outside agents.  Well, let

 1  me say they can't make referrals.  Share the
 2  information with the parents to make the referrals to
 3  outside agencies.  The ones that we can make direct
 4  referrals to would be the Chance and the LIPT program.
 5           And then we also make referrals through
 6  Dr. Londino, who sees there's a need, we'll give the
 7  parents information about her program as well.
 8      Q.   Are you familiar with the APEX program?
 9      A.   I am.
10      Q.   What is APEX?
11      A.   I don't know what APEX stands for, but it's
12  a program designed to address the mental health needs
13  of students.  And it's a special grant that's afforded
14  to different school systems in the state of Georgia.
15           Richmond County has had the grant.  Now,
16  they are not on site for GNETS, but if there is a
17  student who would need direct support, we can make the
18  referral through Student Services for them to receive
19  support.
20      Q.   So just to make sure I understand, that
21  student participating in your GNETS program --
22      A.   Mm-hmm (affirmative).
23      Q.   -- can participate in the APEX program?
24      A.   Yes, mm-hmm.
25      Q.   And then you also said you would be able to



1  make referrals through the Richmond County Student

2  Services Department?

3       A.   Yes, mm-hmm.

4       Q.   And what's the nature of the services that

5  students can receive through APEX?

6       A.   I'm not sure of the specific types of

7  services, but I do know there are services related to

8  mental health.

9       Q.   How many students have been able to take

10 advantage of that in the last two school years?

11      A.   I referred two students, and but those two

12 students were already receiving outside services.  So

13 I'm not sure if they got continued support.  We did

14 have some people come on site to kind of talk to us

15 and talk to the students.  But we did make two

16 referrals last year.

17      Q.   And if a student receives services through

18 APEX, would that be reflected in their IEP or any

19 other documentation?

20      A.   It has not been.  Well, not in their IEP.

21 We would reflect it someplace else if they received

22 continued support, especially if that person was

23 coming on site, they would actually sign in and

24 indicate who -- which student they were coming to see.

25           MS. HAMILTON:  All right.  I am handing the



 1          court reporter a document to be marked as

 2          Plaintiff's Exhibit 208.

 3          (Plaintiff's Exhibit P-208 marked.)

 4    BY MS. HAMILTON:

 5          Q.    And this is an email from yourself to a

 6    number of GNETS directors dated December 1st, 2020

 7    with the subject line of APEX Participation.

 8               And this was actually a document we'd

 9    received from the State of Georgia and their

10    production stamped GA00963618.

11          A.    Mm-hmm (affirmative).

12          Q.    Do you recognize this document?

13          A.    I do.

14          Q.    And this is an email that you sent to

15    various GNETS directors?

16          A.    It is.

17          Q.    And it looks like here you mentioned that

18    one of the systems that you were working with was

19    participating in APEX, and you wanted to include

20    students?

21          A.    Mm-hmm (affirmative).

22          Q.    Is that the Richmond County --

23          A.    Mm-hmm (affirmative).

24          Q.    -- that we were talking about?

25          A.    It is.



1        Q.   What made you reach out to the GNETS

2   directors?

3        A.   When we were participating in a meeting,

4   they mentioned APEX.  And they also -- and it may have

5   been -- trying to think if this was right after I had

6   my review, that somebody from the -- that

7   Ms. Cleveland might have asked me were my students

8   participating in APEX, and was I familiar with APEX.

9            At the time I was not, and that's why I

10  reached out to find what other directors were doing as

11  far as accessing information.

12           Once I found out the contact information, I

13  contacted the director of Student Services in Richmond

14  County at the time to find out what this process would

15  look like.  He and I had made arrangements on what we

16  would do to ensure that the students got included, and

17  we finally came up with a plan when we returned back

18  in FY '22.

19           So the plan was if I had any students who

20  need to participate in the program that I would go

21  through Student Services to get them included.

22       Q.   Okay.

23       A.   Mm-hmm (affirmative).

24       Q.   And when you sent this email, did any GNETS

25  directors respond?



1        A.   I don't know.  I have to go back and check.

2   Because there is another email that I sent to our

3   Student Services director because I figured if anybody

4   would know he would.  So I'd have to go back and

5   verify whether or not I got a response back.

6        Q.   I guess, belatedly, do you recall if in

7   reaching out to the GNETS directors you received any

8   feedback that other programs were, in fact, using the

9   APEX?

10       A.   I can't recall whether or not I did or not.

11  I'd have to look at my email and get back to you.

12       Q.   All right.  Are you familiar with the

13  acronym MTSS?

14       A.   Mm-hmm (affirmative).

15       Q.   Okay.  What does that stand for?

16       A.   Multitiered systems of support.

17       Q.   Okay.  And how would you define that?

18       A.   I would define that as during the school

19  system what types of supports do students need in

20  order to have their needs met.  It's not just

21  academic.  So what do all students need in order to --

22  and as you go up, the higher you go up the tiers, the

23  more support you might need, and that support is

24  provided based on where you are.

25            So there is a level of support that all



 1   students get.  And I'm going to use the old school

 2   terms, the support team, and RTI response to

 3   intervention.  So Level 1 would be what everybody

 4   gets.  Level 2 would be what everybody gets in

 5   addition to what small groups might get.  And then the

 6   next level would be maybe more individualized support

 7   that a student might need.  And it's more intense.

 8   It's more frequent based on the needs of the student.

 9        Q.   Okay.  Are you-all using RTI currently?

10        A.   We don't use it specifically for our program

11   because our students have individualized educational

12   programs.  So any types of needs or supports that they

13   would need outside of what we provide, we would go

14   through the IEP team process to get that done.

15        Q.   And just for the record, what does "RTI"

16   stand for?

17        A.   Response to intervention.

18        Q.   Okay.  So from the academic standpoint, is

19   there a tiered support in services system or framework

20   that you currently use?

21        A.   We do.

22        Q.   Okay.  What is that?

23        A.   So earlier I mentioned we have the

24   intervention notebooks that we keep for our students,

25   and the front side of the notebook includes the



1  behavior -- would be the pyramid that we have for

2  behavior.  And then the back side of the notebook has

3  the pyramid that we use for academics.  We use their

4  IEP goals and objectives to make sure that they're

5  collecting progress monitoring information on that.

6          We use their -- whatever data that we said

7  that we were going to use to check progress from the

8  IEP, we use that.

9          We use our i-Ready test scores for our

10  i-Ready diagnostic assessments from reading and math.

11          If the teacher has TeacherMade test, we

12  might use that.  We might use observations as well to

13  identify where in the tiers the child might be as far

14  as academics.

15          If the child is not making progress, there

16  is some interventions that are listed for the teacher

17  to implement for those particular students and for the

18  students have the opportunity to go up the pyramid as

19  well as come back down the pyramid, based on their

20  needs at the time.

21          Teachers are monitored throughout the year,

22  but every quarter they have to do what's called a

23  quarterly summary report.  And the quarterly summary

24  report is what we use to look at academics, behavior.

25  We look at those, all of those things that I just



1  said, to provide a summary for where the student is,

2  and identify what those needs are for the student.  So

3  we do that every nine weeks for each student in the

4  program.

5      Q.  Okay.  What accountability and oversight

6  measures do you have in place to ensure that this

7  process is implemented the fidelity?

8      A.  Okay.  So we have lesson plan checks we do

9  every two weeks.  We have what we call look fors.  And

10  the look fors would be the admin team, administrative

11  team, going into the classes throughout the day,

12  monitoring instruction, looking for lesson plans, kind

13  of -- it's not an evaluation but, it's just going in

14  to see what's going on in the classroom.  So we do the

15  look fors.

16          We have a teacher accountability document

17  that we complete monthly for our staff.  And everybody

18  has one, the teachers have one, the parents have one,

19  the coordinators have one, social workers and

20  counselors will have one for FY '23.

21          We also review the quarterly report so the

22  intervention notebooks are checked four times a year,

23  so they are checked at the end of every quarter.

24      Q.  Okay.  And does the State of Georgia provide

25  any sort of guidance or support or oversight of the



 1  academic components of your multitiered system?

 2      A.   Absolutely.  One of the things they do is

 3  initially when I came on board we had the focused --

 4  excuse me -- on site review.  They looked at our

 5  documents, talked about our documents.  We had to turn

 6  in samples of what we were using.

 7          We have to turn in samples of the IEP.  We

 8  turned in samples of our intervention notebooks as

 9  well.

10          We turned in copies of our pyramid, the one

11  for behavior and the one for academics.

12          Let's see.  So that was for the review, and

13  now with us doing it annually we'll turn those in

14  every year.

15      Q.   And who from the State is involved in that

16  process of looking at the academic materials that you

17  just listed?

18      A.   Vickie Cleveland, LaKesha Stevenson would be

19  the ones that I would say.  Those are the ones I get

20  feedback from.

21      Q.   Okay.

22      A.   And if something is missing, they definitely

23  let you know.

24      Q.   And do you get feedback on these academics

25  outside of the on site review process?



1    A.   I have not up to this point.

2    Q.   Do they provide training on -- or does the

3    State of Georgia provide any training on academic

4    supports or resources for students in your program?

5    A.   Oh, as a matter of fact, one of our sessions

6    last year and this year, I think I had mentioned

7    earlier, is that we have a lot of outside people

8    coming into our GNETS meetings.

9    Q.   These are the monthly meetings?

10    A.   Mm-hmm (affirmative).

11    Q.   Okay.

12    A.   And they had people coming in talking about

13    the supports that were available, the resources that

14    were available.  They have a lot of virtual trainings

15    that the staff can participate in.

16         I have not seen a lot that have already been

17    recorded through for professional learning pieces.

18    I'm trying to think.  But yes, they do provide

19    support.

20    Q.   Okay.

21    A.   And professional learning for that.

22    Q.   All right.  And is progress -- so for

23    students, is demonstrating progress through this

24    process academically a determining factor in their

25    ability to access transitioning back to their GNET



1   school?

2        A.    No.

3              REPORTER:  I'm sorry.  "Back to" their what?

4        Q.    Back to their general -- GNET school.

5              All right.  And then for behavior, do you

6   also use a framework I believe is it PBIS?

7        A.    Mm-hmm (affirmative).

8        Q.    Okay.  What is PBIS?

9        A.    Positive behavior interventions and

10  supports.

11       Q.    And how do you use PBIS in your program?

12       A.    Oh, goodness.  So we are PBIS school and so

13  when you walk in, you'll see our STAR matrix.  You'll

14  see information about the expectations for students

15  walking in the hallway, bus expectations, classroom

16  expectations, lunchroom expectations, you'll see them

17  posted in the classrooms.

18             The students should be able to tell you what

19  all of those different things mean.  The first three

20  weeks of school we'll actually be doing lessons on --

21  with the students on PBIS and what the expectations

22  are.  For FY '23 we've added a fifth area, which is

23  restorative.  So that will be updated on our new

24  matrix.

25             So we teach it to our students.  We have



 1  expectations in the hallway.  Students receive rewards

 2  as part of PBIS, and they have consequences, too, and

 3  it's tied to our level system as well.

 4      Q.   Okay.  What does Tier II support through

 5  PBIS look like in your program?

 6      A.   Okay.  We're finalizing that piece for FY

 7  '23.

 8      Q.   Did you have it previously?

 9      A.   I think we had it.  We -- let me back up.

10  We had it on our matrix.  When I say we're finalizing

11  it, we've made some enhancements to what we have in

12  place that will be more detailed for teachers to know

13  the process, when to make referrals, how to make

14  referrals, what to expect.  And so we're kind of

15  expanding our Tier II piece.

16          So that would look like social worker,

17  counselor, whatever our therapeutic service provider

18  is coming in, working with the students, or having the

19  students come out to them.  It might be a student

20  might need more check-ins with their preferred person.

21  So those are some of the things that we're doing for

22  that.

23      Q.   Okay.  And what did it look like before?

24      A.   It was -- it looked the same, but it's going

25  to be spelled out clearer to the staff.



1            One of the things that we realize is that

2    everybody didn't always understand what that process

3    looked like on how you make the referrals, what are

4    they are supposed to expect for a child who's in Tier

5    II, as well as a child who's in Tier III.

6            They were so used to having the child come

7    out of the classroom that they didn't always recognize

8    that we were providing support in class for that.

9        Q.   Okay.  And what about Tier III?  Do you-all

10   implement the Tier III framework of PBIS in your

11   program?

12       A.   We do, mm-hmm.

13       Q.   What does that look like, and how is that

14   different from Tier II and Tier I?

15       A.   So -- I'm focusing on behavior and students

16   in need, so that's more individualized.  Those

17   students for Tier III are pulled out.  They might have

18   15 to 30 minutes where they are meeting with -- and if

19   they need more time than that -- where they're meeting

20   with a counselor a social worker.

21           It might be that we need to make some

22   referrals for outside agencies based on what the --

23   what comes out of that meeting, we may have to have

24   IEP meetings for the students to look at adding some

25   additional services outside of what we're giving them



1    on their IEP at that time.

2        Q.   Are you required to have -- to implement the

3    PBIS framework by the State of Georgia?

4        A.   I can't answer whether or not we are

5    required.  I can say that I think that it's the

6    expectation that we're doing that.  I have never heard

7    it being required.  But I definitely know that most of

8    the programs are using -- I don't know one that's not

9    using PBIS as part of the framework.

10       Q.   Okay.  And what support, training or other

11   guidance does the State Department of education

12   provide in connection with PBIS?

13       A.   I don't want to sound like I'm complaining.

14            But we have so much support for PBIS.  There

15   is a whole web page on PBIS, there are pamphlets,

16   there are brochures, handbooks.  We get -- there are

17   recorded sessions for PBIS.  There are a weekly

18   meetings for PBIS, monthly meetings for PBIS.  There

19   are technical assistance that's provided for PBIS.  So

20   we get a lot of support from the State regarding PBIS.

21       Q.   Are there any other behavior management

22   systems where you think it would be helpful to get

23   additional resources from the State besides PBIS?

24       A.   Well, I always just feel like the more

25   information you have, regardless of whether you're



TALITHIA NEWSOME                                    July 12, 2022
UNITED STATES vs STATE OF GEORGIA                         298

1   implementing it or not, the better.  So it wouldn't

2   hurt -- for my instance, it wouldn't hurt to have

3   additional information.

4       Q.   And I just a clarification question.  For

5   your students who are receiving Tier III support --

6       A.   Mm-hmm (affirmative).

7       Q.   -- do they all are they required to have a

8   current behavior intervention plan and FBA?

9       A.   All of our students have that, mm-hmm.

10      Q.   And are crisis intervention plans included

11  for students who may cause injury to themselves or

12  others?

13      A.   Injury to themselves.  If there are any type

14  of dangerous activity, if they like to elope or leave,

15  and leave the building, we have crisis intervention

16  plans for them as well.

17      Q.   Okay.  Do you implement trauma-informed

18  care?

19      A.   We do.

20      Q.   Okay.  What does that look like at your

21  site, and what exactly is it?

22      A.   So we do have students who have experienced

23  trauma in our program, and so some of the things that

24  we have to do is we provide professional learning to

25  our teachers and our staff on what trauma is.



1        We provide support on how do you address

2   trauma in the classroom, and how does that impact

3   students in the classroom, providing information on

4   strategies that students can use.  We do things like

5   meditation and mindfulness.  Those are some things we

6   are incorporating.

7        For students who might be in -- we have one

8   I'm thinking of right now, because of the trauma that

9   he's experienced when he has meltdowns, the types

10  of -- we might do LSCI with that student, and then in

11  the classroom, and then pull that child out for

12  additional supports through the social worker or

13  counselor.  And this child's trauma is very extensive,

14  so he has outside agencies who work with him as well.

15  And so we'll have -- we'll contact his outside agency,

16  as well as his grandmother to let her know what's

17  going on with him.

18        Basically being very sensitive to those

19  students who have experienced trauma and actually some

20  of the adults who have experienced trauma as well.

21  Q.    Does the State Department of Education

22  provide any, again, training, support or resources

23  connected to trauma-informed care to your program?

24  A.    They do provide some information about

25  trauma-informed care.  When I first came on site -- I



1  mean, excuse me.  When I first became the director for

2  the program the very first meeting that I went to

3  seven days later was in Macon.  And we did a large

4  presentation on what trauma-informed care looked like.

5  They had somebody who came in from outside of the

6  state to present to us.  And I can't remember if that

7  person was face to face or virtual right now.  But

8  they do provide us with information about that.  And

9  so I'm going to go on record as saying I don't want to

10  make it seem like the State hasn't been providing

11  support to us in those areas.  Some of the delays or

12  the hindrances are really because we've had some

13  challenges with scheduling things face to face.  I'll

14  just leave it at that.

15       Q.   So you implement social emotional learning

16  in your program?

17       A.   Every day.

18       Q.   Okay.

19       A.   Multiple times a day in some cases.

20       Q.   And what does that look like at your site?

21       A.   So one of the requirements for the teachers

22  is to ensure that they are social emotional learning

23  lesson plans regarding different topics that they're

24  going to talk about for the students weekly or daily.

25            We might also for next year one of the



1   requirements for the social worker and the counselor
2   is that they have to go in, each one of them, and
3   provide additional social emotional learning lessons.
4   The teachers have access to social emotional learning
5   curriculum through Sanford Harmony and Panorama.
6         We did midyear -- we do beginning of the
7   year, midyear, and end of the year progress monitoring
8   on those programs, or surveys that the students
9   complete on the types of social emotional learning
10  that they have received throughout the course of the
11  year.
12      Q.   And who reviews the results of the progress
13  monitoring?
14      A.   They go to Student Services.  Student
15  Services shares the results with us about what the
16  students are saying.
17      Q.   From the School District?
18      A.   Mm-hmm (affirmative).
19      Q.   Does the State Department of Education
20  provide any training, support or resources in
21  connection with social emotional learning that you're
22  doing?
23      A.   No.
24      Q.   Okay.  Do you implement restorative
25  practices?



1       A.   Yes.   That was a big initiative for FY '22.

2   We spent a lot of time working on restorative

3   practices.   That's the reason why our matrix is going

4   to change, to add restorative in there.

5            So we've been working very closely to

6   implement restorative practices, social contracts in

7   our school.   Each class has their own social contract.

8   The staff have a social contract.   We all sign off on

9   it, everybody gives input on what they think it should

10  look like, how do you address the needs of a student

11  in a restorative way, how do we restore relationships

12  with the staff in an appropriate way, especially

13  trying to restore harm.

14            We do restorative circles.

15            We do check-ins with the staff.   We do

16  check-outs with the staff.   We do check-ins with the

17  students.   We do check-outs with the students.

18            And I tell people all the time if I could

19  keep -- if I had to keep one thing out of the

20  restorative practices it would be those

21  check-ins/check-outs with the staff and the students.

22  You gain so much more insight on who you're working

23  with, as well as what's going on with the kids.   You

24  can engage on what's going on with them from day do

25  day.



1      Q.   And do you have requirements for what that

2   looks like?  So, circles should take place a certain

3   number of times a week, or these check-in check-outs

4   should take place for every student?  What's the

5   nature of that?

6      A.   So we do have a framework, and we're doing a

7   playbook right now that should be finalized by the

8   time the staff gets here.  We have a time for when we

9   do circles with the staff.  We have a time for when we

10  do circles with the students.  Talk about transition,

11  how do we transition.  The framework takes us through

12  the whole course of the day and what that looks like.

13  So we have that in writing by the time the staff gets

14  back on July 26.

15     Q.   Did you have that in place -- I know I think

16  you said last year you had started implementing this

17  last year.  Was it -- was there a formal structure in

18  place?

19     A.   We had a formal structure, but we didn't

20  have the structure written all the way out like we're

21  going to have it written out for FY '23.

22          We got a lot of input from the teachers.  We

23  got a lot of input from the staff.  And we even got

24  input from the students on what the framework should

25  look like throughout the course of the day and the



1    week.  And that's what we're putting in writing.

2          Q.    And does the State Department of Education

3    provide any training, support, or resources specific

4    to restorative practices for your program?

5          A.    They gave us information.  Let me back up.

6    They gave us information, on all these things you're

7    asking about, they gave us information on.

8                As far as intensive followup and training

9    and things like that, I can't say that we've gotten

10   that up to this point.  I can't tell you what happened

11   prior to and what's planned for the FY '23.

12         Q.    Okay.  And then one last question about

13   PBIS, has your program since you've been the director

14   been recognized as -- in any of the PBIS categories of

15   distinction?

16         A.    So we were identified as a School of

17   Distinction.  They came out.  They didn't come out at

18   the end of '20, but they did come out at the end of

19   '21.  I want to -- they didn't say we were

20   distinguished, but they didn't say that we lost where

21   we were.

22               As far as FY '22 the end of this year we

23   just turned in the information for that at the end of

24   the month, and so he we're waiting to get our

25   information back on how we did.



1    Q.   Okay.  When you say for the end of '21 they

2    didn't say that you were, but they didn't say you lost

3    it.  So were you previously a School of Distinction?

4    A.   We were a School of Distinction, mm-hmm

5    (affirmative).

6    Q.   For the prior school year?

7    A.   Yes.

8    Q.   Okay.  All right.

9         MS. FLETCHER BOWDEN:  Do you need a break?

10        THE WITNESS:  I'm okay.

11   BY MS. HAMILTON:

12   Q.   I want to transition to talk about our site

13   visits briefly.

14        When we had our -- the United States had

15   their experts at your facilities, you participated in

16   the May site visit during which United States brought

17   their experts; correct?

18   A.   Yes.

19   Q.   Okay.  How long before the site visit did

20   you learn that the visit would occur?

21   A.   Originally I was told that they were going

22   to be coming in January.  And then the -- I want to

23   say it was probably two or three weeks before.  I

24   can't -- I can't recall the exact time.  It was a

25   relatively short turnaround time for the -- when they



 1  rescheduled.

 2      Q.    Okay.  And then do you recall the visit

 3  ultimately occurred in May --

 4      A.    May.

 5      Q.    -- this year; correct?

 6      A.    Mm-hmm (affirmative).

 7      Q.    How did you learn about the visit?

 8      A.    Information was sent to the board attorney,

 9  and they told me.

10      Q.    Okay.  Did you personally do anything to

11  prepare for our site visits?

12      A.    Well, you always want to brush up on

13  questions you might have, review the information that

14  was turned in as part of the subpoena.

15      Q.    Did you have any conversations with anyone

16  on your staff in the GNETS program about our visit in

17  advance of it occurring?

18      A.    I did.

19      Q.    Okay.  And who did you have those

20  conversations with?

21      A.    Well, the staff.  I let the staff know, and

22  I assured them that they -- nobody was coming to

23  observe them.  We talked about not making any changes

24  because of you-all coming on site, letting the

25  students be who the students are.



1          I let the superintendents know that you-all

2      were coming on site as a follow-up, part of my update

3      to follow up and keep them informed about what's going

4      on.

5          Q.   Okay.

6          A.   As well as the special ed directors.

7          Q.   And you said you let the staff know.  Did

8      you have a meeting with them, or what did that look

9      like?

10         A.   We do our circles.  I shared that with them

11     during a circle.  And it might have been the week,

12     two, three days before y'all came because I didn't

13     want them to go out and make a whole lot of changes of

14     things.  I wanted them to be aware that you-all were

15     coming, but I didn't want them to go out and try to

16     change what we were doing.

17         Q.   Okay.  Do you know if any class schedules

18     were changed on account of our visit?

19         A.   Huh-uh (negative).

20         Q.   Okay.  Were any special maintenance requests

21     put in prior to our visit?

22         A.   We typically just turn in information about

23     general requests anyway, and so that's ongoing

24     throughout the year.

25         Q.   Did you or anyone on your staff have any



1    conversations with students or families about our

2    visit prior to our experts coming on site?

3         A.    I did not.  But I can't say that the

4    teachers didn't tell them.  But I didn't.

5         Q.    And do you -- it sounds like you personally

6    did not.  Do you know if any written communication was

7    shared with any of the students or families alerting

8    them to the DOJ site visit?

9         A.    Not to my knowledge, no.

10        Q.    Were any students invited or requested to

11   stay home on the date of our visits?

12        A.    Oh, absolutely not.  Those calls would have

13   gone straight to State.  No.

14        Q.    Okay.

15        A.    Huh-uh (negative).

16        Q.    Did you or anyone on your staff have any

17   conversations regarding the State Department of

18   Education about our site visits before they occurred?

19        A.    I did share with Ms. Stevenson and

20   Ms. Cleveland that you-all were coming.

21        Q.    Did anyone else participate in those

22   communications?

23        A.    That was an email.

24        Q.    It was an email?

25        A.    Mm-hmm.



1        Q.   And what specifically did you share with

2   them about our visit?

3        A.   I think we had gotten a correspondence

4   from -- oh, I can't even remember -- updates about

5   litigation.  And so I hadn't heard anything, I didn't

6   know anything, you know, that was going on.

7             So when I got notified that you-all were

8   coming in January, I contacted them to say, hey, I

9   think they're coming on, that they'll be here I think

10  it was the 13th and the 14th of January.  And then I

11  corresponded with them again, let them know it had

12  been cancelled, and that I'd let them know when it was

13  going to be rescheduled.  And then when it was

14  rescheduled, I followed up with them to let them know.

15       Q.   And then after our visits when we were

16  there, there was at least one or more times where I

17  believe you may have met with some of the personnel

18  from the State.  I think, for example, at the end of

19  our last visit there may have been a meeting with

20  Shaun Owen and others?

21       A.   You mean on site, or when we --

22       Q.   Yes, on site.

23       A.   We didn't really meet about anything.  After

24  you-all left that day?

25       Q.   At the end of the day.  We may not have



1   necessarily left.  But were there any separate

2   meetings that you would have had with any of the State

3   personnel?

4       A.   Well, I have had meetings with the State

5   personnel, but --

6       Q.   In connection with the site visit?

7       A.   No, huh-uh.  No, other than, you know, just

8   being in the room with us after the meeting was over.

9   I think I came downstairs, and I'm not even sure if

10  somebody might have been in the bathroom, and we were

11  just sitting there, and after that I left out to

12  figure out some of the answers to the questions that

13  the expert was asking me.

14      Q.   Okay.  So to your knowledge during those

15  times there was not discussion about the site visit

16  itself?

17      A.   No, huh-uh (negative).

18      Q.   And then you had also mentioned there was

19  the June 5th meeting among the GNETS directors?

20      A.   Mm-hmm (affirmative).

21      Q.   Was there any discussion with the GNETS

22  directors about the DOJ site visits?

23      A.   They might have asked who came, which

24  programs had on-site visits.  That was the question

25  that was asked.  But the purpose of the meeting was to



1   kind of talk about planning for FY '23.  And really
2   the concerns were about the funding.
3           I had mentioned earlier, there was some
4   questions about funding for FY -- after FY '23, and
5   that was the focus of the meeting.  Even the State
6   representatives when they came down, they didn't --
7   they don't ever really talk to us about, you know,
8   what's going on.  And we understand that they can't,
9   and so we try not to ask them questions about that.
10  But outside of them saying who had an on-site visit,
11  there was no discussion.  You want to know, hey, what
12  did y'all talk about, and what did you do?  But that
13  discussion didn't take place.
14      Q.   Did you talk to other GNETS directors about
15  their experiences with our site visits?
16      A.   No.  But I was going to before I realized
17  that I was coming up to be subpoenaed, so I haven't
18  talked to anybody.
19      Q.   And in the communication where you did reach
20  out to Stevenson and Cleveland about our site visit,
21  did they respond?
22      A.   "Thank you."  That was it.  When I say
23  they -- we really don't discuss anything that's going
24  on even as far as updates, say we don't have any
25  updates about that either.



1    Q.    Okay.  Were there any changes that you made

2  to the program in any way following our visit, or as a

3  result of our visit?

4    A.    It was the end of the school year, so any

5  changes that we'll make will be implemented FY --

6  excuse me -- FY '23.  So I will say, you know, we

7  paid -- I paid attention to those things that were

8  being taken pictures of, that people were taking

9  pictures of, if there were concerns that might have

10  come up about or that I felt like were a problem,

11  those things will be addressed.  Questions about

12  specifically I think the room that had the -- I guess

13  the bottom part had been -- I don't know if it was

14  kicked out, pushed out or whatever, you know, going

15  back in and doing a request to have that repaired so

16  it looks like the rest of the building.

17            One of the questions that kept coming up was

18  about a sensory room.  We didn't have sensory rooms at

19  the time, but it was -- I could say that we had that

20  slated for FY '22 to have -- FY '23 to have one of

21  those empty classrooms turned into a sensory room for

22  the students.  The staff member in Richmond, she asked

23  about sensory rooms again.  Again, it wasn't

24  implemented for FY '22, but it will be implemented for

25  FY '23.  And that was something that was already

1   slated.  So some of those things that were asked, we

2   will be making some arrangements to address that.

3          And going back to your question about did

4   you have a conversation when I was walking in the

5   building.  After your meeting one of the things that

6   Ms. Owen did say is that if there is anything that you

7   think is deficient, now would be the time to go ahead

8   and correct those things.  And so that was the gist of

9   the conversation that we had when the visit was over.

10   Q.   Okay.  Is there anything else that you

11   determined from the visit was deficient that you would

12   change moving forward?

13   A.   Outside of those things that I documented

14   when pictures were taken, we always want to improve

15   our program.  So those areas where we can support the

16   teachers who were coming from a non-traditional

17   educational track, kind of making sure that we really

18   address that; not that we weren't addressing it

19   before, but we want the students to have access to the

20   best possible teachers that we can provide them.

21          The other piece would be just out of

22   something that you presented to me today and I was,

23   like, that can't be right; but looking at those kids

24   who have been there for a number of years, making sure

25   our data is correct, and then looking to see if we



1   need to do more to try to address transitioning those

2   students out of the program.

3        Q.   And I guess for that last issue, so I guess

4   what would be -- like I know you said one component of

5   that is just ensuring your data is correct.

6        A.   Mm-hmm (affirmative).

7        Q.   And another component is making sure you're

8   actually giving student the opportunity to transition.

9        A.   Mm-hmm (affirmative).

10       Q.   I guess what do you think would lead to a

11  student being in the GNETS program for multiple years?

12  Because, again, there were -- I mean, there were the

13  12 years, there is 11 years, but there was also nine

14  and eight and seven and five and four.  I mean, is

15  there -- I'll let you answer that part.

16       A.   So when I look at that for some of our

17  students it is -- it may be that that's their least

18  restricted environment.  It may be that that's where

19  they really need to be, because we look at placement

20  for students every time we meet.

21            We look at -- when I say every time we meet,

22  their annual reviews at a minimum, we look at it

23  annually.  But we also look at their data -- when I

24  tell you we do look-forwards two or three times a day

25  where we're looking at those levels for students, so



1  we're doing that daily.  And then we're doing the

2  quarterly summaries, what type of progress are those

3  students making, so.  And if they're failing to make

4  progress, we going back and adjusting -- should be

5  going back and adjusting those plans.

6           So when I see that information I'm like,

7  well, knowing that that's what's supposed to take

8  place, if they're there for 12 years it may be that

9  that's where they're supposed to be because that's

10 their less restricted environment.

11    Q.   Okay.  After seeing that data, would you go

12 back and look at those students' records to see why

13 they have been there that long, assuming it is

14 accurate?

15    A.   I tell you if I had more time, I probably

16 would have done it today to have them go back and pull

17 it to make sure, number one, is -- are those -- is

18 that information accurate.

19           And then if it is accurate, the next step

20 would be us to have an IEP team -- pull all that data

21 together, schedule an IEP team meeting, and look at

22 what's going on with those kids and definitely discuss

23 transition opportunities for those students in

24 addition to what the least restrictive environment

25 might be.



1        Q.   All right.  I have some general questions

2    for you just about how you-all provide educational

3    services in the Sand Hills program.

4        A.   Okay.

5        Q.   What is the maximum number of students who

6    can be in the classroom?

7        A.   So for students with emotional behavior

8    disorder, eight would probably be the maximum without

9    support.  And then above eight we would have a

10   paraprofessional assigned.

11       Q.   Okay.  And does the State Department of

12   Education set any requirements related to the maximum

13   number of students?

14       A.   Not outside of the State rule.

15       Q.   And does the State rule set a requirement

16   about the maximum number?

17       A.   It does, mm-hmm (affirmative).

18       Q.   Okay.  And what is that?

19       A.   Eight.  And then after eight you have to

20   have a paraprofessional.

21       Q.   Okay.  What about the maximum number of

22   grades that can be served in a classroom?  Are there

23   any state requirements that govern what the range of

24   those grades or ages can be in a classroom?

25       A.   I've -- not to my knowledge, no, I have not



1  seen that.

2      Q.    Okay.  And in your program I remember when

3  we were on site there were often classrooms that had

4  more than one grade; correct?

5      A.    Yes.

6      Q.    Okay.  What's the typical range?

7      A.    We try to keep them between three grade

8  level spans.  So you might see K through 2, or K

9  through 3, 3 through 5, maybe 4 through 5.  Because we

10  also look at the number of kids we place in those

11  classes as well.  You might see a 4 through 7.  You

12  might, depending on the student's functioning level --

13  oh, typically 9 through 12th grade would be together.

14  6 through 8 typically how we're going to have it.

15      Q.    And are they all receiving the same

16  curriculum and instruction?

17      A.    No.  So the type of instruction that they

18  would receive would be based on their grade level

19  standards and what's in their IEP goals, what's in

20  their IEPs.

21      Q.    And does online instruction play a role in

22  the curriculum for your students?

23      A.    Yes.  We have the i-Ready program that's

24  used to kind of monitor students, work on deficit

25  areas.  We use Edgenuity for our high school students,



 1  some middle school students, use Edgenuity as well.

