In the Matter Of:

UNITED STATES vs STATE OF GEORGIA

NO. 1:16-cv-03088-ELR

---

**VICKIE D. CLEVELAND**

*August 17, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF GEORGIA
 2                         ATLANTA DIVISION

 3

 4    UNITED STATES OF AMERICA,
                                    )CIVIL ACTION
 5             Plaintiff,           )NO. 1:16-cv-03088-ELR
                                    )
 6    vs.                           )
                                    )
 7    STATE OF GEORGIA,             )
                                    )
 8             Defendants.          )
                                    )
 9    - - - - - - - - - - - - - - - )

10

11                VIDEOTAPE DEPOSITION OF

12                   VICKIE D. CLEVELAND

13

14        Wednesday, August 17, 2022, 8:59 a.m., EST

15

16

17

18

19

20           HELD AT:

21           Robbins Alloy Belinfante Littlefield LLC
             500 14th Street, N.W.
22           Atlanta, Georgia  30318

23           ----------------------------------------------

24

25           WANDA L. ROBINSON, CRR, CCR, No. B-1973
             Certified Shorthand Reporter/Notary Public
```



```
 1                APPEARANCES OF COUNSEL

 2

 3  Appearing on Behalf of the Plaintiff:

 4
        FRANCES COHEN, ESQUIRE
 5      MICHELLE TUCKER, ESQUIRE
        KELLY GARDNER, ESQUIRE
 6      U.S. Department of Justice
        Civil Rights Division
 7      950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20579
 8      T:  202.305.6630   F:
        E-mail:  frances.cohen@usdoj.gov
 9              michelle.tucker@usdoj.gov.
                kelly.gardner@usdoj.gov
10

11

12  Appearing on Behalf of the Defendant:

13

14      MELANIE JOHNSON, ESQUIRE
        Robbins Alloy Belinfante Littlefield LLC
15      500 14th Street, N.W.
        Atlanta, Georgia  30318
16      T:  404.856.3261
        E-mail:  mjohnson@robbinsfirm.com
17

18

19

20  ALSO PRESENT:

21      STACEY SUBER-DRAKE, ESQUIRE (DOE)

22

23

24

25
```



```
 1   ALSO PRESENT:

 2   VIA ZOOM:

 3

 4          For U.S. Attorney's Office:

 5          SANDRA LEVERT, ESQUIRE

 6          LAURA CASSIDY TAYLOE, ESQUIRE

 7          ANDREA HAMILTON, ESQUIRE

 8          RENEE WOLENHAUS, ESQUIRE

 9

10          For State of Georgia:

11          DANIELLE HERNANDEZ, ESQUIRE

12          ANNA EDMONDSON, ESQUIRE

13

14

15

16

17   ALSO PRESENT:

18          BRANDON BRANTLEY, VIDEOGRAPHER

19

20

21

22

23

24

25
```



```
 1                     INDEX OF EXAMINATIONS

 2

 3   VICKIE D. CLEVELAND

 4   By Ms. Tucker                                    Page 9

 5

 6                      INDEX OF EXHIBITS

 7   PLAINTIFF'S

 8   NO.                  DESCRIPTION                   PAGE

 9   Exhibit 373   Notice of Deposition of Vickie       12
                   Cleveland
10

11   Exhibit 375   3/16/2018 Email Chain From Vickie    38
                   Cleveland to vcleve01@comcast.net
12                 With Attached Chart
                   GA00317569-GA00317571
13
     Exhibit 376   2/1/2018 Email From Nakeba Rahming   47
14                 To GNETS Program Directors
                   GA00016072-GA00016073
15
     Exhibit 377   10/14/2020 Email From Vickie         84
16                 Cleveland To Zelphine Smith-Dixon
                   With Electronic Attachments
17                 GA00362824, GA00362825, GA00362827

18
     Exhibit 378   10/14/2020 Email From Vickie         97
19                 Cleveland To Zelphine Smith-Dixon
                   With Electronic Attachments
20                 GA00362869-GA00362870

21   Exhibit 379   10/28/2020 Email From Vickie        103
                   Cleveland To Zelphine Smith-Dixon
22                 GA01078807-GA01078808

23

24

25
```



```
 1              INDEX OF EXHIBITS (Continued)

 2    PLAINTIFF'S

 3    NO.                   DESCRIPTION              PAGE

 4    Exhibit 380   5/20/2019 Email Chain From Vickie   104
                    Cleveland To Lakesha Stevenson
 5                  With Attachment
                    GA00346118-GA000346121
 6
      Exhibit 381   Request for GNETS Consultation      127
 7                  GA00030542-GA00030543

 8    Exhibit 382   5/24/2018 Email Chain From Vickie   131
                    Cleveland To Linda Castellanos
 9                  GA00323024

10    Exhibit 383   10/19/2018 Email From Lakesha       138
                    Stevenson To Harold Chambers
11                  With Attachment
                    GA00335698-GA00335725
12
      Exhibit 384   12/14/2017 Email From Jacqie Neal   147
13                  To Vickie Cleveland
                    With Attachment
14                  GA00014291-GA00014293

15    Exhibit 385   7/25/2018 Email Chain From Vickie   151
                    Cleveland To Keith Everson
16                  GA00329605-GA00329606

17    Exhibit 386   12/2/2020 Email From Vickie         187
                    Cleveland To GNETS Program Directors
18                  GA00364535

19
      Exhibit 387   11/2/2020 Email Chain From Lakesha  192
20                  Stevenson To Vickie Cleveland
                    GA00363542-GA00363548
21
      Exhibit 388   8/28/2020 Email From Vickie         210
22                  Cleveland To Smith-Dixon, Owen
                    With Attachments
23                  GA00362004-GA00362023

24

25
```



```
 1                    INDEX OF EXHIBITS (Continued)

 2    PLAINTIFF'S

 3    NO.                    DESCRIPTION                    PAGE

 4    Exhibit 389   11/29/2018 Email From Vickie            228
                    Cleveland To Recipients
 5                  With Attachments
                    GA00337236-GA00337237.030
 6                  GA00337238-GA00337239

 7    Exhibit 390   4/24/2020 Email From Vickie             235
                    Cleveland To Owen, Smith-Dixon
 8                  With Attachment - GNETS Funding
                    GA00054562-GA00054567.020, GA00054568
 9
      Exhibit 391   11/15/2019 Email Chain From Vickie      256
10                  Cleveland To Amber Todd
                    With Electronic Attachment
11                  GA00355886-GA00355889

12    Exhibit 392   2/223/2018 Email From Vickie            273
                    Cleveland To Vickie Cleveland
13                  GA00315836

14    Exhibit 393   3/1/2019 Email Chain From Dante         276
                    McKay To Vickie Cleveland
15                  GA01063871

16    Exhibit 394   12/19/2017 Email Chain From Clara       279
                    Keith To Cleveland, Rahming
17                  GA01054180-GA01054184

18    Exhibit 395   9/19/2018 Email From Interagency        282
                    Directors Team To Recipients
19                  With Attachment
                    GA00030905-GA00030911
20
      Exhibit 396   9/4/2019 Email From Kelvin Pruitt       285
21                  To Vickie Cleveland
                    GA00352005-GA00352006
22

23    Exhibit 397   9/25/2018 Email From Vickie             290
                    Cleveland To Recipients
24                  With Attachment
                    GA00333614-GA00333635
25
```



VICKIE D. CLEVELAND                                    August 17, 2022
UNITED STATES vs STATE OF GEORGIA                              7

```
1              INDEX OF EXHIBITS (Previously Marked)

2    PLAINTIFF'S

3    NO.                    DESCRIPTION                    PAGE

4    Exhibit 82    GNETS Rule 160-4-7.15 Definitions       158
                   Effective July 5, 2017
5
     Exhibit 85    12/6/2017 Email From Vickie             121
6                  Cleveland To Nakeba Rahming
                   With Electronic Attachment
7                  GA00199183-GA00199184

8    Exhibit 229   Grant Application for Northeast         251
                   Georgia RESA Fiscal Year 2021
9                  Rutland Academy
                   With Electronic Attachment
10                 GA04312718-GA04312738

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1          THE VIDEOGRAPHER:  This begins the video

2     deposition of Vickie Cleveland, being taken in

3     the matter of United States of America versus

4     State of Georgia.

5          Today's date is August 17th, 2022.

6          The time on the record is 8:59 a.m.

7          My name is Brandon Brantley.  I'm the

8     videographer.  Wanda Robinson is the court

9     reporter.

10          Counsel, please introduce yourselves,

11     after which the court reporter will swear in

12     the witness.

13          MS. TUCKER:  Michelle Tucker for the

14     United States.

15          MS. GARDNER:  Kelly Gardner Womack for the

16     United States.

17          MS. COHEN:  Fran Cohen for the United

18     States.

19          MS. JOHNSON:  Melanie Johnson for the

20     State of Georgia.

21               - - - - - - -

22               VICKIE D. CLEVELAND,

23  being duly sworn, was examined and testified as

24  follows:

25               - - - - - - -



 1   EXAMINATION

 2   BY MS. TUCKER:

 3        Q    Well, good morning, Mrs. Cleveland.

 4        A    Good morning.

 5        Q    Thank you so much for coming in today.

 6             As I said, my name is Michelle Tucker and

 7   I'm a trial attorney at the U.S. Department of

 8   Justice, Civil Rights Division, Educational

 9   Opportunity Section, and I'll be taking your

10   deposition today.

11             Would you please state and spell your full

12   name for the record.

13        A    Vickie, V-I-C-K-I-E, D., Cleveland,

14   C-L-E-V-E-L-A-N-D.

15        Q    Thank you.

16             So I'm sure your attorney has explained

17   much of this to you but we are basically going to

18   have a conversation today.  I'm going to ask you

19   questions, and your answer -- and your job is to

20   answer them honestly and completely.  Okay?

21        A    Yes.

22        Q    And you were just sworn to tell the truth

23   by the court reporter.  The oath you took is the

24   same oath that you would take if you were testifying

25   in a court of law.  So you are under that same



1  obligation.

2      A    Okay.

3      Q    You understand?

4      A    Yes.

5      Q    Great.  My questions and your answers will

6  be recorded by the court reporter.  So please

7  understand that you will need to speak clearly and

8  answer all questions orally so the court reporter

9  can capture your answers fully.

10         She won't be able to record either of us

11  nodding or shaking our head, so we'll have to do our

12  best to not do that.

13     A    That's fine.

14     Q    Okay, great.

15         The other thing that you and I will need

16  to do is avoid talking over one another.  So I will

17  do my best to not interrupt you when you're

18  answering, and I will ask you to do your best in

19  letting me finish answering -- asking a question,

20  even if you feel like you are ready and know the

21  answer.

22     A    Okay.

23     Q    Okay?

24         Note that your attorney may occasionally

25  object to my questions.  This is to put their

1  objections on the record.  It does not mean that you

2  shouldn't answer the question.

3          Do you understand that?

4      A    Yes.

5      Q    Unless your counsel tells you not to

6  answer, you can go ahead.  You understand?

7      A    Yes.

8      Q    Great.  If you want to take a break for

9  any reason, that's fine.  I just ask that if there's

10 a question pending that you finish answering it

11 before we take a break.

12     A    Okay.

13     Q    Also, at times you might remember an

14 answer five minutes after I ask, when you said you

15 didn't remember, or an hour later, that's completely

16 fine.  Just when we come, you just say, you know

17 what, I remembered something about earlier and I

18 want to put it on the record.  Great.

19          How are you feeling today?

20     A    I'm doing okay.

21     Q    Good.  Is there any reason that you

22 wouldn't be able to answer my questions fully and

23 truthfully today?

24     A    No, that I can think of.

25     Q    Okay.  For example, are you taking any



1  medications that would inhibit you or impair you

2  from answering?

3      A    No.

4      Q    Okay, great.

5           Do you have any questions before we

6  proceed?

7      A    No questions.

8      Q    Okay.  Great.

9           MS. TUCKER:  I would like the court

10      reporter to mark this document as Plaintiff's

11      Exhibit 373, which is a number that we skipped

12      yesterday on the record.

13          (WHEREUPON, Plaintiff's Exhibit-373 was

14       marked for identification.)

15  BY MS. TUCKER:

16      Q    Ms. Cleveland, this is a deposition notice

17  that we served for your deposition in connection

18  with the lawsuit against the State of Georgia

19  relating to the Georgia Network for Educational and

20  Therapeutic Supports program, commonly referred to

21  as GNETS.

22          Have you seen this deposition notice

23  before?

24      A    I received notice through my attorney.

25      Q    By your attorney, you Melanie Johnson?



```
 1        A     Uh-hum.   (Affirmative.)

 2        Q     Great.   So you have not seen this document

 3   before?

 4        A     No, I don't think I've seen this document.

 5        Q     When did you first learn about your

 6   deposition today?

 7        A     I was notified -- has it been -- I don't

 8   remember the specific date but I received

 9   notification from my attorney.

10        Q     Got it.

11        A     Through email.

12        Q     Would you say in the last few weeks?

13        A     Yes.

14        Q     Via email?

15        A     Yes.

16        Q     Okay, great.

17              What is your understanding of what this

18   lawsuit, United States versus Georgia, is about?

19        A     My understanding is that United States

20   versus Georgia is taking a look at the Georgia

21   Network for Educational and Therapeutic Supports,

22   GNETS programming, and looking at that in light of

23   the practices, the programming for students that get

24   services through that program, as to whether or not

25   those program -- those services are discriminatory
```



1  or segregating kids, and the United States is

2  looking at the implementation of that in that

3  framework, or light.

4      Q    When did you first learn of this lawsuit?

5      A    I worked, before my current role with the

6  Georgia Department of Education, I worked in a metro

7  district, and in that district we heard of the

8  lawsuit when I served in that previous role as a

9  director for that metro district.

10     Q    What district was that?

11     A    Atlanta Public School, executive director

12 for special education services.

13     Q    Have you read any of the court filings in

14 connection with this lawsuit?

15     A    I've seen the interrogatories, production

16 of documents.  I have read the letters, the initial

17 -- whatever the documents -- I don't know your

18 legalese language for it.

19          I read the initial document when it

20 started in 2015.

21     Q    The letter of finding?  Does that sound --

22     A    Yes, the letter of findings.  Yes, I've

23 read that.

24     Q    And have you read the complaint, which

25 would be the first document filed in court?



1      A    I think that would be the 2015 document?

2      Q    So you're familiar with the 2015?

3      A    And then I've read subsequent documents

4  that have come after that.

5      Q    And how do you receive those documents?

6      A    I receive the document -- one, they were

7  on the GNETS web page when I moved into this

8  position.  So I was able to access them there.

9      Q    Got it.

10      A    And if I -- I'm trying to think if I

11  received any others electronically, but most of

12  those I pulled from the website coming into this

13  position.  They were posted there at one point.

14      Q    Do you recall receiving what's called a

15  litigation hold notice in this lawsuit, which is a

16  notice that told you not to delete documents and

17  maintain documents, your emails?

18      A    Yes.  When we were working on the

19  interrogatories, yes.

20      Q    Have you been asked to collect documents

21  as part of the State's efforts to respond to the

22  DOJ's discovery requests, like the interrogatories?

23      A    Yes.  What is it, RPD -- production of

24  documents.

25      Q    Production of documents?



```
 1      A    Yes, Request For Production of Documents,
 2 yes, I responded to that.
 3      Q    And who asked you to collect the
 4 documents?
 5      A    Our general counsel sends the request, and
 6 she receives them.  Stacey Suber-Drake, yes.
 7      Q    And what steps did you take to collect the
 8 documents?
 9      A    Coming in, some of those requests were
10 documents before my tenure in the position.  So just
11 kind of trying to go through old emails, looking
12 through any documents that I had in my possession,
13 my computer, and pulling those and getting those
14 submitted.  Reading through each request to match,
15 you know, crosscheck, do we have this, do I not have
16 that.  And then producing those documents and giving
17 those to Stacey.
18      Q    Thank you.  And you are being represented
19 by Melanie today, that's correct?
20      A    Yes.
21      Q    And did you talk to anyone to prepare for
22 the deposition?
23      A    I met with Melanie to prepare for the
24 deposition.
25      Q    When did you and Melanie meet?
```



```
 1       A    I'm not holding on the dates well.  Was it

 2  last Wednesday maybe?  I don't want to say the wrong

 3  day but it was last week.

 4       Q    Last week?

 5       A    Yeah.

 6       Q    About how long did you meet?

 7       A    Oh, about an hour, an hour 15 minutes.

 8       Q    Did you meet here at the offices?

 9       A    No.  We did a Zoom meeting.

10       Q    Was anyone else present?

11       A    No.

12       Q    Did you talk to anyone else about your

13  deposition today?

14       A    No.

15       Q    Apart from any documents that were shown

16  to you by Melanie, did you look at any documents to

17  prepare today?

18       A    No.  Just did preparation with her.

19       Q    And did you bring any documents today?

20       A    No.

21       Q    Did you do anything else to prepare?

22       A    No.  That's really kind of go in -- go for

23  it.

24       Q    Have you ever been deposed before, Ms.

25  Cleveland?
```



1      A    I have not.

2      Q    Have you ever been a plaintiff in a

3   lawsuit before, Mrs. Cleveland?

4      A    I was in a car accident.  I'm not sure if

5   this would be the same.  This was in the early '90s,

6   and I had an injury lawyer for that accident.  So I

7   guess I would be the plaintiff -- the defendant or

8   the plaintiff?  I'm trying to think.

9      Q    Were you injured in the car accident?

10     A    I was.

11     Q    Have you been in any other lawsuit?

12     A    No.

13     Q    Thank you.

14          So there are a few acronyms and

15  definitions that I'd like to go over today to

16  confirm that we have the same understanding.

17     A    Okay.

18     Q    When I refer to "GaDOE," do you understand

19  that I mean the Georgia Department of Education?

20     A    Yes.

21     Q    When I refer to "GNETS," or the GNETS

22  program, do you understand that I'm referring to the

23  Georgia Network for Educational and Therapeutic

24  Supports?

25     A    Yes.



1    Q    When I refer to the regional GNETS
2  program, do you understand that I'm referring to one
3  of the 24 regional GNETS programs --
4    A    Yes.
5    Q    -- across the State of Georgia?
6    A    Yes.
7    Q    When I refer to a GNETS center, or a
8  center, do you understand that I am referring to a
9  standalone GNETS location?
10   A    Yes.
11   Q    When I refer to a GNETS school-based
12 location, do you understand that I mean a GNETS
13 location that's located in a general education
14 setting?
15   A    Yes.
16   Q    When I refer to a general education
17 setting, do you understand that I'm referring to a
18 public school in Georgia where children with
19 emotional/behavioral disorder or other behavioral
20 health conditions receive instruction and services
21 alongside children who do not have disabilities?
22   A    Yes.
23   Q    When I refer to "EBD," do you understand
24 I'm referring to emotional behavioral disorder?
25   A    Yes.



VICKIE D. CLEVELAND                                    August 17, 2022
UNITED STATES vs STATE OF GEORGIA                              20

1      Q    When I refer to LEA, do you understand
2  that I'm referring to a local educational agency or
3  school district?
4      A    Yes.
5      Q    When I refer to a "BIP," do you understand
6  that I'm referring to a Behavioral Intervention
7  Plan?
8      A    Yes.
9      Q    When I refer to an "FBA," do you
10 understand I'm referring to a Functional Behavioral
11 Assessment?
12     A    Yes.
13     Q    When I refer to a "RESA," do you
14 understand that I'm referring to a Regional
15 Education Service Agency?
16     A    Yes.
17     Q    When I refer to "DBHDD," do you understand
18 that I'm referring to the Georgia Department of
19 Behavioral Health and Developmental Disabilities?
20     A    Yes.
21     Q    And when I refer to "DCH," do you
22 understand that I'm referring to the Georgia
23 Department of Community Health?
24     A    Yes.
25     Q    Thank you.



1              Mrs. Cleveland, what's your highest level

2     of education?

3          A     I have an educational specialist degree in

4     educational leadership and administration.

5          Q     And where is that from?

6          A     Lincoln Memorial University.

7          Q     And when did you receive that?

8          A     There we go with dates.

9          Q     I'm not trying to --

10         A     No, I'm getting older.

11               Let's see.  2000 -- it's been maybe seven

12    -- 2007.  I'm thinking it was 2007.

13         Q     And then where did you attend college?

14         A     University of Georgia, undergrad.

15         Q     And what degrees did you receive?

16         A     Educational psychology, B.S.Ed.

17         Q     Do you remember what year you graduated?

18         A     1986.

19         Q     Any other degrees?

20         A     I have a master of education degree in

21    special education from Georgia State University.

22         Q     Do you remember what year?

23         A     That should be 1989.

24         Q     Great.  Do you hold any professional

25    certifications?



```
 1        A    None other than my degree teaching
 2    certificate with the State of Georgia.
 3        Q    Is that current?
 4        A    It is current.
 5        Q    And when did you receive that?
 6        A    1989 I think I got my first certificate.
 7        Q    Okay.
 8        A    Think of the dates.  '89, because I
 9    started teaching in '89.  So I received a
10    certificate from PSC, and that's updated as you add
11    additional certification areas, and I added
12    administration.  So that was added once I moved into
13    administration.
14        Q    And when was that?
15        A    My first leadership position -- oh, I do
16    have another special education endorsement, director
17    of special education endorsement.  I received that
18    from Georgia State.
19             So I'm thinking of the timeline on that.
20    I received that in '89.  So the question was when
21    did I get the teaching?
22        Q    Certification.
23        A    Certification.  So that would have been in
24    '89.
25        Q    And then the administration on top of
```



1   that, you mentioned?

2       A    I got the director of special education

3   endorsement, which was right after -- right before,

4   right after that one.  And then I received

5   educational leadership, and that added another area

6   So that would have been that 2007 degree was

7   attained.  That should be the date.

8       Q    A moment ago you mentioned a PSC?

9       A    Professional Standards Commission.  They

10  are the ones that license teachers in the State of

11  Georgia.

12      Q    Thank you.  What is your current job

13  title, Mrs. Cleveland?

14      A    My current job title is program manager

15  for the GNETS program, GNETS.

16      Q    And is your employer --

17      A    Georgia Department of Education.

18      Q    And when did you assume the position of

19  GNETS program manager?

20      A    That would have been in February of 2018.

21  I moved into the role in an interim role in -- I

22  think it was around November 2017, and then moved

23  into the permanent role in February of 2018.

24      Q    Who do you report to as program manager?

25      A    Wina Low.  She is the State director for



1  special education.

2      Q    Has that changed during your time as GNETS

3  program manager?

4      A    It has.  She was recently moved into that

5  role in September of 2021, last fall, in an interim

6  role, and now she's our permanent director for

7  special education.  So before that I reported to the

8  previous state director.

9      Q    And who was that?

10     A    Zelphine Smith-Dixon.

11     Q    And was Zelphine Smith-Dixon, and now Wina

12  Low --

13     A    She's the new state director.

14     Q    -- those are the only two individuals that

15  you've reported to as your time as GNETS program

16  manager?

17     A    Previously Nakeba Rahming was the deputy,

18  was one of our directors.  I guess of Federal

19  Programs was her title.  She held that role before I

20  became the program manager for GNETS, and I have had

21  a short tenure with her, from February until she

22  left for leave, and unfortunately did not return.

23  She was serving as the deputy.

24     Q    Am I correct then that your first

25  individual who evaluated was Nakeba Rahming, then



1  Zelphine Smith-Dixon, and then currently Wina Low?

2      A    Nakeba Rahming didn't evaluate, but she

3  was the deputy and she and Zelphine were kind of

4  sharing that I guess supervision, supervisory role.

5          So it was Nakeba and Zelphine, and Nakeba

6  did not return, and then I reported to Zelphine, and

7  now to Wina Low.

8      Q    Who evaluates you?

9      A    Wina Low.

10     Q    Wina?

11     A    Uh-hum.  (Affirmative.)

12     Q    Would I be correct that Zelphine

13 previously --

14     A    Yes.

15     Q    -- evaluated you?

16     A    She did.

17     Q    Do you have any direct reports?

18     A    I do have one.  Lakesha Stevenson is the

19 program specialist.

20     Q    When did Lakesha Stevenson begin in that

21 role?

22     A    Dates again.  I'm trying to think.  I'm

23 thinking it may have been fall of 2018, because I

24 became a manager in February in that position, was

25 approved -- I think she started in the fall, in



 1  2018.

 2        Q    Did anyone hold that position before

 3  Lakesha Stevenson?

 4        A    No.  It was a new position.

 5        Q    Did you create it?

 6        A    Yes.

 7        Q    Yeah?

 8        A    Yes.

 9        Q    Why did you create it?

10        A    As the program manager, the workload would

11  have been a lot for one person to, you know,

12  effectively manage it and do a good job.  So I asked

13  for additional support or help.  And I think -- I

14  just needed that extra support to help the work.

15        Q    I see.  So you have not had any other

16  direct reports --

17        A    No.

18        Q    -- as GNETS program manager?

19        A    No.

20        Q    Before working as GNETS program manager,

21  what was your prior position?

22        A    I was also in a role at the Georgia

23  Department of Education, called a district liaison

24  position.

25             I came to the department in September of



1  2016.  So I served as a district liaison in that

2  role before moving to program manager for GNETS.

3        Q    So this was district liaison with GaDOE?

4        A    With the Georgia Department of Ed, yes.

5        Q    Was this under the Special Education --

6        A    Yes.

7        Q    -- Division?

8        A    It is in the Special Education Division.

9        Q    And did you interact with the Georgia

10 Department of Education working on the GNETS program

11 in this role?

12       A    Not really in that role.

13       Q    Is that the only other position that you

14 had at the Georgia Department of Education?

15       A    Yes.

16       Q    Did you work with any of the regional

17 GNETS programs as district liaison?

18       A    As district liaison, we are assigned

19 regional areas, and I did work with the regional

20 area and provided training and technical assistance

21 for special education directors for the region that

22 I was assigned to.

23       Q    What region was that?

24       A    It's the Dublin area.  That region.

25       Q    Were you working with the GNETS program



1  only, or were you working with the Dublin area?

2       A    No.  As a district liaison, the way it's

3  set up regionally, you have different LEAs that are

4  part of that region, and I was working, training and

5  providing technical assistance for special education

6  directors.

7       Q    In Lawrence County; is that correct?

8       A    It's that, it's that region, Lawrence,

9  Dublin, Heartland area, Putnam.  Those were

10 different LEAs that were part of that regional

11 group.

12      Q    Did you work with any other state agencies

13 as district liaison at GaDOE?

14      A    As the district liaison?

15      Q    Uh-hum.  (Affirmative.)

16      A    Really just in the Special Education

17 Division.  There may have been some cross-training,

18 but mostly within the Special Education Division and

19 supporting those LEAs.

20      Q    And that -- I think you were referring to

21 others in the Georgia Department of Ed?

22      A    Yes.

23      Q    Did you work with any other state

24 agencies?

25      A    No.  Agencies, no.  Not in that role, no.



1      Q    And before you worked as district liaison
2   with GaDOE, what was your prior position?
3      A    I came to GaDOE September 2016, and prior
4   to that I worked -- I was the executive director for
5   special education for Atlanta Public Schools.
6      Q    You mentioned that.
7      A    Uh-huh.
8      Q    And when did you assume that position?
9      A    I started Atlanta Public Schools in 2012,
10  September of 2012.
11     Q    Did you interact with any GaDOE colleagues
12  working on GNETS when you were with Atlanta Public
13  Schools?
14     A    GaDOE colleagues would come as part of
15  their monitoring to just, you know, to meet with the
16  district to talk about special education programming
17  under the general supervision lens.
18          With GNETS, as executive director, I had a
19  GNETS provider, or two initially.  As special Ed
20  director it was North Metro GNETS, GNETS provider
21  for Atlanta Public Schools, and then South Metro
22  GNETS was also a provider for Atlanta Public
23  Schools.
24          So, yes.
25     Q    So you worked with the regional GNETS



1  programs during your time as --

2      A    With those two programs.  They provided

3  the GNETS services for Atlanta Public Schools

4  students.

5      Q    We'll have to be careful about speaking

6  over one another.

7      A    I'm sorry.

8      Q    No, no.  You're good.

9           But you did not work -- am I correct that

10 you did not work with anyone in GaDOE regarding the

11 GNETS program at that time?

12     A    Not that I recall as the director.  It was

13 the local services.

14     Q    And before Atlanta Public Schools?

15     A    Before Atlanta Public Schools, I served as

16 a coordinator for special education services with

17 the DeKalb County School District.  Also coordinator

18 for middle school programs before transitioning to

19 Atlanta as a director, and provided leadership,

20 supervision for the middle school programming.

21     Q    Did you interact with the DeKalb Rockdale

22 GNETS program at that time?

23     A    I did.  As the coordinator for middle

24 school special education, I worked with the GNETS

25 director at that time for the DeKalb Rockdale



1   program, and I worked with them in creating classes

2   to transition students into two middle -- I think it

3   may have been two middle school classrooms.

4           So, yes, I did work with the GNETS

5   director.

6       Q    Can you tell me more about what you mean

7   by creating transition classrooms?

8       A    For students that may have been center

9   based, which is the separate facility model, we

10  worked together and looked at, you know, IEPs and

11  did IEP meetings and worked with the local

12  administration in one of the middle schools to open

13  two classrooms to -- what we now look at as

14  school-based.

15          So I moved students from center-based to

16  school-based locations.

17      Q    And what brought about your idea to do

18  this?

19      A    Just looking at more inclusive practices

20  and, you know, giving kids access to typical peers.

21      Q    Did you refer to -- did you refer students

22  for GNETS placement when you were with DeKalb

23  Rockdale?

24      A    I didn't participate in -- at the

25  coordinator level, we did not participate in the IEP

 1  meetings.  That, of course, would be the school

 2  team, and if GNETS was participating in those.  So I

 3  did not -- what was the question again?  I want to

 4  make sure I'm clear.

 5      Q    I was curious if you referred students for

 6  GNETS placement during your time with --

 7      A    No.  Because I did not participate in IEP

 8  meetings in that role.

 9      Q    We'll have to again be careful about

10  letting one another finish.

11           Great.  Thank you.

12           A moment ago you mentioned wanting to give

13  students more access to typical peers in their

14  general education setting.  Why were you seeking to

15  do this?

16      A    I'm trying to think back in that role.  We

17  were looking at -- let me see.

18           As, as a special educator, you're always

19  looking to, you know, work with students and ensure

20  that they're getting their services in a least

21  restrictive environment.  And in looking at that, I

22  can't remember if this was something that maybe our

23  leadership had talked about but I know I wanted to

24  see -- you know, make sure we were looking at kids

25  getting services in the least restrictive



1  environment.  So I thought that would be an

2  opportunity to start looking at some of these

3  classes and opening up classrooms so that they would

4  be mainstreamed back into school-based environments.

5      Q    Had you heard about transition classrooms

6  elsewhere across the State for other GNETS?

7      A    In that role or now?

8      Q    In that role.

9      A    I had not.  I had not because I was kind

10  of interested in that DeKalb work environment.

11      Q    And for the students that you transitioned

12  into those transition classrooms from centers, do

13  you know if they had access to gen ed classes or

14  electives?

15      A    I mean I don't recall specific schedules,

16  but IEP teams met of course based on looking at

17  data, response to data.  Data would drive that

18  decision or recommendation of the team to transition

19  or have the kids move to a lesser restrictive

20  environment.

21          So those decisions were made by IEP teams.

22      Q    And while you were at DeKalb, were more

23  transition classrooms created?

24      A    I know we did two at Redan Middle.  I'm

25  trying to think if there were others.  It's been so

VICKIE D. CLEVELAND                                    August 17, 2022
UNITED STATES vs STATE OF GEORGIA                                   34

1  long ago.

2           I don't recall but I do remember working

3  with them and working with the local administration

4  in getting the two at Redan, but I don't recall.  I

5  can't think of any others.

6       Q    Thank you.

7           I am interested in learning more about

8  your role as GNETS program manager.

9       A    Okay.

10      Q    Do you recall when you applied?

11      A    I was asked by the administration to go

12 into the interim role.  So I did an interim, and

13 then that position was officially posted.  So I

14 would have applied early maybe January, because I --

15 I think the interview may have been in February.

16          I started the role in February, so I'm

17 trying to think when the interview was.  I don't

18 recall the date.

19      Q    So earlier you mentioned you started in

20 the permanent role in February 2018?

21      A    Right.  So that application process would

22 have been before then.

23      Q    Who in the administration asked you to

24 work in the interim role?

25      A    Nakeba.  Was approached by her.



1    Q    You had worked with Nakeba -- is this

2   Nakeba Rahming?

3    A    Yes.  I had not.

4    Q    So it was a surprise?

5    A    Yeah.

6    Q    And you were in this interim role for how

7   long?

8    A    No.  I think it was November 2021, and

9   then moved into the permanent role in February.

10    Q    So when you were serving as interim, you

11   chose to apply for the permanent role?

12    A    Yes.

13    Q    What led you to that decision?

14    A    I had -- you know, working as a director

15   in Atlanta, I had experience working with GNETS, the

16   North Metro GNETS and South Metro GNETS program.  So

17   I worked there.  Then my experience in DeKalb,

18   working there with the -- providing leadership with

19   the transition classes.  I felt that experience

20   could help moving into that role.

21    Q    And when you started the interim role, I

22   think earlier you just said November 2021.  But you

23   mean November --

24    A    No, I said -- I'm sorry.

25    Q    Did you mean November 2017?



1      A    2017, correct.  Yes.

2      Q    Thank you.  Just wanted to get it correct

3  on the record.

4      A    See the timeline.  I'm trying to think of

5  the timelines.

6      Q    Thank you.

7           When you applied, did you assume it was

8  going to be similar responsibilities to what you

9  were doing as the interim program manager?

10     A    Yes, and that was a short window, too,

11  from November to February, but yes.

12     Q    And what did you understand the role to be

13  of the GNETS program manager?

14     A    To provide technical assistance to the 24

15  programs that are out there across the State

16  throughout the network; to work with the budget

17  division in looking at allocations for GNETS

18  funding; working with them to allocate those funds

19  to the GNETS programs; working with the budget

20  division within special education to review budgets

21  that were submitted for approval with them;

22  providing technical assistance around the strategic

23  plan, which is the framework for issues for

24  implementation of the GNETS program; training on the

25  Board rule to GNETS directors and also LEAs if



1    needed.

2              I'm trying to think what else.

3              And just providing professional learning

4    and technical assistance as needed and throughout

5    the year for GNETS directors.

6        Q    Have these responsibilities changed as

7    your -- during your time as program manager?

8        A    The responsibilities are still the same.

9    Still -- maybe more training, collaborative training

10   with other divisions, like making sure GNETS has

11   access to TKES and LKES training, professional

12   qualifications, working with Title II.  So I worked

13   with some other units to get technical assistance to

14   GNETS directors.

15       Q    You just mentioned TKES and LKES?

16       A    That is the evaluation system for teachers

17   in the State of Georgia and LKES is the evaluation

18   tool that is used for leaders in the State of

19   Georgia.

20             So Title II provides training for the

21   GNETS directors on the TKES piece.  Because all

22   teachers are evaluated on TKES.

23       Q    What does Title II refer to?

24       A    Title II, the piece that I collaborate

25   with my colleagues on, is the certification, teacher



1   certification piece.

2       Q    So you work on the certification piece

3   within Title II?

4       A    I don't work on that piece, but Karen

5   Cliett leads the professional qualifications Title

6   II, which is certification piece of that, and she

7   provides training to GNETS directors.  So I reach

8   out to her to find out when she can provide that

9   training.

10       Q    And is this Title II of state law or

11   federal law?

12       A    Title II is federal law.  I just know it's

13   in the Title II Division, and I just work with her

14   on the training.

15       Q    How did you spell her name?  Or how do you

16   spell her name?

17       A    I think it's Karen, K-A-R-E-N, Cliett,

18   C-L-I-E-T-T.

19           MS. TUCKER:  I'd like the court reporter

20       to mark this document as Plaintiff's Exhibit

21       375 because we used 374 yesterday.

22           (WHEREUPON, Plaintiff's Exhibit-375 was

23        marked for identification.)

24           MS. TUCKER:  So the Bates number on the

25       first page of this exhibit is Georgia 00317569.



VICKIE D. CLEVELAND                                      August 17, 2022
UNITED STATES vs STATE OF GEORGIA                                    39

```
 1   BY MS. TUCKER:
 2       Q     And this is an email that you forwarded
 3   yourself on March 16th, 2018, and it has one
 4   attachment, correct?
 5       A     Yes.
 6       Q     The underlying email was sent to you by
 7   Nakeba Rahming on March 13th, 2018, correct?
 8       A     Uh-hum.   (Affirmative.)
 9       Q     We'll have to remember to say yeses
10   instead of an uh-hum and nods.
11       A     Yes.
12       Q     Thank you, Ms. Cleveland.
13             Do you recognize this email?
14       A     I do.
15       Q     And earlier we went over Nakeba Rahming
16   and Zelphine Smith-Dixon, correct?
17       A     Yes.
18       Q     And Nakeba Rahming was Zelphine's deputy
19   for a time, correct?
20       A     Yes.
21       Q     Let's flip to the first page of the
22   attachment.
23       A     Okay.
24       Q     Which starts with GA0031751.
25             571.
```



1           GA00317571.

2           Do you recognize this chart?

3     A     Yes.

4     Q     Did you create this chart?

5     A     I don't recall creating the chart.  Well,

6  let me make sure.

7           I know we talked about -- we met and

8  talked about what the responsibilities would look

9  like, Nakeba and I, and Zel was a part of that

10  conversation, and we talked about what

11  responsibilities I would have in the role.

12          So I cannot definitively say I just

13  created it, but I know we had discussion about what

14  my responsibilities would be.

15    Q     And by "we," you mean Nakeba Rahming --

16    A     Yes, and Zel.

17    Q     And by Zel --

18    A     Zel --

19    Q     You mean Zelphine --

20    A     Zelphine Smith-Dixon.

21    Q     And the top of this charts reads:  "GNETS

22  Program Manager Support, Vickie Cleveland."

23  Correct?

24    A     Yes.

25    Q     At the top, am I correct that it reads



1    "Direct report to Nakeba for 2 years"?

2         A    Yes.

3         Q    Why two years?

4         A    That was determine -- a recommendation she

5    had made as the deputy because she had served in

6    this previous role, and she wanted me to work with

7    her for a couple of years.  That's kind of to shadow

8    because she had done the role before, but

9    unfortunately she did not return.

10        Q    And then after the two years, everything

11   was -- all of the support was with Zelphine?

12        A    Yes.  She was my direct supervisor.

13        Q    It seems like there are some

14   responsibilities identified on this chart.  Would

15   you agree?

16        A    Yes.

17        Q    Are there any responsibilities that are

18   missing?

19             Can you take a look?

20        A    Okay.

21             (Witness reviews exhibit.)

22        A    I'm trying to think if there's anything in

23   addition to all that.

24             That seems to -- correct.

25        Q    I believe earlier you mentioned that



1  Zelphine evaluated you and not Nakeba Rahming?

2      A    Correct.

3      Q    On the column with Nakeba, do you see

4  where it says, "Vickie's performance evaluation"?

5      A    Uh-hum.  (Affirmative.)

6      Q    So did Nakeba Rahming evaluate you?

7      A    No.  She -- when I came on board in

8  February 2018, she left in April.  So I did not

9  receive an evaluation from her.  And I had a short

10  window of working with her as kind of a

11  co-supervisor because I came on board February and

12  she left in April.

13      Q    She left in April 2018?

14      A    Yes.

15      Q    There are a few abbreviations or acronyms

16  on this chart.

17      A    Okay.

18      Q    What is OPB?

19      A    Office of Planning and Budget.

20      Q    Within GaDOE?

21      A    No.  That is within the State, the budget

22  office.

23      Q    The IDT?

24      A    That's the independent directors -- I'm

25  trying to think what the "T" stands for, but it's



1  through the System of Care for the State, and I

2  previously attended those meetings, was a member of

3  that, but now my specialist Lakesha Stevenson

4  attends those meetings.

5          Interdirectors -- it's like a consortium.

6  I can't think of what the "T" stands for.

7      Q    Would it be team?

8      A    It's team but I don't know.

9      Q    Does Interagency directors Team --

10     A    Yeah -- I know it's interagency directors,

11  so it would -- I guess it may be safe to say team

12  but I can't think -- it's IDT.  I just know it's

13  IDT.

14     Q    You had just mentioned System of Care.

15  What is a System of Care?

16     A    System of Care is -- it's the overarching

17  plan that comes out of IDT.  As far as GNETS for the

18  State, we attend the meetings.  I don't know all the

19  ins and outs of what the System of Care does.  I

20  know that's the, the -- it's my understanding this

21  is the plan for different agencies with the State,

22  but we just attend the meetings for the IDT.

23     Q    You just mentioned that it's a plan for

24  different agencies.  Plan for what?

25     A    I've seen the plan.  It's just -- it's

1   through an umbrella.  I don't know a lot of

2   specifics about it, but it's a System of Care.

3        Q    Is it specific to students?

4        A    I don't think so.  I'm not sure.  I don't

5   think so.  I'm not sure.

6        Q    Let's move over to the second column,

7   starting with "Collaborative support from Zelphine."

8        A    Uh-hum.  (Affirmative.)

9        Q    The second bullet, do you see where it

10  says, "CFM visits"?

11       A    Yes.

12       Q    What is CFM?

13       A    Cross-functional monitoring visits are

14  monitoring that takes place through Federal

15  Programs.  In the Special Education Division the

16  cross-functional monitoring visits are done by RDA,

17  results driven accountability, Team, and they go out

18  and review.  I know they take a look at IEPs and

19  look at IEPs for compliance.

20            And if they find any findings, as far as

21  the compliance piece of IEPs, they would notify me

22  if there were findings within their visits.

23       Q    And by IEP, are you referring to an

24  Individualized Education Plan?

25       A    Yes.



1      Q     And it says, "Collaborate with DLs"?

2      A     Those are the district liaisons.  They're

3  the staff that go out to do the cross-functional

4  monitoring visits with the different LEAs.

5      Q     And they also look at GNETS programs?

6      A     They do file reviews, is my understanding,

7  and then the file reviews they do look at -- I think

8  for each visit to GNETS files they review.

9      Q     Is that set somewhere as a rule, that it's

10  two GNETS files per review?

11     A     I'm not sure if we would define it as a

12  rule, but I know that has been the process that has

13  been articulated to me, that they do review two

14  files when they go out to do those visits.

15     Q     And are those visits annual?

16     A     I think it's a three-year rotating cycle.

17  Every three years different fiscal agents are

18  reviewed.  So it's a three-year rotation.

19     Q     Thank you.

20     A     Uh-hum.  Sure.

21     Q     The fourth bullet down reads:  "Present at

22  SELDA as needed."  Correct?

23     A     Yes.

24     Q     What is SELDA?

25     A     SELDA is a Special Education Leadership



1  Development Academy.

2          It's an academy for new directors of

3  special education that's led by -- led through the

4  Special Education Office Division.

5      Q    What do you present on?

6      A    I've presented probably maybe twice to

7  SELDA, and my presentation is around GNETS.  The

8  Board rule, explain the Board rule.

9          Some of my training has been defining the

10 roles, LEA responsibilities, GNETS directors'

11 responsibilities.

12     Q    And the SEA responsibility?

13     A    Yes, and the SEA responsibilities.  I

14 presented -- yeah, around the rule and the

15 responsibilities defining those roles.

16     Q    And by SEA, do we agree we mean state

17 education agency?

18     A    That is correct.

19     Q    Let's go down two bullets.  Do you see

20 where it reads "Collaborate on PL" and then in

21 parenthesis "GLRS support."

22     A    Uh-hum.  (Affirmative.)

23     Q    You see that?

24     A    I do, yes.

25     Q    Could you please tell me what that means?



```
 1      A    The Georgia Learning Resource Services are
 2  our regional leaders.  I'm not sure how many there
 3  are, but I have not done a lot of collaboration with
 4  our former GLRS program manager.
 5           So that was listed but I have not done a
 6  lot of collaboration with GLRS.
 7      Q    And by PL, what did it mean?
 8      A    Professional learning.
 9      Q    Is this something you look to do more of?
10      A    It could be but I have not had any
11  planning on it.
12      Q    Thank you.
13           And you mentioned this captures the
14  majority of your responsibilities?  Is that correct?
15      A    It does capture the majority, yes.
16      Q    Thank you.
17           MS. TUCKER:  I'd like the court reporter
18       to mark this document as Plaintiff's Exhibit
19       366 -- 376.
20           The Bates number on the first page of this
21       exhibit is Georgia -- or GA00016072.
22           (WHEREUPON, Plaintiff's Exhibit-376 was
23        marked for identification.)
24  BY MS. TUCKER:
25      Q    This is a February 1st, 2018 email from
```



1  Nakeba Rahming to the regional GNETS program

2  directors with the subject line "GNETS Program

3  Manager," and you are copied to this email.

4          Mrs. Cleveland, do you recognize this

5  email?

6      A    I do.

7      Q    Am I correct that in this email Nakeba

8  Rahming officially announces you as the GNETS

9  program manager?

10     A    Yes.

11     Q    Do you see where Nakeba Rahming writes, in

12 the last sentence, quote:  "She and I will continue

13 working together to ensure that you and your

14 students continue to have direct representation and

15 support at the state level."

16     A    Yes.

17     Q    Am I correct that Nakeba Rahming is

18 referring to you as the "she" --

19     A    Yes.

20     Q    -- in that, in that sentence?  Am I

21 correct?

22     A    Yes.

23     Q    How did you and Nakeba Rahming work

24 together to ensure regional GNETS program directors

25 and their students had direct representation at the



 1  state level?

 2       A    Coming in in February, again with her

 3  leaving in April, did not have a lot of time to plan

 4  what that would look like, but it would fall within

 5  those responsibilities that I had, that are outlined

 6  in what my job responsibilities were going to be to

 7  provide that technical assistance, which is

 8  training -- which would be my understanding,

 9  training, professional learning, and also supporting

10  through the monitoring process.  But we did not get

11  to work together on that.

12       Q    After Nakeba left in April 2018, would you

13  agree that you had provided that state level

14  representation and support for the regional GNETS

15  programs?

16       A    Support in the vein of what those

17  responsibilities are, that I outlined earlier.  You

18  know, the responsibilities allocating budgets,

19  reviewing the budgets, strategic plan

20  implementation, monitoring on that.

21            So I would say within my responsibilities,

22  yes, providing technical assistance to those

23  programs.

24       Q    And representation and support at the

25  state level, consistent with her words?



1           MS. JOHNSON:  Objection.

2           You can answer.

3      A    Say it again.  I'm sorry.  Can you repeat

4  the question?

5      Q    Yes.  Ms. Rahming mentioned that she

6  planned for you and her to work to make sure the

7  regional GNETS programs have direct representation

8  and support at the state level.  I was wondering if

9  you feel that you may have that direct

10  representation for the regional GNETS programs at

11  the state level?

12          MS. JOHNSON:  Objection.

13          You can answer.

14     A    I do not see it as direct representation.

15  I see it as providing technical assistance and

16  professional learning support.

17     Q    Who have you worked with at GaDOE in

18  connection with your role as GNETS program manager?

19     A    I have the responsibilities, with the

20  budget piece, the allocation of budget, I worked

21  with Geronald Bell, who is the budget liaison who

22  works with GNETS.

23     Q    And Geronald Bell is a budget liaison

24  within GaDOE?

25     A    Yes.  Within the budget division, yes.



VICKIE D. CLEVELAND                                    August 17, 2022
UNITED STATES vs STATE OF GEORGIA                              51

1      Q    What ways do you work with Geronald Bell?

2      A    I work with him as the budget process

3  starts.  I provide the student record count

4  information for the previous year to Geronald.  Once

5  that's provided to him, he then will circle back as

6  the budget process plays out throughout the

7  legislature and the Office of Planning and Budget.

8          Once final budgets are recommended or

9  whatever their word is, they're approved, he then

10 will follow back up with me to let me know what the

11 allocations are for the upcoming year.

12         I then take that information, create Board

13 items for approval.  The budgets are to be approved

14 by the Board.

15         I then allocate those resources, the

16 grants, to the different GNETS programs.

17     Q    You just mentioned a Board.  What Board?

18     A    The State Board of Education.

19     Q    Ger -- what is it?

20     A    Geronald.

21     Q    -- gives you the amount.  You said that

22 you determine the allocations; is that correct?

23     A    He provides the formula for how the

24 allocations will be applied.  Once he gives me that,

25 then I create Board document items to present to the



1  State Board of Education, or our deputy presents

2  those for State Board approval.

3           Once those are approved by the State Board

4  of Education, then the grants are allocated to the

5  different programs.

6      Q    What type of State Board approvals do you

7  seek?

8      A    Any funding above $50,000 has to be

9  approved by the State Board of Education.  And these

10  grants meet that criteria.

11      Q    Is each GNETS grant approved independently

12  by the State Board of Education?

13      A    The grant is not approved independently.

14  It's approved as the grant for the GNETS program.

15  And there is a state grant and a federal grant.

16      Q    Does the State Board of Education look at

17  each amount for each regional GNETS program?

18      A    Yes.  As part of that Board item there is

19  an allocation spreadsheet that states the amount for

20  each program.

21      Q    For the year?

22      A    Yes.

23      Q    Who at the State Board of Education do you

24  work with on this?

25      A    I do not work with anyone at the State



1    Board of Education.  I prepare the Board item, and

2    that is given to my -- shared with the State

3    director for special education and the deputy of

4    Federal Programs, who then presents the board items.

5         Q    So this goes to Wina Low?

6         A    Yes.

7         Q    And --

8         A    Share that with her, and Shaun Owen is the

9    deputy superintendent for Federal Programs.

10        Q    And they bring this to the State Board of

11   Education?

12        A    That's brought, this item.

13        Q    Do you know if there are certain

14   individuals on the State Board of Education that

15   look at this, or is it all of --

16        A    I'm not sure if there are certain

17   individuals.  I just know it goes through whatever

18   that State Board of Education process is for items

19   that are brought to the Board, and it's brought to

20   the Board for approval.

21        Q    Okay.  Who else do you work with in GaDOE?

22        A    I work with -- within the Special

23   Education Division.  Of course I work with Wina Low,

24   who is the State director for special education.

25             I participate in staff meetings for the



 1   Division of Special Education, participate in

 2   program manager meetings for the Division of Special

 3   Education.

 4          I mentioned earlier at the State Karen

 5   Cliett provides training on professional education.

 6          What is Deanie's last name?  Deanie

 7   provides training on the TKES and LKES process.

 8          Sandy DuMuth provides training for GNETS

 9   directors on PBIS, Positive Behavioral Interventions

10   and Supports.

11      Q    For Ms. -- Wina -- Wino --

12      A    Wina.

13      Q    For Wina Low -- I'll get her name, I

14   promise.

15      A    That's okay.

16      Q    Wina Low, how frequently do you

17   communicate with her?

18      A    We have touch-base meetings bi-weekly, and

19   I'll see her in our program managers' meetings that

20   are weekly.

21      Q    How many individuals are at the program

22   manager meetings?

23      A    How many of us are there?  Approximately

24   12 or 13 of us.

25      Q    You meet with Ms. Low bi-weekly.  Do you



 1  also email regularly with her?

 2      A    If there are things I need to communicate,

 3  yes.

 4      Q    Are there certain projects or tasks that

 5  you work closely with Wina Low on?

 6      A    Like the budget, I was talking to her

 7  about the allocations, and this is what I'm

 8  recommending -- not recommending.  What I'm

 9  preparing to go to the Board for budgets.  I

10  definitely talk to her about that.

11          If there are trainings coming up, I inform

12  her of any trainings that are coming up or invite

13  her to come if she's available to come.

14      Q    Earlier you mentioned that you also work

15  with Shaun Owen?

16      A    She's the deputy.  Yes.  Of her programs.

17      Q    And how frequently do you communicate with

18  Shaun Owen?

19      A    She has -- she holds Federal Programs

20  meetings, so I'm a part of that, but it may not be a

21  one-on-one conversation.  I attend those meetings

22  with her.

23          She has participated in the touch-base

24  meetings before, but she doesn't participate as

25  frequently.  It's bi-weekly now.  But she has



 1  participated in those before.

 2          And she also -- did I mention program

 3  manager meetings?  And then all federal program

 4  manager meetings, she conducts those and I

 5  participate in those with her.

 6      Q    A moment ago you said that Shaun Owen

 7  participates in touch-base meetings.  Did you mean

 8  the touch-base meetings that you have with Wina Low?

 9      A    Yes, bi-weekly meetings.

10      Q    Do you communicate with Superintendent

11  Woods in your role?

12      A    No.

13      Q    Have you ever?

14      A    I have had a touch base with him maybe --

15  approximately maybe three years ago.  Just an

16  update, but I've not communicated directly with him

17  recently, no.

18      Q    Update on what?

19      A    GNETS programming.  With trainings.  I was

20  providing budget.  It was just, just pretty much the

21  things around my roles.  I think it's maybe three

22  years ago.  I don't have that exact date, but that's

23  the only meeting I've had with him.

24      Q    How about Matt Jones?

25      A    I don't meet -- what's the question?



```
 1      Q    Do you work with Matt Jones?

 2      A    Oh, no, not directly, no.

 3      Q    Have you communicated with Matt Jones?

 4      A    I've communicated with him.

 5      Q    By email?

 6      A    I don't recall specific emails.  It

 7  doesn't mean there aren't emails but, no, I don't

 8  have weekly meetings or anything like that with him.

 9      Q    Have you had any meetings with him?

10      A    Have I had any meetings with him?  I can't

11  recall any meeting recently with him, but we had a

12  meeting -- this was maybe four years -- I mean four

13  years ago we were meeting.  There was an article

14  that had come out and we were -- I met with him to

15  discuss that article.

16      Q    What article would that be?

17      A    It was an article that had come out on the

18  New Yorker Magazine, about one of the programs that

19  had some -- a concern.

20      Q    What was the concern?

21      A    The article, if I recall correctly -- I

22  don't recall the details of the article, but there

23  was an incident that happened at one of the

24  locations.  Maybe -- I think it was Pathways maybe.

25  This was as I was coming into the role.  I think it
```



1   may have been Pathways.

2        Q    What was the incident?

3        A    I don't remember specific details about

4   the incident, but there was an incident with a

5   student, and I don't know how it bubbled up into the

6   article.  I just know the article was there and we

7   just met to talk about, you know, what was outlined

8   in the article.

9        Q    And what was the incident with the

10  student?

11       A    I don't remember specifically.  I know

12  there was something with the student and a staff

13  member.  I don't know specifically what happened,

14  but there was an incident with the student and the

15  staff member.

16       Q    And what is Matt Jones's role?

17       A    Matt is chief of staff.

18       Q    Do you remember the discussion at that

19  meeting?

20       A    No, I don't.  I do not recall.

21       Q    Do you recall if you took any steps after

22  that meeting in response to Matt Jones's concerns?

23       A    I don't remember.

24       Q    Do you work with Pat Schofill in your

25  role?



1      A    I have worked with him on a couple of

2   items.  When I was initially transitioning in, I met

3   with him for some facilities, building grant that

4   was out there, and he was just updating me on the

5   facilities grant and which programs were allocated

6   with that grant, and kind of updated me on the

7   drawdowns or how they were spending on the grant.

8           So I met with him.  You know, initially

9   come in for him to discuss that with me.

10          We met, too, to talk about visits because

11  we were -- I was doing -- conducting visits before

12  the pandemic, and all that shut down.  See what I

13  could, you know, do to support, and see the programs

14  in action out there.

15          We met and I just said these are, you

16  know, the locations I'm going to visit.

17          Then I also talked to him a couple of

18  times when we were pulling together the list of

19  locations.  I was providing -- helping support

20  information around the list of locations for the

21  GNETS programs, where they were located, because

22  that is self-reported information on each program to

23  the State, of where they're providing the services.

24  So looking at the list and getting that document to

25  him.



VICKIE D. CLEVELAND                              August 17, 2022
UNITED STATES vs STATE OF GEORGIA                            60

1      Q    Do you get that --

2      A    I'm sorry.

3      Q    Please go ahead.

4      A    I forgot my thought.  You can go ahead.

5      Q    Do you provide that list to him yearly?

6      A    No.  This is when we were -- actually, it

7  was working with Mike Rowland but I think he was --

8  initially I guess he had been asked did he have a

9  list, and working with Mike Rowland we were able to

10 pull that list together to give to him.

11     Q    A moment ago you mentioned you worked with

12 Pat Schofill related to grants?

13     A    There was a facility grant that was in

14 place as I was transitioning in, and Nakeba had

15 mentioned that grant was there and that Pat was

16 managing that grant.  So I just touched base to ask

17 what is this grant and what is it for, and I think

18 the grant was allocated to specific GNETS.  I don't

19 recall which ones.  And he shared the grant, the

20 drawdowns, how they were spending the grants.  To

21 upgrade facilities, I think he shared.

22     Q    And it was a GNETS specific facilities

23 grant?

24     A    My understanding from him, yes, it was.

25     Q    Does that still exist?



 1        A    I'm thinking the time -- you would have to

 2   confirm that with his office, but I'm thinking the

 3   time frame of that grant has expired.  They would

 4   have to confirm that.

 5        Q    What office does he --

 6        A    Facilities.

 7        Q    A moment ago you mentioned Mike Rowland.

 8   What is his role?

 9        A    I think Mike was the assistant director of

10   maybe facilities.

11        Q    What ways do you work with Mike Rowland?

12        A    He has retired, but when I did work with

13   -- communication I did have with him was around

14   facilities locations, and I was helping him compile

15   the list of the GNETS locations.

16        Q    You just mentioned that Mike Rowland is

17   retired.  Do you know who holds that position now?

18        A    I do not.

19        Q    Do you know who you would give a list of

20   the GNETS locations to?

21        A    I do not.

22        Q    Do you maintain a list of the GNETS

23   locations?

24        A    We do.  They list their locations in the

25   -- there's a GNETS grant application that they



1  complete for, you know, to take for review of

2  allocations of the GNETS grant, and one of the items

3  they provide in that grant are the different

4  locations where kids receive services.

5      Q    Do you work with Amber McCollum in your

6  role?

7      A    I have worked with Amber, yes.  She's our

8  senior program manager for budget.

9      Q    Is she in the same office as Mr. Bell?

10     A    No.  Amber sits in the Department of

11 Special Education.  Mr. Bell is in the budget

12 office.

13     Q    How do you work with Amber?

14     A    Before her previous role, I worked with

15 Amber on creating the GANS, the grant award

16 notifications.  For the different grants there's a

17 piece in there on special education that we put in

18 on PQ qualifications around professional

19 qualifications for teachers.

20         So I've worked with her on getting those

21 GANS created.  If I have questions around carryover

22 or indirect costs, I work with her on that.

23         I mostly work now with her team of special

24 ed, and she has a program manager now, and we review

25 the budgets collaboratively that are submitted by



1    the GNETS directors.

2        Q    You mentioned a few things I'm not

3    familiar with.

4        A    Sure.

5        Q    GANS?

6        A    Grant award notification.  When a grant is

7    allocated to an LEA or to GNETS, these -- in that

8    grant award it states things that they must do or

9    agree to do as the fiscal agent of the funds.

10       Q    And you work on those requirements?

11       A    I work on the piece -- there's a piece on

12   GNETS about professional qualifications.  It's in

13   there regarding teacher certification.  You know,

14   what areas they should be certified in and, you

15   know, that they should be licensed teachers.  I

16   believe that's in there, too.

17            I just do that piece on professional

18   qualifications.  That is a part of their notice,

19   hey, you're being allocated these funds, here is

20   some -- I don't know if they call it criteria.

21            It's not just my piece.  There are

22   different things in the grant award notification,

23   and that's just the piece that I add, the PQ piece,

24   professional qualifications.

25       Q    Who works to ensure compliance with the



1  PQs?

2      A    That comes out of Karen Cliett's office.

3  They work with the LEAs.  I think there's a

4  monitoring piece, too, from their office.

5      Q    Do they also monitor the GNETS?

6      A    My understanding is, yes, they do.

7      Q    A moment ago you also mentioned that you

8  worked with Amber and now her team on carryover and

9  indirect costs?

10     A    Uh-hum.  (Affirmative.)

11     Q    Can you explain those?

12     A    I asked her to -- years ago explain the

13 indirect cost piece.  That's a one percent of the

14 GNETS grant that is allocated to -- pulled out of

15 the grant and allocated to the fiscal agent.

16         And what was the other part of your

17 question?

18     Q    Carryover.

19     A    Carryover, with federal grants, those

20 grant periods run through September 30th.  GaDOE

21 makes a determination as to whether or not the

22 programs will get -- what percent of carryover the

23 programs will get for the current federal grants.

24 And so I work with her in determining what percent

25 of that money will be able to be carried over.



1      Q     And you mentioned she has a team now?

2      A     Yeah, her team.  I mean she has a team.

3   She was the program manager.  She's now senior

4   program manager, but she, as a program manager, and

5   I believe there are four program specialists.

6      Q     Thank you.

7            Earlier you mentioned that Lakesha

8   Stevenson reports to you?

9      A     Yes.

10     Q     Am I correct that you said her role was

11  program specialist for GNETS?

12     A     Yes, she is.

13     Q     What are Lakesha Stevenson's job

14  responsibilities?

15     A     We work collaboratively to review the

16  grant applications.  She also provides technical

17  assistance on grant application user features.

18           She participates in strategic plan reviews

19  when we've done those in the past, provides

20  technical assistance and training also.

21           We do a lot of the training together.

22           Some of the same roles, activities that

23  are defined in some of my roles, she does some of

24  those activities also.  She presents -- co-presented

25  at SELDA with me.



```
 1              We do a lot.  Blanking...
 2              And of course we had to respond to
 3   interrogatories, production of documents.  She
 4   participated in that also.
 5       Q    How often do you communicate with Lakesha
 6   Stevenson?
 7       A    We try to do a GNETS touch-base meeting
 8   each day, talk about -- yeah, each day.  If not
 9   every day, every other day.
10       Q    Is Lakesha Stevenson devoted exclusively
11   to working on GNETS?
12       A    She is.
13       Q    Are you?
14       A    Yes.
15       Q    Is there any work that Lakesha Stevenson
16   completes that you do not oversee?
17       A    No.
18       Q    Do you evaluate Lakesha Stevenson?
19       A    I do.
20       Q    How frequently?
21       A    Annually.
22       Q    Are you interested in growing your team in
23   the future?
24       A    I would have to think about that.  It
25   would depend on I guess how much the work would
```



1   evolve, but currently, not at this time.

2       Q    Do you work with anyone at DBHDD in

3   connection with GNETS?

4       A    I do not work with them, but I have met

5   with Dante McKay.  I think at one point he -- I'm

6   not sure what his official title was.  I had some

7   discussion with him before.

8       Q    What did you discuss with Dante McKay?

9       A    I was inquiring about Apex and how we

10  could -- that process worked with those providers,

11  and how do those services push out into the ground

12  to schools; inquiring about how we could get those

13  services pushed into -- providers pushed into GNETS.

14          Talked to him about that.

15      Q    What is Apex?

16      A    I don't know what their acronym stands

17  for, but I know from what he has shared, a network

18  that provides mental health providers, services that

19  push out into the districts.

20          My understanding from him was that those

21  services push out to the LEAs and that the LEAs is

22  who has access to that.

23      Q    And you had conversations about the

24  process and how to push Apex services into GNETS?

25      A    I was asking would that be a possibility.



1      Q    What was the answer?

2      A    That Apex services are pushed out to the

3  LEAs, not specifically to GNETS, not to GNETS.

4      Q    Do you know any GNETS programs that

5  receive Apex services pushed into them?

6      A    At one point I recall maybe the Flint

7  program, but I'm not sure if that is still in place.

8      Q    Is there anyone else at DBHDD that you

9  work with?

10      A    Not that I work with, no.

11      Q    Do you work close -- do you work with

12  anyone at DCH in connection with GNETS?

13      A    I do not.

14      Q    Do you work with anyone at other state

15  agencies in connection with GNETS?

16      A    No.  That's within the GaDOE.

17      Q    So earlier you went through a few regular

18  meetings that you attend with GaDOE.  Am I correct

19  that you mentioned a division meeting for special

20  education?

21      A    Yes.

22      Q    Am I correct that you also mentioned a

23  program manager meeting --

24      A    Yes, that's with Wina Low.  Uh-hum.

25      Q    Am I correct that you also mentioned



1   meetings related to the Federal Programs?

2        A    Yes.  Shaun Owen, meetings.

3        Q    How frequent are those meetings?

4        A    The staff meetings I believe are once a

5   month.  That's with all divisions in special

6   education for Wina.

7             Program manager meetings, we meet every

8   week.

9        Q    For both special education and Federal

10  Programs?

11       A    No.  Special education program managers'

12  meetings are every week with Wina.

13            With Shaun, I believe those meetings are

14  once a month, for program managers, and also with

15  all Federal Programs are once a month.

16       Q    Are there other meetings that you have,

17  regular meetings scheduled, within GaDOE?

18       A    Not that I can think of that are regular,

19  for the -- the managers, Federal Programs, Wina's

20  staff meeting, Shaun's staff meeting, and just my

21  touch-base meetings with Lakesha.

22       Q    Do you meet with the Georgia Learning

23  Resource System?

24       A    No.

25       Q    Earlier you mentioned the State Board of



VICKIE D. CLEVELAND                              August 17, 2022
UNITED STATES vs STATE OF GEORGIA                          70

1   Education.

2         A     Uh-hum.  (Affirmative.)

3         Q     Do you ever meet with them?

4         A     Not currently, no.

5         Q     Have you in the past?

6         A     I have not met with the State Board of

7   Education, but I was asked to come to a board

8   meeting maybe three years ago, and at that Board

9   meeting -- now I recall.  At that Board meeting --

10  I'm trying to think what was the Board meeting.

11        I think it was I think when they were

12  presenting an item, the item for the GNETS grants,

13  and I think that's when Nakeba used to go to Board

14  meetings, and I went and I guess she would present

15  on the GNETS items.

16        So kind of in that role she previously had

17  I had gone to maybe one, two.  I don't know how

18  many.  It wasn't that meeting -- Board meetings and

19  presented I think before the roles changed.

20        And now I guess with the new protocol, the

21  deputy takes those Board items.

22        Q     And was it related to the budget?  At the

23  State Board of Education meetings, were you

24  presenting on the budget?

25        A     At that one it was the budget.  I think it



 1  was the budget.  But I don't want to say
 2  definitively.  I can't recall specifically.  But I
 3  think it was on -- around the budget.
 4      Q    Do you remember presenting to the State
 5  Board of Education about any other issues?
 6           MS. JOHNSON:  Objection.
 7           You can answer.
 8      A    I'm trying to think of any others.
 9           I'm trying to think.  I can't remember the
10  year, but there was -- Pat Schofill gave an update
11  on facilities and I was there with him as he
12  presented on facilities.
13      Q    So you --
14      A    Facilities update.  It was like a
15  facilities update, I believe.
16      Q    So you recall presenting to the State
17  Board of Education on facilities and budget; is that
18  correct?
19      A    I'm thinking, believing -- I'm thinking it
20  was about the budget but I'm not a hundred percent
21  accurate, but I do remember -- I think it was -- I
22  think it was the budget.  I'm not a hundred percent
23  sure.  I think it was the budget and that Pat
24  presented on facilities.  He was giving a facility
25  update.



1          I don't know why, why he was presenting

2   that, but it was around GNETS, and I was able to say

3   that we do visits to the facilities.

4       Q    Do you participate in any other state

5   leadership meetings outside of GaDOE?

6          MS. JOHNSON:  Objection.

7          You can answer.

8       A    I'm trying to think.

9          No, no.

10      Q    Are there meetings that you participate in

11  that address issues related to GNETS but are not

12  with GaDOE folks?

13         MS. JOHNSON:  Objection.

14         You can answer.

15      A    Repeat the question.  Other --

16      Q    Are there meetings that you participate in

17  outside of GaDOE but relate to GNETS?

18      A    No.

19      Q    Earlier you referenced the IDT, correct?

20      A    Uh-hum.  (Affirmative.)

21      Q    Which is an interagency group?

22      A    Directors team, uh-hum.

23      Q    Do you participate in any other

24  interagency groups?

25      A    No.



VICKIE D. CLEVELAND                                    August 17, 2022
UNITED STATES vs STATE OF GEORGIA                              73

1      Q    Do you meet with the regional GNETS

2   programs?

3      A    Yes.  I'm sorry, I'm drawing a blank

4   there.  Yes.

5      Q    How often?

6      A    We do monthly meetings.  Typically we

7   don't do the month of November and December, and

8   then we pick back up in January and maybe meet

9   through April -- or maybe we end right at April

10  because testing starts.

11         But, yes, we do monthly updates with them.

12     Q    Are these meetings with the regional GNET

13  program directors?

14     A    Yes.  Directors meetings.

15     Q    Does anyone else attend?

16     A    I've invited Wina to attend.  It's my --

17  Lakesha and the GNETS directors and anyone I have

18  providing updates.  This is where TKES and LKES may

19  come to the meeting, Data Collections may come to

20  the meeting.

21         Who else do I have on there?  PBIS may

22  give updates.  So I have different other divisions

23  provide updates to the GNETS directors, and any

24  updates we may have.

25     Q    Who facilitates these meetings?



1        A    I do.

2        Q    Do you meet with regional GNET program

3    staff?

4        A    No, not staff.  With the directors and

5    directors take that information back.

6        Q    Do you meet with RESAs?

7        A    No.  I did attend one meeting when Nakeba

8    was here.  I can't remember which RESA it was, but

9    she facilitated the meeting and I attended that

10   meeting with her.  But I have not been attending

11   them moving forward.

12           MS. TUCKER:  Why don't we take a quick

13       break.

14       Q    Is that okay?

15       A    That's fine.

16           THE VIDEOGRAPHER:  Off the record at 10:31

17       a.m.

18           (A recess was taken.)

19           THE VIDEOGRAPHER:  We're back on the

20       record at 10:58 a.m.

21   BY MS. TUCKER:

22       Q    Thank you, Mrs. Cleveland.

23       A    Excuse me?  Can I make one clarification

24   from earlier?

25       Q    Please.



1      A    When you asked who was at the deposition,

2   my preparation --

3      Q    Yes.

4      A    -- I said that Melanie was there.  I

5   thought you were referring to someone outside, like

6   a GaDOE person, but I want to add to the record,

7   correct the record, that Stacey was also on the

8   call.  So I said I'll let them know that.

9      Q    Thank you for that clarification.

10     A    Yes.

11     Q    Well, thank you, Ms. Cleveland.

12     A    Sure.

13     Q    When did you first become familiar with

14  GNETS?

15     A    When I worked in the districts, I worked

16  in DeKalb County School District.  There I was a

17  coordinator, a coordinator for middle school

18  programming, and I worked with the GNETS director

19  there.

20          She would actually attend our leadership

21  meetings.  So I knew -- got to meet her and knew who

22  she was, and so that's when I first learned of it.

23     Q    And who was that GNETS director?

24     A    My goodness.  I think her name was Jennie.

25     Q    Does she still hold that role?



1    A    Oh, no.  She retired many years ago.  Her

2    name was Jennie.  I can't think of her last name.

3    Q    And when did you begin working with DeKalb

4    again?

5    A    Let me go back to when I had a baby.

6         1989 -- well, actually, in DeKalb, because

7    I was a professional, teaching experience.  I did a

8    para stint, short stint, before I started teaching

9    and getting into graduate school.  That was from

10   like the end of October maybe '88 through maybe that

11   January or February, and then I got the teaching

12   position.  So that was in February.  So it was like

13   two months or so.

14        So that was with DeKalb, and I became a

15   teacher in February.

16   Q    And you first learned of GNETS at the

17   beginning of your tenure with DeKalb County?

18   A    No.  It was when I became a coordinator

19   because I was just a teacher.  I was a teacher there

20   for some years there and then moved into leadership

21   as a coordinator.

22   Q    So around '89?

23   A    When I became a teacher?

24   Q    Uh-hum.  (Affirmative.)

25   A    No.  Coordinator was years later.



VICKIE D. CLEVELAND                                August 17, 2022
UNITED STATES vs STATE OF GEORGIA                              77

1      Q    Years later?

2      A    Yeah.  My resume, I got all that on there.

3           Yeah, that's when I became a coordinator,

4  I learned GNETS, because I was just a teacher for

5  some years, 13 years.  Not just a teacher, a proud

6  teacher for 13 years or so, and then I became a

7  coordinator.

8      Q    Okay.  Please describe the GNETS program.

9      A    GNETS is a statewide network of 24

10  programs statewide.  It provides educational and

11  therapeutic services for students with disabilities.

12  The services are provided to students that are ages

13  five to 21.  That's the age range.

14           And the services are determined --

15  recommendation for GNETS services are determined --

16  recommendations are made by an IEP team.  The IEP

17  team meets and reviews the course data to make

18  recommendation as to whether or not that's the least

19  restrictive environment for the student that is

20  considered for services.

21           Therapeutic services, educational

22  programming is provided, and it looks at students

23  that are having severe behavioral challenges,

24  looking at the intensity, frequency and duration of

25  the behaviors and how it impedes their progress and



1  their educational programming.

2          Twenty-four programs, they all have

3  directors.  Some of the kids -- it's a service on

4  the continuum of services for students with

5  disabilities.  Some students receive their services

6  in a school-based environment, which could be at a

7  typical school, classrooms there, and some receive

8  their services in a center-based location.

9      Q    What do you mean by continuum?

10     A    When you're looking at providing services

11 for students with disabilities, there's a continuum

12 of services starting at general ed and moving down

13 that continuum to more restrictive environments.  So

14 this is a service that's also on that continuum, or

15 on the restrictive end.

16         But GNETS services, of course, can be

17 provided general education environment, and as you

18 move down that continuum, moving into, you know,

19 co-teaching environments, resource environments,

20 services can be pushed into any of those

21 environments.

22     Q    So are there GNETS services in general

23 education environments outside of the GNETS

24 school-based setting?

25         MS. JOHNSON:  Objection.



```
 1              You can answer.
 2      A    Say it again.  I'm sorry.
 3      Q    You just mentioned that GNETS services
 4  could -- you know, it's on the continuum and it
 5  could be in the general education environment,
 6  correct?
 7      A    Depending on if that's a recommendation of
 8  the IEP.  I'm referencing just the continuum, but
 9  that continuum of the services, if recommended by an
10  IEP team, could be.  It just depends on what the IEP
11  team recommends, if it's on -- it's on the continuum
12  services.
13      Q    Are GNETS services in general education
14  classrooms?
15              MS. JOHNSON:  Objection.
16              You can answer.
17      A    I would not know, you know, without
18  looking at IEPs, specific IEPs.  GaDOE staff do not
19  participate in those IEP meetings, so the only way I
20  would know that would be to have access to IEPs,
21  which I don't participate in the meeting, so I
22  wouldn't know.
23      Q    And what purpose does GNETS serve?
24              MS. JOHNSON:  Objection.
25              You can answer.
```



1      A     It serves as a program to provide these

2  educational and therapeutic services to kids that

3  have challenging behaviors that, you know, impedes

4  their progress to be in general education in some

5  situations.

6          But it also serves as an option for kids

7  that may be placed in a more restrictive

8  environment, like a residential placement.

9      Q     Does GNETS target a particular student

10 population?

11     A     It doesn't -- I mean you -- the way our

12 Board rule describes programming, it's for students

13 that have severe behavioral challenges, and those

14 challenges, you know, like I said, the intensity,

15 frequency and duration, those behaviors are impeding

16 their progress.

17         So if a team deems that's appropriate,

18 that that would be the least restrictive environment

19 for a child.  It's individualized.  So not a

20 specific population but it's individualized.

21     Q     How does GNETS serve these students?

22     A     They're served through, you know, what's

23 written in their IEPs, their IEPs.  Those IEPs, of

24 course you've got the present levels that describes

25 what that child's strengths and weaknesses are.  The



1  teams come together and they develop goals and

2  objectives to address the student weaknesses, and

3  then goals and objectives are then developed, and

4  from the data the IEP Team would review, that team

5  would then make the recommendation as to where that

6  child receives those services, what we would call

7  the least restrictive environment.

8      Q    What are the educational and therapeutic

9  services that you referenced earlier that GNETS

10 provides?

11     A    The educational services, these students

12 are students with disabilities in the State and they

13 are taught the Georgia performance standards.  Those

14 therapeutic services of course are need based for

15 each child.  So therapeutic services are determined

16 by the IEP team.

17          So they could look differently for every

18 child and look different in every program.

19     Q    What is the Board rule that you're

20 referring to a moment ago?

21     A    It's the GNETS Board rule.

22     Q    And is this a state rule?

23     A    It's a state rule.

24     Q    And you've referenced intensity, frequency

25 and duration.  Is that from the rule?



1       A    It's from the rule.

2       Q    Earlier you mentioned there's 24 regional

3  GNETS programs?

4       A    Uh-hum.  (Affirmative.)

5       Q    Has that structure changed during your

6  time at GaDOE?

7       A    It has not.

8       Q    How many students are in GNETS this school

9  year, which I mean the 2022-2023 school year?

10           MS. JOHNSON:  Objection.

11           You can answer.

12      Q    And it can be approximate.

13      A    I'll say approximate.

14      Q    Yeah.

15      A    I don't have the enrollment numbers for

16  this coming school year.  We get -- the student

17  record enrollment report will show any students that

18  receive services within an academic year, and I

19  think it was on that -- I mean it hasn't been pulled

20  up officially yet but it shows the enrollment on

21  that spreadsheet that we just were trying to get

22  pulled up.

23           So approximately for the prior school

24  year, because it's always the prior year, so the

25  21-22 school year, I think we're looking at



1   approximately 3,000, 3,100 kids, approximate

2   numbers.

3        Q    So that's from last school year?

4        A    Right, the previous school year, because

5   student record pulls -- captures the kids for that

6   previous school year.

7        Q    When would you know how many students are

8   in GNETS this school year?

9        A    For student record, I would get that at

10  the end of this academic year.  I'm not sure if Data

11  Collections tracks during the year.  I mean I'm sure

12  they do but I don't know how they track.

13            But I know going into this year it's about

14  3,090, 3,100 kids from the previous year.  And

15  that's for any child that receives services during

16  that year.

17       Q    You just mentioned Data Collection, I

18  think as a group.  Who are you referring to?

19       A    Data that comes from Nick Handville's

20  office.  He's our chief, I think, privacy -- chief

21  -- these titles.

22            He's the chief information officer, I

23  believe.  And Mark Vignate, V-I-G-N-A-T-E, provides

24  that data to me on the enrollment.

25       Q    And they provide data in the student



VICKIE D. CLEVELAND                                    August 17, 2022
UNITED STATES vs STATE OF GEORGIA                             84

1   record report?

2        A    That comes at the end of the year.

3        Q    Do you request population size information

4   from the regional programs during the school year?

5        A    I do not formally request that from them.

6        Q    Do you ever receive it informally?

7        A    Not enrollment information.

8        Q    Population size information?

9        A    Not from them, no.

10            MS. TUCKER:  I'd like the court reporter

11       to mark this document as Plaintiff's Exhibit

12       377.

13            The Bates number on the first page of this

14       exhibit is GA00362824.

15            (WHEREUPON, Plaintiff's Exhibit-377 was

16        marked for identification.)

17   BY MS. TUCKER:

18       Q    This is an October 24, 2020 email from

19   you, Mrs. Cleveland, to Zelphine Smith-Dixon, and

20   Shaun Owen is copied.

21       A    Okay.

22       Q    And the subject reads:  "Student record."

23   And there are a few attachments.

24       A    This should be there?  Okay.

25       Q    Yes.



1      A     Okay.

2      Q     Do you recognize this email, Mrs.

3  Cleveland?

4      A     Yes.

5      Q     You see where it says that it attached

6  documents related to student count for fiscal year

7  2020?

8      A     Yes.

9      Q     When we speak to fiscal year '20, what

10 school year are we referring to?

11     A     That's so tricky because I always have to

12 think through that, too.

13           If it's fiscal year '20, that would be the

14 2019-20 school year.  When we do other examples, I

15 always have to think through this myself.

16           If I get a student record for FY22, that

17 was the 21-22 school year.  So that would be the

18 19-20 school year --

19     Q     Let's think through that again.

20     A     I always have to think through it.

21     Q     If it's fiscal year '20, am I correct it's

22 school year 2019-20?

23     A     Correct.  So like I did, just did FY23.

24 That was school year 21-22.

25           Because it's the -- the fiscal year begins



1  in July, so it's the school year that the student
2  record reports from, is the previous school year.
3  It wouldn't be the 23 -- 22-23 school year.
4       Q    Let's take this outside of the student
5  record report.
6       A    Okay.
7       Q    Just to make sure we're all on the same
8  page.
9       A    Right.
10      Q    Because I think we said two different.
11           So for fiscal year 2020 per se, would that
12  be representing information from the start of the
13  2019 school year that went through 2020?
14      A    For student record, yes, because it would
15  be that previous school year.
16      Q    Previous school year?
17      A    19-20.
18      Q    So 19-20 school year equals fiscal year
19  '20?
20      A    Fiscal year '20.
21      Q    Great.  Thank you for going through that.
22      A    I'll think through it again but I'm pretty
23  sure that's how it goes.
24      Q    Great.  Let's look at the first
25  attachment.

1           This is the Excel spreadsheet with Bates

2    No. GA00362825.  And we're going to pull that up --

3    we're going to pull it up electronically for you.

4           Do you have control and do you see it?

5       A    I see it.

6       Q    You're able to move the mouse?

7       A    Uh-hum.  (Affirmative.)

8       Q    Great.  Do you recognize this spreadsheet?

9       A    I do.

10      Q    Did you create this spreadsheet?

11      A    I did.

12      Q    How did you get the data to create this

13   spreadsheet?

14      A    This data comes from Nick Handville's

15   office, and they provide this at the end of the year

16   in the student record count.

17      Q    So is this the student record data --

18      A    Student record data.

19      Q    So consistent with what we were just

20   saying, under the Column C, which says 2020 count,

21   would that be those students who attended from

22   school year 2019 that ended in 2020?

23      A    Yes, based on 19-20, fiscal year '20.

24   Yes.

25      Q    So I'm -- let's go ahead --



1      A     I was saying yes.  I'm sorry.

2      Q     I'm correct this spreadsheet represents

3  student populations at the regional GNETS programs

4  for fiscal year 2020, 2019, 2018, and 2017?

5      A     Student record count, yes.

6      Q     Which is student population size?

7      A     Uh-hum.  Yes.

8      Q     Looking at this spreadsheet, at the bottom

9  there are some totals?

10      A     Uh-hum.  (Affirmative.)

11      Q     Do you see those?

12      A     Yes.

13      Q     Is it fair to say that these numbers

14  indicate that the GNETS student population is

15  decreasing?

16      A     That's fair, yes.

17      Q     Would you still say that's the consistent

18  trend?

19      A     Yes.

20      Q     Why do you think that is?

21            MS. JOHNSON:  Objection.

22            You can answer.

23      A     IEP meetings are held to determine if kids

24  are to receive GNETS services.  I think professional

25  learning around the Board rule and looking at --



1  using data to determine least restrictive

2  environment for students, I think that messaging is

3  trickling down, that you should always look at the

4  least restrictive environment, and that could be a

5  correcting factor.

6      Q    Are trickling down to whom?

7      A    To GNETS directors, training them.

8           I've also done training with special

9  education directors and GNETS directors together to

10  review the Board rule, to talk about GNETS services,

11  what they are, to talk about IEP teams, you know, in

12  determining least restrictive environment.

13          I don't know that to be definitive as to

14  why, but I think professional learning does help

15  people make more informed decisions, training.

16      Q    More informed decisions on where to place

17  students?

18      A    And making the -- in recommending the

19  least restrictive environment, yes.

20      Q    Thank you.

21          As the population has decreased, where do

22  you think students that were formerly receiving

23  GNETS services are being served?

24          MS. JOHNSON:  Objection.

25          You can answer.



1      A    I wouldn't -- I don't know.

2      Q    Would you think these students are in

3  their general education environment?

4           MS. JOHNSON:  Objection.

5           You can answer.

6      A    I don't know.

7      Q    Do you expect that students would still be

8  receiving special education services?

9           MS. JOHNSON:  Objection.

10     A    I don't know because I'm not in those IEP

11  meetings.  I don't know.

12     Q    Has -- a moment ago you mentioned that

13  you've provided technical assistance on the State

14  Board rule --

15     A    Uh-hum.  (Affirmative.)

16     Q    -- in assessing placement, correct?

17     A    Yes, in IEP meetings.

18     Q    Has GaDOE through that technical

19  assistance advised GNETS programs to reassess their

20  student populations in size?

21     A    I've not advised to reassess their

22  populations, but to provide -- I provided training

23  on always using data to make decisions on what least

24  restrictive environment is for those students.

25     Q    What type of data?



1      A     One training that I did, which GNETS

2   directors and special education directors, because

3   they work together.  In those IEP meetings the LEA

4   is represented because they are ultimately possible

5   for FAPE for students, and the GNETS directors

6   attend those meetings, and I did that training and I

7   think I may have just provided -- I did it

8   regionally, the GNETS, and just data on, hey, here's

9   your population on EBD, just sharing the data, this

10  is the percent of kids from your region, or whatever

11  they are getting GNETS services.

12           And that was the training that I did,

13  based on the Board rule and ultimately training them

14  on looking at least restrictive environment for

15  students.

16      Q     And you just mentioned that you share data

17  on their EBD population; is that correct?

18      A     I think we shared data on the EBD

19  population.  I'm trying to think about the

20  presentation.  It was a couple years ago, but I know

21  EBD was one of the areas.

22      Q     Not the population in full?

23      A     No, no.

24      Q     I would like to exhibit the third

25  attachment to this email, which starts with Bates



 1   GA00362827.

 2          So Kelly is going to show that again to

 3   you on the screen.

 4       A    Okay.

 5       Q    And give you control.

 6          Do you recognize -- do you see the

 7   spreadsheet?

 8       A    I'll check.

 9       Q    Sorry about that.

10       A    There we go.

11       Q    Do you see the spreadsheet now?

12       A    I do.

13       Q    And do you recognize the spreadsheet?

14       A    I do.

15       Q    Did you create it?

16       A    I did.

17       Q    Can you describe the spreadsheet for me?

18   Like what is the spreadsheet?

19       A    What did I pull it for?

20          I remember the spreadsheet.  I don't

21   recall why I was pulling this.

22       Q    Am I correct that the spreadsheet

23   represents the 2020 data of the primary area of

24   exceptionalities at the 24 regional GNETS programs?

25       A    That is correct.



1      Q    And where did you receive the data for

2    this spreadsheet?

3      A    From Nick Handville's office.

4      Q    The Data Collection office?

5      A    Data Collection.  Well, I think that's

6    their office title, Data Collection.

7      Q    What is --

8      A    Sorry.

9      Q    Mrs. Cleveland, please.

10          THE WITNESS:  Melanie, they might be

11      privileged.

12          MS. JOHNSON:  Are you concerned --

13          THE WITNESS:  Yeah.  I mean I can --

14          MS. JOHNSON:  Just in your responses be

15      careful not to reveal any conversations or

16      anything we may have had, but if, if you want

17      to go off the record and have a kick side-bar,

18      we can do that.

19          THE WITNESS:  Okay.  Yeah.

20          MS. JOHNSON:  Can we go off the record?

21          MS. TUCKER:  Of course.

22          MS. COHEN:  You want us to go out of the

23      room?

24          MS. JOHNSON:  Can we step out real quick.

25          THE VIDEOGRAPHER:  Off the record at



```
 1        11:23.
 2              (A recess was taken.)
 3              THE VIDEOGRAPHER:  We're back on the
 4        record at 11:31 a.m.
 5              MS. JOHNSON:  It appears that this
 6        document was an inadvertent production of
 7        privileged document and work product.  So I'm
 8        going to instruct the witness not to answer any
 9        questions on it and request that the Department
10        of Justice return it and destroy it.
11              MS. TUCKER:  We can -- thank you for
12        advising that for the record, and we can
13        connect on that also after.
14              MS. JOHNSON:  Thank you.
15              MS. TUCKER:  Okay.
16   BY MS. TUCKER:
17        Q    Can I ask what a primary area of
18   exceptionality is?
19        A    That's a primary disability area for a
20   child.  That's determined through the eligibility
21   process.
22        Q    And then from your experience what would
23   you say -- what primary area of exceptionality is
24   most common in the GNETS program for their students?
25        A    Emotional behavior disorder.
```



1      Q     Are there other primary areas of

2   exceptionalities that have large populations within

3   GNETS?

4      A     Autism may have a higher population.

5            Those are the two that have the higher

6   population I can think of.

7      Q     Thank you, Ms. Cleveland.

8            And then do students with different areas

9   of exceptionality have different needs?

10     A     Yes.

11     Q     Can you speak more to that?

12     A     Again, the IEP process is individualized.

13  Kids are found eligible for services, of course, an

14  eligibility process and that child -- a child's

15  strengths and weaknesses are identified through that

16  process.

17           So as teams sit and develop -- say the

18  question again.  I want to make sure I stay on track

19  with the question.

20     Q     Yeah.  I asked whether students with

21  different areas of exceptionalities have different

22  needs, and you said yes, and then I was hoping you

23  could elaborate.

24     A     A child with emotional behavior disorder,

25  of course, based on the characteristics of that



1  disability, will have more needs based around

2  socio-emotional needs.  If a child with autism, it

3  could also be the same.  That child could have

4  emotional behavioral challenges also, and the team

5  would develop an IEP that, you know, reflects that

6  child's strengths and weaknesses and what those

7  services need to look like for those kids.

8      Q    So are there different therapeutic

9  supports needed depending on the different area of

10  exceptionality?

11      A    There could be because it's

12  individualized.  So whatever that child's needs are,

13  therapeutic supports could look different from child

14  A versus child B.

15      Q    And how are those needs met through the

16  GNETS program?

17      A    Through the IEP process, of course, goals

18  and objectives are developed.  Progress monitoring

19  should be happening on those goals and objectives,

20  and based on the progress monitoring and the

21  interventions that are put in place, you're -- you

22  provide those services through that.

23          Those services may be inclusive of

24  academic supports, behavioral supports.  It all goes

25  back to what those individual needs are for that



1   student.

2            MS. TUCKER:  I'd like the court reporter

3       to mark this document as Plaintiff's Exhibit

4       378.

5            The Bates number on the first page of this

6       exhibit is GA003628 -- I'm going to start over.

7       Scratch that.

8            The number on the first page of this -- I

9       pulled the wrong exhibit.  One second.

10           Again, I'm going to hand the court

11      reporter this document to mark as Plaintiff's

12      Exhibit 378.

13           The Bates number on the first page of this

14      exhibit is GA00362869.

15           (WHEREUPON, Plaintiff's Exhibit-378 was

16       marked for identification.)

17  BY MS. TUCKER:

18      Q    This is an email with the same date

19  October 14, 2020.  The email is from you, Vickie

20  Cleveland, to Zelphine Smith-Dixon, with a cc: copy

21  to Shaun Owen, and the subject is "Eligibility

22  numbers."  And there's an attachment.

23           Do you recognize this email, Mrs.

24  Cleveland?

25      A    Yes.



VICKIE D. CLEVELAND                                   August 17, 2022
UNITED STATES vs STATE OF GEORGIA                              98

1        Q    In the email do you see where you wrote in
2   the attachment -- or "see attachment.  I reviewed
3   the data for the past 3 years regarding eligibility
4   areas for MI/MOID/EBD/OHI/AU/SDD," and then you
5   write "Let's discuss."
6             Do you see that?
7        A    Yes.
8        Q    Those are a lot of abbreviations.  Can we
9   go through those?
10       A    Sure.
11       Q    You can start with the first.
12       A    MI is mild intellectual disability.
13            MOID is a moderate intellectual
14   disability.
15            EBD is emotional behavior disorder.
16            OHI is other health impaired.
17            AU is autism, and SDD is significant
18   developmental delay.
19       Q    Thank you.
20       A    Sure.
21       Q    You then write "Let's discuss."
22            Do you recall discussing --
23       A    Well, I don't recall the conversation but
24   this email reflects I sent data, but I don't recall
25   the conversation.



VICKIE D. CLEVELAND                                        August 17, 2022
UNITED STATES vs STATE OF GEORGIA                                     99

```
 1              I'm trying to think why we pulled that.
 2      Q    Why don't we pull the attachment up.
 3      A    Okay.
 4      Q    It starts with GA00362870.
 5           Can you see it?
 6      A    I can.
 7      Q    And you have control?
 8      A    I do.
 9      Q    Great.  Do you recognize this spreadsheet
10 sheet?
11      A    I do.
12      Q    Did you create it?
13      A    I did.
14      Q    And where did you get the data to create
15 this?
16      A    Nick Handville's office.
17      Q    And do you recall -- do you know -- why
18 did you create this spreadsheet?
19      A    I was looking at -- it appears I was
20 looking at the different disability areas and trend
21 data, it looks like.
22           It looks like that's why I created it.
23      Q    Okay.  What were you looking for -- or
24 what trends did you see?
25      A    Looks like I was looking at enrollment by
```



VICKIE D. CLEVELAND                           August 17, 2022
UNITED STATES vs STATE OF GEORGIA                        100

1  disability area for each of those disabilities,

2  disability areas.

3       Q    And was that something that Zelphine

4  Smith-Dixon requested?

5       A    I don't remember if she specifically

6  requested that.  I don't know if we were having

7  conversations around data, but I don't know she

8  specifically requested it or if this is something I

9  was looking at and may have shared it.  I'm not

10 sure.

11      Q    Do you continue to collect data related to

12 the primary area of exceptionality for GNETS

13 students?

14      A    I haven't pulled it recently or looked at

15 -- from this lens recently, but I do look at the

16 data.

17      Q    What do you mean by recent?

18      A    I haven't done it like this year.

19      Q    This school year?

20      A    This school year, right.

21      Q    But last school year you did?

22      A    I don't know if I pulled it in this format

23 because it looks like the last year I looked at was

24 2020 on here.

25           I don't remember -- I don't recall if I



1  pulled it from 2021 in this format.

2       Q    It seems as if you're focusing on certain

3  primary areas of exceptionality.  Would you agree

4  with that characterization?

5       A    This one I think looks at all areas --

6       Q    Okay.

7       A    -- of exceptionality for kids who are

8  getting services.

9            So it looks like I was looking at pretty

10  much all areas that are getting services through the

11  program.

12       Q    It looks to me there are six areas of

13  exceptionality.  Do you agree?

14       A    That I was looking at, uh-hum.  Yes.

15       Q    Are these six areas the only areas

16  represented in the GNETS student population?

17       A    I'm not a hundred percent sure.  I mean --

18  I'm not a hundred percent sure on that.  But these

19  are the six areas that I pulled from the student

20  record report.

21       Q    And you look at the regional program

22  level?

23       A    Well, this list, yeah, the GNETS program,

24  and who these -- the numbers -- the count of

25  students by disability for each program, yes.



1      Q    Would this information inform you to make

2   certain decisions related to the GNETS program?

3      A    Repeat the question.  I'm sorry.

4           MS. TUCKER:  Scratch that.

5   BY MS. TUCKER:

6      Q    How would this information inform your

7   role as GNETS program manager?

8      A    It could inform my role around training.

9   You know, going back to training on least

10  restrictive environment in IEP meetings.

11     Q    Do you recall that after you collected

12  this document that you made any statements to any

13  regional programs?

14     A    No, I didn't.  Not that I recall.

15     Q    A moment ago you mentioned that you

16  haven't pulled this data this school year but you

17  had last school year, correct?

18     A    I'm not -- I don't -- I don't recall

19  pulling it in this format last school year.  I get

20  the student record file and I can see the

21  information, but I don't recall pulling it in this

22  format last year.  I would have to go back and look.

23     Q    But you do continue to look at the primary

24  area of exceptionality for students at GNETS?

25     A    I do continue to try to look at that, yes.



1           MS. TUCKER:  I'd like the court reporter
2      to mark this document as Plaintiff's Exhibit
3      379.
4           The Bates number on the first page of this
5      exhibit is GA01078807.
6           (WHEREUPON, Plaintiff's Exhibit-379 was
7        marked for identification.)
8    BY MS. TUCKER:
9      Q    This is an October 28th, 2020 email from
10   you to Zelphine Smith-Dixon and Shaun Owen, and you
11   copy Lakesha Stevenson and Stacey Suber-Drake, and
12   the subject is "2019-20 AU Data."?
13          THE WITNESS:  Yes, this looks like it
14      would be privileged.
15          MS. JOHNSON:  This looks like again an
16      inadvertent production and I'm going to
17      instruct the witness not to answer any
18      questions on this document.
19          MR. HOLKINS:  Thanks, Melanie.  We can
20      talk more later.  Great.
21          MS. TUCKER:  I'd like the court reporter
22      to mark this document as Plaintiff's Exhibit
23      380.
24          The Bates number on the first page of this
25      exhibit is GA00346118.



```
 1              (WHEREUPON, Plaintiff's Exhibit-380 was
 2         marked for identification.)
 3    BY MS. TUCKER:
 4         Q    This is a May 20th, 2019 email chain
 5    between you and Lakesha Stevenson?
 6         A    Okay.
 7         Q    The subject of the email is blank, but
 8    there's one attachment.
 9              Do you recognize this email, Mrs.
10    Cleveland?
11         A    Yes.
12         Q    Let's turn to the attachment, which starts
13    on GA00346120.
14              Am I correct that at the top it reads
15    "Georgia Network for Educational and Therapeutic
16    Supports?
17         A    Yes.
18         Q    And that the GaDOE logo is on the bottom?
19         A    Yes.
20         Q    Do you recognize this document?
21         A    Yes.
22         Q    Who created this document?
23         A    Lakesha Stevenson, the program specialist.
24    She created it.
25         Q    Did you ask her to create it?
```



1      A    Yes.

2      Q    For what purpose?

3      A    Eleven of our programs received a

4   therapeutic services grant to provide therapeutic

5   services.  That grant is allocated to hire licensed

6   clinical social workers or social workers, master's

7   of social workers, that can provide therapeutic

8   services.  And we have set up a process that they

9   provide logs to us that outline what therapeutic

10  services were provided for the students, and she

11  then pulls all those logs together and pulls this

12  report to let me know what types of therapeutic

13  services are you seeing on the logs, what's being

14  implementing by the licensed clinical therapist.

15          And it shows, the graph shows the trends

16  of what type of services they're documenting on

17  their logs that they're providing.

18          So it's a way of -- because they get the

19  allocation for that grant, this is a process I set

20  up so we can monitor what type of therapeutic

21  supports are being provided.

22     Q    What are the dates of this grant?

23     A    The therapeutic services grant?

24     Q    Uh-hum.  (Affirmative.)

25     A    It's allocated each year.  Is that what



1   you're asking?

2       Q    So it's allocated each year, the grants?

3       A    It's a therapeutic grants yes.

4       Q    And eleven of the regional programs have

5   it currently?

6       A    Right.  It was in place when I came on

7   board and it's based on need for the program.  So

8   eleven of them do.

9       Q    Currently?

10      A    Uh-hum.  (Affirmative.)

11      Q    Have other programs had it in the past and

12  then no longer?

13      A    Not that I'm aware of.

14      Q    Have programs been added during your time

15  as GNETS program manager as a recipient of this

16  grant?

17      A    Not this grant, no.

18      Q    So it's the same eleven regional programs

19  have remained constant?

20      A    Yes.

21      Q    Which programs receive this grant?

22      A    I don't have them all memorized, but -- I

23  don't have them all, the names.

24           I'm trying to think of some of them.  The

25  Oconee program I believe receives the grant.



1              These are things that I can just pull up
2    and they're right there.
3              Oconee.  Coastal I think receives it.
4    Cedarwood, Flint program, Northstar, Northwest
5    Georgia GNETS.
6              Go down the list.
7              Rutland.  I'm just going through the list.
8    But those are the ones I can easily recall.
9        Q    You hit seven of the eleven?
10       A    There are four out there, in here
11   somewhere.
12       Q    You mentioned it was based on need.  Can
13   you elaborate?
14       A    The way it was initially set up, the
15   programs that receive that are in areas where it's
16   difficult to find, you know, providers in those
17   areas because of where they're regionally based, was
18   my understanding.
19             So this grant allows them to, you know,
20   contract out or use it to find supports,
21   professionals to provide therapeutic supports.
22       Q    And you earlier mentioned or testified
23   that you monitored the monthly logs, correct?
24       A    Yeah.  Lakesha receives those and compiles
25   those and shares the updates with me.



VICKIE D. CLEVELAND                                    August 17, 2022
UNITED STATES vs STATE OF GEORGIA                              108

1        Q     What do you look for?

2        A     One, I'm looking to see if they're

3   evidence-based interventions that the therapists are

4   using, that they're documenting what they are really

5   doing with the students in providing the

6   interventions.

7        Q     What do you mean by evidence-based

8   interventions?

9        A     Some of the things that are listed here.

10  Line set, cognitive behavior therapy, if they are

11  doing clinical interviewing.

12             It could be -- it looks different for each

13  program, depending on what the need of the kids are

14  that they are serving.

15       Q     And do you provide feedback after

16  receiving the logs of needed changes?

17       A     Not necessarily needed changes, but if I

18  -- we look at the logs and we have questions, I need

19  clarification, we'll call, have a follow-up

20  conversation, if needed.  Can you tell me more about

21  this, what does this mean, what is this

22  intervention.  Because it could be something that we

23  as professionals are not familiar with.

24             But not, you know, too often.  But if

25  there are questions, we do follow up.



1        Q    Can you give me an example?

2        A    Say if they had interviewing, one of their

3   interventions -- because sometimes there's

4   therapeutic interviewing with students.  Can you

5   tell me what kind of things you may talk to the kid

6   about.  I mean that could be -- that's just an

7   example of what could happen.

8        Q    Thank you.

9             Let's look at the top box on this page.

10       A    Okay.

11       Q    Do you see where it says that the GNETS

12  program, quote, "provide comprehensive educational

13  and therapeutic support services to students who

14  might otherwise require residential or other more

15  restrictive placements due to the severity of one or

16  more of the characteristics of the disability

17  category of emotional and behavioral disorders

18  (EBD)."

19            Are you aware of any study that has

20  assessed the impact of GNETS services on the need

21  for residential or more restrictive placements for

22  students?

23       A    I have not.

24       Q    Are you aware if GaDOE collects any data

25  that assesses the impact of GNETS services on the



1    need for residential or more restrictive placement

2    for students?

3        A    I'm sorry.  Can you repeat the question?

4        Q    Does GaDOE collect any data that assesses

5    the impact of GNETS services on the need for

6    residential or restrictive placements?

7             MS. JOHNSON:  Objection.

8        A    I do not.  I do not.

9        Q    Do not collect data?

10       A    On that.

11       Q    On that point?

12       A    On that point, yes.

13       Q    What are your views on whether GNETS

14   reduces the number of students who might have

15   otherwise needed residential or restrictive

16   placements?

17            MS. JOHNSON:  Objection.

18       A    My views -- repeat it.  I'm sorry.

19       Q    This document said that GNETS supports

20   students who might otherwise require residential or

21   more restrictive placements, and I'm curious about

22   your views on whether GNETS reduces the number of

23   students who might have otherwise needed residential

24   or more restrictive placements.

25       A    I wouldn't have a view on it because I



1  don't participate in the IEP meetings, and those

2  decisions are made locally with the IEP teams as to

3  whether or not the child needs residential or GNETS

4  services.

5      Q    What is a more restrictive placement than

6  GNETS along the continuum?

7      A    It would be residential, would be the next

8  placement on the continuum.  Residential services.

9      Q    A private residential treatment?  Or

10 public?

11     A    It could be.  Again, that would be a local

12 IEP team decision.

13     Q    But that's the next step on the continuum

14 we discussed earlier?

15     A    Residential placement, uh-hum.

16     Q    Okay.  Do you speak to the GNETS programs

17 directors, the regional GNETS program directors,

18 about residential placement or their students --

19     A    No.

20     Q    -- being in residential?

21     A    No.

22     Q    Have you ever collected data from the

23 regional programs on whether they had students being

24 sent to residential treatment?

25     A    Yes.  As part of their grant application



1  -- reintegration piece -- there's one of the -- I

2  can't think of the name of the tab.  I look at those

3  things all the time.

4           There's a tab that does talk about

5  short-term stabilizations, what's a child's

6  residential place.  So they list self-reported data

7  from each program, that they list the students that

8  were referred for residential because sometimes kids

9  do have short-term stabilizations, and then they

10 transition back.

11          But, yeah, we do collect that data from

12 them as far as the environment.  If they went back,

13 you know, to a school-based setting, to a less

14 restrictive, we do collect through the grant app.

15      Q    And that's through each regional GNETS

16 program?

17      A    Yes.

18      Q    Earlier we spoke about GNETS students

19 being in GNETS centers as well as GNETS school-based

20 locations, correct?

21      A    Yes.

22      Q    Do you know how many centers are being

23 used this school year?

24      A    I think it is approximately 35 maybe

25 centers.



1      Q    And by "this school year," we both agree

2  that's the 2022 through 2023 school year?

3      A    Approximately that number, yes.

4      Q    Do you know if this is a change from last

5  year?

6      A    Not from memory, but I can get that data.

7      Q    How about when you started as GNETS

8  program manager?

9      A    For year -- when I moved into this

10  position?

11     Q    Uh-hum.  (Affirmative.)

12     A    There has been a reduction -- I'm not sure

13  of the number of school-based.  I'm thinking of one

14  program, Northwest Georgia.  I think they no longer

15  -- they no longer have their center base.

16          I'm trying to think of another one.

17  Somebody else, center to school.

18          I'm sorry, I'm blanking out.  I'm trying

19  to go down the list here.

20          Northwest Georgia -- maybe that's the only

21  one that moved from a center to all school-based.

22     Q    I think a moment ago you mentioned there

23  was a reduction in centers.  Are you speaking to

24  other programs reducing the number of their centers

25  in addition to --



1     A    No.  Reducing the center, I was referring

2  to like Northwest Georgia that had a center base.

3  They no longer serve kids in their center base.  All

4  their students are served school-based.

5          So that's one I could think of.  I'm

6  trying to think -- I can't think of any others right

7  now that reduce school-based -- I mean center base.

8     Q    Why did Northwest Georgia move away from

9  the centers?

10         MS. JOHNSON:  Objection.

11    A    That's a local decision and we're informed

12 if they're closing programs or locations.  They keep

13 us informed of that, and it's also reported in their

14 grant app.

15    Q    How many students are being served in

16 GNETS centers for this school year 2022-2023?

17    A    That's that approximate number I gave,

18 about 3,100 kids -- I'm sorry.  In centers.

19         I would have to -- I haven't done the data

20 on that yet.

21    Q    Do you have an approximate percentage of

22 the 3,100?

23    A    That are in centers?

24    Q    Uh-hum.  (Affirmative.)

25    A    I do not.



1      Q    How about last year?

2      A    I don't recall the numbers but it's

3   information that I could have access to.

4      Q    Do you know how many school-based

5   locations are being used this current school year?

6      A    Looks like it's going to be about 120 or

7   so, approximately.

8      Q    Is that a change from last year?

9      A    I can access that information.  I don't

10  have that memorized as far as exact numbers.

11     Q    Is this information that you do collect

12  and track?

13     A    I don't track it, but if I needed to

14  access it, I would reach out to Data Collections to

15  get it.

16     Q    If you needed to access it, you would

17  contact Data Collections?

18     A    Uh-hum.  (Affirmative.)

19     Q    Was that a yes?

20     A    Yes.  I'm sorry.  I'm so used to talking

21  with my hands.

22     Q    Would you request this information from

23  the regional GNETS programs?

24     A    No, I do not collect -- just data like

25  around this I get from them, but any data, I do that



1  through the Data Collections office.

2      Q    Okay.  Do students in centers have

3  opportunities to interact with their nondisabled

4  peers?

5          MS. JOHNSON:  Objection.

6      A    I'm not there for the day-to-day

7  implementation of their services, so those would

8  again be local recommendations of the IEP team.

9      Q    When you visited, have you seen students

10  interacting with their nondisabled peers --

11          MS. JOHNSON:  Object.

12      Q    -- that are in centers?

13      A    Say it again.

14      Q    Sure.  When you've visited a center, a

15  GNETS center --

16      A    Okay.

17      Q    -- have you observed students interacting

18  with their nondisabled peers?

19          MS. JOHNSON:  Objection.

20      A    Center based, no.

21      Q    How about school-based locations, do GNETS

22  students in school-based locations have

23  opportunities to interact with their nondisabled

24  peers?

25          MS. JOHNSON:  Objection.



1      A    I wouldn't know the day-to-day and how

2    they interact.  That would be, you know, looking at

3    the IEPs are being a part of those meetings and

4    looking at whether they are recommending services be

5    provided for the students.  So I do not know.

6      Q    When you visited, have you observed GNETS

7    students in school-based locations interacting with

8    their nondisabled peers?

9           MS. JOHNSON:  Objection.

10     A    Because we have not visited in a few years

11   -- because of the pandemic and another year was

12   still shut down.  So I'm trying to think before that

13   with some of the visits.

14          What comes to mind is Northwest Georgia, I

15   did not see the students physically go, but in one

16   of the classrooms we were visiting and the staff was

17   sharing that they had students that were going out

18   for different courses that were not in the classroom

19   that we were in at that time.

20     Q    I know earlier when we were talking about

21   DeKalb, you mentioned the transition classrooms that

22   you implemented and the interactions with the

23   general ed environment and nondisabled peers as one

24   of the reasons for creating those classrooms.

25   Correct?



1     A    Having access to typical peers in the
2  physical building, yes.
3     Q    Why is that important?
4     A    Because we always want to ensure that kids
5  are getting services in a least restrictive
6  environment.
7     Q    Do you track or collect data related to
8  students in school-based GNETS locations and how
9  many segments they are in GNETS a day?
10    A    I don't track it but it is a part of the
11 student record file that is provided from Mark.
12    Q    Have you looked at that data?
13    A    Say the question again.
14    Q    Sure.  You mentioned that the data
15 collection team does have information in the student
16 record related to the number of segments that GNETS
17 students in school-based locations are in their
18 GNETS classroom and out of their GNETS classroom.
19 Correct?
20    A    Yes, that shows that -- I'm pretty sure
21 that shows that data, yeah.
22    Q    I was wondering if you look at that data?
23    A    I look at the data but I don't track the
24 data because that data is reported or pulled when
25 districts report FTE, full-time equivalent.  That is



1  reported in the fall and in the spring, those two

2  collections, October and March, and with that they

3  report and work with their LEAs to report the number

4  of segments that students are getting services for

5  GNETS.

6      Q    So you -- it's pulled related to the FTE

7  and that funding formula?

8      A    Just the FTE.  The funding formula is

9  different than the student record.  Any child they

10  touch for FTE, they're able to capture the segments

11  that kids get services.

12      Q    Okay.  What role does GaDOE play with

13  student placement in GNETS?

14      A    We do not have a role with placement

15  because everything goes back to an IEP meeting.  The

16  IEP team meets and they make those recommendations

17  for what the services are going to look like and

18  where the children -- environments the kids are

19  going to get services as recommended through the

20  IEP.

21      Q    Does GaDOE provide technical assistance to

22  the regional programs related to GNETS placement?

23      A    I have provided that technical assistance

24  around the Board rule that does talk about continuum

25  services in that, when I did that training.



1      Q    Have you provided technical assistance to

2  the school districts, the LEAs, on GNETS placement?

3      A    The LEA representatives, in light of the

4  special education directors, the training that I

5  mentioned previously about special education

6  directors and GNETS directors being trained

7  together.

8           Those special education directors are

9  district staff.  So that training was provided to

10  them around continuum services and placement.

11      Q    How frequently is that training?

12      A    I did that training in 2020.  We have not

13  done that training again.

14      Q    Are there plans to?

15      A    There could be.

16           MS. JOHNSON:  She was asking the time to

17      break for lunch.

18           THE WITNESS:  I need to go to the

19      restroom.

20           MS. TUCKER:  Why don't we break free to

21      use the restroom.  And what time is it?

22           MS. JOHNSON:  12:12.

23           THE VIDEOGRAPHER:  We're off the record at

24      12:11 p.m.

25           (A recess was taken.)



```
 1              THE VIDEOGRAPHER:  Back on the record at
 2         12:15 p.m.
 3    BY MS. TUCKER:
 4         Q    Hi, Ms. Cleveland.
 5              MS. TUCKER:  I'd like to introduce what
 6         has been previously introduced as Plaintiff's
 7         Exhibit 85.
 8              (WHEREUPON, Plaintiff's Exhibit-85 was
 9          previously marked for identification.)
10              MS. TUCKER:  The Bates number is
11          GA00199183.
12    BY MS. TUCKER:
13         Q    And it is a December 16th, 2017 email from
14    you to Nakeba Rahming, Zelphine Smith-Dixon, and
15    Kachelle White, and the subject is "Final Copy of
16    LEA Presentation."  And there's an attachment.
17              Do you recognize this email?
18         A    I do.
19         Q    Who is Kachelle White?  She's not a name
20    we've said yet.
21         A    Kachelle White was the senior program
22    manager for the RDA Unit, Results Driven
23    Accountability Unit.
24              Kachelle is no longer with GaDOE.  I think
25    she left us in February maybe.  But, yeah, she was
```



1  the senior program manager for RDA.

2       Q    Is RDA within the Division of Special

3  Education or separate?

4       A    It is within the division, uh-hum.

5       Q    What is the LEA collaborative meeting?

6       A    This was a meeting -- I think maybe I've

7  been on the job two days, seriously.

8            This is a meeting where that fall they

9  pulled different leaders from the LEAs together.

10 GNETS directors were there, special education

11 directors were there.  I can't recall definitively

12 if the superintendents were there but it was

13 different district leadership was also invited to

14 that.

15           And they called it the LEA collaborative

16 because you had all of those different levels of

17 leaders and -- leaders there.  And we went through

18 and did a presentation on GNETS, the roles for each

19 level.  The SEA, LEA, and GNETS roles were defined

20 in that presentation.

21      Q    Has this meeting been held again, the same

22 group thing?

23      A    It has not.

24      Q    And are there plans for this meeting to be

25 held again?



1      A    I don't know.

2      Q    Let's turn to the attachment.  We're going

3  to look at it electronically.

4           You should see it now.

5      A    I do.

6      Q    And have control.

7           Am I correct that it says, "Welcome to the

8  FY18 Fall LEA Collaborative Meeting"?

9      A    Yes.

10     Q    And there's a GaDOE logo on the top of the

11 presentation?

12     A    It is.

13     Q    Great.  Did you have an opportunity to

14 work on this presentation?

15          I know you mentioned you presented, but

16 did you work on this document?

17     A    It was like a collaborative effort to pull

18 it together.  I looked at the SEA role and their

19 responsibility of course in working with Nakeba,

20 because I think literally I had been on the job a

21 few days -- a few weeks, if that.

22          And we worked to pull it together.  I

23 think like different people were working on

24 different parts, if I recall correctly.

25          I think Zel, Zel had input into the LEA



1   responsibilities, and Nakeba led that work on the

2   GNETS roles and responsibilities.  She was still

3   there then.

4             I'm just scrolling through.

5        Q    Yeah.

6        A    Consideration services was led by -- one

7   of the GNETS directors led that portion.

8             I think that was it.

9        Q    Did you have an opportunity to present

10  alongside your colleagues?

11       A    I presented the SEA slides.

12       Q    The SEA slides?

13       A    Those few slides there.

14       Q    Okay.  I'd like to turn to the slide

15  starting on Slide 43.

16       A    Okay.

17       Q    Let me know when you get there.

18       A    I'm there.

19       Q    And am I correct that this part of the

20  presentation is covering consideration for services?

21       A    Yes.

22       Q    What does that mean?

23       A    Consideration for services, coming into

24  this, that year, understanding from Nakeba is that

25  Pat Wolf -- I'm not sure if some other directors

1  worked with her -- they came up with what I call a
2  tool that looked at that section of the Board rule,
3  because it is in the Board rule, and they came up
4  with a tool that addressed these documents that are
5  here in the presentation.

6         Asked guiding questions for LEAs to look
7  at and consider when looking at again referrals to
8  GNETS for students to receive services.  So they
9  created this document to serve as a tool, and that
10 tool is still being used by some today.

11     Q    And Pat is a regional GNETS director?

12     A    She's a GNETS director for Oconee County.

13     Q    Did she work with anyone on GaDOE on these

14 as well?

15     A    I'm not sure if she worked on the initial
16 draft of the document with anyone from GaDOE, but I
17 know they did provide it to Nakeba for feedback, but
18 I do know that.

19     Q    So Nakeba provided feedback but it was
20 before your time?

21     A    I was moving in.  Remember, I came in in
22 November.

23     Q    Let's go to Slide 44.

24     A    Okay.

25     Q    Am I correct that the bullets on Slide 44



1    represent documents?

2        A    Yes.

3        Q    And these were documents created by who?

4        A    Pat Wolf is my understanding led that

5    work.

6        Q    Let's go to Slide 45.  Do you see where it

7    reads, quote "Consistency for Consideration of

8    Services Document"?

9        A    I do.

10       Q    What was the impetus for consistency for

11   these documents?

12            MS. JOHNSON:  Objection.

13       A    I do not recall that.

14       Q    The slide continues that "Some programs to

15   pilot beginning in January."  Correct?

16       A    Yes.

17       Q    What does that mean?

18       A    They were going to pilot using the

19   consideration of services tools, these handouts.

20       Q    And they're still using these tools?

21       A    Yes, some of them.  Yes, they are.

22       Q    Some of them or all of them?

23       A    The tool is available.  So let me clarify,

24   I don't, again, attend the meetings, but I know in

25   just conversations with some of them they provide



1  this information to the LEA as a guide in looking at

2  -- or tool to use when looking at considering

3  services for students.

4       That aligns with the third -- some of

5  that, yeah.

6       Q    How are schools selected to pilot?

7       A    I do not know.

8       Q    Do you know how many programs were

9  piloting?

10      A    I do not.  That was early on.

11      Q    After the pilot, did the documents change

12  in any way?

13      A    I don't recall specifically any changes

14  other than edits for framework, or something like

15  that, but from my tenure it pretty much looked this

16  way.

17      Q    Do you know who made the decisions to make

18  those edits?

19      A    I don't.  I do not.

20      Q    Let's dive into some of these documents.

21           MS. TUCKER:  I'd like the court reporter

22      to mark this document as Plaintiff's Exhibit

23      381.

24           The Bates number on the first page of the

25      exhibit is GA00030542.



1              (WHEREUPON, Plaintiff's Exhibit-381 was

2         marked for identification.)

3    BY MS. TUCKER:

4         Q    It is a two-page document entitled

5    "Georgia Network for Educational and Therapeutic

6    Support, Request for GNETS consultation."

7              Mrs. Cleveland, do you recognize this

8    document?

9         A    I do.

10        Q    And this is one of the documents we were

11   just speaking about; is that correct?

12        A    I think it was in the presentation.

13        Q    Who created this document?

14        A    This was created by Pat Wolf and -- my

15   understanding.

16        Q    What is the purpose of this document?

17             MS. JOHNSON:  Objection.

18        A    This is a document that they share with

19   the LEAs that could be used to provide them guidance

20   for any student that they're looking at referring to

21   GNETS services.

22        Q    Do GNETS -- please go ahead.

23        A    I think it's like part of the packet they

24   give them to use.

25        Q    Do all regional GNETS programs use this



1  document?

2          MS. JOHNSON:  Objection.

3      A    I cannot definitively say yes, but I know

4  -- my understanding is that they are using it.

5      Q    Is it -- do you think every GNETS program

6  should use this document?

7          MS. JOHNSON:  Objection.

8      A    I wouldn't make a -- I mean we don't

9  mandate that they have to use -- this document is a

10  tool that's available.

11      Q    Are there any documents that GaDOE does

12  require related to consideration of services?

13          MS. JOHNSON:  Objection.

14      A    No documents that we require because it

15  should be done through an IEP process.

16      Q    Does GaDOE provide any technical

17  assistance on consideration of services?

18      A    It's part -- because that's in the Board

19  rule, it was part of the training that I provided.

20  Like, for example, that group of LEAs and special

21  education -- special education connectors and GNETS

22  directors, consideration of services in the Board

23  rule.

24      Q    Okay.  So you discuss it with the Board

25  rule, not document specific; is that correct?



1      A    We did -- I don't remember totally.  I

2   believe that this was included.  That this is a tool

3   that you can use in that training that I did for the

4   special education directors.  This is a tool that

5   they can use, that GNETS directors will provide to

6   you.  It was in that training.

7      Q    It is a tool that you endorsed?

8           MS. JOHNSON:  Objection.

9      A    Endorsed, as in --

10      Q    Encouraged districts to use.

11      A    Not -- no, not encourage, but, you know,

12   just share, hey, this is something that is available

13   if you want to use.  But, no.  Not encourage, no.

14      Q    Do students ever leave the GNETS program

15   after being placed there?

16      A    If the IEP team recommends a lesser

17   restrictive environment, that could be a possibility

18   through an IEP meeting.

19      Q    How does the exit process work?

20      A    It's not so much an exit process.  It's --

21   with any child with a disability the IEP team meets,

22   looks at the data, analyzes that, or whatever they

23   have in their present levels, how the child is

24   progressing on goals and objectives.  As with any

25   child with a disability, they would make



1  recommendations for what that LRE is for that

2  student.

3        MS. TUCKER:  I'd like the court reporter

4     to mark this document as Plaintiff's Exhibit

5     382.

6        The Bates number on this exhibit is

7     GA00323024.

8        (WHEREUPON, Plaintiff's Exhibit-382 was

9     marked for identification.)

10 BY MS. TUCKER:

11    Q   This is a May 24th, 2018 email chain

12 between you and Linda Castellanos, with the subject

13 reading "Exit Criteria for GNETS."

14        Do you recognize this email, Mrs.

15 Cleveland?

16    A   It came from me, but I don't recall what I

17 put in it, but yes.

18    Q   You have no reason to think you not send

19 this?

20    A   Oh, no, no.  I recognize it.

21    Q   Who is Linda Castellanos?

22    A   Linda Castellanos works in our Special

23 Education Division.  She is our data manager, I

24 believe may be her title.

25        Linda works with districts on getting



1  access to GOIEP, which is a state online IEP system,

2  and she also works with data teams within GaDOE, our

3  division, yeah.  She works in our division.  She

4  does.

5      Q    In the bottom email do you see where Linda

6  Castellanos writes:  "Was a definite decision made

7  that the Exit Criteria for GNETS will no longer be

8  required?"

9      A    Yes, I see that.  Yes.

10     Q    What is she referring to?

11          MS. JOHNSON:  Objection.

12     A    That would have been before my tenure.  I

13 think there was -- I don't know for sure --

14 something out there about it is a criteria, but I

15 know during my tenure decisions regarding services

16 and kids moving back up the continuum were going

17 back into their lesser restrictive environments as

18 determined by the IEP.

19          So I'm not familiar with what the exit

20 criteria was.  I do not know, but I know it was no

21 longer required for whatever it was, because my --

22 under my guidance it was the IEP team determines

23 what those services look like.

24     Q    The decision to no longer have exit

25 criteria was made before your start as GNETS program



1    manager, correct?

2        A    My understanding, that changed when the

3    Board rule changed.

4        Q    When was that?

5        A    The Board rule was reauthorized in 2017, I

6    believe.

7        Q    Does GaDOE receive data on how long a

8    student has been in GNETS?

9        A    No, I don't receive a report on that.

10       Q    That's not information that you collect?

11       A    No.

12       Q    Like length of stay?  Length of placement?

13       A    No.  Not currently, no.

14       Q    Do you have any knowledge on this area of

15   how long an average stay for a GNETS student is?

16       A    I do not.

17       Q    Is that information that the regional

18   GNETS programs collect?

19            MS. JOHNSON:  Objection.

20       A    I don't know that they would collect it.

21       Q    Do you look at data related to GNETS

22   students who leave and return to the general

23   education setting?

24       A    That's the data in the grant application

25   that looks at reintegration.



1          They list in there, and this is
2   self-reported data from each program, they list
3   students, you know, that went back for
4   extracurricular, students that went back to their
5   home school district.  There are different little
6   reporting pieces in there, maybe four or five items,
7   that they provide data through their grant
8   application process.  So we do have that
9   information.
10      Q    What are the four or five items that are
11   required in the grant application?
12      A    One of them was short-term stabilization,
13   return to home school.
14          Let me see.  I'm trying to think what else
15   was on there.
16          Or remain center-based.  I don't want to
17   misquote but these are some of the pieces of the
18   reintegration those are the examples of the
19   reintegration data that's in the grant app.
20      Q    Do you assess this data when looking at a
21   GNETS application?
22      A    We do take a look at that.
23      Q    What do you look for?
24      A    Just what they're reporting as the, the
25   locations that kids are being served.



1         What we have done previously, too, in
2    strategic plan reviews, that's the data that is
3    looked at with that, and just have conversations
4    with them about the number of kids who have
5    reintegrated, the number of kids that are
6    participating in extracurricular activities.  We've
7    had discussions with some -- with them during
8    strategic plan reviews on that.
9         Q    What would you discuss with regard to
10   that?
11        A    Just asking that question.  What does your
12   reintegration data look like?  How many students
13   have gone back to their home school districts?  How
14   many kids are participating in extracurricular
15   activity with their home school districts?
16        If they are center-based, are the kids
17   leaving centers and going back to participate in
18   extracurricular.  Are kids that are school-based,
19   are they participating?  When are they exiting?
20        Any questions around reintegration.
21        Q    Why are you asking those questions?
22        A    It is part of the strategic plan.  That's
23   a section we have in there, and it's in the grant
24   app, reintegration data, because we want to see the
25   data and the trends of who's remaining in GNETS and



1   in what environments and how are they accessing

2   their peers.

3        Q    Do you -- it sounds like you review this

4   at the regional program level?

5        A    Yes, we do.

6        Q    Do you look at it as a whole for the GNETS

7   program?

8        A    It's a --

9        Q    For all 24 together?

10       A    No, I haven't pulled that data as a whole,

11  but I'm able to see it for each individual GNETS.

12       Q    Have you ever recommended changes to a

13  regional GNETS program related to that student

14  reintegration data?

15       A    I have not.

16       Q    Have you ever -- what type of feedback

17  would you provide on those topics?

18       A    Feedback may be positive, if they're -- if

19  I'm seeing that kids are going back for some period

20  of a school day or if they're going back for

21  electives, connections, some sports activities, RTC,

22  something like that.

23            And the feedback may be that as -- you

24  know, when you're -- you know, you're looking at

25  LRE, are you guys -- how many kids did you have go



1  back?  What did that look like?  What did their

2  services look like when they went back.

3           You know, always encouraging like through

4  the Board rule that kids are educated in -- I know

5  this is special ed jargon, but it's the least

6  restrictive environment.  Always encouraging them to

7  look at least restrictive environment per the Board

8  rule and just per IEP process.

9      Q    Do you provide any constructive feedback

10  on this point about certain steps to take?

11     A    No, because the decisions are so local --

12  they're local.  I can't make decision -- or make

13  recommendations for what IEP teams are going to

14  recommend for their students.

15     Q    You just mentioned that you in this data

16  look at the number of extracurricular activities for

17  GNETS students, correct?

18     A    That's one of the items.

19     Q    Do all regional GNETS programs have their

20  students participating in extracurriculars?

21          MS. JOHNSON:  Objection.

22     A    I don't know.  I mean I don't have that

23  data memorized to know if kids have gone back but

24  it's data I can get access to.

25     Q    Okay.



1        A    Or information I can get access to.

2        Q    What about, are there any regional

3   programs from that data that have not had students

4   reintegrated into the gen ed --

5             MS. JOHNSON:  Object.

6        Q    -- school year?  Or gen ed environment

7   during a school year?

8             MS. JOHNSON:  Objection.

9        A    I don't recall that right this moment off

10  the top of my head.

11       Q    But you have access to that data?

12       A    I can see in their grant app where they've

13  reported those reintegration numbers.

14       Q    And this is the process of exiting a

15  student from GNETS to the general education

16  environment is referred to as student reintegration?

17            Is that correct?

18       A    It's the IEP process and, yeah, it's part

19  of our strategic plan in grant app.  Yes, we're

20  looking at how do kids reintegrate.

21       Q    Okay.

22            MS. TUCKER:  I'd like the court reporter

23       to mark this document as Plaintiff's Exhibit

24       383.

25            (WHEREUPON, Plaintiff's Exhibit-383 was



1          marked for identification.)

2               MS. TUCKER:   The Bates number on the first

3          page of this document is GA0035 -- no.

4               GA00335698.

5     BY MS. TUCKER:

6          Q    This is an October 19th, 2018 email from

7     Lakesha Stevenson to Harold Chambers and you are

8     copied on this email, and there's some attachments.

9               Mrs. Cleveland, do you recognize this

10    email?

11         A    I do.

12         Q    Who is Harold Chambers?

13         A    Harold Chambers was the RESA director for

14    Coastal Plains RESA.  He has also retired, but he

15    was the RESA director there for Coastal Plains.

16         Q    Okay.  And what is Coastal Plains RESA?

17         A    It's a fiscal agent for the -- it's from

18    Sam's program, or Horizon's program.

19         Q    What did you meet about with Harold

20    Chambers on October 25th?

21         A    Harold called and invited us to just come

22    and talk about what GNETS services are.  You know,

23    what the program services are about.

24              We talked about the strategic plan

25    implementation and how the strategic plan, you know,



1    monitoring piece works.

2            I'm looking at this to remember.

3            I talked about the different components of

4    the strategic plan.  It looks like I got into the

5    behavior support service, academic, all of those

6    components of the strategic plan.

7            Then I talked about GNETS reintegration.

8    Those are other tools that are available.  If

9    programs want to use that tool, one of these

10   documents.

11           I think we'll talk about systemic

12   reintegration.  If a district is moving their kids

13   out of the GNETS network back to the LEA, it's a

14   tool they can kind of use to go through and look at

15   the different areas they need to kind of take a look

16   at and looking at reintegration -- yeah, going back

17   to the LEA.

18           There was another tool that was also --

19   I'm pretty sure it was created by the GNETS

20   director, that looked at individual student

21   reintegration for IEP teams when they are reviewing

22   whether the student is moving back up the continuum.

23           I talked about what GRS could do, because

24   each region -- GRS is also assigned regionally

25   throughout the state.



1            Talked about facilities management,

2    program accountability.

3            At that time Nakeba had submitted a state

4    action -- had submitted a state action plan.  Based

5    on what we found after doing the research plan, we

6    compiled data based on our feedback with those.

7            And then talked about the LEA roles and

8    responsibilities regarding GNETS services.  And then

9    those guiding questions were shared, that GNETS

10   providers can use, because the GNETS director was

11   also in attendance at that meeting.

12       Q    It is -- have you had other meetings like

13   this with RESAs?

14       A    Not that I can recall, because Harold

15   reached out and asked that we come and just, you

16   know, talk to that RESA.

17       Q    Let's turn to the third attachment, which

18   starts with GA00335703.

19           Am I correct this is a document titled

20   "Guidance and Planning Document for Student

21   Integration from GNETS" --

22       A    Yes.

23       Q    -- "to an LEA Setting"?

24       A    Yes.

25       Q    Are you familiar with this document?



1      A    I am.

2      Q    Am I correct that the first page includes

3   bullets outlining the student reintegration process?

4      A    You're talking about 5703?

5      Q    Yes.

6      A    What was the question again.

7      Q    It outlines the student reintegration

8   process; is that correct?

9      A    Yes.

10      Q    And the second page includes Student

11   Reintegration Flow Chart?  Am I correct?

12      A    That's the title.

13      Q    And the third and fourth pages include

14   what is identified as a Student Reintegration Plan.

15   Is that correct?

16      A    Yes.

17      Q    Who drafted this document?

18      A    From 5705, I was coming in.  I believe

19   Lisa Futch, GNETS director for Coastal.

20      Q    I'm sorry, did you say it was Lisa Futch?

21      A    Yes.  She's a GNETS director for Coastal

22   Academy.

23           I don't recall all the details, but I

24   remember her training, providing training in a

25   meeting to the GNETS directors.  I don't recall the



1  date of the training.  It was one of those earlier

2  meetings on this student reintegration plan.

3         It's, it's a tool they can use to help

4  guide recommendations for reintegrating the

5  students.

6      Q    Did you ask her to present on this?

7      A    I did.  Because -- I did because I think

8  that she had been working on this with Nakeba

9  before, before she left.  But I did ask her in one

10  of those early meetings to share, share this tool

11  with the directors.

12     Q    And what about the first two pages, did

13  you create those?

14     A    I don't -- it's been a while.  I can't

15  definitively recall that I created it.

16     Q    Okay.  But do you do recognize this?

17     A    Yes, I've seen it.

18     Q    And the flow chart?

19     A    I've seen it.

20     Q    Is the document still being used?

21         MS. JOHNSON:  Objection.

22     A    I would not know if they're still using it

23  because it's a part of that IEP planning piece.  So

24  I would not know if they're still using it.

25     Q    Let's look at the flow chart.



VICKIE D. CLEVELAND                                    August 17, 2022
UNITED STATES vs STATE OF GEORGIA                              144

```
 1      A    Okay.
 2      Q    Do you see the last two steps on the
 3   bottom that read GNETS and LEA staff collaborate on
 4   fulfilling the requirements within the first 10 days
 5   of the student's reintegration, and also GNETS and
 6   LEA staff continue ongoing collaboration to support
 7   the student with being successful in a less
 8   restrictive setting?
 9           Do you see that?
10      A    I do.
11      Q    Is it fair to say that this document
12   contemplates collaboration between the GNETS and the
13   school district when it comes to student
14   reintegration?
15           MS. JOHNSON:  Objection.
16      A    Yes, through that IEP process.
17      Q    Do you provide technical assistance or
18   guidance on this collaboration and what it looks
19   like?
20           MS. JOHNSON:  Objection.
21      A    Um --
22           MS. JOHNSON:  You can answer.
23      A    Um, yes.  That's some of that
24   collaboration that I provided in that training with
25   directors, special ed directors and GNETS directors.
```



1              And also in the LEA collaborative, when we

2    defined those roles, it was defined in those roles,

3    that they work together in IEP meetings.  The GNETS

4    director should be present for those meetings, or

5    their designee.  LEA directors and their designee

6    and GNETS directors should be present at those IEP

7    meetings where they are designating.

8              So they do collaborate in IEP meetings.

9         Q    And do you monitor this collaboration?

10        A    No.  No.

11        Q    But you provide technical assistance?

12        A    Guidance on it, yes.  That's the best

13   practice, yes.

14        Q    Do you ever consult on the creation of a

15   student reintegration plan?

16        A    I do not.

17        Q    When you provide the technical assistance

18   on the collaboration, what do you -- what do you

19   share?  What type of technical assistance is it?

20        A    I really use the Board rule.  Even with

21   this, the LEA collaborative presentation that we

22   looked at earlier, it's all around the Board rule.

23             So if I'm providing that guidance, I keep

24   that lens of, you know, this is what's within the

25   Board rules and those roles are defined in the Board



1  rule, the roles for the LEA and the roles for the

2  GNETS directors.

3       Q    This is the 2017 Board rule?

4       A    Yes, the most updated.

5            MS. TUCKER:  Let's take a break for lunch.

6            THE VIDEOGRAPHER:  Off the record at 12:52

7       p.m.

8            (A luncheon recess was taken.)

9            THE VIDEOGRAPHER:  We're back on the

10      record at 1:41 p.m.

11  BY MS. TUCKER:

12       Q    Welcome back, Mrs. Cleveland.

13       A    Thank you.

14       Q    Do you participate in interviews of the

15  regional GNETS program directors?

16       A    No, I do not.

17       Q    Do you know who does?

18       A    I don't -- well, no, I do not.  I know

19  each fiscal agent has their process for how they

20  hire their staff.

21       Q    Are you consulted before a regional GNETS

22  director is selected?

23       A    No.

24       Q    Do you provide any evaluations on the

25  GNETS, regional GNETS program directors?



1      A     No.

2      Q     Does the LEA ever ask for feedback, or the

3   RESAs?

4      A     No.

5      Q     Do you know who pays their salaries?

6      A     GNETS has two fiscal agents.  With some

7   are RESA fiscal agents and some are LEA fiscal

8   agents.  So it would depend on who that fiscal agent

9   is for that program, because there are 12 RESA

10  fiscal agents and 12 LEA fiscal agents.

11     Q     Are there any staff of a regional GNETS

12  program that's employed by GaDOE?

13     A     No, because I do their budget allocations.

14  No.

15     Q     Has there been in the past?

16     A     Not that I'm aware of.

17     Q     Great.

18           MS. TUCKER:  I'd like the court reporter

19     to mark this document as Plaintiff's Exhibit

20     384.

21           The Bates number on the first page of this

22     exhibit is GA00014291.

23           (WHEREUPON, Plaintiff's Exhibit-384 was

24      marked for identification.)

25



```
 1   BY MS. TUCKER:
 2       Q    It's a December 14th, 2017 email from
 3   Jacqie Neal to you, with a cc: to Nakeba Rahming.
 4   And the subject is "Assurance - RESA - NS -
 5   StaffRehab."
 6            Mrs. Cleveland, do you recognize this
 7   email?
 8       A    I'm reading it.  Just a second.
 9       Q    Of course.
10       A    Okay.
11            (Witness reviews exhibit.)
12       A    So my name is on it.
13            It was early on, but yes, I recognize the
14   email.
15       Q    Who's Jacqie Neal?
16       A    Jacqie Neal is the GNETS director for the
17   Northstar program.
18       Q    And do you see where she writes:
19   "Attached are the DOE documents regarding the state
20   funded social work position"?
21       A    I do.
22       Q    By DOE -- DOE, am I correct she means what
23   we've been referring to as GaDOE?
24       A    Yes.
25       Q    What is the state funded social work
```



1  position?

2      A    That is the position that I mentioned

3  earlier with the 11 programs that get the

4  therapeutic services grant.  Northstar is one of

5  those programs.

6      Q    So this is a state grant for a social work

7  position?

8      A    For therapeutic services for social

9  worker, licensed clinical social work, or M.S.W.

10     Q    You mentioned earlier 11 programs received

11 --

12     A    Yes, ma'am.

13     Q    Great.

14          Let's turn to the first attachment, which

15 begins with Bates No. GA00014292.

16          Do you see at the top where it reads:

17 "FY18 GaDOE Approved GNETS Temporary Therapeutic

18 Services Assurances"?

19     A    I do.

20     Q    Do you recognize these assurances?

21     A    I do not.  It looks like this is something

22 that was done in November, in December of 2017,

23 which would have been when I was coming in, but I'm

24 not familiar with this document.

25     Q    Are similar assurances provided, you know,



1 | recently?  I believe you said that the programs

2 | continue to receive these grants each year?

3 |     A    This one -- but we don't do an assurance

4 | for this.  We do have fiscal assurances for the

5 | other -- I mean for the fiscal agents.  There's RESA

6 | fiscal assurances for the state grant dollars, and

7 | then there's an LEA fiscal assurance.

8 |         But I don't have a fiscal assurance that

9 | is issued for the therapeutic services grant.  It's

10 | a subgrant, and I don't have any assurances that

11 | I've seen around that.

12 |     Q    Do you know when this process stopped for

13 | this grant?

14 |     A    I do not, because I've never seen this

15 | form.

16 |     Q    Okay.

17 |     A    This is like she's in agreement with a

18 | contract provider, maybe.  I'm just reading the

19 | form.

20 |     Q    An employee of Staff Rehab?

21 |     A    Yeah, it looks like this is something she

22 | does.

23 |     Q    But there's no longer assurances for this

24 | grant?

25 |     A    No, I'm not aware of any GaDOE assurances



1    for that grant.

2         Q    Thank you.

3              MS. TUCKER:  I'd like the court reporter

4         to mark this document as Plaintiff's Exhibit

5         385.

6              The Bates number on the first page of this

7         exhibit is GA00329605.

8              (WHEREUPON, Plaintiff's Exhibit-385 was

9          marked for identification.)

10   BY MS. TUCKER:

11        Q    This is a July 25th, 2018 email from you

12   to Keith Everson, with the subject "Social Worker

13   Update."

14             Mrs. Cleveland, do you recognize this

15   email?

16        A    Yes.

17        Q    Who is Keith Everson?

18        A    Keith Everson was the RESA director for

19   the Rutland program.  He was their RESA director.

20             And this Rutland is one of those eleven

21   that receives the therapeutic services social worker

22   grant.

23        Q    So am I correct that the $87,500 to pay

24   for the social worker was part of that grant?

25        A    That allocated grant, yes.



1      Q    And do you approve the decision for the
2  regional programs to receive the grant money?
3      A    These are the ones that I mentioned
4  earlier, that were allocated this grant based on
5  need with me coming on board in this position, and,
6  yes, I do present this as a Board item each year.
7           It's paid out of the state grant fund, and
8  it's presented as a therapeutic services grant and
9  it's subgranted to the GNETS to provide these
10  providers with therapeutic services.
11      Q    Do you need further approval within GaDOE
12  before it goes to the State Board?
13      A    Yes.  I share that with Wina Low, with my
14  supervisor, these are the recommended allocations,
15  this is -- you know, what each GNETS is getting, and
16  for the therapeutic services that's one of the
17  grants that come out of the state dollars.  Yes, I
18  have to share that with them.
19      Q    I just wanted to confirm it was what we
20  were speaking about earlier, too?
21      A    Yes, it's the same.  She's part of that
22  group.
23      Q    Thank you.
24           Do you know any school districts that
25  don't participate in the GNETS program?



1     A    I wouldn't know -- have that list.  I do
2   know the ones that do participate because we have a
3   GNETS directory and it will show the GNETS providers
4   and what districts they're providing services to.
5   So it would be any of those.  You know, no one
6   that's not one of those list of, you know, services,
7   providers that we provide -- that they provide
8   services to any of the other LEAs throughout the
9   district.  There are several that I wouldn't know
10  who they are.
11    Q    There are several districts that do not
12  participate in GNETS?
13    A    No.  I only know of the ones we have on
14  our directories are the ones that do participate in
15  GNETS.  If they are not on that directory, I don't
16  know.
17    Q    Do you know how many school districts do
18  participate in GNETS?
19    A    That number -- I don't know.  I just pull
20  the directory, total number.
21    Q    Have any school districts ended their
22  participation in GNETS during your time as GNETS
23  program manager?
24    A    Yes.
25    Q    Which programs?



1        A     Effingham School District, they were

2    participating through the Coastal Georgia

3    Comprehensive Academy Program.  I think they pulled

4    out of GNETS programming maybe -- I don't want to

5    give an inaccurate date, but it would be three years

6    ago.  Maybe three, because it wasn't during 2020.

7    Three years ago.

8            Decatur County is another one that pulled

9    out some years ago.

10           And Camden County is -- well, no, they're

11   not pulling out.  I'm sorry.  They are just changing

12   their GNETS provider.  I got that wrong.

13           The only ones I can think of are Decatur

14   -- since I've been in place, Decatur County and

15   Effingham County, the ones I recall right now.

16       Q     I apologize.  I couldn't hear what you

17   said about Camden County.

18       A     I was --

19       Q     What were they doing?

20       A     I misspoke, that they were pulling out.

21   They were just changing their GNETS provider for

22   next year.

23       Q     Does that mean that they will belong to a

24   different -- one of the 24 regional GNETS providers?

25       A     They are currently -- they were currently



1  in the network anyway, participating in the network,

2  but their provider was Coastal Academy.  Their new

3  GNETS provider is Harrell Learning Center.

4       Q    As of this year or next year?

5       A    For next year.

6       Q    So going back to Effingham County and

7  Decatur County, how did you become aware these

8  school districts were ending their participation?

9       A    That's outlined in the Board rule, that if

10  an LEA or fiscal agent is looking at changing GNETS

11  providers, or not participate, they notify GaDOE in

12  writing, per letter saying we will be pulling out or

13  we will not be participating.

14            That way I need that information so, one,

15  I can make sure our directory is updated correctly

16  for who the GNETS providers are providing services

17  to, what LEAs, and also in student record count, if

18  I needed to adjust numbers, saying this number of

19  students will no longer participate.  For example,

20  in Elam, or one of the other programs, so they

21  notify us to let us know.

22       Q    So once you receive this notification per

23  the State Board rule, what do you do?

24       A    I notify my supervisor that they will be

25  pulling out.  And again I update the GNETS director



1   for that following year, so our information is

2   accurate and we know who the LEAs are that are

3   participating.

4        Q    When Effingham notified you, did they give

5   a reason why they were pulling out?

6        A    I don't recall a reason.  I can't remember

7   at this moment exactly what they said, but that they

8   were pulling out and providing I guess service for

9   their students, their own students.

10       Q    In the gen ed setting?

11       A    They didn't say what setting.  They were

12  just not participating in the GNETS network.

13       Q    What about Decatur County?

14       A    I don't remember exactly at this moment

15  what the letter said, but they just sent a letter

16  saying they would no longer be participating, and

17  that's been some years ago.

18       Q    How do students like Effingham or Decatur

19  or the other districts that don't participate, how

20  do they serve students similar to the population

21  served by GNETS?

22            MS. JOHNSON:  Objection.

23       A    I wouldn't know because, again, once

24  they're no longer in the network, I'm definitely not

25  -- I don't participate in any IEP meetings, so I



1  definitely wouldn't know what they were doing.

2      Q    Have you ever spoken to any school

3  districts about how they're serving students outside

4  of GNETS?

5      A    I have not.

6      Q    Is your work as GNETS program manager

7  influenced by any audits or evaluations of GNETS

8  conducted by the State?

9          MS. JOHNSON:  Objection.

10     A    No.  Not that I'm aware of, no.

11     Q    Are you aware of any audits or evaluations

12  of GNETS by the State?

13     A    No.

14     Q    So we've talked a bit about the GNETS

15  state rule.  I'd like to learn a little bit more.

16         What is the purpose of the GNETS rule?

17         MS. JOHNSON:  Objection.

18     A    The GNETS rule, as with any rules that the

19  State Board I guess approves or -- are a part of the

20  rules for the State, was developed -- I know was

21  updated -- I don't know anything about previous to

22  2017, but was updated in 2017, and that's the rule

23  and guidance that is used with implementation of the

24  program.

25     Q    So the version prior to 2017 you're not



 1  familiar with?

 2      A    I've seen that old version but I'm not

 3  familiar with the contents, whereas I am with this

 4  one because this one I was coming in, in the

 5  November.

 6      Q    Why was the rule revised in 2017?

 7           MS. JOHNSON:  Objection.

 8      A    I do not know.  I wasn't there.

 9      Q    Did you participate in any conversation

10  since you were at GaDOE at that time?

11      A    The rule was revised in July, and I was

12  not working in GNETS.  At that time I was a DL.

13      Q    And it didn't come up when you were a DL?

14      A    No.

15      Q    Would you say the GNETS rule informs how

16  you work in your position?

17      A    It does.

18      Q    In what ways?

19      A    One, the SEA roles and responsibilities

20  are defined in that, and I'm able to provide

21  technical assistance to GNETS directors and special

22  education directors on the Board rule and the

23  contents.

24      Q    Let's take a look at the rule.

25           I am going to show you what was previously



1   marked as Plaintiff's Exhibit 82.

2           (WHEREUPON, Plaintiff's Exhibit-82 was

3       previously marked for identification.)

4   BY MS. TUCKER:

5       Q    This is -- the top of the document states

6   "160-4-7.15."  It says, "Georgia Network for

7   Educational and Therapeutic Supports (GNETS)."

8           Mrs. Cleveland, is this the 2017 rule?

9       A    I was going to look at the back.

10          It is, July 5th, 2017.

11      Q    Let's turn to Section 5(a) on the SEA's

12  duties and responsibilities.  It starts on Page 4.

13          Do you see that?

14      A    Yes.

15      Q    I believe we both agreed earlier SEA means

16  state educational agency?

17      A    Correct.

18      Q    So GaDOE?

19      A    Yes.

20      Q    Do you see where it says:  "The SEA shall

21  1. Receive and disburse funds appropriated by the

22  Georgia General Assembly to support GNETS services"?

23      A    Yes.

24      Q    Who all works on this responsibility

25  within GaDOE?



```
 1      A     This is the budget process.  I work with
 2   the budget liaison, and this is that process I
 3   explained where I get the student record counts.
 4   When I get those, usually around July, I get those
 5   to Geronald, our budget liaison.
 6            It goes through that process of him
 7   getting that information to the Office of Planning
 8   and Budget, and whatever happens in that legislature
 9   process through the budget process that year, once
10   it comes back from them, he then gets the final
11   allocations, once the budget is approved and signed
12   by the Governor.  It's my understanding he then gets
13   those allocations to me and then I create the Board
14   item for the allocations.
15      Q     How long does that process take?
16      A     The budget process, I guess it falls in
17   the legislative calendar, which I'm not sure the
18   first start date or end date, but I know this
19   information, as far as students record count, I
20   typically will get that to Geronald, like in
21   September, like around this time.  September I get
22   those numbers to him, and then I don't hear back
23   from him until the spring, once it's gone through
24   that legislative budget process, that these are the
25   approved allocations for GNETS.
```



1          And then from there I share with my direct

2     supervisor, Lakesha and Shaun, of course, these are

3     the allocations, whatever fiscal year it is, and

4     then I develop that Board item with the spreadsheet

5     that shows what those allegations are going to be.

6          Q    And when are funds disbursed to the GNETS

7     program?

8          A    Once it goes -- comes over -- I typically

9     get that April, May, maybe from Geronald.  The Board

10    item is created.  It goes to the Board for approval,

11    of course.  And once the Board approves it, it goes

12    to Grants Accounting Office and the Grants

13    Accounting Office pushes the funding out to their

14    budgets.

15         Q    Can you give an estimate of what time of

16    year that is?

17         A    April.  You know, the, the general

18    assembly does their piece in approving everything,

19    the Governor signs off.

20         This could be -- I kind of handle that as

21    a Board item typically by June.  That's when I

22    usually take that item.  So I'm getting that

23    information, you know, the Board item developed,

24    approval, sent to whoever it needs to go to, and

25    again it goes to the Board for June.



1          So that budget process, from the time that
2    I give the information to Geronald and he gets back
3    to me in the spring, April, mid-April or May, it
4    goes to the Board in June.

5          Q    Do you see where looking at the rule
6    again, it says:  "The SEA shall administer the grant
7    funds by performing the following in collaboration
8    with GaDOE."  With the first reading, "develop rules
9    of procedures regulating the operation of the GNETS
10   grant, including the application process."

11         A    Yes.  That operation of the grant, there
12   is a GNETS grant application that each GNETS
13   completes and submits.  We have it -- it's now set
14   up through what we call our GaDOE portal, protected
15   portal.

16         Each GNETS goes in and they complete that
17   grant application.  I did get that set up where they
18   are submitting those by May, so that I can have the
19   item to the Board by June, and we then -- Lakesha
20   and I review the grant applications.

21         Q    Where it says develop rules and procedures
22   regarding the grant, the GNETS grant, have you
23   developed those rules and procedures?

24         A    The rules fall to me under this, where it
25   talks about LEA -- I mean SEA administering and



1  sending out the grants.

2          The procedures, we have an attachment that

3  is used that talks about what attachment should be

4  uploaded with the grant applications, and that

5  attachment, you know, talks about different items.

6  The restraint procedures have to be uploaded.

7          There are different things around that.

8  So that attachment serves as that.

9          And we also did a budget training.  I

10 guess it may have been last fall.  We try to do that

11 every fall, where it's explained about how their

12 allocations will go out.

13         I have someone from Amber's team come and

14 present on federal grants and the things that are

15 allowable and not allowable when they're getting

16 ready to develop their budgets with the funds.

17    Q    In addition to this GNETS rule, are there

18 other written rules or procedures that GaDOE has

19 developed related to GNETS?

20         MS. JOHNSON:  Objection.

21    A    Ask the question again.

22    Q    Yeah.  Do you have any other written rules

23 or procedures related to the GNETS grant that you've

24 developed or someone at GaDOE has developed?

25         MS. JOHNSON:  Objection.



 1      A    Not to the grant, other than the grant

 2  application and of course the attachments, you know,

 3  things that should be attached to the grant

 4  application.

 5      Q    Got it.

 6           Let's move to 2ii.

 7           Do you see where it reads:  "Notify the

 8  fiscal agents regarding each fiscal year's

 9  allocation and approve GNETS services budgets"?

10      A    Yes.

11      Q    And you have this role, correct?

12      A    I do -- when the budget allocations are

13  sent back to me or given to me by Geronald, the

14  budget liaison, I will create a spreadsheet that

15  says what those allocations are for each of the

16  GNETS programs, and before it goes -- it's kind of

17  happening at the same time the Board item is

18  created.  I send that to Wina Low, who is the state

19  director for special education, and she will send

20  out preliminary allocations because it's not final

21  of course until it's approved by the State Board of

22  Education.

23           So we notify them these are your

24  preliminary allocations and, you know, these

25  allocations will be finalized after Board approval.



1  So that preliminary communication goes out.

2          And in looking at approving the budgets, I

3  work with Amber's team, her program specialists.

4  They are also assigned regionally throughout the

5  State to support different LEAs.  And those budgets,

6  as they are submitted from the fiscal agents, they

7  go to the budget liaisons first.  They are looking

8  at that for compliance, function/object codes, which

9  is their jargon, on the budgets, and I work with

10  them to look at the budgets to see what they have

11  budgeted, on their budgets.

12          And then we -- if we have questions, if

13  it's a compliance question around what function or

14  object code was used, if they may have used a code

15  for teacher that should have been the code for para,

16  they look at that lens.

17          And if there are questions about any of

18  the items that have been budgeted in the

19  description, I may give feedback and say -- say if

20  they just put five positions.  I may have a question

21  for them, what are the five positions, as I don't

22  know their jargon of function, object codes, and

23  they are able to work with the fiscal agent to say,

24  oh, this is for 10 teachers or this is for 10

25  parents.



VICKIE D. CLEVELAND                                August 17, 2022
UNITED STATES vs STATE OF GEORGIA                        166

1      Q    Are there ever items in the budget that
2  you don't approve?
3      A    Not, not very often.  It may be like that
4  example I gave, if I see something -- the example I
5  remember is 10 positions were on the budget.  What
6  exactly, you know, is that for?  Is that for
7  parents, teachers?  Is it therapeutic people?  You
8  know, what are those for?
9          So things like that, but that doesn't
10  happen regularly, from what I can recall right now.
11     Q    Let's look at 2 -- 3ii.
12         Do you see where it reads:  "Monitor GNETS
13  to ensure compliance with Federal and state
14  policies, procedure, rules, and the delivery of
15  appropriate instructional and therapeutic services"?
16     A    I mentioned before the Results Driven
17  Accountability Unit.  They monitor through
18  cross-functional monitoring, where they look at
19  those two GNETS files whenever they go out.
20         We have monitored through my -- the two of
21  us, Lakesha and I, through the strategic plan
22  review, you know, looking at that, reviewing that
23  with them.  It's a self-assessment type rubric, that
24  they have the different activities outlined in the
25  different focus areas in the strategic plan.



```
 1              We have gone out and reviewed that with
 2      them and looked at their ratings, their
 3      self-assessment ratings, and given feedback based on
 4      the, you know, the information that they share with
 5      us, as to whether or not they are able to show
 6      fidelity -- information for -- implementation for
 7      the activities, the evidence of that.  So we've
 8      monitored that.
 9          Q    Through the strategic plan process?
10          A    Uh-hum.  For my division, yes.
11              And cross-functional monitoring teams,
12      when they go out, they monitor the RDA monitors,
13      like I said, those two IEPs they may pull.  But our
14      budget division also monitors the budgets for the
15      different fiscal agents, and they do sometimes talk
16      with fiscal agents for GNETS about their budgets.
17          Q    With the CFM monitoring, it's two IEP
18      files they look at?
19          A    For RDA, yes.  They pull two.
20          Q    For results driven --
21          A    -- accountability.  They pull two files,
22      and it's random.  My understanding from them, it's
23      random.
24          Q    Is it the student IEP file only or are
25      there more documents?
```



1      A    My understanding, it's a student IEP file

2  and they review that for compliance.

3      Q    How does GaDOE monitor GNETS to ensure the

4  delivery of appropriate instructional and

5  therapeutic services?

6           MS. JOHNSON:  Objection.

7      A    Repeat the question again.  Make sure I

8  understand.

9      Q    How does GaDOE monitor GNETS to ensure the

10 delivery of appropriate instructional and

11 therapeutic services?

12          MS. JOHNSON:  Objection.

13     A    The strategic plan has a focus area of

14 instructional implementation, and there's also a

15 behavioral and therapeutic piece, and it has

16 different activities that are outlined in that.  And

17 that's where that self-assessment comes back again

18 with those activities.

19          That's not the, you know, all -- captures

20 all, everything that they do, but these are

21 activities that are in that strategic plan.

22          They do their self-assessment and then we

23 take a look at the evidence they pull together,

24 artifacts that shows how they've implemented that

25 activity in the plan.



```
 1        Q    What do you mean by artifacts?

 2        A    Say in the strategic plan, if it's the

 3   focus area of restraint data, or if it's the focus

 4   area where you have implemented PBIS, they may show

 5   evidence of this is what we're doing with PBIS with

 6   our students, that those artifacts may show where

 7   they've got PBIS hallways, classrooms.  It shows

 8   they are implementing that particular activity.

 9        Q    So you monitor this through the strategic

10   --

11        A    Strategic plan.

12        Q    What steps are taken by GaDOE if a

13   regional GNETS program is not complying with the

14   Board rule?

15        A    I have not -- I'm trying to think.  I

16   cannot think of any examples of where I have seen

17   noncompliance with the Board rule.

18             I don't -- again, we're not there for

19   every day-to-day implementation of the program, but

20   for what I do look at, I have not seen any

21   noncompliance that I can recall specific to the

22   Board rule.

23        Q    Do you have any steps in place if there

24   was noncompliance?

25             MS. JOHNSON:  Objection.
```



1    A    I do not.

2    Q    What steps are taken by GaDOE if a GNETS,

3  regional GNETS program, isn't complying with federal

4  policies, procedures or rules?

5         MS. JOHNSON:  Objection.

6    A    Steps on my part, if there were something,

7  I would share that of course with the special

8  education -- special education state director, that,

9  you know, this is something that is a concern or

10  however that would be looked at, if it was

11  addressed, but I can't think of any examples right

12  now, to share anything.

13    Q    So you have not found noncompliance with a

14  regional GNETS program with --

15    A    Not through the -- through the strategic

16  plan process, you know, they get feedback through

17  ratings that this part of the strategic plan focus

18  area was operational, we didn't see evidence of

19  implementation, or we see some emerging evidence.

20         So it's a rubric rating, and that feedback

21  is given.

22         So if they're not operational or something

23  is emerging, part of that plan, there's a

24  self-assessment, and they do that self-assessment

25  twice a year.  And once they look at the end of



1  year, if it's October, then the end of year, once

2  they look at their self-assessment, they then rank

3  areas of priority, of needs based on the feedback

4  from the rankings -- ratings for each area.

5      Q    How often do you meet with regional

6  programs regarding the GNETS rule?

7      A    The last training I did was October 2020

8  training.  Then everything was paused, of course,

9  when monitoring was paused.

10         So I have not done a training with SPED

11  directors and all of them, but just my monthly

12  meetings with the GNETS directors during the school

13  year.

14     Q    Do they ever ask questions about the GNETS

15  rule?  Rule, R-U-L-E.

16     A    GNETS directors?

17     Q    Uh-hum.

18     A    I'm trying to think.  Maybe a couple years

19  ago Stacey just asked a question about -- she's at

20  Futures Program, about the FBA and being completed

21  within a year and the bill being completed within a

22  year, and I was explaining to her, yes, that's in

23  the rule.  That's the current process.

24         When they are looking at kids that are

25  being referred for services, we were clarifying that



1   around reevaluation.  For GNETS we were looking at

2   that as going above what's in place, if you look at

3   re-eval data every three years.  That's what we did

4   have in place but I think there's been some change

5   there, through general supervision, under Wina's

6   shop.

7           But I explained that we would keep that in

8   place as far as the Board rule, because it would be

9   just Vickie just saying we would remove that

10  requirement.

11      Q    Who said it would be removed?

12      A    I said it would not be me being able to

13  remove that, as a requirement.

14      Q    Do you look at compliance with the FBA

15  requirements or BIP requirements by the regional

16  GNETS programs?

17      A    Say that again.

18      Q    A moment ago you mentioned that Stacey,

19  who is a regional director, asked questions about

20  the GNETS rule related to --

21      A    FBA.

22      Q    -- FBAs and BIPs.  Do you ever look for

23  compliance with that portion of the rule?

24           MS. JOHNSON:  Object.

25      A    I do not.  I do not.



1       Q     Earlier you mentioned that you have

2    regularly scheduled monthly meetings with the

3    regional GNETS programs, with the directors.

4       A     Yes.

5       Q     Do you communicate with the regional

6    directors outside of these meetings?

7       A     If they call and have questions, I mean

8    about something, I will return the call.  If there's

9    an email asking a question for clarification on

10   something, I respond.

11      Q     Would you say communication with the

12   directors happens weekly, or a director?

13      A     Maybe not weekly, but occasionally things,

14   they may call and ask questions about things.

15      Q     Do you discuss academic progress with the

16   regional GNETS directors?

17      A     They implement iReady as a supplement

18   instructional intervention.  So I have had in the

19   past the vendor provides a reporting piece of that

20   and I've had them share progress throughout the

21   network in the areas of math and reading, looking at

22   usage and pass rates for iReady.  I've had them

23   share those updates.

24            And they also have access to that data

25   reporting themselves for their kids and how they're



1  performing on those.

2      Q    What is iReady?

3      A    IReady is a math/reading diagnostic.

4  GaDOE looks at usage and pass rates for how kids are

5  performing in the different domains for reading and

6  math.

7      Q    Is it curricula or remedial?

8      A    Remedial.

9      Q    Do all GNETS students participate?

10         MS. JOHNSON:  Objection.

11     A    Not --

12     Q    You can answer.

13     A    Not all students.  That's a local

14  decision.  Of course that depends on what they're

15  looking at as far as how kids are performing from

16  their data, and they can decide based on what they

17  see how their kids' progress is coming along, as to

18  whether or not they have them have this additional

19  supplemental piece.

20     Q    Do you raise concerns related to academic

21  progress that you see in iReady?

22     A    We look at the -- the data we get shows

23  the entire network.  Like I can see how they're

24  performing in different domain areas and they're

25  moving -- if kids are moving.



1          I'm trying to think when we would have

2     done some face-to-face.  We do ask them to pull --

3     share their iReady data, because they can see it for

4     their specific GNETS, and there's conversation.

5          I mean we've had conversation that can

6     show, hey, kids are making progress, you're moving

7     kids from this domain and they're moving along with

8     the intervention.

9          Q    Who pays for iReady?

10         A    IReady is a supplemental instructional

11    grant and -- it's another grant that the board

12    gives.  They let us know how many licenses they're

13    going to need, and we get that grant subgranted, and

14    each GNETS works directly with that vendor to do

15    their invoicing and what-not from the grant that's

16    subgranted.

17         Q    But it's from the State?

18         A    It's from the GaDOE big pocket of money,

19    yes.

20         Q    What's the vendor's name?

21         A    It's Curriculum -- it's iReady Curriculum

22    Associates.  IReady.

23         Q    A moment ago you mentioned that you sent

24    reports out in the past regarding progress, is that

25    correct, on iReady?



1      A     With iReady, they can pull their own

2   reports from that, but I've had the vendor

3   previously present at like a directors meeting what

4   the data looks like.  He's done that in the past,

5   what the data looks like for the network.

6      Q     Turning back to communicating with the

7   regional GNETS directors, do you discuss therapeutic

8   support and services?

9      A     Yes.  One way -- one way that's discussed

10  is with the eleven we're able to see what

11  interventions are implemented for that.

12           In the strategic plan reviews, that is one

13  of the focus areas, and in that focus area we

14  discuss, when we've done reviews in the past, what

15  therapeutic services they're providing for the

16  students in their programs for each review.  We talk

17  about that in that focus area.

18     Q     I know you mentioned you have provided

19  trainings to the GNETS directors.  Have you ever

20  presented and provided trainings to staff or

21  teachers?

22     A     I've not trained other teachers.

23     Q     The training that you provide to the

24  regional GNETS directors, is that intended for them

25  to then take back and train --



1      A    Yes.

2      Q    We have to be careful about --

3      A    I'm sorry.  I'm trying not to do that.

4      Q    Don't worry.

5           Do you visit regional GNETS programs?

6      A    Yes, I have visited.  Of course everything

7  was paused in 2020, but we -- I do like to go visit.

8      Q    Have you been to a regional GNETS program

9  since 2020?

10     A    Last year?  Did I have any meetings?  All

11 the meetings have been done virtually, but we're

12 planning to go out this year.

13          So I'm trying to think, make sure I didn't

14 go anywhere in 2019 or 2021.

15          Not that I can recall right now.  I don't

16 think we went out in 2021.  Not that I can recall.

17     Q    Do you have any trainings --

18          MS. TUCKER:  Scratch that.

19 BY MS. TUCKER:

20     Q    Do you have any visits planned for the

21 next few months?

22     A    We're planning.  We're in the process of

23 planning.  Our specialists in our location are

24 looking at planning dates to go out.  Because our

25 meeting, even though the GNETS directors meetings



1  have been virtual, of course since 2020, but we're

2  looking this year in trying to do maybe three that

3  are face-to-face.

4          We're starting out with our first one

5  virtually and then the next one we plan to do

6  face-to-face.

7      Q    Which programs are those meetings with?

8      A    That's with all the programs.  All the

9  GNETS directors.

10     Q    I want to turn back to something a moment

11  ago --

12     A    Okay.

13     Q    -- when we were speaking at the same time.

14          We spoke about the trainings.  You provide

15  trainings to the regional GNETS directors, correct?

16     A    Correct.

17     Q    And you have not provided trainings to the

18  GNETS staff or teachers, correct?

19     A    Correct.

20     Q    The trainings that you provide to the

21  regional GNETS directors, are those then presented

22  back to the regional GNETS program staff?

23          MS. JOHNSON:  Objection.

24     A    I don't know if they re-deliver everything

25  because some of the training that I provide, it may



1  be applicable to local teacher staff and it may not.

2  So I don't know what specifically they're taking

3  back, but a lot of the topics that we provide

4  training on are those administrative type things,

5  like the TKES and LKES training.

6          I don't provide that training but I have

7  Deanie, who runs -- is a program specialist, I

8  believe, for TKES and LKES, provide that training,

9  and some GNETS directors may take that back or may

10 not.  I'm not sure.

11     Q   Do you provide presentation materials in

12 advance or after the fact?

13     A   Yes, I do provide those presentation

14 materials.

15     Q   When you visit a regional GNETS program,

16 do you visit all the sites?

17     A   I have not been able to visit every site,

18 but my first couple years I was able to visit quite

19 a few, not all.

20         But as we plan for visits for next year,

21 that's what we've been looking at, is trying to

22 touch as many as we can.

23     Q   What reasons do you visit a regional GNETS

24 program?

25     A   One, to observe what's going on



1  academically.  Instruction, you know, walking in and

2  seeing what instruction is taking place.  Asking

3  them about their programming.  Trying to visit

4  school-base and center-base locations when we go.

5          The big -- mostly having them talk to --

6  share with me or with us what their result -- what

7  is going on with their program, what they're

8  offering instructionally and with their therapeutic

9  piece, and get to see it.

10      Q    Who goes with you?

11      A    Lakesha Stevenson, my program specialist.

12      Q    Does Lakesha Stevenson ever go to a

13  program without you?

14      A    She has, if she was doing the strategic

15  plan review.  Again, we had to pause those in 2020.

16  So she had gone out -- I know she went to one

17  without me.  She had gone to some with me in 2019

18  onsite.

19      Q    Does anyone else in GaDOE join you?

20      A    Not for the strategic plan reviews.

21      Q    What about other visits?

22      A    I'm trying to think of anybody.  The GNETS

23  director of course will be there if we go visit.

24          I'm trying to think if we've had anyone

25  else, other than me.



1      Q     Anyone that --

2      A     Not that I can recall.

3      Q     Anyone within GaDOE?

4      A     I'm trying to think of when I've had

5   anybody go.  This would be have been since 2020.

6   Not that I recall.

7      Q     Earlier you mentioned that you would visit

8   a GNETS program to exert -- observe academics and

9   instruction.  Are these meetings separate from the

10   strategic review meetings?

11          MS. JOHNSON:  Objection.

12      A     When we were out doing the visits, before

13   review would start or maybe after review, I may

14   visit some classrooms.  So it could have been during

15   the strategic plan reviews.

16          I'm trying to think.  Or if we're doing

17   meetings, when we used to have those face-to-face,

18   if there was some time before or after I may visit

19   some classrooms before those meetings, if it was at

20   a GNETS location face-to-face.

21      Q     The meetings you have coming up, what's

22   the purpose of those meetings?

23      A     To provide GaDOE updates, technical

24   assistance.  Those operational pieces.

25          Like the one that's coming up, we'll do



1    one in August.  I will have Data Collections come

2    because GNETS provides -- GNETS directors have to

3    work with the LEAs in doing those FTE reporting

4    coding times.  So I'll have someone come and report

5    on that.

6              But I believe I have someone coming from

7    PBIS.  TKES and LKES comes.  I've had someone from

8    assistive technology come for any students who may

9    need -- for the GNETS directors to share with their

10   teachers, updates on assistive technology.

11             I've had budget staff present from a

12   budget and how GNETS is funded.

13             Some others.  Transition planning, I've

14   had someone come and present on that.  I plan on

15   having them come again.

16        Q    So all of these folks would join you on

17   your visit?

18        A    No.  During the meeting -- for directors

19   meetings.

20        Q    During director meetings?

21        A    Yes.

22        Q    I'm curious about the upcoming visits.

23        A    I'm sorry.

24        Q    That's okay.  What's the purpose of the

25   upcoming visits?



1      A    One, we haven't been out there to visit,

2   to see the work that's being implemented.  So the

3   purpose is to go and visit the site.

4          One, looking at facilities, making sure

5   kids are in safe and healthy facilities and to

6   observe what's happening.

7      Q    Do you provide feedback after these visits

8   about what you've observed?

9      A    Um, I'm trying to think.

10         The directors are there with us as we

11  visit classrooms.  I cannot recall right now if

12  there was something specific about what I was

13  observing that I provided some feedback right there

14  on the spot for something.  But I can't recall any

15  visit where I had to provide any feedback right

16  there.

17     Q    Or commentary after being in a room and

18  observing?

19         MS. JOHNSON:  Objection.

20     A    No, I haven't done any commentary.

21     Q    When you visit, do you also speak to the

22  teachers?

23     A    If they're providing instruction, no.  I

24  don't interrupt instruction, no.

25     Q    If they're not providing instruction, is



1  there a conversation with teachers or staff?

2      A    Not that I can recall, because I'm -- I

3  mean I'm not typically in there for long periods of

4  time.  It's kind of observe and then I'm out.

5      Q    How long is a visit, usually?

6      A    I may be in a classroom probably five, six

7  minutes or so.  I'm not in there for long periods of

8  time.

9      Q    You mentioned that you look to ensure that

10  the facilities are helpful and safe?

11      A    Ensuring that classrooms -- you know --

12  well, that there's -- the room looks safe.  You

13  know, no things hanging from the wall or nothing,

14  you know, in the way that could -- something in the

15  floor or whatever.

16          I'm just conscious, looking at it to make

17  sure it looks like a safe classroom.

18      Q    Have you seen any facilities that had

19  unsafe features?

20      A    I have not.  I've not.

21      Q    Do you advise the directors of any

22  recommendations after a visit?

23      A    Regarding the facilities?

24      Q    Regarding the program in general.

25          MS. JOHNSON:  Objection.



VICKIE D. CLEVELAND                                August 17, 2022
UNITED STATES vs STATE OF GEORGIA                          185

1     A     Through the strategic plan, if they're --
2  as we go through that and review what they have done
3  in their self-assessment, and then we kind of look
4  at what they've presented, we may provide feedback.
5           For example, if you say this is emerging,
6  kind of tell us what you're doing to get that to
7  operation.  That would be kind of an example of
8  that.
9     Q     When you visited GNETS programs, do you
10 take note if the centers have playgrounds?
11    A     Yeah -- I mean mental notes, yeah, I've
12 done that.  Uh-hum.
13    Q     What about music rooms?
14          MS. JOHNSON:  Objection.
15    A     I have not -- Haven, I did observe a music
16 therapist there.
17    Q     When you visit, have you looked for art
18 rooms?
19          MS. JOHNSON:  Objection.
20    A     I have not observed art rooms that I can
21 recall.
22    Q     Science labs?
23          MS. JOHNSON:  Objection.
24    A     I can't recall at this time science labs.
25    Q     Is this information that you've collected



1   from the regional GNETS programs?

2        A    No.

3        Q    At school-based locations, when you

4   visited, have you made note of whether the GNETS

5   classrooms are in separate wings?

6        A    I'm trying to think if there was any --

7             MS. JOHNSON:  Objection.

8        A    I don't recall any being separate.  I'm

9   trying to think.

10       Q    Have you observed GNETS students entering

11  and exiting through different entrances?

12            MS. JOHNSON:  Objection.

13       A    I have not.

14       Q    What type of information is uploaded into

15  the GaDOE portal?

16       A    The grant application, and that grant

17  application is aligned with the focus areas, the

18  strategic plan.  So there's the personnel piece

19  uploaded in there.  Location is uploaded in there.

20  Any behavioral or therapeutic supports that they're

21  providing for their students, any instructional

22  supports that they're providing for their students

23  is uploaded in there.  Restraint data is in there.

24       Q    Is this your main way of receiving data

25  from the regional GNETS programs?



1       A    As far as the strategic plan

2   implementation piece, yes, I get that through that.

3       Q    I know we discussed the therapeutic

4   service logs for the eleven programs that received a

5   grant, correct?

6       A    Uh-hum.  (Affirmative.)

7       Q    Do you receive monthly service logs for

8   other GNETS programs?

9       A    I do not.

10      Q    Do you track therapeutic services related

11  to the other GNETS, regional GNETS programs?

12      A    I don't track it but if they're -- when we

13  have done strategic plan reviews, that is

14  information that they share.  They share therapeutic

15  supports that they provide.  And also mental health,

16  collaboration with mental health -- mental health

17  providers in the community.  They share that

18  information with us in those meetings.

19          MS. TUCKER:  I'd like to introduce

20      Plaintiff's Exhibit 386.

21          (WHEREUPON, Plaintiff's Exhibit-386 was

22       marked for identification.)

23          MS. TUCKER:  The Bates number on the

24      bottom of the document is GA00364535.

25



VICKIE D. CLEVELAND                                    August 17, 2022
UNITED STATES vs STATE OF GEORGIA                              188

```
 1   BY MS. TUCKER:
 2       Q    It's an email from you to the regional
 3   GNETS program directors, with a date of December
 4   2nd, 2020.
 5            Mrs. Cleveland, do you recognize this
 6   email?
 7       A    The email is from me.  Yes.
 8       Q    You recognize it?
 9       A    Uh-hum.  (Affirmative.)
10       Q    Okay.  Am I correct that you are
11   requesting IEP file reviews in this email?
12            THE WITNESS:  Melanie, that was
13       privileged.
14            MS. JOHNSON:  Can we have a quick side-bar
15       outside?  Thank you.
16            MS. TUCKER:  Thank you.
17            MS. JOHNSON:  Off the record.
18            THE VIDEOGRAPHER:  Off the record at 2:41
19       p.m.
20            (A recess was taken.)
21            THE VIDEOGRAPHER:  We're back on the
22       record at 2:46 p.m.
23            MS. JOHNSON:  So I'm going to instruct the
24       witness not to answer any questions about this
25       document or the subject matter contained in
```



1          this document that was inadvertently produced

2          and we're claiming privilege to this.

3                  MS. TUCKER:  By subject matter, can you be

4          specific?

5                  MS. JOHNSON:  Sure.  The subject matter

6          within this, this email.

7                  MS. GARDNER:  What type of privilege are

8          you asserting?

9                  MS. JOHNSON:  Attorney-client privilege

10          and work product.

11    BY MS. TUCKER:

12          Q    Mrs. Cleveland, what is BASC-3?

13          A    The BASC-3?

14          Q    Yes.

15          A    That's Behavioral Assessment Scale for

16    Children.

17          Q    Do regional GNETS programs provide you

18    with information related to the BASC-3?

19          A    They do not provide it to me.  In a

20    strategic plan review, though, they may share their

21    BASC-3 data up under the therapeutic services area.

22          Q    Do you look at it as part of the strategic

23    plan review?

24          A    Yes.  They will show their logs of where

25    they've assessed children and where they fall in the



1  different areas -- in the different areas.

2       Q    What do you look for?

3       A    I don't have anything specific that I'm

4  looking for.  They're sharing their assessment data

5  with me, the results from they've assessed these

6  numbers of kids, and this is their data.

7       Q    Is this used for students outside the

8  GNETS program as well?

9       A    I'm not sure.  I don't know.

10      Q    What is detailed in this reporting in the

11  strategic plan?

12      A    What's detail -- repeat your question.

13      Q    What does -- what is detailed in the

14  strategic plan related to BASC-3?

15      A    It's in the therapeutic -- behavioral

16  therapeutic assessments.  It talks about different

17  assessments that could be implemented, and that's

18  one of them, and that's one of the -- that's one of

19  the pieces of data that they may share when we do

20  their review.

21      Q    Is there a license required to access

22  BASC-3?

23      A    That's, that's paid for through contract

24  through the State, and, yes, they to have to be

25  given a license to access it.



VICKIE D. CLEVELAND                                   August 17, 2022
UNITED STATES vs STATE OF GEORGIA                              191

1       Q    GaDOE pays for the BASC-3 licenses?

2       A    We do.

3       Q    What about SDQ?

4       A    That's a strength and difficulty

5    questionnaire.  It's another assessment tool that

6    they can use to look at behavioral strengths and

7    weaknesses for a student, and they assess the

8    students and get data from that to inform

9    programming.

10      Q    How frequently do the regional GNETS

11   programs provide you with SDQ data?

12      A    That's data that they collect locally, and

13   we may review that data, do reviews, but we can --

14   with the BASC, if I need to go in and see a report,

15   there's a reporting piece I believe through the

16   BASC, but I don't collect that data but I do discuss

17   it with them in their review.

18      Q    What do you discuss?

19      A    Just the results.  Ask them to show us

20   what kids they assessed and what -- whatever their

21   data collection piece is, tool, what they're using

22   for these students that they've assessed, they share

23   that document with us.

24      Q    Are all students not assessed?

25      A    I'm not sure.  I don't know.



1      Q    What do you look for when you receive this
2   data if you are then discussing it with them?
3      A    If they're sharing the data, I look at
4   that and it may indicate -- it just shows areas of
5   difficulty for kids and I'm able to see the number
6   of kids, and it's pretty much a summary of the
7   results of the assessment, and I just look at what
8   they share with that.
9      Q    Is the data captured at a student level?
10     A    Yes.
11     Q    And is there a license required to access
12  SDQ?
13     A    That, and it's another -- GaDOE takes
14  place for that.  There's no -- they have an ask they
15  can access, but there's not a license -- it's not
16  through licensing.
17          MS. TUCKER:  I'd like the court reporter
18      to mark this document as Plaintiff's Exhibit
19      387.
20          The Bates number on the first page of this
21      exhibit is GA00363542.
22          (WHEREUPON, Plaintiff's Exhibit-387 was
23       marked for identification.)
24  BY MS. TUCKER:
25     Q    This is an email from Lakesha Stevenson to



1  you, that she forwarded, and the date is November

2  2nd, 2020, with the subject as "form," F-O-R-M.

3        Mrs. Cleveland, do you recognize this

4  email?

5     A    I'm looking through it.

6     Q    Okay.  Take your time.

7        (Witness reviews exhibit.)

8     A    This is a form for the previous --

9        MS. JOHNSON:  We're going to go ahead and

10     assert the same privilege on this document.

11        If we could take like a 15-minute break,

12     we may be able to clear this all up.

13        MS. TUCKER:  Yeah.

14        MS. JOHNSON:  I can't say for certain that

15     it will, but it may just help streamline the

16     process.

17        MS. TUCKER:  Thank you.

18        THE VIDEOGRAPHER:  Off the record at 2:54

19     p.m.

20        (A recess was taken.)

21        THE VIDEOGRAPHER:  Back on the record at

22     3:19 p.m.

23        MS. JOHNSON:  We don't have any objection

24     to this document.  We'll just take the

25     questions question by question as to whether



1      there's any objection to privilege.

2           MS. TUCKER:  Thank you.

3           MS. JOHNSON:  Would you remind me which

4      Bates number we're on?

5           MS. TUCKER:  The document starts at

6      GA00363542.

7           MS. JOHNSON:  Okay.

8           MS. TUCKER:  And this is Plaintiff's

9      Exhibit 388 -- or 387.

10     A     So we're still on this?

11     Q     Yes.  We'll go back to that.  Thank you,

12  Mrs. Cleveland.

13          Mrs. Cleveland, you recognize this email?

14     A     The email -- top part, where it was

15  forwarded to me?

16     Q     Yeah.

17     A     Yes.

18     Q     And when you received it, you looked at

19  the bottom part of the email as well?

20     A     Yes.

21     Q     Do you see -- who's Joanna Mock?

22     A     Joanna Mock is the GNETS director for

23  Heartland Academy program.

24     Q     Am I correct Joanna Mock is emailing the

25  other regional GNETS directors?



1      A    Yes, it looks like that.

2      Q    Your colleague, Lakesha Stevenson, is

3    cc'ed?

4      A    Yes.

5      Q    And you see in Joanna Mock's email where

6    she writes:  I wanted to share with you a form that

7    Whitney" -- in parentheses "(Cedarwood) developed

8    for us to help with the collection of student data

9    that Vickie has requested."

10         Do you see that?

11     A    I do, yes.

12     Q    Great.

13     A    I'm sorry.  I was reading.

14     Q    Do you need a moment to read?

15     A    No, I'm good.

16     Q    Okay.  What had you communicated and asked

17   from the regional GNETS directors?

18     A    I had asked for the content of this

19   document that looks like from the email Whitney

20   developed.

21     Q    Am I correct that you're referring to the

22   content identified in the document starting in the

23   attachment with Bates GA00363545?

24     A    Yes.

25     Q    Okay.  And when did you request this data



1  from the regional GNETS programs?

2      A    I don't know the specific date.  Probably

3  fall of 2020.  I don't remember a specific date.  It

4  was around this date on here -- I don't know the

5  exact date.

6      Q    Okay.  Do you think it was close in time

7  to November 2nd, 2020, when Joanna wrote this email?

8      A    Yes.

9      Q    Okay.  How did you communicate this

10 request to the regional GNETS directors?

11     A    I can't recall if -- was it the email that

12 went out?  I can't recall if it was an email because

13 I see this email, or if it was in a meeting that we

14 were going to ask they provide information.

15         THE COURT REPORTER:  Could you please

16     speak up.

17     A    I'm just thinking through it.

18         I'm thinking it was through an email

19 requesting that information.  I'm thinking.  I'm not

20 for sure.

21     Q    What did you tell the regional directors

22 of why you were collecting this document, email?

23         MS. JOHNSON:  Objection, and I instruct

24     you not to answer.

25         MS. TUCKER:  What privilege are you



1  asserting?

2        MS. JOHNSON:  Work product.

3        MS. TUCKER:  So we're going to be happy to

4  follow up with you on the phone or in writing

5  because it seems like you're asserting work

6  product privilege and other privileges for

7  communications between GaDOE and a regional

8  GNETS program, and you've also asserted that

9  you-all don't represent the regional GNETS

10  programs.

11        MS. JOHNSON:  Correct.  Just to clarify,

12  I'm not intending to assert any privilege

13  regarding the communications.  I understood

14  your question to be what her purpose in asking

15  the GNETS directors for the information was.

16        MS. TUCKER:  I was asking what she

17  communicated to the regional GNETS directors

18  when collecting this document.

19        MS. JOHNSON:  Okay.

20        MS. TUCKER:  Or collecting this

21  information.

22        MS. JOHNSON:  Sure.

23        So you may answer what you communicated to

24  the GNETS directors in requesting this

25  information.



1      A    Because this document, it looks like it

2  was created by the director.  But my communication

3  was information on IEP file reviews.

4      Q    What did you tell the regional GNETS

5  directors regarding your request for information?

6      A    To review their files in light of the

7  information on this form.  IEP file review.  To

8  review their files based on this information

9  checklist.

10     Q    Did you provide a reason for why you were

11 requesting this information?

12     A    No; just that it was an IEP file review.

13     Q    Okay.  And how long did you give the

14 regional GNETS programs to respond?

15     A    I don't recall the timeline.

16     Q    Okay.  Let's turn to the attachment, which

17 is the form at the top which says, "GaDOE Student

18 Information Checklist."

19          Did you request during the file review for

20 the GNETS student's name -- or the GNETS' name?

21     A    Yes.

22     Q    Do you think this refers to a GNETS

23 student name?

24     A    The program name.

25     Q    This refers to the program name?  How does



1  that work then if No. 2 is requesting the age?

2      A    I'm sorry, I want to make sure I -- it

3  says GNETS name.

4           It looks like that is the name of the

5  GNETS program, because it -- down here it talks

6  about GTID, which would identify a student.

7      Q    Okay.  So No. 1, you request the regional

8  GNETS programs to look through their IEP files and

9  include the GNETS name?

10     A    Yes.

11     Q    And then age of the student?

12     A    Uh-hum.  (Affirmative.)

13     Q    Grade of a student?

14     A    Yes.

15     Q    The last four of the GTID?

16     A    Yes.

17     Q    What is a GTID?

18     A    It's the Georgia identification number for

19  students, enrolled in Georgia schools.

20     Q    The date of GNETS entry?

21     A    Yes.

22     Q    The reason for GNETS placement?

23     A    Yes.

24     Q    The primary eligibility?

25     A    Yes.



1      Q    The medical diagnosis?

2      A    Yes.

3      Q    The secondary eligibility?

4      A    Yes.

5      Q    Whether the student's record indicated

6  that they were unable to receive FAPE in a lesser

7  restrictive environment?

8      A    Yes.

9      Q    Am I correct that you also asked for

10  additional documentation if an answer was yes to

11  that question?

12      A    Yes.

13      Q    Whether the student had an FBA prior to

14  GNETS services?

15      A    Yes.

16      Q    You asked for the FBA date upon entry?

17      A    Yes.

18      Q    The current FBA date?

19      A    Yes.

20      Q    Whether the student had a BIP prior to

21  entering GNETS?

22      A    Yes.

23      Q    The current BIP date?

24      A    Yes.

25      Q    Whether a comprehensive reevaluation was



1    completed within the last three years?

2        A    Yes.

3        Q    Their most recent IEP review date?

4        A    Yes.

5        Q    Whether an IEP meeting included a GNETS

6    director or their designee?

7        A    Yes.

8        Q    Whether the student has an IEP goal for

9    behavior?

10       A    Yes.

11       Q    And you asked for each therapeutic service

12   to be identified that a student receives?

13       A    Yes.

14       Q    And am I correct that you asked the next

15   questions related to the continuum of GNETS

16   services, delivery and environments?

17       A    Uh-hum.  Yes.

18       Q    You asked -- you asked whether the IEP

19   considered -- the IEP team considered the general

20   education setting in the student's own school or

21   public school?

22       A    Yes.

23       Q    Whether the IEP considered a pullout from

24   the general education setting as part of their

25   school day in a zoned school or other public school?



```
 1        A    Yes.

 2        Q    Whether the IEP team considered the

 3   student's zoned school or other public school as

 4   part of the school day in a setting dedicated to

 5   GNETS?

 6        A    Yes.

 7        Q    Whether the IEP team considered the

 8   student's zoned school or other public school for

 9   the full day in a setting dedicated to GNETS?

10        A    Yes.

11        Q    Whether the IEP team considered a facility

12   dedicated to GNETS for part of the school day?

13        A    Yes.

14        Q    And did the IEP team consider a facility

15   dedicated to GNETS for the full school day?

16        A    Yes.

17        Q    Do you recall if you asked for any

18   additional information?

19        A    I do not recall asking for any additional

20   information.

21        Q    Was this information requested for all

22   GNETS students?

23        A    Yes.

24        Q    For a certain school year or for a period

25   of years?
```



1    A    I believe it was for the most recent --
2    current, recent -- or current school year when we
3    requested the data.
4    Q    So given the email is dated November 2nd,
5    2020, am I correct that you were referring to the
6    2020 to 2021 school year?
7    A    Yes.
8    Q    And did you review the data that you
9    received?
10        MS. JOHNSON:  You can answer whether you
11        reviewed data received from the directors,
12        whether you personally did.
13   A    Some data but not all the data.  I have
14   not had the opportunity to review the data, all the
15   data.
16   Q    Which data did you elect to look at at
17   this time?
18   A    It was -- we were looking at going through
19   and reviewing it for all the GNETS that had
20   submitted the data, probably looked at a couple of
21   files but have not had an opportunity to dig in to
22   the data.
23   Q    Okay.  Have you requested this information
24   again for the next school year?
25   A    I have not.



VICKIE D. CLEVELAND                                    August 17, 2022
UNITED STATES vs STATE OF GEORGIA                                   204

1      Q    And I think I asked this.  Did they have a
2  deadline to complete the information requested?
3      A    I don't recall the deadline.  I would have
4  to -- but I don't recall.  I can't recall right now
5  a deadline.
6      Q    Is there any other data that GaDOE
7  regularly collects from the regional GNETS programs
8  that we haven't discussed yet?
9      A    We talked about therapeutic services, the
10 information we get.  Of course, the student record
11 file we get.
12         I can't think of any -- at this moment
13 recall any other data that I get from Data
14 Collections and therapeutic services information.
15     Q    Thank you.  You've referenced the GNETS
16 Strategic Plan a few times during our conversation
17 today?
18     A    Uh-hum.  (Affirmative.)
19     Q    Remember the yeses and nos.
20     A    Yes.
21     Q    What is the purpose of a GNETS Strategic
22 Plan?
23     A    The strategic plan serves as a framework
24 for the implementation of services throughout the
25 network.  Those six focus areas are included in the



1  strategic plan.  Again, it's a framework to guide

2  the work for the network.

3      Q    How did it originate?

4      A    History before my tenure, I know that

5  there was a revision in 2016.

6          2019 we've did an update, Lakesha and I

7  with some of the directors, stakeholders, children

8  stakeholders.  We updated -- I'm not sure

9  historically where it originally came from, but I do

10  know, as I was coming in and Nakeba was moving out

11  of the position, it was in place.  Again, we did

12  another update in 2019.

13      Q    Did you make many changes in 2019?

14      A    Not many changes.  We did reduce the focus

15  year from seven to six.  We combined program

16  leadership and accountability into that first focus

17  area because some of the information and the

18  activity was some of the same, kind of asking the

19  same questions.  If we were doing a review, it may

20  be that we were seeing the same artifacts presented.

21          So we decided to, with input from the

22  directors and the stakeholders, to combine those two

23  areas, but those were the only big changes, went

24  from seven to six focus areas, but a lot of the

25  other content pretty much stayed the same, just a



 1  few revisions here and there.

 2       Q    And that was you and Lakesha?

 3       A    We led it.  We also had GNETS directors be

 4  a part of that.

 5            We got feedback in a directors meeting

 6  from all the directors.  Hey, here is Section 2 of

 7  the strategic plan, we'd like your feedback, and we

 8  got their feedback.  And then this team -- Lakesha,

 9  not a team, and directors came together to finalize

10  what some of those revisions would be, but not major

11  revisions.

12       Q    Thank you.

13            How often are the strategic plans

14  completed by the regional GNETS programs?

15       A    They should -- that's the framework, so

16  they use those each year.  That's that

17  self-assessment piece where they do a

18  self-assessment on their implementation of the

19  framework, and they do one in the fall and then they

20  do one at the end of the year.

21       Q    Let's walk through the steps related to

22  the GNETS strategic plan as if I was a regional

23  GNETS director.

24       A    Okay.

25       Q    So you mentioned that there's a



 1  self-assessment in the fall?

 2       A    Yes.

 3       Q    What does that entail?

 4       A    They take the strategic plan, which has a

 5  rubric built within it, and they go through the

 6  different activities and they rate themselves.  It's

 7  a self-assessment piece.  For this specific

 8  activity, are we operational on this activity, is it

 9  emerging in our practices or do we see it's not

10  evident.

11           So with that self-assessment, they then

12  use that data and they work with their local teams

13  to say, for instance, if it's therapeutic services

14  section, we're not -- we're reviewing ourselves, our

15  self-assessment.  We're not seeing these artifacts

16  of evidence of this implementation, and they then

17  meet as a team and work on ways to get to that place

18  of trying to get all of the activities moving to

19  operational.

20       Q    What are the ratings?

21       A    Operational, emerging, and not evident.

22       Q    With operational being the highest?

23       A    Yeah, that they are able to go through

24  that rubric and they can see what the activities

25  that are outlined in the framework, that they're



VICKIE D. CLEVELAND                                August 17, 2022
UNITED STATES vs STATE OF GEORGIA                            208

1  implementing those activities.

2      Q    So that happens during the fall semester.

3  Is there a deadline to which they have to complete

4  that self-assessment?

5      A    Most -- some will do it in early -- in

6  October, but most get it done by December, so that

7  they then can be ready to do their end of year.  End

8  of year.

9      Q    Do you receive the fall self-assessment?

10     A    I get those at the end of the year as part

11 of their strategic -- I mean grant application.

12 That is one of the required attachments that we ask

13 for.

14     Q    So you receive it in the grant

15 application?

16     A    Yes.

17     Q    Do you receive it when you receive their

18 end of the year self-assessment?

19     A    They're both submitted at the same time.

20     Q    With the grant application?

21     A    With the grant application.

22     Q    So the GNETS Strategic Plan

23 self-assessment is not --

24          MS. TUCKER:  Scratch that.

25



1  BY MS. TUCKER:

2      Q    Is the GNETS Strategic Plan

3  self-assessment submitted independently at the end

4  of the year to you?

5      A    Yes.  Each GNETS director submits that.

6      Q    And about what time of year at the end?

7      A    This year we changed that the grant

8  applications had to be in by May 31st.

9      Q    So it's always an attachment to the grant

10  application?

11     A    That part of it.  A lot of change process

12  -- and processes.  Some changes.

13          This -- for this past year, it was part of

14  the end of year grant application process.  They had

15  to submit that.  And now we -- our next steps would

16  be to now schedule time, visits to go, or virtual

17  meetings to talk to them about their end of year

18  ratings and how their teams landed there.

19          And then there's a self-assessment

20  summary, once they've done those ratings, their end

21  of year, and they see kind of the different focus

22  areas, hey, we're operational here, we're kind of

23  still emerging in this, emerging in this area.  They

24  then rank for priorities.  They rank the priorities

25  for the different focus areas.  What's the No. 1

1   area for you, what's the No. 2 area for you.

2           And we'll have conversations with them

3   about how they rank themselves, and they'll share

4   how they kind of landed with their ratings.

5           MS. TUCKER:  I'd like the court reporter

6       to mark this document as Plaintiff's Exhibit

7       388.

8           (WHEREUPON, Plaintiff's Exhibit-388 was

9       marked for identification.)

10  BY MS. TUCKER:

11      Q    This is an email from you to Zelphine

12  Smith-Dixon and Shaun Owen.  The date is August

13  28th, 2020, and the subject is updated revisions to

14  the strategic plan, and there's one attachment.

15          Again, it's GA00362004.

16          Mrs. Cleveland, do you recognize this

17  email?

18      A    Yes.  Yes.

19      Q    And then let's turn to the second page,

20  which is with Bates GA00362005.

21          Am I correct that this is a document

22  titled "Georgia Network for Educational and

23  Therapeutic Support, Strategic Plan"?

24      A    Yes.

25      Q    "Implementation Fidelity Checklist &



 1  Self-Assessment Rubric"?

 2      A    Yes.

 3      Q    Am I correct there is a GaDOE logo and

 4  there is an updated date of 1/28/2020?

 5      A    Yes.

 6      Q    Do you recognize this document?

 7      A    Yes.

 8      Q    Is this the document we were just speaking

 9  about?

10      A    Yes.

11      Q    So who drafted the document?

12      A    This is with the revision we mentioned

13  earlier.  We met with GNETS directors in November of

14  2019, and Lakesha and I worked on the edits,

15  recommendations from GNETS directors and from us on

16  things to update.

17      Q    Am I correct then, looking at Page 2,

18  using the page number at the top -- at the bottom,

19  towards the bottom there is bold that says, "GNETS

20  Strategic Plan Committee (11/19/2019)"?

21      A    Yes.  That's the group of staff that

22  worked on it, yes.

23      Q    Just to clarify, that's the group of staff

24  that worked on the 2019 revisions of the --

25      A    Yes --



1      Q      -- GNETS plans?

2      A      GNETS directors.

3      Q      Great.

4      A      And then, of course, as I mentioned

5   previously, other directors.  We just got their

6   feedback in a directors meeting.  But this group

7   came back with the feedback from everyone to look at

8   doing the update.

9      Q      And you and Lakesha Stevenson are also

10  part of that committee?

11     A      Yeah, we met with them.

12     Q      And helped with the drafting and creating?

13     A      Yes, the edits.

14     Q      Do you distribute this strategic plan and

15  self-assessment rubric to the regional GNETS

16  programs?

17     A      Yes.  They have a copy and it's also on

18  our website.

19     Q      Do you provide trainings on the strategic

20  plan and self-assessment?

21     A      We have provided trainings.  As a matter

22  of fact, with the updates there was a training

23  provided when the changes changed.  For example, the

24  change of combining program leadership and

25  accountability into one section.  So we did provide



1    training to all the GNETS directors on those

2    different changes.

3         Q    On the first page am I correct there are

4    six focus areas listed?

5         A    Yes.

6         Q    And these were the focus areas you were

7    referring to earlier?

8         A    Yes.

9         Q    What is meant by a focus area?

10        A    This plan, what's in place.  Upon me

11   entering into this role, the focus area are the

12   areas that are used in the framework that they --

13   that they implement this framework in.

14        Q    Let's turn to page -- let's see.

15             Are you on Page 7?

16        A    Uh-hum.  (Affirmative.)

17        Q    Great.

18        A    Yes.

19        Q    Okay.  Can you walk me through this

20   Section 1, Program Leadership and Accountability

21   framework?  What would I do if I was a regional

22   GNETS director?

23        A    You would look at these action items and

24   then implementing the framework or working within

25   the framework, as you looked at the action item,



1  you're looking at the standard over here.  Based on

2  your information and artifacts you've collected

3  during the year, you would look to see how would you

4  self-assess yourself with that activity for Section

5  A.

6          Directors will promote and remain aware of

7  the strategic plan.  Do you rate yourself as

8  operational, emerging, or not evident in that area,

9  and that would be the process for each of the areas'

10  activities.

11     Q    And would this same document be used in

12  the fall as well as the end of year for the

13  self-assessment?

14     A    Yes.

15     Q    Do you provide guidance on what is -- what

16  meets operational or emerging or not evident?

17     A    It's, it's a self-assessment.  So they,

18  they rate themselves.  And as we get ready to go --

19  when we did reviews, when they were face-to-face,

20  they could share what they have.  We would look at

21  that information and artifacts that they provided.

22  They've done their rating and we may do a rating of

23  what we see that they provided, and that would be

24  the feedback process.

25     Q    Got it.



1      A      Changed to.

2      Q      So what, what are you -- what are the

3  regional programs and GaDOE looking for within

4  program leadership and accountability?

5      A      These things that are outlined here, some

6  of these things, because this is the framework that

7  they are using to implement the services.

8      Q      At the top of the page do you see where it

9  says, "Goal 1: By the end of the school year, GNETS

10  directors will implement 85% of the strategic plan

11  focus areas at an operational level"?

12      A      Yes.

13      Q      How is that implementation monitored?

14      A      Through these ratings.  If they're saying

15  they're implementing this and these are their

16  ratings, when we -- in the past when we did the

17  reviews, they've done their self-assessments.  We

18  come in and we do rating, too, based on what they

19  shared as far as their implementation of the

20  framework, and then come to just a mathematical

21  calculation on operational, how these presented --

22  how these activities, are you at that 85 percent or

23  higher.

24      Q      So I think you hit on my question.  Where

25  does the math focus in with these -- with these



1   terms, operational, emerging, and non-evident?
2   What's the formula?
3       A    It's just taking the percentage of it.  If
4   they're -- these four areas, how many of these areas
5   are you operational in out of the total areas.
6       Q    So it's looking at -- okay, got it.
7            Let's move on to focus area two on the
8   next page, Behavior Support and Therapeutic
9   Services.
10           How would you describe this focus area?
11      A    This focus area is taking a look at within
12  the framework how are they implementing the
13  activities that are outlined here.
14           PBIS, it has examples of things that --
15  you know, this is not a definite list of things that
16  they can show implementation of this focus area.
17           Looking at these activities, are you
18  training your staff?  Are you posting rules and
19  expectations for PBIS?  Are you teaching all
20  students and rules?
21           It's looking at PBIS is an area activity,
22  action item.  Trauma informed care practices, if
23  they have those practices being implemented in their
24  GNETS program, FBA/BIP team that meets at each site
25  three times a year.

1           And ensure students social and emotional.
2    This one has quite a few action items.
3           So as they -- as they implement this
4    framework, these are things we're looking at within
5    their programming.  Are you implementing these
6    action items, and to what standard within the
7    rubric.
8       Q    So at the top of Goal 2, it says:
9    "Throughout the school year, 100% of GNETS programs
10   will demonstrate highly reliable evidence of
11   implementing 'evidence based' behavioral support and
12   therapeutic services for all students at an
13   operational level."
14          Do you see that?
15      A    I would need to have their ratings in
16   front of me.  I can't definitively say, but I can
17   see when I do the reviews if they're implementing
18   that or not at that level.  I don't know the
19   numbers.
20      Q    So what happens if a regional program did
21   not meet a hundred percent?
22          MS. JOHNSON:  Objection.
23      A    There's conversation, okay, you didn't
24   meet this action item at operational.  What is your
25   team working on to do -- you know, working to



1   implement to get to that place?

2          And the last part of the strategic plan,

3   it has that summary.  So these areas where they may

4   not be meeting at operational, you know, at a

5   hundred percent, or meeting any of the action items

6   at 100 percent, that's where the local team writes

7   their priorities of areas that they need to work on,

8   areas of improvement.

9      Q    If a program was to not receive a hundred

10  percent, would you then look differently at this

11  portion the following year?

12         MS. JOHNSON:  Objection.

13     A    We would definitely want to have follow-up

14  conversation.  Hey, you didn't meet this action item

15  a hundred percent, what has the local GNETS put in

16  place to meet that.

17     Q    When would you have those conversations?

18     A    Typically, when we did them before, when

19  we were face-to-face, we would have those

20  conversations then.  Because, remember, they have

21  done their self-assessment.  They're then sharing

22  with us what they have implemented, and that

23  conversation could come up in their strategic plan

24  review.

25         You're emerging here, you know, how --



1  what are you going to be doing to get this to

2  operational.

3       Q    Who's involved in those conversations?

4       A    Lakesha and I do -- have done the

5  strategic plan reviews in the past.  Whether we were

6  doing them together or I was doing one or she was

7  doing one, the districts, we would be in those

8  conversations.

9       Q    Can a program still be funded through the

10  GNETS grants if they don't meet these goals?

11      A    Yes, the grant.  Yes, they receive the

12  grant.

13      Q    Are other steps taken in addition to the

14  conversations and further monitoring if they do not

15  meet the goals identified in the strategic plan?

16      A    Say the question again.

17      Q    Sure.  They're various goals in the

18  strategic plan, correct?

19      A    Right.

20      Q    You mentioned that if a regional program

21  does not meet it, you have conversations about what

22  steps to take --

23      A    Or they share with us.

24      Q    -- or they share with you.

25           What other steps are taken by GaDOE?



```
 1      A    None other -- no other steps that I'm

 2  aware of, within that feedback.

 3      Q    Let's move to the next page, on Section 3,

 4  Instructional and Academic Support.

 5           How would you describe this focus area?

 6      A    This looks like the instructional

 7  implementation -- implementation of instruction

 8  within a program.  Of course, Action Item A,

 9  teachers should plan to teach the Georgia

10  performance standards.

11           Ensure teachers maintain a positive and

12  academically challenging learning environment,

13  demonstrate difficulties are matched to tiered

14  interventions, GNETS certified and classified staff

15  will attend any instructional related trainings by

16  GaDOE, the RESAs, LEAs, or conferences.

17           And then the activities are outlined here.

18  Like for Section A, teach trainings, teacher

19  coaching, anything that's offered through their LEAs

20  that they could be a part of.

21      Q    Thank you.  At the goal -- you see where

22  it says Goal 3 at the top?

23      A    Yes.

24      Q    And where it says, "All instructional and

25  academic activities required for students to be
```



1  successful and make adequate academic growth will be

2  implemented as an operational level."

3          Do you see where it says that?

4      A    Yes.

5      Q    What qualifies as an instructional and

6  academic activity?

7      A    That's the -- some of the activities that

8  are outlined here.

9      Q    Okay.

10     A    When they're sharing their evidence,

11 lesson plans that reflect teaching of the Georgia

12 performance, iReady monitoring, which we spoke about

13 earlier.

14     Q    Do you have criteria to determine what is

15 adequate academic growth or success that you provide

16 them?

17     A    I do not.

18     Q    You mentioned earlier that you also

19 provide a score.  Is that correct, as GaDOE?

20     A    A score?

21     Q    On the strategic plans.

22     A    We have provided -- well, the process has

23 changed.  Let me go back a little here.

24          My first year, maybe the year before, a

25 score was provided for implementation.  We moved



1  from providing a score, percentage score, to looking

2  at just the rubric feedback, and our feedback became

3  -- after we reviewed what they shared, gave our view

4  of it, the artifacts that they shared, we ranked as

5  operational, evident -- or not evident -- emerging

6  or not evident, from what we could see that they

7  shared.

8          But you said a criteria?  Could you

9  repeat?

10     Q    I was wondering if you had criteria that

11 helped you assign that score?

12     A    It's really looking for implementation.

13 These are the action items, these are some of the

14 type of activities we should see that reflect if

15 you're implementing this.  And it was using the same

16 ratings, rubric ratings.

17     Q    Do you still give those ratings?

18     A    We paused strategic plan monitoring in

19 2020, just as cross-functional monitoring and -- as

20 the other did, because we couldn't get there.

21         We did not do those in the past two years,

22 but in the past we did do those ratings.  We

23 provided the feedback to them for the different

24 sections, based on once they shared their data, what

25 our ratings were.  We did share that.



1    Q    Just to make sure I understand.  You
2  paused the strategic plan for school year 2019-20,
3  and 2020-21?
4    A    20-21.
5    Q    What about 2019-20?
6    A    We would have implemented reviews in 2020,
7  but we shut down in March.  So some of those reviews
8  would have been done that year.  So those were
9  paused for the remainder of the 19-20 year and we
10  didn't do them 20-21.
11    Q    And when those were paused, do you mean
12  you paused giving ratings?
13    A    No.  We did not implement.  We did not to
14  the reviews because we could not go out.
15         And monitoring was paused in Federal
16  Programs, too, so we kind of followed that.
17  Cross-functional monitoring was paused, too.
18    Q    Did the regional GNETS programs still
19  complete a self-assessment?
20    A    We did -- I can't recall if we got that
21  for 20 -- no, I know we didn't do it for 2020.  We
22  just started our new process of them providing the
23  assessments in their 2021 -- I mean 20 -- FY23 grant
24  applications.  They're submitting those.
25    Q    Okay.



1        A    I'm not for sure.  I don't know for sure.

2        Q    So for -- to make sure I understand, for

3    next year's grant application, they will be

4    completing this school year a strategic review plan

5    self-assessment?

6        A    The plan -- the plan is they've submitted

7    last year's summary, strategic plan review, and our

8    plan is, because we did not do the reviews during

9    the school year for 2020 -- what is this?  21-22 our

10   plan is to meet with them to review their summaries

11   for this past school year.

12       Q    So not the full assessment but a summary?

13       A    Correct.  The summary of this year.

14       Q    So this year, meaning school year

15   2022-2023, are regional programs back on track to

16   complete the self-assessment through the strategic

17   plan?

18       A    They will do that anyway for the upcoming

19   new -- this current school year.  When we meet with

20   them we're going to be looking at what they

21   submitted for the past school year, 21-22.

22       Q    Got it.

23       A    In these meetings we're planning to do in

24   the fall.

25       Q    But come spring 2023, will you be having



1  strategic plan review meetings, and will they be

2  submitting the self-assessment?

3      A    We're talking through that planning

4  process now.

5      Q    So it's not certain yet?

6      A    Not yet.

7      Q    All right.  In the conversations that are

8  upcoming related to the strategic plan review

9  summary from last school year, will you and GaDOE

10  give the regional programs a rating?

11      A    Still having discussion around that, for

12  this past year.

13      Q    And what was the reason for the pause in

14  the strategic plan in 2020?  Would it have been the

15  pandemic?

16      A    It was.  Other areas paused monitoring.

17      Q    Do you provide feedback on the action

18  plans that the regional programs develop after the

19  strategic review?

20      A    The summary action plans?

21      Q    Uh-huh.  (Affirmative.)

22      A    I do not.  They share that.  This is their

23  assessment, and based on their data and how they

24  rated themselves, they determine what those priority

25  areas are going to be.



1    Q    And am I correct that you've just flipped

2  to Bates GA --

3    A    I'm sorry.

4    Q    -- 00362022?

5    A    Yes.

6    Q    So this is a sample self-assessment

7  improvement summary plan?

8    A    Yes.

9    Q    How long -- in the past, how long do the

10  strategic review plan meetings last?

11    A    They could average three hours because we

12  would really go through the artifacts with them.  So

13  approximately could be three hours.  Two and a half,

14  three hours.

15    Q    Circling back to the summary, does anyone

16  else at GaDOE receive these?

17    A    No.

18    Q    Just you and Lakesha?

19    A    We receive them, yes.

20    Q    Are they attached as part of the GNETS

21  grant application?

22    A    Yes, the summaries are.  Well, that's the

23  new process that I put in place this year.

24    Q    Will the full self-assessment also be

25  attached this year, or just the summary?



1      A     We haven't finalized that for this year --

2   You mean for the reviews we're going to do -- for

3   the ones that we're going to review for their past

4   21-22 school year, it's just the summaries.

5           No, I have not made any decisions on what

6   that will look like for the next school year.  Still

7   a lot of planning.

8      Q     Who are you doing this planning with?

9      A     I'll plan with my program specialist,

10  which is Lakesha, because we work in this work.  And

11  of course I will share that with the special

12  education director, Wina.

13          MS. JOHNSON:  Michelle, before we move on,

14      just to clean up the record, do you want to go

15      back to this document ending in 535?  It was

16      one of the ones that we objected to, and just

17      to clarify the record, we withdraw the

18      objection to this document.

19          So to the extent you have any questions

20      about this exhibit, we can move forward with

21      that, just to lessen what we have to do on the

22      back end after today.

23          MS. TUCKER:  Thank you.  It's ending in

24      535?

25          MS. JOHNSON:  535.  It was just this one



```
 1        pager.
 2              MS. TUCKER:  Okay.  I will circle back to
 3        that later.  Thank you for letting me know.
 4              MS. COHEN:  You're referring to Exhibit
 5        387, Melanie?
 6              MS. JOHNSON:  The Bates number ends in
 7        535.
 8              MS. COHEN:  Right, yeah.  GA00364535.
 9              MS. JOHNSON:  Yes.
10              MS. COHEN:  Exhibit 386.
11              MS. TUCKER:  Thank you.
12              I'd like the court reporter to mark this
13        document as Plaintiff's Exhibit 389.
14              The Bates number on the first page of the
15        exhibit is GA00337236.
16              (WHEREUPON, Plaintiff's Exhibit-389 was
17         marked for identification.)
18   BY MS. TUCKER:
19        Q    This is a November 29th, 2018 email from
20   you to the regional GNETS directors with a cc: of
21   Lakesha Stevenson, and the subject is
22   "Presentation."
23              Mrs. Cleveland, do you recognize this
24   email?
25        A    Yes.
```



1    Q    Am I correct that you say:  "It was great

2    seeing everyone at GCASE and I hope you had a

3    restful Thanksgiving break."

4         What is GCASE?

5    A    It's the Georgia council for

6    Administrators for Special Education, professional

7    organization for special administrators.

8    Q    How often is GCASE?

9    A    GCASE typically meets -- in November

10   there's a meeting and March.

11   Q    And the regional GNETS directors attend?

12   A    It's by choice.  Some do attend and some

13   do not.

14   Q    In the third sentence of the email you

15   write:  "I have also attached the Strategic Plan

16   Review schedule for 2019."

17        Am I correct?

18   A    Yes.

19   Q    I'd love to turn to that attachment, which

20   starts with Bates GA00337238.

21        Tell me when you get there.

22   A    I have it.

23   Q    Do you recognize this chart?

24   A    I do.

25   Q    Did you create it?



1      A    I think Lakesha and I worked on it

2  together.

3      Q    Am I correct this document includes the

4  on-site monitoring for the strategic plan reviews

5  for fiscal year '18?

6      A    '18 or '19?

7      Q    The first sentence it says, quote "On-site

8  monitoring visits" --

9      A    I --

10     Q    I'll just finish it for the record.

11          "On-site monitoring visits will be

12  completed based on ratings received from the FY18

13  Strategic Plan Summary Reviews."

14          Do you see that?

15     A    Yes.

16     Q    Thank you.  So am I correct by looking at

17  this that programs that you visited in person versus

18  virtually, it was based on scores?

19     A    Yes.  This was how it was previously --

20  feedback was previously provided.  This was in 2019

21  -- 2018, '19.

22          The previous process, because that process

23  has changed.  We've now moved to just the rubric

24  ratings.  We would take a look at each focus area

25  and look at rating based on percentages.  If it's



1  five activity action items were in that area, they

2  got four in operation on that area.  That's an 80

3  percent rating.

4          So we were using a numerical rating, but

5  we all have been moved towards just feedback on

6  implementation based on the rubric.

7      Q    So I'm correct that you moved from a

8  numerical rating to the operational, emerging --

9      A    Yes.

10      Q    -- not evident?

11      A    Not -- rubric rating, yes.

12      Q    That's what you referred to as the rubric

13  rating?

14      A    Yes.

15      Q    What led you to make that change?

16      A    Just in discussion with the State

17  director.  Not being able to have that conversation

18  to be able to know what the timeline was, but I

19  think initial conversations, and I don't know this

20  definitively, were to -- the ratings -- the

21  numericals were only looked at for three years.

22          So just in conversation with the State

23  director, we decided to move towards fidelity

24  implementation, using the rubric process versus

25  numerical.



 1      Q    Am I correct then, where it says 2019
 2 onsite monitoring, there is, there is nine regional
 3 programs identified that you would visit in person?
 4      A    Yes, in '19, visit in person.
 5      Q    The other regional programs that aren't
 6 included, the other 15, you visited those virtually?
 7      A    At this point we, we moved to trying --
 8 not trying to do all 24 at one time in a school
 9 year.  With two people that was becoming challenging
10 to do all 24.  So we came up with like a cyclical
11 rotation of eight to nine each year.
12           I'm thinking that's when we moved to this.
13      Q    Is that your intended process for next
14 year?
15      A    Yes.  Moving to doing eight a year, and
16 then that would be cyclical, so it would continue to
17 rotate.  That's our thinking, but nothing definitive
18 yet.
19      Q    Are you saying that you would review
20 eight, or that you would visit eight?
21      A    Visits could be just going to visit the
22 program.  Review is reviewing the strategic plan.
23 And then that could be that while doing the
24 strategic plan, that could also involve a visit.
25      Q    So am I correct that if I was a regional



1  program director and it was an off-year of the

2  three-year cycle, would you look at the

3  self-assessment that my -- me and my program

4  completed?

5      A    Because it's been paused, but moving

6  forward I would still want to see that, because it

7  is still part of the grant application.

8      Q    Got it.  Thank you.

9           I think we covered this, but just want to

10  confirm.  For the summary action plans for the last

11  school year, are you doing all 24 programs?

12     A    Yes.  That's part of everybody's grant

13  application.

14     Q    When you rate a regional GNETS program on

15  the strategic plan, do you communicate your rating

16  with the regional program?

17     A    We have in the past, yes.

18     Q    How long do you communicate that?

19     A    One year we provided like a -- it's called

20  like a report that lists the different focus areas

21  and all of the action items, and it showed what our

22  rating was, and that was shared with them.

23     Q    What year was that?

24     A    I'm thinking the last time we did that was

25  2019, but I'm not -- I'm thinking it was 2019.  I



1    would have to look at it.

2         Q    And then it's been paused?

3         A    Yes.

4         Q    Do you share your rating with others in

5    GaDOE?

6         A    Not with other units.  I have talked to

7    the special ed director about rating process and not

8    all -- not the ratings, no.

9         Q    Am I correct you're referring to Wina Low?

10        A    No.  She has a -- she just came on board,

11   so she hasn't been a part of this.  It was my

12   previous director, Zelphine.

13        Q    Zelphine?

14        A    Uh-hum.  (Affirmative.)

15        Q    In your conversations with Zelphine or

16   Lakesha regarding your ratings, have you raised

17   concerns at regional GNETS programs that you've had?

18        A    If they were to have an area that's not

19   evident, we do follow up and say, hey, we looked at

20   the evidence that you shared or artifact that you

21   shared, can you tell us more about this.  And, you

22   know, what are your plans to move from this rating

23   to operational.

24        Q    Do you recall, how many GNETS programs do

25   you recall receiving not evident scores?



1      A    I don't recall many not receiving -- many

2    receiving not evident.

3      Q    Have you seen not evident scores on a

4    self-assessment?

5      A    We've looked at those now as part of the

6    grant application review, and I don't recall seeing

7    not evident.

8      Q    Have you or GaDOE provided a not evident

9    score to a regional GNETS program on an action item?

10     A    I don't recall providing that score, but

11   the feedback is there if I had to look at it.

12          MS. TUCKER:  I'd like the court reporter

13      to mark this document as Plaintiff's Exhibit

14      390.

15          The Bates number on the first page of this

16      exhibit is GA00054562.

17          (WHEREUPON, Plaintiff's Exhibit-390 was

18      marked for identification.)

19   BY MS. TUCKER:

20     Q    This is an April 24th, 2020 email from

21   you, Vickie Cleveland, to Shaun Owen and Zelphine

22   Smith-Dixon, and the subject is "Documents for

23   meeting tomorrow."  And there are a few attachments.

24          Mrs. Cleveland, do you recognize this

25   email?



1      A    Yes.

2      Q    Am I correct that you were sending these

3  documents in advance of a meeting that day?

4      A    Yes, per the email.

5      Q    Do you recall why you were meeting?

6      A    Based on the attachments, it looks like it

7  was around fiscal assurances, and it looks like I

8  was sharing an upcoming presentation on GNETS

9  funding.

10      Q    Thank you, Mrs. Cleveland.

11           I'd like to talk about that presentation,

12  which begins on GA00054567.001.

13           From the earlier email, this document was

14  titled, "GNETS FY20 Funding."

15           Do you recognize this presentation?

16      A    I do.

17      Q    Did you create it?

18      A    Yes.

19      Q    Have you created updated presentations to

20  cover the next fiscal years?

21      A    We did a training in October I believe --

22  October of 2021 and I invited Geronald, our budget

23  liaison, to come present on budget, and I also had

24  Melissa Roberts, the program manager for Federal

25  Programs budgets -- special education budgets, come



1  and present also.

2      Q    Great.  Let's turn to Page 4.

3           Are you there?

4      A    Yes.

5      Q    Am I correct that it read "GNETS FY20

6  Funding" on the side?

7      A    Yes.

8      Q    And that the State grant total is

9  $62,285,243?

10     A    Yes.

11     Q    The Federal IDEA grant totaled $7,910,000?

12     A    Yes.

13     Q    And then there are also -- funding from

14  local contribution and local fees?

15     A    If they are LEAs, provides supports.

16     Q    Thank you.  That was going to be my

17  question.

18          So this is regarding LEA supports?

19     A    Yes.

20     Q    So would I be correct that the Fiscal Year

21  20 funding for GNETS was over 70 million?

22     A    With the total of the state grant.

23     Q    And the federal grant?

24     A    Yeah.

25     Q    Okay.  Do you recall what the funding is



1  this fiscal year?

2       A    For FY23, the State grant is right at 53

3  million, and the federal grant is around $7.5

4  million.

5       Q    So it's decreased?

6       A    Yes.  And the funding for GNETS is driven

7  by enrollment.  So if enrollment decreases, the

8  funding levels decrease.

9       Q    So the numbers have gone down?

10      A    Yes.

11      Q    Which we discussed earlier?

12      A    Yes.

13      Q    Thank you.

14           Let's go to Slide 10.  Am I correct -- are

15  you there?

16      A    I am.

17      Q    Am I correct that this reads "State

18  Allocation Per Program"?

19      A    Yes.

20      Q    Am I correct that this is state money

21  allocated to the regional GNETS programs?

22      A    Yes.

23      Q    And how is this determined?

24      A    These are the allocations that I receive

25  from Geronald's office.  I provide the student



1  record numbers, which is driven by enrollment, and

2  his office calculates the allocation formula, and

3  then he provides these numbers to me.

4       Q    And then the next slide, am I correct that

5  this is the federal money allocation per program?

6       A    Yes.

7       Q    And how is this calculated?

8       A    This one is calculated on like -- in

9  enrollment bands, for example, ranges.  They range

10 if you have less than a hundred kids or 250 to 300

11 kids.  That's how their allocation is assigned.

12      Q    Thank you.

13      A    And the next page.

14      Q    Got it.  Thank you.

15           You've presented on this.

16           Let's turn to Page 13 -- or Slide 13.

17      A    Okay.

18      Q    Am I correct that this identifies the

19 Fiscal Year 20 contracts and grants?

20      A    Yes.

21      Q    Are these grants paid for with state grant

22 money?

23      A    They are paid for with state grant money.

24 The State grant wants the formula and locations that

25 have been allocated to each GNETS.  I am allocated a



1  program manager's budget, and from that budget I can

2  do grants and contracts, and there's some of the

3  grants and contracts.

4       Q    Great.  And am I correct that the total

5  for these contracts and grants for Fiscal Year 20

6  was $1,285,575?

7       A    That's the estimate.  What the actuals

8  are, once things are paid, could be a little less,

9  but most of the time it's what is budgeted.

10      Q    Thank you.

11           Do you work on the contracts?

12      A    I work -- I work with one of our

13 administrative assistants, previously.  That's now

14 changed.  We now have a coordinator that helps with

15 the contracts.  But I get the scope of work, say,

16 from a vendor, pull the contract amount, and I then

17 provide that information to them just on a division

18 contract template, and then they work with the

19 grants -- I mean the contract office to get the

20 contracts, moving through the lines of approval, but

21 I provide the vendor information, what is the scope

22 of work, what is the purpose, and what's the cost.

23      Q    Let's walk through the contracts on this

24 slide, starting with Curriculum Associates.  Do you

25 see that?



VICKIE D. CLEVELAND                                    August 17, 2022
UNITED STATES vs STATE OF GEORGIA                              241

1      A    Yes.

2      Q    This is the iReady that we discussed?

3      A    Yes, and that's a grant.

4      Q    And this was academic/remedial

5   programming?

6      A    Yes, the reading and math, remedial.

7      Q    The next contract paid for with the state

8   grant is -- or state money is Staff Rehab?

9      A    And actually that's an error there because

10  we subgrant.  We don't to an actual contract with

11  Staff Rehab.  The grant goes to the GNETS.  It's

12  allocated -- that's a therapeutic services grant.

13        Staff Rehab, some of them use that vendor

14  to hire or find staff for their LCSW, or social

15  worker positions, and some the grant can be used to

16  hire locally.

17        So this is old information.

18      Q    Was it accurate for Fiscal Year '20?

19      A    It's accurate in that they were allocated

20  the grant, but it wasn't with Staff Rehab.

21        Some of them did use -- I mean that was

22  probably on there for me that some of them used

23  Staff Rehab but the grant was subgranted to the

24  eleven GNETS.

25      Q    With that subgrant I believe you just said



1  that many Staff Rehab?

2       A    Some did.

3       Q    Some do, and others use local?

4       A    If they can hire locally, you know, find a

5  professional to hire, some hire locally.

6       Q    Do you approve that?

7       A    Yes.

8       Q    What type of information do you look at to

9  approve that?

10      A    I don't approve the hire.  I mean, for the

11 record, I do not approve the hire.  I allocate the

12 grant for them to use to hire.

13      Q    You approve the grant being used for --

14      A    For LCSW, or therapeutic services

15 provider.

16      Q    Let's go to the third contract, Georgia

17 State University, FBA/BIP.

18      A    Yes.

19      Q    What is that?

20      A    That was a contract that we had.  We no

21 longer have that contract.  It was training on

22 Functional Behavior Assessments, contracted with

23 Georgia State, and they provided training to GNETS

24 directors.

25           I actually participated in that training,



1 | too, coming into this role on FBA development.  It
2 | was a contract we had with Georgia State.
3 |     Q    And you no longer have that?
4 |     A    No, we don't have it.
5 |     Q    Do you have the next contract named with
6 | Georgia State?
7 |     A    I do not.
8 |     Q    Would I be correct that this would be a
9 | trauma informed care contract, not --
10 |     A    Yes, it was with them.  Yes, Georgia
11 | State.
12 |     Q    Do you have -- does the GNETS program have
13 | contracts to assist with FBA and BIPs for trauma
14 | informed care not with Georgia State?
15 |     A    We do not.
16 |     Q    When did these contracts end?
17 |     A    I'm going to say 2019, due to decrease in
18 | funding.  My budget, didn't have a budget.
19 |     Q    Next I see Nquire Services?
20 |     A    That's the vendor for the SDQ, Strengths
21 | Difficulty Questionnaire, and that pays for access
22 | to that platform, for them to use that assessment.
23 |     Q    The next is Jigsaw/Teachtown RBT?
24 |     A    No longer have that contract.  Teachtown
25 | no longer has that RBT, registered behavioral



1  technician component, which they could earn

2  certification through that contract.  We no longer

3  have that.

4       Q    When did that contract end?

5       A    I want to estimate and say it was 2019

6  because that's when there were budget changes.

7       Q    So this was due to budget changes as well?

8       A    Let me retract that on the budget changes

9  on that one.  With that one Teachtown no longer

10  offed that as an option.  It's a service that I

11  could contract on for the RBT certification.

12       Q    Have you looked for an RBT certification

13  replacement?

14       A    I have not.  No, I have not.

15       Q    And why is that?

16       A    Budget.

17       Q    What about the next one, which reads

18  Jigsaw/Teachtown ABA Pro licenses?

19       A    That's an online professional learning

20  opportunity platform for teachers to access lessons

21  and resources on working with challenging --

22  students with challenging behaviors.

23       Q    Do you still provide these --

24       A    I still -- I still have that contract.

25       Q    Okay.  I'm going to ask the question again



1  so we have the full question on the record.

2       A    Okay.

3       Q    Do you still provide licenses through

4  Jigsaw/Teachtown for ABA Pro?

5       A    Yes.

6       Q    And this is for all regional GNETS

7  programs?

8       A    For those that want to participate.  Some

9  no longer participate or use it, but for those that

10  want to continue to use it, we do have some.

11      Q    Do you know about how many use it?

12      A    Because that changed maybe last year.  I

13  don't know the exact number but it's not as many as

14  we had initially.

15      Q    What about Pearson/BASC-3?  Is this the

16  BASC-3 licensing we talked about earlier?

17      A    Yes.  I still have that contract.

18      Q    You still have that?

19      A    Uh-hum.  (Affirmative.)

20      Q    Are there any contracts not identified

21  here that you currently have?

22      A    I cannot -- let me look at the list again.

23           FBA, BASC, Nquire -- I can't -- no, I

24  can't think any of others.

25      Q    Let's go to the next slide.  It reads:



1   "Program Manager Budget," correct?

2        A    Yes.

3        Q    Am I correct this is your budget?

4        A    Yes.

5        Q    And it is $1,461,522 in Fiscal Year '20?

6        A    Yes.

7        Q    What is it now?

8        A    It's right around 1.1 mill.  I think

9   there's -- I can't remember the piece for personnel,

10  but the contracts minus my budget, maybe

11  approximately 190,000 maybe less the contracts for

12  my personal services.

13           We no longer have real estate charges,

14  telecommunication charges.  I haven't had to buy a

15  new computer.  I used that budget for also that.

16       Q    Let's take a step back.

17           So when it says personal services, what

18  does that refer to?

19       A    That would be my salary, benefits.

20       Q    Is Lakesha Stevenson's salary paid through

21  this budget as well?

22       A    She is not.  She's paid through federal

23  grant.  Not the GNETS federal grant, just IDEA.

24       Q    IDEA?

25       A    Within special education.



VICKIE D. CLEVELAND                                    August 17, 2022
UNITED STATES vs STATE OF GEORGIA                               247

1        Q     By GaDOE?

2        A     By GaDOE, yes.

3        Q     Then the regular operating expense, what

4    does that entail?

5        A     That is -- it really -- operating would be

6    some of those things I've broken out here.  I can't

7    remember specifically what else we have on there for

8    drawdowns for that.  I don't recall specifically for

9    that.

10       Q     Computer charges was your technology and

11   your --

12       A     That would be for technology.  It's

13   budgeted, so if needed.

14             Then of course real estate was -- we had

15   to pay for cube space.  We no longer have to pay for

16   that.

17       Q     To pay for cube space within GaDOE?

18       A     Within GaDOE.  But that's no longer being

19   done because we no longer -- we telework.  We're no

20   longer onsite.

21       Q     You're fully remote?

22       A     Yes.

23       Q     And then telecommunications?

24       A     That's when we would have the landlines

25   for the phones.  So we no longer have that.



1      Q    And going back to being fully remote, did

2    this start with the beginning of the pandemic?

3      A    Yes.

4      Q    And the contracts, am I correct that's

5    what we just discussed on the previous slide?

6      A    Yes, we went through those.

7      Q    Thank you.

8           Let's go to Slide 15.  This is the GNETS

9    grants application that we've spoken about, correct?

10     A    Yes.

11     Q    And this is a grant application that each

12   regional GNETS program completes, correct?

13     A    Yes.

14     Q    Have there been changes to the process to

15   apply while you've worked at GaDOE?

16     A    The application previously was not

17   electronic or through the GaDOE portal.  It was a

18   separate Word document that they would complete, but

19   the contents, much of the content that was in that

20   paper document is now in the portal grant

21   application.

22     Q    Then do you see on this slide where it

23   reads:  "GNETS Grant application aligns to the

24   strategic plan"?

25     A    Yes.



1      Q    Can you elaborate on that?

2      A    Like for the different focus areas of the

3  strategic plan, the grant app would show behavioral,

4  therapeutic supports, instructional, personnel.  I'm

5  trying to think of some of the other areas.

6           There's an reintegration section of the

7  grant, that piece I discussed earlier, where they

8  talk about short-term stabilization, how many kids

9  went back.  That piece is in there.

10          Of course -- I'm trying to think of the

11 budget piece in there.  Personnel.  Severe

12 behavioral management, de-escalation, they have to

13 report that data in there.

14          So some of those sections that are in the

15 strategic plan are also in the grant app.

16     Q    And then I know you review the grant

17 applications.  We discussed that?

18     A    Yes.

19     Q    And who also reviewed it?

20     A    Lakesha and I split those to review.  It's

21 24.

22     Q    Does anyone else in GaDOE review the grant

23 applications?

24     A    No.

25     Q    Do you add requirements prior to grant



VICKIE D. CLEVELAND                              August 17, 2022
UNITED STATES vs STATE OF GEORGIA                          250

1    approval to assure compliance or improve educational
2    services?
3              MS. JOHNSON:  Objection.
4        A    I'm sorry.  Repeat that.
5        Q    No problem.
6              Do you add requirements prior to grant
7    approval into the application to improve educational
8    services at a regional GNETS program?
9              MS. JOHNSON:  Objection.
10       A    I don't add requirements, but referring
11   back to the attachments that I mentioned earlier, I
12   had those attachments that they have to submit for
13   each of the different areas.
14             And the grant application itself, under
15   the instructional piece, they share what
16   instructional interventions are used and that's
17   embedded in the grant application.
18             Behavioral and therapeutic supports, what
19   type of behavior and therapeutic supports is in the
20   grant application.
21             Tier supports, how they are tiering
22   students for the different behavioral and
23   instructional supports are also a part of that.
24       Q    Do regional programs, regional GNETS
25   programs, have different assurances required in the



 1  GNETS grant?

 2      A    The assurances are the same.  They're two

 3  types of fiscal agents, the LEAs.  12 have LEAs as

 4  fiscal agents, 12 have RESAs as fiscal agents, and

 5  those assurances are used for each of the fiscal

 6  agents, depending on who their fiscal agent is.

 7      Q    Are all of the GNETS grant application

 8  requirements the same for all regional --

 9      A    Yes, they're the same.

10      Q    I'm going to just ask it again to get the

11  full question out on the record.

12           Are all GNETS application requirements the

13  same for all 24 regional GNETS programs?

14      A    Yes.

15           MS. TUCKER:  I would like to introduce an

16      exhibit that was previously -- Plaintiff's

17      Exhibit 229, that was previously introduced.

18           We're going to show it electronically.

19           (WHEREUPON, Plaintiff's Exhibit-229 was

20      previously marked for identification.)

21  BY MS. TUCKER:

22      Q    Mrs. Cleveland, do you see this document?

23      A    I do.

24      Q    Am I correct that this is the grant

25  application for Northwest Georgia GNETS for Fiscal



1    Year 2021?

2         A    Yes.

3         Q    Let me correct that.

4              The Northwest Georgia RESA, but it's for

5    Rutland Academy GNETS program.  Is that correct?

6         A    It's Rutland.  I'm sorry.  It's Northeast

7    Georgia.

8         Q    Thank you.

9              Please take a moment to flip through, as

10   you're doing, and let me know when you've had a

11   chance.

12             (Witness reviews exhibit.)

13        A    Okay.

14        Q    Ms. Cleveland, is this a typical GNETS

15   grant application?

16        A    Yes.

17        Q    And all of the regional programs would

18   submit the same GNETS application?

19        A    Yes.

20        Q    It is the same for this current fiscal

21   year?

22        A    Yes.

23        Q    Who decided what information was required

24   by the grant application?

25        A    This platform was in progress when I came



1  on board, and I continued to work with that division

2  to continue to complete the project.  So it was

3  started and I worked with them to finish, get it

4  completed.

5      Q    What do you mean by you're looking to get

6  it completed?

7      A    The actual platform.  When I came in, it

8  was, it was being built.  It was at those beginning

9  stages and there were things that still needed to be

10  completed with making sure that directors could

11  access it, all of that IT business rule stuff around

12  that.  So I worked with them to finish the -- get

13  the platform finished.

14      Q    Is the platform finished now that --

15      A    Yes.  This is how they upload their grant.

16      Q    When was it finished?

17      A    I think we've been putting it in here

18  since 2020.  I'm not for certain.  I would have to

19  look at the --

20      Q    And is this the GaDOE portal platform or a

21  different platform?

22      A    It's a GaDOE portal and it's a GNETS

23  application.

24      Q    So it's a separate application within the

25  portal?



1    A    You log into the portal and we have a link

2  that you go to GNETS for the grant application.

3    Q    Thank you.

4         And then if you -- if GaDOE was looking to

5  change some of the required information in the GNETS

6  grant application, how would that come about?

7         MS. JOHNSON:  Objection.

8    A    If we were looking to change -- say that

9  again.

10    Q    If you wanted to change the requirements

11  in the GNETS grant application, how would you make

12  those changes?

13    A    I would not just make the changes.  I

14  would meet with, of course, the State director.  The

15  deputy would probably be in that conversation.  And

16  then I would have to work with IT to implement any

17  changes to the grant application.

18    Q    Can any changes be made to the fiscal

19  agent assurances?

20    A    If GaDOE felt there was a need to change.

21  I'm not -- I don't know.

22    Q    Are all of the fiscal agent assurances the

23  same?

24    A    Yes.  RESA has -- there may be a little

25  bit of different language in the RESA fiscal agent.



1   They may have a couple of things that are different

2   than what's in the LEA.  Because there's a LEA

3   fiscal assurance and a RESA fiscal assurance.

4        Q    It's the same from regional program to

5   regional program

6        A    Yes.  If their fiscal agent is a RESA,

7   that assurance is the same.

8        Q    But it's a little bit different if LEA is

9   a fiscal agent?

10       A    Yes.

11       Q    Thank you.

12            Does a grant contain provisions that

13  allows the State to terminate funding if the

14  regional GNETS program is found in noncompliance?

15       A    Say that again.

16       Q    Is there a provision in GNETS -- in the

17  GNETS grant to terminate funding to a regional GNETS

18  program?

19       A    Not that --

20            MS. JOHNSON:  Objection.

21       A    -- I'm aware of.

22            THE WITNESS:  Can we take a break?

23            MS. TUCKER:  Of course.

24            THE VIDEOGRAPHER:  Off the record at 4:47

25       p.m.



```
 1              (A recess was taken.)
 2              THE VIDEOGRAPHER:  Back on the record at
 3         5:01 p.m.
 4    BY MS. TUCKER:
 5         Q    Hi, Mrs. Cleveland.
 6              What coordination do you have with GaDOE's
 7    Office of Planning and Budget?
 8         A    I don't work or collaborate or coordinate
 9    with the Office of Planning and Budget.  I work with
10    Geronald Bell, who is the budget liaison for GNETS,
11    and he works with the Office of Planning and
12    Budgets.
13              MS. TUCKER:  I'd you look to introduce
14         Plaintiff's Exhibit 391.
15              The first Bates number on the first page
16         of this exhibit is GA00355886.
17              (WHEREUPON, Plaintiff's Exhibit-391 was
18          marked for identification.)
19    BY MS. TUCKER:
20         Q    This is a November 15th, 2019 email from
21    you to Amber Todd.  The subject is "Performance
22    Measure Review/Questions."
23              Mrs. Cleveland, do you recognize this
24    email?
25         A    Yes.
```



VICKIE D. CLEVELAND                                          August 17, 2022
UNITED STATES vs STATE OF GEORGIA                                       257

1      Q     Who is Amber Todd?

2      A     Amber Todd is out of the Office of

3  Planning and Budget, and she sends this request

4  around this time of year, and I work with Geronald

5  and with Mark to get information on her student

6  funding and the number of kids served in GNETS

7  programs.

8      Q     And by this time of year, are you

9  referring to the date of the email, or now?

10     A     Now.  She has recently requested this

11  information now.

12           So this is the date that she sent it then.

13     Q     Thank you.

14           And in the earliest email in the chain,

15  Amber Todd indicates that she's collecting FY21

16  performance measures.  Is that correct?

17     A     That's what she has in the email, yes.

18     Q     What is the purpose of FY21 performance

19  measures?

20     A     This information is requested from their

21  office, and typically I provide the information.

22  I'm not sure what OPB does with it, but my role is

23  to get -- respond to the GNETS questions that she

24  has on here.

25     Q     A moment ago you just mentioned OPB.  Are



1  you referring to GaDOE's Office of Planning and

2  Budget?

3      A    Yes.  I think she works out of there.

4      Q    I see that.  Thank you.

5           And this data is collected each year?

6      A    Yes.

7      Q    In response, you tell Amber Todd you

8  provided updates as well as providing a GNETS

9  assessment summary.  Is that correct, in your email?

10     A    Yes, from what I've stated in the email.

11     Q    Let's look at the attachments that you

12  shared.  We're going to pull them up electronically.

13          Let's turn to the first attachment, which

14  begins GA00355888.

15          THE VIDEOGRAPHER:  Michelle, do you have

16      your mike on?

17          MS. TUCKER:  No.  Do you need me to repeat

18      anything?

19          THE VIDEOGRAPHER:  No.  I heard you.  It

20      will just sound better.

21          MS. TUCKER:  Is that better?

22          THE VIDEOGRAPHER:  Yes.

23          MS. TUCKER:  Thank you.

24  BY MS. TUCKER:

25      Q    Mrs. Cleveland, do you see the document



1  that's titled, "GNETS Assessment Data Summary," 2016

2  through '19?

3      A    Yes.

4      Q    Do you recognize this spreadsheet?

5      A    Yes.

6      Q    Did you create it?

7      A    I did not.

8      Q    Who created it?

9      A    I received this spreadsheet from the

10  Assessment Accountability Office.  They provided

11  that spreadsheet.

12      Q    This is within GaDOE?

13      A    Yes.

14      Q    And was this requested by Amber Todd, or

15  is this something you sent separately?

16          MS. JOHNSON:  Objection.

17      A    This was not requested by Amber Todd, no.

18          There's a -- I don't see her form on here,

19  but in trying to respond to that form, this was

20  provided by the assessment accountability.

21      Q    Through you?

22      A    Yes.  They sent it to me and I sent it on.

23  I think that was -- I'm not sure if this actual form

24  was submitted, but -- I'm not sure if this actual

25  form was submitted to her.  May have been.



```
 1        Q     If we go back to the email --

 2        A     Sorry.

 3        Q     This is the attachment?  Yeah.

 4        A     There we go.

 5        Q     We agree this was attached to your email?

 6              If you see --

 7        A     It's saying I sent assessment summary,

 8   okay.

 9        Q     Thank you, Mrs. Cleveland.

10              So let's start with -- where it says

11   Georgia Milestones EOG and Georgia Milestones EOC,

12   do you see that?

13        A     Yes.

14        Q     What is the Georgia Milestones EOG?

15        A     In the grade assessment, that's end of

16   year assessments that are given to students.  That's

17   end of grade for elementary, and then end of course

18   for the older secondary students.

19        Q     So end of grade is for elementary

20   students, and end of course is for secondary?

21        A     Yes.

22        Q     Is that a yes?

23        A     Yes.  Sorry.

24        Q     Thank you.

25              Are these milestones still being currently
```



 1   used?

 2       A    Yes.  That's a state assessment.

 3       Q    The number of students taking these

 4   assessments seemed lower than the general GNETS

 5   enrollment during these years.  Do you see that?

 6       A    So you're referring -- because I know --

 7   if I'm looking at 2016, what are you asking?

 8       Q    Yeah.  So for 2016 it's 1,837 students

 9   took the end of grade Georgia Milestones, and that

10   seemed lower --

11       A    Than GNETS enrollment?

12       Q    Uh-hum.  (Affirmative.)

13       A    All grade levels don't test every year.

14   It depends on if it's a grade level that is

15   assessed.

16       Q    Thank you.  That's helpful.

17            What grades are assessed?

18       A    I don't know from memory, but different

19   grade levels are assessed each year.

20       Q    Am I correct that these numbers indicate

21   for mathematics and ELA there were between two and

22   nine percent of GNETS students scoring proficient in

23   years 2016, 2017, 2018, and 2019?

24       A    I'm sorry, I'm looking at it.  Ask that

25   again.



VICKIE D. CLEVELAND                           August 17, 2022
UNITED STATES vs STATE OF GEORGIA                         262

1      Q    Sure.  With looking at the charts, am I
2  correct that the scores fall between two and nine
3  percent proficient for GNETS students?
4      A    Yes, I see it now.
5      Q    For school years 2016, '17, '18, and '19?
6      A    Yes.  This indicates a proficient plus.
7      Q    And proficient plus below means meets the
8  standard?
9      A    Yes.  There's a little rubric there.
10     Q    Do these scores seem low to you?
11     A    Yes.
12     Q    Do you know why that is?
13          MS. JOHNSON:  Objection.
14     A    Students -- I wouldn't -- I don't know.  I
15  don't know.
16     Q    When you've seen these scores, have you
17  taken any steps?
18          MS. JOHNSON:  Objection.
19     A    Steps --
20     Q    A moment ago you testified that the scores
21  did seem low, correct?
22     A    Yeah, from what I see here, yes.
23     Q    When you received this information with
24  these low scores, did you decide there were any
25  steps that you needed to take to help improve these



1   scores?

2          MS. JOHNSON:  Objection.

3      A    No.

4      Q    Why not?

5      A    Well, one step was sharing it with the

6   director, the special education director.  So that

7   was one step.  That was taken, but no additional

8   steps.

9      Q    What did you discuss with the special

10  education director?

11     A    Just shared this data that was provided

12  through -- I mean from the assessment office.

13          In GNETS, it's my understanding it's not a

14  subgroup because their data is reported back to the

15  LEA for each student.  So it was discussions around

16  is this subgroup data or are they not counted -- my

17  understanding they were not counted as a subgroup.

18  But this is data that was provided from accounting

19  -- assessment accountability.

20     Q    I'm not sure if I understand what you just

21  said.  So let's just take a step back.

22          Are you saying that the GNETS students'

23  information is not reported together for milestones?

24     A    No.  No, I wasn't saying that.  No.

25     Q    Then let's -- could you try to explain



1  again what you were saying?

2      A    I'm trying to explain it.

3           Because I'm trying to think how we even

4  got to requesting this information.

5           I'm not sure.

6      Q    But you recall having discussion with the

7  special education director related to the milestones

8  scores?

9      A    I don't recall specifically if it was

10 around this actual spreadsheet, but for information

11 on this other document that comes from Amber, I

12 think there were discussions about this data and is

13 this the data.

14          I can't recall.  It's been a minute.

15     Q    Did the special education director share

16 your thoughts that these scores were low for GNETS

17 students?

18          MS. JOHNSON:  Objection.

19     A    I don't recall.

20     Q    You don't recall?

21     A    No.

22     Q    After you met with the special education

23 director, did you-all discuss any steps to be taken

24 with regards to the regional GNETS programs and

25 improving their scores?



1           MS. JOHNSON:  Objection.

2      A    Not that I recall, no.

3      Q    Let's scroll over to the GAA and GAA 2.0.

4           What are those?

5      A    That's the Georgia Alternate Assessment.

6  That assessment is administered to students with low

7  -- our low incidents population of students with

8  intellectual disabilities, functioning autism

9  students, students that do not access the general

10 curriculum.  They're assessed through that

11 assessment.

12     Q    Would all of the students that meet that

13 criteria in GNETS be assessed under GAA and GAA 2.0?

14          MS. JOHNSON:  Objection.

15     A    Ask that again, please.

16     Q    Of course.

17          The low -- the students who you just

18 identified that would -- with intellectual

19 disabilities, that would be assessed under the GAA

20 and GAA 2.0, are all assessed or only a subset of

21 those students in GNETS assessed?

22          MS. JOHNSON:  Objection.

23     A    I'm not sure.  I don't know.

24     Q    Am I correct that the scores between GAA

25 and GAA 2.0, the scores went down?



1      A    I would not be able to -- I don't know the

2   answer.  I don't know.  Because the -- I think the

3   2.0 is an updated version of the GAA, and I do see

4   where there's no insides.  So I'm not sure that is

5   because the assessment changed.

6      Q    I'm -- let me know if you agree, that in

7   2019, GAA 2.0 was implemented, and the other years

8   on this chart, 2016, 2017, and 2018, the GAA was

9   still being used?  Does that sound correct?

10          MS. JOHNSON:  Objection.

11     A    From what I can see, but I don't know.

12     Q    You don't know?

13     A    No.

14     Q    Do you know if these scores impact

15  funding?

16     A    No, because GNETS funding is driven by

17  enrollment, student record enrollment.

18     Q    And do you know why -- what the Office of

19  Planning and Budget does with similar information?

20     A    I do not.

21     Q    But it's requested every year?

22     A    They do request that.

23     Q    Thank you.

24          Do you meet with the State Board of

25  Education -- I think we discussed you met with the



1   State Board of Education on funding once.  Is that

2   correct?

3       A    I didn't meet with the State Board --

4   there was a Board meeting, the State Board of

5   Education meeting.

6           But, no, I do not meet directly with State

7   Board of Education.

8       Q    And when you attended that meeting, the

9   State Board members were there and you presented?

10      A    I mean that's -- I'm trying to think about

11  what I did at that meeting.  I don't know if I just

12  presented the GNETS Board items, if they had

13  questions.  I don't recall specifically, but I do

14  remember attending a meeting.  But I don't attend

15  those regularly because that process -- protocol

16  changed within the division.  The deputy presents

17  those items now.

18      Q    Thank you, Ms. Cleveland.

19          I want to turn back to what we introduced

20  earlier as Plaintiff's Exhibit 386.

21          The bottom of the page reads GA00364535.

22      A    Was it an email?

23      Q    It's an email from you dated December 2nd,

24  2020, to the regional GNETS directors, with the

25  subject reading "File review."



```
 1      A    Okay.  I'll find it.

 2           December 2nd, 2020?

 3      Q    Yes.  Did you find it?

 4      A    It got buried.

 5      Q    With 386, the yellow sticker on the top.

 6           Do you see that?  Okay.

 7           MS. JOHNSON:  Vickie, this is one we

 8      previously objected to, but I withdrew the

 9      objection, and we'll just treat it as we did

10      earlier, just on a question-by-question basis.

11           THE WITNESS:  Okay.

12           MS. TUCKER:  Thank you.

13   BY MS. TUCKER:

14      Q    Again, you see that the subject is "File

15   review"?

16      A    Yes.

17      Q    And you sent this?

18      A    Yes.

19      Q    Do you recognize this email?

20      A    Yes.

21      Q    Am I correct that you are requesting the

22   regional GNETS programs to complete an IEP file

23   review?

24      A    Yes.

25      Q    When did you first request this of the
```



1  regional GNETS programs?

2      A    I don't know the exact date, but I'm

3  thinking it was around the fall, but I don't know,

4  of the 2020.

5      Q    Of 2020?

6      A    Yes.

7      Q    And what did you communicate to the

8  regional GNETS programs?

9      A    What I shared earlier, that we provided

10  the form, Jotform, for them to review their files,

11  and the information that was requested was in that

12  form that we reviewed.

13      Q    Did you give a reason for requesting this

14  information to the regional GNETS programs?

15      A    Just that we -- we wanted to do an IEP

16  file review.

17      Q    Did any of the regional GNETS programs

18  have questions on why?

19      A    No.

20      Q    And they all turned in their files?

21      A    As far as I recall.

22      Q    Thank you, Ms. Cleveland.

23           Earlier when we were talking about BASC-3

24  and SDQ, are you able to look at the data that the

25  regional GNETS programs submit?



1      A    When they shared for the SDQ in their
2   meetings, I can see that.  I don't look at the data
3   from GaDOE.
4      Q    Could you look at the data from GaDOE?  Is
5   that available for you to do?
6      A    Lakesha manages that piece for me.  So I
7   would have to have her inform that.
8      Q    That was for SDQ.  What about BASC-3?
9      A    BASC-3, she also manages that for me.
10   BASC-3, I'm sure we're able to go in and see -- I
11   would have to have her respond to that.
12      Q    Thank you, Mrs. Cleveland.
13           Are you familiar with the GNETS project
14   management plan?
15      A    That was a plan that Nakeba -- when I
16   moved in, in reviewing some of the records, I recall
17   seeing that document when I was looking at records.
18      Q    What records?
19      A    Production of documents, pulling records
20   for that.
21      Q    Am I correct that you're referring to the
22   request for production of documents that we served,
23   the Department of Justice served on the United
24   States -- I mean on the State of Georgia?
25      A    We got two, so -- I can't definitively



1  say, but I remember looking at that document.

2       Q    Is that not a current document that you

3  use?

4       A    No.

5       Q    Did you use it at any time during your

6  tenure as GNETS program manager?

7       A    Shortly -- just for a brief time, I put

8  some of the updates around FBA training and BIP

9  training -- TIC training, but I didn't use that.

10      Q    T-I-C?

11      A    Yeah.  Trauma informed care.

12      Q    Did you have any involvement in creating

13  it originally?

14      A    No.

15      Q    Did you have any involvement in the

16  decision to stop using it?

17      A    I just didn't continue to use it.

18      Q    Do you recall why?

19      A    No.

20      Q    Was there information that you were

21  collecting in that plan that you no longer collect?

22      A    I can't remember all the details.  I do

23  not remember all the details of that plan.  So I --

24  I don't know.

25      Q    Thank you.



1            Earlier we touched a little bit on the

2    Apex program?

3       A    Yes.

4       Q    And you -- who did you first learn about

5    this program from?

6       A    Dante McKay.

7       Q    And earlier you said that you learned that

8    Apex would not push into GNETS; is that correct?

9       A    Correct.

10      Q    And you learned this from Dante?

11      A    Yes.

12      Q    About when?

13      A    I don't recall the exact date.  But it was

14   the -- before 2020, because I always use that as the

15   time frame --

16      Q    I understand.

17      A    -- that things changed.

18           So it had to be before that timeline.

19      Q    Did you ever explore transitioning

20   students back to gen ed so they could receive Apex

21   services?

22      A    That was the IEP decision, so I'm not

23   involved in those meetings, and that would come out

24   of those meetings if they were transitioning kids

25   back.



1    Q    Do you know how the Apex program is
2  funded?
3    A    I do not.
4    Q    What is your understanding of GaDOE's role
5  with respect to the Apex program?
6         MS. JOHNSON:  Objection.
7    A    I am not -- I have no knowledge of GaDOE's
8  role with Apex.  My involvement was with that
9  conversation -- conversation with Dante and what
10 Apex is.
11   Q    What is the target population for students
12 receiving Apex services?
13        MS. JOHNSON:  Objection.
14   A    I don't know.
15   Q    Do you know if it's similar, similar
16 student population as those receiving GNETS
17 services?
18        MS. JOHNSON:  Objection.
19   A    I do not.
20        MS. TUCKER:  I'd like the court reporter
21    to mark this document as Plaintiff's Exhibit
22    392.
23        The Bates number on this document is
24    GA00315836.
25        (WHEREUPON, Plaintiff's Exhibit-392 was



1        marked for identification.)

2    BY MS. TUCKER:

3        Q    It's a February 23rd, 2018 email from you,

4    to you, with no subject.

5             Mrs. Cleveland, do you recognize this

6    email?

7        A    I don't recall the email.  I see my name

8    is on it, but I'm trying to see who I would have

9    gotten it from.

10       Q    Do you have any reason to think you didn't

11   send this to yourself?

12       A    No, I don't.  So I'm wondering who it was

13   coming from.

14       Q    To me it looks like it's notes?

15       A    I would think it was notes from something,

16   yeah.

17       Q    Do you believe it was notes from a

18   conversation?

19       A    I don't know.

20       Q    Am I correct that this is about Apex and

21   Dante McKay?

22       A    This is -- email is stating that, yeah.

23       Q    Let's look at the first sentence.  It

24   reads:  "Dante McKay-our contact on the ground.  How

25   can we support each other?  How do we access the



1  resources and who's the provider."

2          What did you mean by "contact on the

3  ground"?

4      A    In looking at this, I don't think this is

5  a document that I wrote.  I'm thinking it's notes

6  from something, but -- because this does look like

7  something I would have written, so.

8      Q    You think these are not your notes but

9  it's notes you received from someone else?

10     A    Yes -- these are not -- yes.

11         I don't know who Jenene is.

12     Q    Any time --

13     A    I -- I'm sorry.

14     Q    Please go ahead.

15     A    I was just saying I don't know who Jenene

16  is.

17     Q    At any time did you discuss the

18  possibility of Apex and GNETS?

19     A    I'm sorry?

20     Q    At any time do you -- did you discuss or

21  consider if Apex could be used for GNETS programs?

22     A    In my conversation with Dante, I did ask

23  that question, trying to understand what Apex is,

24  how do we get it connected to GNETS services -- I

25  mean programs, and that's what was explained to me,



1  that it was only pushed into LEAs and not into

2  GNETS.

3      Q    Do you know if any school-based GNETS

4  located at gen ed schools could receive Apex

5  services?

6          MS. JOHNSON:  Objection.

7      A    I don't know.

8      Q    Was that anything you explored?

9      A    No.

10     Q    The second paragraph or sentence written

11 reads:  "Apex is for prevention; prevention can also

12 be at the GNETS level to prevent residential."

13         Do you see that?

14     A    Yes.

15     Q    What did you mean -- and then "Apex serves

16 kids on traditional campuses."

17         What did you mean by that?

18         MS. JOHNSON:  Objection.

19     A    I think that these were notes that were --

20 I don't recall these -- this information.  So I

21 can't speak to that question.

22         MS. TUCKER:  I'd like the court reporter

23     to mark this exhibit as a -- this document as

24     Plaintiff's Exhibit 393.

25         The Bates number on the bottom reads



```
 1        GA01063871.
 2             (WHEREUPON, Plaintiff's Exhibit-393 was
 3         marked for identification.)
 4   BY MS. TUCKER:
 5        Q    It's from Dante McKay to you, Vickie
 6   Cleveland, subject is "Information on Apex."
 7             Mrs. Cleveland, do you recognize this
 8   email from Dante McKay?
 9        A    I do.
10        Q    Am I correct that Dante McKay ends the
11   email saying he was still working on the inventory
12   of Apex/GNETS program collaboration?
13        A    Yes, I see it.
14        Q    What does he mean?
15             MS. JOHNSON:  Objection.
16        A    I can't state what he means.  But in
17   looking at that, I think it goes -- it's a follow-up
18   to the conversation -- some conversation I had about
19   how do we get this to GNETS.
20        Q    Did he ever provide you with the inventory
21   that he identifies in his last sentence?
22        A    I don't recall receiving inventory.
23        Q    Do you recall asking the GNETS programs if
24   they have students receiving Apex services?
25        A    I believe I did, if any of them were using
```



VICKIE D. CLEVELAND                                    August 17, 2022
UNITED STATES vs STATE OF GEORGIA                            278

1  Apex.

2      Q    Do you recall whether any GNETS programs

3  responded in the affirmative, that they did have

4  students receiving Apex services?

5      A    I believe Flint responded.  The Flint

6  program.

7      Q    Do you think students, GNETS students,

8  could benefit through a program involving an Apex

9  partnership with a Community Service Board?

10         MS. JOHNSON:  Objection.

11     A    I would have to know what those services

12  would look like, so I don't have an opinion without

13  that information.

14     Q    Have you taken any steps after these

15  emails we just discussed to broaden GNETS students

16  access to Apex services?

17     A    I have not.

18     Q    Do you know if anyone else has at GaDOE?

19     A    I don't recall.

20     Q    Have you spoken with anyone else in DBHDD

21  about this?

22     A    I have not.

23     Q    Is there anything else you've worked with

24  Dante McKay on in relation to GNETS?

25     A    He reached out once about a student in one



 1  of the school districts asking about -- seems like

 2  he was asking about GNETS services.  I'm trying to

 3  remember.  I don't remember the specific details,

 4  but I remember he reached out asking about a student

 5  that may have been in a group home situation, it

 6  seems like that's what it was about, and I was able

 7  to get him for a call directly -- connected to the

 8  home school district for that kid, yeah.

 9       Q    Do you collaborate with anyone else in

10  DBHDD?

11       A    I do not.

12       Q    Do you know if anyone else does in GaDOE

13  related to GNETS?

14       A    Not that I'm aware of.

15       Q    Is that something that you've looked to do

16  in the future, or you consider to do at some point?

17       A    I have not, but I'm not going to say that

18  I will not.

19            MS. TUCKER:  I'm handing the court

20       reporter what I'd like marked as Plaintiff's

21       Exhibit 394.

22            The Bates number on the bottom of the

23       first page reads GA01054180.

24            (WHEREUPON, Plaintiff's Exhibit-394 was

25        marked for identification.)



VICKIE D. CLEVELAND                                  August 17, 2022
UNITED STATES vs STATE OF GEORGIA                              280

 1  BY MS. TUCKER:

 2      Q    This is a December 19, 2017 email from

 3  Clara Keith to Nakeba Rahming.  The subject reads

 4  "Deal Announces Release of Commission on Children's

 5  Mental Health."

 6           Mrs. Cleveland, do you recall this email?

 7      A    The email was sent to me.  I don't recall

 8  the contents without reading it.

 9      Q    Do you want to take a second to read the

10  email?

11      A    Yes.

12      Q    Okay.

13           (Witness reviews exhibit.)

14      A    Okay.

15      Q    Do you recall the email?

16      A    I don't recall the email other than seeing

17  it here.

18      Q    But you have no reason to doubt that you

19  didn't receive this?

20      A    No, no reason.

21      Q    Who is Clara Keith?

22      A    Clara was -- worked at GaDOE before I --

23  when I was coming on board.  And she was there for a

24  short tenure, so I didn't do a lot of work with her.

25           I think she worked with Nakeba before my



1  tenure.

2      Q    Did she work on GNETS?

3      A    No.  I think her role was more with DBHDD.

4      Q    And it looks like when she emailed you,

5  she was working at DBHDD.  Would you agree?

6      A    Yes.

7      Q    Am I correct that this email concerns

8  the -- Governor Deal's release of a report on the

9  Commission on Children's Mental Health?

10     A    Based on the email, it looks like it.

11     Q    Do you -- do you remember that report

12 coming out?

13     A    I do not.

14     Q    Do you know if any changes were made to

15 GNETS as a result of the report?

16          MS. JOHNSON:  Objection.

17     A    I do not.

18     Q    Earlier we spoke about the IDT.  Do you

19 remember?

20     A    Yeah.  Interagency Directors Team.

21     Q    And am I correct that you previously sat

22 on the IDT but now Lakesha Stevenson?

23     A    She attends those meetings.

24     Q    And you no longer are a part of IDT?

25     A    She attends, yeah.



1      Q    So you are still a member of IDT?

2      A    I don't attend the meetings.  She attends

3  the meetings and brings any feedback from meetings

4  to me.  But we represent GNETS, so if she can't

5  attend the meeting, then I would go if she could not

6  be in attendance.

7      Q    Do you know what other agencies are

8  represented on the IDT?

9      A    Not from memory, no.

10     Q    Is GNETS discussed at the IDT?

11     A    When I attended, I did not, no, discuss

12  GNETS.

13          Lakesha has not shared that GNETS has been

14  discussed.

15          MS. TUCKER:  I'd like the court reporter

16      to mark what is Plaintiff's Exhibit 395.

17          The Bates number on the first page of this

18      exhibit is GA00030905.

19          (WHEREUPON, Plaintiff's Exhibit-395 was

20       marked for identification.)

21  BY MS. TUCKER:

22     Q    It's from the Interagency Directors Team

23  to Interagency Directors Team, with the subject:

24  "October IDT Meeting," and it was sent in September

25  19th, 2018.



1              Mrs. Cleveland, does this look familiar to

2      you?

3          A    Yes.  This is the agenda for one of the

4      meetings, October 18th meeting.

5          Q    Was that regularly sent in advance of the

6      meeting?

7          A    They do send that.

8          Q    Following the agenda, do you see starting

9      with GA00030907 that there's IDT meeting notes?

10         A    Yes.

11         Q    Did the IDT regularly send notes after the

12     meeting?

13         A    They do.

14         Q    Let's turn to Page 2 of that attachment.

15              At the bottom do you see where it says

16     "DOE - GNETS (Vickie Cleveland)?

17         A    Yes.

18         Q    Am I correct that the notes read that you

19     shared:  "There have been no updates on the GNETS

20     lawsuit, so we are trying to move forward and do

21     good work for students.  We will be moving students

22     back to home school districts.  Our area focus is on

23     integration as kids return to their home schools, so

24     personnel can be familiar and prepared."

25         A    Yes, I do see that.



VICKIE D. CLEVELAND                                     August 17, 2022
UNITED STATES vs STATE OF GEORGIA                              284

1        Q     Do you recall making this statement?

2        A     I was at the meeting.  I don't recall

3   making the statement, but I see the statement was

4   made.

5        Q     And you have no reason to doubt the

6   accuracy of the notes?

7        A     No.

8        Q     When you -- when the notes say "no updates

9   on the GNETS lawsuit," do you mean this lawsuit --

10       A     Yes.

11       Q     -- U.S. v. Georgia?

12       A     And yes.  And GNETS two, there were no

13  updates on the --

14       Q     What is GNETS two?

15       A     That's the GAO, Georgia Advocacy Office,

16  no updates.

17       Q     You also shared, "we will be moving

18  students back to home school districts."

19             What do you mean by "we" in that sentence?

20       A     I'm not -- I don't believe that statement

21  is accurate.  I would have shared about

22  reintegration through the GNETS -- through IEP

23  meetings.

24             We -- I really do not recall saying that.

25  I don't.



1   Q    You also mention a focus on integration.

2   How have you been focused on integration at that

3   time?

4   A    Through -- I'm trying to think.  What is

5   the date of this?  That would have been through

6   strategic plan reviews and talking about that

7   reintegration piece of the plan.

8   Q    Thank you.

9        MS. TUCKER:  I'd like to introduce

10       Plaintiff's Exhibit 396.

11       The Bates number on the bottom of the

12       first page is Georgia -- excuse me --

13       GA00352005.

14       (WHEREUPON, Plaintiff's Exhibit-396 was

15        marked for identification.)

16   BY MS. TUCKER:

17   Q    It's an email from Kelvin Pruitt to you.

18   The date is September 4th, 2019, and the subject is

19   "Re:  SEDNET."  S-E-D-N-E-T.

20       MS. COHEN:  Michelle, is this 396?

21       MS. TUCKER:  396, yes.  Thank you.

22       396 starts on Georgia -- GA00352005.

23   BY MS. TUCKER:

24   Q    Mrs. Cleveland, do you recall this email?

25   A    Yes, yes.



1      Q    Who is Kelvin Pruitt?

2      A    Kelvin Pruitt, I guess his title was

3   director, was the director for the SEDNET program in

4   Florida.

5      Q    What is SEDNET?

6      A    SEDNET -- I'm trying to think of what it

7   was.

8           They provided -- it was a network of --

9   like it's providing mental health services or

10  supports for students that needed that support.

11     Q    In the email do you see where you wrote

12  that you met Nickie Zenn during the Georgia Design

13  Team visit last year.

14     A    Yes.  We -- the special director Zel took

15  a team and we went to meet with some -- I think it

16  was the Special Ed director for Florida at that

17  time, to talk about how they service their kids, to

18  kind of talk to them about the model of services

19  delivered for students with mental -- behavioral

20  challenges, and I met her there, and that's what

21  that response says.

22     Q    Do you recall Nickie Zenn's role?

23     A    I think Nickie -- Kelvin became Nickie.  I

24  think she moved to another position and he became

25  her.



1    Q    He assumed Nickie's role?

2    A    That's my understanding.

3    Q    What is a Georgia Design Team?

4    A    This was a group of professionals that

5    Zel, the special education director, pulled together

6    to go visit with them to talk about how they provide

7    services for their students with challenges, similar

8    challenges as GNETS.  And on that team I was there,

9    I think a couple of GRS directors were there, Zel

10   was there.

11        I can't think of who some of the others

12   but it was a group of professionals that she took,

13   team, to go meet with them, for them to share how

14   they provide those services for their students.

15   Q    With a population similar to GNETS?  Is

16   that what you said?

17   A    Yes, population similar.

18   Q    Did you have the conversation with Kelvin

19   Pruitt?

20   A    I did.

21   Q    What was discussed?

22   A    He pretty much just shared their structure

23   and format for how they're structured.

24        They I think had, from what he shared,

25   similar like we have GNETS directors in our program,



1  they had -- I don't know what they called them.  In

2  Florida, people like our GNETS directors that would

3  coordinate with LEAs.  It was similar structure from

4  what he shared.

5       Q    Why was GaDOE interested in SEDNET?

6       A    To -- this was brought to us by the

7  director to just go visit and see how others are

8  serving this population of students.

9       Q    Are you still in communication with Kelvin

10 Pruitt?

11      A    I have not spoken with him.

12      Q    Has anyone at GaDOE?

13      A    Not that I'm aware of.

14      Q    Have you had conversations, more recent

15 conversations, with anyone else regarding SEDNET?

16      A    I have not.

17      Q    Did you make any changes to GNETS because

18 of what you learned about SEDNET?

19      A    I did not.

20      Q    Did anyone else at GaDOE make changes

21 after what they learned about SEDNET, to GNETS

22 changes?

23      A    Not that I'm aware of.

24      Q    Are there changes that you would like to

25 make to GNETS after what you learned about SEDNET?



1      A    I don't know.  I mean I -- not that I
2   recall, I didn't make any changes.
3      Q    Did you or others at GaDOE look into other
4   state models for serving students with similar
5   populations, similar students that are served by the
6   GNETS program?
7      A    We have looked at not to go visit, but
8   we've looked online at some other states to see if
9   we could get -- could glean information from that.
10  If it was similar, do they serve -- how they serve
11  these kids.  So we have looked at some states.
12     Q    What other states?
13     A    We looked at Florida.  I think I've got a
14  list.  It seems like it was Tennessee, maybe.
15          I don't want to say for sure, Virginia
16  maybe.  But we have tried to look at other models.
17     Q    Are you still looking into these other
18  models?
19     A    We have not recently, but I'm not going to
20  say that may be something that we may think about.
21     Q    Did you make any changes to the GNETS
22  program based on what you learned about models from
23  other states?
24     A    I have not.
25          MS. TUCKER:  Can we take a two-minute



1      break, or five-minute break.

2              THE VIDEOGRAPHER:  Off the record at 5:52

3      p.m.

4              (A recess was taken.)

5              THE VIDEOGRAPHER:  Back on the record at

6      6:07 p.m.

7   BY MS. TUCKER:

8      Q    Thanks, Mrs. Cleveland.

9              MS. TUCKER:  I would like to introduce

10     what will be marked as Plaintiff's Exhibit 397.

11             The Bates number on the bottom reads

12     GA00333614.

13             (WHEREUPON, Plaintiff's Exhibit-397 was

14       marked for identification.)

15   BY MS. TUCKER:

16     Q    It is a September 25th, 2000 email -- 2018

17   email from you to the regional GNETS directors.  The

18   subject is "Georgia's Separate and Unequal Special

19   -Education System, The New Yorker." And there's one

20   attachment.

21             Or -- no.  It's just a forward.

22     A    Okay.

23     Q    Mrs. Cleveland, do you recognize this

24   email?

25     A    I do.



1    Q    And am I correct that you are forwarding

2  the New Yorker Magazine's 2018 article on GNETS to

3  the regional GNETS directors?

4    A    Yes, that's what the email reads, yes.

5    Q    Did you discuss the New Yorker article

6  with the regional GNETS directors?

7    A    I recall when, when that news story broke

8  or however that -- I can't remember exactly how it

9  was pushed out there, but directors had asked about

10  that.  I told them that, you know, I only knew what

11  they knew.  And when that became available, I just

12  shared it because they had asked about it.

13    Q    Were you contacted by the New Yorker

14  related to this article?

15    A    Goodness.  Communications office, I

16  believe, because -- was contacted.  I mean from what

17  I recall.  I remember communications being involved,

18  Office of Communications.

19    Q    Do you recall providing any information to

20  the Office of Communications to share back with the

21  New Yorker?

22    A    I don't recall.

23    Q    How were you made aware of this article?

24    A    Goodness, I can't remember how we found

25  out about it.  I don't recall.  That I don't.



```
 1              I don't recall.

 2       Q    Did the article prompt any changes that

 3  GaDOE made to the GNETS program?

 4       A    The article didn't prompt any changes from

 5  what I can recall.

 6       Q    Earlier you testified that Matt Jones

 7  spoke with you about the New Yorker article?

 8  Correct?

 9       A    Communications -- I want to make sure it's

10  in the record correctly.

11              Meghan is our communications contact.  I

12  can't -- let me correct the record.

13              I can't recall specifically that -- I'm

14  thinking that maybe he was in the conversation

15  around -- with Meghan.  So I want to correct the

16  record.  I can't recall exactly if he was in, but I

17  mean -- I don't recall exactly.  But I do -- it

18  seems like he was in those conversations around --

19  with Meghan responding.  For correcting the record,

20  I can't recall specific from that.

21       Q    What's Meghan's last name?

22       A    What's Meghan's?  Fritz?  What is Meghan?

23       Q    So it's Meghan in the Office of

24  Communications?

25       A    Yes.  I'm trying to think of her last
```



1  name.  What is Meghan's last name?

2          MS. COHEN:  Is the spelling M-E-G-H-A-N?

3          THE WITNESS:  Yes.  Sorry about that.

4  BY MS. TUCKER:

5      Q    Did anyone --

6          MS. TUCKER:  Scratch that.

7      Q    Did Matt Jones or anyone else at GaDOE ask

8  you to investigate the allegations in the New Yorker

9  article?

10     A    Not that I recall.

11     Q    Did you look to investigate the

12 allegations made in the New Yorker article?

13     A    I did not.  I don't recall doing that, no.

14     Q    Or confirm what the New Yorker article

15 stated, did you take any steps to do that?

16     A    I did not.

17     Q    Mrs. Cleveland, do you receive complaints

18 from families or parents related to the GNETS

19 program?

20     A    I do not get -- well, let me think

21 through.

22          If there is a complaint that's GNETS

23 related, it may go through the special education

24 help desk, and I might be notified that a complaint

25 has come in.  Or if there's a complaint through a



1  dispute resolution office, if it involves a GNETS

2  student, I would be notified, just as an FYI.

3       Q    Do you ever respond to the families that

4  reach out to you or reach out to GaDOE regarding

5  concerns with GNETS?

6       A    If there's a concern directly sent to me.

7  For example, if a parent is relocating, they may

8  reach out asking about GNETS services.  I then will

9  return the call to the parent and make sure I tell

10 them how to get connected to the LEA, the special

11 education director, and I also notify the GNETS

12 director that a parent has reached out about

13 services.

14      Q    But it would be through the special

15 education hotline and the dispute resolution --

16      A    That's if they're -- if complaints would

17 come through them, but I was referring to if a

18 parent reached out directly to me.

19      Q    If a complaint is sent to the special

20 education hotline and that gets routed to you, do

21 you respond to the parent?

22      A    No.  Because that would be addressed

23 through dispute resolution, if it's in their office.

24           They really share that and I can't recall

25 really any cases through dispute resolution as an



1  FYI.

2      Q    But you've received complaints or concerns

3  from families directly?

4      A    I don't recall any complaints directly.

5  I'm trying to think through, think back.

6          I can't recall any direct complaints, but

7  I just remember, recall getting a parent connected

8  because that was something that recently happened.

9  She was moving into another district and asked about

10  the process.

11     Q    And I want to clarify by complaints, I

12  didn't mean necessarily a formal complaint but an

13  email expressing concerns.  Is that -- is your

14  answer remaining the same?

15     A    That come to me directly?

16     Q    Uh-hum.  (Affirmative.)

17     A    No.

18     Q    If you had to identify the biggest

19  proponent in GaDOE of keeping GNETS in its current

20  structure, who would you name?

21         MS. JOHNSON:  Objection.

22     A    Repeat that question.

23     Q    Sure.  If you had to name the biggest

24  proponent in GaDOE of maintaining GNETS the way it

25  is, who would you identify?



1          MS. JOHNSON:  Objection.

2     A    I wouldn't have anyone to identify.  I

3  wouldn't identify anyone.

4     Q    If you had to name the biggest proponent

5  of GNETS within the State Board of Education in

6  keeping GNETS as it is, who would you name?

7          MS. JOHNSON:  Objection.

8     A    I wouldn't know.

9     Q    What about the RESA level?

10         MS. JOHNSON:  Objection.

11    A    The regional?

12    Q    RESA.

13    A    RESA?

14    Q    Uh-hum.  (Affirmative.)

15    A    I wouldn't recommend anyone.

16    Q    And the regional level?

17    A    I would not recommend anyone.

18    Q    Do you have plans this school year to make

19  certain changes to the GNETS program that we haven't

20  discussed?

21         MS. JOHNSON:  Objection.

22    A    Not that we haven't discussed, but GNETS

23  is always -- you're always looking to work to

24  improve things.  So we're just starting the new year

25  and kind of getting going with that.



```
 1           So I don't have any that I can name right
 2   now.  I'm not going to say I wouldn't look at some
 3   changes, but nothing right now.
 4      Q    And do you have any goals for what GNETS
 5   would be in the next five years?
 6      A    No.  Not right now.
 7           MS. TUCKER:  Thank you, Mrs. Cleveland.
 8           THE WITNESS:  That's it?  Thank you.
 9           MS. JOHNSON:  No questions from the State.
10           THE VIDEOGRAPHER:  We're off the record at
11      6:17 p.m.
12           (Whereupon, the deposition concluded at
13      6:17 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1                 C E R T I F I C A T E

 2

 3   STATE OF GEORGIA:

 4   FULTON COUNTY:

 5

 6           I hereby certify that the foregoing

 7   transcript of VICKIE D. CLEVELAND was taken down, as

 8   stated in the caption, and the questions and answers

 9   thereto were reduced by stenographic means under my

10   direction;

11           That the foregoing Pages 1 through

12   297 represent a true and correct transcript of

13   the evidence given upon said hearing;

14           And I further certify that I am not of kin

15   or counsel to the parties in this case; am not in

16   the regular employ of counsel for any of said

17   parties; nor am I in anywise interested in the

18   result of said case.

19

20           IN WITNESS WHEREOF, I have hereunto

21   subscribed my name this 24th day of August, 2022.

22
                        Wanda L. Robinson
23   _____

24           Wanda L. Robinson, CRR, CCR No. B-1973
                My Commission Expires 10/11/2023
25
```



1                    D I S C L O S U R E

2   STATE OF GEORGIA  ) VIDEOTAPE DEPOSITION OF
    FULTON COUNTY     ) VICKIE D. CLEVELAND - 8/17/22
3                    Pursuant to Article 10.B of the Rules and

4   Regulations of the Board of Court Reporting

5   of the Judicial Council of Georgia, I make the

6   following disclosure:

7              I am a Georgia certified court reporter.

8   I am here as a representative of Esquire Deposition

9   Solutions, LLC, and Esquire Deposition Solutions,

10  LLC was contacted by the offices of U.S. Attorney's

11  Office to provide court reporter services for this

12  deposition.  Esquire Deposition Solutions, LLC will

13  not be taking this deposition under any contract

14  that is prohibited by O.C.G.A. 9-11-28 (c).

15             Esquire Deposition Solutions, LLC has no

16  contract/agreement to provide court reporter

17  services with any party to the case, or any counsel

18  in the case, or any reporter or reporting agency

19  from whom a referral might have been made to cover

20  this deposition.

21             Esquire Deposition Solutions, LLC will

22  charge the usual and customary rates to all parties

23  in the case, and a financial discount will not be

24  given to any party to this litigation.

25



```
 1                ERRATA SHEET FOR THE TRANSCRIPT OF:

 2    Deponent Name:  VICKIE D. CLEVELAND

 3    Case Caption:   United States of America vs. State
                      of Georgia
 4

 5    Case No. :  1:16-cv-03088-ELR

 6         I do hereby certify that I have read all
      questions propounded to me and all answers given by
 7    me on the 17th day of August 2022, taken before
      Wanda L. Robinson, and that:
 8

 9    _____1) There are no changes noted.

10    _____2) The following changes are noted:

11         Pursuant to state rules of Civil Procedure
      and/or the Official Code of Georgia Annotated
12    9-11-30(e), both of which read in part:  Any changes
      in form or substance which you desire to make shall
13    be entered upon the deposition with a statement of
      the reason given for making them.
14         Accordingly, to assist you in effecting
      corrections, please use the form below:
15

16    CORRECTIONS:

17    _____

18    Page      Line          Change        Reason For Change

19    _____

20    _____

21    _____

22    _____

23    _____

24

25
```



VICKIE D. CLEVELAND                                    August 17, 2022
UNITED STATES vs STATE OF GEORGIA                              301

```
 1                    CERTIFICATE  OF DEPONENT

 2

 3       I hereby certify that I have read and examined

 4   the foregoing transcript, and the same is a true and

 5   accurate record of the testimony given by me.  Any

 6   additions or corrections that I feel are necessary,

 7   I will attach on a separate sheet of paper to the

 8   original transcript.

 9

10                     _____

11                          Signature of Deponent

12

13       I hereby certify that the individual

14   representing himself/herself to be the above-named

15   individual, appeared before me this _____ day of

16   _____, 2022, and executed the above

17   certificate in my presence.

18

19

20                     _____

21                            NOTARY PUBLIC

22

23   MY COMMISSION EXPIRES:

24

25
```



**Exhibits**

**8454167 Vickie.D. Cleveland. EXHIBIT85**

**8454167 Vickie.D. Cleveland. EXHIBIT82**
7:4
159:1,2

**8454167 Vickie.D. Cleveland PLAINTIFF. EXHIBIT85**
7:5
121:7,8

**8454167 Vickie.D. Cleveland PLAINTIFF. EXHIBIT229**
7:8
251:17,19

**8454167 Vickie.D. Cleveland. EXHIBIT373**
4:9
12:11,13

**8454167 Vickie.D. Cleveland. EXHIBIT375**
4:11
38:20,21, 22

**8454167 Vickie.D. Cleveland. EXHIBIT376**
4:13
47:22

**8454167 Vickie.D. Cleveland. EXHIBIT377**
4:15
84:11,12, 15

**8454167 Vickie.D. Cleveland. EXHIBIT377A**

**8454167 Vickie.D. Cleveland. EXHIBIT377B**

**8454167 Vickie.D. Cleveland. EXHIBIT377C**

**8454167 Vickie.D. Cleveland. EXHIBIT378**
4:18
97:3,4, 12,15

**8454167 Vickie.D. Cleveland. EXHIBIT378A**

**8454167 Vickie.D. Cleveland. EXHIBIT379**
4:21
103:2,3,6

**8454167 Vickie.D. Cleveland. EXHIBIT380**
5:4
103:22,23
104:1

**8454167 Vickie.D. Cleveland. EXHIBIT381**
5:6
127:22,23
128:1

**8454167 Vickie.D. Cleveland. EXHIBIT382**
5:8
131:4,5,8

**8454167 Vickie.D. Cleveland. EXHIBIT383**
5:10
138:23, 24,25

**8454167 Vickie.D. Cleveland. EXHIBIT384**
5:12
147:19, 20,23

**8454167 Vickie.D. Cleveland. EXHIBIT385**
5:15
151:4,5,8

**8454167 Vickie.D. Cleveland. EXHIBIT386**
5:17
187:20,21
228:10
267:20

**8454167 Vickie.D. Cleveland. EXHIBIT387**
5:19
192:18, 19,22
228:4,5

**8454167 Vickie.D. Cleveland. EXHIBIT388**
5:21
194:9
210:6,7,8

**8454167 Vickie.D. Cleveland. EXHIBIT389**
6:4
228:13,16

**8454167 Vickie.D. Cleveland. EXHIBIT390**
6:7
235:13, 14,17

**8454167 Vickie.D. Cleveland. EXHIBIT391**
6:9
256:14,17

**8454167 Vickie.D. Cleveland. EXHIBIT391A**

**8454167 Vickie.D. Cleveland. EXHIBIT391B**

**8454167 Vickie.D. Cleveland. EXHIBIT392**
6:12
273:21, 22,25

**8454167 Vickie.D. Cleveland. EXHIBIT393**
6:14
276:24
277:2

**8454167 Vickie.D. Cleveland. EXHIBIT394**
6:16
279:21,24

**8454167 Vickie.D. Cleveland. EXHIBIT395**
6:18
282:16,19

**8454167 Vickie.D. Cleveland. EXHIBIT396**
6:20
285:10,14

**8454167 Vickie.D. Cleveland. EXHIBIT397**
6:23
290:10,13

**$**

**$1,285,575**
240:6

VICKIE D. CLEVELAND
UNITED STATES vs STATE OF GEORGIA

August 17, 2022
Index: $1,461,522..2018

**$1,461,522**
  246:5

**$50,000**
  52:8

**$62,285,243**
  237:9

**$7,910,000**
  237:11

**$7.5**
  238:3

**$87,500**
  151:23

———————

**-**

———————

**-education**
  290:19

———————

**0**

———————

**00317569**
  38:25

**00362022**
  226:4

———————

**1**

———————

**1**
  159:21
  199:7
  209:25
  213:20
  215:9

**1,837**
  261:8

**1.1**
  246:8

**1/28/2020**
  211:4

**10**
  144:4
  165:24
  166:5
  238:14

**100**
  218:6

**100%**
  217:9

**10:31**
  74:16

**10:58**
  74:20

**11**
  149:3,10

**11/19/2019**
  211:20

**11:23**
  94:1

**11:31**
  94:4

**12**
  54:24
  147:9,10
  251:3,4

**120**
  115:6

**12:11**
  120:24

**12:12**
  120:22

**12:15**
  121:2

**12:52**
  146:6

**13**
  54:24
  77:5,6
  239:16

**13th**
  39:7

**14**
  97:19

**14th**
  148:2

**15**
  17:7
  232:6
  248:8

**15-minute**
  193:11

**15th**
  256:20

**160-4-7.15**
  159:6

**16th**
  39:3
  121:13

**17**
  262:5

**17th**
  8:5

**18**
  230:5,6
  262:5

**18th**
  283:4

**19**
  230:6,21
  232:4
  259:2
  262:5
  280:2

**19-20**
  85:18
  86:17,18
  87:23
  223:9

**190,000**

**246:11**

**1986**
  21:18

**1989**
  21:23
  22:6 76:6

**19th**
  139:6
  282:25

**1:41**
  146:10

**1st**
  47:25

———————

**2**

———————

**2**
  41:1
  166:11
  199:1
  206:6
  210:1
  211:17
  217:8
  283:14

**2.0**
  265:3,13,
  20,25
  266:3,7

**20**
  85:9,13,
  21 86:19,
  20 87:23
  223:21,23
  237:21
  239:19
  240:5
  241:18
  246:5

**20-21**
  223:4,10

**2000**
  21:11
  290:16

**2007**
  21:12
  23:6

**2012**
  29:9,10

**2015**
  14:20
  15:1,2

**2016**
  27:1 29:3
  205:5
  259:1
  261:7,8,
  23 262:5
  266:8

**2017**
  23:22
  35:25
  36:1 88:4
  121:13
  133:5
  146:3
  148:2
  149:22
  157:22,25
  158:6
  159:8,10
  261:23
  266:8
  280:2

**2018**
  23:20,23
  25:23
  26:1
  34:20
  39:3,7
  42:8,13
  47:25
  49:12
  88:4
  131:11



139:6
151:11
228:19
230:21
261:23
266:8
274:3
282:25
290:16
291:2

**2019**
86:13
87:22
88:4
104:4
177:14
180:17
205:6,12,
13
211:14,24
229:16
230:20
232:1
233:25
243:17
244:5
256:20
261:23
266:7
285:18

**2019-20**
85:14,22
103:12
223:2,5

**2020**
84:18
85:7
86:11,13
87:20,22
88:4
92:23
97:19
100:24
103:9
120:12

154:6
171:7
177:7,9
178:1
180:15
181:5
188:4
193:2
196:3,7
203:5,6
210:13
222:19
223:6,21
224:9
225:14
235:20
253:18
267:24
268:2
269:4,5
272:14

**2020-21**
223:3

**2021**
24:5
35:8,22
101:1
177:14,16
203:6
223:23
236:22
252:1

**2022**
8:5 113:2

**2022-2023**
82:9
114:16
224:15

**2023**
113:2
224:25

**20th**
104:4

**21**
77:13

**21-22**
82:25
85:17,24
224:9,21
227:4

**22-23**
86:3

**229**
251:17

**23**
86:3

**23rd**
274:3

**24**
19:3
36:14
77:9 82:2
84:18
92:24
136:9
154:24
232:8,10
233:11
249:21
251:13

**24th**
131:11
235:20

**250**
239:10

**25th**
139:20
151:11
290:16

**28th**
103:9
210:13

**29th**
228:19

**2:41**
188:18

**2:46**
188:22

**2:54**
193:18

**2ii**
164:6

**2nd**
188:4
193:2
196:7
203:4
267:23
268:2

─────────

**3**

─────────

**3**
98:3
220:3,22

**3,000**
83:1

**3,090**
83:14

**3,100**
83:1,14
114:18,22

**300**
239:10

**30th**
64:20

**31st**
209:8

**35**
112:24

**366**
47:19

**373**
12:11

**374**
38:21

**375**
38:21

**376**
47:19

**377**
84:12

**378**
97:4,12

**379**
103:3

**380**
103:23

**381**
127:23

**382**
131:5

**383**
138:24

**384**
147:20

**385**
151:5

**386**
187:20
228:10
267:20
268:5

**387**
192:19
194:9
228:5

**388**
194:9
210:7

**389**
228:13

**390**
235:14



VICKIE D. CLEVELAND
UNITED STATES vs STATE OF GEORGIA

August 17, 2022
Index: 391..action

**391**
256:14

**392**
273:22

**393**
276:24

**394**
279:21

**395**
282:16

**396**
285:10,
20,21,22

**397**
290:10

**3:19**
193:22

**3ii**
166:11

---

**4**

**4**
159:12
237:2

**43**
124:15

**44**
125:23,25

**45**
126:6

**4:47**
255:24

**4th**
285:18

---

**5**

**5(a)**

159:11

**53**
238:2

**535**
227:15,
24,25
228:7

**5703**
142:4

**5705**
142:18

**571**
39:25

**5:01**
256:3

**5:52**
290:2

**5th**
159:10

---

**6**

**6:07**
290:6

**6:17**
297:11,13

---

**7**

**7**
213:15

**70**
237:21

---

**8**

**80**
231:2

**82**

159:1

**85**
121:7
215:22

**85%**
215:10

**88**
76:10

**89**
22:8,9,
20,24
76:22

**8:59**
8:6

---

**9**

**90s**
18:5

---

**A**

**a.m.**
8:6
74:17,20
94:4

**ABA**
244:18
245:4

**abbreviatio
ns**
42:15
98:8

**academic**
82:18
83:10
96:24
140:5
173:15
174:20
220:4,25

221:1,6,
15

**academic/
remedial**
241:4

**academicall
y**
180:1
220:12

**academics**
181:8

**academy**
46:1,2
142:22
154:3
155:2
194:23
252:5

**access**
15:8
31:20
32:13
33:13
37:11
67:22
79:20
115:3,9,
14,16
118:1
132:1
137:24
138:1,11
173:24
190:21,25
192:11,15
243:21
244:20
253:11
265:9
274:25
278:16

**accessing**
136:1

**accident**
18:4,6,9

**accountabil
ity**
44:17
121:23
141:2
166:17
167:21
205:16
212:25
213:20
215:4
259:10,20
263:19

**accounting**
161:12,13
263:18

**accuracy**
284:6

**accurate**
71:21
156:2
241:18,19
284:21

**acronym**
67:16

**acronyms**
18:14
42:15

**action**
59:14
141:4
213:23,25
216:22
217:2,6,
24 218:5,
14 220:8
222:13
225:17,20
231:1
233:10,21
235:9



activities
  65:22,24
  135:6
  136:21
  137:16
  166:24
  167:7
  168:16,
  18,21
  207:6,18,
  24 208:1
  214:10
  215:22
  216:13,17
  220:17,25
  221:7
  222:14

activity
  135:15
  168:25
  169:8
  205:18
  207:8
  214:4
  216:21
  221:6
  231:1

actual
  241:10
  253:7
  259:23,24
  264:10

actuals
  240:7

add
  22:10
  63:23
  75:6
  249:25
  250:6,10

added
  22:11,12
  23:5
  106:14

addition
  41:23
  113:25
  163:17
  219:13

additional
  22:11
  26:13
  174:18
  200:10
  202:18,19
  263:7

address
  72:11
  81:2

addressed
  125:4
  170:11
  294:22

adequate
  221:1,15

adjust
  155:18

administer
  162:6

administered
  265:6

administering
  162:25

administration
  21:4
  22:12,13,
  25 31:12
  34:3,11,
  23

administrative
  179:4
  240:13

administrators
  229:6,7

advance
  179:12
  236:3
  283:5

advise
  184:21

advised
  90:19,21

advising
  94:12

Advocacy
  284:15

affirmative
  13:1
  25:11
  28:15
  39:8 42:5
  44:8
  46:22
  64:10
  70:2
  72:20
  76:24
  82:4 87:7
  88:10
  90:15
  105:24
  106:10
  113:11
  114:24
  115:18
  187:6
  188:9
  199:12
  204:18
  213:16
  225:21
  234:14
  245:19
  261:12
  278:3

295:16
296:14

age
  77:13
  199:1,11

agencies
  28:12,24,
  25 43:21,
  24 68:15
  282:7

agency
  20:2,15
  46:17
  159:16

agenda
  283:3,8

agent
  63:9
  64:15
  139:17
  146:19
  147:8
  155:10
  165:23
  251:6
  254:19,
  22,25
  255:6,9

agents
  45:17
  147:6,7,
  8,10
  150:5
  164:8
  165:6
  167:15,16
  251:3,4,6

ages
  77:12

agree
  41:15
  46:16
  49:13

63:9
101:3,13
113:1
260:5
266:6
281:5

agreed
  159:15

agreement
  150:17

ahead
  11:6
  60:3,4
  87:25
  128:22
  193:9
  275:14

aligned
  186:17

aligns
  127:4
  248:23

allegations
  161:5
  293:8,12

allocate
  36:18
  51:15
  242:11

allocated
  52:4 59:5
  60:18
  63:7,19
  64:14,15
  105:5,25
  106:2
  151:25
  152:4
  238:21
  239:25
  241:12,19

allocating
  49:18



VICKIE D. CLEVELAND
UNITED STATES vs STATE OF GEORGIA

August 17, 2022
Index: allocation..area

allocation
  50:20
  52:19
  105:19
  164:9
  238:18
  239:2,5,
  11

allocations
  36:17
  51:11,22,
  24 55:7
  62:2
  152:14
  160:11,
  13,14,25
  161:3
  163:12
  164:15,
  20,24,25
  238:24

allowable
  163:15

alongside
  19:21
  124:10

Alternate
  265:5

Amber
  62:5,7,
  10,13,15
  64:8
  256:21
  257:1,2,
  15 258:7
  259:14,17
  264:11

Amber's
  163:13
  165:3

America
  8:3

amount

51:21
52:17,19
240:16

analyzes
  130:22

announces
  48:8
  280:4

annual
  45:15

Annually
  66:21

answering
  10:18,19
  11:10
  12:2

answers
  10:5,9

Apex
  67:9,15,
  24 68:2,5
  272:2,8,
  20 273:1,
  5,8,10,12
  274:20
  275:18,
  21,23
  276:4,11,
  15 277:6,
  24 278:1,
  4,8,16

Apex/gnets
  277:12

apologize
  154:16

app
  112:14
  114:14
  134:19
  135:24
  138:12,19
  249:3,15

appears
  94:5
  99:19

applicable
  179:1

application
  34:21
  61:25
  65:17
  111:25
  133:24
  134:8,11,
  21
  162:10,
  12,17
  164:2,4
  186:16,17
  208:11,
  15,20,21
  209:10,14
  224:3
  226:21
  233:7,13
  235:6
  248:9,11,
  16,21,23
  250:7,14,
  17,20
  251:7,12,
  25
  252:15,
  18,24
  253:23,24
  254:2,6,
  11,17

applications
  65:16
  162:20
  163:4
  209:8
  223:24
  249:17,23

applied
  34:10,14

36:7
51:24

apply
  35:11
  248:15

approached
  34:25

appropriated
  159:21

approval
  36:21
  51:13
  52:2
  53:20
  152:11
  161:10,24
  164:25
  240:20
  250:1,7

approvals
  52:6

approve
  152:1
  164:9
  166:2
  242:6,9,
  10,11,13

approved
  25:25
  51:9,13
  52:3,9,
  11,13,14
  149:17
  160:11,25
  164:21

approves
  157:19
  161:11

approving
  161:18
  165:2

approximate
  82:12,13
  83:1
  114:17,21

approximately
  54:23
  56:15
  82:23
  83:1
  112:24
  113:3
  115:7
  226:13
  246:11

April
  42:8,12,
  13 49:3,
  12 73:9
  161:9,17
  162:3
  235:20

area
  23:5
  27:20,24
  28:1,9
  92:23
  94:17,19,
  23 96:9
  100:1,12
  102:24
  133:14
  168:13
  169:3,4
  170:18
  171:4
  176:13,17
  189:21
  205:17
  209:23
  210:1
  213:9,11
  214:8
  216:7,10,
  11,16,21



220:5
230:24
231:1,2
234:18
283:22

**areas**
22:11
27:19
63:14
91:21
95:1,8,21
98:4
99:20
100:2
101:3,5,
10,12,15,
19
107:15,17
140:15
166:25
171:3
173:21
174:24
176:13
186:17
190:1
192:4
204:25
205:23,24
209:22,25
213:4,6,
12 215:11
216:4,5
218:3,7,8
225:16,25
233:20
249:2,5
250:13

**areas'**
214:9

**art**
185:17,20

**article**
57:13,15,
16,17,21,

22 58:6,8
291:2,5,
14,23
292:2,4,7
293:9,12,
14

**articulated**
45:13

**artifact**
234:20

**artifacts**
168:24
169:1,6
205:20
207:15
214:2,21
222:4
226:12

**assembly**
159:22
161:18

**assert**
193:10
197:12

**asserted**
197:8

**asserting**
189:8
197:1,5

**assess**
134:20
191:7

**assessed**
109:20
189:25
190:5
191:20,
22,24
261:15,
17,19
265:10,
13,19,20,
21

**assesses**
109:25
110:4

**assessing**
90:16

**assessment**
20:11
189:15
190:4
191:5
192:7
224:12
225:23
243:22
258:9
259:1,10,
20 260:7,
15 261:2
263:12,19
265:5,6,
11 266:5

**assessments**
190:16,17
223:23
242:22
260:16
261:4

**assign**
222:11

**assigned**
27:18,22
140:24
165:4
239:11

**assist**
243:13

**assistance**
27:20
28:5
36:14,22
37:4,13
49:7,22
50:15
65:17,20

90:13,19
119:21,23
120:1
129:17
144:17
145:11,
17,19
158:21
181:24

**assistant**
61:9

**assistants**
240:13

**assistive**
182:8,10

**Associates**
175:22
240:24

**assume**
23:18
29:8 36:7

**assumed**
287:1

**assurance**
148:4
150:3,7,8
255:3,7

**assurances**
149:18,
20,25
150:4,6,
10,23,25
236:7
250:25
251:2,5
254:19,22

**assure**
250:1

**Atlanta**
14:11
29:5,9,
12,21,22

30:3,14,
15,19
35:15

**attached**
85:5
148:19
164:3
226:20,25
229:15
260:5

**attachment**
39:4,22
86:25
91:25
97:22
98:2 99:2
104:8,12
121:16
123:2
141:17
149:14
163:2,3,
5,8
195:23
198:16
209:9
210:14
229:19
258:13
260:3
283:14
290:20

**attachments**
84:23
139:8
164:2
208:12
235:23
236:6
250:11,12
258:11

**attained**
23:7

**attend**



21:13
43:18,22
55:21
68:18
73:15,16
74:7
75:20
91:6
126:24
220:15
229:11,12
267:14
282:2,5

**attendance**
141:11
282:6

**attended**
43:2 74:9
87:21
267:8
282:11

**attending**
74:10
267:14

**attends**
43:4
281:23,25
282:2

**attorney**
9:7,16
10:24
12:24,25
13:9

**Attorney-client**
189:9

**AU**
98:17
103:12

**audits**
157:7,11

**August**
8:5 182:1

210:12

**autism**
95:4 96:2
98:17
265:8

**average**
133:15
226:11

**avoid**
10:16

**award**
62:15
63:6,8,22

**aware**
106:13
109:19,24
147:16
150:25
155:7
157:10,11
214:6
220:2
255:21
279:14
288:13,23
291:23

—————————

**B**

—————————

**B.s.ed.**
21:16

**baby**
76:5

**back**
32:16
33:4
51:5,10
73:8
74:5,19
76:5 94:3
96:25
102:9,22
112:10,12

119:15
121:1
132:16,17
134:3,4
135:13,17
136:19,20
137:1,2,
23
140:13,
16,22
146:9,12
155:6
159:9
160:10,22
162:2
164:13
168:17
176:6,25
178:10,22
179:3,9
188:21
193:21
194:11
212:7
221:23
224:15
226:15
227:15,22
228:2
246:16
248:1
249:9
250:11
256:2
260:1
263:14,21
267:19
272:20,25
283:22
284:18
290:5
291:20
295:5

**bands**
239:9

**BASC**
191:14,16
245:23

**BASC-3**
189:12,
13,18,21
190:14,22
191:1
245:16
269:23
270:8,9,
10

**base**
56:14
60:16
113:15
114:2,3,7

**based**
31:9
33:16
81:14
87:23
91:13
95:25
96:1,20
106:7
107:12,17
116:20
141:4,6
152:4
167:3
171:3
174:16
198:8
214:1
215:18
217:11
222:24
225:23
230:12,
18,25
231:6
236:6
281:10
289:22

**basically**
9:17

**basis**
268:10

**Bates**
38:24
47:20
84:13
87:1
91:25
97:5,13
103:4,24
121:10
127:24
131:6
139:2
147:21
149:15
151:6
187:23
192:20
194:4
195:23
210:20
226:2
228:6,14
229:20
235:15
256:15
273:23
276:25
279:22
282:17
285:11
290:11

**begin**
25:20
76:3

**beginning**
76:17
126:15
248:2
253:8

**begins**



VICKIE D. CLEVELAND
UNITED STATES vs STATE OF GEORGIA

August 17, 2022
Index: behavior..budget

8:1 85:25
149:15
236:12
258:14

**behavior**
94:25
95:24
98:15
108:10
140:5
201:9
216:8
242:22
250:19

**behavioral**
19:19,24
20:6,10,
19 54:9
77:23
80:13
96:4,24
109:17
168:15
186:20
189:15
190:15
191:6
217:11
243:25
249:3,12
250:18,22
286:19

**behaviors**
77:25
80:3,15
244:22

**believing**
71:19

**Bell**
50:21,23
51:1
62:9,11
256:10

**belong**

154:23

**benefit**
278:8

**benefits**
246:19

**bi-weekly**
54:18,25
55:25
56:9

**big**
175:18
180:5
205:23

**biggest**
295:18,23
296:4

**bill**
171:21

**BIP**
20:5
172:15
200:20,23
271:8

**BIPS**
172:22
243:13

**bit**
157:14,15
254:25
255:8
272:1

**blank**
73:3
104:7

**blanking**
66:1
113:18

**board**
36:25
42:7,11
46:8

51:12,14,
17,18,25
52:1,2,3,
6,9,12,
16,18,23
53:1,4,
10,14,18,
19,20
55:9
69:25
70:6,7,8,
9,10,13,
18,21,23
71:5,17
80:12
81:19,21
88:25
89:10
90:14
91:13
106:7
119:24
125:2,3
129:18,
22,24
133:3,5
137:4,7
145:20,
22,25
146:3
152:5,6,
12 155:9,
23 157:19
158:22
160:13
161:4,9,
10,11,21,
23,25
162:4,19
164:17,
21,25
169:14,
17,22
172:8
175:11
234:10
253:1

266:24
267:1,3,
4,7,9,12
278:9
280:23
296:5

**bold**
211:19

**bottom**
88:8
104:18
132:5
144:3
187:24
194:19
211:18,19
267:21
276:25
279:22
283:15
285:11
290:11

**box**
109:9

**Brandon**
8:7

**Brantley**
8:7

**break**
11:8,11
74:13
120:17,20
146:5
193:11
229:3
255:22
290:1

**bring**
17:19
53:10

**brings**
282:3

**broaden**
278:15

**broke**
291:7

**broken**
247:6

**brought**
31:17
53:12,19
288:6

**bubbled**
58:5

**budget**
36:16,19
42:19,21
50:20,21,
23,25
51:2,6,7
55:6
56:20
62:8,11
70:22,24,
25 71:1,
3,17,20,
22,23
160:1,2,
5,8,9,11,
16,24
162:1
163:9
164:14
165:7
166:1,5
167:14
182:11,12
236:22,23
240:1
243:18
244:6,7,
8,16
246:1,3,
10,15,21
249:11
256:7,9,



10 257:3
258:2
266:19

budget allo
cations
147:13
164:12

budgeted
165:11,18
240:9
247:13

budgets
36:20
49:18,19
51:8,13
55:9
62:25
161:14
163:16
164:9
165:2,5,
9,10,11
167:14,16
236:25
256:12

building
59:3
118:2

built
207:5
253:8

bullet
44:9
45:21

bullets
46:19
125:25
142:3

buried
268:4

business
253:11

buy
246:14

_____

C

_____

C-L-E-V-E-
L-A-N-D
9:14

C-L-I-E-T-T
38:18

calculated
239:7,8

calculates
239:2

calculation
215:21

calendar
160:17

call
63:20
75:8 81:6
108:19
125:1
162:14
173:7,8,
14 279:7
294:9

called
15:14
26:23
122:15
139:21
233:19
288:1

Camden
154:10,17

campuses
276:16

capture
10:9
47:15

119:10

captured
192:9

captures
47:13
83:5
168:19

car
18:4,9

care
43:1,14,
15,16,19
44:2
216:22
243:9,14
271:11

careful
30:5 32:9
93:15
177:2

carried
64:25

carryover
62:21
64:8,18,
19,22

cases
294:25

Castellanos
131:12,
21,22
132:6

category
109:17

cc'ed
195:3

Cedarwood
107:4
195:7

center
19:7,8

31:8
113:15,
17,21
114:1,2,
3,7
116:14,
15,20
155:3

center-base
180:4

center-
based
31:15
78:8
134:16
135:16

centers
33:12
112:19,
22,25
113:23,24
114:9,16,
18,23
116:2,12
135:17
185:10

certificate
22:2,6,10

certificati
on
22:11,22,
23 37:25
38:1,2,6
63:13
244:2,11,
12

certificati
ons
21:25

certified
63:14
220:14

CFM

44:10,12
167:17

chain
104:4
131:11
257:14

challenges
77:23
80:13,14
96:4
286:20
287:7,8

challenging
80:3
220:12
232:9
244:21,22

Chambers
139:7,12,
13,20

chance
252:11

change
113:4
115:8
127:11
172:4
209:11
212:24
231:15
254:5,8,
10,20

changed
24:2 37:6
70:19
82:5
133:2,3
209:7
212:23
215:1
221:23
230:23
240:14
245:12



266:5
267:16
272:17

**changing**
154:11,21
155:10

**characteris
tics**
95:25
109:16

**characteriz
ation**
101:4

**charges**
246:13,14
247:10

**chart**
40:2,4,5
41:14
42:16
142:11
143:18,25
229:23
266:8

**charts**
40:21
262:1

**check**
92:8

**checklist**
198:9,18
210:25

**chief**
58:17
83:20,22

**child**
80:19
81:6,15,
18 83:15
94:20
95:14,24
96:2,3,

13,14
111:3
119:9
130:21,
23,25

**child's**
80:25
95:14
96:6,12
112:5

**children**
19:18,21
119:18
189:16,25
205:7

**Children's**
280:4
281:9

**choice**
229:12

**chose**
35:11

**circle**
51:5
228:2

**Circling**
226:15

**Civil**
9:8

**claiming**
189:2

**Clara**
280:3,21,
22

**clarificati
on**
74:23
75:9
108:19
173:9

**clarify**

126:23
197:11
211:23
227:17
295:11

**clarifying**
171:25

**classes**
31:1
33:3,13
35:19

**classified**
220:14

**classroom**
117:18
118:18
184:6,17

**classrooms**
31:3,7,13
33:3,5,
12,23
78:7
79:14
117:16,
21,24
169:7
181:14,19
183:11
184:11
186:5

**clean**
227:14

**clear**
32:4
193:12

**Cleveland**
8:2,22
9:3,13
12:16
17:25
18:3 21:1
23:13
39:12

40:22
48:4
74:22
75:11
84:19
85:3 93:9
95:7
97:20,24
104:10
121:4
128:7
131:15
139:9
146:12
148:6
151:14
159:8
188:5
189:12
193:3
194:12,13
210:16
228:23
235:21,24
236:10
251:22
252:14
256:5,23
258:25
260:9
267:18
269:22
270:12
274:5
277:6,7
280:6
283:1,16
285:24
290:8,23
293:17
297:7

**Cliett**
38:5,17
54:5

**Cliett's**
64:2

**clinical**
105:6,14
108:11
149:9

**close**
68:11
196:6

**closely**
55:5

**closing**
114:12

**co-
presented**
65:24

**co-
supervisor**
42:11

**co-teaching**
78:19

**coaching**
220:19

**Coastal**
107:3
139:14,
15,16
142:19,21
154:2
155:2

**code**
165:14,15

**codes**
165:8,22

**coding**
182:4

**cognitive**
108:10

**Cohen**
8:17
93:22
228:4,8,
10 285:20



293:2

**collaborate**
37:24
45:1
46:20
144:3
145:8
256:8
279:9

**collaborati
on**
47:3,6
144:6,12,
18,24
145:9,18
162:7
187:16
277:12

**collaborati
ve**
37:9 44:7
122:5,15
123:8,17
145:1,21

**collaborati
vely**
62:25
65:15

**colleague**
195:2

**colleagues**
29:11,14
37:25
124:10

**collect**
15:20
16:3,7
100:11
110:4,9
112:11,14
115:11,24
118:7
133:10,
18,20

191:12,16
271:21

**collected**
102:11
111:22
185:25
214:2
258:5

**collecting**
196:22
197:18,20
257:15
271:21

**collection**
83:17
93:4,5,6
118:15
191:21
195:8

**collections**
73:19
83:11
115:14,17
116:1
119:2
182:1
204:14

**collects**
109:24
204:7

**college**
21:13

**column**
42:3 44:6
87:20

**combine**
205:22

**combined**
205:15

**combining**
212:24

**commentary**
183:17,20

**Commission**
23:9
280:4
281:9

**committee**
211:20
212:10

**common**
94:24

**commonly**
12:20

**communicate**
54:17
55:2,17
56:10
66:5
173:5
196:9
233:15,18
269:7

**communicate
d**
56:16
57:3,4
195:16
197:17,23

**communicati
ng**
176:6

**communicati
on**
61:13
165:1
173:11
198:2
288:9

**communicati
ons**
197:7,13
291:15,
17,18,20

292:9,11,
24

**community**
20:23
187:17
278:9

**compile**
61:14

**compiled**
141:6

**compiles**
107:24

**complaint**
14:24
293:22,
24,25
294:19
295:12

**complaints**
293:17
294:16
295:2,4,
6,11

**complete**
62:1
162:16
204:2
208:3
223:19
224:16
248:18
253:2
268:22

**completed**
171:20,21
201:1
206:14
230:12
233:4
253:4,6,
10

**completely**
9:20

11:15

**completes**
66:16
162:13
248:12

**completing**
224:4

**compliance**
44:19,21
63:25
165:8,13
166:13
168:2
172:14,23
250:1

**complying**
169:13
170:3

**component**
244:1

**components**
140:3,6

**comprehensi
ve**
109:12
154:3
200:25

**computer**
16:13
246:15
247:10

**concern**
57:19,20
170:9
294:6

**concerned**
93:12

**concerns**
58:22
174:20
234:17
281:7



294:5
295:2,13

**concluded**
297:12

**conditions**
19:20

**conducted**
157:8

**conducting**
59:11

**conducts**
56:4

**conferences**
220:16

**confirm**
18:16
61:2,4
152:19
233:10
293:14

**connect**
94:13

**connected**
275:24
279:7
294:10
295:7

**connection**
12:17
14:14
50:18
67:3
68:12,15

**connections**
136:21

**connectors**
129:21

**conscious**
184:16

**considerati
on**
124:6,20,
23 126:7,
19
129:12,
17,22

**considered**
77:20
201:19,23
202:2,7,
11

**consistency**
126:7,10

**consistent**
49:25
87:19
88:17

**consortium**
43:5

**constant**
106:19

**constructiv
e**
137:9

**consult**
145:14

**consultatio
n**
128:6

**consulted**
146:21

**contact**
115:17
274:24
275:2
292:11

**contacted**
291:13,16

**contained**
188:25

**contemplate
s**
144:12

**content**
195:18,22
205:25
248:19

**contents**
158:3,23
248:19
280:8

**continue**
48:12,14
100:11
102:23,25
144:6
150:2
232:16
245:10
253:2
271:17

**continued**
253:1

**continues**
126:14

**continuum**
78:4,9,
11,13,14,
18 79:4,
8,9,11
111:6,8,
13 119:24
120:10
132:16
140:22
201:15

**contract**
107:20
150:18
190:23
240:16,
18,19
241:7,10
242:16,

20,21
243:2,5,
9,24
244:2,4,
11,24
245:17

**contracted**
242:22

**contracts**
239:19
240:2,3,
5,11,15,
20,23
243:13,16
245:20
246:10,11
248:4

**contributio
n**
237:14

**control**
87:4 92:5
99:7
123:6

**conversatio
n**
9:18
40:10
55:21
98:23,25
108:20
158:9
175:4,5
184:1
204:16
217:23
218:14,23
231:17,22
254:15
273:9
274:18
275:22
277:18
287:18

292:14

**conversatio
ns**
67:23
93:15
100:7
126:25
135:3
210:2
218:17,20
219:3,8,
14,21
225:7
231:19
234:15
288:14,15
292:18

**coordinate**
256:8
288:3

**coordinatio
n**
256:6

**coordinator**
30:16,17,
23 31:25
75:17
76:18,21,
25 77:3,7
240:14

**copied**
48:3
84:20
139:8

**copy**
97:20
103:11
121:15
212:17

**correct**
16:19
24:24
25:12
28:7 30:9



36:1,2
39:4,7,
16,19
40:23,25
41:24
42:2
45:22
46:18
47:14
48:7,17,
21 51:22
65:10
68:18,22,
25 71:18
72:19
75:7 79:6
85:21,23
88:2
90:16
91:17
92:22,25
102:17
104:14
107:23
112:20
117:25
118:19
123:7
124:19
125:25
126:15
128:11
129:25
133:1
137:17
138:17
141:19
142:2,8,
11,15
148:22
151:23
159:17
164:11
175:25
178:15,
16,18,19
187:5

188:10
194:24
195:21
197:11
200:9
201:14
203:5
210:21
211:3,17
213:3
219:18
221:19
224:13
226:1
229:1,17
230:3,16
231:7
232:1,25
234:9
236:2
237:5,20
238:14,
17,20
239:4,18
240:4
243:8
246:1,3
248:4,9,
12 251:24
252:3,5
257:16
258:9
261:20
262:2,21
265:24
266:9
267:2
268:21
270:21
272:8,9
274:20
277:10
281:7,21
283:18
291:1
292:8,12,
15

**correcting**
89:5
292:19

**correctly**
57:21
123:24
155:15
292:10

**cost**
64:13
240:22

**costs**
62:22
64:9

**council**
229:5

**counsel**
8:10 11:5
16:5

**count**
51:3 85:6
87:16,20
88:5
101:24
155:17
160:19

**counted**
263:16,17

**counts**
160:3

**County**
28:7
30:17
75:16
76:17
125:12
154:8,10,
14,15,17
155:6,7
156:13

**couple**
41:7

59:1,17
91:20
171:18
179:18
203:20
255:1
287:9

**courses**
117:18

**court**
8:8,11
9:23,25
10:6,8
12:9
14:13,25
38:19
47:17
84:10
97:2,10
103:1,21
127:21
131:3
138:22
147:18
151:3
192:17
196:15
210:5
228:12
235:12
273:20
276:22
279:19
282:15

**cover**
236:20

**covered**
233:9

**covering**
124:20

**create**
26:5,9
40:4
51:12,25

87:10,12
92:15
99:12,14,
18 104:25
143:13
160:13
164:14
229:25
236:17
259:6

**created**
33:23
40:13
62:21
99:22
104:22,24
125:9
126:3
128:13,14
140:19
143:15
161:10
164:18
198:2
236:19
259:8

**creating**
31:1,7
40:5
62:15
117:24
212:12
271:12

**creation**
145:14

**criteria**
52:10
63:20
131:13
132:7,14,
20,25
221:14
222:8,10
265:13



cross-
functional
    44:13,16
    45:3
    166:18
    167:11
    222:19
    223:17
cross-
training
    28:17
crosscheck
    16:15
cube
    247:15,17
curious
    32:5
    110:21
    182:22
current
    14:5
    22:3,4
    23:12,14
    64:23
    115:5
    171:23
    200:18,23
    203:2
    224:19
    252:20
    271:2
    295:19
curricula
    174:7
curriculum
    175:21
    240:24
    265:10
cycle
    45:16
    233:2
cyclical
    232:10,16

                D

Dante
    67:5,8
    272:6,10
    273:9
    274:21,24
    275:22
    277:5,8,
    10 278:24
data
    33:17
    73:19
    77:17
    81:4
    83:10,17,
    19,24,25
    87:12,14,
    17,18
    89:1
    90:23,25
    91:8,9,
    16,18
    92:23
    93:1,4,5,
    6 98:3,24
    99:14,21
    100:7,11,
    16 102:16
    103:12
    109:24
    110:4,9
    111:22
    112:6,11
    113:6
    114:19
    115:14,
    17,24,25
    116:1
    118:7,12,
    14,21,22,
    23,24
    130:22
    131:23
    132:2

    133:7,21,
    24 134:2,
    7,19,20
    135:2,12,
    24,25
    136:10,14
    137:15,
    23,24
    138:3,11
    141:6
    169:3
    172:3
    173:24
    174:16,22
    175:3
    176:4,5
    182:1
    186:23,24
    189:21
    190:4,6,
    19 191:8,
    11,12,13,
    16,21
    192:2,3,9
    195:8,25
    203:3,8,
    11,13,14,
    15,16,20,
    22 204:6,
    13 207:12
    222:24
    225:23
    249:13
    258:5
    259:1
    263:11,
    14,16,18
    264:12,13
    269:24
    270:2,4
date
    8:5 13:8
    23:7
    34:18
    56:22
    97:18

    143:1
    154:5
    160:18
    188:3
    193:1
    196:2,3,
    4,5
    199:20
    200:16,
    18,23
    201:3
    210:12
    211:4
    257:9,12
    269:2
    272:13
    285:5,18
dated
    203:4
    267:23
dates
    17:1 21:8
    22:8
    25:22
    105:22
    177:24
day
    17:3
    66:8,9
    118:9
    136:20
    201:25
    202:4,9,
    12,15
    236:3
day-to-day
    116:6
    117:1
    169:19
days
    122:7
    123:21
    144:4
DBHDD

    20:17
    67:2 68:8
    278:20
    279:10
    281:3,5

DCH
    20:21
    68:12
de-
escalation
    249:12
deadline
    204:2,3,5
    208:3
Deal
    280:4
Deal's
    281:8
Deanie
    54:6
    179:7
Deanie's
    54:6
Decatur
    154:8,13,
    14 155:7
    156:13,18
December
    73:7
    121:13
    148:2
    149:22
    188:3
    208:6
    267:23
    268:2
    280:2
decide
    174:16
    262:24
decided
    205:21



231:23
252:23

**decision**
33:18
35:13
111:12
114:11
132:6,24
137:12
152:1
174:14
271:16
272:22

**decisions**
33:21
89:15,16
90:23
102:2
111:2
127:17
132:15
137:11
227:5

**decrease**
238:8
243:17

**decreased**
89:21
238:5

**decreases**
238:7

**decreasing**
88:15

**dedicated**
202:4,9,
12,15

**deems**
80:17

**defendant**
18:7

**define**
45:11

**defined**
65:23
122:19
145:2,25
158:20

**defining**
46:9,15

**definite**
132:6
216:15

**definitions**
18:15

**definitive**
89:13
232:17

**definitively**
40:12
71:2
122:11
129:3
143:15
217:16
231:20
270:25

**degree**
21:3,20
22:1 23:6

**degrees**
21:15,19

**Dekalb**
30:17,21,
25 31:22
33:10,22
35:17
75:16
76:3,6,
14,17
117:21

**delay**
98:18

**delete**

15:16

**delivered**
286:19

**delivery**
166:14
168:4,10
201:16

**demonstrate**
217:10
220:13

**department**
9:7 14:6
18:19
20:18,23
23:17
26:23,25
27:4,10,
14 28:21
62:10
94:9
270:23

**depend**
66:25
147:8

**depending**
79:7 96:9
108:13
251:6

**depends**
79:10
174:14
261:14

**deposed**
17:24

**deposition**
8:2 9:10
12:16,17,
22 13:6
16:22,24
17:13
75:1
297:12

**deputy**
24:17,23
25:3
39:18
41:5 52:1
53:3,9
55:16
70:21
254:15
267:16

**describe**
77:8
92:17
216:10
220:5

**describes**
80:12,24

**description**
165:19

**Design**
286:12
287:3

**designating**
145:7

**designee**
145:5
201:6

**desk**
293:24

**destroy**
94:10

**detail**
190:12

**detailed**
190:10,13

**details**
57:22
58:3
142:23
271:22,23
279:3

**determination**
64:21

**determine**
41:4
51:22
88:23
89:1
221:14
225:24

**determined**
77:14,15
81:15
94:20
132:18
238:23

**determines**
132:22

**determining**
64:24
89:12

**develop**
81:1
95:17
96:5
161:4
162:8,21
163:16
225:18

**developed**
81:3
96:18
157:20
161:23
162:23
163:19,24
195:7,20

**development**
46:1
243:1

**developmental**
20:19



98:18

**devoted**
66:10

**diagnosis**
200:1

**diagnostic**
174:3

**differently**
81:17
218:10

**difficult**
107:16

**difficulties**
220:13

**difficulty**
191:4
192:5
243:21

**dig**
203:21

**direct**
25:17
26:16
41:1,12
48:14,25
50:7,9,14
161:1
295:6

**directly**
56:16
57:2
175:14
267:6
279:7
294:6,18
295:3,4,
15

**director**
14:9,11
22:16
23:2,25

24:6,8,13
29:4,18,
20 30:12,
19,25
31:5
35:14
53:3,24
61:9
75:18,23
125:11,12
139:13,15
140:20
141:10
142:19,21
145:4
146:22
148:16
151:18,19
155:25
164:19
170:8
172:19
173:12
180:23
182:20
194:22
198:2
201:6
206:23
209:5
213:22
227:12
231:17,23
233:1
234:7,12
254:14
263:6,10
264:7,15,
23 286:3,
14,16
287:5
288:7
294:11,12

**directories**
153:14

**directors**
24:18
27:21
28:6
36:25
37:5,14,
21 38:7
42:24
43:9,10
46:2
48:2,24
54:9 63:1
72:22
73:13,14,
17,23
74:4,5
78:3
89:7,9
91:2,5
111:17
120:4,6,8
122:10,11
124:7,25
129:22
130:4,5
142:25
143:11
144:25
145:5,6
146:2,15,
25
158:21,22
171:11,
12,16
173:3,6,
12,16
176:3,7,
19,24
177:25
178:9,15,
21 179:9
182:2,9,
18 183:10
184:21
188:3
194:25
195:17

196:10,21
197:15,
17,24
198:5
203:11
205:7,22
206:3,5,
6,9
211:13,15
212:2,5,6
213:1
214:6
215:10
228:20
229:11
242:24
253:10
267:24
281:20
282:22,23
287:9,25
288:2
290:17
291:3,6,9

**directors'**
46:10

**directory**
153:3,15,
20 155:15

**disabilities**
19:21
20:19
77:11
78:5,11
81:12
100:1
265:8,19

**disability**
94:19
96:1
98:12,14
99:20
100:1,2
101:25

109:16
130:21,25

**disburse**
159:21

**disbursed**
161:6

**discovery**
15:22

**discriminatory**
13:25

**discuss**
57:15
59:9 67:8
98:5,21
129:24
135:9
173:15
176:7,14
191:16,18
263:9
264:23
275:17,20
282:11
291:5

**discussed**
111:14
176:9
187:3
204:8
238:11
241:2
248:5
249:7,17
266:25
278:15
282:10,14
287:21
296:20,22

**discussing**
98:22
192:2

**discussion**



VICKIE D. CLEVELAND
UNITED STATES vs STATE OF GEORGIA

August 17, 2022
Index: discussions..driven

40:13
58:18
67:7
225:11
231:16
264:6

discussions
135:7
263:15
264:12

disorder
19:19,24
94:25
95:24
98:15

disorders
109:17

dispute
294:1,15,
23,25

distribute
212:14

district
14:7,9,10
20:3
26:23
27:1,3,
17,18
28:2,13,
14 29:1,
16 30:17
45:2
75:16
120:9
122:13
134:5
140:12
144:13
153:9
154:1
279:8
295:9

districts
67:19

75:15
118:25
120:2
130:10
131:25
135:13,15
152:24
153:4,11,
17,21
155:8
156:19
157:3
219:7
279:1
283:22
284:18

dive
127:20

division
9:8 27:7,
8 28:17,
18 36:17,
20 38:13
44:15
46:4
50:25
53:23
54:1,2
68:19
122:2,4
131:23
132:3
167:10,14
240:17
253:1
267:16

divisions
37:10
69:5
73:22

DL
158:12,13

DLS
45:1

document
12:10
13:2,4
14:19,25
15:1,6
38:20
47:18
51:25
59:24
84:11
94:6,7
97:3,11
102:12
103:2,18,
22
104:20,22
110:19
123:16
125:9,16
126:8
127:22
128:4,8,
13,16,18
129:1,6,
9,25
131:4
138:23
139:3
141:19,
20,25
142:17
143:20
144:11
147:19
149:24
151:4
159:5
187:24
188:25
189:1
191:23
192:18
193:10,24
194:5
195:19,22
196:22
197:18

198:1
210:6,21
211:6,8,
11 214:11
227:15,18
228:13
230:3
235:13
236:13
248:18,20
251:22
258:25
264:11
270:17
271:1,2
273:21,23
275:5
276:23

documentati
on
200:10

documenting
105:16
108:4

documents
14:16,17
15:3,5,
16,17,20,
24,25
16:1,4,8,
10,12,16
17:15,16,
19 66:3
85:6
125:4
126:1,3,
11
127:11,20
128:10
129:11,14
140:10
148:19
167:25
235:22
236:3

270:19,22

DOE
148:19,22
283:16

DOJ's
15:22

dollars
150:6
152:17

domain
174:24
175:7

domains
174:5

doubt
280:18
284:5

draft
125:16

drafted
142:17
211:11

drafting
212:12

drawdowns
59:7
60:20
247:8

drawing
73:3

drive
33:17

driven
44:17
121:22
166:16
167:20
238:6
239:1
266:16



Dublin
  27:24
  28:1,9

due
  109:15
  243:17
  244:7

duly
  8:23

Dumuth
  54:8

duration
  77:24
  80:15
  81:25

duties
  159:12

———————

**E**

———————

earlier
  11:17
  34:19
  35:22
  39:15
  41:25
  49:17
  54:4
  55:14
  65:7
  68:17
  69:25
  72:19
  74:24
  81:9 82:2
  107:22
  111:14
  112:18
  117:20
  143:1
  145:22
  149:3,10
  152:4,20
  159:15

173:1
181:7
211:13
213:7
221:13,18
236:13
238:11
245:16
249:7
250:11
267:20
268:10
269:9,23
272:1,7
281:18
292:6

earliest
  257:14

early
  18:5
  34:14
  127:10
  143:10
  148:13
  208:5

earn
  244:1

easily
  107:8

EBD
  19:23
  91:9,17,
  18,21
  98:15
  109:18

ed
  27:4
  28:21
  29:19
  33:13
  62:24
  78:12
  117:23
  137:5

138:4,6
144:25
156:10
234:7
272:20
276:4
286:16

edits
  127:14,18
  211:14
  212:13

educated
  137:4

education
  14:6,12
  18:19
  19:13,16
  20:15
  21:2,20,
  21 22:16,
  17 23:2,
  17 24:1,7
  26:23
  27:5,8,
  10,14,21
  28:5,16,
  18 29:5,
  16 30:16,
  24 32:14
  36:20
  44:15,24
  45:25
  46:3,4,17
  51:18
  52:1,4,9,
  12,16,23
  53:1,3,
  11,14,18,
  23,24
  54:1,3,5
  62:11,17
  68:20
  69:6,9,11
  70:1,7,23
  71:5,17

78:17,23
79:5,13
80:4 89:9
90:3,8
91:2
120:4,5,8
122:3,10
129:21
130:4
131:23
133:23
138:15
158:22
164:19,22
170:8
201:20,24
227:12
229:6
236:25
246:25
263:6,10
264:7,15,
22 266:25
267:1,5,7
287:5
293:23
294:11,
15,20
296:5

educational
  9:8 12:19
  13:21
  18:23
  20:2
  21:3,4,16
  23:5
  77:10,21
  78:1 80:2
  81:8,11
  104:15
  109:12
  128:5
  159:7,16
  210:22
  250:1,7

educator
  32:18

effectively
  26:12

Effingham
  154:1,15
  155:6
  156:4,18

effort
  123:17

efforts
  15:21

ELA
  261:21

elaborate
  95:23
  107:13
  249:1

Elam
  155:20

elect
  203:16

electives
  33:14
  136:21

electronic
  248:17

electronically
  15:11
  87:3
  123:3
  251:18
  258:12

elementary
  260:17,19

eleven
  105:3
  106:4,8,
  18 107:9
  151:20



176:10
187:4
241:24

eligibility
94:20
95:14
97:21
98:3
199:24
200:3

eligible
95:13

email
13:11,14
39:2,6,13
47:25
48:3,5,7
55:1 57:5
84:18
85:2
91:25
97:18,19,
23 98:1,
24 103:9
104:4,7,9
121:13,17
131:11,14
132:5
139:6,8,
10 148:2,
7,14
151:11,15
173:9
188:2,6,
7,11
189:6
192:25
193:4
194:13,
14,19
195:5,19
196:7,11,
12,13,18,
22 203:4
210:11,17

228:19,24
229:14
235:20,25
236:4,13
256:20,24
257:9,14,
17 258:9,
10 260:1,
5 267:22,
23 268:19
274:3,6,
7,22
277:8,11
280:2,6,
7,10,15,
16 281:7,
10
285:17,24
286:11
290:16,
17,24
291:4
295:13

emailed
281:4

emailing
194:24

emails
15:17
16:11
57:6,7
278:15

embedded
250:17

emerging
170:19,23
185:5
207:9,21
209:23
214:8,16
216:1
218:25
222:5
231:8

emotional
19:24
94:25
95:24
96:4
98:15
109:17
217:1

emotional/
behavioral
19:19

employed
147:12

employee
150:20

employer
23:16

encourage
130:11,13

Encouraged
130:10

encouraging
137:3,6

end
73:9
76:10
78:15
83:10
84:2
87:15
160:18
170:25
171:1
206:20
208:7,10,
18 209:3,
6,14,17,
20 214:12
215:9
227:22
243:16
244:4
260:15,

17,19,20
261:9

ended
87:22
153:21

ending
155:8
227:15,23

endorsed
130:7,9

endorsement
22:16,17
23:3

ends
228:6
277:10

enrolled
199:19

enrollment
82:15,17,
20 83:24
84:7
99:25
238:7
239:1,9
261:5,11
266:17

ensure
32:19
48:13,24
63:25
118:4
166:13
168:3,9
184:9
217:1
220:11

Ensuring
184:11

entail
207:3
247:4

entering
186:10
200:21
213:11

entire
174:23

entitled
128:4

entrances
186:11

entry
199:20
200:16

environment
32:21
33:1,10,
20 77:19
78:6,17
79:5
80:8,18
81:7
89:2,4,
12,19
90:3,24
91:14
102:10
112:12
117:23
118:6
130:17
137:6,7
138:6,16
200:7
220:12

environments
33:4
78:13,19,
21,23
119:18
132:17
136:1
201:16



EOC
  260:11

EOG
  260:11,14

equals
  86:18

equivalent
  118:25

error
  241:9

estate
  246:13
  247:14

estimate
  161:15
  240:7
  244:5

evaluate
  25:2 42:6
  66:18

evaluated
  24:25
  25:15
  37:22
  42:1

evaluates
  25:8

evaluation
  37:16,17
  42:4,9

evaluations
  146:24
  157:7,11

Everson
  151:12,
  17,18

everybody's
  233:12

evidence
  167:7

168:23
169:5
170:18,19
207:16
217:10,11
221:10
234:20

evidence-
based
  108:3,7

evident
  207:10,21
  214:8,16
  222:5,6
  231:10
  234:19,25
  235:2,3,
  7,8

evolve
  67:1

exact
  56:22
  115:10
  196:5
  245:13
  269:2
  272:13

EXAMINATION
  9:1

examined
  8:23

examples
  85:14
  134:18
  169:16
  170:11
  216:14

Excel
  87:1

exceptional
ities
  92:24
  95:2,21

exceptional
ity
  94:18,23
  95:9
  96:10
  100:12
  101:3,7,
  13 102:24

exclusively
  66:10

excuse
  74:23
  285:12

executive
  14:11
  29:4,18

exert
  181:8

exhibit
  12:11
  38:20,25
  41:21
  47:18,21
  84:11,14
  91:24
  97:3,6,9,
  12,14
  103:2,5,
  22,25
  121:7
  127:22,25
  131:4,6
  138:23
  147:19,22
  148:11
  151:4,7
  159:1
  187:20
  192:18,21
  193:7
  194:9
  210:6
  227:20
  228:4,10,

13,15
235:13,16
251:16,17
252:12
256:14,16
267:20
273:21
276:23,24
279:21
280:13
282:16,18
285:10
290:10

Exhibit-229
  251:19

Exhibit-373
  12:13

Exhibit-375
  38:22

Exhibit-376
  47:22

Exhibit-377
  84:15

Exhibit-378
  97:15

Exhibit-379
  103:6

Exhibit-380
  104:1

Exhibit-381
  128:1

Exhibit-382
  131:8

Exhibit-383
  138:25

Exhibit-384
  147:23

Exhibit-385
  151:8

Exhibit-386

187:21

Exhibit-387
  192:22

Exhibit-388
  210:8

Exhibit-389
  228:16

Exhibit-390
  235:17

Exhibit-391
  256:17

Exhibit-392
  273:25

Exhibit-393
  277:2

Exhibit-394
  279:24

Exhibit-395
  282:19

Exhibit-396
  285:14

Exhibit-397
  290:13

Exhibit-82
  159:2

Exhibit-85
  121:8

exist
  60:25

exit
  130:19,20
  131:13
  132:7,19,
  24

exiting
  135:19
  138:14
  186:11

expect



90:7

expectations
216:19

expense
247:3

experience
35:15,17,
19 76:7
94:22

expired
61:3

explain
46:8
64:11,12
263:25
264:2

explained
9:16
160:3
163:11
172:7
275:25

explaining
171:22

explore
272:19

explored
276:8

expressing
295:13

extent
227:19

extra
26:14

extracurricular
134:4
135:6,14,
18 137:16

extracurriculars
137:20

—————————

**F**

—————————

F-O-R-M
193:2

face-to-face
175:2
178:3,6
181:17,20
214:19
218:19

facilitated
74:9

facilitates
73:25

facilities
59:3,5
60:21,22
61:6,10,
14 71:11,
12,14,15,
17,24
72:3
141:1
183:4,5
184:10,
18,23

facility
31:9
60:13
71:24
202:11,14

fact
179:12
212:22

factor
89:5

fair

88:13,16
144:11

fall
24:5
25:23,25
49:4
119:1
122:8
123:8
162:24
163:10,11
189:25
196:3
206:19
207:1
208:2,9
214:12
224:24
262:2
269:3

falls
160:16

familiar
15:2 63:3
75:13
108:23
132:19
141:25
149:24
158:1,3
270:13
283:1,24

families
293:18
294:3
295:3

FAPE
91:5
200:6

FBA
20:9
171:20
172:14,21
200:13,

16,18
243:1,13
245:23
271:8

FBA/BIP
216:24
242:17

FBAS
172:22

features
65:17
184:19

February
23:20,23
24:21
25:24
34:15,16,
20 35:9
36:11
42:8,11
47:25
49:2
76:11,12,
15 121:25
274:3

federal
24:18
38:11,12
44:14
52:15
53:4,9
55:19
56:3
64:19,23
69:1,9,
15,19
163:14
166:13
170:3
223:15
236:24
237:11,23
238:3
239:5

246:22,23

feedback
108:15
125:17,19
136:16,
18,23
137:9
141:6
147:2
165:19
167:3
170:16,20
171:3
183:7,13,
15 185:4
206:5,7,8
212:6,7
214:24
220:2
222:2,23
225:17
230:20
231:5
235:11
282:3

feel
10:20
50:9

feeling
11:19

fees
237:14

felt
35:19
254:20

fidelity
167:6
210:25
231:23

file
45:6,7
102:20
118:11
167:24



168:1
188:11
198:3,7,
12,19
204:11
267:25
268:14,22
269:16

**filed**
14:25

**files**
45:8,10,
14 166:19
167:18,21
198:6,8
199:8
203:21
269:10,20

**filings**
14:13

**final**
51:8
121:15
160:10
164:20

**finalize**
206:9

**finalized**
164:25
227:1

**find**
38:8
44:20
107:16,20
241:14
242:4
268:1,3

**finding**
14:21

**findings**
14:22
44:20,22

**fine**
10:13
11:9,16
74:15

**finish**
10:19
11:10
32:10
230:10
253:3,12

**finished**
253:13,
14,16

**fiscal**
45:17
63:9
64:15
85:6,9,
13,21,25
86:11,18,
20 87:23
88:4
139:17
146:19
147:6,7,
8,10
150:4,5,
6,7,8
155:10
161:3
164:8
165:6,23
167:15,16
230:5
236:7,20
237:20
238:1
239:19
240:5
241:18
246:5
251:3,4,
5,6,25
252:20
254:18,

22,25
255:3,6,9

**five-minute**
290:1

**Flint**
68:6
107:4
278:5

**flip**
39:21
252:9

**flipped**
226:1

**floor**
184:15

**Florida**
286:4,16
288:2
289:13

**flow**
142:11
143:18,25

**focus**
166:25
168:13
169:3
170:17
176:13,17
186:17
204:25
205:14,
16,24
209:21,25
213:4,6,
9,11
215:11,25
216:7,10,
11,16
220:5
230:24
233:20
249:2
283:22

285:1

**focused**
285:2

**focusing**
101:2

**folks**
72:12
182:16

**follow**
51:10
108:25
197:4
234:19

**follow-up**
108:19
218:13
277:17

**forgot**
60:4

**form**
150:15,19
193:2,8
195:6
198:7,17
259:18,
19,23,25
269:10,12

**formal**
295:12

**formally**
84:5

**format**
100:22
101:1
102:19,22
287:23

**formula**
51:23
119:7,8
216:2
239:2,24

**forward**
74:11
227:20
233:6
283:20
290:21

**forwarded**
39:2
193:1
194:15

**forwarding**
291:1

**found**
95:13
141:5
170:13
255:14
291:24

**fourth**
45:21
142:13

**frame**
61:3
272:15

**framework**
14:3
36:23
127:14
204:23
205:1
206:15,19
207:25
213:12,
13,21,24,
25 215:6,
20 216:12
217:4

**Fran**
8:17

**free**
120:20

**frequency**
77:24



80:15
81:24

**frequent**
69:3

**frequently**
54:16
55:17,25
66:20
120:11
191:10

**Fritz**
292:22

**front**
217:16

**FTE**
118:25
119:6,8,
10 182:3

**fulfilling**
144:4

**full**
9:11
91:22
202:9,15
224:12
226:24
245:1
251:11

**full-time**
118:25

**fully**
10:9
11:22
247:21
248:1

**function**
165:13,22

**function/
object**
165:8

**Functional**

20:10
242:22

**functioning**
265:8

**fund**
152:7

**funded**
148:20,25
182:12
219:9
273:2

**funding**
36:18
52:8
119:7,8
161:13
236:9,14
237:6,13,
21,25
238:6,8
243:18
255:13,17
257:6
266:15,16
267:1

**funds**
36:18
63:9,19
159:21
161:6
162:7
163:16

**Futch**
142:19,20

**future**
66:23
279:16

**Futures**
171:20

**FY18**
123:8
149:17
230:12

**FY20**
236:14
237:5

**FY21**
257:15,18

**FY22**
85:16

**FY23**
85:23
223:23
238:2

**FYI**
294:2
295:1

――――――――――

―――――――
        **G**
―――――――

**GA**
226:2

**GA00014291**
147:22

**GA00014292**
149:15

**GA00016072**
47:21

**GA00030542**
127:25

**GA00030905**
282:18

**GA00030907**
283:9

**GA00054562**
235:16

**GA00054567.
001.**
236:12

**GA00199183**
121:11

**GA00315836**
273:24

**GA0031751**
39:24

**GA00317571**
40:1

**GA00323024**
131:7

**GA00329605**
151:7

**GA00333614**
290:12

**GA00335698**
139:4

**GA00335703**
141:18

**GA00337236**
228:15

**GA00337238**
229:20

**GA00346118**
103:25

**GA00346120**
104:13

**GA0035**
139:3

**GA00352005**
285:13,22

**GA00355886**
256:16

**GA00355888**
258:14

**GA00362004**
210:15

**GA00362005**
210:20

**GA003628**
97:6

**GA00362824**
84:14

**GA00362825**
87:2

**GA00362827**
92:1

**GA00362869**
97:14

**GA00362870**
99:4

**GA00363542**
192:21
194:6

**GA00363545**
195:23

**GA00364535**
187:24
228:8
267:21

**GA01054180**
279:23

**GA01063871**
277:1

**GA01078807**
103:5

**GAA**
265:3,13,
19,20,24,
25 266:3,
7,8

**Gadoe**
18:18
27:3
28:13
29:2,3,
11,14
30:10
42:20
50:17,24
53:21
64:20
68:16,18
69:17
72:5,12,



17 75:6
79:18
82:6
90:18
104:18
109:24
110:4
119:12,21
121:24
123:10
125:13,16
129:11,16
132:2
133:7
147:12
148:23
149:17
150:25
152:11
155:11
158:10
159:18,25
162:8,14
163:18,24
168:3,9
169:12
170:2
174:4
175:18
180:19
181:3,23
186:15
191:1
192:13
197:7
198:17
204:6
211:3
215:3
219:25
220:16
221:19
225:9
226:16
234:5
235:8
247:1,2,

17,18
248:15,17
249:22
253:20,22
254:4,20
259:12
270:3,4
278:18
279:12
280:22
288:5,12,
20 289:3
292:3
293:7
294:4
295:19,24

Gadoe's
256:6
258:1
273:4,7

GANS
62:15,21
63:5

GAO
284:15

Gardner
8:15
189:7

gave
71:10
114:17
166:4
222:3

GCASE
229:2,4,
8,9

gen
33:13
138:4,6
156:10
272:20
276:4

general

16:5
19:13,16
29:17
32:14
78:12,17,
22 79:5,
13 80:4
90:3
117:23
133:22
138:15
159:22
161:17
172:5
184:24
201:19,24
261:4
265:9

Georgia
8:4,20
12:18,19
13:18,20
14:6
18:19,23
19:5,18
20:18,22
21:14,21
22:2,18
23:11,17
26:22
27:4,9,14
28:21
37:17,19
38:25
47:1,21
69:22
81:13
104:15
107:5
113:14,20
114:2,8
117:14
128:5
154:2
159:6,22
199:18,19

210:22
220:9
221:11
229:5
242:16,23
243:2,6,
10,14
251:25
252:4,7
260:11,14
261:9
265:5
270:24
284:11,15
285:12,22
286:12
287:3

Georgia's
290:18

Ger
51:19

Geronald
50:21,23
51:1,4,20
160:5,20
161:9
162:2
164:13
236:22
256:10
257:4

Geronald's
238:25

get all
207:18

give
32:12
60:10
61:19
73:22
92:5
109:1
128:24
154:5

156:4
161:15
162:2
165:19
198:13
222:17
225:10
269:13

giving
16:16
31:20
71:24
223:12

glean
289:9

GLRS
46:21
47:4,6

GNET
73:12
74:2

GNETS
12:21
13:22
15:7
18:21
19:1,3,7,
9,11,12
23:15,19
24:2,15,
20 26:18,
20 27:2,
10,17,25
29:12,18,
19,20,22,
25 30:3,
11,22,24
31:4,22
32:2,6
33:6 34:8
35:15,16
36:13,17,
19,24,25
37:5,10,



VICKIE D. CLEVELAND
UNITED STATES vs STATE OF GEORGIA

August 17, 2022
Index: ..GNETS

| | | | | |
|---|---|---|---|---|
| 14,21 | 95:3 | 21,25 | 23 180:22 | 236:8,14 |
| 38:7 | 96:16 | 144:3,5, | 181:8,20 | 237:5,21 |
| 40:21 | 100:12 | 12,25 | 182:2,9, | 238:6,21 |
| 43:17 | 101:16,23 | 145:3,6 | 12 185:9 | 239:25 |
| 45:5,8,10 | 102:2,7, | 146:2,15, | 186:1,4, | 241:11,24 |
| 46:7,10 | 24 106:15 | 21,25 | 10,25 | 242:23 |
| 48:1,2,8, | 107:5 | 147:6,11 | 187:8,11 | 243:12 |
| 24 49:14 | 109:11, | 148:16 | 188:3 | 245:6 |
| 50:7,10, | 20,25 | 149:17 | 189:17 | 246:23 |
| 18,22 | 110:5,13, | 152:9,15, | 190:8 | 248:8,12, |
| 51:16 | 19,22 | 25 153:3, | 191:10 | 23 250:8, |
| 52:11,14, | 111:3,6, | 12,15,18, | 194:22,25 | 24 251:1, |
| 17 54:8 | 16,17 | 22 154:4, | 195:17 | 7,12,13, |
| 56:19 | 112:15, | 12,21,24 | 196:1,10 | 25 252:5, |
| 59:21 | 18,19 | 155:3,10, | 197:8,9, | 14,18 |
| 60:18,22 | 113:7 | 16,25 | 15,17,24 | 253:22 |
| 61:15,20, | 114:16 | 156:12,21 | 198:4,14, | 254:2,5, |
| 22,25 | 115:23 | 157:4,6, | 20,22 | 11 |
| 62:2 | 116:15,21 | 7,12,14, | 199:3,5, | 255:14, |
| 63:1,7,12 | 117:6 | 16,18 | 8,9,20,22 | 16,17 |
| 64:5,14 | 118:8,9, | 158:12, | 200:14,21 | 256:10 |
| 65:11 | 16,18 | 15,21 | 201:5,15 | 257:6,23 |
| 66:7,11 | 119:5,13, | 159:7,22 | 202:5,9, | 258:8 |
| 67:3,13, | 22 120:2, | 160:25 | 12,15,22 | 259:1 |
| 24 68:3, | 6 122:10, | 161:6 | 203:19 | 261:4,11, |
| 4,12,15 | 18,19 | 162:9,12, | 204:7,15, | 22 262:3 |
| 70:12,15 | 124:2,7 | 16,22 | 21 206:3, | 263:13,22 |
| 72:2,11, | 125:8,11, | 163:17, | 14,22,23 | 264:16,24 |
| 17 73:1, | 12 128:6, | 19,23 | 208:22 | 265:13,21 |
| 17,23 | 21,22,25 | 164:9,16 | 209:2,5 | 266:16 |
| 75:14,18, | 129:5,21 | 166:12,19 | 211:13, | 267:12,24 |
| 23 76:16 | 130:5,14 | 167:16 | 15,19 | 268:22 |
| 77:4,8,9, | 131:13 | 168:3,9 | 212:1,2, | 269:1,8, |
| 15 78:16, | 132:7,25 | 169:13 | 15 213:1, | 14,17,25 |
| 22,23 | 133:8,15, | 170:2,3, | 22 215:9 | 270:13 |
| 79:3,13, | 18,21 | 14 171:6, | 216:24 | 271:6 |
| 23 80:9, | 134:21 | 12,14,16 | 217:9 | 272:8 |
| 21 81:9, | 135:25 | 172:1,16, | 218:15 | 273:16 |
| 21 82:3,8 | 136:6,11, | 20 173:3, | 219:10 | 275:18, |
| 83:8 | 13 | 16 174:9 | 220:14 | 21,24 |
| 88:3,14, | 137:17,19 | 175:4,14 | 223:18 | 276:2,3, |
| 24 89:7, | 138:15 | 176:7,19, | 226:20 | 12 |
| 9,10,23 | 139:22 | 24 177:5, | 228:20 | 277:19,23 |
| 90:19 | 140:7,13, | 8,25 | 229:11 | 278:2,7, |
| 91:1,5,8, | 19 141:8, | 178:9,15, | 233:14 | 15,24 |
| 11 92:24 | 9,10,21 | 18,21,22 | 234:17,24 | 279:2,13 |
| 94:24 | 142:19, | 179:9,15, | 235:9 | 281:2,15 |



282:4,10,
12,13
283:16,19
284:9,12,
14,22
287:8,15,
25 288:2,
17,21,25
289:6,21
290:17
291:2,3,6
292:3
293:18,22
294:1,5,
8,11
295:19,24
296:5,6,
19,22
297:4

GNETS'
198:20

goal
201:8
215:9
217:8
220:21,22

goals
81:1,3
96:17,19
130:24
219:10,
15,17
297:4

GOIEP
132:1

good
9:3,4
11:21
26:12
30:8
195:15
283:21

goodness
75:24

291:15,24

Governor
160:12
161:19
281:8

grade
199:13
260:15,
17,19
261:9,13,
14,19

grades
261:17

graduate
76:9

graduated
21:17

grant
52:11,13,
14,15
59:3,5,6,
7 60:13,
15,16,17,
18,19,23
61:3,25
62:2,3,15
63:6,8,22
64:14,15,
20 65:16,
17 105:4,
5,19,22,
23
106:16,
17,21,25
107:19
111:25
112:14
114:14
133:24
134:7,11,
19 135:23
138:12,19
149:4,6
150:6,9,

13,24
151:1,22,
24,25
152:2,4,
7,8
162:6,10,
11,12,17,
20,22
163:4,23
164:1,3
175:11,
13,15
186:16
187:5
208:11,
14,20,21
209:7,9,
14
219:11,12
223:23
224:3
226:21
233:7,12
235:6
237:8,11,
22,23
238:2,3
239:21,
23,24
241:3,8,
11,12,15,
20,23
242:12,13
246:23
248:11,
20,23
249:3,7,
15,16,22,
25 250:6,
14,17,20
251:1,7,
24
252:15,24
253:15
254:2,6,
11,17
255:12,17

grants
51:16
52:4,10
60:12,20
62:16
64:19,23
70:12
106:2,3
150:2
152:17
161:12
163:1,14
219:10
239:19,21
240:2,3,
5,19
248:9

graph
105:15

great
10:5,14
11:8,18
12:4,8
13:2,16
21:24
32:11
86:21,24
87:8 99:9
103:20
123:13
147:17
149:13
195:12
212:3
213:17
229:1
237:2
240:4

ground
67:11
274:24
275:3

group
28:11
72:21

83:18
122:22
129:20
152:22
211:21,23
212:6
279:5
287:4,12

groups
72:24

growing
66:22

growth
221:1,15

GRS
140:23,24
287:9

GTID
199:6,15,
17

guess
18:7
24:18
25:4
43:11
60:8
66:25
70:14,20
156:8
157:19
160:16
163:10
286:2

guidance
128:19
132:22
141:20
144:18
145:12,23
157:23
214:15

guide
127:1



143:4
205:1

**guiding**
125:6
141:9

**guys**
136:25

---

**H**

**half**
226:13

**hallways**
169:7

**hand**
97:10

**handing**
279:19

**handle**
161:20

**handouts**
126:19

**hands**
115:21

**Handville's**
83:19
87:14
93:3
99:16

**hanging**
184:13

**happen**
109:7
166:10

**happened**
57:23
58:13
295:8

**happening**
96:19

164:17
183:6

**happy**
197:3

**Harold**
139:7,12,
13,19,21
141:14

**Harrell**
155:3

**Haven**
185:15

**head**
10:11
138:10

**health**
19:20
20:19,23
67:18
98:16
187:15,16
280:5
281:9
286:9

**healthy**
183:5

**hear**
154:16
160:22

**heard**
14:7 33:5
258:19

**Heartland**
28:9
194:23

**held**
24:19
88:23
122:21,25

**helped**
212:12

222:11

**helpful**
184:10
261:16

**helping**
59:19
61:14

**helps**
240:14

**hey**
63:19
91:8
130:12
175:6
206:6
209:22
218:14
234:19

**higher**
95:4,5
215:23

**highest**
21:1
207:22

**highly**
217:10

**hire**
105:5
146:20
241:14,16
242:4,5,
10,11,12

**historicall
y**
205:9

**History**
205:4

**hit**
107:9
215:24

**hold**

15:15
21:24
26:2
75:25

**holding**
17:1

**holds**
55:19
61:17

**HOLKINS**
103:19

**home**
134:5,13
135:13,15
279:5,8
283:22,23
284:18

**honestly**
9:20

**hope**
229:2

**hoping**
95:22

**Horizon's**
139:18

**hotline**
294:15,20

**hour**
11:15
17:7

**hours**
226:11,
13,14

**hundred**
71:20,22
101:17,18
217:21
218:5,9,
15 239:10

---

**I**

**idea**
31:17
237:11
246:23,24

**identificat
ion**
12:14
38:23
47:23
84:16
97:16
103:7
104:2
121:9
128:2
131:9
139:1
147:24
151:9
159:3
187:22
192:23
199:18
210:9
228:17
235:18
251:20
256:18
274:1
277:3
279:25
282:20
285:15
290:14

**identified**
41:14
95:15
142:14
195:22
201:12
219:15
232:3



245:20
265:18

**identifies**
239:18
277:21

**identify**
199:6
295:18,25
296:2,3

**IDT**
42:23
43:12,13,
17,22
72:19
281:18,
22,24
282:1,8,
10,24
283:9,11

**IEP**
31:11,25
32:7
33:16,21
44:23
77:16
79:8,10,
19 81:4,
16 88:23
89:11
90:10,17
91:3
95:12
96:5,17
102:10
111:1,2,
12 116:8
119:15,
16,20
129:15
130:16,
18,21
132:1,18,
22 137:8,
13 138:18
140:21

143:23
144:16
145:3,6,8
156:25
167:17,24
168:1
188:11
198:3,7,
12 199:8
201:3,5,
8,18,19,
23 202:2,
7,11,14
268:22
269:15
272:22
284:22

**IEPS**
31:10
44:18,19,
21 79:18,
20 80:23
117:3
167:13

**II**
37:12,20,
23,24
38:3,6,
10,12,13

**impact**
109:20,25
110:5
266:14

**impair**
12:1

**impaired**
98:16

**impedes**
77:25
80:3

**impeding**
80:15

**impetus**

126:10

**implement**
173:17
213:13
215:7,10
217:3
218:1
223:13
254:16

**implementat
ion**
14:2
36:24
49:20
116:7
139:25
157:23
167:6
168:14
169:19
170:19
187:2
204:24
206:18
207:16
210:25
215:13,19
216:16
220:7
221:25
222:12
231:6,24

**implemented**
117:22
168:24
169:4
176:11
183:2
190:17
216:23
218:22
221:2
223:6
266:7

**implementin
g**
105:14
169:8
208:1
213:24
215:15
216:12
217:5,11,
17 222:15

**important**
118:3

**improve**
250:1,7
262:25
296:24

**improvement**
218:8
226:7

**improving**
264:25

**inaccurate**
154:5

**inadvertent**
94:6
103:16

**inadvertent
ly**
189:1

**incident**
57:23
58:2,4,9,
14

**incidents**
265:7

**include**
142:13
199:9

**included**
130:2
201:5
204:25

232:6

**includes**
142:2,10
230:3

**including**
162:10

**inclusive**
31:19
96:23

**independent**
42:24

**independent
ly**
52:11,13
209:3

**indirect**
62:22
64:9,13

**individual**
24:25
96:25
136:11
140:20

**individuali
zed**
44:24
80:19,20
95:12
96:12

**individuals**
24:14
53:14,17
54:21

**influenced**
157:7

**inform**
55:11
102:1,6,8
191:8
270:7

**informally**



VICKIE D. CLEVELAND
UNITED STATES vs STATE OF GEORGIA

August 17, 2022
Index: information..invite

84:6

**information**
51:4,12
59:20,22
74:5
83:22
84:3,7,8
86:12
102:1,6,
21 115:3,
9,11,22
118:15
127:1
133:10,17
134:9
138:1
155:14
156:1
160:7,19
161:23
162:2
167:4,6
185:25
186:14
187:14,18
189:18
196:14,19
197:15,
21,25
198:3,5,
7,8,11,18
202:18,
20,21
203:23
204:2,10,
14 205:17
214:2,21
240:17,21
241:17
242:8
252:23
254:5
257:5,11,
20,21
262:23
263:23

264:4,10
266:19
269:11,14
271:20
276:20
277:6
278:13
289:9
291:19

**informed**
89:15,16
114:11,13
216:22
243:9,14
271:11

**informs**
158:15

**inhibit**
12:1

**initial**
14:16,19
125:15
231:19

**initially**
29:19
59:2,8
60:8
107:14
245:14

**injured**
18:9

**injury**
18:6

**input**
123:25
205:21

**inquiring**
67:9,12

**ins**
43:19

**insides**
266:4

**instance**
207:13

**instruct**
94:8
103:17
188:23
196:23

**instruction**
19:20
180:1,2
181:9
183:23,
24,25
220:7

**instruction
al**
166:15
168:4,10,
14 173:18
175:10
186:21
220:4,6,
15,24
221:5
249:4
250:15,
16,23

**instruction
ally**
180:8

**integration**
141:21
283:23
285:1,2

**intellectua
l**
98:12,13
265:8,18

**intended**
176:24
232:13

**intending**
197:12

**intensity**
77:24
80:14
81:24

**interact**
27:9
29:11
30:21
116:3,23
117:2

**interacting**
116:10,17
117:7

**interaction
s**
117:22

**interagency**
43:9,10
72:21,24
281:20
282:22,23

**Interdirect
ors**
43:5

**interested**
33:10
34:7
66:22
288:5

**interim**
23:21
24:5
34:12,24
35:6,10,
21 36:9

**interrogato
ries**
14:15
15:19,22
66:3

**interrupt**
10:17
183:24

**interventio
n**
20:6
108:22
173:18
175:8

**interventio
ns**
54:9
96:21
108:3,6,8
109:3
176:11
220:14
250:16

**interview**
34:15,17

**interviewin
g**
108:11
109:2,4

**interviews**
146:14

**introduce**
8:10
121:5
187:19
251:15
256:13
285:9
290:9

**introduced**
121:6
251:17
267:19

**inventory**
277:11,
20,22

**investigate**
293:8,11

**invite**
55:12



invited
  73:16
  122:13
  139:21
  236:22

invoicing
  175:15

involve
  232:24

involved
  219:3
  272:23
  291:17

involvement
  271:12,15
  273:8

involves
  294:1

involving
  278:8

iready
  173:17,22
  174:2,3,
  21 175:3,
  9,10,21,
  22,25
  176:1
  221:12
  241:2

issued
  150:9

issues
  36:23
  71:5
  72:11

item
  52:18
  53:1,12
  70:12
  152:6
  160:14
  161:4,10,

21,22,23
162:19
164:17
213:25
216:22
217:24
218:14
220:8
235:9

items
  51:13,25
  53:4,18
  59:2 62:2
  70:15,21
  134:6,10
  137:18
  163:5
  165:18
  166:1
  213:23
  217:2,6
  218:5
  222:13
  231:1
  233:21
  267:12,17

──────────

──────────
        J
──────────

Jacqie
  148:3,15,
  16

January
  34:14
  73:8
  76:11
  126:15

jargon
  137:5
  165:9,22

Jenene
  275:11,15

Jennie
  75:24

76:2

Jigsaw/
teachtown
  243:23
  244:18
  245:4

Joanna
  194:21,
  22,24
  195:5
  196:7

job
  9:19
  23:12,14
  26:12
  49:6
  65:13
  122:7
  123:20

Johnson
  8:19
  12:25
  50:1,12
  71:6
  72:6,13
  78:25
  79:15,24
  82:10
  88:21
  89:24
  90:4,9
  93:12,14,
  20,24
  94:5,14
  103:15
  110:7,17
  114:10
  116:5,11,
  19,25
  117:9
  120:16,22
  126:12
  128:17
  129:2,7,
  13 130:8

132:11
133:19
137:21
138:5,8
143:21
144:15,
20,22
156:22
157:9,17
158:7
163:20,25
168:6,12
169:25
170:5
172:24
174:10
178:23
181:11
183:19
184:25
185:14,
19,23
186:7,12
188:14,
17,23
189:5,9
193:9,14,
23 194:3,
7 196:23
197:2,11,
19,22
203:10
217:22
218:12
227:13,25
228:6,9
250:3,9
254:7
255:20
259:16
262:13,18
263:2
264:18
265:1,14,
22 266:10
268:7
273:6,13,

18 276:6,
18 277:15
278:10
281:16
295:21
296:1,7,
10,21
297:9

join
  180:19
  182:16

Jones
  56:24
  57:1,3
  292:6
  293:7

Jones's
  58:16,22

Jotform
  269:10

July
  86:1
  151:11
  158:11
  159:10
  160:4

June
  161:21,25
  162:4,19

Justice
  9:8 94:10
  270:23

──────────
        K
──────────

K-A-R-E-N
  38:17

Kachelle
  121:15,
  19,21,24

Karen
  38:4,17



54:4 64:2

**keeping**
  295:19
  296:6

**Keith**
  151:12,
  17,18
  280:3,21

**Kelly**
  8:15 92:2

**Kelvin**
  285:17
  286:1,2,
  23 287:18
  288:9

**kick**
  93:17

**kid**
  109:5
  279:8

**kids**
  14:1
  31:20
  32:24
  33:19
  62:4 78:3
  80:2,6
  83:1,5,14
  88:23
  91:10
  95:13
  96:7
  101:7
  108:13
  112:8
  114:3,18
  118:4
  119:11,18
  132:16
  134:25
  135:4,5,
  14,16,18
  136:19,25
  137:4,23

138:20
140:12
171:24
173:25
174:4,15,
25 175:6,
7 183:5
190:6
191:20
192:5,6
239:10,11
249:8
257:6
272:24
276:16
283:23
286:17
289:11

**kids'**
  174:17

**kind**
  16:11
  17:22
  25:3 33:9
  41:7
  42:10
  59:6
  70:16
  109:5
  140:14,15
  161:20
  164:16
  184:4
  185:3,6,7
  205:18
  209:21,22
  210:4
  223:16
  286:18
  296:25

**knew**
  75:21
  291:10,11

**knowledge**
  133:14

273:7

———————

**L**

———————

**labs**
  185:22,24

**Lakesha**
  25:18,20
  26:3 43:3
  65:7,13
  66:5,10,
  15,18
  69:21
  73:17
  103:11
  104:5,23
  107:24
  139:7
  161:2
  162:19
  166:21
  180:11,12
  192:25
  195:2
  205:6
  206:2,8
  211:14
  212:9
  219:4
  226:18
  227:10
  228:21
  230:1
  234:16
  246:20
  249:20
  270:6
  281:22
  282:13

**landed**
  209:18
  210:4

**landlines**
  247:24

**language**
  14:18
  254:25

**large**
  95:2

**law**
  9:25
  38:10,11,
  12

**Lawrence**
  28:7,8

**lawsuit**
  12:18
  13:18
  14:4,8,14
  15:15
  18:3,11
  283:20
  284:9

**lawyer**
  18:6

**LCSW**
  241:14
  242:14

**LEA**
  20:1
  46:10
  63:7 91:3
  120:3
  121:16
  122:5,15,
  19 123:8,
  25 127:1
  140:13,17
  141:7,23
  144:3,6
  145:1,5,
  21 146:1
  147:2,7,
  10 150:7
  155:10
  162:25
  237:18
  255:2,8

263:15
294:10

**leaders**
  37:18
  47:2
  122:9,17

**leadership**
  21:4
  22:15
  23:5
  30:19
  32:23
  35:18
  45:25
  72:5
  75:20
  76:20
  122:13
  205:16
  212:24
  213:20
  215:4

**leads**
  38:5

**learn**
  13:5 14:4
  157:15
  272:4

**learned**
  75:22
  76:16
  77:4
  272:7,10
  288:18,
  21,25
  289:22

**learning**
  34:7 37:3
  47:1,8
  49:9
  50:16
  69:22
  88:25
  89:14



155:3
220:12
244:19

LEAS
28:3,10,
19 36:25
45:4 64:3
67:21
68:3
119:3
120:2
122:9
125:6
128:19
129:20
153:8
155:17
156:2
165:5
182:3
220:16,19
237:15
251:3
276:1
288:3

leave
24:22
130:14
133:22

leaving
49:3
135:17

led
35:13
46:3
124:1,6,7
126:4
206:3
231:15

left
24:22
42:8,12,
13 49:12
121:25

143:9

legalese
14:18

legislative
160:17,24

legislature
51:7
160:8

length
133:12

lens
29:17
100:15
145:24
165:16

lessen
227:21

lesser
33:19
130:16
132:17
200:6

lesson
221:11

lessons
244:20

letter
14:21,22
155:12
156:15

letters
14:16

letting
10:19
32:10
228:3

level
21:1
31:25
48:15
49:1,13,

25 50:8,
11 101:22
122:19
136:4
192:9
215:11
217:13,18
221:2
261:14
276:12
296:9,16

levels
80:24
122:16
130:23
238:8
261:13,19

liaison
26:23
27:1,3,
17,18
28:2,13,
14 29:1
50:21,23
160:2,5
164:14
236:23
256:10

liaisons
45:2
165:7

license
23:10
190:21,25
192:11,15

licensed
63:15
105:5,14
149:9

licenses
175:12
191:1
244:18
245:3

licensing
192:16
245:16

light
13:22
14:3
120:3
198:6

Lincoln
21:6

Linda
131:12,
21,22,25
132:5

lines
240:20

link
254:1

Lisa
142:19,20

list
59:18,20,
24 60:5,
9,10
61:15,19,
22,24
101:23
107:6,7
112:6,7
113:19
134:1,2
153:1,6
216:15
245:22
289:14

listed
47:5
108:9
213:4

lists
233:20

literally

123:20

litigation
15:15

LKES
37:11,15,
17 54:7
73:18
179:5,8
182:7

local
20:2
30:13
31:11
34:3
111:11
114:11
116:8
137:11,12
174:13
179:1
207:12
218:6,15
237:14
242:3

locally
111:2
191:12
241:16
242:4,5

located
19:13
59:21
276:4

location
19:9,12,
13 78:8
177:23
181:20
186:19

locations
31:16
57:24
59:16,19,
20 61:14,



VICKIE D. CLEVELAND
UNITED STATES vs STATE OF GEORGIA

August 17, 2022
Index: log..manager

15,20,23,
24 62:4
112:20
114:12
115:5
116:21,22
117:7
118:8,17
134:25
180:4
186:3
239:24

**log**
254:1

**logo**
104:18
123:10
211:3

**logs**
105:9,11,
13,17
107:23
108:16,18
187:4,7
189:24

**long**
17:6 34:1
35:7
133:7,15
160:15
184:3,5,7
198:13
226:9
233:18

**longer**
106:12
113:14,15
114:3
121:24
132:7,21,
24 150:23
155:19
156:16,24
242:21

243:3,24,
25 244:2,
9 245:9
246:13
247:15,
18,19,20,
25 271:21
281:24

**looked**
31:10
100:14,23
118:12
123:18
125:2
127:15
135:3
140:20
145:22
167:2
170:10
185:17
194:18
203:20
213:25
231:21
234:19
235:5
244:12
279:15
289:7,8,
11,13

**lot**
26:11
44:1
47:3,6
49:3
65:21
66:1 98:8
179:3
205:24
209:11
227:7
280:24

**love**
229:19

**low**
23:25
24:12
25:1,7,9
53:5,23
54:13,16,
25 55:5
56:8
68:24
152:13
164:18
234:9
262:10,
21,24
264:16
265:6,7,
17

**lower**
261:4,10

**LRE**
131:1
136:25

**lunch**
120:17
146:5

**luncheon**
146:8

―――――――
**M**
―――――――

**M-E-G-H-A-N**
293:2

**M.S.W.**
149:9

**made**
33:21
41:5
77:16
102:12
111:2
127:17
132:6,25
186:4

227:5
254:18
281:14
284:4
291:23
292:3
293:12

**Magazine**
57:18

**Magazine's**
291:2

**main**
186:24

**mainstreamed**
33:4

**maintain**
15:17
61:22
220:11

**maintaining**
295:24

**major**
206:10

**majority**
47:14,15

**make**
32:4,24
40:6 50:6
74:23
77:17
81:5 86:7
89:15
90:23
95:18
102:1
119:16
127:17
129:8
130:25
137:12
155:15
168:7

177:13
184:16
199:2
205:13
221:1
223:1
224:2
231:15
254:11,13
288:17,
20,25
289:2,21
292:9
294:9
296:18

**makes**
64:21

**making**
37:10
89:18
175:6
183:4
253:10
284:1,3

**manage**
26:12

**management**
141:1
249:12
270:14

**manager**
23:14,19,
24 24:3,
16,20
25:24
26:10,18,
20 27:2
34:8
36:9,13
37:7
40:22
47:4
48:3,9
50:18



54:2,22
56:3,4
62:8,24
65:3,4
68:23
69:7
102:7
106:15
113:8
121:22
122:1
131:23
133:1
153:23
157:6
236:24
246:1
271:6

**manager's**
240:1

**managers**
69:14,19

**managers'**
54:19
69:11

**manages**
270:6,9

**managing**
60:16

**mandate**
129:9

**March**
39:3,7
119:2
223:7
229:10

**mark**
12:10
38:20
47:18
83:23
84:11
97:3,11

103:2,22
118:11
127:22
131:4
138:23
147:19
151:4
192:18
210:6
228:12
235:13
257:5
273:21
276:23
282:16

**marked**
12:14
38:23
47:23
84:16
97:16
103:7
104:2
121:9
128:2
131:9
139:1
147:24
151:9
159:1,3
187:22
192:23
210:9
228:17
235:18
251:20
256:18
274:1
277:3
279:20,25
282:20
285:15
290:10,14

**master**
21:20

**master's**
105:6

**match**
16:14

**matched**
220:13

**materials**
179:11,14

**math**
173:21
174:6
215:25
241:6

**math/
reading**
174:3

**mathematica
l**
215:20

**mathematics**
261:21

**Matt**
56:24
57:1,3
58:16,17,
22 292:6
293:7

**matter**
8:3
188:25
189:3,5
212:21

**Mccollum**
62:5

**Mckay**
67:5,8
272:6
274:21
277:5,8,
10 278:24

**Mckay-our**

274:24

**meaning**
224:14

**means**
46:25
148:22
159:15
262:7
277:16

**meant**
213:9

**Measure**
256:22

**measures**
257:16,19

**medical**
200:1

**medications**
12:1

**meet**
16:25
17:6,8
29:15
52:10
54:25
56:25
69:7,22
70:3
73:1,8
74:2,6
75:21
139:19
171:5
207:17
217:21,24
218:14,16
219:10,
15,21
224:10,19
254:14
265:12
266:24
267:3,6

286:15
287:13

**meeting**
17:9
56:23
57:11,12,
13 58:19,
22 66:7
68:19,23
69:20
70:8,9,
10,18
73:19,20
74:7,9,10
79:21
119:15
122:5,6,
8,21,24
123:8
130:18
141:11
142:25
176:3
177:25
182:18
196:13
201:5
206:5
212:6
218:4,5
229:10
235:23
236:3,5
267:4,5,
8,11,14
282:5,24
283:4,6,
9,12
284:2

**meetings**
31:11
32:1,8
43:2,4,
18,22
53:25
54:2,18,



19,22
55:20,21,
24 56:3,
4,7,8,9
57:8,9,10
68:18
69:1,2,3,
4,7,12,
13,16,17,
21 70:14,
18,23
72:5,10,
16 73:6,
12,14,25
75:21
79:19
88:23
90:11,17
91:3,6
102:10
111:1
117:3
126:24
141:12
143:2,10
145:3,4,
7,8
156:25
171:12
173:2,6
177:10,
11,25
178:7
181:9,10,
17,19,21,
22
182:19,20
187:18
209:17
224:23
225:1
226:10
270:2
272:23,24
281:23
282:2,3
283:4

284:23

meets
77:17
119:16
130:21
214:16
216:24
229:9
262:7

Meghan
292:11,
15,19,22,
23

Meghan's
292:21,22
293:1

Melanie
8:19
12:25
16:19,23,
25 17:16
75:4
93:10
103:19
188:12
228:5

Melissa
236:24

member
43:2
58:13,15
282:1

members
267:9

Memorial
21:6

memorized
106:22
115:10
137:23

memory
113:6

261:18
282:9

mental
67:18
185:11
187:15,16
280:5
281:9
286:9,19

mention
56:2
285:1

mentioned
23:1,8
29:6
32:12
34:19
37:15
41:25
43:14,23
47:13
50:5
51:17
54:4
55:14
60:11,15
61:7,16
63:2 64:7
65:1,7
68:19,22,
25 69:25
79:3 82:2
83:17
90:12
91:16
102:15
107:12,22
113:22
117:21
118:14
120:5
123:15
137:15
149:2,10
152:3

166:16
172:18
173:1
175:23
176:18
181:7
184:9
206:25
211:12
212:4
219:20
221:18
250:11
257:25

messaging
89:2

met
16:23
33:16
40:7
57:14
58:7
59:2,8,
10,15
67:4 70:6
96:15
211:13
212:11
264:22
266:25
286:12,20

metro
14:6,9
29:20,21
35:16

MI
98:12

MI/MOID/
EBD/OHI/AU/
SDD
98:4

Michelle
8:13 9:6
227:13

258:15
285:20

mid-april
162:3

middle
30:18,20,
23 31:2,
3,12
33:24
75:17

mike
60:7,9
61:7,9,
11,16
258:16

mild
98:12

milestones
260:11,
14,25
261:9
263:23
264:7

mill
246:8

million
237:21
238:3,4

mind
117:14

minus
246:10

minute
264:14

minutes
11:14
17:7
184:7

misquote
134:17

missing



VICKIE D. CLEVELAND
UNITED STATES vs STATE OF GEORGIA

August 17, 2022
Index: misspoke..Nick

41:18

misspoke
154:20

Mock
194:21,
22,24

Mock's
195:5

model
31:9
286:18

models
289:4,16,
18,22

moderate
98:13

MOID
98:13

moment
23:8
32:12
56:6
60:11
61:7 64:7
81:20
90:12
102:15
113:22
138:9
156:7,14
172:18
175:23
178:10
195:14
204:12
252:9
257:25
262:20

money
64:25
152:2
175:18
238:20

239:5,22,
23 241:8

monitor
64:5
105:20
145:9
166:12,17
167:12
168:3,9
169:9

monitored
107:23
166:20
167:8
215:13

monitoring
29:15
44:13,14,
16 45:4
49:10,20
64:4
96:18,20
140:1
166:18
167:11,17
171:9
219:14
221:12
222:18,19
223:15,17
225:16
230:4,8,
11 232:2

monitors
167:12,14

month
69:5,14,
15 73:7

monthly
73:6,11
107:23
171:11
173:2
187:7

months
76:13
177:21

morning
9:3,4

mouse
87:6

move
33:19
44:6
78:18
87:6
114:8
164:6
216:7
220:3
227:13,20
231:23
234:22
283:20

moved
15:7
22:12
23:21,22
24:4
31:15
35:9
76:20
113:9,21
221:25
230:23
231:5,7
232:7,12
270:16
286:24

moving
27:2
35:20
74:11
78:12,18
125:21
132:16
140:12,22
174:25

175:6,7
205:10
207:18
232:15
233:5
240:20
283:21
284:17
295:9

music
185:13,15

———————

N

———————

Nakeba
24:17,25
25:2,5
34:25
35:1,2
39:7,15,
18 40:9,
15 41:1
42:1,3,6
48:1,7,
11,17,23
49:12
60:14
70:13
74:7
121:14
123:19
124:1,24
125:17,19
141:3
143:8
148:3
205:10
270:15
280:3,25

named
243:5

names
106:23

Neal

148:3,15,
16

necessarily
108:17
295:12

needed
26:14
37:1,4
45:22
96:9
108:16,
17,20
110:15,23
115:13,16
155:18
247:13
253:9
262:25
286:10

network
12:19
13:21
18:23
36:16
67:17
77:9
104:15
128:5
140:13
155:1
156:12,24
159:6
173:21
174:23
176:5
204:25
205:2
210:22
286:8

news
291:7

Nick
83:19
87:14



93:3
99:16

**Nickie**
286:12,
22,23

**Nickie's**
287:1

**nodding**
10:11

**nods**
39:10

**non-evident**
216:1

**noncomplian
ce**
169:17,
21,24
170:13
255:14

**nondisabled**
116:3,10,
18,23
117:8,23

**North**
29:20
35:16

**Northeast**
252:6

**Northstar**
107:4
148:17
149:4

**Northwest**
107:4
113:14,20
114:2,8
117:14
251:25
252:4

**nos**
204:19

**note**
10:24
185:10
186:4

**notes**
185:11
274:14,
15,17
275:5,8,9
276:19
283:9,11,
18 284:6,
8

**notice**
12:16,22,
24 15:15,
16 63:18

**notificatio
n**
13:9
63:6,22
155:22

**notificatio
ns**
62:16

**notified**
13:7
156:4
293:24
294:2

**notify**
44:21
155:11,
21,24
164:7,23
294:11

**November**
23:22
35:8,22,
23,25
36:11
73:7
125:22
149:22

158:5
193:1
196:7
203:4
211:13
228:19
229:9
256:20

**Nquire**
243:19
245:23

**NS**
148:4

**number**
12:11
38:24
47:20
84:13
97:5,8,13
103:4,24
110:14,22
113:3,13,
24 114:17
118:16
119:3
121:10
127:24
131:6
135:4,5
137:16
139:2
147:21
151:6
153:19,20
155:18
187:23
192:5,20
194:4
199:18
211:18
228:6,14
235:15
245:13
256:15
257:6

261:3
273:23
276:25
279:22
282:17
285:11
290:11

**numbers**
82:15
83:2
88:13
97:22
101:24
115:2,10
138:13
155:18
160:22
190:6
217:19
238:9
239:1,3
261:20

**numerical**
231:4,8,
25

**numericals**
231:21

───────────

O

───────────

**oath**
9:23,24

**object**
10:25
116:11
138:5
165:14,22
172:24

**objected**
227:16
268:8

**objection**
50:1,12

71:6
72:6,13
78:25
79:15,24
82:10
88:21
89:24
90:4,9
110:7,17
114:10
116:5,19,
25 117:9
126:12
128:17
129:2,7,
13 130:8
132:11
133:19
137:21
138:8
143:21
144:15,20
156:22
157:9,17
158:7
163:20,25
168:6,12
169:25
170:5
174:10
178:23
181:11
183:19
184:25
185:14,
19,23
186:7,12
193:23
194:1
196:23
217:22
218:12
227:18
250:3,9
254:7
255:20
259:16



VICKIE D. CLEVELAND
UNITED STATES vs STATE OF GEORGIA

August 17, 2022
Index: objections..p.m.

262:13,18
263:2
264:18
265:1,14,
22 266:10
268:9
273:6,13,
18 276:6,
18 277:15
278:10
281:16
295:21
296:1,7,
10,21

**objections**
11:1

**objectives**
81:2,3
96:18,19
130:24

**obligation**
10:1

**observe**
179:25
181:8
183:6
184:4
185:15

**observed**
116:17
117:6
183:8
185:20
186:10

**observing**
183:13,18

**occasionall
y**
10:24
173:13

**Oconee**
106:25
107:3

125:12

**October**
76:10
84:18
97:19
103:9
119:2
139:6,20
171:1,7
208:6
236:21,22
282:24
283:4

**off-year**
233:1

**offed**
244:10

**offered**
220:19

**offering**
180:8

**office**
42:19,22
46:4 51:7
61:2,5
62:9,12
64:2,4
83:20
87:15
93:3,4,6
99:16
116:1
160:7
161:12,13
238:25
239:2
240:19
256:7,9,
11 257:2,
21 258:1
259:10
263:12
266:18
284:15

291:15,
18,20
292:23
294:1,23

**officer**
83:22

**offices**
17:8

**official**
67:6

**officially**
34:13
48:8
82:20

**OHI**
98:16

**older**
21:10
260:18

**on-site**
230:4,7,
11

**one-on-one**
55:21

**ongoing**
144:6

**online**
132:1
244:19
289:8

**onsite**
180:18
232:2
247:20

**OPB**
42:18
257:22,25

**open**
31:12

**opening**

33:3

**operating**
247:3,5

**operation**
162:9,11
185:7
231:2

**operational**
170:18,22
181:24
207:8,19,
21,22
209:22
214:8,16
215:11,21
216:1,5
217:13,24
218:4
219:2
221:2
222:5
231:8
234:23

**opinion**
278:12

**opportuniti
es**
116:3,23

**opportunity**
9:9 33:2
123:13
124:9
203:14,21
244:20

**option**
80:6
244:10

**orally**
10:8

**organizatio
n**
229:7

**originally**
205:9
271:13

**originate**
205:3

**outline**
105:9

**outlined**
49:5,17
58:7
155:9
166:24
168:16
207:25
215:5
216:13
220:17
221:8

**outlines**
142:7

**outlining**
142:3

**outs**
43:19

**overarching**
43:16

**oversee**
66:16

**Owen**
53:8
55:15,18
56:6 69:2
84:20
97:21
103:10
210:12
235:21

---

P

**p.m.**
120:24



121:2
146:7,10
188:19,22
193:19,22
255:25
256:3
290:3,6
297:11,13

**packet**
128:23

**pager**
228:1

**pages**
142:13
143:12

**paid**
152:7
190:23
239:21,23
240:8
241:7
246:20,22

**pandemic**
59:12
117:11
225:15
248:2

**paper**
248:20

**para**
76:8
165:15

**paragraph**
276:10

**parent**
294:7,9,
12,18,21
295:7

**parentheses**
195:7

**parenthesis**
46:21

**parents**
165:25
166:7
293:18

**part**
15:21
28:4,10
29:14
40:9
52:18
55:20
63:18
64:16
111:25
117:3
118:10
124:19
128:23
129:18,19
135:22
138:18
143:23
151:24
152:21
157:19
170:6,17,
23 189:22
194:14,19
201:24
202:4,12
206:4
208:10
209:11,13
212:10
218:2
220:20
226:20
233:7,12
234:11
235:5
250:23
281:24

**participate**
31:24,25
32:7
53:25

54:1
55:24
56:5
72:4,10,
16,23
79:19,21
111:1
135:17
146:14
152:25
153:2,12,
14,18
155:11,19
156:19,25
158:9
174:9
245:8,9

**participated**
55:23
56:1 66:4
242:25

**participates**
56:7
65:18

**participating**
32:2
135:6,14,
19 137:20
154:2
155:1,13
156:3,12,
16

**participation**
153:22
155:8

**partnership**
278:9

**parts**
123:24

**pass**
173:22
174:4

**past**
65:19
70:5 98:3
106:11
147:15
173:19
175:24
176:4,14
209:13
215:16
219:5
222:21,22
224:11,21
225:12
226:9
227:3
233:17

**Pat**
58:24
60:12,15
71:10,23
124:25
125:11
126:4
128:14

**Pathways**
57:24
58:1

**pause**
180:15
225:13

**paused**
171:8,9
177:7
222:18
223:2,9,
11,12,15,
17 225:16
233:5
234:2

**pay**

151:23
247:15,17

**pays**
147:5
175:9
191:1
243:21

**PBIS**
54:9
73:21
169:4,5,7
182:7
216:14,
19,21

**Pearson/
basc-3**
245:15

**peers**
31:20
32:13
116:4,10,
18,24
117:8,23
118:1
136:2

**pending**
11:10

**people**
89:15
123:23
166:7
232:9
288:2

**percent**
64:13,22,
24 71:20,
22 91:10
101:17,18
215:22
217:21
218:5,6,
10,15
231:3
261:22



VICKIE D. CLEVELAND
UNITED STATES vs STATE OF GEORGIA

August 17, 2022
Index: percentage..plan

262:3

**percentage**
114:21
216:3
222:1

**percentages**
230:25

**performance**
42:4
81:13
220:10
221:12
256:21
257:16,18

**performing**
162:7
174:1,5,
15,24

**period**
136:19
202:24

**periods**
64:20
184:3,7

**permanent**
23:23
24:6
34:20
35:9,11

**person**
26:11
75:6
230:17
232:3,4

**personal**
246:12,17

**personally**
203:12

**personnel**
186:18
246:9
249:4,11

283:24

**phone**
197:4

**phones**
247:25

**physical**
118:2

**physically**
117:15

**pick**
73:8

**piece**
37:21,24
38:1,2,4,
6 44:21
50:20
62:17
63:11,17,
21,23
64:4,13
112:1
140:1
143:23
161:18
168:15
173:19
174:19
180:9
186:18
187:2
191:15,21
206:17
207:7
246:9
249:7,9,
11 250:15
270:6
285:7

**pieces**
134:6,17
181:24
190:19

**pilot**

126:15,18
127:6,11

**piloting**
127:9

**PL**
46:20
47:7

**place**
44:14
60:14
68:7
89:16
96:21
106:6
112:6
154:14
169:23
172:2,4,8
180:2
192:14
205:11
207:17
213:10
218:1,16
226:23

**placement**
31:22
32:6 80:8
90:16
110:1
111:5,8,
15,18
119:13,
14,22
120:2,10
133:12
199:22

**placements**
109:15,21
110:6,16,
21,24

**Plains**
139:14,
15,16

**plaintiff**
18:2,7,8

**Plaintiff's**
12:10,13
38:20,22
47:18,22
84:11,15
97:3,11,
15 103:2,
6,22
104:1
121:6,8
127:22
128:1
131:4,8
138:23,25
147:19,23
151:4,8
159:1,2
187:20,21
192:18,22
194:8
210:6,8
228:13,16
235:13,17
251:16,19
256:14,17
267:20
273:21,25
276:24
277:2
279:20,24
282:16,19
285:10,14
290:10,13

**plan**
20:7
36:23
43:17,21,
23,24,25
44:24
49:3,19
65:18
135:2,8,
22 138:19
139:24,25

140:4,6
141:4,5
142:14
143:2
145:15
166:21,25
167:9
168:13,
21,25
169:2,11
170:16,
17,23
176:12
178:5
179:20
180:15,20
181:15
182:14
185:1
186:18
187:1,13
189:20,23
190:11,14
204:16,
22,23
205:1
206:7,22
207:4
208:22
209:2
210:14,23
211:20
212:14,20
213:10
214:7
215:10
218:2,23
219:5,15,
18 220:9
222:18
223:2
224:4,6,
7,8,10,17
225:1,8,
14 226:7,
10 227:9
229:15



VICKIE D. CLEVELAND
UNITED STATES vs STATE OF GEORGIA

August 17, 2022
Index: planned..pretty

230:4,13
232:22,24
233:15
248:24
249:3,15
270:14,15
271:21,23
285:6,7

**planned**
50:6
177:20

**planning**
42:19
47:11
51:7
141:20
143:23
160:7
177:12,
22,23,24
182:13
224:23
225:3
227:7,8
256:7,9,
11 257:3
258:1
266:19

**plans**
120:14
122:24
206:13
212:1
221:11,21
225:18,20
233:10
234:22
296:18

**platform**
243:22
244:20
252:25
253:7,13,
14,20,21

**play**
119:12

**playgrounds**
185:10

**plays**
51:6

**pocket**
175:18

**point**
15:13
67:5 68:6
110:11,12
137:10
232:7
279:16

**policies**
166:14
170:4

**population**
80:10,20
84:3,8
88:6,14
89:21
91:9,17,
19,22
95:4,6
101:16
156:20
265:7
273:11,16
287:15,17
288:8

**populations**
88:3
90:20,22
95:2
289:5

**portal**
162:14,15
186:15
248:17,20
253:20,
22,25

254:1

**portion**
124:7
172:23
218:11

**position**
15:8,13
16:10
22:15
23:18
25:24
26:2,4,
21,24
27:13
29:2,8
34:13
61:17
76:12
113:10
148:20
149:1,2,7
152:5
158:16
205:11
286:24

**positions**
165:20,21
166:5
241:15

**positive**
54:9
136:18
220:11

**possession**
16:12

**possibility**
67:25
130:17
275:18

**posted**
15:13
34:13

**posting**

216:18

**PQ**
62:18
63:23

**PQS**
64:1

**practice**
145:13

**practices**
13:23
31:19
207:9
216:22,23

**preliminary**
164:20,24
165:1

**preparation**
17:18
75:2

**prepare**
16:21,23
17:17,21
53:1

**prepared**
283:24

**preparing**
55:9

**present**
17:10
45:21
46:5
51:25
70:14
80:24
124:9
130:23
143:6
145:4,6
152:6
163:14
176:3
182:11,14

236:23
237:1

**presentatio
n**
46:7
91:20
121:16
122:18,20
123:11,14
124:20
125:5
128:12
145:21
179:11,13
228:22
236:8,11,
15

**presentatio
ns**
236:19

**presented**
46:6,14
70:19
71:12,24
123:15
124:11
152:8
176:20
178:21
185:4
205:20
215:21
239:15
267:9,12

**presenting**
70:12,24
71:4,16
72:1

**presents**
52:1 53:4
65:24
267:16

**pretty**
56:20



86:22
101:9
118:20
127:15
140:19
192:6
205:25
287:22

**prevent**
276:12

**prevention**
276:11

**previous**
14:8 24:8
41:6 51:4
62:14
83:4,6,14
86:2,15,
16 157:21
193:8
230:22
234:12
248:5

**previously**
24:17
25:13
43:2
70:16
120:5
121:6,9
135:1
158:25
159:3
176:3
212:5
230:19,20
240:13
248:16
251:16,
17,20
268:8
281:21

**primary**
92:23

94:17,19,
23 95:1
100:12
101:3
102:23
199:24

**prior**
26:21
29:2,3
82:23,24
157:25
200:13,20
249:25
250:6

**priorities**
209:24
218:7

**priority**
171:3
225:24

**privacy**
83:20

**private**
111:9

**privilege**
189:2,7,9
193:10
194:1
196:25
197:6,12

**privileged**
93:11
94:7
103:14
188:13

**privileges**
197:6

**Pro**
244:18
245:4

**problem**
250:5

**procedure**
166:14

**procedures**
162:9,21,
23 163:2,
6,18,23
170:4

**proceed**
12:6

**process**
34:21
45:12
49:10
51:2,6
53:18
54:7
67:10,24
94:21
95:12,14,
16 96:17
105:8,19
129:15
130:19,20
134:8
137:8
138:14,18
142:3,8
144:16
146:19
150:12
160:1,2,
6,9,15,
16,24
162:1,10
167:9
170:16
171:23
177:22
193:16
209:11,14
214:9,24
221:22
223:22
225:4
226:23

230:22
231:24
232:13
234:7
248:14
267:15
295:10

**processes**
209:12

**produced**
189:1

**producing**
16:16

**product**
94:7
189:10
197:2,6

**production**
14:15
15:23,25
16:1 66:3
94:6
103:16
270:19,22

**professional**
21:24
23:9
37:3,11
38:5 47:8
49:9
50:16
54:5
62:18
63:12,17,
24 76:7
88:24
89:14
229:6
242:5
244:19

**professionals**
107:21

108:23
287:4,12

**proficient**
261:22
262:3,6,7

**program**
12:20
13:24,25
18:22
19:2
23:14,15,
19,24
24:3,15,
20 25:19
26:10,18,
20 27:2,
10,25
30:11,22
31:1 34:8
35:16
36:9,13,
24 37:7
40:22
47:4
48:1,2,9,
24 50:18
52:14,17,
20 54:2,
19,21
56:2,3
59:22
62:8,24
65:3,4,5,
11 68:7,
23 69:7,
11,14
73:13
74:2 77:8
80:1
81:18
94:24
96:16
101:11,
21,23,25
102:2,7
104:23



106:7,15,
25 107:4
108:13
109:12
111:17
112:7,16
113:8,14
121:21
122:1
129:5
130:14
132:25
134:2
136:4,7,
13
139:18,23
141:2
146:15,25
147:9,12
148:17
151:19
152:25
153:23
154:3
157:6,24
161:7
165:3
169:13,19
170:3,14
171:20
177:8
178:22
179:7,15,
24 180:7,
11,13
181:8
184:24
188:3
190:8
194:23
197:8
198:24,25
199:5
205:15
212:24
213:20
215:4

216:24
217:20
218:9
219:9,20
220:8
227:9
232:22
233:1,3,
14,16
235:9
236:24
238:18
239:5
240:1
243:12
246:1
248:12
250:8
252:5
255:4,5,
14,18
271:6
272:2,5
273:1,5
277:12
278:6,8
286:3
287:25
289:6,22
292:3
293:19
296:19

**programming**
13:22,23
29:16
30:20
56:19
75:18
77:22
78:1
80:12
154:4
180:3
191:9
217:5
241:5

**programs**
19:3
24:19
27:17
30:1,2,18
36:15,19
44:15
45:5
49:15,23
50:7,10
51:16
52:5
53:4,9
55:16,19
57:18
59:5,13,
21 64:22,
23 68:4
69:1,10,
15,19
73:2
77:10
78:2 82:3
84:4 88:3
90:19
92:24
102:13
105:3
106:4,11,
14,18,21
107:15
111:16,23
113:24
114:12
115:23
119:22
126:14
127:8
128:25
133:18
137:19
138:3
140:9
149:3,5,
10 150:1
152:2
153:25

155:20
164:16
171:6
172:16
173:3
176:16
177:5
178:7,8
185:9
186:1,25
187:4,8,
11 189:17
191:11
196:1
197:10
198:14
199:8
204:7
206:14
212:16
215:3
217:9
223:16,18
224:15
225:10,18
230:17
232:3,5
233:11
234:17,24
236:25
238:21
245:7
250:24,25
251:13
252:17
257:7
264:24
268:22
269:1,8,
14,17,25
275:21,25
277:23
278:2

**progress**
77:25
80:4,16

96:18,20
173:15,20
174:17,21
175:6,24
252:25

**progressing**
130:24

**project**
253:2
270:13

**projects**
55:4

**promise**
54:14

**promote**
214:6

**prompt**
292:2,4

**proponent**
295:19,24
296:4

**protected**
162:14

**protocol**
70:20
267:15

**proud**
77:5

**provide**
36:14
38:8 49:7
51:3 60:5
62:3
73:23
80:1
83:25
87:15
90:22
96:22
105:4,7,9
107:21
108:15



109:12
119:21
125:17
126:25
128:19
129:16
130:5
134:7
136:17
137:9
144:17
145:11,17
146:24
152:9
153:7
158:20
176:23
178:14,
20,25
179:3,6,
8,11,13
181:23
183:7,15
185:4
187:15
189:17,19
191:11
196:14
198:10
212:19,25
214:15
221:15,19
225:17
238:25
240:17,21
244:23
245:3
257:21
277:20
287:6,14

**provided**
27:20
30:2,19
49:13
51:5
77:12,22

78:17
90:13,22
91:7
105:10,21
117:5
118:11
119:23
120:1,9
125:19
129:19
144:24
149:25
176:18,20
178:17
183:13
212:21,23
214:21,23
221:22,25
222:23
230:20
233:19
235:8
242:23
258:8
259:10,20
263:11,18
269:9
286:8

**provider**
29:19,20,
22 150:18
154:12,21
155:2,3
242:15
275:1

**providers**
67:10,13,
18 107:16
141:10
152:10
153:3,7
154:24
155:11,16
187:17

**providing**

28:5
35:18
36:22
37:3
49:22
50:15
56:20
59:19,23
73:18
78:10
105:17
108:5
142:24
145:23
153:4
155:16
156:8
176:15
183:23,25
186:21,22
222:1
223:22
235:10
258:8
286:9
291:19

**provision**
255:16

**provisions**
255:12

**Pruitt**
285:17
286:1,2
287:19
288:10

**PSC**
22:10
23:8

**psychology**
21:16

**public**
14:11
19:18
29:5,9,

12,21,22
30:3,14,
15 111:10
201:21,25
202:3,8

**pull**
60:10
87:2,3
92:19
99:2
107:1
123:17,22
153:19
167:13,
19,21
168:23
175:2
176:1
240:16
258:12

**pulled**
15:12
64:14
82:19,22
97:9 99:1
100:14,22
101:1,19
102:16
118:24
119:6
122:9
136:10
154:3,8
287:5

**pulling**
16:13
59:18
92:21
102:19,21
154:11,20
155:12,25
156:5,8
270:19

**pullout**
201:23

**pulls**
83:5
105:11

**purpose**
79:23
105:2
128:16
157:16
181:22
182:24
183:3
197:14
204:21
240:22
257:18

**push**
67:11,19,
21,24
272:8

**pushed**
67:13
68:2,5
78:20
276:1
291:9

**pushes**
161:13

**put**
10:25
11:18
62:17
96:21
131:17
165:20
218:15
226:23
271:7

**Putnam**
28:9

**putting**
253:17



VICKIE D. CLEVELAND
UNITED STATES vs STATE OF GEORGIA

August 17, 2022
Index: qualifications..reads

**Q**

**qualificati
ons**
  37:12
  38:5
  62:18,19
  63:12,18,
  24

**qualifies**
  221:5

**question**
  10:19
  11:2,10
  22:20
  32:3 50:4
  56:25
  64:17
  72:15
  95:18,19
  102:3
  110:3
  118:13
  135:11
  142:6
  163:21
  165:13,20
  168:7
  171:19
  173:9
  190:12
  193:25
  197:14
  200:11
  215:24
  219:16
  237:17
  244:25
  245:1
  251:11
  275:23
  276:21
  295:22

question-
by-question
  268:10

**questionnai
re**
  191:5
  243:21

**questions**
  9:19
  10:5,8,25
  11:22
  12:5,7
  62:21
  94:9
  103:18
  108:18,25
  125:6
  135:20,21
  141:9
  165:12,17
  171:14
  172:19
  173:7,14
  188:24
  193:25
  201:15
  205:19
  227:19
  257:23
  267:13
  269:18
  297:9

**quick**
  74:12
  93:24
  188:14

**quote**
  48:12
  109:12
  126:7
  230:7

**R**

**R-U-L-E**
  171:15

**Rahming**
  24:17,25
  25:2 35:2
  39:7,15,
  18 40:15
  42:1,6
  48:1,8,
  11,17,23
  50:5
  121:14
  148:3
  280:3

**raise**
  174:20

**raised**
  234:16

**random**
  167:22,23

**range**
  77:13
  239:9

**ranges**
  239:9

**rank**
  171:2
  209:24
  210:3

**ranked**
  222:4

**rankings**
  171:4

**rate**
  207:6
  214:7,18
  233:14

**rated**

225:24

**rates**
  173:22
  174:4

**rating**
  170:20
  214:22
  215:18
  225:10
  230:25
  231:3,4,
  8,11,13
  233:15,22
  234:4,7,
  22

**ratings**
  167:2,3
  170:17
  171:4
  207:20
  209:18,20
  210:4
  215:14,16
  217:15
  222:16,
  17,22,25
  223:12
  230:12,24
  231:20
  234:8,16

**RBT**
  243:23,25
  244:11,12

**RDA**
  44:16
  121:22
  122:1,2
  167:12,19

**re-deliver**
  178:24

**re-eval**
  172:3

**reach**

38:7
  115:14
  294:4,8

**reached**
  141:15
  278:25
  279:4
  294:12,18

**read**
  14:13,16,
  19,23,24
  15:3
  144:3
  195:14
  237:5
  280:9
  283:18

**reading**
  16:14
  131:13
  148:8
  150:18
  162:8
  173:21
  174:5
  195:13
  241:6
  267:25
  280:8

**reads**
  40:21,25
  45:21
  46:20
  84:22
  104:14
  126:7
  149:16
  164:7
  166:12
  238:17
  244:17
  245:25
  248:23
  267:21
  274:24



276:11,25
279:23
280:3
290:11
291:4

**ready**
10:20
163:16
208:7
214:18

**real**
93:24
246:13
247:14

**reason**
11:9,21
131:18
156:5,6
198:10
199:22
225:13
269:13
274:10
280:18,20
284:5

**reasons**
117:24
179:23

**reassess**
90:19,21

**reauthorize
d**
133:5

**recall**
15:14
30:12
33:15
34:2,4,
10,18
40:5
57:6,11,
21,22
58:20,21
60:19

68:6 70:9
71:2,16
92:21
98:22,23,
24 99:17
100:25
102:11,
14,18,21
107:8
115:2
122:11
123:24
126:13
127:13
131:16
138:9
141:14
142:23,25
143:15
154:15
156:6
166:10
169:21
177:15,16
181:2,6
183:11,14
184:2
185:21,24
186:8
196:11,12
198:15
202:17,19
204:3,4,
13 223:20
234:24,25
235:1,6,
10 236:5
237:25
247:8
264:6,9,
14,19,20
265:2
267:13
269:21
270:16
271:18
272:13

274:7
276:20
277:22,23
278:2,19
280:6,7,
15,16
284:1,2,
24 285:24
286:22
289:2
291:7,17,
19,22,25
292:1,5,
13,16,17,
20
293:10,13
294:24
295:4,6,7

**receive**
15:5,6
19:20
21:7,15
22:5 42:9
62:4 68:5
78:5,7
82:18
84:6
88:24
93:1
106:21
107:15
125:8
133:7,9
150:2
152:2
155:22
159:21
187:7
192:1
200:6
208:9,14,
17 218:9
219:11
226:16,19
238:24
272:20

276:4
280:19
293:17

**received**
12:24
13:8
15:11
22:9,17,
20 23:4
105:3
149:10
187:4
194:18
203:9,11
230:12
259:9
262:23
275:9
295:2

**receives**
16:6 81:6
83:15
106:25
107:3,24
151:21
201:12

**receiving**
15:14
89:22
90:8
108:16
186:24
234:25
235:1,2
273:12,16
277:22,24
278:4

**recent**
100:17
201:3
203:1,2
288:14

**recently**
24:4

56:17
57:11
100:14,15
150:1
257:10
289:19
295:8

**recess**
74:18
94:2
120:25
146:8
188:20
193:20
256:1
290:4

**recipient**
106:15

**recognize**
39:13
40:2 48:4
85:2 87:8
92:6,13
97:23
99:9
104:9,20
121:17
128:7
131:14,20
139:9
143:16
148:6,13
149:20
151:14
188:5,8
193:3
194:13
210:16
211:6
228:23
229:23
235:24
236:15
256:23
259:4



268:19
274:5
277:7
290:23

**recommend**
137:14
296:15,17

**recommendat
ion**
33:18
41:4
77:15,18
79:7 81:5

**recommendat
ions**
77:16
116:8
119:16
131:1
137:13
143:4
184:22
211:15

**recommended**
51:8 79:9
119:19
136:12
152:14

**recommendin
g**
55:8
89:18
117:4

**recommends**
79:11
130:16

**record**
8:6 9:12
10:10
11:1,18
12:12
36:3 51:3
74:16,20
75:6,7

82:17
83:5,9
84:1,22
85:16
86:2,5,14
87:16,17,
18 88:5
93:17,20,
25 94:4,
12 101:20
102:20
118:11,16
119:9
120:23
121:1
146:6,10
155:17
160:3,19
188:17,
18,22
193:18,21
200:5
204:10
227:14,17
230:10
239:1
242:11
245:1
251:11
255:24
256:2
266:17
290:2,5
292:10,
12,16,19
297:10

**recorded**
10:6

**records**
270:16,
17,18,19

**Redan**
33:24
34:4

**reduce**
114:7
205:14

**reduces**
110:14,22

**reducing**
113:24
114:1

**reduction**
113:12,23

**reevaluatio
n**
172:1
200:25

**refer**
18:18,21
19:1,7,
11,16,23
20:1,5,9,
13,17,21
31:21
37:23
246:18

**referenced**
72:19
81:9,24
204:15

**referencing**
79:8

**referrals**
125:7

**referred**
12:20
32:5
112:8
138:16
171:25
231:12

**referring**
18:22
19:2,8,
17,24

20:2,6,
10,14,18,
22 28:20
44:23
48:18
75:5
81:20
83:18
85:10
114:1
128:20
132:10
148:23
195:21
203:5
213:7
228:4
234:9
250:10
257:9
258:1
261:6
270:21
294:17

**refers**
198:22,25

**reflect**
221:11
222:14

**reflects**
96:5
98:24

**regard**
135:9

**region**
27:21,23,
24 28:4,8
91:10
140:24

**regional**
19:1,3
20:14
27:16,19
28:10

29:25
47:2
48:1,24
49:14
50:7,10
52:17
73:1,12
74:2 82:2
84:4 88:3
92:24
101:21
102:13
106:4,18
111:17,23
112:15
115:23
119:22
125:11
128:25
133:17
136:4,13
137:19
138:2
146:15,
21,25
147:11
152:2
154:24
169:13
170:3,14
171:5
172:15,19
173:3,5,
16 176:7,
24 177:5,
8 178:15,
21,22
179:15,23
186:1,25
187:11
188:2
189:17
191:10
194:25
195:17
196:1,10,
21 197:7,



9,17
198:4,14
199:7
204:7
206:14,22
212:15
213:21
215:3
217:20
219:20
223:18
224:15
225:10,18
228:20
229:11
232:2,5,
25
233:14,16
234:17
235:9
238:21
245:6
248:12
250:8,24
251:8,13
252:17
255:4,5,
14,17
264:24
267:24
268:22
269:1,8,
14,17,25
290:17
291:3,6
296:11,16

regionally
28:3 91:8
107:17
140:24
165:4

registered
243:25

regular
68:17

69:17,18
247:3

regularly
55:1
166:10
173:2
204:7
267:15
283:5,11

regulating
162:9

Rehab
150:20
241:8,11,
13,20,23
242:1

reintegrate
138:20

reintegrate
d
135:5
138:4

reintegrati
ng
143:4

reintegrati
on
112:1
133:25
134:18,19
135:12,
20,24
136:14
138:13,16
140:7,12,
16,21
142:3,7,
11,14
143:2
144:5,14
145:15
249:6
284:22
285:7

relate
72:17

related
60:12
69:1
70:22
72:11
85:6
100:11
102:2
118:7,16
119:6,22
129:12
133:21
136:13
163:19,23
172:20
174:20
187:10
189:18
190:14
201:15
206:21
220:15
225:8
264:7
279:13
291:14
293:18,23

relating
12:19

relation
278:24

release
280:4
281:8

reliable
217:10

relocating
294:7

remain
134:16
214:6

remainder
223:9

remained
106:19

remaining
135:25
295:14

remedial
174:7,8
241:6

remember
11:13,15
13:8
21:17,22
32:22
34:2 39:9
58:3,11,
18,23
71:4,9,21
74:8
92:20
100:5,25
125:21
130:1
140:2
142:24
156:6,14
166:5
196:3
204:19
218:20
246:9
247:7
267:14
271:1,22,
23 279:3,
4 281:11,
19 291:8,
17,24
295:7

remembered
11:17

remind
194:3

remote
247:21
248:1

remove
172:9,13

removed
172:11

repeat
50:3
72:15
102:3
110:3,18
168:7
190:12
222:9
250:4
258:17
295:22

replacement
244:13

report
23:24
41:1
82:17
84:1 86:5
101:20
105:12
118:25
119:3
133:9
182:4
191:14
233:20
249:13
281:8,11,
15

reported
24:7,15
25:6
114:13
118:24
119:1
138:13
263:14,23



reporter
 8:9,11
 9:23
 10:6,8
 12:10
 38:19
 47:17
 84:10
 97:2,11
 103:1,21
 127:21
 131:3
 138:22
 147:18
 151:3
 192:17
 196:15
 210:5
 228:12
 235:12
 273:20
 276:22
 279:20
 282:15

reporting
 134:6,24
 173:19,25
 182:3
 190:10
 191:15

reports
 25:17
 26:16
 65:8 86:2
 175:24
 176:2

represent
 126:1
 197:9
 282:4

representation
 48:14,25
 49:14,24
 50:7,10,

14

representatives
 120:3

represented
 16:18
 91:4
 101:16
 282:8

representing
 86:12

represents
 88:2
 92:23

request
 16:1,5,14
 84:3,5
 94:9
 115:22
 128:6
 195:25
 196:10
 198:5,19
 199:7
 257:3
 266:22
 268:25
 270:22

requested
 100:4,6,8
 195:9
 202:21
 203:3,23
 204:2
 257:10,20
 259:14,17
 266:21
 269:11

requesting
 188:11
 196:19
 197:24
 198:11

199:1
 264:4
 268:21
 269:13

requests
 15:22
 16:9

require
 109:14
 110:20
 129:12,14

required
 132:8,21
 134:11
 190:21
 192:11
 208:12
 220:25
 250:25
 252:23
 254:5

requirement
 172:10,13

requirements
 63:10
 144:4
 172:15
 249:25
 250:6,10
 251:8,12
 254:10

RESA
 20:13
 74:8
 139:13,
 14,15,16
 141:16
 147:7,9
 148:4
 150:5
 151:18,19
 252:4
 254:24,25

255:3,6
 296:9,12,
 13

RESAS
 74:6
 141:13
 147:3
 220:16
 251:4

research
 141:5

residential
 80:8
 109:14,21
 110:1,6,
 15,20,23
 111:3,7,
 8,9,15,
 18,20,24
 112:6,8
 276:12

resolution
 294:1,15,
 23,25

resource
 47:1
 69:23
 78:19

resources
 51:15
 244:21
 275:1

respect
 273:5

respond
 15:21
 66:2
 173:10
 198:14
 257:23
 259:19
 270:11
 294:3,21

responded
 16:2
 278:3,5

responding
 292:19

response
 33:17
 58:22
 258:7
 286:21

responses
 93:14

responsibilities
 36:8
 37:6,8
 40:8,11,
 14 41:14,
 17 46:10,
 11,13,15
 47:14
 49:5,6,
 17,18,21
 50:19
 65:14
 124:1,2
 141:8
 158:19
 159:12

responsibility
 46:12
 123:19
 159:24

restful
 229:3

restraint
 163:6
 169:3
 186:23

restrictive
 32:21,25
 33:19



77:19
78:13,15
80:7,18
81:7
89:1,4,
12,19
90:24
91:14
102:10
109:15,21
110:1,6,
15,21,24
111:5
112:14
118:5
130:17
132:17
137:6,7
144:8
200:7

**restroom**
120:19,21

**result**
180:6
281:15

**results**
44:17
121:22
166:16
167:20
190:5
191:19
192:7

**resume**
77:2

**retired**
61:12,17
76:1
139:14

**retract**
244:8

**return**
24:22
25:6  41:9

94:10
133:22
134:13
173:8
283:23
294:9

**reveal**
93:15

**review**
36:20
44:18
45:8,10,
13 62:1,
24 65:15
81:4
89:10
136:3
162:20
166:22
168:2
176:16
180:15
181:10,13
185:2
189:20,23
190:20
191:13,17
198:6,7,
8,12,19
201:3
203:8,14
205:19
218:24
224:4,7,
10 225:1,
8,19
226:10
227:3
229:16
232:19,22
235:6
249:16,
20,22
267:25
268:15,23
269:10,16

**Review/
questions**
256:22

**reviewed**
45:18
98:2
167:1
203:11
222:3
249:19
269:12

**reviewing**
49:19
140:21
166:22
203:19
207:14
232:22
270:16

**reviews**
41:21
45:6,7
65:18
77:17
135:2,8
148:11
176:12,14
180:20
181:15
187:13
188:11
191:13
193:7
198:3
214:19
215:17
217:17
219:5
223:6,7,
14 224:8
227:2
230:4,13
252:12
280:13
285:6

**revised**
158:6,11

**revision**
205:5
211:12

**revisions**
206:1,10,
11 210:13
211:24

**Rights**
9:8

**Roberts**
236:24

**Robinson**
8:8

**Rockdale**
30:21,25
31:23

**role**
14:5,8
23:21,23
24:5,6,19
25:4,21
26:22
27:2,11,
12 28:25
32:8,16
33:7,8
34:8,12,
16,20,24
35:6,9,
11,20,21
36:12
40:11
41:6,8
50:18
56:11
57:25
58:16,25
61:8
62:6,14
65:10
70:16
75:25

102:7,8
119:12,14
123:18
164:11
213:11
243:1
257:22
273:4,8
281:3
286:22
287:1

**roles**
46:10,15
56:21
65:22,23
70:19
122:18,19
124:2
141:7
145:2,25
146:1
158:19

**room**
93:23
183:17
184:12

**rooms**
185:13,
18,20

**rotate**
232:17

**rotating**
45:16

**rotation**
45:18
232:11

**routed**
294:20

**Rowland**
60:7,9
61:7,11,
16



RPD
15:23

RTC
136:21

rubric
166:23
170:20
207:5,24
211:1
212:15
217:7
222:2,16
230:23
231:6,11,
12,24
262:9

rule
36:25
45:9,12
46:8,14
80:12
81:19,21,
22,23,25
82:1
88:25
89:10
90:14
91:13
119:24
125:2,3
129:19,
23,25
133:3,5
137:4,8
145:20,22
146:1,3
155:9,23
157:15,
16,18,22
158:6,11,
15,22,24
159:8
162:5
163:17
169:14,

17,22
171:6,15,
23 172:8,
20,23
253:11

rules
145:25
157:18,20
162:8,21,
23,24
163:18,22
166:14
170:4
216:18,20

run
64:20

runs
179:7

Rutland
107:7
151:19,20
252:5,6

──────────

S

──────────

S-E-D-N-E-T
285:19

safe
43:11
183:5
184:10,
12,17

salaries
147:5

salary
246:19,20

Sam's
139:18

sample
226:6

Sandy

54:8

sat
281:21

Scale
189:15

schedule
209:16
229:16

scheduled
69:17
173:2

schedules
33:15

Schofill
58:24
60:12
71:10

school
14:11
19:18
20:3
30:17,18,
20,24
31:3 32:1
75:16,17
76:9 78:7
82:8,9,
16,23,25
83:3,4,6,
8 84:4
85:10,14,
17,18,22,
24 86:1,
2,3,13,
15,16,18
87:22
100:19,
20,21
102:16,
17,19
112:23
113:1,2,
17 114:16
115:5

120:2
134:5,13
135:13,15
136:20
138:6,7
144:13
152:24
153:17,21
154:1
155:8
157:2
171:12
201:20,
21,25
202:3,4,
8,12,15,
24 203:2,
6,24
215:9
217:9
223:2
224:4,9,
11,14,19,
21 225:9
227:4,6
232:8
233:11
262:5
279:1,8
283:22
284:18
296:18

school-base
180:4

school-
based
19:11
31:14,16
33:4
78:6,24
112:13,19
113:13,21
114:4,7
115:4
116:21,22
117:7

118:8,17
135:18
186:3
276:3

schools
29:5,9,
13,21,23
30:3,14,
15 31:12
67:12
127:6
199:19
276:4
283:23

science
185:22,24

scope
240:15,21

score
221:19,
20,25
222:1,11
235:9,10

scores
230:18
234:25
235:3
262:2,10,
16,20,24
263:1
264:8,16,
25
265:24,25
266:14

scoring
261:22

Scratch
97:7
102:4
177:18
208:24
293:6

screen



92:3

**scroll**
265:3

**scrolling**
124:4

**SDD**
98:17

**SDQ**
191:3,11
192:12
243:20
269:24
270:1,8

**SEA**
46:12,13,
16 122:19
123:18
124:11,12
158:19
159:15,20
162:6,25

**SEA's**
159:11

**secondary**
200:3
260:18,20

**section**
9:9 125:2
135:23
159:11
206:6
207:14
212:25
213:20
214:4
220:3,18
249:6

**sections**
222:24
249:14

**SEDNET**
285:19

286:3,5,6
288:5,15,
18,21,25

**seek**
52:7

**seeking**
32:14

**segments**
118:9,16
119:4,10

**segregating**
14:1

**SELDA**
45:22,24,
25 46:7
65:25

**selected**
127:6
146:22

**self-assess**
214:4

**self-
assessment**
166:23
167:3
168:17,22
170:24
171:2
185:3
206:17,18
207:1,7,
11,15
208:4,9,
18,23
209:3,19
211:1
212:15,20
214:13,17
218:21
223:19
224:5,16
225:2
226:6,24

233:3
235:4

**self-
assessments**
215:17

**self-
reported**
59:22
112:6
134:2

**semester**
208:2

**send**
131:18
164:18,19
274:11
283:7,11

**sending**
163:1
236:2

**sends**
16:5
257:3

**senior**
62:8 65:3
121:21
122:1

**sentence**
48:12,20
229:14
230:7
274:23
276:10
277:21
284:19

**separate**
31:9
122:3
181:9
186:5,8
248:18
253:24
290:18

**separately**
259:15

**September**
24:5
26:25
29:3,10
64:20
160:21
282:24
285:18
290:16

**serve**
79:23
80:21
114:3
125:9
156:20
289:10

**served**
12:17
14:8 27:1
30:15
41:5
80:22
89:23
114:4,15
134:25
156:21
257:6
270:22,23
289:5

**serves**
80:1,6
163:8
204:23
276:15

**service**
20:15
78:3,14
140:5
156:8
187:4,7
201:11
244:10

278:9
286:17

**services**
13:24,25
14:12
19:20
30:3,13,
16 32:20,
25 47:1
59:23
62:4
67:11,13,
18,21,24
68:2,5
77:11,12,
14,15,20,
21 78:4,
5,8,10,
12,16,20,
22 79:3,
9,12,13
80:2
81:6,9,
11,14,15
82:18
83:15
88:24
89:10,23
90:8
91:11
95:13
96:7,22,
23 101:8,
10 105:4,
5,8,10,
13,16,23
109:13,
20,25
110:5
111:4,8
116:7
117:4
118:5
119:4,11,
17,19,25
120:10



124:6,20,
23 125:8
126:8,19
127:3
128:21
129:12,
17,22
132:15,23
137:2
139:22,23
141:8
149:4,8,
18 150:9
151:21
152:8,10,
16 153:4,
6,8
155:16
159:22
164:9
166:15
168:5,11
171:25
176:8,15
187:10
189:21
200:14
201:16
204:9,14,
24 207:13
215:7
216:9
217:12
241:12
242:14
243:19
246:12,17
250:2,8
272:21
273:12,17
275:24
276:5
277:24
278:4,11,
16 279:2
286:9,18
287:7,14

294:8,13

serving
24:23
35:10
108:14
157:3
288:8
289:4

set
28:3 45:9
105:8,19
107:14
108:10
162:13,17

setting
19:14,17
32:14
78:24
112:13
133:23
141:23
144:8
156:10,11
201:20,24
202:4,9

severe
77:23
80:13
249:11

severity
109:15

shadow
41:7

shaking
10:11

share
53:8
91:16
128:18
130:12
143:10
145:19
152:13,18

161:1
167:4
170:7,12
173:20,23
175:3
180:6
182:9
187:14,17
189:20
190:19
191:22
192:8
195:6
210:3
214:20
219:23,24
222:25
225:22
227:11
234:4
250:15
264:15
287:13
291:20
294:24

shared
53:2
60:19,21
67:17
91:18
100:9
141:9
215:19
222:3,4,
7,24
233:22
234:20,21
258:12
263:11
269:9
270:1
282:13
283:19
284:17,21
287:22,24
288:4

291:12

shares
107:25

sharing
25:4 91:9
117:17
190:4
192:3
218:21
221:10
236:8
263:5

Shaun
53:8
55:15,18
56:6
69:2,13
84:20
97:21
103:10
161:2
210:12
235:21

Shaun's
69:20

sheet
99:10

shop
172:6

short
24:21
36:10
42:9 76:8
280:24

short-term
112:5,9
134:12
249:8

Shortly
271:7

show
82:17

92:2
153:3
158:25
167:5
169:4,6
175:6
189:24
191:19
216:16
249:3
251:18

showed
233:21

shown
17:15

shows
82:20
105:15
118:20,21
161:5
168:24
169:7
174:22
192:4

shut
59:12
117:12
223:7

side
237:6

side-bar
93:17
188:14

signed
160:11

significant
98:17

signs
161:19

similar
36:8
149:25



156:20
266:19
273:15
287:7,15,
17,25
288:3
289:4,5,
10

**sit**
95:17

**site**
179:17
183:3
216:24

**sites**
179:16

**sits**
62:10

**situation**
279:5

**situations**
80:5

**size**
84:3,8
88:6
90:20

**skipped**
12:11

**slide**
124:14,15
125:23,25
126:6,14
238:14
239:4,16
240:24
245:25
248:5,8,
22

**slides**
124:11,
12,13

**Smith-dixon**
24:10,11
25:1
39:16
40:20
84:19
97:20
100:4
103:10
121:14
210:12
235:22

**social**
105:6,7
148:20,25
149:6,8,9
151:12,
21,24
217:1
241:14

**socio-
emotional**
96:2

**sound**
14:21
258:20
266:9

**sounds**
136:3

**South**
29:21
35:16

**space**
247:15,17

**speak**
10:7 85:9
95:11
111:16
183:21
196:16
276:21

**speaking**
30:5

113:23
128:11
152:20
178:13
211:8

**special**
14:12
21:21
22:16,17
23:2
24:1,7
27:5,8,21
28:5,16,
18 29:5,
16,19
30:16,24
32:18
36:20
44:15
45:25
46:3,4
53:3,22,
24 54:1,2
62:11,17,
23 68:19
69:5,9,11
89:8 90:8
91:2
120:4,5,8
122:2,10
129:20,21
130:4
131:22
137:5
144:25
158:21
164:19
170:7,8
227:11
229:6,7
234:7
236:25
246:25
263:6,9
264:7,15,
22

286:14,16
287:5
290:18
293:23
294:10,
14,19

**specialist**
21:3
25:19
43:3
65:11
104:23
179:7
180:11
227:9

**specialists**
65:5
165:3
177:23

**specific**
13:8
33:15
44:3 57:6
58:3
60:18,22
79:18
80:20
129:25
169:21
175:4
183:12
189:4
190:3
196:2,3
207:7
279:3
292:20

**specifically**
58:11,13
68:3 71:2
100:5,8
127:13
179:2
247:7,8

264:9
267:13
292:13

**specifics**
44:2

**SPED**
171:10

**spell**
9:11
38:15,16

**spelling**
293:2

**spending**
59:7
60:20

**split**
249:20

**spoke**
112:18
178:14
221:12
281:18
292:7

**spoken**
157:2
248:9
278:20
288:11

**sports**
136:21

**spot**
183:14

**spreadsheet**
52:19
82:21
87:1,8,
10,13
88:2,8
92:7,11,
13,17,18,
20,22
93:2



99:9,18
161:4
164:14
259:4,9,
11 264:10

spring
119:1
160:23
162:3
224:25

stabilizati
on
134:12
249:8

stabilizati
ons
112:5,9

Stacey
16:6,17
75:7
103:11
171:19
172:18

staff
45:3
53:25
58:12,15,
17 69:4,
20 74:3,4
79:18
117:16
120:9
144:3,6
146:20
147:11
150:20
176:20
178:18,22
179:1
182:11
184:1
211:21,23
216:18
220:14

241:8,11,
13,14,20,
23 242:1

Staffrehab
148:5

stages
253:9

stakeholder
s
205:7,8,
22

standalone
19:9

standard
214:1
217:6
262:8

standards
23:9
81:13
220:10

stands
42:25
43:6
67:16

start
33:2
86:12
97:6
98:11
132:25
160:18
181:13
248:2
260:10

started
14:20
22:9
25:25
29:9
34:16,19
35:21
76:8

113:7
223:22
253:3

starting
44:7
78:12
124:15
178:4
195:22
240:24
283:8
296:24

starts
39:24
51:3
73:10
91:25
99:4
104:12
141:18
159:12
194:5
229:20
285:22

state
8:4,20
9:11
12:18
19:5
21:21
22:2,18
23:10,25
24:8,13
28:12,23
33:6
36:15
37:17,18
38:10
42:21
43:1,18,
21 46:16
48:15
49:1,13,
25 50:8,
11 51:18

52:1,2,3,
6,9,12,
15,16,23,
25 53:2,
10,14,18,
24 54:4
59:23
68:14
69:25
70:6,23
71:4,16
72:4
81:12,22,
23 90:13
132:1
140:25
141:3,4
148:19,25
149:6
150:6
152:7,12,
17 155:23
157:8,12,
15,19,20
159:16
164:18,21
165:5
166:13
170:8
175:17
190:24
231:16,22
237:8,22
238:2,17,
20
239:21,
23,24
241:7,8
242:17,23
243:2,6,
11,14
254:14
255:13
261:2
266:24
267:1,3,
4,6,9

270:24
277:16
289:4
296:5
297:9

State's
15:21

stated
258:10
293:15

statement
284:1,3,
20

statements
102:12

states
8:3,14,
16,18
13:18,19
14:1
52:19
63:8
159:5
270:24
289:8,11,
12,23

statewide
77:9,10

stating
274:22

stay
95:18
133:12,15

stayed
205:25

step
93:24
111:13
246:16
263:5,7,
21



**steps**
16:7
58:21
137:10
144:2
169:12,23
170:2,6
206:21
209:15
219:13,
22,25
220:1
262:17,
19,25
263:8
264:23
278:14
293:15

**Stevenson**
25:18,20
26:3 43:3
65:8
66:6,10,
15,18
103:11
104:5,23
139:7
180:11,12
192:25
195:2
212:9
228:21
281:22

**Stevenson's**
65:13
246:20

**sticker**
268:5

**stint**
76:8

**stop**
271:16

**stopped**
150:12

**story**
291:7

**strategic**
36:22
49:19
65:18
135:2,8,
22 138:19
139:24,25
140:4,6
166:21,25
167:9
168:13,21
169:2,9,
11
170:15,17
176:12
180:14,20
181:10,15
185:1
186:18
187:1,13
189:20,22
190:11,14
204:16,
21,23
205:1
206:7,13,
22 207:4
208:11,22
209:2
210:14,23
211:20
212:14,19
214:7
215:10
218:2,23
219:5,15,
18 221:21
222:18
223:2
224:4,7,
16 225:1,
8,14,19
226:10
229:15

230:4,13
232:22,24
233:15
248:24
249:3,15
285:6

**streamline**
193:15

**strength**
191:4

**strengths**
80:25
95:15
96:6
191:6
243:20

**structure**
82:5
287:22
288:3
295:20

**structured**
287:23

**student**
51:3
58:5,10,
12,14
77:19
80:9 81:2
82:16
83:5,9,25
84:22
85:6,16
86:1,4,14
87:16,17,
18 88:3,
5,6,14
90:20
97:1
101:16,19
102:20
118:11,15
119:9,13
128:20

131:2
133:8,15
136:13
138:15,16
140:20,22
141:20
142:3,7,
10,14
143:2
144:7,13
145:15
155:17
160:3
167:24
168:1
191:7
192:9
195:8
198:17,23
199:6,11,
13
200:13,20
201:8,12
204:10
238:25
257:5
263:15
266:17
273:16
278:25
279:4
294:2

**student's**
144:5
198:20
200:5
201:20
202:3,8

**students**
13:23
30:4
31:2,8,
15,21
32:5,13,
19 33:11
44:3

48:14,25
77:11,12,
22 78:4,
5,11
80:12,21
81:11,12
82:8,17
83:7
87:21
89:2,17,
22 90:2,
7,24
91:5,15
94:24
95:8,20
100:13
101:25
102:24
105:10
108:5
109:4,13,
22 110:2,
14,20,23
111:18,23
112:7,18
114:4,15
116:2,9,
17,22
117:5,7,
15,17
118:8,17
119:4
125:8
127:3
130:14
133:22
134:3,4
135:12
137:14,
17,20
138:3
143:5
155:19
156:9,18,
20 157:3
160:19
169:6



174:9,13
176:16
182:8
186:10,
21,22
190:7
191:8,22,
24 199:19
202:22
216:20
217:1,12
220:25
244:22
250:22
260:16,
18,20
261:3,8,
22 262:3,
14 264:17
265:6,7,
9,12,17,
21 272:20
273:11
277:24
278:4,7,
15 283:21
284:18
286:10,19
287:7,14
288:8
289:4,5

students'
263:22

study
109:19

stuff
253:11

Suber-drake
16:6
103:11

subgrant
150:10
241:10,25

subgranted

152:9
175:13,16
241:23

subgroup
263:14,
16,17

subject
48:2
84:22
97:21
103:12
104:7
121:15
131:12
148:4
151:12
188:25
189:3,5
193:2
210:13
228:21
235:22
256:21
267:25
268:14
274:4
277:6
280:3
282:23
285:18
290:18

submit
209:15
250:12
252:18
269:25

submits
162:13
209:5

submitted
16:14
36:21
62:25
141:3,4

165:6
203:20
208:19
209:3
224:6,21
259:24,25

submitting
162:18
223:24
225:2

subsequent
15:3

subset
265:20

success
221:15

successful
144:7
221:1

summaries
224:10
226:22
227:4

summary
192:6
209:20
218:3
224:7,12,
13 225:9,
20 226:7,
15,25
230:13
233:10
258:9
259:1
260:7

superintend
ent
53:9
56:10

superintend
ents
122:12

supervision
25:4
29:17
30:20
172:5

supervisor
41:12
152:14
155:24
161:2

supervisory
25:4

supplement
173:17

supplementa
l
174:19
175:10

support
26:13,14
40:22
41:11
44:7
46:21
48:15
49:14,16,
24 50:8,
16 59:13,
19 109:13
128:6
140:5
144:6
159:22
165:5
176:8
210:23
216:8
217:11
220:4
274:25
286:10

supporting
28:19
49:9

supports
12:20
13:21
18:24
54:10
96:9,13,
24 104:16
105:21
107:20,21
110:19
159:7
186:20,22
187:15
237:15,18
249:4
250:18,
19,21,23
286:10

surprise
35:4

swear
8:11

sworn
8:23 9:22

system
37:16
43:1,14,
15,16,19
44:2
69:23
132:1
290:19

systemic
140:11

─────────

T

─────────

T-I-C
271:10

tab
112:2,4

takes
44:14



70:21
192:13

**taking**
9:9 11:25
13:20
179:2
180:2
216:3,11
261:3

**talk**
16:21
17:12
29:16
55:10
58:7
59:10
66:8
89:10,11
103:20
109:5
112:4
119:24
139:22
140:11
141:16
167:15
176:16
180:5
209:17
236:11
249:8
286:17,18
287:6

**talked**
32:23
40:7,8,10
59:17
67:14
139:24
140:3,7,
23 141:1,
7 157:14
204:9
234:6
245:16

**talking**
10:16
55:6
115:20
117:20
142:4
225:3
269:23
285:6

**talks**
162:25
163:3,5
190:16
199:5

**target**
80:9
273:11

**tasks**
55:4

**taught**
81:13

**teach**
220:9,18

**teacher**
37:25
63:13
76:15,19,
23 77:4,
5,6
165:15
179:1
220:18

**teachers**
23:10
37:16,22
62:19
63:15
165:24
166:7
176:21,22
178:18
182:10
183:22
184:1

220:9,11
244:20

**teaching**
22:1,9,21
76:7,8,11
216:19
221:11

**Teachtown**
243:24
244:9

**team**
32:2
33:18
43:7,8,9,
11 44:17
62:23
64:8
65:1,2
66:22
72:22
77:16,17
79:10,11
80:17
81:4,16
96:4
111:12
116:8
118:15
119:16
130:16,21
132:22
163:13
165:3
201:19
202:2,7,
11,14
206:8,9
207:17
216:24
217:25
218:6
281:20
282:22,23
286:13,15
287:3,8,

13

**teams**
33:16,21
81:1
89:11
95:17
111:2
132:2
137:13
140:21
167:11
207:12
209:18

**technical**
27:20
28:5
36:14,22
37:4,13
49:7,22
50:15
65:16,20
90:13,18
119:21,23
120:1
129:16
144:17
145:11,
17,19
158:21
181:23

**technician**
244:1

**technology**
182:8,10
247:10,12

**telecommuni
cation**
246:14

**telecommuni
cations**
247:23

**telework**
247:19

**tells**
11:5

**template**
240:18

**Temporary**
149:17

**Tennessee**
289:14

**tenure**
16:10
24:21
76:17
127:15
132:12,15
205:4
271:6
280:24
281:1

**terminate**
255:13,17

**terms**
216:1

**test**
261:13

**testified**
8:23
107:22
262:20
292:6

**testifying**
9:24

**testing**
73:10

**Thanksgivin
g**
229:3

**therapeutic**
12:20
13:21
18:23
77:11,21



VICKIE D. CLEVELAND
UNITED STATES vs STATE OF GEORGIA

August 17, 2022
Index: therapist..top

80:2
81:8,14,
15 96:8,
13 104:15
105:4,7,
9,12,20,
23 106:3
107:21
109:4,13
128:5
149:4,8,
17 150:9
151:21
152:8,10,
16 159:7
166:7,15
168:5,11,
15 176:7,
15 180:8
186:20
187:3,10,
14 189:21
190:15,16
201:11
204:9,14
207:13
210:23
216:8
217:12
241:12
242:14
249:4
250:18,19

therapist
105:14
185:16

therapists
108:3

therapy
108:10

thing
10:15
122:22

things

55:2
56:21
63:2,8,22
107:1
108:9
109:5
112:3
163:7,14
164:3
166:9
173:13,14
179:4
184:13
211:16
215:5,6
216:14,15
217:4
240:8
247:6
253:9
255:1
272:17
296:24

thinking
21:12
22:19
25:23
61:1,2
71:19
113:13
196:17,
18,19
232:12,17
233:24,25
269:3
275:5
292:14

thought
33:1 60:4
75:5

thoughts
264:16

three-year
45:16,18
233:2

TIC
271:9

Tier
250:21

tiered
220:13

tiering
250:21

time
8:6 24:2,
15 30:1,
11,22,25
32:6 37:7
39:19
49:3
61:1,3
67:1 82:6
106:14
112:3
117:19
120:16,21
125:20
141:3
153:22
158:10,12
160:21
161:15
162:1
164:17
178:13
181:18
184:4,8
185:24
193:6
196:6
203:17
208:19
209:6,16
232:8
233:24
240:9
257:4,8
271:5,7
272:15
275:12,

17,20
285:3
286:17

timeline
22:19
36:4
198:15
231:18
272:18

timelines
36:5

times
11:13
59:18
182:4
204:16
216:25

title
23:13,14
24:19
37:12,20,
23,24
38:3,5,
10,12,13
67:6 93:6
131:24
142:12
286:2

titled
141:19
210:22
236:14
259:1

titles
83:21

TKES
37:11,15,
21,22
54:7
73:18
179:5,8
182:7

today

9:5,10,18
11:19,23
13:6
16:19
17:13,17,
19 18:15
125:10
204:17
227:22

Today's
8:5

Todd
256:21
257:1,2,
15 258:7
259:14,17

told
15:16
291:10

tomorrow
235:23

tool
37:18
125:2,4,
9,10
126:23
127:2
129:10
130:2,4,7
140:9,14,
18 143:3,
10 191:5,
21

tools
126:19,20
140:8

top
22:25
40:21,25
104:14
109:9
123:10
138:10
149:16



159:5
194:14
198:17
211:18
215:8
217:8
220:22
268:5

topics
136:17
179:3

total
153:20
216:5
237:8,22
240:4

totaled
237:11

totally
130:1

totals
88:9

touch
56:14
119:10
179:22

touch-base
54:18
55:23
56:7,8
66:7
69:21

touched
60:16
272:1

track
83:12
95:18
115:12,13
118:7,10,
23
187:10,12
224:15

tracks
83:11

traditional
276:16

train
176:25

trained
120:6
176:22

training
27:20
28:4
36:24
37:9,11,
20 38:7,
9,14 46:9
49:8,9
54:5,7,8
65:20,21
89:7,8,15
90:22
91:1,6,
12,13
102:8,9
119:25
120:4,9,
11,12,13
129:19
130:3,6
142:24
143:1
144:24
163:9
171:7,8,
10 176:23
178:25
179:4,5,
6,8
212:22
213:1
216:18
236:21
242:21,
23,25
271:8,9

trainings
55:11,12
56:19
176:19,20
177:17
178:14,
15,17,20
212:19,21
220:15,18

transition
31:2,7
33:5,12,
18,23
35:19
112:10
117:21
182:13

transitione
d
33:11

transitioni
ng
30:18
59:2
60:14
272:19,24

trauma
216:22
243:9,13
271:11

treat
268:9

treatment
111:9,24

trend
88:18
99:20

trends
99:24
105:15
135:25

trial
9:7

trickling
89:3,6

tricky
85:11

truth
9:22

truthfully
11:23

Tucker
8:13 9:2,
6 12:9,15
38:19,24
39:1
47:17,24
74:12,21
84:10,17
93:21
94:11,15,
16 97:2,
17 102:4,
5 103:1,
8,21
104:3
120:20
121:3,5,
10,12
127:21
128:3
131:3,10
138:22
139:2,5
146:5,11
147:18
148:1
151:3,10
159:4
177:18,19
187:19,23
188:1,16
189:3,11
192:17,24
193:13,17
194:2,5,8
196:25
197:3,16,

20 208:24
209:1
210:5,10
227:23
228:2,11,
18
235:12,19
251:15,21
255:23
256:4,13,
19
258:17,
21,23,24
268:12,13
273:20
274:2
276:22
277:4
279:19
280:1
282:15,21
285:9,16,
21,23
289:25
290:7,9,
15 293:4,
6 297:7

turn
104:12
123:2
124:14
141:17
149:14
159:11
178:10
198:16
210:19
213:14
229:19
237:2
239:16
258:13
267:19
283:14

turned
269:20



Turning
  176:6

Twenty-four
  78:2

two-minute
  289:25

two-page
  128:4

type
  52:6
  90:25
  105:16,20
  136:16
  145:19
  166:23
  179:4
  186:14
  189:7
  222:14
  242:8
  250:19

types
  105:12
  251:3

typical
  31:20
  32:13
  78:7
  118:1
  252:14

typically
  73:6
  160:20
  161:8,21
  184:3
  218:18
  229:9
  257:21

            U

U.S.
  9:7

284:11

Uh-huh
  29:7
  225:21

uh-hum
  13:1
  25:11
  28:15
  39:8,10
  42:5 44:8
  45:20
  46:22
  64:10
  68:24
  70:2
  72:20,22
  76:24
  82:4 87:7
  88:7,10
  90:15
  101:14
  105:24
  106:10
  111:15
  113:11
  114:24
  115:18
  122:4
  167:10
  171:17
  185:12
  187:6
  188:9
  199:12
  201:17
  204:18
  213:16
  234:14
  245:19
  261:12
  295:16
  296:14

ultimately
  91:4,13

umbrella
  44:1

unable
  200:6

undergrad
  21:14

underlying
  39:6

understand
  10:3,7
  11:3,6
  18:18,22
  19:2,8,
  12,17,23
  20:1,5,
  10,14,17,
  22 36:12
  168:8
  223:1
  224:2
  263:20
  272:16
  275:23

understandi
ng
  13:17,19
  18:16
  43:20
  45:6 49:8
  60:24
  64:6
  67:20
  107:18
  124:24
  126:4
  128:15
  129:4
  133:2
  160:12
  167:22
  168:1
  263:13,17
  273:4
  287:2

understood
  197:13

Unequal
  290:18

Unit
  121:22,23
  166:17

United
  8:3,14,
  16,17
  13:18,19
  14:1
  270:23

units
  37:13
  234:6

University
  21:6,14,
  21 242:17

unsafe
  184:19

upcoming
  51:11
  182:22,25
  224:18
  225:8
  236:8

update
  56:16,18
  71:10,14,
  15,25
  151:13
  155:25
  205:6,12
  211:16
  212:8

updated
  22:10
  59:6
  146:4
  155:15
  157:21,22
  205:8

210:13
211:4
236:19
266:3

updates
  73:11,18,
  22,23,24
  107:25
  173:23
  181:23
  182:10
  212:22
  258:8
  271:8
  283:19
  284:8,13,
  16

updating
  59:4

upgrade
  60:21

upload
  253:15

uploaded
  163:4,6
  186:14,
  19,23

usage
  173:22
  174:4

user
  65:17

            V

V-I-C-K-I-E
  9:13

V-I-G-N-A-
T-E
  83:23

vein
  49:16



**vendor**
173:19
175:14
176:2
240:16,21
241:13
243:20

**vendor's**
175:20

**version**
157:25
158:2
266:3

**versus**
8:3
13:18,20
96:14
230:17
231:24

**vickie**
8:2,22
9:13
40:22
97:19
172:9
195:9
235:21
268:7
277:5
283:16

**Vickie's**
42:4

**video**
8:1

**view**
110:25
222:3

**views**
110:13,
18,22

**Vignate**
83:23

**Virginia**
289:15

**virtual**
178:1
209:16

**virtually**
177:11
178:5
230:18
232:6

**visit**
45:8
59:16
177:5,7
179:15,
16,17,18,
23 180:3,
23 181:7,
14,18
182:17
183:1,3,
11,15,21
184:5,22
185:17
232:3,4,
20,21,24
286:13
287:6
288:7
289:7

**visited**
116:9,14
117:6,10
177:6
185:9
186:4
230:17
232:6

**visiting**
117:16

**visits**
44:10,13,
16,22
45:4,14,

15 59:10,
11 72:3
117:13
177:20
179:20
180:21
181:12
182:22,25
183:7
209:16
230:8,11
232:21

---

**W**

**walk**
206:21
213:19
240:23

**walking**
180:1

**wall**
184:13

**Wanda**
8:8

**wanted**
32:23
36:2 41:6
152:19
195:6
254:10
269:15

**wanting**
32:12

**ways**
51:1
61:11
158:18
207:17

**weaknesses**
80:25
81:2
95:15

**96**:6
191:7

**web**
15:7

**website**
15:12
212:18

**Wednesday**
17:2

**week**
17:3,4
69:8,12

**weekly**
54:20
57:8
173:12,13

**weeks**
13:12
123:21

**what-not**
175:15

**White**
121:15,
19,21

**Whitney**
195:7,19

**Wina**
23:25
24:11
25:1,7,9,
10 53:5,
23 54:11,
12,13,16
55:5 56:8
68:24
69:6,12
73:16
152:13
164:18
227:12
234:9

**Wina's**
69:19
172:5

**window**
36:10
42:10

**wings**
186:5

**Wino**
54:11

**withdraw**
227:17

**withdrew**
268:8

**Wolf**
124:25
126:4
128:14

**Womack**
8:15

**wondering**
50:8
118:22
222:10
274:12

**Woods**
56:11

**word**
51:9
248:18

**words**
49:25

**work**
26:14
27:16,19
28:12,23
30:9,10
31:4
32:19
33:10
34:24



VICKIE D. CLEVELAND
UNITED STATES vs STATE OF GEORGIA

August 17, 2022
Index: worked..year

36:16
38:2,4,13
41:6
48:23
49:11
50:6
51:1,2
52:24,25
53:21,22,
23 55:5,
14 57:1
58:24
61:11,12
62:5,13,
22,23
63:10,11
64:3,24
65:15
66:15,25
67:2,4
68:9,10,
11,14
91:3 94:7
119:3
123:14,16
124:1
125:13
126:5
130:19
145:3
148:20,25
149:6,9
157:6
158:16
160:1
165:3,9,
23 182:3
183:2
189:10
197:2,5
199:1
205:2
207:12,17
218:7
227:10
240:11,
12,15,18,

22 253:1
254:16
256:8,9
257:4
280:24
281:2
283:21
296:23

**worked**
14:5,6
29:1,4,25
30:24
31:1,10,
11 35:1,
17 37:12
50:17,20
59:1
60:11
62:7,14,
20 64:8
67:10
75:15,18
123:22
125:1,15
211:14,
22,24
230:1
248:15
253:3,12
278:23
280:22,25

**worker**
149:9
151:12,
21,24
241:15

**workers**
105:6,7

**working**
15:18
26:20
27:10,25
28:1,4
29:12
34:2,3

35:14,15,
18 36:18,
19 37:12
42:10
48:13
60:7,9
66:11
76:3
123:19,23
143:8
158:12
213:24
217:25
244:21
277:11
281:5

**workload**
26:10

**works**
50:22
63:25
131:22,25
132:2,3
140:1
159:24
175:14
256:11
258:3

**worry**
177:4

**write**
98:5,21
229:15

**writes**
48:11
132:6
148:18
195:6
218:6

**writing**
155:12
197:4

**written**
80:23

163:18,22
275:7
276:10

**wrong**
17:2 97:9
154:12

**wrote**
98:1
196:7
275:5
286:11

_____

Y

_____

**year**
21:17,22
37:5
51:4,11
52:21
71:10
82:9,16,
18,24,25
83:3,4,6,
8,10,11,
13,14,16
84:2,4
85:6,9,
10,13,14,
17,18,21,
22,24,25
86:1,2,3,
11,13,15,
16,18,20
87:15,22,
23 88:4
100:18,
19,20,21,
23
102:16,
17,19,22
105:25
106:2
112:23
113:1,2,
5,9

114:16
115:1,5,8
117:11
124:24
138:6,7
150:2
152:6
154:22
155:4,5
156:1
160:9
161:3,16
170:25
171:1,13,
21,22
177:10,12
178:2
179:20
202:24
203:2,6,
24 205:15
206:16,20
208:7,8,
10,18
209:4,6,
7,13,14,
17,21
214:3,12
215:9
216:25
217:9
218:11
221:24
223:2,8,9
224:4,9,
11,13,14,
19,21
225:9,12
226:23,25
227:1,4,6
230:5
232:9,11,
14,15
233:11,
19,23
237:20
238:1



239:19
240:5
241:18
245:12
246:5
252:1,21
257:4,8
258:5
260:16
261:13,19
266:21
286:13
296:18,24

**year's**
164:8
224:3,7

**yearly**
60:5

**years**
41:1,3,7,
10 45:17
56:15,22
57:12,13
64:12
70:8
76:1,20,
25 77:1,
5,6 91:20
98:3
117:10
154:5,7,9
156:17
171:18
172:3
179:18
201:1
202:25
222:21
231:21
236:20
261:5,23
262:5
266:7
297:5

**yellow**
268:5

**yeses**
39:9
204:19

**yesterday**
12:12
38:21

**Yorker**
57:18
290:19
291:2,5,
13,21
292:7
293:8,12,
14

**you-all**
197:9
264:23

──────────

**Z**

──────────

**Zel**
40:9,16,
17,18
123:25
286:14
287:5,9

**Zelphine**
24:10,11
25:1,3,5,
6,12
39:16
40:19,20
41:11
42:1 44:7
84:19
97:20
100:3
103:10
121:14
210:11
234:12,
13,15

235:21

**Zelphine's**
39:18

**Zenn**
286:12

**Zenn's**
286:22

**zoned**
201:25
202:3,8

**Zoom**
17:9

