**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-cv-03088-ELR

**WHITNEY BRADDOCK**

*July 18, 2022*



800.211.DEPO (3376)
EsquireSolutions.com

```
1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF GEORGIA

3                      ATLANTA DIVISION

4

5   UNITED STATES OF AMERICA,

6           Plaintiff,        CASE NO. 1:16-cv-03088-ELR

7   vs.

8   STATE OF GEORGIA,

9           Defendants.

10

11

12

13            VIDEOTAPED DEPOSITION OF

14                 WHITNEY BRADDOCK

15            July 18, 2022 -- 9:16 a.m.

16                First RESA Office

17                201 W. Lee Street

18                Brooklet, Georgia

19

20

21        Deborah K. Lingonis, RPR, CCR 2883

22

23

24

25
```



```
 1                    APPEARANCES OF COUNSEL

 2

 3    On behalf of the Plaintiff:

 4            LAURA CASSIDY TAYLOE, ESQ.
              KELLY GARDNER, ESQ.
 5            US. DEPARTMENT OF JUSTICE
              Civil Rights Division
 6            950 Pennsylvania Avenue N.W.
              Washington, D.C.  20579
 7            202.598.9628
              laura.tayloe@usdoj.gov
 8            kellygardner@usdoj.gov

 9    On behalf of the Defendant:

10            DANIELLE HERNANDEZ, ESQ.
              ROBBINS ALLOY BELINFANTE LITTLEFIELD
11            500 14th Street, N.W.
              Atlanta, Georgia 30318
12            404.856.3261
              dhernandez@robbinsfirm.com

13

14    On behalf of the Witness:

              HIEU M. NGUYEN, ESQ.
15            HARBEN HARTLEY & HAWKINS
              340 Jesse Jewell Parkway
16            Wachovia Center, Suite 750
              Gainsville, Georgia 30501
17            770.534.7341
              hnguyen@hhhlawyers.com
18            drico@hhhlawyers.clom

19    The Videographer:

20            Tyler Tam
              Esquire Deposition Solutions
21

22

23

24

25
```



1   Also Present:

2           Renee Wohlenhaus
            Amy McCart
3           Melanie Johnson
            Stacey Suber-Drake
4           Andrea Hamilton
            Allison Ewers
5           Victoria Lill

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                    INDEX TO EXAMINATION

 2

 3   WITNESS:  WHITNEY BRADDOCK

 4   EXAMINATION                                    PAGE

 5   By Ms. Tayloe                                     6

 6   By Ms. Hernandez                                229

 7                          - - -

 8

 9                    INDEX TO EXHIBITS

10

11   PLAINTIFF           DESCRIPTION               PAGE

12   Exhibit 248    Subpoena to Testify at a         16
                    Deposition in a Civil Action
13
     Exhibit 249    Resume of Whitney Braddock       16
14

15   Exhibit 250    Email from Whitney Braddock       41
                    to Vickie Cleveland dated
16                  3/12/18
                    Bates GA00317244
17
     Exhibit 251    Report Card Document for          48
18                  Lyons Site
                    Bates No. 000144
19
     Exhibit 252    Report card document for          59
20                  Statesboro site
                    Bates No. 000145
21
     Exhibit 253    Staff Document                    76
22                  Bates 001394

23   Exhibit 254    Email chain between Whitney       116
                    Braddock and Vickie
24                  Cleveland dated 12/6/17
                    Bates GA00013594 and
25                  GA00013595
```



WHITNEY BRADDOCK                                          July 18, 2022
UNITED STATES vs STATE OF GEORGIA                                    5

| 1 | PLAINTIFF | DESCRIPTION | PAGE |
|---|---|---|---|
| 2 | | | |
| 3 | Exhibit 255 | Excel spreadsheet<br>Bates 000146 | 120 |
| 4 | Exhibit 256 | Email chain between Whitney<br>Braddock and Vickie | 152 |
| 5 | | Cleveland with attachment<br>dated 4/30/18 | |
| 6 | | Bates GA00320375 and<br>Bates GA00320376 | |
| 7 | | | |
| 8 | Exhibit 257 | Cedarwood GNETS Lyons<br>Daily Schedule FY22<br>Bates 002182 | 178 |
| 9 | | | |
| 10 | Exhibit 258 | Statesboro Middle/High Bell<br>Schedule FY22<br>Bates 002183 | 184 |
| 11 | | | |
| 12 | Exhibit 259 | Email from Whitney Braddock<br>to Vickie Cleveland dated<br>12/10/18 | 222 |
| 13 | | Bates GA00337565 through<br>Bates GA00337567 | |
| 14 | | | |
| 15 | Exhibit 260 | Email from Troy Brown to Pat<br>Schofill, cc Scott Wilson<br>dated 4/11/19 | 226 |
| 16 | | Bates GA04103131 | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |



```
 1              Deposition of WHITNEY BRADDOCK

 2                     July 18, 2022

 3          THE VIDEOGRAPHER:  We are on the record at

 4   9:16.  Today's date is July 18, 2022.  This is the

 5   beginning of Media 1 in the deposition of Whitney

 6   Braddock.

 7          My name is Tyler Tam and I'm the videographer.

 8   The court reporter is Deborah Lingonis.  Counsel,

 9   please state your appearance including who you

10   represent beginning with the plaintiff's counsel.

11          MS. TAYLOE:  Laura Tayloe for the Department

12   of Justice.

13          MS. GARDNER:  Kelly Gardner for the United

14   States.

15          MS. HERNANDEZ:  Daniel Hernandez for the State

16   of Georgia.

17          MR. NGUYEN:  Hue Nguyen on behalf of witness

18   Ms. Braddock.

19          THE VIDEOGRAPHER:  Will the court reporter

20   please swear in the witness.

21                     WHITNEY BRADDOCK,

22   having been produced and first duly sworn as a witness,

23   testified as follows:

24                       EXAMINATION

25   BY MS. TAYLOE:
```



1    Q.   Good morning, Ms. Braddock.  My name is Laura

2    Tayloe.  We've met briefly.  I represent the United

3    States in the United States versus Georgia, Civil

4    Action 116 CV 03088.

5         I want to thank you for your time today.  In

6    person with you there is my colleague Kelly Gardner and

7    some other of my colleagues are joining us by Zoom.

8         Could you please state your full name for the

9    record.

10   A.   Whitney Braddock.

11   Q.   Okay.  Am I correct that you're being

12   represented by Mr. Nguyen, counsel for Cedarwood for

13   purposes of today's deposition?

14   A.   Yes, that's correct.

15   Q.   Have you ever been deposed before?

16   A.   No, I have not.

17   Q.   Okay.  I'm going to just outline a few

18   guidelines before we start then.  I'm going to -- the

19   reporter has sworn you in so everything you say here

20   today is under oath and must be truthful.

21        Do you understand?

22   A.   Yes, I do.

23   Q.   Right.  And she's recording what you and I say

24   so I'm going to ask you that you speak slowly and

25   clearly including say yes or no instead of shaking your



1  head or nodding or saying uh-huh.

2         Can you try to do that?

3    A.   Yes.

4    Q.   And another request that I know she's already

5  stated for both of us especially since I'm remote and

6  you're in person is if you will let me finish my

7  question before you begin your answer and I will also

8  let you finish your answer before I ask my next

9  question.

10         Can we agree to that?

11    A.   Yes.

12    Q.   Okay.  If you don't understand my question,

13  feel free to let me know and I will try to clarify or

14  rephrase it.  Is that okay?

15    A.   That is okay, yes.

16    Q.   And later on if you remember something that

17  would have been responsive to an earlier question, feel

18  free to supplement.  You can just let me know you

19  remembered something or you want to clarify something,

20  and that's no problem.  You can just say that when it

21  comes to your mind.  Okay?

22    A.   Okay.

23    Q.   We will have occasional breaks.  They'll

24  probably follow when we finish one line of questioning,

25  we'll take a break along the way.



 1          But if you need a break in between, just let

 2   me or your counsel know, and we can try to work around

 3   that.  My only request would be if there's a question

 4   pending, you answer that question first and then we can

 5   see about taking a break.  Okay?

 6       A.   Okay.

 7       Q.   Okay.  Is there any reason you can think of,

 8   any medication or disability, that would make -- any

 9   reason that you wouldn't be able to understand the

10   question and answer completely and truthfully today?

11       A.   No.

12       Q.   Okay.  Then I'm going to do our first

13   document.  This is the one we practiced on.  So I'm

14   going to give you control and ask you do you recognize

15   this document?

16       A.   Yes.

17       Q.   Okay.  And is this the subpoena to testify in

18   a deposition in a civil action that you received?

19       A.   Yes.

20       Q.   And can you confirm that your appearance today

21   is pursuant to the subpoena?

22       A.   Yes.

23       Q.   Do you understand that this deposition is

24   being taken in connection with the litigation that I

25   mentioned before against the State of Georgia relating



 1   to the Georgia Network for Educational and Therapeutic

 2   Support Program?

 3        A.   Yes.

 4        Q.   And are you familiar with that term being

 5   referred to as the GNETS program?

 6        A.   Yes.

 7        Q.   When did you first learn of this litigation?

 8             MR. NGUYEN:  I'm going to object to the extent

 9   that the question asks to elicit information protected

10   by attorney-client privilege.

11             You can answer the question as to when you

12   were informed, but do not discuss the contents of what

13   you discussed with the attorneys for the GNETS program

14   and the RESA.  That would include myself or any

15   attorney in our office, Beth Morris, Reagan Sauls.  You

16   may otherwise answer the question.

17             THE WITNESS:  Could you repeat the question?

18             MS. TAYLOE:  Okay.  I couldn't hear his

19   objection.  Is he basically saying not to disclose any

20   discussions with counsel during the course of the

21   answer?

22        A.   Yes.

23        Q.   Okay.  Yeah, the question was when did you

24   first learn of this litigation?

25        A.   I am not completely certain when.



 1        Q.   Can you give an estimate?

 2        A.   I'm going to guess it was about nine years

 3   ago, but I'm not completely certain.  I mean, I've

 4   worked with Cedarwood for 35 years, so it would have

 5   come up at some point in time.

 6        Q.   Okay.  Do you remember how you learned of the

 7   litigation?

 8        A.   I don't recall.

 9        Q.   What is your understanding of the nature of

10   the lawsuit?

11        A.   That children and GNETS are being secluded and

12   that the State of Georgia is said to be doing that,

13   running the GNETS.

14        Q.   And again without asking you to disclose any

15   conversations with counsel, did you do anything to

16   prepare for today's deposition?

17        A.   No.

18        Q.   You didn't meet with anybody?

19        A.   I met with counsel and that's it.

20        Q.   Okay.  For how long?

21        A.   We met for a little over an hour.

22        Q.   And when was that?

23        A.   Thursday or Friday.

24        Q.   Did you meet with anybody other than

25   counsel?



1     A.   No.

2     Q.   Did you review any documents in preparation

3  for the deposition?

4     A.   No.

5     Q.   Okay.  And have you read any deposition

6  transcripts or notes from other depositions?

7     A.   No.

8     Q.   So belatedly I want to thank you and

9  Cedarwood.  I imagine you had a big part in it for your

10  organized production of documents in response to our

11  subpoena for documents.  It was very well organized and

12  helpful for me to understand better so I can ask

13  questions in a more systematic way.  So thank you for

14  that.

15        The documents you produced did not have unique

16  identifiers stamped on them, so I'm going to

17  occasionally refer to them by the numbers that we

18  stamped on them when we got them just to have an

19  internal tracking system.

20        When I share a document with you to review it,

21  it won't have that number visible because I'm sharing

22  it as your organization produced it to us.  Okay?

23        Does that make sense?

24     A.   Yes.

25     Q.   Okay.  So next up I just want to go over some



 1  abbreviations.  We use a lot of abbreviations in our

 2  business, and I want to make sure we have the same

 3  understanding on some of them and have on the record

 4  what we mean about by them.

 5         So we just talked about GNETS.  You'll

 6  understand that means the Georgia Network for

 7  Educational and Therapeutic Support, correct?

 8    A.   Correct.

 9    Q.   And if I say D-O-E or GDOE or the Department

10  of Education, you'll understand I mean the Georgia

11  Department of Education?

12    A.   Yes.

13    Q.   LEA is Local Educational Agency?

14    A.   Yes.

15    Q.   And RESA is Regional Education Service Agency?

16    A.   Yes.

17    Q.   And if I talk about DBHDD, you'll understand

18  that means the Department of Behavioral Health and

19  Developmental Disabilities.  You understand that?

20    A.   Yes.

21    Q.   And then there are a few acronyms or

22  abbreviations that I would like you to let me know how

23  you understand them and what they mean to you.

24         So the first one will be FBA.  What's an FBA?

25    A.   Functional Behavior Assessment.



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                         14

1        Q.   And what is that?

2        A.   It is a process to look at behavior to

3   determine the function of behavior in order to better

4   deal with that behavior.

5        Q.   Okay.  And BIP?

6        A.   Behavior Intervention Plan.

7        Q.   What's that?

8        A.   It is a part of the student's IEP that

9   addresses the behaviors that are found in FBA.

10       Q.   Okay.  And I guess we should throw in IEP.

11       A.   Individual Education Plan or program.

12       Q.   And what is that?

13       A.   Each student in special education has an IEP,

14   and the IEP directly relates to the individual

15   student's plan for their education.

16       Q.   Okay.  How about LRE?

17       A.   Least Restrictive Environment.

18       Q.   And what's that?

19       A.   It is the least restrictive environment that

20   the student can best function in having to do with

21   special ed program or the school's -- or not special ed

22   programs, just the way that a student would be

23   served.

24       Q.   And EBD?

25       A.   Emotional Behavior Disorders.



1    Q.   And what's that?

2    A.   It is an indication of a student's eligibility

3  and the way that they would then be served.

4    Q.   And by eligibility, eligibility for what?

5    A.   Eligibility for special education services.

6    Q.   Okay.  So, I'm sorry, just to be clear, that

7  doesn't mean you have to have an EBD diagnosis to be

8  eligible.  It's just one form of eligibility for

9  special education services?

10    A.   Yes.

11    Q.   Okay.  I think that will help us understand --

12  make sure we understand each other correctly, but if I

13  use a term incorrectly or if it's confusing, feel free

14  to either ask for clarifications or correct me to make

15  sure we're meaning the same thing.

16        We'll turn now to your professional

17  background.  Can you tell me your educational

18  background after high school, please, what degrees you

19  earned from where and when.

20    A.   I earned a sociology degree with an emphasis

21  in social work from Georgia Southern University that

22  was just Georgia Southern College at that time.

23        And then I earned a master's degree in

24  behavior disorders from Armstrong State College.  And

25  then I earned a specialist degree in education



WHITNEY BRADDOCK                                          July 18, 2022
UNITED STATES vs STATE OF GEORGIA                              16

```
 1   leadership from Walden University.
 2        Q.   And what is a specialist degree?
 3        A.   It is the step between master's degree and
 4   Ed.D, a doctorate.
 5        Q.   Okay.  Do you have any other relevant
 6   certifications or licenses --
 7        A.   No.
 8        Q.   -- beyond described?  Okay.
 9             Okay.  I am going to share another document.
10   I'm sorry the first one I introduced I should have
11   asked to be marked as Exhibit 1.  The deposition notice
12   will be Exhibit 248.
13             (Plaintiff Exhibit 248 marked.)
14   BY MS. TAYLOE:
15        Q.   And the one I'm doing now will be
16   Exhibit No. 249.  I'm sorry I didn't do that earlier.
17             (Plaintiff Exhibit 249 marked.)
18   BY MS. TAYLOE:
19        Q.   So you should be able to see now and have
20   control of Exhibit 249.
21        A.   Yes.
22        Q.   Okay.  I understand that this document has not
23   been updated recently.  Thank you for providing it.  Is
24   everything generally still accurate?
25        A.   Yes, it is.
```



1      Q.    Okay.  And can you state for the record what

2   this document is?

3      A.    This document is a copy of my resume.

4      Q.    Okay.  Is your title still Regional Director

5   of Cedarwood GNETS?

6      A.    Yes, it is.

7      Q.    And who is your employer?

8      A.    My employer is First District RESA.  They are

9   the fiscal agent for Cedarwood.  So I consider myself

10   employed by Cedarwood GNETS, but when it comes down to

11   it, the person that writes my check is First District

12   RESA.

13      Q.    Okay.  Thank you.  Okay.  And you started your

14   teaching career at Cedarwood in 1987; is that correct?

15      A.    That's correct.

16      Q.    At which site?

17      A.    The Collins site is no longer in service.

18      Q.    When did that stop being in service?

19      A.    I don't recall.

20      Q.    Okay.  I don't need the dates.  I'm just

21   trying to figure out -- so were you still teaching

22   there when it stopped being in service?

23      A.    Yes.

24      Q.    Okay.  Where did you go then?

25      A.    That site then was moved to a site in



1   Reidsville, Georgia.

2        Q.   And is that one still in service?

3        A.   No.

4        Q.   Okay.  Where did you go after Reidsville?

5        A.   After Reidsville I went to Jesup, Georgia.

6        Q.   And is that site still in service?

7        A.   No.

8        Q.   And then where did you go after that?

9        A.   After Jesup I went to Claxton, Georgia.

10       Q.   And is that site still in service?

11       A.   No.

12       Q.   Where did you go after that?

13       A.   Statesboro, Georgia.

14       Q.   Statesboro.  Okay.  And during all that time

15  were you a teacher?

16       A.   I began as a teacher and then I was a school

17  liaison.  Then I was a coordinator and then I was a

18  director.

19       Q.   Okay.  So I see in your resume that you

20  started being a liaison in 1985.  Which facility were

21  you at when that started?

22       A.   I would have been at the Reidsville site.

23       Q.   Reidsville.  I'll back up for a second.  When

24  you were still a teacher, what did you teach?

25       A.   I taught an elementary class and then I



1   changed to middle school.

2       Q.   And did you teach in a certain content area or

3   was it just middle school?

4       A.   Just middle school.

5       Q.   And did you have a teaching license or

6   certification at the time?

7       A.   Yes.

8       Q.   What was that in?

9       A.   Behavior disorders.

10      Q.   Is that -- I know your degree was in social

11  work.  How was it -- can you explain the difference

12  between social work and behavior disorders?

13      A.   When I got a job at Cedarwood as a teacher, I

14  went back to school and got my master's degree in

15  behavior disorders.  And prior to that, I had a

16  provisional certification.

17      Q.   Can you describe what a provisional

18  certification means?

19      A.   It's a provision to getting a regular

20  certification so that based on having a college degree

21  then you can go ahead and teach.  I believe that it was

22  due to a need for teachers in that area.

23      Q.   Okay.  So when you started, you had a degree

24  in social work but not a teaching credential, but you

25  earned it as you were working at Cedarwood?



1      A.    Yes.

2      Q.    Okay.  And then you said starting in your

3  liaison position you were at Reidsville.  What was the

4  liaison -- what did the liaison job entail?

5      A.    I worked with teachers at the LEAs and helping

6  students to move back into those less restrictive

7  environments.  I worked with teachers on dealing with

8  problems with students.

9          I did intakes for the students when they were

10  referred to our program to get all the information.  I

11  worked with the teachers at the Cedarwood site with

12  teaching.

13      Q.    Is that position still called liaison or is

14  there another position?

15      A.    It is.  It's now called -- consultant teacher,

16  I'm sorry.

17      Q.    All right.  Then you started being a program

18  coordinator starting in 1998; is that correct?

19      A.    Yes.

20      Q.    Which site would you have been when you

21  started that position?

22      A.    I started that position at the Jesup site.

23      Q.    And could you describe your responsibilities

24  in that role?

25      A.    I had responsibility for the program at the



1   Jesup site, making sure that teachers were covering

2   classes.  I was the supervisor at that site.

3       Q.   And then you've been in your current position

4   since 2014; is that right?

5       A.   Yes.

6       Q.   Okay.  And so do I understand correctly that's

7   over both campuses?

8       A.   That's correct, yes.

9       Q.   And by both campuses now since you mentioned a

10  number, could you please state what the two campuses

11  are still in service.

12      A.   The Statesboro site and the Lyons site.

13      Q.   And where's your office?

14      A.   My office is at the Statesboro site.

15      Q.   How do you divide your time between the

16  Statesboro and Lyons sites?

17      A.   I will visit both sites.  As the regional

18  director, my office is not in the same building as the

19  school and where the students are.  I will visit and do

20  walk-throughs.  I will travel to the Lyons site.

21          Prior to COVID, I was going generally once a

22  week.  After COVID and not wanting to spread or

23  transfer possible COVID germs, it was a little less

24  than that.  I meet with the coordinator regularly

25  either through a Google meet or just through phone



 1  calls.

 2      Q.   Okay.  And so aside from visiting the sites,

 3  what are your responsibilities as regional director?

 4      A.   I do budgeting and I handle requisitions,

 5  approve that, make sure everyone has what they need to

 6  have.  I work with the special ed directors.

 7           I do hiring.  I work and make sure for

 8  certification.  I handle reports and I deal directly

 9  with the Georgia Department of Education person that's

10  assigned to GNETS.

11      Q.   Anything else you can think of?

12      A.   That's about it.  I mean, I do -- I kind of do

13  whatever comes up that needs to be done.

14      Q.   I get it.  So a few follow-ups on that.  You

15  said you work with the special ed directors.  Does that

16  mean the special ed directors for each participating

17  LEA?

18      A.   Yes.

19      Q.   And when you refer to the Georgia Department

20  of Education assigned to GNETS, who is that?

21      A.   Vicky Cleveland.

22      Q.   And have you worked with other people in that

23  position before her?

24      A.   Yes.  Nakeba Rhaming and Sandy Demuth.

25      Q.   And what kinds of things have you worked with



WHITNEY BRADDOCK                                      July 18, 2022
UNITED STATES vs STATE OF GEORGIA                              23

1   those three people in regards to?

2        A.   They send out schedules for when we should do

3   things.  If I have questions about something that's

4   going on or in the budget, they send us our budget.  I

5   may send them reports that they request.  I don't have

6   a lot of contact with them.

7        Q.   Thank you.  That's helpful background.  We may

8   dive into some more of those topics in detail as we go

9   through, but that's a very good overview.  Thank you.

10            I think we're done with the resume.  Do you

11  think your responsibilities in your current position

12  are fairly captured in the resume now?

13            MR. NGUYEN:  Take your time and go through it.

14  Okay?

15            Laura, I was just telling her to take her time

16  to go through the list --

17            MS. TAYLOE:  Thank you.

18            MR. NGUYEN:  -- in case you didn't hear what I

19  said.

20            (Witness reviewing document.)

21            THE WITNESS:  Yes, I do.

22  BY MS. TAYLOE:

23       Q.   Okay.  Do you think there are any categories

24  of job responsibilities that are not reflected on this

25  document?



WHITNEY BRADDOCK                                          July 18, 2022
UNITED STATES vs STATE OF GEORGIA                                    24

 1              (Witness reviewing document.)

 2              THE WITNESS:  Not that I can think of.

 3    BY MS. TAYLOE:

 4       Q.   Okay.  Thank you.  Okay.  To whom do you

 5    report?

 6       A.   I report to Richard Smith at First District

 7    RESA.

 8       Q.   And what is his position at the RESA?

 9       A.   He's the executive director.

10       Q.   And is he the one who performs your

11    evaluation?

12       A.   Yes.

13       Q.   Does anybody else do an evaluation of you, of

14    your work?

15       A.   No.

16       Q.   Okay.  And do you have anybody who reports to

17    you?

18       A.   The coordinators of each staff report to me,

19    and I have a program evaluator that reports to me.

20       Q.   And what does the program evaluator do?

21       A.   She handles the -- she does payroll, makes

22    sure that that's correct.  She handles the

23    requisitions, puts them into our system, our PO system.

24    She is in charge of making sure that purchased items

25    are in our inventory system.



1        She handles the filings for staff, and she
2   handles -- she keeps and files student files that are
3   no longer at either site.
4        Q.   Where are student files -- so students that
5   are still in the program, their files are at each
6   site?
7        A.   Correct.
8        Q.   She keeps the ones after the students have
9   transitioned out or withdrawn or whatever?
10       A.   Yes.
11       Q.   I understood everything except you mentioned
12   requisitions and PO system.  Can you explain what that
13   means.
14       A.   So when staff -- or at each site if they need
15   items to be purchased, they let me know.  I then will
16   approve them.  I send them to Tara Hendrix, the program
17   evaluator.  She enters them into a purchase order
18   system.
19            And then at RESA here there is a person in
20   charge of purchasing, and he does the ordering.  And
21   then she also handles the billing for that and making
22   sure that those bills get paid.
23       Q.   So the PO system is run by the RESA?
24       A.   Yes.
25       Q.   And are there certain purchases that need to



 1   be approved even above the RESA?

 2       A.   Well, they would be depending on like how much

 3   they would be, and then some things need to have

 4   approval through the Georgia DOE.

 5       Q.   What kinds of things are those?

 6       A.   There's a price point that would have to be

 7   approved.  I couldn't -- I don't know.  I can't report

 8   to what it is.

 9       Q.   Okay.  But it has more to do with how much it

10   costs than what kind of purchases?

11       A.   I believe, yes.

12       Q.   Okay.  And you said you had interactions with

13   the special education directors of each LEA.  Is there

14   anybody else -- well, let's start with them.

15            What kinds of interactions -- what kinds of

16   communications do you have with those special education

17   directors?

18       A.   We meet monthly through what used to be

19   Southeast GLRS.  I think they're still our Southeast

20   GLRS, but it's a District 14 group meeting.

21            And, I mean, we talk about students, problems

22   that they may have, their needs that they have that

23   they may need us to work with for them.  We talk about

24   IEPs, and if I need to attend a meeting.  We may talk

25   about money if we need them to supplement anything.



1     Q.   We talked about the Southeast GLRS.  Can you

2   say what that is, please.

3     A.   Georgia Learning Resources Service, I

4   believe.

5     Q.   And what does that organization do?

6     A.   They work with special education.  They do

7   training.  They bring down things from the Georgia

8   Department of Education that special ed directors need

9   to know to do to be compliant.

10    Q.   Is that connected with the RESA or is that a

11  separate entity?

12    A.   They are also under the RESA, yes.

13    Q.   And you said you meet with the special ed

14  directors monthly.  Do you meet with them individually

15  as well or is it always the group meetings you were

16  describing?

17    A.   Just whatever is needed.  If they needed to

18  meet with me, I would meet with them at any time.

19    Q.   Okay.  We talked about your interactions with

20  the GNETS program.  Well, I shouldn't say that.  Do you

21  know the title, Vicky Cleveland's title?

22    A.   I think it's program specialist.

23    Q.   And so we talked about your interactions with

24  her and people in that position.  Do you deal with

25  anybody else at Georgia Department of Education?



1    A.    Not usually.  The State Department of

2    Education Special Ed Director when allowed.  I suppose

3    I could work with her some but generally do not.

4    Q.    So you work with her sometimes.  What kinds of

5    things have you come into contact with her about?

6    A.    I really can't think of anything recently that

7    I have.  She sends out an email blast every Friday with

8    things about special education, general things that we

9    may need to know.

10         I have very, very few dealings with.  She

11   speaks at things like some of the conferences.  And

12   that would be really it.

13   Q.    Okay.  Have you had any interactions with the

14   Georgia Department of Education Facilities

15   Department?

16   A.    Not recently, but in the past, yes.

17   Q.    What were those about?

18   A.    Well, at one point in time all of the

19   facilities were evaluated by them.  And then some of

20   the facilities were closed, and then some of the

21   facilities have been updated.

22   Q.    So was that partly -- well, you mentioned

23   before a number of facilities that were no longer in

24   service.  And I'm curious how that interaction, what

25   you just said, some of them being closed.  Can you



 1 | match up what the role of those were in any of those
 2 | facilities?
 3 |     A.    Some of the closures didn't have anything to
 4 | do with that.  When we had a site in Baxley, that I
 5 | didn't speak of because I've not ever worked there, but
 6 | that one was closed because it was in poor repair.
 7 |         And then the site in Claxton was closed, and
 8 | that's when Bulloch County Schools -- no, it wasn't,
 9 | I'm sorry.  That's not -- we just moved from the site
10 | in Claxton to Bulloch schools because it was a better
11 | building.
12 |         Our site in Lyons was closed, and then we
13 | moved to a different site in Lyons that was a much
14 | better building.  We have closed sites and kind of
15 | changed where students went or what different systems
16 | were served at different places just based on student
17 | numbers.
18 |     Q.    You said the Baxley site was closed because it
19 | was in poor repair.  Who decided to close it because it
20 | was in poor repair?
21 |     A.    I believe it was the Georgia Department of
22 | Education Facilities.
23 |     Q.    And what about the other ones that you said
24 | were closed?
25 |     A.    When the Baxley site closed, those students



1    then were moved to -- we changed their service to our

2    Lyons site.

3        Q.   And you said that one was closed.  Who decided

4    to close that one?

5        A.   Same.  It was under -- it was at the same

6    time.

7        Q.   So that was also by the Department of

8    Education?

9        A.   Yes.

10       Q.   And you mentioned another one, Claxton.  But

11   Claxton wasn't closed.  You said you just moved to a

12   different venue?

13       A.   Yes, uh-huh.

14       Q.   Okay.  What about the Jesup site?

15       A.   The Jesup site was closed just due to a

16   reduction in the number of students that we were

17   serving, and so these students then were being served

18   at the Baxley site.

19       Q.   And Reidsville?

20       A.   Reidsville was just moved to the Claxton site.

21   I don't know why.

22       Q.   Okay.  And then they moved from there to other

23   schools?

24       A.   Yes.

25       Q.   Okay.  Thank you for all those pieces.  And



 1  then are there any other state agencies?  We talked

 2  about Georgia Department of Education.  Do you have any

 3  interactions with anybody from DBHDD?

 4      A.   There has been a person at DBHDD that has

 5  spoken at GNETS directors meetings in the past.  I

 6  couldn't tell you what their name was.

 7      Q.   And what kinds of things did this person speak

 8  about?

 9      A.   They were speaking just on the

10  responsibilities and the services provided by DBHDD.

11      Q.   And would these include mental health

12  therapeutic services?

13      A.   Yes.

14      Q.   Do they support GNETS in terms of helping

15  students have access to mental health and therapeutic

16  services?

17      A.   We have students that use some of their

18  services, yes.

19      Q.   How does that come about?

20      A.   It's usually through their parent using their

21  services.

22      Q.   So a patient uses the service or the parents

23  access the service?

24      A.   The parents access the services.

25      Q.   Right.  And how about the Department of



1    Community Health.  Do you have any interactions with

2    anybody from that department?

3        A.   No.

4        Q.   Okay.  So we talked a little bit about the

5    meetings with the regional directors.  Well, I'm not

6    sure we did actually.  I might be mixing up my

7    meetings.

8             Do you participate in regular meetings with

9    regional directors of GNETS program?

10       A.   Yes.

11       Q.   How often do you have those meetings?

12       A.   We have those meetings anywhere from once a

13   month to four times a year.

14       Q.   How are they organized?  Who decides when

15   there's going to be a meeting or how often?

16       A.   They are organized through Georgia Department

17   of Education.

18       Q.   Thank you.  Does Georgia Department of

19   Education personnel attend these meetings as well?

20       A.   Yes.

21       Q.   And who -- is it the people we talked about,

22   Vicky Cleveland and her predecessors or other people?

23       A.   Vicky Cleveland, yes, and her predecessors.

24       Q.   Anybody else?

25       A.   They may bring in other Georgia DOE personnel



1  to do professional learning during these meetings.

2       Q.   And what is discussed at these kinds of

3  meetings?  What kinds of topics do you talk about when

4  you meet with the other directors?

5       A.   In the past, we have had someone like from the

6  Georgia Department of Education Math Department talk

7  about math curriculum and things that could help

8  special ed students through math curriculum.

9            We kind of just talk about deadlines, making

10 sure that we've got our budget in on time, and that

11 kind of thing.

12      Q.   So is it more of a somebody presents at each

13 meeting or is it a round-table conversation or some

14 mix?

15      A.   In the past we would get together and have

16 meetings.  There were times when different directors

17 might present or there were other guests that would

18 present.  But most recently after COVID, most of our

19 meetings are virtual and last about an hour at tops.

20      Q.   So if I understand when you say the virtual

21 ones, what are they like?  Are they more of a

22 presentation or more of a conversation?

23      A.   More of a presentation.

24      Q.   And is there an agenda?  Does somebody

25 announce who the guest is going to be and what the



1  topic will be in advance?

2       A.   Yes.

3       Q.   And is that shared with you in advance?

4       A.   No, I don't think so.  I think we get it when

5  we then sign in.

6       Q.   Okay.  And is the invitation, does that come

7  from the Department of Education?

8       A.   Yes.

9       Q.   Do you have input into what the topics would

10 be?  Like, if there was something you were concerned

11 about or struggling with, would you be able to ask if

12 that will be a topic at one of these meetings?

13      A.   Yes.

14      Q.   And how would you do that?

15      A.   A lot of times a survey is sent out to the

16 directors with, you know, did you need information on

17 this, that, or the other.  And so you can fill out that

18 survey and it's sent back and those questions then can

19 be addressed.

20      Q.   And who sends out that survey?

21      A.   Vicky or some other person at the DOE that she

22 may have send it out.

23      Q.   Have you ever been asked to prepare reports

24 for anyone in the governor staff or the state

25 legislature?



1    A.    No.

2    Q.    Okay.  And the reason I ask about this is we

3  understand a lot of the funding comes from the

4  legislature, so we're wondering if you have any

5  participation in that process?

6    A.    No.

7    Q.    Okay.  Now, we started covering this already.

8  We already talked about how there's two, given the

9  number of facilities that we mentioned before, there's

10  two programs now or two sites now, the Statesboro and

11  Lyons programs.

12         I just want to go over a little bit about the

13  structure of the Cedarwood program.  So can you tell me

14  which counties are served by the Statesboro site?

15    A.    Statesboro serves Bulloch County, Evans

16  County, and Jenkins County.

17    Q.    Okay.  And which counties are served or which

18  jurisdictions, I should say, are served by Lyons.

19    A.    Appling County, Candler County, Jeff Davis

20  County, Tattnall County, Vidalia city schools, and

21  Toombs County schools.

22    Q.    Did any other counties previously participate

23  that no longer do?

24    A.    Wayne County was a part of Cedarwood, but they

25  are actually now a part of Coastal Academy.



1    Q.   And do you know why they switched?

2    A.   They switched because Coastal Academy's

3    location in Hinesville was closer than the Cedarwood

4    location in Lyons.

5    Q.   So is that when the Jesup site closed they

6    moved because the Jesup site had been closer but now

7    the Coastal Academy was closer?

8    A.   Okay.  When the Baxley site shut down, Wayne

9    County pulled their students in to serve them at their

10   own schools, and Cedarwood was working with them with

11   their students in their schools.

12        So they were school-based.  And then they did

13   that for two years and then made the decision then to

14   move their students to the Hinesville side of Coastal

15   Academy.

16   Q.   Okay.  So Cedarwood was working with them in

17   the setting for two years and then the county decided

18   to move those students into the Coastal Academy site?

19   A.   Correct.

20   Q.   Okay.  When students are accepted into the

21   Cedarwood program, are they assigned to Statesboro or

22   Lyons strictly by geography or is there some other

23   factor?

24   A.   Strictly by geography.

25   Q.   So it's whatever county their home school is



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                            37

```
1    determines which site they go to?
2         A.   Yes.
3         Q.   And then within a site how are they assigned
4    to classrooms?
5         A.   Generally by their grade level.
6         Q.   It sounds like there's some times when it's
7    not by grade level.  When is it not by grade level?
8         A.   Well, it would depend on if they had different
9    needs or weren't able to be successful in with a
10   grade-level group and they needed to be with a
11   different group.
12        Q.   When you say grade-level group, what is the
13   range of grades within classes?
14        A.   We have elementary classes, middle school
15   classes, high school classes.  We might include middle
16   school and high school students together.  There's some
17   middle school students that might be in an elementary
18   class.
19        Q.   So when you say elementary school classes,
20   does that mean a class might have students from
21   kindergarten through fifth grade in it?
22        A.   Yes.
23        Q.   And the same for middle school.  It might have
24   sixth through eighth grade?
25        A.   Yes.
```



WHITNEY BRADDOCK                                          July 18, 2022
UNITED STATES vs STATE OF GEORGIA                                   38

1    Q.   And high school ninth through twelfth?

2    A.   Yes.

3    Q.   And some middle school students might be in

4    elementary school classes.  In some of those cases you

5    could have students from kindergarten to eighth grade

6    in the same class?

7    A.   More would be kindergarten through sixth

8    grade.  Possibly seventh grade if a student was very

9    immature.

10   Q.   And how many students are there generally in

11   each class?  What's the --

12   A.   Six to ten in general.

13   Q.   And does each class have a teacher and a

14   paraprofessional?

15   A.   Yes.

16   Q.   Okay.  We're going to come back to staffing.

17   I just want to get an overview.  Do parents have an

18   option to choose between locations or classrooms based

19   on the children's need?

20   A.   No.

21   Q.   The last bit about -- Jenkins County joined

22   Cedarwood after you became director?

23   A.   Yes.

24   Q.   Do you know why they switched from where they

25   were before?



1    A.   The distance that their students would have to

2  travel and be bussed, it was shorter to come to

3  Statesboro than to where that was.  And I believe that

4  that was due to some restructuring in the GNETS program

5  that they were part of.

6    Q.   So when they decided to change, what was the

7  process that had to happen?

8    A.   Well, it began with First District RESA and

9  finding out from our Board of Control and Bulloch

10  County if that was okay for them to move into our area.

11  And then there was some reports that had to be

12  completed for the Georgia Department of Education.

13    Q.   Okay.  So they basically notified RESA that

14  they wanted to switch, is that right, or you?

15    A.   The special ed director who I knew -- I know

16  came to me and asked if it was something that could be

17  done because she at that time, I believe, had two

18  students that were served by GNETS.

19         And I said yes, it should be.  I need to get

20  approval, and then I asked the Georgia DOE what needed

21  to be done, and there was a form that needed to be

22  completed for -- I don't know who approved that.

23    Q.   Okay.  And did it matter what the number of

24  students were?  I mean, did you have to evaluate

25  capacity or was it just a logistical getting paperwork



1  done to switch between programs?

2      A.   Both.

3      Q.   How was that evaluated?

4      A.   Well, I wanted to -- I didn't want to --

5  Jenkins County has never had very many students ever

6  served.  They're a very small county, and so I didn't

7  want to overload the Bulloch site and the Statesboro

8  site.  So that was just part of it.

9      Q.   And then you said you needed to fill out a

10  form for them.  Did they need to approve the

11  transfer?

12      A.   I don't know if they had to approve it or they

13  just wanted the paperwork.  I truly don't know.

14      Q.   Do you remember there being a question for a

15  while about whether you were getting the funding for

16  the Jenkins students?

17      A.   Yes.

18      Q.   And there was some delay in when that was

19  processed?

20      A.   Yes.

21      Q.   Do you think that was the -- well, I'm going

22  to introduce as an exhibit.

23          MR. NGUYEN:  Laura, we've been going over an

24  hour.  Whenever is a convenient time -- no rush -- but

25  whenever is convenient, can we do a break?



```
 1            MS. TAYLOE:  Okay.  Let me just pull up this
 2     exhibit because it's related to what we were just
 3     talking about.
 4            MR. NGUYEN:  No rush at all.  I just, you
 5     know, could use a restroom break.
 6            THE WITNESS:  And my knees won't work in a
 7     little while if I remain seated.
 8     BY MS. TAYLOE:
 9       Q.   Sorry, I'm having trouble moving this
10     document.
11            (Plaintiff Exhibit 250 marked.)
12            MS. TAYLOE:  I'd like to introduce
13     Exhibit No. 250.  It is identified GA00317244.
14            THE REPORTER:  Exhibit 250.  Thank you.
15     BY MS. TAYLOE:
16       Q.   Do you recognize this document?
17       A.   Yes, I do.
18       Q.   Okay.  Can you describe -- now that we've been
19     talking about it, does this help you remember the
20     process?
21       A.   Yes, a little bit.  Is there more to it than
22     the first part?  I'm having a little trouble scrolling
23     it down.  Now that's it.  Okay.  Yeah, it does help me
24     remember it a little bit.
25       Q.   What do you remember?
```



1    A.    That -- well, I was just asking if I was given

2    the credit for their numbers in my budget.

3    Q.    So that was after the students had been there.

4    But before you make reference to it, it says, "Jenkins

5    County got permission to move from RiverQuest to

6    Cedarwood last year by Nakeba."

7          I assume there Nakeba is Nakeba Rhaming?

8    A.    Yes.

9    Q.    So does that lead you to believe that you

10   thought at the time that Nakeba gave information for

11   RiverQuest -- I'm sorry -- from Jenkins County to move

12   from RiverQuest to Cedarwood?

13   A.    Yes.

14   Q.    You don't remember anything more about how

15   that came to be?

16   A.    What I remember is that this was prior to a

17   form that needed to be completed and Nakeba just gave

18   permission for that change.  And then a form was sent

19   to me, and we had to complete that form and send it

20   back in to Vicky Cleveland.

21   Q.    Okay.  Because Nakeba had left by then and

22   Vicky was now in that position?

23   A.    Yes.

24   Q.    Okay.  If y'all want to take a break now, I

25   think that's a good stopping point then.



1          THE VIDEOGRAPHER:  We are off the record at

2     10:23.

3          (Recess.)

4          THE VIDEOGRAPHER:  We are back on the record

5     at 10:40.

6     BY MS. TAYLOE:

7     Q.   Okay.  I had a few follow-ups after looking

8     over my notes during the break.  Were you certified in

9     special education at any point during your tenure at

10    GNETS?

11    A.   Yes.  I had certification at EBD.

12    Q.   And at what point did you do that?

13    A.   Excuse me?

14    Q.   At what point in your time working at GNETS

15    did you get that?

16    A.   I think it took two years to finish the

17    master's program.

18    Q.   And is that a therapeutic certification or

19    educational certification?

20    A.   Educational.

21    Q.   Okay.  And as part of your responsibilities as

22    director, are you responsible for overseeing the

23    quality of therapeutic services?

24    A.   Yes.

25    Q.   And responsible for overseeing the quality



1  educational instruction?

2      A.   Yes.

3      Q.   And then the last follow-up from before, you

4  mentioned before that some facilities were moved to go

5  to better sites.  Can you tell us in your mind, or in

6  the minds of the people who made the decision, made the

7  new sites better?

8      A.   I really don't know.

9      Q.   So one is since you said it was to fit the

10  size of the student population.  The population was

11  decreasing so you were too small of a facility.  In

12  other words, you said it was a better building.

13          Do you remember why it was better?

14      A.   I don't recall.

15      Q.   Okay.  All right.  Then let's talk a little

16  bit more about structure.  So for each county served,

17  do you have a memorandum of agreement with each county

18  or how does it work that placements are made in

19  Cedarwood?

20      A.   I don't know of an MOU that we have with the

21  counties for that, but placements are made at Cedarwood

22  via the IEP committee.

23      Q.   Okay.  I'm thinking more about just the

24  relationships between the entities, not the process for

25  the students.  Do you have an MOU with Bulloch



 1  County?

 2       A.   I don't know.

 3       Q.   Okay.  Do you have an MOU with the RESA?

 4       A.   I don't know that either.

 5       Q.   So you said the RESA services the fiscal agent

 6  and that you report to the executive director at the

 7  RESA.  What does that look like in terms of your daily

 8  interaction or weekly or monthly interaction with the

 9  executive director of RESA?

10       A.   I contact him if I need him, and he contacts

11  me if he needs something that he has gotten a report

12  from a superintendent that we need to talk about.  I

13  participate in the RESA leadership team meetings.

14       Q.   What's that?

15       A.   They have monthly leadership team meetings

16  that as long as I don't have a conflict, I participate

17  in.

18       Q.   So is that with other GNETS directors or other

19  leadership?

20       A.   It's other leadership at the RESA.

21       Q.   Okay.  Who would that consist of?

22       A.   The director of Southeast GLRS.  The director

23  of Coastal GLRS.  The finance director.  The person in

24  charge of Georgia TAPP.  The purchasing director.  And

25  then some of the folks that are in charge of the



 1 | different consultants that are housed that go through
 2 | RESA.
 3 |    Q.   What's Georgia TAPP?
 4 |    A.   It is a program to train teachers similar to
 5 | myself who had a degree in something else and is coming
 6 | in to education without having an education degree.
 7 |    Q.   And you said folks in charge of different
 8 | consultants that go through the RESA.  Can you explain
 9 | what that means?
10 |    A.   RESA has math consultants.  They have ELA and
11 | reading consultants.  They have -- I don't remember the
12 | name of it, but it's some of their consultants run
13 | through different grants.  Reading First maybe.
14 |    Q.   So these would be educational service
15 | providers that have a grant or have a contract with the
16 | RESA and the RESA arranges for them to provide services
17 | at Cedarwood?
18 |    A.   No, not at Cedarwood.
19 |    Q.   But they come to the leadership team
20 | meetings?
21 |    A.   Correct, the RESA leadership team meetings.
22 |    Q.   But they don't provide services at
23 | Cedarwood?
24 |    A.   No, not necessarily.  If they provide
25 | professional learning through First District RESA, I



 1  have staff that might attend the professional learning,

 2  but they're not associated with Cedarwood.

 3     Q.   I see.  Okay.  I think that gives me a pretty

 4  good sense of the structure.  I'm going to start

 5  talking about the students now and teachers.

 6          You gave us some spreadsheets that had some

 7  data on it that I'm going to share with you now.  I'm

 8  going to share a redacted version, which means I have

 9  blacked out the students' names, the students IDs, and

10  their date of birth so that -- to protect their privacy

11  because, you know, you gave us this information but

12  some people -- it could become part of a record that

13  would not otherwise necessarily have rights to see that

14  information.

15          So I'm going to show you the document, and

16  I'll just represent to you that other than the fact

17  that I've blacked out those columns and I narrowed a

18  notes field that was empty, I just narrowed it so it

19  could fit on one page, but otherwise it is the

20  documents that you produced to us.

21          And I'm going to share the first one for our

22  records is 000144.  And I'm going to give you control

23  so that you can zoom in because it's very small.  You

24  might need to zoom in to be able to read it.  And I'm

25  going to ask if you recognize this document.



 1       A.   Yes, I do.

 2       Q.   What is it?

 3            THE REPORTER:  I'm sorry, Counsel, did you

 4  mark that one.

 5            MS. TAYLOE:  Oh, I'm sorry.  This is

 6  Exhibit 251.

 7            THE REPORTER:  Thank you.

 8            (Plaintiff Exhibit 251 marked.)

 9            MS. HERNANDEZ:  Hey, Laura, is there a way you

10  can zoom in on the document?

11            MS. TAYLOE:  I think she has control of it,

12  but do you want me to --

13            MS. HERNANDEZ:  Yeah, I can't see.

14  BY MS. TAYLOE:

15       Q.   Do you know how to zoom in, Ms. Braddock?

16       A.   I've zoomed in.  Yeah, okay.

17       Q.   There's also a view.  Up at the upper left

18  there's a view you can click.

19       A.   Yeah, that's what I was using, but I've got to

20  get it so that I can now see.  This is a document that

21  we call our report card.

22       Q.   Okay.  And which site is it for?

23       A.   That, I can't tell.

24       Q.   Do you want me to take control back and

25  enlarge it?



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                            49

1        A.    Yeah, please.

2        Q.    Okay.  Should I go bigger than that?

3        A.    No, that's fine.  This would be for our Lyons

4    site.

5        Q.    Okay.  I'm going to give you back control

6    then.  And you said you called it a report card?

7        A.    That's what we call it, yes.

8        Q.    Okay.  Were you involved in the preparation of

9    this document?

10       A.    Yes.

11       Q.    Is it something that you produced just in

12   response to our request or it sounds like you have it

13   on hand generally?

14       A.    Yeah, we have it on hand.  We use this -- we

15   do a different one every year.

16       Q.    And what do you use it for?

17       A.    So that I can see what students are at each

18   site, what school system they're at, what school

19   they're at when they enter, when they exit, and what

20   kind of services they've gotten.

21       Q.    Okay.  And when you say when they enter, it

22   looks like -- do you see in the column where it says

23   entry date they all have August dates?

24       A.    Yes.

25       Q.    They all have August dates of 2021?



```
1        A.    Yes.
2        Q.    Is that because that's when they entered the
3   GNETS program or is that the start of that school
4   year?
5        A.    It's the start of that school year.
6        Q.    Do you have elsewhere information about when
7   they entered the GNETS program?
8        A.    That would be in their file, their student
9   file.
10        Q.    Okay.  But you don't -- you don't track that
11   in aggregate?
12        A.    No.
13        Q.    So this document you said was for Lyons, and
14   because the entry date is 2021, can I assume that it is
15   for the school year 21/22?
16        A.    Yes.
17        Q.    And you have 23 students listed; is that
18   correct?  You can scroll down at the bottom and it has
19   tiling?
20        A.    I'm trying to get there.  Yes.  23 students,
21   yes.
22        Q.    And is that number sort of recently
23   representative of the enrollment for the past few
24   years?
25        A.    Yes.
```



WHITNEY BRADDOCK                                        July 18, 2022
UNITED STATES vs STATE OF GEORGIA                              51

1    Q.   Have there been any trends upwards or
2    downwards?
3    A.   Our numbers have been on a downward trend.
4    Q.   Is it lightly downward or significantly
5    downward?
6    A.   Slightly downward.
7    Q.   And over what period would you say this
8    downward trend has been going?
9    A.   I'm not really sure.
10   Q.   Do you expect -- do you anticipate the
11   enrollment numbers will change significantly for next
12   year?
13   A.   I don't expect that, no.
14   Q.   Do you already know how many students you'll
15   have next year?
16   A.   I don't off the top of my head.  I'm sorry.
17   Q.   Okay.  That's fine.  Okay.  In the column
18   titled grade, do you see -- I'm sorry, grades ranging
19   from second grade through twelfth grade?
20   A.   I'm trying to get up there.  Am I the one
21   moving this or you?
22   Q.   You have control but I think our mice are
23   fighting each other.
24   A.   Okay.  Let me see if I can get it to move.
25   There we go.  I'll come back again.



1    Q.   So in the column it says grade in between the

2  blacked out areas.

3    A.   Yes.

4    Q.   There are students listed there between second

5  and twelfth grade; is that correct?

6    A.   Yes.

7    Q.   For what grades does Lyons site offer

8  services?

9    A.   We are open for services from students who are

10  five years old until they are 22, their 22nd birthday,

11  depending on the school system that they come from and

12  what their policy is.

13    Q.   Then in the FTE column, it's teal on this one.

14  It's empty there.  Can you tell me why?

15    A.   My assumption is that -- and I can say this is

16  because we haven't had FTE.  So after the October

17  collection of FTE, a mark would have been put there for

18  any student that was there on the day that FTE was

19  collected.

20    Q.   So this report may have been prepared before

21  the October account day?

22    A.   Yes.

23    Q.   So at the end of the year, you would have

24  marks in both those columns for whoever was there on

25  those dates?



1    A.   Yes.

2    Q.   Okay.  And how is FTE used to -- how is FTE

3  used?

4    A.   FTE is used -- each system collects their own

5  FTE counts.  And GNETS doesn't receive FTE money, so

6  that goes back through their systems if they are

7  receiving money for that but...

8    Q.   So you keep the count so that the sending

9  district can report the FTE in their account?

10    A.   I just keep it so that we know that they were

11  there during that time if there ever is a question

12  about it.

13    Q.   Okay.  And for the record, what does FTE stand

14  for?

15    A.   I don't know.  Federal something equivalent.

16    Q.   Is it possible it's full time equivalent?

17    A.   There you go, yes.  That's it.  Good for

18  you.

19    Q.   I'm not supposed to testify but --

20    A.   Thank you.  I was drawing a blank.

21    Q.   And the reason I want to ask about that is

22  because I know some of your students do some of their

23  segments at GNETS and some of their segments elsewhere.

24         How does that play into the FTE count?

25    A.   If a student was getting -- was receiving a



1  service at their LEA, then that service would be

2  counted for the LEA.

3      Q.   So let me make sure I understand this.  So

4  even if a student is at GNETS for four segments and at

5  their LEA for two segments, that would still count as a

6  FTE here because they're with LEA regardless, whether

7  they're with you or with the LEA.

8          Is that correct?

9      A.   Say that again, please.

10     Q.   I just don't know if you count full time

11 equivalent even if they're only at GNETS part of the

12 time.  But what I was understanding you to say it it's

13 counted towards the LEA.  They're at the LEA full time

14 even if they're only at the Cedarwood center part of

15 the time.

16     A.   No.  It would be for the amount of time they

17 are at the LEA.

18     Q.   So why would any of these students have any

19 FTE count then if they're at GNETS -- if they're at

20 Cedarwood?

21     A.   Well, they're coded a four, I believe, if

22 they're receiving GNETS services.  But if they are

23 receiving a class in, for example, Statesboro High

24 School in an EBD service there in an inclusion class,

25 they would be coded for whatever the code is for



1   that.

2       Q.   Okay.

3       A.   I don't do FTE, so I don't really know what

4   all those codes are.

5       Q.   Yeah, I don't know that it matters for my

6   purposes.  I was just curious because your funding is

7   not based on FTE anyway, so we don't really need to

8   worry about that.

9       A.   Right.

10      Q.   Okay.  So in the column marked primary

11  eligibility, can I just confirm that EBD is what we've

12  been talking about as emotional behavioral

13  disability?

14      A.   Yes.

15      Q.   And what does ASD stand for?

16      A.   Autism spectrum disorder.

17      Q.   And SDD, does that stand for severe

18  developmental delay?

19      A.   Yes, that's it.

20      Q.   TBI?

21      A.   Traumatic brain injury.

22      Q.   And MID?

23      A.   Mild intellectual disability.

24      Q.   Okay.  And are each of those listed as

25  eligibility because that forms the basis for their



1  eligibility to receive GNETS services?

2       A.   That is their -- the eligibility that they

3  currently have which would have been what they would

4  have had prior to coming to GNETS unless they've had a

5  reevaluation after that time and then it may have

6  changed.

7       Q.   So their eligibility may have changed?

8       A.   If they had a reevaluation.

9       Q.   Okay.  Can you explain what the highest level

10  of service column means?

11       A.   Let me try to get to the top of it so I can

12  see.  I want to be sure.  There we go.  Was that you or

13  me that did that?

14       Q.   That's you.

15       A.   Okay.  So the highest level of service means

16  if they were with us full time, which would have been

17  16 to 30 segments per week, part-time 10 to 15 -- or 0

18  to 15.

19            And then direct services means that they -- if

20  they're in our program, they're not served with us but

21  they had been in the past.  And that we then were

22  keeping track of them where they are so that we can

23  help the teacher with any problems that come up.  And

24  then intake would have been a student that has been

25  referred to us for services or for help.



1    Q.   When you say direct services you're keeping

2   track of them, is that also providing consultative

3   services that you spoke of before or just --

4    A.   Yes.

5    Q.   -- keeping track?

6    A.   Consultative services.

7    Q.   Okay.  What kinds of services are included in

8   there?

9    A.   Where we would check in with their teachers to

10   find out how they are doing behaviorly, if there's

11   anything that we needed to help with.

12        Just it may be, for example, if a student were

13   having a problem, one of the staff may come over and

14   talk to the student to find out what was going on, what

15   we could help with.

16        It's somewhat of a check-in so that we can

17   keep them and handle any behavior issues before they

18   become an issue for them.

19    Q.   So how long do you continue to track students

20   after they've gone back to their home school?

21    A.   It's dependent on the student and the school

22   and how they have been doing.

23    Q.   What's the range?

24    A.   It could be a year where we would track them

25   for a year, and if nothing else went on and things were



 1  going smoothly, we may not do that anymore.  Or it
 2  could possibly be until they graduated.
 3       Q.   So in this one, you have 18 students listed as
 4  full time 16 to 30 segments and one is part-time.  Is
 5  that fairly typical, at least for the Lyons site?
 6       A.   Yes.
 7       Q.   Okay.  And four -- it's looks like five are
 8  receiving direct services, but we can't tell from that
 9  how long ago they exited because, like you said, it
10  could be a range of time?
11       A.   Right.
12       Q.   And then the rest of the columns, why are they
13  blank?
14       A.   Well, from what I can tell of this document,
15  it was probably prepared and then sent to you all at
16  the beginning of the school year.  So none of the other
17  events may have happened yet.
18       Q.   So similar to the FTE, it would be funded
19  later in the year but just not at the time that this
20  was sent?
21       A.   Yes.
22       Q.   Okay.  All right.  And then, for the record,
23  the tallies at the bottom of the spreadsheet, did you
24  calculate those using the data in the spreadsheet
25  itself?



WHITNEY BRADDOCK                                          July 18, 2022
UNITED STATES vs STATE OF GEORGIA                              59

1      A.   Yes.

2      Q.   Okay.  Thank you.  I'm going to show you now

3   with the same explanation about its origins labeling

4   the version for Statesboro.  And I will take control

5   back again so I can enlarge it.  I'd like to introduce

6   as Exhibit 252 document 000145.

7           (Plaintiff Exhibit 252 marked.)

8   BY MS. TAYLOE:

9      Q.   Can you see that?

10     A.   Yes.

11     Q.   Okay.  I'll give you back control.  Okay.  Can

12   you tell me what this document is, please.

13     A.    It would be the report card document for the

14   Statesboro site for school year 21/22.

15     Q.   And all the headings and everything we

16   discussed for the last one is also true for this form

17   as well?

18     A.   Yes.

19     Q.   Okay.  There's one additional code I wanted to

20   ask about, OHI.  You have OHI in the primary

21   conceptuality code.  What does that stand for?

22     A.   Other health impairments.

23     Q.   Okay.  And now I don't want you to reveal any

24   information about the students.  We're still trying to

25   respect their privacy.  But can you tell me what kinds



1  of things fall in the OHI category?

2       A.   It can be things like attention deficit

3  disorder, optional defiant disorder.  That's what I can

4  think of at this time, yeah.

5       Q.   So ADHD could be a basis for enrollment in

6  GNETS?

7       A.   If there were behavior issues also.

8       Q.   Okay.  Do you understand one of the students

9  at Statesboro for their OHI to be epilepsy?

10      A.   I don't recall.

11      Q.   And do you understand one of the OHI there to

12  be -- well, I'll leave that.  I'm going to come back to

13  the summary.  So this year's report has 36 students

14  listed.

15           Is that fairly typical for the Statesboro

16  site?

17      A.   Yes.

18      Q.   And is that also having the same trend in

19  terms of slightly declining at the moment?

20      A.   Yes.

21      Q.   Do you have an opinion as to why the number of

22  students is declining?

23      A.   I don't know.

24      Q.   Are you receiving fewer referrals or are the

25  referrals not being accepted?



1    A.    While we try to work with students before they

2    ever are referred, our school systems and the special

3    ed directors can ask for consultation.  And to then we

4    go and work with the teachers and the administration at

5    a school to try to keep a referral from happening.

6          So, yes, we have gotten fewer -- we have

7    gotten fewer referrals for students to be placed with

8    us but have tended to have gotten more referrals for

9    our assistance.

10   Q.    Assistance meaning the consultative services

11   provided in the GNETS setting?

12   A.    Yes.

13   Q.    Okay.  Now, in this document in the counseling

14   column, there are numbers in this one unlike in the

15   Lyons one.

16         Can you explain is that because maybe this was

17   done at a different time or they received services

18   earlier than the Lyons site?

19   A.    Let's see.  Are you moving it or am I?

20   Q.    You have control.

21   A.    Okay.  I had it about where I needed it and

22   then it moved.

23         So the person filling this out would have

24   already known some of the students that were receiving

25   counseling on-site.  And through an outside agency



 1  really, probably mostly in anticipation of that, it
 2  might have later been adjusted.
 3      Q.   Okay.  So your understanding, then, is that
 4  this reflects the number of students who during the
 5  course of the year receive these services even if it
 6  hadn't happened yet?
 7      A.   That were known to them at that time, yes.
 8      Q.   And how is it decided who gets counseling from
 9  the Cedarwood counselor and who gets counseling from
10  another agency?
11      A.   If the students are going to get counseling
12  from the Cedarwood counselor, then their parents would
13  have had to have given permission for that.
14      Q.   Parents of GNETS students have to give
15  permission for those students to receiving counseling
16  from a GNETS counselor?
17      A.   Yes.
18      Q.   And do they have to get permission to receive
19  counseling from other agencies?
20      A.   Yes.  I mean, if they were seeing an outside
21  agency, that would mean that their parent was taking
22  them to counseling appointments somewhere else.
23           And then on-site agency would mean that the
24  parent may have worked, already gotten an on-site -- a
25  counselor to see them, and we provide them space to see



1   them at school.

2       Q.   I see.  I think I see.  So these would be

3   preexisting relationships that the parents have with

4   other counselors that may take place in your offsite

5   and continue seeing them wherever they see them or

6   Cedarwood provides a place for the agency to come see

7   the student during the school day at Cedarwood?

8       A.   Yes.

9       Q.   But this is something the parents would have

10   arranged and you accommodate their schedule?

11       A.   Yes and no.  It could work with -- they could

12   have been referred to a counseling agency from a

13   different agency, and we then work with them through

14   that provider.

15       Q.   And when you say referred by another agency,

16   what does -- like a service for justice kind of agency

17   or another service provider?

18       A.   Yeah, it could have been Department of

19   Juvenile justice agency that referred the family to

20   that kind of counseling, and so then they come to the

21   school to see the student and we provide space for them

22   and work with them.

23       Q.   Okay.  And so as of the time this form was

24   filled, your understanding is that none of the parents

25   have provided permission for the students to see the



WHITNEY BRADDOCK                                          July 18, 2022
UNITED STATES vs STATE OF GEORGIA                                   64

1   counselor?

2       A.   Yes, and it possibly just hadn't been filled

3   in yet.

4       Q.   Do parents have to fill that form out every

5   year?

6       A.   Yes.

7       Q.   Okay.  So we've talked about all the different

8   counties and the cities that the students come from for

9   Cedarwood.  Is transportation provided for these

10  students?

11      A.   Yes.

12      Q.   By whom?

13      A.   By their school system.

14      Q.   Okay.  Do you have a sense about what the

15  range in the duration of their bus rides is?

16      A.   I can guess, but I don't know for sure.

17      Q.   Do you think any students are on the bus for

18  as long as a hour?

19      A.   There's a possibility, yes.

20      Q.   Do you know if any of the districts use a

21  bussing hub?

22      A.   I'm not sure.

23      Q.   So students arrive at Statesboro on a bus

24  provided by the sending districts, but you wouldn't

25  have information about whether they've had to change



```
 1   buses or --

 2        A.   Yeah, I don't know.

 3        Q.   Okay.

 4             MS. TAYLOE:  Stacey has a hand raised.

 5             MS. SUBER-DRAKE:  I'm sorry, it should not be

 6   raised.

 7             MS. TAYLOE:  Oh, okay.  I just wasn't sure of

 8   the protocol.

 9             MS. SUBER-DRAKE:  Let me figure out how to let

10   it back down.

11             MS. TAYLOE:  This could make for funny

12   transcripts and forget about Zoom days.

13        Q.   What time -- and if this varies by site feel

14   free to break it out.  But what time do the buses

15   arrive at the school at Cedarwood?

16        A.   I cannot give you a definitive answer.

17        Q.   Okay.  Do they arrive before the first bell or

18   do they arrive during the arrival?  There's an arrival

19   window on some of the schedules.  Is there a range?

20        A.   There would be a range, and I'm not really

21   certain what it is for both sites just because I don't

22   deal with that daily.

23        Q.   And how about for dismissal.  Do any students

24   leave to get on their bus before the conclusion of the

25   instructional day?
```



1        A.    There would be students that would leave

2    throughout the day if they're going back to their local

3    school system to have classes and participate in

4    classes for that.

5        Q.    That's good to know.  How does that work?  Are

6    there -- so the sending district also sends a bus for

7    that transportation as well?

8        A.    Yes.

9        Q.    And do you know how the schedule works for

10   that?  Do they leave in time to arrive for the class

11   they're joining at the other school?

12       A.    That is what we definitely try to do to

13   provide that, yes.

14       Q.    Okay.  And aside from that, if students aren't

15   going to a class at their LEA, if they're just getting

16   a ride home, do they ever need to leave about the end

17   of their instructional day to get on their bus?

18       A.    I'm not sure.

19       Q.    Okay.  I want to ask a little bit about how

20   with the varying numbers of students even within the

21   course of a school year that you do -- let me back up

22   and lay that foundation.

23            Do you have students arrive during the school

24   year in addition to the ones we saw arrive in August?

25       A.    Yes.



 1     Q.   How do you plan staffing and, you know, space

 2   for a fluctuating number of students?

 3     A.   I want to say on a wing and a prayer, but if

 4   we had a big influx of students, possible referrals or

 5   move-ins, then we might have to have additional staff.

 6   It's not happened, but I assume that it could.

 7     Q.   So, generally, you have enough leeway in your

 8   enrollment numbers that if you had new students come

 9   they could fit in too?

10     A.   Yes.

11     Q.   How is the funding for that determined?

12     A.   Can you clarify for me a little bit?

13     Q.   Well, we said we don't use FTE for GNETS

14   funding.  Does student enrollments play some role in

15   your funding?

16     A.   Yes, as I best understand it.  So GNETS

17   funding is based on the number of students that are

18   served during the school year based on a three-year

19   rolling weighted average.

20          THE VIDEOGRAPHER:  I've got about five minutes

21   left on Media 1.

22          MS. TAYLOE:  Okay.  Thank you.

23     Q.   So I hadn't heard that before so three-year

24   rolling average.  Is it the number of unique students

25   or the number of students on a count day?



1    A.   As I best understand it, at the end of the

2   year we look at student count.  So students that have

3   been served by Cedarwood for at least ten days we are

4   given credit for that student, and then that goes into

5   our grant numbers.  I don't know how any of that is

6   figured.

7    Q.   And when you say student served for at least

8   ten days, do you frequently have students serve for

9   less than ten days?

10   A.   No, not frequently.

11   Q.   Sometimes?

12   A.   Sometimes, yes.

13   Q.   Where do they go after less than ten days if

14   they don't stay?

15   A.   As an example, you may have a student who is

16   put into a foster care home has moved in and then is

17   removed from that foster care home before the end of

18   ten days.

19   Q.   Okay.  What is the average -- to the best of

20   your understanding, what is the average some folks stay

21   at Cedarwood?

22   A.   I don't really know.

23   Q.   Okay.  What is the longest time you've known a

24   student to remain at Cedarwood?

25   A.   I have known of students to remain at



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                          69

1  Cedarwood for ten years.

2      Q.   And when you talk about students served for

3  your funding, does that include consultative services

4  or just the students enrolled in one of the sites?

5      A.   Just students enrolled in one of the sites.

6      Q.   Does funding for consultative services through

7  some other way or do you --

8      A.   No.

9      Q.   Okay.  So funding is exclusively based on the

10 student count on the three-year waiting enrollment you

11 talked about?

12     A.   Yes.

13     Q.   So you've known of students to remain at

14 Cedarwood for ten years.  And you said earlier you

15 don't track an aggregate length of stay.  Do you review

16 length of stay periodically for students?

17     A.   No.

18     Q.   Have you had students leave Cedarwood and then

19 come back?

20     A.   Yes.

21     Q.   And for purposes of counting, would they be

22 counted -- is it counted by admission or by student?

23     A.   By student.  They would only be counted

24 once.

25     Q.   Okay.  Does that happen sometimes within the



1  same year?

2      A.   Yes.

3      Q.   What kinds of things do you think help that

4  happen?

5      A.   Hospitalization or a move.

6      Q.   How would a move -- I understand

7  hospitalization.  How would a move result in that?

8      A.   If a student was in a foster care home or a

9  group home and was moved somewhere else and then moved

10 back to a different one, that's an example that has

11 happened in the past.

12         THE VIDEOGRAPHER:  And we've got about two

13 minutes, if this is a good time.

14         THE WITNESS:  He needs to change his

15 battery.

16         MS. TAYLOE:  Okay.  We can take a quick

17 break.

18         THE VIDEOGRAPHER:  This is the end of Media 1

19 in the deposition of Director Whitney Braddock.  We are

20 off the record at 11:30.

21         (Recess.)

22         THE VIDEOGRAPHER:  This is the beginning of

23 Media 2 in the deposition of Director Whitney Braddock.

24 We are back on the record at 11:31.

25 BY MS. TAYLOE:



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                              71

1    Q.    Okay.  And I just wanted to back up for a

2    second.  I asked you -- you said it was possible for

3    students to be on the bus for an hour.

4          Do you have a sense of what the upper limit in

5    terms of their bus ride might be?

6    A.    I do not.

7    Q.    Okay.  You've mentioned foster care a couple

8    of times.  Do you have -- does Cedarwood have a

9    significant number or a notable number of students in

10   foster care enrolled?

11   A.    We at our Statesboro site have had a

12   fluctuation of students due to several group homes and

13   therapeutic foster care settings that have been in the

14   Bulloch County area.

15         So that has become somewhat significant.  We

16   do have students that are in foster care at our Lyons

17   site also.

18   Q.    When you say fluctuation of the group homes or

19   therapeutic foster care placements, what does that

20   mean?

21   A.    Over the past five years there have been

22   several group homes and therapeutic foster care homes

23   opened in Bulloch County.

24   Q.    And has that resulted in an increase of the

25   number of students?



1    A.    That has because the students would have

2   already received or were receiving -- their IEP was

3   that they were receiving your GNETS services where they

4   were.  So when they moved in, their IEP was then picked

5   up.

6    Q.    So a student who was in a GNETS placement in

7   one foster care -- I'm sorry -- enrolled in a GNETS

8   program in one foster care placement, if their foster

9   care placement gets changed, they become enrolled in

10   the GNETS program that serves that area?

11    A.    Yes.

12    Q.    Have you had students in your program placed

13   into RTFs?  I'm sorry, residential treatment

14   facilities.

15    A.    Yes.

16    Q.    This past year?

17    A.    I'm not sure.

18    Q.    How often does that happen?

19    A.    It just really depends and it varies.  I don't

20   say it's a significant amount.

21    Q.    Okay.  Do you keep attendance records for

22   which students attend each day?

23    A.    Yes.

24    Q.    Who collects that data?

25    A.    The school administrative assistant.



1      Q.   And does anybody review that data?

2      A.   It's in a Google Drive, a Team drive that we

3   have, and I will check it to be sure that it's being

4   done.  But they also report the attendance to each

5   student's home school.

6      Q.   So you check to make sure it's done.  But do

7   you check to see if there's any attendance issues to

8   address?

9      A.   Yes, I do.

10     Q.   And what would be a red flag in terms of

11  attendance?

12     A.   Like a three- to five-day absence.  Now,

13  that's prior to COVID.  Since COVID it kind of becomes

14  a little more difficult because of quarantining and

15  that kind of thing.  But I will question people and ask

16  what's going on.  Why has student X not been at

17  school.

18     Q.   What about nonsequential but, you know, adding

19  up absences?

20     A.   We will look at that, and generally what we do

21  is then report it back to their local school system for

22  them to handle that.  I mean, we call parents and check

23  with parents as to why a student is absent.

24     Q.   How far back does the Google Drive database

25  go?



1    A.   Say that --

2    Q.   Does the Google Drive database that sends the

3  attendance in, is that only for a given year or does

4  that store data back into that?

5    A.   It's only for a given school year.

6    Q.   Okay.  Are students ever asked to stay home or

7  sent home due to problem behavior?

8    A.   They could be.  They would be suspended from

9  school.

10   Q.   And would that count or would that be recorded

11 as an unexcused absence or excused absence or something

12 else?

13   A.   We record it as a suspension.

14   Q.   What about if there's not sufficient staff

15 available on a given day.  Is he ever asked to stay

16 home or sent home for that?

17   A.   We have not, no.  There have been times since

18 COVID that you would question whether or not we could

19 safely, you know, run schools.  But it's been that we

20 have not had to do that.

21   Q.   Do you have on-site subs who can fill in when

22 there's a teacher absent?

23   A.   We do.  Well, we have some auxiliary staff

24 that would fill in or we have really just a couple of

25 subs that we bring in.  We don't just put anyone in



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                        75

1   class.

2       Q.   What is auxiliary staff?  What kind of staff

3   is that?

4       A.   Well, we have a paraprofessional at both sites

5   that is a behavior interventionist.  So that person can

6   do it.  Sometimes if you are the administrative

7   assistant you might go into class.  If you're the

8   consultant teacher, you might go into class.

9            So those folks, the coordinator at the site,

10  would go into class.

11      Q.   That's a good segue into our section on staff.

12  How many staff in total are employed by the Cedarwood

13  program?

14      A.   It's approximately 28 to 31.

15      Q.   And how many -- who determines the staffing

16  needs.  Who determines how many staffing you have?

17      A.   I do based on the number of students that

18  we're serving.

19      Q.   And what ratio do you use to determine the

20  need?

21      A.   We generally look at classrooms having from 6

22  to 10 students.

23      Q.   Are there some staff, in addition to yourself,

24  who serve the program as a whole instead of as a

25  specific location?



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                        76

```
 1         A.   I do, our counselor does, and our consultant
 2    teacher does.
 3         Q.   How do they split their time between the two
 4    sites?
 5         A.   The counselor spends -- his home base is our
 6    Lyons site, but he spends two days at the Lyons site
 7    counseling.  He spends two days at the Statesboro site
 8    counseling, and then he has an office day at the Lyons
 9    site one day a week.
10              And the consultant teacher spends her time at
11    the Lyons site.  But if she is needed to go and do a
12    consultation at Statesboro, at one of those counties,
13    she would do that.  She also does some training at both
14    sites.
15         Q.   How far apart are the Statesboro and Lyons
16    sites?
17         A.   About an hour apart.  I think that is probably
18    about 48 miles maybe.  Maybe a little less.
19         Q.   All right.  I'm going to mark as Exhibit 253
20    document 001394 and I'm going to share this with you.
21              (Plaintiff Exhibit 253 marked.)
22    BY MS. TAYLOE:
23         Q.   And I'll ask you if you recognize this
24    document.
25         A.   Yes.
```



1    Q.   Can you tell us what it is, please.

2    A.   It's our staff document.

3    Q.   Okay.  And we discussed your role as director,

4    and we discussed the role of the program evaluator a

5    little bit before.  Can you tell me does she have

6    education background or experience?

7    A.   No.

8    Q.   Does she have an administrative background?

9    A.   No.

10   Q.   The way you described her responsibilities

11   before is more records and billing and

12   budgeting-related matters.  Right?

13   A.   Yes.

14   Q.   And who is she employed by?

15   A.   She's employed by Cedarwood.

16   Q.   Are you the only one that's employed by the

17   RESA?

18   A.   Well, everyone is employed by RESA because

19   they write the checks.  But, like I said before, we

20   consider ourselves employed by Cedarwood.

21   Q.   Okay.  So is everybody on this chart employed

22   in terms of who pays the checks by RESA?

23   A.   Yes.  I'm trying to look at it.  I can't get

24   it to move, but it should be.  Yes.

25   Q.   So I'm trying to think how to ask it.  We're



WHITNEY BRADDOCK                                  July 18, 2022
UNITED STATES vs STATE OF GEORGIA                        78

1  going to talk about funding later, but I have to ask

2  this to make it make sense.

3         The program makes the bulk of its money from

4  the GNETS state grant; is that correct?

5     A.   Yes.

6     Q.   Does that money come to you or does it go to

7  the RESA?

8     A.   It goes to the RESA.

9     Q.   Okay.  So the money is allocated for

10 Cedarwood, but it goes to RESA, and RESA distributes it

11 through payments and things like that?

12    A.   Yes.

13    Q.   Okay.  I didn't understand that before.

14 That's helpful.

15        Okay.  Are there any -- so I'm going to move

16 on to the coordinators.  Are there any required

17 professional qualifications for the coordinator

18 position?

19    A.   They would have a teaching certificate.

20    Q.   Is there any content or grade level

21 requirement associated with that?

22    A.   No.

23    Q.   Is it required to be a special ed

24 certificate?

25    A.   I don't know that it's a requirement, but it



WHITNEY BRADDOCK                               July 18, 2022
UNITED STATES vs STATE OF GEORGIA                          79

 1  is for me.  You would have experience with special ed,
 2  yes.
 3      Q.   And the distinction is it's not a requirement
 4  but it is for you.  Who else would the requirement be
 5  set by?
 6      A.   I guess I was saying that I didn't know if
 7  other places, other GNETS, had different
 8  requirements.
 9      Q.   Okay.  So you get to set the requirements for
10  all the positions?
11      A.   Yes.  Excuse me, yes.
12      Q.   Are teachers required to have -- are teachers
13  required to be trained or certified teachers?
14      A.   Yeah, they need to have certification through
15  the Georgia Professional Standards Commission.
16      Q.   Is that a requirement you set or someone else
17  sets?
18      A.   It's a requirement for someone that teaches in
19  the State of Georgia.
20      Q.   Okay.  So you can set -- you can set some
21  requirements, but it's bound by the requirements that
22  govern all teachers?
23      A.   Yes.
24      Q.   Okay.  Is the same thing true for
25  paraprofessionals as well?



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                         80

1     A.    Yes.

2     Q.    And so there's no exemption that GNETS

3   teachers or GNETS professionals could meet a lower

4   professional requirement standard than other teachers

5   in the state or other paraprofessionals in the state?

6     A.    No.

7     Q.    Why are some of the teachers and

8   paraprofessionals on this list in parenthesis?

9     A.    Let's see, I'm trying to move it so I can see

10  which ones you're talking about.  It would have been

11  that either they had just been hired or moved into that

12  position and we were waiting on certification to come

13  through.

14    Q.    So you mean moved into that position but they

15  had not yet been certified?

16    A.    Right.  It had been applied for or this may

17  not have been updated after the beginning of the school

18  year.

19    Q.    And so are you referring to the provisional

20  type of certification you had when you started?

21    A.    That and just for the paraprofessionals, they

22  may not have been hired with a paraprofessional

23  certificate.  We would have had to have applied for it,

24  and we were in the midst of that.

25    Q.    Okay.  Can you describe what an



1  interventionist does?

2      A.   Those are paraprofessionals that -- I don't

3  even know what I'm doing to this.  I'm trying to move

4  it up just a little bit to be sure that I'm speaking

5  the same language as you.

6      Q.   Can you -- there's a scroll bar on the right.

7      A.   Thanks.  Okay.  The interventionist, they're

8  paraprofessional behavior interventionists.  They are

9  additional support to classrooms.

10          They also pull students and do some of the

11  tiered interventions for students who are in different

12  tiers of -- need different tiers of support.

13          They do some of the SEL interventions with the

14  students and they just add additional support to the

15  site.

16     Q.   Are they certified teachers?

17     A.   They are certified paraprofessionals.

18     Q.   Okay.  And what is a social worker tech?

19     A.   It's someone who helps with things like making

20  parent contacts, doing intake, that kind of thing with

21  students, getting paperwork back and forth to parents,

22  setting up and doing -- like if a student did virtual

23  counseling, then that person would be the one that

24  would help set that up and supervise it while the

25  student was doing their virtual counseling.



1    Q.   And is there a reason why each -- Statesboro
2  has one and Lyons has the other one.  They used to each
3  have both?
4    A.   Say that again.  I'm sorry.
5    Q.   One has an administrative assistant and one
6  has a social work tech, and they used to -- each site
7  used to have both but now they're down to one.  Is that
8  a funding issue or a needs issue?
9    A.   Funding and needs, yes.
10   Q.   Can you elaborate?
11   A.   Well, as our numbers decrease, then our
12  funding decreases.  And so when our numbers also
13  decrease, there's less of a need and the positions can
14  be combined.
15   Q.   And about the teachers, are they all certified
16  in special education?
17   A.   They are.  Cheryl Baker on there was not last
18  year.  She was working on that certification.  She
19  didn't pass the testing that needed to be passed.
20        So she then was not as -- she was filling in
21  as the teaching until that happened but it didn't.  She
22  actually has done that now and is part of -- has got a
23  provisional certification now.
24   Q.   Everybody else is fully certified in special
25  ed?



1    A.    The ones that I can see are.  I need to move

2  it over to the right.  There we go.  Yes, all of them

3  are.

4    Q.    Is there something different about the funding

5  for Cody Brannon?

6    A.    We are reimbursed from Bulloch County Schools

7  for Cody.  But he is our employee, so we pay him and

8  then they reimburse us for his -- we invoice them for

9  his pay and benefits.

10    Q.    Why is that?

11    A.    The classroom in Bulloch County in Statesboro

12  that has the students with intellectual disabilities

13  and autism, we didn't have a class for them in the

14  past, and they needed -- they had some students with

15  severe behavioral problems that fit into that category

16  and they needed us to serve them.

17          And because it was in addition to what I

18  really had funding for, it was actually decided before

19  I became the director.  So it's just something that's

20  been carried on and we've continued with that

21  classroom.

22    Q.    So that was negotiated directly with Bulloch

23  County that they wanted this extra classroom served?

24    A.    Yes.

25    Q.    And we would refund the teacher for it?



1    A.   Yes.

2    Q.   And that's specifically for students with

3  intellectual disabilities and ASD?

4    A.   Yes, that have severe behaviors associated

5  with that.

6    Q.   Are any of the paraprofessionals eligible for

7  but not yet certified?

8    A.   On this list?

9    Q.   We'll start with on this list, yes.

10   A.   I believe they are all certified.  I'm going

11  to scroll down.  Yeah, they're all certified.

12   Q.   Okay.  And are there others not on the list

13  that will not be?

14   A.   Well, we're starting the new school year and

15  I've had turnover, so not all these people are

16  currently employed by us.  And so we're in the process

17  of hiring folks and having -- getting them certified.

18   Q.   Is it a common occurrence to hire someone who

19  is not yet certified and have them obtain the

20  certification in the course of their employment?

21   A.   Yes.

22   Q.   Is there any requirement -- what are the

23  hiring criteria for certifying paraprofessionals?

24   A.   They have to have a high school diploma or an

25  equivalent and a clean background check.  Those are



1    requirements.

2           But when I'm looking at people, I hire

3    people -- I look for folks who have experience working

4    with children and in a possible special ed setting or

5    with people with special needs.

6       Q.   And once somebody without a certification but

7    with those qualifications start, how long would it take

8    to become certified as a paraprofessional?

9       A.    If they have two years of college, then we

10   just have to do the application.  If they don't have

11   two years of college, then they have to take a parapro

12   test, they have to sign up to take the Parapro GACE,

13   pass that, and then we do the application.

14      Q.   You said take a parapro test, and then there

15   was something else in the application.  GACE?

16      A.   GACE.  The parapro test is the GACE test

17   G-A-C-E.  I don't know what that stands for.

18      Q.   Okay.  So there's not any instruction

19   associated with it.  They take the test and then

20   apply?

21      A.   Yes.

22      Q.   What is -- is that the certification for

23   everybody or is that -- is there someone who's a

24   paraprofessional who has a high school diploma and has

25   passed the GACE test and that's enough for



1   certification?

2       A.   Yes.

3       Q.   And if they've taken two years of college

4   without regard to what the field of study was, then the

5   passing the GACE test isn't required?

6       A.   Correct.

7       Q.   And then just to wrap up staffing, are all the

8   positions we've discussed -- or which of the positions

9   we've discussed are full-time, like full-year

10  positions?

11      A.   Do you mean like a full school year or

12  considered a 12-month contract?

13      Q.   A 12-month contract.

14      A.   That would only be me.

15      Q.   And everybody else is a school year

16  employee?

17      A.   The two coordinators are what are considered

18  an 11-month contract and then the teachers are a

19  10-month contract.  And paraprofessionals are

20  classified and they're not under contract, but it is

21  for the school year, 190 days.

22      Q.   Does Cedarwood offer extended school year

23  services?

24      A.   We don't offer that.  Students may qualify for

25  it, and it is then provided by the local school system.



1       Q.   And do any of your staff work for local school

2    system for those services?

3       A.   Yes.  They have in the past.

4       Q.   Do you know how that is done?  Are the

5    students in -- like in with other students for this,

6    you know?

7       A.   I don't know.

8       Q.   Some of your staff, they would contract

9    directly with the LEA that does the ESY?

10      A.   Yes.

11      Q.   Do you have any vacancies for the coming

12   school year?

13      A.   I have a paraprofessional vacancy, and we have

14   just recently hired some teachers, a couple of teachers

15   and a couple of paraprofessionals.

16      Q.   Are they certified eligible but not yet

17   certified?

18      A.   The teachers have not been certified yet but

19   they are certified eligible.  It's a matter of turning

20   the paperwork in to the Georgia Professional Standards

21   Commission.

22           And the paraprofessionals, I believe that one

23   of them already has a paraprofessional certificate, and

24   the other one does not yet but qualifies for it.

25      Q.   Is this level of turnover fairly common at



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                            88

 1 | Cedarwood?

 2 |     A.   Yes.

 3 |     Q.   Tell me about your recruitment.  Your resume

 4 | also says you're responsible for recruitment.  Tell me

 5 | what you do in order to find and attract new hires.

 6 |     A.   I place ads on Indeed and in through the DOE

 7 | Portal for Teach Georgia.  I've been known to ask the

 8 | person checking me out at Food Lion if they wanted to

 9 | change jobs.  Word of mouth.  I've not gotten to where

10 | I've asked people on Facebook if they know of anyone,

11 | but I'm not opposed to it.

12 |         Some of the school systems in the past also

13 | have also like sent over people who they have

14 | applications on but they don't have openings.  But

15 | right now that's not something that's happening because

16 | everyone is having a very difficult time finding

17 | people.

18 |     Q.   Yeah, I was going to ask you what you think is

19 | the biggest barrier to hiring, but it sounds like now

20 | staff shortage just generally is common?

21 |     A.   Staff shortages, yes.  For paraprofessionals

22 | pay is definitely an issue.

23 |     Q.   And is pay limited by you only get what you

24 | get through the grant?

25 |     A.   It is, yes.  But paraprofessionals just in



1  general make less money because they work 190 days and

2  then it is -- that pay is spread out over 12 months.

3      Q.   When you advertise positions, do you list any

4  required experience in general education studies?

5      A.   It's not required, but it would be preferred

6  is generally how I put it.

7      Q.   Okay.  So after you've done those recruitment

8  and the applications, tell me what the process is on

9  receiving applications?

10     A.   I receive applications, I look over them for

11  qualifications, and then I contact the person and do

12  interviews.

13          And then after interviews are done, I then

14  contact the applicants that meet the most

15  qualifications and I feel like will be best for the

16  job, and then I offer them the position.  And they are

17  then approved by the First District RESA Board of

18  Control.

19          I'm sorry, they have a background check.

20  They're approved by the Board of Control if their

21  background check is clean.  And then they are then

22  hired.

23     Q.   Are there any -- do you know if any of the

24  counties that participate have strategic waivers in

25  place?



WHITNEY BRADDOCK                                      July 18, 2022
UNITED STATES vs STATE OF GEORGIA                          90

1    A.   I don't know for sure.

2    Q.   Okay.  So it doesn't affect --

3    A.   It doesn't affect us at all, no.

4    Q.   Okay.  So I skipped ahead a little bit and

5    asked about some of the things that were in the grant

6    application so I could make sense out of the staff.

7         Can you describe a little bit about the grant

8    application process for me.

9    A.   Clarify a little bit for me.

10   Q.   The GNETS grant application, you sent us

11   several years worth in response to our subpoena and it

12   sets forth all kinds of information that you, as I

13   understand it, report to the state and that forms the

14   foundation for the grant funds that you get.

15   A.   Okay.  So the grant is put into the Georgia

16   Department of Education Portal.  I access it and I

17   answer the questions.

18   Q.   And then is funding determined based on the

19   information in there?

20   A.   It is my understanding that funding is only

21   really based on the number of students that we have.  I

22   don't know about funding being based on what is in our

23   grant application.

24   Q.   Okay.  Do you know what the rest of the

25   information the grant application is used for?



1      A.   I have no idea.

2      Q.   Has anyone from the Department of Education

3   ever reached out to you about -- with questions about

4   what's in the application?

5      A.   Yes.  They've asked for clarification as to

6   what I've put.  I couldn't -- I don't know the

7   circumstances of that.  I just remember getting a phone

8   call that said, "Hey, you said this.  Is this what it

9   is?"  I may have put the wrong year or something that I

10  needed to correct.

11     Q.   You don't recall ever getting any substantive

12  questions about what kinds of services are being

13  provided or qualifications of teachers or anything like

14  that?

15     A.   No.

16     Q.   What best practices are used by staff to

17  support the students at Cedarwood?  What evidence-based

18  practices?

19     A.   Are you talking about affective-type things or

20  academic?

21     Q.   I'm thinking mainly about behavioral and

22  social emotional.  Like, are your staff trained in

23  trauma informed care for instance?

24     A.   Yes.

25     Q.   Who provides that training?



1    A.    I have had a couple of staff who went through
2    a training that was provided from the DOE or they got a
3    provider to provide it.  And then other trauma informed
4    care, things that we've learned on our own and then
5    investigated and then are using.
6        Q.    What do you mean you learned on your own?
7        A.    We would, you know, look at things that other
8    places are doing, doing some searching for that
9    using -- looking for evidence-based practices that we
10   could use.
11            What I'm saying is they weren't this is what
12   you have to use.  You know, no one has said you have to
13   use these.
14       Q.    But like you talked earlier like the meetings
15   might mention some kind of training is available.  If
16   you saw that, you could set it up and take that?
17       A.    Yes.
18       Q.    What kinds of trainings have you and/or your
19   staff taken part in?
20       A.    We have done Youth Mental Health First Aid.
21   We have done a training called Person Brain.  We have
22   done LSCI, Life Space Crisis Intervention.
23            We have -- we're trained in PBIS.  We're all
24   trained in Mind Set, which is a prevention and
25   technique to use for aggressive students.  What else?



1    That's all I can think of.

2        Q.    Okay.  You said you were all trained in Mind

3    Set.  Does that mean that some of the other ones you

4    listed, some of you are trained or were all of you

5    trained in some more of them?

6        A.    So we train as many people as we can like in

7    LSCI.  But say for my new hires, they may have -- they

8    may have to wait on that training, when that's again.

9    Everyone on my staff was trained in Youth Mental Health

10   First Aid and has been in the past, and we just did an

11   update in June.

12           We're also trained in restorative practices

13   and restorative justice.  But, of course, my new staff

14   that I'm just hiring don't have that training so...

15       Q.    Who provides this training?

16       A.    Different people that I might contract with or

17   if we have someone on staff who is trained as a

18   trainer.  Like, I have two Youth Mental Health First

19   Aid trainers on my staff that provide the training to

20   us.  I have multiple Mind Set trainers on my staff that

21   provides the training.

22       Q.    And which of the ones you mentioned would be

23   helpful in deescalating students?

24       A.    They are Mind Set techniques we use to

25   deescalate students.  I can't -- off the top of my head



1   I can't remember another.

2       Q.   Can you tell me a little bit about you

3   mentioned Youth Mental Health First Aid and Person

4   Brain.

5       A.   So Youth Mental Health First Aid is it helps

6   staff to recognize when students -- well, in our case

7   it's students -- are in crisis and they need further

8   help to be referred somewhere else for us to get more

9   help.

10          It identifies if -- it helps staff identify if

11  a student is hurting themselves or might hurt

12  themselves and just to understand really the basis of

13  mental health problems.  And then Person Brain is

14  one so that you understand where trauma comes from and

15  how the brain works and handles trauma.

16          By -- I feel like by my staff understanding

17  that they can then see where students are coming from

18  and not -- if someone is angry and aggressive, you need

19  to know where that is coming from and not to take it

20  personally and not to, you know, what's the best way to

21  deal with it.

22      Q.   And how many staff were the ones that most

23  have but maybe not the new one or is that a small

24  subset of people trained?

25      A.   That may be a smaller subset.  The last time



 1  that we've done a full Person Brain training would have

 2  been in June possibly of '21.  I'm not completely

 3  certain.

 4      Q.   Okay.  What about have your staff been trained

 5  in appropriate restraint techniques?

 6      A.   Yes.  That's Mind Set.

 7      Q.   Okay.  So that excludes deescalation --

 8      A.   Yes.

 9      Q.   -- and if that doesn't work, then appropriate

10  restraint techniques?

11      A.   Yes.

12      Q.   Does Cedarwood have a policy on restraint?

13      A.   Yes.

14      Q.   What is it?

15      A.   Well, the easy part of it is that you don't

16  restrain a student unless they're in danger of hurting

17  themselves or someone else.  There's like a whole long

18  policy that's been adopted by the First District RESA

19  Board of Control.

20      Q.   Did you say in danger of hurting themselves or

21  others or just in danger of hurting themselves?

22      A.   Themselves or others.

23      Q.   And do you have a policy on seclusion?

24      A.   We do not do seclusion at all.

25      Q.   Do you do timeout?



WHITNEY BRADDOCK                               July 18, 2022
UNITED STATES vs STATE OF GEORGIA                        96

1    A.   If we do timeout, then it is supervised.  The
2  students are never alone in timeout and we don't have
3  timeout rooms.
4    Q.   Are there any other words for it like calming
5  time or isolation or anything like that?
6    A.   We have -- well, this school year coming up
7  we're going to have calming corners, but that doesn't
8  have anything to do with timeout.
9        It has more to do with trauma informed care,
10  but it's right in the classroom.  But no, we don't.
11    Q.   You mentioned some of the training -- I forgot
12  which one now.  One of the trainings you received was
13  either by GADOE or someone GADOE put you in touch
14  with?
15    A.   Yeah, that was the trauma informed care.  I
16  believe it came from Georgia State College that someone
17  from there did that I really don't remember.
18    Q.   Does that come with any coaching component?
19    A.   It did, but we're not receiving coaching now
20  from it.
21    Q.   Why not?
22    A.   I don't know.
23    Q.   And are there any staff provided by the
24  Georgia Department of Education at Cedarwood?
25    A.   Any staff provided?



WHITNEY BRADDOCK                                        July 18, 2022
UNITED STATES vs STATE OF GEORGIA                                 97

1   Q.   Yeah.  Do they send anybody to either train or
2   supervise training or mentor?
3   A.   Not directly, no.
4   Q.   Indirectly?
5   A.   Well, I don't feel like they send them.  But
6   like for the Southeast GLRS, who is at First District
7   RESA but under the Georgia Department of Education, has
8   provided us training.
9   Q.   Okay.  Can you tell me what Teach Town is?
10  A.   Teach Town is a virtual training and I guess
11  maybe that one does go under Georgia Department of
12  Education.  They provide us seats, excuse me, for staff
13  to go through, the modules that they have that
14  basically are training -- is training in FBAs.
15  Q.   But it's virtual you said?
16  A.   Yes, it's done online.  There's not really
17  virtual training.  There's modules online that are
18  completed.
19  Q.   Okay.  But the Georgia Department of Education
20  hasn't provided a BCBA trainer to help get any of your
21  staff certified?
22  A.   No.
23  Q.   Okay.  I think that wraps up my staff section.
24  I'm happy to start with admissions process, but if
25  y'all want to take a break for lunch, I can start after



 1  that.
 2          THE WITNESS:  Some folks are ready to take a
 3  break for lunch, yes.
 4          MS. TAYLOE:  Okay.  Why don't y'all tell me
 5  how long.  I've got my lunch here, but I know it might
 6  be more complicated for you there.  So you tell me how
 7  long y'all want.
 8          THE VIDEOGRAPHER:  Should I take us off the
 9  record?
10          MR. NGUYEN:  Yeah, why don't you do that.
11          THE VIDEOGRAPHER:  Off the record at 12:23.
12          (Recess.)
13          THE VIDEOGRAPHER:  We are back on the record
14  at 1:11.
15  BY MS. TAYLOE:
16      Q.  Okay.  First I have two questions I want to
17  sort of clarify from earlier.  First, I've been
18  assuming all along, but I never asked you directly so
19  I'm going to ask you.
20          Were you responsible for pulling documents in
21  response to the United States subpoena for documents?
22      A.  Yes.
23      Q.  Did anyone assist you with that?
24      A.  I had some assistance from the coordinators at
25  each site and from the administrative assistant at the



1  | Lyons site and then the case manager or social worker

2  | tech at the Statesboro site who does that type of

3  | thing.  But it all went through me.

4  |     Q.   Okay.  And were the documents generally

5  | already in existence or did you create some?

6  |     A.   They were generally all in existence.  I don't

7  | know that I created any, but I don't recall.

8  |     Q.   Okay.  Thank you.  I was assuming you were

9  | involved.  I should have asked directly.

10 |          And then my other clarifying question is you

11 | said that Cedarwood does not use seclusion and the

12 | timeout was supervised.  I didn't really ask what

13 | timeout looks like.

14 |          What are the policies and practices of

15 | timeout?

16 |     A.   Generally, if a student has to leave the room,

17 | then there would be a staff with them to talk to them

18 | to deescalate or work through a problem.

19 |          They may go to another -- to an office or to a

20 | room that's not being used to talk to the student.  If

21 | a student is very upset and doesn't want to leave the

22 | room, we would remove the other students to -- say at

23 | our Statesboro site where we have our room that serves

24 | as our cafeteria, the other students may go there in

25 | order for staff to talk to the other students.



1           Really, a lot of times that students that get

2    upset want to run.  So by the time we catch up to them,

3    they'll run out of one door and into another to just

4    have someone to talk to them.

5           Q.   So you said if a student has to leave a room,

6    is that by the student's choice or by a staff's

7    determination or both?

8           A.   It could be both.

9           Q.   So let's see if I got this right.  So if a

10   student is behaving in a way that the staff thinks the

11   student needs to leave the room, the staff will try to

12   escort them to one of the rooms that's not being used

13   and let them calm down there.

14          And if the student doesn't want to do that,

15   then the staff will take the rest of the class out of

16   the room?

17          A.   Yes.

18          Q.   And what happens if the student leaves the

19   room first?

20          A.   Then a staff member will follow and call the

21   office for someone to either come help in the classroom

22   or to come and help with the student.

23          Q.   Okay.  Thank you.  And my last follow-up on

24   that, so when I say escort, does escort -- is that with

25   hands or contact or no contact?



1     A.   We go for without contact mostly.

2     Q.   And when is contact -- when does contact

3   happen?

4     A.   If a student that -- it would be a young

5   student that contact would be used.  We know that they

6   run or they're pushing against someone.  Someone may

7   hold their hand to walk somewhere with them.  We really

8   try not to use any contact.

9     Q.   Do you keep a record of times where it's

10  necessary?

11    A.   If we use a full restraint.

12    Q.   What's a full restraint?

13    A.   If a student has been aggressive or is being

14  aggressive towards someone and a staff has to use the

15  Mind Set techniques to restrain them.

16    Q.   But that's the only -- so if there was someone

17  guiding somebody by the elbow or something like that or

18  holding them by the hand, that wouldn't be recorded.

19  Only the full restraint?

20    A.   Correct.

21    Q.   Okay.  Now I want to talk a little bit about

22  the admissions process or enrollment process to

23  Cedarwood.

24         Can you describe the process.  And you've

25  referenced parts of it before, but describe the process



1    for which students come to receive services at

2    Cedarwood.

3          A.   In general, a student would be in special ed

4    and having behavioral, severe behavioral issues, in

5    that setting we like to go in and do consultation

6    first, if possible.

7               If not, if things are more than -- have really

8    escalated to a certain degree that the special ed

9    director says, you know, we really need to have a

10   meeting, so we will work with a special ed director and

11   the specialty ed staff for the LEA to have a meeting on

12   the student and then the IEP committee decides

13   placement.

14         Q.   And what is your role in that process?

15         A.   I am -- I know what's going on.  I don't

16   attend those meetings unless someone has asked me to.

17              I will look over students' paperwork.  We

18   ensure that students have a behavioral intervention

19   plan that's current and it's been followed, that -- we

20   like to try to be sure everything has been tried at the

21   school before students then are met on for GNETS.

22              But even sometimes in the meeting we may come

23   with something and the IEP team decides not to send the

24   student to Cedarwood.

25         Q.   Do you come up with something at the meeting



1  that has not been tried yet?

2      A.    Yeah.

3      Q.    You said at the beginning that you don't

4  attend the meetings unless someone asks me.  Does that

5  generally include the IEP meetings?

6      A.    Yes, the psych coordinators are the

7  administrators that go do annual review meetings and

8  other IEP meetings.

9      Q.    So site coordinators.  Are they your designees

10  in that process?

11      A.    Yes.

12      Q.    And is that true for the admissions IEP

13  meetings and other IEP meetings?

14      A.    Yes.

15      Q.    Okay.  At what point in the process you

16  described is the preferred packet prepared?

17      A.    Usually when a special ed director either gets

18  in touch with me or gets in touch with the psych

19  coordinator, then we ask them to give us some

20  information on the student by filling that out and

21  sending us the information that they have on the

22  student prior to the IEP meeting.

23      Q.    Okay.  Is there a step in where -- so you

24  described you try to make sure everything has been

25  tried at the school.  Is that step you described,



 1   making sure it's been tried, done on the basis of the

 2   referral packet?

 3        A.   Yes.

 4        Q.   Okay.  And then if it passes that sort of

 5   screening stage, then would it advance to the step of

 6   an IEP meeting?

 7        A.   Yes.

 8        Q.   So you mentioned that you want to make sure

 9   they have a current IEP and that it's been followed.

10   Do you check to see whether there is an FBA?

11        A.   We do, yes.

12        Q.   Is it required?

13        A.   It is part of that, yes.  We don't have a

14   specific FBA that has to be done.  But, yeah, some type

15   of functional behavioral assessment needed to be

16   done.

17        Q.   I'm not sure I understood that.  So are there

18   different kinds of FBAs?

19        A.   There's different processes in an FBA or to

20   carry out an FBA.

21        Q.   So you're saying some FBA has to be done but

22   it could be different for different students?

23        A.   Yes.

24        Q.   And is there a requirement there be progress

25   monitoring data on the IEP implementation?



1     A.   Yes.

2     Q.   If you want to check to make sure everything

3  has been tried at the school, what would you look to

4  see that has been tried?

5     A.   That they have done an FBA, that they have a

6  behavior intervention plan, that -- we look to see what

7  types of interventions they've used, and that the

8  special ed program in the local school system has been

9  used to their full extent.

10    Q.   What kinds of interventions would that

11 include?

12    A.   It may include counseling, different types of

13 special ed services at the school or outside

14 counseling, working with doctors if a student takes

15 medication to ensure that they've been getting

16 medication like they're supposed to, that type of

17 thing.

18    Q.   And is there another document in the process

19 called a current eligibility report?

20    A.   Just a current.  There's a current eligibility

21 for students.  We want one that is current, not one

22 that there has been one done after one.

23    Q.   Is that where you told me on the report card

24 that was that column that had EBD and OHI and things in

25 it?



1        A.    Yes.

2        Q.    And how recent would current be?

3        A.    It's done within three years.

4        Q.    Is that because of the reevaluations on the

5   IEP schedule are required every three years?

6        A.    Yes.

7        Q.    Have you received guidance -- have you

8   received guidance on what -- I'm sorry.  Let me back

9   up.  Are you familiar with the GNETS rule?

10        A.    Yes.

11        Q.    I know you've been at Cedarwood a long time,

12   so was there a GNETS rule in place when you started

13   there?

14        A.    I have no idea.

15        Q.    Okay.  Do you know when it was last amended?

16        A.    It has been amended recently, but I don't --

17   and by recently would have been probably ten years, but

18   I'm really not certain what the date would be.

19        Q.    When it was amended, did you understand that

20   you had to change any of your practices in light of the

21   amendment?

22        A.    Yes.

23        Q.    What did you change?

24        A.    I believe that we changed the need for a FBA

25   to be done prior.  Most of the things that were in it



1   we already did.

2       Q.   Do you understand that to mean you already did

3   it because they were required before or you already did

4   that even though it wasn't part of the rule?

5       A.   Just because it was best practices.

6       Q.   So as far as you can remember, the addition

7   for the FBA to be done prior was the only thing that

8   changed in your practice with the amendment of the

9   rule?

10      A.   That was -- yes.

11      Q.   Are you familiar with the -- I've been calling

12  it a referral packet, but I think it has a different

13  name.  The student information -- student information

14  packet?

15      A.   Yes.

16      Q.   And are you familiar with the flow chart, the

17  GNETS flow chart?

18      A.   Yes.

19      Q.   And the guiding questions?

20      A.   Yes.

21      Q.   Do those documents together with the GNETS

22  rule, do they form the basis for the enrollment

23  determinations that you make for students referred for

24  services at Cedarwood?

25      A.   Those along within the IEP committee team



1   meeting.

2       Q.   Okay.  Are there other documents that are used

3   in the referral process?

4       A.   No.

5       Q.   So are the criteria set forth in the documents

6   we just discussed, the information packet, the GNETS

7   rules along with the guidance and the flow chart and

8   the guiding questions, are those sort of the criteria

9   that govern the enrollment decisions?

10      A.   They are guidelines.

11      Q.   All of them?

12      A.   Well, the GNETS rule is actually the major

13  guideline.  The others are just -- well, the GNETS rule

14  is the rule and these are just guidelines to help

15  follow in the process.

16      Q.   So the information packet, the flow chart, and

17  the guiding questions are guidelines to help in the

18  process?

19      A.   Yes.

20      Q.   Have you received any guidance on what the

21  word intense means with respect to the rule requiring

22  intense social emotional behavioral challenges?

23      A.   No.

24      Q.   Have you received any guidance about how to

25  assess the severity, frequency, or duration of the



1  challenges referred to in the rule?

2      A.    No specific guidance, no.

3      Q.    Have you received general guidance?

4      A.    No.

5      Q.    How about guidance about how to assess the

6  services and supports provided in the general education

7  settings?

8      A.    No.

9      Q.    And who reviews the sufficiency of the

10  services that have been provided at the student's home

11  school?

12      A.    The Cedarwood coordinator and the special ed

13  director would have conversations about it.

14      Q.    And does the coordinator report to you or does

15  the coordinator make a determination themselves?

16      A.    In most parts the coordinator and I have

17  conversations about it.

18      Q.    And then what happens after the

19  conversations?

20      A.    Then they -- we might -- the coordinator

21  themselves or I would talk to the special ed director

22  and then they would -- it would still have a meeting,

23  an IEP meeting, for the committee to make the

24  decision.

25      Q.    So you and the coordinator would together come



1    to a decision about whether you think that enough had

2    been done and convey that to the special director?

3        A.    Yes.  We would look at, to be sure, that

4    everything has been done according to the rule, that we

5    have everything there that we need, and the information

6    that we need.

7        Q.    And then you let the special ed director know

8    that the packet was, like, complete basically and then

9    the IEP meeting would be convened?

10       A.    Yes.

11       Q.    And you would not attend that part, correct?

12   The coordinator would attend that meeting?

13       A.    Right, usually.  I'm not where I can't, but I

14   generally do not.

15       Q.    And so has a student ever referred to

16   Cedarwood been denied enrollment because he or she had

17   not received sufficient support at the home school?

18       A.    I don't know.

19       Q.    Do you have a sense of how many referrals are

20   expected and how many are denied?

21       A.    Well, we don't -- we wouldn't -- when you say

22   denied, that makes it sound like someone is saying no,

23   we can't even have a meeting on this.

24            We may say you need to do this or that, you

25   know.  You don't have an FBA to back up your behavior



1    intervention plan or you've only had a behavior

2    intervention plan for two weeks.  That's insufficient

3    data.  Let's get some more data before we have an

4    meeting, that type of thing.

5        Q.    Okay.  That sounds like what's referred to

6    when the document has an action plan.  Do you call it

7    an action plan?

8        A.    No, I don't.

9        Q.    Okay.  After you meet the IEP team can --

10   would you use the word "accept" a referral to enroll a

11   student?

12       A.    We would write an IEP or amend the IEP to

13   admit the segments to GNETS, and that in itself would

14   be an acceptance, I guess.  But we don't truly do an

15   acceptance of that.

16       Q.    Okay.  You would take the steps necessary to

17   enroll the student at Cedarwood?

18       A.    Yes.

19       Q.    Okay.  And the other options include

20   identifying what further steps would be appropriate

21   before such an enrollment would be appropriate?

22       A.    Yes.

23       Q.    And is there ever anything more than that

24   like, no, we don't get it or we won't consider.

25            THE REPORTER:  I'm sorry, can you repeat the



WHITNEY BRADDOCK                                  July 18, 2022
UNITED STATES vs STATE OF GEORGIA                          112

 1  question?

 2  BY MS. TAYLOE:

 3      Q.   So you would either say here's what further

 4  information we need or is there ever a time when you

 5  say we don't accept this referral or we won't consider

 6  the referral until these other steps have been taken?

 7      A.   Yes.

 8      Q.   The latter?

 9      A.   The latter, yes.

10           MR. NGUYEN:  I'm sorry, Laura, can you pause

11  for a second.  Can we go off the record for just a

12  second.

13           THE VIDEOGRAPHER:  Off the record at 1:35.

14           (Recess.)

15           THE VIDEOGRAPHER:  We are back on the record

16  at 1:36.

17  BY MS. TAYLOE:

18      Q.   Okay.  So I used words that were not

19  consistent with your practice, but do you have a sense

20  of how many students who are referred to Cedarwood are

21  enrolled in Cedarwood versus how many are referred back

22  for additional measures before the referral would be

23  considered again?

24      A.   I really -- I don't know.

25      Q.   So if a referral is made by a special



1  education director and the referral is considered,

2  let's say, not right yet, like not enough has been

3  done, what additional supports are provided by the

4  GNETS consultation teachers or otherwise from Cedarwood

5  in order to ensure the success of the student in an

6  illustrative setting?

7      A.   We have done observations and given the

8  teacher that's having a problem with the student or the

9  team that's working with the student some suggestions

10  on ways to handle the problems that are going on, the

11  behavior problems.

12          We have gone in and worked with the staff at a

13  school to do a functional behavior assessment and

14  create a behavior intervention plan at another meeting

15  and helped them to gather the data for that functional

16  behavior assessment and through then the process of the

17  behavior intervention plan, you know, keep data on

18  that.

19      Q.   Aside from those, do you also provide training

20  to any teachers in the LEA schools?

21      A.   We have.  We have provided FBA training to

22  several school systems prior to them getting staff

23  trained.  There's FBA training modules that are online

24  now provided through Georgia State University that most

25  school systems use and can use so that they can do



1   FBAs.  But we have offered services like that for

2   training.

3        Q.   And is this process followed for every student

4   who enrolls in Cedarwood?

5        A.   If a student is a move-in from another GNETS,

6   then we serve them according to their current IEP.

7        Q.   Can you tell me what move-in means?

8        A.   Okay.  So someone was in another school system

9   not served by Cedarwood and they were being served by a

10  GNETS program in that school system.  And they moved to

11  one of our counties, and their IEP says X number of

12  segments at a GNETS program we follow that IEP.

13       Q.   So there's no consideration to if the county

14  the student moved to has additional supports that were

15  not available in the prior district that that could be

16  looked at before enrollment in GNETS -- in Cedarwood?

17       A.   No, we to look at that also.  Yes.

18       Q.   How would you look at that if the referral

19  process isn't used?

20       A.   Well, we would -- when you have a move-in

21  student and the school system wants to do like a

22  transfer IEP, so they take ownership then of the IEP.

23            We might look at what was going on with the

24  student in the other GNETS, and I might call or the

25  coordinator of the site would call the other GNETS to



1    talk to their coordinator or director on what was going

2    on with the student.

3           And then they might not be like full-time

4    GNETS or, you know, it just depends on the situation.

5    Every situation is different.  But we do generally do a

6    transfer IEP meeting so that we can gather information

7    on the student and what was going on.

8        Q.   So the default placement would be in Cedarwood

9    if they were in a different GNETS program before

10   moving, and then there might be some flexibility

11   afterwards to reduce it if a subsequent IEP meeting

12   suggests otherwise?

13       A.   Yes.

14       Q.   So is a move-in situation the only time this

15   referral process we've been discussing would not be

16   used in enrolling a student?

17       A.   There have been situations where a student's

18   behavior is very severe and where we've taken students

19   without checking all of the boxes in order to get them

20   in.  We don't do emergency placements, but it would be

21   almost an emergency-type placement.

22           And then while we had them, we would make sure

23   everything else had been done.  But all students have

24   an IEP and are served in special ed before we would

25   ever even look at them.



1    Q.   How often would you say these kinds of

2    nonemergent but nonstandard admissions happen?

3    A.   Very seldom.

4    Q.   Does anybody in the Georgia Department of

5    Education have a role to play in these decisions, these

6    admissions or enrollment decisions?

7    A.   No.

8    Q.   Do they have a role in transferring records

9    from school to school or program to program?

10   A.   No.

11   Q.   I'm going to mark as Exhibit 253 (sic) a

12   document from the State GA00013594.

13        MS. HERNANDEZ:   I did have one question for

14   you, Laura.   It cut out.   You said, "Does anyone from

15   the blank participate in."   It was your last question

16   and I didn't hear it, if either you or the court

17   reporter can read that back.

18        MS. TAYLOE:   Georgia Department of

19   Education.

20        MS. HERNANDEZ:   Gotcha.   Okay.   Thank you.

21        (Plaintiff Exhibit 254 marked.)

22   BY MS. TAYLOE:

23   Q.   Okay.   And I'm giving you control,

24   Ms. Braddock.

25   A.   Okay.   You would think by now I would have



1  figured out how to do it.

2      Q.   I'm the same pre-tech generation you are, so

3  no judgment from me.  I think if you scroll the control

4  bar on the right, it works better.

5      A.   The problem is when I get all the way on the

6  right to scroll, I can't see what's on the left and

7  then have to get back down there.  So is this -- okay,

8  here we go.

9      Q.   There might be a way to fit it to screen, too,

10  if it's not all on one screen for you.

11      A.   Let me try.  There we go.  Okay.  All right.

12  What's your question?

13      Q.   Do you recognize this document?

14      A.   Yes, I do.

15      Q.   Can you -- for the record, it involves an

16  email exchange between Whitney Braddock and Vicky

17  Cleveland.

18          And your message to Vicky is, "I sent a

19  request for a student transfer in i-Ready in the portal

20  earlier this week.  I was just double-checking to be

21  sure that you knew the request was there.  I have

22  teachers asking about the student."

23          Is that accurate what it says?

24      A.   Yes, it is.

25      Q.   Can you explain what was happening here?



1      A.    Okay.    A student was a move-in from another

2    GNETS to our program.    And we used the i-Ready program

3    for reading and math remediation.

4           And if a student was at another GNETS and they

5    were using i-Ready, when they moved to us so that they

6    don't -- so the continuity of using this program, the

7    DOE actually has the ability to transfer students from

8    one GNETS to another within this program, the i-Ready

9    program.

10     Q.    Okay.    What did you mean teachers asking about

11   the student?

12     A.    Well, I had teachers wanting to know when the

13   student can start using i-Ready because he hadn't been

14   transferred into our i-Ready program yet.

15     Q.    So he was already in Cedarwood classes --

16     A.    Yes.

17     Q.    -- but not able to access --

18     A.    i-Ready.    I'm sorry, I'm talking over you.

19     Q.    And is that the only circumstances in which

20   the Department of Education would get involved in a

21   transfer to access records?

22     A.    Yeah, for the i-Ready records.    Yes.

23     Q.    How many new students would you say are

24   enrolled in Cedarwood on average each year?

25     A.    It really depends on the year.    It changed and



 1  there's not a consistent answer that I can really give

 2  you.

 3        Q.   Okay.  Do you have a kind of range?

 4        A.   10 to 20 maybe.

 5        Q.   10 to 20 new students?

 6        A.   New or move-in students, and I may be high.

 7        Q.   Would that be more consistent with before the

 8  declining enrollment you've been speaking of?

 9        A.   Probably.

10        Q.   Let me ask it a different way?

11        A.   Okay.

12        Q.   You provided us some charts that were called

13  intake charts.  Would intake mean -- what does intake

14  mean?

15        A.   Well, it just means that the school has

16  contacted us for some type of service with this child.

17  Either they've moved in from another GNETS program or

18  they're doing the referral or they want us to help out

19  with observations or functional behavior assessments or

20  that type of thing.  It's not the classic definition of

21  intake.

22        Q.   Okay.  So it's not necessarily students who

23  are enrolled.  It's students -- sorry, students that

24  LEAs have reached out to you about?

25        A.   Yes.



1    Q.   Okay.  I'm going to ask to be marked as

2   Exhibit 255, an Excel spreadsheet that was produced as

3   FY21 student info chart, and its reference number is

4   000146.

5        (Plaintiff Exhibit 255 marked.)

6   BY MS. TAYLOE:

7    Q.   And this is not redacted because there does

8   not appear to be any personally identifiable

9   information in it, but it is a very large spreadsheet.

10  So I'm definitely going to give you control and you can

11  zoom and enlarge it if you wish.

12       Can you see this document?

13   A.   I can.  I want to change my settings here.

14       (Witness reviewing document.)

15       THE WITNESS:  Okay.

16  BY MS. TAYLOE:

17   Q.   Are you familiar with this document?

18   A.   Yes and no.

19   Q.   Can you explain that?

20   A.   I know it's a document that I submitted and

21  I'm sitting here trying to figure out what its use was

22  for, and I don't recall.

23   Q.   Is it something that your coordinators may

24  have prepared in response?

25   A.   It's something that -- it may be something



1   actually that the Georgia Department of Education asked

2   for us to complete for them.

3       Q.   Do you remember when it was completed?

4       A.   I don't.

5       Q.   Do you know what they might have -- did they

6   often ask you to complete documents like this?

7       A.   No.  And if you want my speculation is that it

8   was in preparation for this lawsuit.

9       Q.   Okay.  When you produced it, it says FY21's

10  student info chart.  And we've been trying to figure

11  out calendar years and fiscal years for a while on our

12  end.  If it says FY21 that would cover --

13      A.   2020/2021.

14      Q.   So fiscal year 2021 is 2020/2021?

15           MR. NGUYEN:  School year.

16           THE WITNESS:  That school year, yes.  That

17  school year.

18  BY MS. TAYLOE:

19      Q.   Okay.

20      A.   Okay.  So as I sit here looking at this, the

21  Georgia DOE, Vicky Cleveland, sent GNETS' directors a

22  Google form to fill out on each student.

23           And this was the -- once all the Google forms

24  had been put together, this was all the information

25  that I submitted to them in an Excel form.  It probably



1  came out as a Google Sheet and then I saved it on my

2  computer as a Google form.

3      Q.   So this is a compilation of all the forms you

4  completed on individual students?

5      A.   Yes.

6      Q.   Okay.  So the first thing I want to confirm is

7  that the codes here are the same ones as we described

8  before.  Like, EBD is still Emotional Behavioral

9  Disability?

10     A.   Yes.

11     Q.   Okay.  ASD is Autism Spectrum Disorder?

12     A.   Yes.

13     Q.   There's a list here as primary eligibility and

14  there's a separate column for secondary eligibility and

15  also a column for medical diagnosis.  Can you explain

16  the differences among them?

17     A.   So primary eligibility would be the first

18  eligibility for a student, the one that primarily needs

19  to be addressed.  Some students may have a secondary

20  eligibility also.

21          And then a medical diagnosis would be if there

22  was some type of medical diagnosis that we knew of for

23  this -- for each student.

24     Q.   Okay.  So why are epilepsy and traumatic brain

25  injury considered eligibilities?



1      A.   I know that TBI is an area of eligibility.  I
2  don't think that epilepsy is an eligibility category.
3      Q.   Okay.  You have control I think.  One of them
4  has eligibility listed with no secondary eligibility.
5      A.   Most of the students don't necessarily have a
6  secondary eligibility.  You might have a student that
7  has a primary eligibility of EBD and then possibly
8  speech as a secondary eligibility.
9           It could be something else, but not all of our
10  students, and not many of them I don't believe, have
11  secondary eligibility.
12      Q.   Okay.  So I know we talked before about the
13  sites.  There's some classrooms that are primarily for
14  students with intellectual disability and/or autism
15  spectrum disorder.  Is that correct?
16      A.   Yes.
17      Q.   Other than that, are there any other -- is
18  there any other differentiation made for instruction
19  for students with such disparate eligibilities?
20      A.   Their instruction is based on their needs
21  identified and their IEP and their goals and objectives
22  with that and then that's what the IEP looks at and
23  then whatever the gray-level standards that they should
24  be taught for that also.
25      Q.   So just to be clear, then there could be



1  students in one class, say, at the middle school range
2  of classes that includes some students with severe
3  developmental delays and others with no developmental
4  delays both because they have behavioral challenges?
5      A.    There could be but not in a middle school
6  class with SDD.  SDD is changed to another eligibility
7  area I think by their ninth birthday, I think.
8      Q.    Okay.  I didn't know that.  But there could be
9  an element?  Is SDD an elementary formal designation
10 then?
11     A.    Yes.
12     Q.    Okay.  So you could have an elementary class
13 that has students with SDD and students who are on
14 grade level but have behavioral challenges in the same
15 class?
16     A.    Yes.
17     Q.    Okay.  All right.  I'd like to take one
18 student as an example.  Can you scroll to Row 14?
19     A.    I'll give it a go.  I don't know where I am
20 yet.  I may have found the magic bullet with this.
21 Okay, 14; is that correct?
22     Q.    That's correct.  Okay.  And so -- you can't
23 see the headings on it, but Row G is -- Column G is the
24 primary eligibility.  Can you see what his primary --
25 his or her, I don't know -- the student's primary



1  eligibility is?

2      A.   It looks like autism.

3      Q.   And can you read what's in Column F about

4  behaviors?

5      A.   Student moved with his family to Tattnall

6  County from out of state in August 2019.  He had

7  previously been served at a high school that had a

8  program for students with autism.

9      Q.   Can you explain to me what the basis for this

10 student's enrollment in GNETS is?

11     A.   The school that he moved to in Tattnall

12 County, that system was not able to -- his behaviors

13 were very severe and the school that he had been at had

14 a program for students with autism but Tattnall County

15 did not.

16     Q.   So even though severe behaviors are listed in

17 some of the other students' entries, it's not listed in

18 this one, but you're saying that was the basis for his

19 enrollment?

20     A.   That's what that says and, yes, that's what

21 I'm going to go with.  I don't know what student it

22 is.

23     Q.   I'm sorry, it sounds like you did know when

24 you were saying the school he moved in and his

25 behaviors?



1    A.   That's just what I was drawing from what this

2 is about the student moving.

3    Q.   Okay.

4    A.   What I can tell you is that our students with

5 autism all exhibit severe behaviors.

6    Q.   Can you scroll across to Column M, which is

7 about the FBA, the existence of a FBA.

8    A.   So I'm not certain what column it is.

9    Q.   So we're still on Row 14, Column M.

10    A.   So is it the one after where it says special

11 program for students with autism out of state

12 self-contained?

13    Q.   Yes.

14    A.   Okay.

15    Q.   So this column -- if you want me to take

16 control back, I can scroll up and show you that's the

17 column for FBA and it says no.  So the student did not

18 have an FBA on record when he was enrolled?

19    A.   That is correct.

20    Q.   And Column Q has the F -- I'm sorry, the VIP

21 date, which is almost 19 months prior to his

22 enrollment.  Is that correct?

23    A.   Yes.  That would have come from the school

24 that he was at prior.

25    Q.   Okay.  So how is it that a student with no



1   documented behavior issues and no FBA and an out of

2   date BIP moved from out of state would be enrolled in

3   Cedarwood?

4        A.   Because I don't know exactly what this -- who

5   this student was or what was going on, it is my

6   assumption that this -- when this student's parent

7   registered them in Tattnall County schools, they either

8   told the school system that this child had severe

9   problems or when Tattnall County School Special Ed

10  Director or her designee got in touch with the school

11  that the child was coming from, they told them that

12  this child had severe behavior problems.  And that

13  would be where that would come from.

14       Q.   So there would be no further, you know,

15  referral process or review of the behaviors or the

16  ability of the local school to meet those needs?

17       A.   Yeah, what I would say is that they -- my

18  guess is if I knew, you know, what this was, was that

19  they reviewed the records and then looked at

20  conversations with the parent and then made that

21  decision at an IEP meeting that a student would then be

22  served by Cedarwood.

23       Q.   When you say they reviewed the records, who

24  are you saying?

25       A.   That would have been the special ed director.



1   Maybe the special ed person at Tattnall County High

2   School and then the Cedarwood coordinator.

3       Q.   Okay.  So they would review the parents'

4   reports of behaviors and they can determine

5   recommendation based on that?

6       A.   They would also review the records that they

7   got from the school that the child was transferring

8   from.

9       Q.   And would all that be presented to the IEP

10  team?

11      A.   Yes.

12      Q.   And your coordinator would be presumably on

13  the meeting when that was considered?

14      A.   Would definitely have been there, yes.

15      Q.   Okay.  And would you have any expectations

16  about whether your coordinator would find that

17  information sufficient basis for enrollment?

18      A.   I wouldn't have any questions about that, no.

19  And my guess is that the coordinator or the special ed

20  director, one, talked to me about it prior to the

21  placement or the meeting that they had.

22      Q.   And you would have approved that, finding it

23  consistent with the GNETS rule?

24      A.   I would have approved to go along with the IEP

25  committee and for what would best serve the



1   institute.

2       Q.    Okay.  In this chart, there are 56 student

3   entries.  Would it surprise you to learn that 21 of

4   them have a "no" in the FBA column?

5       A.    Yes, that would surprise me.

6       Q.    Why?

7       A.    Well, that's one of the things that we look

8   for.  But the question may have been did we have the

9   FBA in hand.

10          We might have documentation that an FBA had

11  been done, but we didn't get that documentation from

12  the school, so that's why there would be a no, there.

13          But it would surprise me that if there was

14  absolutely no FBA ever done, it's just that we didn't

15  have it.

16      Q.    So if there was an FBA that had been done but

17  you didn't have it in hand, how would a determination

18  be made about its, you know, efficacy?

19      A.    There could have been a document attached to

20  the behavior intervention plan that said was an FBA

21  been done, click yes.  And it would have, you know, it

22  would have been marked as yes and there could have even

23  been a date there as to when it would have been done.

24  Just the documentation of the FBA we may not have had

25  in hand.



 1          THE VIDEOGRAPHER:  And, Laura, I've got about

 2     five minutes.

 3          MS. TAYLOE:  I'm sorry?

 4          THE VIDEOGRAPHER:  I've got about five minutes

 5     on the Media 2.  I apologize.

 6     BY MS. TAYLOE:

 7     Q.   Okay.  So in that case you would feel

 8     comfortable relying on the summary or whatever

 9     documentation you've got from some intermediary about

10     the contents of the required documentation?

11     A.   Yes.

12     Q.   Okay.  And would it also surprise you that of

13     the 21 who had no FBA, five of them also did not have a

14     behavior intervention plan in place?

15     A.   Yes.  That would definitely surprise me.

16     Q.   Do you have any idea why that might be?

17     A.   I do not.  But what I can tell you is that

18     when their IEP was rewritten for them to come to

19     Cedarwood, a behavior intervention plan would have been

20     written.

21     Q.   So they may not have had one to begin at

22     GNETS, but they would have gotten one at some point?

23     A.   Yes.  And if they didn't have an FBA, they

24     would have gotten an FBA also.

25     Q.   What's the time frame?  How long would it take



1  after enrollment for an FBA as a VIP could be in place?

2      A.   That is difficult to say.  There are some FBA

3  that we collect.  It just depends on the behaviors that

4  we're looking at and how they show themselves.

5      Q.   Do you think some behaviors are less frequent

6  and some may be harder to capture?

7      A.   Possibly.  There's also what could be known as

8  the honeymoon period where when students come in, you

9  don't see the behaviors that you saw for about a week.

10 And so we might start an FBA and have to then go back

11 and do it again.  So that may take a little longer.

12     Q.   Okay.  So the last question on this and then

13 we'll stop.  When this document was compiled, did

14 anyone review it to, you know, check for compliance or

15 was it just passed on to DOE without review?

16     A.   I had the staff at each site to do a form that

17 I could then use to input this into that.  So I'm the

18 one that input it, so I saw all of those things.

19          It most likely spurred conversations about the

20 reasoning why each student, the answer would have been

21 for those.  But at this point I couldn't tell you what.

22 I don't remember the conversation.

23     Q.   Okay.  All right.  If you want to take a break

24 for the recording, we can stop now.

25          THE VIDEOGRAPHER:  This is the end of Media 2



 1   in the deposition of Director Whitney Braddock.  We are

 2   off the record at 2:16.

 3           (Recess.)

 4           THE VIDEOGRAPHER:  This is the beginning of

 5   Media 3 in the deposition of Director Whitney Braddock.

 6   We are back on the record at 2:22.

 7   BY MS. TAYLOE:

 8       Q.   Okay.  I kind of hurried through the last

 9   little bit because of the recording, so I want to back

10   up just a minute.

11           What did Ms. Cleveland tell you about, tell

12   you meaning all the GNETS instructors, when she asked

13   for the forms to be completed?

14       A.   I don't really remember, just that we needed

15   to complete them by a certain date.  But I don't

16   remember the explanation that she gave.

17       Q.   Do you know what she did with them after they

18   were sent back?

19       A.   I don't.

20       Q.   Did she reach out for any further

21   clarification or further information?

22       A.   Not that I can recall.

23       Q.   What did you tell the folks who were gathering

24   the data for you?  What did you tell them it was for?

25       A.   I needed this for Vicky.



WHITNEY BRADDOCK                                          July 18, 2022
UNITED STATES vs STATE OF GEORGIA                              133

1    Q.   That's fine.  Okay.  And I asked about
2    clarification.  But to be complete, did she make any
3    requests in terms of doing something differently or
4    changes or anything else after receiving the
5    information?
6    A.   I don't recall that.
7    Q.   Okay.  Now I'm going to move on to the exit
8    side of the process.  So what are Cedarwood's goals
9    with respect to exiting students?
10   A.   We want to exit students as soon as they can
11   possibly be successful back in a less restrictive
12   environment.
13   Q.   And do you conduct any analysis about whether
14   these goals are met?
15   A.   We keep data on their IEP goals and look at
16   that.  We look at their behaviors, any discipline
17   referrals, attendance, if a student was having
18   attendance problems.  We look at that to see if that's
19   improved.
20        We just look for around overall improvement
21   and look at the data based on, you know, how they're
22   doing on their behavior goals, if they're meeting them.
23   Q.   And you said earlier that you don't track the
24   length of stay.  Why is that?
25   A.   Just never have.



1    Q.   How could you meet your goal if having

2    students exit as soon as they could possibly be

3    successful in the LRE without at least tracking how

4    long they've been in GNETS?

5    A.   I'm not -- to me, I don't believe that the two

6    are really connected because if you were at GNETS for a

7    nine-week period and we look at those goals at the end

8    of that nine-week period and you've met all your goals,

9    then you're ready to go back or start a transition

10   back.

11        But if you have never met any of those goals

12   and your behaviors and your situation has either

13   declined or stayed the same, then you're generally not

14   ready to go back.  But we look at placement every year

15   at an annual review meeting with a committee.

16   Q.   So there's no difference in how they're

17   evaluated.  Do you look at the student after a year to

18   see whether they've met their goals in the same way as

19   you look at a student who's been there for nine years

20   to see if they've met their goals?

21   A.   Each nine weeks we look at the data that we've

22   collected and report that data back to their schools,

23   their parents, and the special ed director.

24   Q.   Okay.  I understand that.  But I'm asking if

25   the criteria might not be, you know, worthy of



1  reevaluation if a student hasn't been able to meet

2  goals for nine or ten years, wouldn't that prompt a

3  discussion about whether something different should be

4  tried or the goals are realistic or not?

5      A.   Well, the goals may actually change throughout

6  as we look at -- behavior goals would change if

7  different behaviors came up and we did an FBA or

8  changed a behavior intervention plan for those goals or

9  looked at other goals that are interfering behaviors.

10         But just because a student came in with some

11  certain X, Y, Z goal for behavior and they have not had

12  that same goal for ten years, as children age there's

13  going to be differences and needs for change, which are

14  done during the IEP meeting.

15      Q.   Okay.  Well, that's a good time for me to ask

16  sort of more generally what are the exit or transition

17  criteria for students?

18      A.   Each student is different so we look at

19  behavior goals when they are referred, the referring

20  behaviors, and generally start with that and look at --

21  a lot of times it's did the student meet this goal 80

22  percent of the time.

23         It varies for different students, but in

24  general we usually look at about 80 percent of the time

25  of success on a goal.



1    Q.    Okay.   So I understand that you're saying how

2  behaviors would change over time, but I understand --

3  how would revising the goals be communicated to the

4  student so it doesn't feel like moving the goalpost?

5        Do you know what I mean?

6    A.    The students know what their goals are, and

7  they know that we keep data on those goals.   And

8  depending on the age and the ability and the

9  understanding of a student, we would -- you know, the

10  teachers go over their goals with them and talk to them

11  about how they're doing and what they need to do with

12  it.   The counselor may do that also.

13    Q.    So have you encountered students who have

14  successfully remediate one undesirable or problematic

15  behavior but replace it with a different one and then

16  have them set a new goal?

17    A.    That could happen, yes.

18    Q.    Okay.   So you said you do this every year.

19  Who assesses when a student is ready to transition to a

20  less restrictive setting?

21    A.    The teachers at the school and the

22  coordinator.

23    Q.    And is that part of an IEP meeting or is that

24  a separate meeting?

25    A.    It's not even really a meeting, but they may



1  be like, hey, student X is really improving on this,

2  that, or the other.  Here's what their goals are.  And

3  then an IEP meeting would be scheduled for it to

4  discuss that.

5        Q.   Okay.  I'm asking about the conversation about

6  when they're ready to transition to a less restrictive

7  setting.  That's not even a meeting?

8        A.   No, it's not a meeting.  You have -- you would

9  call an IEP meeting to discuss it further down, you

10  know, what the appropriate thing would -- placement

11  would be.

12       Q.   So you're saying that the goals might be

13  revised in between IEP meeting times.  But the question

14  about transitioning, would that be raised separately

15  also or only at the time of the IEP meeting?

16       A.   The goals generally are not changed just

17  arbitrarily, and we would usually have some type of a

18  meeting if we have done another FBA and need to do

19  another behavior intervention plan.

20            So it would be a committee meeting to make

21  changes to the behavior intervention plan and the IEP.

22  And then like a parent could come in and say, look, my

23  child's behaviors are doing better.  When are we going

24  to, you know, I want a meeting.

25            And so we'll plan a meeting and then discuss



1  the data at the meeting and make those decisions based

2  on that.

3       Q.   Okay.  So is data collected towards such a

4  determination all the time or only at periodic

5  intervals?

6       A.   Data is collected every day.

7       Q.   So any time somebody thought this child might

8  be ready for transition, staff, teachers or the

9  coordinator, somebody could look back over data and see

10  whether, in fact, the behaviors are improving or

11  whether they're meeting the 80 percent target?

12       A.   Yes.

13       Q.   And so the only part I'm still not

14  understanding, though, is there a structured time to

15  consider that?  Like say, okay, now I'm going to talk

16  about this student, whether this student is ready to

17  move to a less restrictive setting.

18       A.   At the end of each grading period, so that

19  would be each quarter, the data that's collected is put

20  together and a report is put out showing how well each

21  student has done on each of their goals.

22            So I suppose the answer to your question is

23  that quarterly at grade time it's looked at.  But also

24  the answer to your question is there doesn't have to be

25  a set time.



1    Q.    Well, so at quarterly the information is

2    compiled, but there's not a process by which somebody

3    looks at it and says, okay, these five students have,

4    you know, met the 80 percent target; we should talk

5    about transitioning them?

6    A.    There's not a specific meeting that happens

7    for that.  When you only have three or four classrooms,

8    you don't necessarily have to have a meeting with the

9    small number of students and the small number of staff

10   that we deal with that we have.

11   Q.    Right.  I understand there's not a meeting,

12   but is there a person who's tasked with looking over

13   that data to see if some students are meeting those

14   targets?

15   A.    The coordinator at each site.

16   Q.    Coordinator.  Okay.  And do they do that every

17   quarter?

18   A.    Yes.

19   Q.    And do they report to you?

20   A.    If they need to.  They don't necessarily

21   report to me on each student.  But if they have

22   questions about it, then they do.

23   Q.    So there's no documentation that shows that

24   this has been reviewed and how students are doing or

25   which ones are ready to transition or ready for



1   consideration of transitioning?

2       A.   No.

3       Q.   And I hate to come back to this, but I'm just

4   trying to reconcile.  Are you saying it's a small

5   school and there's not that many students and all this

6   is looked at quarterly.

7           But even with that you aren't able to give me

8   an estimate of what you think the longest time a

9   student has been at Cedarwood is?

10      A.   I just don't know.

11      Q.   Okay.  All right.  I want to ask a little bit

12  about the continuum of services.  Do you know what I

13  mean when I say the continuum of services?

14      A.   Yes.

15      Q.   Can you tell me specifically which supports or

16  services Cedarwood provides to children still enrolled

17  in the participating LEAs?

18      A.   Okay.  I don't really understand your

19  question.

20      Q.   We talked about it a little bit.  I just want

21  to explore sort of -- we talked about observations

22  maybe in giving some advice to teachers about ways to

23  handle behaviors.

24          But are there other services that Cedarwood

25  staff do for students in the LEAs?



1        A.    No, not nothing that's, you know, every

2    student gets this, no.

3        Q.    How about exit students?

4        A.    Right.

5        Q.    What do they get?

6        A.    They get follow through and if there is a

7    need, then we will go and try to meet the need with the

8    staff at the LEA.

9        Q.    And how would you -- is there a way to

10   estimate the ratio of staff time on helping students

11   stay in the general education setting versus the amount

12   of time GNETS' staff spends on-site?

13       A.    I don't know a ratio, no.

14       Q.    When I use that sort of shorthand with the

15   consultative teachers who we talked about before, they

16   spend time in the general education settings when

17   they're not doing substitution work.

18             Is that correct?

19       A.    No.

20       Q.    No?  Oh, what did I get wrong?

21       A.    You asked did the consultant teacher spend

22   time in the generalized setting doing substitution

23   work?  No, they don't.

24       Q.    No, but they're in the general substitution

25   setting except for when they're doing substitution work



1  at the sites?

2      A.   No.  They may be -- it just depends on the

3  need.  If a student -- if our students that are back in

4  the general education settings are not having any

5  problems and the school has not asked for any help,

6  then they are not -- they are doing that.

7      Q.   Okay.  So in those cases, they would be

8  working with students at Lyons or Statesboro?

9      A.   Yes, yes.

10     Q.   Okay.  Is there anybody besides the consultant

11 teachers who would provide services in the general

12 education setting?

13     A.   The coordinators do and have, and some of our

14 teachers that may know the student or have experience

15 may go to the school to do that also.

16     Q.   So as needed the consultative -- I'm sorry --

17 the consultant teachers, the coordinators, and

18 sometimes teachers might spend time in a general

19 setting.  But the rest of instructional and therapeutic

20 support would be provided on-site?

21     A.   Yes.

22     Q.   Okay.  And so I want to go through the level

23 of the continuum and ask whether Cedarwood offers

24 them?

25     A.   Okay.



1    Q.   Do you offer school -- I'm sorry, do you offer

2    services for students in a gen ed setting in his own

3    school?

4    A.   Consultative services but no direct

5    services.

6    Q.   Okay.  How about pull-out for part of the day.

7    A.   Yes.  We have students that are part with

8    Cedarwood and part in their LEA.

9    Q.   Well, that's different.  I'm going by the

10   GNETS rule.  So Section 2 says -- I think this means

11   if my understanding -- and correct me if this is

12   wrong -- is the first level in the continuum is sort of

13   a push-in into a Gen-Ed class where services are being

14   provided in the Gen-Ed class.

15       And the second one sounds like you're still in

16   the Gen-Ed school but you're pulling students out to

17   provide them with services.  Does Cedarwood do that?

18   A.   No, we don't.

19   Q.   Okay.

20   A.   We're site-based programs, so we're not based

21   in a school.

22   Q.   But when you go -- when your staff go to

23   Gen-Ed settings to provide support, do they do it in

24   the -- is it a push-in model where they're in the

25   classroom with the students or do they pull the



1   students who require extra support out of the

2   classroom?

3        A.   It could be either.

4        Q.   Okay.  And then do you offer services for

5   GNETS classroom for part of the day?

6        A.   Yes.

7        Q.   Do you understand what the term GNETS

8   classroom is?

9        A.   Well, we have students -- again, my

10  interpretation of that is that students are with

11  Cedarwood for part of the day and then returned to

12  their LEA for another part of the day.

13       Q.   Okay.  I'm sorry, I should have gone through

14  these terms first then.  As the GNETS rule describes

15  the classroom, it means a self-contained classroom in a

16  Gen-Ed setting for GNETS students.

17       A.   Right.  We don't have that.

18       Q.   Okay.  Continuum No. 3, GNETS classroom for

19  part of the day Cedarwood does not offer that?

20       A.   No.

21       Q.   And so No. 4, GNETS classroom for the full

22  day, does Cedarwood offer that?

23       A.   Yes.

24       Q.   The classroom member is a self-contained class

25  in a public -- in a Gen-Ed setting?



1      A.   No, then we don't offer that.  No.

2      Q.   Okay.  Does Cedarwood offer GNETS center for

3  part of the day?

4      A.   Yes.

5      Q.   And No. 6 is GNETS center for the full day?

6      A.   Yes.

7      Q.   Okay.  So since I didn't define the terms in

8  advance and I kind of muddied it, so you offer push-in

9  services in the Gen-Ed setting.  That's one in the

10  continuum.  And you offer the GNETS center for part of

11  the day and GNETS center for the full day in the other

12  continuum.

13          Is that correct?

14      A.   Yes.

15      Q.   And you don't offer the classroom or the

16  pull-out options in the middle of a continuum; is that

17  correct?

18      A.   That's correct.

19      Q.   Okay.

20      A.   The first one that you said is not something

21  that is actually put into the IEP and given segments

22  though.

23      Q.   I understand.  It's to help students remain in

24  the Gen-Ed setting?

25      A.   Yes.



WHITNEY BRADDOCK                                       July 18, 2022
UNITED STATES vs STATE OF GEORGIA                                146

1    Q.   Yes.  And those are the ones we talked about

2    before, right, the observation to them with the FBA and

3    data collection in all those services?

4    A.   Uh-huh.

5    Q.   Okay.  All right.  Now, I want to talk a

6    little bit about the therapeutic services offered at

7    Cedarwood.  And we've talked about some of these so

8    it's going to take me a little bit of time going

9    through my notes because we've covered some things

10   already.

11        Some of the ones you've identified already are

12   Mind Set and LSCI and you've talked about PBIS.  Are

13   there other services besides PBIS, Mindset, and LSCI

14   that are the therapeutic services besides those that

15   are offered at Cedarwood?

16   A.   We have a counselor.

17   Q.   And how many students?  I'll start with that.

18   How many of Cedarwood students do you think have

19   permission to and meet with the counselor?

20   A.   I would say approximately 75 percent.

21   Q.   And so how frequently on average would they

22   meet with a counselor?

23   A.   It depends on the need of the students.  So

24   once a week, once every two weeks.  If the counselor --

25   if a student needs a counselor and they want to see the



1   counselor, they can ask.

2          And then even if, like, on when our counselor

3   is at our Lyons site and a Statesboro student really

4   needed to talk to the counselor, we can do like a Zoom

5   meeting or that kind of thing to allow them to talk or

6   use the phone.

7          The counselor sets his schedule himself based

8   on students who are good counseling candidates and

9   their needs.

10   Q.   When you said 75 percent -- I asked a compound

11   question, so I'm going to try to clear up my question.

12   I asked had permission to and see the counselor and you

13   said 75 percent.

14          Are there students who have permission who

15   don't see the counselor?

16   A.   There are students who have permission and

17   will refuse to see the counselor.

18   Q.   Oh, how does that happen?

19   A.   They don't -- they don't want to talk.  They

20   don't want to be a part of it.

21   Q.   And how does that -- so how would you break

22   out, in terms of that 75 percent, how many have

23   permission to see the counselor and how many actually

24   see the counselor?

25   A.    I would say about 75 percent of our students



 1 | actually see the counselor.

 2 |     Q.    And something somewhat smaller than that have

 3 | permission?

 4 |     A.    Yeah.  Most of the students do have

 5 | permission.  There are some parents who won't give

 6 | permission because they see a different counselor.

 7 | There are also parents who just absolutely refuse to

 8 | sign for their child to see a counselor.

 9 |     Q.    Okay.  So of the 25 or so percent who aren't

10 | seeing Cedarwood's counselor, some are seeing a

11 | different counselor and some aren't getting any

12 | counseling?

13 |     A.    Yes.

14 |     Q.    Okay.  So LSCI, Mind Set, PBIS counseling.

15 | Are there other -- oh, when you said 75 percent see the

16 | counselor, is that -- that's, you said, Cedarwood's

17 | counselor, right?

18 |     A.    Yes.

19 |     Q.    So others -- students are seeing other

20 | counselor.  Some of them are seeing them on-site and

21 | some are seeing them off-site we saw from the other

22 | document.  Correct?

23 |     A.    Yes.

24 |     Q.    But that's all within the other 25 percent?

25 |     A.    Yes.



1        Q.    Okay.

2        A.    I mean, some may see all three.

3        Q.    Is there any coordination, if that's the case,

4    do you know if -- is it Mr. Mullis --

5        A.    Mullis.

6        Q.    -- Mr. Mullis have contact with the other

7    counselors or know when they're meeting with other

8    counselors?

9        A.    Some of them he does.  Some he would not, but

10   ones that he would come in contact with when they came

11   to the school or if it was virtual, he may, you know,

12   if he was there when that was going on would step in

13   and meet them.  There's no formal type of coordination

14   between them.

15       Q.    Okay.  I want to ask you about some other

16   things that are mentioned in the grant application

17   because I don't know if they're therapeutic services or

18   what they are.  And you can let me know what they are.

19   There's something with the Care Partners?

20       A.    Okay.  So Care Partners is an agency.  It's

21   called an IFFY service, Intensive Family -- I don't

22   know.  It's generally like if a student has been in a

23   hospitalization, they may be referred to Care Partners.

24            But we actually have worked with Care Partners

25   for years and they will -- they do their own -- we'll



1    refer them to students for Care Partners, and then they

2    do the intake with the parent and they see the student

3    at Cedarwood, but they do their own billing through

4    insurance and Medicaid to see students.

5            They also have a family person that meets with

6    families and they do doctor's visits through telemeds,

7    and a lot of times their family person will arrange to

8    have the parent come in to Cedarwood to do the doctor's

9    visit with the student right there at school.

10           And then the doctor does medications or

11   whatever else they need to do to prescribe that.  So we

12   facilitate that and that's what Care Partners is.

13       Q.   Okay.  So it's counseling, it sounds like,

14   with some medication management and some other family

15   services?

16       A.   Yes, yes.

17       Q.   Okay.  And so is that something you have --

18   it's funded through the family, so you provide this

19   base for it, but you don't --

20       A.   Right.

21       Q.   -- you don't need to organize it or

22   orchestrate it or anything?

23       A.   No.  It doesn't cost us anything, and we

24   provide space and cooperation with them.

25       Q.   Okay.  And then there's reference to other



1   Pineland Mental Health and other corps providers.  It

2   also mentions IFFY again, which I don't know what it

3   means or stands for either.

4        A.   It's intensive family some kind of -- I don't

5   know.  But Pineland Mental Health is the Department of

6   DBHDD.

7        Q.   DBHDD.

8        A.   There you go.  That's who Pineland is.

9        Q.   So they're contracted through DBHDD to provide

10  services?

11       A.   They are part of DBHDD.  They're the mental

12  health services in this area.

13       Q.   Oh, are you familiar with the term Community

14  Service Board?

15       A.   Yes.  They're part of the CSB.

16       Q.   Okay.  And so what do they do?

17       A.   Those are more -- they provide counseling

18  services for students at their office.

19       Q.   At Pineland?

20       A.   At Pineland, yes.  That's initiated by parents

21  and the parents keep up with those appointments.

22       Q.   Okay.  And then the last one there's a

23  reference to LIPT.  Can you see what that is?

24       A.   The Local Interagency something team.  So it's

25  where the agencies in the area for a county get



 1  together and talk about kids who are high fliers or
 2  involved with more than one agency.
 3          So it could be Department of Public Health,
 4  Department of Family and Children Services, the DBHDD.
 5  Students that are having issues, Department of Juvenile
 6  Justice, that if a student is involved with more than
 7  one entity, then they are brought to that board if
 8  they're having significant problems in any of those and
 9  they look at them.
10          And my understanding is that -- and it's not
11  something that I'm always involved with.  So let's say
12  a student is having severe behavior issues at home and
13  has been short-term hospital placed a couple of times
14  in just a month or so.
15          Then they may look at that for a long-term
16  hospitalization placement.  Those types of things come
17  out of that board, out of that LIPT.
18      Q.   Okay.  How many students would you say at
19  Cedarwood are involved in LIPT?
20      A.   I don't know.  Off the top of my head I just
21  don't know.
22      Q.   Okay.  I'm going to introduce another
23  document.  This will be 256 and it is GA00320375.
24          (Plaintiff Exhibit 256 marked.)
25  BY MS. TAYLOE:



1    Q.   All right.  And I'm going to -- the attachment

2    to that ends with 0376 so I'm going to introduce them

3    both together as Exhibit 256.  Okay.  I'm going to

4    share the screen.  All right.  I'm giving you control.

5         The first is the email and then I'll show you

6    the attachment after you've had a chance to review the

7    email.

8         (Witness reviewing document.)

9    BY MS. TAYLOE:

10   Q.   So can you tell me, for the record, do you

11   recognize this email?

12   A.   Is there any more than "Attached is the

13   document that you asked for.  Let me know if you need

14   any more changes"?

15   Q.   No, no.  That's the entirety of the email.

16   A.   Okay.  All right.  In looking at it, I was

17   trying to figure out if that was all.

18        I don't remember this email, but I do

19   recognize it as something that my name is on it that I

20   would have sent.

21   Q.   Okay.  And the subject line is open records

22   request Cedarwood.  Can you tell us what open records

23   request is?

24   A.   It's a request for records.  It's something

25   that I have to legally comply to.  I can't say no.



1            But this was -- my guess is because, like I

2    said, I don't really remember even being asked for it.

3    It was sent to me that the DOE had an open records

4    request for interventions and providers in FYET.

5        Q.   Okay.  I'm just going to close this one now.

6    This is the attachment that I'm going to give you

7    control back.  So this document is numbered GA00320376,

8    and it was the attachment to the email you just read.

9    And you have control.

10           (Witness reviewing document.)

11           THE WITNESS:  Okay.

12   BY MS. TAYLOE:

13       Q.   Okay.  So do you have reason to believe this

14   is a list that was done current of the interventions

15   and providers offered at Cedarwood?

16       A.   Yes.

17       Q.   Are there -- so to the best of your

18   recollection, would this have been accurate at the time

19   you sent it?

20       A.   Yes.

21       Q.   Are there any interventions or additional

22   services offered at Cedarwood now that are not on this

23   list?

24       A.   I don't think so.

25       Q.   Okay.  So I just kind of want to discuss



 1  some -- i-Ready and reading and math we talked about a

 2  little bit.  That's an educational support, correct?

 3      A.   Yes.

 4      Q.   And SRA, reading master and decoding, is that

 5  also educational?

 6      A.   Yes, it is.

 7      Q.   So then individual counseling, we've talked

 8  about that.  That's through Mr. Mullis and/or through

 9  providing space for other counselors to come in?

10      A.   Yes.

11      Q.   And then Why Try.  I don't think we have

12  talked about that yet.  What's Why Try?

13      A.   Why Try is an SEL program to -- it's a

14  curriculum to help students with social emotional

15  learning work through problems, problem solve, and deal

16  with their emotions, anger management.

17      Q.   Is this offered to everyone or is this for

18  certain students at Cedarwood?

19      A.   It was offered to middle school and high

20  school students.  I don't think that it was really

21  appropriate for lower elementary students.

22      Q.   Is it required for elementary school and high

23  school students or just an option?

24      A.   It's a tier one intervention that we were

25  using, just an option.  The teachers would use it as



 1 | part of SEL in their daily schedule.

 2 |     Q.   So am I correct in assuming tier one means

 3 | it's offered for everybody?  Tier one is for all

 4 | students?

 5 |     A.   Yes.

 6 |     Q.   And Skill Streaming is next.  What's Skill

 7 | Streaming?

 8 |     A.   It's another SEL-type program.  It teaches

 9 | specific skills and so, like, we have used Skill

10 | Streaming.  So this is from FYE team.  Do you want me

11 | to talk about the way we're using it now or the way we

12 | used it then?

13 |     Q.   Both.  I'm interested in what prompted changes

14 | too.

15 |     A.   Okay.  So we would use the Skill Streaming.

16 | It has different levels, so there's an elementary,

17 | there's a middle, and there's a high school level.  So

18 | they're more appropriate.

19 |          So the Skill Streaming was what we were using

20 | in our elementary class in place of the Why Try.  Now,

21 | it also works well as a Tier 2 or Tier 3 intervention

22 | because you can work -- you don't have to use the teach

23 | the skills in order.  They can be used out of order.

24 |          So if a student was having a difficult time

25 | with following directions, you can pull that skill and



 1 | teach it to the student and then follow up with it with
 2 | that.
 3 |     Q.   Okay.  Was that the --
 4 |     A.   Skill Streaming.
 5 |     Q.   Was that 2018 version or was that the what
 6 | you're doing with now?
 7 |     A.   That was the 2018 version and a lot of what we
 8 | were doing with it now, yes.
 9 |     Q.   So what was the difference?  I missed what you
10 | said was the difference.
11 |     A.   Well, the difference is that we don't use that
12 | in the classroom as much.  We use it more as a Tier
13 | 2/Tier 3 intervention.
14 |     Q.   And both of these say they're taught -- both
15 | meaning Why Try and Skill Streaming are taught by a
16 | teacher or a paraprofessional.  Are they certified in a
17 | particular technique or --
18 |     A.   If they have been through training, yes.
19 |     Q.   If they've been through what kind of
20 | training?
21 |     A.   Well, Why Try offers training to use its
22 | program.  And then Skill Streaming we've just done
23 | in-house training with that.
24 |     Q.   Okay.  When you say "if they have," so some
25 | teachers teach it even without having been through the



1   training?

2      A.    If they didn't go through the specific Why Try

3   training, then someone at our site who had been through

4   it would be their mentor and train them how to use it

5   and then answer their questions.

6          Because, again, the issue is when things are

7   offered and when you hire people and when you can get

8   them trained.

9      Q.    Got it.   Okay.   And then we have yoga and

10  meditation.   And it says it's taught by a contracted

11  yoga instructor.   Is this a yoga instructor with any,

12  you know, special education or trauma-informed

13  training?

14     A.    She actually had -- she didn't have

15  trauma-informed training but she had training for yoga

16  with children and also some type of training for

17  maybe -- I'm going to have to say I don't know because

18  I can't recall exactly what it is.

19          But it was some specialized training, and she

20  just really came in and did yoga and meditation with

21  our students one time a week.

22          Now, she's not -- she did not do that last

23  year, and we are actually having one of our staff is in

24  yoga training currently that's called Breathe for

25  Change that is -- I believe that it is trauma-informed,



1    and she's going to do it at both sites this coming

2    year.

3        Q.    Thank you.  Okay.  And then ABA?

4        A.    We were contracting with a coach to come in

5    and work with our classrooms with our teacher.  We've

6    not done that in several years because we have had a

7    difficult time actually finding someone that would come

8    and do it.

9        Q.    And is ABA for Applied Behavioral Analysis?

10       A.    Yes, it is.

11       Q.    And we haven't discussed check in and check

12   out.

13       A.    Check In and Check Out is a tiered

14   intervention that we use with Tier 2 and Tier 3

15   students identify students and basically is just a

16   students whose behavior -- the function of their

17   behavior is for attention.

18           So Check In and Check Out is a good way to

19   work with that.  They just have time with adult one or

20   two times a day where the adult that they like, that

21   they care about, that cares about them, that they have

22   a relationship with, comes in and works with them.

23           And then the teacher kind of checks them in

24   and out specifically on their goals, too, to give them

25   that attention that they need in a positive way.



1    Q.   And so it's taught by varied support staff,

2    the classroom staff.  Is that because the child gets to

3    pick the adult?

4    A.   Yes.

5    Q.   And is there any special training that goes

6    with that or is it just to have the time?

7    A.   There is some in-house training that we do

8    with it on how to do it and kind of the right things to

9    say, but there's no -- while there's training, it does

10   not have to be done in a big, long format.

11   Q.   How about Check and Connect?

12   A.   Check and Connect was an intervention that was

13   introduced by the Georgia Department of Education for

14   all special ed programs or I guess all schools.  I

15   don't even know if it was just special ed programs in

16   Georgia.

17        And we kind of got hooked up with that through

18   our Southeast GLRS, and we don't use it anymore because

19   what we found is that it really didn't meet the needs.

20   It was more -- it worked better for students in schools

21   that needed more specific interventions or support from

22   people.

23        We just found out that our Check In and Check

24   Out works as well, if not better, than that for us in

25   our setting.



1       Q.    Can I just -- I want to better understand.

2    Does it work better for schools that needed more

3    support?  I didn't understand that one.

4       A.    Okay.  Check and Connect is set up for

5    students and middle school and high school really that

6    may have attendance problems or students who are poorly

7    motivated in big settings where there's not always

8    someone that they can connect with.

9            And in our smaller setting with our students,

10   we just found that identifying students who knew Check

11   In Check Out is just as effective as the Check and

12   Connect and what goes with that.

13      Q.    Thank you.  That was helpful.

14           Okay.  And so the last question I have about

15   this is almost all of this seems like it's funded

16   through the GNETS state grant with a few things on hand

17   and the one you mentioned coming from the GLRS.

18           The one Why Try is a federal grant.  How does

19   that come to be under the federal grant for that

20   program?

21      A.    I think I probably just pay for it with our

22   federal.  In our grant, we get state grant and then we

23   get some money that is a federal grant.  And so that

24   specific year I paid for Why Try through that federal

25   grant.



1    Q.    Okay.  We'll come back when we talk about

2    funding then.  Okay.  Thank you.

3         Is there anything else about that that

4    reminded you of other services that were provided or

5    the changes since that request was made?

6    A.    No, I don't think so.

7    Q.    Okay.  And you've talked before -- you've

8    mentioned before that you guys use PBIS.  Can you tell

9    me what PBIS is?

10   A.    Positive Behavior Interventions and

11   Supports.

12   Q.    And what does that program -- how does it

13   operate in Cedarwood?

14   A.    It is a Tier 1 so everyone is part of it.

15   PBIS goes with the assumption that just like the

16   deficits in reading and math need to be taught, that

17   deficits in behavior need to be taught.

18        Expectations need to be clear and they need to

19   be consistent across all areas within the school.  So

20   everyone speaks the same behavioral language.  We post

21   posters with expectations, school-wide expectations,

22   classroom expectations to keep everything on the same

23   level.

24   Q.    So you say PBIS is a Tier 1 support.  Can we

25   talk a little bit about what are Tier 2 and Tier 3



1    supports at Cedarwood.

2        A.    So we use the Skill Streaming as a Tier 2

3    support.  Also, the Check In Check Out is a Tier 2,

4    Tier 3 support.  We use counseling as the Tier 2 and

5    Tier 3 supports.

6        Q.    And how do students get identified for Tier 2

7    level supports?

8        A.    We do what we call tri-data, look at students

9    every -- at the end of every nine weeks and look at

10   their BASC 3 scores, BASC dash 3 scores, and their

11   behavior data and then their attendance and their

12   grades and their office referrals.

13          And then we kind of meet on each kid and

14   decide what level of support that they need, Tier 1,

15   Tier 2, or Tier 3.  I can't give you all of the

16   percentages right off the top of my head.

17       Q.    That's okay.  And when they are identified as

18   Tier 2 or Tier 3, are they offered extra support?  Are

19   they required to do certain things?

20       A.    They're required to do certain things.  They

21   would meet with the staff that's called the

22   interventionist on a schedule.

23          If we have permission for them to see the

24   counselor, that would be one of the things they may,

25   like a Tier 3 student, may see the counselor a little



 1  more than others or be offered that.

 2          The Check In and Check Out for them may be at

 3  a different rate and level, amount of time.  Some

 4  students may do Check In Check Out every single day or

 5  twice a day, and others may do it just a couple of

 6  times a week.

 7      Q.   And then how -- I presume at some point

 8  students can go back down from a Tier 3 to a Tier 2 or

 9  from a Tier 2 to a Tier 1?

10      A.   Yes.

11      Q.   Does that happen by the same mechanism when

12  you do the tri-data?

13      A.   Yes.

14      Q.   And that's checked every nine weeks?

15      A.   Yes.

16      Q.   Is there any relationship between the tiered

17  supports and the tri-data evaluation and a student's

18  FBA or BIP?

19      A.   If a student is Tier 2 -- I'm trying to think.

20  I know Tier 3 students, if they're on Tier 3 and

21  continue to be Tier 3, then an FBA is conducted and

22  then adjustments are made for their behavior and

23  intervention plan.  And, I'm sorry, I can't remember if

24  it is also true of Tier 2 right off the top of my head.

25      Q.   Okay.  But you said if they were on Tier 3 for



 1 | a certain time.  Do you remember how long that time
 2 | is?
 3 |     A.   I don't remember.  And I don't remember if it
 4 | is specifically okay a student is on Tier 3 so we
 5 | automatically do it.  I've got it all written down
 6 | but...
 7 |     Q.   Okay.  That's fine.  But at some point we're
 8 | not sure about Tier 3 status would trigger a review of
 9 | FBA and possible adjustment to the BIP?
10 |     A.   Yes.
11 |     Q.   And when you said with the tri-data review, it
12 | includes like office referrals and behavior data.  How
13 | do those things weigh?  Like, is a certain number of
14 | office referrals going to trigger a raise to the next
15 | level or is it a factor along with other things?
16 |     A.   It's a factor along with other things and it's
17 | written down.  We have it as a guideline, but I don't
18 | know right off the top of my head.  It's not something
19 | that I used every -- enough to have memorized it.
20 |     Q.   Who actually does this?  Do the psych
21 | coordinators do this?
22 |     A.   The psych coordinators and the teachers.  The
23 | teachers and the parapros will get the sheets ready and
24 | pull the information together.  And then students who
25 | are flagged, then they have a meeting as to assign



WHITNEY BRADDOCK                                       July 18, 2022
UNITED STATES vs STATE OF GEORGIA                              166

 1   different levels or tiers.

 2        Q.   I just want to confirm your school does not

 3   participate or Apex -- Cedarwood does not participate

 4   with Apex program; is that correct?

 5        A.   That's correct.

 6        Q.   Do you know what the Apex program is?

 7        A.   I have a very base understanding.  I know that

 8   it is some type of a counseling, but I don't really

 9   know exactly what it is.

10        Q.   Have you ever inquired about participating

11   with Apex?

12        A.   No.

13        Q.   Why not?

14        A.   I just thought it had to be offered to you.

15        Q.   Do you remember what gave you that

16   impression?

17        A.   I don't.

18        Q.   We talked about some of these other ones.  You

19   mentioned restorative practices.  What is a restorative

20   practice, training, or learning that you mentioned?

21        A.   June of '21 my staff did restorative practices

22   training, the base training for that including

23   restorative circles.  And then this past June we did

24   the next step in that with restorative conferences.

25        Q.   Do you use those with your students?



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                           167

1        A.   We use the restorative circles and do the

2   different circles to help with just comfort and

3   building relationships and then also to deal with basic

4   problems.  Yes, the teachers in the classroom use it.

5        Q.   And so that's not a tiered thing.  That's just

6   an as-needed program or has a dispute or issue that

7   they need help resolving?

8        A.   Yes.

9        Q.   Do you know if the general education settings

10  in which you guys offer consultation services or when

11  you get referrals, do you know if they have PBIS?

12       A.   Some of the schools, the systems that serve

13  Cedarwood are PBIS schools.  I don't know which ones

14  are.

15       Q.   Do you know if any of them participate with

16  Apex programs?

17       A.   I don't know.

18       Q.   And do you know if any of them have staff that

19  are trained in trauma-informed care and social

20  emotional learning?

21       A.   I don't know specifically.

22       Q.   And this is just total out-of-state person

23  questions.  Do most general location schools in Georgia

24  have counselors on-site?

25       A.   They have counselors, yes, that I know of.



1  But they're not really mental health counselors, all of

2  them.

3       Q.   That's what I was going to ask.  Are they like

4  helping scheduling and applying to college kind of

5  counselors but not really health counselors?

6       A.   That's for upper levels.  And my personal

7  experience with this with my own students here in

8  Bulloch County, the counselors pull them out and do

9  good touch, bad touch and do career exploration and

10 that kind of thing.

11          And they do pull kids who have issues, but I

12 don't believe that they do counseling, mental health

13 counseling.

14      Q.   And do general education schools generally

15 have social workers on staff?

16      A.   I don't know.  I know that Bulloch County has

17 social workers, but I don't know how many social

18 workers and what the other school systems have for

19 social workers.

20      Q.   Okay.  And to wrap up this section, do you

21 have any wish list in mind about any other therapeutic

22 services or support you wish you could offer for your

23 students at Cedarwood?

24      A.   I don't know.  That one caught me off guard

25 for sure.  I'm sure I can come up with a wish list.



1        Q.   Yeah, don't we all wish we had the luxury of

2   submitting it.

3        A.   Yeah.

4        Q.   All right.  Well, if you think of anything and

5   you want to come back to it, that door is open.

6        A.   Okay.

7        Q.   Are you going to grant it like my fairy

8   godmother?

9        A.   I wish I could.  Believe me.

10       Q.   Okay.  I'm going start education, but I want

11   to check, does anybody want a break?

12            THE WITNESS:  I need a quick break just to run

13   to the restroom.

14            THE VIDEOGRAPHER:  Off the record at 3:29.

15            MS. TAYLOE:  Okay.

16            (Recess.)

17            THE VIDEOGRAPHER:  This is the beginning of

18   Media 3 in the deposition of Director Whitney Braddock.

19   We are back on the record at 3:38 -- or excuse me --

20   we're just back on the record at 3:38.  This is still

21   Media 3, not the beginning of Media 3.

22   BY MS. TAYLOE:

23       Q.   All right.  I couldn't hear him, but are we

24   ready?

25       A.   We are ready.



1      Q.    Thank you.   You have to be the go-between.

2    Okay.   I want to talk about the centers themselves for

3    a bit, and then we'll move on to the educational

4    services within there.

5            So the buildings -- so we'll have to do it for

6    each site.   So starting with Statesboro, you told us

7    that Cedarwood has been in there since July of 2012.

8            Do you know when the building was built?

9      A.    I do not.

10     Q.    Do you know who -- what it was used for before

11   Cedarwood occupied it?

12     A.    Prior to Cedarwood occupying it, it was

13   Julia P. Bryant Elementary.   They built another school,

14   elementary school right around the corner from it for

15   Julia P.

16           And then another school Mattie Lively used it

17   while they were building their new school.   And then

18   that is when we moved into it after those two

19   elementary schools had left.

20     Q.    So two different sets of students used the

21   buildings while their new schools were being built, and

22   then the Cedarwood students moved into it after that?

23     A.    Yes.   Well, it had been Julia P. school for as

24   long as I know and then they moved into their new

25   school.   And then they were rebuilding the Mattie



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                            171

1  Lively School on the same site the old Mattie Lively

2  school was on.  So they moved them into that school for

3  a year while they tore down their school and rebuilt.

4      Q.   You mentioned the J.P. Bryant School is now

5  right around the corner.  Is there any interaction

6  between students at your program, your site, and

7  theirs?

8      A.   No.

9      Q.   And then same question for Lyons.  You said

10  it's been occupied since 2016, and we heard earlier

11  about some moves of the program.

12          Do you know how old the Lyons building is?

13      A.   I do not.  The building that we're in, though,

14  on that site is the newest building there.  But I don't

15  know when it was built.

16      Q.   So the newest building on that site.  So there

17  are other buildings -- I wasn't, as you know, present

18  at the site visit.

19      A.   Right.

20      Q.   So there's more than one building on the

21  site?

22      A.   Yes.  It was formerly Lyons Primary School.

23      Q.   Okay.  The whole site was formerly Lyons

24  Primary School?

25      A.   The property itself.  And then we are in what



 1  was the pre-K building of Lyons Primary School.

 2      Q.   Was it renovated in between?

 3      A.   There were some renovations made but not many.

 4  That building probably was -- it was not that old when

 5  we moved into it.

 6      Q.   I'm just picturing the preschool water

 7  fountains at the height of knee-high of high school

 8  students there.  Did they adjust all that?

 9      A.   They had one low and one high water fountain

10  so...

11      Q.   Okay.  So do you know where the Lyons Primary

12  School students went?

13      A.   They went to the old Lyons High School

14  building, and they built a new Lyons -- Toombs County

15  High School.

16      Q.   Okay.  Are there -- especially given these are

17  old schools, are there science labs in these

18  buildings?

19      A.   No.

20      Q.   Is there a library?

21      A.   No.

22      Q.   Is there a cafeteria?

23      A.   No.  Our meals are brought in from Statesboro

24  from Julia P. Elementary.  Our meals are brought to us.

25  And then in Lyons they're brought from one of the



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                        173

1    Toombs County.  I think Toombs County middle school.

2        Q.   Okay.  Do they bring in hot lunches or box

3    lunches?

4        A.   Hot lunches.

5        Q.   Are they still hot when they get there?

6        A.   They pack them in insulated containers.

7        Q.   And then do the students eat in the cafeteria

8    or in their classrooms?

9        A.    In Lyons they eat in their classrooms, and in

10   Statesboro they eat in two different rooms that are set

11   aside to be cafeterias.

12       Q.   I'm curious why is that for both of them.  Why

13   in Lyons do they eat in their classroom?  Is there not

14   another room that can be used?

15       A.   There is not, no.

16       Q.   Okay.  And why two different rooms in

17   Statesboro?

18       A.   Just to give enough room for -- we set aside

19   two classrooms to be lunch rooms, and so the lunch room

20   tables were in there.  And we let -- it kind of just

21   breaks it up.  The elementary kids are in one class and

22   then the high school and middle school students use

23   another.

24       Q.   Okay.  Because lunch comes out at the same

25   time, so they all eat at the same time and you divide



1   them up by rooms?

2       A.   Yes.

3       Q.   Is there a music room?

4       A.   No.

5       Q.   Is there any -- is there any -- are there any

6   specials offered?

7       A.   Any type of specials would just be offered by

8   the classroom teacher.

9       Q.   And do they have supplies for that?  Do they

10  have musical instruments and art supplies and things

11  like that?

12      A.   We purchase those, yes.

13      Q.   What kinds of -- what kinds of supplies do you

14  purchase?

15      A.   Well, just art supplies.  If a teacher asks

16  for certain supplies to do art projects and that kind

17  of thing with.

18      Q.   But not musical instruments?

19      A.   We have some musical instruments, yeah, like

20  maracas and tambourines and drums and xylophone, that

21  kind of thing.

22      Q.   Okay.  And is there a gymnasium?

23      A.   We have access to the gymnasium in Lyons, but

24  in Statesboro we do not.

25      Q.   And what do the children -- I'm sorry, what do



1    the students do for Phys Ed then?

2        A.    There is a football field in Statesboro that's

3    behind our building that's used.  One of the middle

4    schools uses it for their football, so it's kept up.

5              And so the students will go out there and

6    play, do activities, or we also have a playground with

7    a basketball goal.

8        Q.    Is that for both?

9        A.    That's at Statesboro, yes.

10       Q.    Okay.  What about Lyons?

11       A.    In Lyons, we have use of the gym and there is

12   a playground.

13       Q.    Can you describe the playground at Statesboro

14   for me?

15       A.    There are swings and monkey-bar-type things, a

16   slide, a volleyball net, and a basketball court,

17   basketball goal and benches.

18       Q.    Are the slide and the monkey bars, are they

19   metal?

20       A.    Those are -- the slide is a plastic slide, and

21   the monkey bars are a coated metal.  I couldn't tell

22   you exactly what they're made out of.

23       Q.    Okay.  And what about at the Lyons

24   playground?

25       A.    The Lyons playground has swings and a metal



1   slide that is not used.

2        Q.   Why is it not used?

3        A.   Because it's a metal slide.  I don't know if

4   you've been to Georgia in August, but nobody wants to

5   slide down that.

6        Q.   I was thinking about the metal slide when you

7   talked about the heat there.  I was like I would not

8   want to go down a metal slide in Southern Georgia?

9        A.   I wouldn't want to do it in December.

10       Q.   I saw pictures, but I didn't know which

11  facility that picture was of because in the background

12  of that one I could see another playground in the

13  background.

14            Is that the elementary school you said was

15  around the corner or --

16       A.   Yes, yeah.

17       Q.   -- is that the other one?  Well, in any case,

18  there's a newer playground that is within sight of the

19  Lyons playground but the students can't use it?

20       A.   No.  That's -- what you're thinking about is

21  the Statesboro site that the new playground is.

22       Q.   Okay.

23       A.   The Lyons site, that's just -- the neighbors

24  of the Lyons site, it's a residential area.

25       Q.   Okay.  So the school around the corner is from



WHITNEY BRADDOCK                                     July 18, 2022
UNITED STATES vs STATE OF GEORGIA                         177

1   the Statesboro site?

2       A.   Yes.

3       Q.   And that's the newly constructed Julia P.

4   Bryant school?

5       A.   Yes.

6       Q.   And was there any discussion about whether the

7   GNETS students could use that playground?

8       A.   No, not that I know of.

9       Q.   Do students at either site have opportunity to

10  participate in extracurricular activities?

11      A.   Yes.

12      Q.   What are they?

13      A.   They are allowed to play sports and

14  participate in -- we've had students that played sports

15  back at their local school system, but we don't

16  currently have anyone that's doing that.

17      Q.   And how does that work?  So when they get on

18  the bus, the bus takes them back to the school so they

19  can participate there?

20      A.   Yes.

21      Q.   And they get it there in time for the

22  extracurriculars?

23      A.   We've had students that were in Statesboro

24  specifically that were going back to Statesboro High

25  School and participating in ROTC there.



1      Q.   Is Statesboro High School close to the
2  Cedarwood facility?
3      A.   It is about four miles across town.  It takes
4  maybe ten minutes.
5      Q.   And then on the map you showed us, there's a
6  room identified as an isolation room at Statesboro.
7  What is that used for?
8      A.   That actually is used for -- like, we have our
9  Friday PBIS meetings in there.  Also, students that
10  need to be removed to have -- like to do work by
11  themselves with a staff in there, something like that,
12  that's what that's used for.
13      Q.   So is that the same as the auxiliary room?
14      A.   The auxiliary room?  I'm not certain which one
15  that is on the map.
16      Q.   Okay.  It's not on the map but on the
17  schedule.  When we get to the schedule, I'll ask about
18  that because I didn't know.
19           Then I'm going to -- speaking of the
20  schedules, I'm going to put up the schedules you sent,
21  which was very helpful.  Thank you.  And I'm going to
22  mark as Exhibit 257 a document identified as 002182.
23           (Plaintiff Exhibit 257 marked.)
24  BY MS. TAYLOE:
25      Q.   Do you recognize this document?



1      A.    Yes.

2      Q.    Can you tell me what it is, please.

3      A.    It is the Lyons site basic daily schedule.

4      Q.    And what grades is this for?

5      A.    Well, there's -- it's columns so there's a

6   column for elementary.  There's a column for middle and

7   high school students class.  And I'm trying to move it

8   over to see what the other one is.  There we go.  And

9   then a column for what they call their ID-1 class and

10  ID-2 class.

11     Q.    And what does ID-1 and ID-2 stand for?

12     A.    I don't know exactly what they have that

13  called for, but they have students -- there are

14  students with autism that are in those two classes.

15     Q.    Okay.  So when -- for instance, in the middle

16  high school block there are five things listed in

17  there.  Do you know, is that something they do on a

18  rotating basis or all those things happen there or it

19  varies by day?

20     A.    Those things happen -- so like everyone would

21  come in and do a check-in.  And then morning work may

22  be done while some students are working on SRA and

23  Edgenuity.

24           And I'm not completely certain what Apex is.

25  I believe that it is an academic program similar to



1    Edgenuity that is provided by one of the school systems

2    for their high school students.

3        Q.   Okay.  And so for the record, that's not the

4    same as the Apex program we were talking about

5    before?

6        A.   That is not.  No, no.

7        Q.   And are SRA and Edgenuity, and to the best of

8    your understanding, Apex, are those all online

9    curriculum tools?

10       A.   SRA is a remediation program for reading.

11       Q.   Is it online?

12       A.   No, it's not.  It's face-to-face.  It's done

13   individually with students.

14       Q.   Okay.  So morning work SRA would be students

15   doing work with the teachers and the paraprofessionals

16   are walking around and supporting them.

17       A.   Yes.

18       Q.   And those on Edgenuity and possibly Apex --

19            THE REPORTER:  Can you repeat the question?

20            THE WITNESS:  So finish what you were saying

21   with Edgenuity and Apex, Laura.

22   BY MS. TAYLOE:

23       Q.   So Edgenuity and Apex -- well, you're not sure

24   about Apex.  We'll just say Edgenuity is an online

25   resource so students can be working on that while the



1  parapro and teacher are walking around helping with SRA

2  and morning work?

3       A.    Yes.   Edgenuity and Apex are an online

4  curriculum.

5       Q.    So do you have a sense then looking at -- I

6  have to give you control, I'm sorry.  Oh, you do have

7  control but I do too.

8            Do you have a sense looking at the schedule

9  how much of a student's day is spent on social skills,

10  SEL, and behavioral lessons and things and how much is

11  spent on curricular state-mandated instruction.

12       A.    Well, you can see.  You know, there's times

13  there so -- and what I can say, too, is a lot of SEL

14  things happen.

15            If there is an issue if a student is having a

16  behavioral issue, if it includes just that one student,

17  they may be pulled to deal with it and to go through

18  the problem.  Or if it's more than one student, it may

19  be that we all, you know, they would all work together

20  with it.

21       Q.    Okay.  Well, looking -- let's say we're

22  looking through the elementary student then?

23       A.    Okay.

24       Q.    Structural time IC would be 9:30 to 10:30.

25  Would there be live instruction during that period for

WHITNEY BRADDOCK                                      July 18, 2022
UNITED STATES vs STATE OF GEORGIA                          182

1    ELA and i-Ready?

2        A.   Yes.

3        Q.   Even though i-Ready is also an online

4    curriculum; is that correct?

5        A.   Correct, yes.

6        Q.   And then 11:00 to 12:00 math and i-Ready would

7    be instructional?

8        A.   Uh-huh.

9        Q.   And then 1:30 to 2:00 science and social

10   studies?

11       A.   Yes.

12       Q.   So two and a half hours?

13       A.   Well, I'm not certain what PMC is.  But, yes,

14   that's what it looks like.

15       Q.   Okay.  And we already talked a little bit

16   about this.  So you have all the elementary students

17   are together in this elementary column; is that

18   correct?

19       A.   Yes.

20       Q.   And do they have the same teacher for the

21   day?

22       A.   Yes, they do.

23       Q.   And what about middle and high school

24   students.  It's not atypical for elementary students to

25   be with a teacher for the same day.  But do the high



1  school have one teacher for the whole day as well?

2      A.    They do have one teacher, yes.

3      Q.    And is that teacher certified in -- what

4  contents is that teacher certified in?

5      A.    I know she's content certified in special ed

6  through eighth-grade content.  She's not content

7  certified in high school.  That's why we use the

8  Edgenuity and the Apex platforms.

9      Q.    Okay.  So when students are working on online

10 platforms, they don't have an instructor who is

11 certified in a content area in order to deal with and

12 be able to ask questions to?

13     A.    They are able to ask questions to the teacher

14 that's in the classroom.  The teacher can help them.

15 If they need help, they can ask for help.

16     Q.    Okay.  But the teacher is not content

17 certified in those areas?

18     A.    She's not teaching them.  She's not content

19 certified, no.

20     Q.    So she's facilitating their self-instruction

21 of the online resources?

22     A.    Yes.

23     Q.    Okay.  I think I'm going to move on to the

24 other schedule.  And ask that it be marked as

25 Exhibit 258.  It is 002183.



```
 1              (Plaintiff Exhibit 258 marked.)
 2   BY MS. TAYLOE:
 3       Q.   Do you recognize this document?
 4       A.   Yes, I do.
 5       Q.   Okay.  And what is this?
 6       A.   It's the Statesboro site's middle school and
 7   high school schedule.
 8       Q.   Can you scroll up and down.  I want to make
 9   sure you have control because I'm getting a message.
10   Okay.
11       A.   As good as I am at it, I can maybe.  It says
12   my internet connection is unstable.  I think you're
13   moving it now.
14       Q.   I can't hear you guys anymore.
15       A.   Can you hear me now?
16       Q.   Yes.
17       A.   I think that there was an internet getting, as
18   my kids would say, lagging.
19       Q.   I'm glad you're back.
20       A.   I left.  I've had enough.
21       Q.   So do you have control of the document?  Can
22   you make it scroll?
23       A.   Yes.
24       Q.   Okay.  Good.  So this class looks like or this
25   site looks like it's set up differently.  Instead of
```

1   having the grades in one column, we have the teachers

2   at the top.  So I'm not sure if this is one teacher

3   having all the same students in the day or if the

4   students move around in this example.

5       A.   Pre-COVID the students actually moved class to

6   class.  But post-COVID we had the teachers actually

7   moving classes.

8       Q.   Okay.

9       A.   Hopefully this year we can get back to

10  students moving.  We'll see what our friend COVID

11  brings when school starts.

12      Q.   Yeah.  I'm sure that's just one more challenge

13  in an already challenging set of circumstances.

14           So in this case, then, the teachers tend to

15  teach -- they stick to more of a content area and teach

16  different groups of students instead of having the same

17  group of students for all the content areas.

18           Is that correct --

19      A.   That's correct, yes.

20      Q.   Okay.  So what does -- I don't know the first

21  names -- Mr. or Ms. Thompson teach?

22      A.   So Mr. Thompson teaches -- he has some high

23  school certifications, and so he teaches some of the

24  high school courses.  When you see on here where it

25  says high school E2020, that's the same thing as



1    Edgenuity.

2        Q.    Okay.

3        A.    It used to be E2020 and then the name, the

4    company changed the name to Edgenuity.  But old habits

5    die hard and E2020 is easier to write.

6            So it looks like Mr. Thompson teaches world

7    history, middle school science, social skills, that's

8    the SEL class with the high school.  He teaches middle

9    school math class.

10            Well, I was doing good with scrolling it.

11   He's with the eighth grade students and the high school

12   students at lunch and at break.  And then his sixth

13   period is high school students doing different

14   remediations, catch up on some of their E2020 classes

15   if they need help.

16            Most of our high school students don't use

17   i-Ready.  But we have some high school students who are

18   really academically behind, so some of them may use

19   i-Ready during that time.

20       Q.    Okay.  And then how about the next column,

21   that teacher?

22       A.    That is Ms. Michael and she is certified to

23   teach ELA in special ed through eighth grade.  So she

24   teaches the ELA sixth and seventh grade students.

25            She then teaches eighth grade ELA to the



1    eighth grade students and then her high school students

2    are doing the E2020 platform.  She does the social

3    skills, which is the SEL stuff, that would be Why Try.

4    And we do like group meetings and that kind of thing.

5          Then she has the upper high school students

6    for E2020 Because she is more of an ELA person, she

7    would supervise some of that ELA stuff that they may do

8    for that.  It just kind of depends on what is on their

9    schedule.

10         Q.   Okay.

11         A.   She has the upper high school students for

12   lunch and then the break -- then that remediation

13   period, she then has the eighth grade and the high

14   school students.

15         Q.   So why does it say upper high school in some

16   place and high school in the other?  Is there a lower

17   high school?

18         A.   There is.  So it would -- I think in the upper

19   high school or the tenth, eleventh, and twelfth

20   graders, and I believe that they combined.

21         I think that there were two eighth grade

22   students, one of which should have been in ninth grade,

23   and so she taught them with the ninth graders there

24   together, grouped together.

25         Q.   So when it says eighth and high school, does



1  that mean eighth and ninth graders?

2      A.   I believe, yes.

3      Q.   And upper high school is ten through

4  twelfth?

5      A.   Yes.

6      Q.   Okay.  That's helpful.

7      A.   So then you have Ms. Luzzi who does eighth

8  grade social studies and then the high school E2020 in

9  with that.  That would be the ninth graders working on

10  their Edgenuity.

11      And then that second period she does high

12  school E2020 and then she does the social skills with a

13  middle school group, which are sixth and seventh

14  graders generally.  There may be others.  I don't

15  believe that there's anything but sixth and seventh

16  graders in that group.  They're mostly sixth graders.

17      And then Mr. Thompson -- no, she goes over and

18  teaches with -- well, he must move over to her room.

19  She co-teaches with him for middle school math.  He's

20  the one that has the certification for it, and she's in

21  the room with him when he teaches the lessons.

22      Q.   What is her certification in?

23      A.   She has special ed certification, and she has

24  special ed through eighth grade through ELA and social

25  studies.



 1        Q.   Okay.

 2        A.   And then on down where she's teaching the

 3   middle school social studies, and then she has that

 4   middle school group for the rest of the day.

 5        Q.   And so all these saying middle school, is that

 6   also social studies?

 7        A.   No.  She's doing -- so fifth period is social

 8   studies, but then she does lunch with that middle

 9   school group.  She does break with that middle school

10   group.  And then she does that end of the day

11   remediation with that middle school group.

12        Q.   Okay.  So can we do a quick tally again about

13   how much is actual instructional time then?

14        A.   All right.  Let's see.

15        Q.   The fifth period.

16        A.   So fifth period, fourth period, third period,

17   second period, and first period.  Most of those -- all

18   those morning periods are academic times.

19        Q.   Okay.  And then if you can go back up to the

20   top, I think this is where I saw auxiliary, yeah.

21   Auxiliary room, what is this room?

22        A.   There's no room for that in specific.  So our

23   interventionists may pull students for breakfast

24   buddies, and so she may bring them into her office.

25   She has an office with a small conference table in



 1    there.

 2           And then the tiered behavior group, she might

 3    use her office or she might use one of the lunch rooms.

 4    It just kind of depends on what's being used.

 5        Q.   Okay.  So that leads me to another set of

 6    questions then.  So students are pulled from the class

 7    to receive sort of individual services?

 8        A.   Right.  So they're scheduled during that

 9    social skills, that SEL time, and then morning

10    breakfast time.

11        Q.   What is it?  I'm sorry.

12        A.   So when they are pulled for their tiered

13    behavior group, it's during the social skills.  That

14    third period is actually a social skills SEL time.

15        Q.   And what about counseling and other services.

16    Are they pulled from class for those?

17        A.   They are pulled from class for those, yes.

18        Q.   Is there any tracking of instructional minutes

19    that's done?

20        A.   No.

21        Q.   And what about we talked before about students

22    who leave school to go to a general education setting

23    for the day.

24           How does that line up with what they're

25    missing here both in terms of the time of the day the



1   classes they are attending and the transportation time?

2       A.   So we work around what time they're scheduled

3   to go to the LEA for classes.

4           And so that remediation time at the end of the

5   day, if a student, say, missed high school world

6   history and they're back with us -- they're gone in the

7   beginning of the day and then they're back with us at

8   the end of the day, that may be when they would be

9   pulled into Mr. Thompson's class and he might do that

10  then.

11          We work our schedule around what their needs

12  are out in the local school system.

13      Q.   Okay.  So they don't necessarily just leave

14  early from the day.  They might leave in the middle of

15  the day and go to whatever class they're attending in

16  the local school system and then come back?

17      A.   That's a possibility.  Usually we try to

18  either have them start with us or end with us and then

19  just have one bus ride.

20      Q.   Okay.  I think I'm done with this.  I'm going

21  to stop sharing.

22          Do the elementary students and the middle and

23  high school students ride on the same buses when they

24  come to Cedarwood?

25      A.   Yes, they do.



1     Q.    Has there ever been any issues with that?

2     A.    There are bus issues but no specific issues

3   because of the age.  Most of the buses have a bus aide

4   and a bus driver.

5     Q.    What would you say are the bus issues?

6     A.    Just bus behavioral issues.  Not sitting down,

7   throwing things, using inappropriate language, because

8   they also ride these buses then with other special ed

9   students from other schools at the Statesboro site.

10    Q.    Where do those students go?

11    A.    So the -- I'm going to explain this, to the

12  best of my knowledge, because I'm not in charge of

13  transportation and try not to be.

14          But so in Bulloch County the hub for special

15  ed buses is in our parking lot.  And so special ed

16  buses around the county may pick up students.  They

17  come there and transfer students to different buses to

18  go to different schools because the schools in Bulloch

19  County don't all necessarily offer every single --

20  like, one school may have EBD class and a different

21  school would have their students with autism.

22          I don't know how they choose.  I don't know

23  how they move them around.  So when the buses come to

24  our parking lot, they drop our kids off.  They may

25  transfer some of the Bulloch County students right



1 | there, and then that bus would take them to their
2 | school, their service school.
3 |     Q.   I see.
4 |     A.   None of the other counties are that way.
5 |     Q.   That's just the Bulloch County buses?
6 |     A.   Yes.
7 |     Q.   Have any students been screened for gifted
8 | services?
9 |     A.   I don't know.
10 |     Q.   And do you know if any are receiving gifted
11 | services?
12 |     A.   None at the current time.
13 |     Q.   Do these students get their pictures taken
14 | for -- school photos taken?
15 |     A.   No.
16 |     Q.   Do they -- as far as you know, do they appear
17 | in any yearbook?
18 |     A.   As far as I know, they do not.
19 |     Q.   Are there regular events for students and
20 | families to socialize or celebrate at Cedarwood?
21 |     A.   We do family things.  Like our Lyons site I
22 | know this year did -- they do like a Valentine thing,
23 | you know, cookies with parents and have done several
24 | different things.
25 |         And Bulloch County this year they did not



 1  allow people back into the building, so we had an open
 2  house and that was it.  But prior to COVID, we did a
 3  lot of family things.
 4      Q.    The casualty of COVID.  Okay.  Now, I want to
 5  specifically ask about the middle schoolers and high
 6  schoolers.  Do they have all the courses available they
 7  need for graduation?
 8      A.    They do.  They are able to get -- the high
 9  school students are able to get everything that they
10  need for graduation through the Edgenuity platform.
11      Q.    So they can get high school credit for doing
12  it through Edgenuity?
13      A.    Yes.
14      Q.    Okay.  As we talked about, they don't
15  necessarily have access to anyone on-site, and the
16  subject, they may not have access to a certified
17  teacher?
18      A.    Right.
19      Q.    Are there courses for an advanced diploma like
20  foreign languages?  Do they have access to that?
21      A.    On Edgenuity, yes.
22      Q.    Does that count for high school credit?
23      A.    Yes, it does.
24      Q.    What about with lab.  Can they get all the
25  credits they need for science courses?



 1      A.   Yes.   So the Edgenuity provides a virtual lab
 2   experience.
 3      Q.   Were any students at Cedarwood in the last
 4   couple of years enrolled in AP or honor courses?
 5      A.   Not that I know of.
 6      Q.   And you mentioned that some Cedarwood students
 7   have participated in extracurricular activities in the
 8   past.  I know you said some things weren't happening
 9   now.  Sports I think weren't happening.  There were
10   none currently participating; is that right?
11      A.   I don't have any currently participating, and
12   I don't know of any interest of any to participate.
13      Q.   Okay.  What about besides sports.  Do they do
14   any clubs or teams?
15      A.   There's none participating in any, no.
16      Q.   Just this year?
17      A.   I don't know of them participating in any
18   clubs.  In the past, like I said, we had one student I
19   know that did ROTC and was very active in ROTC.
20      Q.   Okay.  Do you know if any of your students
21   attend sporting events or dances with their general
22   education peers?
23      A.   I don't know.  They are able to.  I think
24   we're frozen.
25           (Zoom froze.)



 1   BY MS. TAYLOE:

 2       Q.   Then do high school students who graduate, do

 3   they have a graduation ceremony?

 4       A.   High school students that graduate are

 5   eligible to graduate with their graduating class back

 6   at their home school.

 7       Q.   Do you know if they participate in that

 8   ceremony?

 9       A.   We have had students that have participated in

10   that ceremony, yes.

11            THE VIDEOGRAPHER:  We've got about five

12   minutes left on Media 3.

13   BY MS. TAYLOE:

14       Q.   Okay.  I just want to really quick ask about

15   other like nontherapeutic special education services.

16            Do you have access to, for instance, a speech

17   language therapist if a student needs that?

18       A.   Yes.

19       Q.   How is that arranged?

20       A.   The school system arranges it.  In Bulloch

21   County, the speech pathologist comes over and sees the

22   kids who have the speech eligibility.

23            And at our Lyons site there is a retired

24   speech pathologist who contracts with all of the school

25   systems to provide speech services to the Cedarwood



 1   students that need it.

 2       Q.   What about students with dyslexia or

 3   something, you know, else that's not behavior

 4   related?

 5       A.   I don't know of any services that they're

 6   getting for that.

 7       Q.   If a student has an IEP that calls for a

 8   service that the program staff are not able to provide,

 9   what's the process?

10       A.   The school system would provide that.  They

11   would send a person over to provide that.

12       Q.   And how would that happen?  Would you send a

13   request or how would that happen?

14       A.   So usually it's set up when you're having an

15   IEP meeting and that service is then in the IEP, and so

16   the special ed director or the designee then would make

17   arrangements for that.

18       Q.   And then I just want to go back real quick.

19   When you said that you don't know of any students

20   participating in extracurriculars, have you conducted

21   any kind of survey or asked students if they would want

22   to do that?

23       A.   Usually if students come and ask, they will

24   say I want to play football or I want to play

25   basketball.



1          And so then we'll contact their school and the

2     coach and see what needs to be done, contact their

3     parent and see if that's okay with them.  So we

4     facilitate it.

5          Q.   Okay.  But if students didn't know, for

6     instance, there's a debate club or Future Farmers of

7     America club at their high school, they wouldn't have

8     any way of finding that out?

9          A.   They would not, no.

10              MS. TAYLOE:  Okay.  We can take a break for

11     the recording media.

12              THE VIDEOGRAPHER:  This is the end of Media 3

13     in the deposition of Director Whitney Braddock.  We are

14     off the record at 4:27.

15              (Recess.)

16              THE VIDEOGRAPHER:  This is the beginning of

17     Media 4 in the deposition of director Whitney Braddock.

18     We are back on the record at 4:33.

19     BY MS. TAYLOE:

20          Q.   Okay.  Now, we're going to talk a little bit

21     about funding and the grant process.  So do you know

22     what was Cedarwood's operating budget for the 21/22

23     school year?

24          A.   Not off the top of my head, no.

25          Q.   Do you have a ballpark?



 1        A.   It was maybe at 1.2 million, but I'm not

 2   completely certain.

 3        Q.   Okay.  But in that neighborhood.  And like you

 4   said before, that goes to the RESA, and RESA pays most

 5   of the -- like the salaries and things of that from

 6   that?

 7             THE REPORTER:  I'm sorry, there was no answer.

 8             THE WITNESS:  Oh, I'm sorry.  Yes.

 9   BY MS. TAYLOE:

10        Q.   We've done so well for so long.

11             Do you know what the operating budget for the

12   next school year is projected to be?

13        A.   I don't know.  It's less than it was last

14   year, but I just don't know the numbers.

15        Q.   How do you know it's less?

16        A.   I've gotten the budget numbers, but I don't

17   know what the numbers are.  But it's less money.

18        Q.   Do you know about how much less?

19        A.   I don't.  I just -- my father wanted me to be

20   an accountant, and I'm not good with numbers.  I mean,

21   I can add, subtract, multiply, and divide.  But

22   remembering them, I'm not -- I can't.  I don't know.

23        Q.   But when you get the budget, does it -- I'm

24   curious what level of detail -- so you have this much

25   for staffing and this much for this and this much for



1  that or is it just a fixed amount and you do what you

2  want with it?

3      A.   It's a fixed amount, and I do with it what I

4  want.

5      Q.   So when you saw how much less it was, did you

6  start thinking like that's going to be one less staff

7  person or, you know, did you already have any ideas of

8  what it was going to limit you from being able to do?

9      A.   I did -- I looked at it and, yes, I worry that

10 it will limit me what I will -- or have to not have

11 staff.  But I also know that if it comes down to it,

12 the school systems would help meet the gap.

13     Q.   How would they do that?

14     A.   Like, Bulloch County pays for a teacher.  Some

15 of the other school systems would put money in for that

16 to help.

17     Q.   And do you know why your budget is lower this

18 year?  Is it because of the declining enrollment or

19 some other cause?

20     A.   Yes, because of declining enrollment.

21     Q.   Is there any other recurring source of funds

22 besides the annual GNETS grant?

23     A.   No.  Well, we get the annual state grant, and

24 then we get a federal allotment also.

25     Q.   What's the federal allotment?



1    A.   So it had been in the past $315,000.  But

2    because our numbers have dropped below 100, now it is

3    $285,000.

4         Q.   And is that for something in particular or

5    also discretionary spending?

6         A.   It's for discretionary spending.  Most of that

7    goes to pay for classified salaries.

8         Q.   What's classified salaries?

9         A.   Classified staff.  Paraprofessionals, case

10   managers, staff that don't have teaching certificates

11   and contracts, noncontracted people.

12        Q.   And is that the same pool of money you said

13   the Why Try came from, that federal grant?

14        A.   Yes.

15        Q.   Is there any limitation on what you can use

16   the state grant versus the annual grant for?

17        A.   Versus the federal grant?

18        Q.   I'm sorry, yes.

19        A.   There are -- yes, there are things that you

20   can use it for.  I usually have to pull my notebook out

21   every year when I sit down to do the budget to look at

22   it.

23        Q.   So you can't just put it all in one big bucket

24   and pay the bills.  You have to keep track of this is

25   for some and this is for --



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                        202

1      A.   Yes.

2      Q.   Okay.  Have you always received facilities

3   grants from the state?

4      A.   No.

5      Q.   Would you be aware if the LEA had received

6   facilities grants to do work on the facilities?

7      A.   I believe the Bulloch County schools did.

8      Q.   Are you involved in that process at all?

9      A.   Not really, no.  When they -- not the money

10  process.  When Bulloch County schools got the

11  facilities grant to upgrade our building there, I

12  consulted with the architect on some of the things that

13  we would like to have done and that needed to be done.

14  But I had no -- no monetary say.

15     Q.   So you didn't have input into the amount you

16  needed but just what your priorities would be on how to

17  use the money that was given?

18     A.   Yes.

19     Q.   What did you recommend when you said you spoke

20  with the architect about what you'd like to have

21  done?

22     A.   Well, we just talked about really the way the

23  office space would be divided up.  And our site was not

24  ADA compliant prior.  There was some stairs and there

25  was no ramp, so we had to put a ramp in.  We had



1   conversations about the restrooms, where to put white

2   boards and smart boards and that kind of thing.

3       Q.   You're back now.  I heard you up through not

4   ADA compliant.

5       A.   I'm sorry.  So we were not ADA compliant so

6   they had to put a ramp in because we had five stairs.

7   And so in order to bring it up to compliance, they had

8   to put a ramp in.

9            And so our discussions were around where the

10  ramp would be and what it needed to have.  We also

11  talked about restrooms, where to put smart boards and

12  the electrical for that.

13      Q.   And were the requests that you made, were

14  those the things that were, in fact, repaired with the

15  facilities grant money?

16      A.   Yeah.  The entire building was pretty much

17  gutted and rebuilt.

18      Q.   When was that?

19      A.   About three years ago, I think.  I'm not good

20  then with time progression either, so three or four

21  years ago.

22      Q.   And that would be the Statesboro site, right,

23  because you were in Bulloch County?

24      A.   Yes, the Statesboro site.  I'm sorry.

25      Q.   No, that's fine.  I just wanted to clarify for



 1  the record.  Okay.  Have there been any other state or

 2  federal funds like COVID-related monies or special

 3  education-related funds?

 4      A.   Yes.  Last year we got some COVID money for

 5  nursing-type supplies and things and then some money

 6  for counseling services.

 7      Q.   But that was only last year.  It's not renewed

 8  this year?

 9      A.   It has not been renewed this year, no.  Well,

10  no, I'm sorry.  Yes, there is a separate counseling

11  grant that is coming from the Georgia Department of

12  Education that was renewed this year.  Yes.

13          I also get -- I'm sorry -- I also get money

14  that I didn't think about for Dr. Mullis, our

15  counselor.  We receive a separate DOE grant for his

16  salary, but I cover his benefits.

17      Q.   And is the DOE grant for Mr. Mullis, that is

18  recurring?

19      A.   It has been, yes, for three or four years.

20      Q.   But the other one, the counseling grant from

21  Georgia Department of Education, do you understand that

22  to be a one-time only like COVID?

23      A.   I believe that it's for three years.  I'm not

24  completely certain.

25      Q.   And then any other kind of funding?  Do you



1  get any kind of support or donations from LEA, from

2  staff, from community partners, or families?

3       A.   I get, like we already talked about, the

4  salary and benefits for Cody Brannen.  And then Appling

5  County Schools gives me $10,000 a year to offset the

6  cost of a paraprofessional.

7            Jeff Davis County Schools gives me $10,000 a

8  year to offset the cost for a paraprofessional.  And

9  Evans County Schools gives me $5,000 a year to help

10 with a cost for a paraprofessional.

11           Tattnall County Schools provides a one-on-one

12 paraprofessional for one of their students that is in

13 his IEP that he needs an individualized

14 paraprofessional, so they provide that parapro.

15      Q.   Do they actually provide the parapro or

16 provide the funding for the parapro?

17      A.   They actually provide the parapro.

18      Q.   Okay.  And those amounts, is that LEA decides

19 or signs an agreement or is it based on some kind of

20 formula for how many students they have?

21      A.   I don't know how the number came up.  It's

22 just been something that kind of was grandfathered in

23 and continued.  I've asked them each year, you know,

24 are you going to be able to continue to do this.  And

25 they do and they have but...



1    Q.    What is S-W-I-S?

2    A.    That's SWIS.  We don't use that.

3    Q.    Okay.  Is it the school-wide information

4    system?

5    A.    Yes.  That is a system that some GNETS and

6    some school systems use for conduct citations or to

7    track conduct and what is known as write-ups.

8    Q.    Okay.

9    A.    We do that through educator's handbook.

10   Q.    And then I want to talk a little bit about the

11   strategic plan and the self-assessment reviews.  Are

12   you familiar with the GNETS strategic plan?

13   A.    Yes, I am.

14   Q.    How would you describe what that plan is?

15   A.    It's a plan that covers -- it used to be seven

16   areas.  I think it's now six areas -- to basically keep

17   us on track where we look at it and grade ourselves and

18   collect data to make sure we're doing the things we

19   need to do.

20   Q.    And who wrote the plan?

21   A.    I believe the plan was written by some folks

22   at the Georgia Department of Education and different

23   GNETS directors.  We're on a committee.

24   Q.    When was it first written?

25   A.    I don't know for certain, but it was when



 1   Nakeba was the program manager at the Georgia

 2   Department of Education.

 3       Q.   And were you involved in that committee

 4   process?

 5       A.   I was not on one of the committees for the

 6   initial one.  I was on a committee when we had some

 7   discussions about what to combine and what to cut out

 8   to make it a little more streamlined.

 9       Q.   Was that in connection with it used to be

10   seven areas now it's six?

11       A.   Part of it, yes.

12       Q.   So what was the -- what were the areas that

13   were combined and streamlined?

14       A.   I'm not certain.  Off the top of my head, I

15   don't know.  If I had it in front of me, I could tell

16   you.

17       Q.   What was the timeline, you would say, that

18   your participation on this level, you know, this part

19   of the process was?

20       A.   We probably worked on it for a few months, had

21   a couple of meetings.

22       Q.   And how long ago was that?

23       A.   Prior to COVID.  So when we look at things and

24   I can track it like that, so it may have been 2018 and

25   it could have been 2017.



WHITNEY BRADDOCK                                July 18, 2022
UNITED STATES vs STATE OF GEORGIA                        208

1      Q.   Is that around the time the GNETS rule was

2  being revised?  Do you remember in working on the

3  strategic plan, was it in connection with the GNETS

4  rule?

5      A.   I believe the rule had already been done.

6      Q.   Okay.  And what is the -- so you said it was

7  designed to keep you on track.  How does it work?  What

8  does the plan ask for GNETS or GNETS directors to do?

9      A.   We collect data and evidence for each of the

10  areas and the subareas.  It requires GNETS directors

11  to --

12      Q.   What do you do with the data and evidence?

13      A.   I've got it on a file on my computer.

14      Q.   Oh, no.

15      A.   We present it to our staff so they understand

16  some of the task that they need to do and provide for

17  us.

18           Oh, I completely lost her.  My screen is gone.

19           THE VIDEOGRAPHER:  We're off the record at

20  4:52.

21           (Recess.)

22           THE VIDEOGRAPHER:  We are back on the record

23  at 4:53.

24  BY MS. TAYLOE:

25      Q.   Okay.  You were starting to tell us that the



1    process involves collecting data and evidence for each

2    of the areas.

3        A.    Right.  And part of that is ensuring that our

4    staff knows what our goals are and turns in the things

5    they need to turn in and they are staying on track in

6    providing that information.

7        Q.    And by what -- and what standard do you

8    measure whether you're meeting the goals and achieving

9    the objectives outlined?

10       A.    So each one has the standard listed and then

11   you write yourself as a -- well, as a 01 or 2, but I

12   think changed that now.

13           Part of the change was that it's emerging or

14   operational or nonexistent.  And so that's how those

15   are then marked based on the way that each of the

16   subareas are listed.  You know, there's a lot to it in

17   each different section.

18       Q.    And are directors given guidance as to what

19   counts as emergent or operational?

20       A.    In the beginning rollout of it, yes, we

21   were.

22       Q.    But not since then?

23       A.    When it was adjusted and changed a little bit,

24   then yes.  But not to the same extent as at the

25   beginning of the rollout.



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                              210

1       Q.    Okay.  And what is your understanding about
2    how this information is used when you turn in your
3    self-assessments?
4       A.    I don't know how it's used.
5       Q.    Do you ever get feedback after you've turned
6    it in?
7       A.    In the beginning when it was first rolled out,
8    it was done where someone from the DOE came around to
9    each GNETS and looked at all of the stuff that you had
10   and rated each area.
11          But then beyond that, now they don't -- the
12   DOE is not doing that.  We rate ourselves and I've not
13   turned it in.  It's just something that we now just
14   use.
15      Q.    So, I'm sorry, you're not doing or you're
16   doing it but not reporting it?
17      A.    I'm doing it but not reporting it.
18      Q.    Okay.  And do you recall filling out or
19   writing some narrative responses in response to the
20   documents subpoena where you just described maybe why
21   some information was not available?
22      A.    Yes.
23      Q.    Do you remember saying that you had not done
24   the strategic plan for FY20 and FY21 because you were
25   not scheduled for review?



1    A.   Yes.

2    Q.   So I'm confused now.  If I -- you said you

3  were doing it but not turning it in.  But that's how

4  you were doing it unless I'm confusing two documents?

5    A.   Okay.  Well, I collected all the data.  I had

6  all the data collected that needs to be done, but we

7  did not do the form and the rating.

8        I was -- it was a mistake on my part because

9  when I found out that we weren't being rated and they

10  weren't coming around -- the DOE was going to do a

11  rotation of coming around.

12        And so when I found out that we weren't being

13  in that rotation, I had all the data but we just didn't

14  do the scoring.  It was a mistake on my part.  I didn't

15  realize I was still supposed to score myself.

16    Q.   So what did you do with the data you collected

17  then?

18    A.   It is in a file on my computer.

19    Q.   Okay.  So did you take any steps to, you know,

20  make things operational that were emerging or anything

21  like that?

22    A.   Yeah.  I mean, we still used it, you know, in

23  looking at what data we had and where we needed to work

24  on.

25    Q.   So you still used it for internal purposes.



1    You just didn't write up that formal?

2        A.    Yes.

3        Q.    When was the last time the Department of

4    Education did come out and do a visit?

5        A.    I don't remember.  2017, '18 maybe.  I'm

6    really not certain.

7        Q.    And what were your ratings at the time, the

8    program ratings at the time?

9        A.    Our program ratings were pretty strong.

10       Q.    Everything was operational or --

11       A.    I can't completely -- I don't remember exactly

12   what it was, but a majority of the things would have

13   been operational.

14       Q.    Did you get feedback from the Department of

15   Education, the Georgia Department of Education, about

16   steps to, you know, improve other things that weren't

17   operational?

18       A.    I don't recall.

19       Q.    So do you know what the process is if a GNETS

20   program identifies a deficiency or identifies an area

21   in which it's emerging or not existent?  Is there a

22   process for recommended improvements?

23       A.    Not that I know of.

24       Q.    Is there any further checkups to see whether

25   identified steps have been taken?



1      A.   I don't know.

2      Q.   So it would be -- do you think it would be

3   possible for a GNETS program to turn in a report that

4   indicated a number of deficiencies and no action would

5   be taken?

6      A.   Thankfully, I've not been in that position so

7   I don't know.

8      Q.   What were the goals of the strategic plan

9   committee that you were on?

10      A.   To better define what needed to be collected

11   and to look at what could be combined so there wasn't

12   so much documentation that needed to be collected.

13      Q.   To ease the reporting burden on the programs?

14      A.   Say that again.

15      Q.   To ease the reporting burden on the programs?

16      A.   Yes, and just the collection burden.

17      Q.   Okay.  And in order to reach that goal, did

18   you need to know what the Department of Education was

19   going to do with the information that was collected so

20   you could know what was not necessary or streamline

21   it?

22      A.   We didn't know that, so I don't know.

23      Q.   So the committee made recommendations about

24   what didn't need to be collected without knowing what

25   was going to be done with the data that was



1  submitted?

2      A.   Yes.

3      Q.   Okay.  We focused a lot on the therapeutic

4  support and services provided to the students in your

5  program.  And I want to give you a chance to be able to

6  talk about what they can do and what they're good at

7  because I know educators always like to have that

8  opportunity.

9           So just tell me more about some of the things

10 your students at your program can do.

11     A.   Like what?

12     Q.   Do they make friends with each other?

13     A.   Some of them do.  Some of them have

14 socialization deficits.  But in working with that,

15 there are some of the students that are friends with

16 each other, yes.

17     Q.   Do they make each other laugh?

18     A.   Some of them are quite entertaining, yes.

19     Q.   Do they work hard at trying to meet their

20 goals?

21     A.   We have some students that are very focused on

22 that.  Some not so much.

23     Q.   Like all groups of children?

24     A.   Oh, absolutely, yes.

25     Q.   When they are with children without



1  disabilities, could they have meaningful interaction

2  with their peers?

3      A.   I would say sometimes, yes.  I don't have the

4  opportunity to see them with nondisabled peers, so I

5  don't know the answer in general.

6      Q.   What do you hear about when they do go to

7  their classes in the LEA or when they did participate

8  in extracurriculars with the ROTC with their peers?

9      A.   There have been students that have been very

10  successful in that, others that needed a lot of support

11  and help, a lot of helping the staff at the LEA to

12  understand what they needed.  It just really depended

13  on situations.

14      Q.   In your experience when students leave

15  Cedarwood, what is the most common next placement or

16  what are the most common next placements?

17      A.   They would commonly move into a special ed

18  classroom or a special ed supported classroom at their

19  home school or -- we really in trying to place students

20  work to their strengths.

21          So if they are strong in math, we would try to

22  put them in a math class so that they can be

23  successful.  It varies student to student.

24      Q.   What are the biggest obstacles to students

25  returning to a general education setting?



1     A.   This is going to be my opinion of it.  I don't

2  have anything to back it up.

3          But in general it is to -- the biggest

4  obstacles are helping the teachers in the general

5  education setting understand where the behaviors are

6  coming from and that a behavior intervention plan is

7  not necessarily to change a student but it changes the

8  teacher's behavioral with them, with the student.

9          So that's like an important part that students

10  have to be dealt with and deal with in understanding

11  their behaviors in a different way than -- you can't

12  treat every student the same.  And so that's a big

13  issue when students go back.

14     Q.   And what do you think access to educational

15  and therapeutic services for the population of students

16  served in GNETS, how can they be improved?

17     A.   We would -- if this is a wish list thing, too,

18  if we could have access to more certified staff, that

19  would be an improvement.  I would rather not have my

20  high school students on E2020 or Edgenuity.

21          I would love to have a high school science

22  teacher that could teach the special ed students and

23  have that person on staff.

24          But the reality is, is that students that are

25  in special, and not in special ed, in the school



1  systems that we serve, their high school special ed

2  students are on E2020 or that Apex program.

3          Also, because you can't find the teachers to

4  teach it face-to-face.  I would like to have more

5  therapeutic staff.

6     Q.   More in number or more different kinds of

7  skill sets?

8     A.   Both.

9     Q.   What kind of skill sets would be missing?

10    A.   To have like an art therapist to be able to

11 come in.  But we're in a rural area, and so even

12 finding those things, to find a BCBA to come in and to

13 work with us, I had a difficult time finding a

14 counselor to come in and work with us.

15    Q.   Okay.  Can we have one more line of

16 questioning?  Can we take a five-minute break so I can

17 check on my colleagues to see about any other questions

18 before we wrap up.

19    A.   Sure.

20         THE VIDEOGRAPHER:  Off the record at 5:12.

21         (Recess.)

22         THE VIDEOGRAPHER:  We are back on the record

23 at 5:22.

24 BY MS. TAYLOE:

25    Q.   Two questions to kind of clean up questions



```
 1   from before.
 2          Are there -- does Cedarwood keep records of
 3   each consultation provided to an LEA for students that
 4   are back in their LEA.
 5      A.   We keep notes but no real records of it.
 6      Q.   Notes.  What do the notes include?
 7      A.   Just a brief summary as to what was done
 8   or like it could have been -- and it doesn't even
 9   necessarily include content or like made a visit to XYZ
10   school and met with XYZ teacher.
11      Q.   It doesn't necessarily include that?
12      A.   It would include that, but it may not include
13   what was said or what was done necessarily.
14      Q.   Okay.  And would it include information about
15   how long was spent there?
16      A.   Not usually.  It could, but I don't think that
17   that is generally in that.
18      Q.   Okay.  And where would those notes be
19   maintained?
20      A.   In the past, they were just maintained by the
21   person who did it.  Now, we have it in like a Google
22   Drive.
23      Q.   So it used to not be centrally stored but now
24   it's in a Google Drive?
25      A.   Yes.
```



1    Q.   Okay.  One other question I wanted to revisit

2   is, is time in GNETS, like number of years a student

3   has spent in the GNETS, is that something that was

4   considered as part of the strategic plan?

5    A.   No.

6    Q.   That was not a target they wanted to reduce as

7   part of the tracking the progress of the programs?

8    A.   No.

9    Q.   Was there any request that you track exit

10  rates?

11   A.   I don't think so.

12   Q.   But if you did still track exit rates, either

13  for that or for some other purpose, could that mask

14  that some students were coming and going while others

15  were staying for a long time?

16   A.   Could that do what?  I'm sorry.

17   Q.   Like an exit rate might not look alarming but

18  it would not reveal if some students were coming and

19  going where others were staying for a long time?

20   A.   I don't think that we keep that data.

21   Q.   Okay.  All right.  I want to talk a little bit

22  more about the facility closures that we talked about

23  earlier.  I don't know that you had dates but -- okay.

24  So the Baxley site in Appling County was closed; is

25  that correct?



1    A.   Yes.

2    Q.   Do you remember what the facility's report

3  said about that facility?

4    A.   I don't remember.

5    Q.   Did you ever see the facility's report

6  itself?

7    A.   I did, yes.

8    Q.   Do you recall it mentioning the building had

9  been built in 1954 with no apparent renovations?

10    A.   I don't remember any of the content.

11    Q.   Okay.  Do you remember that it was one of the

12  first facilities closed by the Department of Education

13  even while the assessments were going on?

14    A.   No.  I don't recall that being what

15  happened.

16    Q.   What do you recall?

17    A.   I recall that an email or a phone call was

18  sent out that we were to be on a virtual meeting, all

19  GNETS directors, and that -- or maybe it was just an

20  email and a phone conference.

21         But it was announced which GNETS facilities

22  would be closed.  And I remember my heart racing and

23  trying to figure out what we were going to do.

24    Q.   Oh, because you learned on that call that --

25    A.   On that call at that point in time everyone at



1    the same time.

2        Q.   And what did you do with the students from the

3    Baxley site?

4        A.   The students from the Baxley site were then

5    going to be bussed to the Lyons site.  And the Lyons

6    site was moving to the current building that we're

7    in.

8        Q.   And what were these assessment reports for the

9    Statesboro and Lyons sites?

10       A.   I know the Lyons site was closed.  I don't

11   really remember the content of it.  And I know that

12   there were recommendations for the Statesboro site, but

13   it was not closed.  I received the reports.

14       Q.   And do you remember what the basis for the

15   closures were?

16       A.   I don't remember the basis.

17       Q.   Okay.  And for the ones that weren't closed,

18   what was -- what happened?

19       A.   For the ones that --

20       Q.   That were not closed.  What did the Department

21   of Education tell you about the ones that were not

22   closed?

23       A.   That would have been our Statesboro site, and

24   they gave recommendations for it to be upgraded and

25   things that needed to be done, which was then why



1    Bulloch County applied for that GNETS facilities grant
2    and redid the building.
3         Q.   Do you remember were you involved in that
4    process?
5         A.   I was involved in the renovation of the
6    building, yes.  We talked about that earlier.
7         Q.   Okay.  So after the grant had been awarded,
8    you were involved in how to spend the money but not in
9    the part before that?
10        A.   Actually, the application for the grant, the
11   special ed director of Bulloch County schools did the
12   application for the grant.  And she asked me questions
13   and I provided her with some information, but she did
14   the bulk of the work on that.
15        Q.   And during the period of the renovations, did
16   students have to move to a temporary site for some
17   period?
18        A.   Yes.
19        Q.   Where did they move?
20        A.   They moved to another school in Bulloch County
21   called Portal Middle High School, and we were given
22   rooms in that school.
23        Q.   I'm going to introduce now as Exhibit 259 a
24   document from the State, GA00337565.
25             (Plaintiff Exhibit 259 marked.)



WHITNEY BRADDOCK                                July 18, 2022
UNITED STATES vs STATE OF GEORGIA                        223

1            THE WITNESS:  Okay.

2     BY MS. TAYLOE:

3        Q.   Do you recognize this document?

4        A.   Yes.

5        Q.   So for the record it's an email from Whitney

6     Braddock to Vicky Cleveland on December 10, 2018.

7            Do you see where it says, "The parents in the

8     area that our classes will be served this next semester

9     did not want GNETS students in their building.  They

10    were under the impression that we were in a separate

11    site because our kids were dangerous."

12       A.   Yes.

13       Q.   Can you tell me how you came to know that is

14    what the parents' reaction was?

15       A.   That, I was told that -- I don't know by

16    whom -- after parents made an appearance at a Bulloch

17    County school board meeting.

18       Q.   And were they opposing the relocation, the

19    temporary location of the GNETS students?

20       A.   Yes.

21       Q.   Was that kind of the concern you had heard

22    before?

23       A.   About the students being moved to Portal or

24    just in general?

25       Q.   No.  In general about people having an



1  impression about GNETS students in general.

2      A.   Yes, I've heard that before.

3      Q.   Why do you think that is -- or, I'm sorry --

4  what have you heard before?

5      A.   People are under the impression that GNETS

6  students are alternative school students or that

7  they're dangerous, that GNETS students are bad.

8      Q.   Why do you think they have that impression?

9      A.   I think that they have that impression because

10 of gossip and talk that prior to some students being

11 placed in GNETS.  They have seen the students

12 misbehavior, and they don't understand what's going on

13 with the students.

14         And what I -- in this email talking about

15 Portal, Portal is a small, very-closed community, very

16 rural, and they know the kids and the people who are

17 there.  And they have known some students that are from

18 Portal that have come to Cedarwood, and that is their

19 opinion of those children.

20     Q.   Do you think the fact that the students are

21 educated in a separate building that was vacated by

22 students moving to a new building, do you think that

23 kind of environment could contribute to that

24 impression?

25     A.   I think that that impression more comes from



 1  what parents or teachers or other students report about

 2  these students when they're at these schools.

 3      Q.   Did the GNETS students, in fact, attend the

 4  Portal schools for that semester?

 5      A.   Yes.

 6      Q.   Was there any issue with them being dangerous

 7  during that time?

 8      A.   There was some behavior issues, but there was

 9  no issues with them being dangerous.

10      Q.   Were your staff able to provide the services

11  in the Portal schools?

12      A.   Yes.

13      Q.   And then who decided that that placement would

14  be temporary?

15      A.   The Bulloch County superintendent.

16      Q.   And why -- is that a man or woman?

17      A.   A man.  Charles Wilson is his name.

18      Q.   Why did he get to decide that?

19      A.   Well, Bulloch County Schools applied for the

20  facilities grant, and Bulloch County schools made --

21  put in other local funding to redo the building.

22           And in doing that, he needed a place -- Portal

23  Middle High had the rooms for us to move to but then

24  the money was being spent to upgrade the building.  So

25  then when the building was completed, then we moved



1   back into it.

2       Q.   Were you aware that the facility's grant

3   application had a provision that the grant recipients

4   had to promise that the GNETS program would stay in the

5   facility for ten years?

6       A.   Yes.

7       Q.   Was that ever discussed with you?

8       A.   No, not really.  I don't recall having a

9   discussion with anyone about it that I can think of.

10      Q.   And are you aware of the amounts of money that

11  were spent on the renovation?

12      A.   I do not know the exact price of it.  I'm not

13  certain of what it was.

14      Q.   I'm going to mark as Exhibit 260 document

15  GA04103131 and let you have control of it.

16  Ms. Braddock.

17      A.   Okay.

18           (Plaintiff Exhibit 260 marked.)

19           (Witness reviewing document.)

20           THE WITNESS:  Okay.

21  BY MS. TAYLOE:

22      Q.   So I'm going to state for the record this is

23  an email from Troy Brown to Pat Schofill copying Scott

24  Wilson dated April 11, 2019.

25           And do you see that the award amount -- well,



1  the total project cost was $1,026,884.

2      A.   Yes.

3      Q.   And do you see that the state portion of that

4  was over $807,000?

5      A.   Yes.

6      Q.   And do you see that the local contribution --

7  let me back up and explain a little bit.

8           Do you understand that the GNETS grant had a

9  matching requirement that the LEA had to match part of

10  the funds awarded by the grant?

11      A.   I think that I knew that.

12      Q.   Okay.  And do you see here in this letter that

13  it said the local portion of the project cost had

14  increased from over $200,000 to nearly $500,000?

15      A.   Yes.

16      Q.   So what I'm wondering about is whether you

17  would have -- what are your thoughts about the wisdom

18  of spending a million dollars to repair a building for

19  the use of 60 students with a declining enrollment when

20  they were being moved out of a facility that had

21  available space in a general education in which you

22  said that the students were receiving services

23  successfully?

24      A.   I don't know that I have an opinion on it.

25      Q.   Do you think you can think of other uses for



1  the money.  You had a wish list of things you would

2  like to be able to offer for your students that some of

3  that money might have been able to go to?

4      A.   You know, if you gave me over a million

5  dollars, I could spend it.

6      Q.   And you were not consulted.  I'm trying to

7  remember.  So you were not consulted about any of that

8  except for the content of the renovations to be made to

9  the building after the grant was awarded?

10     A.   Yeah.  Like I said, Leslie Schlierf put in for

11 the grant.  And she asked me some questions, and I

12 helped her get some data, but that was the extent of my

13 involvement.

14     Q.   Okay.  And I think unless my colleagues want

15 to shoot me an email or something, I think I'm about

16 done.

17          MR. NGUYEN:  Why don't we do this, Laura.

18 You've got technically 11 minutes left apparently.  So

19 why don't we let Danielle go ahead and ask.  And then

20 if you guys got any follow-up, people will text you or

21 something.

22          MS. TAYLOE:  Okay.

23          MR. NGUYEN:  Does that work?

24          MS. TAYLOE:  That works with me if it's okay

25 with Danielle.  I don't know if she --



1          MR. NGUYEN:  Are you ready?  I saw you jump on

2    the screen so I didn't know if you were ready.

3          MS. HERNANDEZ:  Yeah, I'd rather -- if Laura

4    is going to need her 11 minutes, I'd rather wait out

5    the 11 minutes.  I don't want to have my questioning

6    and then her follow up afterwards.

7          MR. NGUYEN:  Okay.

8          MS. TAYLOE:  Well, Kelly is right there.

9          Kelly, do you want me to wait for an email or

10   are you finished?

11         MS. GARDNER:  No.  I don't have anything.

12         MS. TAYLOE:  Okay.  I don't have any other

13   emails, so I'm ready to gift the last 11 minutes.

14         THE WITNESS:  I was going to tell you if you

15   make Kelly say something, she knows that she's sitting

16   in this room with us and she might be in trouble.  I do

17   know how to restrain.

18         MS. TAYLOE:  Thank you for your time,

19   Ms. Braddock -- sorry, Danielle, I just wanted to thank

20   you for your time.

21         MS. HERNANDEZ:  No worries.

22                      EXAMINATION

23   BY MS. HERNANDEZ:

24   Q.   Hi, Ms. Braddock.  I also want to thank you

25   for your time.  Thank you for being here today.  My



 1  name is Danielle Hernandez.  As I said earlier, I

 2  represent the State of Georgia.

 3          I just wanted to note for the record that this

 4  deposition has been cross-noticed by the State of

 5  Georgia and it is occurring immediately after the

 6  deposition that was just taken by the Department of

 7  Justice.

 8          With that being said, I just want to say that

 9  we're going to go use the same rules of deposition that

10  were discussed earlier by the Department of Justice.

11  For example, if I'm asking a question, just let me

12  finish the question.  If you need a break, so forth and

13  so on.

14          So I have a very small amount of questions, so

15  I'm just going to get to it and hopefully we can end

16  this soon.

17          When a maintenance request needs to be made at

18  either the Lyons location or the Statesboro location,

19  who is the maintenance request made to?

20      A.   The school system that the location is housed

21  in.

22      Q.   Okay.  And does the county decide what vendor

23  will come out and make any maintenance repairs?  Do you

24  know how that process occurs?

25      A.   I don't know how that process occurs, but I do



1  know that in Bulloch County they have a large, pretty

2  large maintenance department and most of the

3  maintenance is done by them.

4           I think any time that I've seen it with the

5  exception of a broken window, and a glass company has

6  come out to change that.

7       Q.   Okay.  Do you know who handles the technical

8  issues that happen at either the Lyons or Statesboro

9  location?

10       A.   We receive technical help from each of the

11  school systems, the Toombs County school system and the

12  Bulloch County school system.  Also, I receive some

13  technical assistance from the technology department

14  here at First District RESA.

15       Q.   Okay.  And do you know who pays or who writes

16  the checks for the maintenance staff and the technical

17  staff?

18       A.   Each school system does, to my knowledge.

19       Q.   Okay.  Now I just kind of want to switch over

20  to IEPs.  Who makes up an IEP team?  Like, who are the

21  individuals that make up an IEP team?

22       A.   Specific to GNETS or Cedarwood?

23       Q.   Yeah.

24       A.   Okay.  So it is our coordinator, a teacher

25  from Cedarwood, usually whatever school is the home



 1  school for the student, their special ed supervisor

 2  there, parents, students sometimes, possibly a teacher

 3  at the school, the home school, would sit in.

 4  Sometimes I would sit in if I need to, special ed

 5  director.  That's about it.

 6       Q.   So is there ever a member of the state on an

 7  IEP team?

 8       A.   Is there a what?

 9       Q.   Ever a member of the state on the -- on an IEP

10  team?

11       A.   No.  We've not ever had a member of the state

12  on an IEP team.

13       Q.   Okay.  Are you aware of any instance in which

14  the state participated in a decision for a student to

15  receive GNETS services?

16       A.   No.

17       Q.   Okay.  I have two more questions for you.

18  Give me one second.  Let me just look through my notes.

19            Are you aware of any instances in which the

20  case compelled Cedarwood GNETS program to make a

21  particular decision regarding a student's placement?

22       A.   No.

23       Q.   Okay.  Has the state ever encouraged you to

24  keep a student in GNETS when their IEP recommended

25  otherwise?



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                          233

1     A.   No.

2     Q.   All right.  That's it.  No further questions.

3   Thank you so much for your time today.

4     A.   Thank you.

5          MS. TAYLOE:  Thank you, everybody.

6          THE VIDEOGRAPHER:  No further questions, this

7   concludes the deposition of Director Whitney Braddock.

8   We are off the record at 5:49.

9          THE REPORTER:  Can I have the transcript

10  orders on the record, Counsel?

11         MS. HERNANDEZ:  The State would like to

12  request an electronic transcript.

13         THE REPORTER:  And I know, Ms. Tayloe, you

14  have a standing order so I'm not going to ask.

15         MS. HERNANDEZ:  Can the State also request a

16  mini transcript?

17         THE REPORTER:  Sure.

18         MR. NGUYEN:  I don't need a transcript at this

19  time, but I can request it later if I need to.

20         THE REPORTER:  Yes.  Thank you.

21         (Signature reserved.)

22         (Deposition concluded at 5:50 p.m.)

23

24

25



WHITNEY BRADDOCK                                          July 18, 2022
UNITED STATES vs STATE OF GEORGIA                              234

```
 1                      REPORTER DISCLOSURES
 2              The following representations and disclosures
 3      are made in compliance with Georgia Law, more
 4      specifically:
 5              Article 10(B) of the Rules and Regulations of
 6      the Board of Court Reporting (disclosure forms).
 7              OCGA 9-11-28(c) (disqualification of reporter
 8      for financial interest).  OCGA 15-14-37(a) and (b)
 9      (prohibitions against contracts except on a
10      case-by-case basis).
11              I am a certified court reporter in the State
12      of Georgia.  I am a subcontractor for Esquire
13      Deposition Solutions.  I have been assigned to make a
14      complete and accurate record of these proceedings.
15              I have no relationship of interest in the
16      matter on which I am about to report which would
17      disqualify me from making a verbatim record or
18      maintaining my obligation of impartiality in compliance
19      with the Code of Professional Ethics.
20              I have no direct contract with any party in
21      this action and my compensation is determined solely by
22      the terms of my subcontractor agreement.
23              This 28th day of July 2022.
24
25              _____
                Deborah K. Lingonis, RPR, CCR 2883
```



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                        235

C E R T I F I C A T E

STATE OF GEORGIA:

COUNTY OF CHATHAM:

        I hereby certify that the foregoing

transcript was reported, as stated in the caption, and

the questions and answers thereto were reduced to

typewriting under my direction; that the foregoing

pages represent a true, complete, and correct

transcript of the evidence given upon said proceeding,

and I further certify that I am not of kin or counsel

to the parties in the case; am not in the employ of

counsel for any of said parties; nor am I in any way

interested in the result of said case.

        This 28th day of July 2022.


                        _____
                        Deborah K. Lingonis, RPR
                        CCR 2883



```
 1                    ESQUIRE ERRATA SHEET

 2

 3

 4    Esquire Job ID:  J8396290

 5    Case Caption:  USA v. State of GA

 6

 7

 8           DECLARATION UNDER PENALTY OF PERJURY

 9

10           I declare under penalty of perjury that I

11    have read the entire transcript of my deposition taken

12    in the above-captioned matter or the same has been read

13    to me, and the same is true and accurate, save and

14    except for changes and/or corrections, if any, as

15    indicated by me on the DEPOSITION ERRATA SHEET hereof,

16    with the understanding that I offer these changes as if

17    still under oath.

18           Signed on this _____ day of

19    _____, 20___.

20

21

22

23                  _____

24                  WHITNEY BRADDOCK

25
```



WHITNEY BRADDOCK                                July 18, 2022
UNITED STATES vs STATE OF GEORGIA                       237

DEPOSITION ERRATA SHEET

Page No._____ Line No._____ Change to:_____

_____

Reason for change: _____

Page No._____ Line No._____ Change to:_____

_____

Reason for change: _____

Page No._____ Line No._____ Change to:_____

_____

Reason for change: _____

Page No._____ Line No._____ Change to:_____

_____

Reason for change: _____

Page No._____ Line No._____ Change to:_____

_____

Reason for change: _____

Page No._____ Line No._____ Change to:_____

_____

Reason for change: _____

Page No._____ Line No._____ Change to:_____

_____

Reason for change: _____

SIGNATURE:_____DATE:_____

WHITNEY BRADDOCK



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA                        238

DEPOSITION ERRATA SHEET

Page No._____Line No._____ Change to:_____

_____

Reason for change: _____

Page No._____Line No._____ Change to:_____

_____

Reason for change: _____

Page No._____Line No._____ Change to:_____

_____

Reason for change: _____

Page No._____Line No._____ Change to:_____

_____

Reason for change: _____

Page No._____Line No._____ Change to:_____

_____

Reason for change: _____

Page No._____Line No._____ Change to:_____

_____

Reason for change: _____

Page No._____Line No._____ Change to:_____

_____

Reason for change: _____

SIGNATURE:_____DATE:_____



WHITNEY BRADDOCK                                    July 18, 2022
UNITED STATES vs STATE OF GEORGIA          Index: $1,026,884..1998

**Exhibits**

8396290 Whi
tney.
Braddock.
EXHIBIT248
    4:12
    16:12,13

8396290 Whi
tney.
Braddock.
EXHIBIT249
    4:13
    16:16,17,
    20

8396290 Whi
tney.
Braddock.
EXHIBIT250
    4:15
    41:11,13,
    14

8396290 Whi
tney.
Braddock.
EXHIBIT251
    4:17
    48:6,8

8396290 Whi
tney.
Braddock.
EXHIBIT252
    4:19
    59:6,7

8396290 Whi
tney.
Braddock.
EXHIBIT253
    4:21
    76:19,21
    116:11

8396290 Whi
tney.
Braddock.
EXHIBIT254
    4:23
    116:21

8396290 Whi
tney.
Braddock.
EXHIBIT255
    5:2
    120:2,5

8396290 Whi
tney.
Braddock.
EXHIBIT256
    5:4
    152:24
    153:3

8396290 Whi
tney.
Braddock.
EXHIBIT257
    5:7
    178:22,23

8396290 Whi
tney.
Braddock.
EXHIBIT258
    5:9
    183:25
    184:1

8396290 Whi
tney.
Braddock.
EXHIBIT259
    5:11
    222:23,25

8396290 Whi
tney.
Braddock.
EXHIBIT260
    5:14
    226:14,18

**$**

$1,026,884
    227:1

$10,000
    205:5,7

$200,000
    227:14

$285,000
    201:3

$315,000
    201:1

$5,000
    205:9

$500,000
    227:14

$807,000
    227:4

**0**

0
    56:17

000144
    47:22

000145
    59:6

000146
    120:4

001394
    76:20

002182
    178:22

002183
    183:25

01
    209:11

**03088**
    7:4

**0376**
    153:2

**1**

1
    6:5 16:11
    67:21
    70:18
    162:14,24
    163:14
    164:9

1.2
    199:1

10
    56:17
    75:22
    119:4,5
    223:6

10-month
    86:19

100
    201:2

10:23
    43:2

10:30
    181:24

10:40
    43:5

11
    226:24
    228:18
    229:4,5,
    13

11-month
    86:18

116
    7:4

11:00
    182:6

11:30
    70:20

11:31
    70:24

12
    89:2

12-month
    86:12,13

12:00
    182:6

12:23
    98:11

14
    26:20
    124:18,21
    126:9

15
    56:17,18

16
    56:17
    58:4

18
    6:2,4
    58:3
    212:5

19
    126:21

190
    86:21
    89:1

1954
    220:9

1985
    18:20

1987
    17:14

1998
    20:18



WHITNEY BRADDOCK
UNITED STATES vs STATE OF GEORGIA

July 18, 2022
Index: 1:11..ABA

**1:11**
  98:14

**1:30**
  182:9

**1:35**
  112:13

**1:36**
  112:16

_____

**2**

**2**
  70:23
  130:5
  131:25
  143:10
  156:21
  159:14
  162:25
  163:2,3,
  4,6,15,18
  164:8,9,
  19,24
  209:11

**2/tier**
  157:13

**20**
  119:4,5

**2012**
  170:7

**2014**
  21:4

**2016**
  171:10

**2017**
  207:25
  212:5

**2018**
  157:5,7
  207:24
  223:6

**2019**
  125:6
  226:24

**2020/2021**
  121:13,14

**2021**
  49:25
  50:14
  121:14

**2022**
  6:2,4

**21**
  95:2
  129:3
  130:13
  166:21

**21/22**
  50:15
  59:14
  198:22

**22**
  52:10

**22nd**
  52:10

**23**
  50:17,20

**248**
  16:12,13

**249**
  16:16,17,
  20

**25**
  148:9,24

**250**
  41:11,13,
  14

**251**
  48:6,8

**252**
  59:6,7

**253**
  76:19,21
  116:11

**254**
  116:21

**255**
  120:2,5

**256**
  152:23,24
  153:3

**257**
  178:22,23

**258**
  183:25
  184:1

**259**
  222:23,25

**260**
  226:14,18

**28**
  75:14

**2:00**
  182:9

**2:16**
  132:2

**2:22**
  132:6

_____

**3**

**3**
  132:5
  144:18
  156:21
  157:13
  159:14
  162:25
  163:4,5,
  10,15,18,
  25 164:8,
  20,21,25

**165:4,8**
  169:18,21
  196:12
  198:12

**30**
  56:17
  58:4

**31**
  75:14

**35**
  11:4

**36**
  60:13

**3:29**
  169:14

**3:38**
  169:19,20

_____

**4**

**4**
  144:21
  198:17

**48**
  76:18

**4:27**
  198:14

**4:33**
  198:18

**4:52**
  208:20

**4:53**
  208:23

_____

**5**

**56**
  129:2

**5:12**
  217:20

**5:22**
  217:23

**5:49**
  233:8

**5:50**
  233:22

_____

**6**

**6**
  75:21
  145:5

**60**
  227:19

_____

**7**

**75**
  146:20
  147:10,
  13,22,25
  148:15

_____

**8**

**80**
  135:21,24
  138:11
  139:4

_____

**9**

**9:16**
  6:4

**9:30**
  181:24

_____

**A**

**ABA**



159:3,9

**abbreviations**
13:1,22

**ability**
118:7
127:16
136:8

**absence**
73:12
74:11

**absences**
73:19

**absent**
73:23
74:22

**absolutely**
129:14
148:7
214:24

**academic**
91:20
179:25
189:18

**academically**
186:18

**Academy**
35:25
36:7,15,
18

**Academy's**
36:2

**accept**
111:10
112:5

**acceptance**
111:14,15

**accepted**
36:20
60:25

**access**
31:15,23,
24 90:16
118:17,21
174:23
194:15,
16,20
196:16
216:14,18

**accommodate**
63:10

**account**
52:21
53:9

**accountant**
199:20

**accurate**
16:24
117:23
154:18

**achieving**
209:8

**acronyms**
13:21

**action**
7:4 9:18
111:6,7
213:4

**active**
195:19

**activities**
175:6
177:10
195:7

**actual**
189:13

**ADA**
202:24
203:4,5

**add**
81:14

199:21

**adding**
73:18

**addition**
66:24
75:23
83:17
107:6

**additional**
59:19
67:5
81:9,14
112:22
113:3
114:14
154:21

**address**
73:8

**addressed**
34:19
122:19

**addresses**
14:9

**ADHD**
60:5

**adjust**
172:8

**adjusted**
62:2
209:23

**adjustment**
165:9

**adjustments**
164:22

**administration**
61:4

**administrative**
72:25
75:6 77:8

82:5
98:25

**administrators**
103:7

**admission**
69:22

**admissions**
97:24
101:22
103:12
116:2,6

**admit**
111:13

**adopted**
95:18

**ads**
88:6

**adult**
159:19,20
160:3

**advance**
34:1,3
104:5
145:8

**advanced**
194:19

**advertise**
89:3

**advice**
140:22

**affect**
90:2,3

**affective-type**
91:19

**age**
135:12
136:8
192:3

**agencies**
31:1
62:19
151:25

**agency**
13:13,15
61:25
62:10,21,
23 63:6,
12,13,15,
16,19
149:20
152:2

**agenda**
33:24

**agent**
17:9 45:5

**aggregate**
50:11
69:15

**aggressive**
92:25
94:18
101:13,14

**agree**
8:10

**agreement**
44:17
205:19

**ahead**
19:21
90:4
228:19

**Aid**
92:20
93:10,19
94:3,5

**aide**
192:3

**alarming**
219:17

allocated
  78:9

allotment
  200:24,25

allowed
  28:2
  177:13

alternative
  224:6

amend
  111:12

amended
  106:15,
  16,19

amendment
  106:21
  107:8

America
  198:7

amount
  54:16
  72:20
  141:11
  164:3
  200:1,3
  202:15
  226:25
  230:14

amounts
  205:18
  226:10

analysis
  133:13
  159:9

and/or
  92:18
  123:14
  155:8

anger
  155:16

angry

94:18

announce
  33:25

announced
  220:21

annual
  103:7
  134:15
  200:22,23
  201:16

anticipate
  51:10

anticipatio
n
  62:1

anymore
  58:1
  160:18
  184:14

AP
  195:4

Apex
  166:3,4,
  6,11
  167:16
  179:24
  180:4,8,
  18,21,23,
  24 181:3
  183:8
  217:2

apologize
  130:5

apparent
  220:9

apparently
  228:18

appearance
  6:9 9:20
  223:16

applicants

89:14

application
  85:10,13,
  15 90:6,
  8,10,23,
  25 91:4
  149:16
  222:10,12
  226:3

application
s
  88:14
  89:8,9,10

applied
  80:16,23
  159:9
  222:1
  225:19

Appling
  35:19
  205:4
  219:24

apply
  85:20

applying
  168:4

appointment
s
  62:22
  151:21

approval
  26:4
  39:20

approve
  22:5
  25:16
  40:10,12

approved
  26:1,7
  39:22
  89:17,20
  128:22,24

approximate
ly
  75:14
  146:20

April
  226:24

arbitrarily
  137:17

architect
  202:12,20

area
  19:2,22
  39:10
  71:14
  72:10
  123:1
  124:7
  151:12,25
  176:24
  183:11
  185:15
  210:10
  212:20
  217:11
  223:8

areas
  52:2
  162:19
  183:17
  185:17
  206:16
  207:10,12
  208:10
  209:2

Armstrong
  15:24

arrange
  150:7

arranged
  63:10
  196:19

arrangement
s
  197:17

arranges
  46:16
  196:20

arrival
  65:18

arrive
  64:23
  65:15,17,
  18 66:10,
  23,24

art
  174:10,
  15,16
  217:10

as-needed
  167:6

ASD
  55:15
  84:3
  122:11

asks
  10:9
  103:4
  174:15

assess
  108:25
  109:5

assesses
  136:19

assessment
  13:25
  104:15
  113:13,16
  221:8

assessments
  119:19
  220:13

assign



165:25

assigned
22:10,20
36:21
37:3

assist
98:23

assistance
61:9,10
98:24
231:13

assistant
72:25
75:7 82:5
98:25

assume
42:7
50:14
67:6

assuming
98:18
99:8
156:2

assumption
52:15
127:6
162:15

attached
129:19
153:12

attachment
153:1,6
154:6,8

attend
26:24
32:19
47:1
72:22
102:16
103:4
110:11,12
195:21

225:3

attendance
72:21
73:4,7,11
74:3
133:17,18
161:6
163:11

attending
191:1,15

attention
60:2
159:17,25

attorney
10:15

attorney-
client
10:10

attorneys
10:13

attract
88:5

atypical
182:24

August
49:23,25
66:24
125:6
176:4

autism
55:16
83:13
122:11
123:14
125:2,8,
14 126:5,
11 179:14
192:21

automatical
ly
165:5

auxiliary
74:23
75:2
178:13,14
189:20,21

average
67:19,24
68:19,20
118:24
146:21

award
226:25

awarded
222:7
227:10
228:9

aware
202:5
226:2,10
232:13,19

─────────

B
─────────

back
18:23
19:14
20:6
34:18
38:16
42:20
43:4
48:24
49:5
51:25
53:6
57:20
59:5,11
60:12
65:10
66:2,21
69:19
70:10,24
71:1
73:21,24

74:4
81:21
98:13
106:8
110:25
112:15,21
116:17
117:7
126:16
131:10
132:6,9,
18 133:11
134:9,10,
14,22
138:9
140:3
142:3
154:7
162:1
164:8
169:5,19,
20
177:15,
18,24
184:19
185:9
189:19
191:6,7,
16 194:1
196:5
197:18
198:18
203:3
208:22
216:2,13
217:22
218:4
226:1
227:7

background
15:17,18
23:7
77:6,8
84:25
89:19,21
176:11,13

bad
168:9
224:7

Baker
82:17

ballpark
198:25

bar
81:6
117:4

barrier
88:19

bars
175:18,21

BASC
163:10

base
76:5
150:19
166:7,22

based
19:20
29:16
38:18
55:7
67:17,18
69:9
75:17
90:18,21,
22 123:20
128:5
133:21
138:1
143:20
147:7
205:19
209:15

basic
167:3
179:3

basically
10:19



39:13
97:14
110:8
159:15
206:16

**basis**
55:25
60:5
94:12
104:1
107:22
125:9,18
128:17
179:18
221:14,16

**basketball**
175:7,16,
17 197:25

**battery**
70:15

**Baxley**
29:4,18,
25 30:18
36:8
219:24
221:3,4

**BCBA**
97:20
217:12

**began**
18:16
39:8

**begin**
8:7
130:21

**beginning**
6:5,10
58:16
70:22
80:17
103:3
132:4
169:17,21

191:7
198:16
209:20,25
210:7

**behalf**
6:17

**behaving**
100:10

**behavior**
13:25
14:2,3,4,
6,25
15:24
19:9,12,
15 57:17
60:7 74:7
75:5 81:8
105:6
110:25
111:1
113:11,
13,14,16,
17 115:18
119:19
127:1,12
129:20
130:14,19
133:22
135:6,8,
11,19
136:15
137:19,21
152:12
159:16,17
162:10,17
163:11
164:22
165:12
190:2,13
197:3
216:6
225:8

**behavioral**
13:18
55:12

83:15
91:21
102:4,18
104:15
108:22
122:8
124:4,14
159:9
162:20
181:10,16
192:6
216:8

**behaviorly**
57:10

**behaviors**
14:9 84:4
125:4,12,
16,25
126:5
127:15
128:4
131:3,5,9
133:16
134:12
135:7,9,
20 136:2
137:23
138:10
140:23
216:5,11

**belatedly**
12:8

**bell**
65:17

**benches**
175:17

**benefits**
83:9
204:16
205:4

**Beth**
10:15

**big**

12:9 67:4
160:10
161:7
201:23
216:12

**bigger**
49:2

**biggest**
88:19
215:24
216:3

**billing**
25:21
77:11
150:3

**bills**
25:22
201:24

**BIP**
14:5
127:2
164:18
165:9

**birth**
47:10

**birthday**
52:10
124:7

**bit**
32:4
35:12
38:21
41:21,24
44:16
66:19
67:12
77:5 81:4
90:4,7,9
94:2
101:21
132:9
140:11,20
146:6,8

155:2
162:25
170:3
182:15
198:20
206:10
209:23
219:21
227:7

**blacked**
47:9,17
52:2

**blank**
53:20
58:13
116:15

**blast**
28:7

**block**
179:16

**board**
39:9
89:17,20
95:19
151:14
152:7,17
223:17

**boards**
203:2,11

**bottom**
50:18
58:23

**bound**
79:21

**box**
173:2

**boxes**
115:19

**Braddock**
6:1,6,18,
21 7:1,10
48:15



70:19,23
116:24
117:16
132:1,5
169:18
198:13,17
223:6
226:16
229:19,24
233:7

brain
55:21
92:21
94:4,13,
15 95:1
122:24

Brannen
205:4

Brannon
83:5

break
8:25 9:1,
5 40:25
41:5
42:24
43:8
65:14
70:17
97:25
98:3
131:23
147:21
169:11,12
186:12
187:12
189:9
198:10
217:16
230:12

breakfast
189:23
190:10

breaks
8:23

173:21

Breathe
158:24

briefly
7:2

bring
27:7
32:25
74:25
173:2
189:24
203:7

brings
185:11

broken
231:5

brought
152:7
172:23,
24,25

Brown
226:23

Bryant
170:13
171:4
177:4

bucket
201:23

buddies
189:24

budget
23:4
33:10
42:2
198:22
199:11,
16,23
200:17
201:21

budgeting
22:4

budgeting-
related
77:12

building
21:18
29:11,14
44:12
167:3
170:8,17
171:12,
13,14,16,
20 172:1,
4,14
175:3
194:1
202:11
203:16
220:8
221:6
222:2,6
223:9
224:21,22
225:21,
24,25
227:18
228:9

buildings
170:5,21
171:17
172:18

built
170:8,13,
21 171:15
172:14
220:9

bulk
78:3
222:14

bullet
124:20

Bulloch
29:8,10
35:15
39:9 40:7

44:25
71:14,23
83:6,11,
22 168:8,
16
192:14,
18,25
193:5,25
196:20
200:14
202:7,10
203:23
222:1,11,
20 223:16
225:15,
19,20
231:1,12

burden
213:13,
15,16

bus
64:15,17,
23 65:24
66:6,17
71:3,5
177:18
191:19
192:2,3,
4,5,6
193:1

buses
65:1,14
191:23
192:3,8,
15,16,17,
23 193:5

business
13:2

bussed
39:2
221:5

bussing
64:21

C

cafeteria
99:24
172:22
173:7

cafeterias
173:11

calculate
58:24

calendar
121:11

call
48:21
49:7
73:22
91:8
100:20
111:6
114:24,25
137:9
163:8
179:9
220:17,
24,25

called
20:13,15
49:6
92:21
105:19
119:12
149:21
158:24
163:21
179:13
222:21

calling
107:11

calls
22:1
197:7



**calm**
100:13

**calming**
96:4,7

**campuses**
21:7,9,10

**candidates**
147:8

**Candler**
35:19

**capacity**
39:25

**capture**
131:6

**captured**
23:12

**card**
48:21
49:6
59:13
105:23

**care**
68:16,17
70:8
71:7,10,
13,16,19,
22 72:7,
8,9 91:23
92:4
96:9,15
149:19,
20,23,24
150:1,12
159:21
167:19

**career**
17:14
168:9

**cares**
159:21

**carried**

83:20

**carry**
104:20

**case**
23:18
94:6 99:1
130:7
149:3
176:17
185:14
201:9
232:20

**cases**
38:4
142:7

**casualty**
194:4

**catch**
100:2
186:14

**categories**
23:23

**category**
60:1
83:15
123:2

**caught**
168:24

**Cedarwood**
7:12 11:4
12:9
17:5,9,
10,14
19:13,25
20:11
35:13,24
36:3,10,
16,21
38:22
42:6,12
44:19,21
46:17,18,
23 47:2

54:14,20
62:9,12
63:6,7
64:9
65:15
68:3,21,
24 69:1,
14,18
71:8
75:12
77:15,20
78:10
86:22
88:1
91:17
95:12
96:24
99:11
101:23
102:2,24
106:11
107:24
109:12
110:16
111:17
112:20,21
113:4
114:4,9,
16 115:8
118:15,24
127:3,22
128:2
130:19
140:9,16,
24 142:23
143:8,17
144:11,
19,22
145:2
146:7,15,
18 150:3,
8 152:19
153:22
154:15,22
155:18
162:13
163:1

166:3
167:13
168:23
170:7,11,
12,22
178:2
191:24
193:20
195:3,6
196:25
215:15
218:2
224:18
231:22,25
232:20

**Cedarwood's**
133:8
148:10,16
198:22

**celebrate**
193:20

**center**
54:14
145:2,5,
10,11

**centers**
170:2

**centrally**
218:23

**ceremony**
196:3,8,
10

**certificate**
78:19,24
80:23
87:23

**certificates**
201:10

**certification**
19:6,16,
18,20

22:8
43:11,18,
19 79:14
80:12,20
82:18,23
84:20
85:6,22
86:1
188:20,
22,23

**certifications**
16:6
185:23

**certified**
43:8
79:13
80:15
81:16,17
82:15,24
84:7,10,
11,17,19
85:8
87:16,17,
18,19
97:21
157:16
183:3,4,
5,7,11,
17,19
186:22
194:16
216:18

**certifying**
84:23

**challenge**
185:12

**challenges**
108:22
109:1
124:4,14

**challenging**
185:13



chance
153:6
214:5

change
39:6
42:18
51:11
64:25
70:14
88:9
106:20,23
120:13
135:5,6,
13 136:2
158:25
209:13
216:7
231:6

changed
19:1
29:15
30:1
56:6,7
72:9
106:24
107:8
118:25
124:6
135:8
137:16
186:4
209:12,23

charge
24:24
25:20
45:24,25
46:7
192:12

Charles
225:17

chart
77:21
107:16,17
108:7,16

120:3
121:10
129:2

charts
119:12,13

check
17:11
57:9
73:3,6,7,
22 84:25
89:19,21
104:10
105:2
131:14
159:11,
13,18
160:11,
12,23
161:4,10,
11 163:3
164:2,4
169:11
217:17

check-in
57:16
179:21

checked
164:14

checking
88:8
115:19

checks
77:19,22
159:23
231:16

checkups
212:24

Cheryl
82:17

child
119:16
127:8,11,
12 128:7

138:7
148:8
160:2

child's
137:23

children
11:11
85:4
135:12
140:16
152:4
158:16
174:25
214:23,25
224:19

children's
38:19

choice
100:6

choose
38:18
192:22

circles
166:23
167:1,2

circumstanc
es
91:7
118:19
185:13

citations
206:6

cities
64:8

city
35:20

civil
7:3 9:18

clarificati
on
91:5

132:21
133:2

clarificati
ons
15:14

clarify
8:13,19
67:12
90:9
98:17
203:25

clarifying
99:10

class
18:25
37:18,20
38:6,11,
13 54:23,
24 66:10,
15 75:1,
7,8,10
83:13
100:15
124:1,6,
12,15
143:13,14
144:24
156:20
173:21
179:7,9,
10 184:24
185:5,6
186:8,9
190:6,16,
17 191:9,
15 192:20
196:5
215:22

classes
21:2
37:13,14,
15,19
38:4
66:3,4

118:15
124:2
179:14
185:7
186:14
191:1,3
215:7
223:8

classic
119:20

classified
86:20
201:7,8,9

classroom
83:11,21,
23 96:10
100:21
143:25
144:2,5,
8,15,18,
21,24
145:15
157:12
160:2
162:22
167:4
173:13
174:8
183:14
215:18

classrooms
37:4
38:18
75:21
81:9
123:13
139:7
159:5
173:8,9,
19

Claxton
18:9
29:7,10
30:10,11,



20

**clean**
  84:25
  89:21
  217:25

**clear**
  15:6
  123:25
  147:11
  162:18

**Cleveland**
  22:21
  32:22,23
  42:20
  117:17
  121:21
  132:11
  223:6

**Cleveland's**
  27:21

**click**
  48:18
  129:21

**close**
  29:19
  30:4
  154:5
  178:1

**closed**
  28:20,25
  29:6,7,
  12,14,18,
  24,25
  30:3,11,
  15 36:5
  219:24
  220:12,22
  221:10,
  13,17,20,
  22

**closer**
  36:3,6,7

**closures**
  29:3
  219:22
  221:15

**club**
  198:6,7

**clubs**
  195:14,18

**co-teaches**
  188:19

**coach**
  159:4
  198:2

**coaching**
  96:18,19

**Coastal**
  35:25
  36:2,7,
  14,18
  45:23

**coated**
  175:21

**code**
  54:25
  59:19,21

**coded**
  54:21,25

**codes**
  55:4
  122:7

**Cody**
  83:5,7
  205:4

**colleague**
  7:6

**colleagues**
  7:7
  217:17
  228:14

**collect**

131:3
206:18
208:9

**collected**
  52:19
  134:22
  138:3,6,
  19 211:5,
  6,16
  213:10,
  12,19,24

**collecting**
  209:1

**collection**
  52:17
  146:3
  213:16

**collects**
  53:4
  72:24

**college**
  15:22,24
  19:20
  85:9,11
  86:3
  96:16
  168:4

**Collins**
  17:17

**column**
  49:22
  51:17
  52:1,13
  55:10
  56:10
  61:14
  105:24
  122:14,15
  124:23
  125:3
  126:6,8,
  9,15,17,
  20 129:4
  179:6,9

182:17
185:1
186:20

**columns**
  47:17
  52:24
  58:12
  179:5

**combine**
  207:7

**combined**
  82:14
  187:20
  207:13
  213:11

**comfort**
  167:2

**comfortable**
  130:8

**Commission**
  79:15
  87:21

**committee**
  44:22
  102:12
  107:25
  109:23
  128:25
  134:15
  137:20
  206:23
  207:3,6
  213:9,23

**committees**
  207:5

**common**
  84:18
  87:25
  88:20
  215:15,16

**commonly**
  215:17

**communicate**
**d**
  136:3

**communicati**
**ons**
  26:16

**community**
  32:1
  151:13
  205:2
  224:15

**company**
  186:4
  231:5

**compelled**
  232:20

**compilation**
  122:3

**compiled**
  131:13
  139:2

**complete**
  42:19
  110:8
  121:2,6
  132:15
  133:2

**completed**
  39:12,22
  42:17
  97:18
  121:3
  122:4
  132:13
  225:25

**completely**
  9:10
  10:25
  11:3 95:2
  179:24
  199:2
  204:24
  208:18



212:11

**compliance**
131:14
203:7

**compliant**
27:9
202:24
203:4,5

**complicated**
98:6

**comply**
153:25

**component**
96:18

**compound**
147:10

**computer**
122:2
208:13
211:18

**conceptuality**
59:21

**concern**
223:21

**concerned**
34:10

**concluded**
233:22

**concludes**
233:7

**conclusion**
65:24

**conduct**
133:13
206:6,7

**conducted**
164:21
197:20

**conference**
189:25
220:20

**conferences**
28:11
166:24

**confirm**
9:20
55:11
122:6
166:2

**conflict**
45:16

**confused**
211:2

**confusing**
15:13
211:4

**connect**
160:11,12
161:4,8,
12

**connected**
27:10
134:6

**connection**
9:24
184:12
207:9
208:3

**consideration**
114:13
140:1

**considered**
86:12,17
112:23
113:1
122:25
128:13
219:4

**consist**
45:21

**consistent**
112:19
119:1,7
128:23
162:19

**constructed**
177:3

**consultant**
20:15
75:8
76:1,10
141:21
142:10,17

**consultants**
46:1,8,
10,11,12

**consultation**
61:3
76:12
102:5
113:4
167:10
218:3

**consultative**
57:2,6
61:10
69:3,6
141:15
142:16
143:4

**consulted**
202:12
228:6,7

**contact**
23:6  28:5
45:10
89:11,14
100:25
101:1,2,

5,8
149:6,10
198:1,2

**contacted**
119:16

**contacts**
45:10
81:20

**containers**
173:6

**content**
19:2
78:20
183:5,6,
11,16,18
185:15,17
218:9
220:10
221:11
228:8

**contents**
10:12
130:10
183:4

**continue**
57:19
63:5
164:21
205:24

**continued**
83:20
205:23

**continuity**
118:6

**continuum**
140:12,13
142:23
143:12
144:18
145:10,
12,16

**contract**

46:15
86:12,13,
18,19,20
87:8
93:16

**contracted**
151:9
158:10

**contracting**
159:4

**contracts**
196:24
201:11

**contribute**
224:23

**contribution**
227:6

**control**
9:14
16:20
39:9
47:22
48:11,24
49:5
51:22
59:4,11
61:20
89:18,20
95:19
116:23
117:3
120:10
123:3
126:16
153:4
154:7,9
181:6,7
184:9,21
226:15

**convened**
110:9

**convenient**



40:24,25

conversatio
n
    33:13,22
    131:22
    137:5

conversatio
ns
    11:15
    109:13,
    17,19
    127:20
    131:19
    203:1

convey
    110:2

cookies
    193:23

cooperation
    150:24

coordinatio
n
    149:3,13

coordinator
    18:17
    20:18
    21:24
    75:9
    78:17
    103:19
    109:12,
    14,15,16,
    20,25
    110:12
    114:25
    115:1
    128:2,12,
    16,19
    136:22
    138:9
    139:15,16
    231:24

coordinator
s
    24:18
    78:16
    86:17
    98:24
    103:6,9
    120:23
    142:13,17
    165:21,22

copy
    17:3

copying
    226:23

corner
    170:14
    171:5
    176:15,25

corners
    96:7

corps
    151:1

correct
    7:11,14
    13:7,8
    15:14
    17:14,15
    20:18
    21:8
    24:22
    25:7
    36:19
    46:21
    50:18
    52:5 54:8
    78:4 86:6
    91:10
    101:20
    110:11
    123:15
    124:21,22
    126:19,22
    141:18
    143:11

145:13,
17,18
148:22
155:2
156:2
166:4,5
182:4,5,
18
185:18,19
219:25

correctly
    15:12
    21:6

cost
    150:23
    205:6,8,
    10 227:1,
    13

costs
    26:10

counsel
    6:8,10
    7:12 9:2
    10:20
    11:15,19,
    25 48:3
    233:10

counseling
    61:13,25
    62:8,9,
    11,15,19,
    22 63:12,
    20 76:7,8
    81:23,25
    105:12,14
    147:8
    148:12,14
    150:13
    151:17
    155:7
    163:4
    166:8
    168:12,13
    190:15

204:6,10,
20

counselor
    62:9,12,
    16,25
    64:1
    76:1,5
    136:12
    146:16,
    19,22,24,
    25 147:1,
    2,4,7,12,
    15,17,23,
    24 148:1,
    6,8,10,
    11,16,17,
    20
    163:24,25
    204:15
    217:14

counselors
    63:4
    149:7,8
    155:9
    167:24,25
    168:1,5,8

count
    53:8,24
    54:5,10,
    19 67:25
    68:2
    69:10
    74:10
    194:22

counted
    54:2,13
    69:22,23

counties
    35:14,17,
    22 44:21
    64:8
    76:12
    89:24
    114:11

193:4

counting
    69:21

counts
    53:5
    209:19

county
    29:8
    35:15,16,
    19,20,21,
    24 36:9,
    17,25
    38:21
    39:10
    40:5,6
    42:5,11
    44:16,17
    45:1
    71:14,23
    83:6,11,
    23 114:13
    125:6,12,
    14 127:7,
    9 128:1
    151:25
    168:8,16
    172:14
    173:1
    192:14,
    16,19,25
    193:5,25
    196:21
    200:14
    202:7,10
    203:23
    205:5,7,
    9,11
    219:24
    222:1,11,
    20 223:17
    225:15,
    19,20
    230:22
    231:1,11,
    12



couple
71:7
74:24
87:14,15
92:1
152:13
164:5
195:4
207:21

courses
185:24
194:6,19,
25 195:4

court
6:8,19
116:16
175:16

cover
121:12
204:16

covered
146:9

covering
21:1 35:7

covers
206:15

COVID
21:21,22,
23 33:18
73:13
74:18
185:10
194:2,4
204:4,22
207:23

COVID-
RELATED
204:2

create
99:5
113:14

created

99:7

credential
19:24

credit
42:2 68:4
194:11,22

credits
194:25

crisis
92:22
94:7

criteria
84:23
108:5,8
134:25
135:17

cross-
noticed
230:4

CSB
151:15

curious
28:24
55:6
173:12
199:24

current
21:3
23:11
102:19
104:9
105:19,
20,21
106:2
114:6
154:14
193:12
221:6

curricular
181:11

curriculum
33:7,8

155:14
180:9
181:4
182:4

cut
116:14
207:7

CV
7:4

_____

D

_____

D-O-E
13:9

daily
45:7
65:22
156:1
179:3

dances
195:21

danger
95:16,20,
21

dangerous
223:11
224:7
225:6,9

Daniel
6:15

Danielle
228:19,25
229:19
230:1

dash
163:10

data
47:7
58:24
72:24
73:1 74:4

104:25
111:3
113:15,17
132:24
133:15,21
134:21,22
136:7
138:1,3,
6,9,19
139:13
146:3
163:11
165:12
206:18
208:9,12
209:1
211:5,6,
13,16,23
213:25
219:20
228:12

database
73:24
74:2

date
6:4 47:10
49:23
50:14
106:18
126:21
127:2
129:23
132:15

dated
226:24

dates
17:20
49:23,25
52:25
219:23

Davis
35:19
205:7

day

52:18,21
63:7
65:25
66:2,17
67:25
72:22
74:15
76:8,9
138:6
143:6
144:5,11,
12,19,22
145:3,5,
11 159:20
164:4,5
179:19
181:9
182:21,25
183:1
185:3
189:4,10
190:23,25
191:5,7,
8,14,15

days
65:12
68:3,8,9,
13,18
76:6,7
86:21
89:1

DBHDD
13:17
31:3,4,10
151:6,7,
9,11
152:4

deadlines
33:9

deal
14:4 22:8
27:24
65:22
94:21
139:10



155:15
167:3
181:17
183:11
216:10

**dealing**
20:7

**dealings**
28:10

**dealt**
216:10

**debate**
198:6

**Deborah**
6:8

**December**
176:9
223:6

**decide**
163:14
225:18
230:22

**decided**
29:19
30:3
36:17
39:6 62:8
83:18
225:13

**decides**
32:14
102:12,23
205:18

**decision**
36:13
44:6
109:24
110:1
127:21
232:14,21

**decisions**
108:9

116:5,6
138:1

**declined**
134:13

**declining**
60:19,22
119:8
200:18,20
227:19

**decoding**
155:4

**decrease**
82:11,13

**decreases**
82:12

**decreasing**
44:11

**deescalate**
93:25
99:18

**deescalating**
93:23

**deescalation**
95:7

**default**
115:8

**defiant**
60:3

**deficiencies**
213:4

**deficiency**
212:20

**deficit**
60:2

**deficits**
162:16,17
214:14

**define**
145:7
213:10

**definition**
119:20

**definitive**
65:16

**degree**
15:20,23,
25 16:2,3
19:10,14,
20,23
46:5,6
102:8

**degrees**
15:18

**delay**
40:18
55:18

**delays**
124:3,4

**Demuth**
22:24

**denied**
110:16,
20,22

**department**
6:11
13:9,11,
18 22:9,
19 27:8,
25 28:1,
14,15
29:21
30:7
31:2,25
32:2,16,
18 33:6
34:7
39:12
63:18
90:16
91:2

96:24
97:7,11,
19 116:4,
18 118:20
121:1
151:5
152:3,4,5
160:13
204:11,21
206:22
207:2
212:3,14,
15 213:18
220:12
221:20
230:6,10
231:2,13

**depend**
37:8

**depended**
215:12

**dependent**
57:21

**depending**
26:2
52:11
136:8

**depends**
72:19
115:4
118:25
131:3
142:2
146:23
187:8
190:4

**deposed**
7:15

**deposition**
6:1,5
7:13
9:18,23
11:16
12:3,5

16:11
70:19,23
132:1,5
169:18
198:13,17
230:4,6,9
233:7,22

**depositions**
12:6

**describe**
19:17
20:23
41:18
80:25
90:7
101:24,25
175:13
206:14

**describes**
144:14

**describing**
27:16

**designation**
124:9

**designed**
208:7

**designee**
127:10
197:16

**designees**
103:9

**detail**
23:8
199:24

**determination**
100:7
109:15
129:17
138:4

**determinations**



107:23

determine
  14:3
  75:19
  128:4

determined
  67:11
  90:18

determines
  37:1
  75:15,16

developmental
  13:19
  55:18
  124:3

diagnosis
  15:7
  122:15,
  21,22

die
  186:5

difference
  19:11
  134:16
  157:9,10,
  11

differences
  122:16
  135:13

differentiation
  123:18

differently
  133:3
  184:25

difficult
  73:14
  88:16
  131:2
  156:24
  159:7

217:13

diploma
  84:24
  85:24
  194:19

direct
  56:19
  57:1 58:8
  143:4

directions
  156:25

directly
  14:14
  22:8
  83:22
  87:9 97:3
  98:18
  99:9

director
  17:4
  18:18
  21:18
  22:3 24:9
  28:2
  38:22
  39:15
  43:22
  45:6,9,
  22,23,24
  70:19,23
  77:3
  83:19
  102:9,10
  103:17
  109:13,21
  110:2,7
  113:1
  115:1
  127:10,25
  128:20
  132:1,5
  134:23
  169:18
  197:16

198:13,17
222:11
232:5
233:7

directors
  22:6,15,
  16 26:13,
  17 27:8,
  14 31:5
  32:5,9
  33:4,16
  34:16
  45:18
  61:3
  121:21
  206:23
  208:8,10
  209:18
  220:19

disabilities
  13:19
  83:12
  84:3
  215:1

disability
  9:8
  55:13,23
  122:9
  123:14

discipline
  133:16

disclose
  10:19
  11:14

discretionary
  201:5,6

discuss
  10:12
  137:4,9,
  25 154:25

discussed

10:13
33:2
59:16
77:3,4
86:8,9
108:6
159:11
226:7
230:10

discussing
  115:15

discussion
  135:3
  177:6
  226:9

discussions
  10:20
  203:9
  207:7

dismissal
  65:23

disorder
  55:16
  60:3
  122:11
  123:15

disorders
  14:25
  15:24
  19:9,12,
  15

disparate
  123:19

dispute
  167:6

distance
  39:1

distinction
  79:3

distributes
  78:10

district
  17:8,11
  24:6
  26:20
  39:8
  46:25
  53:9 66:6
  89:17
  95:18
  97:6
  114:15
  231:14

districts
  64:20,24

dive
  23:8

divide
  21:15
  173:25
  199:21

divided
  202:23

doctor
  150:10

doctor's
  150:6,8

doctorate
  16:4

doctors
  105:14

document
  9:13,15
  12:20
  16:9,22
  17:2,3
  23:20,25
  24:1
  41:10,16
  47:15,25
  48:10,20
  49:9
  50:13
  58:14



59:6,12,
13 61:13
76:20,24
77:2
105:18
111:6
116:12
117:13
120:12,
14,17,20
129:19
131:13
148:22
152:23
153:8,13
154:7,10
178:22,25
184:3,21
222:24
223:3
226:14,19

**documentation**
129:10,
11,24
130:9,10
139:23
213:12

**documented**
127:1

**documents**
12:2,10,
11,15
47:20
98:20,21
99:4
107:21
108:2,5
121:6
210:20
211:4

**DOE**
26:4
32:25
34:21

39:20
88:6 92:2
118:7
121:21
131:15
154:3
204:15,17
210:8,12
211:10

**dollars**
227:18
228:5

**donations**
205:1

**door**
100:3
169:5

**double-
checking**
117:20

**downward**
51:3,4,5,
6,8

**drawing**
53:20
126:1

**drive**
73:2,24
74:2
218:22,24

**driver**
192:4

**drop**
192:24

**dropped**
201:2

**drums**
174:20

**due**
19:22
30:15

39:4
71:12
74:7

**duly**
6:22

**duration**
64:15
108:25

**dyslexia**
197:2

———————————

        E
———————————

**E2020**
185:25
186:3,5,
14 187:2,
6 188:8,
12 216:20
217:2

**earlier**
8:17
16:16
61:18
69:14
92:14
98:17
117:20
133:23
171:10
219:23
222:6
230:1,10

**early**
191:14

**earned**
15:19,20,
23,25
19:25

**ease**
213:13,15

**easier**

186:5

**easy**
95:15

**eat**
173:7,9,
10,13,25

**EBD**
14:24
15:7
43:11
54:24
55:11
105:24
122:8
123:7
192:20

**ed**
14:21
22:6,15,
16 27:8,
13 28:2
33:8
39:15
61:3
78:23
79:1
82:25
85:4
102:3,8,
10,11
103:17
105:8,13
109:12,21
110:7
115:24
127:9,25
128:1,19
134:23
143:2
160:14,15
175:1
183:5
186:23
188:23,24
192:8,15

197:16
215:17,18
216:22,25
217:1
222:11
232:1,4

**Ed.d**
16:4

**Edgenuity**
179:23
180:1,7,
18,21,23,
24 181:3
183:8
186:1,4
188:10
194:10,
12,21
195:1
216:20

**educated**
224:21

**education**
13:10,11,
15 14:11,
13,15
15:5,9,25
22:9,20
26:13,16
27:6,8,25
28:2,8,14
29:22
30:8 31:2
32:17,19
33:6 34:7
39:12
43:9 46:6
77:6
82:16
89:4
90:16
91:2
96:24
97:7,12,
19 109:6



113:1
116:5,19
118:20
121:1
141:11,16
142:4,12
158:12
160:13
167:9
168:14
169:10
190:22
195:22
196:15
204:12,21
206:22
207:2
212:4,15
213:18
215:25
216:5
220:12
221:21
227:21

education-
related
204:3

educational
10:1
13:7,13
15:17
43:19,20
44:1
46:14
155:2,5
170:3
216:14

educator's
206:9

educators
214:7

effective
161:11

efficacy

129:18

eighth
37:24
38:5
186:11,
23,25
187:1,13,
21,25
188:1,7,
24

eighth-
grade
183:6

ELA
46:10
182:1
186:23,
24,25
187:6,7
188:24

elaborate
82:10

elbow
101:17

electrical
203:12

electronic
233:12

element
124:9

elementary
18:25
37:14,17,
19 38:4
124:9,12
155:21,22
156:16,20
170:13,
14,19
172:24
173:21
176:14
179:6

181:22
182:16,
17,24
191:22

eleventh
187:19

elicit
10:9

eligibiliti
es
122:25
123:19

eligibility
15:2,4,5,
8 55:11,
25 56:1,
2,7
105:19,20
122:13,
14,17,18,
20 123:1,
2,4,6,7,
8,11
124:6,24
125:1
196:22

eligible
15:8 84:6
87:16,19
196:5

email
28:7
117:16
153:5,7,
11,15,18
154:8
220:17,20
223:5
224:14
226:23
228:15
229:9

emails
229:13

emergency
115:20

emergency-
type
115:21

emergent
209:19

emerging
209:13
211:20
212:21

emotional
14:25
55:12
91:22
108:22
122:8
155:14
167:20

emotions
155:16

emphasis
15:20

employed
17:10
75:12
77:14,15,
16,18,20,
21 84:16

employee
83:7
86:16

employer
17:7,8

employment
84:20

empty
47:18
52:14

encountered
136:13

encouraged
232:23

end
52:23
66:16
68:1,17
70:18
121:12
131:25
134:7
138:18
163:9
189:10
191:4,8,
18 198:12
230:15

ends
153:2

enlarge
48:25
59:5
120:11

enroll
111:10,17

enrolled
69:4,5
71:10
72:7,9
112:21
118:24
119:23
126:18
127:2
140:16
195:4

enrolling
115:16

enrollment
50:23
51:11
60:5 67:8
69:10
101:22
107:22



108:9
110:16
111:21
114:16
116:6
119:8
125:10,19
126:22
128:17
131:1
200:18,20
227:19

**enrollments**
67:14

**enrolls**
114:4

**ensure**
102:18
105:15
113:5

**ensuring**
209:3

**entail**
20:4

**enter**
49:19,21

**entered**
50:2,7

**enters**
25:17

**entertaining**
214:18

**entire**
203:16

**entirety**
153:15

**entities**
44:24

**entity**
27:11

152:7

**entries**
125:17
129:3

**entry**
49:23
50:14

**environment**
14:17,19
133:12
224:23

**environments**
20:7

**epilepsy**
60:9
122:24
123:2

**equivalent**
53:15,16
54:11
84:25

**escalated**
102:8

**escort**
100:12,24

**estimate**
11:1
140:8
141:10

**ESY**
87:9

**evaluate**
39:24

**evaluated**
28:19
40:3
134:17

**evaluation**
24:11,13
164:17

**evaluator**
24:19,20
25:17
77:4

**Evans**
35:15
205:9

**events**
58:17
193:19
195:21

**evidence**
208:9,12
209:1

**evidence-based**
91:17
92:9

**exact**
226:12

**EXAMINATION**
6:24
229:22

**Excel**
120:2
121:25

**exception**
231:5

**exchange**
117:16

**excludes**
95:7

**exclusively**
69:9

**excuse**
43:13
79:11
97:12
169:19

**excused**
74:11

**executive**
24:9
45:6,9

**exemption**
80:2

**exhibit**
16:11,12,
13,16,17,
20 40:22
41:2,11,
13,14
48:6,8
59:6,7
76:19,21
116:11,21
120:2,5
126:5
152:24
153:3
178:22,23
183:25
184:1
222:23,25
226:14,18

**existence**
99:5,6
126:7

**existent**
212:21

**exit**
49:19
133:7,10
134:2
135:16
141:3
219:9,12,
17

**exited**
58:9

**exiting**
133:9

**expect**
51:10,13

**expectations**
128:15
162:18,
21,22

**expected**
110:20

**experience**
77:6 79:1
85:3 89:4
142:14
168:7
195:2
215:14

**explain**
19:11
25:12
46:8 56:9
61:16
117:25
120:19
122:15
125:9
192:11
227:7

**explanation**
59:3
132:16

**exploration**
168:9

**explore**
140:21

**extended**
86:22

**extent**
10:8
105:9
209:24
228:12

**extra**
83:23
144:1
163:18



extracurric
ular
    177:10
    195:7

extracurric
ulars
    177:22
    197:20
    215:8

—————————

        F

—————————

face-to-
face
    180:12
    217:4

Facebook
    88:10

facilitate
    150:12
    198:4

facilitatin
g
    183:20

facilities
    28:14,19,
    20,21,23
    29:2,22
    35:9 44:4
    72:14
    202:2,6,
    11 203:15
    220:12,21
    222:1
    225:20

facility
    18:20
    44:11
    176:11
    178:2
    219:22
    220:3
    226:5

227:20

facility's
    220:2,5
    226:2

fact
    47:16
    138:10
    203:14
    224:20
    225:3

factor
    36:23
    165:15,16

fairly
    23:12
    58:5
    60:15
    87:25

fairy
    169:7

fall
    60:1

familiar
    10:4
    106:9
    107:11,16
    120:17
    151:13
    206:12

families
    150:6
    193:20
    205:2

family
    63:19
    125:5
    149:21
    150:5,7,
    14,18
    151:4
    152:4
    193:21
    194:3

Farmers
    198:6

father
    199:19

FBA
    13:24
    14:9
    104:10,
    14,19,20,
    21 105:5
    106:24
    107:7
    110:25
    113:21,23
    126:7,17,
    18 127:1
    129:4,9,
    10,14,16,
    20,24
    130:13,
    23,24
    131:1,2,
    10 135:7
    137:18
    146:2
    164:18,21
    165:9

FBAS
    97:14
    104:18
    114:1

federal
    53:15
    161:18,
    19,22,23,
    24
    200:24,25
    201:13,17
    204:2

feedback
    210:5
    212:14

feel
    8:13,17

15:13
    65:13
    89:15
    94:16
    97:5
    130:7
    136:4

fewer
    60:24
    61:6,7

field
    47:18
    86:4
    175:2

fighting
    51:23

figure
    17:21
    65:9
    120:21
    121:10
    153:17
    220:23

figured
    68:6
    117:1

file
    50:8,9
    208:13
    211:18

files
    25:2,4,5

filings
    25:1

fill
    34:17
    40:9 64:4
    74:21,24
    121:22

filled
    63:24
    64:2

filling
    61:23
    82:20
    103:20
    210:18

finance
    45:23

find
    57:10,14
    88:5
    128:16
    217:3,12

finding
    39:9
    88:16
    128:22
    159:7
    198:8
    217:12,13

fine
    49:3
    51:17
    133:1
    165:7
    203:25

finish
    8:6,8,24
    43:16
    180:20
    230:12

finished
    229:10

fiscal
    17:9 45:5
    121:11,14

fit
    44:9
    47:19
    67:9
    83:15
    117:9

five-day
    73:12



five-minute
  217:16

fixed
  200:1,3

flag
  73:10

flagged
  165:25

flexibility
  115:10

fliers
  152:1

flow
  107:16,17
  108:7,16

fluctuating
  67:2

fluctuation
  71:12,18

focused
  214:3,21

folks
  45:25
  46:7
  68:20
  75:9
  84:17
  85:3 98:2
  132:23
  206:21

follow
  8:24
  100:20
  108:15
  114:12
  141:6
  157:1
  229:6

follow-up
  44:3
  100:23

228:20

follow-ups
  22:14
  43:7

Food
  88:8

football
  175:2,4
  197:24

foreign
  194:20

forget
  65:12

forgot
  96:11

form
  15:8
  39:21
  40:10
  42:17,18,
  19 59:16
  63:23
  64:4
  107:22
  121:22,25
  122:2
  131:16
  211:7

formal
  124:9
  149:13
  212:1

format
  160:10

forms
  55:25
  90:13
  121:23
  122:3
  132:13

formula
  205:20

foster
  68:16,17
  70:8
  71:7,10,
  13,16,19,
  22 72:7,8

found
  14:9
  124:20
  160:19,23
  161:10
  211:9,12

foundation
  66:22
  90:14

fountain
  172:9

fountains
  172:7

fourth
  189:16

frame
  130:25

free
  8:13,18
  15:13
  65:14

frequency
  108:25

frequent
  131:5

frequently
  68:8,10
  146:21

Friday
  11:23
  28:7
  178:9

friend
  185:10

friends

214:12,15

front
  207:15

froze
  195:25

frozen
  195:24

FTE
  52:13,16,
  17,18
  53:2,4,5,
  9,13,24
  54:6,19
  55:3,7
  58:18
  67:13

full
  7:8 53:16
  54:10,13
  56:16
  58:4
  86:11
  95:1
  101:11,
  12,19
  105:9
  144:21
  145:5,11

full-time
  86:9
  115:3

full-year
  86:9

fully
  82:24

function
  14:3,20
  159:16

functional
  13:25
  104:15
  113:13,15

119:19

funded
  58:18
  150:18
  161:15

funding
  35:3
  40:15
  55:6
  67:11,14,
  15,17
  69:3,6,9
  78:1
  82:8,9,12
  83:4,18
  90:18,20,
  22 162:2
  198:21
  204:25
  205:16
  225:21

funds
  90:14
  200:21
  204:2,3
  227:10

funny
  65:11

Future
  198:6

FY20
  210:24

FY21
  120:3
  121:12
  210:24

FY21's
  121:9

FYE
  156:10

FYET
  154:4



**G**

**G-A-C-E**
  85:17

**GA00013594**
  116:12

**GA00317244**
  41:13

**GA00320375**
  152:23

**GA00320376**
  154:7

**GA00337565**
  222:24

**GA04103131**
  226:15

**GACE**
  85:12,15,
  16,25
  86:5

**GADOE**
  96:13

**gap**
  200:12

**Gardner**
  6:13 7:6
  229:11

**gather**
  113:15
  115:6

**gathering**
  132:23

**gave**
  42:10,17
  47:6,11
  132:16
  166:15
  221:24
  228:4

**GDOE**
  13:9

**gen**
  143:2

**Gen-ed**
  143:13,
  14,16,23
  144:16,25
  145:9,24

**general**
  28:8
  38:12
  89:1,4
  102:3
  109:3,6
  135:24
  141:11,
  16,24
  142:4,11,
  18 167:9,
  23 168:14
  190:22
  195:21
  215:5,25
  216:3,4
  223:24,25
  224:1
  227:21

**generalized**
  141:22

**generally**
  16:24
  21:21
  28:3 37:5
  38:10
  49:13
  67:7
  73:20
  75:21
  88:20
  89:6
  99:4,6,16
  103:5
  110:14

**115:5**
  134:13
  135:16,20
  137:16
  149:22
  168:14
  188:14
  218:17

**generation**
  117:2

**geography**
  36:22,24

**Georgia**
  6:16 7:3
  9:25 10:1
  11:12
  13:6,10
  15:21,22
  18:1,5,9,
  13 22:9,
  19 26:4
  27:3,7,25
  28:14
  29:21
  31:2
  32:16,18,
  25 33:6
  39:12,20
  45:24
  46:3
  79:15,19
  87:20
  88:7
  90:15
  96:16,24
  97:7,11,
  19 113:24
  116:4,18
  121:1,21
  160:13,16
  167:23
  176:4,8
  204:11,21
  206:22
  207:1

**212:15**
  230:2,5

**germs**
  21:23

**get all**
  20:10
  117:5
  194:24

**gift**
  229:13

**gifted**
  193:7,10

**give**
  9:14 11:1
  47:22
  49:5
  59:11
  62:14
  65:16
  103:19
  119:1
  120:10
  124:19
  140:7
  148:5
  154:6
  159:24
  163:15
  173:18
  181:6
  214:5
  232:18

**giving**
  116:23
  140:22
  153:4

**glad**
  184:19

**glass**
  231:5

**GLRS**
  26:19,20
  27:1

**45:22,23**
  97:6
  160:18
  161:17

**GNETS**
  10:5,13
  11:11,13
  13:5
  17:5,10
  22:10,20
  27:20
  31:5,14
  32:9
  39:4,18
  43:10,14
  45:18
  50:3,7
  53:5,23
  54:4,11,
  19,22
  56:1,4
  60:6
  61:11
  62:14,16
  67:13,16
  72:3,6,7,
  10 78:4
  79:7
  80:2,3
  90:10
  102:21
  106:9,12
  107:17,21
  108:6,12,
  13 111:13
  113:4
  114:5,10,
  12,16,24,
  25 115:4,
  9 118:2,
  4,8
  119:17
  125:10
  128:23
  130:22
  132:12



134:4,6
143:10
144:5,7,
14,16,18,
21 145:2,
5,10,11
161:16
177:7
200:22
206:5,12,
23 208:1,
3,8,10
210:9
212:19
213:3
216:16
219:2,3
220:19,21
222:1
223:9,19
224:1,5,
7,11
225:3
226:4
227:8
231:22
232:15,
20,24

GNETS'
121:21
141:12

go-between
170:1

goal
134:1
135:11,
12,21,25
136:16
175:7,17
213:17

goalpost
136:4

goals
123:21

133:8,14,
15,22
134:7,8,
11,18,20
135:2,4,
5,6,8,9,
19 136:3,
6,7,10
137:2,12,
16 138:21
159:24
209:4,8
213:8
214:20

godmother
169:8

good
7:1 23:9
42:25
47:4
53:17
66:5
70:13
75:11
135:15
147:8
159:18
168:9
184:11,24
186:10
199:20
203:19
214:6

Google
21:25
73:2,24
74:2
121:22,23
122:1,2
218:21,24

gossip
224:10

Gotcha
116:20

govern
79:22
108:9

governor
34:24

grade
37:5,7,
21,24
38:5,8
51:18,19
52:1,5
78:20
124:14
138:23
186:11,
23,24,25
187:1,13,
21,22
188:8,24
206:17

grade-level
37:10,12

graders
187:20,23
188:1,9,
14,16

grades
37:13
51:18
52:7
163:12
179:4
185:1

grading
138:18

graduate
196:2,4,5

graduated
58:2

graduating
196:5

graduation

194:7,10
196:3

grandfather
ed
205:22

grant
46:15
68:5 78:4
88:24
90:5,7,
10,14,15,
23,25
149:16
161:16,
18,19,22,
23,25
169:7
198:21
200:22,23
201:13,
16,17
202:11
203:15
204:11,
15,17,20
222:1,7,
10,12
225:20
226:2,3
227:8,10
228:9,11

grants
46:13
202:3,6

gray-level
123:23

group
26:20
27:15
37:10,11,
12 70:9
71:12,18,
22 185:17
187:4

188:13,16
189:4,9,
10,11
190:2,13

grouped
187:24

groups
185:16
214:23

guard
168:24

guess
11:2
14:10
64:16
79:6
97:10
111:14
127:18
128:19
154:1
160:14

guest
33:25

guests
33:17

guidance
106:7,8
108:7,20,
24 109:2,
3,5
209:18

guideline
108:13
165:17

guidelines
7:18
108:10,
14,17

guiding
101:17
107:19



WHITNEY BRADDOCK
UNITED STATES vs STATE OF GEORGIA

July 18, 2022
Index: gutted..history

108:8,17

gutted
203:17

guys
162:8
167:10
184:14
228:20

gym
175:11

gymnasium
174:22,23

――――――――

H

habits
186:4

half
182:12

hand
49:13,14
65:4
101:7,18
129:9,17,
25 161:16

handbook
206:9

handle
22:4,8
57:17
73:22
113:10
140:23

handles
24:21,22
25:1,2,21
94:15
231:7

hands
100:25

happen
39:7
69:25
70:4
72:18
101:3
116:2
136:17
147:18
164:11
179:18,20
181:14
197:12,13
231:8

happened
58:17
62:6 67:6
70:11
82:21
220:15
221:18

happening
61:5
88:15
117:25
195:8,9

happy
97:24

hard
186:5
214:19

harder
131:6

hate
140:3

head
8:1 51:16
93:25
152:20
163:16
164:24
165:18
198:24
207:14

headings
59:15
124:23

health
13:18
31:11,15
32:1
59:22
92:20
93:9,18
94:3,5,13
151:1,5,
12 152:3
168:1,5,
12

hear
10:18
23:18
116:16
169:23
184:14,15
215:6

heard
67:23
171:10
203:3
223:21
224:2,4

heart
220:22

heat
176:7

height
172:7

helped
113:15
228:12

helpful
12:12
23:7
78:14
93:23
161:13

178:21
188:6

helping
20:5
31:14
141:10
168:4
181:1
215:11
216:4

helps
81:19
94:5,10

Hendrix
25:16

Hernandez
6:15
48:9,13
116:13,20
229:3,21,
23 230:1
233:11,15

hey
48:9 91:8
137:1

high
15:18
37:15,16
38:1
54:23
84:24
85:24
119:6
125:7
128:1
152:1
155:19,22
156:17
161:5
172:7,9,
13,15
173:22
177:24
178:1

179:7,16
180:2
182:23,25
183:7
184:7
185:22,
24,25
186:8,11,
13,16,17
187:1,5,
11,13,15,
16,17,19,
25 188:3,
8,11
191:5,23
194:5,8,
11,22
196:2,4
198:7
216:20,21
217:1
222:21
225:23

highest
56:9,15

Hinesville
36:3,14

hire
84:18
85:2
158:7

hired
80:11,22
87:14
89:22

hires
88:5 93:7

hiring
22:7
84:17,23
88:19
93:14

history
186:7



191:6

**hold**
101:7

**holding**
101:18

**home**
36:25
57:20
66:16
68:16,17
70:8,9
73:5
74:6,7,16
76:5
109:10
110:17
152:12
196:6
215:19
231:25
232:3

**homes**
71:12,18,
22

**honeymoon**
131:8

**honor**
195:4

**hooked**
160:17

**hospital**
152:13

**hospitaliza
tion**
70:5,7
149:23
152:16

**hot**
173:2,4,5

**hour**
11:21
33:19

40:24
64:18
71:3
76:17

**hours**
182:12

**house**
194:2

**housed**
46:1
230:20

**hub**
64:21
192:14

**Hue**
6:17

**hurried**
132:8

**hurt**
94:11

**hurting**
94:11
95:16,20,
21

————————
        **I**
————————

**i-ready**
117:19
118:2,5,
8,13,14,
18,22
155:1
182:1,3,6
186:17,19

**IC**
181:24

**ID-1**
179:9,11

**ID-2**
179:10,11

**idea**
91:1
106:14
130:16

**ideas**
200:7

**identifiabl
e**
120:8

**identified**
41:13
123:21
146:11
163:6,17
178:6,22
212:25

**identifiers**
12:16

**identifies**
94:10
212:20

**identify**
94:10
159:15

**identifying**
111:20
161:10

**IDS**
47:9

**IEP**
14:8,10,
13,14
44:22
72:2,4
102:12,23
103:5,8,
12,13,22
104:6,9,
25 106:5
107:25
109:23
110:9
111:9,12

114:6,11,
12,22
115:6,11,
24
123:21,22
127:21
128:9,24
130:18
133:15
135:14
136:23
137:3,9,
13,15,21
145:21
197:7,15
205:13
231:20,21
232:7,9,
12,24

**IEPS**
26:24
231:20

**IFFY**
149:21
151:2

**illustrativ
e**
113:6

**imagine**
12:9

**immature**
38:9

**immediately**
230:5

**impairments**
59:22

**implementat
ion**
104:25

**important**
216:9

**impression**

166:16
223:10
224:1,5,
8,9,24,25

**improve**
212:16

**improved**
133:19
216:16

**improvement**
133:20
216:19

**improvement
s**
212:22

**improving**
137:1
138:10

**in-house**
157:23
160:7

**inappropria
te**
192:7

**include**
10:14
31:11
37:15
69:3
103:5
105:11,12
111:19
218:6,9,
11,12,14

**included**
57:7

**includes**
124:2
165:12
181:16

**including**
6:9 7:25



166:22

inclusion
  54:24

incorrectly
  15:13

increase
  71:24

increased
  227:14

indication
  15:2

Indirectly
  97:4

individual
  14:11,14
  122:4
  155:7
  190:7

individuali
zed
  205:13

individuall
y
  27:14
  180:13

individuals
  231:21

influx
  67:4

info
  120:3
  121:10

information
  10:9
  20:10
  34:16
  42:10
  47:11,14
  50:6
  59:24
  64:25

90:12,19,
25
103:20,21
107:13
108:6,16
110:5
112:4
115:6
120:9
121:24
128:17
132:21
133:5
139:1
165:24
206:3
209:6
210:2,21
213:19
218:14
222:13

informed
  10:12
  91:23
  92:3
  96:9,15

initial
  207:6

initiated
  151:20

injury
  55:21
  122:25

input
  34:9
  131:17,18
  202:15

inquired
  166:10

instance
  91:23
  179:15
  196:16
  198:6

232:13

instances
  232:19

institute
  129:1

instruction
  44:1
  85:18
  123:18,20
  181:11,25

instruction
al
  65:25
  66:17
  142:19
  182:7
  189:13
  190:18

instructor
  158:11
  183:10

instructors
  132:12

instruments
  174:10,
  18,19

insufficien
t
  111:2

insulated
  173:6

insurance
  150:4

intake
  56:24
  81:20
  119:13,21
  150:2

intakes
  20:9

intellectua
l
  55:23
  83:12
  84:3
  123:14

intense
  108:21,22

intensive
  149:21
  151:4

interaction
  28:24
  45:8
  171:5
  215:1

interaction
s
  26:12,15
  27:19,23
  28:13
  31:3 32:1

Interagency
  151:24

interest
  195:12

interested
  156:13

interfering
  135:9

intermediar
y
  130:9

internal
  12:19
  211:25

internet
  184:12,17

interpretat
ion
  144:10

intervals
  138:5

interventio
n
  14:6
  92:22
  102:18
  105:6
  111:1,2
  113:14,17
  129:20
  130:14,19
  135:8
  137:19,21
  155:24
  156:21
  157:13
  159:14
  160:12
  164:23
  216:6

interventio
nist
  75:5
  81:1,7
  163:22

interventio
nists
  81:8
  189:13

interventio
ns
  81:11,13
  105:7,10
  154:4,14,
  21 160:21
  162:10

interviews
  89:12,13

introduce
  40:22
  41:12
  59:5
  152:22



153:2
222:23

**introduced**
16:10
160:13

**inventory**
24:25

**investigated**
92:5

**invitation**
34:6

**invoice**
83:8

**involved**
49:8 99:9
118:20
152:2,6,
11,19
202:8
207:3
222:3,5,8

**involvement**
228:13

**involves**
117:15
209:1

**isolation**
96:5
178:6

**issue**
57:18
82:8
88:22
158:6
167:6
181:15,16
216:13
225:6

**issues**
57:17
60:7 73:7

102:4
127:1
152:5,12
168:11
192:1,2,
5,6
225:8,9
231:8

**items**
24:24
25:15

———————

**J**

———————

**J.P.**
171:4

**Jeff**
35:19
205:7

**Jenkins**
35:16
38:21
40:5,16
42:4,11

**Jesup**
18:5,9
20:22
21:1
30:14,15
36:5,6

**job**
19:13
20:4
23:24
89:16

**jobs**
88:9

**joined**
38:21

**joining**
7:7 66:11

**judgment**
117:3

**Julia**
170:13,
15,23
172:24
177:3

**July**
6:2,4
170:7

**jump**
229:1

**June**
93:11
95:2
166:21,23

**jurisdictions**
35:18

**justice**
6:12
63:16,19
93:13
152:6
230:7,10

**Juvenile**
63:19
152:5

———————

**K**

———————

**keeping**
56:22
57:1,5

**Kelly**
6:13 7:6
229:8,9,
15

**kid**
163:13

**kids**

152:1
168:11
173:21
184:18
192:24
196:22
223:11
224:16

**kind**
22:12
26:10
29:14
33:9,11
49:20
63:16,20
73:13,15
75:2
81:20
92:15
119:3
132:8
145:8
147:5
151:4
154:25
157:19
159:23
160:8,17
163:13
168:4,10
173:20
174:16,21
187:4,8
190:4
197:21
203:2
204:25
205:1,19,
22 217:9,
25 223:21
224:23
231:19

**kindergarten**
37:21
38:5,7

**kinds**
22:25
26:5,15
28:4 31:7
33:2,3
57:7
59:25
70:3
90:12
91:12
92:18
104:18
105:10
116:1
174:13
217:6

**knee-high**
172:7

**knees**
41:6

**knew**
39:15
117:21
122:22
127:18
161:10
227:11

**knowing**
213:24

**knowledge**
192:12
231:18

———————

**L**

———————

**lab**
194:24
195:1

**labeling**
59:3

**labs**
172:17



lagging
    184:18

language
    81:5
    162:20
    192:7
    196:17

languages
    194:20

large
    120:9
    231:1,2

laugh
    214:17

Laura
    6:11  7:1
    23:15
    40:23
    48:9
    112:10
    116:14
    130:1
    180:21
    228:17
    229:3

lawsuit
    11:10
    121:8

lay
    66:22

LEA
    13:13
    22:17
    26:13
    54:1,2,5,
    6,7,13,17
    66:15
    87:9
    102:11
    113:20
    141:8
    143:8
    144:12

191:3
202:5
205:1,18
215:7,11
218:3,4
227:9

lead
    42:9

leadership
    16:1
    45:13,15,
    19,20
    46:19,21

leads
    190:5

learn
    10:7,24
    129:3

learned
    11:6
    92:4,6
    220:24

learning
    27:3  33:1
    46:25
    47:1
    155:15
    166:20
    167:20

LEAS
    20:5
    119:24
    140:17,25

leave
    60:12
    65:24
    66:1,10,
    16  69:18
    99:16,21
    100:5,11
    190:22
    191:13,14
    215:14

leaves
    100:18

leeway
    67:7

left
    42:21
    48:17
    67:21
    117:6
    170:19
    184:20
    196:12
    228:18

legally
    153:25

legislature
    34:25
    35:4

length
    69:15,16
    133:24

Leslie
    228:10

lessons
    181:10
    188:21

letter
    227:12

level
    37:5,7
    56:9,15
    78:20
    87:25
    124:14
    142:22
    143:12
    156:17
    162:23
    163:7,14
    164:3
    165:15
    199:24
    207:18

levels
    156:16
    166:1
    168:6

liaison
    18:17,20
    20:3,4,13

library
    172:20

license
    19:5

licenses
    16:6

Life
    92:22

light
    106:20

lightly
    51:4

limit
    71:4
    200:8,10

limitation
    201:15

limited
    88:23

Lingonis
    6:8

Lion
    88:8

LIPT
    151:23
    152:17,19

list
    23:16
    80:8
    84:8,9,12
    89:3
    122:13
    154:14,23

168:21,25
216:17
228:1

listed
    50:17
    52:4
    55:24
    58:3
    60:14
    93:4
    123:4
    125:16,17
    179:16
    209:10,16

litigation
    9:24
    10:7,24
    11:7

live
    181:25

Lively
    170:16
    171:1

local
    13:13
    66:2
    73:21
    86:25
    87:1
    105:8
    127:16
    151:24
    177:15
    191:12,16
    225:21
    227:6,13

location
    36:3,4
    75:25
    167:23
    223:19
    230:18,20
    231:9



locations
  38:18

logistical
  39:25

long
  11:20
  45:16
  57:19
  58:9
  64:18
  85:7
  95:17
  98:5,7
  106:11
  130:25
  134:4
  160:10
  165:1
  170:24
  199:10
  207:22
  218:15
  219:15,19

long-term
  152:15

longer
  17:17
  25:3
  28:23
  35:23
  131:11

longest
  68:23
  140:8

looked
  114:16
  127:19
  135:9
  138:23
  140:6
  200:9
  210:9

lost
  208:18

lot
  13:1 23:6
  34:15
  35:3
  100:1
  135:21
  150:7
  157:7
  181:13
  192:15,24
  194:3
  209:16
  214:3
  215:10,11

love
  216:21

low
  172:9

lower
  80:3
  155:21
  187:16
  200:17

LRE
  14:16
  134:3

LSCI
  92:22
  93:7
  146:12,13
  148:14

lunch
  97:25
  98:3,5
  173:19,24
  186:12
  187:12
  189:8
  190:3

lunches
  173:2,3,4

luxury
  169:1

Luzzi
  188:7

Lyons
  21:12,16,
  20 29:12,
  13 30:2
  35:11,18
  36:4,22
  49:3
  50:13
  52:7 58:5
  61:15,18
  71:16
  76:6,8,
  11,15
  82:2 99:1
  142:8
  147:3
  171:9,12,
  22,23
  172:1,11,
  13,14,25
  173:9,13
  174:23
  175:10,
  11,23,25
  176:19,
  23,24
  179:3
  193:21
  196:23
  221:5,9,
  10 230:18
  231:8

————————

M

————————

made
  36:13
  44:6,18,
  21 112:25
  123:18
  127:20
  129:18
  162:5

164:22
172:3
175:22
203:13
213:23
218:9
223:16
225:20
228:8
230:17,19

magic
  124:20

maintained
  218:19,20

maintenance
  230:17,
  19,23
  231:2,3,
  16

major
  108:12

majority
  212:12

make
  9:8 12:23
  13:2
  15:12,14
  22:5,7
  42:4 54:3
  65:11
  73:6 78:2
  89:1 90:6
  103:24
  104:8
  105:2
  107:23
  109:15,23
  115:22
  133:2
  137:20
  138:1
  184:8,22
  197:16
  206:18

207:8
211:20
214:12,17
229:15
230:23
231:21
232:20

makes
  24:21
  78:3
  110:22
  231:20

making
  21:1
  24:24
  25:21
  33:9
  81:19
  104:1

man
  225:16,17

management
  150:14
  155:16

manager
  99:1
  207:1

managers
  201:10

map
  178:5,15,
  16

maracas
  174:20

mark
  48:4
  52:17
  76:19
  116:11
  178:22
  226:14

marked



16:11,13,
17 41:11
48:8
55:10
59:7
76:21
116:21
120:1,5
129:22
152:24
178:23
183:24
184:1
209:15
222:25
226:18

**marks**
52:24

**mask**
219:13

**master**
155:4

**master's**
15:23
16:3
19:14
43:17

**match**
29:1
227:9

**matching**
227:9

**math**
33:6,7,8
46:10
118:3
155:1
162:16
182:6
186:9
188:19
215:21,22

**matter**

39:23
87:19

**matters**
55:5
77:12

**Mattie**
170:16,25
171:1

**meals**
172:23,24

**meaning**
15:15
61:10
132:12
157:15

**meaningful**
215:1

**means**
13:6,18
19:18
25:13
46:9 47:8
56:10,15,
19 108:21
114:7
119:15
143:10
144:15
151:3
156:2

**measure**
209:8

**measures**
112:22

**mechanism**
164:11

**media**
6:5 67:21
70:18,23
130:5
131:25
132:5

169:18,21
196:12
198:11,
12,17

**Medicaid**
150:4

**medical**
122:15,
21,22

**medication**
9:8
105:15,16
150:14

**medications**
150:10

**meditation**
158:10,20

**meet**
11:18,24
21:24,25
26:18
27:13,14,
18 33:4
80:3
89:14
111:9
127:16
134:1
135:1,21
141:7
146:19,22
149:13
160:19
163:13,21
200:12
214:19

**meeting**
26:20,24
32:15
33:13
102:10,
11,22,25
103:22
104:6

108:1
109:22,23
110:9,12,
23 111:4
113:14
115:6,11
127:21
128:13,21
133:22
134:15
135:14
136:23,
24,25
137:3,7,
8,9,13,
15,18,20,
24,25
138:1,11
139:6,8,
11,13
147:5
149:7
165:25
197:15
209:8
220:18
223:17

**meetings**
27:15
31:5
32:5,7,8,
11,12,19
33:1,3,
16,19
34:12
45:13,15
46:20,21
92:14
102:16
103:4,5,
7,8,13
178:9
187:4
207:21

**meets**
150:5

**member**
100:20
144:24
232:6,9,
11

**memorandum**
44:17

**memorized**
165:19

**mental**
31:11,15
92:20
93:9,18
94:3,5,13
151:1,5,
11 168:1,
12

**mention**
92:15

**mentioned**
9:25 21:9
25:11
28:22
30:10
35:9 44:4
71:7
93:22
94:3
96:11
104:8
149:16
161:17
162:8
166:19,20
171:4
195:6

**mentioning**
220:8

**mentions**
151:2

**mentor**
97:2
158:4



WHITNEY BRADDOCK
UNITED STATES vs STATE OF GEORGIA

July 18, 2022
Index: message..moved

message
  117:18
  184:9

met
  7:2
  11:19,21
  102:21
  133:14
  134:11,
  18,20
  139:4
  218:10

met all
  134:8

metal
  175:19,
  21,25
  176:3,6,8

mice
  51:22

Michael
  186:22

MID
  55:22

middle
  19:1,3,4
  37:14,15,
  17,23
  38:3
  124:1,5
  145:16
  155:19
  156:17
  161:5
  173:1,22
  175:3
  179:6,15
  182:23
  184:6
  186:7,8
  188:13,19
  189:3,4,
  5,8,9,11
  191:14,22

194:5
  222:21
  225:23

midst
  80:24

Mild
  55:23

miles
  76:18
  178:3

million
  199:1
  227:18
  228:4

mind
  8:21 44:5
  92:24
  93:2,20,
  24 95:6
  101:15
  146:12
  148:14
  168:21

minds
  44:6

Mindset
  146:13

mini
  233:16

minute
  132:10

minutes
  67:20
  70:13
  130:2,4
  178:4
  190:18
  196:12
  228:18
  229:4,5,
  13

misbehavior
  224:12

missed
  157:9
  191:5

missing
  190:25
  217:9

mistake
  211:8,14

mix
  33:14

mixing
  32:6

model
  143:24

modules
  97:13,17
  113:23

moment
  60:19

monetary
  202:14

money
  26:25
  53:5,7
  78:3,6,9
  89:1
  161:23
  199:17
  200:15
  201:12
  202:9,17
  203:15
  204:4,5,
  13 222:8
  225:24
  226:10
  228:1,3

monies
  204:2

monitoring
  104:25

monkey
  175:18,21

monkey-bar-
type
  175:15

month
  32:13
  152:14

monthly
  26:18
  27:14
  45:8,15

months
  89:2
  126:21
  207:20

morning
  7:1
  179:21
  180:14
  181:2
  189:18
  190:9

Morris
  10:15

motivated
  161:7

MOU
  44:20,25
  45:3

mouth
  88:9

move
  20:6
  36:14,18
  39:10
  42:5,11
  51:24
  70:5,6,7
  77:24

78:15
  80:9 81:3
  83:1
  133:7
  138:17
  170:3
  179:7
  183:23
  185:4
  188:18
  192:23
  215:17
  222:16,19
  225:23

move-in
  114:5,7,
  20 115:14
  118:1
  119:6

move-ins
  67:5

moved
  17:25
  29:9,13
  30:1,11,
  20,22
  36:6 44:4
  61:22
  68:16
  70:9 72:4
  80:11,14
  114:10,14
  118:5
  119:17
  125:5,11,
  24 127:2
  170:18,
  22,24
  171:2
  172:5
  185:5
  222:20
  223:23
  225:25
  227:20



moves
    171:11

moving
    41:9
    51:21
    61:19
    115:10
    126:2
    136:4
    184:13
    185:7,10
    221:6
    224:22

muddied
    145:8

Mullis
    149:4,5,6
    155:8
    204:14,17

multiple
    93:20

multiply
    199:21

music
    174:3

musical
    174:10,
    18,19

——————

N

——————

Nakeba
    22:24
    42:6,7,
    10,17,21
    207:1

names
    47:9
    185:21

narrative
    210:19

narrowed
    47:17,18

nature
    11:9

necessarily
    46:24
    47:13
    119:22
    123:5
    139:8,20
    191:13
    192:19
    194:15
    216:7
    218:9,11,
    13

needed
    27:17
    37:10
    39:20,21
    40:9
    42:17
    57:11
    61:21
    76:11
    82:19
    83:14,16
    91:10
    104:15
    132:14,25
    142:16
    147:4
    160:21
    161:2
    202:13,16
    203:10
    211:23
    213:10,12
    215:10,12
    221:25
    225:22

negotiated
    83:22

neighborhood
    199:3

neighbors
    176:23

net
    175:16

Network
    10:1 13:6

newer
    176:18

newest
    171:14,16

newly
    177:3

Nguyen
    6:17 7:12
    10:8
    23:13,18
    40:23
    41:4
    98:10
    112:10
    121:15
    228:17,23
    229:1,7
    233:18

nine-week
    134:7,8

ninth
    38:1
    124:7
    187:22,23
    188:1,9

nodding
    8:1

noncontracted
    201:11

nondisabled
    215:4

nonemergent
    116:2

nonexistent
    209:14

nonsequential
    73:18

nonstandard
    116:2

nontherapeutic
    196:15

notable
    71:9

note
    230:3

notebook
    201:20

notes
    12:6 43:8
    47:18
    146:9
    218:5,6,
    18 232:18

notice
    16:11

notified
    39:13

number
    12:21
    21:10
    28:23
    30:16
    35:9
    39:23
    50:22
    60:21
    62:4
    67:2,17,
    24,25
    71:9,25
    75:17
    90:21
    114:11
    120:3
    139:9
    165:13
    205:21
    213:4
    217:6
    219:2

numbered
    154:7

numbers
    12:17
    29:17
    42:2
    51:3,11
    61:14
    66:20
    67:8 68:5
    82:11,12
    199:14,
    16,17,20
    201:2

nursing-
type
    204:5

——————

O

——————

oath
    7:20

object
    10:8

objection
    10:19

objectives
    123:21
    209:9

observation
    146:2

observations



113:7
119:19
140:21

obstacles
215:24
216:4

obtain
84:19

occasional
8:23

occasionally
12:17

occupied
170:11
171:10

occupying
170:12

occurrence
84:18

occurring
230:5

occurs
230:24,25

October
52:16,21

off-site
148:21

offer
52:7
86:22,24
89:16
143:1
144:4,19,
22 145:1,
2,8,10,15
167:10
168:22
192:19
228:2

offered

114:1
146:6,15
154:15,22
155:17,19
156:3
158:7
163:18
164:1
166:14
174:6,7

offers
142:23
157:21

office
10:15
21:13,14,
18 76:8
99:19
100:21
151:18
163:12
165:12,14
189:24,25
190:3
202:23

offset
205:5,8

offsite
63:4

OHI
59:20
60:1,9,11
105:24

on-site
61:25
62:23,24
74:21
141:12
142:20
148:20
167:24
194:15

one-on-one
205:11

one-time
204:22

online
97:16,17
113:23
180:8,11,
24 181:3
182:3
183:9,21

open
52:9
153:21,22
154:3
169:5
194:1

opened
71:23

openings
88:14

operate
162:13

operating
198:22
199:11

operational
209:14,19
211:20
212:10,
13,17

opinion
60:21
216:1
224:19
227:24

opportunity
177:9
214:8
215:4

opposed
88:11

opposing
223:18

option
38:18
155:23,25

optional
60:3

options
111:19
145:16

orchestrate
150:22

order
14:3
25:17
88:5
99:25
113:5
115:19
156:23
183:11
203:7
213:17
233:14

ordering
25:20

orders
233:10

organizatio
n
12:22
27:5

organize
150:21

organized
12:10,11
32:14,16

origins
59:3

out-of-
state
167:22

outline

7:17

outlined
209:9

overload
40:7

overseeing
43:22,25

overview
23:9
38:17

ownership
114:22

_____

P

_____

p.m.
233:22

pack
173:6

packet
103:16
104:2
107:12,14
108:6,16
110:8

paid
25:22
161:24

paperwork
39:25
40:13
81:21
87:20
102:17

parapro
85:11,12,
14,16
181:1
205:14,
15,16,17



paraprofess
ional
   38:14
   75:4
   80:22
   81:8
   85:8,24
   87:13,23
   157:16
   205:6,8,
   10,12,14

paraprofess
ionals
   79:25
   80:5,8,21
   81:2,17
   84:6,23
   86:19
   87:15,22
   88:21,25
   180:15
   201:9

parapros
   165:23

parent
   31:20
   62:21,24
   81:20
   127:6,20
   137:22
   150:2,8
   198:3

parenthesis
   80:8

parents
   31:22,24
   38:17
   62:12,14
   63:3,9,24
   64:4
   73:22,23
   81:21
   134:23
   148:5,7

151:20,21
193:23
223:7,16
225:1
232:2

parents'
   128:3
   223:14

parking
   192:15,24

part
   12:9 14:8
   35:24,25
   39:5 40:8
   41:22
   43:21
   47:12
   54:11,14
   82:22
   92:19
   95:15
   104:13
   107:4
   110:11
   136:23
   138:13
   143:6,7,8
   144:5,11,
   12,19
   145:3,10
   147:20
   151:11,15
   156:1
   162:14
   207:11,18
   209:3,13
   211:8,14
   216:9
   219:4,7
   222:9
   227:9

part-time
   56:17
   58:4

participate
   32:8
   35:22
   45:13,16
   66:3
   89:24
   116:15
   166:3
   167:15
   177:10,
   14,19
   195:12
   196:7
   215:7

participate
d
   195:7
   196:9
   232:14

participati
ng
   22:16
   140:17
   166:10
   177:25
   195:10,
   11,15,17
   197:20

participati
on
   35:5
   207:18

partly
   28:22

partners
   149:19,
   20,23,24
   150:1,12
   205:2

parts
   101:25
   109:16

pass
   82:19

85:13

passed
   82:19
   85:25
   131:15

passes
   104:4

passing
   86:5

past
   28:16
   31:5
   33:5,15
   50:23
   56:21
   70:11
   71:21
   72:16
   83:14
   87:3
   88:12
   93:10
   166:23
   195:8,18
   201:1
   218:20

Pat
   226:23

pathologist
   196:21,24

patient
   31:22

pause
   112:10

pay
   83:7,9
   88:22,23
   89:2
   161:21
   201:7,24

payments
   78:11

payroll
   24:21

pays
   77:22
   199:4
   200:14
   231:15

PBIS
   92:23
   146:12,13
   148:14
   162:8,9,
   15,24
   167:11,13
   178:9

peers
   195:22
   215:2,4,8

pending
   9:4

people
   22:22
   23:1
   27:24
   32:21,22
   44:6
   47:12
   73:15
   84:15
   85:2,3,5
   88:10,13,
   17 93:6,
   16 94:24
   158:7
   160:22
   194:1
   201:11
   223:25
   224:5,16
   228:20

percent
   135:22,24
   138:11
   139:4



WHITNEY BRADDOCK                                         July 18, 2022
UNITED STATES vs STATE OF GEORGIA        Index: percentages..population

146:20
147:10,
13,22,25
148:9,15,
24

**percentages**
163:16

**performs**
24:10

**period**
51:7
131:8
134:7,8
138:18
181:25
186:13
187:13
188:11
189:7,15,
16,17
190:14
222:15,17

**periodic**
138:4

**periodically**
69:16

**periods**
189:18

**permission**
42:5,18
62:13,15,
18 63:25
146:19
147:12,
14,16,23
148:3,5,6
163:23

**person**
7:6 8:6
17:11
22:9
25:19

31:4,7
34:21
45:23
61:23
75:5
81:23
88:8
89:11
92:21
94:3,13
95:1
128:1
139:12
150:5,7
167:22
187:6
197:11
200:7
216:23
218:21

**personal**
168:6

**personally**
94:20
120:8

**personnel**
32:19,25

**phone**
21:25
91:7
147:6
220:17,20

**photos**
193:14

**Phys**
175:1

**pick**
160:3
192:16

**picked**
72:4

**picture**
176:11

**pictures**
176:10
193:13

**picturing**
172:6

**pieces**
30:25

**Pineland**
151:1,5,
8,19,20

**place**
63:4,6
88:6
89:25
106:12
130:14
131:1
156:20
187:16
215:19
225:22

**placement**
72:6,8,9
102:13
115:8,21
128:21
134:14
137:10
152:16
215:15
225:13
232:21

**placements**
44:18,21
71:19
115:20
215:16

**places**
29:16
79:7 92:8

**plaintiff**
16:13,17
41:11

48:8 59:7
76:21
116:21
120:5
152:24
178:23
184:1
222:25
226:18

**plaintiff's**
6:10

**plan**
14:6,11,
15 67:1
102:19
105:6
111:1,2,
6,7
113:14,17
129:20
130:14,19
135:8
137:19,
21,25
164:23
206:11,
12,14,15,
20,21
208:3,8
210:24
213:8
216:6
219:4

**plastic**
175:20

**platform**
187:2
194:10

**platforms**
183:8,10

**play**
53:24
67:14
116:5

175:6
177:13
197:24

**played**
177:14

**playground**
175:6,12,
13,24,25
176:12,
18,19,21
177:7

**PMC**
182:13

**PO**
24:23
25:12,23

**point**
11:5 26:6
28:18
42:25
43:9,12,
14 103:15
130:22
131:21
164:7
165:7
220:25

**policies**
99:14

**policy**
52:12
95:12,18,
23

**pool**
201:12

**poor**
29:6,19,
20

**poorly**
161:6

**population**
44:10



216:15

**portal**
88:7
90:16
117:19
222:21
223:23
224:15,18
225:4,11,
22

**portion**
227:3,13

**position**
20:3,13,
14,21,22
21:3
22:23
23:11
24:8
27:24
42:22
78:18
80:12,14
89:16
213:6

**positions**
79:10
82:13
86:8,10
89:3

**positive**
159:25
162:10

**possibility**
64:19
191:17

**possibly**
38:8 58:2
64:2 95:2
123:7
131:7
133:11
134:2
180:18

232:2

**post**
162:20

**post-covid**
185:6

**posters**
162:21

**practice**
107:8
112:19
166:20

**practiced**
9:13

**practices**
91:16,18
92:9
93:12
99:14
106:20
107:5
166:19,21

**prayer**
67:3

**Pre-covid**
185:5

**pre-k**
172:1

**pre-tech**
117:2

**predecessors**
32:22,23

**preexisting**
63:3

**preferred**
89:5
103:16

**preparation**
12:2 49:8
121:8

**prepare**
11:16
34:23

**prepared**
52:20
58:15
103:16
120:24

**preschool**
172:6

**prescribe**
150:11

**present**
33:17,18
171:17
208:15

**presentation**
33:22,23

**presented**
128:9

**presents**
33:12

**presume**
164:7

**pretty**
47:3
203:16
212:9
231:1

**prevention**
92:24

**previously**
35:22
125:7

**price**
26:6
226:12

**primarily**
122:18
123:13

**primary**
55:10
59:20
122:13,17
123:7
124:24,25
171:22,24
172:1,11

**prior**
19:15
21:21
42:16
56:4
73:13
103:22
106:25
107:7
113:22
114:15
126:21,24
128:20
170:12
194:2
202:24
207:23
224:10

**priorities**
202:16

**privacy**
47:10
59:25

**privilege**
10:10

**problem**
8:20
57:13
74:7
99:18
113:8
117:5
155:15
181:18

**problematic**
136:14

**problems**
20:8
26:21
56:23
83:15
94:13
113:10,11
127:9,12
133:18
142:5
152:8
155:15
161:6
167:4

**process**
14:2 35:5
39:7
41:20
44:24
84:16
89:8 90:8
97:24
101:22,
24,25
102:14
103:10,15
105:18
108:3,15,
18 113:16
114:3,19
115:15
127:15
133:8
139:2
197:9
198:21
202:8,10
207:4,19
209:1
212:19,22
222:4
230:24,25

**processed**
40:19

**processes**



104:19

**produced**
6:22
12:15,22
47:20
49:11
120:2
121:9

**production**
12:10

**professional**
15:16
33:1
46:25
47:1
78:17
79:15
80:4
87:20

**professionals**
80:3

**program**
10:2,5,13
14:11,21
20:10,17,
25 24:19,
20 25:5,
16 27:20,
22 32:9
35:13
36:21
39:4
43:17
46:4
50:3,7
56:20
72:8,10,
12 75:13,
24 77:4
78:3
105:8
114:10,12

115:9
116:9
118:2,6,
8,9,14
119:17
125:8,14
126:11
155:13
156:8
157:22
161:20
162:12
166:4,6
167:6
171:6,11
179:25
180:4,10
197:8
207:1
212:8,9,
20 213:3
214:5,10
217:2
226:4
232:20

**programs**
14:22
35:10,11
40:1
143:20
160:14,15
167:16
213:13,15
219:7

**progress**
104:24
219:7

**progression**
203:20

**project**
227:1,13

**projected**
199:12

**projects**

174:16

**promise**
226:4

**prompt**
135:2

**prompted**
156:13

**property**
171:25

**protect**
47:10

**protected**
10:9

**protocol**
65:8

**provide**
46:16,22,
24 62:25
63:21
66:13
92:3
93:19
97:12
113:19
142:11
143:17,23
150:18,24
151:9,17
196:25
197:8,10,
11
205:14,
15,16,17
208:16
225:10

**provided**
31:10
61:11
63:25
64:9,24
86:25
91:13
92:2

96:23,25
97:8,20
109:6,10
113:3,21,
24 119:12
142:20
143:14
162:4
180:1
214:4
218:3
222:13

**provider**
63:14,17
92:3

**providers**
46:15
151:1
154:4,15

**providing**
16:23
57:2
155:9
209:6

**provision**
19:19
226:3

**provisional**
19:16,17
80:19
82:23

**psych**
103:6,18
165:20,22

**public**
144:25
152:3

**pull**
41:1
81:10
143:25
156:25
165:24

168:8,11
189:23
201:20

**pull-out**
143:6
145:16

**pulled**
36:9
181:17
190:6,12,
16,17
191:9

**pulling**
98:20
143:16

**purchase**
25:17
174:12,14

**purchased**
24:24
25:15

**purchases**
25:25
26:10

**purchasing**
25:20
45:24

**purpose**
219:13

**purposes**
7:13 55:6
69:21
211:25

**pursuant**
9:21

**push-in**
143:13,24
145:8

**pushing**
101:6

**put**



52:17
68:16
74:25
89:6
90:15
91:6,9
96:13
121:24
138:19,20
145:21
178:20
200:15
201:23
202:25
203:1,6,
8,11
215:22
225:21
228:10

puts
    24:23

Q

qualificati
ons
    78:17
    85:7
    89:11,15
    91:13

qualifies
    87:24

qualify
    86:24

quality
    43:23,25

quarantinin
g
    73:14

quarter
    138:19
    139:17

quarterly
    138:23
    139:1
    140:6

question
    8:7,9,12,
    17 9:3,4,
    10 10:9,
    11,16,17,
    23 40:14
    53:11
    73:15
    74:18
    99:10
    112:1
    116:13,15
    117:12
    129:8
    131:12
    137:13
    138:22,24
    140:19
    147:11
    161:14
    171:9
    180:19
    219:1
    230:11,12

questioning
    8:24
    217:16
    229:5

questions
    12:13
    23:3
    34:18
    90:17
    91:3,12
    98:16
    107:19
    108:8,17
    128:18
    139:22
    158:5
    167:23

183:12,13
190:6
217:17,25
222:12
228:11
230:14
232:17
233:2,6

quick
    70:16
    169:12
    189:12
    196:14
    197:18

R

racing
    220:22

raise
    165:14

raised
    65:4,6
    137:14

ramp
    202:25
    203:6,8,
    10

range
    37:13
    57:23
    58:10
    64:15
    65:19,20
    119:3
    124:1

ranging
    51:18

rate
    164:3
    210:12
    219:17

rated
    210:10
    211:9

rates
    219:10,12

rating
    211:7

ratings
    212:7,8,9

ratio
    75:19
    141:10,13

reach
    132:20
    213:17

reached
    91:3
    119:24

reaction
    223:14

read
    12:5
    47:24
    116:17
    125:3
    154:8

reading
    46:11,13
    118:3
    155:1,4
    162:16
    180:10

ready
    98:2
    134:9,14
    136:19
    137:6
    138:8,16
    139:25
    165:23
    169:24,25
    229:1,2,

13

Reagan
    10:15

real
    197:18
    218:5

realistic
    135:4

reality
    216:24

realize
    211:15

reason
    9:7,9
    35:2
    53:21
    82:1
    154:13

reasoning
    131:20

rebuilding
    170:25

rebuilt
    171:3
    203:17

recall
    11:8
    17:19
    44:14
    60:10
    91:11
    99:7
    120:22
    132:22
    133:6
    158:18
    210:18
    212:18
    220:8,14,
    16,17
    226:8



**receive**
53:5 56:1
62:5,18
89:10
102:1
190:7
204:15
231:10,12
232:15

**received**
9:18
61:17
72:2
96:12
106:7,8
108:20,24
109:3
110:17
202:2,5
221:13

**receiving**
53:7,25
54:22,23
58:8
60:24
61:24
62:15
72:2,3
89:9
96:19
133:4
193:10
227:22

**recent**
106:2

**recently**
16:23
28:6,16
33:18
50:22
87:14
106:16,17

**Recess**
43:3

70:21
98:12
112:14
132:3
169:16
198:15
208:21
217:21

**recipients**
226:3

**recognize**
9:14
41:16
47:25
76:23
94:6
117:13
153:11,19
178:25
184:3
223:3

**recollectio
n**
154:18

**recommend**
202:19

**recommendat
ion**
128:5

**recommendat
ions**
213:23
221:12,24

**recommended**
212:22
232:24

**reconcile**
140:4

**record**
6:3 7:9
13:3 17:1
43:1,4
47:12

53:13
58:22
70:20,24
74:13
98:9,11,
13 101:9
112:11,
13,15
117:15
126:18
132:2,6
153:10
169:14,
19,20
180:3
198:14,18
204:1
208:19,22
217:20,22
223:5
226:22
230:3
233:8,10

**recorded**
74:10
101:18

**recording**
7:23
131:24
132:9
198:11

**records**
47:22
72:21
77:11
116:8
118:21,22
127:19,23
128:6
153:21,
22,24
154:3
218:2,5

**recruitment**
88:3,4

89:7

**recurring**
200:21
204:18

**red**
73:10

**redacted**
47:8
120:7

**redid**
222:2

**redo**
225:21

**reduce**
115:11
219:6

**reduction**
30:16

**reevaluatio
n**
56:5,8
135:1

**reevaluatio
ns**
106:4

**refer**
12:17
22:19
150:1

**reference**
42:4
120:3
150:25
151:23

**referenced**
101:25

**referral**
61:5
104:2
107:12
108:3

111:10
112:5,6,
22,25
113:1
114:18
115:15
119:18
127:15

**referrals**
60:24,25
61:7,8
67:4
110:19
133:17
163:12
165:12,14
167:11

**referred**
10:5
20:10
56:25
61:2
63:12,15,
19 94:8
107:23
109:1
110:15
111:5
112:20,21
135:19
149:23

**referring**
80:19
135:19

**reflected**
23:24

**reflects**
62:4

**refund**
83:25

**refuse**
147:17
148:7



regard
  86:4

regional
  13:15
  17:4
  21:17
  22:3
  32:5,9

registered
  127:7

regular
  19:19
  32:8
  193:19

regularly
  21:24

Reidsville
  18:1,4,5,
  22,23
  20:3
  30:19,20

reimburse
  83:8

reimbursed
  83:6

related
  41:2
  197:4

relates
  14:14

relating
  9:25

relationshi
p
  159:22
  164:16

relationshi
ps
  44:24
  63:3
  167:3

relevant
  16:5

relocation
  223:18

relying
  130:8

remain
  41:7
  68:24,25
  69:13
  145:23

remediate
  136:14

remediation
  118:3
  180:10
  187:12
  189:11
  191:4

remediation
s
  186:14

remember
  8:16 11:6
  40:14
  41:19,24,
  25 42:14,
  16 44:13
  46:11
  91:7 94:1
  96:17
  107:6
  121:3
  131:22
  132:14,16
  153:18
  154:2
  164:23
  165:1,3
  166:15
  208:2
  210:23
  212:5,11
  220:2,4,

10,11,22
221:11,
14,16
222:3
228:7

remembered
  8:19

remembering
  199:22

reminded
  162:4

remote
  8:5

remove
  99:22

removed
  68:17
  178:10

renewed
  204:7,9,
  12

renovated
  172:2

renovation
  222:5
  226:11

renovations
  172:3
  220:9
  222:15
  228:8

repair
  29:6,19,
  20 227:18

repaired
  203:14

repairs
  230:23

repeat
  10:17

111:25
180:19

rephrase
  8:14

replace
  136:15

report
  24:5,6,18
  26:7
  45:6,11
  48:21
  49:6
  52:20
  53:9
  59:13
  60:13
  73:4,21
  90:13
  105:19,23
  109:14
  134:22
  138:20
  139:19,21
  213:3
  220:2,5
  225:1

reporter
  6:8,19
  7:19
  41:14
  48:3,7
  111:25
  116:17
  180:19
  199:7
  233:9,13,
  17,20

reporting
  210:16,17
  213:13,15

reports
  22:8 23:5
  24:16,19
  34:23

39:11
128:4
221:8,13

represent
  6:10 7:2
  47:16
  230:2

representat
ive
  50:23

represented
  7:12

request
  8:4 9:3
  23:5
  49:12
  117:19,21
  153:22,
  23,24
  154:4
  162:5
  197:13
  219:9
  230:17,19
  233:12,
  15,19

requests
  133:3
  203:13

require
  144:1

required
  78:16,23
  79:12,13
  86:5
  89:4,5
  104:12
  106:5
  107:3
  130:10
  155:22
  163:19,20

requirement



78:21,25
79:3,4,
16,18
80:4
84:22
104:24
227:9

**requirement
s**
79:8,9,21
85:1

**requires**
208:10

**requiring**
108:21

**requisition
s**
22:4
24:23
25:12

**RESA**
10:14
13:15
17:8,12
24:7,8
25:19,23
26:1
27:10,12
39:8,13
45:3,5,7,
9,13,20
46:2,8,
10,16,21,
25  77:17,
18,22
78:7,8,10
89:17
95:18
97:7
199:4
231:14

**reserved**
233:21

**residential**
72:13
176:24

**resolving**
167:7

**resource**
180:25

**resources**
27:3
183:21

**respect**
59:25
108:21
133:9

**response**
12:10
49:12
90:11
98:21
120:24
210:19

**responses**
210:19

**responsibil
ities**
20:23
22:3
23:11,24
31:10
43:21
77:10

**responsibil
ity**
20:25

**responsible**
43:22,25
88:4
98:20

**responsive**
8:17

**rest**
58:12

90:24
100:15
142:19
189:4

**restorative**
93:12,13
166:19,
21,23,24
167:1

**restrain**
95:16
101:15
229:17

**restraint**
95:5,10,
12
101:11,
12,19

**restrictive**
14:17,19
20:6
133:11
136:20
137:6
138:17

**restroom**
41:5
169:13

**restrooms**
203:1,11

**restructuri
ng**
39:4

**result**
70:7

**resulted**
71:24

**resume**
17:3
18:19
23:10,12
88:3

**retired**
196:23

**returned**
144:11

**returning**
215:25

**reveal**
59:23
219:18

**review**
12:2,20
69:15
73:1
103:7
127:15
128:3,6
131:14,15
134:15
153:6
165:8,11
210:25

**reviewed**
127:19,23
139:24

**reviewing**
23:20
24:1
120:14
153:8
154:10
226:19

**reviews**
109:9
206:11

**revised**
137:13
208:2

**revising**
136:3

**revisit**
219:1

**rewritten**
130:18

**Rhaming**
22:24
42:7

**Richard**
24:6

**ride**
66:16
71:5
191:19,23
192:8

**rides**
64:15

**rights**
47:13

**Riverquest**
42:5,11,
12

**role**
20:24
29:1
67:14
77:3,4
102:14
116:5,8

**rolled**
210:7

**rolling**
67:19,24

**rollout**
209:20,25

**room**
99:16,20,
22,23
100:5,11,
16,19
173:14,
18,19
174:3
178:6,13,
14



188:18,21
189:21,22
229:16

**rooms**
96:3
100:12
173:10,
16,19
174:1
190:3
222:22
225:23

**rotating**
179:18

**rotation**
211:11,13

**ROTC**
177:25
195:19
215:8

**round-table**
33:13

**Row**
124:18,23
126:9

**RTFS**
72:13

**rule**
106:9,12
107:4,9,
22
108:12,
13,14,21
109:1
110:4
128:23
143:10
144:14
208:1,4,5

**rules**
108:7
230:9

**run**
25:23
46:12
74:19
100:2,3
101:6
169:12

**running**
11:13

**rural**
217:11
224:16

**rush**
40:24
41:4

————————

S

————————

**S-W-I-S**
206:1

**safely**
74:19

**salaries**
199:5
201:7,8

**salary**
204:16
205:4

**Sandy**
22:24

**Sauls**
10:15

**saved**
122:1

**schedule**
63:10
66:9
106:5
147:7
156:1
163:22

178:17
179:3
181:8
183:24
184:7
187:9
191:11

**scheduled**
137:3
190:8
191:2
210:25

**schedules**
23:2
65:19
178:20

**scheduling**
168:4

**Schlierf**
228:10

**Schofill**
226:23

**school**
15:18
18:16
19:1,3,4,
14 21:19
36:25
37:14,15,
16,17,19,
23 38:1,
3,4 49:18
50:3,5,15
52:11
54:24
57:20,21
58:16
59:14
61:2,5
63:1,7,21
64:13
65:15
66:3,11,
21,23

67:18
72:25
73:5,17,
21 74:5,9
80:17
84:14,24
85:24
86:11,15,
21,22,25
87:1,12
88:12
96:6
102:21
103:25
105:3,8,
13 109:11
110:17
113:13,
22,25
114:8,10,
21 116:9
119:15
121:15,
16,17
124:1,5
125:7,11,
13,24
126:23
127:8,9,
10,16
128:2,7
129:12
136:21
140:5
142:5,15
143:1,3,
16,21
149:11
150:9
155:19,
20,22,23
156:17
161:5
162:19
166:2
168:18
170:13,

14,16,17,
23,25
171:1,2,
3,4,22,24
172:1,7,
12,13,15
173:1,22
176:14,25
177:4,15,
18,25
178:1
179:7,16
180:1,2
182:23
183:1,7
184:6,7
185:11,
23,24,25
186:7,8,
9,11,13,
16,17
187:1,5,
11,14,15,
16,17,19,
25 188:3,
8,12,13,
19 189:3,
4,5,9,11
190:22
191:5,12,
16,23
192:20,21
193:2,14
194:9,11,
22 196:2,
4,6,20,24
197:10
198:1,7,
23 199:12
200:12,15
206:6
215:19
216:20,
21,25
217:1
218:10
222:20,



21,22
223:17
224:6
230:20
231:11,
12,18,25
232:1,3

**school's**
14:21

**school-based**
36:12

**school-wide**
162:21
206:3

**schoolers**
194:5,6

**schools**
29:8,10
30:23
35:20,21
36:10,11
74:19
83:6
113:20
127:7
134:22
160:14,20
161:2
167:12,
13,23
168:14
170:19,21
172:17
175:4
192:9,18
202:7,10
205:5,7,
9,11
222:11
225:2,4,
11,19,20

**science**
172:17

182:9
186:7
194:25
216:21

**score**
211:15

**scores**
163:10

**scoring**
211:14

**Scott**
226:23

**screen**
117:9,10
153:4
208:18
229:2

**screened**
193:7

**screening**
104:5

**scroll**
50:18
81:6
84:11
117:3,6
124:18
126:6,16
184:8,22

**scrolling**
41:22
186:10

**SDD**
55:17
124:6,9,
13

**searching**
92:8

**seated**
41:7

**seats**

97:12

**secluded**
11:11

**seclusion**
95:23,24
99:11

**secondary**
122:14,19
123:4,6,
8,11

**section**
75:11
97:23
143:10
168:20
209:17

**sees**
196:21

**segments**
53:23
54:4,5
56:17
58:4
111:13
114:12
145:21

**segue**
75:11

**SEL**
81:13
155:13
156:1
181:10,13
186:8
187:3
190:9,14

**SEL-TYPE**
156:8

**seldom**
116:3

**self-assessment**

206:11

**self-assessments**
210:3

**self-contained**
126:12
144:15,24

**self-instruction**
183:20

**semester**
223:8
225:4

**send**
23:2,4,5
25:16
34:22
42:19
97:1,5
102:23
197:11,12

**sending**
53:8
64:24
66:6
103:21

**sends**
28:7
34:20
66:6 74:2

**sense**
12:23
47:4
64:14
71:4 78:2
90:6
110:19
112:19
181:5,8

**separate**
27:11
122:14

136:24
204:10,15
223:10
224:21

**separately**
137:14

**serve**
36:9 68:8
75:24
83:16
114:6
128:25
167:12
217:1

**served**
14:23
15:3
29:16
30:17
35:14,17,
18 39:18
40:6
44:16
56:20
67:18
68:3,7
69:2
83:23
114:9
115:24
125:7
127:22
216:16
223:8

**serves**
35:15
72:10
99:23

**service**
13:15
17:17,18,
22 18:2,
6,10
21:11



27:3
28:24
30:1
31:22,23
46:14
54:1,24
56:10,15
63:16,17
119:16
149:21
151:14
193:2
197:8,15

**services**
15:5,9
31:10,12,
16,18,21,
24  43:23
45:5
46:16,22
49:20
52:8,9
54:22
56:1,19,
25  57:1,
3,6,7
58:8
61:10,17
62:5
69:3,6
72:3
86:23
87:2
91:12
102:1
105:13
107:24
109:6,10
114:1
140:12,
13,16,24
142:11
143:2,4,
5,13,17
144:4
145:9

146:3,6,
13,14
149:17
150:15
151:10,
12,18
152:4
154:22
162:4
167:10
168:22
170:4
190:7,15
193:8,11
196:15,25
197:5
204:6
214:4
216:15
225:10
227:22
232:15

**serving**
30:17
75:18

**set**
79:5,9,
16,20
81:24
92:16,24
93:3,20,
24  95:6
101:15
108:5
136:16
138:25
146:12
148:14
161:4
173:10,18
184:25
185:13
190:5
197:14

**sets**

79:17
90:12
147:7
170:20
217:7,9

**setting**
36:17
61:11
81:22
85:4
102:5
113:6
136:20
137:7
138:17
141:11,
22,25
142:12,19
143:2
144:16,25
145:9,24
160:25
161:9
190:22
215:25
216:5

**settings**
71:13
109:7
120:13
141:16
142:4
143:23
161:7
167:9

**seventh**
38:8
186:24
188:13,15

**severe**
55:17
83:15
84:4
102:4
115:18

124:2
125:13,16
126:5
127:8,12
152:12

**severity**
108:25

**shaking**
7:25

**share**
12:20
16:9
47:7,8,21
76:20
153:4

**shared**
34:3

**sharing**
12:21
191:21

**Sheet**
122:1

**sheets**
165:23

**shoot**
228:15

**short-term**
152:13

**shortage**
88:20

**shortages**
88:21

**shorter**
39:2

**shorthand**
141:14

**show**
47:15
59:2
126:16

131:4
153:5

**showed**
178:5

**showing**
138:20

**shows**
139:23

**shut**
36:8

**sic**
116:11

**side**
36:14
133:8

**sight**
176:18

**sign**
34:5
85:12
148:8

**signature**
233:21

**significant**
71:9,15
72:20
152:8

**significant
ly**
51:4,11

**signs**
205:19

**similar**
46:4
58:18
179:25

**single**
164:4
192:19

**sit**



121:20
201:21
232:3,4

**site**
 17:16,17,
 25 18:6,
 10,22
 20:11,20,
 22 21:1,
 2,12,14,
 20 25:3,
 6,14
 29:4,7,9,
 12,13,18,
 25 30:2,
 14,15,18,
 20 35:14
 36:5,6,8,
 18 37:1,3
 40:7,8
 48:22
 49:4,18
 52:7 58:5
 59:14
 60:16
 61:18
 65:13
 71:11,17
 75:9
 76:6,7,9,
 11 81:15
 82:6
 98:25
 99:1,2,23
 103:9
 114:25
 131:16
 139:15
 147:3
 158:3
 170:6
 171:1,6,
 14,16,18,
 21,23
 176:21,
 23,24

177:1,9
179:3
184:25
192:9
193:21
196:23
202:23
203:22,24
219:24
221:3,4,
 5,6,10,
 12,23
222:16
223:11

**site's**
 184:6

**site-based**
 143:20

**sites**
 21:16,17
 22:2
 29:14
 35:10
 44:5,7
 65:21
 69:4,5
 75:4
 76:4,14,
 16 123:13
 142:1
 159:1
 221:9

**sitting**
 120:21
 192:6
 229:15

**situation**
 115:4,5,
 14 134:12

**situations**
 115:17
 215:13

**sixth**
 37:24

38:7
186:12,24
188:13,
 15,16

**size**
 44:10

**skill**
 156:6,9,
 15,19,25
 157:4,15,
 22 163:2
 217:7,9

**skills**
 156:9,23
 181:9
 186:7
 187:3
 188:12
 190:9,13,
 14

**skipped**
 90:4

**slide**
 175:16,
 18,20
 176:1,3,
 5,6,8

**slightly**
 51:6
 60:19

**slowly**
 7:24

**small**
 40:6
 44:11
 47:23
 94:23
 139:9
 140:4
 189:25
 224:15
 230:14

**smaller**
 94:25
 148:2
 161:9

**smart**
 203:2,11

**Smith**
 24:6

**smoothly**
 58:1

**social**
 15:21
 19:10,12,
 24 81:18
 82:6
 91:22
 99:1
 108:22
 155:14
 167:19
 168:15,
 17,19
 181:9
 182:9
 186:7
 187:2
 188:8,12,
 24 189:3,
 6,7
 190:9,13,
 14

**socializati
on**
 214:14

**socialize**
 193:20

**sociology**
 15:20

**solve**
 155:15

**sort**
 50:22
 98:17

104:4
108:8
135:16
140:21
141:14
143:12
190:7

**sound**
 110:22

**sounds**
 37:6
 49:12
 88:19
 111:5
 125:23
 143:15
 150:13

**source**
 200:21

**Southeast**
 26:19
 27:1
 45:22
 97:6
 160:18

**Southern**
 15:21,22
 176:8

**space**
 62:25
 63:21
 67:1
 92:22
 150:24
 155:9
 202:23
 227:21

**speak**
 7:24 29:5
 31:7

**speaking**
 31:9 81:4
 119:8



178:19

**speaks**
  28:11
  162:20

**special**
  14:13,21
  15:5,9
  22:6,15,
  16 26:13,
  16 27:6,
  8,13
  28:2,8
  33:8
  39:15
  43:9 61:2
  78:23
  79:1
  82:16,24
  85:4,5
  102:3,8,
  10 103:17
  105:8,13
  109:12,21
  110:2,7
  112:25
  115:24
  126:10
  127:9,25
  128:1,19
  134:23
  158:12
  160:5,14,
  15 183:5
  186:23
  188:23,24
  192:8,14,
  15 196:15
  197:16
  204:2
  215:17,18
  216:22,25
  217:1
  222:11
  232:1,4

**specialist**

15:25
16:2
27:22

**specialized**
  158:19

**specials**
  174:6,7

**specialty**
  102:11

**specific**
  75:25
  104:14
  109:2
  139:6
  156:9
  158:2
  160:21
  161:24
  189:22
  192:2
  231:22

**specifically**
  84:2
  140:15
  159:24
  165:4
  167:21
  177:24
  194:5

**spectrum**
  55:16
  122:11
  123:15

**speculation**
  121:7

**speech**
  123:8
  196:16,
  21,22,24,
  25

**spend**
  141:16,21

142:18
222:8
228:5

**spending**
  201:5,6
  227:18

**spends**
  76:5,6,7,
  10 141:12

**spent**
  181:9,11
  218:15
  219:3
  225:24
  226:11

**split**
  76:3

**spoke**
  57:3
  202:19

**spoken**
  31:5

**sporting**
  195:21

**sports**
  177:13,14
  195:9,13

**spread**
  21:22
  89:2

**spreadsheet**
  58:23,24
  120:2,9

**spreadsheets**
  47:6

**spurred**
  131:19

**SRA**
  155:4
  179:22

180:7,10,
14 181:1

**Stacey**
  65:4

**staff**
  24:18
  25:1,14
  34:24
  47:1
  57:13
  67:5
  74:14,23
  75:2,11,
  12,23
  77:2
  87:1,8
  88:20,21
  90:6
  91:16,22
  92:1,19
  93:9,13,
  17,19,20
  94:6,10,
  16,22
  95:4
  96:23,25
  97:12,21,
  23 99:17,
  25
  100:10,
  11,15,20
  101:14
  102:11
  113:12,22
  131:16
  138:8
  139:9
  140:25
  141:8,10,
  12 143:22
  158:23
  160:1,2
  163:21
  166:21
  167:18
  168:15

178:11
197:8
200:6,11
201:9,10
205:2
208:15
209:4
215:11
216:18,23
217:5
225:10
231:16,17

**staff's**
  100:6

**staffing**
  38:16
  67:1
  75:15,16
  86:7
  199:25

**stage**
  104:5

**stairs**
  202:24
  203:6

**stamped**
  12:16,18

**stand**
  53:13
  55:15,17
  59:21
  179:11

**standard**
  80:4
  209:7,10

**standards**
  79:15
  87:20
  123:23

**standing**
  233:14

**stands**



85:17
151:3

**start**
7:18
26:14
47:4
50:3,5
84:9 85:7
97:24,25
118:13
131:10
134:9
135:20
146:17
169:10
191:18
200:6

**started**
17:13
18:20,21
19:23
20:17,21,
22 35:7
80:20
106:12

**starting**
20:2,18
84:14
170:6
208:25

**starts**
185:11

**state**
6:9,15
7:8 9:25
11:12
15:24
17:1
21:10
28:1 31:1
34:24
78:4
79:19
80:5

90:13
96:16
113:24
116:12
125:6
126:11
127:2
161:16,22
200:23
201:16
202:3
204:1
222:24
226:22
227:3
230:2,4
232:6,9,
11,14,23
233:11,15

**state-
mandated**
181:11

**stated**
8:5

**States**
6:14 7:3
98:21

**Statesboro**
18:13,14
21:12,14,
16 35:10,
14,15
36:21
39:3 40:7
54:23
59:4,14
60:9,15
64:23
71:11
76:7,12,
15 82:1
83:11
99:2,23
142:8
147:3

170:6
172:23
173:10,17
174:24
175:2,9,
13 176:21
177:1,23,
24 178:1,
6 184:6
192:9
203:22,24
221:9,12,
23 230:18
231:8

**status**
165:8

**stay**
68:14,20
69:15,16
74:6,15
133:24
141:11
226:4

**stayed**
134:13

**staying**
209:5
219:15,19

**step**
16:3
103:23,25
104:5
149:12
166:24

**steps**
111:16,20
112:6
211:19
212:16,25

**stick**
185:15

**stop**
17:18

131:13,24
191:21

**stopped**
17:22

**stopping**
42:25

**store**
74:4

**stored**
218:23

**strategic**
89:24
206:11,12
208:3
210:24
213:8
219:4

**Streaming**
156:6,7,
10,15,19
157:4,15,
22 163:2

**streamline**
213:20

**streamlined**
207:8,13

**strengths**
215:20

**strictly**
36:22,24

**strong**
212:9
215:21

**Structural**
181:24

**structure**
35:13
44:16
47:4

**structured**

138:14

**struggling**
34:11

**student**
14:13,20,
22 25:2,4
29:16
38:8
44:10
50:8
52:18
53:25
54:4
56:24
57:12,14,
21 63:7,
21 67:14
68:2,4,7,
15,24
69:10,22,
23 70:8
72:6
73:16,23
81:22,25
94:11
95:16
99:16,20,
21 100:5,
10,11,14,
18,22
101:4,5,
13 102:3,
12,24
103:20,22
105:14
107:13
110:15
111:11,17
113:5,8,9
114:3,5,
14,21,24
115:2,7,
16
117:19,22
118:1,4,
11,13



120:3
121:10,22
122:18,23
123:6
124:18
125:5,21
126:2,17,
25 127:5,
21 129:2
131:20
133:17
134:17,19
135:1,10,
18,21
136:4,9,
19 137:1
138:16,21
139:21
140:9
141:2
142:3,14
146:25
147:3
149:22
150:2,9
152:6,12
156:24
157:1
163:25
164:19
165:4
181:15,
16,18,22
191:5
195:18
196:17
197:7
215:23
216:7,8,
12 219:2
232:1,14,
24

**student's**
14:8,15
15:2 73:5
100:6

109:10
115:17
124:25
125:10
127:6
164:17
181:9
232:21

**students**
20:6,8,9
21:19
25:4,8
26:21
29:15,25
30:16,17
31:15,17
33:8
36:9,11,
14,18,20
37:16,17,
20 38:3,
5,10
39:1,18,
24 40:5,
16 42:3
44:25
47:5,9
49:17
50:17,20
51:14
52:4,9
53:22
54:18
57:19
58:3
59:24
60:8,13,
22 61:1,
7,24
62:4,11,
14,15
63:25
64:8,10,
17,23
65:23
66:1,14,

20,23
67:2,4,8,
17,24,25
68:2,8,25
69:2,4,5,
13,16,18
71:3,9,
12,16,25
72:1,12,
22 74:6
75:17,22
81:10,11,
14,21
83:12,14
84:2
86:24
87:5
90:21
91:17
92:25
93:23,25
94:6,7,17
96:2
99:22,24,
25 100:1
102:1,18,
21 104:22
105:21
107:23
112:20
115:18,23
118:7,23
119:5,6,
22,23
122:4,19
123:5,10,
14,19
124:1,2,
13 125:8,
14 126:4,
11 131:8
133:9,10
134:2
135:17,23
136:6,13
139:3,9,
13,24

140:5,25
141:3,10
142:3,8
143:2,7,
16,25
144:1,9,
10,16
145:23
146:17,
18,23
147:8,14,
16,25
148:4,19
150:1,4
151:18
152:5,18
155:14,
18,20,21,
23 156:4
158:21
159:15,16
160:20
161:5,6,
9,10
163:6,8
164:4,8,
20 165:24
166:25
168:7,23
170:20,22
171:6
172:8,12
173:7,22
175:1,5
176:19
177:7,9,
14,23
178:9
179:7,13,
14,22
180:2,13,
14,25
182:16,24
183:9
185:3,4,
5,10,16,
17

186:11,
12,13,16,
17,24
187:1,5,
11,14,22
189:23
190:6,21
191:22,23
192:9,10,
16,17,21,
25 193:7,
13,19
194:9
195:3,6,
20 196:2,
4,9
197:1,2,
19,21,23
198:5
205:12,20
214:4,10,
15,21
215:9,14,
19,24
216:9,13,
15,20,22,
24 217:2
218:3
219:14,18
221:2,4
222:16
223:9,19,
23 224:1,
6,7,10,
11,13,17,
20,22
225:1,2,3
227:19,22
228:2
232:2

**students'**
47:9
102:17
125:17

**studies**
89:4



WHITNEY BRADDOCK
UNITED STATES vs STATE OF GEORGIA

July 18, 2022
Index: study..talk

182:10
188:8,25
189:3,6,8

**study**
86:4

**stuff**
187:3,7
210:9

**subareas**
208:10
209:16

**SUBER-DRAKE**
65:5,9

**subject**
153:21
194:16

**submitted**
120:20
121:25
214:1

**submitting**
169:2

**subpoena**
9:17,21
12:11
90:11
98:21
210:20

**subs**
74:21,25

**subsequent**
115:11

**subset**
94:24,25

**substantive**
91:11

**substitutio
n**
141:17,
22,24,25

**subtract**
199:21

**success**
113:5
135:25

**successful**
37:9
133:11
134:3
215:10,23

**successfull
y**
136:14
227:23

**sufficiency**
109:9

**sufficient**
74:14
110:17
128:17

**suggestions**
113:9

**suggests**
115:12

**summary**
60:13
130:8
218:7

**superintend
ent**
45:12
225:15

**supervise**
81:24
97:2
187:7

**supervised**
96:1
99:12

**supervisor**
21:2

232:1

**supplement**
8:18
26:25

**supplies**
174:9,10,
13,15,16
204:5

**support**
10:2  13:7
31:14
81:9,12,
14  91:17
110:17
142:20
143:23
144:1
155:2
160:1,21
161:3
162:24
163:3,4,
14,18
168:22
205:1
214:4
215:10

**supported**
215:18

**supporting**
180:16

**supports**
109:6
113:3
114:14
140:15
162:11
163:1,5,7
164:17

**suppose**
28:2
138:22

**supposed**

53:19
105:16
211:15

**surprise**
129:3,5,
13
130:12,15

**survey**
34:15,18,
20  197:21

**suspended**
74:8

**suspension**
74:13

**swear**
6:20

**swings**
175:15,25

**SWIS**
206:2

**switch**
39:14
40:1
231:19

**switched**
36:1,2
38:24

**sworn**
6:22  7:19

**system**
12:19
24:23,25
25:12,18,
23  49:18
52:11
53:4
64:13
66:3
73:21
86:25
87:2
105:8

114:8,10,
21  125:12
127:8
177:15
191:12,16
196:20
197:10
206:4,5
230:20
231:11,
12,18

**systematic**
12:13

**systems**
29:15
53:6  61:2
88:12
113:22,25
167:12
168:18
180:1
196:25
200:12,15
206:6
217:1
231:11

———————

**T**

**table**
189:25

**tables**
173:20

**takes**
105:14
177:18
178:3

**taking**
9:5  62:21

**talk**
13:17
26:21,23,
24  33:3,



6,9 44:15
45:12
57:14
69:2 78:1
99:17,20,
25 100:4
101:21
109:21
115:1
136:10
138:15
139:4
146:5
147:4,5,
19 152:1
156:11
162:1,25
170:2
198:20
206:10
214:6
219:21
224:10

**talked**
13:5
27:1,19,
23 31:1
32:4,21
35:8 64:7
69:11
92:14
123:12
128:20
140:20,21
141:15
146:1,7,
12 155:1,
7,12
162:7
166:18
176:7
182:15
190:21
194:14
202:22
203:11

205:3
219:22
222:6

**talking**
41:3,19
47:5
55:12
80:10
91:19
118:18
180:4
224:14

**tallies**
58:23

**tally**
189:12

**Tam**
6:7

**tambourines**
174:20

**TAPP**
45:24
46:3

**Tara**
25:16

**target**
138:11
139:4
219:6

**targets**
139:14

**task**
208:16

**tasked**
139:12

**Tattnall**
35:20
125:5,11,
14 127:7,
9 128:1
205:11

**taught**
18:25
123:24
157:14,15
158:10
160:1
162:16,17
187:23

**Tayloe**
6:11,25
7:2 10:18
16:14,18
23:17,22
24:3
41:1,8,
12,15
43:6
48:5,11,
14 59:8
65:4,7,11
67:22
70:16,25
76:22
98:4,15
112:2,17
116:18,22
120:6,16
121:18
130:3,6
132:7
152:25
153:9
154:12
169:15,22
178:24
180:22
184:2
196:1,13
198:10,19
199:9
208:24
217:24
223:2
226:21
228:22,24
229:8,12,

18 233:5,
13

**TBI**
55:20
123:1

**teach**
18:24
19:2,21
88:7
97:9,10
156:22
157:1,25
185:15,21
186:23
216:22
217:4

**teacher**
18:15,16,
24 19:13
20:15
38:13
56:23
74:22
75:8
76:2,10
83:25
113:8
141:21
157:16
159:5,23
174:8,15
181:1
182:20,25
183:1,2,
3,4,13,
14,16
185:2
186:21
194:17
200:14
216:22
218:10
231:24
232:2

**teacher's**
216:8

**teachers**
19:22
20:5,7,11
21:1 46:4
47:5 57:9
61:4
79:12,13,
22 80:3,
4,7 81:16
82:15
86:18
87:14,18
91:13
113:4,20
117:22
118:10,12
136:10,21
138:8
140:22
141:15
142:11,
14,17,18
155:25
157:25
165:22,23
167:4
180:15
185:1,6,
14 216:4
217:3
225:1

**teaches**
79:18
156:8
185:22,23
186:6,8,
24,25
188:18,21

**teaching**
17:14,21
19:5,24
20:12
78:19



82:21
183:18
189:2
201:10

**teal**
52:13

**team**
45:13,15
46:19,21
73:2
102:23
107:25
111:9
113:9
128:10
151:16
156:10
231:20,21
232:7,10,
12

**teams**
195:14

**tech**
81:18
82:6 99:2

**technical**
231:7,10,
13,16

**technically**
228:18

**technique**
92:25
157:17

**techniques**
93:24
95:5,10
101:15

**technology**
231:13

**telemeds**
150:6

**telling**
23:15

**temporary**
222:16
223:19
225:14

**ten**
38:12
68:3,8,9,
13,18
69:1,14
106:17
135:2,12
178:4
188:3
226:5

**tend**
185:14

**tended**
61:8

**tenth**
187:19

**tenure**
43:9

**term**
10:4
15:13
144:7
151:13

**terms**
31:14
45:7
60:19
71:5
73:10
77:22
133:3
144:14
145:7
147:22
190:25

**test**
85:12,14,

16,19,25
86:5

**testified**
6:23

**testify**
9:17
53:19

**testing**
82:19

**text**
228:20

**Thankfully**
213:6

**therapeutic**
10:1 13:7
31:12,15
43:18,23
71:13,19,
22 142:19
146:6,14
149:17
168:21
214:3
216:15
217:5

**therapist**
196:17
217:10

**thing**
15:15
33:11
73:15
79:24
81:20
99:3
105:17
107:7
111:4
119:20
122:6
137:10
147:5
167:5

168:10
174:17,21
185:25
187:4
193:22
203:2
216:17

**things**
22:25
23:3
26:3,5
27:7
28:5,8,11
31:7 33:7
57:25
60:1,2
70:3
78:11
81:19
90:5
91:19
92:4,7
102:7
105:24
106:25
129:7
131:18
146:9
149:16
152:16
158:6
160:8
161:16
163:19,
20,24
165:13,
15,16
174:10
175:15
179:16,
18,20
181:10,14
192:7
193:21,24
194:3
195:8

199:5
201:19
202:12
203:14
204:5
206:18
207:23
209:4
211:20
212:12,16
214:9
217:12
221:25
228:1

**thinking**
44:23
91:21
176:6,20
200:6

**thinks**
100:10

**Thompson**
185:21,22
186:6
188:17

**Thompson's**
191:9

**thought**
42:10
138:7
166:14

**thoughts**
227:17

**three-**
73:12

**three-year**
67:18,23
69:10

**throw**
14:10

**throwing**
192:7



Thursday
   11:23

tier
   155:24
   156:2,3,
   21 157:12
   159:14
   162:14,
   24,25
   163:2,3,
   4,5,6,14,
   15,18,25
   164:8,9,
   19,20,21,
   24,25
   165:4,8

tiered
   81:11
   159:13
   164:16
   167:5
   190:2,12

tiers
   81:12
   166:1

tiling
   50:19

time
   7:5 11:5
   15:22
   18:14
   19:6
   21:15
   23:13,15
   27:18
   28:18
   30:6
   33:10
   39:17
   40:24
   42:10
   43:14
   53:11,16
   54:10,12,

13,15,16
56:5,16
58:4,10,
19 60:4
61:17
62:7
63:23
65:13,14
66:10
68:23
70:13
76:3,10
88:16
94:25
96:5
100:2
106:11
112:4
115:14
130:25
135:15,
22,24
136:2
137:15
138:4,7,
14,23,25
140:8
141:10,
12,16,22
142:18
146:8
154:18
156:24
158:21
159:7,19
160:6
164:3
165:1
173:25
177:21
181:24
186:19
189:13
190:9,10,
14,25
191:1,2,4
193:12

203:20
208:1
212:3,7,8
217:13
219:2,15,
19 220:25
221:1
225:7
229:18,
20,25
231:4
233:3,19

timeline
   207:17

timeout
   95:25
   96:1,2,3,
   8 99:12,
   13,15

times
   32:13
   33:16
   34:15
   37:6 71:8
   74:17
   100:1
   101:9
   135:21
   137:13
   150:7
   152:13
   159:20
   164:6
   181:12
   189:18

title
   17:4
   27:21

titled
   51:18

today
   7:5,20
   9:10,20
   229:25

233:3

today's
   6:4 7:13
   11:16

told
   105:23
   127:8,11
   170:6
   223:15

tools
   180:9

Toombs
   35:21
   172:14
   173:1
   231:11

top
   51:16
   56:11
   93:25
   152:20
   163:16
   164:24
   165:18
   185:2
   189:20
   198:24
   207:14

topic
   34:1,12

topics
   23:8 33:3
   34:9

tops
   33:19

tore
   171:3

total
   75:12
   167:22
   227:1

touch
   96:13
   103:18
   127:10
   168:9

town
   97:9,10
   178:3

track
   50:10
   56:22
   57:2,5,
   19,24
   69:15
   133:23
   201:24
   206:7,17
   207:24
   208:7
   209:5
   219:9,12

tracking
   12:19
   134:3
   190:18
   219:7

train
   46:4 93:6
   97:1
   158:4

trained
   79:13
   91:22
   92:23,24
   93:2,4,5,
   9,12,17
   94:24
   95:4
   113:23
   158:8
   167:19

trainer
   93:18
   97:20



trainers
  93:19,20

training
  27:7
  76:13
  91:25
  92:2,15,
  21 93:8,
  14,15,19,
  21 95:1
  96:11
  97:2,8,
  10,14,17
  113:19,
  21,23
  114:2
  157:18,
  20,21,23
  158:1,3,
  13,15,16,
  19,24
  160:5,7,9
  166:20,22

trainings
  92:18
  96:12

transcript
  233:9,12,
  16,18

transcripts
  12:6
  65:12

transfer
  21:23
  40:11
  114:22
  115:6
  117:19
  118:7,21
  192:17,25

transferred
  118:14

transferring
  116:8
  128:7

transition
  134:9
  135:16
  136:19
  137:6
  138:8
  139:25

transitioned
  25:9

transitioning
  137:14
  139:5
  140:1

transportation
  64:9 66:7
  191:1
  192:13

trauma
  91:23
  92:3
  94:14,15
  96:9,15

trauma-informed
  158:12,
  15,25
  167:19

traumatic
  55:21
  122:24

travel
  21:20
  39:2

treat
  216:12

treatment
  72:13

trend
  51:3,8
  60:18

trends
  51:1

tri-data
  163:8
  164:12,17
  165:11

trigger
  165:8,14

trouble
  41:9,22
  229:16

Troy
  226:23

true
  59:16
  79:24
  103:12
  164:24

truthful
  7:20

truthfully
  9:10

turn
  15:16
  209:5
  210:2
  213:3

turned
  210:5,13

turning
  87:19
  211:3

turnover
  84:15
  87:25

turns
  209:4

twelfth
  38:1
  51:19
  52:5
  187:19
  188:4

Tyler
  6:7

type
  80:20
  99:2
  104:14
  105:16
  111:4
  119:16,20
  122:22
  137:17
  149:13
  158:16
  166:8
  174:7

types
  105:7,12
  152:16

typical
  58:5
  60:15

─────────────

          U

─────────────

uh-huh
  8:1 30:13
  146:4
  182:8

understand
  7:21 8:12
  9:9,23
  12:12
  13:6,10,
  17,19,23
  15:11,12

16:22
  21:6
  33:20
  35:3 54:3
  60:8,11
  67:16
  68:1 70:6
  78:13
  90:13
  94:12,14
  106:19
  107:2
  134:24
  136:1,2
  139:11
  140:18
  144:7
  145:23
  161:1,3
  204:21
  208:15
  215:12
  216:5
  224:12
  227:8

understanding
  11:9 13:3
  54:12
  62:3
  63:24
  68:20
  90:20
  94:16
  136:9
  138:14
  143:11
  152:10
  166:7
  180:8
  210:1
  216:10

understood
  25:11
  104:17



WHITNEY BRADDOCK
UNITED STATES vs STATE OF GEORGIA

July 18, 2022
Index: undesirable..wondering

undesirable
    136:14

unexcused
    74:11

unique
    12:15
    67:24

United
    6:13  7:2,
    3  98:21

University
    15:21
    16:1
    113:24

unlike
    61:14

unstable
    184:12

update
    93:11

updated
    16:23
    28:21
    80:17

upgrade
    202:11
    225:24

upgraded
    221:24

upper
    48:17
    71:4
    168:6
    187:5,11,
    15,18
    188:3

upset
    99:21
    100:2

upwards
    51:1

—————————
        V
—————————

vacancies
    87:11

vacancy
    87:13

vacated
    224:21

Valentine
    193:22

varied
    160:1

varies
    65:13
    72:19
    135:23
    179:19
    215:23

varying
    66:20

vendor
    230:22

venue
    30:12

version
    47:8  59:4
    157:5,7

versus
    7:3
    112:21
    141:11
    201:16,17

very-closed
    224:15

Vicky
    22:21
    27:21
    32:22,23
    34:21
    42:20,22

117:16,18
121:21
132:25
223:6

Vidalia
    35:20

view
    48:17,18

VIP
    126:20
    131:1

virtual
    33:19,20
    81:22,25
    97:10,15,
    17  149:11
    195:1
    220:18

visible
    12:21

visit
    21:17,19
    150:9
    171:18
    212:4
    218:9

visiting
    22:2

visits
    150:6

volleyball
    175:16

—————————
        W
—————————

wait
    93:8
    229:4,9

waiting
    69:10
    80:12

waivers
    89:24

Walden
    16:1

walk
    101:7

walk-
throughs
    21:20

walking
    180:16
    181:1

wanted
    39:14
    40:4,13
    59:19
    71:1
    83:23
    88:8
    199:19
    203:25
    219:1,6
    229:19
    230:3

wanting
    21:22
    118:12

water
    172:6,9

Wayne
    35:24
    36:8

ways
    113:10
    140:22

week
    21:22
    56:17
    76:9
    117:20
    131:9
    146:24

158:21
164:6

weekly
    45:8

weeks
    111:2
    134:21
    146:24
    163:9
    164:14

weigh
    165:13

weighted
    67:19

white
    203:1

Whitney
    6:1,5,21
    7:10
    70:19,23
    117:16
    132:1,5
    169:18
    198:13,17
    223:5
    233:7

Wilson
    225:17
    226:24

window
    65:19
    231:5

wing
    67:3

wisdom
    227:17

withdrawn
    25:9

woman
    225:16

wondering



35:4
227:16

**word**
88:9
108:21
111:10

**words**
44:12
96:4
112:18

**work**
9:2 15:21
19:11,12,
24 22:6,
7,15
24:14
26:23
27:6
28:3,4
41:6
44:18
61:1,4
63:11,13,
22 66:5
82:6 87:1
89:1 95:9
99:18
102:10
141:17,
23,25
155:15
156:22
159:5,19
161:2
177:17
178:10
179:21
180:14,15
181:2,19
191:2,11
202:6
208:7
211:23
214:19
215:20

217:13,14
222:14
228:23

**worked**
11:4
20:5,7,11
22:22,25
29:5
62:24
113:12
149:24
160:20
207:20

**worker**
81:18
99:1

**workers**
168:15,
17,18,19

**working**
19:25
36:10,16
43:14
82:18
85:3
105:14
113:9
142:8
179:22
180:25
183:9
188:9
208:2
214:14

**works**
66:9
94:15
117:4
156:21
159:22
160:24
228:24

**world**
186:6

191:5

_____

worries
229:21

**worry**
55:8
200:9

**worth**
90:11

**worthy**
134:25

**wrap**
86:7
168:20
217:18

**wraps**
97:23

**write**
77:19
111:12
186:5
209:11
212:1

**write-ups**
206:7

**writes**
17:11
231:15

**writing**
210:19

**written**
130:20
165:5,17
206:21,24

**wrong**
91:9
141:20
143:12

**wrote**
206:20

_____

        **X**
_____

**xylophone**
174:20

**XYZ**
218:9,10

_____

        **Y**
_____

**y'all**
42:24
97:25
98:4,7

**year**
32:13
42:6
49:15
50:4,5,15
51:12,15
52:23
57:24,25
58:16,19
59:14
62:5 64:5
66:21,24
67:18
68:2 70:1
72:16
74:3,5
80:18
82:18
84:14
86:11,15,
21,22
87:12
91:9 96:6
118:24,25
121:14,
15,16,17
134:14,17
136:18
158:23
159:2

161:24
171:3
185:9
193:22,25
195:16
198:23
199:12,14
200:18
201:21
204:4,7,
8,9,12
205:5,8,
9,23

**year's**
60:13

**yearbook**
193:17

**years**
11:2,4
36:13,17
43:16
50:24
52:10
69:1,14
71:21
85:9,11
86:3
90:11
106:3,5,
17 121:11
134:19
135:2,12
149:25
159:6
195:4
203:19,21
204:19,23
219:2
226:5

**yoga**
158:9,11,
15,20,24

**young**
101:4



WHITNEY BRADDOCK
UNITED STATES vs STATE OF GEORGIA

July 18, 2022
Index: Youth..zoomed

**Youth**
  92:20
  93:9,18
  94:3,5

---

**Z**

---

**zoom**
  7:7
  47:23,24
  48:10,15
  65:12
  120:11
  147:4
  195:25

**zoomed**
  48:16



800.211.DEPO (3376)
EsquireSolutions.com