






SIGN UP FOR OUR NEWSLETTER

**DON'T MISS:**
Georgia Indictments latest    GPB HS Football Rankings    TV Highlights This Week

NEWS | HEALTH CARE

# Health care workforce shortage in 'state of emergency' DBHDD commissioner says

May 19, 2023 3:01 PM

By: Ellen Eldridge

       REPUBLISH

 Listen
00:57

LISTEN: Georgia's behavioral health leaders say staffing shortages are creating challenges for those needing mental health treatment. GPB's Ellen Eldridge reports from the Carter Center's annual Mental Health Forum held Thursday.





A life-size statue of former first lady Rosalynn Carter sits at the health and human sciences complex at Georgia Southwestern State University that is named for her.

**Credit:** File Photo

Commissioner of the Georgia Department of Behavioral Health and Developmental Disabilities Kevin Tanner spoke at the Carter Center on Thursday, May 18.

He said lack of access to behavioral health care has to do with staffing shortages and they are looking for ways to retain and recruit workers, including higher pay.

The department hired a third party to work closely with DBHDD to analyze staffing needs and find innovative, forward-thinking ways to retain, recruit, and increase the health care worker pipeline.

The last full behavioral health rate study occurred 20 years ago.

"Obviously, the cost of living has changed since 2003 and it is is causing us great difficulty in being able to find enough providers in this state and for them to be able to attract a workforce," Tanner said.

The study has been completed and shows that a nearly 40% increase is warranted.

Tanner said DBHDD plans to work closely with the General Assembly next session to try to get state funding around $107 million annually.

"We have a state of emergency when it comes to the workforce in this state, specifically around health care," Tanner said. "And that is even more significant around the space that we operate in in behavioral health."

Tags: Georgia  Macon  Savannah  Atlanta  Mental Health  mental health awareness month  Medicaid  Health Care  health care access

## About the author



**ELLEN ELDRIDGE**
Senior Health Care Reporter

Ellen Eldridge (she/her) is the senior health care reporter for Georgia Public Broadcasting.

# Related News



**POLITICS**

### New federal mental health parity rule matches Georgia's moves to strengthen social safety net

President Joe Biden's new rule requires health plans to evaluate their coverage for compliance, set out-of-network payments, and it closes a coverage loophole in the original act for state and local governments.

July 26, 2023  |  By: Ellen Eldridge



**HEALTH CARE**

### Doctors, Health Experts Send Second Letter Begging Kemp To Mandate Masks

A second letter begging Gov. Brian Kemp to mandate masks was signed by more than 2,100 health workers across Georgia and delivered Friday.

July 31, 2020  |  By: Ellen Eldridge



**POLITICS**

### A bill to increase funding for mental health failed to pass the Senate. What happened, what's next

Jeff Breedlove with the Georgia Council for Recovery called the bill "delayed, not dead" and says the group will continue to work toward its passage next session.

March 31, 2023  |  By: Ellen Eldridge and Sofi Gratas



**DONATE**

## Support Quality Journalism

GPB is committed to bringing you comprehensive news coverage from Georgia,

across the country and around the world. Your support makes this possible. Please consider making a gift today to support this vital public service.

**SUPPORT GPB**



SIGN UP FOR OUR NEWSLETTERS

**CONNECT WITH GPB**

   


| | | |
|---|---|---|
| TV | Help Center | Support Us |
| Radio | About GPB | Careers |
| News | Contact Us | Accessibility |
| Education | Closed Captioning | FCC Public Files |
| Sports | Directions | Drawing Rules |
| Events | Studio Production | News Media Request |
| Kids & Family | Program Submissions | Open Records Policy |
| Support Us | | Privacy Policy |

**Georgia Public Broadcasting**

260 14th St. NW
Atlanta, GA 30318
(404) 685-2400 In Atlanta · (800) 222-4788 Outside Atlanta
ask@gpb.org

© Copyright 2023, Georgia Public Broadcasting. All Rights Reserved. Georgia Public Radio® GPTV®

© Copyright 2023, Georgia Public Broadcasting. All Rights Reserved. Georgia Public Radio® GPTV®