# Georgia Apex Program Annual Evaluation Results

## July 2021 – June 2022

Presented by the Center of Excellence for Children's Behavioral Health on behalf of the Georgia Department of Behavioral Health and Developmental Disabilities










CENTER OF EXCELLENCE FOR
CHILDREN'S BEHAVIORAL HEALTH
integrating research, policy, and practice



Georgia
Health Policy
Center

GA05558501

# Georgia Apex Program Overview

The Georgia Apex Program (Apex) is a school-based mental health (SBMH) program designed to build infrastructure and increase access to mental health services for school-aged youth by placing mental health providers in school settings to deliver therapeutic support.



GA05558502

# Three-Tiered Approach to SBMH



The Apex of the Pyramid

Tier 3

Examples Include:
- Individual Therapy
- Crisis Intervention
- Behavioral Assessment

Tier 2

Examples Include:
- Group Therapy
- Targeted Screening
- Skills Training

Tier 1

Examples Include:
- Mental Health First-Aid Training
- Mental Health Awareness Events
- Anti-Bullying Campaigns

Mental health providers — Intensive Intervention (3-5% of students)

Counselors, social workers, mental health providers — Early Intervention (7-10% of students)

All school staff — Universal Prevention (85-90% of students)

Each Tier supports and relies on the one above it.

3

GA05558503

# Apex Core Stakeholders

| | |
|---|---|
| **Georgia Department of Behavioral Health and Development Disabilities (DBHDD)** | • State agency with oversight of public mental health system for children, youth, and adults; funds Apex programming. |
| **Apex School Partners** | • Schools and school districts implementing programming. |
| **Youth and Families** | • Direct beneficiaries and active participants of the Georgia Apex Program. |
| **Apex SBMH Providers** | • Community-based mental health agencies throughout the state that provide direct care to children and youth. |
| **Center of Excellence for Children's Behavioral Health (COE)** | • Conducts program evaluation and provides technical assistance support to the community-based mental health providers. |
| **Georgia Department of Education (GaDOE)** | • Provides publicly available data regarding the educational outcomes and well-being of students. |

4

GA05558504

# Apex Programmatic Goals

**Detection:** Provide early detection of child and adolescent behavioral health needs

**Access:** Improve access to mental health services for children and youth

**Coordination:** Sustain increased coordination between Georgia's community mental health providers and local schools/school districts in their service areas



5

GA05558505

# Apex Eval Goals



**<u>Demonstrate</u>** program's ability to meet intended outcomes



**<u>Identify</u>** facilitators and barriers to sustainability and replication



**<u>Provide information</u>** to support Apex stakeholders

GA05558506

# Report Icons Key

Throughout the presentation you will see icons in the corner of each slide.  These correspond to the programmatic or evaluation goal outcomes that the slide is reporting.



**Detection (Programmatic):** These slides are about early detection



**Access (Programmatic):** These slides report on access to care



**Coordination (Programmatic):** These slides focus on coordination of care



**Demonstrate (Evaluation):** These slides report on intended outcomes



**Identify (Evaluation):** These slides are about facilitators and barriers



**Provide Info (Evaluation):** These slides provide insight to stakeholders

GA05558507

# Apex Year 7 Measures

| Data Collection Tool | Information Collected | Respondent(s) | Frequency |
| --- | --- | --- | --- |
| Monthly Progress Report (MPR) | School and service data | Apex provider | Monthly (July 2021 – June 2022) |
| Year-End Survey (YES) | School service and provider data (engagement across tiers, diagnoses, staffing) | Apex provider | Yearly (May 2022) |
| Mental Health Planning and Evaluation Template (MHPET) | Collaboration between Apex providers and school partners | Apex provider | Twice yearly (Sept. 2021 and May 2022) |
| Child and Adolescents Needs and Strengths (CANS) | Level of functioning, exposure to trauma, needs, and strengths | Apex provider | Intake; every 90 days until discharge |
| Parent Survey & Parent Interviews | Parent perspective on child's mental health progress, self-efficacy | Parents | Ongoing |
| School Partner/Provider Focus Group | Facilitators and barriers to implementation of SBMH services | Apex provider/School partners (school and/or district level) | Yearly (March 2022) |

