IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | CIVIL ACTION |
| v. | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, | |
| *Defendant*. | |

## DEFENDANT STATE OF GEORGIA'S
## MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant State of Georgia and respectfully files this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 for the single claim presented in Plaintiff's Complaint. Doc. No. [1].

Defendant submits that there are no genuine issues of material fact and Defendant is entitled to judgment as a matter of law on Plaintiff's claim contained in Count I of its Complaint. Doc. No. [1], pp. 24-25. Specifically, Plaintiff has failed to identify evidence sufficient to show that the finder of fact could conclude Defendant violated Title II of the Americans with Disabilities Act.

In support of this Motion, the State relies upon the pleadings and other matters of record, as well as its Statement of Undisputed Material Facts, Brief in

Support of this Motion for Summary Judgment, and the declaration of Dante

McKay, filed contemporaneously herewith.

 WHEREFORE, the State respectfully requests that the Court grant this

Motion for Summary Judgment and that this case be dismissed with prejudice.

 This 7th day of November, 2023.

| | |
|---|---|
| Christopher M. Carr | */s/ Josh Belinfante* |
| *Attorney General* | Josh Belinfante |
| Georgia Bar No. 112505 | Georgia Bar No. 047399 |
| Bryan Webb | jbelinfante@robbinsfirm.com |
| *Deputy Attorney General* | Melanie Johnson |
| Georgia Bar No. 743580 | Georgia Bar No. 466756 |
| Russell D. Willard | mjohnson@robbinsfirm.com |
| *Senior Assistant Attorney General* | Edward Bedard |
| Georgia Bar No. 760280 | Georgia Bar No. 926148 |
| Susan R. Haynes | ebedard@robbinsfirm.com |
| *Assistant Attorney General* | Danielle Hernandez |
| Georgia Bar No. 901269 | Georgia Bar No. 736830 |
| | dhernandez@robbinsfirm.com |
| Office of the Attorney General | Javier Pico Prats |
| 40 Capitol Square, S.W. | Georgia Bar No. 664717 |
| Atlanta, Georgia 30334 | javier.picoprats@robbinsfirm.com |
| Telephone: (404) 656-3357 | Anna Edmondson |
| | Georgia Bar No. 289667 |
| | aedmondson@robbinsfirm.com |
| | Robbins Alloy Belinfante Littlefield LLC |
| | Atlanta, GA 30318 |
| | Telephone: (678) 701-9381 |
| | Facsimile:  (404) 856-3255 |
| | |
| | */s/ Alexa R. Ross* |
| | Alexa R. Ross |
| | Georgia Bar No. 614986 |
| | alexarross@icloud.com |
| | AlexaRossLaw, LLC |
| | 2657 Danforth Lane |

Decatur, Georgia  30033

Special Assistant Attorneys General

*Attorneys for Defendants*