# EXHIBIT E
# PROVISIONALLY FILED UNDER SEAL