# EXHIBIT F

*How did the States compare with regard to the distribution of students ages 5 (school age) through 21 served under IDEA, Part B, who were reported under the category of* emotional disturbance, *by educational environment, in 2020?*

**Exhibit 64. Percentage of students ages 5 (school age) through 21 served under IDEA, Part B, who were reported under the category of *emotional disturbance*, by educational environment and State: Fall 2020**

| State | Inside the regular class[a] | | | Separate school[c] | Residential facility[c] | Homebound/ hospital[d] | Correctional facilities[e] | Parentally placed in private schools[f] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 80% or more of the day[b] | 40% through 79% of the day | Less than 40% of the day | | | | | |
| All States | 52.7 | 16.9 | 15.8 | 11.8 | 1.0 | 0.7 | 0.8 | 0.5 |
| Alabama | 68.7 | 9.1 | 8.2 | 6.7 | 5.4 | 1.7 | 0.2 | 0.0 |
| Alaska | 50.8 | 23.0 | 16.1 | 5.8 | 1.2 | 0.0 | 3.0 | 0.0 |
| Arizona | 45.2 | 14.2 | 18.6 | 19.7 | 0.7 | 0.4 | 1.1 | # |
| Arkansas | 36.7 | 30.6 | 15.6 | 5.4 | 8.7 | 1.9 | 1.1 | 0.1 |
| BIE schools | 69.2 | 15.6 | 10.3 | 1.3 | 0.9 | 2.2 | 0.4 | — |
| California | 38.4 | 18.7 | 24.9 | 14.5 | 1.6 | 0.7 | 1.1 | 0.2 |
| Colorado | 61.9 | 16.1 | 8.9 | 11.4 | 0.5 | 0.5 | 0.6 | 0.1 |
| Connecticut | 42.9 | 12.6 | 11.2 | 29.8 | 1.1 | 1.1 | 1.2 | 0.1 |
| Delaware | 40.4 | 15.3 | 25.6 | 16.6 | 0.6 | 1.3 | 0.3 | 0.0 |
| District of Columbia | 41.9 | 14.6 | 23.6 | 16.8 | 1.8 | 0.1 | 1.0 | 0.3 |
| Florida | 47.4 | 10.7 | 28.5 | 9.0 | 0.2 | 0.8 | 3.1 | 0.4 |
| Georgia | 52.9 | 18.3 | 16.1 | 10.1 | 0.9 | 0.5 | 1.1 | 0.1 |
| Hawaii | 44.5 | 30.8 | 20.6 | 2.9 | 0.4 | 0.8 | 0.0 | 0.0 |
| Idaho | 54.2 | 23.4 | 12.4 | 6.8 | 0.2 | 0.1 | 2.9 | 0.0 |
| Illinois | 35.5 | 19.9 | 14.3 | 28.9 | 0.8 | 0.3 | 0.1 | 0.3 |
| Indiana | 65.1 | 12.1 | 14.1 | 3.5 | 1.2 | 1.7 | 0.8 | 1.4 |
| Iowa | x | x | x | x | x | x | x | x |
| Kansas | 55.6 | 19.4 | 11.5 | 11.1 | 0.4 | 0.5 | 1.3 | 0.3 |
| Kentucky | 57.8 | 20.2 | 13.6 | 2.9 | 1.8 | 2.9 | 0.6 | 0.1 |
| Louisiana | — | — | — | — | — | — | — | — |
| Maine | 42.6 | 25.3 | 19.5 | 9.7 | 2.4 | 0.2 | 0.2 | 0.1 |
| Maryland | 51.6 | 11.3 | 16.4 | 19.1 | 0.1 | 0.6 | 1.0 | 0.1 |
| Massachusetts | 51.8 | 10.5 | 15.9 | 19.9 | 0.9 | 0.2 | 0.3 | 0.4 |
| Michigan | 60.3 | 14.8 | 12.7 | 9.2 | 0.4 | 0.3 | 1.8 | 0.4 |
| Minnesota | 53.3 | 23.2 | 12.7 | 9.8 | # | 0.2 | 0.2 | 0.6 |
| Mississippi | 75.5 | 11.3 | 5.2 | 4.8 | 1.7 | 1.4 | # | 0.1 |
| Missouri | 48.3 | 29.1 | 9.8 | 10.4 | # | 1.3 | 0.7 | 0.4 |
| Montana | 50.8 | 28.2 | 12.6 | 6.1 | 1.4 | 0.2 | 0.4 | 0.4 |
| Nebraska | 73.9 | 6.8 | 7.9 | 9.0 | 0.8 | 0.5 | 0.5 | 0.6 |
| Nevada | 44.9 | 24.9 | 21.8 | 5.6 | 0.1 | 0.5 | 1.9 | 0.1 |
| New Hampshire | 61.3 | 17.4 | 11.0 | 8.9 | 1.2 | 0.1 | 0.0 | 0.1 |
| New Jersey | 33.2 | 23.8 | 16.3 | 24.2 | 0.7 | 1.2 | 0.3 | 0.3 |
| New Mexico | 43.3 | 25.9 | 27.9 | 0.5 | 0.4 | 0.4 | 1.2 | 0.3 |
| New York | 34.6 | 13.9 | 26.7 | 17.7 | 2.4 | 1.0 | 0.9 | 2.9 |

See notes at end of exhibit.

