# EXHIBIT J

 

An official website of the State of Georgia.   How you know ⌄

**GEORGIA DEPARTMENT *of***
**BEHAVIORAL HEALTH *and* DEVELOPMENTAL DISABILITIES**

MENU

 Georgia Crisis and Access Line (GCAL) available 24/7 | Call 1-800-715-4225 for services and immediate crisis help. →

🏠 > DBHDD Services > Mental Health & Substance Abuse > Mental Health for Children, Young Adults, and their Families > APEX 3.0 Frequently Asked Questions

**DBHDD Services**

- Mental Health & Substance Abuse ⌃
  - Help with Substance Abuse ⌄
  - Mental Health for Adults ⌄
  - Get Help with Supportive Housing
  - Behavioral Health Prevention ⌄
  - Mental Health for Children, Young Adults, and their Families ⌃

# APEX 3.0 Frequently Asked Questions

What is the Georgia Apex Program? +

What are the program goals for Apex? +

How are providers and schools selected? +

What is a Tier 1 provider? +

What is a Tier 2 provider? +

What do you mean by Apex 1.0, Apex 2.0, and Apex 3.0? +

What about the $69 million school districts have been hearing about? +

What about the $1 million for high school counselors school districts have been hearing about? +

What was the process for Apex 3.0 expansion? +

What is the Apex model? +

In which types of schools can Apex services be implemented? −

- APEX 3.0 Frequently Asked Questions
- Achieving a Life of Recovery
- Mental Health Block Grant 2022-2023 Application Review
- Intellectual & Developmental Disabilities
- Deaf Services
- 9-8-8 In Georgia
- The Crisis System of Georgia

Apex therapists/clinicians and behavioral health support staff are embedded within public schools and public charter schools, pre-kindergarten to 12th grade. They also help with life skills development and other non-therapeutic activities. Apex services cannot be provided in private charter schools, GNETS standalone facilities, private schools, or homeschooled/cyber public schools. Click here for a list of approved public charter schools.

**What does Apex funds cover?** +

**What do you mean by sustainability?** +

**Can students with private insurance receive Apex services?** +

**What is crisis intervention?** +

**Who can provide the Apex services within the school setting?** +

---



GEORGIA DEPARTMENT of
BEHAVIORAL HEALTH and DEVELOPMENTAL DISABILITIES

 



## How can we help?

**CALL US**
Primary: (404) 657-2252
All Contacts

**CONSTITUENT SERVICES FORM**
Contact Constituent Services

## Our Services

Behavioral Health Services

Developmental Disability Services

Hospital Services

## Non-Discrimination Notice



**VISIT**

200 Piedmont Avenue, S.E.
West Tower, 14th Floor
ATLANTA, GA 30334

Regional Field Offices



**HOURS**

Monday to Friday, 08:00 a.m. - 05:00 p.m.
Eastern Time Zone

## Notice

English

Español (Spanish)

Tiếng Việt (Vietnamese)

한국어 (Korean)

繁體中文 (Chinese)

ગુજરાતી (Gujarati)

Français (French)

አማርኛ (Amharic)

हिंदी (Hindi)

Kreyòl Ayisyen (French Creole)

Русский (Russian)

لعربية (Arabic)

Português (Portuguese)

سی (Farsi)

Deutsch (German)

日本語 (Japanese)

## State of Georgia

State Organizations

Elected Officials

State Jobs

© Georgia.gov    Site Map    Accessibility    Privacy/Security    Human Trafficking Notice