# EXHIBIT U

# Georgia Network for Educational and Therapeutic Support



# STRATEGIC PLAN

## Implementation Fidelity Checklist & Self-Assessment Rubric



Richard Woods, Georgia's School Superintendent
*"Educating Georgia's Future"*

Updated 1/28/2020

GA00362005

*Acknowledgements*

Thanks to all of the individuals who have committed their time, guidance and contributions to the development of the Georgia Network for Educational and Therapeutic Supports Strategic Plan and Self-assessment Rating Scale.

**GNETS Strategic Plan Committee (12/7/2015):**

Lisa Futch, Director of Coastal Academy GNETS
Derrick Gilchrist, Director of South Metro GNETS
Cassandra Holifield, Director of North Metro GNETS
Kathy Lewis-Hawkins, Director of Sand Hills GNETS Program
Jacqie Neal, Director of Northstar Educational and Therapeutic Supports GNETS
Nakeba Rahming – Program Manager for GNETS at Georgia Department of Education
Shannon Svetlay, Director of H.A.V.E.N Academy GNETS
Desiree Woods, Director of DeKalb-Rockdale GNETS Program

**Other Contributors:**

Deborah Gay, Director of Special Education Services and Support, Georgia Department of Education
Clara J. Keith, Director at Department of Behavioral Health and Developmental Disabilities (DBHDD)
Sandra DeMuth, Program Specialist, Positive Behavioral Intervention Supports (PBIS), Georgia Department of Education
GNETS Program Directors

**GNETS Strategic Plan Committee (11/19/2019)**
Brooke Cole, Director of Elam Academy GNETS
Kerri Miller, Director of Oaktree GNETS
Joanna Mock, Director of Heartland GNETS
Whitney Braddock, Director of Cedarwood GNETS
Vickie Cleveland, Program Manager for GNETS at the Georgia Department of Education
LaKesha Stevenson, Program Specialist for GNETS at the Georgia Department of Education
**Other Contributors: GNETS Directors**

GA00362006

*Table of Contents*

Introduction ........................................................................................... Page 4
Overview ............................................................................................... Page 5
Directions for Completing the Self-Assessment .................................... Page 6

Strategic Plan Components:
Section 1: Program Leadership and Accountability ............................... Page 7
Section 2: Behavior Support and Therapeutic Services ......................... Pages 8-10
Section 3: Instructional/Academic Support ........................................... Pages 11-12
Section 4: Program Funding and Fiscal Management ............................ Page 13
Section 5: Integration of Services and Capacity Building ...................... Pages 14-16
Section 6: Facilities Management .......................................................... Page 16

Self-assessment Outcomes and Improvement Summary ...................... Page 17
Appendix ............................................................................................... Page 18
Resources ............................................................................................. Page 19

GA00362007

## Introduction

The Georgia Network for Educational and Therapeutic Support (GNETS) is comprised of 24 programs which support local school districts' continuum of services for students with disabilities, ages 5-21. GNETS provides comprehensive educational and therapeutic support services to students who might otherwise require residential or other more restrictive placements due to the severity, duration, frequency, and intensity of an emotional disorder or significant challenging behavior.

The revised GNETS strategic plan (1/28/2020) includes six focus areas: Program Leadership and Accountability, Behavior Support and Therapeutic Services, Instructional and Academic Support, Program Funding and Fiscal Management, Integration of Services and Capacity Building, and Facilities Management. Each of the focus areas has specific goals that each GNETS will work to obtain. Many components of this strategic plan addresses practices that are based on improvements from audit findings, program evaluation, best practices across all GNETS programs, and research-based initiatives. The revised plan also streamlines procedural standards for programs to account for consistency and coordinated program services. Guidance on the development of the strategic plan was obtained from referenced articles and state personnel knowledgeable about program improvement and best practices for working with students struggling with behavioral and emotional concerns. Georgia Department of Education (GaDOE), Georgia Network for Educational and Therapeutic Supports (GNETS), and the Department of Behavioral Health and Developmental Disabilities (DBHDD) were the three collaborating agencies as well as other stakeholders within the state of Georgia who provided input and contributions across each section. Field experts such as GNETS directors, special education directors, fiscal agents for GNETS, school district superintendents and others responded to surveys to obtain greater insight for general improvement strategies of GNETS.

