# EXHIBIT 1

# PROVISIONALLY FILED UNDER SEAL