# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## STATE DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Appendix H and this Court's Amended Protective Order [Doc. 118], Defendant, State of Georgia (the "State"), by and through its counsel of record submits this Motion for Leave to File Under Seal the following documents: (1) the expert report of Amy McCart, Ph.D. ("McCart Report"), and (2) a redacted version of Defendant's Statement of Undisputed Material Facts containing direct quotes from the McCart Report. The entire McCart Report was designated as confidential by Plaintiff as it contains information protected under the Family Educations Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232(g). The McCart Report is referenced as Exhibit E in the State's Statement of Undisputed Material Facts.

The State attached a proposed order sealing that filing herewith.

Respectfully submitted this 7th day of November, 2023.

| | |
|---|---|
| Christopher M. Carr<br>*Attorney General*<br>Georgia Bar No. 112505<br>Bryan K. Webb<br>*Deputy Attorney General*<br>Georgia Bar No. 743580<br>Russell D. Willard<br>*Senior Assistant Attorney General*<br>Georgia Bar No. 760280<br>Susan R. Haynes<br>*Assistant Attorney General*<br>Georgia Bar No. 901269<br>Office of the Attorney General<br>40 Capitol Square, S.W. Atlanta, Georgia 30334<br>Telephone: (404) 656-3357 | */s/ Josh Belinfante*<br>Josh Belinfante<br>Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com<br>Melanie Johnson<br>Georgia Bar No. 466756<br>mjohnson@robbinsfirm.com<br>Edward Bedard<br>Georgia Bar No. 926148<br>ebedard@robbinsfirm.com<br>Danielle Hernandez<br>Georgia Bar No. 736830<br>dhernandez@robbinsfirm.com<br>Javier Pico Prats<br>Georgia Bar No. 664717<br>jpicoprats@robbinsfirm.com<br>Anna Edmondson<br>Georgia Bar No. 289667<br>aedmondson@robbinsfirm.com<br>**Robbins Alloy Belinfante Littlefield LLC**<br>500 14th Street NW<br>Atlanta, GA 30318<br>Telephone: (678) 701-9381<br>Facsimile: (404) 856-3255<br><br>Alexa R. Ross<br>Georgia Bar No. 614986<br>alexarross@icloud.com<br>**AlexaRossLaw, LLC**<br>2657 Danforth Lane<br>Decatur, Georgia 30033<br><br>Special Assistant Attorneys General<br>*Attorneys for Defendant* |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing **STATE DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL** was prepared double-spaced in 13-point Century Schoolbook font, approved by the Court in Local Rule 5.1(C).

*/s/Josh Belinfante*
Josh Belinfante
