1             IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
2                     ATLANTA DIVISION

3

4  UNITED STATES OF AMERICA,
                              )CIVIL ACTION
5           Plaintiff,        )NO. 1:16-cv-03088-ELR
                              )
6  vs.                        )
                              )
7  STATE OF GEORGIA,          )
                              )
8           Defendants.       )
                              )
9  - - - - - - - - - - - - - -  )

10

11          30(b)(6) VIDEOTAPE DEPOSITION OF

12          GEORGIA DEPARTMENT OF EDUCATION

13             Through Its Representative

14                  RUSK ROAM, JR.

15

16       Monday, March 6, 2023 11:42 a.m., EST

17

18

19

20          HELD AT:

21          GaDOE
            205 Jesse Hill Jr Drive, S.E.
22          Atlanta, Georgia  30334

23     ----------------------------------------------

24         WANDA L. ROBINSON, CRR, CCR, No. B-1973
         Certified Shorthand Reporter/Notary Public
25



1                    APPEARANCES OF COUNSEL

2

3  Appearing on Behalf of the Plaintiff:

4

5       CLAIRE CHEVRIER, ESQUIRE
        U.S. Department of Justice
6       Civil Rights Division
        950 Pennsylvania Avenue, N.W.
7       Washington, D.C. 20579
        T:  202.305.6630   F:  202.305.3488
8       E-mail:  Claire.Chevrier@usdoj.gov

9

10

11 Appearing on Behalf of the Defendant and the
   Witness:
12

13      MELANIE JOHNSON, ESQUIRE
        Robbins Alloy Belinfante Littlefield LLC
14      500 14th Street, N.W.
        Atlanta, Georgia  30318
15      T:  404.856.3261
        E-mail:  mjohnson@robbinsfirm.com
16

17

18

19

20

21

22

23

24

25



```
 1   ALSO PRESENT VIA ZOOM:

 2       U.S. Attorney's Office:

 3             KELLY GARDNER, ESQUIRE

 4             SANDRA LeVERT, ESQUIRE

 5             LAURA CASSIDY-TAYLOE, ESQUIRE

 6             VICTORIA LILL, ESQUIRE

 7             JESSICA POLANSKY, ESQUIRE

 8

 9       Robbins Law Firm:

10             DANIELLE HERNANDEZ, ESQUIRE

11

12

13   ALSO PRESENT:

14             STACEY SUBER-DRAKE, ESQUIRE
               Georgia Department of Education
15

16             PATRICK MURPHY, Videographer

17

18

19

20

21

22

23

24

25
```



```
 1                  INDEX OF EXAMINATIONS

 2  RUSK ROAM, JR. 30(b)(6)

 3  By Ms. Chevrier                              Page 6

 4

 5

 6            INDEX OF EXHIBITS (Previously Marked)

 7  PLAINTIFF'S

 8  NO.                   DESCRIPTION              PAGE

 9  Exhibit 965  Notice of 30 (b)(6) Deposition     12

10  Exhibit 966  Defendant's Objections and         64
                 Responses To Plaintiff's First
11               Requests For Admission

12
    Exhibit 601  Georgia Department of Audits and   85
13               Accounts - Performance Audit 09-21
                 October 2010
14               US0005211 - US0005252

15

16

17

18

19

20

21

22

23

24

25
```



1          THE VIDEOGRAPHER:  We're now on the

2    record.

3          Today is Monday, March 6, 2023, and the

4    time is 11:42 a.m. Eastern Time.

5          This begins the videoconference deposition

6    of 30(b)(6) witness Rusk Roam, taken in the

7    matter of United States of America versus State

8    of Georgia, Case No. 1:16-cv-03088-ELR, pending

9    in the United States District Court for the

10   Northern District of Georgia.

11         My name is Patrick Murray.  I'm the remote

12   videographer today, and our remote court

13   reporter is Wanda Robinson.  We both represent

14   Esquire Deposition Solutions.

15         If counsel could please introduce

16   themselves and their colleagues, and then our

17   court reporter will swear in the witness.

18         MS. CHEVRIER:  Hello.  My name is Claire

19   Chevrier for the United States.  I am virtually

20   here with my colleagues Laura Tayloe, Kelly

21   Gardner, Victoria Lill, Allison Ewers, and

22   Sandra LeVert.

23         MS. JOHNSON:  For the State of Georgia,

24   attending virtually with my co-counsel Danielle

25   Hernandez, and Stacey Suber-Drake is in the



```
1          room as well.  She's the Department of
2          Education corporate representative.
3                     - - - - - - -
4               RUSK ROAM, JR. 30(b)(6),
5  being duly sworn, was examined and testified as
6  follows:
7                     - - - - - - -
8  BY MS. CHEVRIER:
9       Q    Good morning.  I'd like to introduce
10 myself.  My name is Claire Chevrier.  I am a trial
11 attorney in the Educational Opportunity Section of
12 the Civil Rights Division of the United States
13 Department of Justice, and I represent the United
14 States in this lawsuit and will be taking your
15 deposition today.
16          Can you please state and spell your name
17 for the record.
18      A    It's Rusk, R-U-S-K, Winfield,
19 W-I-N-F-I-E-L-D, Roam, R-O-A-M, Jr.
20      Q    So I'm sure your attorney has explained
21 most of this to you, but we're basically going to
22 have a conversation today.  I'm going to ask you
23 questions and it's your job to answer those
24 questions honestly and completely.  Okay?
25      A    All right.
```



1      Q     And you were just sworn to tell the truth

2   by the court reporter.  It is the same oath that you

3   would take if you were testifying in a court of law

4   and puts you under the same obligation to tell the

5   truth that you would be under in court.

6            Do you understand?

7      A     Yes.

8      Q     My questions and your answers will be

9   recorded by the court reporter, and please

10  understand that you will need to speak clearly and

11  answer all of your questions orally so the court

12  reporter can capture your answer accurately.  For

13  example, she won't be able to record a nod or a head

14  shake.  Okay?

15     A     Yes.  I understand.

16     Q     And if at any time the computer freezes or

17  there's a lag, please feel free to let us know, and

18  especially please let us know if it's affecting your

19  ability to answer any questions or to hear any

20  questions.  Okay?

21     A     Okay.  Will do.

22     Q     The other thing you and I will need to do

23  is to try to avoid talking over one another, which I

24  recognize is more difficult because we're doing this

25  virtually.  I will do my best to never interrupt you



1  when you are answering, and I will ask you do your

2  best to let me finish my questions before starting

3  to answer.  Okay?

4       A    Okay.

5       Q    And at any point if you do not understand

6  a question, you should feel free to stop me and say

7  so, and then I will try to clarify the question.

8  Okay?

9       A    Okay.

10      Q    Note that your attorney may occasionally

11 object to my questions.  This is to put their

12 objection and issue on the record.  It does not mean

13 that you shouldn't answer the question.  So unless

14 counsel tells you not to answer, you should go ahead

15 and do so.

16           Do you understand?

17      A    I understand.

18      Q    If you want to take a break for any

19 reason, that's totally fine.  I just ask that if

20 there's a question pending or if you're in the

21 middle of an answer, that you finish answering

22 before taking the break.  Does that make sense?

23      A    Yes.

24      Q    Sometimes it happens that you will give an

25 answer as completely as you can and then maybe later



1  on, maybe five minutes, or maybe an hour later,

2  you'll remember some additional information in

3  response to that earlier question.  If that happens,

4  please tell us that you would like to add something

5  to what you said earlier, and you can do that.  Just

6  let us know.  Okay?

7       A    Okay.

8       Q    How are you feeling today?

9       A    I'm good.  I guess I'm a little nervous.

10  Never done this before, so.

11      Q    Is there any reason why you would not be

12  able to answer my questions fully and truthfully

13  today?

14      A    No reason.

15      Q    For example, are you taking any medication

16  today that would inhibit your ability to answer any

17  questions?

18      A    No medication.

19      Q    Good.  Do you have any questions for me

20  before we proceed?

21      A    Nope.  I'm ready.

22      Q    There are a few definitions and acronyms

23  I'd like to go over to confirm that we have the same

24  understand today.  Okay?

25      A    Okay.



1      Q    When I refer to "GaDOE," do you understand

2   that I mean the Georgia Department of Education?

3      A    Yes.

4      Q    When I say "GNETS" or "GNETS Program," you

5   understand that I mean the Georgia Network for

6   Educational and Therapeutic Support?

7      A    Yes.

8      Q    When I say "Regional GNETS Program," do

9   you understand that I mean one of the 24 regional

10   GNETS programs across the State of Georgia?

11      A    Yes.

12      Q    And when I say "the State," do you

13   understand I mean the State of Georgia?

14      A    Yes.

15      Q    When I say "State BOE," do you understand

16   I mean State Board of Education?

17      A    Yes.

18      Q    When I say "OPB," do you understand that I

19   mean Georgia's Office of Planning and Budgets?

20      A    Yes.

21      Q    When I say House B&R, do you understand I

22   mean Georgia's House Budget and Research Office?

23      A    Yes.

24      Q    When any say Senate B&E, do you understand

25   I mean Georgia Senate Budget and Evaluation Office?



1      A    Yes.

2      Q    When I say "FAPE," do you understand I

3  mean Free Appropriate Public Education?

4      A    Yes.

5      Q    When I say "FTE," do you understand that I

6  mean Full Time Equivalent?

7      A    Yes.

8      Q    When I say "GLRS," do you understand that

9  I mean the Georgia Learning Resources System?

10     A    Yes.

11     Q    When I say "LEA," do you understand I mean

12  Local Education Agency?

13     A    Yes.

14     Q    When I see "RESA," do you understand that

15  I mean the Regional Education Service Agencies?

16     A    Yes.

17     Q    When I see "IDEA," do you understand I

18  mean Individuals with Disabilities Education Act?

19     A    Yes.

20     Q    When I say "RFA," do you understand that I

21  mean Requests For Admissions?

22     A    Yes.

23     Q    And to make sure we're on the same page

24  definitionally, Requests For Admissions are a

25  discovery device that allows one party to request



1  another party admit or deny the truth of a

2  statement.  Correct?

3       A    Okay, yes.

4       Q    And when I say "QBE," do you understand

5  that to mean Quality Basic Education?

6       A    Yes.

7       Q    Excellent.

8            I'm about to show you what is being mark

9  as Plaintiff's Exhibit -- what was previously marked

10 as Plaintiff's Exhibit 965.

11           (WHEREUPON, Plaintiff's Exhibit-965 was

12       previously marked for identification.)

13 BY MS. CHEVRIER:

14      Q    It's going to show up virtually.

15           MS. CHEVRIER:  Let's go off the record for

16      a moment.

17           THE VIDEOGRAPHER:  Okay.  We're still on

18      the record.

19           MS. CHEVRIER:  Okay.  One minute then.

20      Scratch that.  We can remain on the record.

21 BY MS. CHEVRIER:

22      Q    Mr. Roam, do you see the document that

23 just popped up?

24      A    Yes, I do.

25      Q    And you should have control over scrolling



1  through that document.

2       A    Yes, I do.

3            MS. CHEVRIER:  Sorry, this is not the

4       correct document.  We are looking for

5       Plaintiff's Exhibit 965, which is the

6       deposition notice.

