# Exhibit A

1              THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                      ATLANTA DIVISION

3

UNITED STATES OF              )
4   AMERICA,                     )
                                 )
5              Plaintiff,    )
                                 )
6         vs.                    ) CASE NO. 1:16-CV-03088-ELR
                                 )
7   STATE OF GEORGIA,           )
                                 )
8              Defendant.    )

9

10

11

12

13

14         VIDEOTAPED DEPOSITION OF DANTE MCKAY

15                   ATLANTA, GEORGIA

16              THURSDAY, MARCH 9, 2023

17

18                 (Reported Remotely)

19

20

21

22

23   REPORTED BY:  TANYA L. VERHOVEN-PAGE,
                   CCR-B-1790
24

25   FILE NO.  J9414077



```
 1   that I'm referring to the community service board?

 2        A    Yes.

 3             (Previously marked Plaintiff's

 4        Exhibit No. 965 was identified for the

 5        record.)

 6   BY MS. CHEVRIER:

 7        Q    Excellent.  I'd like to show you what was

 8   previously marked as Plaintiff's Exhibit 965.

 9        A    Okay.

10        Q    I'll give my colleague a minute to bring

11   it up.

12             Are you able to see this document?

13        A    Yes.

14        Q    And you should have the opportunity to

15   scroll and manipulate through it.  This is the

16   Deposition Notice filed with the Court that states

17   that the United States served a 30(b)(6) deposition

18   notice on March 1st, 2023 for testimony related to

19   the items included in Attachment A, correct?

20        A    Are you asking me?

21        Q    Yes.  I'm asking you to confirm that

22   that's the document that's up.

23        A    Oh, I don't know.  This is my first time

24   seeing this document.

25        Q    Can you confirm that on the top it says
```



1    Notice of 30(b)(6) Deposition?

2         A      Yes, I see that.

3         Q      Okay.  And so you have not seen this

4    notice before; is that correct?

5         A      Correct.

6         Q      Is it your understanding that you are

7    present today to provide testimony in response to the

8    topics listed in attachment A, specifically Topics 18

9    and 19?  And I can give you a moment to scroll to

10   that.  It's at the end of the document.

11        A      Okay.  I've reviewed 18 and 19.  Yes,

12   I -- that aligns to my understanding of my deposition

13   today.

14        Q      Excellent.  And what is the basis of your

15   knowledge for these topic areas?

16        A      I direct the Office of Children, Young

17   Adults and Families within the Behavioral Health

18   Division at DBHDD, and Apex is a program that we

19   fund, evaluate and monitor.

20        Q      And you've already answered this, but

21   again for the record, can you state specifically your

22   title at the State of Georgia?

23        A      I direct the Office of Children, Young

24   Adults and Families.

25        Q      So is your position the director?



1          A     Yes.

2          Q     And what are your job responsibilities in

3     this role?

4          A     To lead the office, to manage the staff

5     at the office, to be liaison between the office and

6     executive leadership and with community stakeholders,

7     in a nutshell.  So plan, manage, monitor and fund

8     behavioral health-related programming.

9          Q     How long have you held this role?

10         A     Since February 16th, 2016.

11         Q     And who do you report to?

12         A     Currently, I report to Adrienne Johnson,

13    who is the interim director of the behavioral health

14    division.

15         Q     And who did you report to previously?

16         A     To Monica Johnson, who was director of

17    the behavioral health division.

18         Q     And who reports to you currently?

19         A     Are you asking for names or titles?

20         Q     If you could provide names and titles

21    starting with direct reports, that would be great.

22         A     Okay.  Dr. Stephanie -- gosh -- Pearson.

23    Dr. Stephanie Pearson, who is my clinical director.

24    She's a direct report.  Dr. Kristi Burk is a program

25    director who is a direct report.  Layla Fitzgerald is



1   Ashuanni -- I'm blanking on her name, she's one of

2   our new hires.  Ashuanni Straw is a program

3   coordinator that reports to Layla Fitzgerald.

4              Nobody reports to Dr. Flowers.  Nobody

5   reports to Thandiwe Harris, and Dr. Burk has Brittany

6   Estrella, who is a program coordinator reporting to

7   her.

8        Q    Thank you.  How does your current role

9   relate to the questions you are here to provide

10  testimony about today?

11       A    Well, as the office director, I approved

12  this program and receive reports on performance to

13  this program and had a role in procurement that led

14  to the providers selected for this program.  And --

15       Q    Did you receive -- sorry, go ahead.  I

16  didn't mean to cut you off.

17       A    And I have been involved in -- as part of

18  the procurement processes, these are -- I don't

19  remember which because we had a few different

20  procurements as it relates to Apex, but typically

21  there is either a -- a Q&A session -- there's a

22  different title, but essentially it's a Q&A session

23  that interested vendors participate in.  And

24  sometimes that can be in-person, slash, virtual or it

25  can be through written Q&A.  And I would have had



1   some role in those.

