# Exhibit E

| | |
|---|---|
| **From:** | Melanie Johnson |
| **To:** | Watson, Andrea (CRT); Josh Belinfante; Anna Edmondson; Ed Bedard; Alexa Ross iCloud; Javier Pico-Prats; Danielle Hernandez |
| **Cc:** | Gardner, Kelly (CRT); BellHughes, Aileen (USAGAN); Lill, Victoria (CRT); Tayloe, Laura (CRT); Tucker, Michelle (CRT); Cohen, Frances (CRT); Chevrier, Claire (CRT); Holkins, Patrick (CRT); Polansky, Jessica (CRT); Adams, Crystal (CRT); Gillespie, Matthew (CRT); Ewers, Allison (CRT); Levert, Sandra (CRT) |
| **Subject:** | [EXTERNAL] RE: United States v. Georgia (GNETS) |
| **Date:** | Friday, November 10, 2023 6:06:02 PM |

Andrea,

Mr. McKay's affidavit speaks for itself. To the extent you disagree, given the timetable we're operating under, the issue is now one for summary judgment.

Thanks and have a great weekend,
Melanie

## Melanie L. Johnson
T: 404 856 3252 | E: mjohnson@robbinsfirm.com

**From:** Watson, Andrea (CRT) <Andrea.Watson2@usdoj.gov>
**Sent:** Thursday, November 9, 2023 2:40 PM
**To:** Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Melanie Johnson <melanie.johnson@robbinsfirm.com>; Anna Edmondson <Anna.Edmondson@robbinsfirm.com>; Ed Bedard <Ed.Bedard@robbinsfirm.com>; Alexa Ross iCloud <alexarross@icloud.com>; Javier Pico-Prats <javier.picoprats@robbinsfirm.com>; Danielle Hernandez <Danielle.Hernandez@robbinsfirm.com>
**Cc:** Gardner, Kelly (CRT) <Kelly.Gardner@usdoj.gov>; BellHughes, Aileen (USAGAN) <Aileen.Bell.Hughes@usdoj.gov>; Lill, Victoria (CRT) <Victoria.Lill@usdoj.gov>; Tayloe, Laura (CRT) <Laura.Tayloe@usdoj.gov>; Tucker, Michelle (CRT) <Michelle.Tucker@usdoj.gov>; Cohen, Frances (CRT) <Frances.Cohen2@usdoj.gov>; Chevrier, Claire (CRT) <Claire.Chevrier@usdoj.gov>; Holkins, Patrick (CRT) <Patrick.Holkins@usdoj.gov>; Polansky, Jessica (CRT) <Jessica.Polansky@usdoj.gov>; Adams, Crystal (CRT) <Crystal.Adams@usdoj.gov>; Gillespie, Matthew (CRT) <Matthew.Gillespie2@usdoj.gov>; Ewers, Allison (CRT) <Allison.Ewers@usdoj.gov>; Levert, Sandra (CRT) <Sandra.Levert@usdoj.gov>
**Subject:** United States v. Georgia (GNETS)

Good afternoon,
To ensure that we're relying on the correct materials in our review of the State's Motion to Exclude Testimony of Dr. Putnam, can you please let us know the following:

1. What was the date of the "informal cost estimate for expanding the APEX program to all 2,308 public schools in Georgia" that Dante McKay discusses in his declaration attached as Exhibit 4 to the State's Motion to Exclude Testimony of Dr. Putnam?
2. Please let us know whether the same informal cost estimate and the data on which it relied have been produced to the United States, and if so, please provide us with the

Bates Numbers in the State's production for those items.

Thanks in advance for your assistance.  Please let us know if it would be helpful to discuss either of the questions above by phone.

Best regards,
Andrea


**Andrea Hamilton Watson**
Special Litigation Counsel
U.S. Department of Justice, Civil Rights Division
Educational Opportunities Section
(202) 305-5924
Andrea.Watson2@usdoj.gov