# EXHIBIT 1

# In the Matter Of:

## UNITED STATES vs STATE OF GEORGIA

1:16-cv-03088-ELR

## ANDREW WILEY, PH.D.

*October 30, 2023*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
 2                        ATLANTA DIVISION

 3
     UNITED STATES OF AMERICA,         Civil Action No.
 4                                     1:16-cv-03088-ELR
             Plaintiff,
 5
         vs.
 6
     STATE OF GEORGIA,
 7
             Defendant.
 8   ~~~~~~~~~~~~~~~~~~~~

 9

10            Video Recorded Deposition of:

11                 ANDREW WILEY, Ph.D.

12

13            Monday, October 30, 2023

14                    8:59 a.m.

15

16                      Jones Day
                   901 Lakeside Avenue
17                Cleveland, Ohio 44114

18

19     Reported By:  Sarah R. Drown, RDR, CRR

20

21

22

23

24

25
```



```
 1              APPEARANCES OF COUNSEL

 2
        On behalf of the Plaintiff:
 3
             MATTHEW K. GILLESPIE, ESQ.
 4           CRYSTAL ADAMS, ESQ.
             CLAIRE CHEVRIER, ESQ. (Via Zoom)
 5           FRANCES COHEN, ESQ. (Via Zoom)
             ANDREA HAMILTON WATSON, ESQ. (Via Zoom)
 6           VICTORIA LILL, ESQ. (Via Zoom)
             JESSICA POLANSKY, ESQ. (Via Zoom)
 7           LAURA TAYLOE, ESQ. (Via Zoom)
             MICHELLE L. TUCKER, ESQ. (Via Zoom)
 8           U.S. DEPARTMENT OF JUSTICE
             950 Pennsylvania Ave., NW
 9           Suite 7273 NWB
             Washington, D.C. 20530-0001
10           202.803.1302
             Matthew.gillespie2@usdoj.gov
11           Crystal.adams@usdoj.gov
             Claire.chevrier@usdoj.gov
12           Frances.cohen2@usdoj.gov
             Andrea.watson2@usdoj.gov
13           Victoria.lill@usdoj.gov
             Jessica.polansky@usdoj.gov
14           Laura.tayloe@usdoj.gov
             Michelle.tucker@usdoj.gov
15

16
        On behalf of the Defendant:
17
             MELANIE JOHNSON, ESQ.
18           ANNA EDMONDSON, ESQ.
             ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC
19           500 14th Street, Northwest
             Atlanta, Georgia 30318
20           678.701.3258
             Mjohnson@robbinsfirm.com
21           Aedmondson@robbinsfirm.com

22
   ALSO PRESENT:
23
      STACEY SUBER-DRAKE, ESQ. (Via Zoom)
24    GEORGIA DEPARTMENT OF EDUCATION

25    BRIAN MCCOLLUM, VIDEOGRAPHER
```



```
 1   inverse.
 2   A.      Okay.
 3   Q.      Are there some things you agree would
 4   make a separate setting categorically
 5   inappropriate even if it's otherwise
 6   specialized?
 7           MS. JOHNSON:  Object to form.
 8   A.      Yeah.  I mean, -- categorically.  So
 9   you mean, like, not just individual students?
10   Q.      Categorically.
11   A.      I mean, -- so I think what you're
12   getting at is that you have to have a program
13   that implements research-based services and
14   programs, things that the student needs and in
15   terms of addressing whatever the full range of
16   needs is for that student.
17           And, I mean, I would have to have
18   whatever setting it is -- or the program has to
19   have the capacity to implement those.  And that
20   would mean resources and it would mean the
21   training and it would mean, you know, all of
22   those kinds of things that are required to
23   implement the IEP specific to the individual
24   student.
25   Q.      And again this goes back to, again,
```



Case 1:16-cv-03088-ELR   Document 440-1   Filed 11/21/23   Page 6 of 8

**Exhibit 1**

ANDREW WILEY, PH.D.
UNITED STATES vs STATE OF GEORGIA
October 30, 2023
302

```
 1   too much focus on that, but as far as the way I
 2   reviewed the literature as part of, not my
 3   entire, rebuttal report was -- it was made with
 4   effort to be objective about what the research
 5   says.
 6        Q.     And if you were to opine on the GNETS
 7   program specifically, what methodology would you
 8   use to conduct a thorough evaluation?
 9        A.     And this would be similar to, you
10   know, my experience with program evaluation.
11   And I can give you that example.  Now, this was
12   one program within a Massachusetts collective,
13   but --
14        Q.     You're talking about back when you
15   were --
16        A.     Yes.
17        Q.     -- a graduate student?
18        A.     Right.  And I haven't pulled the name
19   of the school yet.
20               Observations, records reviews,
21   interviews with faculty.  And we had
22   instruments, because this was a research
23   instrument -- institution for systematic reviews
24   of records and observation tools that allowed us
25   to focus on particular things and state upfront
```



Case 1:16-cv-03088-ELR   Document 440-1   Filed 11/21/23   Page 7 of 8

**Exhibit 1**

ANDREW WILEY, PH.D.
UNITED STATES vs STATE OF GEORGIA
October 30, 2023
303

```
 1  here's what we were looking for.
 2           So we were trying to give the
 3  leadership, and also the faculty there, as
 4  accurate of a picture of what we saw going on
 5  with our program and make recommendations for
 6  how they might improve.
 7           So program evaluation includes some of
 8  the things.  And I get it, there are decisions
 9  that have to be made in limited periods of time,
10  but that's what I would suggest would have added
11  more credibility to some of the conclusions.
12     Q.    And how large was that program in
13  Massachusetts?
14     A.    That was one school.  So I -- you
15  know, I can only ballpark.  30 to 40 students.
16     Q.    And what was your process with -- so
17  you said, again, that your report is about --
18  mostly about being a synthesis of the research,
19  and so what was your process, then, for
20  synthesizing the research?
21     A.    Oh.  Well, I looked at specific claims
22  about, you know, just, for example, you know, we
23  now know that X, Y, and Z are effective and can
24  be implemented in general ed.  Like those kinds
25  of -- and then I said well, what is the actual
```



1           I'm giving the examples of section IV,
2    I want to say, where I was looking at, you know,
3    what do we know about making general ed
4    appropriate and effective for students with
5    behavior-related disabilities.
6         Q.    But you would agree that the
7    evaluation you conducted would not have been
8    consistent with standards in your field if you
9    were opining specifically on the sufficiency of
10   the GNETS program, correct?
11        A.    What I think I did here was
12   appropriate for a rebuttal report of specific
13   claims.
14              If my task was to go and evaluate a
15   program, then I would have used a different set
16   of methods.  Some of them would have been
17   similar to, for example, Dr. McCart.  And I know
18   Dr. Putnam also visited some.
19              But I would have used a more
20   structured transparent approach.  That's all I'm
21   saying.
22        Q.    Understood.  Thank you.
23              Let's go to page 25, please.
24        A.    Yes.
25                   THE WITNESS:  Does it matter that