 2      Q.   And what proportion of instruction is online

 3  versus direct instruction from a teacher?

 4      A.   I think it varies from teacher to teacher,

 5  but for FY '23 we will have a framework in place

 6  regarding expectations for what we want to see in a

 7  classroom.  And, again, we got feedback from the

 8  teachers, we got feedback from the students regarding

 9  what the online instruction would look like.

10          We do have this i-Ready program that we're

11  bound to use throughout the course of the year.  So

12  we've got a framework on how that is going to be

13  implemented, what time of day.  So the students would

14  be doing i-Ready Monday -- three days a week to get

15  their 45 minutes in for reading, and get their

16  45 minutes in for math.

17          For those students who are using

18  Edgenuity -- that's primarily at the high school

19  level -- they'll have two days where they can do

20  blended learning model.  So they have two days where

21  they can do online, and three days where they have to

22  have direct instruction.

23          MR. FLETCHER:  Andrea, can I interrupt just

24      a second?

25      (Comments off the record.)



 1        (REPORTER'S NOTE:  Mr. Fletcher exited the
 2   deposition at 5:50 p.m.)
 3   BY MS. HAMILTON:
 4        Q.   And so you were just saying for i-Ready you
 5   said that you're bound to use that for a certain
 6   amount of time?
 7        A.   Mm-hmm (affirmative).
 8        Q.   Who sets that?
 9        A.   That's part of the strategic plan that was
10   provided through the State.  That's one of the data
11   sources that we have to turn into them regarding how
12   our students are performing academically in E-L -- I
13   mean, excuse me, in reading and math.
14        Q.   Okay.  And so is that something that you-all
15   determined through your strategic plan, or that the
16   State requires?
17        A.   The State requires, but it's also part of
18   what the school system uses, too, to monitor students'
19   progress.
20        Q.   Okay.  And I know you had said that for
21   fiscal year '23 you're putting in place a framework
22   for the use of online instruction.
23        A.   Mm-hmm (affirmative).
24        Q.   This past school year I guess I'm still just
25   trying to get a general sense of roughly, like, how



 1  much time students would spend doing online

 2  instruction compared to direct instruction?

 3      A.   I think one of the things that I think I had

 4  said earlier that it varied from teacher to teacher

 5  and student to student.  Some of our students would --

 6  and I can't give you an exact percentage, but some of

 7  our students could be online all day and it wouldn't

 8  bother them.  For some of our students, they didn't

 9  want the virtual learning, so some of them got the

10  blended learning model.

11          And when we got feedback from the students

12  regarding the model, that's the one that we felt like

13  would meet the needs of all of our students.  And I

14  apologize.  I can't give you a definite percentage on

15  how much they are using i-Ready, and how much they are

16  using Edgenuity.

17      Q.   Are there any State Department of Education

18  requirements that govern the educational services from

19  which the GNETS programs are exempt?

20      A.   Okay.  Ask that question again.

21      Q.   Sure.  Are there any State Department of

22  Education requirements that govern any services from

23  which your program would be exempt?  So, for example,

24  are there any exemptions that apply to GNETS that

25  wouldn't ordinarily apply in a regular school program?



1      A.    Not to my knowledge.  We are bound by the

2  same requirements.

3      Q.    Objection.  And do you know if any of the

4  counties that send students to your GNETS programs are

5  subject to a -- I believe it's SWSS contract or SWIS

6  contract?

7      A.    You talking about SWIS as in regards to

8  PBIS?

9      Q.    No.  In regards to, again, any, like,

10  approved exemptions where they don't have to meet

11  certain certification requirements or reporting

12  requirements through an agreement with the State?

13      A.    I'm not familiar with that, but can you give

14  me S-W-S-S again?

15      Q.    Yeah, the initials are S -- I don't know

16  what it stands for, but the letters are S-W-S-S.

17          MS. FLETCHER BOWDEN:  Can I help?  It's the

18      strategic waivers?

19      A.    Oh.  Then that's different.

20          MS. FLETCHER BOWDEN:  Yeah.

21      A.    Some of our school systems do have strategic

22  waivers.

23          THE WITNESS:  Richmond County is one, right?

24          MS. FLETCHER BOWDEN:  Mm-hmm (affirmative).

25  BY MS. HAMILTON:



1      Q.   And are you aware of whether that impacts

2   any of the educational services that your students

3   receive?

4      A.   Well, one thing I remember from my special

5   ed director days is I don't think there are any

6   strategic waivers for special education teachers,

7   unless that's changed.

8          THE WITNESS:  Do you know if that's still

9      the case?

10          MS. FLETCHER BOWDEN:  I don't think it's --

11      yeah, it's the same as it is now, and they have

12      to be, like, recertified.

13      A.   Yeah, they have to meet the same criteria.

14   So it doesn't apply to the program for GNETS.

15   BY MS. HAMILTON:

16      Q.   Okay.  Okay.  Do you-all offer Learn From

17   Home?

18      A.   We have, especially during the pandemic our

19   students received Learn From Home packets.  Our

20   students participated in Canvas.  That's a learning

21   management system for that Richmond County provided.

22   Students were -- who had access to computers, the

23   teachers would log onto Team meetings for them.

24          As a matter of fact, our social emotional

25   learning lessons this summer were done via Teams.  And



1    so elementary school students from both programs could

2    log in and participate, middle school and high school.

3    So the answer is yes.

4        Q.   Is that any different from virtual learning?

5        A.   So there is -- in Richmond County, they had

6    a virtual, and I might get this wrong, learning school

7    that was called -- is it eSchool?  They had eSchool.

8    And so their whole educational program was virtual.

9    Now, this is Ms. Newsome's version of the difference.

10       Q.   Okay.

11       A.   Learn From Home was provided when we had to

12   close the schools, like when we were closed from March

13   to May, we did Learn From Home.  If I had to close a

14   classroom down or the program down, we did Learn From

15   Home.

16       Q.   Okay.

17       A.   And there was specific things we put in

18   place for that.

19       Q.   Okay.  I have a few miscellaneous questions

20   that I want to ask you about how your elementary

21   students are served compared to your secondary.

22            You answered some of these questions during

23   our site visits.

24       A.   Mm-hmm (affirmative).

25       Q.   But I did want to just circle back on a few.



1         So just to confirm, for your elementary age
2    students in both of your sites do they have access to
3    electives or specials?
4         A.   They all get PE.  And that would be the
5    extent of what they have as far as electives.
6         Q.   Okay.  So they don't receive art?
7         A.   Huh-uh (negative).
8         Q.   Or music?
9         A.   Huh-uh (negative).
10        Q.   And neither site has a playground; correct?
11        A.   That's correct.
12        Q.   Okay.  The Thomson site did not have a
13   library?
14        A.   That's correct.  They have a mobile lab.
15        Q.   Okay.  And that mobile lab comes once a
16   month?
17        A.   I think the schedule was monthly.  I
18   submitted a schedule for when they come out.
19        Q.   Okay.  Let's see.  Is there any -- I know
20   you mentioned that you used to work as a gifted
21   coordinator for the Richmond County District.
22        A.   Mm-hmm (affirmative).
23        Q.   Are students in the -- elementary school
24   students in the GNETS program screened for gifted
25   services?



1      A.    They have not been since I have been here,

2  but, again, I haven't had that age level.  I think

3  they screen them in the second grade.  I haven't had

4  any second-graders here since I have been here.

5      Q.    Okay.  And in your elementary program are

6  all of your students in the same classroom with the

7  same teacher throughout the day?

8      A.    Yes.

9      Q.    Do your elementary students get school

10  photos taken?

11      A.    No, they do not.

12      Q.    And I know you mentioned one of the areas

13  you've been trying to work on is parent engagements.

14      A.    Mm-hmm (affirmative).

15      Q.    Do you have regular events for students and

16  families?

17      A.    We have.  I try to do something at least

18  once a quarter.  So, of course, at the beginning of

19  the year we do open house, and we do a giveaway with.

20  -- let's see -- with Brown and Gold, whoever they are.

21  They have adopted our school.

22          So for the past three -- two years they have

23  donated school supplies for our students.  We have --

24  and the parents can come out on that particular night.

25          COVID kicked back in, and so we did some



1  virtual surveys for the parents, and we did a couple

2  of virtual meetings for them.  I don't think we did

3  anything -- oh, at the end of the year we did some

4  activities where we had parents come in, and -- I

5  don't want to start crying because it was emotional

6  for me because I was surprised at the number of

7  parents who came in.  We did Honors Day for our

8  students.  That was on site.  It was the first chance

9  we got to be face to face.

10             And also we did a PBIS celebration for them.

11  And the parents stayed all day.  And so we brought

12  both sites together.  So they came on site for that.

13  We had a lot of participation for that.

14      Q.   Okay.

15      A.   And we'll continue to do those types of

16  things for next year as well.

17      Q.   Okay.  Do your elementary students have

18  opportunities to take field trips?

19      A.   Not in the past two-and-a-half years, but

20  they will for FY '23.

21      Q.   All right.  For your secondary students, do

22  they change classes, or do they have the same teachers

23  for their core subjects?

24      A.   We started doing that with them, but there

25  was some restrictions that were put on making sure



TALITHIA NEWSOME                                    July 12, 2022
UNITED STATES vs STATE OF GEORGIA                       327

1 | that we kept students in the same area because of
2 | contact tracing and all that.
3 |         So we stopped having the students
4 | transition, and started having the staff transition.
5 | And then we started having issues with staff being
6 | out.  And so we stopped the departmental model.  But
7 | we're going to pick the departmental model back up for
8 | FY '23.  And that will be for middle school and high
9 | school, where they'll have -- we'll probably still let
10 | the teachers switch and not the kids, so.
11 |     Q.   And would that be for every subject, or
12 | would it just depend?
13 |     A.   So it would be for the -- let me see.  There
14 | are five -- four.  For four of the subjects, yes,
15 | mm-hmm.
16 |     Q.   Okay.
17 |     A.   And every teacher will be responsible for
18 | their own social emotional learning instruction.
19 |     Q.   What are the diploma options available for
20 | graduating in Georgia?
21 |     A.   You have a -- I'm going to call it special
22 | ed diplomas, so each system has identified what they
23 | want to call the diploma that's given to students who
24 | are on special ed track.  So because I don't know all
25 | of them, I'm just going to say special ed diploma, but



1    they are called something else.  Excuse me.  You have

2    the regular high school diploma.  And I'm not even

3    sure if we still do certificate of attendance.

4            There used to be an option for certificate

5    of attendance.  And the reason I don't know is because

6    all of our students receive general ed diplomas.  And

7    I'm going to toot our horn.  We had eight graduates

8    this year between both of the programs.  So we're

9    excited about that all with general ed diplomas.

10       Q.   And that's out of how many seniors?

11       A.   Let me see.  Ooh, that's all of our

12   graduating seniors because we have, you know, the

13   students with significant cognitive disabilities can

14   stay with us until they either have a trans- -- a

15   post-secondary placement -- hmm.  All but one.

16       Q.   Mm-hmm (affirmative).

17       A.   Because the other one is -- the one student

18   is coming back.  Yeah, all but one.

19       Q.   Okay.  And do you have any students in that

20   cohort who have dropped out?

21       A.   Not included in those nine students that I'm

22   talking about.  One student withdrew and went to

23   Pennsylvania.  And then we had another student, she

24   withdrew and went to another GNETS program in Georgia.

25   So that was two who left.



1      Q.   Okay.  For the diploma ceremony, where do

2  the students graduate from?

3      A.   I went to multiple different high schools

4  because they graduate with their peers at their high

5  school, whatever zone high school they are from.

6      Q.   And do you-all hold a program or ceremony as

7  well, the GNETS program?

8      A.   Not a graduation ceremony, but we did our

9  Honors Day program.

10     Q.   Okay.

11     A.   And so we honored, we recognized our seniors

12  at the Honors program.

13     Q.   Okay.  Do you offer electives to your

14  secondary students?

15     A.   Their electives are provided virtually

16  through Edgenuity.

17     Q.   And what are those electives that are

18  provided virtually?

19     A.   They have a whole selection of items that

20  they can -- the students can identify which ones they

21  want to take.  So I couldn't give you the whole list.

22     Q.   So, for example, a student could take music?

23     A.   Music, PE, art appreciation.  It's -- almost

24  all the ones that would be available to a -- for a

25  face to face would be available through Edgenuity for



1   them.

2       Q.   Okay.  And so for the examples that you

3   listed virtually, is there a teacher who's providing

4   instruction to the students?

5       A.   She's facilitating the instruction.  And

6   that would be the high school teachers.

7       Q.   Okay.  And that's all online?

8       A.   Mm-hmm.

9       Q.   So for music, would the students be playing

10  instruments?

11      A.   No.

12      Q.   You-all don't provide instruments?

13      A.   Well, nobody's asked me for them, but if we

14  needed them, the schools have been -- the systems have

15  been very accommodating for anything we asked for as

16  far as the needs of the students.  So if there was a

17  course that required them to have an instrument, they

18  would indeed have one.

19           And it predates me, but they did have a

20  music teacher on site.  I can't remember if they had

21  instruments or not.  But I don't think it would be a

22  problem for us to get one if they needed them.

23      Q.   But the music programs that are currently

24  offered as electives through Edgenuity don't require

25  instruments for secondary students?



1        A.   Nobody's asked for them, so I -- nobody's

2   asked for them.

3        Q.   Okay.  And, similarly, for the other

4   electives in Edgenuity are there additional resources

5   that students are using while participating in the

6   courses online?

7        A.   When you say other resources, can you be

8   more specific?

9        Q.   Sure.  So, for example, for art are they

10  using art supplies as part of the class, or for PE are

11  they using equipment as part of the class?

12       A.   So we have purchased equipment for PE.  The

13  teachers do their instructional orders, and if they

14  need some supplies as far as construction papers,

15  scissors, paint, glue, clay, whatever they need, we

16  will provide that for them.  And they have asked for

17  some of those items.

18       Q.   Okay.  For Edgenuity?

19       A.   Now, for Edgenuity specific, I can't tell

20  you that's what it's for.  That's just the orders that

21  I get.

22       Q.   I'm just trying to make sure I understand

23  how the Edgenuity classes work.

24       A.   They are virtual.  They're computer-based.

25  I have not had -- so I have not had anybody ask me for



1  resources to go through the Edgenuity program.

2       Q.   Can students take AP or honors courses

3  through your GNETS Centers?

4       A.   We don't - we -- as of this point, we have

5  not offered them.  But if there are students who were

6  entered, registered in those, we would make sure that

7  they got them.

8       Q.   Okay.

9       A.   So they're not ever denied access to it.

10      Q.   And this is returning back to Exhibit 195

11  and 196 about the spreadsheet.

12      A.   Mm-hmm (affirmative).

13      Q.   But I just wanted to confirm, on the

14  spreadsheet it indicated that at Thomson there were no

15  students who participated in extracurricular

16  activities; is that correct?

17      A.   Which year is this?

18      Q.   '21 to '22.

19      A.   Yes, that's correct.

20      Q.   Okay.  And at Richmond there were only three

21  students who participated in extracurricular

22  activities?

23      A.   Yes.

24      Q.   Okay.  For the Richmond students, what did

25  that look like?



1      A.    So we had -- I think they all did football.

2   So one of our students, he would start his day off

3   with us, but he would stay over at his zone school and

4   he would participate in football practice.  And the

5   same -- that's how they all did.  They would start

6   their morning out with us, and then they would go back

7   to their zone school and participate the rest of the

8   day and do football practice.

9      Q.    And that was true for all three of those

10  students, or just that one student?

11     A.    Yes, it was three that did football.

12     Q.    Okay.  And do students in the middle school

13  and high school GNETS program have opportunities to

14  participate in, like, dances or sporting events at the

15  local general education schools?

16     A.    Oh, absolutely.  They go to the football

17  games.  They go to prom.  They are not excluded

18  because they are in our program.  They can

19  participate, and they have participated.

20     Q.    Like is there any connection to the level

21  system where they have to earn a certain level where

22  they can participate in any of those activities?

23     A.    Not since I have been here.  As a matter of

24  fact, unfortunately last year they were going to go to

25  the prom, and prom got cancelled so they didn't get to



1   go -- the year when COVID first started prom got

2   cancelled, and they didn't get to go.  And I had a

3   female student who were going with her escort, and

4   they were both from our program, they were going to go

5   together.

6          Q.   From the middle school and high school

7   level, do you-all have yearbooks?

8          A.   No.

9          Q.   During our deposition you've referenced like

10  a few places where you might upload things to a portal

11  or various information systems?

12         A.   Mm-hmm (affirmative).

13         Q.   What are the main systems that you use for

14  the GNETS program?

15         A.   You want to know student -- and from

16  students as well?

17         Q.   For purposes of, like, collecting data

18  related to student -- GNETS students or scheduling or

19  records in general?

20         A.   It would be the GaDOE portal.  That's the

21  only place where we're uploading information.  If

22  there's information -- but there are multiple areas

23  within the portal that you could upload information.

24  So if there is student information that I need to send

25  that includes demographic or special identifiers for



1    the students, I would send those, upload those in the

2    portal and I could email them there.

3           If there are documents that I need to upload

4    regarding a grant that I have to complete, I would go

5    to the grant and there is an area that has

6    attachments.  You can upload them there.  So the

7    information is uploaded into the GaDOE portal.

8         Q.   Okay.  And is that where you would upload

9    like your i-Ready data --

10        A.   Mm-hmm, yes.

11        Q.   -- into?

12        A.   Upload i-Ready data to that as well.

13        Q.   Okay.

14        A.   But they also have access to our -- the

15   i-Ready program that we're using, the -- it comes

16   straight from the Department of Education, the GNETS

17   program.  And so Ms. Stevenson -- Dr. Stevenson and

18   Mrs. Cleveland can actually go in and look at the data

19   as well.  They have administrative rights.

20        Q.   And are you involved in creating the GNETS

21   Annual Accountability report?

22        A.   No.

23        Q.   Okay.  Or any sort of Comprehensive Needs

24   Assessment report?

25        A.   Mm-hmm (affirmative).



 1          Q.    Are you ever asked to prepare reports, or

 2    consult with anyone on the governor's staff?

 3          A.    No.

 4          Q.    Are you ever asked to prepare reports or

 5    consult with anyone in the State legislature?

 6          A.    This past year we were asked to get

 7    information together.  And that was specifically -- I

 8    think I mentioned earlier about the funning concerns.

 9    We were asked to get information together for that.

10          Q.    Okay.  And was that information given to the

11    State legislature?

12          A.    Before we could submit, before we could move

13    forward with submitting, a decision had already been

14    made, and we didn't have to submit anything.  They may

15    come back later on and ask for it, I don't know.

16          Q.    Okay.  Do you know who from the legislature

17    had requested that information?

18          A.    I don't.

19          Q.    And I think you had mentioned earlier that

20    you may have been in -- like, this was in connection

21    with your meeting with the State Department of

22    Education representatives --

23          A.    Well, the --

24          Q.    -- and the other GNETS directors.

25          A.    Well, the request came before we had our



 1    meeting.

 2        Q.    Okay.

 3        A.    Because it happened right around -- right

 4    around spring break time.  So it was between March and

 5    April, or right before March because we got notified

 6    that funding would be provided while I was out for

 7    spring break, so it was that first week in April.  So

 8    I didn't get to turn it in -- I didn't have to turn it

 9    in to anybody for this upcoming school year.  I don't

10    know what's going to happen for next year.

11        Q.    Okay.  And when you say that you received a

12    request, was this by email, or in writing in some

13    form?

14        A.    Oh, goodness.  It might have been through

15    one of the meetings that we had.  There was an email

16    that was generated from the RESA director on some

17    things that we could do to try to prepare to get

18    information from the legislature.

19            So she sent information out, and she sent us

20    a document on what that would look like on, you know,

21    how to gather the information and what to turn in.

22    Excuse me.

23        Q.    Mm-hmm (affirmative).

24            Do you have any communication with your

25    State Board of Education representative?



1        A.    No.

2        Q.    Okay.  And who is that person?

3        A.    I have no idea.

4        Q.    Do you receive periodic performance

5   evaluations?

6        A.    For my performance, I do.

7        Q.    For your role as the director?

8        A.    Mm-hmm (affirmative).

9        Q.    And who oversees that process for you?

10       A.    My supervisor.  It was Dr. Barnes last year.

11  It will be Mr. Allen this year.

12       Q.    And they're both, as you mentioned earlier,

13  with the Richmond County Department?

14       A.    Mm-hmm (affirmative).

15       Q.    Do you have any sort of evaluation performed

16  by the State Department of Education specific to your

17  role as director?

18       A.    I have not received one as of today.

19       Q.    Do you know if there is a process for

20  evaluating the directors?

21       A.    I don't, huh-uh, other than making sure that

22  we go through the process through our platform that's

23  a -- back to GaDOE, there is a TKES platform in

24  there --

25       Q.    Mm-hmm (affirmative).



1       A.   -- that we use that information.  And I
2  think we're all supposed to be using the LKES
3  evaluation system.
4            REPORTER:  I'm sorry, say that again, the
5       "leaks evaluation"?
6       A.   Leader Keys Evaluation System, the LKES.
7  LKES.
8            MS. HAMILTON:  Can I just have one moment?
9            MS. FLETCHER BOWDEN:  Sure.
10            THE VIDEOGRAPHER:  Off the record?
11            MS. HAMILTON:  Yes.
12            THE VIDEOGRAPHER:  Stand by.  Off the record
13       at 6:14 p.m.
14       (Recess 6:17 p.m. - 6:18 p.m.)
15            THE VIDEOGRAPHER:  Back on the record at
16       6:18 p.m.
17  BY MS. HAMILTON:
18       Q.   All right.  Mrs. Newsome, we are almost
19  ready to wrap up.  We just have a few final questions
20  for you.
21       A.   Okay.
22       Q.   So I know you had referenced various
23  trainings earlier, and we didn't get to spend much
24  time on this.  But are your staff trained in
25  de-escalation techniques?



1      A.   Yes.

2      Q.   What does that training look like and who

3   provided it?

4      A.   So we have certified staff who are trained

5   in -- the training model for MindSet, and they come

6   back out and we deliver at the beginning of every

7   year, midyear and any time there is a need in between.

8   The staff that we send for MindSet training, they are

9   certified and they have to be recertified for --

10  depending on the number of years you've been a

11  trainer, you're either certified every year --

12  recertify every year, or every two years, depending on

13  where you are.

14           Anybody who comes in after we do the initial

15  training, we go back and get them trained within a

16  week of their coming on site because we had a lot of

17  people who started after school started, so we had to

18  come back and train them.  We try to get all that

19  training done during preplanning so that the staff

20  receive that training before the students get here.

21     Q.   Okay.  Does the State Department of

22  Education require that your staff receive

23  de-escalation training in some form?

24     A.   It is one of those items that's on our

25  strategic plan.



TALITHIA NEWSOME                                    July 12, 2022
UNITED STATES vs STATE OF GEORGIA                        341

1       Q.   And does the State Department of Education
2   monitor the program's use of physical restraint or
3   and/or seclusion?
4       A.   Yes.  We collect data and turn that in to
5   them annually.
6       Q.   Okay.  How's that data used by the state?
7   Do they provide feedback, or?
8       A.   I have not received feedback from the State
9   on how that information is used.
10      Q.   And is that data that also goes into the
11  Ga- -- I guess GaDOE portal that you mentioned?
12      A.   It is.
13      Q.   Is it an area where you could receive
14  feedback in connection with the strategic plan?
15      A.   It is.
16      Q.   Have you-all received any feedback?
17      A.   No.
18      Q.   Are there any State Department of Education
19  operation manuals that have been provided to your
20  program for GNETS?
21      A.   Not specific for GNETS.  No, not specific
22  for our program.
23      Q.   And are you familiar with an Operations
24  Manual that was created in fiscal year '14?
25      A.   I am.



1      Q.   Okay.  Is that an Operations Manual that is

2  still used by your program?

3      A.   It's referenced.  If I have questions about

4  something just for historical, I might go in and look

5  at that information.

6      Q.   Okay.  So it is a -- it is still a valid

7  resource that programs can use?

8      A.   Oh, absolutely.  There is some good

9  information in there.

10      Q.   Do you think that any of the students who

11  are in your GNETS program could be served in more

12  integrated settings with appropriate services and

13  supports?

14      A.   Yes.  And those would be the students that

15  we're going to be meeting on at the beginning of the

16  year to talk about a transition for them.

17      Q.   Are there any obstacles that you think exist

18  to them being able to be served successfully in more

19  integrated settings?

20      A.   I have not encountered any up to this point,

21  so up to this point I would say no.

22          MS. FLETCHER BOWDEN:  Did you mean just

23       those students, or all of her -- because the

24       first question was --

25          MS. HAMILTON:  Yeah.



1           MS. FLETCHER BOWDEN:  -- you were talking

2       about the ones ready, so.  That wasn't -- I

3       wasn't sure which one you meant.

4           MS. HAMILTON:  No.  Thank you for

5       clarifying.

6   BY MS. HAMILTON:

7       Q.   I really meant both.  So I guess first

8   starting with the students who you are trying to

9   transition are there any obstacles that you're aware

10  of that might prevent them from being served in more

11  integrated settings?

12      A.   No.

13      Q.   And then I guess just in general, for the

14  student population that you serve do you feel that

15  there are obstacles to them being served in more

16  integrated settings, generally?

17      A.    No.  What I found has been very helpful is

18  that regardless of which site or school or program or

19  school system I'm working with, as long as we're

20  sitting down talking about those students' progress,

21  we've been communicating along the way about, you

22  know, what's going on with those students, we haven't

23  encountered any concerns about students transitioning.

24      Q.   Ideally for the population of students that

25  you serve, for them to be successful in a general



 1  education setting what types of services and supports
 2  would they need?
 3       A.   All of their needs are so individualized.
 4  But if I had to come up with something in general, one
 5  of the things that I would say is that those
 6  therapeutic supports and services that are available
 7  ongoing throughout the day is something that they
 8  would need.  Staff who are trained in the nature and
 9  characteristics of students with emotional and
10  behavior disorders, regardless of where they are in
11  the building, would definitely be something that
12  would -- would be needed.  Understanding the impact of
13  trauma in the classroom and how do you address that
14  for students would be an area that they would need
15  support in, addressing the mental health needs of
16  students, how do you deal with a child in crisis, that
17  verbal de-escalation piece would be one of those
18  areas.
19           I think academically the teachers are
20  equipped to deal with them in a -- I guess you're
21  saying a non-GNETS program?
22       Q.   Correct.
23       A.   I think academically they would be okay
24  trying to address those needs.  It's those other areas
25  regarding emotionality that they would need additional



1 support available throughout the school day as needed.

2     Q.   Are there any additional services and

3 supports that you're providing in the GNETS program

4 that you believe could be, you know, funding issues

5 aside, could be provided in a general education

6 setting to support this population of students?

7     A.   Funding aside, all of those things I just

8 mentioned would definitely need to be available to

9 those students.

10     Q.   Okay.  All right.  I think we can end.

11 Thank you so much, Ms. Newsome.

12         MS. FLETCHER BOWDEN:  Thank you.

13         MS. HAMILTON:  We very much appreciate your

14    time today.

15         THE WITNESS:  Oh, yay.

16         MS. FLETCHER BOWDEN:  All right.  Now, you

17    run --

18         THE VIDEOGRAPHER:  You ready to go off the

19    record and all of that?

20         MS. HAMILTON:  Yes.

21         THE VIDEOGRAPHER:  Okay.  So it sounds like

22    we're in agreement to conclude Ms. -- I want to

23    say her name -- Talithia Newsome's deposition on

24    July 12th, 2022 at 6:27 p.m.

25         (Deposition concluded at 6:27 p.m.)



1                          ERRATA PAGE

2
     Civil Action No. 1:16-cv-03088-ELR
3    CASE CAPTION:  United States vs. State of Georgia
     DEPONENT:  TALITHIA NEWSOME
4    DATE:  July 12, 2022

5    I, the undersigned, do hereby certify that I have
     read, or have had read to me, the transcript of my
6    testimony, and that:

7              1)  There are no changes noted.
               2)  The following changes are noted:
8
          Pursuant to Rule 30(e) of the Federal Rules of
9    Civil Procedure and/or the Official Code of Georgia
     Annotated § 9-11-30(e), any changes in form or
10   substance which you desire to make shall be entered
     upon the deposition with a statement of the reasons
11   given for making them.  To assist you in making any
     such corrections, please use the form below.  If
12   additional pages are necessary, please furnish same
     and attach them to this sheet.

13

14   PAGE         LINE         CHANGE

15
     PAGE         LINE         CHANGE
16

17   PAGE         LINE         CHANGE

18
     PAGE         LINE         CHANGE
19

20   PAGE         LINE         CHANGE

21
     PAGE         LINE         CHANGE
22

23   PAGE         LINE         CHANGE

24
     PAGE         LINE         CHANGE
25



TALITHIA NEWSOME                                    July 12, 2022
UNITED STATES vs STATE OF GEORGIA                        347

```
 1
       PAGE          LINE          CHANGE
 2
 3     PAGE          LINE          CHANGE
 4
       PAGE          LINE          CHANGE
 5
 6     PAGE          LINE          CHANGE
 7
       PAGE          LINE          CHANGE
 8
 9     PAGE          LINE          CHANGE
10
       PAGE          LINE          CHANGE
11
12     PAGE          LINE          CHANGE
13
       PAGE          LINE          CHANGE
14

15

16
                        TALITHIA NEWSOME
17

18

19     Sworn to and subscribed before me,

20     This the       day of           , 2022.

21
       Notary Public
22
       My commission expires:
23

24

25
```



```
1                    C E R T I F I C A T E

2    STATE OF GEORGIA:

3    DEKALB COUNTY:

4              I hereby certify that the foregoing

5    transcript was taken down, as stated in the caption,

6    and the questions and answers thereto were reduced to

7    the written page under my direction; that the

8    foregoing pages 1 through 347 represent a true and

9    correct transcript of the evidence given.  I further

10   certify that I am not of kin or counsel to the parties

11   in the case; am not in the regular employ of counsel

12   for any of said parties; nor am I anywise interested

13   in the result of said case.  The witness did reserve

14   the right to read and sign the transcript.

15              This, 18th day of July, 2022.

16

17

18

19

20

21

22   _____

23   MAUREEN S. KREIMER, CCR-B-1379
     Notary Public in and for the
     State of Georgia.  My Commission
24   Expires August 14, 2024.

25
```



1                              DISCLOSURE

2    STATE OF GEORGIA:
     COUNTY OF DEKALB:
3
              Deposition of TALITHIA NEWSOME
4
          Pursuant to Article 10.B of the Rules and
5    Regulations of the Board of Court Reporting of the
     Judicial Council of Georgia, I make the following
6    disclosure:

7         I am a Georgia Certified Court Reporter.  I am
     here as an employee and representative of Regency
8    Brentano, Inc.

9         I am not disqualified for a relationship of
     interest under the provisions of O.C.G.A. §9-11-28 ©.
10
          Regency Brentano, Inc. was contacted by the
11   offices of Esquire Deposition Services to provide
     court reporting services for this deposition.
12
          Regency Brentano, Inc. will not be taking this
13   deposition under any contract that is prohibited by
     O.C.G.A. §15-14-37 (a) and (b).
14
          Regency Brentano, Inc. has no exclusive contract
15   to provide reporting services with any party to the
     case, any counsel in the case, or any reporter or
16   reporting agency from whom a referral might have been
     made to cover this deposition.
17
          Regency Brentano, Inc. will charge its usual and
18   customary rates to all parties in the case, and a
     financial discount will not be given to any party to
19   this litigation.