GA05558508

# Apex Year 7 Report Outline

- Apex: By the Numbers
- Access
- Coordination
- Early Detection
- Identify
- Demonstrate
- Provide Information
- Considerations for Apex Year 8



GA05558509



# Apex: By the Numbers

Characteristics of the
Georgia Apex Program

July 2021 – June 2022

GA05558510

# Schools and Providers

- 34 behavioral health agency providers
- 278 Apex staff from behavioral health agencies
- 738 schools involved in Apex
- 704 schools reporting engaged partnerships*



*Engaged means schools submitting three or more months of reported data.

Source: MRR & YES

GA05558511

# Students and Services

- 21,441 referrals for SBMH made
- 4,541 students receiving first time services
- 13,778 unique students served
- 172,143 tier 1 and tier 2 services provided
- 32,901 telemedicine services provided





Source: MPR & YES

12

GA05558512

# DBHDD Regional Representation Across the State



**DBHDD Regions**

- No Apex schools
- Region 1
- Region 2
- Region 3
- Region 4
- Region 5
- Region 6

- 6 Regions
- 129 Counties
- 147 School Districts
- 738 Schools

13

GA05558513

# School Settings

Majority of Apex providers are in Elementary Schools (n = 738)

49.7% of Apex schools (n = 738) are in rural Georgia



| | |
|---|---|
| 332 | Elementary |
| 183 | Middle |
| 181 | High |
| 42 | Alternative |



Nonrural 50.3%

Rural 49.7%

Source: MPR

GA05558514



# Access

Improve access to mental health services for children and youth



GA05558515

# Tier 1- Universal Prevention Activities



| Activity | Number of Activities |
| --- | --- |
| Staff meetings | 956 |
| Faculty consultation or classroom observation | 792 |
| Parent education | 604 |
| Student services team staffing | 501 |
| Other Activities | 417 |
| School events | 213 |
| Participation in IEP or 504 Plans | 204 |
| LIPT meetings | 152 |
| In-service trainings on mental health | 110 |
| Mental health awareness events | 100 |
| Support groups for at-risk students | 85 |

Source: MPR



GA05558516

# Tier 2- Early Intervention Activities



| Activity | Number of Activities |
|---|---|
| Individual outpatient services | 6,276 |
| Community supports and individual services | 6,258 |
| Tier 3 behavioral health assessment | 5,997 |
| Behavioral health assessment | 1,547 |
| Psychiatric treatment | 1,427 |
| Nursing services/assessments | 1,424 |
| Other services | 1,230 |
| Medication management | 1,215 |
| Family therapy | 613 |
| Group therapy | 587 |
| Diagnostic assessment | 476 |
| Service plan development | 271 |
| Response to intervention | 185 |
| Crisis intervention | 181 |

Number of Activities



Source: MPR

GA05558517



Unique Tier 3 Students Were Served in Year 7

Source: YES



GA05558518

# Total Number of Apex Students by Quarter



The total number of Apex students has been higher than the average total number of students served for Q2, Q3, and Q4, with **Q3 having the highest participation.**

**Quarter 1 (Q1)**
July, August, September

**Quarter 2 (Q2)**
October, November, December

**Quarter 3 (Q3)**
January, February, March

**Quarter 4 (Q4)**
April, May, June

Source: MPR



GA05558519

# Tier 3 – Intensive Intervention Activities



Individual Outpatient Services — 63,089
Community Supports & Individual Services — 38,980
Group Outpatient — 11,284
Psychiatric Treatment — 10,459
Behavioral Health Assessment — 9,603
Other — 8,711
Family Outpatient — 8,502
Nursing Services/Assessment — 8,053
Service Plan Development — 7,556
Medication Management — 3,552
Diagnositic Assessment — 2,354

Number of Activities

Source: MPR



GA05558520



Unique First-Time Students Were Served in Year 7

Source: MPR



GA05558521

# Total Number of First Time Services by Type



| Service Type | Count |
|---|---|
| Behavioral Health Assessment | 3,138 |
| Individual Outpatient Services | 2,878 |
| Other | 1,681 |
| Community Supports & Individual Services | 1,612 |
| Service Plan Development | 986 |
| Diagnositic Assessment | 566 |
| Family Outpatient | 463 |
| Nursing Services/Assessment | 391 |
| Psychiatric Treatment | 299 |

Source: MPR



GA05558522

# Apex Billing by Payor Source



Medicaid and care management organizations (CMOs) accounted for **84%** of billable students.