**Exhibit 64. Percentage of students ages 5 (school age) through 21 served under IDEA, Part B, who were reported under the category of *emotional disturbance*, by educational environment and State: Fall 2020—Continued**

| State | Inside the regular class[a] | | | Separate school[c] | Residential facility[c] | Homebound/ hospital[d] | Correctional facilities[e] | Parentally placed in private schools[f] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 80% or more of the day[b] | 40% through 79% of the day | Less than 40% of the day | | | | | |
| North Carolina | 57.8 | 24.3 | 13.0 | 2.6 | 0.1 | 1.3 | 0.8 | # |
| North Dakota | 67.7 | 15.7 | 10.3 | 2.9 | 2.2 | 0.7 | 0.0 | 0.5 |
| Ohio | 43.7 | 15.6 | 19.8 | 16.2 | 1.4 | 1.5 | 0.8 | 1.1 |
| Oklahoma | 65.5 | 19.7 | 9.9 | 0.3 | 2.0 | 1.9 | 0.7 | # |
| Oregon | 61.6 | 16.4 | 13.6 | 6.3 | 0.1 | 0.7 | 1.0 | 0.4 |
| Pennsylvania | 49.7 | 20.8 | 12.1 | 15.4 | 1.3 | 0.1 | 0.5 | 0.1 |
| Puerto Rico | 70.4 | 4.8 | 17.6 | 1.5 | 0.0 | 2.5 | 0.0 | 3.3 |
| Rhode Island | 45.1 | 9.4 | 17.4 | 24.3 | 2.4 | 0.1 | 0.9 | 0.4 |
| South Carolina | 44.2 | 24.4 | 24.9 | 1.5 | 0.9 | 2.3 | 1.7 | 0.1 |
| South Dakota | 72.3 | 14.4 | 10.0 | 0.7 | 2.3 | 0.1 | 0.1 | 0.2 |
| Tennessee | 63.4 | 14.6 | 14.8 | 5.2 | 0.7 | 0.7 | 0.4 | 0.1 |
| Texas | 72.8 | 13.5 | 11.9 | 0.8 | 0.1 | 0.5 | 0.5 | # |
| Utah | 55.5 | 22.1 | 19.1 | 2.3 | 0.3 | 0.2 | 0.4 | 0.0 |
| Vermont | 61.2 | 7.5 | 8.4 | 18.2 | 4.1 | 0.0 | 0.1 | 0.4 |
| Virginia | 59.7 | 14.8 | 5.5 | 16.0 | 2.1 | 1.2 | 0.4 | 0.3 |
| Washington | 50.7 | 26.1 | 16.0 | 5.2 | 1.0 | 0.1 | 0.6 | 0.3 |
| West Virginia | 49.7 | 33.3 | 9.1 | 0.3 | 1.6 | 2.2 | 3.8 | 0.1 |
| Wisconsin | 68.4 | 15.2 | 12.3 | 2.2 | 0.4 | 0.7 | 0.6 | 0.2 |
| Wyoming | 58.8 | 19.6 | 9.7 | 3.8 | 7.1 | 0.3 | 0.2 | 0.5 |

\# Percentage was non-zero but less than 0.05 or 5/100 of 1 percent.
— Percentage cannot be calculated because data were not available.
x Percentage cannot be calculated because data were suppressed to limit disclosure.
[a]Percentage of day spent inside the regular class is defined as the number of hours the student spends each day inside the regular classroom, divided by the total number of hours in the school day (including lunch, recess, and study periods), multiplied by 100.
[b]Students who received special education and related services outside the regular classroom for less than 21 percent of the school day were classified in the *inside the regular class 80% or more of the day* category.
[c]*Separate school* and *residential facility* are categories that include students with disabilities who receive special education and related services, at public expense, for greater than 50 percent of the school day in public or private separate day schools or residential facilities, respectively.
[d]*Homebound/hospital* is a category that includes students with disabilities who receive special education and related services in hospital programs or homebound programs.
[e]*Correctional facilities* is a category that includes students with disabilities who receive special education and related services in short-term detention facilities or correctional facilities.
[f]*Parentally placed in private schools* is a category that includes students with disabilities who have been enrolled by their parents or guardians in regular parochial or other private schools and whose basic education is paid through private resources and who receive special education and related services, at public expense, from a local educational agency or intermediate educational unit under a service plan.
NOTE: Percentage for each State was calculated by dividing the number of students ages 5 (school age) through 21 served under IDEA, Part B, by the State who were reported under the category of *emotional disturbance* and in the educational environment by the total number of students ages 5 (school age) through 21 served under IDEA, Part B, by the State who were reported under the category of *emotional disturbance*, then multiplying the result by 100. Percentage for "All States" was calculated for all States with available data by dividing the number of students ages 5 (school age) through 21 served under IDEA, Part B, by all States who were reported under the category of *emotional disturbance* and in the educational environment by the total number of students ages 5 (school age) through 21 served under IDEA, Part B, by all States under the category of *emotional disturbance*, then multiplying the result by 100.