GNETS directors and their staff will be responsible for implementing the action items within the strategic plan to ensure that collaborative integrated services are planned and provided for students receiving services through the GNETS program.  GNETS staff will also collaborate with Local Education Agencies (LEAs) to ensure that students have a civil right to be reintegrated/included with same age peers without disabilities to obtain academic and social-emotional competencies in general education environments when deemed appropriate.

The rating section of the strategic plan provides a means for GNETS teams to reflect on implementation and practices at each GNETS site. The ratings will be completed by GNETS teams. The team should review the rating data to identify barriers that may be impacting lower rated items and plan to work through those barriers to attain successful implementation. The GaDOE-GNETS program manager/program specialist will complete the rating section with GNETS teams in the spring of each school year and review supporting evidence to validate ratings. The ratings obtained will be used as final implementation data to assist GNETS with coaching and improvement planning to scale up effective practices across all GNETS sites.

GA00362008

## Overview

The Strategic plan and its embedded self-assessment are intended to:

- Facilitate a self-assessment for GNETS to evaluate current status of program practices.
- Initiate discussion among program leaders and stakeholders to identify priority needs for improvement.
- Validate areas of strength in the implementation of best practices across each component.
- Analyze results and other program data to determine need for professional learning and resources to drive improvement.

**The GNETS Strategic Plan and Self-Assessment includes action items that addresses the following sections and specific goals aligned to each one:**

1. **Program Leadership and Accountability**
2. **Behavior Support and Therapeutic Services**
3. **Instructional and Academic Support**
4. **Program Funding and Fiscal Management**
5. **Integration of Services and Capacity Building**
6. **Facilities Management**

Each action item has a list of specific examples or samples of evidence of the practice that should be in place or implemented. The examples are provided to add clarity to the intent of each action item and to encourage the teams to think about specific examples that may not be listed but is occurring in their programs. The examples are not provided as individual measures of each indicator, but rather as a means to assist team members in rating the extent to which the practice is or is not in place at the each GNETS Program.

Analysis of the data and information obtained through the strategic plan self-assessment ratings will lead to the development of a program improvement summary. The program improvement summary will include identification of priority areas, root causes for barriers and drivers, and action steps that would be necessary to overcome barriers and sustain drivers.

GA00362009

### Directions for Completing the Self-Assessment Rating Scale.

GNETS directors should identify key leaders at each program to participate as a part of the rating team. The team should consist of no less than 3 people. The director will distribute a copy of the strategic plan to the team members and provide an opportunity for the team to review the action items and activities to be rated.

After the team has had some time to review the action items and activities, the team will rate the action items and activities based on the status of implementation. There are three ratings of implementation for action items: Operational, Emerging and Not Evident. Team members should select one rating per action item and identify sources or evidence of implementation to validate the rating, particularly if the rating is identified as "operational." A rating of operational would indicate that the action item and activities rated were "consistently" practiced and there is always available evidence and positive outcome data to support the rating. The self-assessment guidance document should be used to help with the ratings.

### Strategic Plan Ratings

O- Operational: All of the activities required were accomplished consistently with sources of evidence to support implementation for this action item.

E– Emerging: Some of the activities required were accomplished with sources of evidence to support implementation for this action item.

NE– Not Evident: None of the activities required were accomplished and there are no sources of evidence to support implementation for this action item.

### Data Analysis and Improvement Summary

The purpose for the data analysis and improvement summary is to ensure priority needs are identified and addressed according to the outcomes from the ratings. This ensures measurable outcomes are being used to support the need for improvement across each program. Additionally, it will provide stakeholders with trends and patterns across all of the GNETS programs, and lead to data-driven decisions by program and state leaders. GNETS directors and team leaders will review the data for each section, record the average outcome onto the Strategic Plan Improvement Summary Form, rate each area on the summary form as a priority based on the average score, and select the top 3 priorities to address for immediate improvement. At the end and/or beginning of each school year, all GNETS directors will be responsible for sharing the self-assessment ratings, improvement summaries, and the top 3 priority areas with key stakeholders (e.g., GaDOE, fiscal agents, parent groups, and advocates). GaDOE and the fiscal agents will use the improvement summary form and the action plan to provide GNETS directors with the necessary technical assistance and resources needed to make improvement in the top 3 priority areas.