7            (Pause.)

8            MS. CHEVRIER:  Excellent.  This is the

9       correct document.  Thank you for your patience.

10  BY MS. CHEVRIER:

11       Q    This is the deposition notice that was

12  filed with the court that states that the United

13  States served a 30(b)(6) deposition notice on March

14  1st, 2023, for testimony related to the items

15  included in Attachment A.

16            Have you seen this 30(b)(6) deposition

17  notice before?

18       A    Yes.

19       Q    When did you see it?

20       A    Um, I believe I saw -- the exact date but

21  it was whenever I met with Stacey and Melanie.  Was

22  that last, last Wednesday, I believe.  I think it

23  was last Wednesday.

24       Q    Who showed you this document?

25       A    I believe it was Melanie.



```
 1      Q    Was it your understanding you are present
 2  today to provide testimony in response to topics
 3  listed on the 30(b)(6) deposition notice as a
 4  Attachment A, specifically Topics 1, 2, 3, 9, and
 5  12?
 6      A    Yes.
 7      Q    I can give you a moment to scroll through.
 8           You can see at the end of this document
 9  that Attachment A is attached and it specifies what
10  those Topics 1, 2, 3, 9, and 12 are.
11      A    1, 2, 3, 9, and 12.  Yes.  Yes.
12      Q    Excellent.
13           What is the basis for your knowledge of
14  these topic areas?
15      A    Um, these -- I'm the chief financial
16  officer for the Department of Education, so the
17  funding associated with these topics, which is IDEA
18  and GNETS, flows through my shop.  I work with -- I
19  have budget personnel that work on the formulas
20  specifically related to these programs.
21           I think with Item 12, I do have -- I meet
22  with the House Budget Office, the Senate Budget
23  Office, and the OPB, Governor's Office regularly as
24  the CFO on all financial matters.
25           That's my role.
```

1     Q     For the record, again, can you state what

2  your role is at the State?

3     A     I'm the deputy superintendent of finance

4  and the chief financial officer.

5     Q     And what are your roles -- what are your

6  responsibilities for this role?

7     A     I am over the -- I'm over the state

8  budget, state and federal budgets.  I'm over the

9  facilities for the Department of Education.  I'm

10  over the School Nutrition Department.  I'm over the

11  Financial Review Department, which assists districts

12  with financial reporting.

13         I'm over the Human Resources Division of

14  the Georgia Department of Education.  And I'm over

15  Internal Support and Accounting for the Department

16  of Education, responsible for reporting of all our

17  financial information.

18     Q     How long have you held this role?

19     A     I became interim chief financial officer

20  in February of 2020 and made permanent in May of

21  2020.

22     Q     And who do you report to?

23     A     I report to Matt Jones, the chief of

24  staff, and Superintendent Woods.

25     Q     And who reports to you?



1      A    I got Human Resources director Arveeta

2  Turner, school nutrition director Lynette Dodson,

3  facilities director Mike Sanders, accounting

4  director Pam Hastings, the financial review director

5  Amy Rowell, the contracts attorney Debbie Schindler,

6  and our procurement officer -- procurement officer.

7  Uh -- she's been here forever.  I'll remember it in

8  a minute.  I went blank.  Our procurement officer.

9      Q    And are they all direct reports?

10     A    Yes, all those I named are direct reports,

11  and anybody that rolls up under them.

12     Q    Anybody who rolls up under them, would

13  they be considered indirect reports?

14     A    Yes.

15     Q    How does your current role relate to the

16  questions -- questions and topics that you are here

17  to provide testimony about today?

18     A    An oversight role.  I don't technically do

19  the calculations.  However, the person who's

20  responsible for doing the calculations are multiple

21  folks that do report to me.  With regard to GNETS it

22  would be indirect reports who actually perform these

23  calculations.

24     Q    And when you mentioned calculations, do

25  you mean related to the budget?



1      A     Yes.

2      Q     And did you receive any information from

3  anyone other than counsel that you will be relying

4  on to respond to these question topics today?

5      A     Georgia Department of Education staff.

6      Q     And who at the Georgia Department of

7  Education did you receive information from?

8      A     I talked with our budget director Jon

9  Cooper, our assistant budget director Geronald Bell,

10  our Federal Programs budget -- I don't know what her

11  exact title is -- budget manager Carmen

12  Fryemeier-Hernandez.  And I talked to briefly the

13  deputy and superintendent of Federal Programs, Shaun

14  --

15      Q     Is that Shaun Owens?

16      A     Yes, ma'am, Shaun Owens.

17            And that is it.

18      Q     And what was the nature of these

19  conversations?

20      A     With Shaun it was kind of just

21  understanding -- I was trying to get how the, how

22  the GNETS program staff, how their grants are

23  administered from the program side.

24            With Jon and Geronald and Carmen it was

25  going through the spreadsheets and the calculations



1  for GNETS and IDEA.

2     Q    Did you discuss this litigation with any

3  of those individuals?

4     A    No, not all -- I mean we discussed I was

5  doing it for the deposition, yes.  Not the specifics

6  of the litigation.

7     Q    What is your highest level of education?

8     A    I have a bachelor's degree in accounting.

9     Q    And where is your degree from?

10    A    State University of West Georgia.

11    Q    And in what year did you graduate?

12    A    2002.

13    Q    And how does your education background

14 relate to your current role?

15    A    Um, I majored in accounting, and so when I

16 got out of college I went to work for the Department

17 of Audits for a couple of years, and then The State

18 Accounting Office, and then I came to the Department

19 of Education in 2006 as -- and I worked strictly in

20 the Accounting Department until being promoted.

21         I was actually associate superintendent of

22 finance first, and now CFO.

23    Q    How does your education background relate

24 to the question topics you are here to testify about

25 today?



1        A    I think my education with the accounting

2   side helps me to be able to discuss some of the

3   formula calculations for the GNETS program, and also

4   with some of the budget questions around it, that

5   will assist me.

6        Q    What is the GNETS Program?

7        A    What is the GNETS Program?  The GNETS

8   Program -- caught me off guard.

9             But the GNETS Program, in my mind, is a

10  program for students who have been determined with

11  severe emotional/behavior disorders; that it's a

12  program to, my understanding, is to -- where they're

13  taken out of the school temporarily to get the

14  supports that they need to go back into a school

15  environment and be able to learn with their peers.

16            Is that --

17       Q    And -- you mentioned previously --

18       A    I'm finance, so.

19       Q    Thank you.

20            You mentioned previously that you were in

21  the Audits Department.  What years were you in the

22  Audits Department?

23       A    I worked at the Department of Audits from

24  2002 to 2004.

25       Q    Thank you.



1          Have you read any court filings in

2     connection with this lawsuit?

3          A     No, I don't believe so.  I got a brief

4     overview from our general counsel, Stacey

5     Suber-Drake.

6          Q     And what did that overview entail?

7          A     Um, it was --

8          MS. JOHNSON:  The overview you're

9          referring to came from me within the last week

10         or so, that that would constitute privilege.

11         But if you're talking about a different

12         overview, then you may proceed with answering.

13         A     The overview I'm talking -- it's not a

14     real detail overview.  It just basically was trying

15     to locate -- we're not appropriated for legal fees.

16     So in order to request these fees from the budget

17     writers, I had to provide them with a short verbiage

18     of what the lawsuits entailed, and that's what I

19     mean by a briefing.

20         Q     Am I correct that you are being

21     represented by Melanie Johnson from the Robbins Firm

22     for this deposition today?

23         A     Yes.

24         Q     And I know you've mentioned a number of

25     people from GaDOE and your attorney.  Did you talk



1  with anyone else to prepare for this deposition

2  today?

3        A    I told my wife I was being deposed.

4        Q    And you mentioned previously that you met

5  with -- that you met with Stacey Suber-Drake and

6  Melanie Johnson.  When did that meeting take place?

7        A    My days -- I believe it was last

8  Wednesday.

9        Q    And was that in person or on the phone?

10       A    Virtually.

11       Q    And who -- I'm sorry.  Go ahead.

12       A    It was on a -- I was going to say Teams

13  meeting, but it wasn't.  It was actually like a

14  phone call, call-in.

15       Q    With visual or on the phone?

16       A    On the phone.

17       Q    And who was present?

18       A    Myself, Stacey Suber-Drake, Melanie

19  Johnson, and Tiffany Taylor, Nicholas Handville, and

20  Justin Hill.

21       Q    And how long did you meet?

22       A    I believe it was about an hour.

23       Q    Did you read any deposition transcripts in

24  this litigation prior to joining today?

25       A    No, ma'am.



1      Q    And apart from the documents shown to you

2  by counsel, including the notice, which is still up,

3  did you look at any documents to prepare for today's

4  deposition?

5      A    Yes.  I looked at the formula calculations

6  and summaries of the process, the procedures.

7      Q    And did you bring any documents with you

8  today?

9      A    No, ma'am.

10     Q    And did you do anything else to prepare

11 for this deposition?

12     A    No.

13     Q    And I believe you answered this already,

14 but have you ever been deposed before?

15     A    No.  This is my first time.

16     Q    And have you ever been a plaintiff in a

17 lawsuit?

18     A    I'm divorced, so I was -- I actually filed

19 as the plaintiff in the divorce.

20     Q    Separate from divorce proceedings, have

21 you ever been a plaintiff in a lawsuit?

22     A    No.

23     Q    Have you ever been a defendant in a

24 lawsuit?

25     A    Outside of divorce or --



1     Q    Outside a divorce proceeding.

2     A    Well, child -- child support count as

3 divorcer?

4     Q    Anything outside --

5     A    -- other than defendant in that, too.

6 that's it.  Outside of that, no.

7     Q    What is a funding formula?

8     A    Funding formula, I would define that as a

9 formula that we utilize to, to disseminate the

10 funding that is appropriated or granted from federal

11 funds to our local districts for their fiscal

12 agents.

13    Q    What is the significance of the funding

14 formula in the context of GNETS?

15         MS. ROSS:  Object to form.

16         MS. CHEVRIER:  I'm sorry, Melanie.  I did

17     not hear if you just spoke.

18         MS. JOHNSON:  I said object to form, but

19     you can answer.

20    A    Okay.  When you said -- I guess can I get

21 some clarification on significance?  You want to

22 know how it works or --

23    Q    Sure.  Can you tell me how it works with

24 any formula in the context of GNETS?

25    A    Okay, yeah.  The funding formula for GNETS

 1  is -- it's a formula similar to QBE, where we --

 2  basically, based on -- it's a little different from

 3  FTEs because it's based on student counts.  But this

 4  is how we -- there is a formula -- they earn funding

 5  based on however many students are in the GNETS

 6  Program.  For direct operational costs, such as a

 7  teacher, parapro, operational classroom

 8  expenditures, and then indirect, such as a

 9  psychologists, social workers, travel, and then also

10  they would earn State Health Benefit Plan in T&E,

11  which is training and experience.

12          All these factors are ratios based on the

13  student counts that a district or RESA will earn for

14  the GNETS Program.

15      Q   Is the GNETS funding formula updated at

16  regular intervals?