2        Q     Thank you.  Did you receive any

3   information from anyone other than counsel that you

4   will be relying on to respond to these -- to

5   questions about these topics today?

6        A     No.

7        Q     What is your highest level of education?

8        A     I have a law degree and I have a Master's

9   in Public Administration.

10       Q     And where is your law degree from?

11       A     Southern University Law Center in Baton

12  Rouge, Louisiana.

13       Q     And what's the date of your JD?

14       A     That would have been May 2007 --

15       Q     And where is your Master's in Public

16  Administration from?

17       A     The City University of New York Baruch

18  College.

19       Q     And what is the date that you received

20  that degree?

21       A     I think June of 2011.  Oh --

22       Q     And how does your -- sorry.

23       A     -- excuse me.  July 2011.

24       Q     How does your education background relate

25  to your current role?



1            and that payor that covered that life.

2                    If they're -- if the payor does

3        not -- is not -- does not approve

4        school-based services, having a

5        professional there in case of a crisis to

6        respond and stabilize also increases

7        access.  But, in those scenarios,

8        long-term services, of course, would not

9        be available because it was not a part of

10       the -- I guess, the benefit plan of a

11       particular payor.

12   BY MS. CHEVRIER:

13       Q     What is the Apex program?

14       A     Apex is a school-based mental health

15   program.

16       Q     When was it created?

17       A     Sometime in 2015.  It predates my tenure

18   at the department.

19       Q     And what is the purpose of the Apex

20   program?

21       A     To increase access to services for

22   students that are uninsured, have instance of

23   Medicaid or Managed Care Medicaid, to essentially

24   eliminate barriers by being in place.  One of the

25   goals is early detection.  So by being in place, as



1    those needs arise, the provider is there to offer

2    services.

3              And to create relationships between local

4    community providers.  The department, DBHDD, does not

5    provide direct services to children, 100 percent of

6    the services are contracted out.  So to encourage and

7    nurture and support relationships between those

8    approved community providers and schools and school

9    districts.

10        Q    I think you've addressed this question

11   already, but I'm going to give you the opportunity to

12   answer it in case there's anything you want to add.

13             What needs does the Apex program address?

14             Oh, I can no longer hear you.

15             THE REPORTER:  I can't hear him.

16             THE WITNESS:  Can you hear me?

17             MS. CHEVRIER:  Oh, yes.

18             THE WITNESS:  Okay.  Something

19      happened with my Bluetooth.  Can you hear

20      me?

21             MS. CHEVRIER:  Yes.

22             THE WITNESS:  Okay.  Can you

23      restate the question?  I'm sorry.

24   BY MS. CHEVRIER:

25        Q    Sure.  I know that you've already touched



1    on this, but I want to make sure you have the

2    opportunity to answer this question specifically.

3                What needs does the Apex program -- what

4    needs does the Apex program intend to address?

5         A     Generally speaking, mental health

6    services and support for students.  So we think

7    about -- we think about Apex as a three-tiered model,

8    Tier 1 is universal prevention, Tier 2 is like a

9    middle tier.  It's kind of an at-risk tier.  Students

10   who may be in that tier may not have a diagnosis.

11   And then Tier 3, which is the identified tier, which

12   students have a diagnosis and require some ongoing

13   support, like individual counseling or family

14   counseling or group counseling.

15               And then also included in Tier 3 would be

16   crisis services.  So if a child goes into crisis

17   within a school setting or if an embedded provider

18   is -- may not be in that school but may be across the

19   street at another school, our funds allow them to

20   respond and stabilize that crisis, regardless of

21   payor.  But if their provider is not approved by the

22   insurance company, then they would need to refer that

23   student to their medical home.  So their pediatrician

24   or where they receive outpatient services.

25

```
 1    BY MS. CHEVRIER:

 2         Q      Is DBHDD the state agency with primary

 3    responsibility over the Apex program?

 4                MS. JOHNSON:  Object to form.

 5                THE WITNESS:  Yes.

 6                MS. JOHNSON:  You can answer.

 7                THE WITNESS:  Yes.

 8    BY MS. CHEVRIER:

 9         Q      How does the Apex program work?  If you

10    could describe how these services and supports get in

11    schools.

12         A      The department released procurement,

13    either a request for proposal or a statement of need,

14    to DBHDD-approved providers.  Those providers

15    submitted proposals.  There were teams of individuals

16    that reviewed the core of those proposals based upon

17    some criteria and funding that was available.  As a

18    part of that requirement, provider agencies were

19    required to include letters of support from school,

20    district superintendent.  And the plan for schools

21    that they were asking for funds for, against a formal

22    procurement process is -- and in scoring, is how the

23    providers that are part of Apex were selected.

24                And the school district as the provider

25    determined the school that the provider agencies
```



1    would embed their employees.  Those employees are,

2    you know, available in the schools some period of

3    time.  It just depends on the district.  They could

4    be there every day, all day, they could be there one

5    day per week.  It just varies across the state.