20

21

22

23
     _____
24   MAUREEN S. KREIMER, CCR B-1379
     Date:  July 12, 2022
25



**Exhibits**

8383527 Tal
ithia.
Newsome.
EXHIBIT82
    143:6,10
    158:11

8383527 Tal
ithia.
Newsome.
EXHIBIT192
    9:23 10:2

8383527 Tal
ithia.
Newsome.
EXHIBIT193
    15:25
    16:4

8383527 Tal
ithia.
Newsome.
EXHIBIT194
    29:19,20
    33:21

8383527 Tal
ithia.
Newsome.
EXHIBIT195
    78:5,13
    96:11
    332:10

8383527 Tal
ithia.
Newsome.
EXHIBIT196
    88:18,22

8383527 Tal
ithia.
Newsome.
EXHIBIT197
    114:15,19
    127:24

8383527 Tal
ithia.
Newsome.
EXHIBIT198
    150:14
    175:25
    179:9

8383527 Tal
ithia.
Newsome.
EXHIBIT199
    159:12
    160:6
    172:13

8383527 Tal
ithia.
Newsome.
EXHIBIT200
    178:10,14

8383527 Tal
ithia.
Newsome.
EXHIBIT201
    185:25
    186:4

8383527 Tal
ithia.
Newsome.
EXHIBIT202
    207:23
    208:1

8383527 Tal
ithia.
Newsome.
EXHIBIT203
    214:18,21

8383527 Tal
ithia.
Newsome.
EXHIBIT204
    262:6

8383527 Tal
ithia.
Newsome.
EXHIBIT205
    265:3

8383527 Tal
ithia.
Newsome.
EXHIBIT206
    268:6
    281:11

8383527 Tal
ithia.
Newsome.
EXHIBIT207
    279:6

8383527 Tal
ithia.
Newsome.
EXHIBIT208
    286:2

———————————

**$**

$15,000
    235:5

$62,500
    65:3
    240:2

———————————

**(**

(a)
    148:1

———————————

**0**

000018
    89:17

000023
    78:20

000315
    114:24

000347
    150:21

000348
    153:5

000349
    154:15

000352
    176:2
    179:11

000353
    179:12

000360
    186:10

000361
    159:18

000363
    215:1

000754
    262:12

000757
    265:8

000782
    30:2

002804
    279:17

002805
    280:9,16

002812
    268:13

002813
    281:14

00358
    177:18

———————————

**1**

1
    309:10

214:11
219:24
220:3
222:7,23
223:1,7
289:3

1.4
    238:25
    242:14

10
    106:11

10:18
    33:16,18

11
    99:6
    100:8
    314:13

11-month
    77:14

116CV03088-
ELR
    6:11

12
    81:6
    93:25
    94:6
    96:22
    97:9,14,
    25 100:8
    281:22
    314:13
    315:8

12:00
    106:21

12:09
    127:17,18

12th
    6:6
    317:13
    345:24

13th
    309:10



**14**
29:22
30:17
341:24

**141,000**
238:10

**145,000**
238:4

**14th**
309:10

**15**
167:17,
20,21,24
169:9,11
173:15
194:15
296:18

**16**
71:5
281:22

**160-4-7-.15**
143:11

**1740**
69:9

**19**
18:17
268:10
277:7

**19-'20**
79:5
277:7

**192**
9:23 10:2

**193**
15:25
16:4

**194**
29:19,20
33:21

**195**
78:5,13

**96:11**
332:10

**196**
88:18,22
332:11

**197**
114:15,19
127:24

**198**
150:10,14
175:25
179:9

**199**
159:9,12
160:6
172:13

**1991**
17:20
28:5

**1997**
17:12

**1:20**
127:18,20

**1:30**
86:10

**1:45**
86:10

**1st**
286:6

———————

**2**

**2**
81:6
147:23
148:1
158:11
164:13
220:1,5
221:10
222:9,10,

**25 223:7**
289:4
317:8

**20**
25:2
29:23
78:17
103:21
167:16,
21,25
223:25
224:3
304:18

**20-**
71:5

**20-'21**
79:5
205:6
277:7,19
278:25

**200**
178:10,14

**2000**
17:13
27:25
28:5

**2001**
27:10
28:1

**2002**
25:3
27:10

**2005**
17:2

**2009**
21:21
25:3 26:7
98:25

**201**
185:25
186:4

**2010**
99:11,14

**2012**
99:21,25

**2015**
71:1

**2015-2016**
11:14

**2017**
143:12
144:8

**2019**
18:16
21:22
265:21

**202**
207:23
208:1

**2020**
18:4,17
58:3
262:10
265:7,14,
22 266:9,
16 278:24
281:25
286:6

**2020-2021**
266:13

**2021**
29:23
78:17
104:25
114:20
128:24
280:2

**2021-2022**
115:2

**2022**
6:6 16:6
26:7
60:11

**128:24**
262:10
345:24

**2023**
141:23,24

**203**
214:18,21

**204**
262:6

**205**
265:3

**206**
268:6
281:11

**207**
279:6

**208**
286:2

**20th**
223:22

**21**
154:22,24
155:8
266:18,20
304:19
305:1
332:18

**21-'22**
78:21
79:5,6,12
88:25
89:12
93:5
115:11
205:6
225:17,19
275:2
277:4,8,
13

**21-22**
279:2



TALITHIA NEWSOME
UNITED STATES vs STATE OF GEORGIA

July 12, 2022
Index: 22..9

**22**
18:3
64:16
103:22
140:12
188:2
225:15
229:7
266:21
281:24
287:18
302:1
304:22
312:20,24
332:18

**23**
62:5,18
63:7
64:4,8,
10,16
65:17
76:14
101:19,23
219:9
229:7
266:19
277:18
291:20
294:22
295:7
303:21
304:11
311:1,4
312:6,20,
25 318:5
319:21
326:20
327:8

**24**
64:16
253:16

**26**
93:18
103:19
280:2

303:14

**27th**
58:3

**28**
93:18

**29**
16:6

**2:00**
86:7,14

**2:15**
86:7,14

**2:30**
75:5

─────────

─────────
**3**
─────────

**3**
148:9
164:15
167:9
220:13,19
317:9

**30**
80:3,9
81:1
89:21
95:5
103:18,19
167:17,21
296:18

**30th**
282:18

**319**
129:1,4

**32**
93:18,19

**348**
153:17,18

**35**
81:1

**3:11**
214:11,12

**3:29**
214:12,14

**3:32**
216:14

**3:33**
216:18

─────────

─────────
**4**
─────────

**4**
93:24
147:25
168:22
223:22,25
224:3
226:21,25
227:25
228:6,17
317:9,11

**45**
85:1,20
95:5
318:15,16

**45-minute**
146:6

**4:18**
254:2,3

**4:27**
254:3,5

─────────

─────────
**5**
─────────

**5**
60:7 94:6
143:12
149:1
225:10
317:9

**50**

267:12

**511**
69:11

**5:30**
75:10

**5:50**
319:2

**5th**
310:19

─────────

─────────
**6**
─────────

**6**
52:21,23
53:4,6
149:2
317:14

**60**
93:11

**62**
93:11

**62,500**
234:25
239:23,24
240:16,24
242:6
247:18

**6:00**
75:10

**6:14**
339:13

**6:17**
339:14

**6:18**
339:14,16

**6:27**
345:24,25

**6B**
236:9,10

─────────

─────────
**7**
─────────

**7**
52:23
149:10
317:11

**70**
219:25

**72,000**
241:12

**75,000**
241:12

**7:50**
87:24

**7th**
60:8

─────────

─────────
**8**
─────────

**8**
317:14

**80**
220:7,14
221:11

**8110-11000**
128:5

**82**
143:6,10
158:11

**8:00**
86:6

**8:15**
87:24

**8:30**
88:1

─────────

─────────
**9**
─────────

**9**



317:13

**90**
8:17 61:3
239:10

**95**
239:11

**9:16**
6:11

**9:45**
33:15

**9:46**
33:15,16

**9th**
67:19

_____

**A**
_____

**a.m.**
33:15,16,
18

**ability**
111:4,20,
22
136:23,24
184:23
195:19
293:25

**abreast**
29:1

**absence**
105:14

**absent**
102:23

**absolutely**
46:17
58:23
70:22
83:16
104:4
114:2
134:20

149:14
161:21
195:17
198:16
217:4
237:7
292:2
308:12
333:16
342:8

**academic**
250:13
251:8,11
264:20
288:21
289:18
292:1,16
293:3

**academically**
293:24
319:12
344:19,23

**academics**
250:16
290:3,14,
24
292:11,24

**Academy**
59:20

**accept**
82:19
278:12

**accepts**
110:16

**access**
12:2,8
23:13,20,
21 30:7
36:22
108:3
125:12,18
187:11
212:3,7,8

237:8
271:14
273:23
293:25
301:4
313:19
322:22
324:2
332:9
335:14

**accessing**
59:5
287:11

**accommodating**
330:15

**account**
10:17
307:18

**accountability**
53:8
249:5,14
291:5,16
335:21

**accounting**
39:5

**accounts**
90:8

**accurate**
16:11
24:13
26:16
80:6,8
93:25
97:15
98:14
106:2
226:6
315:14,
18,19

**achievement**
75:21,22

164:25

**acronym**
14:11,15,
19 15:12
288:13

**acronyms**
14:8

**act**
222:3
230:15
248:4,5

**action**
10:3
172:19,23
182:1
220:20
246:22

**actions**
246:23,24
275:17

**active**
46:15
58:6,9

**activities**
19:6
74:13
75:7
104:13,18
229:9
252:7
326:4
332:16,22
333:22

**activity**
74:25
276:13
298:14

**actual**
52:23
106:11
171:8
189:23
229:9

**Adams**
138:22

**adaptive**
210:5

**add**
45:16
54:19
149:16,
18,24
302:4

**add-on**
17:9,12

**added**
53:22
63:13
81:13
161:16
225:21
294:22

**adding**
296:24

**addition**
44:13
51:1
101:7
125:18
156:20
237:24
255:13
271:7
289:5
315:24

**additional**
32:19,20
40:17
48:15
53:22
59:10
64:15,20
65:4,8
75:1
81:10
90:24
119:7



131:25
146:2
157:9
173:7,16,
23  176:17
190:3
195:19
198:22
203:14
225:12
226:7
234:17,
18,19,21
235:6
236:24
240:3,9,
15,16,21,
24  242:8
243:12
248:5
252:12
269:7
272:11,14
296:25
297:23
298:3
299:12
301:3
331:4
344:25
345:2

**additions**
149:17

**address**
20:15
47:13
54:3  71:3
163:15
165:15
173:17
276:10
284:12
299:1
302:10
313:2,18
314:1

344:13,24

**addressed**
86:1
172:17,21
210:11
266:7
312:11

**addressing**
313:18
344:15

**adjusting**
315:4,5

**adjustments**
37:17
39:13
163:21,24

**admin**
77:19
215:23
216:2
239:9
255:25
256:10
291:10

**administrat
ive**
18:13
19:4,5,
20,25
21:3
32:12
51:22
122:14,19
131:15
132:1
291:10
335:19

**administrat
ors**
22:6
31:15
32:1
33:23
34:19

50:19,20

**admission**
147:15
195:13

**admissions**
181:16

**admit**
181:4

**admitted**
182:7
185:12
196:5,7,
16

**admitting**
162:14
168:19

**Adolescent**
279:11

**adopted**
257:14
325:21

**adult**
223:8

**adults**
299:20

**advance**
306:17

**advantage**
274:6,8
285:10

**advertised**
108:16

**advisory**
57:9

**advocated**
242:3

**affect**
106:8

**affirmative**
21:11,14

27:8
29:24
30:19,23
31:1,17
34:20,24
38:10,12
40:24
45:17
46:9,14
47:6
50:4,25
53:13
56:3,8
58:11
59:15
60:10
62:13
66:4,22
69:5
71:21
73:11
80:5,19
83:3
85:21
89:2,7
93:7
94:16
96:12
97:6
98:6,12
99:1,9,
12,15,22
102:14
103:24
105:7
107:13
109:1,7
112:17
114:21,25
115:9
116:1,21
117:7
120:24
122:1
123:12,
16,20
128:6

130:7
132:19
138:21
139:25
142:4,20
143:13
148:2,11
150:18
153:23
154:16,19
156:5
158:1,13,
20,25
159:16,19
161:23
164:17
166:6,23
167:11
168:15,25
170:8
171:10,19
174:23
179:8,15
185:13
186:6
187:16
188:16
193:6
194:8
195:8
198:12
202:16
209:6,11
218:8
219:6
220:8
222:11,24
223:14,18
224:13
225:24
226:1,5,
12,16,18
234:6,24
235:3
237:18
238:6,13
240:12



241:24
242:7
243:16
245:22
246:5
248:21
252:24
254:22
260:2,13,
20
262:11,13
265:9,11,
15 266:10
267:25
268:11
269:1
270:4
271:15
272:21
274:5,11,
21,23
275:19,22
277:6
278:5
279:12,16
280:4,13
281:13,23
282:1
284:22
286:11,
21,23
287:23
288:14
293:10
294:7
298:6
301:18
305:5
306:6
310:20
314:6,9
316:17
319:7,23
321:24
323:24
324:22
325:14

328:16
332:12
334:12
335:25
337:23
338:8,14,
25

**affirmative
ly**
121:11

**afforded**
284:13

**after-
school**
76:4

**age**
82:1
147:10
155:8
256:6
324:1
325:2

**aged**
155:6

**agencies**
32:14
34:7 35:3
47:17
49:19
65:9
66:24
67:2
149:21
150:25
152:9
175:3
249:13
252:9
257:12
269:16
270:7
275:18
276:5,9
284:3

296:22
299:14

**agency**
14:17,21
31:7 34:6
131:20
135:25
136:1
179:13,22
270:17
274:13
299:15

**agenda**
32:8
35:13
36:1
43:17
60:19

**agent**
36:11,15
37:14

**agents**
283:25

**ages**
148:7
154:22,24
316:24

**aggression**
221:4,19

**agree**
89:21
113:14
271:23

**agreed**
9:18

**agreement**
253:5,23
278:21,25
279:10,
21,22
280:1
321:12
345:22

**agreements**
277:25

**ahead**
56:23
108:7
117:1
200:4
233:5
244:8
313:7

**Alabama**
26:22
27:4 28:3

**alert**
108:1

**alerting**
308:7

**Alexander**
35:23
54:11,17

**Alexander's**
36:2
54:12

**ALG**
270:15

**align**
160:1,6

**aligned**
44:18
53:7
152:19
181:13
262:22
264:5,7

**Allen**
52:17
53:14
338:11

**Allen's**
53:14

**allocations**

235:25

**allotted**
238:8

**allowable**
247:16
248:8
252:2

**allowed**
234:18
240:20
280:16,
18,22
281:6

**alongside**
15:20

**alternative**
53:1
75:23
76:11,22
113:14
125:13
134:11
264:25

**amount**
24:19
136:11
211:24
248:7
251:14
282:7
319:6

**analyses**
281:19

**analysis**
49:17

**and/or**
83:25
158:18
168:24
169:3
237:13
341:3



Andrea
  7:2,15
  78:6
  318:23

anecdotal
  165:1

announce
  6:19,20

announced
  62:20

annual
  38:19
  174:4,6
  314:22
  335:21

annually
  182:15,18
  259:18,
  20,24
  292:13
  314:23
  341:5

answering
  8:11 9:5
  145:9
  158:5

answers
  7:23
  310:12

anticipate
  9:3 80:20
  92:2
  141:12
  215:20

AP
  332:2

APEX
  284:8,10,
  11,23
  285:5,18
  286:7,19
  287:4,8

288:9

apologies
  127:16

apologize
  78:11
  197:6
  320:14

apparently
  153:9

appeal
  221:15,
  17,24,25
  222:5

appeals
  222:4

appearance
  100:17

appears
  80:2 81:5
  82:5
  92:14
  94:14,21
  115:17
  128:3,18
  133:9
  219:20

applicable
  138:20

applicants
  109:3,12,
  14 135:18

application
  41:3,21,
  25 42:17
  44:3
  45:20,23
  46:7 51:4
  243:18
  244:4
  245:5

applied
  43:24

108:5
109:12

applies
  108:25
  200:25

apply
  86:19
  109:3
  149:12
  238:15,17
  242:15,16
  247:2,4
  320:24,25
  322:14

appointment
  102:21
  104:14

appreciatio
n
  329:23

approval
  195:14,15
  210:14
  241:19
  246:17

approve
  111:20
  182:24
  195:20,21
  244:7,13

approved
  42:10
  238:21
  244:9,10
  247:11
  321:10

approximate
ly
  25:19,25
  80:3
  89:21
  103:21
  204:7

238:23
241:11

April
  212:25
  231:22
  337:5,7

area
  17:8 32:8
  34:9
  35:24
  36:6
  38:8,9
  39:25
  52:21,23
  53:4,6,17
  90:19
  113:14,16
  134:24
  135:8
  155:18
  156:21
  172:1,4
  175:18
  183:9,10
  202:6
  207:18,20
  245:4
  249:25
  251:7
  264:22
  266:3
  294:22
  327:1
  335:5
  341:13
  344:14

areas
  36:1
  52:22
  59:4,7
  73:3
  76:16
  86:19
  101:18
  157:7

172:16
173:17
175:18
183:7
198:9
205:3
209:25
219:18
245:4
249:3,5
251:6
255:12
257:5
258:2,6
262:25
263:14,
15,25
264:15,16
265:25
266:1,2,
4,6 267:8
300:11
313:15
317:25
325:12
334:22
344:18,24

arrangement
s
  271:8,9
  287:15
  313:2

arrive
  95:17,18

arriving
  87:20,21

art
  324:6
  329:23
  331:9,10

articles
  13:19

arts
  276:15



as-needed
  21:3
  125:4,6
asks
  30:17
assessment
  136:16
  148:20
  160:10
  163:9,12
  164:8
  165:19,22
  173:4
  183:21
  188:8
  189:13
  202:25
  203:2
  263:21,25
  335:24
assessments
  136:10
  164:25
  179:13
  185:7
  243:5
  290:10
assigned
  24:10,11
  26:11,16
  38:17
  84:8
  107:23
  117:18
  123:3,7,
  23 125:5,
  17,23,24
  126:3
  222:14
  244:11
  245:3,4
  316:10
assist
  11:20

18:25
assistance
  22:10
  48:8 49:3
  144:9,19
  145:2
  146:21
  164:10,11
  205:2
  273:12,21
  274:15,18
  297:19
assistant
  18:13
  39:6
  52:20
  53:16
  122:14,20
  131:15
  132:1
assistants
  255:25
assisting
  27:14
assume
  161:17
assuming
  222:16
  247:10
  315:13
assurances
  64:4
assured
  306:22
Atlanta
  43:23
attach
  34:13
attached
  6:4
attachments

335:6
attempt
  12:12
attempted
  172:22
attend
  43:23
  47:11
  84:24
  102:6,10
  149:19
attendance
  102:6,8,
  12,17
  103:8,16
  104:1,17,
  21 105:8
  106:4,7,8
  237:1
  328:3,5
attended
  19:8
  60:23,24
  94:22
attending
  21:1
  27:17
  28:25
  77:8
  84:18
attention
  46:23
  71:17
  312:7
attorney
  6:24,25
  7:2,4
  8:10,15
  306:8
attorneys
  6:18
  13:8,9

audit
  239:15
August
  21:21
  25:2,3
  27:10,25
  28:5
  29:23
  78:17
  104:25
  114:20
  133:7
  225:20
Augusta
  6:9 32:14
  69:9
  213:17,
  19,20,22
autism
  82:4,6,16
  156:18
  197:23
automatic
  202:11
automatical
ly
  105:17
  202:7
  223:23
  238:16
  261:8
autonomy
  109:13
average
  103:16
  104:1
avoid
  9:2
award
  219:16
aware
  11:4

38:22
46:20
63:17
70:18
100:13,
15,18
127:6
176:25
249:24
307:14
322:1
343:9

_____

B

Babies
  81:22
bachelor's
  113:9
back
  12:6
  20:21,24
  28:8
  33:17
  35:16
  39:12,13
  41:3
  44:16
  45:3,6
  46:3 49:8
  51:21
  54:11,21
  56:6
  63:21
  64:22
  73:14
  77:17,25
  96:11
  97:12,16
  98:9,10
  100:5,14
  101:22
  108:15
  113:15
  141:15



142:5
147:20
154:4
158:7
162:10
163:20
165:14
167:18,19
168:3,9
170:10
173:1,7
175:5,15,
16,18,20,
22,24
177:16,18
179:6,9
183:11
184:6,10
185:2
195:2
206:2
209:3
214:13
216:17
217:16,
21,22
218:11
220:21,
23,24
221:7,24
222:5,8
223:24
224:2,4
227:8
228:15
230:2,8,
11,21
231:8,22
232:8,9,
10,24,25
233:5,6,
11,16,25
237:19
238:11
242:17
244:14
247:9,22

250:25
254:4,25
263:9,17
264:18,24
272:12
275:23
281:11,24
282:8
287:17
288:1,4,
5,11
290:2,19
293:25
294:3,4
295:9
303:14
304:5,25
312:15
313:3
315:4,5,
12,16
323:25
325:25
327:7
328:18
332:10
333:6
336:15
338:23
339:15
340:6,15,
18

**background**
16:14
113:2
136:9
137:4
200:16

**barn**
85:5,12,
13 95:8

**Barnes**
52:16,20
53:12,19,
21 338:10

**base**
75:12
177:3

**based**
12:16,17
15:5
80:2,15
81:7
82:24
84:9,12
86:4
97:19
99:3
100:19
119:21
122:2
126:21
147:3
154:21
158:24
163:8,11
167:20
199:24
201:20
251:3
276:8
283:24
288:24
289:8
290:19
296:22
317:18

**basic**
72:17
235:12

**basically**
13:12
21:3 24:4
31:3
38:22
42:4 43:2
51:17
61:16
72:25
122:7

145:5
175:7
189:8
191:14
203:12
218:10
246:12
299:18

**basis**
20:3
101:14
105:21
152:12
156:6
169:8
232:6
283:25

**Bates**
178:17,
18,20
208:5

**bathroom**
310:10

**battery**
33:8

**began**
151:6

**begin**
88:1

**beginning**
56:23
102:17,18
220:23
232:11
254:18
255:2,7
277:18
301:6
325:18
340:6
342:15

**behalf**
61:5

190:22
279:14

**behavior**
49:16,17
90:16,18
91:14,19
105:6,11,
17 148:20
156:20
160:10
163:7,9,
10,12,13,
14,17
164:7
165:7,17,
22,23,24
172:2
173:4
184:1
187:19
188:8,9
189:13,14
202:25
203:1,2
204:18,21
205:2
206:22
209:4,21
210:14,18
212:7,21
221:13
243:5
250:8,17,
25 290:1,
2,24
292:11
294:5,9
296:15
297:21
298:8
316:7
344:10

**behavioral**
15:9,14,
19 51:24
67:3



90:12,20,
23 91:11
124:7,15
126:20
156:4
157:21
158:18
163:15
165:19
201:21
202:1
206:8
210:10
270:12

**behaviors**
156:12
166:11
170:11
183:22
215:7,9
219:11,
13,18
220:17,25

**belatedly**
288:6

**bell**
86:5

**benchmark**
183:20
185:6

**beneficial**
282:22

**benefit**
158:24
180:25
269:10

**big**
41:23
42:16
67:17
238:13,14
302:1

**biggest**

72:17
249:25
257:7

**birth**
78:25
89:6
185:3

**bit**
68:25
74:19
90:4
101:23
108:15
146:8
155:24
208:11
209:17
216:11
234:8
243:14
256:4
275:24

**blank**
280:20

**blast**
46:21

**blended**
318:20
320:10

**board**
6:2,9 7:1
18:8
21:16
25:6 33:6
35:6
47:3,7
66:15
73:15
90:4
94:11
95:19,24
108:17
162:4
176:9

180:1,14
197:17,18
229:20
242:4
270:10
279:13
292:3
306:8
337:25

**body**
47:8,9

**book**
103:1,2
269:15

**bookkeeper**
122:9
130:24
255:24

**bother**
320:8

**bottom**
29:25
89:16
97:24
149:1
153:5,18
154:15
176:1
186:8
223:15
275:16
312:13

**bound**
181:3,12,
14 318:11
319:5
321:1

**Bowden**
6:23 33:7
106:19,22
114:10
127:10,12
153:12
171:13

197:3
214:8
227:7,15
248:11,13
253:25
305:9
321:17,
20,24
322:10
339:9
342:22
343:1
345:12,16

**box**
176:19

**brainstorm**
57:11

**break**
8:9,12,
16,17
106:18
114:11
119:16
127:10,
11,22
214:7,9
248:11,
12,19
253:18
254:8
305:9
337:4,7

**breakfast**
87:25
219:1
237:13,16

**breaks**
93:15

**brevity**
14:9

**briefly**
216:14
305:13

**bring**
121:18
166:12
170:16
264:17

**bringing**
152:16
154:11
250:5

**Brittany**
68:15

**brochures**
297:16

**brought**
71:16
73:8
305:16
326:11

**Brown**
325:20

**brush**
306:12

**bucket**
44:23

**bucks**
218:20
219:10,16

**budget**
22:8
37:17
38:19
39:15,19
40:15
41:7,11,
13,23
42:10,16
44:7,11,
12,14
62:20
63:3,16
182:24
244:9,10,
11,12,20



245:1,2

budgeting
38:24
48:9
56:14
61:14

budgets
50:24
122:10
252:4,5

build
232:6

building
71:5
219:12
298:15
312:16
313:5
344:11

buildings
125:24

bullet
153:19
164:13
167:8
169:1
172:13
174:18

Burke
69:18
70:5

bus
85:2,3,5,
12,13,19
88:8
95:1,7,8,
13,20,24
121:7
219:15
294:15

busses
20:11
86:14

87:20,21
95:4,17
237:2

buy
240:24

——————————

——————————
C
——————————

cafeteria
76:15
77:6
222:14,
16,18,20
223:4

caffeine
248:14,15

calculation
194:10
235:17

calculation
s
105:24

Caleb
124:4,5

calendar
56:22
167:22
259:4

calendars
88:5
189:10

call
20:19
203:8
271:16
272:7
291:9
327:21,23

called
26:10
36:9
67:13

108:4,25
146:21
148:9,13
162:18
250:14
252:17
274:10
290:22
323:7
328:1

calls
308:12

calm
65:14

campus
103:3,12
105:15
273:15

campuses
73:3

cancelled
56:22
309:12
333:25
334:2

candidate
110:14

candidates
108:6

Canvas
322:20

capacity
22:23
24:3 25:9
26:9 56:2
65:2
144:16
170:16
198:3,10

capture
27:5

capturing
67:18

care
275:17,24
276:10,18
278:1
280:19,22
281:7
298:18
299:23,25
300:4

careers
100:10

CARES
248:4,5

Carolina
136:14
137:1

carried
277:23

carry
24:8

case
10:21
11:23,24
12:24
13:20,23
83:22,23
87:11
108:23
176:20
177:6
184:2
322:9

cases
111:17
300:19

catch
95:13

categories
155:13
236:3,6

304:14

category
156:3
260:12

caught
63:25

caused
222:3

celebration
223:21
326:10

center
20:14
34:2 70:2
71:3
73:25
74:8
75:22
76:11,22,
24,25
77:22
84:15
85:9,11
188:1
219:14
243:1

Centers
14:23
69:3
332:3

central
22:24
95:8

centralized
71:11

ceremony
329:1,6,8

certificate
132:22
133:3,4,
11,17,24
134:4,7,



16 137:13
138:3,13,
17,19,25
139:12
185:3
328:3,4

certificates
137:24
138:5,10

certification
17:9,12
132:8,11,
15 134:17
135:4,6,
7,12,14,
19 136:5,
20
137:12,
21,23
139:6,9
140:6,22
321:11

certification's
210:1

certifications
209:25

certified
49:15
107:24
134:19,22
135:4
136:22,
24,25
137:9,20
139:17
140:2
142:6,8,
17,22
340:4,9,
11

chain
72:9,14

chaired
19:8

chairperson
27:1

challenge
158:19

challenges
225:3
300:13

chance
253:2
284:4
326:8

change
71:7
80:21,23
81:2
86:17
87:3 90:8
92:6
151:15
223:9
238:14
250:18
267:19
302:4
307:16
313:12
326:22

changed
20:6 71:1
90:2
209:18
280:5
307:18
322:7

changing
92:3
231:25

characteristics
156:3
344:9

chart
93:5
133:20
186:5
222:21
223:15

charts
167:4

check
20:10,12
75:11
97:13
113:10
166:16,17
182:14
184:9
263:17,18
288:1
290:7

check-in
166:15
232:22
303:3

check-ins
295:20
302:15,16

check-ins/
check-outs
302:21

check-out
166:15

check-outs
302:16,17
303:3

checkbox
176:19
183:25

checked

183:14,
21,22
184:1
185:10
291:22,23

checklist
176:1,3,
7,8
179:10
183:11
254:15

checks
73:7
108:11
291:8

CHIDS
275:21

child
20:17
82:1
97:14
111:11
151:23,24
152:10,
11,12
153:2
157:21
163:25
166:16
168:5
169:7,11,
17
170:13,
15,16,20
173:14,
17,21
176:25
178:5
179:17
180:16
184:20
190:2
191:11,
21,22
192:22,25

196:11
197:10,23
199:23,24
200:8,17
201:3,11,
16,17
211:1
212:20,22
220:22
229:10,25
230:2,6,
11 232:5
271:17
276:14,17
279:10
290:13,15
296:4,5,6
299:11
344:16

child's
136:15
173:13,19
185:4
191:24
200:2,10
201:9
206:14,16
250:16,22
299:13

child-
specific
111:12

Childhood
17:19

children
15:18,21
59:5
63:19
81:19
218:16
230:14

children's
101:10

circle



46:3
142:5
175:5
209:3
307:11
323:25

**circles**
172:7
302:14
303:2,9,
10  307:10

**circumstanc
es**
111:9
168:24
212:13

**civil**
10:3
11:25

**clarificati
on**
78:18
141:18
191:9
213:10
298:4

**clarify**
37:20
96:3
97:10,16
126:11
130:20
149:23
170:3
196:13

**clarifying**
139:24
343:5

**class**
90:18
192:23
206:9
210:12
212:21

213:21
214:3
230:23
296:8
302:7
307:17
331:10,11

**classes**
51:24
74:12
75:8
76:12,13
90:12,17,
23  91:11,
14,20
105:3
121:19
156:11
209:4,8
210:14,
15,16,19,
21  211:17
228:7,18
233:3
291:11
317:11
326:22
331:23

**classified**
107:25

**classroom**
49:18
120:5
192:1
217:2,10,
20  219:14
278:9
283:18
291:14
294:15
296:7
299:2,3,
11  316:6,
22,24
318:7

323:14
325:6
344:13

**classrooms**
28:22
29:15
73:24
121:17
294:17
312:21
317:3

**clay**
331:15

**clear**
36:10
64:7
109:19
137:11
139:13
142:6
240:14
243:17
247:20
254:9

**clearer**
295:25

**Cleveland**
55:3,6
56:7
58:21
61:10,25
145:11
244:19
257:1
258:14
259:1
260:15
287:7
292:18
308:20
311:20
335:18

**clicked**
145:5

**clinical**
280:19,22

**close**
104:17,
23,25
105:3
152:22
323:12,13

**closed**
279:1
323:12

**closely**
59:9
67:11
253:3
302:5

**closing**
44:12
92:9

**co-teaching**
169:17

**coaching**
204:2,9,
18

**Coastal**
59:19,20

**code**
128:4,8
130:9,13
131:4

**coded**
105:10

**codes**
128:2
130:5

**cognitive**
210:2
273:8
328:13

**cohort**
328:20

**collaborate**
249:12

**collaborati
ng**
149:20
183:5

**collaborati
on**
28:17
249:16
257:8
275:18

**collaborati
ve**
57:14
66:19
169:16

**collect**
24:14
92:10
163:16
165:14
250:10,16
341:4

**collected**
84:3
163:11
203:11

**collecting**
26:15
290:5
334:17

**collective**
47:8,9

**collects**
102:24

**college**
17:15
273:2,15
279:10

**colleges**
47:16



coloring
  218:20

Columbia
  70:6,17,
  20

column
  31:14
  79:1 81:4
  82:2
  83:21
  93:21,23
  94:14,20
  96:15
  98:23
  100:21
  128:1
  132:6,8
  199:1
  272:18

columns
  78:23
  83:2 89:4

combination
  35:2
  283:16

comfortable
  98:13,15
  230:13
  271:11

command
  72:10,15

comments
  33:10
  61:20
  78:8
  103:14
  120:19
  127:14
  197:7
  216:16
  253:21
  318:25

commission

112:15
114:7
135:17,20
136:3,7

Commission'
s
  113:25

committed
  141:20

committee
  66:6,8
  190:1

common
  81:16

commonly
  11:4

communicate
  218:13

communicati
ng
  28:19
  44:10
  183:5
  343:21

communicati
on
  31:8 72:6
  101:25
  308:6
  311:19
  337:24

communicati
ons
  31:11
  56:10
  308:22

community
  32:13
  67:4 73:3
  74:2,3,24
  151:24
  152:6

252:16
264:18
269:2
270:7,10,
13,21
276:6
278:1

community-
type
  76:16

comp
  164:14

comparable
  80:10,12
  88:6

compare
  88:3
  239:1

compared
  207:12
  320:2
  323:21

comparing
  226:24

complaining
  297:13

complements
  209:9

complete
  7:23 8:6
  135:19
  136:12
  145:20
  184:18
  243:23
  244:9
  255:10
  291:17
  301:9
  335:4

completed
  44:4 46:6

100:25
134:9
137:22
140:13,14
153:21
163:7
164:14
173:6
176:19
180:17
184:13
188:15
191:16,17
202:9

completely
  104:23

completes
  245:5

completing
  45:19
  121:13

compliance
  22:12,14
  148:16
  181:25
  183:10
  258:11

compliant
  258:21

component
  314:4,7

components
  184:24
  255:6
  292:1

comprehensi
ve
  150:2
  153:2
  155:25
  158:16
  164:14
  165:3

253:15
335:23

computer-
based
  331:24

computers
  322:22

concern
  63:12
  72:23
  100:24
  101:1

concerned
  63:18

concerns
  46:25
  47:14
  48:13
  51:18
  54:3,5
  56:12
  61:13,14
  62:5,17,
  19,22
  63:1,5
  71:15,16,
  23 72:1,
  3,9,11,
  14,22
  73:9
  75:13
  102:2
  198:13
  225:4
  263:7,8
  311:2
  312:9
  336:8
  343:23

conclude
  161:5,8
  345:22

concluded
  345:25



concrete
  217:21

condition
  72:1

conditions
  15:19
  225:8
  248:2

conduct
  110:10
  165:21
  173:4
  192:8,14
  203:1

conducted
  40:2
  73:12
  165:20

conducting
  28:21
  164:7
  192:21
  202:25

conducts
  192:10

conferring
  127:9
  197:3

Confidential
  178:15

confidentiality
  79:1 89:6

confirm
  97:13
  173:25
  174:11
  238:11
  280:14
  324:1
  332:13

connected
  262:18
  299:23

connection
  10:25
  13:23
  36:15
  39:21
  44:20,21
  176:6
  246:17
  260:4
  272:16
  282:3
  297:12
  301:21
  310:6
  333:20
  336:20
  341:14

Connections
  214:3

consecutive
  219:21,25
  220:14
  221:6,11

consequences
  181:15,18
  182:3
  215:8
  217:25
  295:2

consideration
  20:19
  23:1 24:5
  27:15,17
  82:13
  91:19
  92:13
  101:21
  148:10,
  15,22