Source: MPR

GA05558523

# Barriers to Billing

Providers reported that **private insurance** was the most difficult type of payor source to bill:

| | | |
|---|---|---|
| **69%** | 25% | 22% |
| Reported difficulty with Private Insurance | Reported difficulty with CMOs | Reported difficulty with other payor sources |







Source: YES

24

GA05558524

# Evidence-based practices utilized most frequently by providers.



Source: YES

GA05558525



# Coordination

Sustain increased coordination between Georgia's community mental health providers and local schools/school districts in their service areas



GA05558526

# Mental Health Planning and Evaluation Template (MHPET)

- Developed to improve the quality of mental health services delivered within school-based settings.

- Targets areas of strength and improvement in school-based mental health.

- A 34-indicator measure using a 1-6-point range Likert scale that operates as a quality team assessment tool.

  - 1 = items not at all in place

  - 6 = items fully in place

- Individual Apex providers reported on the survey items





27

GA05558527

# Apex Program Embeddedness

## Mental Health Staff Have Space and Tools to Maintain Confidentiality



Source: MHPET



GA05558528

# Apex Care Coordination Across Providers

## Apex Program is Developed with Youth and Family Input



N = 107

Legend:
- Not in place
- Somewhat
- Mostly
- Completely

Percentages shown: 1%, 1%, 18%, 80%



Source: MHPET

GA05558529

# Apex Providers Support The School

## Apex Providers Participate in Training and Meetings with School Staff



N = 107

Legend:
- Not in place
- Somewhat
- Mostly
- Completely

45%
55%



Source: MHPET

30

GA05558530

# Apex Program Collaboration

## Apex Providers and School Partners Have a Shared Referral Protocol



N = 107

13%

87%

- Not in place
- Somewhat
- Mostly
- Completely



Source: MHPET

31

GA05558531

# Early Detection

Provide early detection of child and adolescent behavioral health needs





GA05558532

# Top Referral Reasons



- Providers reported conduct, depression, and trauma as top referral reasons.
- The greatest number of unique students referred, were referred for trauma.



Source: YES

33

# Top Three Diagnoses
## (Number of unique students presenting; *n* = 10,540)



- The number of students diagnosed with Trauma/Stress Disorder increased by over 2x from year 6 to year 7



Source: YES

GA05558534

# Apex-Engaged Schools by School Type

| School Type (n = 665) | Number of Schools | Percentage of Schools | Overall Student Enrollment | Percentage Overall Student Enrollment |
|---|---|---|---|---|
| Elementary school | 316 | 48% | 186,368 | 37% |
| Middle school | 167 | 25% | 123,534 | 25% |
| High school | 172 | 26% | 188,032 | 37% |
| Alternative schools | 10 | 2% | 3,643 | 1% |
| Total | 665 | 100% | 501,577* | 100%* |

Source: MPR and GA DOE



501,557* students had access to SMBH during the 2021-2022 academic year through tier 1, tier 2, or tier 3 services.

*Enrollment data on 39 of the schools could not be obtained from the DOE database

35



# Identify

Identify facilitators and
barriers to sustainability and
replication

# Barriers to Staffing

Providers reported that **therapists** have the highest rate of turnover. The most common reason for leaving is salary.

## 65%
Of providers reported **therapist** turnover

## 43%
Of exiting staff reported report salary as the reason for leaving





Source: YES

37

GA05558537

**Strong partnerships** between the provider and schools and the **level of therapist embeddedness** in schools are critically important facilitators for successful SBMH implementation.



38

# Embedding Behavioral Health Providers Within Apex Schools



These are all indicators of the providers' integration into the school, which influences successful program implementation. All providers reported one or more indicators.