GA00362010

## Section 1: Program Leadership and Accountability

| Goal 1: By the end of each school year, GNETS Directors will implement 85% of the strategic plan focus areas at an operational level. | | | | | |
|---|---|---|---|---|---|
| **Action Items** | **Frequency** | **Activities** | **Examples/ Sources to Support Ratings** | **Meets Standard** | |
| A. Directors will promote and remain aware of the strategic plan expectations and ensure that the activities are implemented within their programs. | Review Annually Implement Daily | Participate in all overviews of the strategic plan Implement the activities in the strategic plan Align funds with activities | Sign-in sheets Agendas Presentations Feedback surveys Program initiatives Documentation of admin team meetings | Operational | ☐ |
| | | | | Emerging | ☐ |
| | | | | Not Evident | ☐ |
| B. Directors will share results from the strategic plan ratings with stakeholders. | Annually | Identify key stakeholders. Share results from the strategic plan ratings Share improvement summary form. | Sign-in sheets Rubric ratings Mid-year improvement summary End-of-year improvement summary Strategic plan review survey results | Operational | ☐ |
| | | | | Emerging | ☐ |
| | | | | Not Evident | ☐ |
| C. GNETS Directors and site leaders will complete the strategic plan improvement summary form. | Mid Year and End of Year | Complete overall rating for each section and prioritize area to be improved for the new. | Mid year- improvement summary End-of-year improvement summary Strategic plan review survey results | Operational | ☐ |
| | | | | Emerging | ☐ |
| | | | | Not Evident | ☐ |
| D.  Participate in and implement practices from professional learning sessions that align with evaluation and strategic plan goals. | Annually | Professional development activities/experiences should respond to the strategic plan outcomes and any identified needs to support students and staff. | Conference or training agendas Travel documents Training contracts Job embedded coaching Implementation checklists etc. | Operational | ☐ |
| | | | | Emerging | ☐ |
| | | | | Not Evident | ☐ |
| | | | Total Ratings: Operational _____  Emerging _____  Not Evident_____ | | |

GA00362011

## Section 2: Behavior Support and Therapeutic Services

| Goal 2: Throughout the school year, 100% of GNETS programs will demonstrate highly reliable evidence of implementing "evidence based" behavioral support and therapeutic services for all students at an operational level. | | | | |
|---|---|---|---|---|
| Action Items | Frequency | Activities | Examples/Sources to Support Ratings | Meets Standard |
| A. Implement Positive Behavior Intervention Supports (PBIS). | Daily | Train staff identified to implement PBIS at their respective sites. Trained sites: Post rules and expectations Teach all students the rules and expectations Review program data | PBIS Walk-through forms PBIS productivity binder PBIS End of Year Report Surveys Monthly Meeting minutes PBIS Training Calendar Grant application Operational certificates PBIS Action Plan PBIS Expectations and Rules | Operational ☐ <br> Emerging ☐ <br> Not Evident ☐ |
| B. Trauma Informed Care Practices and Environment | Daily | Train staff in evidence-based Trauma Informed Care practices | Training calendar Training agenda/sign in sheets Evidence of TIC training materials Staff climate survey results | Operational ☐ <br> Emerging ☐ <br> Not Evident ☐ |
| C. Establish a functional FBA/BIP team at each site that meets at least 3 times a year and | Annually | Identify key personnel for the team Attend FBA trainings Meet to address FBA/BIP as needed Establish opportunities for FBA/BIP trainings. Train staff to ensure that each GNETS program has the capacity at each site to complete quality FBA/BIP for each student. | List of active team members FBA/BIP team meeting agendas and minutes Training agendas Sign-in sheets Training presentations/materials FBA/BIP progress monitoring FBA/BIP included in IEPs for students Evidence of FBA analysis | Operational ☐ <br> Emerging ☐ <br> Not Evident ☐ |
| D. Ensure students social and emotional development are assessed using standardized measures at least 2x per year. | Minimally twice per year | Maintain and update spreadsheet Ensure appropriate staff are trained to complete standardized assessments | SDQ results BASC3 results Other social-emotional measures Evidence of triangulation of data Documented results in the IEPs | Operational ☐ <br> Emerging ☐ <br> Not Evident ☐ |