17      A   Yes.  So each -- the funding formula each

18  year is updated.  As I said, with GNETS, which is a

19  little different than our QBE formulas, they utilize

20  student counts as opposed to FTEs, and these student

21  counts are a 3-year weighted average with a little

22  more priority given to the most recent year, and

23  these counts each year when the new appropriation --

24  when we're going through the new appropriation

25  process we will update them based on last school



1  year.  Because these counts are taken at the end of

2  the school year, around the May time frame.

3      Q    Are there any updates to the formula

4  itself separate from the count data that's used?

5      A    Outside of the student counts, there could

6  be in the discretionary portion of the federal

7  funds, and there could be updates -- not to the

8  actual formulas itself, but there could be updates

9  based on T&E.  You know, the teachers may get more

10  experience, state health.  There will be changes

11  with the formula for the -- potentially if in '24 it

12  passes, that the State health insurance will go from

13  945 to 1,580.

14          Those kind of -- some of the -- I guess

15  the contributing factors can change.  The formula

16  itself shouldn't change.

17      Q    For the record, what does T&E stand for?

18      A    Training and experience.

19      Q    And you said that the -- it could change.

20  In the past has it changed to reflect some of the

21  points that you just made?

22      A    The formula, yes.  The formula will change

23  as the attributes, is a better word, attributes

24  change.

25          So, for example, it's changed in recent



1  years with the Governor's increase to the teacher's

2  salary.  I believe it was like 34,097 to the latest

3  was -- is it 39?  Say it's a little over 39,000 now.

4        But each iteration of the teacher -- when

5  he changed the salary scale, we updated the formula

6  for the teacher earnings to reflect that.  And so

7  those attributes could change -- have changed in the

8  last few years.

9        Along with the student counts.  There's

10  been enrollment decline in the GNETS Program.  So

11  there have been -- and with that there's less taken

12  out of the discretionary pot of, of IDEA.

13     Q    So are changes to each of the attributes

14  what prompt the changes to the funding formula

15  calculation?

16     A    Yes, they would change the amounts that

17  they earn.

18     Q    And is the funding formula reviewed for

19  update at regular intervals?

20     A    I think the -- well, the funding formula

21  is calculated -- so we calculate much like our QBE

22  formula, we do our calculation, the House Budget

23  Office does their calculation, the Senate Budget

24  Office does their calculation, and the OPB does

25  their calculation, and then we all compare to make



1  sure we're all on the same page before, before we

2  start session.

3      Q    When the GNETS funding formula is updated,

4  what effects of the funding formula might be

5  updated?  Is it just the attributes that you've

6  already shared?

7      A    Yes.

8      Q    And you referred previously to a pot that

9  you referenced as IDEA money.  What is the

10  discretionary pot of IDEA money that you referenced?

11      A    So basically our IDEA funding comes in in

12  three parts:  There's an administrative part,

13  discretionary, or state initiatives, referred to as

14  that pot; and then the formula piece is up to

15  districts.

16          And this is all detailed in our grant

17  award letter, the amount we can take up to.  And so

18  we have a discretionary pot that allows us to, for

19  our state run programs, such as GLRS, GNETS, Mentor

20  is one I've seen in there, and then other state

21  initiatives, it allows the State to utilize these

22  funds for those purposes.

23          Now, we don't typically utilize all of our

24  discretionary funds, and if we do not, we send that

25  out as part of the formula.  So the formula can be



 1  -- the discretionary pot has an up to amount.  We

 2  don't exceed that, but we don't have to spend

 3  exactly that amount on discretionary.

 4      Q    What happens with that pot of money if

 5  it's not spent discretionarily?

 6      A    It's sent out to districts in the formula.

 7  We increase the formula portion of the grant.

 8      Q    So is it fair to say that the State has

 9  the authority to decide how to spend the IDEA

10  discretionary funds?

11      A    I'm sorry.  Can you repeat that?

12      Q    Sure.  Is it correct to say that the State

13  has the authority to decide how to spend IDEA

14  discretionary funds?

15          MS. JOHNSON:  Object to the form.

16          You can answer.

17      A    I would say to the -- the State has to

18  submit an application to US Ed, and in this

19  application I believe it details out how we will

20  spend those discretionary funds.  So yes and no.  It

21  has to be approved.

22      Q    Sure.  So I just want to make sure I

23  understand this process.

24          The State has to fill out forms to

25  indicate how it will spend IDEA discretionary funds;



1  is that correct?

2      A    That's my understanding, yes.

3      Q    Does it then receive approval or denial

4  based upon that request?

5      A    I'm not aware of any denials.  I do not

6  take part in the application process.

7      Q    You just said you're unaware of any

8  denials.  So I'm trying to understand, you know, is

9  it a request that has to be approved, or do you just

10 have to let someone know how it's going to be spent?

11     A    We submit an application to U.S. Ed on how

12 IDEA is going to be spent in the State of Georgia,

13 which then they award us.  In that application we

14 would detail out how we would use some of these

15 discretionary funds.

16     Q    Is the State of Georgia then tied to how

17 it said it would use discretionary funds once the

18 money is awarded?

19          MS. JOHNSON:  Object to form.

20     A    I think we're tied to the amount that they

21 gave us for that -- for those programs.

22     Q    Okay. so --

23     A    We can move it to admin.

24     Q    So once the State of Georgia receives IDEA

25 money, does it then have the authority to choose how



 1  to spend the discretionary funds?

 2           MS. JOHNSON:  Object to form.

 3           THE COURT REPORTER:  Melanie, I can't hear

 4      you.

 5           Let's go off the record.

 6           THE VIDEOGRAPHER:  Hearing no objection,

 7      we'll go off the record now.

 8           It's 12:15 p.m.

 9           (A recess was taken.)

10           THE VIDEOGRAPHER:  We are back on record,

11      12:17 p.m.

12           Please proceed.

13  BY MS. CHEVRIER:

14      Q    Thank you, Mr. Roam.

15           Before we went off the record we were

16  talking about the IDEA funding that the State of

17  Georgia receives, correct?

18      A    Yes.

19      Q    And so I'm trying to understand the extent

20  to which the State of Georgia has the authority to

21  choose how to spend IDEA funding.  You mentioned

22  that there's a form that the State of Georgia

23  submits to the U.S. Department of Education,

24  correct?

25      A    Yes.  An application, yes.



1    Q    And once it submits that application, the

2  U.S. Department of Education decides whether to

3  provide the IDEA money to the State of Georgia.

4  Correct?

5    A    Yes.

6    Q    And once that money is received by the

7  State of Georgia, does the State of Georgia have the

8  authority to choose how to spend that -- those

9  funds?

10    A    The State of Georgia has the ability

11  within the grant award.  The grant award letters

12  that we receive will detail out what we can and

13  cannot do with those funds.

14    Q    And I'm trying to understand what level of

15  detail those grant awards might include.  Does it

16  just specify that the funds must be provided for

17  students with learning -- with special education or

18  students with disabilities?

19    A    I --

20         MS. JOHNSON:  Object to form.

21         You can answer.

22    A    I have to pull the specifics for that

23  grant award.  I have not reviewed that grant award

24  letter, but it differs across our many Federal

25  Programs.  Some can be very specific and some can be



1  less specific.  But I believe we do have the ability

2  and we do adjust those discretionary pots up and

3  down, but there's also compliance supplementals, and

4  those type of things, that may get, get in there,

5  such as you don't want to get caught supplanting or

6  doing something else that you're not supposed to.

7  So I mean if you're providing a certain level of

8  federal funds in one year, you need to keep that

9  level.

10         That's why the amount does adjust with

11  enrollment, but it doesn't give a lot of flexibility

12  for -- we wouldn't be able to just go in there and

13  not fund GNETS out of federal IDEA funds,

14  discretionary pot.

15     Q    You mentioned that GaDOE is able to adjust

16  up and down the discretionary pot.  What did you

17  mean by that?

18     A    I don't believe we're held to exactly like

19  7 million, a specific number for GNETS, versus GRLS

20  versus one of our other state initiatives.  We can

21  -- we do have ability to adjust those amounts if the

22  leadership decides that's what they want to do.

23  However, we have to be careful when we do that, that

24  we don't violate any other federal compliance rules

25  or federal spending guidelines or that nature.



1    Q    Sure.  You mentioned supplementing rather

2  than supplanting guidance.  Outside of general

3  requirements, is the State of Georgia able to

4  determine I want to fund this versus this, as long

5  as it's within specified guidelines?

6         MS. JOHNSON:  Object to form.

7         You can answer.

8    A    I'm going to think of how -- outside of

9  the supplementing, supplanting, I believe there is

10 flexibility, however I do not know how far that

11 flexibility goes.

12   Q    I understand you can't share how far that

13 flexibility goes.  Can you give an example of

14 flexibility to the extent you do understand it?

15   A    Yes.  I believe if we were to be awarded

16 money -- I guess if we were to get a very

17 substantial increase in IDEA funds next year, would

18 that -- and I don't think that proportion amount

19 would go right into GNETS.  I think GNETS would

20 still be calculated based on enrollment and based on

21 earnings, and those funds in the discretionary pot

22 would probably be used in another -- another

23 initiative.

24   Q    And the State of Georgia would have the

25 authority to determine whether or not those



 1  additional funds went to GNETS versus went to some
 2  other initiative?
 3      A    Yes, that's my understanding.
 4      Q    And earlier you said if that's what
 5  leadership wants to do.  Who is leadership in that
 6  context?
 7      A    I guess when I say leadership, I mean the
 8  Federal Programs IDEA deputy, you know.  That's
 9  their area.
10      Q    So is that -- Shaun's?
11      A    Shaun's -- yes, Shaun Owens.
12      Q    Would the State be eligible for the same
13  amount of IDEA funding if it went to LEAs and RESAs
14  directly for services for students with EBD?
15          MS. JOHNSON:  Object to form.
16          You can answer.
17      A    You said eligible for?
18      Q    Yes.
19      A    Yes.
20      Q    Since January 1st, 2022, has GaDOE or the
21  State Board of Education provided any funding
22  formula updates related to the GNETS Program?
23      A    No.  Well, let me rephrase.
24          We updated the current, for the different
25  fiscal years that we're doing the budget, but we



1  haven't -- we haven't done anything changing it, the

2  current formula.  We have just updated the numbers

3  --

4      Q    Okay.  So the numbers get punched into the

5  budget have been updated but -- sorry.  The numbers

6  that get inputted into the formula have been updated

7  but the formula itself has not been updated; is that

8  accurate?

9      A    Correct, yes.

10     Q    Since January 1st, 2022, has GaDOE

11  received any funding formula updates from OPB?

12     A    No.

13     Q    What about from the B&R Office?

14     A    Oh, the -- no.  We have not received any

15  from any of the budget writers, any changes to the

16  funding formulas for GNETS.

17     Q    So that would also include the Senate B&E

18  Office?

19     A    Yes.

20     Q    Thank you.

21          Does GaDOE or the State Board of Education

22  anticipate providing any funding formula updates

23  related to the GNETS program during the remainder of

24  this calendar year?

25     A    No.



1       Q    I'm going to ask you a few questions about

2   how regional GNETS programs funding levels are

3   calculated.

4            Are you familiar with the federal and

5   state components of funding for GNETS?