6              And during that time they are seeing

7    students individually or -- you know, the same format

8    they would have if they were in an outpatient clinic.

9    They would -- some of them have space, for instance,

10   for providers to have a dedicated space in schools to

11   see students.  But not all do, but most do.

12             So they'll have a case load of students

13   that are referred by, most times, a counselor or a

14   social worker and they see them for some period of

15   time, until goals are met or if it's ongoing.  I

16   mean, it looks different.

17        Q    When you first started answering this

18   question, you said the department releases

19   procurement.  By department, did you mean DBHDD?

20        A    Yes, correct.

21        Q    And what are the types of services and

22   supports that are provided through the Apex program?

23        A    Behavioral health assessment.  I don't

24   know them all.  I mean, just generally speaking,

25   behavioral health assessment, individual counseling,



1   group counseling, family counseling, community

2   support, which is a skill-building component, general

3   kind of mental health wellness and promotion.  So

4   being available for in-service or student assembly.

5   Those sorts of things.

6          Q       Is it fair to say that the Apex program

7   involves a partnership between a community service

8   board and a school?

9          A       It's broader than that.  So embedded in

10  the question, yes, but Apex also includes non-CSB

11  providers.

12         Q       What is a community service board?

13         A       My understanding is it's an

14  instrumentality of the state.  The --

15         Q       I'm sorry.  Go ahead.

16         A       I'm sorry.  They are quasi governmental

17  behavioral health providers for the department.  They

18  are our safety net.  Our Tier 1 providers, which make

19  up our safety net.

20         Q       And what are the other non-CSB providers

21  with which Apex programs partner?

22         A       I don't know them all offhand, but I

23  think there are maybe ten or so, all around the

24  state.

25         Q       Do you have any examples?



1        A      Sure.   So Care Partners would be one.

2   Family Ties, CHRIS 180, Georgia Hope, Vashti, Tanner

3   Medical -- I think -- Academy, or Family Empowerment,

4   Social Empowerment.

5              I wasn't counting.  I don't know if

6   anybody was.

7        Q      Sounds --

8        A      Okay.

9        Q      And those are programs that the Apex

10  program sometimes partners with depending regionally;

11  is that fair to say?

12       A      The providers would have also

13  submitted -- responded to the procurement, whether it

14  was a statement of need or RFQ, submit a proposal,

15  met all the requirements of the procurement and

16  scored well and were selected.  But once they were

17  selected to be an Apex provider, we continue to work

18  with them as Apex providers, you know, as long as

19  funding is available within the budget.

20       Q      Where are Apex services provided?

21       A      All over the state.  I -- specifically,

22  I -- that's my best answer.  All over the state.  So

23  not every district or school has an Apex.  Last

24  count, maybe a little over 700 of the 2,200 schools

25  within the state.



1        A        Possibly, if the behavior was mental

2    health in nature.

3        Q        If Apex services were available for all

4    students exhibiting severe behavioral issues, and we

5    can assume that at least some of those severe

6    behavioral issues had bases in mental health, would

7    you expect that those severe behavioral issues could

8    decrease with Apex services?

9                MS. JOHNSON:  Same objection.

10               THE WITNESS:  It is possible.

11               MS. CHEVRIER:  I'd like the court

12          reporter -- I'd like to show what is

13          being marked as Plaintiff's Exhibit 978.

14               (Plaintiff's (McKay) Deposition

15          Exhibit No. 978 was marked for the

16          record.)

17   BY MS. CHEVRIER:

18       Q        We'll give my colleague a moment to bring

19   it up.  This is a screen capture of a website titled

20   Apex 3.0 Frequently Asked Questions, correct?

21       A        Yes.

22       Q        And I'll indicate for the record that,

23   because it's a screen capture, the document shows the

24   time stamp of the capture at the bottom of the page

25   and if information is cut off by this text, the text



1   BY MS. CHEVRIER:

2        Q      So does this answer accurately reflect

3   the philosophy of DBHDD?

4              MS. JOHNSON:  Object to form.

5              THE WITNESS:  Yes.

6   BY MS. CHEVRIER:

7        Q      Why was it determined that, quote, Apex

8   services cannot be provided in GNETS standalone

9   facilities?

10             MS. JOHNSON:  Object to form.

11             THE WITNESS:  Because it was our

12        understanding that standalone facilities,

13        the model would not comport.  The

14        three-tier model would not comport to a

15        standalone facility.

16  BY MS. CHEVRIER:

17       Q      Who was involved in the decision that

18  Apex services cannot be provided in GNETS standalone

19  facilities?

20             MS. JOHNSON:  Object to form.

21             THE WITNESS:  I would have

22        inherited the decision and continued it.

23  BY MS. CHEVRIER:

24       Q      And what is -- you mentioned the three

25  tier.  What is the rationale for this policy, or