150:5,15
151:1
152:20
153:7
159:3,14
160:6
161:14
162:9
175:23
176:20
178:24
179:7
180:9,17
181:9
183:12
185:14
188:23
189:1,19
192:24
200:20
210:20
213:1
224:4
228:2,7

considerational
  90:25

considerations
  164:3
  172:20
  184:19
  185:1

considered
  23:7 70:2
  110:15
  112:9
  114:4
  143:24
  155:19
  162:25
  167:15
  169:3,25
  170:6
  176:25

190:3
191:12,23
193:1,5
199:19
201:17
205:2
211:9,14,
  15 224:11
226:15
231:15
257:20

consistency
  282:14

consistent
  82:7 90:1
  94:17,20
  103:25
  149:6
  158:10
  159:3
  162:8
  176:13
  178:6
  181:17
  227:24
  231:20
  232:4
  239:4
  241:7
  259:7
  266:23
  280:7
  282:8

consistently
  92:12
  259:6

consolidated
  41:3,20,
  25 42:16
  44:3
  45:19,22
  46:7 51:4
  182:17

243:18

constantly
  109:11

construction
  71:9
  331:14

consult
  40:17
  109:8
  113:24
  230:17
  231:6
  336:2,5

consultant
  27:6,12,
  18,20

consultants
  26:11

consultation
  202:14,
  20,21
  205:7,12
  206:6,10,
  25 208:3

consultative
  169:8,9,
  11,16
  173:15

contact
  54:6,18,
  22 56:11
  67:23,25
  68:8,11,
  19,21
  84:1
  107:22
  177:23
  178:4
  184:11
  200:7



202:23
204:17
270:22
272:6,8
277:16
287:12
299:15
327:2

contacted
201:11
204:14
287:13
309:8

contained
89:18
179:14

content
59:7
135:8

context
172:10

continue
63:20
65:16,19
96:13
163:19
231:3
326:15

continued
212:22
285:13,22

continues
149:9

continuing
186:16

continuum
157:3,20
169:2,5,
15,18,24
173:18

contract
302:7,8

321:5,6

contracted
131:16
240:5
270:9

contracting
131:20

contracts
267:23
277:25
302:6

control
35:6
47:3,7,19
63:15
222:2
283:1,9

convene
200:13

conversation
216:24
248:24
313:4,9

conversations
228:8
306:15,20
308:1,17

conveyed
79:22

Cook
137:22
138:4

coordinate
56:13
271:19

coordinated
243:9

coordinates
42:19,20

coordinating
26:2
270:24
275:9,10

coordination
275:12

coordinator
18:22
19:15,23
21:4,6
24:1,7,25
25:9
27:4,19,
22 52:6
87:9
107:9,11,
23,24
108:9,11
109:18,
20,21,22
110:7
117:15
120:15
130:17
141:3,6
144:17
165:7
185:21,22
189:3
190:6,11,
12,13,15,
16,20
191:1,7
192:12,19
193:12
195:5,7,
10 203:22
205:10
206:13
324:21

coordinator's
141:1

coordinators
77:19
98:18
108:7
109:12,23
110:2
117:17
119:2,18
162:4
193:11
204:5
216:5
239:10
245:9
291:19

copies
292:10

copy
6:3 16:4,
11 29:21
103:7
143:10,16
185:3

core
326:23

correct
10:19
17:23,24
25:6 27:7
28:1,2,6
31:11,23
33:24,25
50:16
55:18
57:21
69:4
73:19,20
76:23
79:10,16
80:17
81:6 82:3
83:4,7
89:10
94:1,24

96:22
97:8,12
100:11
105:23
110:9
115:6,15,
19,20
117:18,19
118:19
119:4
121:8
124:24
126:16
129:24
130:2,16,
22 133:6,
11,19,25
139:18,23
143:16,18
144:25
154:23
162:20
164:5
171:23
174:14
177:5
180:12
187:15
189:5,6
190:17,19
199:13
219:22,23
220:14,15
221:8
222:10
242:13
246:23
266:9
305:17
306:5
313:8,25
314:5
317:4
324:10,
11,14
332:16,19
344:22



correction
    41:4

corrective
    182:1
    246:22

correctly
    158:5

corresponde
d
    21:2
    309:11

corresponde
nce
    309:3

corresponde
nces
    54:10

cost
    40:13
    248:8,9

costs
    239:15,16
    252:3

counsel
    7:9 9:16
    13:5 16:6
    33:12

counseling
    75:7
    269:8
    274:13,14
    283:10,11

counselor
    116:3
    117:15
    118:10,
    13,17
    130:8
    133:14,16
    136:19
    138:15
    203:24

216:5
239:20
240:10
245:8
283:21,22
295:17
296:20
299:13
301:1

counselors
    114:6
    212:5,7
    255:24
    269:22
    291:20

count
    105:8
    106:11,12
    121:3

counted
    104:19
    105:11
    121:1

counties
    53:5
    69:12,22,
    25 70:9
    83:10,13
    124:19
    153:9,25
    321:4

counting
    105:25
    120:3

county
    6:9,24
    7:1 18:8
    21:16,24
    25:6
    26:21
    27:7,25
    36:11
    37:13
    51:14

53:7,9
69:8,18,
23,24
70:5,6,17
71:8
75:22
83:6
84:13
86:13
90:11
91:11,12
92:3
94:22
95:2,9,12
104:19
109:21
110:20,21
111:6,8
116:22,24
117:2,24
118:21
119:10
122:3,13
124:19
125:19
126:19
128:10
129:18,20
131:13
153:6,20
165:6
194:18,20
197:22
209:5,14
210:13
262:21
263:1,6
269:20
271:7
275:7
279:13,14
284:15
285:1
286:22
287:14
321:23
322:21

323:5
324:21
338:13

couple
    73:24
    202:24
    205:15
    233:24
    252:11
    326:1

courses
    102:23
    229:10
    331:6
    332:2

court
    6:2,3,10,
    13,22
    8:20 9:21
    15:24
    29:18
    78:4
    88:17
    96:8
    114:13
    143:5
    150:8
    159:8
    178:9
    185:23
    207:22
    214:16
    262:4
    265:2
    268:4
    279:4
    286:1

cover
    53:4
    145:12
    153:16
    232:1
    250:25

covered

36:1
117:16

covering
    118:13
    198:9
    235:10
    262:24

covers
    52:22
    53:18
    84:20
    242:8
    265:14

COVID
    43:21
    45:2 59:3
    60:16
    72:23
    73:15
    92:14
    104:5,6,
    9,16,23
    193:16
    194:3,4
    225:5,7
    235:4,7
    257:11
    264:18
    325:25
    334:1

create
    30:11
    161:9,12,
    13

created
    30:12,13
    79:19
    98:16
    107:21
    151:2,5
    157:25
    160:19,20
    161:17
    176:11



186:20
187:2,4
251:20
254:10
265:20
279:21
341:24

creates
77:18

creating
151:4
164:8
263:20
335:20

creation
176:7,8

credentials
109:17

criminal
74:25
113:10

crisis
65:12
170:14,
15,17
201:25
202:2
253:11
271:13,17
272:2
283:2
298:10,15
344:16

criteria
82:13,18
91:16
155:20
157:1
159:1
181:16
182:24
209:18
211:19
228:21,24

229:2
247:17
322:13

cross-
function
245:16,21

cross-
functional
245:22
246:25

crying
326:5

CSRA
36:9

curious
55:19

current
18:12
28:8
113:6
155:8
160:14,16
164:24
168:23
173:13
298:8

curriculum
12:8 59:2
210:4,5
301:5
317:16,22

custodial
72:23,24
123:17
125:16

custodian
125:20

custodians
125:19

cut
73:2
101:17

cuts
278:13

cycle
221:14
246:1
253:17

───────────

        D

───────────

daily
101:9
103:16
300:24
315:1

dances
333:14

dangerous
298:14

data
24:14
26:13,14
29:8 84:2
92:11
101:13
102:24
145:15
151:25
163:11,17
165:14
167:4
168:4
180:3
183:21
188:6,9
203:10
206:21
250:10,16
290:6
313:25
314:5,23
315:11,20
319:10
334:17
335:9,12,

18 341:4,
6,10

date
6:6 11:15
78:25
89:5
98:23
241:20
308:11

dated
29:23
78:16
286:6

dates
100:3
167:5
256:17

day
11:8
12:17
13:4 20:7
43:20
74:9 75:4
86:9
87:14,17
88:3,6,9
95:14,17
96:6
102:6,9,
13,15,18,
19
104:12,15
105:12
110:6
166:16
170:1
197:24
212:6
218:12,
22,25
219:3
220:16
221:12
223:22,25
224:3

230:11
232:13,
15,16
233:2,9,
10 234:1,
3,5
291:11
300:17,19
302:24,25
303:12,25
309:24,25
314:24
318:13
320:7
325:7
326:7,11
329:9
333:2,8
344:7
345:1

day-to-day
20:3

days
104:2
106:11,16
167:16,
17,22,24,
25
219:22,25
220:14,24
221:6,11
300:3
307:12
318:14,
19,20,21
322:5

DBHDD
67:24

DCH
68:22

de-
escalation
339:25
340:23



344:17

deadlines
  252:4

deal
  57:11
  344:16,20

dealing
  283:6

Debbie
  35:23

December
  19:2
  105:2
  286:6

decentraliz
ed
  71:10

decided
  12:12
  70:13
  206:7
  211:11
  232:10
  256:5
  259:19
  261:20,24

decides
  283:14

decision
  47:10
  152:17
  184:7
  195:17,
  19,20
  197:25
  229:14
  336:13

decisions
  13:19
  39:20
  110:12
  152:1,3

decline
  196:25
  197:1

decrease
  92:7,21

deemed
  156:13

deficiencie
s
  263:22
  264:8

deficient
  313:7,11

deficit
  317:24

define
  170:9
  181:18
  288:17,18

defined
  168:11,13

definite
  320:14

definition
  47:9

degree
  16:22,24
  17:6
  113:15

degrees
  17:4

delays
  300:11

deliver
  340:6

delivered
  174:20
  175:10

demographic
  334:25

demonstrate
  167:12

demonstrate
d
  258:3

demonstrati
ng
  90:22
  219:17
  293:23

denied
  332:9

denoted
  180:18

department
  14:13
  34:10
  37:22
  38:7,11,
  14 39:24
  41:17
  42:23
  55:1,10,
  21 57:7
  58:8,21
  67:3,4,6,
  9 71:17
  72:7,8
  73:9
  74:1,2,9,
  16,22
  75:2,3,6,
  15 77:4
  102:1
  105:20
  111:19,24
  112:3,11
  117:24
  118:21
  134:13
  135:21
  144:3,12,
  18 146:25
  153:10

154:1
  160:19,21
  161:2,25
  162:1
  186:22
  187:3
  188:5
  246:10
  253:3
  256:22
  262:17
  263:6,10
  270:12
  285:2
  297:11
  299:21
  301:19
  304:2
  308:17
  316:11
  320:17,21
  335:16
  336:21
  338:13,16
  340:21
  341:1,18

departmenta
l
  327:6,7

departments
  35:3,24
  40:3,8
  42:7
  257:13
  263:12

depend
  195:14
  220:20
  327:12

depending
  47:12
  69:17
  81:18,19
  108:20
  194:25

231:25
  317:12
  340:10,12

deposition
  6:6,8,13
  7:16
  10:3,24
  12:11
  13:11,23
  14:2
  65:24
  278:4
  319:2
  334:9
  345:23,25

depositions
  6:18 9:18

Derrico
  137:22
  138:4

describe
  188:22
  257:23

description
  31:14
  149:13

deserve
  87:13

designated
  64:19
  190:23

designed
  22:3
  284:12

detailed
  295:12

details
  27:6

determinati
on
  101:10
  151:19



175:8
200:19
201:16
217:15

**determinati
ons**
84:10
191:11

**determine**
13:2
109:9
136:7,11
147:14
157:20
163:17
167:14
168:5
172:16
190:1
196:9,21
201:15
206:5
213:1
220:22
234:2
235:17,25
257:5
258:10

**determined**
187:18
195:25
197:10
236:5
313:11
319:15

**determines**
107:3
108:12
187:23
196:14,20

**determining**
148:24
168:2
181:4

256:13
293:24

**develop**
41:7,11
163:14
165:16,17
203:2
251:21
255:16
276:10
277:20

**developed**
172:20
173:8
277:2,12

**developing**
66:11
210:7
229:16

**development**
49:17
204:19

**development
al**
32:15
67:3,6
177:19
273:14

**develops**
42:5

**diagnoses**
155:13

**diagnosis**
82:4
94:15
155:16,17
170:23
171:1,2,
9,20,22
211:20

**diagnostic**
290:10

**difference**
50:20
57:3
64:11
153:11
154:1,5
323:9

**difficult**
92:10

**difficultie
s**
210:10
212:23

**ding**
120:18

**DIP**
262:10,16

**diploma**
327:19,
23,25
328:2
329:1

**diplomas**
327:22
328:6,9

**dir-**
94:9

**direct**
24:8 39:3
52:15
65:5 91:4
108:1
111:6
131:18
169:10
205:7,12
235:16
253:12
278:12
280:19,22
281:7
284:3,17
318:3,22

320:2

**directed**
10:4
174:9

**directly**
24:18
52:9
53:25
54:9 56:5
59:9
85:3,8
103:11
111:5
117:22
153:7,21
179:4
203:18
235:14
236:14,17
271:20

**director**
6:7 11:19
17:23
19:15
21:17,24
23:9,24
24:9
28:10,14
36:6
39:6,7
45:13
54:13,24
55:11,13
56:1
57:13
59:18,19
62:11
71:25
86:15,24
107:8
115:24
118:8,17
143:21,22
144:2,16,
24 145:23

147:4
151:3,6,
17 154:8
155:5
162:11
165:5,6
187:18,22
189:4
190:7,18
191:1,7
192:16,17
194:13
195:11,
15,16
197:19
198:3,10
203:22
204:6
206:13
209:13,14
242:2
261:6,7,8
265:21
267:1,8
287:13
288:3
300:1
304:13
322:5
337:16
338:7,17

**directors**
20:25
28:18
32:12
34:23
43:7,10
45:8 54:6
57:1,8
59:14,18
60:20
61:4 63:1
66:3
146:17,
19,20
151:5



190:10
204:17
286:6,15
287:2,10,
25 288:7
307:6
310:19,22
311:14
336:24
338:20

**disa-**
113:19

**disabilitie
s**
15:14,21
17:8 22:2
32:16
34:3
42:12
46:19
48:4
67:4,7
156:10
157:8,9
174:6
209:23,24
210:3
273:6,8,
14 278:18
328:13

**disability**
82:2,15,
23 94:13
154:21
155:12,
16,19
157:4,12,
13
170:23,25
171:9,20
211:20
278:17

**disapprove**
195:21

**disciplinar
y**
76:1

**discipline**
26:14

**disclosure**
6:1

**disconnect**
277:15

**discuss**
8:12
105:19
189:4,19,
21 191:10
195:11
248:23
311:23
315:22

**discussed**
8:15
49:24
50:5
171:18
173:9
175:18

**discussing**
35:17
180:7

**discussion**
154:17
175:6,13
189:9
209:15
229:19
310:15,21
311:11,13

**discussions**
66:9
271:10

**dismiss**
95:20,24

**dismissal**

86:7

**dismissed**
87:11
95:23

**dismissing**
86:7

**disorder**
156:20
157:22
172:2
209:21
316:8

**disorders**
156:4
278:18
344:10

**distance**
84:25
85:22

**distinction**
304:15,17
305:3,4

**distinguish
ed**
304:20

**distinguish
es**
241:25

**district**
27:3
29:10
36:11
38:3,6
46:13
88:4 91:5
117:22
209:5
213:12
247:7
263:7
301:17
324:21

**districts**
96:5
203:18

**divided**
95:4
218:24

**DJJ**
75:6,15,
17 77:2

**Docs**
256:9

**doctor's**
102:21
104:14

**document**
10:9,11,
18,20
16:8
30:1,3,
11,12
31:3
34:17
78:19
79:8,18,
19 80:2,7
89:3,8
114:22
115:4,17
143:14,20
147:3
149:8,11
150:14,
19,21
151:2
152:18
157:25
159:7,17,
20,22
160:2,3,
6,18,22
161:6,12,
13 175:23
177:14
178:14,

16,18,21
179:1,3
186:4,9,
11,17
188:18
208:2,4,
6,7,9,18,
20,24
212:16
214:21,
22,25
215:2,10
216:25
218:5
243:25
256:17,23
262:4,9,
14,18,20
265:2,6,
10,16
268:5,9,
15 279:5,
9,18
286:1,8,
12 291:16
337:20

**documentati
on**
29:8
167:3,7
173:24
174:19
180:2,5
183:4,8,
25 246:14
248:8
262:25
263:2
285:19

**documentati
ons**
160:11

**documented**
159:13
313:13



documenting
  183:21
  249:22

documents
  12:13,20,
  21,23,24
  13:3
  29:23
  30:18
  78:16
  79:4
  100:22
  150:4
  161:9,10,
  15 174:19
  183:2
  186:18
  188:19,25
  189:2
  198:7
  215:23
  243:25
  254:17
  256:19,24
  258:2,12,
  15
  259:20,23
  260:7
  292:5
  335:3

DOE
  61:6
  91:12
  143:17
  147:5
  260:22
  263:20

DOE's
  147:5

DOJ
  308:8
  310:22

domain
  13:14

donated
  325:23

Donna
  278:3

Dorsey
  121:2
  138:9,13

double
  121:6

double-
check
  120:2

downstairs
  310:9

driver
  121:7

drivers
  86:21

drop
  220:22
  221:3,20
  222:6

drop-off
  87:18

dropped
  95:10
  221:23
  328:20

due
  104:23
  105:6
  156:2
  260:7

duly
  7:7

duration
  156:12
  157:17,19
  158:21
  170:11
  187:20

duties
  19:6 24:8
  28:11
  147:6

duty
  121:6

dynamic
  74:20
  192:1

dynamics
  192:23

_____

          E
_____

E-L
  319:12

earlier
  84:16
  91:2
  94:21
  119:7
  130:13
  135:15
  156:17
  171:18
  175:24
  178:1
  191:20
  203:17
  209:4
  216:10
  225:9
  226:23
  236:4
  239:18
  252:21
  253:1
  258:9
  264:17
  265:17
  266:24
  268:2
  275:20
  278:4

289:23
293:7
311:3
320:4
336:8,19
338:12
339:23

early
  17:19
  86:9 87:6
  95:18
  96:6
  102:20
  104:12

earn
  215:7
  218:6,9,
  11,17,19
  219:7,10
  333:21

easier
  97:23

East
  213:21

Eastern
  6:11

easy
  267:15,16

eating
  87:25

EBD
  15:12,18
  94:15
  171:18

ed
  11:18
  19:14
  21:16
  24:9
  27:21
  28:21
  32:6,7
  44:25

54:6
55:21,25
56:2,17
58:8
108:4,25
117:24
120:5
139:11
143:21
144:2
146:19,25
151:3,17
154:8
155:5
161:25
188:4
192:17
197:19
210:4
307:6
322:5
327:22,
24,25
328:6,9

Ed's
  161:3

Edgenuity
  317:25
  318:1,18
  320:16
  329:16,25
  330:24
  331:4,18,
  19,23
  332:1

educable
  26:24

education
  6:9 7:1
  14:13,16
  15:5,16,
  19 16:16
  17:7,11,
  19 18:8
  19:12



20:25
21:17,24
22:11
23:9,24,
25 24:7
25:6
26:11,21
27:2,12,
18,19,20
28:14
32:12
34:10,22
37:22
38:11,14
39:24
41:18
42:23
50:18
52:5,25
55:1
58:21
72:7 73:9
83:24
88:10
102:1
105:20
111:20,25
112:11
113:16,
19,20,22
118:21
134:24
135:6,9,
11,22
139:5,19
142:17
144:16
153:10
154:1
158:22,23
160:19,21
162:23,25
165:6
169:2,5
180:1,14
185:21
186:22

187:3,22
189:4
190:6,16,
18 191:7
194:13
195:11
209:13
210:12
213:13
235:12
245:3
256:23
279:13
297:11
299:21
301:19
304:2
308:18
316:12
320:17,22
322:6
333:15
335:16
336:22
337:25
338:16
340:22
341:1,18
344:1
345:5

educational
11:2,9
14:21
16:14,15,
17,19,21,
22,24
17:10
75:23
113:5
136:8
155:25
158:16
289:11
313:17
316:2
320:18

322:2
323:8

effect
143:11
280:2

effective
280:1

effectivene
ss
167:12

elaborate
280:21

Elam
59:20

electives
324:3,5
329:13,
15,17
330:24
331:4

electronic
103:2

electronica
lly
256:5

elementary
135:7
210:15
213:18,19
323:1,20
324:1,23
325:5,9
326:17

eligibility
155:18
156:21
157:8
159:1
171:3,4
172:1,4
184:17,
18,25

211:19

eligible
19:9
82:14
108:12
134:16
147:15
148:4
154:18,
21,24
156:10
157:12
206:17

elope
298:14

email
16:7
46:21
53:21
105:22
207:1
286:5,14
287:24
288:2,11
308:23,24
335:2
337:12,15

emotional
15:13
156:4,20
157:21
158:18
170:5
172:2
209:21
210:10
282:16
283:6
300:15,22
301:3,4,
9,21
316:7
322:24
326:5
327:18

344:9

emotionalit
y
82:18,24,
25 155:21
156:22
170:21
171:5,17,
21,23
344:25

employed
112:18

employee
91:3,4

employment
108:9
110:15
111:1
112:10,24
114:5
273:9

employs
116:18

empty
312:21

EMR
26:24

enabled
158:24
180:4

encountered
342:20
343:23

end
44:4 63:3
75:4
77:13
81:8
84:11
86:4
87:2,7
88:2



91:15
95:14
96:5
104:12
105:23
120:10
132:9
133:20
137:25
140:12
175:20
205:18
206:4
207:15
215:18
225:22
233:7
234:1
241:20
255:12
258:19
259:5
260:4,7
263:18
291:23
301:7
304:18,
22,23
305:1
309:18,25
312:4
326:3
345:10

**ended**
225:17

**ending**
147:24

**endpoint**
241:16

**ends**
95:17
109:5

**engage**
215:8

220:17
221:12
302:24

**engaged**
220:25
221:21
252:8

**engagement**
252:6
257:8

**engagements**
325:13

**enhancements**
295:11

**enrolled**
25:17
80:3
98:25
99:11,14,
21,25
195:14
199:15
201:9
202:4

**enrollment**
32:25
48:3
78:14
79:12
80:9,11,
20,23
88:24
89:12
92:2,24
98:24
100:3
105:19,22

**ensure**
21:1
29:11
59:5
67:18
149:21

252:8
267:9
287:16
291:6
300:22

**ensuring**
22:25
23:19
29:3
148:16
314:5

**entail**
47:25
188:17
189:7
191:18
246:6

**entails**
255:5

**enter**
103:1,3,
4,9,11
105:16
245:9
279:22

**entered**
242:18
332:6

**entire**
122:16
221:3
261:16

**entities**
31:5

**entitled**
150:14
208:2

**entity**
135:23

**entry**
35:6  37:1

**environment**
12:7
101:11
158:23
169:7
174:21,22
175:11
180:11
224:2
314:18
315:10,24

**environments**
197:11

**equipment**
40:11
331:11,12

**equipped**
344:20

**equity**
12:2

**equivalent**
85:12

**eschool**
323:7

**escort**
334:3

**escorted**
223:7,13

**Esquire**
6:13,17

**essentially**
21:6
158:3

**estimate**
25:18
40:14
61:3  93:9

**evaluated**
173:21
281:21

**evaluating**
338:20

**evaluation**
160:17
164:14,
16,20,21
165:3
291:13
338:15
339:3,5,6

**evaluations**
338:5

**evaluator**
121:25
130:24
179:18
255:25

**event**
71:18

**events**
325:15
333:14

**eventual**
49:17

**everybody's**
256:9

**evidence**
166:9
185:8
259:15,
19,21
261:13
266:5

**Evidence-base**
166:4

**evidence-based**
160:12
166:7,19
168:18
173:10



Ewing
  140:3
  142:7,14

exact
  11:15
  18:4,5
  71:6
  268:23
  269:13
  305:24
  320:6

EXAMINATION
  7:10

examined
  7:7

examples
  13:16
  330:2

Excellence
  243:1

exception
  58:2

Exceptional
  136:15

excited
  328:9

excluded
  333:17

excuse
  26:17
  32:7,10
  52:5
  58:14
  67:20
  75:3
  132:3
  140:3
  185:1,21
  198:5
  214:10,11
  231:16
  255:9

259:4
271:17
292:4
300:1
312:6
319:13
328:1
337:22

excused
  105:14

exempt
  320:19,23

exemptions
  320:24
  321:10

exhausted
  169:15,21
  180:24
  210:23
  211:14
  213:3

exhibit
  9:23,24
  10:2
  15:25
  16:1,4
  29:16,19,
  20 33:21
  78:5,9,13
  88:18,19,
  22 96:11
  114:15,
  16,19
  127:24
  143:6,7,
  10
  150:11,
  13,14
  158:11,17
  159:10,12
  160:6
  172:13
  175:25
  178:10,

11,14
179:9
185:25
186:1,4
207:23,24
208:1
214:18,
19,21
225:9,10
262:6,7
265:3,4
268:6,7
279:6,7
281:11
286:2,3
332:10

exhibits
  227:3

exist
  342:17

exit
  228:21,24
  229:1

exited
  319:1

expanding
  295:15

expect
  43:3
  168:18
  295:14
  296:4

expectation
  86:2
  184:12
  297:6

expectation
s
  147:6
  294:14,
  15,16,21
  295:1
  318:6

expected
  145:24
  219:13

expenses
  84:20
  247:16

experience
  26:9
  57:25
  73:15
  113:3,4
  165:4
  273:15,16
  278:15

experienced
  181:23
  298:22
  299:9,19,
  20

experiences
  12:16
  113:2
  136:9
  311:15

experiencin
g
  58:1
  156:21
  171:4
  210:9

expert
  310:13

expertise
  203:15

experts
  305:15,17
  308:2

explain
  31:24
  58:9 63:8
  171:5
  199:1
  254:23

256:4
278:6
282:2

explaining
  33:21

expose
  225:6

exposing
  225:4

express
  198:14

expressed
  281:4

extension
  180:2

extensive
  21:25
  299:13

extent
  8:7
  139:13
  182:20
  263:5
  266:14
  324:5

extracurric
ular
  276:13
  332:15,21

_____

F

F-A-U-L-K-
N-E-R
  116:17

face
  28:24,25
  41:6
  43:21,22
  58:3,4
  59:25



60:17
61:1
281:24,25
300:7,13
326:9
329:25

facilitate
198:8
272:4
275:18

facilitated
57:21

facilitates
59:16

facilitating
330:5

facilities
69:7,21
72:2,17,
25 73:19
76:16,18
77:5
123:18
125:21
236:21
237:6
242:22
249:9,15
305:15

facility
71:15,23
73:22
75:20
230:7

fact
61:9
64:14
100:7
124:5
254:24
288:8
293:5
322:24

333:24

factor
293:24

factors
170:18

fading
248:9

failing
163:25
168:6
315:3

fall
12:22
34:6,7
36:7
44:23
53:9 91:2
156:15
169:23
170:1
236:3
239:20

falls
34:9
35:25
44:8
237:17
252:7

familiar
13:1
30:3,14,
15 55:19
66:16,18
68:18
79:8
96:19
115:4,5
143:14,19
150:21
159:20
176:3
186:11
215:2
241:20

254:17
262:14
265:10
279:20
284:8
287:8
288:12
321:13
341:23

families
308:1,7
325:16

family
58:25
268:24
269:2,6,
18,22
270:3
271:2
283:10,11

FAPE
174:22
175:12

fast
72:11

Faulkner
116:11,14

FBA
204:2,8,
17,18,21
298:8

February
39:11
259:7,9

federal
24:15
42:14
45:10
55:13
131:7
245:24
246:8
247:6

feedback
182:25
229:5
230:20
246:19,20
278:10
280:25
288:8
292:20,24
318:7,8
320:11
341:7,8,
14,16

feel
8:2 81:10
192:22
196:2
248:9
271:11
297:24
343:14

fell
272:12

fellows
280:10,
15,18

Fellowship
279:11

felt
212:13
228:16
312:10
320:12

female
334:3

fidelity
166:22
167:1
168:1
254:15
291:7

field
113:21

326:18

fight
221:21

figure
101:24
158:2
310:12

figured
288:3

file
6:10
139:9
160:17

files
122:7

fill
77:23
141:25
208:14

filled
184:13

filling
176:22
177:4

fills
177:21

final
92:24
110:11
111:15
339:19

finalize
78:1

finalized
303:7

finalizing
295:6,10

finally
287:17

finance



37:12
39:4,7
42:22
48:10
246:10

**finances**
39:21

**financial**
24:14

**find**
75:13
86:24
97:24
189:10
267:5
272:9
287:10,14

**finding**
272:25
273:10

**fine**
7:14
8:13,14
11:16
20:8
65:25
158:4
207:6,9
220:12
227:13
267:21

**fingerprint**
113:10

**finish**
8:10  9:6
50:11
228:13
248:24

**finished**
39:18
215:24
240:13

**firm**
232:12

**first-graders**
81:17

**fiscal**
36:11,15
37:14
62:18
64:3,10
265:7,14,
22 266:18
319:21
341:24

**fit**
44:5

**flag**
164:1
165:9

**Fletcher**
6:23,25
16:6 33:7
106:19,22
114:10
127:10,12
129:1,3,
5,8
153:12
171:13
227:7,15
248:11,13
253:25
305:9
318:23
319:1
321:17,
20,24
322:10
339:9
342:22
343:1
345:12,16

**flier**
68:7

**flocking**
86:19

**floor**
73:23,24
74:3,22
125:17

**Flow**
186:5

**flowchart**
187:13
198:24,25

**flowthrough**
117:2

**fluctuate**
79:25

**focus**
82:21
257:6
267:8
268:3
311:5

**focused**
145:14
258:24
292:3

**focusing**
296:15

**folder**
179:14

**follow**
20:21
72:9
88:14
91:17
114:2
148:23
160:23
162:13
198:19
211:2
228:22
234:9

247:15
251:24
263:13
271:23
276:25
307:3

**follow-up**
307:2

**followup**
194:24
304:8

**football**
333:1,4,
8,11,16

**forces**
221:13

**foresight**
227:21

**forget**
29:14

**form**
9:19
148:23
151:4
161:16,
22,24
162:5,17
176:20,
22,23
177:15
178:22
183:13
184:13
186:20
208:13
217:22,23
236:8
242:25
337:13
340:23

**formal**
303:17,19

**forms**
161:10

**formula**
235:12,13

**fors**
291:9,10,
15

**fortunate**
257:25

**forward**
141:6
172:17
191:13
195:23
206:1
267:17
272:10
276:22
313:12
336:13

**found**
258:20
287:12
343:17

**founding**
128:15

**fourth**
94:12

**frame**
18:15
21:18
25:1
26:5,6
27:9
173:6
248:4

**framework**
251:12
289:19
294:6
296:10
297:3,9
303:6,11,



24 318:5,
12 319:21

**Franceta**
7:20

**fraternity**
257:14

**free**
8:2 81:10
237:12,16

**frequency**
156:11
157:17,19
158:21
170:10
187:20

**frequent**
289:8

**frequently**
60:13
193:15,16
197:14,15
271:24

**front**
220:21
250:21
289:25

**FT**
26:14

**FTE**
24:13
235:22

**full**
7:18
87:17
105:12
136:5
137:11
140:6
151:16
169:15
231:19
232:15

233:1,5,
9,22,23
234:3
277:22

**full-day**
169:19,25

**full-time**
233:6
234:19

**fully**
9:11
134:9,19,
22 135:4
137:8,20
139:17
140:2
142:6,8,
16,22
170:24

**function**
22:1

**functional**
49:16
148:20
160:10
163:8,12
164:7
165:19,22
173:4
188:8
189:13
202:25
203:1
243:5

**functioning**
317:12

**fund**
117:25
128:10
131:8
132:2
282:16

**funded**

61:16
116:23
117:4,10,
13,22,23
118:18
119:2
126:24
128:12,19
129:17
130:9
131:23
132:2
133:1
241:8
270:5

**funding**
24:15
29:5
30:24
32:19,20
34:11,13
37:15
38:23
40:19
48:12
61:18
62:5,6,
15,18,22,
23,24
63:4
64:3,5,
11,15,17,
25 65:21
106:8,12
111:14
119:7
126:25
127:6
128:1,20
131:5,6,
22 182:22
234:11,
13,19
235:5,11,
16,18,25
236:2,5,

6,7,12,
14,17
237:20
238:22
239:13
240:16
241:17
242:6,15,
21 243:15
248:2,5
249:17,19
251:24
270:1
272:13
311:2,4
337:6
345:4,7

**funds**
45:11
91:12
117:8
118:21
129:19
131:12
234:15,16
235:4
237:21,22
238:16,21
239:7,8
242:14
245:24
246:8,11
247:6,8,
12

**funning**
336:8

**funny**
230:15

**future**
61:18
62:7,16
64:5
83:15
243:13

**FY**
62:5 63:7
64:8,15
65:17
71:5
76:14
101:19,22
140:12
188:2
205:5
219:9
225:15,17
229:7
275:2
277:4,13,
18,19
278:25
281:24
287:18
291:20
294:22
295:6
302:1
303:21
304:11,22
311:1,4
312:5,6,
20,24,25
318:5
326:20
327:8