Source: YES

GA05558539

# School Data Sharing

- All reporting provider agencies (n = 32) reported building relationships with school personnel to access data

- The most frequently reported barrier to collecting this data is the burden on staff to obtain data.





# While most providers reported sharing data with **internal sources**, they also reported sharing with **external partners**



Source: YES

GA05558541

# Barriers to Service Access in the Community

Apex providers reported access to qualified staff most frequently as a barrier to parents' general access to behavioral health services in the community



Source: YES



GA05558542

# Barriers to Apex Service Provision of for Year 7



Number of Providers

Aside from COVID, providers reported **payor source (billing), time,** and **space** as their most common barriers to providing services

Source: YES

GA05558543



# Demonstrate

Demonstrate program's ability to meet intended outcomes



GA05558544

# The Child and Adolescent Needs and Strengths (CANS) Measure

The CANS assesses exposure to trauma, needs, and strengths through the following nine domains:

- Life Functioning
- Child Risk Behaviors
- Acculturation
- Child Behavioral /Emotional Needs
- Traumatic Stress Symptoms

- Traumatic/Adverse Childhood Experiences
- Child Strengths
- Substance Use
- Caregiver(s) Needs and Strengths

GA05558545

# CANS



# 72% of reassessed* students showed improvement.

*Therapists are asked to give each student a CANS on entry to the program. They are then asked to reassess them every 6 months



GA05558546

# Higher Level of Care

- Average of one student per school required a higher level of care (e.g., short-term crisis stabilization, inpatient hospitalization or extended residential treatment) between July 2021 and June 2022.

- Of the 68,439 unique students served in Year 7:
  - 1,101 students were placed in a higher level of care; and
  - 607 students stepped down from a higher level of care.
    - Of those students that stepped down, 155 (26%) students returned to a higher level of care during the same school year (2021 -2022).



Source: MPR

47

# Georgia Student Health Survey (GSHS)

- The Georgia Student Wellness Survey (GSHS) was developed and administered in April 2022 by GaDOE.

- Participation was voluntary, self-report and not all students completed the survey.

- Elementary school students completed a different version of the GSHS than middle and high school students.

- Survey questions addressed non-academic barriers to learning.

- The current sample contains 30,831 elementary school students and 119,495 middle/high school students from Apex schools.

Source: GSHS



48

# Georgia Student Health Survey (GSHS): Elementary School



## 88%
Of students always feel their school wants them to succeed.

## 79%
Of students always feel there is an adult at school who will help them.

## 69%
Of students get along well with other students

## 52- 69%
Of students have never experienced bullying, such as being hit, left out, threatened, or having rumors spread.

## 58%
Of students always feel safe at school.

Source: GSHS



49

# Georgia Student Health Survey (GSHS): Middle and High School



## 82%
Of students have never been bullied or threatened by other students

## 76%
Of students know an adult at school they can talk with if they need help

## 59 - 64%
Of students reported often **feeling stressed due to academic performance or the demands of schoolwork**

## 33%
Of students reported **feeling stressed** due to **family reasons**

## 52%
Of students reported **feeling depressed, sad, or withdrawn** in the past month



Source: GSHS

GA05558550

# Georgia Student Health Survey (GSHS): Middle and High School

Students reported that **family reasons** were the primary reason for:

**17%**
Seriously considering intentionally harming themselves

**10%**
Intentionally harming themselves

**11%**
Seriously considering attempting suicide

**5%**
Having a **suicide attempt**





Source: GSHS

51

GA05558551

# Changing Student Needs

**For students in Apex, providers anecdotally reported that** racism was a meaningful factor **that contributed to youth's** decline in mental health.

Providers discussed seeing a change in student needs and the types of referrals they were receiving such as:

- Need for trauma and grief counseling
- Suicidal ideation
- Domestic violence
- Social disconnectedness

Trauma and grief was the factor that had the most change, with diagnosis of these disorders increasing from year 6 to year 7 by **over 2x.**



Source: Focus Groups and YES

GA05558552

# Parent Survey

- Questions on the Parent Survey address child's functioning since joining Apex, satisfaction with the services the child has received, the child's ability to handle daily life, and improvement in work and school.