GA00362012

| | | | | | |
|---|---|---|---|---|---|
| E. Outcomes from the social-emotional measures will be included in students' IEPs | As needed | Train designated staff to incorporate social-emotional results into students IEPs | Designated students' IEPs<br>Evidence of triangulation of data<br>Evidence of training for use of social-emotional results<br>SDQ results<br>BASC-3 results | Operational | ☐ |
| | | | | Emerging | ☐ |
| | | | | Not Evident | ☐ |
| F. Students diagnosed with ASD will be assessed with a standardized measure with a minimum of two measures per year. | Annually | Identify and select a standardized measure that would be used by the GNETS site.<br>Ensure designated staff is trained to conduct the ASD with the selected measure. | CARS results documented in IEPS<br>GARS results documented in IEPs<br>ABLLS results documented in IEPs<br>DB3 results documented in IEPs<br>Brigance results documented in IEPs<br>Vineland completed checklists | Operational | ☐ |
| | | | | Emerging | ☐ |
| | | | | Not Evident | ☐ |
| G. Designated GNETS personnel will receive initial training or refresher and implement training in evidence-based crisis interventions (i.e., Life Space Crisis Intervention-LSCI, Dialectical Behavior Therapy-DBT, Restorative Practices, etc.) | Annually | Identify staff to be trained<br>Ensure staff attend crisis intervention trainings<br>Engage in evidence-based crisis interventions with students when they demonstrate a need for crisis intervention. | Sign-in sheets<br>Grant application<br>Evidence of crisis trainings for staff<br>Fidelity Rubric<br>Why Try<br>PL summary of evidence-based crisis intervention trainings | Operational | ☐ |
| | | | | Emerging | ☐ |
| | | | | Not Evident | ☐ |
| H. GNETS personnel will receive initial training/refresher and utilize principles of restraint methods such as Mindset, CPI, etc. | Annually<br>As needed | Identify staff to be trained<br>Ensure staff attend Mindset and any other requested restraint methods trainings<br>Engage appropriately in restraint methods and Mindset skills/techniques when necessary to prevent and/or manage students' aggressive behaviors. | Skills checklist<br>Sign-in sheets<br>SWIS data<br>Incident report/debriefing notes<br>Physical restraint data/reports<br>Procedures for use of physical restraint<br>Documentation of parent notification of use of physical restraint<br>Evidence of restraint reduction training | Operational | ☐ |
| | | | | Emerging | ☐ |
| | | | | Not Evident | ☐ |

GA00362013

| | | | | | |
|---|---|---|---|---|---|
| I. | Each program will ensure that all students participate in universal, small group and/or individual social-emotional skills and activities that meet their needs. | Daily and/or as needed | Identify needs of students Match students to appropriate social skills activities based on their needs Collect consistent data to determine students' progress and program effectiveness. Tiered Behavior Data | Documents that show evidence of planning for students' needs Evidence that shows students received the support identified Progress monitoring data Triangulation of Data | Operational | ☐ |
| | | | | Evidence of social-emotional curriculum BASC-3 flex monitoring reports Sensory rooms Documents Evidence of data to determine tiers of support Art and music therapy | Emerging | ☐ |
| | | | | | Not Evident | ☐ |
| J. | Maintain collaborative partnerships with community agencies to support integrated mental health and behavior-related educational services for GNETS students. | Monthly and/or as needed | Attend agency meetings Identify opportunities for agencies to support students in GNETS Collaborate with agencies for space and/or time to work with students. | Calendars Visitor logs List of mental health agencies LIPT meetings Counseling logs Evidence of collaboration with community agencies Evidence of transition planning for students | Operational | ☐ |
| | | | | | Emerging | ☐ |
| | | | | | Not Evident | ☐ |