6       A    Yes.

7       Q    Is it fair to say that the state funds and

8   federal funds are each part of the appropriations

9   for GNETS in annual state appropriation bills?

10      A    Yes.

11      Q    How are the GNETS student counts used to

12  appropriate state funds?

13      A    As I stated earlier, there are -- similar

14  to our QBE program, there are direct instructional

15  costs, such as teacher, parapro, operational, and

16  then indirect costs, such as psychologists, social

17  workers, those type expenditures.  And then state

18  health and the T&E, which are all proportioned of

19  student counts.  So each one of our regional GNETS,

20  what I call fiscal agents, they have a student count

21  average, which is the last three school years,

22  ending of the school year counts from each of their

23  GNETS schools.

24            Those counts are how they earn their

25  funding.  Really, it's how they earn their federal



1  and their state funds, but that's for the state

2  portion.  That's how they do.  It's a ratio of you

3  earn, say, one to every -- every one -- 6-1/2

4  students equals one teacher, for an example.

5  Depending on --

6       Q    Do they --

7       A    -- how many students they have.

8       Q    I didn't mean to interrupt you.  That's an

9  example of what I asked you not to do, and I did it.

10      A    That's okay.  I was just saying that's an

11 example of basically the more students they have,

12 the more fund they're going to earn across those

13 different categories.

14           And then it's the same for districts and

15 for RESAs.

16      Q    Thank you.

17           By districts, do you mean local education

18 agencies?

19      A    Yes.  I'm sorry.  LEAs.

20      Q    And you mentioned that there are direct

21 positions, like teachers, and indirects, like

22 psychologists.  How are things determined to be

23 direct or indirect?

24      A    That is -- I think it's direct classroom

25 instructional.  So I believe it's set up to say, you



1  know, a teacher and a parapro are directly in the

2  class.  You know, they're -- they call it -- it's

3  not actually indirect on our formula sheet.  It's

4  called total supports.  So you'll see direct

5  supports, teacher, parapro, operations, and then

6  total supports, which encompasses the remaining.

7            There may be some I'm missing.  I don't

8  have the spreadsheets, but that's the type of

9  activity that there are.

10      Q    Thank you.

11           I believe you said that the ratios are --

12  that it's similar.  Are the ratios of students to

13  teachers and other personnel the same in a QBE

14  formula as they are in the GNETS formula?

15      A    I do not believe they are, no.

16      Q    You do not believe that they are the same?

17      A    No, they're not the same, no.  They're --

18  each QBE -- and it's not the same within QBE.  QBE

19  has 18 separate cost categories, which could be a

20  mix and a match, which changes the funding formula.

21  So each student in the QBE could have different

22  funding for -- within QBE, I guess what I'm trying

23  to say.

24      Q    So does the GNETS formula match any

25  combination of the QBE formula?



 1        A     No.  Not, not directly, no.

 2        Q     And how are GNETS student counts used to

 3   appropriate federal funds?

 4        A     When you say appropriate -- so the way the

 5   calculation runs is there is that pot which we said

 6   was discretionary, which has been around 7 million

 7   for each year.  Now, those 7 million, it's -- there

 8   is a -- what they call band, is how they disseminate

 9   that 7-1/2 million.  So across all of the regional

10   GNETS fiscal agents, they -- for instance, if they

11   have less than 100 students, they have a minimum of

12   250,000.  And then it proportionately goes up from

13   that to spread out the federal funds earning

14   portion.

15          Now, what happens is when you calculate

16   the amount that's needed to educate these students,

17   which is the student counts that I talked about

18   across those categories, teacher, you come up with a

19   number, let's say it's 59 million.  7 million

20   federal, 52 million state.

21          So it's the earnings piece doesn't matter

22   if it's federal/state funding.  It's just what

23   bucket we drop it in.  But that's -- they earn one

24   amount and it's typically around 50, you know, 51,

25   52 million state, and about 7 million federal.

1    Q    Who decided to use bands to disseminate

2  the $7 million across regional GNETS programs?

3          MS. JOHNSON:  Object to form.

4          You can answer.

5    A    I believe that was determined as a way to

6  get to each GLRS fiscal agent based on their student

7  counts, earn equitable share of the federal funds

8  piece.  And then -- but, as I said, each student

9  count determines really how much the students are...

10   Q    I hear what you said about how it was

11 decided so that it would be equitable across GLRS

12 fiscal agents.  Who made that decision to

13 disseminate the 7 million dollar funds using bands?

14         MS. JOHNSON:  Object to form.  Sorry.

15         I didn't mean to interrupt.

16         Object to form, but you can answer.

17   A    I do -- in the Federal Programs, IDEA, the

18 program makes those determinations.

19   Q    And which program would that be?

20   A    IDEA, Shaun Owens, Deputy Shaun Owens.

21   Q    Okay.  You mean the office in GaDOE that

22 oversees federal grants?

23   A    Yeah.

24   Q    That's who would make the decision,

25 someone from the --



1       A     Correct.

2       Q     We discussed before how -- to what extent

3  the State of Georgia has the authority to decide how

4  to spend the discretionary IDEA funds.  Did the

5  State of Georgia have similar processes for

6  determining how to spend the administrative funds?

7       A     Yes.  I don't -- we can -- I believe the

8  administrative funds is an up to amount as well.  So

9  if we don't utilize all those funding for in-house

10 staff, we -- and we do send -- we can always send

11 more out in the formula, but we can't take more in

12 the admin or the discretionary pot.

13            So, yes, I mean any funding -- we try to

14 utilize it all.  So if we're not going to utilize --

15 if we do not, staff members out per year, takes a

16 while to hire somebody, that savings that we get in

17 salary would most likely go back into the formula

18 portion and send out to, to districts or LEAs and

19 RESAs, whoever the regional -- or, I'm sorry.

20 That's an IDEA.  An IDEA would go out to the

21 districts.  LEAs.

22      Q     So if there is an extra amount of money

23 that GaDOE has not used from the IDEA administrative

24 fund, it can then chose to send it out to districts;

25 is that correct?



1      A    Yes.  It can go -- it can choose to put it

2   in the formula portion of the grant.

3      Q    And you also mentioned the third category

4   of IDEA funding is state initiatives.  Does the

5   State of Georgia have similar leeway to determine

6   how to spend money from the IDEA per state

7   initiatives?

8      A    Well, I think state initiatives is

9   discretionary.  There's admin discretionary state

10  initiative, and then there's the formula piece.  So

11  the discretionary, that was the one with regards to

12  the grant award letter.  You have to look in the

13  grant award letter to see the detail.

14     Q    Thank you for that clarification.

15          How is the GNETS funding formula used to

16  calculate the level of GNETS funding for a given

17  year?

18     A    Okay.  I guess the level of funding would

19  be determined based on the student counts data.  So

20  if the GNETS, as we've seen, has a decline, there's

21  going to be -- they're going to earn less money

22  based on that teacher -- I can say they can have a

23  decline and earn less money, but then if something

24  like state health in '24 goes in, you're going to

25  see a giant increase in GNETS formula.  So it's all



1    about the attributes.

2           But if everything stays the same on

3    insurance and teacher salaries, and if all of the

4    different components stay the same, then the level

5    of funding will be determined by the student counts.

6    So if students leave the program, it's going to

7    affect their level of funding.

8           Now, there is a built-in three-year

9    average.  So it's not, you know, a kid leaves and

10   they lose all the funding associated with that.  But

11   that would adjust their funding.

12          It's all based off student counts.

13      Q    Is it fair to say that state funds and

14   federal funds are each part of the annual

15   allocations to each regional GNETS Program upon the

16   approval of the program's grant application?

17      A    Yes.

18      Q    And is the GNETS student count ranges used

19   to determine the federal portion of the allocation?

20      A    I'm sorry, say that again.

21      Q    Sure.  Is the GNETS student count ranges

22   used to determine the federal portion of the

23   allocation?

24      A    Yes, the ranges are used for the federal

25   portion by GLRS center, but not in the calculation



1  per student.

2      Q    And is the GNETS funding formula used to

3  calculate program earnings?

4      A    Yes.

5      Q    It is accurate to say that the formula

6  used to calculate the program earnings and the

7  amount of the state grant is the difference between

8  the program earnings and the amount of federal

9  funding?

10     A    I believe -- I want to say yes.  So the --

11 the GNETS formula grant earnings less the State --

12 or less the federal funds would equal the State

13 appropriation.

14     Q    And is that ever not the case?

15     A    Not to my knowledge.  It's -- well, um,

16 take that back.  Sorry.  Apologies.

17          In the years where we had an austerity

18 amount, that would have affected GNETS as well.

19     Q    And can you tell us more about the

20 austerity amount?

21     A    Yes.  When -- in the appropriations act,

22 when they're passing our budgets, not at all times

23 do we get all the revenues we're supposed to get.

24 So the Governor has to recommend.  Much with QBE,

25 GNETS and our other formula earnings, there's not



1  enough funds to cover all those earnings.  So what

2  they do is they implement what we call austerity,

3  which is a reduction to the earnings amount, which

4  is proportionate across, to reduce that amount

5  fairly across.  So it's basically budget shortfalls,

6  austerity.

7      Q    Thank you.  Is it correct that if the

8  total of calculated program earnings under the

9  formula is greater than the amount appropriated,

10  that programs might not get the amount earned under

11  the formula?

12          MS. JOHNSON:  Object to form.

13          You can answer.

14      A    I just want to -- can you say that one

15  more time?  I want to make sure I understand that

16  right.

17      Q    Sure.  Is it correct that if the total of

18  calculated program earnings under the formula is

19  greater than the amount appropriated, that programs

20  might not get the amount earned under the formula?

21          MS. JOHNSON:  Object to form.

22          You can answer.

23      A    Yes, that's correct.

24      Q    And if this happens, are the state funds

25  allocated to regional GNETS programs reduced



 1  proportionately?

 2          MS. JOHNSON:  Object to form.

 3          You can answer.

 4      A    Yes.

 5      Q    And would that also include the federal

 6  portion of the allocation?

 7          MS. JOHNSON:  Object to form.

 8          You can answer.

 9      A    Not necessarily.  We would -- austerity is

10  strictly related to state funds.

11      Q    I want to talk for a minute about the

12  student count used to calculate earnings for the

13  GNETS program at the State level and at the regional

14  program level.

15          Is the GNETS student count the same as the

16  FTE count used for earnings calculations in the

17  general education setting?

18      A    No.

19      Q    And why not?

20      A    I don't know the answer to why.  I can

21  tell you how they're different.

22      Q    Sure.

23      A    Okay.  Yes.  As I said in the QBE funding

24  formula, it's separate -- it's different in regards

25  to IDEA as well.  But in QBE there's FTE counts,



1   October and March, and across -- so basically there

2   would be -- a student is determined based on six

3   segments, what we call six segments in a school day.

4   So they could be a makeup of -- they could be half a

5   period in kindergarten, or half a day in

6   kindergarten, and spend the other half a day in

7   maybe one of our special needs categories, which

8   would earn them more funding.

9           So when they take these FTE counts, which

10  are, like I said, reported in March and in October,

11  then those -- and those are averaged as well.  So we

12  take the last three counts per district.