---

G

---

**Ga-**
341:11

**GA00340477**
208:5

**GA00340482**
178:20

**GA00963618**
286:10

**Gadoe**
14:11



34:10
42:23,24
44:24
58:25
145:3
242:18
256:21
334:20
335:7
338:23
341:11

**gain**
110:15
302:22

**games**
333:17

**gaps**
281:19

**Gardner**
7:4

**Gardner-womack**
127:8

**gather**
98:19
337:21

**gathered**
98:17

**gauge**
43:18
251:13

**gave**
60:4
88:23
228:20
246:18
272:6
304:5,6,7

**gears**
68:24
142:24

**general**
15:5,16
20:6
28:11
82:8 86:2
88:10
107:2
113:20
128:10
129:19
132:2
150:6
158:23
210:1,4
213:13
294:4
307:23
316:1
319:25
328:6,9
333:15
334:19
343:13,25
344:4
345:5

**generally**
88:9
343:16

**generated**
235:18
337:16

**generic**
42:3

**Georgia**
6:2,10
9:17
10:22
11:1,9
14:12
15:18
17:16,17
32:15
54:25
67:9
68:12

69:9,11
108:22
112:3,5,
14 113:25
134:10
135:17,21
136:2,6
139:21
147:5
172:3
178:19
186:22
199:5
209:18
243:1,2,8
263:3
271:13
272:2
279:10
284:14
286:9
291:24
293:3
297:3
327:20
328:24

**Georgia's**
208:5

**get all**
340:18

**gifted**
23:25
24:1,21,
22,24
25:8,12,
14,15
26:2
324:20,24

**gist**
313:8

**give**
13:16
32:25
40:7 42:2

43:4
48:1,2,6,
9,10,12
61:2
62:9,14
68:7
93:17
112:2,7
128:8
136:16
182:25
200:15
203:6
217:7
241:19
249:13,17
269:12
283:3,12
284:6
320:6,14
321:13
329:21

**giveaway**
325:19

**giving**
12:5 59:1
225:15
296:25
314:8

**Glascock**
69:15

**GLRS**
31:10
32:5
33:22
34:1,21
35:15,17
37:24
38:1
49:23
50:7,15
54:21,22,
24 66:20,
21 67:7
68:4

**glue**
331:15

**GNET**
293:25
294:4

**GNET-SPECIFIC**
45:18

**GNETS**
6:7 11:5,
7,12
13:18
14:23,24
15:3,4
17:22
18:14
19:14,15,
19,23
20:4
21:5,8
22:22
23:12,17
24:4,25
25:10,13,
17,20,25
27:13
28:10
30:21
31:22
33:3
36:11,15
37:3
39:21
43:7,10
45:8,13,
23 50:20
51:4,14
52:6,25
53:1
56:15
57:1,6,8
58:1
59:14,18
60:20
61:3



62:21
65:3
66:3,5
69:3
74:11
75:16
76:11,20
88:8
90:16
91:1,3,22
92:13
96:16,21,
24 97:9,
25 99:6,
18 100:8,
10,16
101:2
107:4,8,
16 112:1,
18,20
116:3,5
117:6,11,
14,21,23
118:18,20
123:3,7
127:4,5,6
128:16
129:22
130:11,
19,21,25
131:6
132:4,5
133:1
134:8
135:10
143:3,11,
17,22
144:6,17,
24
145:14,23
146:3,16,
18 147:4,
11,13,15
148:5,10,
25 149:2
150:7,16
151:5,6

152:21
153:22
154:18,21
155:15,19
156:7,11
158:7,12,
15 159:4,
7,14
160:22
161:1,3,
18,19
162:9,11,
15,25
164:3,5
165:4
166:1
168:20
169:12,23
170:6,7
172:18
174:1,5,
9,11
175:2
176:14
177:9,10
178:14
180:16
181:4,21
185:21
186:4,16,
20,21,23,
24,25
187:5
189:3
190:4,6,
13,20,22,
25 191:1,
6 192:12,
13,16,19
193:5,9,
11
194:14,20
195:4,15,
25 196:25
197:11
198:3,5,
10,14

199:3,15
200:4,20
201:10,
17,23
202:8
203:15,21
204:14
205:9,19
206:4,12,
18 207:16
208:2,3,
24 209:14
210:23
211:9,15,
19
212:10,
12,14
213:2
216:20
220:4
224:11
231:14
234:12
235:23
236:1
237:17
238:24
241:3
242:11,19
243:21
244:3,17
245:10
247:2
249:1,2
254:8,9,
11,21
256:21
260:18,19
261:20
262:9
265:6
267:1
269:9
274:20
276:4
279:14
283:15

284:16,21
286:6,15
287:1,24
288:7
293:8
306:16
310:19,21
311:14
314:11
320:19,24
321:4
322:14
324:24
328:24
329:7
332:3
333:13
334:14,18
335:16,20
336:24
341:20,21
342:11
345:3

**GNETS'**
147:9

**Goal**
264:16

**goals**
228:12
290:4
317:19

**Gold**
325:20

**good**
6:5 7:12,
14 45:2
60:25
127:10,13
151:18
162:17
214:6,9
231:22
256:8
342:8

**goodness**
17:1
21:20
24:20
241:10
294:12
337:14

**Google**
13:17
256:9

**gosh**
42:1 70:7

**gospel**
12:18

**govern**
316:23
320:18,22

**government**
24:16
135:24
136:1

**governor's**
336:2

**grade**
67:19
79:2
81:5,24
94:4,5,12
97:3 98:5
103:1,2
317:4,7,
13,18
325:3

**grader**
81:9,21

**grades**
81:6
93:24
94:3,7
316:22,24

**graduate**
17:3



329:2,4

**graduated**
17:20

**graduates**
328:7

**graduating**
327:20
328:12

**graduation**
329:8

**grandmother**
225:4,6
299:16

**grant**
38:18
43:3
65:21
117:5,10,
14 118:18
119:3
128:16
129:14,
15,22
130:1,4,
11,15,18,
19,21,25
131:24
132:3,4,5
182:17
234:9,17,
22,23
235:7
236:8
237:15,24
239:17,
21,22,25
240:17
241:5,7,
9,13
245:13
247:9,11
284:13,15
335:4,5

**granted**
222:4

**grants**
30:25
42:25
130:21
131:7
133:1
235:8
248:1

**gray**
93:20,23

**great**
8:19 13:5
18:6 28:7
30:13
65:1
79:10,20
118:16

**group**
57:10
119:13,14
126:6
151:5
210:9

**groups**
289:5

**guard**
64:1

**guardian**
196:24

**guess**
11:14
19:23
23:23
24:21
26:25
55:11
56:6
61:14
93:8
96:3,8
110:18

130:20
136:18
149:23,24
154:4,20
157:14
165:4,18
170:22
171:7
173:24
175:7
193:7
195:2
197:14
206:5
213:10
234:10
235:9
242:20,24
246:20
247:7,9
280:14
288:6
312:12
314:3,10
319:24
341:11
343:7,13
344:20

**guidance**
146:1,24
147:17,19
229:15
251:19
291:25
297:11

**guide**
148:15
159:23
162:17
186:14
187:9
218:2

**Guideline**
148:23

**guidelines**
112:7,9
113:25
114:2
247:15
251:25

**guiding**
159:13
160:5
162:18
180:8
181:10,12

**guys**
253:22

**gym**
219:14

────────

**H**

────────

**half**
100:10
278:23

**half-time**
125:1

**hallway**
294:15
295:1

**hallways**
219:15

**Hamilton**
7:2,11,15
9:14,25
15:23
16:2
29:17
33:19
61:21
78:3,10
88:16,20
103:15
106:17,23
114:12,17
120:20

127:8,11,
13,21
129:2,4,
6,10,11
143:4,8
150:8,12
153:14
159:6,11
171:15
172:6
178:8,12
185:23
186:2
197:8
207:21,25
214:6,15,
20 216:19
227:1,9,
18 248:18
253:24
254:6
262:3,8
265:1,5
268:4,8
279:4,8
285:25
286:4
305:11
319:3
321:25
322:15
339:8,11,
17 342:25
343:4,6
345:13,20

**hand**
29:18
78:3
88:16
114:13
143:4
150:8
159:8
178:8
185:23
207:21



214:16
262:3
265:1

**handbooks**
297:16

**handed**
10:1 16:3
29:20
78:12
178:13

**handing**
9:21
15:23
88:21
114:18
143:9
150:13
186:3
268:4
279:4
285:25

**handles**
245:1

**handouts**
45:5

**handwritten**
227:4

**happen**
63:14
111:8,10
166:12
193:15
197:15
337:10

**happened**
194:2
210:6
246:3
277:14
304:10
337:3

**happening**
164:4

**hard**
103:7
169:13
242:3

**harder**
216:11

**harm**
302:13

**Harmony**
301:5

**hat**
167:16

**hate**
61:19

**hats**
44:24

**he'll**
125:14

**head**
26:4
121:11

**health**
15:19
67:3,4
113:3
179:18
201:21,25
202:2
225:7
270:13,14
276:6
278:18
284:12
285:8
344:15

**hear**
96:9
120:17
216:12
268:22

**heard**
7:22

297:6
309:5

**hearing**
63:3
164:22

**held**
21:15
33:22
44:16
47:3
57:23
60:6

**helpful**
46:4 66:1
91:25
267:6
282:19
297:22
343:17

**helping**
59:20

**helps**
152:17
218:2

**hereto**
6:4

**hesitant**
272:8

**hey**
44:11
166:13
173:20
200:1
202:23
203:5
206:14
216:8
230:22
271:3
273:10
309:8
311:11

**hierarchy**
91:3

**high**
49:5
67:13
82:5
106:22
201:6
210:16
213:21
228:16
273:22
317:25
318:18
323:2
327:8
328:2
329:3,4,5
330:6
333:13
334:6

**higher**
194:9,11
288:22

**highest**
16:16,22

**highlighted**
266:2

**highly**
113:12

**Hill**
54:22

**Hill's**
54:23

**Hills**
6:7 15:3
17:22
25:17
28:10
29:21
30:2 36:7
62:21
63:9 65:7

68:25
69:4,13
70:25
78:15
91:9,22
114:23
150:16,20
153:8
159:2,18
163:3
186:9
195:13
214:22,23
215:1
217:3
251:22
260:16
262:9,12
265:8
267:2
268:12,19
279:14
316:3

**Hills-
specific**
44:6

**hindrances**
300:12

**hire**
65:7,9
108:13
111:7,17
112:8,12
113:13
134:14,21
136:21
234:18

**hired**
107:9
110:12,24
111:4,17,
21 112:8
116:8
135:14
137:8



**hires**
131:18

**hiring**
22:10
107:3,20
109:5,15
111:25
113:23
134:18
136:20
137:3

**historical**
342:4

**history**
16:15
177:15,20

**History'**
191:16

**hmm**
328:15

**hold**
329:6

**holidays**
73:5

**home**
10:12
75:10
85:3,9
87:6 92:8
105:5,17
152:6
174:25
175:2
217:17
218:13,18
228:23
282:17
308:11
322:17,19
323:11,
13,15

**home-based**
170:2

**homeless**
42:13,24
74:4
283:5

**homes**
85:10

**honest**
7:23
146:12

**honored**
329:11

**honors**
326:7
329:9,12
332:2

**horn**
328:7

**hospital**
201:11,14

**hospitaliza
tion**
170:2
199:12
200:24
202:6

**hospitalize
d**
201:20,23

**hosted**
58:7

**hot**
248:13

**hour**
85:24
95:7

**house**
325:19

**housed**
125:10,13
213:22

**housing**
12:1,4

**How's**
341:6

**HR**
108:9,11

**huh-uh**
77:5 86:3
87:23
96:7
122:18
213:9
220:5
228:5
235:14
263:4
266:22
272:15
281:8
307:19
308:15
310:7,17
324:7,9
338:21

**human**
40:17
107:22
109:22
110:13,19
114:3
134:12

**hurt**
298:2

_____

I

_____

**I--**
49:8

**i-ready**
251:11,
14,15
290:9,10
317:23

318:10,14
319:4
320:15
335:9,12,
15

**ID**
78:24
89:5

**IDA**
117:25

**idea**
60:15
118:21
131:7,12
192:3
234:15
236:11,12
237:21
338:3

**Ideally**
343:24

**identical**
91:22
161:22
216:25
217:1

**identified**
26:23
107:21
156:19
157:11,13
210:8
263:7,14
264:9,17,
21 269:15
304:16
327:22

**identifier**
30:2
78:20
114:23
150:20
159:18
186:9

215:1
262:12
265:8
268:13

**identifiers**
334:25

**identifies**
163:12

**identify**
82:11,12
92:7
97:4,19,
20 98:8
105:13
120:16
265:25
269:21
283:23
290:13
291:2
329:20

**identifying**
97:3
170:20
263:22

**IEP**
19:8 84:2
91:17
101:9
156:13
158:24
160:15
172:24
174:4
175:1,8
183:20
185:6
189:23
193:5
194:22
195:4,17,
18,22,24
196:5,9,
14,20



197:2,9
198:11
200:10
206:22
228:18
232:9
285:18,20
289:14
290:4,8
292:7
296:24
297:1
315:20,21
317:19

IEPS
    174:8
    317:20

II
    250:24
    251:1
    295:4,15
    296:5,14

III
    183:21
    250:24
    251:2
    296:5,9,
    10,17
    298:5

imagine
    43:9
    145:10
    181:24

immediately
    18:11
    201:10
    202:5

immunizatio
n
    184:16,19
    185:3

impact
    31:19
    46:19

104:16
106:12
168:9
170:13,14
283:7
299:2
344:12

impacts
    322:1

implement
    29:7 46:2
    191:25
    251:6
    259:14
    267:16
    275:17
    279:1
    290:17
    296:10
    297:2
    298:17
    300:15
    301:24
    302:6

implementat
ion
    146:24
    254:15

implemented
    86:25
    160:13
    166:4,22
    167:1,5,
    10,23
    168:19
    173:10
    177:16
    217:25
    255:7
    258:4
    265:21
    291:7
    312:5,24
    318:13

implementin
g
    167:17,25
    168:8
    219:10
    266:11,15
    298:1
    303:16

improve
    255:15
    258:16
    264:4
    267:18
    313:14

improvement
    242:22
    262:17
    263:6,10
    265:7
    266:18

in-
classroom
    65:11

in-kind
    236:20
    237:5
    242:25

inability
    174:21

include
    32:18
    43:3
    123:7
    164:2
    166:14
    175:3
    180:2
    198:21
    199:4,7
    216:3
    255:22
    286:19

included
    23:16

36:23
42:17
60:21
63:16
67:14
121:3
146:20
152:14
164:20
165:2
179:23
180:21
182:20
256:11
287:16,21
298:10
328:21

includes
    23:14
    31:19
    42:6
    182:11
    199:11
    266:5
    276:3
    289:25
    334:25

including
    30:24
    281:18

incorporati
ng
    299:6

incorrect
    100:4

increase
    65:2
    92:16,19
    211:4
    232:18

increased
    64:23

increasing
    104:5

independent
ly
    271:21

indicating
    174:20
    188:18

indication
    164:23
    165:9

indicator
    164:1

indirect
    206:10,24
    239:16

individual
    46:1
    126:22
    244:1

individuali
zed
    136:6
    289:6,11
    296:16
    344:3

individuall
y
    253:16

individuals
    31:4 51:9
    55:20
    112:12
    116:18
    117:12
    118:23
    123:6
    124:12
    148:18

induction
    124:1
    137:13
    139:8
    237:10



**Infinite**
  103:3,12
  105:15

**influence**
  182:21

**informal**
  207:11

**information**
  11:20
  20:20
  22:17
  23:2
  24:13
  26:15
  30:6
  31:19
  32:17,18,
  22,24
  33:2,4
  35:14
  36:18
  37:3
  38:23
  40:10,15
  42:6
  44:16
  45:3
  46:22
  47:21
  48:1,3,6,
  7,10
  51:6,21,
  25 54:21
  58:12,14,
  15,17
  59:1,11,
  22 60:1,3
  64:4
  67:1,8
  68:8
  72:10
  79:22,23
  81:14
  84:2
  89:18

93:22
97:7,12,
20 98:17,
19 100:19
103:8,10,
12 108:12
110:16
112:2
115:11
122:11
124:3
138:1
145:17
146:2,6
147:23
148:12,14
151:18,24
152:4,8,
14,16
160:9
164:20,22
166:13
173:7
177:19,
22,24
178:15,23
179:19,
20,24
180:18
182:9,14,
15 183:1
184:6
185:2
188:14
189:5,24
195:11
198:21
200:2,4,
7,11,16,
18 201:9,
15 203:9
225:15
229:5
235:22,24
238:19
242:17
243:24

244:6,18
245:7,8,
10 246:7
250:10,
11,12,22
251:23
252:5
255:3,4,
16
256:11,16
258:6,8,
20
259:13,17
261:18,
21,23
272:6
281:17
283:3,12
284:2,7
287:11,12
290:5
294:14
297:25
298:3
299:3,24
300:8
304:5,6,
7,23,25
306:8,13
307:22
315:6,18
334:11,
21,22,23,
24 335:7
336:7,9,
10,17
337:18,
19,21
339:1
341:9
342:5,9

**informed**
  152:17
  307:3

**initial**
  11:21

66:7
340:14

**initially**
  292:3

**initials**
  227:21
  321:15

**initiative**
  302:1

**initiatives**
  56:13

**injury**
  298:11,13

**input**
  151:4
  176:10,24
  178:1
  198:6
  200:15
  216:6
  229:11,13
  238:18
  256:9
  257:18
  276:22
  302:9
  303:22,
  23,24

**inquiry**
  106:1

**inside**
  281:7

**insight**
  302:22

**inspections**
  73:12

**instance**
  298:2

**instances**
  134:25

**instruction**
  11:20

15:20
22:4
59:2,6
88:1,6
249:15
291:12
317:16,
17,21
318:2,3,
9,22
319:22
320:2
327:18
330:4,5

**instruction
al**
  59:6 60:3
  74:9
  87:14
  88:15
  123:22
  126:2,9,
  15 238:1
  239:14
  249:7
  264:20
  331:13

**instruction
s**
  104:20

**instrument**
  330:17

**instruments**
  330:10,
  12,21,25

**integrated**
  342:12,19
  343:11,16

**integration**
  213:14,16
  233:5

**intellectua
l**
  157:9



209:23

intense
  158:18
  289:7

intensity
  156:12
  157:17,19
  170:11
  187:20

intensive
  304:8

Inter-
agencies
  252:6

interaction
  75:16

interagency
  257:8

interest
  276:14
  281:5

interested
  187:10
  228:11,20

interfering
  163:13

interns
  253:8,10
  278:8

interrupt
  9:4 33:7
  61:19
  216:8
  318:23

interventio
n
  15:9
  148:21
  160:10
  163:7,10,
  14,17

165:8,17,
23
167:18,23
168:1,8
188:9
189:14
203:2
204:19,22
206:22
243:6
250:13,
14,15
289:3,17,
24 291:22
292:8
298:8,10,
15

interventio
ns
  65:13
  90:24
  91:18
  92:11
  160:12
  165:15
  166:4,7,
  8,19,21
  167:9
  168:19
  173:9
  180:25
  181:2
  191:25
  212:18
  213:4
  250:5,8
  251:1
  290:16
  294:9

interview
  108:8
  109:9

interviewin
g
  109:15

141:7,10

interviews
  108:7
  109:6,24
  110:11
  245:12

introduced
  143:25

introductio
n
  14:8

invite
  32:13
  47:13

invited
  47:18
  52:7
  175:4
  308:10

involved
  41:5,8
  67:16
  74:18
  75:15
  81:22
  111:6
  152:10
  177:1
  215:15
  249:24
  254:14
  257:22
  270:24
  276:13,20
  292:15
  335:20

involvement
  19:18
  275:25

involves
  31:10
  253:2

involving
  35:17
  48:16

IQ
  164:24

is/are
  168:23

issue
  9:3 72:18
  105:6
  314:3

issued
  133:12,18
  134:16
  143:17

issues
  48:2
  57:10,12
  73:13
  74:24
  88:8
  95:13,15
  96:4
  102:2
  104:10
  107:1
  121:21
  245:1
  256:3
  258:10
  327:5
  345:4

italics
  172:14

item
  29:22
  30:17
  35:13
  62:20
  63:9,11
  177:13
  238:1
  239:15
  268:10

items
  176:1,13
  179:13
  183:14
  184:4,5,9
  188:5
  189:17
  239:13
  267:13,14
  329:19
  331:17
  340:24

_____

        J

Jackson
  119:13

January
  18:3,4,17
  19:2
  39:10,11
  58:3
  266:9
  305:22
  309:8,10

Jefferson
  69:18
  70:5

job
  19:3
  23:23
  67:19,21
  108:3
  149:13
  273:1,25

JOHNSTON
  216:8

July
  6:6 44:4
  143:12
  280:2
  303:14
  345:24



**June**
16:6
28:1,5
60:7 62:1
260:7
282:18
310:19

**Justice**
74:1,2,9,
16,22
75:2,3,6,
15 77:4
253:3

**Juvenile**
75:3
253:3

————————

**K**

**keeping**
28:25

**Kelly**
7:4

**Keys**
339:6

**kicked**
312:14
325:25

**kids**
67:14
86:7 92:8
104:12
105:25
210:9
302:23
313:23
315:22
317:10
327:10

**kids'**
96:25
227:17

**Kim**
6:23

**kind**
18:23,24
43:18
44:8
57:9,11,
18 59:21
60:4 62:8
63:4 73:6
77:23
78:1
90:16,19
98:2
146:13
152:18
155:23
160:22
162:5,11
163:15
198:8
202:14
208:10
230:12,
18,23
231:18
236:20
251:13
266:11
267:7,11
278:13
282:12
285:14
291:12
295:14
311:1
313:17
317:24

**King**
139:14

**knew**
63:10,12,
22 85:25

**knowing**
101:1

315:7

**knowledge**
34:8
63:24
80:16
106:6
147:3
182:2
196:3
308:9
310:14
316:25
321:1

**Kreimer**
6:16

————————

**L**

**L-I-P-T**
252:22

**lab**
324:14,15

**labeled**
116:7

**lack**
47:20
151:13
167:13

**lacking**
135:5,6

**Lakesha**
55:3,6
56:7
58:22
61:10,25
244:19
257:1
292:18

**language**
157:15
158:8,9
172:14

199:16

**laptop**
33:8

**large**
95:3
300:3

**larger**
79:3 83:7
89:17
237:20

**lastly**
14:7
202:13

**late**
44:16

**lawn**
73:2

**LEA**
14:15
24:4,6,25
30:21
31:9,13
34:17
35:17
37:1,7,10
38:18
44:21
46:11
51:9,14
52:10
53:25
66:18
106:9
110:18
116:20
144:10
164:9
177:4
183:6
184:11
198:5
202:9,10,
23 236:21

**lead**
27:2
59:16
63:4
314:10

**Leader**
339:6

**leadership**
17:10
19:7,8
28:21
249:6,14
257:17,19

**leading**
149:2

**leads**
42:18

**leak**
72:20

**leaks**
339:5

**learn**
11:12,16
106:25
305:20
306:7
322:16,19
323:11,
13,14

**learned**
64:2 85:5
232:2

**learning**
19:10
22:6 23:4
24:18
26:13
29:4 34:4
36:21
40:23,25
41:9,10,
20 48:18,
20,23



49:6,11
51:11
57:15
73:25
74:8
76:24
123:24
157:8
203:20,21
204:23
209:24
237:3,8
239:9,14
278:16
281:3
282:17
293:17,21
298:24
300:15,22
301:3,4,
9,21
318:20
320:9,10
322:20,25
323:4,6
327:18

**LEAS**
35:15
37:9
127:1
202:22
236:15

**leave**
18:23
19:1,23
75:4 86:9
87:6
185:19
273:4
298:14,15
300:14

**leaves**
117:20
272:24

**leaving**
86:9,13

**led**
134:21
145:1

**left**
33:20
38:5
102:20
150:10
169:20
309:24
310:1,11
328:25

**legislature**
336:5,11,
16 337:18

**length**
88:9 95:1
96:20
100:16
101:3,14
102:2
167:10,15

**lengthy**
258:13

**Leonard**
16:6

**lesson**
291:8,12
300:23

**lessons**
294:20
301:3
322:25

**letter**
148:1
258:23
275:16
279:9

**letters**
13:13,15

321:16

**letting**
233:6
306:24

**level**
16:16
29:10
49:5,18
56:12,18
165:11
210:24
211:13
212:9,20,
22 213:4
214:22
215:5,15
216:21
217:3,8,
9,13
218:6,16
219:22,24
220:1,3,
5,13,19,
23 221:3,
6,7,10,
20,23
222:5,7,
9,10,22,
23,25
223:1,7,
12,22,25
224:3,7
226:21,25
227:25
228:6,17
229:4
288:25
289:3,4,6
295:3
317:8,12,
18 318:19
325:2
333:20,21
334:7

**levels**

314:25

**Lewis**
137:18,20

**liaison**
38:3,7
42:24
46:13
51:15
74:5
90:16
91:1
116:4,5
117:21,23
118:20
190:25
192:13,20
193:13
195:6,8,9
203:21
204:5
205:9
206:12

**library**
324:13

**license**
132:7,10,
14,17,21
133:2,4,
10,17,22,
23 134:3,
7 136:20
138:19
139:1,15
140:22

**lieu**
190:18

**lightly**
152:3

**Lincoln**
69:15

**LIPT**
252:17,
19,23

275:20,23
276:1,21
277:3,4,
8,9,15
284:4

**Lisa**
54:22,23

**list**
55:10
105:18
108:6
109:13
141:20
149:3
174:19
176:13
219:13
267:22
268:18
278:3
329:21

**listed**
99:5,20
100:3
120:9
130:8
131:3,10,
16
132:10,
11,13
133:3,14,
21 134:2
135:2,3
139:4,14
140:2
183:15
198:19,
20,21
204:2
219:11
226:3
233:7
268:1
270:15
272:19



274:10
290:16
292:17
330:3

**listened**
12:18

**lists**
99:17
173:23

**litigation**
10:25
11:13,21
309:5

**live**
273:15

**lived**
94:22

**LKES**
339:2,6,7

**loading**
86:14

**local**
14:16
38:16
47:15
124:23
125:7
253:6
333:15

**located**
69:9,10,
17 76:7
122:13
213:16,17

**location**
10:15
85:9,11
95:8
103:22,23
119:17

**locations**
14:25

15:3,4
69:6
71:1,7,13
84:18
115:19
119:6,9
124:6
240:8
261:24
279:3

**log**
322:23
323:2

**logged**
145:5

**logging**
43:19

**Londino**
253:5
278:3,7
279:22
280:11
284:6

**long**
12:5
17:25
42:1 73:5
100:19
101:19
136:4,8
155:19
170:1,14
197:24
215:10
229:7
231:3
245:15
273:17
278:21
305:19
315:13
343:19

**long-term**
12:1

199:11
200:23

**longer**
85:24
92:16
146:8
228:24

**longest**
85:19

**look-**
**forwards**
314:24

**looked**
12:19
73:1
200:2
228:4
292:4
295:24
296:3
300:4

**losing**
32:20

**lost**
264:19
304:20
305:2

**lot**
12:18
22:5
24:12,17
26:12,13,
18 28:17
34:4,8
43:15
45:1
48:19
59:3
60:17
61:13
62:6,21,
25 71:8,9
73:4
80:24

81:18
84:6
86:18
91:23
92:8
124:2
129:13
146:12
151:18
170:18
178:23
193:17
197:17
203:20
209:20
229:3
244:2
250:12
253:1
257:10
259:17
261:20
268:2
269:5
276:24
283:2
293:7,14,
16 297:20
302:2
303:22,23
307:13
326:13
340:16

**low**
33:8
62:11
211:4

**Lowe**
55:12

**lower**
90:4

**LPC**
65:15
119:12

**LSCI**
57:16
60:2
299:10

**lunch**
8:18
76:21
77:22
127:22
219:2
237:13,16

**lunchroom**
294:16

───────────

**M**

───────────

**Macon**
43:23
300:3

**made**
6:3 13:3,
19 22:16
23:10
39:20
86:17
101:9
175:8
195:18,22
197:25
201:10,16
218:4
227:3
256:12
277:10
287:1,15
295:11
312:1
336:14

**main**
54:18
69:11
249:23
334:13



maintain
123:18
208:12
219:20
246:13
248:8

maintaining
29:8
262:1

maintains
125:20

maintenance
72:25
307:20

major
9:3 17:18
63:17

majority
58:23
82:3 83:4
94:14

make
12:25
14:10
19:24
20:9 22:2
23:1,17
27:5
36:1,10
37:17,18
39:12
41:3,15
44:9,19
45:4
46:22
63:14,17
67:20,21
76:19
79:21
86:10
87:15
93:21
105:25
108:8

109:14,
18,19
111:1,14,
15 114:3,
4 115:7
132:9
142:5
151:19
152:3,17
157:14,
16,24
158:4,9
163:20,25
165:23
168:6
169:21
178:3
180:21
181:6
182:19
188:5,7
191:10
198:9
200:19,22
211:12,21
215:18
216:1
217:14
223:10
227:13
230:6,12
232:4
235:9
238:18
240:14
241:6
242:17,20
243:17
244:12
246:23
247:14
248:6
249:22
256:13,
15,17
257:19
258:15

264:22
270:11
271:9,11
278:11
283:12,
17,20,25
284:1,2,
3,5,17,20
285:1,15
290:4
295:13
296:3,21
300:10
307:13
312:5
315:3,17
331:22
332:6

makers
47:10

makes
51:24
110:11
134:13
229:14

making
22:8,13,
16 23:3,
18 24:12,
18 25:15
26:14
29:2,7
72:18,23
73:5
79:17
83:25
101:8
145:15,24
148:17,19
149:19
152:1
153:3
160:16
164:2
168:5,9

184:7
198:6
215:15,
17,21
217:13
218:15
220:10
230:19
249:23
252:1
255:14
257:17
271:8
290:15
306:23
313:2,17,
24 314:7
315:3
326:25
338:21

man
94:5

manage
122:7

management
49:18
73:1
274:16,22
278:1
297:21
322:21

manager
83:22,23
176:21
177:6

manages
122:10

mandatory
176:12
183:15

manner
153:2

manual

103:1
341:24
342:1

manually
103:7

manuals
146:2
341:19

March
39:12
231:21
266:16
281:25
323:12
337:4,5

Marcus
52:17
53:14

mark
68:20
102:19
227:20

marked
9:22,24
15:24
16:1
29:16,19
78:5,9,12
88:17,19,
21
102:12,23
114:14,16
143:5,7,
10 150:9,
11 159:9,
10 178:9,
11 185:24
186:1
207:22,24
214:17,19
262:5,7
265:2,4
268:6,7
279:5,7



286:1,3

markings
227:2

martial
276:15

Master
17:11

master's
17:6

materials
23:10
237:6
238:1
247:10
292:16

math
227:16
230:22
251:2
290:10
318:16
319:13

matrix
218:21
219:8,11
294:13,24
295:10
302:3

matrixes
219:12

matter
61:9
64:14
124:5
254:24
293:5
322:24
333:23

matters
107:1

Maureen
6:14,15

maximum
316:5,8,
12,16,21

Mcduffie
69:15
75:22
83:5
124:18

Mcnear
138:9,12

means
30:13
131:18
139:20
169:9
218:13
252:18
280:21

meant
100:9
200:23
202:19
343:3,7

measures
291:6

media
77:22
219:14

medical
18:23
19:1,23
276:18
279:10

medication
152:11
274:15,
16,22
276:18

meditation
299:5

meet
13:5 31:4

82:13
87:8,15
112:8,21
113:8
114:6
123:24
155:20
156:14,25
182:24
187:19
189:4,23
190:1
211:18
220:17
230:9
234:2
260:22
271:5
276:3
309:23
314:20,21
320:13
321:10
322:13

meeting
24:5
28:20
29:13
31:18
32:13
34:25
35:1,4,9,
10,11,12,
16,19
38:1,16
39:10,14,
15 40:15
41:17
43:6,14,
19,22,25
47:2
50:15,19
51:2 57:5
58:3
59:12
60:6,23

61:8,9
62:1,2
66:11,18,
20,21
67:10
146:21
148:15,18
175:4,9,
13 178:4
183:9
184:8
189:7,11,
16,18,20,
21,23,24
190:1,5,
8,11,13,
14 191:6,
10,14
193:5
194:24
195:4
198:4,8,
15
201:12,14
215:25
223:23
246:9
252:3
255:11
259:21
260:15
267:9
283:23
287:3
296:18,
19,23
300:2
307:8
309:19
310:8,19,
25 311:5
313:5
315:21
336:21
337:1
342:15

meetings
13:7
19:8,9
20:24
21:2
27:17
28:22,25
29:10
31:8,10,
15 32:1,
2,5,6
33:5,22
34:16,18,
22 35:7
36:20
37:1,3,4,
11,15,21
38:15,20
39:2,9,19
40:2,22
41:4,5,16
42:19
43:8
44:7,22,
23,25
45:2,4,7,
9,10,18
46:16
47:3,23
48:15,19
49:23
50:2,7,
14,18,21,
23 51:8,
16,17
52:3,7
56:13,19,
24 57:1,
2,6,8,19,
20 58:2,7
59:11,16
60:16,17,
19 61:7
66:2,17
67:7 68:5
107:5
126:6



TALITHIA NEWSOME
UNITED STATES vs STATE OF GEORGIA

July 12, 2022
Index: meets..mm-hmm

146:14
149:20
173:1
174:5
191:3
193:12
194:22
196:11
197:9,18
198:2,11
200:15
224:14,15
252:16,19
258:18,25
259:2,3,
8,11
293:8,9
296:24
297:18
310:2,4
322:23
326:2
337:15