- A total of 229 parents completed the survey.

  - 17 responses listed unknown school names to determine school type. They are not included in the breakdown.

  - 3 responses listed schools that encompassed multiple school types[*] (i.e. both high and middle school).



**Surveys by School Type**

PreK 2%

Elementary 29%

High 37%

Middle 32%



*If the reported school encompassed multiple school types, the response was counted for each school type the school encompassed

53

GA05558553

# Parent Survey: Child's Mental Health Progress







of parents reported that
**their child is better
at handling daily life.**

of parents reported that
**their child gets along
better with friends and
other people.**

of parents reported that
**their child is better able
to cope when things go
wrong.**



Source: Parent Survey

54

# Parent Survey: Child's Mental Health Progress

The number of days the child was in Apex services was **positively correlated** with reported **positive mental health progress** in the child.



**My child is better able to cope when things go wrong. — 0.29

**My child is better at handling daily life. — 0.23

**My child is better able to do things he or she wants to do. — 0.23

**My child's symptoms are not bothering him/her as much. — 0.21

**My child gets along better with friends and other people. — 0.19

*My child is doing better in school and/or work. — 0.15

*r* coefficient
0.30
0.28
0.26
0.24
0.22
0.20
0.18
0.16



* = p < 0.05, ** = p < 0.01

Source: Parent Survey

GA05558555

# Parent Survey: Parent Self-Efficacy







of parents reported **improvement in their ability to advocate** for the needs of their child.

of parents **know how to access resources for their child.**

of parents reported being **more equipped to respond to their child's symptoms.**



GA05558556

# Parent Survey: Parent Satisfaction and Work Life



**94%**

of parents are **satisfied overall with the services** their child has received.



**74%**

of parents reported **being able to spend more time at work** since their child could receive behavioral health services while at school.



**72%**

of parents reported being **satisfied with their family life** right now.

Source: Parent Survey

GA05558557

# Parent Survey: Parent Self-Efficacy & Satisfaction

*r* coefficient

The number of days the child was in Apex services was **positively correlated** with improvements to parents' **self-efficacy** and parent **satisfaction with family life**

**\*\*I am satisfied with our family life right now.**    0.24

**\*\*I am more equipped to respond to my child's symptoms.**    0.22

\*I have improved in my ability to advocate for the needs of my child.    0.15

\*I know how to access appropriate resources for my child.    0.15



0.22

0.20

0.18

0.16



\* = p < 0.05, \*\* = p < 0.01

58



GA05558558

# Provide Information

Provide information to support Apex stakeholders





GA05558559

# School Partner Focus Groups

- In March 2022, the COE conducted 2 focus groups with Apex school partners.

- The purpose of the groups was to learn more about the **impact of the program, successes,** and **continued challenges.**

- Respondents provided the following information, which highlights programmatic success, and may be utilized to address programmatic challenges



GA05558560

# School Partner Focus Groups

Three main themes emerged: **Impact**, **Barriers**, and **Sustainability**. Under these themes, these were the major topics:

| Impact | Barriers | Sustainability |
|---|---|---|
| • Care Coordination<br>• Parent Engagement & Support<br>• Relationship Building<br>• School Programs & Goals<br>• Staff Support & Development<br>• Student Support & Outcomes | • Communication<br>• Financial Costs<br>• Parent Engagement & Consent<br>• Privacy Concerns<br>• Rural<br>• Staffing & Available Services<br>• Stigma<br>• Technology<br>• Transportation<br>• Virtual | • Awareness & Education<br>• Collaboration<br>• Funding & Resources<br>• Parent Outreach<br>• Preventive Services<br>• Virtual |



GA05558561

# Focus Group Feedback

**Impact** → Barriers → Sustainability

### Student Support & Outcomes
The Apex program has impacted student outcomes, such as academic performance, disciplinary issues, attendance, and student wellness, and serves as a source of support to students.

*"I've had a few students that's been in a spelling bee, although they've got something they got going on at home. With them talking it out, they're able to adjust to school, get their grades up, have somebody to talk to, less percentage of discipline issues and more of their attendance getting better, so less attendance problems." - School Partner*

### Relationship Building
The Apex providers became integral parts of the community by building relationships with students, staff, and family, and provide support beyond just their role as therapists.