Total Ratings: Operational_____ Emerging _____ Not Evident_____

GA00362014

## Section 3: Instructional/Academic Support

**Goal 3: All instructional and academic activities required for students to be successful and make adequate academic growth will be implemented at an operational level**

| Action Items | Frequency | Activities | Examples Sources to Support Ratings | Meets Standard | |
|---|---|---|---|---|---|
| A. Teachers will plan and deliver Georgia Standards-based lessons for assigned subjects | Daily | Review teachers lessons plans<br>Provide feedback to teachers<br>Meet with special education director to review lesson plans for GNETS staff<br>*iReady* monitoring | Lesson Plans/Feedback<br>TKES Trainings<br>Teacher coaching/mentoring<br>TKES standards summary | Operational | ☐ |
| | | | | Emerging | ☐ |
| | | | | Not Evident | ☐ |
| B. Ensure teachers maintain a positive and academically challenging learning environment in accordance with TAPS standards. | Daily | Maximize instructional time<br>Conduct classroom observations<br>Provide high quality professional learning to support evidence-based instructional practices<br>Provide opportunities for students to demonstrate evidence-based practices | Copies of observations<br>Copies of walk-throughs<br>TAPS Standards<br>Evidence of training on evidence-based instructional practices | Operational | ☐ |
| | | | | Emerging | ☐ |
| | | | | Not Evident | ☐ |
| C. Ensure that students who demonstrate academic difficulties are matched to tiered interventions, supplemental instructional programs/materials that meets their needs. | 90 minutes per week | Use data to identify student's areas of academic deficits<br>Provide students with evidence-based instructional materials designed to remedy the deficit identified<br>Review progress monitoring data to identify the need to sustain or change the interventions.<br>Discuss with sped directors at CC<br>Analysis graduation rate for students receiving services | Student intervention planning activities<br>Evidence of tiered interventions<br>Intervention programs/materials<br>Progress monitoring data.<br>Student growth on Milestones<br>Academic Tiers<br>Milestone Data<br>Provide list of instructional/supplemental programs<br>*iReady* mid-year and EOY data | Operational | ☐ |
| | | | | Emerging | ☐ |
| | | | | Not Evident | ☐ |
| D. GNETS certified and classified staff will attend instructional related trainings provided by GaDOE, RESA, LEAs, and conferences to ensure GNETS staff are aware of changes in the field and that instructional practices align with | Annually | Ensure GNETS staff sign up and attend professional learning with GaDOE, RESAs LEAs and conferences when opportunities are available.<br>Conduct observations to identify application of strategies from professional learning courses. | Evidence of scheduled times for feedback.<br>Evidence that shows the percent of staff attending instructional professional learning<br>Evidence of analysis of Milestones data<br>Walk-throughs | Operational | ☐ |
| | | | | Emerging | ☐ |

GA00362015

| the state's expectations and standard | | Provide feedback for staff related to professional learning application and expectations<br>Allocate funds for GNETS staff to attend professional learning activities.<br>Collaborate with staff to analyze Milestones data to inform instructional practices for students | TAPS outcomes | Not Evident | ☐ |
|---|---|---|---|---|---|
| | | Total Ratings: Operational_____ Emerging _____ Not Evident_____ | | | |

GA00362016

## Section 4: Program Funding and Fiscal Management

| Goal 4: All GNETS programs will ensure that 100% of allocated funds are used to support the implementation of the strategic plan activities and obtain these objectives at operational level. | | | | |
|---|---|---|---|---|
| Action Items | Frequency | Activities | Examples Sources to Support Ratings | Meets Standard |
| A.  Comply with your GNETS state approved budget | Annually and Daily | Align GNETS personnel and services with the GNETS state approved budget<br><br>Submit budgets in portal | Hired GNETS staff and contractors<br><br>Submitted budget and funding allocations | Operational ☐<br><br>Emerging ☐<br><br>Not Evident ☐ |
| B.  Review fiscal records regularly to ensure accountability for all allocated funds | Annually and Daily | Maintain adequate records<br><br>Monitor program expenses | Bookkeeping records<br>Guidelines for expensing funds<br>Evidence of adequate record maintenance<br>Evidence of internal control/procurement procedures | Operational ☐<br><br>Emerging ☐<br><br>Not Evident ☐ |
| C.  Plan and submit the annual grant application with a keen focus on the budget to support the GNETS mission, goals and rule (160-4-7.15; d, e, and f) | Annually | Outline state grant application for funding according to the GNETS rule | GNETS state grant application | Operational ☐<br><br>Emerging ☐<br><br>Not Evident ☐ |
| D.  Collaborate with LEAs to ensure the allocation of supports and resources, which may include in-kind services to GNETS is provided to facilitate flexible models of service delivery and best practices for equitable educational opportunities (160-4-7.15; d, e, and f) | As needed | Engage in communication with LEAs to identify and provide a rationale for needed resources and support for the program | Evidence and use of allocated funds and resources<br>In-kind support<br>Funded positions<br>Invoices for purchases<br>Invoices for reimbursements | Operational ☐<br><br>Emerging ☐<br><br>Not Evident ☐ |
| E. Report all carryover funds for the next fiscal year to fiscal agents and GaDOE | Annually | Identify and document budget lines with balances to be carried over | GNETS budget<br>Bookkeeping records | Operational ☐<br><br>Emerging ☐<br><br>Not Evident ☐ |
| | | | Total Ratings: Operational_____ Emerging_____ | Not Evident_____ |