13          So that, that's used for FTEs for QBE.

14      Q    And that's not GNETS students?

15      A    Not for GNETS, no.

16          So the FTEs is based on, if I'm

17  determining my next year, I'm going to use my last

18  October count, my March count, and my October from

19  the year prior.  Those are going to determine my QBE

20  earnings.

21          With regards to IDEA, they use the student

22  counts but the student counts in that October data

23  collection point, which is also separate from --

24      Q    Sorry.  Go ahead.  I didn't mean to

25  interrupt you.



1      A    So IDEA uses that October, but it's

2   student counts, not FTEs.

3           GNETS utilizes the last three student

4   counts from the end of the school year.  So right

5   now we would use -- we're in '23.  We would use '22,

6   '21, and '20 student counts.  And what we do, we do

7   a three-year average with 50 percent being placed on

8   the most recent count.

9           So it would be like 50 percent '22, 25

10  percent '21, 25 percent '20.

11     Q    So you just described a different process

12  for calculating students in general education and

13  students in GNETS, correct?

14     A    Correct.

15     Q    Who decided to use different student

16  counts for GNETS versus students in general

17  education environment?

18          MS. JOHNSON:  Object to form.

19          And I think that's outside the scope of

20      the topics, but you can answer.

21     A    I don't know the answer who -- it's been

22  like this since before I was here.  Long time.

23     Q    So you testified the student count used

24  for GNETS is the student three-year weighted

25  average, correct?



1       A    Correct.

2       Q    And why is that used?

3       A    I believe the -- I don't know the specific

4  answer as to why that's done, other than it does

5  allow the districts not to get -- it's kind of a

6  hold harmless, what we call hold harmless built into

7  the formula.

8            A lot of times some of those expenditures

9  that are associated with the children have already

10  been incurred or -- you know, such as building a new

11  building or hiring a teacher.  So we don't want to

12  punish districts when a student leaves all at once.

13  So it's -- the thought process is to lessen the blow

14  by spreading it out over three counts.  So if one

15  student leaves, they don't lose all the funding

16  right away.  It's kind of spread out.

17      Q    And do you know what office created this

18  formula?

19           MS. JOHNSON:  Object to form and outside

20      the scope of the topics, but you can answer.

21      A    I do not, no.

22      Q    Is the count that some of all students

23  receiving services in any of the GNETS centers or

24  GNETS classrooms operated by a regional program?

25      A    I'm not sure I understand that.



1      Q    So when we went over definitions, we

2  discussed that there are 24 different regional GNETS

3  programs, correct?

4      A    Correct, yes.

5      Q    And within those different regional

6  programs there are both GNETS centers, where only

7  GNETS students are educated, and also GNETS

8  classrooms, which can be inside of a general

9  education school.  Is that correct?

10     A    Yes.

11     Q    And so my question is, is the count of

12  GNETS students for a regional GNETS Program

13  inclusive of services and provided in both GNETS

14  centers and GNETS classrooms?

15          MS. JOHNSON:  Object to form.

16          You can answer.

17     A    I don't know, but I would assume yes,

18  because it's funded at the higher, higher level.  So

19  it should be inclusive of them all.  Funded for all

20  the students included in the, the -- what I call

21  fiscal agents of GNETS, which are districts and

22  RESAs.

23     Q    So assuming that the fiscal agents count

24  students both in GNETS centers and GNETS classrooms,

25  then the count would be the sum of all the students



1  in both GNETS centers and GNETS classrooms for that

2  particular regional GNETS Program?

3       A    Yes.

4       Q    Did the student count include any students

5  who are receiving GNETS services in a general

6  education setting?

7            MS. JOHNSON:  Object to form.

8            You can answer.

9       A    I believe, I believe it could.  I think

10 when they, when they go into GNETS programs that

11 pulled out of -- they should be pulled out of the

12 FTEs and counted separately.  But I guess there

13 should be times in between.  So in QBE, as I said,

14 it's a three-count average based on the FTE.  So

15 those students could still be in those counts, and

16 they would be until they kind of cycle off of the

17 three-count average.

18      Q    So, for example, if students who are

19 transitioning out of GNETS, who then enroll in their

20 general education school, could receive some

21 transition services from the GNETS Program that they

22 are exiting from.  In that circumstance, where the

23 child is enrolled in the general education school,

24 would the student count cover -- count the student

25 as being part of GNETS?



1      A    The student count for -- it would be --
2   the student count of that year would include that
3   student in GNETS because they were a student during
4   that year, calendar year.
5           When they transition to the new school, it
6   would depend on the timing, if it was -- because
7   they would be counted whether it's in March or
8   October of once they started back in the general
9   classroom school.
10     Q    And does the student count include any
11  students whose teachers are being supported by GNETS
12  personnel and providing services to the student?
13          MS. JOHNSON:  Object to form.
14          You can answer.
15     A    I'm not sure I understand the -- the
16  teachers in the GNETS Program?  Could you say that
17  again?  I'm sorry.
18     Q    Sure.  So another example is if a student
19  has transitioned back to their general education
20  school and they are now enrolled in the LEA, but
21  their gen ed teacher receives some supports from the
22  GNETS teacher who previously had that child.  Would
23  the student show up in the GNETS category or --
24  count or in the LEA's count?
25          MS. JOHNSON:  Object to form.



1          You can answer.

2      A    Okay.  So I guess it would, it would

3  depend on when the student transitioned out.  If

4  they transitioned out at the end of the school year

5  and then started the new school year in the genera

6  classroom, for example, he would be counted on that

7  calendar year's GNETS, and then he would be counted

8  in the October FTE count for the general classroom.

9      Q    So if a child enrolls starting at the

10  beginning of the school year in their general

11  education classroom having formerly been in a GNETS

12  Program, then they would show up in the LEA's count

13  and not the GNETS' count for that time frame?

14      A    Yes.  And if they left and then went back

15  to GNETS, I guess, then they would be counted in

16  both.

17      Q    And in that example that I just provided

18  where the student has started a new school year in

19  the general education environment and you stated

20  that they would be counted for the LEA, would that

21  remain true if the GNETS Program was providing --

22  sending supports to the general environment to help

23  the child with transition?

24          MS. JOHNSON:  Object to form.

25          You can answer.



1      A     I'm not sure I understand.  I don't

2  understand that.  Can you repeat that?

3      Q     Sure.  So I believe you testified just now

4  that if a child starts a new school year in a gen ed

5  environment, even if they were the previous year in

6  GNETS, if they're enrolled in a new -- if they are

7  now enrolled in the gen ed environment, they would

8  be counted towards the LEA of that gen ed

9  environment, correct?

10     A     They would be counted that next October,

11 but the funding -- they wouldn't earn the funding

12 until the following year because it's a three-count

13 cycle that that -- that funding.  So '20 -- calendar

14 year '23, the October count would be used in the

15 amended -- that count would affect the amended

16 budget.  So they wouldn't earn it until, say, March

17 of the next year.

18     Q     I understand the different buffers that

19 exist to separate the count versus when the money is

20 actually provided, but as far as the count, if the

21 child is enrolled in October in the gen ed

22 environment, they would be counted towards the gen

23 ed environment and not GNETS?

24     A     Yes.

25     Q     And did that --



1     A    It would be counted from that year --

2     Q    Sorry.  Go ahead.

3     A    I'm sorry.  I was just saying, they would

4  be counted.  If a student is enrolled in general

5  classroom in October, then they would be counted in

6  the general classroom in October for that, for that

7  district.

8     Q    Thank you.

9          Does that remain true if GNETS is sending

10 additional services to the gen ed environment to

11 help the child transition?

12         MS. JOHNSON:  Object to form.

13         You can answer.

14    A    I'm not -- that's I think out of the scope

15 of my -- I'm not aware of that, if they're sending

16 -- so if a kid -- I think what you're asking me, if

17 a student goes back to a general classroom but

18 they're still getting GNETS services?

19    Q    Yes.  They're still getting GNETS support.

20    A    Yeah, I'm not aware of that.

21    Q    Okay.  Thank you.

22         And what about an example where a student

23 has never been enrolled in GNETS but is receiving

24 support from a GNETS teacher?

25         MS. JOHNSON:  Object to form.



1             You can answer.

2        A    I'm not -- from a funding perspective, I

3    wouldn't, I wouldn't be able to answer, if they're

4    not in a GNETS -- if they're not in the GNETS

5    program and the student counts and they're not

6    earning funds in GNETS, I wouldn't be able to speak

7    to whether or not the teachers are also still doing

8    services.

9        Q    And are you able to speak to how that

10   child would be counted if they're not in GNETS but

11   receives supports from a GNETS teacher?

12       A    I'm not, I'm not aware if that occurs, or

13   can occur, I guess, is my understanding.

14            If, if they do not get counted in the

15   student counts, they're not earning funds.  If

16   they're -- I wouldn't expect they should be in the

17   counts if the teacher is provided services, if the

18   GNETS Program is providing services.

19       Q    Is it accurate to say GNETS services

20   provided to students in a general education setting

21   or supports provided to their teachers not funded

22   through -- is not funded through the GNETS funding

23   formula?

24            MS. JOHNSON:  Object to form.

25            You can answer.



1     A    I have to get that one again.

2     Q    Sure.

3     A    Please.  Sorry.

4     Q    So any GNETS services provided to students

5  in general education settings or supports provided

6  to general education teachers are not funded through

7  the GNETS funding formula?

8          MS. JOHNSON:  Object to form.

9          You can answer.

10    A    I believe -- so what I'm hearing is if

11 they provide services to the general education, then

12 they would not be funded?

13    Q    That is the question.  Is that correct?

14    A    Correct.

15    Q    Thank you.

16    A    My understanding, yes.

17    Q    Does the State receive federal finds to

18 supplement the instruction of students with special

19 needs?

20    A    Yes.

21    Q    And how is the amount the State receives

22 determined?

23    A    Their special needs, the IDEA portion, I

24 believe it's based on the application and the

25 student -- how much we're awarded, and then how much



1 is, you know, disseminated through the discretionary

2 pot and the formula pot.

3           Is that answering the question?

4     Q    Yeah.  So just to be clear, I want to be

5 clear on my end.

6           You said, yes, that the State does receive

7 federal funds to supplement the instruction of

8 students with special education needs.  Is it

9 correct that those are the IDEA funds?

10    A    Yes.

11    Q    And those IDEA funds generally are

12 allocated to LEAs to provide supplemental

13 educational services to students within the

14 districts, correct?

15    A    Yes.

16    Q    And are some of the State's IDEA funds

17 designated for the GNETS Program?

18         MS. JOHNSON:  Object to form.

19         You can answer.

20    A    Yes.

21    Q    In what way is it designated, are the

22 funds designated to the GNETS Program?

23    A    Within IDEA and the discretionary state

24 initiative pot, they -- there's a portion that is

25 designated directly as GNETS funding.



1    Q    How is it determined how much of the

2 State's IDEA funds are designated for the GNETS

3 Program?

4    A    I don't know how they originally came up

5 with the calculation, but it's based on the student

6 counts and along with the application, and then what

7 I said, like the supplanting concerns.  With based

8 on the federal funding that we're getting now, we're

9 going to utilize the max that we can without

10 supplanting, which is the portion that the federal

11 funds pay of the GNETS Program earnings.