**meets**
91:17
111:1
134:14

**Melissa**
244:22,23

**meltdowns**
299:9

**member**
198:16
223:13
232:5
271:9
312:22

**Menke**
6:12

**mental**
113:2
179:18
201:25
202:2

270:12,13
276:5
278:17
284:12
285:8
344:15

**mentally**
26:24

**mention**
31:13
40:21
48:14
50:17
109:5

**mentioned**
35:6
37:10
46:11
47:2 50:2
61:24
70:3
73:18
84:16
91:1
112:14
118:1
119:7
178:1
191:20
203:16
209:3
226:23
236:4
237:20
239:17
242:9
252:25
258:9
260:14
265:17
274:4
278:4
286:17
287:4
289:23

293:6
310:18
311:3
324:20
325:12
336:8,19
338:12
341:11
345:8

**mentions**
164:12
179:12

**mentor**
23:15

**mentoring**
276:11

**mentors**
23:15

**merging**
146:13

**met**
82:18
139:20
195:10,18
212:15
213:7,8
256:10
258:10,21
259:9
288:20
309:17

**metrics**
101:13

**mic**
78:7

**microphone**
216:10

**midday**
8:17

**middle**
73:2
187:12

201:6
210:15
213:19,20
318:1
323:2
327:8
333:12
334:6

**midst**
8:11

**midway**
96:14
255:9

**midyear**
263:17
301:6,7
340:7

**migrant**
42:12,13

**Mild**
17:8

**million**
238:25
242:14

**Mims**
138:14

**mindfulness**
60:2
299:5

**Mindset**
49:14,15
151:15
204:23,25
205:3
340:5,8

**mine**
227:12

**minimum**
112:22,23
113:8
139:20
210:18

215:13
314:22

**minute**
33:14

**minutes**
8:17
85:1,20
95:5
114:9
146:7
169:9,11
173:15
296:18
318:15,16

**miscellaneous**
323:19

**missed**
102:23

**missing**
175:17
184:5,10
189:13,14
191:9
292:22

**mix**
83:10

**mm-hmm**
21:11,14
27:8
29:24
30:19,23
31:1,17
34:20,24
38:10,12
40:24
45:17
46:9,14
47:6
50:4,25
53:13
56:3,8
58:11
59:15



TALITHIA NEWSOME
UNITED STATES vs STATE OF GEORGIA

July 12, 2022
Index: mobile..monthly

60:10
62:13
66:4,22
69:5
71:21
73:11
80:5,19
83:3
85:21
89:2,7
93:7
94:16
96:2,12
97:6
98:6,12
99:1,9,
12,15,22
102:14
103:24
105:7
107:13
109:1,7,
22 112:17
114:21,25
115:9
116:1,21
117:7
120:24
122:1,10
123:12,
16,20
128:6
130:7
132:19
138:6,21
139:25
142:4,20
143:13
144:25
148:2,11
150:18
153:23
154:16,19
156:5
158:1,13,
20,25
159:16,19

161:23
164:6,17
166:6,23
167:11
168:15,25
170:8
171:10,19
174:17,23
179:2,8,
15 185:13
186:6
187:16
188:16
193:6
194:8,16
195:8
198:12
202:16
209:6,11
218:8
219:6
220:2,8
222:11,24
223:14,18
224:13
225:24
226:1,5,
12,16,18
234:6,24
235:3
237:18
238:6,13
240:12
241:24
242:7
243:16
245:22
246:5
248:21
252:24
254:22
260:2,13,
20
262:11,13
265:9,11,
15
266:10,25

267:25
268:11
269:1
270:4
271:15
272:21
274:5,11,
21,23
275:19,22
277:6
278:5
279:12,16
280:4,13
281:13,23
282:1
284:22,24
285:3
286:11,
21,23
287:23
288:14
293:10
294:7
296:12
298:6,9
301:18
305:4
306:6
308:25
310:20
314:6,9
316:17
319:7,23
321:24
323:24
324:22
325:14
327:15
328:16
330:8
332:12
334:12
335:10,25
337:23
338:8,14,
25

**mobile**
324:14,15

**model**
65:13
182:14
318:20
320:10,12
327:6,7
340:5

**moment**
27:10
31:25
242:11
262:5
339:8

**Monday**
318:14

**money**
37:16
38:24
127:2
235:2,19
244:12
246:14
247:19,20
252:1

**monies**
238:21

**monitor**
20:10,11
22:1
24:19,20
38:17
121:7
182:6,10,
12 230:18
231:3
250:9
251:9,11
267:16
317:24
319:18
341:2

**monitored**
24:22
251:13
290:21

**monitoring**
22:7,12
26:13
28:14
29:4
30:25
174:7
243:11
245:16,
21,23
246:25
254:19
258:24
290:5
291:12
301:7,13

**monitors**
182:6
208:13

**month**
18:4,5
32:9 33:5
52:18
96:21
253:7
258:22
259:3
278:9
279:2,3
304:24
324:16

**monthly**
31:15
32:5
33:22
34:18,22
35:4,7
37:1,20
47:3,23
50:2,14
56:24,25



57:20
58:7
60:16
66:10
149:19
259:2,8
291:17
293:9
297:18
324:17

months
21:13
281:22

morning
6:5 7:12,
14 87:19
333:6

move
172:8
191:13
195:22
198:25
207:18,20
215:6
218:16
219:22
242:20
244:7
272:10
276:22
336:12

moved
71:4,12
182:13
205:22,25
216:11
220:1
277:22

moving
82:2 83:1
94:13,19
141:6
172:17
210:25

223:16
267:17
313:12

MTSS
52:24
288:13

multiple
35:22
89:18
119:6
151:25
154:5
300:19
314:11
329:3
334:22

multitiered
288:16
292:1

music
12:18
324:8
329:22,23
330:9,20,
23

Myesha
38:5,6
46:12

———————

N

———————

Nakiba
56:4

Namaste
119:13,14
240:6

named
63:23
66:18
116:19

names
6:19,20

68:14
69:6
97:1,2
132:25
226:9
227:17,20

nature
56:9
62:17
71:22
72:13
194:25
285:4
303:5
344:8

Nealey
140:4
142:7,10,
11

Nealeys
142:8

necessarily
82:16
139:11
156:19
157:7
180:20
184:20
192:25
203:13
238:17
247:13
310:1

necessitate
d
212:14

needed
20:12,15,
22 22:14,
25 39:14
40:7,11,
13 49:3
51:22
55:12

68:2 73:1
102:21
126:6
136:14
157:6
173:4
184:21
189:18
190:14
197:23
209:16
211:16
256:13,15
277:21
330:14,22
344:12
345:1

needing
75:1

negative
86:3
87:23
96:7
122:18
266:22
272:15
307:19
308:15
310:17
324:7,9

Nelson
68:20

Network
11:1,9

news
13:19

Newsome
6:7 7:6,
12,20
10:4 16:5
33:20
86:21
90:9
214:16

254:7
339:18
345:11

Newsome's
47:9
323:9
345:23

night
325:24

nobody's
330:13
331:1

nods
121:11

non-gnets
344:21

non-
traditional
313:16

nonteaching
113:24

noon
106:22

Northwester
n
17:7

note
9:15
10:20
40:1
89:14
103:21
153:6
227:1
281:16
319:1

notebook
250:15,22
251:1
289:25
290:2



notebooks
  289:24
  291:22
  292:8
noted
  225:10
notes
  179:20
  227:4,14
  244:14
notice
  29:25
  78:22
  109:5
  282:25
notified
  309:7
  337:5
notifying
  148:17
November
  18:16,20
  105:2
number
  6:10
  12:23
  18:8
  32:24
  53:5  82:5
  89:24,25
  98:9,10
  105:22
  107:6
  132:10,
  11,13,15
  133:3,15,
  22  139:15
  153:5
  164:13
  167:9
  168:22
  193:8
  194:10
  211:3,4

212:17
218:6
219:21
221:6
223:4
226:24
227:23,24
234:12
238:12
257:21
264:16,21
269:13
286:6
303:3
313:24
315:17
316:5,13,
16,21
317:10
326:6
340:10
numbers
  79:25
  80:21,23
  92:2,25
  105:19,23
  106:2
  130:5
  132:10
  139:4
  194:9
  207:5,8,
  19
nurse
  123:11
  125:1,2
  236:25
nurses
  124:25
  235:5
  248:4
nursing
  235:6
nutrition

123:19
125:22,
24,25

_____

O
_____

oath
  7:22
object
  130:5
  229:14
Objection
  321:3
objections
  9:19
objectives
  290:4
observation
  191:17
  192:21
observations
  20:15,22,
  23  28:21
  165:1
  191:21,24
  192:6,9,
  11,15,18,
  20  203:5
  205:16
  233:4
  278:9
  280:24
  290:12
observe
  278:11
  306:23
obstacles
  342:17
  343:9,15
obtain
  24:14

obtained
  16:18,23
  17:4
  137:21
  138:17,25
  139:7
obtaining
  132:17
occur
  245:25
  261:2
  305:20
occurred
  60:14
  306:3
  308:18
occurring
  306:17
occurs
  247:1
October
  18:16,18
  21:22
offer
  108:13
  282:10
  322:16
  329:13
offered
  108:14
  113:21
  180:6
  330:24
  332:5
offers
  44:25
office
  22:24
  185:15,18
  239:10
  245:6

officer
  123:14
  125:9
officially
  63:8
OHI
  156:18
older
  264:10
on-call
  125:2
on-site
  65:10
  73:16
  245:13,15
  260:25
  261:2,10
  310:24
  311:10
one-time
  175:6
ongoing
  105:21
  141:11
  282:13
  307:23
  344:7
online
  317:21
  318:2,9,
  21  319:22
  320:1,7
  330:7
  331:6
Ooh
  328:11
open
  73:3
  92:15
  156:25
  325:19



opened
   108:21

opening
   92:9
   107:20

operate
   101:6
   154:6

operation
   31:19
   341:19

operational
   260:11
   267:3

Operations
   341:23
   342:1

opportunities
   213:14,
   16,23,24
   214:4
   315:23
   326:18
   333:13

opportunity
   12:6
   13:21
   32:25
   43:4
   46:24
   48:12
   60:4
   62:9,14
   113:13
   214:2
   216:6
   228:20
   290:18
   314:8

option
   135:14
   193:5

328:4

optional
   179:13
   191:17

options
   169:2,4,
   22 172:22
   213:3
   327:19

order
   112:19
   157:9
   220:9,13
   272:9
   273:4,24
   288:20,21

orders
   331:13,20

ordinarily
   320:25

organizations
   278:1

original
   195:3

originally
   208:18
   305:21

OT
   179:21

outcome
   160:13
   167:6

outcomes
   191:5,8

overlap
   34:16
   76:12,15,
   17

oversees
   338:9

oversight
   291:5,25

overview
   42:3
   148:6
   217:7

Owen
   55:16,18
   61:11
   62:1
   309:20
   313:6

─────────

        P

─────────

P-192
   9:24

P-193
   16:1

P-194
   29:16

P-195
   78:9

P-196
   88:19

P-197
   114:16

P-198
   150:11

P-199
   159:10

P-200
   178:11

P-201
   186:1

P-202
   207:24

P-203
   214:19

P-204
   262:7

P-205
   265:4

P-206
   268:7

P-207
   279:7

P-208
   286:3

P-82
   143:7

p.m.
   33:16
   127:17,
   18,20
   214:11,
   12,14
   216:15,18
   254:2,3,5
   319:2
   339:13,
   14,16
   345:24,25

packet
   150:15,24
   151:7,12
   152:25
   153:7,9,
   21,25
   154:10
   159:3
   160:7
   161:14
   167:2
   176:22
   178:15,24
   179:7,11
   180:18,
   20,21
   181:9
   184:3
   185:15
   187:24

188:15,21
   189:2,4,
   12,25
   195:11
   200:12
   276:2

packet along
   188:24

packets
   20:18,19
   27:15
   188:4
   192:25
   322:19

pages
   147:24

paid
   119:15
   122:25
   128:9
   130:14,24
   131:12
   312:7

paint
   331:15

pamphlets
   297:15

pandemic
   58:1
   64:22
   90:10
   92:7
   101:18
   281:25
   322:18

Panorama
   301:5

papers
   331:14

Para
   236:24



**paragraph**
148:3
155:23
156:9
158:14
280:1

**paragraphs**
154:18

**parameters**
147:10

**paraprofess
ional**
131:3,10
133:21,23
140:16
141:2
283:19
316:10,20

**paraprofess
ionals**
114:5
119:19
120:1,7,
22,25
121:6
128:4,19,
21 129:17
130:1
133:9
135:3
138:8
141:8
236:24
237:23

**paras**
255:24

**parent**
23:15
102:21
164:25
176:20
177:1,6,
13,22,24
178:2

196:24
197:1
201:12
205:25
252:6,13
257:8
269:6
270:21
272:12
276:12,22
283:1
325:13

**parents**
21:2
22:7,18
23:5,17
29:13
34:2 75:1
104:11
150:25
152:9
175:4
178:3
199:23
200:14
218:13,
15,19
229:13
230:10,20
252:8,13
271:15,
20,22
272:6,7,
10 273:10
274:14
275:11,12
276:20,
23,25
277:21
278:13,20
283:2,5,8
284:2,7
291:18
325:24
326:1,4,
7,11

**part**
20:17
23:3
25:13
40:22
41:2,16,
23 58:25
66:7,12
67:22
70:13
79:3 87:8
88:14
89:17
90:15
101:20
105:12
110:1
134:12
157:16,20
160:16
161:9,10
167:2,6
172:24
174:10
198:25
209:14
217:14
218:23
231:1
232:16
234:23
236:12
242:3
245:2
259:24
261:3,17
262:21
266:12
277:2
295:2
297:9
306:14
307:2
312:13
314:15
319:9,17
331:10,11

**part-day**
169:18
232:17
233:16

**part-time**
240:9

**partial**
233:10,25
234:5

**participate**
29:10
33:23
35:4
37:22
40:6
45:12
51:11,13
52:5,8
61:1,5,7
67:7
70:14
74:16
75:5 76:2
110:3
111:25
125:7
127:1
147:11
148:4,7
193:8,11
194:21,23
195:5
201:12
213:23,25
214:3
229:10
237:8,11,
12 247:3
252:14
256:1
257:17
274:1,12
284:23
287:20
293:15

308:21
323:2
333:4,7,
14,19,22

**participate
d**
57:5
61:4,11
66:5,9
191:2
194:25
198:2
305:15
322:20
332:15,21
333:19

**participate
s**
38:2,14
39:1,24
46:12
51:15,20
52:6
58:22
59:10
68:4
190:22
192:20
195:4
255:19,21

**participati
ng**
20:13
23:12
25:22
28:16,18,
22 29:12
31:16
34:5
36:19
43:8,10,
16 47:4
48:4
49:10
59:1



69:14,19
70:10,11
80:24
84:14,15,
21  93:3
109:24
144:19
145:18,25
146:17
154:9
155:2,6
164:10
190:7,21
198:11
228:6
235:23,24
237:14
269:9
271:12
284:21
286:19
287:3,8
331:5

**participati
on**
286:7
326:13

**parties**
6:20

**partners**
252:11

**parts**
198:24
199:5

**pass**
113:9
136:15

**passed**
140:15

**passing**
202:18

**past**
65:18

80:6,10
90:6
101:24
108:20,23
144:21,22
163:8
164:15
191:22
193:18,22
215:12
239:6
243:3
255:4
257:4,9
271:25
273:20
274:25
277:1
278:19
281:22
319:24
325:22
326:19
336:6

**Patricia**
140:4
142:10,11

**pause**
197:6

**pay**
46:23
237:23
239:8,9,
13  240:5,
20

**PBIS**
15:8
218:20,21
219:5
294:6,8,
11,12,21
295:2,5
296:10
297:3,9,
12,14,15,

17,18,19,
20,23
304:13,14
321:8
326:10

**PE**
77:21
120:4,5
219:2
324:4
329:23
331:10,12

**peers**
329:4

**penalty**
181:21

**pending**
93:2

**Pennsylvani
a**
201:4
328:23

**people**
21:1
23:18
35:22
36:19
43:15
44:9
47:13,19
52:12
57:17
58:24
59:10
73:4
86:18,19
113:13
114:4
120:17
124:9
128:9
136:21
146:11
167:24,25

175:1,2
176:24
179:21
187:10
201:13
256:25
257:11
270:21
275:13
276:18,19
285:14
293:7,12
302:18
312:8
340:17

**per-pupil**
235:11

**percent**
61:3
239:10,11

**percentage**
48:3
320:6,14

**perfectly**
146:12

**performance**
73:25
74:8
76:24
263:21
338:4,6

**performed**
338:15

**performing**
319:12

**period**
12:5
88:15
168:1,11,
12  174:6
219:1,2
220:18
264:12

**periodic**
338:4

**periods**
218:25

**permanent**
185:5

**person**
21:6,7
35:21,22
37:24
38:17
42:23
46:12
52:12
54:20
57:23
59:8
68:3,5,19
84:1,3,7
91:8
108:12
109:25
110:16
111:1,16
125:14,17
132:14
136:11
139:14
140:15,18
141:20
154:7
166:17
185:16,
17,18,19
190:21
204:3
244:11,21
245:4
277:16
283:17
285:22
295:20
300:7
338:2



person's
  244:22

personal
  166:18

personally
  100:6
  306:10
  308:5

personnel
  40:16,20
  107:8,9,
  11,20
  109:21
  122:10
  239:11,12
  309:17
  310:3,5

pertained
  22:21
  27:12

pertaining
  150:4

pertains
  254:10

Pete
  6:25

photos
  325:10

physical
  71:1 72:1
  221:4,19
  341:2

physician
  152:12

physician's
  274:14

pick
  96:5
  102:22
  104:11
  109:10

181:11
277:17
327:7

picked
  95:10
  121:16

pictures
  312:8,9
  313:14

piece
  41:9
  42:10
  62:9
  148:17,19
  154:24
  198:21
  204:17
  251:8
  283:2
  295:6,15
  313:21
  344:17

pieces
  182:11
  293:17

place
  22:19
  29:1,3
  39:9 44:1
  60:18
  66:14
  77:12
  95:19
  101:4
  140:20
  145:14
  151:14
  152:1
  163:18,24
  165:8,10,
  12,15
  166:9
  173:3
  176:9

177:16
182:2
186:19
201:3,5
203:7
229:20,25
230:2,4
232:13
242:4
250:3,7,9
251:3,9,
12 255:17
261:15
273:13
276:24
278:21,22
283:8,9
291:6
295:12
303:2,4,
15,18
311:13
315:8
317:10
318:5
319:21
323:18
334:21

placement
  81:23
  152:2
  153:3
  156:13
  160:14
  168:23
  169:25
  172:18,21
  173:13
  195:25
  196:15,20
  201:7
  202:11
  203:13
  212:12
  223:17
  230:3

314:19
328:15

placement's
  196:10

placements
  156:2
  274:2

places
  235:10
  334:10

placing
  159:24
  181:1
  211:1,14
  224:1

plaintiff's
  9:22,24
  10:2
  15:25
  16:1,3
  29:16,20
  78:9,13
  88:18,19,
  22
  114:15,
  16,18
  143:6,7,
  10
  150:11,13
  159:10,12
  178:10,
  11,13
  185:25
  186:1,3
  207:23,24
  208:1
  214:17,
  19,21
  262:5,7
  265:3,4
  268:6,7
  279:5,7
  286:2,3

plan

29:6,9
38:24
42:4,5
45:24,25
46:1,8
49:17
51:3,5
63:6
66:8,10,
11 67:15
87:4
95:19
141:5
148:21
160:11
163:7,10,
14,17,18,
19,21
164:8
165:8,17,
23
172:19,23
173:8
182:10,
11,16,20,
23 183:8
188:9
189:14
203:3
204:19,22
206:22
229:23
231:2
233:6
234:9
238:19
242:18,19
245:19
246:22
248:23
249:1,2
250:7
251:3,4,
6,20,21,
22,23
253:14,15
254:8,9,



10 255:3,
5,12,17
256:14,
18,21
257:23
258:3,7,
11
259:14,
19,22
260:23
261:19,20
262:17,
19,22
263:1,6,
10,12,20
264:2,3
265:7,18,
22
266:12,18
267:5,12,
13,22
275:17,25
276:10,16
277:11,
20,22
287:17,19
291:8
298:8
319:9,15
340:25
341:14

planned
78:2
104:13
304:11

planning
40:2,22
41:16
44:22,23,
25 48:14,
15,19
57:14
66:6,7
87:5
107:5
311:1

plans
62:10
182:1
229:16,20
243:6
260:8
277:2
291:12
298:10,16
300:23
315:5

plateau
92:15

platform
243:21
245:10
256:18,
20,21
338:22,23

play
46:15
61:12
79:17
137:5
317:21

playbook
303:7

playground
324:10

playing
330:9

plugged
33:9

point
8:9 46:23
54:5,18
56:11
67:23,25
68:11,21
79:24
87:4
101:9
111:23

119:22
132:22
133:17
136:19
137:23
138:5
164:13
167:3,8
168:4
169:1,12
174:18
200:17
218:12,
18,24
260:21
293:1
304:10
332:4
342:20,21

points
101:13
153:19
172:13
218:7,9,
10,17,19
219:5,7,
21 220:7,
14 221:7

policies
22:15
29:11
51:19
56:14

pop-up
230:13

population
170:4
343:14,24
345:6

portal
51:5
238:20
242:18
258:5

334:10,
20,23
335:2,7
341:11

position
17:25
18:11
21:16
53:22
54:12,23
68:9,16,
18 91:12,
13 108:5,
13,14
109:3
110:17
111:14
113:6,7
116:7
117:8,9
130:9,13
131:10,23
132:11
133:11
137:6
140:16
141:1,3
142:1

positions
25:4
52:19
55:5
108:16,20
113:24
114:1
115:21
116:23
118:6
120:11
121:22,24
123:1
126:23,25
127:3
130:17
131:3,15,
22 136:22

140:10
141:2,9

positive
15:9
34:14
75:24
250:7
294:9

possibility
39:16
76:1 92:5
225:6

possibly
113:15
182:1

post-
secondary
328:15

posted
108:3
294:17

practically
121:12

practice
22:15
261:7
333:4,8

practices
29:12
51:19
301:25
302:3,6,
20 304:4

pre-
referral
20:18

precursor
202:15

predate
197:16

predates



71:20
330:19

**preference**
165:21

**preferred**
135:13
166:17,18
295:20

**preparation**
13:11
134:11

**prepare**
12:10
13:25
41:13
306:11
336:1,4
337:17

**prepared**
44:13

**preparing**
11:20
27:14
41:20
44:13
52:3

**preplanning**
340:19

**preschool**
81:23

**prescribe**
247:11,13

**prescribed**
152:11

**present**
13:7 32:9
35:14,18,
19,24
37:2,24
38:22
62:1
72:12

102:9,16,
19 103:22
106:14
258:18
300:6

**presentatio
n**
300:4

**presented**
59:24
72:3
313:22

**presenting**
58:13
59:11

**pretty**
44:9,18
72:11
74:21
79:19
90:1 95:3
100:17
106:20
109:10
150:1
152:22
161:15
211:25
216:22
232:12
256:8
259:3

**prevent**
343:10

**previous**
90:3
113:7
144:21
230:3

**previously**
12:14,20
62:25
143:5,9
295:8

305:3

**price**
237:13

**primarily**
19:22
22:19
23:18
36:20
73:23
83:25
207:19
210:3
237:23
318:18

**primary**
22:1
67:23,25
82:2,4
94:13,15

**Prime**
76:3

**principal**
176:21
177:7

**print**
78:12

**prior**
9:18
13:13,15
23:22,23
26:8
43:21
56:25
60:16
64:12
80:14
90:3
91:18
106:11
108:10
151:5,14
172:17
174:20
175:10

178:5
180:2
184:7
187:25
194:4
200:1
204:13
207:12
221:7
229:19
260:9
275:3,5
304:11
305:6
307:21
308:2

**priorities**
257:5

**priority**
257:7,21
266:1

**private**
137:2

**privilege**
9:20
231:19

**probe**
91:24

**problem**
187:19
312:10
330:22

**problems**
163:16
187:19

**procedures**
22:15
29:11
51:19
56:14
181:25
246:12
251:24

**proceed**
7:9

**process**
20:17
23:6,19
66:12
91:21
107:20
132:16
148:15,24
150:5,6
162:5
168:6
177:2
180:20,22
182:10
186:14
187:10,
13,15
188:3
193:8
196:5
198:19
201:1
202:9,18
206:6
209:8,10
210:20
211:2
212:19
215:16
224:25
229:21
234:9
243:15
245:5,13
247:1,10
254:20
255:20
256:2
257:24
259:10,
12,24
260:5,16
261:3,11,
15 264:9



267:5,19
276:21
287:14
289:14
291:7
292:16,25
293:24
295:13
296:2
338:9,19,
22

**produce**
29:23
78:16

**produced**
78:15
79:24
88:25
114:19
146:5
150:15
159:14
186:7
214:23

**production**
208:5
286:10

**professiona
l**
16:14
17:3
19:10
22:6 23:4
24:18
26:13
29:4 34:4
36:21
40:23,25
41:9,10,
19 48:18,
20,23
49:6,11
51:10
57:14
112:3,6,

15 113:25
114:7
123:24
132:7
133:10,
16,23
134:3,7
135:17
136:2,7,
20
203:20,21
204:23
237:3,7
239:8,14
278:16
281:3
293:17,21
298:24

**program**
6:8 11:2,
4,5,10
12:16
18:14,25
19:19
21:10
22:22
23:6,8,12
24:22
25:12,14
27:21
28:11,15,
16 30:2,
18,21
31:20,21,
22 32:10,
18 33:4
36:6,12
37:4
39:21
43:7,24
45:23
46:2,6
48:5,21
51:1,16
53:11
54:24

55:7
56:15
58:13
60:1
61:15,18
62:21
65:7
67:13
68:25
69:4,13
70:4
71:17
74:11
75:4,5,
17,23
76:11
78:14,15
81:17
82:8,19
85:3
88:24,25
89:22,25
91:3,9,22
92:3
93:13,14
96:20
99:18
101:20
102:24
104:18,23
107:1,4
109:2
111:18
112:20
113:18
114:20,24
115:13,
18,22
117:6
118:7,24
121:24
122:6,8,
17 125:6
130:23
134:8
135:10
143:24

145:14
147:11
148:25
150:16,20
151:1
152:8
153:8,22
154:12,25
156:23,25
159:15,25
161:11
162:15
168:14
175:3
177:9
178:6,7
181:1,5
183:13
186:7
187:24
190:2
191:12
195:13
196:1,2,
22
197:21,24
199:3,16,
17,20
200:3,7
201:18
202:8,23
203:15
204:8,14
206:17,19
207:16
208:17
211:8,22
212:10,19
214:23
215:6,10
217:3,16
220:4
222:12,13
224:12,18
229:1,8
231:20
233:8

234:14
235:18
236:1
237:10,
12,17
238:24
240:6
241:25
243:7
244:5
246:4
247:2
250:14
251:22
252:20,25
253:2,16
254:11,21
255:7,15,
25
260:17,24
262:22
264:5,8
265:13,25
266:4
267:2,10
268:12,19
269:2
270:2,19
272:13
274:7,20
276:4
278:15
279:9,11,
15 280:12
283:13,15
284:4,7,
8,12,21,
23 287:20
289:10
291:4
293:4
294:11
295:5
296:11
298:23
299:23
300:2,16



304:4,13
306:16
312:2
313:15
314:2,11
316:3
317:2,23
318:10
320:23,25
322:14
323:8,14
324:24
325:5
328:24
329:6,7,
9,12
332:1
333:13,18
334:4,14
335:15,17
341:20,22
342:2,11
343:18
344:21
345:3

**program's**
29:21
263:21
341:2

**programming**
46:20

**programs**
22:2
25:15
35:3
42:7,14,
22 46:1
52:24,25
53:18
55:14
56:14
57:13
62:6 63:7
73:19
74:2,3,6,

14,16
75:20
77:9
85:15
87:21
107:17
110:2
115:25
122:11
145:19
160:22
186:25
187:5
194:17
197:22
208:24
210:7
216:20
234:16
237:13
241:3,4,
23 242:12
244:1
245:23
249:7
250:4
255:10
257:13
263:12
264:14
272:19
273:16
276:11
288:8
289:12
297:8
301:8
310:24
320:19
321:4
323:1
328:8
330:23
342:7

**programs'**
147:6

186:24

**progress**
90:23
101:8
163:25
168:5
174:7
211:21
217:13
218:3,14
230:18
231:4
251:11
290:5,7,
15
293:22,23
301:7,12
315:2,4
319:19
343:20

**progressed**
225:21

**projected**
64:16

**prom**
333:17,25
334:1

**promoted**
94:5,11

**promotion**
68:17

**prompted**
261:14

**proportion**
102:9,15
318:2

**proposed**
63:9
266:12

**protect**
78:25
89:6

**protocols**
52:4

**provide**
7:22
19:22
22:16
24:8
30:18
34:4
36:21,23
47:22
48:20
49:4,11,
18 56:15
61:16
64:20
65:4,10
92:11
119:8
123:19
124:10,21
125:14
126:4
127:2,5
131:24
135:18
147:4,9,
17 155:24
160:11
164:11
183:1,4
193:1
198:7
204:4,8
211:25
240:8,23,
25 246:7
252:9,12,
16 253:8
268:23
269:3,5
270:8,18
272:22
273:12
274:17
275:13

278:9
279:23
280:19,22
281:6
283:10,13
289:13
291:1,24
293:2,3,
18 297:12
298:24
299:1,22,
24 300:8
301:3,20
304:3
313:20
316:2
330:12
331:16
341:7

**provided**
16:5
19:11
23:4 29:4
37:19
62:7
65:16
79:14
84:17
89:15
91:18
100:19
115:13
117:5
144:3,8,
11,18
145:3,4
160:24
161:6
174:25
179:3
180:18
205:5
211:22,25
212:17
237:1
238:16



241:13,17
251:19
259:20
268:9
278:7,19
283:15
288:24
297:19
319:10
322:21
323:11
329:15,18
337:6
340:3
341:19
345:5

**provider**
83:25
117:21
118:2,3
295:17

**providers**
19:17
22:12
59:7 60:1
116:2
118:9
119:8
124:3
237:9
268:3,18,
22 278:2

**providing**
18:14
19:5,9
21:3 22:9
26:17
36:17
37:18
40:23
48:23
49:6
148:13
176:24
183:3

198:6
200:10
202:22
203:17,23
231:9
233:3
240:3
250:2,4
264:23
270:7
272:13
280:24
296:8
299:3
300:10
330:3
345:3

**provision**
158:22

**psychiatric**
201:21

**psychiatris
t**
152:13
253:6

**Psychiatry**
279:11

**psychologic
al**
164:16,
19,21
173:19

**psychologis
t**
123:13
125:3,4
152:13
236:25
253:6

**PT**
179:22

**public**
13:14

15:5,18
123:14
125:9
236:25

**pull**
45:3
170:1
173:16
197:24
217:22,23
231:8
232:10
269:15
299:11
315:16,20

**pulled**
184:7
225:14
228:18
232:8
296:17

**purchased**
331:12

**purely**
84:9

**purpose**
32:2
147:22
264:6
310:25

**purposes**
14:8
64:10
105:9
115:8
282:15
334:17

**push**
67:17

**pushed**
312:14

**put**
59:21

68:20
161:8,14
163:24
165:10,
12,15
166:9
173:3
182:2
203:7
212:14
227:14
228:18
229:25
247:18
251:9,12
256:9
261:15
283:9
307:21
323:17
326:25

**putting**
97:5
181:21
304:1
319:21

**pyramid**
250:23
290:1,3,
18,19
292:10

—————————

Q

—————————

**QBE**
235:12,20

**qualificati
ons**
109:17
112:16
113:8
187:20

**qualified**
113:12

**quality**
12:7
235:12

**quantified**
170:12

**quarter**
290:22
291:23
325:18

**quarterly**
37:11,15
38:15
290:23
291:21
315:2

**question**
8:1,3,7,
11,23
46:10
54:1
61:23
68:20
71:19
93:4
102:11
106:7
109:16
118:6
141:15
162:22
163:6
166:3
168:22
170:24
171:6,25
195:3
233:17
282:3
298:4
304:12
310:24
313:3
320:20
342:24



questioning
  172:8

Questionnai
re
  177:13

questions
  7:21,23
  9:5,7,11
  12:16
  20:21
  33:1 43:5
  46:24
  48:13
  54:2,5
  56:12
  58:18
  61:14,17
  62:3,4,
  10,15
  65:24
  101:21
  102:2
  107:2
  145:6,8,9
  148:14
  159:13,23
  160:5
  162:19
  172:15
  176:17
  180:8
  181:10,
  13,25
  206:21
  244:2,3
  258:15
  306:13
  310:12
  311:4,9
  312:11,17
  316:1
  323:19,22
  339:19
  342:3

quickly

  149:5

quote
  53:2
  54:14

quoting
  199:16

───────────

      R
───────────

R-E-S-A
  14:19

R-E-X-A-N-
N-E
  116:16

race
  97:3 98:7

Rahmig
  56:4

raised
  72:14
  73:13

range
  81:1
  155:8
  316:23
  317:6

ranged
  96:21

ranges
  103:19

rank
  264:14,15
  266:3

rates
  106:8

rating
  164:25
  165:1
  255:20
  260:3,10

  267:3

re-
  283:12

reach
  68:3,5
  86:15,24
  110:13
  218:6
  220:13
  223:22
  227:24
  228:6
  233:23
  252:9
  271:16,22
  287:1
  311:19

reached
  206:1
  224:7
  226:20,25
  228:17
  233:21
  257:16
  270:22
  275:12
  287:10

reaching
  224:3
  257:12
  271:20
  288:7

read
  13:12
  155:22
  182:23

readily
  64:24

reading
  129:7
  251:2
  290:10
  318:15
  319:13

ready
  23:2
  40:15,19
  88:1
  197:4
  217:15
  234:3
  273:10,11
  339:19
  343:2
  345:18

real
  230:15

realize
  213:11
  296:1

realized
  64:21
  225:14
  269:4
  311:16

reason
  9:9
  82:10,11
  92:17
  100:2
  102:20,22
  153:11
  174:10
  193:12
  196:21
  212:2
  221:2
  261:17
  302:3
  328:5

reasonable
  161:5

reasons
  76:1,3
  92:23
  201:22,24

recall
  98:17

  99:4
  100:20
  145:10,21
  146:14,23
  147:1
  194:21
  261:16
  275:3
  288:6,10
  305:24
  306:2

recap
  118:16
  129:16

receive
  15:19,20
  16:25
  37:3
  47:21
  58:17
  62:22,23,
  24 64:12
  106:8
  124:20
  126:8,12
  131:7
  138:2
  144:5
  146:1
  152:12
  174:22
  175:12
  186:17
  205:12,15
  206:25
  207:15
  234:14,
  15,16
  235:11
  236:1,14,
  17,20
  237:5
  238:23
  242:1,24
  245:23
  246:16