*"We love our provider. Our provider is invested in our community and does a lot more than just Apex with our community. They're great, and so we absolutely do not want to lose them in any kind of way" - School Partner*

Source: School Partner Focus Group

GA05558562

# Focus Group Feedback

**Impact**   Barriers   Sustainability

## Staff Support & Development

The Apex program provides support, training, and resources to school staff to promote staff wellness and expand their capabilities in working with students and in conflict resolution.

*"... when I see the therapist going into the classroom, giving the teacher some strategies on how to handle a certain kid. So anger management ideas, how to do some deescalating things... And then it gives us the reinforcement that we need when she's not in the building on what to do when she's not here, and to mimic the same thing, and the student responds to it. "  - School Partner*



63

Source: School Partner Focus Group

GA05558563

# Focus Group Feedback

## Impact | **Barriers** | Sustainability

## Communication

Issues with communication amongst the moving parts of the Apex program cause challenges to implementation. There can be differences between the backgrounds and protocols of the multiple entities involved in Apex, and there is a need for shared, structured guidance. The GHPC team is drafting a manual for Apex providers in response to this feedback.

## Stigma

Stigma surrounding mental health and receiving mental health services still poses as a significant barrier to providing Apex services.

*"... a lot of the families don't want to be labeled, so the parents are saying, "My child's not mental, not going to be on medication"" - School Partner*

64

# Focus Group Feedback

Impact          **Barriers**          Sustainability

## Staffing & Available Services

Due to high turnover and low retention in providers, staffing is a challenge. There are also not enough providers to meet the demand as well as a lack of specialized services, such as bilingual providers or substance abuse treatment.

*"Our parents are desperately asking for more. So, they see the value in it. They know we need it. They know it exists. They just know that we can't accommodate all of the requests." - School Partner*



Source: School Partner Focus Group

GA05558565

# Focus Group Feedback

Impact    Barriers    **Sustainability**

## Funding & Resources

Funding and resources continue to be a crucial issue to sustainability. Provision of preventive services, such as Tier 1 and 2 services, depend on Apex funding, and without continued, possibly expanded, funding, these services may not be available. Additionally, the primary contributor to high turnover in Apex providers is salary. Funding for competitive compensation for providers would improve the sustainability of the program.

*"... if there's any way to make it [providers' salary] competitive so we don't have high turnover of therapists or whatnot, that could be great." - School Partner*

*"I think most of their resources are pulled into that Tier 3 category. And I know that it's built on a Tier 1, Tier 2 also category setup, but we're not seeing a whole lot of opportunity for service provision in Tier 1 and 2, particularly Tier 1."*
*- School Partner*

Source: School Partner Focus Group

GA05558566

# Focus Group Feedback

Impact  Barriers  **Sustainability**

## Coordination

The Apex program is built on partnerships and depends on effective coordination amongst its partners. A key piece to the sustainability of Apex is coordinated efforts between agencies, schools, parents , and other stakeholders.

*"... there is a collaboration between two agencies and all one goal, and that goal is to make sure that, that student is academically and social emotionally healthy."*
*- School Partner*



Source: School Partner Focus Group

GA05558567

# Provider Focus Groups

- In June 2022, the COE conducted 2 focus groups with Apex school partners.

- The purpose of the groups was to learn more about the **impact of the program**, **successes**, and **continued challenges**.

- Respondents provided the following information, which highlights programmatic success, and may be utilized to address programmatic challenges.



GA05558568

# Provider Focus Groups

Three main themes emerged: **Impact**, **Challenges**, and **Successes**. Under these themes, these were the major topics:

| Impact | Challenges | Successes |
|---|---|---|
| • Care Coordination<br>• Identification of needs<br>• Parent Engagement & Support<br>• Student Support & Outcomes<br>• School Climate | • Funding for services<br>• Staffing productivity requirements<br>• Staff morale and retention<br>• Stigma<br>• Virtual | • Collaboration<br>• Funding & Resources<br>• Caregiver engagement<br>• Virtual services<br>• School Climate<br>• Stakeholder buy-in |



GA05558569

# Focus Group Feedback



**Impact** → Challenges → Successes

## Identification Of Needs

Providers talked about how the presence of Apex in schools supports the school community in identifying where mental health needs are for the school as a whole and for individual students.