GA00362017

Georgia Department of Education: GNETS  (Updated 1/28/2020)

Page **14** of 19

## Section 5: Integration of Services and Capacity Building

Goal 5: ALL GNETS directors will collaborate with their LEAs to ensure students have an opportunity to receive services in the in the least restrictive environment and build capacity with LEA staff to support students with severe emotional/behavioral difficulties. These activities will be accomplished at an operational level.

| Action Items | Frequency | Activities | Examples Sources to Support Ratings | Meets Standard | |
|---|---|---|---|---|---|
| A. **Consideration for GNETS Services:** LEAs and GNETS staff will collaboratively review the GNETS and LEA continuum of services during IEP meetings to determine the best service options for students. | As needed in IEP meetings | GNETS director or designee attends IEP meetings and ensures that the student needs are aligned to the GNETS services.<br><br>Collaborate with LEAs to ensure that documents (FBA/BIP, Evaluation, social history, etc.) are available to support the consideration of GNETS services prior to and/or during IEP meetings.<br><br>Ensure transition criteria (IEP goal/goals) is established at the IEP meeting.<br><br>Provide training to staff on consideration of GNETS procedures<br><br>Collaborate with LEAs and parents when students are considered for emergency GNETS services based on immediate need. | Student IEP files that contain documentation to support consideration for GNETS services<br>FBA/BIP<br>3 year reevaluation<br>Social History<br>Medical Records<br>Parent, teacher, and or student reports<br>Evidence of student participation in extracurricular activities | Operational<br><br>Emerging<br><br>Not Evident | ☐<br><br>☐<br><br>☐ |
| B. **Transition from GNETS Services:** Ensure LEA and GNETS staff collaboratively establish attainable IEP goals to include a process for reviewing progress monitoring data for transition to the least restrictive environment. | As needed | GNETS directors or a designee will ensure that IEP goals are established and used as the transition criteria for all students receiving GNETS services.<br><br>Collaborate with LEAs to identify opportunities for students to receive GNETS services in the Least Restrictive Environment (LRE).<br><br>Inform fiscal agents of the resources needed to provide equal educational opportunities for GNETS students<br><br>Collaborate with LEAs to determine opportunities for students to take some courses in the general education setting. | Documented IEP goals for transition for all students<br><br>Supporting documentation and data collection aligned with transition goals.<br><br>Documentation of transition plans with LEAs<br><br>Supporting evidence for a change in transition goal/criteria<br><br>Evidence that shows attempts to align LEA and GNETS courses/materials. | Operational<br><br>Emerging<br><br>Not Evident | ☐<br><br>☐<br><br>☐ |