12    Q    For the record, can you specify what you

13 mean when you refer to supplementing and not

14 supplanting funds?

15    A    Yeah.  What you're -- supplementing versus

16 supplant basically says that if I am contributing a

17 certain amount of federal funds, I cannot -- because

18 state funds -- because I want to -- if I'm doing 10

19 percent and 90 percent state funds, I cannot go in

20 there and say -- this year I can't go in there and

21 supplant because I don't have enough state funds.  I

22 can't go in there and say let me do 20 percent

23 federal, 80 percent state.  That would be considered

24 supplanting.

25    Q    If a student is still in the general



1  education setting as of the October count, and then

2  is referred to GNETS and spends, let's say, the

3  second semester at a regional GNETS center, how is

4  that student counted for FTA -- FTE and for GNETS

5  count purposes?

6      A    He would be included in the count for

7  GNETS at the end of the calendar year, and he would

8  be included -- if he's in the classroom in October

9  when they do the FTE count, he would be included on

10  the October FTE count; and then if he left, he would

11  not be included on the following March count.  Or

12  should not be.

13     Q    And how are IDEA funds for a special

14  student allocated between the LEA and the GNETS

15  program?

16         MS. JOHNSON:  Object to form.

17         You can answer.

18     A    The IDEA funds -- we, we send the GNETS

19  programs, or regional -- we send the IDEA portion of

20  the funds to them, not to the -- it doesn't go

21  through a district and then through a GNETS.

22         If the district is the GNETS coordinator,

23  then they would get that -- they would earn funds

24  and we would send it directly to them.

25         But we send all the IDEA federal



1  discretionary funds, that is sent straight to the

2  GNETS centers, or coordinators.  Regionals.

3      Q    Is it sent directly to the GNETS programs,

4  or directly to the fiscal agents for the GNETS

5  programs?

6      A    Fiscal agents.  The districts and RESAs.

7      Q    Thank you.  So specifically for the

8  example that we just discussed where a student is in

9  a general education environment in October, so

10  counted towards the October count for the LEA, but

11  then goes to a GNETS Program, let's say, at the end

12  of October.  So they're counted towards the annual

13  count for GNETS.  How are the IDEA funds for that

14  student allocated between the LEA versus the GNETS

15  Program?

16          MS. ROSS:  Object to form.

17          You can answer.

18      A    Well, they would earn -- so you got three,

19  three different earnings there.  So you got the

20  earnings with QBE, which would be -- they would earn

21  their portion of that count.  So they would probably

22  -- it would depend.  They would earn for the October

23  however much that put towards whether or not they

24  were there the prior March and the following March.

25  So they would earn QBE based on that.



1          They would earn IDEA funding for the

2  students based on the student count in that October

3  count.

4          And then they would earn -- they should

5  earn for that calendar year, school year, they

6  should earn GNETS funding because the student is

7  enrolled in the GNETS Program.

8      Q    Thank you.

9          If this student remains in a GNETS center

10  for the whole school year, how are IDEA funds

11  allocated between LEA and the GNETS Program?

12     A    If they're in the GNETS the entire school

13  year, then they would earn -- the GNETS Program

14  would earn -- sorry.

15          Can you say that one more time?

16     Q    Sure.  If a student remains --

17     A    I want to make sure --

18     Q    Sorry.  Go ahead.  What is that?

19     A    I just want to make sure we're talking

20  about GNETS and not IDEA?

21     Q    Yes, we're talking about GNETS, and I also

22  just want to flag that we are really going to start

23  to frustrate our court reporter if we talk over one

24  another.  So I'll do a better job.

25          If a student remains in GNETS center for a



1  whole school year, how are IDEA funds allocated

2  between the LEA and the GNETS Program?

3      A    We would send them directly to the center.

4  I mean we would send them to the district.  If they

5  were the fiscal agent, we would send it to the RESA,

6  the IDEA funds.

7      Q    If the RESA is the fiscal agent?

8      A    Yes.

9      Q    Just to be clear for the record, every

10 time you say you would send the funds directly to

11 the GNETS Program, do you mean that you would send

12 it directly to the fiscal agent for the GNETS

13 program?

14     A    Yes.  Because what happens is -- I'll just

15 clarify.

16          When I say send, it means they -- we don't

17 technically -- well, we do send it, but they have to

18 request the draw.  So they would, they would go into

19 our system.  They have to submit a budget.  So each

20 of those fiscal agents would submit a budget for

21 that year.  They would get it approved by the

22 program.  Then it would go into what we call our

23 grants accounting system.

24          They would have the ability then to go in

25 there and draw those funds throughout the year.  To



 1  clarify that.

 2      Q    If a student is served at a regional GNETS

 3  Program site for an entire year, does the student's

 4  LEA still receive any IDEA funding for that student?

 5      A    I do not know.  They should, but I don't

 6  know.

 7      Q    I want to show you what has previously

 8  been marked as Plaintiff's Exhibit 966.

 9           This is Defendant's Objections and

10  Responses to Plaintiff's First Requests For

11  Admission.

12           (WHEREUPON, Plaintiff's Exhibit-966 was

13      marked for identification.)

14           MS. CHEVRIER:  Give my colleague a moment

15      to pull it up.

16           No.  Sorry.  This is the wrong document.

17           What we're looking for is the GNETS

18      Defendant's Objections and Responses to

19      Plaintiff's First Requests For Admissions,

20      which has previously been marked Exhibit 966.

21  BY MS. GARDNER:

22      Q    Thank you for your patience.

23           Excellent.

24           Mr. Roam, are you able to see the

25  document?



1       A    Yes, I am.

2       Q    And you should have the ability to

3   manipulate the document.

4            Do you see this document is titled

5   "Defendant's Objections and Responses to Plaintiff's

6   First Requests For Admission"?

7       A    Yes.

8       Q    Did you participate in the preparation of

9   some responses for this document?

10      A    No, I don't believe I did.

11      Q    Let's look at Request 39.  If you can

12  scroll to that, I appreciate it.

13           (Discussion ensued off the record.)

14      A    39, right?

15      Q    Yes.  There it is.

16      A    Back.

17      Q    Do you see that Request No. 39 asks:

18  "Admit that GaDOE has instructed, for purposes of

19  the FTE student count, that a student who is served

20  in GNETS be reported by the LEA encompassing their

21  place of residence"?

22      A    Yes, I see that.

23      Q    And the State responded by reference to

24  GaDOE Regulation 160-5-1-.03.  Correct?

25      A    I'm sorry, I'm not -- where is that



 1  number?

 2      Q    Sorry.  GaDOE's response is under the

 3  heading that says "Response" right there, and one of

 4  GaDOE's responses was -- they responded in a number

 5  of different ways, but one of those responses at the

 6  bottom was a reference to GaDOE Regulation

 7  160-5-1-.03.

 8           Is that correct?

 9      A    Yeah, 160-5-1-.03.  Yes.

10      Q    Are you familiar with that regulation?

11      A    I'm reading it.  I am.  I'm not sure I

12  understand that but...

13      Q    I'm sorry, what don't you understand?

14      A    Subject -- just trying to -- so what are

15  they trying -- trying to figure out what they're

16  saying.

17      Q    I'm going to give you a moment to read it

18  to yourself, so I'm not interrupting you while

19  you're reading.

20      A    I'm looking at the whole thing then.

21           (Witness reviews exhibit.)

22      A    Okay.  Yes, I'm reading that.

23           I'm good now.

24      Q    So you agree that in their response GaDOE

25  referenced regulation 160-5-1-.03?



1       A    Yes, I agree they reference that.

2       Q    Are you familiar with that regulation?

3       A    No, I'm not.

4       Q    Is there a requirement that an LEA

5  contribute funds to a regional GNETS program based

6  on the number of its students who are served there?

7       A    In my understanding, no, they're not.

8       Q    So it's correct that there is not a

9  requirement to provide for an LEA to contribute

10  funds to a regional GNETS Program based on its

11  students that it sends there?

12      A    Yeah, it's my understanding that there's

13  not.

14      Q    Do you know whether there are any

15  voluntary contributions that are provided?

16      A    I believe some LEAs do contribute to, but

17  I guess that would be on a case-by-case basis.

18      Q    Are you familiar with the requirement that

19  IDEA funds must be used to supplement state, local,

20  and other federal finds and not to supplant those

21  funds?

22      A    Say that one more time.

23      Q    Sure.  I believe this is what we've been

24  discussing previously.

25           Are you familiar with the requirement that



1  IDEA funds must be used to supplement state, local,

2  and other federal funds and not used to supplant

3  those funds?

4      A    Yes, I'm aware of that.

5      Q    And are you familiar with the related

6  concept that IDEA recipients must demonstrate a

7  maintenance of effort to establish that the federal

8  funds are not supplanting local funds?

9      A    Yes.

10     Q    Are school districts required therefore to

11  contribute funds to be eligible for IDEA funds?

12          MS. JOHNSON:  Object to form.

13          You can answer.

14     A    It's my understanding they're required to

15  meet a maintenance, maintenance factor, but I didn't

16  prepare for that, that question.  Sorry.

17     Q    Do LEAs in fact contribute local 5 mill

18  share funds as a condition to receiving QBE funds?

19     A    Yes.

20     Q    Is there any similar requirement that

21  fiscal agents contribute local funds as a condition

22  to receiving GNETS funding?

23     A    No.  My understanding, they do not have a

24  say in local funds.

25          THE COURT REPORTER:  I'm sorry.  You're

1      fading out.

2  BY MS. CHEVRIER:

3      Q    I'm going to ask that question again, and

4  then can you answer it again, Mr. Roam?

5      A    Yes.

6      Q    Is there any similar requirement that

7  fiscal agents contribute local funds as a condition

8  to receiving GNETS funds?

9      A    No.

10      Q    So a school district that receives IDEA

11  funds for a student with emotional or behavioral

12  disabilities continues to receive those funds even

13  if the student is being served at a regional GNETS

14  Program?

15          MS. JOHNSON:  Object to form.

16          You can answer.

17      A    Yes, I guess that could occur.

18      Q    And the school district is not required to

19  make any contribution of those funds to the regional

20  GNETS Program?

21      A    Correct, yes.

22      Q    Are you familiar with the Medicaid-based

23  concept that money follows the person to ensure that

24  an individual's funded services should be available

25  wherever the person receives the services?



1              MS. JOHNSON:  I'm going to object.  This

2        is outside the scope of the topic, but you can

3        answer.

4        A    I'm not aware of that.

5        Q    Sorry to do this.  I'm going to ask you to

6    scroll to Request for Admission 64, but you can also

7    search, which might save time.

8              (Discussion ensued off the record.)

9        A    Which question did you say?  Which number?

10            Went too far.

11       Q    You have it?

12       A    I went too far, sorry.  There it is.

13       Q    No worries.  Thank you for doing the

14   scrolling work.

15            The United States requested that the State

16   of Georgia, quote:  "Admit that QBE funding

17   allocated to an LEA for a given student is not

18   transferred to the regional GNETS program if that

19   student is served in a regional GNETS program,"

20   correct?