269:10
284:18
285:5
295:1
317:18
322:3
324:6
328:6
338:4
340:20,22
341:13

received
12:22
17:12
22:8
23:11,13
25:14
32:20
33:2
38:23
44:15
62:25
65:3
79:4,23
119:22
134:17
137:25
138:13
139:5
144:23
157:6
161:24
162:2
178:18,19
180:10,25
182:3
183:13
185:17
189:12
205:13
208:1,4,
21
209:20,22
229:15
235:3,6
238:3

242:3
243:4
246:8
248:6
265:12,14
267:2
273:23
285:21
286:9
288:7
301:10
322:19
337:11
338:18
341:8,16

receives
45:10
108:11
185:16
285:17

receiving
40:25
48:24
49:2
58:12,15
73:16
104:20
146:23
147:1
199:24,25
200:6
240:4
241:1,16
273:20
285:12
298:5
317:15

recent
265:13

recently
48:22
246:3

recertified
322:12

340:9

recertify
340:12

recess
33:16
127:18
214:12
254:3
339:14

recognize
16:8
79:23
89:8
268:15
279:18
286:12
296:7

recognized
304:14
329:11

recollectio
n
82:8
119:21

recommend
112:12
137:6
165:13
277:21

recommendat
ion
91:19
108:8
111:15,16
142:2
195:22
211:8

recommendat
ions
109:14
193:2
198:8
203:6

206:23
255:14
256:12
258:16
278:11
283:18,20

recommended
212:12

recommendin
g
134:14
159:24
188:6

record
6:21 7:19
8:22 9:15
33:10,11,
14,17
61:20
78:8
89:14
97:19
103:14
120:19
127:14,
16,17,19
184:16
185:3,5
197:7
206:15,16
214:11,14
216:14,
16,17
227:2,10
241:7
253:21,23
254:1,4
289:15
300:9
318:25
339:10,
12,15
345:19

recorded
45:4

293:17
297:17

recording
8:21

records
102:6
183:20
315:12
334:19

recover
170:15

recruiting
22:10

recruitment
107:3

red
164:1
165:9
248:13

redacted
78:24,25
89:4

redaction
115:8

reduced
237:13

refer
15:3
150:25
169:11
212:2
253:12
269:7

reference
31:21
45:6
59:13
108:11
179:16
225:18

referenced



34:17
66:17
169:5
275:20
334:9
339:22
342:3

referencing
12:21

referral
22:25
23:6
81:20
91:21
93:2
164:3
197:17
201:10
209:9
212:25
276:1,2,8
284:18

referrals
32:24
83:14
193:17,
21,23,24
194:1,5,
10 202:19
270:12,20
277:5,8,
9,10,14
278:12
283:13,
20,25
284:1,2,
4,5
285:1,16
295:13,14
296:3,22

referred
11:5
25:12,13
32:21,23
74:25

82:12
90:18,24
193:9
194:15
196:4,6,
14 206:9
253:1
285:11

referring
11:8
14:12,16,
20,24
15:9,13,
17 20:17
31:22,25
37:21
40:3 67:2
97:22
109:20
118:4
145:16
147:22
169:9,12
170:5
189:22
190:16
194:14
243:19

reflect
285:21

reflected
123:1
218:18
285:18

reflecting
30:20
79:11
115:10

reflects
89:11

regard
46:10

region
34:5

Regional
14:20
270:10

regions
146:22
245:3

registered
332:6

regular
49:23
51:8
56:25
88:10
95:17
101:14
106:3
152:12
232:6
320:25
325:15
328:2

regularly
56:19
259:3

rehab
68:12
272:20
273:18
274:3

Rehabilitat
ion
32:15
67:10,12
272:23

reintegrate
d
217:16

reintegrati
on
229:16,
19,22
231:2

relate
170:22,25

related
22:9
25:10
48:2
102:2
113:2
158:22
159:7
189:2
242:21
245:18
285:7
316:12
334:18

relating
11:1
30:24
281:17

relationshi
p
76:10

relationshi
ps
232:6
302:11

release
246:11
281:8,9

released
199:11
202:6
238:21

relevant
15:2
282:2

rely
200:17

remain
280:2

remained

140:19

remaining
240:13

remember
35:2 38:4
55:17
68:14
71:3
144:20
197:19
252:15,18
300:6
309:4
317:2
322:4
330:20

remind
74:6

renewable
137:12

renovation
242:22

reoccurring
51:8

repaired
312:15

repeat
61:22

repeatedly
221:14

repetitive
261:21

rephrase
8:3
126:24

replace
53:19
140:18

replicating
264:2



**report**
31:4
32:9,16
36:18
47:21,23
52:9
53:24
54:2,9,
10,20,21
55:1,13
66:23,25
133:13
290:23,24
291:21
335:21,24

**reported**
96:20

**reporter**
6:3,13,
16,22 7:9
8:20 9:21
15:24
29:18
33:11
78:4
88:17
96:9
103:4,13
114:14
143:5
150:9
159:8
178:9
185:24
207:22
214:17
262:4
265:2
268:5
279:5
286:1
294:3
339:4

**REPORTER'S**
319:1

**reporting**
6:2 30:8,
10,20
31:8
34:18
37:5,6
46:11
50:2 53:8
106:3
321:11

**reports**
46:17
47:25
91:8
336:1,4

**represent**
6:19,21
7:15
16:10

**representat
ive**
24:4,6,25
39:4 43:1
50:8
67:12
198:6
244:17
337:25

**representat
ives**
32:11
41:17
42:21
47:15
50:3,15
51:12
63:23
145:3
244:5
260:22
276:5
311:6
336:22

**represented**

276:5

**represents**
31:7
199:1

**request**
49:12
184:6
200:4
205:12
208:2,3,
15 281:17
312:15
336:25
337:12

**requested**
75:2
204:8
261:18,19
308:10
336:17

**requests**
49:13
204:22
205:15
206:24
207:14
307:20,23

**require**
90:24
153:1
156:1,22
167:6
180:1
246:22
276:25
330:24
340:22

**required**
6:1 106:5
136:16
139:20
145:20,21
146:10
149:25

152:24
156:24
157:18
158:3
162:13
166:1
170:16
173:25
174:15
180:13
182:4
184:24
185:7
189:25
205:2
222:22
238:19
246:21
262:20
264:3
267:17
297:2,5,7
298:7
330:17

**requirement**
157:2
162:16
163:2,3,5
223:1
316:15

**requirement
s**
37:19
106:4
111:2
112:19,
22,23
113:1
114:1,6
134:15
135:16,19
144:13
147:14
162:8
176:14
182:16

220:17
256:6
258:11,21
259:22
300:21
301:1
303:1
316:12,23
320:18,22
321:2,11,
12

**requires**
152:24
167:2
319:16,17

**requisite**
133:16
140:22

**RESA**
14:19
30:21
31:9
32:11
34:9
35:6,18,
23 36:6,
7,9 37:23
44:20
47:1
48:17
49:7,9
51:9
54:8,13,
18 106:9
111:3,5
236:18
337:16

**RESA's**
36:14

**RESAS**
237:4

**reschedule**
39:13



rescheduled
  306:1
  309:13,14

research
  200:1

reserve
  83:13

reserved
  9:20

residence
  84:10,12
  104:19

residential
  156:1
  199:12
  200:24
  201:7,20
  202:7

resource
  34:2
  342:7

resources
  12:3
  23:10,14,
  20,21
  29:2
  36:22
  40:18
  59:23
  107:23
  109:22
  110:13,19
  114:3
  134:13
  180:24
  203:9
  210:24
  211:13
  239:14
  250:19
  251:5
  276:6
  293:4,13
  297:23

299:22
301:20
304:3
331:4,7
332:1

respective
  83:14

respond
  11:20
  72:11
  244:3
  287:25
  311:21

responding
  222:2

response
  8:24
  29:22
  78:15
  79:14
  89:1
  114:20
  115:14
  118:6
  150:16
  159:15
  186:8
  214:23
  265:12
  268:10,12
  281:20
  288:5
  289:2,17

responses
  13:18

responsibil
ities
  19:3 20:4
  21:23
  22:21
  24:9
  25:10
  27:11
  28:12

121:13
145:18
147:7
149:3,7

responsibil
ity
  35:25

responsible
  21:7
  24:17,18
  84:3
  111:13
  173:5
  327:17

responsiven
ess
  9:19

rest
  83:9 88:4
  98:3
  119:16
  140:20
  266:16
  312:16
  333:7

restorative
  294:23
  301:24
  302:2,4,
  6,11,14,
  20 304:4

restore
  302:11,13

restraint
  341:2

restricted
  314:18
  315:10

restriction
s
  326:25

restrictive

12:7
101:10
152:2
156:2
169:7
172:18
174:21
175:11
180:3,9,
11 197:11
224:2
315:24

resubmit
  244:15

result
  45:1 59:3
  65:6
  90:10,11
  104:6
  194:2
  210:13
  235:4,7
  312:3

results
  301:12,15

retaining
  22:11

retarded
  26:24

return
  28:7
  127:23
  228:23

returned
  64:22
  231:13
  287:17

returning
  56:6
  96:11
  137:10,
  15,16,17,
  18

138:11,
14,22
183:11
247:9
275:23
281:11
332:10

review
  13:22
  20:20
  37:15
  101:13
  174:7
  188:6,9
  189:24
  200:5,7
  244:6
  245:14
  246:10
  256:10
  257:24
  258:1,22,
  23
  259:10,
  12,16,24
  260:4,16
  261:5
  287:6
  291:21
  292:4,12,
  25 306:13

reviewed
  12:24
  183:20
  215:23
  258:8

reviewing
  100:20,22
  149:8,11
  215:24
  260:8
  261:18

reviews
  174:24
  185:20



244:11,
18,21
256:23
301:12
314:22

**revised**
249:4

**revisions**
256:14

**revisit**
172:9
175:15
268:1

**rewards**
215:7
295:1

**Rexanne**
116:11,14

**Richmond**
6:9,24
7:1 18:8
21:16
25:5
26:21
27:7,25
36:10
37:13
51:14
53:7,9
69:8,16,
23,24
71:8 72:4
73:21
74:12
76:24
77:1
82:21
84:13
88:3,24
89:11,20,
25 90:11
91:10,11,
12 92:3
93:14,18,

23 94:8,
10,15,22
95:2,3,5,
9,12,25
96:4
103:2,11,
19,22
104:9
107:12
109:20
110:8,20,
21 111:6,
7 116:22,
24 117:2,
24 118:20
119:10
120:21,23
122:3,4,
13,20
124:6,16
125:2,6,
18,19
126:1,4,
10,13,18
128:10
129:18,19
131:13
141:4
142:21
153:6,20
165:5
188:2
190:12
193:19,24
194:18,20
197:22
204:20
207:3
209:4,5,
14 210:13
224:9,23,
24 226:3,
11,12,14
231:17
262:21
263:1,6
269:20,25

271:7
272:2
275:7
279:14
284:15
285:1
286:22
287:13
312:22
321:23
322:21
323:5
324:21
332:20,24
338:13

**ride**
85:1,2

**rights**
11:25
335:19

**risk**
113:4

**Roberts**
244:23

**role**
18:7,12,
21 19:19
21:15,19
22:20
24:7
26:25
27:16,18,
19 28:8,
12,13
36:2,14
46:15
58:6,9
61:12
62:2
79:17
83:23
90:15
137:5
143:3

145:22
146:3
147:4,9
176:6
190:23,24
194:13
198:3
317:21
338:7,17

**roles**
115:23
145:18
165:5

**room**
6:18
256:3
310:8
312:12,
18,21

**rooms**
312:18,23

**rosters**
92:25

**rotation**
261:4,10

**rotational**
182:13

**rough**
25:18
61:3 93:9
207:5,8

**roughly**
8:16
25:18
194:12
197:14
204:13
238:2
319:25

**route**
85:3,19,
23 95:1

**routine**
72:25
193:10

**row**
31:6,7,9,
10 34:17
47:1 50:1
97:17
98:3
223:16
281:16

**RTI**
289:2,9,
15

**rubric**
254:16
258:9
265:19

**rule**
143:11,17
144:1,6,
7,14
147:13
152:21,24
155:9,11
158:7,12
159:4
162:9
166:1
174:1
176:14
181:14,17
316:14,15

**rules**
145:17
180:1,14

**run**
14:9
204:24
345:17

**rustling**
78:7

**résumé**



16:4,11
27:24

———————
S
———————

S-W-S-S
  321:14,16

safe
  161:7

safety
  123:14
  125:9
  236:25

samples
  292:6,7,8

Sand
  6:7 15:2
  17:22
  25:17
  28:10
  29:21
  30:2 36:7
  44:6
  62:21
  63:9 65:7
  68:25
  69:4,12
  70:25
  78:15
  91:9,22
  114:23
  150:16,20
  153:8
  159:2,18
  163:3
  186:9
  195:13
  214:22,23
  215:1
  217:2
  251:22
  260:16
  262:9,12
  265:8

267:2
268:12,19
279:14
316:3

Sanford
  301:5

sat
  173:1

satellite
  70:2
  84:15
  188:1

scale
  266:3

scales
  164:25
  165:1

scenario
  195:24

schedule
  20:16,23
  32:6
  37:14
  44:17
  56:24
  57:7 86:5
  108:7
  109:6
  189:11,
  16,19,25
  190:14
  191:13
  223:23
  231:24
  232:4,12
  315:21
  324:17,18

scheduled
  20:24
  37:11
  50:18,19
  56:19
  57:2,16

215:25

schedules
  77:11,15,
  18,20
  193:4
  307:17

scheduling
  72:22
  77:7 87:8
  300:13
  334:18

school
  6:24
  11:19
  12:4
  20:13
  23:11,16
  24:23
  28:18
  29:12
  34:5
  36:11,19,
  23 38:25
  39:8
  40:12
  41:12,14,
  24 42:4,
  6,8 47:5,
  17,20
  49:10,12
  51:20
  52:4
  53:1,6
  54:7
  65:19
  67:13
  69:14,24
  77:9
  78:21
  79:5,12,
  25 80:6,
  11,21
  81:8
  83:2,7
  84:16,18,

21,24
85:6
86:12
87:2,6,16
88:3,4,9,
25 89:12,
18,20
91:4
92:4,18
93:6,24
94:3,19,
23 95:11,
14,17
96:4,6
100:10
103:9
104:12
106:5
107:14
109:2
111:7,12
113:15
115:11
117:22
120:10
123:13,
19,23
124:13,
14,17,23
125:3,4,
7,13,22,
24,25
126:5,22
128:24
131:19
135:7
137:7,25
138:7
140:8,24
141:13
144:10,
20,21
145:25
149:21,22
150:24
151:23
152:6,9,

15 153:10
154:6,7,
9,12
169:14,15
172:22
174:25
175:2
177:3
179:20,22
185:4
187:21
191:15,24
193:4,22
199:22,25
200:6
201:6,8,9
202:8
203:18
204:7,13
205:11,24
209:5,16
210:15,
16,24
211:1,13
213:12,
18,19,20,
21,22
217:17
224:6
225:5,13,
16
228:15,
16,23
230:8
232:11,15
233:13
235:5,20,
24 236:24
237:14
238:9,23
239:2
247:4,7
250:18
255:2,8,
18 257:4
260:9
262:21



263:13
266:13,16
269:20
270:6,8
272:25
273:2,5,
20,22
275:4,5,7
276:14
277:2,17
278:24
281:21
282:7,14
284:14
285:10
288:18
289:1
294:1,4,
12,20
301:17
302:7
304:16
305:3,4,6
312:4
317:25
318:1,18
319:18,24
320:25
321:21
323:1,2,6
324:23
325:9,21,
23 327:8,
9 328:2
329:5
330:6
333:3,7,
12,13
334:6
337:9
340:17
343:18,19
345:1

school-
based
13:3

22:24
176:23
212:19,20

schools
15:6,18
24:11
26:12,15
27:14
28:20
31:16
42:8
71:9,10
83:15
88:10
92:15
126:3
205:1,4,
14 208:14
212:4
263:11
268:19
269:3
323:12
329:3
330:14
333:15

scissors
331:15

SCL
65:10

score
246:17
267:3

scores
260:3,10
290:9

screen
43:14
325:3

screened
324:24

scroll
97:23

99:23

search
13:17

seating
222:14,19

SEBD
172:4

seclusion
341:3

second-
graders
325:4

second-to-
last
132:8

secondary
135:8
323:21
326:21
329:14
330:25

section
148:9
173:23
202:14
243:21
276:21

sector
137:2

SED
132:2,3

SED-21-
19000
130:14

SED10-11000
128:13

SED10-14000
128:20

SED21-17300
130:9

SEDVIB10-
14000
131:4

sees
284:6

segregation
12:9

select
137:5
210:9
241:4,22

selection
329:19

self-
assessment
254:16
255:1,11,
13 265:19

self-
monitor
217:19,20

self-
reading
254:21

semester
104:25

send
43:17
45:5
60:21
68:7
106:1
111:18
200:5
230:2
243:12
244:14
321:4
334:24
335:1
340:8

sends

46:21
200:6

senior
228:16

seniors
328:10,12
329:11

sense
94:2
175:7
319:25

sensitive
299:18

sensory
312:18,
21,23

sentence
50:11
155:24
158:14
179:25
280:15

separate
14:24
45:20
69:3
135:23
213:13
234:22,24
236:2
239:22
310:1

series
7:21
243:24

serve
24:5
63:20
69:21
74:6
81:25
82:1
115:17,



18,22
118:7,23
119:6,9
122:4,16
140:21
198:5
201:18
218:2
270:23
277:12
343:14,25

**served**
10:11,14
24:3,24
25:8
26:5,20,
25 27:3,6
69:12
70:4,6
77:2
81:6,17
82:23
83:11
93:24
94:7
154:25
156:11,23
162:23,24
169:8
170:4
197:12,24
200:3,8
201:4,5
209:16
316:22
323:21
342:11,18
343:10,15

**serves**
37:14
69:23,25
117:2

**service**
14:21
83:25

119:8
124:2
204:15
206:11
268:18
270:10
277:25
278:2
295:17

**services**
12:7
15:20
22:9 23:1
25:15,16
26:2
28:15
32:15
36:22
52:24
64:15,18,
21,24
65:4,18
67:10,13
76:7,8,
12,13
82:22
90:14,20,
25 92:13
104:20
124:20
131:25
147:22,23
148:10,
22,25
150:5,15
151:1,21
152:13,20
153:7
155:25
157:3,6,
10,12
158:17,23
159:3,14,
25 160:7
162:9
169:10,

12,16,17,
19
173:15,16
174:20,24
175:9,10,
23 176:20
179:7
180:3,4,
5,10,17
181:9
183:3,13
185:14
186:5,16
188:24
189:1,19
190:3
191:12
193:1
196:25
199:24
200:9,20
201:17
202:12
203:13,
18,23
205:8
211:23
212:1,4,9
231:10
234:17,21
237:9
239:18,20
240:1,5,
17 241:8
242:9,25
249:7
250:2,4
267:23
268:2,23,
25 269:2,
5,6,11,
19,22
270:3,7,
8,25
271:2,19,
24 272:4,
11,22,23

273:3,21,
23 274:24
275:14
278:7
281:18
282:4,9,
13,22
283:3,11,
14 284:18
285:2,4,
7,12,17
287:13,21
288:3
289:19
296:25
301:14,15
316:3
320:18,22
322:2
324:25
342:12
344:1,6
345:2

**serving**
18:6 19:4
23:24
26:8
68:19
70:21
94:3
143:23
144:24
151:6
194:13
209:19

**session**
271:12

**sessions**
43:24
59:14
146:15
293:5
297:17

**set**
39:19

75:25
79:3
128:3,12,
17,18
129:22,25
132:25
133:8
146:10
147:13
149:3
152:20
163:2
172:13
181:16
228:21
229:1
251:25
316:12,15

**sets**
60:19
112:15
135:16
148:3
155:8
319:8

**setting**
60:25
113:6
146:15
191:24
280:10
344:1
345:6

**settings**
15:5,17
193:3
342:12,19
343:11,16

**setup**
192:1

**severe**
82:17,25
155:21
157:21



170:5,20
171:4,16,
17,21,22
172:2

**severity**
81:19
156:2
158:21
184:1

**shadowing**
18:24
67:21
273:25

**share**
32:17,22,
24 33:4
41:12
47:21
57:14
59:22
67:1,8
72:10
73:18,21,
25 75:20
76:21
81:13
103:8
144:9
199:23
217:4
230:24
255:3,4
284:1
308:19
309:1

**shared**
48:16
64:4
74:12
94:20
144:4
145:24
179:19
263:2
307:10

308:7

**shares**
51:21
301:15

**sharing**
58:12,14
59:4
67:19
252:4
266:24

**Shaun**
55:16,17,
18 61:11
62:1
309:20

**she'll**
46:23

**sheet**
153:16
218:1,12
230:18

**sheets**
167:4
218:18,24

**shelter**
273:9

**Shipman**
137:17

**Shontier**
52:16

**short**
114:11
305:25

**shortage**
134:23

**shortages**
86:20

**show**
167:5
183:9
202:11

243:25
266:6

**showed**
166:9
276:14

**showing**
119:25
161:9
203:11
206:21

**shows**
155:20
183:5
215:5
218:5
250:18

**shut**
105:4

**side**
145:8
289:25
290:2

**sight**
223:8

**sign**
177:7,9
269:16
285:23
302:8

**sign-in**
269:15

**signed**
176:20

**significant**
64:11
87:19
134:23
156:22
167:10,
14,15
170:20
171:17

210:2
273:8
328:13

**significant
ly**
80:21
87:22
92:3

**similar**
27:19
28:13
64:12,14
88:22
89:3
91:21
130:13
141:8
151:8
166:11
179:1
199:3,17,
19 200:3,
11 201:1
210:21
216:21
263:19
266:17

**similaritie
s**
91:23
210:22

**similarly**
136:18
165:18
226:2
331:3

**simple**
136:13
173:12
189:9
230:5

**single**
12:17
20:7

218:12
241:18
261:25

**sit**
95:22
222:19
223:1
228:9
271:3

**site**
19:25
20:14,23
43:22
52:2
69:8,10,
23,25
71:11,12
72:24
73:21
74:7,12
75:19
76:9
80:4,10
81:2,5
82:4,20,
21 83:5
84:11,23
85:4 86:8
91:10
93:16
94:8,10,
15,22
96:1 97:8
98:18
103:6,11,
20 104:8,
9 110:8
117:18
120:21
121:5,9,
16 122:5
123:11,
14,15
124:8,18
125:1,8,
11 126:4,



12
142:12,14
154:10,11
169:20
188:1,2
190:10
191:20,24
192:8
194:5
201:3
203:3
204:16
205:16
207:3
212:5,6
231:17
240:7
245:16
250:1
253:7
257:11
258:1
269:8,18,
19,23
270:23
271:3,8
274:15,
18,21
275:1,13
278:24
279:23
280:23
284:16
285:14,23
292:4,25
298:21
299:25
300:20
305:12,
16,19
306:11,24
307:2
308:2,8,
18
309:21,22
310:6,15,
22

311:15,20
317:3
323:23
324:10,12
326:8,12
330:20
340:16
343:18

**site-based**
21:7

**sites**
70:25
73:2,18
76:14
84:9 92:8
96:2
102:5
103:17
108:21
119:1
126:18
141:4
205:17
219:13
245:9
253:7
273:23
324:2
326:12

**sitting**
165:11
230:14
276:9,19
310:11
343:20

**situation**
88:12
196:19
205:23
253:9

**situations**
272:5

**six-year**
16:24

**sixth**
249:19

**skim**
149:5

**skip**
155:23
275:15

**skipping**
177:12

**slated**
93:11
312:20
313:1

**slight**
197:6

**slowed**
60:17
92:8

**small**
78:11
238:1
239:15
289:5

**Smith-dixon**
55:22

**smooth**
121:15

**smoothest**
230:25

**social**
65:8 74:4
114:5
116:3
117:4,13
118:10,
13,17
119:12
131:15,23
134:1,2
136:18
138:22
158:18

177:15,
19,23
212:4,6
216:4
234:18
239:19
240:7,9,
21 241:4,
8 245:7
247:23
276:4,6
282:16
283:6,21,
22 291:19
295:16
296:20
299:12
300:15,22
301:1,3,
4,9,21
302:6,7,8
322:24
327:18

**softer**
216:9

**software**
60:3

**solid**
232:12

**Solutions**
6:13

**somebody's**
109:16

**someplace**
285:21

**sort**
146:23
246:16
291:25
335:23
338:15

**SOTO**
270:15

**sought**
242:21
243:8

**sound**
297:13

**sounds**
43:15
44:22
47:22
57:20
59:13
64:2
129:12
171:8
209:8
254:13
308:5
345:21

**source**
63:12
128:1,14,
20 131:4,
11,21
242:5
270:1

**sources**
151:25
234:12,13
237:20
319:11

**South**
69:11
136:14
137:1
213:17,
19,20

**Southern**
17:16

**spaces**
83:13

**Spanish**
113:20



**spans**
  317:8

**speak**
  8:22
  13:10
  74:19
  86:11
  209:12
  275:23

**speaking**
  65:6 90:3
  109:11

**spec**
  27:6

**special**
  11:18
  17:7,19
  19:12,14
  20:25
  21:17,24
  22:11
  23:9,24,
  25 24:7,9
  26:11,20
  27:2,12,
  18,19,20,
  21 28:14,
  21 32:6,
  7,11
  34:22
  42:23,25
  44:25
  50:18
  52:5,24,
  25 54:6
  55:25
  56:2,17
  57:12
  65:21
  83:24
  113:16,19
  117:5,24
  118:21
  120:5
  131:24

  134:24
  135:5,9,
  11 139:5,
  11,19
  142:17
  143:21
  144:2,16
  145:22
  146:19
  151:3,17
  153:10,25
  154:8
  155:5
  162:23,24
  165:6
  169:2,4
  185:20
  187:22
  188:4
  189:4
  190:6,16,
  18 191:7
  192:17
  194:13
  195:10
  197:19
  209:13
  210:4,12
  234:17,
  22,23
  237:15
  239:17,25
  240:17
  241:7
  245:2
  247:17
  284:13
  307:6,20
  322:4,6
  327:21,
  24,25
  334:25

**specialist**
  16:17,19,
  21,22,24
  27:21

  51:2 55:7
  126:20
  212:8

**specialists**
  51:16
  124:8,15

**specializat
ion**
  82:21

**specialized**
  199:24
  209:20,22

**specially**
  22:3

**specials**
  324:3

**specific**
  24:11
  25:9
  48:19
  69:22
  88:11
  101:21
  105:3
  115:18
  155:17
  157:8
  163:14
  208:15
  209:24,25
  245:13
  248:2
  259:10,11
  260:16
  285:6
  304:3
  323:17
  331:8,19
  338:16
  341:21

**specificall
y**
  19:19
  20:4

  22:21
  26:12
  27:13
  36:5
  43:24
  51:12
  56:16
  64:18
  70:12
  72:4 99:4
  102:4
  104:7,14
  123:3,7
  144:7,13
  158:15
  170:23
  178:22
  190:24
  247:18,23
  260:23,24
  271:6
  289:10
  309:1
  312:12
  336:7

**speculate**
  70:22
  86:22

**speculating**
  90:9

**SPED**
  187:18

**speech**
  124:19,20
  157:6

**spell**
  116:12,15

**spelled**
  147:16,18
  295:25

**spend**
  252:1
  320:1
  339:23

  **spending**
  37:19
  48:11
  244:12
  246:8,10,
  13 247:15
  252:3

**spent**
  37:16
  96:15,21
  97:25
  302:2

**sporting**
  333:14

**spreadsheet**
  78:14,23
  79:11,21
  88:24
  89:11,17
  96:14
  98:16
  99:2,5,8,
  17 100:21
  114:19
  115:2,7,
  10 116:6
  117:17
  123:2
  226:2
  332:11,14

**spring**
  337:4,7

**Springs**
  273:12,13
  274:4,8

**staff**
  19:7,9,
  12,25
  20:9,12
  22:11,17,
  24 23:5,
  20 26:17
  28:21
  29:2 34:2



36:21
40:17
41:13
46:17
49:15
51:22
57:16
65:1
72:23,24
77:14
92:10
100:25
104:5
107:24,25
108:8
110:6,8
112:1
113:12
114:19
115:11,
17,21
119:5,17
122:23
123:1,8,
17,18,22
124:11
125:16,
22,25
126:1,2,
9,15,17
128:3,18
129:13
163:13
170:16
192:2,10
195:4
203:15,17
204:3
205:8
208:16
209:20,22
217:10,19
221:21
223:11,13
230:12
232:5,7
236:21

237:5
239:9,10
243:12
255:9,10,
19,21,22
256:12
269:7
271:9
278:17
281:9
283:19
291:17
293:15
295:25
298:25
302:8,12,
15,16,21
303:8,9,
13,23
306:16,21
307:7,25
308:16
312:22
327:4,5
336:2
339:24
340:4,8,
19,22
344:8

**staff-
related**
107:1

**staffing**
24:20
40:18
107:4
127:23
141:12

**stains**
72:19

**stakeholder
s**
32:7
249:24
252:5

264:18

**stalled**
221:9

**stamp**
89:15
153:5
154:15
178:20
208:5
246:16

**stamped**
30:1
114:22
150:19
159:18
176:1
178:17,18
186:9
214:25
279:17
286:10

**stand**
101:5
288:15
289:16
339:12

**standalone**
14:24

**standard**
187:13,14
198:18

**standardize
d**
231:24

**standards**
112:4,6,
15  113:25
114:7
135:17
136:2,7
317:19

**standpoint**
77:7

123:1
136:21
275:9
289:18

**stands**
101:12
284:11
321:16

**STAR**
218:19
219:8,10,
11,12,16
294:13

**start**
9:7 39:10
44:2
67:18
76:14
86:4,6
87:22
88:2
94:4,6
127:25
129:6
152:7
155:14
202:7,8,
10 211:10
220:3,4,
6,18
221:13,23
222:1,10
232:8,10,
17 233:2
234:10
283:23
326:5
333:2,5

**started**
9:15
18:4,5,
19,24
52:17
86:16,22
90:11,12

101:16
104:5
167:22
210:7
224:25
229:7
232:20
249:2
259:2
266:8
267:22
273:24
303:16
326:24
327:4,5
334:1
340:17

**starting**
16:15
31:13
97:24
107:2
119:17
149:1
153:4
220:9
222:20
223:3
259:25
260:1
266:15
343:8

**starts**
79:2
158:15

**state**
7:18 9:17
10:22
11:1
17:1,7,9
24:15
26:22
28:22
30:22
31:11



32:14
33:3
34:13
37:22,25
38:1,7,
11,13,21
39:23
41:4,8,17
42:18
43:9
44:9,11,
17 45:10,
25 46:11,
19,21
47:13
50:2,3,8,
14,23
51:2,9
55:9,21
56:12,17
57:7,17,
21 58:7,
18,21
61:6
62:11,20
63:23
66:24
67:2,18
71:17
72:7,8
73:9,12
102:1
105:20
106:4,9
111:19,24
112:3,11
117:5,6,
10,13
118:18
119:3
127:2
128:16
129:14,22
130:1,4,
10,11,14,
18,19,21,
25 131:24

132:3,5
133:1
134:10
136:16
139:21
143:17
144:3,9,
12,13,18
145:17
146:24
147:5
149:4,25
152:24
155:10
156:24
157:18
160:19,21
161:2,6,
25 162:1
163:4,5
168:17
172:2
174:16
178:19
179:4
180:1,14
181:13,
17,20,22
182:5,6
187:2
199:5,17,
20 206:19
208:4,21
209:18
228:14,22
229:16
234:16
235:2
236:8
238:22
241:14
242:6,14
243:2,8,
15 244:5,
11,17,21
247:5
251:4,5,

17,25
253:16
254:10
258:18
260:22
263:3,20
264:14
265:18
267:3
284:14
286:9
291:24
292:15
293:3
297:3,11,
20,23
299:21
300:6,10
301:19
304:2
308:13,17
309:18
310:2,4
311:5
316:11,
14,15,23
319:10,
16,17
320:17,21
321:12
336:5,11,
21 337:25
338:16
340:21
341:1,6,
8,18