*"The school that I started at this year has experienced one suicide per year over the last three years, and that's a middle school. And just the ability to identify the students that were high risk that I don't think maybe would have been identified".*

## Student Support And Outcomes

Apex is making a difference in the lives of students. They are more open to receive services, they refer their friends to seek services, and feel more prepared to deal with the challenges they face.

*"Their confidence levels have increased to the point they don't view having ADHD, anxiety, or depression as a mental health issue. They are confident in their ability to handle themselves. I've had some of my kids tell me, "Well, you know what, last week, this happened to me, and this is the coping strategy that I used".*

Source: Provider Focus Group

# Focus Group Feedback

## Impact | Challenges | Successes

### Collaboration and Buy-In

Apex relies on collaboration and buy-in from school partners for the program to be successful and to provide services to students that impact their wellbeing. This collaboration is necessary from the inception of the program, which supports overall program functionality, such as referrals and delivering services.

*"Most of my referrals are through the principal, the counselor who works with them all the time, and also through teachers, and sometimes siblings".*

### Range Of Services And Supports

Apex funding supports the range of SBMH services available to schools and students. Apex supplements funding in addition to insurance billable services and is invaluable to providing tier 1 and tier 2 supports.

*"And for the Apex kid, those are two of the most important services that Apex gives, CSI services and group services."*

Source: Provider Focus Group

# Focus Group Feedback



Impact ▸ **Challenges** ▸ Successes

## Workforce Challenges

Apex is dependent on the clinicians and mental health staff that execute Apex programming. Demands to caseload, productivity requirements, and documentation and billing requirements, in tandem with salary, contributes to high turnover in Apex staff.

*"I keep losing counselors to the school system. I probably lost about three or four different counselors over the past six months that took school counselors job that paid $10,000 to $15,000 a year more."*

*"The turnover greatly affects our productivity because it takes time to train somebody, get them up to speed, get them a caseload going, and it's really hard sometimes to get them billing like they should be the first couple of months."*



# Focus Group Feedback



Impact ⟩ Challenges ⟩ **Successes**

## Collaboration

The Apex program is built on partnerships and depends on effective collaboration and communication amongst its school partners and community partners. This collaborative framework of the Apex program is an essential component to its sustainability.

*"We discovered that none of our school systems were providing summer meals for the community this year... we partnered with the local YMCA... to provide those meals and provide some skill training after the meal."*

## Caregiver Engagement And Involvement

Apex program success and impact is driven by multiple components. Caregiver engagement and involvement is invaluable to success and impact. Before Apex services can be delivered, caregivers must buy-in to the value of Apex services.

*"They come into the assessment and they're of course hesitant about the whole experience, and then by the end of it, they're asking when our walk-in hours are for the clinic".*

Source: Provider Focus Group

GA05558573

# Apex Year 7 Recap

- Apex provided **68,439** services in year 7.

- Majority of Apex students showed **improvement** over treatment.

- Providers reported Apex improving **access to care.**

- **Staffing** is one of the biggest challenges facing Apex.

GA05558574

# Considerations for Apex Year 8

- Piloting data collection to measure youth outcomes would be valuable to Apex.

- Reworking the data that is collected on individual therapists and staff to increase staff retention would strengthen Apex.

- Increasing visibility of Apex in the community would help increase support for Apex.

- Collecting data to target specific changes in students' needs will increase the ability to address those needs.

GA05558575

# Thank you

## Contact us:

Center of Excellence for Children's
Behavioral Health

404.413.0075 (phone)
404.413.0316 (fax)

gacoe@gsu.edu
gacoeonline.gsu.edu



CENTER OF EXCELLENCE FOR
CHILDREN'S BEHAVIORAL HEALTH
integrating research, policy, and practice

**55 Park Place NE, 8th Floor**
**Atlanta, GA 30303**
**gacoeonline.gsu.edu**

GA05558576