GA00362018

| | | Ensure transition goals are attainable and aligned with the referring behaviors.<br><br>Identify and document opportunities for students to participate in extracurricular activities while receiving GNETS services.<br><br>Identify instructional courses and/or programs provided in the general education settings and examine opportunities for some of them to be incorporated into GNETS classrooms/sites.<br><br>Collaborate with LEAs to plan transition services and supports prior to the student's complete transition.<br><br>Communicate with parents, LEAs, RESAs, and SEA to provide supporting evidence as to why it would not be in the best interest of the student to transition from the program as planned/documented.<br><br>Identify and outline how in-kind and financial contributions from LEAs could support student reintegration and/or access to equal educational opportunities. | Records of the number and percent of students receiving GNETS services in the general education setting (campus).<br><br>Records showing the number and percent of students that enter and transition from the program each year by disability. | | |
| C. | **Capacity Building:**<br>Engage in professional learning and technical assistance for general education school personnel<br><br>Redelivery of professional learning/TA to school personnel by GNETS staff. | As needed | Communicate with LEAs and RESAs to determine professional learning opportunities and needs of LEAs and parents.<br><br>Organize opportunities to attend/deliver training sessions for LEAs as needed.<br><br>Schedule/support training dates, times, and locations for training<br><br>Deliver trainings and obtain feedback. | Training materials<br>Sign-in sheets<br>Feedback ratings<br>Training agendas<br>Training request/needs assessment form.<br>GNETS program brochure | Operational ☐<br><br>Emerging ☐<br><br>Not Evident ☐ |

GA00362019

| | Annually and as needed | Organize opportunities to collaborate with parents such as curriculum nights, PBIS day, parent trainings  Consistent communication with parents | Newsletters Flyers Sign in sheets | Operational | ☐ |
|---|---|---|---|---|---|
| D.  **Parent Engagement** Collaborate with stakeholders to ensure that strong strategies are in place to: 1) build capacity to engage parents/stakeholders in an effective partnership with the program; and 2) share and support high student academic achievement.  Director and staff will create meaningful partnerships that ultimately lead to significant gains across the board in student achievement. | | | Pictures Letters/Announcements Website Documentation of parent participation in IEP meetings | Emerging | ☐ |
| | | | Documentation of parent trainings/meetings | Not Evident | ☐ |

Total Ratings: Operational_____ Emerging_____ Not Evident_____

### Section 6: Facilities Management and Safety

**Goal 6: All GNETS directors will be accountable for identifying areas for improvement in their strategic plans and demonstrating how each item will be improved annually. Both items will be obtained at an operational level.**

| Action Items | Frequency | Activities | Examples Sources to Support Ratings | Meets Standard | |
|---|---|---|---|---|---|
| A.  Monitor site for safety and ADA compliance and maintenance. | Annually | Print and use the GSFIC facility condition checklist for site monitoring. Conduct periodic site reviews to ensure facility is well maintained. Request maintenance support on specific items | Facility Condition Assessment Checklist Documentation of LEA visits to facilities Evidence of tracking of maintenance requests | Operational | ☐ |
| | | | | Emerging | ☐ |
| | | | | Not Evident | ☐ |
| B.  Communicate all identified concerns to the LEA and/or SEA and advocate for repairs/improvements. | Annually | Identify areas rated as poor and/or critical on the GSFIC facility condition assessment checklist. Report the areas identified and advocate for repairs/improvement with key stakeholders. | Facility Condition Assessment Checklist Reports Documentation of LEA visits to facilities | Operational | ☐ |
| | | | | Emerging | ☐ |
| | | | | Not Evident | ☐ |

Total Ratings: Operational_____ Emerging_____ Not Evident_____

GA00362020

## Self-Assessment Outcomes and Improvement Summary Plan

*Record the rating given to each section on this page. Review the ratings for each section and identify the top 3 priorities to address in your action plan. Be sure to indicate why your team rated the item low and what you will do to improve your ratings. Also, identify how you will sustain your higher ratings.*

**Site:** Click here to enter text.    **Date:** Click here to enter a date.    **Personnel Completing the Summary:** Click here to enter text.

| Section | Ratings | Priority | Why was or wasn't this section selected as a priority? | Document the actions necessary to improve the top 3 priority areas and to sustain the higher rated priority areas. |
|---|---|---|---|---|
| 1. Program Leadership and Accountability | O _____ E _____ NE _____ | Click here to enter text. | Click here to enter text. | Click here to enter text. |
| 2. Behavior Support and Therapeutic Services | O _____ E _____ NE _____ | Click here to enter text. | Click here to enter text. | Click here to enter text. |
| 3. Instructional/Academic Support | O _____ E _____ NE _____ | Click here to enter text | Click here to enter text. | Click here to enter text. |
| 4. Program Funding and Fiscal Management | O _____ E _____ NE _____ | Click here to enter text. | Click here to enter text. | Click here to enter text. |
| 5. Integration of Services and Capacity Building | O _____ E _____ NE _____ | Click here to enter text. | | Click here to enter text. |
| 6. Facilities Management | O _____ E _____ NE _____ | Click here to enter text. | Click here to enter text. | Click here to enter text. |