21       A    Correct.

22       Q    The State responded, quote:  "The State

23   denies any inference that children receiving GNETS

24   services never benefit from QBE funding allocated to

25   their LEA, and that the per student funds differ



1  between GNETS funding and QBE funding."  Correct?

2      A    Correct.

3      Q    Do you understand what the statement when

4  it said the per student funds differ between student

5  -- between GNETS funding and QBE funding?

6          MS. JOHNSON:  Object to form and this is

7      outside the scope of the topics, but you can

8      answer.

9      A    Okay if I read this?

10         (Witness reviews exhibit.)

11     A    Okay.

12     Q    Can you explain the State's denial that,

13  quote, "the per student funds differ between GNETS

14  funding and QBE funding"?

15         MS. JOHNSON:  Object to form in this is

16     outside the scope of the topics.

17         But you can answer.

18     A    I'm reading this as the State denies any

19  inference that the children receiving GNETS services

20  never benefit from QBE funding allocated to their

21  LEA.  I think what it's saying is we can't say

22  whether or not we do or not.  The LEA can be

23  contributing funds or not.  I mean there is no

24  requirement that they do.  But they could be.

25     Q    If a local school district elects not to



 1  participate in GNETS, are they eligible to receive a

 2  portion of the GNETS funding that would otherwise be

 3  allocated to a regional program that would serve

 4  those students?

 5          MS. JOHNSON:  Object to form.

 6          You can answer.

 7      A    So you're saying are they eligible for

 8  GNETS funding without participating in the GNETS

 9  program?

10      Q    Correct.

11      A    I do not believe they are.  They would

12  earn QBE funding for those students.

13      Q    But we've already established that the QBE

14  funding is different than the GNETS funding per

15  student; is that correct?

16      A    Not the exact same, but it would depend on

17  the FTE segments and cost categories associated with

18  that student.

19      Q    So if a child were to be educated in the

20  local education agency because the local education

21  agency does not participate in a GNETS program, that

22  student would receive funding based on the standard

23  QBE formula for students in an LEA, correct?

24      A    Correct.

25      Q    And that student would not receive the



1  funding through -- that's typically provided to

2  GNETS programs?

3       A    Correct.

4       Q    Does the State of Georgia or GaDOE provide

5  funding to RESAs?

6       A    Yes.

7       Q    And is that funding from the state or

8  federal IDEA funds?

9       A    With regard to the GNETS Program?

10      Q    With regard to funding for RESAs.

11      A    RESAs?  RESAs receive funding, state and

12 federal funds.

13      Q    Can you describe the processes for

14 determining the amount of finding provided to RESAs?

15      A    Yes, I can.  So there's multitude of

16 different pots that RESAs can have funding from.  So

17 there's the normal RESA state appropriation, which

18 is based on their formula calculations based on

19 their FTE or they're funded for certain personnel,

20 and that makes up the majority of their state funds.

21           They get GNETS funding, which is made

22 up -- as we said, if they're a GNETS fiscal agent,

23 the fiscal agent, then they are getting GNETS

24 earnings based on the student counts, which is also

25 made up of state and federal funds.



1              And then they earn additional IDEA
2   funding.  They earn whether -- it would depend on
3   what program that they're administering.  They may
4   earn some of our ESSA funding for doing specific --
5   in one of our programs, they may, with their --
6   especially in the rural areas, they may be doing
7   some work for the Department of Education across any
8   of our multiple programs.  So they could be granted
9   both out-of-state federal funds out of those pots.
10             So it would really depend on what grant
11  ward they were receiving money, but they receive
12  both federal and state, from the Department of
13  Education, us, Georgia Department of Education.
14       Q    I think we already started to address
15  this, but what are the intended uses for funding for
16  RESAs?
17       A    The State is intended to assist the local
18  education agencies in educating the children in
19  their, in their areas.  And the same for each
20  program, could be different.  It would depend on
21  what the program requirements of that were.  That we
22  give the funds in GNETS, it's intended to educate
23  the GNETS students.
24       Q    To what extent do RESAs have discretion to
25  use the funds for other purposes?



1          MS. JOHNSON:  Object to form.

2          You can answer.

3     A    As I said, it's pretty -- it would depend

4  on what grant and how that grant award was -- should

5  specify their scope of work and their deliverables.

6  With regards to GNETS, they have to submit budgets.

7  They have to get those budgets approved.

8          It's an earnings.  So it's not like

9  they're submitting invoices and getting reimbursed,

10  but they have to provide to the program managers

11  here at the Department of Education their intended

12  use of these funds and it has to be an allowable

13  cost, with regards to GNETS.

14     Q    You just testified that what is

15  specifically stated in the grant award would dictate

16  how the RESAs have discretion to use the funds?

17     A    It could depend on what program was

18  sending the RESAs money.  So this is not the case

19  with -- I don't think they to an award for GNETS.

20  What they do, they submit a budget on our app part,

21  one of our systems, that specifies how they plan to

22  spend these funds.  But they could get an award,

23  say, from our ESSA, rural education division.  They

24  could be -- they could be contracting with them --

25  could be a grant award or they can do a contract

1  with them to provide certain services for the LEA,

2  and that should be dictated in that award or

3  contract as to how those funds should be spent.

4       Q    Do RESAs use these funds to support

5  instruction or services in LEAs?

6            MS. JOHNSON:  Object to form.

7            You can answer.

8       A    They -- depending on the -- which funding

9  we're talking about, yes.  So funding should be used

10  in the district -- the local LEA, through the

11  system, yes.

12       Q    What funds are those that are used in the

13  local LEAs?

14       A    You're saying -- so like in GNETS, they

15  would use them for the students that encompass their

16  area, which it could encompass federal, local and

17  education agencies.  With the state funds, they

18  should be providing services to their local

19  education districts.

20            And with regards to other pots of money,

21  it would depend on what the specific -- what they're

22  specifically required to do as part of that contract

23  or grant.  If it's, say, you know, assisting with

24  financial reporting, as an example, in a rural --

25  several rural districts, then we would expect them



1  to specifically help those rural districts in their,

2  in their area as part of that contract.

3       Q    And do RESAs use these funds to support

4  instruction or services in regional GNETS programs?

5            MS. JOHNSON:  Object to form.

6            You can answer.

7       A    They would use the GNETS funding, yes.

8       Q    Do RESAs use these funds to support

9  Georgia Learning Resources Systems, or GLRS?

10           MS. JOHNSON:  Object to form.

11           You can answer.

12      A    Yes, they get funding for GLRS.

13      Q    And can you describe GLRS?

14      A    That is -- I'm not an expert on GLRS,

15  other than the funding.  Sorry.

16      Q    Do you know whether GLRS staff provide

17  training and support to GNETS personnel?

18           MS. JOHNSON:  Object to form and outside

19      the scope of the topics, but you can answer.

20      A    I'm not aware that's how it's -- it may

21  be, but I'm not aware.

22      Q    Can you explain the effect, if any, on

23  funding when a RESA or LEA is a fiscal agent for a

24  regional GNETS program?

25      A    Yes.  There's no -- we do not treat them



1  differently if they're a RESA or if they're a local

2  district.  Their funding is determined based on

3  their student counts within the GNETS Program.

4       Q    Can you explain the effect, if any, on the

5  funding when a RESA or an LEA is the fiscal agent

6  for a GLRS network?

7            MS. JOHNSON:  Object to form and outside

8       the topics, but you can answer.

9       A    Yeah, I'm not, I'm not aware of that.

10      Q    Do you know whether some RESA or LEAs are

11 fiscal agents for both a GNETS Program and the GLRS

12 network?

13           MS. JOHNSON:  Same objection.

14      A    I believe they are, but I would have to

15 double-check.  I can double-check.  I could look at

16 the GLRS allocations and the GNETS allocations to

17 confirm.

18      Q    If an LEA or a RESA was the fiscal agent

19 for both the GNETS Program and a GLRS network, would

20 they be entitled to the one percent administrative

21 fee for handling the funds in both cases?

22           MS. JOHNSON:  Object to form, and outside

23      the scope of the topics, but you can answer.

24      A    Yeah, I'm not aware of the one percent,

25 I'm not aware of that calculation.  And that's not



1  included in GNETS, I know that.  They would earn it

2  based on counts.  There is no one percent additional

3  funding, that I'm aware of.

4      Q    How is it determined whether training is

5  funded out GNETS funds or GLRS funds?

6          MS. JOHNSON:  Object to form and outside

7      the scope of the topics, but you can answer.

8      A    Training -- I guess if they're providing

9  it in the G -- the GNETS is an earnings.  We run the

10  GNETS Program.

11          GLRS, we have -- it has its own set of

12  deliverables, about what they are supposed to report

13  back as far as the trainings performed or what-not.

14  So I believe that would be how they would, would

15  monitor that.

16          Does that answer your question?

17      Q    Sure.  Are you aware of any efforts by the

18  State to review the cost-effectiveness of the GNETS

19  Program?

20      A    I am not aware of any.

21      Q    Is that something that as a data person

22  you would consider important to an appropriate

23  evaluation of a program?

24          MS. JOHNSON:  Objection; outside the scope

25      of the topics.  And he's speaking on behalf of



1          the State, so his personal consideration is not

2          relevant.

3               But you can answer.

4     A    Can you rephrase that then?

5     Q    Sure.  You previously -- you just

6  testified you are not aware of any efforts by the

7  State to review the cost-effectiveness of the GNETS

8  program; is that right?

9     A    Correct.  I'm not aware of that.

10    Q    In looking into the cost-effectiveness of

11  a program as a data person, something that you would

12  consider appropriate -- consider important to an

13  appropriate evaluation of a program?

14          MS. JOHNSON:  Same objection.

15          You can answer.

16    A    I, I do not consider that my

17  responsibility.  I think that's more of a -- across

18  the street.

19          Our responsibility is to provide the

20  funding to the districts and the GNETS based on how

21  the laws are written, and that's what we -- that's

22  what we focus on.

23    Q    Have you ever been asked to provide data

24  for someone who is conducting an analysis of the

25  cost-effectiveness of the GNETS program?



1          MS. JOHNSON:  Object to form and outside

2      the scope of the topics, but you can answer.

3      A    No, I am not.

4      Q    Hopefully we can easily scroll now to the

5  RFA request 127.

6          Please let me know when you're there.

7      A    127?

8      Q    Yes.  Perfect.

9      A    Okay.

10     Q    Thank you.

11         The United States asked the State of

12  Georgia to admit that it, quote:  "Has not produced

13  documents identifying, summarizing, or describing

14  the comparative costs of services and supports

15  provided to students with disabilities within the

16  GNETS Program and in general education settings."

17         Is that correct?

18     A    Yes.

19     Q    The State made a number of objectives and

20  answered that, quote, the defendant denied the

21  request.