**states**
7:3,5,16
9:16
10:21
16:6
29:22
78:16
199:8
214:24
268:13

305:14,16

**Statesboro**
17:16

**statewide**
45:9

**stay**
92:15
101:14
102:3
308:11
328:14
333:3

**stayed**
87:17
326:11

**step**
147:16,
18,19
164:2
187:17
188:14
189:3
190:5
191:15,18
193:4,14
222:8
244:8
263:9
315:19

**steps**
63:14
149:12
152:19,20
162:14
166:1,21
168:17
173:3
174:12
181:3,6,
7,8,12,22
182:7,9
187:21,23
188:13
198:18,

20,22
254:14
257:22
272:9

**Stevens**
244:19

**Stevenson**
55:4 56:7
58:22
61:10,25
145:11
257:1
258:14
259:1
260:15
292:18
308:19
311:20
335:17

**Stevenson's**
55:8

**stick**
167:17

**stipulation
s**
65:5

**stood**
100:23

**stool**
124:10

**stop**
184:18

**stopped**
254:7
327:3,6

**straight**
154:12
206:18
207:3
308:13
335:16



**strategic**
29:6,9
45:24,25
46:7 51:5
66:6,8,
10,11
182:10,
11,16,20
183:7
234:9
238:19
242:18
245:18
248:23
249:1,2
251:6,20,
21,23
253:14
254:8,9
255:3,5,
12 257:23
258:3,6,
11
259:13,
19,22
260:23
261:19
262:19,22
263:20
264:3
265:7,18
266:17
267:5,22
319:9,15
321:18,21
322:6
340:25
341:14

**strategies**
299:4

**stream**
236:2

**street**
69:11
71:4

**stress**
87:16

**stretching**
193:25

**structure**
30:10,20
53:8,9
64:25
303:17,
19,20

**struggling**
230:22

**student**
25:11
27:1,3
76:7,8
78:13,24
79:2,11
81:20
87:14
88:12,23
89:5,11
97:8,18,
19,21
98:8,24
99:20,24
102:8,12
103:12
104:14
106:10,
13,14
111:13
113:19
148:24
151:20
152:1,5,
15
155:15,18
157:5,11,
13 160:17
162:14,
22,24
163:6,13,
16 164:5,
9,24

165:11,16
166:5,16,
19,22
168:10,20
169:3,21
170:4,13
171:1,22
173:11,22
174:12
175:11
177:20
178:15
179:23
181:21
185:12
188:14
192:2,3
193:9
195:1
196:2,4,
6,10,14,
22 197:12
198:13
199:21
200:21,25
201:1,25
202:5
203:6,7,
10 205:22
206:17
210:25
212:16,
18,22,25
213:5,7,8
214:2
217:15
218:5
219:17,
20,24
221:3,20,
22 222:13
223:24
224:4
227:20
228:5,23
231:10,
21,25

253:11
257:19
269:21
270:19
272:24
276:10
281:1
284:17,
18,21
285:1,17,
24
287:13,21
288:3
289:7,8
291:1,2,3
295:19
299:10
301:14
302:10
303:4
314:8,11
320:5
328:17,
22,23
329:22
333:10
334:3,15,
18,24
343:14

**student's**
98:5
160:14,15
163:15
168:23
174:21,25
179:14
191:16
195:14
251:11
283:18
317:12

**students**
12:1,2,3,
5 20:1,
10,11
22:2,8,17

23:7,11,
12,17,19
25:14,19,
25 26:17,
22,23
28:15
29:3
32:21,23
34:3
42:11,13
46:19
48:4
64:22
65:6,9,
11,14
67:16,18,
22 69:17,
24 70:4,
6,11,21
74:7,11,
13,15,23
75:12,14,
16,25
76:2,8,
18,20,21,
24 77:2,
8,21 79:1
80:3,10,
24,25
81:2
82:3,6,23
83:5,10
84:8,12,
14,18,23
85:2,23
86:9
87:6,10,
13,25
88:7,8,
10,15
89:22,25
90:14,17,
22 91:15
93:2,9,
12,18
94:14,21
95:2,9,



13,16,20
96:5,20
97:4
99:4,10,
17 100:7,
13,15
101:2,7,
8,15,20,
22 102:3,
6 103:18,
19,21
104:6,18
105:5,16
107:6,7
113:4
119:10
121:15,18
122:7
124:11,20
143:23,24
145:16
147:10,
14,21
148:4,6
149:22
150:6,25
152:10
153:6,8,
20
154:18,
20,22,24
155:1,6,
14 156:1,
6,10,17,
18,19,25
157:3
158:17
159:24
166:10
170:6
174:4,6
179:21
180:4,10
181:4
182:7
183:3
186:15

191:19
192:5
194:14
196:16
197:23
199:2,4,
7,11
200:13
201:19
202:4
205:18
206:3,15
207:15
209:15,
19,23
210:2,20,
23 211:3,
5,6,7,9,
10,15,17,
18 212:11
213:12,13
215:6
217:4,9,
11,13,18,
21 218:3,
14,22
219:7,9
220:3
221:9,14,
15,17
222:10,
22,25
223:1,9,
10,22
224:6,10
225:11,
12,21
226:3,7,
20,25
227:17,23
228:3,8,
13 229:5,
8,12
230:19,21
231:12
232:3,7,
14,20

233:7,13,
21 235:22
237:2,15
240:4,8
249:8
250:6,12,
24 251:8,
13
252:10,17
253:1,4,
9,12
257:18
267:10
268:20
269:7,8,
10,17,24
270:23
271:5,6,
11 272:2
273:5,7,
14,19,20,
22,25
274:6,11,
14,24
275:6,14
277:1,11,
14,19,20,
22 278:14
279:24
280:19,23
281:9,20,
21
282:10,
14,20,23
283:7,24
284:13
285:5,9,
11,12,15
286:20
287:7,16,
19
288:19,21
289:1,11,
24
290:17,18
293:4,23
294:14,

18,21,25
295:1,18,
19
296:15,
17,24
298:5,9,
11,22
299:3,4,
7,19
300:24
301:8,16
302:17,21
303:10,24
306:25
308:1,7,
10 312:22
313:19
314:2,17,
20,25
315:3,23
316:5,7,
13
317:22,
24,25
318:1,8,
13,17
319:12
320:1,5,
7,8,11,13
321:4
322:2,19,
20,22
323:1,21
324:2,23,
24 325:6,
9,15,23
326:8,17,
21 327:1,
3,23
328:6,13,
19,21
329:2,14,
20 330:4,
9,16,25
331:5
332:2,5,
15,21,24

333:2,10,
12
334:16,18
335:1
340:20
342:10,
14,23
343:8,22,
23,24
344:9,14,
16 345:6,
9

students'
  156:13,14
  315:12
  319:18
  343:20

study
  12:13

stuff
  228:12

subbing
  29:15

subject
  286:7
  321:5
  327:11

subjects
  326:23
  327:14

submit
  42:16
  154:9,13
  160:9
  167:3,7
  177:10
  182:21
  188:7
  243:24
  245:11
  256:18,19
  261:12
  336:12,14



submitted
  12:14,20,
  23 13:4
  98:14,20,
  21 100:21
  133:5
  138:10
  183:9
  184:3
  212:24
  235:23
  266:6
  324:18

submitting
  182:14
  187:23
  336:13

subpoena
  10:2,4
  12:22
  29:22
  78:16
  79:15
  89:1
  114:20
  115:14
  150:17
  159:15
  186:8
  214:24
  265:13
  268:13
  306:14

subpoenaed
  311:17

subsequentl
y
  196:16

substitute
  140:21

substitutes
  237:24

successful
  166:10

168:3
180:5
229:11
230:1
343:25

successfull
y
  210:11
  273:4
  342:18

sufficiency
  174:24

suicide
  271:18

summaries
  315:2

summary
  290:23
  291:1

summer
  6:12
  215:24
  282:13,
  17,19
  322:25

superintend
ent
  46:21
  52:21
  53:16

superintend
ents
  28:19
  35:12
  47:4,11,
  14 54:2
  307:1

supervise
  22:1

supervised
  24:22
  268:20

supervising
  22:7
  28:14
  52:13

supervision
  17:10
  280:10

supervisor
  39:3
  52:15,16
  53:3,11,
  23 54:4,
  21 108:1
  338:10

supplements
  209:9

supplies
  235:5,6
  325:23
  331:10,14

support
  11:2,10
  18:14
  19:4,5,
  11,17,20,
  22 20:1
  21:3,4
  22:6,9,11
  24:8
  25:15
  26:17,19
  27:1,3
  34:4
  36:17
  40:23
  41:1 46:1
  47:17
  49:19,20
  51:24
  52:24
  57:9
  59:4,13
  61:17
  63:20

65:5,8,
10,11,16
75:1
90:12,14,
17,18,23
91:11,14,
20 116:2
117:21
118:2,3,
9,11
123:19,22
124:3,7,
10,15,21
125:14
126:2,4,
7,8,9,12,
15,18,20,
21
149:21,22
155:25
158:17
173:14
183:2
184:21
202:22,24
203:12,14
204:4
205:5
206:8
208:15
209:4
210:14,18
212:1,8,
21 217:19
231:8
233:3
236:20
237:5,7
240:3,8,
23 242:25
243:1
249:15
252:13
253:8,12
264:20,23
268:20
269:3

270:18
272:11,
16,25
273:1
275:7
279:23
283:1,7
284:17,19
285:13,22
288:16,
23,25
289:2,6,
19 291:25
293:19
295:4
296:8
297:10,
14,20
298:5
299:1,22
300:11
301:20
304:3
313:15
316:9
344:15
345:1,6

supporting
  183:1
  188:24
  243:25

supports
  15:10
  51:23
  64:24
  65:4
  90:20
  91:9
  190:3
  211:23
  212:17
  229:24
  230:3
  240:25
  249:6
  250:2,8,



13 252:9,
16 271:20
288:19
289:12
293:4,13
294:10
299:12
342:13
344:1,6
345:3

**supposed**
60:13
62:7 63:1
64:7
217:24
218:1
227:5
244:13
246:15,19
247:19,20
296:4
315:7,9
339:2

**surprise**
183:12,
16,22
184:2

**surprised**
326:6

**surveys**
301:8
326:1

**suspension**
105:11,
16,18

**swear**
6:22

**SWIS**
321:5,7

**switch**
142:24
327:10

**switching**
68:24

**sworn**
7:7

**SWSS**
321:5

**symbol**
161:2,3,8

**system**
6:24
23:11,16
24:23
31:15
32:1
33:23
34:18
41:7,24
42:5,8
49:20
51:3,20
52:4 53:6
69:24
83:2,8
84:21,22
85:6
86:12
87:16
94:20
103:9,12
106:5
109:2
111:13
124:10,13
131:19
138:2
154:7
169:15
179:22
199:22,25
201:8
205:24,25
209:16
214:22
215:5,15
216:21,23

217:3,8,
9,14
218:16
219:5
226:21
229:5
235:16,24
251:4,21
262:21
269:21
270:6
272:25
273:5
275:7,17,
24 288:19
289:19
292:1
295:3
319:18
322:21
327:22
333:21
339:3,6
343:19

**System's**
153:10

**systems**
11:19
12:4
20:14
28:18
29:12
34:5
36:19,23
40:6
47:5,17,
20 49:10,
12 54:7
69:15
84:16
85:8,9
103:9
107:14
111:7
124:15,
17,23

125:7
126:5,22
144:10,20
145:25
150:24
154:6,9
200:6
235:20
237:15
252:1
284:14
286:18
288:16
297:22
321:21
330:14
334:11,13

————————

**T**

————————

**T-E-R-E-S-A**
116:16

**table**
64:16
152:17
165:11,14
166:13
168:3,9
173:2,7
175:19
192:4
276:9,23

**takes**
43:20
151:24
223:24
303:11

**taking**
7:16 29:1
60:18
145:13
219:24
312:8

**Talent**

108:4,25

**Taliaferro**
69:16

**Talithia**
6:7 7:6,
20 10:4
16:5
345:23

**talk**
24:21
31:3
32:21
40:12,18
41:6 42:5
43:2 51:2
56:13
57:10
60:4
62:8,10
66:10
68:25
143:2
173:2
190:13
200:13
209:2
228:9
230:9,10
234:8
243:14
255:5
260:22
271:3
285:14,15
300:24
303:10
305:12
311:1,7,
12,14
342:16

**talked**
25:5 37:2
50:6,13
120:14
130:12



135:15
145:13,17
156:17
160:4
176:17
177:11
202:17
228:19
239:18
252:21
292:5
306:23
311:18

talking
9:2 33:21
50:22
52:13
60:2 72:4
127:23
140:11
160:2
172:7,25
173:13
175:24
180:8
187:17
202:15,18
234:11
254:8
256:3
267:21
286:24
293:12
321:7
328:22
343:1,20

talks
50:24
147:21

Tanisha
121:2

targeted
45:8

taught

231:17

teach
108:21
135:7,10
139:21
294:25

teacher
26:18,21,
24 27:2,
24,25
28:4
83:24
113:21
120:4,6
123:25
131:16
134:23
141:19,24
165:1
192:2
217:2,24
222:19
223:2
230:24
237:9
283:19
290:11,16
291:16
318:3,4
320:4
325:7
327:17
330:3,20

teacher(s)
191:16

Teachermade
290:11

teachers
19:14
20:1 22:7
23:5,14
26:18
51:23
65:12

77:25
102:25
103:6,11
112:18
119:18,24
120:2,3,
5,22,23
123:24,25
128:4,12,
14,17
129:17,23
132:2
133:2,4
134:6,11,
19,22,25
135:2,3,
11 136:4
137:8,10,
14,19
139:3
140:1
142:16,22
202:24
209:19,25
216:6
230:9
237:10
239:9
245:8
255:23,24
264:23
278:10
280:25
290:21
291:18
295:12
298:25
300:21
301:4
303:22
308:4
313:16,20
318:8
322:6,23
326:22
327:10
330:6

331:13
344:19

teaching
139:11
210:2
264:25

team
27:1,4
32:12
51:22
77:19
91:17
101:9,21
172:15
175:1
184:5
195:18,
22,25
196:5,9,
14,20
197:2,9
198:11,17
200:12,19
201:16
213:1
215:23
216:2
228:19
229:13
232:9
233:5
245:2
256:10
257:17,20
276:2,3,
19 277:3
289:2,14
291:10,11
315:20,21
322:23

teams
156:13
322:25

Tech
67:14

technical
48:8
144:9,19
145:2
146:21
205:2
273:2
297:19

techniques
339:25

technology
40:10
124:4

telling
244:14
249:10

tells
250:17
258:23

ten
106:16
167:23,24
194:15
205:4
220:14
221:11

tentatively
78:2

Teresa
116:14,15

term
11:7
15:16
170:5,9,
12 171:16
202:19,21

terminated
280:6

terminology
171:16

terms
26:1 91:2



109:23
117:8
121:12
141:5
155:12
170:4
211:19
282:22
289:2

**test**
164:24
290:9,11

**testified**
7:8

**testify**
10:3
211:24

**testing**
52:3
231:24
232:1

**therapeutic**
11:2,9
19:17
64:15,18,
20,23
65:4
90:20
119:8
131:25
155:25
158:17
183:3
211:23
212:1,4
234:17,21
239:18
240:1,17,
23,25
241:8
242:9
249:6,15
250:1,13
267:23

281:18
282:9,22
283:14,24
295:17
344:6

**therapists**
124:19

**thereof**
167:13

**thing**
42:2
44:12
52:1
76:23
203:19
206:7
209:2
240:2
243:18
302:19
322:4

**things**
22:13
28:20
40:10
43:4
44:23
45:2
46:23
52:4
57:18
59:22
60:22
64:21
72:17,18,
21 74:17
77:23,24
90:13
104:13
108:22
112:25
137:4
158:2,3
163:24
164:23

165:2
173:2,25
174:15
177:25
184:10,
15,22
193:2
203:7,24
208:12
210:6
228:3,10,
19 229:3,
6 230:16
231:1
246:9
249:21,23
251:9
255:14
257:9
258:16,17
259:18
262:23
264:4,13
265:24
267:12
270:14
278:10
280:25
283:6,16
290:25
292:2
294:19
295:21
296:1
298:23
299:4,5
300:13
304:6,9
307:14
312:7,11
313:1,5,
8,13
320:3
323:17
326:16
334:10
337:17

344:5
345:7

**thinking**
171:25
207:18
225:16
299:8

**third-
graders**
94:10

**Thomson**
20:14
52:2
69:10,11,
25 71:2,
12 72:4
75:19
76:20
78:14
79:11
80:4,10
81:2,5
82:4,20
83:5,11
84:23
85:16,17,
19 86:5,9
88:3
91:10
93:14,18
96:13
97:8
99:7,8
102:25
103:6,10,
18,23
104:8
110:7
119:10,
17,24
120:3,8,
12 121:9,
10
122:15,
18,19

124:6,17
125:2,7,
11,13,19,
25 126:8,
12 137:17
142:12,
14,19
154:10
188:1
190:10
193:20,24
194:1
201:3
204:16
205:16
207:4
224:8,9,
19,21
225:10,25
231:16
269:18,25
272:3
324:12
332:14

**thought**
227:11

**threatening**
271:18

**throwing**
73:4

**Thursday**
141:10

**tie**
175:22

**tied**
32:3
218:20,21
219:5
295:3

**tier**
183:21
250:17,24
251:1,2
295:4,15



296:4,5,
9,10,14,
17 298:5

**tiered**
289:19

**tiers**
250:19
288:22
290:13

**tile's**
72:19

**time**
6:11
11:18
12:5 14:5
18:15,23
19:15,25
21:18
24:6 25:1
26:5,6,10
27:9
36:18
39:18
43:25
48:18
51:10
57:18
58:23
70:14
71:20
73:10,17
76:4,9,21
79:24
80:7 81:7
87:22,24
92:12
95:23
96:15,20,
24 97:25
100:16
101:3
104:22
105:2
106:15
114:10

116:9
119:22,24
127:10,13
132:22
133:5,12,
18,24
134:5,16
136:11
137:20
140:13,14
141:14
144:2
146:10,17
155:4
157:25
167:10,
15,23
168:1,11
169:13
173:5
175:8,16
184:3,17
192:5
194:7
201:5
213:2
214:6,9
220:18
231:22
232:19,22
248:4,7,
20 251:14
264:12
271:4
278:14
282:7
287:9,14
290:20
296:19
297:1
302:2,18
303:8,9,
13
305:24,25
312:19
313:7
314:20,21

315:15
318:13
319:6
320:1
337:4
339:24
340:7
345:14

**time-
consuming**
258:12

**timeline**
135:18
266:23

**times**
70:4 84:6
86:4
87:18
88:2
163:22
177:23
197:19
198:1
204:8,14
205:11
223:7,11
248:24
291:22
300:19
303:3
309:16
310:15
314:24

**timing**
44:6

**title**
23:23
36:3,4
53:15
55:8
235:3
244:24
247:8

**titled**

159:13
178:14
186:4
214:22
262:9
265:6
279:9

**TKES**
338:23

**today**
6:18
7:13,17
10:9,17
12:25
14:9 26:4
77:17
248:20
313:22
315:16
338:18
345:14

**Today's**
6:5

**told**
86:8
121:5
151:7,9
305:21
306:9

**tomorrow**
141:7

**toot**
328:7

**top**
10:20
26:3
30:16
115:2
129:6
149:9
161:1
265:24
277:24

**topic**
60:21
106:25
114:11
209:3

**topics**
145:12
281:4
300:23

**total**
96:15,24
97:25

**totally**
75:24
213:12

**touch**
75:12

**tour**
230:7

**tracing**
327:2

**track**
37:18
113:14
134:12
264:25
313:17
327:24

**tracking**
230:17

**tracks**
136:25

**traditional**
210:11
269:22
270:3

**train**
340:18

**trained**
49:15
339:24



340:4,15
344:8

**trainer**
340:11

**training**
23:4
30:25
49:14,16
57:16
144:5,11,
15,23
145:1,4,
12,20
146:20
161:24
162:2
204:24
205:1,3
209:21,22
242:24,25
243:4,12
252:13
269:6,7
276:12
278:19
280:15,18
293:2,3
297:10
299:22
301:20
304:3,8
340:2,5,
8,15,19,
20,23

**trainings**
146:9
293:14
339:23

**trans-**
328:14

**transcripts**
13:23

**transfer**
86:11

95:9
121:17
199:2,4,7
206:15

**transferred**
201:2
207:20
228:14

**transfers**
199:22
202:5

**transition**
12:6 59:9
63:21
75:9
88:12,13
106:24
217:16
224:16,25
226:13,17
230:1,25
231:15
232:3,14,
15 233:1,
16,22,24
234:1,3,8
248:22
272:24
273:4
303:10,11
305:12
314:8
315:23
327:4
342:16
343:9

**Transitiona
l**
268:24
269:1,5,
18 271:2

**transitione
d**
224:4,11,

17,21,25
225:11,
12,25
227:24
231:13,21
233:21

**transitioni
ng**
80:25
101:22
223:24
226:4
228:3
233:14
293:25
314:1
343:23

**transitions**
223:6
232:18
233:9

**transport**
75:9 85:8

**transportat
ion**
24:20
84:17
86:18
94:25
237:1

**transported**
85:10

**transporting**
237:2

**trash**
73:4

**trauma**
298:23,25
299:2,8,
13,19,20
344:13

**trauma-
informed**
298:17
299:23,25
300:4

**travel**
84:24

**treatment**
199:12
200:24
201:20
202:7

**trial**
9:20

**trips**
326:18

**Troy**
17:1,9

**true**
107:16
139:22
213:5
333:9

**truthfully**
9:11

**Tubman**
71:11

**turn**
20:18
41:12
108:9
115:1
158:7
159:6
175:24,25
179:6,9
182:17
188:21
202:13
235:21
250:10
258:2
259:20,23

263:12
276:1
280:9
292:5,7,
13 307:22
319:11
337:8,21
341:4

**turnaround**
305:25

**turned**
98:19
138:1
141:18,19
188:25
189:2
277:4,8,
9,16
292:8,10
304:23
306:14
312:21

**turning**
72:21
94:25
108:10
142:2
259:17

**turnover**
129:13

**tutoring**
250:5

**tweak**
167:19

**tweaked**
208:11

**tweaking**
215:16

**two-and-a-
half**
18:1,2
80:12,15
90:7



201:2
215:12
229:17
243:3
255:4
257:10
282:24
326:19

type
13:18
19:6
35:14
36:22
46:20
47:16
48:20
51:10
104:7
145:15
202:2
216:23
218:14
256:14
276:6,13
283:7
298:13
315:2
317:17

types
12:3
23:7,13
29:11
51:17
52:2
57:12
91:17
136:9
152:9
166:8
173:9
200:9
215:7
220:25
229:24
230:3
237:6

245:24
249:21
252:7,16
266:5
273:3
274:2
278:17
285:6
288:19
289:12
299:9
301:9
326:15
344:1

typical
85:1  95:1
194:2
317:6

typically
39:3,10
44:2  54:5
56:22
72:11
81:1
84:13,24
88:11
107:22
126:6
190:9
193:11
194:4
199:21
201:24
204:3
206:11,15
231:6,7
275:11
276:3
307:22
317:13,14

—————————

U

—————————

ultimately
64:12

205:18
212:11
231:13
271:23
306:3

unable
175:12

unallowable
247:16
248:9
252:3

unavailable
195:7

underlying
225:7

underneath
36:8,25
130:23
135:21
167:9
172:13

understand
7:24,25
8:1,25
9:1  10:24
11:8,11
14:12,16,
20,23
15:4,8,
13,17
41:15
76:19
79:21
99:3
100:14
151:16
157:15,23
170:24
171:25
182:19
200:22
220:11
254:14
284:20

296:2
311:8
331:22

understandi
ng
11:22,24
56:24
57:6
63:10,25
64:7
71:14
94:17
149:7
155:7
161:19
162:7
165:25
168:16
235:22
280:7
344:12

understood
23:18

unexcused
105:14

unilaterall
y
196:24

unique
30:1
57:25
73:14
78:20
104:2,4
114:23
120:11
150:20
212:13

United
7:3,5,16
9:16
10:21
16:5
29:22

78:16
214:24
268:13
305:14,16

universitie
s
47:16

university
17:1,7,
10,16
273:2

unmet
281:18
282:3,6

unsuccessfu
l
181:2

up-to-date
56:16

upcoming
38:24
41:12,14
42:6
140:24
189:25
239:2
337:9

update
40:11
51:6
255:17
307:2

updated
280:5
294:23

updates
46:18
47:21
48:7,10
51:18
56:15
81:11
144:3



309:4
311:24,25

**updating**
22:14
219:9

**uplift**
258:5

**upload**
51:5
258:5
259:14
262:2
334:10,23
335:1,3,
6,8,12

**uploaded**
256:24
261:25
335:7

**uploading**
334:21

**utilized**
271:24
274:24

_____

**V**

**vacancies**
140:8,25
141:16

**vacancy**
107:25
108:2
109:4
140:15,19
141:19,
21,25

**valid**
342:6

**variances**
87:19

**varied**
320:4

**varies**
318:4

**verbal**
8:23
344:17

**verbatim**
217:5

**verificatio
n**
139:16

**verify**
98:9,10
100:6,15
288:5

**version**
144:1
323:9

**versus**
10:21
84:11
318:3

**VIB10-14000**
131:10

**Vickie**
55:3,6
56:6
58:21
61:10,25
244:19
256:25
292:18

**video**
144:12
145:4
146:5,6,
7,9
147:21

**videos**
146:4

**views**
87:10

**virtual**
28:23
33:6  41:5
43:14
58:5
67:19,21
146:14
256:6
266:14,15
273:24
278:19
293:14
300:7
320:9
323:4,6,8
326:1,2
331:24

**virtually**
45:1
57:24
61:2,11
256:7
329:15,18
330:3

**virus**
104:7,10

**vision**
164:22

**visit**
85:4  86:8
103:20
260:25
261:2,8
305:16,
19,20
306:2,7,
16
307:18,21
308:2,8
309:2,19
310:6,15
311:10,20

**visits**
73:16
230:13
245:13,15
253:7
261:10
282:17
305:13
306:11
308:11,18
309:15
310:22,24
311:15
323:23

**visual**
217:11
218:3

**voc**
272:19
273:18
274:3

**Vocational**
32:14
67:9,12
68:12
272:23

**volume**
216:9

_____

**W**

**wait**
81:22
95:23
278:14

**waiting**
304:24

**waitlists**
281:19

**waiver**

312:2,3
313:9,11

**walk**
16:13
31:2
79:20
128:1
150:4
162:21
217:19
234:13
268:21
294:13

**walked**
121:23
162:5,11
181:8

**walking**
187:14
204:1
220:10
294:15
313:4

**walks**
217:10

**Walton**
69:9

**Wanda**
55:12

**wanted**
14:9
19:24
90:13
143:2
170:3
209:3
228:15
264:17
286:19
307:14

137:13
139:7,8

**waivers**
321:18,22
322:6



332:13

**Warm**
273:11,13
274:4,8

**warning**
33:8

**Warren**
69:16

**Washington**
138:9,12

**watch**
146:10

**Waters**
274:10,12
275:2,8

**ways**
31:4
209:7
219:7

**web**
297:15

**web-based**
109:1

**website**
108:17,25
143:23
145:5
182:17
186:21,23
187:9
200:9
208:10

**websites**
186:20,24

**week**
60:7
77:13,15
87:7
169:10
215:19,25
251:15

303:3
304:1
307:11
318:14
337:7
340:16

**weekends**
73:5

**weekly**
46:21
51:16
297:17
300:24

**weeks**
231:6,7
232:23
234:2
258:21
291:3,9
294:20
305:23

**weigh**
111:4,21

**West**
213:18,20

**whatnot**
236:21

**when's**
271:4

**whichever**
138:19

**Wilkes**
69:16
86:13
87:5

**win**
221:25

**win-win**
253:9

**Wina**
62:11

**window**
109:5

**withdrew**
328:22,24

**word**
47:20

**words**
8:22

**work**
10:16
17:22
22:23
26:9,12
29:8
34:3,10
40:14
55:20,21
56:4
77:14
90:16,19
96:13
98:2
107:13
108:2
111:18
112:20
113:14
114:3
115:25
121:12
124:4,5,
9,12,14,
17 134:8
135:14
136:4
166:14,18
223:20,25
237:25
252:20
253:3
257:13
263:15
264:1,2
273:5
276:6,15

299:14
317:24
324:20
325:13
331:23

**worked**
18:7,13
19:9
20:24
24:12
26:10,20,
22,23
55:25
167:18
194:18
211:6
212:18,21
256:8

**worker**
65:8
116:3
117:4,13
118:10,
14,17
119:12
131:15,23
134:2
136:18
138:23
177:23
216:4
234:18
239:19
240:9,21
241:4,9
247:23
276:4
283:21,22
295:16
296:20
299:12
301:1

**workers**
42:13
74:4

114:5
212:5,6
240:7
245:7
291:19

**working**
18:25
26:1,16
27:23
28:4
39:25
67:11
86:18
97:24
110:6
113:4
131:19
140:5
144:16
152:5
163:18,
19,20
165:23
179:23
185:18
203:15
209:23
220:18
264:4
273:24
286:18
295:18
302:2,5,
22 343:19

**workings**
151:16

**works**
52:23
59:8
74:21
91:8
107:9,24
123:15
213:11
217:8



**worries**
  25:24

**wow**
  21:25

**wrap**
  44:19
  339:19

**write**
  42:15
  43:4
  103:7
  227:5,17

**writing**
  146:24
  147:2
  227:19
  249:9
  303:13
  304:1
  337:12

**written**
  6:3 118:7
  146:1
  303:20,21
  308:6

**wrong**
  168:8
  257:15
  323:6

**wrongful**
  30:7

**wrote**
  118:2
  164:4

────────────

          Y
────────────

**y'all**
  307:12
  311:12

**yay**
  345:15

**year**
  38:25
  39:8
  41:12,14
  42:6
  43:25
  44:14
  51:15
  56:23
  60:9
  62:18
  63:5
  64:4,10
  65:19,20
  67:17
  71:6 77:9
  78:21
  79:5,12,
  25 80:6,
  22 81:3,
  6,8
  83:13,14
  86:16,23
  87:1,2
  88:25
  89:12,20
  92:4,18
  93:3,6,
  12,24
  94:3,23
  101:7,16
  104:13
  105:23
  115:2,11
  120:8,10
  123:2
  128:24
  136:17
  137:7,25
  138:7,11
  140:8,20,
  24
  141:13,22
  144:21
  148:21
  163:8
  182:13,16

  187:25
  193:17,
  18,22
  194:15
  201:18
  204:7
  205:11,
  14,20
  207:2,14
  211:3,4,
  7,8,10
  222:18
  223:5
  224:6,16
  225:13,
  16,21,22
  226:7
  228:14
  231:12
  232:11,15
  233:8,12,
  13,21
  238:3,5,
  9,24
  239:2
  240:13
  241:17,18
  246:24
  250:18
  254:19,25
  255:2,8,
  9,13,18
  257:4,18
  258:1
  259:5,25
  260:1,4,9
  261:1,5,
  8,13,25
  262:1,2
  263:11,
  13,18
  265:7,14,
  22
  266:13,
  16,18
  269:4,17
  271:25

  273:20
  274:25
  275:6
  277:2,17
  278:19,
  23,24
  281:24
  282:13,14
  285:16
  290:21
  291:22
  292:14
  293:6
  300:25
  301:7,11
  303:16,17
  304:22
  305:6
  306:5
  307:24
  312:4
  318:11
  319:21,24
  325:19
  326:3,16
  328:8
  332:17
  333:24
  334:1
  336:6
  337:9,10
  338:10,11
  340:7,11,
  12 341:24
  342:16

**yearbooks**
  334:7

**years**
  18:1,2,9
  21:20
  27:3
  64:13
  65:22
  70:7,8
  80:12,15
  83:20

  89:18
  90:1,3,7
  96:22
  97:9,14,
  25 98:10,
  11,21
  99:6,18
  100:8,9
  129:13
  136:17
  144:22
  164:15
  173:20
  191:22
  201:2
  204:13,24
  207:12
  215:12
  229:17
  231:20
  234:20
  239:5,6
  240:11,13
  243:3
  246:2
  247:2
  249:4
  255:4
  257:10
  261:9
  266:24
  273:17
  280:3
  282:24
  285:10
  313:24
  314:11,13
  315:8
  325:22
  326:19
  340:10,12

**years'**
  80:11

**YMCA**
  76:5



TALITHIA NEWSOME
UNITED STATES vs STATE OF GEORGIA

July 12, 2022
Index: you-all..Zoom

**you-all**
  39:18
  44:6
  79:24
  81:5,16,
  24 89:15
  93:24
  106:15
  120:8
  151:11
  157:16
  159:2
  160:24
  161:6
  163:2
  168:18
  179:1
  187:8
  196:21
  198:19
  200:5
  206:5
  208:9
  234:9,14
  239:19
  242:21,24
  256:3
  257:5
  260:21
  263:5
  271:4
  275:10
  283:10
  289:9
  296:9
  306:24
  307:1,14
  308:20
  309:7,24
  316:2
  319:14
  322:16
  329:6
  330:12
  334:7
  341:16

**young**
  81:19
  94:5

**younger**
  94:7

**youngest**
  81:24
  82:1

_____

**Z**
_____

**Zelphine**
  55:22

**zone**
  228:15
  329:5
  333:3,7

**Zoom**
  6:20