GA00362021

Appendix (SAMPLE)

Completed sample of an improvement summary Plan

## Self-Assessment Outcomes and Improvement Summary Plan

*Record the ratings given to each section on this page. Review the ratings for each section and identify the top 3 priorities to address in your action plan.*

Site: A site          Date:                    Personnel Completing the Summary: Click here to enter text.

| Section | Rating | Priority | Why was or wasn't this section selected as a priority? | Document the actions necessary to improve the top 3 priority areas and to sustain the higher rated priority areas. |
|---|---|---|---|---|
| 1. Program Leadership and Accountability | O 4 <br> E ___ <br> NE ___ | 6 | We have met all items at an operational level and have evidence of our success. | Continue delivering information to our faculty early in the year. During preplanning and monitor staff adherence to the items in the plan throughout the year. |
| 2. Behavior Support and Therapeutic Services | O 2 <br> E 2 <br> NE ___ | 1 | We have not met most items with operational or emerging. | The leadership team will continue to monitor the implementation of each item in this section and collect the resources needed to show our success. If we were behind on implementation we will work to get on track before the next rating session. |
| 3. Instructional/Academic Support | O 1 <br> E 3 <br> NE ___ | 2 | Some items in this section were not rated as operational due to para pros covering some of our classes and low TKES scores. | Ensure para pros who cover classes have support from teachers for standards-based lesson development and delivery. Ensure students are clearly matched to interventions when necessary. |
| 4. Program Funding and Fiscal Management | O 4 <br> E 1 <br> NE ___ | 4 | We submitted all required grant applications and fiscal reports by deadlines established. | Continue to remain aware of grant deadlines, allocation of resources and collaborating with our LEA for the additional resources and in-kind contributions that were provided to support our site last year. |
| 5. Integration of Services and Capacity Building | O 1 <br> E 2 <br> NE 1 | 3 | None of our students met IEP goals/criteria to transition from the program as planned. | We will monitor our students' IEP goals using available data more frequently to identify student who at-risk for not transitioning from the program as expected and begin working with students on an individual level. |
| 6. Facilities Management | O 2 <br> E ___ <br> NE ___ | 5 | We have met all items at an operational level and have evidence of our success . | Continue to monitor facilities for safety and ADA compliance. |

GA00362022

Resources

---

Florida Inclusion Network. (2013). Best Practices for Inclusive Education (BPIE) 2.0 District Level Self-Assessment. Tallahassee, FL: Florida Department of Education, Bureau of Exceptional Education and Student Services. Retrieved from

http://www.floridainclusionnetwork.com/wp-content/uploads/2013/11/BPIE-District-Level-Assessment.pdf

Georgia Department of Education. (2015). Georgia Network for Educational and Therapeutic Support (GNETS) Strategic Plan Update, Year 4. Atlanta, G.A.: Georgia Department of Education, Division of Special Education Services and Supports. Retrieved from http://www.gadoe.org/Curriculum-Instruction-and-Assessment/Special-Education-Services/Documents/GNETS/GNETS%20Strategic%20Plan%20Year%204.pdf

Maryland Coalition for Inclusive Education (2011). Quality Indicators for inclusive building based practices. Retrieved from http://www.mcie.org/usermedia/application/8/quality-indicators---building-based-practices-(2011).pdf

U.S. Department of Education. (2010). Thirty-five years of progress in education children with disabilities through IDEA. Washington, D.C.: U.S. Department of Education, Office of Special Education and Rehabilitation Services. Retrieved from https://www2.ed.gov/about/offices/list/osers/idea35/history/idea-35-history.pdf

U.S. Department of Justice. (2015). United States' Investigation on the Georgia Network for Educational and Therapeutic Support, D.J. No. 169-1-71. Washington, D.C.: U.S. Department of Justice: Civil Rights Division. Retrieved from http://www.justice.gov/sites/default/files/crt/legacy/2015/07/15/gnetslof.pdf

GA00362023