22         Is that correct?

23         The last --

24     A    Defendant, yes, that's correct.

25     Q    Do you know on what basis the State denied



 1 | this request?
 2 |         MS. ROSS:  Object to form and outside the
 3 |     scope of the topics, but you can answer.
 4 |     A    I'm not aware of why this was denied.
 5 |     Q    So you are not able to identify any
 6 | document that identified, summarized, or described
 7 | the comparative costs of services and supports
 8 | provided to GNETS -- to students with disabilities
 9 | within the GNETS Program and in general education
10 | settings?
11 |         MS. JOHNSON:  Object to form.
12 |         You can answer.
13 |     A    Yeah, no, I am not aware of any.  I have
14 | not seen any reports that do comparisons.
15 |     Q    To your knowledge, do any such comparisons
16 | exist?
17 |         MS. JOHNSON:  Object to form.
18 |         You can answer.
19 |     A    I am not aware of any.  They could have,
20 | some of the budget offices, but I have not seen any.
21 |     Q    This is an easy scroll request.  Right
22 | below, let's discuss Request for Admissions 128.
23 |     A    Okay.
24 |     Q    In request 128 the United States asked the
25 | State of Georgia to admit that it, quote:  "Has not



1  produced documents identifying, summarizing, or

2  describing GaDOE's monitoring of aggregated and

3  disaggregated GNETS Program data to determine

4  cost-effectiveness across programs."  Correct?

5       A    Correct.

6       Q    Do you understand the meaning of the term

7  "cost effectiveness" in this context?

8       A    I believe so.  Well, I think it is whether

9  or not we're getting bang for our bucks with GNETS.

10      Q    So --

11      A    That's how I --

12      Q    Do you understand the term "GNETS Program

13 data" in this context?

14      A    Yes.

15      Q    And what would it include?

16      A    I'm guessing to me it would include GNETS

17 Program data, which would be an analysis of the

18 GNETS programs.  Has to do with how much they earn,

19 what they spent their money on, and I would assume

20 some type of educational or another goal that they

21 had, that they were -- something to judge it

22 against.

23      Q    Thank you.  Sorry, I didn't mean to cut

24 you off.  Was there anything else?

25      A    Oh, no, that's it.



1       Q    Do you understand the term "monitoring" in

2   this context?

3       A    Yes.

4            MS. JOHNSON:  Object to form.

5            You can answer.

6       A    Yes.

7       Q    And what does it mean in this context?

8       A    In this context to me it would mean that

9   we at the Department of Education was monitoring

10  these programs that we have or may not have.  We

11  would be monitoring them to see if they are

12  cost-effective.

13      Q    Thank you.

14           The State made a number of objections and

15  answered that, quote:  "Defendant denies the

16  request."  Is that correct?

17      A    Correct.

18      Q    Do you know what the basis for this denial

19  is?

20           MS. JOHNSON:  Object to form; outside the

21      scope of the topics but you can answer.

22      A    I do not know.

23      Q    To your knowledge, does the State monitor

24  GNETS Program data aggregated or disaggregated to

25  determine cost-effectiveness?



1        A    To my knowledge, we do not.

2        Q    Are you familiar with the 2010 audit of

3   the GNETS Program conducted by the Georgia

4   Department of Audits and Accounts?

5        A    I heard of it, but I'm not -- I was -- I

6   heard of it, yes.

7        Q    I'd like to show you what has previously

8   been marked as Plaintiff's Exhibit 601.  It is Bates

9   No. US0005211.

10            Once it's up, this will be the 2010 Audit

11  of the GNETS program conducted by the Georgia

12  Department of Audits and Accounts.

13            (WHEREUPON, Plaintiff's Exhibit-601 was

14        marked for identification.)

15  BY MS. CHEVRIER:

16       Q    This is a formerly marked document, so the

17  scan -- so we'll have to look closely.

18            Do you see on the first page, on the

19  left-hand side, where it says, "Why we did this

20  review"?

21            It's in the gray box.

22       A    Yes.

23       Q    Do you see where it says, "This audit was

24  conducted," quote, "to ensure that GaDOE is being a

25  good steward of the state and federal funds



1  appropriated for the operation of the GNETS

2  program"?

3       A    Yes.

4       Q    Do you see where the findings of the audit

5  were summarized in the introduction as follows, and

6  if you scroll up a little.

7       A    Sorry.

8       Q    No worries.  Do you see the heading where

9  it says "What we found"?

10      A    Yes.

11      Q    Directly under that do you see where it

12 says, quote:  "Currently, the Georgia Department of

13 Education (GaDOE) cannot demonstrate that the

14 services provided to the students in the Georgia

15 Network for Educational and Therapeutic Support

16 (GNETS) Program have resulted in improvements to

17 behavior or academic performance.  Given the

18 vulnerability of the population it serves and the

19 amount of state resources expended, GaDOE has an

20 increased need for accountability to ensure that all

21 GNETS programs have an on-going system for

22 documenting effectiveness and program improvement"?

23      A    Yes, I see that.

24      Q    Have you heard this finding before?

25      A    Um, I do not recollect.  I mean I believe



1  I may have been on the meeting.  I wasn't directly

2  -- this is a performance audit.  My area is more in

3  the financial audits.

4       Q    To your knowledge, has the State taken any

5  steps toward improving accountability, as described

6  in the State's Department of Audits and Accounts?

7            MS. JOHNSON:  Object to form and outside

8       the scope of the topic.

9            You can answer.

10      A    I'm not aware of any.

11      Q    Can we scroll to what is Bates No.

12 US0005227?

13      A    A separate document?

14      Q    No.  Sorry.  It's the same document.

15           On the bottom right-hand side there's a

16 Bates number.  So we basically added Bates numbers,

17 and I'm going to scroll to where the last four

18 digits are 5277.

19           MS. JOHNSON:  That number right there.

20      Scroll to get to 5277.

21           THE WITNESS:  Got you.

22      Q    That's the page.

23      A    Okay.

24      Q    Do you see where it says that "there is no

25 assurance that GNETS is a cost-effective placement



1  for providing these services"?

2       A    Yes, I see that.

3       Q    Do you see where it says that its failure

4  follows both from the lack of data on successful

5  outcomes and from the absence of, quote, "complete

6  information relating to GNETS total expenditures,

7  including local contributions and other leveraged

8  resources"?

9       A    Yes, I see that.

10      Q    Do you see under the heading -- oh, let's

11  -- sorry.  Continue scrolling down to where the last

12  four digits of the Bates number of 5235.

13          That's the correct page.

14          Do you see where it says:  "GaDOE does not

15  collect sufficient data to determine whether the

16  GNETS Program is cost-effective"?

17      A    Yes.

18      Q    And do you see where it says:  "GaDOE

19  needs complete information on expenditures, data on

20  the number of students diverted from higher cost

21  placements, and a method for assessing student

22  outcomes from these placements?"

23      A    Yes, I see that.

24      Q    Has GaDOE developed a system for

25  collecting this data and calculating



1  cost-effectiveness, as described by the audit team?

2      A    I'm not aware of any.

3      Q    Thank you.

4          MS. CHEVRIER:  Can we take a brief couple

5      minute pause off the record?

6          THE VIDEOGRAPHER:  Hearing no objecting,

7      we're off the record at 1:40 p.m.

8          (A recess was taken.)

9          THE VIDEOGRAPHER:  We are back on the

10     record, 1:44 p.m.

11         Proceed.

12         MS. CHEVRIER:  Thank you so much for your

13     testimony, Mr. Roam.  That's all from us.

14         MS. JOHNSON:  No questions on behalf of

15     the State.  So you are finished.

16         THE VIDEOGRAPHER:  We'll go off the

17     record, if there's nothing else, at 1:44 p.m.

18         (Whereupon, the deposition concluded at

19     1:44 p.m.)

20

21

22

23

24

25



1                    C E R T I F I C A T E

2

3    STATE OF GEORGIA:

4    FULTON COUNTY:

5

6            I hereby certify that the foregoing

7    transcript of RUSK ROAM, JR. 30(b)(6) was taken

8    down, as stated in the caption, and the questions

9    and answers thereto were reduced by stenographic

10   means under my direction;

11           That the foregoing Pages 1 through

12   89 represent a true and correct transcript of

13   the evidence given upon said hearing;

14           And I further certify that I am not of kin

15   or counsel to the parties in this case; am not in

16   the regular employ of counsel for any of said

17   parties; nor am I in anywise interested in the

18   result of said case.

19

20           IN WITNESS WHEREOF, I have hereunto

21   subscribed my name this 11th day of March, 2023.

22                    _Wanda L. Robinson_

23   _____

24           Wanda L. Robinson, CRR, CCR No. B-1973
                My Commission Expires 10/11/2023

25



```
 1              D I S C L O S U R E

 2  STATE OF GEORGIA  ) 3/06/23 VIDEOTAPE DEPOSITION OF
    FULTON COUNTY     ) RUSK ROAM, JR. 30(b)(6)
 3              Pursuant to Article 10.B of the Rules and

 4  Regulations of the Board of Court Reporting

 5  of the Judicial Council of Georgia, I make the

 6  following disclosure:

 7              I am a Georgia certified court reporter.

 8  I am here as a representative of Esquire Deposition

 9  Solutions, LLC, and Esquire Deposition Solutions,

10  LLC was contacted by the offices of U.S. Attorney's

11  Office to provide court reporter services for this

12  deposition.  Esquire Deposition Solutions, LLC will

13  not be taking this deposition under any contract

14  that is prohibited by O.C.G.A. 9-11-28 (c).

15              Esquire Deposition Solutions, LLC has no

16  contract/agreement to provide court reporter

17  services with any party to the case, or any counsel

18  in the case, or any reporter or reporting agency

19  from whom a referral might have been made to cover

20  this deposition.

21              Esquire Deposition Solutions, LLC will

22  charge the usual and customary rates to all parties

23  in the case, and a financial discount will not be

24  given to any party to this litigation.

25
```

1              ERRATA SHEET FOR THE TRANSCRIPT OF:

2    Deponent Name:  RUSK ROAM, JR. 30(b)(6)

3    Case Caption:   United States of America vs. State
                     of Georgia
4

5    Case No. :  1:16-cv-03088-ELR

6         I do hereby certify that I have read all
     questions propounded to me and all answers given by
7    me on the 6th day of March, 2023, taken before Wanda
     L. Robinson, and that:
8

9    _____1) There are no changes noted.

10   _____2) The following changes are noted:

11        Pursuant to state rules of Civil Procedure
     and/or the Official Code of Georgia Annotated
12   9-11-30(e), both of which read in part:  Any changes
     in form or substance which you desire to make shall
13   be entered upon the deposition with a statement of
     the reason given for making them.
14        Accordingly, to assist you in effecting
     corrections, please use the form below:
15

16   CORRECTIONS:

17   _____

18   Page      Line         Change        Reason For Change

19   _____

20   _____

21   _____

22   _____

23   _____

24

25



1                    CERTIFICATE  OF DEPONENT

2

3      I hereby certify that I have read and examined

4  the foregoing transcript, and the same is a true and

5  accurate record of the testimony given by me.  Any

6  additions or corrections that I feel are necessary,

7  I will attach on a separate sheet of paper to the

8  original transcript.

9

10                    _____

11                         Signature of Deponent

12

13      I hereby certify that the individual

14  representing himself/herself to be the above-named

15  individual, appeared before me this _____ day of

16  _____, 2023. and executed the above

17  certificate in my presence.

18

19

20                    _____

21                            NOTARY PUBLIC

22

23  MY COMMISSION EXPIRES:

24

25

