1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
2                      ATLANTA DIVISION

3

4  UNITED STATES OF AMERICA,
                               ) CIVIL ACTION
5           Plaintiff,         ) NO. 1:16-cv-03088-ELR
                               )
6  vs.                         )
                               )
7  STATE OF GEORGIA,           )
                               )
8           Defendants.        )
                               )
9  - - - - - - - - - - - - - - )

10

11                VIDEO DEPOSITION OF

12                   DANTE T. McKAY

13

14      Thursday, January 27, 2022, 10:07 a.m., EST

15

16

17

18

19           HELD AT:

20           Robbins Alloy Belinfante Littlefield LLC
             500 14th Street, N.W.
21           Atlanta, Georgia  30318

22      -----------------------------------------------

23

             WANDA L. ROBINSON, CRR, CCR, No. B-1973
24        Certified Shorthand Reporter/Notary Public

25



DANTE T. MCKAY                                          January 27, 2022
UNITED STATES OF AMERICA vs STATE OF GEORGIA                            2

```
 1                 APPEARANCES OF COUNSEL

 2

 3   Appearing on Behalf of the Plaintiff:

 4
         PATRICK M. HOLKINS, ESQUIRE
 5       FRANCES S. COHEN, ESQUIRE
         U.S. Department of Justice
 6       Civil Rights Division
         950 Pennsylvania Avenue, N.W.
 7       Washington, D.C. 20579
         T:  202.305.6630   F:
 8       E-mail:  Patrick.Holkins@usdoj.gov
                  Frances.Cohen@usdoj.gov
 9

10              - and -

11       AILEEN BELL HUGHES, ESQUIRE
         Assistant United States Attorney
12       600 U.S. Courthouse
         75 Ted Turner Drive SW
13       Atlanta, Georgia  30303
         T:  404.581.6000   F:  404.581.6181
14       E-mail:  Aileen.bell.hughes@usddoj.gov

15

16

17   Appearing on Behalf of the Defendant:

18
         JAVIER PICO PRATS, ESQUIRE
19       DANIELLE HERNANDEZ, ESQUIRE
         Robbins Alloy Belinfante Littlefield LLC
20       500 14th Street, N.W.
         Atlanta, Georgia  30318
21       T:  404.856.3261
         E-mail:  javier.picoprats@robbinsfirm.com
22                dhernandez@robbinsfirm.com

23

24

25
```



```
 1  ALSO PRESENT VIA ZOOM:

 2  U.S. ATTORNEY'S OFFICE:

 3

 4          RENEE WOHLENHAUSE, ESQUIRE

 5          KELLY GARDNER, ESQUIRE

 6          CLAIRE CHEVRIER, ESQUIRE

 7          VICTORIA LILL, ESQUIRE

 8          ANDREA HAMILTON, ESQUIRE

 9          LAURA CASSIDY TAYLOE, ESQUIRE

10          LAURA SOLLARS, ESQUIRE

11          MICHELLE TUCKER, ESQUIRE

12

13

14

15

16

17

18

19

20  ALSO PRESENT:

21       BRANDON BRANTLEY, Videographer

22

23

24

25
```



```
 1                    INDEX OF EXAMINATIONS

 2

 3  DANTE T. McKAY

 4  By Mr. Holkins                              Page 9

 5

 6

 7                     INDEX OF EXHIBITS

 8  PLAINTIFF'S

 9  NO.                  DESCRIPTION                PAGE

10  Exhibit 1    Amended Notice of Deposition of      11
                 Dante J. McKay
11
    Exhibit 2    Job Listing - Director Of            17
12               Children, Young Adults and Families
                 Job Posting Dec 22, 2015
13               GA00000022-GA00000023

14  Exhibit 3    Increase Review/Request, Dante McKay  21
                 4/27/20 - GA00249775-GA00249785
15
    Exhibit 4    DBHDD Organizational Struture         25
16               GEORGIA 000009 - GEORGIA 000016

17

18  Exhibit 5    Budget Tracking Summary, Updated      38
                 7.10.2020 - DBHDD Estimated Budget
19               Reduction by Subprogram - FY2020 Base
                 Budget - GA00051873
20
    Exhibit 6    OCYF Book of Business                 59
21               Last Updated - 8/24/20
                 GA1748346
22
    Exhibit 7    OCYF Staff Plan Draft 5/12/20         82
23               GA00250329 - GA00250332

24  Exhibit 8    February 12, 2021 Robbins Letter      84
                 From Alexa Ross To Hamilton/Lill
25
```



DANTE T. MCKAY                                        January 27, 2022
UNITED STATES OF AMERICA vs STATE OF GEORGIA                        5

```
1              INDEX OF EXHIBITS (Continued)

2    PLAINTIFF'S

3    NO.                 DESCRIPTION              PAGE

4    Exhibit 9    Georgia DBHDD Provider Manual For      98
                  Community Behavioral Health Providers
5                 For The DBHDD - Fiscal Year 2022
                  Quarter 1 -
6                 Effective Dates:  7//2021 to 9/30/21

7    Exhibit 10   Georgia Uniform Application           107
                  FY 2020/2021 Community Mental Health
8                 Services Block Grant

9    Exhibit 11   5/14/2018 Email Chain From Dante      115
                  McKay To Wendy Tiegreen
10                GA00006288 - GA00006290

11   Exhibit 12   FAQ For Agency Leadership             139
                  GA00653209 - GA00653210
12
     Exhibit 13   6/27/2016 Email Chain From Dante      145
13                McKay To Pearson, Dempsey
                  GA00582723 - GA00582726
14

15   Exhibit 14   3/1/2019 Email Chain From Deana       150
                  Farmer To Dante McKay
16                GA00636018 - GA00636019

17   Exhibit 15   Active Provider By Service            158
                  The Georgia Collaborative ASO
18                GA00023273 - GA00023313

19   Exhibit 16   Provider Report                       165
                  Between 01/01/2017 and 06/30/2018
20                The Georgia Collaborative ASO
                  GA00023586 - GA00023599
21
     Exhibit 17   2/5/2019 Email Chain From Wendy       169
22                Farmer To John Quesenberry
                  GA00157048 - GA00157050
23
     Exhibit 18   Document Entitled "Measurement Areas 174
24                Draft, SOC State Plan Areas"
                  GA00637089
25
```



1                    INDEX OF EXHIBITS (Continued)

2     PLAINTIFF'S

3     NO.                    DESCRIPTION                    PAGE

4     Exhibit 19  10/19/2016 Email Chain From Dante      176
                  McKay To Recipients
5                 GA00174388 - GA00174389

6     Exhibit 20  Georgia Apex Program (Apex)            181
                  GA00130192 - GA00130195
7

      Exhibit 21  State of Georgia DBHDD Contract        184
8                 GA01472050 - GA01472077

9     Exhibit 22  The Georgia Apex Program Annual        191
                  Evaluation Results
10                July 2019 - June 2020
                  GA01749707
11
      Exhibit 23  Apex Year End Survey 2019-2020         198
12                GA00655695 - GA00655701

13    Exhibit 24  Apex COE/DBHDD Updates:                200
                  January 17, 2020
14                GA00656683 - GA00656686

15    Exhibit 25  2/12/2019 Email Chain From Garry       203
                  McGiboney To Judy Fitzgerald
16                GA00003148

17    Exhibit 26  Apex: COE/DBHDD Team Meeting 6.9.20    206
                  GA00672136
18
      Exhibit 27  8/20/2020 Email Chain From Dante       211
19                McKay To Jones/Boatwright
                  GA00150195 - GA00150196
20
      Exhibit 28  Document Entitled:  "Question: 40%     213
21                Productivity - How will this be
                  Implemented?  How much does each Apex
22                contract receive in total?"
                  GA00250659
23
      Exhibit 29  5/27/2016 Email Chain From Dante       217
24                McKay To Nakeba Rahming
                  GA00581815 - GA00581817
25



1              INDEX OF EXHIBITS (Continued)

2    PLAINTIFF'S

3    NO.                    DESCRIPTION                    PAGE

4    Exhibit 30   DBHDD PowerPoints                        225
                  GA01749504
5
     Exhibit 31   1/29/2020 Email Chain From Danielle      226
6                 Jones To Dante McKay
                  GA00129622 – GA00129625
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
1                    - - - - - -
2        THE VIDEOGRAPHER:  This will be the video
3   deposition of Dante J. McKay, being taken in
4   the matter of United States of America versus
5   State of Georgia.
6        Today's date is January 27, 2022.
7        The time on the record is 10:07 a.m.
8        My name is Brandon Brantley.  I'm the
9   videographer.
10       Counsel, please introduce yourselves for
11  the record, after which the court reporter will
12  swear in the witness.
13       MR. HOLKINS:  Patrick Holkins for the
14  United States.
15       MS. COHEN:  Frances Cohen for the United
16  States.
17       MS. HUGHES:  Aileen Bell Hughes with the
18  U.S. Attorney's Office and representing the
19  United States.
20       MS. HERNANDEZ:  Danielle Hernandez, State
21  of Georgia.
22       MR. PICO PRATS:  Javier Pico, State of
23  Georgia.
24       MR. HOLKINS:  Could the folks on Zoom
25  introduce themselves, please.
```



```
 1              MS. WOHLENHAUS:  Renee Wohlenhaus for the
 2       United States.
 3              MS. GARDNER:  Kelly Gardner for the United
 4       States.
 5              MS. HAMILTON:  Andrea Hamilton for the
 6       United States.
 7              MS. LILL:  Victoria Lill for the United
 8       States.
 9              MS. TAYLOE:  Laura Tayloe for the United
10       States.
11              MS. TUCKER:  Michelle Tucker for the
12       United States.
13              MS. CHEVRIER:  Claire Chevrier for the
14       United States.
15              MS. SOLLARS:  Lauren Sollars for the
16       United States.
17                     - - - - - -
18                     DANTE T. McKAY,
19     being duly sworn, was examined and testified as
20     follows:
21     EXAMINATION
22     BY MR. HOLKINS:
23          Q    Good morning, Mr. McKay.  How are you?
24          A    Doing well.  Good morning.
25          Q    We appreciate you coming today.
```



1         For the record, could you state your name,

2    please.

3         A    Dante T., for Tremaine, McKay, not J.

4         Q    Thank you for that clarification.

5              MR. HOLKINS:   I'll note for the record

6         this is the deposition of Dante McKay in the

7         lawsuit entitled United States v. Georgia, Case

8         No. 1:16-CV-03088.

9    BY MR. HOLKINS:

10        Q    I'd like to just walk through some

11   instructions and kind of a roadmap for the day

12   before we get started.

13             We've got a lot of work to do, a lot of

14   ground to cover, but I'm not interested in making

15   this unnecessarily difficult or uncomfortable.  So

16   toward that end, we'll be taking breaks at least

17   every 90 minutes.

18             If you would like to take a break before

19   that time, just let me know.

20             MR. HOLKINS:   The same goes for counsel.

21        Q    The one request I have, though, is if a

22   question is pending, that you answer the question

23   before we take a break.  Is that all right?

24        A    Yes.

25        Q    I'll note that the deposition is being



1    recorded, both by transcription and by video.

2           For clarity of the record, I ask that you

3    speak at a measured pace, clearly.  It will be also

4    helpful if you could speak up in general.  I'll note

5    that I have a hearing loss, as does my co-counsel

6    Fran Cohen.  So we greatly appreciate your

7    assistance with that.

8           In general, when responding, it would be

9    helpful for the record if you could say yes or no,

10   versus uh-huh or other responses that are not words.

11          Does that make sense?

12     A    Yes.

13     Q    I ask that you in general let me finish

14   questions before you start answers.  Again, just so

15   the record is clear.  Is that okay?

16     A    Yes.

17     Q    At times your counsel may have objections

18   to questions that I ask.  We ask that you answer

19   those questions even if they are objected to, unless

20   you're instructed not to answer.

21          Does that make sense?

22     A    Yeah.

23          (WHEREUPON, Plaintiff's Exhibit-1 was

24       marked for identification.)

25



```
 1  BY MR. HOLKINS:
 2      Q    Mr. McKay, you've just been handed what is
 3  marked Exhibit 1.  Please take a moment to review
 4  the document and let me know when you've finished.
 5           (Witness reviews exhibit.)
 6      A    Okay.
 7      Q    I'll represent for the record that this is
 8  the notice we served on the State for your
 9  deposition in this matter.
10           Mr. McKay, have you seen this document
11  before?
12      A    Yes.
13      Q    And who showed you this document?
14      A    Outside counsel.
15      Q    When did that happen?
16      A    Last week, I believe.
17      Q    And before you received a copy of this
18  notice last week, had you heard about this case?
19      A    Yes.
20      Q    And when did you first hear or learn about
21  this case?
22      A    I don't recall exactly.  It's been a
23  couple of years.
24      Q    Is it something that you learned about
25  after joining DBHDD in your current role?
```



1        A    Yes.

2        Q    And I'll just -- we're going to go through

3   some acronyms but I'll note now for the record that

4   DBHDD is the Department of Behavioral Health and

5   Developmental Disabilities.  Is that correct?

6        A    Yes.

7        Q    Mr. McKay, what is your understanding of

8   what this case is about?

9        A    My understanding about this case is that

10  the Department of Justice has brought a lawsuit

11  against the State of Georgia because of thinking

12  that the GNETS program or system is, I guess,

13  against the law.

14       Q    Thank you.

15            Mr. McKay, do you understand your

16  testimony today is under oath?

17       A    Yes.

18       Q    And do you understand that being under

19  oath means you have an obligation to tell the truth?

20       A    Yes.

21       Q    Is there any reason at all why you cannot

22  testify accurately and truthfully today?

23       A    No.

24       Q    Are you taking any medication or other

25  substance that would interfere with your ability to



1  answer my questions fully and truthfully today?

2      A    No.

3      Q    Have you ever been deposed before?

4      A    No.

5      Q    Have you ever been a plaintiff or

6  defendant in a lawsuit?

7      A    No.

8      Q    So I'm going to be using some acronyms

9  throughout the deposition, and I just want to run

10  through them to make sure we're on the same page

11  about what they mean.  Is that all right?

12     A    Yes.

13     Q    I gave the first one already, which is

14  DBHDD, and when I use that, that will be referring

15  to the Georgia Department of Behavioral Health and

16  Developmental Disabilities.

17     A    Yes.

18     Q    And when I refer to "DCH," do you

19  understand I am referring to the Georgia Department

20  of Community Health?

21     A    Yes.

22     Q    And likewise when I refer to "Georgia

23  DOE," will you understand I'm referring to the

24  Georgia Department of Education?

25     A    Yes.



1    Q    And when I use the term "CMO," will you

2  understand that I'm referring to Care Management

3  Organizations?

4    A    Yes.

5    Q    When I use the term "general education

6  setting," that will mean a public school in Georgia

7  where children with SED -- excuse me.  A public

8  school in Georgia where children with serious

9  emotional disturbances and other behavioral health

10  conditions receive instruction and services

11  alongside children who do not have disabilities.

12  Does that make sense?

13    A    Can you repeat that?

14    Q    When I refer to "general education

15  settings," what I mean is a public school in Georgia

16  where children with behavioral health conditions

17  receive instruction and services alongside children

18  who do not have disabilities.  Does that make sense?

19    A    Yes.

20    Q    When I refer to "GNETS," will you

21  understand that I'm referring to Georgia Network for

22  Education -- excuse me -- Educational and

23  Therapeutic Support?

24    A    Yes.

25    Q    And then, finally, I'll be using the term



1  "OCYF," which means Office of Children, Young Adults

2  and Families, correct?

3       A    Correct.

4       Q    You can go ahead and set aside that first

5  document.  Thank you.

6            I'd like to ask just a few questions about

7  your educational background.

8            Do you have a college degree, Mr. McKay?

9       A    Yes.

10      Q    From where?

11      A    From Clark Atlanta University.

12      Q    When did you obtain that degree?

13      A    In May 1997.

14      Q    In what field?

15      A    Public relations.

16      Q    And do you have a professional degree?

17      A    Yes.  I have a Master's in public

18  administration from Baruch College, City University

19  of New York, and a juris doctor from Southern

20  University Law Center.

21      Q    When did you obtain your JD?

22      A    In May 2007.

23      Q    Are you currently licensed to practice

24  law?

25      A    No.



1      Q    Mr. McKay, you're currently employed by

2    the State of Georgia, correct?

3      A    Correct.

4      Q    And what is your current job title?

5      A    Director, Office of Children, Young Adults

6    and Families, in the Behavioral Health Division.

7      Q    In the DBHDD, correct?

8      A    Correct.

9      Q    And when did you assume that position?

10     A    February 16, 2016.

11          (WHEREUPON, Plaintiff's Exhibit-2 was

12       marked for identification.)

13   BY MR. HOLKINS:

14     Q    Mr. McKay, you've just been handed what's

15   been marked Exhibit 2.  Please take a minute to

16   review the document and let me know when you're

17   finished.

18          (Witness reviews exhibit.)

19     A    Yes, I've reviewed the document.

20     Q    Thank you.

21          MR. HOLKINS:  I'll note for the record

22       that this document was produced by the State to

23       the United States in this matter.

24          The Bates No. is GA00000022.

25   BY MR. HOLKINS:



1    Q    I'll represent that this document is a job

2  listing posted December 22nd, 2015, for the position

3  of Director, Children, Young Adults and Families at

4  DBHDD.

5         Mr. McKay, have you seen this document

6  before?

7    A    Yes.

8    Q    Was this the posting that you responded to

9  that led to you assuming your current position?

10   A    I believe so, yes.

11   Q    You can set this one aside.  Thank you.

12        We'll talk in more depth about your

13 current position, but I first want to go backwards

14 for a little bit and get a sense of what positions

15 you held prior to your current role.

16        And so I'll ask first, have you been

17 employed with the State of Georgia in any other

18 capacity?

19   A    No.

20   Q    And just prior to joining DBHDD in your

21 current role, where were you working?

22   A    I was a state director for Enroll America.

23   Q    What is Enroll America?

24   A    Enroll America was a national nonprofit

25 with a dozen or so offices around the country, that



1  worked to provide public education around the

2  Affordable Care Act.

3      Q    I'm sorry -- state director, got it.

4  Thank you.

5          How long were you in that role in enroll

6  America?

7      A    I believe I joined in 2013.  August of

8  2013.

9      Q    And you were in that role until you became

10  a director of OCYF, correct?

11      A    Yes.  That was -- Enroll America was a

12  time-limited endeavor.  It was related to the

13  roll-out of the Affordable Care Act.  So it was

14  always designed to sunset.

15          I closed the office in anticipation that

16  -- I started looking for additional employment in

17  anticipation that we were wrapping up our work, and

18  so my tenure with Enroll America ended the week

19  prior to when I started with the State.

20      Q    And could you briefly describe what your

21  responsibilities were in your position at Enroll

22  America?

23      A    I managed a statewide team that provided

24  public education about what the Affordable Care Act

25  was, qualifications, how to enroll in coverage if



1   interested.  That was it pretty much.

2       Q    I'd like to go back just once more to the

3   job that you may have had before Enroll America.

4   Did you have a position outside of that organization

5   before you joined Enroll America?

6       A    Yes.  Immediately prior to Enroll America,

7   I was the health policy director for Voices for

8   Georgia's Children, a statewide advocacy

9   organization based here in Georgia.

10      Q    Could you describe the work that Voices

11  for Georgia's Children does?

12      A    Public education outreach, advocacy, focus

13  on increasing access to services for children,

14  families.  Attended a lot of legislative meetings

15  and agency meetings, board meetings.

16           Provided things like public comments,

17  advocated for or against particular bills, issued

18  research reports.

19      Q    What drew you to your current position?

20      A    It was open at the time.  I was looking at

21  the time.  I had the requisite educational

22  background and experience.  I applied and I got the

23  job.

24           (WHEREUPON, Plaintiff's Exhibit-3 was

25       marked for identification.)



1  BY MR. HOLKINS:

2      Q    Mr. McKay, you've just been handed what's

3  been marked Exhibit 3.  Please take a moment just to

4  familiarize yourself or refamiliarize yourself with

5  the document.  You don't need to read every word but

6  just let me know once you've finished.

7           (Witness reviews exhibit.)

8      A    I've reviewed the document.

9      Q    Thank you.

10          MR. HOLKINS:  I'll note for the record

11      that this document was produced by the State to

12      the United States in this matter.

13          The Bates number is GA00249775.

14  BY MR. HOLKINS:

15      Q    At the top of the document is a text

16  Increase Review/Request, Dante McKay, 4/7 -- excuse

17  me -- 4/27/20.

18          Mr. McKay, is it correct you submitted

19  this document in April of 2020 in support of a

20  request for a personal salary increase?

21      A    I don't remember the exact date, but that

22  sounds about right, yes.

23      Q    And this document outlines your activities

24  and responsibilities from February 2016 to the date

25  of the request, correct?



1      A     Correct.

2      Q     Could you flip to Pages 10 and 11 of the

3   document.

4            I direct your attention to the section

5   titled, "Job Description (from 2015/2016)."

6            Do you see where I am?

7      A     Yes.

8      Q     Is this job description for your position

9   still accurate?

10           Have there been any changes?

11     A     The second bullet no longer applies.

12     Q     And the second bullet, just for clarity,

13  is "Develops annual strategic plan for C&A community

14  health services delivery system."  Is that correct?

15     A     That's correct.

16     Q     What does C&A stand for?

17     A     Child and adolescent.

18           I do not produce an annual strategic plan.

19     Q     When did that stop?

20     A     I have not done that during my tenure.

21     Q     Is there another staff member at DBHDD who

22  is responsible for developing annual strategic plans

23  for child and adolescent community health services?

24     A     Not that I'm aware of.

25     Q     I'd like to ask you some questions about



1  some of the other bullets on this job description,

2  just to better understand your duties and

3  responsibilities.

4       A    Well, there are a couple of others that

5  also --

6       Q    Please, go ahead.

7       A    Okay.  The bullet that refers to Director

8  of Federal Grants and Suicide Prevention, those have

9  been modified as well, as the division structure has

10  changed, and that office was combined with a couple

11  of other offices.

12          And so I'm not remembering the official

13  title now, but it's no longer the Federal Grants for

14  Suicide Prevention Office.

15       Q    Okay.

16       A    I think it's Office of Behavioral Health

17  Promotion and Federal Grants Initiatives.

18       Q    When did that change occur?

19       A    I don't remember exactly but over time,

20  over the last three years or so.

21       Q    Any other changes?

22       A    I think there's one more.

23          The second-to-last bullet, I do not

24  participate in a CYF quality committee.

25       Q    This is on Page 11, correct?



1      A    Correct.

2      Q    Could you briefly describe what the CFY

3   Quality Committee is?

4      A    I cannot.  I do not know what that is.

5      Q    Do you know if it exists?

6      A    It does not exist, to my knowledge.

7           There is a meeting titled, "Joint

8   Clinical," that the Division holds, that I or my

9   team members participate in, and in that meeting we

10  review quality matters, but there is no CYF

11  standalone quality committee.

12     Q    So just to make sure I understand, at

13  those Joint Clinical meetings would you review poor

14  performing providers, specifically within the

15  context of children and adolescent services?

16     A    The performance of a provider may come up

17  during the course of discussing a particular outcome

18  or challenges with services.  It's more of a

19  clinical case staffing, broadly, not necessarily

20  focused on if a provider is performing well, average

21  or below average.

22     Q    Do you participate in or conduct any

23  regular assessment of performance for C&A providers?

24     A    I have and my team has evaluation tools

25  that we review at regular intervals on an aggregate



1  level, but there are offices specifically in the

2  Division that review quality and compliance and

3  those sorts of things.

4        My review is more from a programmatic

5  aspect.

6    Q    Could you identify the offices within

7  DBHDD that would be responsible for reviewing

8  quality and compliance?

9    A    I don't, I don't recall the exact name.

10  We have gone through a bit of a restructure over the

11  last couple of years or so.

12        That office formerly set in a different

13  division at DBHDD, but I think that division has

14  been absorbed into the other divisions within the

15  department.  But we just generally refer to it as

16  compliance.

17    Q    Do you have a specific staff member in

18  that compliance area that you would interact with?

19    A    Not a specific staff member, no.

20    Q    So I just for a second would like to put

21  this document aside and show you another one, but

22  we're going to return to this document.

23    A    Okay.

24        (WHEREUPON, Plaintiff's Exhibit-4 was

25     marked for identification.)



 1 | BY MR. HOLKINS:
 2 |     Q    Mr. McKay, you've been handed what's been
 3 | marked Exhibit 4.  Please take a moment to
 4 | familiarize yourself with the document.
 5 |          (Witness reviews exhibit.)
 6 |     A    I've reviewed the document.
 7 |     Q    Thank you.
 8 |          MR. HOLKINS:  I'll note for the record
 9 |     that this document was produced by the State to
10 |     the United States in this matter.
11 |          The Bates number is Georgia000009.
12 |          MS. COHEN:  Is this Exhibit 4, Patrick?
13 |          MR. HOLKINS:  Yes, this is Exhibit 4.
14 |          MS. COHEN:  Thank you.
15 | BY MR. HOLKINS:
16 |     Q    So, Mr. McKay, this document appears to be
17 | DBHDD's organizational structure.  Is that accurate?
18 |     A    I've seen many versions of this over the
19 | -- during my tenure at the department, and looking
20 | at this I do recognize many of the names, but it
21 | appears to be dated.
22 |     Q    Could you identify the ways in which it's
23 | dated?
24 |     A    It's dated in terms of the structure has
25 | changed and the representatives reflected here have



 1 | also changed.
 2 |           MR. HOLKINS:  So I'll just note for
 3 |      counsel that I believe this is the most current
 4 |      version of the org chart that we have.  So
 5 |      we'll be asking for an updated version of the
 6 |      org chart.
 7 | BY MR. HOLKINS:
 8 |      Q    Could you flip to Page 4 of the document.
 9 | And this is the page with Monica Johnson at the top.
10 | Do you see that?
11 |      A    Yes.
12 |      Q    Have there been any changes either to the
13 | structure or the personnel of the org chart for this
14 | page?
15 |      A    Yes.
16 |      Q    What are they?
17 |      A    There is an assistant director for the
18 | division, Adrian Johnson.  So Monica is the
19 | director.  Adrian is the assistant director.
20 |           He also maintains his director of field
21 | operations responsibility.
22 |           Some of the positions that reported
23 | directly to Monica here have gone over Adrian.  I
24 | don't know exactly all of them, but one of those --
25 | well, I strike that.



1          I was going to say one of those would be
2   the Office of Crisis Coordination, but I think that
3   has gone back to Monica.
4          Debbie Atkins is no longer in that role.
5          Dawn Peel, who is referenced here for
6   Region 2, has now moved over to the Office of Crisis
7   Coordination.
8      Q    And is Dawn Peel in the role that Debbie
9   Atkins was in previously?
10     A    Correct.
11     Q    Who is now in Dawn Peel's role?
12     A    That role is vacant, to my knowledge.
13     Q    Do you still report directly to Monica
14  Johnson?
15     A    Yes, I do.
16         Jill Mays -- so this is the office that I
17  referenced earlier that was consolidated with the
18  Office of Behavioral Health Prevention.
19         So Travis Tretwell retired.  Jill Mays is
20  now director of both of those offices, refigured,
21  with a different title.
22     Q    Thank you very much.
23     A    Deaf services does have a full-time
24  director now.  And housing, there's a housing --
25  Office of Supportive Housing.



1      Q    And who is in that role?

2      A    The office -- which one?

3      Q    I'm sorry.  I think you mentioned there is

4  a new Office of Supportive Housing; is that correct?

5      A    Yes.  The director is Maxwell Rupersberg.

6           MS. COHEN:  I'm sorry, I'm having trouble

7      hearing.  I am a little hard of hearing and

8      you're wearing a mask.

9           If you could speak up, I appreciate it.

10          THE WITNESS:  Okay.

11     Q    Thank you.

12     A    Should I repeat the last statement?

13     Q    That would be great.

14     A    There is an Office of Supportive Housing.

15 The director is Maxwell Rupersberg.

16          And the Office of Deaf Services is no

17 longer vacant.

18     Q    So I'd like to skip ahead a few pages to

19 the Division of Performance Management and Quality

20 Improvement Organization.

21          Do you see that?

22     A    Yes.

23          MR. HOLKINS:  And just for the record,

24     this is Georgia 000015.

25 BY MR. HOLKINS:



1    Q    Have there been any changes to this page?

2    A    Yes.  There has been some consolidation of

3  divisions.

4         There was also a reduction in force the

5  summer of 2020, and most of the department has

6  worked remote since the pandemic.

7         So with all of that change, I'm uncertain

8  if all of these people are still employed.  I do

9  know, I believe, that Lynn Copeland has retired from

10  that position.

11   Q    Do you know if Melissa Sperbeck is still

12  in her role as director of the Division of

13  Performance Management and Quality Improvement?

14   A    She's the director of the new division, of

15  the title that I don't know.  But --

16   Q    If you flip -- sorry.  Go ahead.

17   A    But I think she retained the

18  responsibility -- many of the responsibilities for

19  this particular role.

20   Q    Are you able to describe what Ms.

21  Sperbeck's responsibilities are in her current role?

22   A    No, I'm not.

23   Q    If you could flip to the last page.  This

24  identifies the Division of Accountability and

25  Compliance Organization.



1      A    Yes, I have it.

2      Q    Are you aware of any change to this page?

3      A    Yes, I am.

4      Q    What are they?

5      A    Robert Dorr retired, and many of these

6  functions were absorbed in other areas within the

7  department.

8      Q    Are you able to describe broadly what the

9  Division of Accountability and Compliance

10 Organization did before this restructuring?

11     A    This is where the -- when you asked the

12 question about, I guess, performance, evaluating

13 performance of providers, that happened in this

14 division.

15         Two people that I may interface with when

16 I broadly referred to compliance would be Terri

17 Kight and Jennifer Rybak, and Kenneth Ward --

18 whenever there is a corrective action plan issued

19 for a particular provider, based upon some analysis,

20 when I have been copied Kenneth Ward has been the

21 sender of those corrective action plans, or CAPs.

22     Q    Does Mr. Ward assess whether the

23 corrective action plan has been implemented

24 appropriately, or is that someone else's job?

25     A    I do not know the answer to that.



1          Kenneth Ward now reports directly to my

2    director, Monica Johnson.

3      Q    I believe you said that Robert Dorr has

4    retired; is that correct?

5      A    Yes, that's correct.

6      Q    And has someone filled that vacancy, or

7    has the position been eliminated?

8      A    This division has been, to my knowledge,

9    dissolved and the responsibilities added elsewhere

10   in various places within the department.

11     Q    So let's set this document aside and

12   return to Exhibit 3.

13          Back on Page 10, one of the

14   responsibilities listed is "Manages the CFY

15   Community Mental Health Budget."

16          Do you see that line?

17     A    I do.

18     Q    Could you describe what that entails?

19     A    So I do this in combination with a budget

20   office and budget team, but broadly my role is to be

21   aware of what the appropriations are for that

22   annually, and along with other members of my team or

23   my office or within -- across other offices is to

24   monitor that utilization and expenditures

25   month-to-month and annually.



1      Q    Just to make sure I understand, why are
2  you monitoring utilization and expenditures
3  month-to-month and annually?
4      A    To make sure you don't overspend or
5  underspend.
6      Q    And what are the consequences of
7  underspending?
8      A    Underutilization, broadly downstream, you
9  want to make sure that you are maximizing the
10  funding that's available to you so that the
11  individuals intended for the services are getting
12  them.
13      Q    And does your analysis of utilization and
14  expenditures inform the budget proposals that you
15  make for CYF services?
16      A    I do not make budget proposals.
17      Q    Who is responsible for that?
18      A    I'll say broadly our finance team.  Maybe
19  the CFO.
20          From time to time I may make budget
21  requests, and as part of our annual, I guess,
22  budgeting process, that may get included, it may not
23  get included.
24      Q    To whom do you make those requests?
25      A    It varies.  And the format for the request



 1  varies.

 2          But, generally speaking, that would go to

 3  either my director, that may go to a deputy

 4  commissioner, or it may go to -- directly to the

 5  budget office, the DBHDD budget office.

 6      Q    Just to make sure the record is clear,

 7  when you say "my director," are you referring to

 8  Monica Johnson?

 9      A    Correct.

10      Q    And who is in the deputy commissioner role

11  at DBHDD?

12      A    There are two now.  Ashley Fielding is

13  one, and Jeff Minor is the other.

14      Q    And who is the DBHDD budget officer?

15      A    Mary Price is the CFO.

16      Q    Could you give us some examples of the

17  kinds of budget requests you would make to any of

18  those individuals?

19      A    For -- for example, a school-based mental

20  health budget request would be -- based upon some

21  formal or research or annual report, I may say we

22  would like to request an additional sum of money for

23  this particular program.  Sometimes in response to

24  that I may receive certain questions to vet the

25  request.  Other times I may just receive



 1  acknowledgment of receipt.

 2          From there, I don't know what happens.

 3      Q    And have you made requests for

 4  school-based mental health budget items that have

 5  been approved?

 6      A    So there's an active request now for an

 7  increase that -- my understanding it's being

 8  considered as part of this current legislative

 9  session.

10          Last legislative session we received an

11  increase of $2 million, but that was not in response

12  to a specific ask from myself or my team.

13          And then prior to that, in Governor Deal's

14  last office -- last year in office, there was a --

15  there was a commission, Georgia -- the Commission

16  for Children's Mental Health, where one of the

17  recommendations was to increase the school-based

18  budget for my office, and we received an increase

19  that year.  I think it was just over $4 million.

20          That wasn't in -- I think we had a broad

21  ask when, you know, we were being asked about what

22  needs were and, you know, the things that we want to

23  see happen, but we didn't make a specific ask but we

24  received an increase.

25      Q    And how much additional funding is the



1  current request for, the one that's pending?

2      A    I don't remember the number exactly.  I

3  think it's in the ballpark of $5 million.

4      Q    And what is -- how would you want to

5  allocate that additional funding?

6      A    To sustain the last expansion of the

7  school-based program, which we refer to as Apex, and

8  in Governor Kemp's first year in office he

9  recommended and the legislature approved a one-time

10  allocation of $8.4 million.

11         And we have asked for annualization of

12  half of that, that appropriation, in addition to

13  restoration of some funds that were lost during our

14  budget reduction a couple years back.

15     Q    I just want to make sure the record is

16  clear that that one-time allocation, was it 1.8

17  million or 8. --

18     A    I believe it was 8.4 million.

19     Q    Thank you.

20         So, in your view, is this $5 million

21  allocation that you've requested necessary to

22  sustain the Apex program at its currently level?

23     A    To sustain the last expansion of the Apex

24  program at its current level, yes.

25     Q    We're going to skip ahead a little bit



1  here.  We're going to talk a lot about Apex later,

2  but I'm just -- since we're talking about it now,

3  could you describe what that last expansion

4  entailed?

5      A    Apex is a single statewide program, and it

6  has -- we use different titles for it based upon the

7  funding sources that are supporting it.  Single

8  program supported by multiple fund sources.

9          Apex 1.0 is supported by the core CYF

10 budget.  Apex 2.0 was annualized funding that we

11 received by way of the recommendations from Governor

12 Deal's Commission on Children's Mental Health.  And

13 Apex 3.0 was funding received by way of Governor

14 Kemp, which was a one-time appropriation.

15     Q    Thank you.

16          Through that Apex 3.0 appropriation, how

17 many additional schools were enrolled in the

18 program?

19     A    I don't know off the -- I don't know that

20 amount.  It's a rolling program.

21     Q    Is it fair to say there are schools that

22 were previously not participating in Apex that now

23 are participating in Apex because of Apex 3.0?

24     A    Yes.

25     Q    More than 10?



1      A    I would say more than 10.

2      Q    More than 50?

3      A    I can't say it's more than 50.  It would

4  be speculation.

5      Q    Is there a document that you could refer

6  to that would give you a more specific figure for

7  the number of schools that were enrolled through

8  Apex 3.0?

9      A    There is a document.  So we receive

10  regular reporting on the number of schools,

11  organized by fund source.  Typically, it's just a

12  listing.  It is not numerized.

13      Q    Thank you.

14          So while we're on the topic of budgeting,

15  I want to show you another document.  Can you set

16  aside Exhibit 3 just for a minute.

17          (WHEREUPON, Plaintiff's Exhibit-5 was

18      marked for identification.)

19  BY MR. HOLKINS:

20      Q    So you've just been handed what's been

21  marked Exhibit 5.

22          MR. HOLKINS:  I'll note for the record

23      that this document was produced to us by the

24      State, by I mean the United States.

25          The Bates number is GA00051873.



 1  BY MR. HOLKINS:
 2      Q    Mr. McKay, please take a minute to review
 3  the document and let me know when you've finished.
 4           (Witness reviews exhibit.)
 5      A    I've reviewed the document.
 6      Q    Have you seen this before?
 7      A    I have seen various versions of what looks
 8  like this.  But please allow the record to reflect
 9  that I cannot read this -- the last couple of pages.
10  It's very small.
11      Q    I'm sorry for that.  This is how it
12  printed out.  We can just speak generally about the
13  document.
14           I'll note the file name for the document
15  is "Budget Tracking Summary, Updated 7.10.2020."
16           On the first page, which I think you can
17  read -- are you able to read the first page?
18      A    I am.
19      Q    This identifies DBHDD programs as well as
20  the FY2020 base budget, and then a 14 percent, 11
21  percent, and 10 percent reduction to that base
22  budget.
23           Is that accurate?
24      A    The reductions I think were proposed based
25  upon various factors that were going on at the time.



1      Q    So I'll just first note that among the

2   DBHDD programs listed is C&A MH.

3           Do you see that text?

4      A    I do.

5      Q    Does that stand for child and adolescent

6   -- or Children and Adolescent Mental Health?

7      A    It does.

8      Q    Is that broadly the budget for your

9   office?

10     A    Yes, that's correct.

11     Q    So you mentioned that these were reduction

12  proposals made based on various factors.  My

13  question is whether you had any involvement in the

14  proposed reduction for C&A MH?

15     A    Yes.

16     Q    Can you describe your involvement?

17     A    My involvement was to respond to requests

18  from our budget team.  You know, there were various,

19  I guess, questions made in terms of program

20  locations, program liability, staffing factors.

21          There was a -- there was a particular

22  number that we needed to get under, whether it was

23  14, 11, or 10 percent, and in an effort to get under

24  that number, as a part of global work going on at

25  the agency, we were asked to respond to, you know,



1  several questions about certain things.  And then

2  based upon that feedback, some decisions were made.

3         So in terms of what's listed here, the

4  $71.5 million, I can't confirm that that's the exact

5  amount.  That seems about right.  The more recent

6  version of the budget that I've seen was around $49

7  million.

8      Q    Would that be for FY2022?

9      A    I don't know if it's the current fiscal

10  year or the upcoming fiscal year.

11      Q    So it's fair to say there's been a

12  meaningful reduction in your office's budget between

13  FY2020 and the current fiscal year; is that correct?

14      A    That is correct.

15      Q    Is it also accurate that you were

16  functionally making recommendations about where to

17  cut money from your own budget; is that right?

18      A    I would rephrase it to say I was asked

19  questions about impact to -- if a program was cut,

20  what would be the impact, based upon various

21  factors.

22      Q    What recommendations did you make for

23  where to make these cuts?

24      A    I don't remember specifically, but it was

25  a full view of the programs within my office, to



1  include things like youth mental health clubhouses,

2  Apex, funding to core providers.

3        It was just a broad view of if this were

4  to go away, what would be the impact.  If this was

5  reduced, what do you think would be the impact?

6        I can't give specifics.  It was a moving

7  target, very quickly, and a lot to consider.

8     Q    Do you recall ultimately where those

9  budget cuts were made?

10    A    I could name two specifics, but -- or two

11 generalities, but overall cuts, I don't remember

12 offhand.

13        There was a reduction to the Apex program,

14 and then there was a reduction to the youth mental

15 health clubhouses around the State.  I believe we

16 reduced by three.  Three were closed.

17    Q    And you -- first off, you referenced core

18 providers.  What are those?

19    A    So DBHDD has a three-tier provider

20 network.  Tier 1 would be our safety net for -- that

21 serves uninsured individuals or underinsured.

22 They're referred to as community service boards.

23 Tier 1 providers are core providers.

24        Tier 2 are traditionally Medicaid.  They

25 bill Medicaid for services, but there are Tier 2



1  providers that also have contracts with my agency.

2          And then Tier 3 are specialty providers.

3          For child and adolescent services most of

4  the providers in Tier 1 and Tier 2 also fit into

5  Tier 3.  Some Tier 2 providers are core providers

6  but not all are core providers.  And simply what

7  that means is they have access to state funds,

8  either through a contract or through a kind of

9  funding line that is managed by, by others within

10 the agency.

11         I don't know exactly who is involved in

12 managing the account.  I just simply know that it

13 works.

14         So, for example, say provider X may be

15 approved for a million dollars to serve the

16 indigent.  That fund was reduced.  I don't know the

17 exact amounts, but across the board those funds

18 available to core providers were reduced.

19    Q    And just one more question about core

20 providers.  What is required to become a core

21 provider?  Is there an expectation that you can

22 provide a certain set of services?

23    A    There are extensive criteria that is

24 managed and tracked by our Office of Provider

25 Enrollment.



1      Q    Where did the instruction come from to

2   make recommendations about where this reduction

3   should occur?

4      A    There were not instructions as to where it

5   should come from.

6      Q    Let me rephrase.

7           Who at DBHDD asked you to make

8   recommendations with respect to this reduction?

9      A    Various members of our budget team were

10  leading this work.  The budget team is led by our

11  CFO.

12          We have a budget director and we have a

13  division budget director, and then we have staff

14  that support them.

15          So it was rolling and ongoing.

16     Q    And to your knowledge, is DBHDD

17  Commissioner Judy Fitzgerald involved in making the

18  recommendations or decisions with respect to budget

19  reductions?

20     A    I don't know the answer to that.

21     Q    Do you discuss the reductions at all with

22  your direct supervisor, Monica Johnson?

23     A    Broadly speaking, I'd say that's fair to

24  say.

25     Q    Let's set this aside and go back to



1  Exhibit 3, and we'll stick with it this time.

2          I want to direct you to the third bullet

3  on Page 10, which reads:  "Writes policy for CYF MH

4  services and payments on the oversight team."

5          Do you see that?

6      A    Yes, I do.

7      Q    Could you describe what writing policy for

8  mental health services entails?

9      A    There is a -- the DBHDD policies are

10 housed on an electronic database called Policy Stat.

11         In my tenure, I may have had limited

12 participation in updating a policy.  I have not

13 introduced a new policy.

14         And then the other area, what we refer to

15 as the DBHDD Behavioral Health Provider Community

16 Manual, that's updated quarterly.

17         I participate in something called

18 Concurrence, where we review proposed changes.

19         I have made proposed changes over the

20 years, and then if approved by the group, majority

21 approval, then those changes get updated in the

22 provider manual and published.

23     Q    So, first off, who participates in this

24 group?  I think you called it -- is it Concurrence?

25     A    Yes.



1      Q     Who are the participants in Concurrence?

2      A     Typically would be other office directors.

3   So the directors of the offices within the

4   Behavioral Health Division.

5      Q     So your counterpoints at the other

6   divisions; is that right?

7      A     Other offices within our division.

8      Q     Okay, thank you.

9      A     Sometimes there may be representatives

10  from other divisions, if there's a broad impact or

11  cross-cutting impact.  But there's -- sometimes --

12  there's like core membership, which would be the

13  behavioral health directors, and then sometimes

14  there's additional members based upon what is being

15  proposed.

16     Q     So with apologies, I just want to make

17  sure we're tracking this.  Could we look back to

18  Exhibit 4, which is the org chart.

19           I know there have been some changes to

20  this document, but I'm hoping you can identify in

21  the document who would be the other behavioral

22  health directors.

23     A     So if you go to Page 12, Division of

24  Behavioral Health, these would be the directors that

25  participate.



1           Not all.  I would say core participants

2    would be myself; the director for the Office of

3    Addictive Disease, which is still Cassandra Price;

4    Dr. Terri Timberlake Briscoe, who is the director of

5    the Office of Mental Health.  And others would be ad

6    hoc, as needed.

7       Q    What year do you think this version of the

8    DBHDD org chart is from?

9           MR. PICO PRATS:  Objection; speculation.

10      Q    You can answer.

11          MR. PICO PRATS:  You can answer.

12      A    I don't know per se.  I would say it's at

13   least, at least two years old.

14      Q    Thank you.

15          So setting aside Exhibit 4, and sticking

16   with Concurrence, under the core members of that

17   group or the other behavioral health directors, I'm

18   wondering whether you ever had participation from

19   other child serving state agencies in Georgia, like

20   Georgia DOE?

21      A    No.

22      Q    Does the GNETS program director ever

23   participate in Concurrence?

24      A    No.  This is internal to DBHDD.

25      Q    Okay.



1      A      Mostly the Behavioral Health Division.

2      Q      Do individuals at Georgia DOE have

3  opportunities to provide input on changes made to

4  DBHDD's provider manual?

5      A      I don't know the answer to that.  I don't

6  know the answer.

7      Q      That's okay.  Let me try it another way.

8             Have you ever had direct coordination with

9  staff at Georgia DOE regarding DBHDD's provider

10 manual?

11     A      No, I haven't.

12     Q      What about at DCH?

13     A      Possibly.  There -- so the way it would

14 work -- so I have not had any specific conversations

15 about the provider manual, adding or taking

16 something out, but the way it could work is, as

17 we're partnering across child serving agencies, if

18 there was a conversation or general agreement about

19 something that could be reconciled with a policy

20 change to Policy Stat or the provider manual, then I

21 could go back and introduce something to make a

22 tweak or addition that would align with, you know,

23 general consensus.

24            That could happen normally with other

25 agency partners, or it could happen without their



 1  knowledge.

 2          Could it have happened, changes been made

 3  over the years without their knowledge?  Possibly.

 4          But there have not been any specific

 5  conversations about specific policies or provider

 6  manual the agency partners asked us to make, that we

 7  did make or did not make.

 8      Q    And would that also apply, that statement,

 9  would that apply to conversations with GNETS'

10  program director as well?

11      A    It would not apply to GNETS program

12  directors.

13          My interaction with GNETS program

14  directors has been little to none.

15      Q    Is that true since you assumed this

16  position in February 2016?

17      A    Yes, that's correct.

18      Q    You mentioned that you have had

19  opportunities and at times have actually made

20  recommendations for changes to the provider manual.

21          Is that accurate?

22      A    Yes, that's correct.

23      Q    What informs those recommendations?

24      A    The need to memorialize programming or to

25  update changes made programmatically to programming.



1              For example, Apex program, relatively

2    speaking, is a newer program.  It started in the

3    year 2016.  It started in the absence of a specific

4    policy or reference to the program within the

5    provider manual.

6              After operating -- after coming on board

7    in 2016 and operating the program for a couple of

8    years and it growing and our making tweaks along the

9    way based upon learnings or things that we saw, we

10   added a service guideline to the provider manual

11   about the Apex program.

12       Q    So I'd like to jump to another bullet in

13   this list.

14       A    Which list?

15       Q    Give me one second.

16            This is on the last page, Page 11, third

17   to last bullet, which reads:  "Monitor CYF service

18   utilization, requirements and provide overall

19   planning for ongoing utilization and guidelines."

20            Do you see that bullet?

21       A    I do not.  Which page?

22       Q    This is Page 11, the third to last bullet

23   at the bottom.

24       A    Oh, third-to-last.

25            Yes, I see that bullet.



1      Q     Could you describe what monitoring CYF

2   utilization entails?

3      A     It would be to look at things like the

4   number of youth served, unique youth, services

5   provided.  Whether it was -- an example of that

6   would be individual counseling or group counseling

7   or family counseling.  And to track that from

8   month-to-month and annually.

9      Q     Do you receive regular reports in

10   connection with this responsibility?

11      A     For some programs, yes.  Not all programs.

12      Q     For which programs do you receive regular

13   reports?

14      A     Apex program would be one of those.  Our

15   youth mental health clubhouses.

16            Programs that we have -- so we have a

17   contract with Georgia State University for multiple

18   things, but one of those is fidelity monitoring of

19   our programs or just tracking metrics.  For those

20   programs we receive regular reports.

21            So Apex would be one of those programs.

22   Clubhouse would be one of those programs.

23            Something called Intensive Customized Care

24   Coordination would be another.

25      Q     That's also known as IC3, correct?



1    A    That's correct.

2    Q    Do you receive regularly reports tracking

3 service utilization broadly by Tier 1 community

4 service boards?

5    A    I do not.

6    Q    So do you have any other regular basis for

7 tracking or assessing how much of each core service

8 community service boards are providing to children

9 and adolescents?

10   A    We have an IT director that monitors and

11 can produce various reports on an ad hoc basis that

12 I see.  I can't speak to what his day-to-day

13 monitoring is.

14        For context, prior to my arrival in 2016,

15 I don't know what year, but there was a redesign of

16 the system.  The CMOs came in place.  The majority

17 of children in Georgia, according to -- I guess some

18 of the last statistics that I saw, about 45 percent

19 of Georgia's youth are enrolled in a managed care

20 organization, about 45 percent of Georgia's youth

21 are enrolled in private insurance, and then DBHDD

22 has primary responsibility for the remainder that

23 are uninsured or have Medicaid.

24   Q    What document are you referencing that

25 provides those statistics?



1      A    Not a particular document.  Just

2   statistics that I have seen along the way.

3      Q    And who was the IT director that you say

4   is able to produce ad hoc reports about core service

5   utilization?

6      A    John Quesenberry.

7      Q    It's Quesenberry; is that correct?

8      A    Correct.

9      Q    Does Mr. Quesenberry have a background in

10  behavioral health services?

11     A    I cannot speak to his background.

12     Q    His title is IT specialist; is that

13  correct?

14     A    I don't know his exact title.  I believe

15  it has IT in it.

16     Q    You're only receiving those reports from

17  Mr. Quesenberry when you request them; is that

18  correct?

19     A    Correct, for core services.

20     Q    And when is the last time you requested a

21  report from Mr. Quesenberry about core service

22  utilization?

23     A    I do not recall.

24          The, the numbers are very small for

25  uninsured children or those with SSI Medicaid in



1  Georgia -- the numbers are very small for uninsured

2  children of those with SSI Medicaid in Georgia.

3          And so the reason a Georgia State contract

4  is valuable and important to us is because we can

5  see utilization regardless of payor source.

6          We only have access to youth that would,

7  in terms of utilization and payment, that would be

8  uninsured or SSI Medicaid, but according to the

9  statistics that are generally aware to me, many

10  children fall outside of that.

11          And so having a neutral organization that

12  can access multiple agencies and payor sources

13  allows us to see across payor.

14          For example, Apex, I think in the regular

15  reporting, typically cover lives -- so the children

16  that are served under the program typically average

17  between 80 and 90 percent are in managed care.

18      Q    Which agency -- which state agency in

19  Georgia is responsible for maintaining utilization

20  data for children enrolled in Medicaid or managed

21  care?

22      A    I don't know the answer to that question.

23  I do know that DCH -- the managed care organizations

24  are the defender of DCH.

25      Q    Do you ever request from DCH data that



1  would show core service utilization across the

2  State?

3       A    Not directly, but through our office of

4  Medicaid coordination we may make requests.  Through

5  Georgia State University we may make requests.

6       Q    Do you receive regularly from Georgia

7  State University to start reporting on core service

8  utilization across payor sources?

9       A    For specific programs?

10      Q    For example, for Apex.

11      A    For Apex, and Apex is -- Apex is more of a

12 framework.  It's a programmatic framework.  It does

13 not produce any new services that are not already

14 available as a part of the core -- our core packet

15 -- core service package.

16           For example, an Apex report will say X

17 number of students receive individual counseling for

18 this month.  Individual counseling is a service

19 available to core providers that is part of our core

20 benefit package.

21      Q    Let's stick with individual counseling as

22 a concrete example.  Are you tracking, not specific

23 to Apex or any program, utilization of individual

24 counseling by children regardless of payor source

25 across the State?



1      A     Only for specific programs.  So Apex -- so

2  the ones that we contract with Georgia State for,

3  Apex, Clubhouse, IC3, we see that, that rich data.

4  Outside of that, I do not see that type of

5  utilization, unless there is a specific request, ad

6  hoc request, and then it would be only those who are

7  uninsured or receive services or SSI Medicaid and

8  receive services.

9      Q     So when you make those specific ad hoc

10 requests, you're not accessing data for Medicaid

11 enrolled or CMO enrolled children?

12     A     No.  So John, our IT folks, whoever pulls

13 the utilization data, they don't have access to

14 Medicaid data.

15     Q     Okay.

16     A     They have -- at least not CMO Medicaid

17 data.  They have access to SSI Medicaid.  They have

18 access to uninsured.

19           So if I request that information, it is

20 only a -- it's only a part of the picture.  It's not

21 the full picture.

22     Q     We're going to take a break in a few

23 minutes.  I think we're about overdue, but I just

24 want to finish this line.

25           Just for clarity, services like individual



1  counseling are available through community service
2  boards, core providers, outside of Apex, correct?
3      A    Correct.
4           MR. HOLKINS:  This is actually a good
5      time.  Let's take a ten-minute break.
6           So back on around 11:38.
7           Thank you.
8           THE WITNESS:  Thank you.
9           THE VIDEOGRAPHER:  We're off the record at
10     11:29 a.m.
11          (A recess was taken.)
12          THE VIDEOGRAPHER:  We're back on the
13     record at 11:50 a.m.
14 BY MR. HOLKINS:
15     Q    Welcome back, Mr. McKay.  I wanted to just
16 wrap up our discussion of this salary increase,
17 which is Exhibit 3.
18          Could you turn to Page 5.
19     A    I have it.
20     Q    Do you see in the section labeled
21 "Solicitations Since February 2016"?
22     A    Yes.
23     Q    Are these the budget increase requests
24 that you've made -- that you had made at that time?
25     A    No.



1       Q     What are the -- what are these

2   solicitations?

3       A     These are -- these follow budget

4   increases, and I don't necessarily -- as I mentioned

5   before, the increases could happen in the absence of

6   a formal request.

7       Q     So specifically, this is on Page 6, for

8   the item labeled No. 6, Mobile Crisis, did you make

9   a request in connection with this solicitation?

10      A     No, I did not.

11      Q     So what, what was your contribution?  What

12  did you do in connection with this mobile crisis

13  solicitation?

14      A     I was part of a, I guess, procurement

15  team, with other directors as well.

16            My participation and interest were to

17  represent children services.

18            (Pause.)

19            THE VIDEOGRAPHER:  Off the record at 11:54

20      a.m.

21            (Recess taken.)

22            THE VIDEOGRAPHER:  We're back on the

23      record at 12:00 p.m.

24  BY MR. HOLKINS:

25      Q     Mr. McKay, just another couple of



1  questions about this document.

2          First off, was your request for a salary

3  increase in April 2020 granted?

4      A    Not in April 2020.

5      Q    Did you make a request after this one?

6      A    I made reminders.

7      Q    But it was the same request?

8      A    It wasn't specific, but just a reminder

9  about this document.

10     Q    And, ultimately, was the request for a

11 salary increase approved?

12     A    I did receive an increase.  I want to say

13 -- in December of 2020.

14     Q    And have you submitted any salary requests

15 since then?

16     A    I have not.

17     Q    I want to show you another document.

18          (WHEREUPON, Plaintiff's Exhibit-6 was

19       marked for identification.)

20 BY MR. HOLKINS:

21     Q    You've just been handed what's been marked

22 as Exhibit 6.

23          MS. COHEN:  I'll note for the record this

24       is GA01748346, produced by the State of Georgia

25       to the United States.



 1  BY MR. HOLKINS:

 2      Q    Mr. McKay, please take a moment to review

 3  the document and let me know when you've finished.

 4      A    I'm finished.

 5      Q    So if you turn to -- well, first, the

 6  first page, the file name for this document is "Book

 7  of Business, OCYF, August 20."

 8           Is that correct?

 9      A    Yes, that's correct.

10      Q    Could you describe what this document is?

11      A    This was an attempt to assess the

12  commitment of my team, of my office and my team

13  members, as it relates to attending various meetings

14  and demands on their schedule and their time.

15      Q    Did you draft this document?

16      A    Yes, I did.

17      Q    Did you receive input from the members on

18  your team with respect to this document?

19      A    Mostly confirmation of the accuracy of

20  these meetings, and if something was missing and

21  needed to be added.

22      Q    So the document identifies a number of

23  tasks or committees and then designates a lead staff

24  person within your office for each of those

25  activities.  Is that accurate?



1      A    Yes.

2      Q    And was this document accurate and

3  complete as of the date it was submitted, which is

4  8/24/2020?

5      A    I cannot confirm that.

6      Q    Are there any changes that you would make

7  to this document to address inaccuracies?

8      A    I don't understand the question.

9      Q    Let me try again.

10          Are there any tasks or assignments

11  described in this document that are not accurate?

12      A    As of 8/20?

13      Q    Correct, as of the date that it was

14  submitted.

15      A    I can't recall.

16      Q    Okay.  Have you drafted subsequent

17  versions of this document?

18      A    I'm not sure.

19      Q    Has anyone in your staff -- excuse me.

20          Has anyone at OCYF submitted a version of

21  this document since August 2020?

22      A    I'm not sure.

23      Q    What was the genesis of this document?

24      A    To manage demands on my staff's time.

25  Either to request additional staff to manage these



1  multiple meetings and activities; or if that was not

2  possible, to prioritize which we would continue to

3  attend and reduce the burden on my team's time.

4      Q    Did you have specific concerns about your

5  staff's capacity when you drafted this document?

6      A    I can't speak to my, my frame at the time.

7      Q    To whom did you submit this document?

8      A    This wasn't submitted to anybody that I

9  recall.  This was for my purposes.

10     Q    So would it be fair to say it was an

11 internal OCYF document that you were using to help

12 organize your time and staff; is that correct?

13     A    Yes.

14     Q    Were any changes made to assignments in

15 response to your drafting this document?

16     A    I think that's fair to say.

17     Q    So let me just reask the question.

18          Were any changes made to the assignments

19 on this document in response to your drafting it?

20     A    I think that's fair to say.

21     Q    That there were changes made?

22     A    Yes.

23     Q    What specific changes were made?

24     A    So to clarify, I'm not saying that there

25 were definitely changes made to this document after



1  this time.  It's possible.  I don't recall.  But in
2  terms of my team's work assignments, this would no
3  longer be an accurate reflection.
4        My team is smaller.  We have less capacity
5  to do these things.
6     Q   And is your team smaller as a result of
7  the budget reductions we discussed earlier?
8     A   That is one contributing factor, yes.
9     Q   What are the other contributing factors?
10    A   Natural turnover, people leaving for other
11 opportunities.
12    Q   I'd like to turn, if we could, to the
13 third page of the document, and that's counting the
14 cover page.
15       So toward the middle there is an entry for
16 "GNETS Leadership Meeting (DOE)."
17       Do you see that?
18    A   Yes.
19    Q   And you're designated as lead for that
20 task, correct?
21    A   Yes.
22    Q   Could you describe what your work on the
23 GNETS Leadership Meeting entails?
24    A   There is a statewide GNETS director at the
25 DOE, and I would have regular meetings with that



1  individual to provide general updates and answer

2  general questions as it relates to programs and

3  services supported with funding from my office.

4        Q    How long have you been doing that?

5        A    I don't remember the exact time, but for a

6  while.  But I want to say the last meeting with that

7  individual occurred in late 2020.

8        Q    So you've not had a meeting -- I just want

9  to make sure I understand.

10            You've not met with the statewide GNETS

11 program leader since late 2020; is that correct?

12       A    That's correct.

13       Q    Do you know who is currently in that role?

14       A    I know who was last in that role.  I don't

15 know if she's currently in that role.

16       Q    What's your understanding of who was last

17 in that role?

18       A    Vickie Cleveland.

19       Q    And that was the individual you were

20 coordinating with back in late 2020?

21       A    Meeting with, correct.

22       Q    And did you also meet with Ms. Cleveland's

23 predecessors in that role?

24       A    Yes.

25       Q    Which ones?



1       A    I don't remember her name per se.  It was
2   a female.  She grew ill and there was a period of
3   time that elapsed, and then the new person was
4   Vickie, and we continued to meet.
5            I think her name was Nakeba Rahming,
6   maybe.
7       Q    Nakeba Rohming or Rahming?
8       A    Yes.
9       Q    So what were the subjects you discussed in
10  these meetings with Vickie Cleveland?
11      A    They were programmatic updates mostly.
12  She would ask questions about the Georgia Apex
13  program.
14      Q    What kind of questions about Apex?
15      A    About funding reductions, how the program
16  was impacted, funding increases, expansion plans.
17           She just wanted a general understanding of
18  the tiers of the program, how it worked, the schools
19  that it was in.
20      Q    I think you mentioned also asking
21  questions of the GNETS directors during these
22  meetings; is that right?
23      A    That's fair.  General updates.
24      Q    What kind of information would you be
25  seeking from the GNETS program leader in these



1  meetings?

2      A    It would be -- there was often asks for

3  training of their I guess network directors and what

4  sorts of training I think would be helpful to that

5  group.  And so I would ask questions about clarity

6  of needs and then I would make recommendations.

7      Q    You mentioned you have been meeting with

8  the GNETS program leader since late 2020, correct?

9      A    Correct.

10     Q    Are you aware of anyone else in your

11 office, including Monica Johnson, is meeting with

12 the statewide GNETS program leader?

13         MR. PICO PRATS:  It asks for speculation.

14         You can answer.

15     A    I'm not aware of anyone else meeting with

16 GNETS.

17     Q    Do you participate in any regular meetings

18 --

19         MR. HOLKINS:  Let me reframe.

20 BY MR. HOLKINS:

21     Q    Back when you were meeting with the GNETS

22 program leader, did you participate in any other

23 meetings regarding GNETS on a regular basis?

24     A    No, note on a regular basis.

25     Q    And is that true at present?



 1      A    Yes.

 2      Q    Are you aware of whether Monica Johnson

 3  participates in any regular meeting --

 4           MR. PICO PRATS:  Objection.

 5      Q    -- regarding GNETS?

 6           MR. PICO PRATS:  You can answer.

 7      A    I'm not aware.

 8      Q    Scanning through this document, are there

 9  any other updates that you have regarding the tasks

10  or activities for which you've been designated to

11  reflect changes made since this document was

12  drafted?

13      A    So generally speaking, yes, this list

14  would be shorter than currently -- than what's

15  currently reflected here.

16      Q    Could you identify the specific items for

17  which you are no longer lead?

18      A    Going through it one by one?  Because it

19  would be many of these.

20      Q    Yes, I think it would be helpful if we

21  could go through the full list.

22      A    Okay.  I would say the Deaf Mental Health

23  Team Meeting.  The lead for that now would be

24  Kristi.

25      Q    Kristi who?  I'm sorry?



```
 1       A     Kristi Burke.

 2             The ASD Steering Committee.  Toni -- would

 3  now be Toni Simms would be the lead.

 4             The ASD Tracking Unmet Need doesn't exist

 5  anymore.

 6             We have not participated in ASO Provider

 7  Enrollment in quite a while.  No one on my team.

 8             ASO Quality Meeting, Diana is not the

 9  supporting team member, and I attend that meeting.

10  It's a monthly meeting, is the frequency, and I

11  attend as my schedule allows.

12             The Behavioral Coordinating Council,

13  previously I was a required participant at that

14  meeting.  I am no longer required.  I attend as my

15  schedule allows.

16             The BH/IDD Steering Committee and all of

17  the subgroups no longer exist.

18             We no longer have a Budget Projection

19  Meeting.

20             CANS meeting, which the CANS is a meeting

21  that I wanted to establish.  Never got it off the

22  ground.

23             Child Abuse & Neglect Prevention Plan

24  meetings no longer exist.

25             The Child & Adolescent Coalition Meetings
```



1  (Voices), I attend as my schedule allows.

2            The Child & Adolescent Psychiatric

3  Fellowship is ad hoc, meetings as needed.

4            Child Welfare Training Collaborative, we

5  don't participate.  I don't think it exists anymore.

6            I don't know about the Children's Justice

7  Act Task Force.

8            CHINS Statewide Collaborative Alternative

9  hasn't met in a very long time, and I was unable to

10  attend the last meeting.  I think there's been one

11  meeting in a year and I had a conflict and was

12  unable to attend that meeting.

13            The citiesRISE doesn't exist anymore.

14            Community Innovation doesn't exist

15  anymore.

16            The CPS-P&Y Professional Development

17  Academy doesn't exist.  Never got it off the ground.

18     Q     For the second page, you can just focus on

19  the task for which you were designated lead.

20     A     Just designated lead.

21            I do not participate in Deaf Services

22  Advisory Council.

23            I have not had a DFCS leadership meeting,

24  standing meeting, in over a year due to turnover

25  within the agency.



1            I don't participate in the Families First
2    - Candidacy Workgroup.  That work was completed.
3            I have not participated in GNETS
4    Leadership Meeting since late 2020.
5            I don't participate in the IDD Safety Net
6    meeting.
7            I participate in IDT as my schedule
8    permits.
9            I participate in the Infant and Toddler
10   Task Force as my schedule permits.
11           The IFI Provider Relations, we never got
12   that off the ground.
13           Internship Program, we never got that off
14   the ground.
15           Joint BH/IDD Quarterly Meetings doesn't
16   exist.
17           The Maternal Child Health Advisory
18   Council, I participate when my schedule allows.
19           For the NASMPD meetings, I participate
20   when my schedule allows.
21           The Payment Reform Committee no longer
22   exists.
23           Moving to the third page.
24           The Transition Age Youth meeting never got
25   off the ground.



1          And the University System of Georgia

2   Mental Health Task Force completed its work.

3       Q    Thank you very much.  I appreciate that.

4          I do have a couple of questions for you

5   about some of the things which I believe you are

6   still doing.

7          On the second page, one of the entries at

8   the top is "DCH - CYF Leadership Meeting," and you

9   are designated lead.

10         Do you see that?

11      A    DCH --

12      Q    At the top of the document, Page 2.

13      A    The third page.  DCH- CYF Leadership

14  Meeting?

15      Q    Uh-hum.

16      A    Yes.  I am not the -- I kind of -- I

17  co-lead that meeting with Wendy Tiegreen, who is the

18  director of the Office of Medicaid Coordination and

19  Health System Innovation.

20         I typically defer to her because this work

21  is more in her lane in terms of being the liaison

22  for Medicaid.

23      Q    And this individual, I think it's Wendy --

24  what was her last name?

25      A    Tiegreen.



1    Q    -- Tiegreen.

2         She is at DBHDD as well?

3    A    Yes.

4    Q    What's discussed at these DCH - CYF

5    leadership meetings?

6    A    It's more coordination between the

7    agencies.  Barriers or facilitators to the work

8    generally.

9         Sometimes we get into specific case

10   staffing.

11   Q    Could you identify some of the barriers to

12   the work that have been discussed at these meetings?

13   A    It would be for -- more recently.  So this

14   is a standing meeting.

15        It would be things like impacts of the

16   pandemic on the workforce, and a barrier would be

17   like our crisis stabilization units taking beds

18   offline because staff are out sick or they don't

19   have enough staff.

20        It would be things like that.

21   Q    Have you ever discussed concerns about

22   specific service utilization at these meetings?

23   A    I don't understand the question.

24   Q    So let's take a concrete example.

25        IC3, if there were concerns about



1  availability or utilization of that service, is that

2  something that you would discuss at this DCH-CYF

3  leadership meeting?

4       A    That is something we may discuss.

5       Q    Have you ever discussed IC3 at these

6  meetings?

7       A    Yes.  We would discuss IC3.

8            MR. HOLKINS:  I think we need to go off a

9       second to fix the setup.

10           THE VIDEOGRAPHER:  Off the record at 12:26

11      p.m.

12           (A recess was taken.)

13           THE VIDEOGRAPHER:  Back on the record at

14      12:29 p.m.

15  BY MR. HOLKINS:

16      Q    Mr. McKay, you were talking about IC3 in

17  the context of these meetings that you have with

18  DCH.  What specific questions about IC3 have come up

19  at these meetings?

20      A    I can't speak to specifics.

21      Q    Is it because you don't recall?

22      A    I don't recall.  It would be -- it may be

23  a review of latest report or it may be asking

24  questions about the particular providers.

25           It was just in the course of standing



1  meetings and regular day-to-day kind of programmatic

2  discussions.

3      Q    I think you said it could include review

4  of latest report; is that right?

5      A    Correct.

6      Q    What is that report?

7      A    Through Georgia State we request report in

8  to look at utilization, quarterly reports, annual

9  reports.

10          What would be included in that is word

11 services, where there's density of services, and

12 where there may be gaps in services, particular

13 referral sources, length of stays within a

14 particular program.  Things like that.

15     Q    And so you get a report specific to IC3

16 from Georgia State University?

17     A    Correct.

18     Q    Are there other specific services for

19 which you receive those regular reports from Georgia

20 State University?

21     A    Apex and youth mental health clubhouse.

22     Q    Do you receive regular reporting from

23 Georgia State University with respect to the GNETS

24 program?

25     A    No.



1      Q    So you're not receiving regular data with
2  respect to, for instance, length of stay for
3  children who are enrolled in GNETS?
4      A    No.
5      Q    What about data with respect to behavioral
6  health service utilization for children who are
7  enrolled in GNETS, do you receive that?
8      A    No.
9      Q    I guess more broadly, do you receive any
10 regular data or reporting with respect to students
11 enrolled in GNETS?
12     A    No.
13     Q    Do you know if anyone on your staff at
14 OCYF receives any regular data reporting with
15 respect to children enrolled in GNETS?
16     A    I do not.
17     Q    You don't know?
18     A    I do not know.
19     Q    We probably should have covered this
20 earlier but let's go back and talk about who you
21 supervise.
22          Could you identify the individuals who are
23 on your staff at OCYF?
24     A    So there are -- that I supervise directly
25 or --



1    Q    Let's start with that, the individuals
2  that you supervise directly.
3    A    Dr. Stephanie -- so the --
4    Q    And if you could also provide their roles,
5  that would be very helpful.
6    A    Okay.  The first group I would identify
7  would be my clinical team.  Director -- the clinical
8  director is Dr. Stephanie Pearson.
9         And then there are two others in that
10 grouping that I have dotted lines to.  They report
11 to Dr. Pearson but because of the nature of our
12 work, I may have regular interaction with them.  And
13 that would be Toni Simms, who is the clinical
14 manager, and Diana Aspinwall, who is the clinical CY
15 specialist, statewide specialist.
16         The next group would be System of Care.  I
17 directly supervise Matthew Clay.  We have a federal
18 grant from SAMHSA called AIME.  It's a System of
19 Care expansion grant.  Matthew leads that work.
20         The next group would be Workforce
21 Development.  Dr. Adell Flowers is the Workforce
22 Development program manager.
23         The last grouping would be community-based
24 programs.  Layla Fitzgerald would be the program
25 director.  She also serves as a liaison between my



 1  office and DOE.

 2          And now, because of the departure of

 3  Tricia Mills, I am assuming management of Dr. Kristi

 4  Burke, who is -- I think her title is program

 5  coordinator.

 6      Q    Thank you.

 7          What are your responsibilities as

 8  supervisor with respect to the individuals who

 9  report to you?

10      A    To provide coaching; to lead meetings or

11  support in meetings led by my team members; to give

12  input, feedback; to make decisions as the -- I guess

13  as the director of the office, final decisions

14  sometimes that are required; to provide HR-related

15  functions in terms of salary reviews.

16          Broadly speaking, those would be the

17  categories.

18      Q    As part of the salary reviews, are you

19  making assessments of performance for these

20  individuals?

21      A    It is -- it's more along the lines of --

22  informally, yes.  But it's more along the lines of

23  increased workload or equity compared to other

24  similar staff across the agency.

25      Q    Have any of these individuals were



 1  regularly receiving data about the GNETS program,

 2  would you expect to know as their supervisor?

 3      A    Yes.

 4      Q    Lets go back to talking about this meeting

 5  with DCH leadership.  Who participates in that

 6  meeting from DCH?

 7      A    A number of people, all of whom I don't

 8  know.

 9           But the -- I guess the standing person is

10  Catherine Ivy, who is typically available in the

11  meeting.

12      Q    And do you -- excuse me.

13           Do you interact with Catherine Ivy outside

14  of the context of this meeting?

15      A    Sometimes, but most of my interactions

16  with DCH flow directly through the Office of

17  Medicaid Coordination.  If there is a need for me to

18  reach out to them directly as it relates to, say, a

19  specific child, I would -- I may be copied on the

20  email.  Sometimes I may initiate the email, but

21  Medicaid Coordination would always be copied if I

22  didn't go through them.

23      Q    What kind of issues about a specific child

24  would you be reaching out to DCH about?

25      A    If there was a question about their



1  Medicaid status.

2          Sometimes children -- oftentimes children

3  churn between different payors.  So because of life

4  circumstances, in a particular year they may be

5  under private insurance, and then a part of

6  Medicaid, and then uninsured.

7          We don't have access to all of that data

8  or payor source.  So we would need to coordinate

9  with DCH to determine if that's a Medicaid managed

10  care covered life.

11      Q   So you have no way of knowing whether a

12  specific child is a Medicaid beneficiary unless you

13  asked DCH?

14      A   Correct.

15      Q   Do you have any other coordination on a

16  regular basis with DCH, beyond what you've just

17  described?

18      A   There are a number of child serving

19  meetings, probably many reflected on Exhibit 6, that

20  I participate in that includes DCH.

21      Q   I think we'll talk about that a little bit

22  later.

23          I want to shift to another child serving

24  agency within the State of Georgia, which is Georgia

25  Department of Education.



1          What coordination, as part of your
2   official duties, do you do with the Georgia
3   Department of Education?
4       A    There's a standing Apex leadership meeting
5   that I participate in, if my schedule allows.  In
6   one of those meetings per month DCH participates.
7          The other thing that happened as of
8   September of 2021 is that Layla Fitzgerald became
9   officially as in between my office and DOE.
10      Q    I'd like to talk more about that, but
11  first I want to go back and just clarify.  I think
12  the record says that DCH participates in the
13  standing Apex leadership meeting.  Did you mean to
14  refer to Georgia Department of Education?
15      A    Yes.
16      Q    And outside of that meeting, what are the
17  standing meetings in which you coordinate directly
18  with staff at the Georgia Department of Education?
19      A    That's it.  And I don't coordinate that
20  meeting.
21          As part of the Apex work, our contract
22  vendor with Georgia State convenes that meeting, and
23  I participate as my schedule permits.
24      Q    Are you responsible for providing any
25  trainings to your staff at OCYF?



```
1        A     No.
2        Q     Are you required to receive annual
3   training in your role?
4        A     No.  So correction:  Yes.  Not specific to
5   my role, but yes.
6              There are statewide required quarterly
7   trainings.
8        Q     Do you receive any required training with
9   respect to children's behavioral health services on
10  an annual basis?
11       A     Yes.
12       Q     Could you describe that training?
13       A     We host training.  The Division puts on an
14  annual behavioral health symposium.  Myself and my
15  team make sure there's child and adolescent content
16  for that.
17             We put on an annual, what's called, a
18  System of Care Academy, focused specifically on
19  children's behavioral health.
20       Q     You've used the term a couple times today
21  and we'll talk about it later.  I'm hoping you can
22  describe what System of Care means.
23       A     It's not easily defined.  It's many
24  things.
25             System of Care is an official framework,
```



 1 | but it's also particular programming, and at the

 2 | essence of System of Care is coordination of

 3 | services in many domains, whether it is with

 4 | recognizing family voice, whether it's coordinating

 5 | with multiple child serving agencies.

 6 |     Q    I'm going to quickly show you another

 7 | document.

 8 |          (WHEREUPON, Plaintiff's Exhibit-7 was

 9 |      marked for identification.)

10 | BY MR. HOLKINS:

11 |     Q    So you've just been shown what is marked

12 | Exhibit 7.

13 |          MR. HOLKINS:  I note for the record this

14 |      is GA00250529.  It's titled, "OCYF Staff Plan,

15 |      Draft, 5/12/20."

16 | BY MR. HOLKINS:

17 |     Q    Mr. McKay, Please take a minute to read

18 | the document and let me know when you've finished.

19 |          (Witness reviews exhibit.)

20 |     A    I've reviewed the document.

21 |     Q    Thank you.

22 |          Mr. McKay, did you draft this document?

23 |     A    I believe so.

24 |     Q    For what purpose?

25 |     A    This was around the time that the agency



1  was considering reductions, including reductions in

2  staff.  And so I think I produced this to have a

3  better understanding who was working on what at that

4  particular time.  And if any of those staff were

5  lost, what the impact would be.

6      Q    First off, let me ask, were any of these

7  staff lost as a result of the reduction?

8      A    Yes.

9      Q    Which ones?

10     A    Well, there were many plans -- there are

11 many different versions of this.  The Parent/Youth

12 Peer Support section is no longer -- Dana McCrary no

13 longer reports to me.  Or Ana Martinez.  Dave -- but

14 both still remain employed with the agency.

15          Dave Quashie was lost --

16          THE COURT REPORTER:  I can't hear you, the

17      names.

18     A    Dave Quashie was lost as part of the

19 reduction.

20          Dana McCrary and Ana Martinez were lost to

21 the office but moved to a different office.

22          Jessica Soto is no longer a part of the

23 office.

24          Ana Speed is no longer a part of the

25 office.



1              Excuse me.  Anita Speed is no longer a

2    part of the office.

3         Q    Thank you.

4              To whom was this document submitted?  Or

5    was it just internal?

6         A    I don't know if I submitted this to

7    anyone.

8         Q    Have there been -- as you mentioned, there

9    have been many versions of this document.  Let me

10   just ask whether you've developed staff plans in the

11   last year?

12        A    I can't say if I have or not.

13        Q    Is this something that you regularly

14   produce on an annual basis, for instance?

15        A    No.

16        Q    You can put that aside.

17             I'd like to talk with you a bit about the

18   behavioral health services that are available

19   through Georgia's publicly funded system.  We should

20   be able to get through a few of these documents in

21   the next maybe 20 minutes or so and, and then we'll

22   take a break for lunch, if that's all right.

23        A    Okay.

24             (WHEREUPON, Plaintiff's Exhibit-8 was

25        marked for identification.)



 1  BY MR. HOLKINS:

 2      Q    Mr. McKay, you've just been handed what's

 3  been marked Exhibit 8.  Please take a moment to

 4  review the document and let me know when you've

 5  finished.

 6      A    Okay.

 7           (Witness reviews exhibit.)

 8      A    I've reviewed the document.

 9      Q    Thank you.

10           MR. HOLKINS:  I'll note for the record

11      this is a letter dated February 12, 2021, from

12      Alexa Ross to counsel for the United States in

13      this matter, and it provides the State's

14      supplemental responses to certain of the United

15      States interrogatories.

16  BY MR. HOLKINS:

17      Q    And I want to direct your attention in

18  particular, Mr. McKay, to the State's supplemental

19  response to Interrogatory No. 17, which appears on

20  Pages 3 and 4 of this document.

21           First, let me ask you whether you had any

22  role or any involvement in compiling, drafting or

23  reviewing the State's supplemental response to

24  Interrogatory No. 17?

25      A    I don't know.



1       Q    Have you seen this document before?

2       A    I don't know.

3       Q    Are you generally familiar with the

4   services identified in the State's supplemental

5   response to Interrogatory No. 17 on Pages --

6       A    Yes.

7       Q    -- 2 and 3?

8       A    Yes, I am.

9       Q    And how do you --

10           MR. HOLKINS:  Let me reask that.

11      Q    What's the basis for that familiarity?

12      A    These are services listed in the

13  behavioral health provider manual for DBHDD.

14      Q    It is accurate to say that the behavioral

15  health provider manual defines and sets requirements

16  with respect to each of these services?

17      A    No, not exactly.

18      Q    Could you explain?

19      A    The services -- the provider manual

20  contains services that are a part of the DBHDD core

21  service package.  Who determines those services, I

22  don't know.

23           And then the provider manual specifies the

24  requirements for those services.  Like admission

25  criteria, continuing stay, those sorts of things.



1      Q    Thank you for that clarification.

2           And so providers of the services described

3   in DBHDD's provider manual must comply with the

4   requirements set forth in that manual, correct?

5      A    Correct.

6      Q    How does DBHDD assess whether the services

7   described in its provider manual are being

8   implemented consistent with those standards?

9      A    I don't know.  It's a different office.

10     Q    Which office would that be?

11     A    If we can refer to one of the previous

12  exhibits.

13     Q    Please feel free to look back at Exhibit

14  No. 4, which is the org chart for DBHDD.

15     A    So if you go to Page 15, and again with

16  the caveat that there's been some redesign of the

17  department, each of the offices or capacities

18  represented here would have a role in assessing

19  provider performance.

20          And then if you go to Page 16, I would say

21  the one, two, three, four, five, reading from left

22  to right, the first five boxes would have some

23  responsibilities for assisting provider performance.

24     Q    That's on Page 16, correct?

25     A    Correct.



```
 1       Q    Are you familiar with how the individuals
 2  in those offices go about assessing provider
 3  performance in connection with the provider manual?
 4       A    I am not.  What I do know is that we have
 5  KPIs, metrics, standard metrics, that they assess
 6  according to some frequency.
 7            Key performance indicators is KPI.
 8       Q    Thank you.
 9            Does DBHDD have its own fidelity standards
10  with respect to services in its provider manual?
11       A    I don't know the answer to that.
12       Q    Are you familiar with the term
13  "evidence-based practice"?
14       A    Yes.
15       Q    What is an evidence-based practice?
16       A    It is a practice that's been vetted by and
17  approved by, scientifically, by the research
18  community.
19       Q    Is it important in your view that
20  Georgia's behavioral health service providers use
21  evidence-based services?
22            MR. PICO PRATS:  Objection.
23            You can answer.
24       A    Yes.
25       Q    Why?
```



1      A     Because they have been vetted and found to

2   be -- they're to be benefits for them.  There are

3   hundreds of EBPs, and EBPs are not consistent across

4   industries.  So behavioral evidence-based practices

5   may not be the same as educational evidence-based

6   practices.  But it's a value to having something to

7   promote benefits of a particular practice and to

8   have that tested and vetted and verified.

9      Q     And do you undertake any efforts in your

10  official role to promote implementation of

11  evidence-based services in the State of Georgia?

12     A     We, as a part of our training offerings,

13  we select certain evidence-based practices that we

14  make available as part of, say, the annual System of

15  Care Academy.

16          My office, over the last year, launched a

17  Clinical Development Academy that includes offerings

18  of some EBPs.

19          Evidence-based practices are for fidelity

20  to the model or for behavioral health practitioners

21  that require annual educational credits.  It may be

22  unobtainable to offer an EV-based practice or to

23  receive training in an evidence-base without a

24  particular offering that is sponsored by -- through

25  an educational opportunity like my office offers.



1    Q    Let me just try to understand your last

2  statement.

3         So you're saying that for some providers,

4  unless they have specific educational opportunities,

5  they're not going to be able to provide

6  evidence-based services -- educational opportunities

7  like the ones provided by your office?

8    A    No, I'm not saying that.

9    Q    Could you clarify?  I'm sorry.

10   A    It would be more difficult.

11        For example, as attorneys you're required

12 to have continued legal education, but attorney

13 salaries are typically higher than your average

14 position -- your average profession, and so you may

15 be able to pay for those out-of-pocket or you may go

16 to bar-sponsored things where you don't have to pay.

17        Behavioral health professionals are

18 typically some of the lowest paid individuals in the

19 industry, and education -- but they are still

20 required to have annual or bi-annual educational

21 credits, which in an evidence-based practice that

22 may be unobtainable based upon their annual

23 salaries.

24        So as part of our educational offerings,

25 like the annual System of Care Academy, we'll make



1  some of those things available and we will cover the

2  cost of those educational credits.

3      Q    Do you think that what DBHDD is currently

4  offering is sufficient to meet the needs for

5  training on evidence-based services for behavioral

6  health service providers?

7           MR. PICO PRATS:  Objection.

8      A    I can't speak to that.

9      Q    Why not?

10     A    That's a very broad question, and it would

11 require speculation.

12          I do know that individuals that attend our

13 trainings are not just -- there may be individuals

14 employed with the Department of Family and Children

15 Services or the Department of Community Health, or

16 even the Department of Education.  What we're

17 offering, if it's sufficient to support an entire

18 state beyond -- just for our agency or even beyond

19 our agency, I can't say.

20     Q    Do you know whether any of the services

21 identified in Exhibit 8, in the State supplemental

22 response, Interrogatory 17, are evidence-based

23 practices?

24     A    I do not know.

25     Q    Are you familiar with the term "functional



```
 1  behavioral assessment"?

 2       A    No.

 3            I want to correct the last statement.

 4       Q    Please go ahead.

 5       A    I believe that Parent Peer Support and

 6  Youth Peer Support has obtained EBP status.

 7       Q    Any other additions?

 8       A    No.

 9       Q    Do you know if IC3 is an evidence-based

10  service?

11       A    I don't know per se.  I do know that it

12  has recently been rated as a promising practice on

13  the Title IV Clearinghouse as of this month.

14       Q    Could you describe what a promising

15  practice is as distinct from an evidence-based

16  practice?

17       A    I don't know.  I just know that for the

18  federal reform under the Family First Act for --

19  there are various -- like I said before, there are

20  hundreds of evidence-based practices.  Before

21  eligibility for support, Federal Title IV funding

22  support, those practices have to be submitted to the

23  clearinghouse for review.  And those that are

24  approved -- and there are three levels of approval:

25  I think supported, well supported, and promising.
```



1              Any of those that are reviewed and rated

2    and added to the clearinghouse are available for

3    Title IV-E funding under the Federal Family First

4    Prevention Services Act.

5         Q    Okay.  Thank you.

6              I just want to make sure the record was

7    clear.  Were you familiar with the term "functional

8    behavioral assessment"?

9         A    No.

10        Q    Do you know whether --

11             MR. HOLKINS:  Let me ask that in a

12        different way.

13        Q    Are the services identified in the State's

14   supplemental response, Interrogatory No. 17, all

15   available in general education settings in Georgia?

16             MR. PICO PRATS:  Objection to form.

17             You can answer.

18        A    I don't know.

19        Q    Do you know whether these services are

20   available to children enrolled in GNETS?

21        A    I don't know.

22        Q    And just to make this more specific...

23             To make this specific, do you know whether

24   IC3, or Intensive Customized Care Coordination, is

25   available in general education settings in Georgia?



1      A     I'm not clear on the question.

2      Q     What I'm trying to assess is whether or

3  not these services are provided in general education

4  settings in Georgia, whether students enrolled in

5  the schools are able to receive the service at that

6  setting.

7            So I'll ask the question again:  Is IC3

8  available to students in the general education

9  setting in Georgia?

10     A     IC3 is a community-based service, it's a

11 fidelity model, and so meetings could take place

12 inside of schools.  Somewhere like a McDonald's in

13 the community, or in the home.  It's community

14 based.

15           So when you say inside a school setting,

16 it could happen in a school setting but it's not

17 limited to a school setting.

18     Q     Thank you for that distinction.

19           But it can be provided in a school

20 setting, correct?

21     A     Correct.

22     Q     Do you know whether Intensive Customized

23 Care Coordination can be provided in a GNETS

24 facility?

25     A     It's speculative but I don't see why not.



1      Q    Do you know whether in fact IC3 is

2   provided in GNET settings?

3      A    I do not know.

4      Q    What about individualized counseling, do

5   you know whether that service is provided in GNET

6   settings?

7      A    I do not know.

8      Q    Is that true for this entire list?

9      A    Yes, that's true for this entire list.

10  But to provide context, there are a number of

11  factors that go into play in these services.

12           So these are services that are available

13  -- or funded services that are available through

14  some mechanism, public mechanism, whether it's

15  Medicaid, managed care Medicaid, traditional

16  Medicaid, or uninsured.

17           Whether it's available is depending upon

18  available workforce, school personnel, referrals.

19  There are a number of things.  But these are

20  services that are active -- that have active funding

21  and can be made available if those factors are in

22  place to facilitate access to these services.

23     Q    Are all the services identified in the

24  State's supplemental response, Interrogatory No. 17,

25  core services?



1       A    Yes.

2       Q    So these are services that community

3   service boards, the safety net providers you

4   described earlier, are required to provide, correct?

5       A    I'm hesitant to say yes because the

6   requirement, that they're required to provide it.

7   It's, it's available because it's part of the core

8   benefit package.

9            But individualized needs will determine

10  what is -- individuals' needs will be based upon

11  what is included in their treatment plan,

12  recommendation.

13      Q    Right.  I'm just trying to understand

14  what's provided, though, by community service

15  boards.

16           Is it accurate that just because something

17  is a core service doesn't mean it's going to be

18  provided by a community service board?  Is that

19  true?

20      A    In a way, but, again, services are

21  individualized.  Every -- what we mean by

22  individualized is when an individual -- when a child

23  is assessed, that assessment will yield certain

24  recommendations to address whatever brought that

25  child to that professional's attention, and that



1  assessment may recommend all of these services or it
2  may recommend five of these services, but it's all
3  individualized and determined by that behavioral
4  health professional or team.
5      Q    What I'm trying to understand, though, is
6  whether providers have capacity, have staff, to
7  provide all core services?
8           MR. PICO PRATS:  Objection; speculation.
9           MR. HOLKINS:  I'm sorry?
10          MR. PICO PRATS:  I'm sorry, I objected to
11     speculation, but you haven't finished maybe.
12          MR. HOLKINS:  So let me try that again.
13  BY MR. HOLKINS:
14      Q    Do you know whether providers, community
15  service boards, the safety net providers, have
16  capacity to provide all of the core services across
17  the State?
18      A    I do not know.
19      Q    Do you as part of your duties at OCYF
20  undertake any assessments regularly of provider
21  capacity to deliver DBHDD's core services?
22      A    No.  Not, not core services.
23          And again just for context and clarity to
24  your capacity question, a number of factors go into
25  place.  And so it changes from week-to-week,



1  especially with the pandemic.

2            And so if, for example, an agency serving

3  a rural community will be considered fully staffed

4  at 10 FTEs, but because of the pandemic they may go

5  a month without, you know, with one or two, then --

6  I mean it's a rolling -- it's a rolling and kind of

7  case-by-case thing.

8      Q    We're going to take a break in a second,

9  but I just want to quickly show you another

10 document.

11           MR. HOLKINS:  We only have one copy of

12      this one.  I apologize.  But you can take a

13      look separately, if you need to.

14           (WHEREUPON, Plaintiff's Exhibit-9 was

15       marked for identification.)

16 BY MR. HOLKINS:

17     Q    Mr. McKay, you've just been handed what's

18 marked as Exhibit 9.

19           MR. HOLKINS:  I'll note for the record

20      this document was not produced to us by the

21      State but rather obtained through DBHDD's

22      public websites and it is titled, "Provider

23      Manual For Community Behavioral Health

24      Providers, For the Department of Behavioral

25      Health & Development and Disabilities," for



1        Fiscal Year 2022, Quarter One, and the

2        effective date is July 1, 2021 through

3        September 30, 2021.

4   BY MR. HOLKINS:

5        Q    Mr. McKay, is this the hard version of the

6   provider manual we've been talking about?

7        A    Yes.

8        Q    So this is, at least for the effective

9   dates, the document that defines the service

10  requirements for the services identified in the

11  State's supplemental responses, Interrogatory 17,

12  correct?

13       A    I'm unsure of the answer to that.  But the

14  services listed in No. 17 of the interrogatory

15  should be reflected in this manual.  Most of them.

16  If not all of them.

17       Q    I'll just ask you real quick, if you could

18  scan the list from the State's supplemental

19  response, Interrogatory 17, and identify any

20  services that you think may not be defined in the

21  provider manual?

22       A    I would need to reconcile this against

23  this, because this changes quarterly.  And this, a

24  couple, I guess, editions back.

25            MR. HOLKINS:  So I'll note that this was



1        the most recent version of the provider manual

2        that you were able to obtain from the State's

3        public website.  I did see another version that

4        was effective as of January this year, but the

5        link to that document is not live.

6             So we would request from counsel

7        production of the current provider manual.

8             And also on a rolling basis any updates do

9        that manual.

10      A    The first couple of pages of this document

11  is a listing of the services, similar to this.

12      Q    Are you referring to, looks like, Page 3

13  of the document, which describes Child and

14  Adolescent --

15      A    Correct.

16      Q    -- Non-Intensive Outpatient Services and

17  Specialty Services; is that right?

18      A    Correct.

19      Q    So for the services that or on this page,

20  Page 3 of Exhibit 9, and also in the State's

21  supplemental response to Interrogatory 17, this

22  document for the effective dates provides DBHDD's

23  standards and requirements for the service; is that

24  not true?

25      A    Mostly accurate.



1       Q    What part wasn't accurate?

2       A    Now, as I mentioned, there are -- have

3   been occasions where there are services that are

4   offered that have not yet made it into the provider

5   manual.

6       Q    Right.

7       A    And that may be a case of a pilot or --

8   like in the case of Apex, Apex started as a pilot.

9   It was only going to be a one-year program, and then

10  we converted it to an annualized program.  And after

11  a couple of years of offering the program felt the

12  need to add it to the provider manual.

13          I don't know if there are other instances

14  of that.  So there may be a service on here that's

15  being offered that may not be reflected here.

16      Q    Right.  I appreciate that.

17          But for the services that are on both of

18  these lists, for instance, Crisis Intervention is in

19  State's supplemental response, Interrogatory 17.

20  It's also on Page 3 of this version of the program

21  manual.  Do you see that?

22      A    Correct.

23      Q    So for that service, this manual describes

24  what the requirements are?

25      A    Correct.



1      Q    And that's true for the other services

2  that are on both lists?

3      A    Correct.

4      Q    Thank you.

5           MR. HOLKINS:  We're due for lunch, so

6      let's take a break.  We're off.

7           THE VIDEOGRAPHER:  Off the record at 1:16

8      p.m.

9           (A luncheon recess was taken.)

10          THE VIDEOGRAPHER:  We're back on the

11     record at 2:04 p.m.

12  BY MR. HOLKINS:

13     Q    Welcome back, Mr. McKay.

14          Before we move on, I just want to circle

15  back to one question from the morning.

16          You had testified earlier that you meet I

17  think on a quarterly basis with staff, leadership

18  staff, from DCH, correct?

19     A    No.  It's monthly.

20     Q    Monthly.  Thank you.

21          During those meetings, do you ever discuss

22  strategies to expand the State's use of available

23  Medicaid funds to support behavioral health services

24  in Georgia?

25     A    Possibly.



```
1        Q    Could you elaborate?

2        A    In the, in the course of discussions for

3   like, say, school-based behavioral health, if we

4   have heard in the community from community providers

5   that they're having trouble with authorizations

6   being -- services being authorized for one of their

7   covered lives, if it was managed care covered lives,

8   or even the length of the authorization and it was a

9   trend, we would mention something like that in the

10  meeting, and there would be some discussion, and

11  there may be some follow-up by DCH and later

12  reporting on what the follow-up -- what the outcomes

13  of the follow-up.

14       Q    Is that something that comes up just on a

15  case-by-case basis with providers, or are you doing

16  any kind of systemwide analysis of challenges around

17  Medicaid authorizations?

18       A    We don't do a systemwide analysis.  It's

19  more anecdotal.  You know, we don't have the

20  capacity to analyze that.  We have the data that we

21  get through the Center of Excellence, so through

22  Georgia State.

23            But we have regular touchpoints throughout

24  the year with providers, and anecdotally we will

25  share things with DCH.  Sometimes it's
```



1    individualized.  Most of the time it's trends.

2             We've heard, you know, from five

3    providers, some in Central Georgia, some in South

4    Georgia, some in the metro Atlanta area, this is an

5    issue, and so we pass that along.

6        Q    And have there been trends identified with

7    respect to specific school-based mental health

8    services?

9        A    No.

10       Q    I'm sorry?

11       A    No.

12       Q    So it's more of like an overall problem

13   with getting services authorized by care management

14   organizations?

15       A    I wouldn't describe it as a problem, just

16   a normal part of programmatic management.

17            I would also clarify that the codes that

18   our contractors, Center of Excellence would pull, as

19   well as DCH, are community-based mental health

20   codes.  And so without us telling them we're in X

21   number of schools, they wouldn't know we're in those

22   schools because they would see just a regular

23   community-based program.  For example,

24   individualized counseling, they wouldn't know that

25   it happened in the school setting.  They just know



 1  that it happened.

 2          MS. COHEN:  DCH?

 3          THE WITNESS:  DCH, correct.

 4  BY MR. HOLKINS:

 5     Q    I just want to make sure I understand, and

 6  I'm sorry, I'm struggling a little bit with my

 7  hearing right now.

 8          So DCH -- is it your testimony DCH

 9  wouldn't be able to identify whether, whether a

10  counseling service that was not being able to --

11  that it wasn't getting billed to Medicaid was

12  provided in the school versus another community

13  setting; is that right?

14     A    To reframe, you had asked about

15  school-based services available in the school.  The

16  way that utilization is tracked is according to

17  specific Medicaid codes.  So each of those services

18  that we've discussed would have a Medicaid code.

19  And so if you wanted to see how many times that

20  service has been used, you would pull that code.

21     Q    Right.

22     A    There's no school specific Medicaid code.

23  It would just be, for example, a hundred individual

24  counseling sessions happened.  You would not be able

25  to discern that 10 percent of those happened in the



1  school setting, just that they happened.

2      Q    Are there Medicaid codes that are specific

3  to providers of those services, though?

4      A    Meaning if a provider has a Medicaid

5  number?

6      Q    Right.  Are you able to pinpoint per

7  provider the amount of Medicaid services that are

8  being provided?

9      A    To a certain degree.

10     Q    Could you explain?

11     A    For -- in our Apex reporting that we

12 receive through Georgia State, there is tracking

13 according to providers.  It's self-reported.  And so

14 each month the providers that are contracted for

15 Apex services will provide -- they will provide a

16 report to the Center of Excellence; let's say, for

17 example, we provided 20 individual counseling

18 sessions this month, in this school.

19          There's also a way to not necessarily pull

20 by school through internal IT services, but I think

21 our IT Department can pull to say that X number of

22 services, individual counseling services for the

23 uninsured, SSI Medicaid population, has been

24 provided.

25          But, again, if we didn't have the separate



1  contract with the Center of Excellence, we wouldn't

2  know the number of children that were managed care

3  covered lives that were served.

4        Q     Thank you.

5              Do you know if general education schools

6  in Georgia can enroll as Medicaid providers where

7  they're going directly to CMOs?

8        A     I don't know the answer to that.

9        Q     Do you know if GNETS facilities can enroll

10 as Medicaid providers where they are billing

11 directly to CMOs?

12       A     I don't know the answer to that.

13             MR. HOLKINS:  Let's move on to another

14       document.

15             (WHEREUPON, Plaintiff's Exhibit-10 was

16        marked for identification.)

17 BY MR. HOLKINS:

18       Q     You've just been handed what has been

19 marked Exhibit 10.

20             MR. HOLKINS:  I'll note for the record

21       this is a complete copy of the State of

22       Georgia's Community Mental Health Services

23       Block Grant Application for FY2021.

24             It's publicly available on the website of

25       the U.S. Department of Health & Human Services.



1           As indicated on Pages 2 and 3 of the

2       document, it was submitted by the Georgia

3       Department of Behavioral Health and

4       Developmental Disabilities on 9/3/2019 and

5       revised on 12/3/2020.

6   BY MR. HOLKINS:

7       Q    Mr. McKay, have you ever seen this

8   document before?

9       A    I've seen a portion of a draft of this

10  document.

11      Q    And what portion of the document did you

12  see a draft of?

13      A    Flipping through, it looks like it lists

14  the indicators that we're required to submit to

15  SAMHSA annually.  So I have a role in updating

16  those.

17           I suspect there may be a child and

18  adolescent section in here.  I would have been asked

19  to review that for accuracy.

20      Q    Please take a moment.

21           If you're looking for the Child and

22  Adolescent Mental Health section, it starts on Page

23  95.

24      A    Yes, I would have been asked to review

25  this portion of this document, but not in its



1  current form, and I can't say with certainty that

2  what is listed here is the -- contained any edits or

3  comments I would have made.

4      Q    And that's all right.  I think we can --

5  take your time, but I'm actually going to ask you

6  questions about your contributions but more so just

7  pieces of the document, whether or not you drafted

8  them.

9      A    Okay.

10      Q    Okay.  But let me just ask, stepping back

11  from this specific version, could you describe what

12  your contributions are to these block grant

13  applications?

14      A    We're required to annually -- it's like a

15  two-year application cycle, but we're required to do

16  annual submissions.  And in some instances those

17  submissions are updates to say we're on track or off

18  track and give reasons as to why we may be off

19  track.

20          And then the other instances we are

21  submitting a new application for additional funding

22  and telling the Federal Government what we intend to

23  do with those funds.

24          A lot of it may be a continuation,

25  speaking for my office, continuation of what was in



1  the previous two-year cycle.  Sometimes there are

2  modifications to that.

3          I will have a role in, in saying what

4  programs we would like to continue or modify based

5  upon learnings and outcomes, experience over the

6  previous grant cycles.

7      Q    Thank you.

8          So I want to direct you specifically to

9  Page 172 of the document.  I put a sticky there.

10  And the title for Page 172 is "Child and Adolescent

11  Mental Health - Plans" -- excuse me.  "Child and

12  Adolescent Mental Health - Plans to Address Unmet

13  Needs."

14          Do you see where I am?

15      A    Yes.

16      Q    Okay.  Do you make any contributions to

17  this section of the application?

18      A    There's possibility, yes.

19          Same answer as before.  This is a -- this

20  is pretty much a standard document that has existed,

21  you know, prior to my tenure, and from -- and we're

22  asked for periodic updates.  There's not a whole lot

23  that changes from plan to plan.

24          And if I did make edits or whether it's

25  retractions or additions or word modifications, I



 1  can't say that this is the final draft of what I

 2  submitted.

 3      Q    That's fine.

 4           Give me one second.

 5           So I want to direct you to on Page 172,

 6  the third full paragraph that starts "As

 7  summarized."

 8           Do you see that paragraph?

 9      A    Yes.

10      Q    So this excerpt reads:  "As summarized in

11  the data and Regional Advisory Council

12  recommendations, there is a need to expand

13  availability of core and specialty services to

14  children and adolescents, particularly in rural

15  areas of the state."

16           Is that statement consistent with your

17  observations and experience?

18      A    Yes.  Overall -- overall, yes.

19           The Regional Advisory Council, I'm unclear

20  as to which regional advisory council is being

21  referenced here.

22      Q    What's the basis -- sorry.

23           Go ahead.

24      A    So, in general, the statement about

25  increasing access to services, especially in rural



1  areas, generally applies.

2           This is based upon a recommendation by the

3  Regional Advisory Council.  I don't know what that

4  is.

5      Q    Okay.  So setting aside the Regional

6  Advisory Council recommendations, what's the basis

7  for your opinion that there's a need to expand

8  availability of core and specialty services to

9  children and adolescents, particularly in rural

10 areas of the state?

11     A    Just generally speaking, according to

12 trends and general statistics, which have actually

13 increased during the pandemic, but so many children

14 -- I think I last saw one in -- for a long time it

15 was one-in-five children require -- had a behavioral

16 health diagnosis that required services.

17          I know that that statistic has increased

18 during the pandemic, but just realizing the ratio of

19 children that need those services, there's always

20 the need to increase access to try to meet that

21 demand.

22     Q    And what specific data do you look at that

23 informs this assessment?

24     A    SAMHSA would be one organization that puts

25 out data on a regular basis.  I can't call attention



1  to one specific data point, but I would look at

2  maybe SAMHSA.  I would look at Mental Health

3  America.

4          There are annual kind of report cards that

5  are put out nationally.  You tend to kind of look at

6  those things.

7      Q    And just to be clear, I'm asking about

8  data that you look at that is specific to the need

9  to increase availability of community behavioral

10 services in Georgia.  What data do you look at for

11 that?

12     A    It would be the things that I've

13 mentioned.

14     Q    Okay, thank you.

15          In your view, what community-based

16 behavioral services in particular does the State

17 need to increase availability of to serve children

18 with behavioral health conditions?

19          MR. PICO PRATS:  Objection.

20     A    I would say access to services generally,

21 probably, based upon individualized needs, whether

22 it's individual counseling, whether it's family

23 counseling, whether it's group counseling.  Those

24 would be determined during the assessment phase by

25 behavioral health professional.



1    Q    I'm not asking, though, about the specific

2  needs of individual children but rather specific

3  gaps in the system.

4         Are you aware of the need for the State of

5  Georgia to increase any specific community-based

6  behavioral service?

7    A    Not specifically, no.

8    Q    So to give a concrete example, does

9  Georgia need to expand availability of IC3?

10        MR. PICO PRATS:  Objection.

11   A    Generally speaking -- I can't speak to

12  specifics, but general speaking, it's, it's

13  generally accepted that Georgia, along with every

14  other state in the country, has a professional

15  health care shortage.  There are places in the State

16  that have no behavioral health professionals,

17  whether it's psychologists, whether it's a

18  pediatrician.

19        And so the way to combat that is to do

20  things like place clinicians in schools.  Because

21  one of the barriers of access to services could be

22  transportation in rural communities.

23        It would be to facilitate the availability

24  of telemedicine.  Again, to kind of address

25  transportation kind of concerns.



1          And so, generally speaking, it's just

2    generally accepted throughout the country in this

3    field that they're workforce in-service challenges.

4          Q    I'd like to set aside this document for

5    just a second and show you another one.  We'll

6    return to that, though, if you could keep that page.

7               (WHEREUPON, Plaintiff's Exhibit-11 was

8          marked for identification.)

9    BY MR. HOLKINS:

10         Q    You've just been handed what's been marked

11   Exhibit 11.

12              MR. HOLKINS:  For the record, this is

13         GA00006288.

14   BY MR. HOLKINS:

15         Q    Mr. McKay, this is an email chain in which

16   you're both a sender and a recipient from 2018.

17              Please take a minute to review the

18   document.

19         A    Okay.

20              (Witness reviews exhibit.)

21         Q    I'd like to direct you to the email that

22   you wrote.  It starts at the bottom of Page 1, on

23   May 11, 2018, at 12:38 p.m., and continues on to

24   Page 2 of this document.

25              You write in that email:  "We would like



1   for this service to be available statewide."

2         Do you see that text?

3     A    Yes.

4     Q    By "this service," you're referring to

5   IC3, correct?

6     A    A complicated answer.  It requires some

7   context.

8         So some brief history is that -- so to

9   move away from the name IC3 but more so what this

10  service is, is high-fidelity wraparound, and

11  historically this service predates my tenure at

12  DBHDD, but it started as a demonstration project.

13  This is a federally funded program, started as a

14  demonstration project, and then it moved to a

15  federal waiver that was supported by two different

16  federal fund sources that sunset.

17        Some years back, because we were aware

18  that those fund sources would run out, there was a

19  request to the Department of Community Health, DCH,

20  to submit a state Medicaid plan, a waiver, state

21  Medicaid plan amendment, to add this service to

22  state Medicaid plan for eligibility for Medicaid

23  reimbursement to sustain it when those federal fund

24  sources ran out.

25        It had different names along the way.  You



1  see references to CBAY, but, again, it kind of goes

2  back to the names associated with the federal fund

3  sources.

4          The legacy of this is IC3, which is not

5  exactly the same thing, but it is a high-fidelity

6  wraparound service.

7          And this chain is referencing to the

8  enrollment process that would have needed to be

9  undertaken to move them from that old kind of

10  framework infrastructure to this new IC3 framework

11  infrastructure, which required some reenrollment and

12  classification of the providers that were

13  participating.

14     Q    Thank you very much for that explanation.

15          So is it fair to say that high-fidelity

16  wraparound as used in this document is a precursor

17  to the IC3 service that currently exists in the

18  State of Georgia?

19     A    Yes.

20     Q    And is it also fair to say that at time

21  you wrote this email, high-fidelity wraparound was

22  not available statewide?

23     A    No, that is not correct.  It was a

24  transition from its previous payor source to its

25  current payor source.



1    Q    The question, though, is:  Was

2  high-fidelity wraparound available in every region

3  of the state at the time that you wrote this email?

4    A    Yes.

5    Q    There were providers of high-fidelity

6  wraparound in every region of the state in 2018?

7    A    No.  There are two CMEs, according to the

8  model, care management entities, that provide this

9  service statewide.

10         So there are statewide focused provider

11 organizations, which requires from an IT system

12 perspective, provider enrollment perspective, a

13 difference for these two particular programs from

14 how the system is set up, because providers are

15 enrolled and approved based upon particular

16 catchment areas.

17         These particular providers, their

18 catchment areas are statewide.  So in making that

19 transition, this was the nuts and bolts kind of

20 conversation that we were undertaking to make sure

21 that the systems were in place when it transitioned

22 to this new payor source.

23    Q    Are there still just two CMEs providing --

24    A    Currently.

25    Q    -- IC3?



1      A     Yes, there are two CMEs providing IC3.

2      Q     And that covers the full state?

3      A     Yes.  We have an active procurement right

4   now to expand but currently there are only two CMEs.

5      Q     To be clear, do those CMEs have an office

6   in every region of the state where IC3 is available?

7      A     I don't know that.  They have a presence

8   in every region of the state.  I don't know if they

9   have a physical office in every region of the state.

10      Q     Do you undertake any analysis of whether

11   or not the two CMEs currently offering IC3 in the

12   State of Georgia are meeting the need for the

13   service statewide?

14      A     We do receive regular reports, yes.

15      Q     And so you analyze whether or not those

16   providers are meeting the need for IC3 in every

17   region of the state?

18      A     I can't answer that question.

19      Q     Why not?

20      A     It's -- I don't know the answer to it.

21      Q     Okay.

22      A     But to reframe, there are data points,

23   various categories, and we measure according to

24   those data points.

25            I don't know a need for a particular



1 county or community.  I know I can see that we're

2 tracking -- say one of the metrics would be did a

3 child and family team meeting occur, and I can see

4 how many of those occurred.

5          And, for example, a metric would be CANS,

6 a Child and Adolescent Needs Assessment.  I can see

7 if the CANS was administered and enrollment and

8 periodically during the period of enrollment,

9 whether it happened every 90 days or 45 days.

10          And trend-wise, aggregate level, because

11 we don't receive individualized records, would be

12 for the number of children that were enrolled that

13 received the CANS, did they have any kind of -- did

14 the CANS assessment demonstrate improvement over

15 time.

16          So, yes, we receive regular data, but I

17 can't answer the question about your needs question.

18     Q    Why did you -- why are you seeking now to

19 expand the number of providers of IC3 in the state?

20     A    So the providers do provide statewide

21 services.  Is that service even throughout the

22 state?  No.

23          We have learned that there may be benefits

24 to adding some additional CMEs in South Georgia.

25 They're less services that we have seen for various



1 factors.  And so having some providers physically --

2 well, office physically in, that being their home

3 catchment area, we are hoping to expand to see if

4 there's improvement there.

5      Q    And how did you identify South Georgia as

6 an area where there may be a need for additional

7 IC3?

8      A    Through our reports, looking at trends

9 over time.  There are density areas where services

10 were -- where referrals were made and where

11 individuals are actually enrolled.  And on those

12 particular maps, there are some that are very dark,

13 meaning high density, high enrollment.  There are

14 some that are middle shade, and then there are some

15 that are light.  And there are some that are white,

16 meaning that there were no enrollments, or if there

17 were enrollments, there were no -- there were no

18 referrals -- excuse me.

19           There may have been no referrals, or if

20 there were referrals, there were no enrollments,

21 because families do have a choice in whether they

22 want to enroll in the service.

23      Q    Where do you obtain those maps with

24 shading showing the different levels of enrollment?

25      A    Through the Center of Excellence.  So



1  Georgia State.

2       Q    And that's specific to IC3?

3       A    Correct.

4       Q    Do you receive those reports for any other

5  community-based behavioral health services available

6  to children and adolescents?

7       A    We receive a map as a part of Apex but

8  it's a different kind of map.

9       Q    It's not specific to any individual

10 service, right?

11      A    Correct.  It's just a map that shows where

12 the Apex program has a presence.

13      Q    Okay.  So you don't receive a map like

14 that for, for instance, crisis intervention?

15      A    No.

16      Q    For counseling?

17      A    No.

18      Q    What about behavioral health assessments,

19 do you receive a map for that?

20      A    No.  I would only receive a map for that

21 for the programs that we have contracted with for --

22 through the Center of Excellence.

23      Q    Okay.

24      A    And specifically the only two that I've

25 mentioned of the three would be Apex and IC3.



1      Q    And just to finish this line, do you

2  receive any reporting from the Center of Excellence

3  or someone else regarding utilization of IC3 within

4  GNETS facilities?

5      A    No.

6      Q    Do you know if anyone is assessing

7  utilization of IC3 in GNETS facilities?

8           MR. PICO PRATS:  Objection.

9      A    So it's not school specific.  It would be

10 just generally, by region or county or by referral

11 source.  And none of the referral sources are GNETS

12 specifically.

13     Q    I guess I'm asking you to step beyond like

14 the data that comes to you in your current role at

15 DBHDD.  Based on your coordination with other state

16 agency partners, do you know whether other agencies

17 for the State of Georgia are analyzing, tracking

18 utilization of IC3 by GNETS enrolled students.

19          MR. PICO PRATS:  Objection.

20     A    I do not know that.

21     Q    If you wanted to discern the answer to

22 that, who would you ask?

23     A    So my first inclination is that they would

24 not be able to do that without -- because they would

25 need to go to the Center of Excellence, and the



1   Center of Excellence would need to request our

2   permission.

3              But schools at the local district or local

4   education authority level, I don't know what data

5   they track.  They may know that a child has been

6   enrolled in IC3 and they may track that.  Those

7   metrics may or may not align with the data that we

8   track, but I don't know if it exists.

9              So I imagine if you were to ask if, you

10  know, someone was tracking IC3 enrollment, then

11  maybe you could ask the local school districts if

12  they're tracking it.

13      Q    Can we return to Page 172 of the block

14  grant.

15             You can set aside the email.  Thank you.

16      A    You said 172?

17      Q    So picking up where we left off, in that

18  same paragraph, in the middle of Page 172, it reads:

19  "There are some areas where there are limited

20  providers.  In addition, there has been the need

21  identified to provide services closer to where

22  children live in their homes and communities to

23  avoid more costly and intensive out of home

24  treatment."

25             Do you see that?



1      A    Yes.

2      Q    Do you agree with the title that there has

3   been the need identified to provide services closer

4   to where children live in their homes and

5   communities to avoid more costly and intensive out

6   of home treatment?

7      A    Yes.

8      Q    What's the basis for that belief?

9      A    If you think about services on a -- there

10  are a couple of different ways to assess them.

11         There are tiered services.  So Tier 1 --

12  and this may vary from agency to agency.  And some

13  -- our agency is a three-tier model, especially for

14  Apex.

15         Tier 1, universal prevention, all

16  children.

17         Tier 2 would be those identified at risk.

18  You may suspect that there is some behavioral health

19  deficiencies, but they haven't been identified.  So

20  you would start services to, to determine or not if

21  there is a formal diagnosis.

22         And then Tier 3 would be intensive

23  services, youth that have been you identified as

24  having a behavioral health diagnosis.

25         So that's one framework.



1           The other framework would be, laying on a

2   scale from left to right, prevention services, early

3   intervention, intervention, late intervention.

4           You -- from a general practice, generally

5   speaking perspective, historically before some

6   services that have come online over the last couple

7   of years, services would be introduced at that Tier

8   3, when students were already in an intensive stage

9   and needed a diagnosis -- they would be assessed and

10  a diagnosis would be there; or late intervention,

11  meaning psychiatric residential treatment

12  facilities, crisis stabilization.

13          It is better, in my opinion, from a

14  general practice, to try to introduce services

15  earlier on in the continuum.  So universal Tier 1 or

16  prevention, early intervention.

17          And so keeping that in mind, that would

18  align with earlier identification access to try to,

19  if possible, bend the acuity curve by not waiting

20  for -- to connect with students when they're much

21  sicker.

22      Q    Thank you very much for that.

23          So one of the goals in focusing on

24  prevention-based services is to keep children closer

25  to their homes and families; is that correct?



1      A     That's correct, yes.

2      Q     So skipping to the next paragraph on the

3  same page, the first line reads:  "DBHDD will work

4  with other child-serving agencies and partners to

5  increase the number of youth with SED receiving

6  services from public mental health system as well as

7  increase the number of youth receiving services in

8  their homes and communities."

9            Do you see that?

10     A     Yes.

11     Q     What efforts are you undertaking

12  personally to work with other child-serving agencies

13  and partners to increase the number of youth

14  receiving services in their homes and communities?

15     A     There are standing or regular meetings

16  individually between the child-server agencies,

17  between DBHDD and DCH.

18            We have now installed a liaison at the

19  Department of Education part of the time, and they

20  participate in a standing Apex meeting.

21            There were regular standing meetings prior

22  to the change in leadership at the Department of

23  Family and Children Services, so DFCS.

24            We participate on task forces in meetings

25  that are led by the Department of Early Care and



1    Learning.  So that would be an example of just

2    direct interagency participation.

3            Then there's something called an

4    Interagency Directors Team that includes all of the

5    child serving agencies that meets monthly.  IDT is

6    the organization that created the state System of

7    Care plan.  DBHDD provides the funding for that

8    infrastructure.  So we support and encourage

9    collaboration between child-serving agencies that

10   way.

11           And then there is something called the

12   Local Interagency Planning Teams required by the

13   Georgia statute.  We provide administrative support

14   for that function as well.

15           And in the statute it is required --

16   child-serving agencies are required to participate

17   in those local meetings.

18       Q    Thank you.

19           Do you think your efforts working across

20   child-serving agencies to increase the number of

21   youth receiving services in their homes and

22   communities have been successful?

23           MR. PICO PRATS:  Objection.

24       A    Yes.

25       Q    Why?



1        A      From the -- so -- so yes.

2               Is it consistent?  Like the data ebbs and

3    flows, but, for example, Apex enrollment increased

4    year over year prior to the pandemic.  It has

5    flattened out with the pandemic.

6               I think that is true of many of the -- for

7    the data points that I've seen, it was -- there were

8    year over year increases.  But when the pandemic

9    hit, some of those have flattened or in some cases

10   decreased.

11              In terms of having a System of Care state

12   plan, there were years where we did not have a

13   System of Care state plan, and through our funding

14   to support that administrative framework there was a

15   plan that was created and implemented, and there is

16   a current plan that's being implemented.

17              And so without our efforts, we feel that

18   there would be no plan, no System of Care state plan

19   in place, as it was prior to those efforts.

20      Q       So returning to Page 172 of this document,

21   the last full paragraph on the page, under the title

22   "Use of Evidence-based Practices and Promising

23   Practices," do you see that section?

24      A      Yes.

25      Q       The first line reads:  "The ability to



1  keep youth in their communities and to improve their

2  functioning is directly related to the types of

3  services and supports made available to them and

4  their families."

5          Is that statement consistent with your

6  observation and experience?

7      A    The first sentence?

8      Q    Yes.

9      A    Yes.

10     Q    We talked a bit about evidence-based

11 practices earlier.  I want to circle back to that to

12 ask just a couple of brief follow-up questions, and

13 this is with respect to the second sentence in that

14 same paragraph, which reads:  "DBHDD will continue

15 to train its workforce on evidence-based and

16 promising practices."

17         I'm hoping you can identify for me the

18 specific evidence-based practices that the DBHDD

19 trains its workforce on?

20     A    I cannot.  I am not a clinical person.  I

21 have clinicians on my team, and clinicians within

22 the Division, and there are certain practices that

23 have been deemed evidence-based and show outcomes.

24 So I lean on my team for those recommendations.

25         And then, as mentioned earlier, with the



1  child welfare reform there are evidence-based

2  practices that are being evaluated at the federal

3  level, that are then added to a clearinghouse.  So

4  that determines -- that has some determination on

5  what, what EPBs are funded and sustainable in

6  communities to be provided by providers.

7      Q    I understand that.  I'm just trying to

8  figure out what practices your office trains on

9  currently, and I guess my next question is, who

10 would be the right person on your staff to ask about

11 that?

12     A    I would say Dr. Adell Flowers would be

13 best positioned to answer that question about my

14 office.

15          She leads that work.  She curated

16 development of Clinical Developmental Academy, and

17 selected the EPBs that are offered under that.

18          She leads the planning for the annual

19 System of Care Academy and the EBPs that are offered

20 as a part of that.

21     Q    Thank you.

22          Please turn to Page 173.  I'd like to

23 direct you to the section entitled "Improve

24 Functioning of Youth with SED."

25          And that paragraph starts:  "DBHDD focuses



1  on service provision that leads to improved

2  functioning of youth with SED.  The goal is to

3  maintain youth in their homes, schools and

4  communities and divert them from criminal justice

5  and higher levels of care.  The use of High-Fidelity

6  Wraparound services with Care Management Entity

7  Services provide for a coordinated approach to

8  planning and acquiring along with a family and youth

9  the services and supports that are needed to

10 maintain a youth who is challenged with SED in their

11 communities and to improve their functioning at

12 home, in school and in their community."

13        Do you see IC3 as important to helping

14 DBHDD achieve its goal of maintaining youth in their

15 homes, schools and communities and diverting them

16 from criminal justice and higher levels of care?

17    A    Yes.

18    Q    Is that -- I'm sorry.  Go ahead.

19    A    I just said yes.

20    Q    Okay.  Is that true generally for the

21 services that we discussed earlier that were

22 identified in the State's supplemental response to

23 Interrogatory No. 17?

24    A    Generally speaking, yes.

25         Clarification:  IC3 is again more of a



1  framework that utilizes several of the services that

2  were listed.

3          So, so yes.

4      Q    Thank you for that clarification.

5          At the present time, has your office set

6  forth any specific goals for the expansion of IC3?

7      A    Yes.

8      Q    What are those goals?

9      A    To expand by two CMEs, and for those two

10 CMEs to have a home based in South Georgia.

11     Q    Do you have specific targets as to how

12 many additional children you hope to serve through

13 that expansion?

14     A    No.

15     Q    Has your office set goals with respect to

16 expanding any of the other services identified in

17 the State's supplemental response, Interrogatory No.

18 17?

19          And feel free to refer back to it if you

20 need to.  That's Exhibit 8.

21     A    I'm sorry, someone said something.

22          Can you restate the question?

23     Q    Has your office set goals with respect to

24 expanding any of the other services identified in

25 the State's supplemental response to Interrogatory



1  No. 17?

2       A    Yes.  To Parent and Youth Peer Support.

3       Q    And what is the target that your office

4  has set for expanding that service?

5       A    That every Tier 1 provider will enroll in

6  that service and hire a certified -- at least one

7  parent certified peer specialist and one youth

8  certified peer specialist, to be able to provide

9  those services in their various catchment areas.

10      Q    Why did you create that goal?

11      A    This -- when we amended the state plan to,

12 to create IC3, we also amended the state plan to

13 create these services, which had traditionally been

14 complimentary as a part of the waiver.  So we

15 created standalone services.  And to build

16 utilization and access across the state, providers

17 would need to enroll in the service, and once

18 they're enrolled in the service, they then go hire

19 individuals that meet that criteria, that have lived

20 experience.

21           That has not gone well since we amended

22 the state Medicaid plan, and I don't remember

23 exactly, but it's been a couple of years.

24           So to encourage providers to enroll in

25 that and to hire these individuals that have been



1  demonstrated to be very important to resiliency and

2  long-term recovery, we have set goals, like I said,

3  for each Tier 1 provider to hire at least one CPSP

4  and one CPSY; our 2 -- Tier 2 plus providers to do

5  the same; and then our family support organizations,

6  which the acronym for those are FSOs, to hire.

7        Q     Thank you.

8              And just to complete the line of

9  questioning, are there any other services identified

10 in the State's supplemental response to

11 Interrogatory No. 17 where your office has set

12 specific goals for expanding the service?

13       A     Not that I'm aware of.

14       Q     I just have one more question before we

15 turn away from this document and take a short break.

16             This statement on Page 173 that I read

17 earlier, the statement is "the goal is to maintain

18 youth in their homes, schools and communities and

19 divert them from criminal justice and higher levels

20 of care."

21             In your view, does that statement apply to

22 maintaining children in general education settings

23 and avoiding placement in GNETS?

24             MR. PICO PRATS:  Objection.

25       A     I lost the paragraph -- or the sentence.



1      Q    Sure.  This is under "Improve Functioning

2  of Youth with SED," and Page 173.

3      A    Okay.

4      Q    You want me to restate the question?

5      A    Redirect my attention to the sentence and

6  if you could restate the question.

7      Q    The sentence I called your attention to

8  was the second sentence under that heading, and the

9  sentence reads:  "The goal is to maintain youth in

10  their homes, schools and communities and divert them

11  from criminal justice and higher levels of care."

12          And my question to you is, whether that's

13  consistent with the goal to divert children from

14  placement in GNETS?

15          MR. PICO PRATS:  Objection.

16      A    I can't answer that.  This is generally

17  speaking.  It would apply to all children.

18      Q    Would it apply to GNET settings?

19      A    It would apply to, to all children.

20          Essentially, to increase access to

21  services before they become most acute and try to

22  maintain them in their communities, along with their

23  families, who, who at times also require supports,

24  like family therapy or parent peer support.

25      Q    Do you view GNETS as a higher level of



 1  care?

 2      A    I would be speculating.  I don't know.  I

 3  have not analyzed -- I'm not aware of there being

 4  different levels of care within school settings, so

 5  I can't answer that.

 6          MR. HOLKINS:  Let's take a break.

 7          Would 10 minutes be all right?  Thank you.

 8          THE VIDEOGRAPHER:  Off the record at 3:04

 9      p.m.

10          (A recess was taken.)

11          THE VIDEOGRAPHER:  We're back on the

12      record at 3:20 p.m.

13  BY MR. HOLKINS:

14      Q    Mr. McKay, I just have one more question

15  for you about the exhibit that's in front of you,

16  which is the block grant, Exhibit 10.

17          Going back to the goal I was directing to

18  you earlier, on Page 173, do you view GNETS as a

19  community placement --

20          MR. HOLKINS:  Let me rephrase.

21      Q    Do you view GNETS as a community setting

22  for purposes of this goal?

23          MR. PICO PRATS:  Object.

24      A    Yes, I can't -- I can't speak to that.

25      Q    Because -- I'm sorry, go ahead.



DANTE T. MCKAY                                    January 27, 2022
UNITED STATES OF AMERICA vs STATE OF GEORGIA                    138

1          Is that because you don't have knowledge

2    regarding GNETS facilities?

3       A    Yes, I would say that's a true statement.

4          I don't know what happens within the GNETS

5    setting, and I don't know how -- I don't know

6    specifically in those levels of care that I

7    mentioned where GNETS fits in that.

8          I know that schools generally have a

9    climate rating and schools try to align the climate

10   ratings with those three levels of care that I

11   mentioned earlier:  Prevention, intervention --

12   well, prevention, at risk, Tier 2.  And then Tier 3,

13   intensive level.

14          But I don't know how GNETS reconciles with

15   that.

16      Q    So do you not know whether GNETS services

17   are just one tier or all three tiers?

18      A    No.  Specifically I do not know.

19      Q    Would you describe GNETS facilities

20   geographically as existing in children's home -- in

21   their home communities?

22      A    I can't answer that because I'm not

23   familiar with who's enrolled in the GNETS --

24   particular GNETS program, and where that program

25   would be in reference to where they live.  I don't



 1  know.

 2      Q    Are students enrolled in GNETS eligible

 3  for Apex services?

 4      A    I think it would depend on the location of

 5  the program.

 6           The way that the schools are selected, the

 7  department, DBHDD, does not direct that this school

 8  or that school becomes a part of the Apex program.

 9           The funding goes to our enrolled providers

10  that are approved, either as community service

11  boards or because they were successful offerors in

12  the procurements to expand the program, and those

13  providers as a part of that procurement process

14  would have produced a letter of support from the

15  local school superintendent and would have included

16  in their plan a list of schools that they would

17  utilize the funds to go into.

18           So the decision-making would be between

19  the community providers and the local school

20  districts based upon the needs that they determine.

21      Q    I'd like to show you another document.

22  You can put aside that block grant.

23           (WHEREUPON, Plaintiff's Exhibit-12 was

24       marked for identification.)

25



 1 | BY MR. HOLKINS:

 2 |     Q    You've just been handed what's been marked

 3 | Exhibit 12.  Please take a moment to review the

 4 | document.

 5 |          (Witness reviews exhibit.)

 6 |     A    Yes.

 7 |          MR. HOLKINS:  For the record, this is

 8 |      GA00653209, and was produced by the State of

 9 |      Georgia to the United States in this matter.

10 |          The title of this document is "FAQ for

11 |      Agency Leadership."

12 | BY MR. HOLKINS:

13 |     Q    Mr. McKay, this is an FAQ regarding the

14 | Apex program that was developed for DBHDD

15 | leadership, correct?

16 |     A    I'm uncertain.

17 |          I have seen a version of this document but

18 | I do not think this is the final draft of this

19 | document.

20 |     Q    Well, let's focus specifically on Pages 1

21 | and 2.  At the bottom of Page 1, carrying on to Page

22 | 2, the FAQ that starts:  "Can Apex clinician serve

23 | GNETS students?"

24 |          Do you see that?

25 |     A    Yes.



1      Q    Does the answer to that question

2    accurately capture DBHDD's policy with respect to

3    Apex services being received by GNET students?

4      A    No.

5      Q    What's different?

6      A    So the model of Apex is to serve all

7    three-tiers.  Providers receive funds to serve

8    students in all three tiers within a particular

9    school.

10          So if it is Tier 1, prevention; Tier 2, at

11   risk; Tier 3, intensive services.

12          My understanding of the GNETS population

13   is that they could possibly fit in Tier 2 but most

14   likely they're going to fit in Tier 3.

15          Apex is not funded to just serve Tier 3

16   settings.  Again, the model is -- because students

17   churn between the various tiers, from prevention, to

18   maybe at risk, back to prevention.  They may have a

19   crisis which is Tier 3, and then they go back to

20   prevention.

21          So the model is to serve all three tiers.

22          And so far GNETS programs, according to my

23   understanding, that are embedded within the school,

24   yes, that student could be served as part of the

25   Apex program, just like any other student in the



1   school.

2           If it is a GNETS program that is located

3   on a campus, I would say the same is true.

4           If it is a standalone GNETS program, that

5   model does not align with the Apex program.

6       Q    Thank you for that clarification.

7           And that decision was made by DBHDD to

8   draw the lines in that way; is that correct?

9           Let me just try that again.

10          So this is DBHDD's policy with respect to

11  the implementation of the Apex program, correct?

12      A    I would say -- so to reframe that

13  question, this model, three-tier model, in some

14  cases four-tier model, is generally accepted

15  practice within this field.  So DBHDD adopted the

16  three-tier model; we didn't create it.

17          In adopting the three-tier model and

18  utilizing that as policy, then, yes, you could say

19  it is DBHDD policy to apply the three-tier model,

20  but we did not create that.

21      Q    But you, DBHDD, did ultimately design

22  Apex?  It chose the three-tier model, correct?

23      A    Correct.

24      Q    And in so chosing, it precluded students

25  enrolled in GNETS, at a standalone GNETS facility,



1    from receiving Apex services, correct?

2        A    I don't think that's an accurate

3    statement.

4        Q    Are students who are currently enrolled in

5    GNETS, at a standalone GNETS facility, currently

6    able to receive Apex services?

7        A    That -- the standalone GNETS program

8    doesn't align with the model.

9            So if an Apex provider only -- it would

10   have to be a part of the overall programming.

11           MS. COHEN:  Excuse me?

12       A    It would have to be a part of the overall

13   program, as determined by the provider and the

14   school leadership, whether it's the superintendent

15   or the director of student support services,

16   supported by a member of, you know, MOU and some of

17   the things that you have mentioned.

18       Q    So in theory if --

19           MS. COHEN:  Just a minute.  I'm just

20       hearing from some of my colleagues they can't

21       hear, that the computer needs to be unmuted.

22           MR. HOLKINS:  Can you guys hear us now?

23           MS. TAYLOE:  Yes, thank you.

24           MS. COHEN:  Thank you.  Sorry to

25       interrupt.



 1  BY MR. HOLKINS:

 2      Q     So in theory, if GNETS were to provide

 3  services across all three tiers, would that address

 4  DBHDD's concern as to providing Apex services --

 5            MR. PICO PRATS:  Objection.

 6      Q     -- to GNETS facilities?

 7            MR. PICO PRATS:  You can answer.

 8      A     Yes, that would align with the model.

 9      Q     Let me just reask the question so it's

10  clear on the record.

11            If all three tiers of services were

12  available in GNETS facilities, would GNETS

13  facilities be eligible to receive Apex services?

14            MR. PICO PRATS:  Same objection.

15      A     Yes.  But DBHDD would defer to the

16  provider and local school leadership to include that

17  in their proposal for funding support.

18      Q     Ultimately, those applications from

19  providers to enroll in the Apex program are received

20  by DBHDD, correct?

21      A     Correct.

22      Q     And DBHDD makes the determination as to

23  which providers will be enrolled?

24      A     Correct, based upon some scoring criteria.

25      Q     I'd like to show you another exhibit, 13.



1          (WHEREUPON, Plaintiff's Exhibit-13 was
2       marked for identification.)
3   BY MR. HOLKINS:
4       Q    You've just been handed what's been marked
5   Exhibit 13.
6          MR. HOLKINS:  For the record, this is
7       GA00582723.
8   BY MR. HOLKINS:
9       Q    It's a series of emails, which you are
10  both the sender and a recipient.
11         Please take a moment to familiarize
12  yourself with the document, Mr. McKay.
13      A    Okay.
14         (Witness reviews exhibit.)
15      A    I've reviewed it.
16      Q    Thank you.  I'd like to direct your
17  attention to the email that starts at the bottom of
18  Page 3 and continues on to Page 4 of this document.
19         This is an email from Kimberly Dempsey,
20  dated June 13, 2016.  It was addressed to Stephanie
21  Pearson and you.  Correct?
22      A    So bottom of Page 3 to Page 4?
23      Q    Yes.  It starts on Page 3 and carries to
24  Page 4.
25      A    Yes.



1    Q    Just for the record, Kimberly Dempsey is

2    identified in this email as an employee of the

3    Office of Children, Young Adults and Families at

4    DBHDD.

5         Did she report to you at the time?

6    A    No.

7    Q    So Ms. Dempsey writes:  It was brought up

8    at the August RIA -- RAI --

9         MR. HOLKINS:  Sorry, let me try this

10       again.

11   Q    Ms. Dempsey writes:  "It was brought up at

12   the Augusta RIAT on Friday that the local GNETs

13   school has requested Serenity to come via GA APEX.

14   Can they go to a GNETs school?  I would think that

15   the very nature of a GNETs school would be able to

16   handle mental health situations but I guess

17   'treatment' isn't done."

18        First, just for clarity, is Serenity a

19   community service board?

20   A    Yes.

21   Q    And what is RA -- excuse me -- RIAT?  What

22   does that mean?

23   A    Regional interagency Action Team.  That

24   are now defunct.

25   Q    And what's your understanding of Ms.



1  Dempsey's statement that treatment isn't done in

2  GNET schools?

3      A    I can't speak to Ms. Dempsey's point.

4  What I can say about Ms. Dempsey is that she is a

5  joker.

6      Q    Let's go to the first page of the

7  document, in which you email Ms. Dempsey and

8  Stephanie Pearson on 6/27/2016.  Correct?

9      A    Correct.

10     Q    So in this email you write:  "We do not

11 want Serenity expanding to the GNETS school."

12          Why did you write that?

13     A    When this -- when I sent this email I was

14 three years in my tenure at DBHDD.  It would have

15 been the end of the first year of the DBHDD -- of

16 the Apex program.  The data that we have referenced

17 throughout this deposition, many of the systems that

18 were in place did not exist at this point in time.

19 And we were -- one, I was still learning, very much

20 in a steep learning curve in terms of the status of

21 things.

22          And then, two, according to the systems

23 that ultimately came in play, not a free-for-all,

24 schools reaching out directly to providers and us

25 not being able to track utilization, spending, any



1  of those things, that sort of request, which

2  ultimately came to be, would need to go through a, a

3  superintendent level or district level person.

4          So just reading this and thinking about my

5  mind's state, three months into my tenure there, and

6  ultimately the things that transpired as the program

7  evolved over time, I would say I was referencing to

8  having some systems in place and that that program,

9  as I understood it at the time, did not align with

10 the Apex model, the three-tier Apex model.

11     Q    You wrote in this email, and this is under

12 No. 4 in your list:  "There's a good chance GNETS

13 will be sued by DOJ.  Thus, we need to be extremely

14 careful and steer clear of any potential

15 entanglement."

16         What informed your opinion that there was

17 a good chance GNETS would be sued by DOJ?

18     A    I don't remember.

19     Q    And what did you mean by steering clear of

20 any potential entanglement?

21     A    Having definitions of -- for those three

22 tiers; how the fidelity to the program, how it would

23 be managed; processes in place for accepting schools

24 into the program.

25         And then the other consideration was, as I



1  understood it, providers may have -- provider

2  organizations may have had direct contract with

3  particular GNETS programs, so GNETS program to the

4  provider, and I didn't want entanglement of mixing

5  DBHDD supported funds with funds that may have

6  already been received through a direct contractual

7  relationship.

8      Q    On that point I'd like to go back to the

9  exhibit we were talking about earlier, which was the

10 FAQ document, Exhibit 12.

11         At the bottom of the first page, this

12 document reads:  "Also GNETS students are already

13 receiving intensive therapeutic services along with

14 their educational piece."

15         Do you see that line?

16     A    Yes.

17     Q    Do you know for a fact whether GNETS

18 students are receiving already intensive therapeutic

19 services not through Apex?

20     A    I do not know.

21     Q    Just to go back to the Apex model, you

22 referenced DBHDD selected a three-tier model,

23 correct?

24         Could DBHDD have selected a different

25 model that did not require three tiers of service?



1      A     Possibly.  But to give you some clarity,

2  relying on expertise at the Center of Excellence, it

3  was a contract that I inherited but I continued it,

4  because there are national school-based associations

5  and efforts, and national annual conference, and

6  based upon those best practices, and at the time US

7  DOE supported multitier systems and supports, the

8  three-tier model aligned with school climate-related

9  things that was happening on a national, state and

10  regional level.

11          Some MTSS models have four tiers, but I

12  don't -- I'm not sure if Georgia has adopted the

13  four-tier, but many of them have three tiers.  And

14  when this program was born, it was born with the

15  three-tier model, and we've continued the three-tier

16  model.

17      Q     If DBHDD wanted to abandon the Apex model

18  to permit --

19          MR. HOLKINS:  Strike that.

20  BY MR. HOLKINS:

21      Q     I'd like to show you another document.

22          (WHEREUPON, Plaintiff's Exhibit-14 was

23      marked for identification.)

24  BY MR. HOLKINS:

25      Q     You've just been handed what's been marked



1  Exhibit 14?

2        MR. HOLKINS:  For the record this is

3     GA00636018.

4  BY MR. HOLKINS:

5     Q    Mr. McKay, please take a moment to review

6  the document.

7        (Witness reviews exhibit.)

8     A    I've reviewed this.

9     Q    These are two -- a series of emails

10  between you, Deana Farmer and Layla Fitzgerald, in

11  February and March of 2019 regarding Apex and GNETS.

12        Let me first ask, who is Deana R. Farmer?

13     A    She was the former program lead for Apex

14  at the Georgia State Center of Excellence.

15     Q    And who is the current program lead for

16  Apex at the Georgia Center for Excellence?

17     A    Dimple DeSai.

18     Q    How long has Mr. DeSai been in that role?

19     A    I'm not sure.  She's had various roles as

20  part of Apex.  I can't say for sure when she assumed

21  the lead role.

22     Q    So in your email dated February 28, 2019,

23  to Deana Farmer and Layla Fitzgerald, you ask:  "Are

24  any Apex programs still collaborating with

25  standalone GNETS programs?  If yes, which ones?"



 1              Do you see that?

 2     A    Yes.

 3     Q    What was the reason for this outreach?

 4     A    I don't remember exactly, but reading this

 5   email, I would conclude that I was asked this

 6   question, and I asked the people who I thought would

 7   know the answer to the question or could get the

 8   answer to the question.

 9     Q    Do you recall who asked, who asked you

10   this question?

11     A    I do not recall who asked this question.

12     Q    Do you recall what you did with the

13   information you received?

14     A    I do not recall.

15     Q    Do you recall the answer that you received

16   to that question, "Are any Apex programs still

17   collaborating with standalone GNETS programs?"

18     A    Not specifics, no.

19     Q    And do you know right now, sitting here

20   today, whether any Apex programs are collaborating

21   with standalone GNETS programs?

22     A    No, I don't.

23              I would say the second part to my answer

24   for that would be as a part of responding to

25   interrogatories, there may have been a question



1  about that, and there may have been an answer to

2  that, but I don't recall what the programs, if any,

3  were listed.  And so I couldn't specifically state,

4  you know.

5      Q    How would you go about answering that

6  question now?

7      A    I probably would ask the same question at

8  the Center of Excellence, to query the providers and

9  wait on a response.

10     Q    In the reporting that you receive about

11  Apex from the Center of Excellence, does the Center

12  of Excellence identify whether GNETS facilities are

13  participating in the Apex program?

14     A    Some of the reports that I receive from

15  the Center of Excellence are school listings that

16  list the name of the school that providers are

17  embedded into.  I wouldn't know if a program is a

18  GNETS program unless it was in the name -- provided

19  in the school name that was on the list, XYZ GNETS.

20          And I don't recall any of the lists that I

21  have reviewed recently -- or over time I don't

22  recall seeing any explicit reference on the list to

23  a GNETS program.

24     Q    I'd like to go back to the email we were

25  discussing earlier.  I think it's Exhibit 13, the



1  2016 email.

2          Are you able to pull that one back?

3          You write in No. 3 that:  "Apex is not

4  designed for the level of care that GNETS students

5  require."

6          Do you see that?

7     A    Yes.

8     Q    Do you still believe that statement to be

9  true?

10    A    If GNETS programs align with Tier 3, and

11 only Tier 3, then that level of care does not align

12 with the Apex model.

13    Q    But just to make sure I understand, if

14 GNETS students require Tier 3 services and Apex

15 provides Tier 3 services, they're not at a different

16 level of care, are they?

17    A    I don't know the answer to that.  I don't

18 know the question that's being asked.

19    Q    What I'm trying to ascertain is whether

20 Tier 3 services available through Apex are the same

21 Tier 3 services that you think are available through

22 GNETS?

23    A    I don't know the answer to that.  But what

24 I do -- my reframe or clarification would be that

25 Apex is a three-tier model, all three tiers.



1  Providers are required to provide all three tiers:

2  1, 2, and 3.

3           And so if a GNETS program is a Tier 3,

4  then that three-tiered model would not align with a

5  single-tier school setting.

6      Q    Even if there's overlap in the services

7  that are provided, correct?

8      A    I don't understand that question.

9      Q    I understand your point that Apex is a

10  three-tier model and that GNETS, as you understand

11  it, is not.

12          My question, though, is whether there's

13  still overlap in that Tier 3 between the services

14  that would be readily available at GNETS and the

15  services provided through Apex?

16     A    I can't answer that.  I don't know.

17     Q    Just above No. 3, No. 2 you write:  "Any

18  conversation related to collaboration needs to

19  include a discussion about DOE kicking in funding."

20          Do you see that line?

21     A    I do.

22     Q    You're talking about collaboration between

23  Apex and GNETS, correct?

24     A    Can you repeat the question?

25     Q    What is the collaboration that you're



1  referencing in No. 2?

2        A    I don't remember exactly.

3        Q    DOE is a reference to the Georgia

4  Department of Education, correct?

5        A    Yes.

6        Q    What did you mean when you wrote there

7  would need to be a discussion about DOE kicking in

8  funding?

9        A    I don't remember.  Again, this was very

10  early in my tenure, and at that point in time there

11  was no record keeping in place for this program,

12  other than the number of providers at that time had

13  been contracted to provide this service.

14              So in speculating, seeing No. 2, that

15  would have been coming from a place of someone that

16  was doing his due diligence and trying to get a

17  sense of the status of the program, while

18  implementing systems.

19        Q    Looking back to the FAQ which is Exhibit

20  12, back in the bottom of the first page, do you see

21  the sentence that reads:  "A student would be," in

22  quotes, "'double dipping' if they received both

23  GNETS and Apex funds and this is not allowed"?

24        A    I see that, yes.

25        Q    Is that an accurate characterization?



1       A     I don't know.

2       Q     Do you know --

3             MR. HOLKINS:  Is that an accurate

4       characterization?

5       Q     Do you know how GNETS services are funded?

6       A     Not specifically, no.

7       Q     What about generally?

8       A     Generally, I believe I learned through

9   those standing meetings with the state level contact

10  that the programs receive annualized funding

11  according to some grant model.

12            Looking at this document, I believe this

13  was addressed, but I don't think in this form that

14  has been presented that this would have been

15  published.

16      Q     Is there any published statement of

17  DBHDD's policy with respect to Apex and GNETS?

18      A     There is an FAQ on our website currently,

19  that I think this may be a genesis of where it

20  ultimately was published, yes.  But it should be

21  available on the DBHDD website.

22            MR. HOLKINS:  We will look for it on the

23      website.  If we're not able to locate it,

24      counsel, we'll request a copy.

25



```
 1  BY MR. HOLKINS:
 2      Q    So we have more to discuss about Apex, but
 3  I'd like to go back and just -- so I'm going to read
 4  from what I believe is the DBHDD website you
 5  reference.  I don't have a copy of it to share with
 6  you, so I'm just going to ask whether this is
 7  consistent of your recollection of what the website
 8  says.  If you don't recall, that's fine and I
 9  understand.
10           The website, as I view it, reads:  "Apex
11  service cannot be provided in private chartered
12  schools, GNETS standalone facilities, private
13  schools or homeschools/slider public schools."
14           Is that consistent with your understanding
15  of DBHDD's policy with respect to Apex and GNETS?
16      A    Yes.
17           MS. COHEN:  Patrick, if we could just take
18      five minutes.
19           THE WITNESS:  What was that?
20           MR. HOLKINS:  Mr. McKay, I like to set
21      aside those documents and show you some new
22      ones.
23           (WHEREUPON, Plaintiff's Exhibit-15 was
24      marked for identification.)
25
```



1  | BY MR. HOLKINS:

2  |    Q    You've just been handed what's been marked

3  | Exhibit 15.

4  |         MR. HOLKINS:  I'll note for the record

5  |    this is GA00023273.

6  |         MR. PICO PRATS:  Do you have another copy,

7  |    Patrick?

8  |         MR. HOLKINS:  I'm sorry.  Apologies.

9  |         MR. PICO PRATS:  Thank you.

10 |         MR. HOLKINS:  This is Exhibit 15.

11 | BY MR. HOLKINS:

12 |    Q    At the top left corner of this document is

13 | a name, "The Georgia collaborative ASO."

14 |         Are you familiar with The Georgia

15 | Collaborative ASO?

16 |    A    Yes.

17 |    Q    What is it?

18 |    A    It is the Administrative Service

19 | Organization contracted with DBHDD.

20 |    Q    And what does DBHDD contract with The

21 | Georgia Collaborative ASO for?

22 |    A    I don't know specifically all of the

23 | functions, but one of them would be for approving

24 | authorization to services for individuals who are

25 | uninsured or on SSI Medicaid.



1    Q    This document is titled, "Active Provider
2  By Service" as of 04/11/2019.
3         It's 41 pages long, and it lists services;
4  for instance, AD Opioid Maintenance Treatment, and
5  under each service providers are identified.
6         Is that correct?
7    A    Yes.
8    Q    So this document would tell you as of this
9  date, 04/11/2019, all the providers enrolled by
10 DBHDD for each specific service in the DBHDD
11 provider manual; is that correct?
12   A    No, that is not correct.
13   Q    Would you tell me what it does do?
14   A    I'm going to -- can we back up --
15   Q    Sure.
16   A    -- for a second.
17        Can you restate the question for me?
18   Q    Oh, yeah, absolutely.
19        So as I understand it, and please do
20 correct me if I misstate it, what this document does
21 is it shows you all of the providers for each of the
22 services listed on the document at the time that the
23 document was generated, which was 04/11/2019.  Is
24 that consistent with your understanding?
25   A    Yes, with caveats.



1          One, I'm not sure all of the providers are
2    represented here, but the problem with this
3    reporting format that we've referenced earlier is
4    that speaking of Apex, Apex would not be in this
5    document because Apex is more of a programmatic
6    framework that makes the unbundled services
7    available within schools.
8          So it may be reflected here, but I can't
9    say explicitly that the individual core services
10   here are inclusive of, say, Apex.
11        Q    Have you seen, if not this specific
12   version, this kind of a report before?
13        A    I think I have seen this kind of report
14   before, yes.
15        Q    Sorry, go ahead.
16        A    Yes.  Periodically.
17        Q    Is it something that you request?
18        A    No, because it's not helpful to my office.
19   It doesn't provide a full picture, as we've talked
20   about, because there is no unique -- for example,
21   for school-based services, there's no unique
22   Medicaid codes for school-based services.  It's just
23   community-based services.
24        So I wouldn't know if the individual was
25   served in the home or in the school, because of the



1  gaps in this reporting, which is why we contracted

2  with Center of Excellence in maintaining that

3  contract.

4          And, again, in Georgia, speaking of

5  children, there are very few uninsured children.

6  Most have managed care Medicaid or private insurance

7  or -- and to a lesser degree uninsured, and then

8  they may have SSI Medicaid.

9          So for a complete picture, we contract

10  with a university that has access to those multiple

11  payor sources.

12     Q    But if we're going back to your testimony

13  about that earlier, you only receive reporting from

14  the Center of Excellence as to specific programs,

15  correct?

16     A    Correct.

17     Q    So you don't receive, for instance -- I'll

18  give you a specific example.

19          I'm just flipping to the -- so let's go

20  with Intensive Family Intervention, which is on Page

21  16.

22     A    Do you know the number in the -- the last

23  three numbers at the bottom?

24     Q    At the bottom it is 23288, and the top

25  it's Page 16 of 41.



 1      A    Okay.  All right.

 2           Okay.

 3      Q    Do you receive in your report anything

 4   from the Center of Excellence about how many

 5   providers --

 6      A    No.

 7      Q    -- are offering intensive family

 8   intervention?

 9      A    No.

10      Q    Do you request that information from The

11   Georgia Collaborative ASO?

12      A    No.  Not -- so let me modify that answer.

13           Not consistently, for the reasons that I

14   have stated previously.

15           There are only a fraction of IFI

16   providers, Intensive Family Interventions -- it's

17   IFI for short.  Because there's such a small number

18   of uninsured youth, or those that have SSI Medicaid,

19   they're not allowed providers contracted with DBHDD

20   that provides that service because it's not a lot of

21   children with that fund source that would come

22   through our doors.

23           Many of the IFI providers have enrolled

24   with the Department of Community Health because a

25   large portion of the youth have managed -- Medicaid



1  managed care.  And we do not have access to that

2  reporting.

3      Q    This raises an important question for me.

4  Do providers, in order to be reimbursed by care

5  managed organizations for services like Intensive

6  Family Intervention, do they also have to be

7  certified as DBHDD providers?

8      A    Yes.  That, that -- I can't speak with

9  certainty to the process, but, yes, there is shared

10 enrollment functions between DBHDD and the

11 Department of Community Health.

12     Q    Okay.  So that -- so any provider that is

13 billing and being reimbursed by Medicaid for this

14 service, Intensive Family Intervention, would also

15 need do be enrolled as a DBHDD provider?

16     A    Yes.  That are reflected here, on this

17 list.

18         If a provider was only enrolled with DCH

19 to provide this service, if you're asking if they

20 also must be enrolled with DBHDD but they didn't

21 contract with us in any kind of way, I don't know

22 the answer to that.  That would be a question for

23 the DBHDD Office of Provider Enrollment.

24         But this group, I can say with confidence,

25 is enrolled with both DBHDD and DCH because they're



Case 1:16-cv-03088-ELR    Document 441-1    Filed 11/21/23    Page 165 of 238

DANTE T. MCKAY                                          January 27, 2022
UNITED STATES OF AMERICA vs STATE OF GEORGIA                        165

1  reflected on this list.

2      Q    But there may be other providers enrolled

3  through DCH that are not enrolled in DBHDD?

4      A    Correct.

5      Q    And you said that would be a question for

6  who?  I'm sorry?

7      A    The Office of Provider Enrollment, DBHDD.

8      Q    And is there a specific person you would

9  refer that question to?

10     A    The director of that office is Camille

11 Richins.

12     Q    I'd like to show you another report, if I

13 can.

14         (WHEREUPON, Defendant's Exhibit-16 was

15      marked for identification.)

16 BY MR. HOLKINS:

17     Q    Mr. McKay, you've just been handed what

18 has been marked Exhibit 16.

19         MR. HOLKINS:  This document, for the

20      record, is GA00023586, produced by the State of

21      Georgia to the United States in this matter.

22 BY MR. HOLKINS:

23     Q    At the top of this report it reads

24 "Provider Report Between 07/01/2017 and 06/30/2018,"

25 and this document also has up at the top left corner



800.211.DEPO (3376)
EsquireSolutions.com

1    "The Georgia Collaborative ASO."

2              Let me first ask, Mr. McKay, whether

3    you've seen versions of this report before?

4        A    I may have seen a version of this, yes.

5        Q    And what generally does the report show?

6        A    I think it's -- it may be annualized

7    expenditures by program type, by provider.

8        Q    Is this for DBHDD enrolled providers?

9        A    Yes.

10       Q    It includes expenditures broken down by

11   category, correct?

12       A    I believe so, yes.

13       Q    One of those categories is state funds and

14   the other is Medicaid, correct?

15       A    Yes, that's correct.

16       Q    How do you use this report when you do

17   receive it?

18       A    I don't use this report.

19       Q    Why not?

20       A    I don't -- it doesn't have enough details

21   for the child and adolescent services, for one,

22   because it does not provide a full picture.

23             For -- again, because of how the system is

24   structured, like I say, going back to use that Apex

25   as an example, in the reporting that we receive from



1  the COE -- by payor source, there's a part in the

2  report that says, you know, CMO covered lives, and

3  it breaks it down by that CMO.  Private insurance,

4  uninsured.  The consistently top category is

5  Medicaid covered lives.

6         We don't get any of that data, managed

7  care Medicaid data, in our reporting system.

8         And so looking at this report, to try to

9  manage an Apex program based upon the information

10  that's available in this report would not be helpful

11  because we -- we don't have access to that data

12  system.

13    Q    Given what you've just said, that -- let

14  me just break it down.  I want to make sure I

15  understand this correctly.

16         I think one thing you said, and a couple

17  of times today, is that many children are receiving

18  services, behavioral health services, in the State

19  funded through Medicaid, correct?

20    A    Correct.

21    Q    And you don't have access to that data at

22  DBHDD, correct?

23    A    Correct.

24    Q    And one of your core responsibilities is

25  to write policy relating to behavioral health



1  services for the State of Georgia; is that correct?

2       A    For the public system, yes, that's

3  correct.

4       Q    For the public system.  Thank you.

5            Do you think that you're able to

6  effectively doing that without being able to access

7  data regarding the large number of children who are

8  receiving behavioral health services funded by

9  Medicaid?

10      A    Based upon the information that we get

11 through our COE reporting, yes.

12      Q    But from what you told me, the COE

13 reporting is specific to certain programs; is that

14 correct?

15      A    It is.  But those are frameworks for many

16 of the services that are listed in core services.

17           So Apex itself is not a service; it's a

18 program that makes core services available.

19           So by receiving regular reporting on

20 individual counseling, per se, then, yes, it's a

21 good indicator and lends into how children are

22 accessing that particular service in the State.

23      Q    But does it give you the full picture, as

24 you said earlier?

25      A    The full picture of all services?





1      Q    Of service utilization and access across

2  the system.

3      A    I think it provides a good example, yes.

4      Q    You said this document, one of its

5  deficiencies is it does not give you the full

6  picture, correct?

7      A    This document, correct.

8      Q    Right.  I'm talking about Exhibit 16.

9      A    Correct.

10     Q    And if this document did give you the full

11 picture, what would it look like?

12     A    It would have the information on it that's

13 in the Apex reporting.

14     Q    Okay.

15     A    Or the IC3 reporting, or the youth mental

16 health clubhouse reporting.

17     Q    Okay, thank you.

18          (WHEREUPON, Plaintiff's Exhibit-17 was

19      marked for identification.)

20          THE WITNESS:  Can I take a break?

21          MR. HOLKINS:  This is a good time for

22      that, yes.

23          THE VIDEOGRAPHER:  Off the record at 4:19

24      p.m.

25          (A recess was taken.)



```
1              THE VIDEOGRAPHER:  We're back on the
2         record at 4:27 p.m.
3    BY MR. HOLKINS:
4         Q    So, Mr. McKay, I think you were just
5    handed what has been marked Exhibit 17.
6              MR. HOLKINS:  I'll note for the record
7         this is GA00157048.
8    BY MR. HOLKINS:
9         Q    And it's a series of emails, some of which
10   you are a recipient, from 2019.  The subject of the
11   email is Data Request from Javona Daniels on Mobile
12   Crisis Dispatches to Schools.
13             Do you recall receiving this email?
14        A    No.
15        Q    Among the individuals on this chain is
16   John W. Quesenberry, correct?
17        A    Correct.
18        Q    And that's the IT official that you
19   referenced earlier?
20        A    Correct.
21        Q    Also on this email chain is Wendy Farmer.
22   Do you know who Wendy Farmer is?
23        A    Yes.
24        Q    Who is she?
25        A    She -- at the time she was one of the -- I
```



1  don't remember her title exactly, but she was one of

2  the leads for one of the vendors that made up The

3  Georgia Collaborative ASO.

4       Q    So an Page 2 of this document, and this is

5  the email if Wendy Farmer to John Quesenberry, and

6  others, a request is made for data on the number of

7  mobile crisis dispatches to school by region for the

8  last year.

9            Do you see that on Page 2 of the document?

10      A    Yes.

11      Q    In response, some figures are provided

12  showing total dispatches by region from 01/01/2018

13  to 12/31/2018, correct?

14      A    Yes.

15      Q    Do you know where this data came from?

16      A    I do not.

17      Q    Do you know if DBHDD currently tracks, for

18  example, mobile crisis dispatches to schools by

19  region?

20      A    No, I don't.  We currently track

21  dispatches across the region -- regions.  If school

22  is still a data point, I don't know.

23      Q    Okay.  So if I understand correctly, you

24  still have -- you do have data or track data on

25  dispatches by region, but it's not particularized to



 1  school, as far as you know?

 2      A    Correct.  The mobile crisis services that

 3  we have procured and I -- given this date, I'm not

 4  sure if the reprocurement happened prior to this

 5  date, but I think the data elements, there were some

 6  changes from -- prior to the reprocurement of the

 7  service.

 8      Q    So the changes in data collection followed

 9  the procurement shift?

10      A    Yes.

11      Q    And if you were to request data on mobile

12  crisis dispatches by region for the last year, who

13  would you ask for that?

14      A    I would ask Beth Shaw.

15      Q    Beth Shaw.  Thank you.

16      A    Correct.

17      Q    And is that something that you have

18  requested in the last year?

19      A    I've requested -- I think that with the

20  new procurement -- before there were reports that

21  would be generated, electronic copies, there would

22  be emails.

23          With the new procurement, I think we went

24  to a system where the reporting is housed on an

25  electronic database, password protected, and I have



DANTE T. MCKAY                                          January 27, 2022
UNITED STATES OF AMERICA vs STATE OF GEORGIA                      173

1  requested a login to that database within the last
2  year, because I stopped receiving reports, and when
3  I asked, where I could not find those, that is what
4  was shared with me, but I do not have a login.  I am
5  still waiting on that.
6      Q    When did you make that request for login
7  information?
8      A    Recently.  I would say just maybe November
9  or December of 2021, just prior to the holiday
10 break.
11         (Discussion ensued off the record.)
12     Q    Mr. McKay, are you able to -- or were you
13 able to before this --
14         MR. HOLKINS:  Let me change this approach
15     here.
16 BY MR. HOLKINS:
17     Q    Are you able to access reports showing
18 service utilization by region for other services?
19     A    Other than mobile crisis?
20     Q    Other than mobile crisis response.
21     A    I don't know.  A type of report that I
22 would request may be for number of admissions to a
23 PRTF, psychiatric residential treatment facility,
24 that DBHDD paid for, one of our covered lives, but
25 it would not be by region.



1         There are only a few of those in the

2    state.  Same for crisis stabilization units, there

3    are only four that serve kids across the state.

4         I guess what I'm getting at, the data

5    doesn't align regionally for some services in the

6    same way it does for this mobile crisis report.

7    Q    So if I understand you correctly, for

8    services where there are facilities only in specific

9    regions, then a report by region obviously is not

10   going to tell you as much as this report about

11   mobile crisis services by region because that's a

12   statewide service that's available in every region;

13   is that right?

14   A    Correct, and how the information is

15   tracked.

16   Q    Okay.  But then for other services, like

17   mobile crisis that is, at least in theory, available

18   in every region, which is to say it's not connected

19   to a specific facility, would you expect to be able

20   to request reports that would show by region

21   utilization?

22   A    Correct.

23   Q    Thank you.

24        I'd like to show you another document.

25        (WHEREUPON, Plaintiff's Exhibit-18 was



 1         marked for identification.)

 2   BY MR. HOLKINS:

 3      Q    Mr. McKay, you've just been handed what

 4   has been marked Exhibit 18.

 5         MR. HOLKINS:  I'll note for the record

 6         this is GA00637089.  It was produced by the

 7         State of Georgia to the United States in this

 8         matter.

 9   BY MR. HOLKINS:

10      Q    You can take a moment to review the

11   document, Mr. McKay, and just let me know when

12   you've finished.

13         (Witness reviews exhibit.)

14      A    I've reviewed the document.

15      Q    Thank you.  Have you seen this document

16   before, any version of it?

17      A    I don't recall.

18      Q    Based on the file name reported to us by

19   the State, it appears to be a child metrics/matrix

20   from 2019.  Does that ring any bells for you?

21      A    No.  Some of the -- not for the document

22   overall, but some of the metrics within the document

23   would be some of those that we report for our mental

24   health block grant that we discussed earlier, but I

25   don't recall seeing this information in this format.



 1      Q    Did your office produce anything like this

 2 tracking, or at least listing all of the CYA-related

 3 metrics across programs?

 4      A    Not that I recall.

 5      Q    You can set this aside.

 6           (WHEREUPON, Plaintiff's Exhibit-19 was

 7       marked for identification.)

 8 BY MR. HOLKINS:

 9      Q    Mr. McKay, you've just been handed what

10 has been marked Exhibit 19.

11           MR. HOLKINS:  I'll note for the record

12       this is GA0174388.

13 BY MR. HOLKINS:

14      Q    Please take a moment to review the

15 document and let me know when you're finished.

16           (Witness reviews exhibit.)

17      A    I've reviewed the document.

18      Q    So this is an email exchange from 2016, in

19 which you're both the sender and a recipient.

20           The title of the email is -- or, excuse

21 me, the subject of the email is COE Data Sources.

22           First, let me ask, who is -- I apologize

23 if I mispronounce this -- Ann DiGirolamo?

24      A    She is the director of the Center of

25 Excellence.



Q Is she still in that role?
A She is.
Q Do you coordinate directly with her with respect to --
A From time to time. She is, for this contract, she is the point of contract and I serve as the point of contract -- point of contact for the contract.
Q So she is signing the contract for --
MR. HOLKINS: Let me rephrase.
Q She's the point of contact for the COE for the contract with DBHDD, and you're the point of contact for DBHDD on that same contract?
A Correct.
Q So the email on Wednesday, October 19, 2016 reads: "Per your request at last week's meeting, below is a list of data that the COE has access to."
And there are a series of bullets, all on the first page, identifying data that the COE has access to.
Is that accurate?
A That the exhibit reflects that?
Q Uh-huh.
A Yes, correct.

1      Q    So my question is -- and I know it's been

2  a few years, this is from 2016 -- how has, if it has

3  at all, the available -- the data that COE has

4  access to evolved?

5      A    So if we went bullet by bullet, like we

6  did earlier, the second bullet would not apply as it

7  relates to DBHDD Avatar.

8           And I'm not sure if the ASO-related bullet

9  still applies.

10     Q    Can I stop you real quick?  What is DBHDD

11 Avatar?

12     A    I don't know exactly, but I think it is a

13 -- it's a system that the agency uses but not my

14 office.

15          So I could say that it's a system, but

16 what it does and the information that it contains, I

17 don't know.

18     Q    Sorry.  You can continue.

19     A    The other -- so I'll just talk about the

20 ones that may have changed.

21          Under the third bullet there's a bullet at

22 reference Light - FEP.  That is not a -- they don't

23 track -- the COE doesn't track that from my office

24 anymore.

25     Q    What is Qualtrics?



1      A    It is a system that the COE uses for data

2  collection and tracking.

3          The last bullet on the first page, the

4  longitudinal data for DJJ, we concluded that

5  project.  So they don't track that anymore.

6      Q    Is there any data that the COE has access

7  to now not reflected on this list?

8      A    I don't know.  The COE has contracts, to

9  my understanding, with many other child serving

10  agencies.  I'm not sure if they have contracts with

11  all, and the contracts they have in place, to what

12  data they have access to.

13          But for the purposes of the programs that

14  we work with them on, it's helpful because of some

15  of the other contracts they have in place to -- for

16  us to track, you know, aggregate level outcomes for

17  our program.

18      Q    Is it true that you're able to request or

19  access all of the data that COE has access to that

20  are specific to DBHDD services or programs?

21      A    I wouldn't say all.  To a certain degree,

22  there is some truth to that.

23          In some cases, because of maybe some of

24  the parameters contractually between, say, a COE and

25  Medicaid, if DCH, Department of Community Health, if



DANTE T. MCKAY                                    January 27, 2022
UNITED STATES OF AMERICA vs STATE OF GEORGIA                    180

1  for some reason DCH felt some of the data was

2  proprietary, we may not gain access to it, but that

3  hasn't been an issue for -- it has come up in

4  conversations in terms of proprietary maybe being a

5  concern or a challenge, but it hasn't come into play

6  for Apex, Clubhouse, IC3.

7      Q    Have you ever made a request for data for

8  CEO that has been denied because of concerns about

9  proprietary information?

10     A    Not that I'm aware of.  It has been

11 delayed for vetting but I don't recall an instance

12 where it has been denied.

13     Q    And how long does it take to --

14     A    It varies.

15     Q    I'm sorry.

16          -- to process a request for data?

17     A    I'm sorry.

18          It varies.

19     Q    What's the top end?

20     A    It would be speculation.

21          For -- so we -- for our annual block grant

22 reporting, some of those metrics are only available

23 through DCH.  So we make the request via the COE,

24 that makes a request to their client contact at DCH,

25 and that reporting is required annually, I think the



1  1st of November.  So we may make that request around

2  August or September each year.

3          Typically, we have the information in time

4  to submit to SAMHSA by 11/1.  This year we did not.

5  There was an internal data issue at DCH that

6  prevented us from submitting some of those metrics

7  on time.

8          So I guess that's a long way of saying a

9  couple months on average, up until this past year.

10     Q    I'd like to shift gears and talk more

11  about Apex.

12          You can set that one aside.

13          (WHEREUPON, Plaintiff's Exhibit-20 was

14      marked for identification.)

15  BY MR. HOLKINS:

16     Q    You've just been handed what has been

17  marked Exhibit 20.

18          MR. HOLKINS:  For the record, this is

19      GA00130192.

20  BY MR. HOLKINS:

21     Q    Please take a moment to review the

22  document and let me know when you've finished.

23          (Witness reviews exhibit.)

24     A    I've reviewed the document.

25     Q    This document sets forth the Apex



1  community provider responsibilities and deliverables

2  for FY21, correct?

3       A    Correct.

4       Q    And what was your role in developing this

5  document, if any?

6       A    I would have reviewed this document and

7  provided -- suggested edits and final approval.

8       Q    Is there a new version of this document

9  for FY22?

10      A    I'm not sure.  It is updated annually for

11 the state fiscal year.  I don't recall if we made

12 any edits or changes.

13           Sometimes updates may just be limited to a

14 change in the academic year.  So from '21 to '22.

15      Q    Can you recall any substantive changes

16 made to this document?

17      A    I don't recall, no.

18      Q    On Page 2, the first full paragraph in

19 bold are the primary goals of the Apex, Georgia Apex

20 program, which are:  "1) Provide for early detection

21 of children in adolescent mental health needs; 2)

22 Increase access to mental health services for

23 children and youth; and 3) Increase coordination

24 between community mental health providers and their

25 local schools and school districts."



1          Are those still the three primary goals of

2    the Georgia Apex program?

3          A    Yes.

4          Q    And following that, the next paragraph

5    reads:  "The hoped for result will include a

6    reduction of children and youth in Georgia with

7    unmet mental health needs, fewer discipline

8    referrals, and increased academic performance among

9    the children and youth who receive this school-based

10   mental health service."

11         Is that text -- has your office made any

12   changes to that paragraph?

13         A    I don't recall.

14         Q    Does this document describe the

15   responsibilities that DBHDD has to Apex providers?

16         A    Can you restate the question?

17         Q    So I know this document describes the

18   responsibilities for providers and provider

19   deliverables for FY21.  I'm curious as to whether it

20   also defines DBHDD's responsibilities with respect

21   to Apex providers?

22         A    No.

23         Q    Is there a document that does that?

24         A    This would be an annex to a standard DBHDD

25   contract that would lay all of that out.



1              (WHEREUPON, Plaintiff's Exhibit-21 was
2         marked for identification.)
3    BY MR. HOLKINS:
4         Q    Mr. McKay, you've just been handed what
5    has been marked Exhibit 21.
6              MR. HOLKINS:   For the record, this is
7         GA01472050.
8    BY MR. HOLKINS:
9         Q    At the top right-hand corner of the
10   document it reads "DBHDD - Gateway Behavioral Health
11   Services, FY2021 - Georgia Apex Project (GAP)."
12             Mr. McKay, is this an example of a
13   standard contract between DBHDD and an Apex provider
14   to which a copy of the provider responsibilities and
15   deliverables would be attached?
16        A    I'm not seeing where Apex is listed.
17        Q    I direct you to the very top of the first
18   page in the right corner.
19        A    Okay.  I see it.
20             And can you restate the question?
21        Q    Oh, sure.
22             Would this be an example of a standard
23   contract between DBHDD and an Apex provider to which
24   a copy of the provider responsibilities and
25   deliverables would be attached?



1      A    Yes.

2      Q    And is this -- are these contracts

3  standardized across all Apex providers?

4      A    Yes.

5      Q    Gateway Behavioral Health Services is a

6  community service board, correct?

7      A    Correct.

8      Q    Does this document describe DBHDD's

9  responsibilities with respect to Apex providers?

10     A    I, I think it does, yes.

11     Q    Can you point out where it does that?

12     A    In each of the paragraphs it talks about

13  -- so the first paragraph talks about this is a

14  contract.  So contractually binding between this

15  organization and -- between Gateway and DBHDD.

16          It talks about the period of the contract

17  in the second paragraph; lists information and

18  points of contact; references our policy and

19  provider manual; approved services and locations.

20          Should I continue?

21     Q    No.  That's good.  Thank you.

22          Let's set aside the contract.  I'd like to

23  go back to the previous exhibit, which is Exhibit

24  20, the provider responsibilities and deliverables,

25  and specifically the text that we were reading



1  earlier.

2          I'll read it again for the record.

3          "The hoped for result will include a

4  reduction of children and youth in Georgia with

5  unmet mental health needs, fewer discipline

6  referrals, and increased academic performance among

7  the children and youth who receive this school-based

8  mental health service."

9          Has DBHDD set specific targets for the

10 reduction of children and youth with unmet needs it

11 hopes to achieve through the Apex program?

12     A    Officially, no.

13     Q    Are there unofficial targets?

14     A    Yes.  Unofficial target would be that this

15 program is available in all public schools in the

16 State of Georgia.

17     Q    What do you think would be necessary to

18 achieve that unofficial goal?

19     A    It's a complicated answer.  Factors would

20 include funding, available workforce, available

21 qualified workforce.

22          I'll stop right there.  Just funding and

23 available and qualified workforce to embed within

24 those schools.

25     Q    And by funding, are you specifically



1  referencing to additional allocations of the State

2  source dollars for the Apex program?

3       A    Yes.

4       Q    Do you have any sense of what amount of

5  funding would be required?

6       A    No.

7            MR. PICO PRATS:  Objection.

8       Q    Has there been any analysis -- has there

9  been any analysis of the amount of funding that

10  would be required to expand Apex to every public

11  school in Georgia?

12       A    No.

13       Q    So please turn to Page 4 of Exhibit 20.

14            First off, actually, let's go back one

15  page.  I apologize.

16            Page 3, No. 2, Deliverables.

17            Do you see where I am?

18       A    Yes.

19       Q    What are monthly progress reports?

20       A    It is -- it is -- it is part of the

21  monthly package of reports that we receive from the

22  Center of Excellence.  It will show by school the

23  number of services provided in that particular

24  month.

25            For example, it may say 20 students had 20



1   sessions of individual counseling.

2        Q    And how is, on the next page, the monthly

3   programmatic report different from the monthly

4   progress report?

5        A    I don't know exactly.  There are three --

6   really, there are three -- three reports that I

7   receive monthly for this program:  One would be the

8   schools with aggregate -- well, one would be the

9   schools list; and then one would be this MPR, that's

10  itemized according to the services; and then one

11  would be aggregate level infographics.

12            And I believe that this information makes

13  up the information that goes into the infographic by

14  the time it comes to me.

15       Q    By "this information," you're talking

16  about the information under No. 3 on Page 4 of this

17  document, correct?

18       A    Correct.

19       Q    And you receive those three reports every

20  month; is that correct?

21       A    Correct.

22       Q    And the data that's -- the data in those

23  reports is provided by Apex providers; is that

24  correct?

25       A    It's provided by -- it's provided by the

1  Center of Excellence to me.

2      Q    Okay.  Where does the Center of Excellence

3  get that data?

4      A    From the providers, Apex providers.

5      Q    I want to focus your attention on No. 3,

6  on the bullet "Difference Made?"  This is on Page 4

7  of the document.

8          First, I'll read for the record the two

9  sub-bullets:  "Of the students served by Apex, what

10 percent required a higher level of care such as

11 short-term crisis stabilization, or extended

12 residential treatment.  Include a) monthly and b)

13 aggregate totals."

14          Let's start with that one.

15          What was the thinking behind measuring

16 Difference Made in this way?

17     A    The Difference Made is a category that can

18 be difficult to measure, and so you would pick a

19 proxy to be able to measure in hopes of capturing

20 outcomes.

21          So in this particular case, the thinking

22 was that if you're intervening at the prevention

23 tier or the at risk tier or providing regular

24 services through the intensive tier, Tier 3, then

25 there should be -- for those that enroll, there



1  should bear out in any admissions to higher levels

2  of care, which would be crisis stabilization or

3  PRTF, psychiatric residential treatment facility.

4       Q    And did you or someone else at OCYF make

5  the determination to measure Difference Made in this

6  way?

7       A    I made this decision.

8       Q    Does OCYF track the number of children

9  served by Apex who are ultimately enrolled in GNETS?

10      A    No.

11      Q    Why not?

12      A    We don't have that data.  If -- again, if

13  a GNETS program is listed on the monthly program, I

14  would only know it's a GNETS program if it had GNETS

15  in the title.

16           And so, to my knowledge, none of those

17  schools reflect GNETS programs, so we wouldn't have

18  that data.

19           Now, if it's a GNETS program embedded in

20  the school or on the school campus, then my answer

21  would change, but I wouldn't know if that was a

22  GNETS student that had been served as a part of the

23  Apex program.

24      Q    Just to make sure I understand, and please

25  do correct me if I misinterpret this, if 10 children



1  who were being served by Apex were enrolled in GNETS

2  at a standalone facility, you wouldn't have any data

3  that would track that; is that correct?

4      A    Correct.

5          MR. HOLKINS:  So I actually want to take a

6      brief pause because my colleague mentioned that

7      she needed to run.

8          So let's take a five-minute break so she

9      has the opportunity to do that.

10         MS. HUGHES:  Thank you.

11         THE VIDEOGRAPHER:  Off the record at 5:07

12     p.m.

13         (A recess was taken.)

14         THE VIDEOGRAPHER:  Back on the record at

15     5:20 p.m.

16  BY MR. HOLKINS:

17     Q    Mr. McKay, I'd like to present to you

18  another exhibit.

19         (WHEREUPON, Plaintiff's Exhibit-22 was

20      marked for identification.)

21         MR. HOLKINS:  I'll note for the record

22     this is GA01749707.  It was produced by the

23     State of Georgia to the United States in this

24     matter.

25



 1  BY MR. HOLKINS:

 2      Q    The title page after the cover page reads

 3  "The Georgia Apex Program Annual Evaluation Results,

 4  July 2019 - June 2020, Presented by the Center of

 5  Excellence for Children's Behavioral Health."

 6           Mr. McKay, have you seen this document

 7  before?

 8      A    Yes.

 9      Q    Can you describe what it is?

10      A    It's the annual evaluation of the program.

11           After a full academic year, we will

12  receive a written executive directory and a full

13  slide deck a few months after the academic year has

14  completed, and the Center of Excellence is able to

15  compile and synthesize all of the data.

16      Q    Do you have an opportunity to review and

17  provide comment on this document before it's made

18  public?

19      A    I do.

20      Q    Who else at OCYF contributes comments to

21  this report before it's finalized?

22      A    Layla Fitzgerald, Danielle Jones.  To a

23  smaller extent Dr. Stephanie Pearson.

24      Q    So this is a bit unfortunate because this

25  is not internally paginated.  I was hoping to direct



1  you to the slide that reports services, Tier 3

2  services.

3         This is toward the middle of the

4  presentation.  It's a slide that reads:  "Individual

5  therapy for indicated students was the most

6  frequently reported Tier 3, or intensive

7  intervention activity."

8         MS. COHEN:  Patrick, how many pages from

9     the back?  That might be the quickest.

10        MR. HOLKINS:  It's quite a few.

11    Q    Let's go ahead and step aside from the

12 document here, and I'll just ask you what this

13 document reflects about utilization of the IC3

14 service through Apex providers?  Do you recall?

15    A    No.  I'm not -- I don't know if this

16 reports on IC3.

17        If it does, I don't -- I don't recall.

18 They are two distinct programs.

19    Q    Is IC3 available through Apex providers?

20    A    IC3 is available to providers across the

21 state, which would include Apex providers.

22        And so if it's referenced in here, the

23 reference probably would be referrals made to IC3,

24 Apex provider -- Apex enrolled youth referred to IC3

25 services.



1      Q    For other services that are described in

2   this presentation where -- it's not capturing

3   actually services provided but rather referrals?

4          Does that make sense?

5      A    Can you restate?

6      Q    Yeah.  So I think what you're telling me

7   is that what this PowerPoint may capture for IC3 are

8   referrals made for the service by Apex providers.

9   Is that accurate?

10     A    Correct.

11     Q    Is that true for other services beyond

12  IC3?

13     A    Possibly.  Like -- so specialty -- so I

14  consider Apex a specialty program.  IC3 is a

15  specialty program.  Youth Mental Clubhouses would

16  also be a specialty program.

17         In instances where youth may benefit from

18  out of school time, then there may be a referral

19  from -- to like a clubhouse.  So they may go from

20  the school day Apex to a clubhouse for some period

21  of time until their parents are home or guardian is

22  home.

23         The same could be said for IC3.

24     Q    Do you know if this PowerPoint includes

25  any information about the number of students who



 1  transitioned out of GNETS enrollment into Apex?

 2      A    No.  I don't recall, but I don't -- well,

 3  let me restate.

 4           I don't recall seeing that or remembering

 5  seeing that in this PowerPoint.

 6      Q    Is that something, to your knowledge, that

 7  either the COE or DBHDD tracks?

 8           MR. PICO PRATS:  Objection.

 9      A    Not to my knowledge, that that exists or

10  that we track it.

11      Q    Just to make sure the record is clear,

12  what I'm asking is whether or not DBHDD tracks the

13  number of children who transition out of GNETS into

14  Apex?

15      A    No, we do not.

16      Q    And do you know if the COE tracks that?

17           MR. PICO PRATS:  Objection.

18      A    I do not know that.

19      Q    Set this aside.

20           Has the Center of Excellence published any

21  other reporting in connection with the Apex program

22  and/or results for July 2019 to 2020?

23      A    Possibly.

24      Q    You don't know?

25      A    I said possibly.



1      Q     I'm sorry?

2      A     Possibly.

3      Q     And what could that reporting be?

4      A     Well, the COE is an academic institution,

5  and so they would submit for journals, scientific

6  journals, learnings about the program.  They would

7  submit for posters at national school-based

8  conferences.

9            Those two things come to mind.  And so

10 some of those submissions may include references or

11 outcomes reported as a part of this program.

12     Q     Does Commissioner Fitzgerald provide input

13 to you directly regarding the Apex program?

14     A     No, she does not.

15     Q     Do you provide any information to

16 Commissioner Fitzgerald regarding the Apex program?

17     A     Ad hoc, when asked.

18     Q     What kind of information do you provide

19 when asked?

20     A     It would be for an update.  Maybe some

21 information in the evaluation, like you need -- you

22 served at a particular point in time or over the

23 year.  Or when the annual evaluations become

24 available, I may share those with her.

25     Q     How would you describe Commissioner



1  Fitzgerald's responsibilities with respect to the

2  Apex program?

3       A    It would be similar to all programs that

4  are sponsored or supported by DBHDD.

5       Q    And what would be your responsibilities

6  with respect to all programs under DBHDD?

7       A    To lead the agency at an executive level;

8  to have some general familiarity with the programs,

9  how programs may be performing, funded by the

10 agency; and have general familiarness with trends

11 associated with programs and services supported by

12 the agency.

13      Q    Is Commissioner Fitzgerald involved in

14 making funding decisions with respect to the Apex

15 program?

16      A    No.

17      Q    Is Monica Johnson involved in those

18 decisions?

19      A    No.  Not to my knowledge.

20           And I will clarify my previous answer

21 about Commissioner.  Not to my knowledge.

22           MS. COHEN:  Do you need a break?

23           THE WITNESS:  Just sitting here for a long

24      time.  No, I'm fine.  We can continue.

25           MR. HOLKINS:  I know it's been a long day



1      and I really appreciate you bearing with us.

2    BY MR. HOLKINS:

3       Q    I'd like to go back just really quickly to

4    this exhibit, which is 22.

5            Why does DBHDD outsource to the Center of

6    Excellence the production of this report?

7       A    Because this is a specialty program, and

8    the data -- the individualized -- the itemized data

9    that we receive by contracting in this way is not

10   available through -- internally from DBHDD.

11      Q    Would DBHDD be able to produce by itself a

12   report like this?

13      A    I can't speak to that.

14           (WHEREUPON, Plaintiff's Exhibit-23 was

15       marked for identification.)

16   BY MR. HOLKINS:

17      Q    You've just been handed what's been marked

18   Exhibit 23.

19           MR. HOLKINS:  For the record, this is

20       GA00655695.

21           The title of the document is "Apex Year

22       End Survey 2019-2020."

23   BY MR. HOLKINS:

24      Q    Mr. McKay, have you seen this document

25   before?



1      A    I believe so.  Some version of it.

2      Q    And how does your office use the Apex year

3  end survey?

4      A    This is a survey that is administered by

5  the Center of Excellence, that is used to help

6  produce the annual reporting.  The slide deck, the

7  executive -- annual executive summary.

8      Q    Did you have an opportunity to provide

9  feedback on this report before it was used by the

10  Center of Excellence?

11     A    Can you clarify the question?

12     Q    Sure.  I'm curious as to whether or not

13  the Center of Excellence consults with you with

14  respect to this year end survey?

15     A    Yes.

16     Q    And what, what is your involvement with

17  this year end survey?

18     A    My team would review this before it goes

19  out to see if any changes are needed for the year in

20  terms of rewording of questions, adding questions,

21  maybe removing questions based upon things learned

22  over the course of the academic year.

23          It is finalized, it is released to

24  providers, and the results are then included in the

25  annual deck and the annual executive summary.



```
 1              (WHEREUPON, Plaintiff's Exhibit-24 was
 2         marked for identification.)
 3   BY MR. HOLKINS:
 4       Q    Mr. McKay, you've just been handed what
 5   has been marked Exhibit 24.
 6              MR. HOLKINS:  For the record, this is
 7         GA00656683.
 8   BY MR. HOLKINS:
 9       Q    Please take a moment to review the
10   document and let me know when you've finished.
11              (Witness reviews exhibit.)
12       A    I've reviewed the document.
13       Q    Thank you.
14              Can you turn to Page 3 of the document.  I
15   want to direct your attention to entry No. 8, "DOE
16   data sharing - potential protocol."
17              Do you see that?
18       A    Yes.
19       Q    Are you familiar with this DOE data
20   sharing protocol?
21       A    I'm familiar with reference to it, but it
22   does not exist.
23       Q    And what was being contemplated at this
24   point?
25       A    The way that we receive information
```



1  currently on the program, providers provided to the

2  COE, so it's self-reported.

3          We have inquired, explored ways for it to

4  be automated, I guess is the best word, where the

5  COE would have direct access to DOE database,

6  metrics elements to be determined.

7          My recollection of that is that it has

8  stalled along the way.  We haven't been able to

9  complete that task.

10     Q    Is the task still active or has it been

11  abandoned?

12     A    I don't know the status of it currently.

13          MS. COHEN:  This would be through COE?

14     A    To be determined.  It could be an arranged

15  -- it could have been an arrangement that we

16  discussed with COE and DOE, or a combination of

17  DBHDD, COE and DOE.

18     Q    And what kind of data would this

19  arrangement have allowed COE to access through the

20  Georgia Department of Education?

21     A    I don't --

22          MR. PICO PRATS:  Objection.

23     A    -- recall specifically.  But it would have

24  been -- I think it would have been aggregated --

25  aggregate level.  There may have been some



 1  discussions about unidentified, if that's the right

 2  word, information.

 3          There have been several versions of this

 4  and so those versions have been, can we do this?

 5  And if we can, how would it work?

 6          Considering HIPAA and FERPA

 7  considerations.  And as I started with, it has

 8  stalled.

 9          I think most recently there was a meeting

10  on this some time last fall.  I don't know the

11  status of those talks.

12     Q    I understand.  What need is this protocol

13  attempting to fill?

14     A    I would say vetting of the data because

15  right now the difference would be -- the data that

16  we have is self-reported by the providers, about

17  their experiences within schools, versus the data

18  coming through official school collection practices.

19          I think it's a way to -- one of the

20  considerations was to be able to have kind of a

21  balance for the self-reported data and compare it to

22  what is reported through official DOE mechanisms.

23     Q    Just to be clear, this exhibit that you're

24  looking at now, which is Exhibit 24, these are

25  essentially updates from a regular meeting that you



1  have with the COE regarding Apex?  Is that accurate?

2       A    Yes.  This looks like notes from a -- just

3  a standing meeting.

4       Q    Is this a monthly meeting?

5       A    There are a few different meetings.  I'm

6  not sure -- most are monthly.  There may be three

7  meetings.  I participate as my schedule allows.

8            And to clarify, as I mentioned earlier,

9  there's a meeting with just DBHDD and the COE, and

10  there's a meeting that DOE participates in, and I

11  don't know which meeting this is according to these

12  notes.

13            (WHEREUPON, Plaintiff's Exhibit-25 was

14       marked for identification.)

15  BY MR. HOLKINS:

16       Q    Mr. McKay, you've just been handed what

17  has been marked Exhibit 25.

18            MR. HOLKINS:  For the record, this is

19       GA00003148.

20  BY MR. HOLKINS:

21       Q    Please take a moment to review the

22  document and let me know when you've finished.

23            (Witness reviews exhibit.)

24       A    I've reviewed the document.

25       Q    Thank you.  This is an email exchange



1  between Commissioner Fitzgerald and Garry McGiboney,

2  from 2019.

3         First, let me ask you, do you know who

4  Garry McGiboney is?

5      A    I do.

6      Q    At the time of this email, he's identified

7  as a deputy superintendent of -- bless you.

8         Are you okay?

9      A    Yes.

10     Q    So, Doctor, this is -- Dr. McGiboney is

11 identified in this email as an employee of the

12 Georgia Department of Education.

13        Do you know if he's still employed at the

14 Georgia Department of Education?

15     A    I do, and he is not.

16     Q    I'd like to direct you to Mr. McGiboney's

17 email to Commissioner Fitzgerald, dated February

18 12th, 2019, and specifically the line in this email

19 where he, he says:  "We have heard APEX counselors

20 say the same thing - that their work is more

21 effective in PBIS schools because the school climate

22 endorses a system of care within the school."

23        Do you see that text?

24     A    Yes.

25     Q    What is PBIS?  Do you know what that



 1  stands for?

 2     A    Positive behavioral interventions and

 3  supports.

 4     Q    Is this statement consistent with your

 5  observation and experience?

 6          MR. PICO PRATS:  Objection.

 7          MR. HOLKINS:  I'll rephrase.

 8  BY MR. HOLKINS:

 9     Q    In your experience and in your opinion, is

10  the Apex program most effective in PBIS schools?

11          MR. PICO PRATS:  Objection again.

12     A    We have heard that it is.

13          This -- PBIS leads to the multitiered

14  systems and supports that I mentioned earlier.  It

15  is when -- and I'm a layman in understanding it, but

16  the concepts are PBIS is all about school climate.

17  When -- and schools are not -- State DOE cannot

18  mandate schools to be PBIS implemented schools.

19  They have to voluntarily adopt it.

20          So for the schools that have PBIS in place

21  and Apex in place, those schools, from a trend

22  standpoint, annually tend to have better outcomes

23  than the ones that do not have PBIS and maybe have

24  an Apex program, or no school-based mental health

25  program.



1      Q    And what kind of outcomes are you

2    referring to where this trend would be apparent?

3      A    Attendance, higher rates of attendance,

4    lower rates of disciplinary referrals or suspension,

5    expulsions, that sort of thing.

6      Q    Would fewer referrals to higher levels of

7    care also be an outcome where you would expect PBIS

8    schools to perform better?

9      A    I don't know the answer to that specific

10   question.

11          (WHEREUPON, Plaintiff's Exhibit-26 was

12      marked for identification.)

13   BY MR. HOLKINS:

14     Q    Mr. McKay, you've just been handed what's

15   been marked GA 0 -- excuse me.  What's been marked

16   Exhibit 26.

17          MR. HOLKINS:  And, for the record, this is

18      GA00672136.  The title of the document is "Apex

19      COE/DBHDD Team Meeting 6.9.20."

20   BY MR. HOLKINS:

21     Q    Mr. McKay, is this another summary of one

22   of the meetings we were just talking about between

23   DBHDD and COE with respect to Apex?

24     A    It appears to be, yes.

25     Q    I want to direct your attention to Item



 1  No. 5, which describes "School/Provider

 2  Relations/Politics: that are barriers to

 3  implementing the model."

 4          Do you see that text?

 5      A    I do.

 6      Q    Do you think there are political barriers

 7  to expanding the Apex model?

 8      A    Can you restate the question?

 9      Q    I'm curious to get your thoughts about

10  whether there are, as this summary might suggest,

11  political obstacles to implementing the Apex model?

12      A    I don't know what this is in reference to.

13      Q    Did you participate in this meeting on

14  6/9/20 between COE and DBHDD with respect to Apex?

15      A    I don't remember if I was present in this

16  meeting.

17      Q    Regardless of whether you recall

18  participating in this meeting, do you believe there

19  are political obstacles to expanding the Apex model?

20          MR. PICO PRATS:   Objection.

21      A    I can't speak to it.

22          I do know when there is a -- when there's

23  support from a superintendent or deputy

24  superintendent or director of school services, when

25  there's support from a principal, when there's a



1  champion that's involved, the programs tend to do

2  better and thrive.

3           The referrals are being made.  The

4  students are enrolled in services.

5           Over time, it took us a while to get

6  there.  There are cases where there was not a school

7  champion, and there may not have been referrals

8  being made.

9           And so I can't speak to the politics or

10  this specific statement, but I would attribute

11  what's described here as to some of those relational

12  things that can facilitate a productive program or

13  hinder a potential program.

14     Q    Have you encountered school

15  superintendents who are not interested in the Apex

16  program?

17     A    I have not had much interaction with the

18  school superintendents, outside of the procurement

19  process and reading a letter of support asking for

20  funding for the provider to bring that program to

21  their district or to increase schools supported by

22  that funding within their district.

23     Q    Are you aware of any resistance at the

24  school district level anywhere in the State to the

25  implementation of Apex?



1        A    I can't speak to that.

2        Q    Is it because you're not aware?

3        A    I hear things but I have not received any

4   direct communication from a superintendent or school

5   district.

6        Q    And what have you heard?

7        A    I don't want to speculate because I don't

8   know if it's true or not.

9        Q    What information did you receive regarding

10  potential opposition to Apex implementation in those

11  conversations?

12            MR. PICO PRATS:  Objection.

13       A    I have heard, and I don't recall

14  specifically who said it, but there are -- there's a

15  stigma associated with receiving behavioral health

16  services, and some of that is generational.

17            But I have heard that some school

18  leadership, school district leadership, has stated

19  that they didn't need services because their

20  students didn't have those problems.

21            I cannot state if that was exactly made or

22  a true statement.  It was not said directly to me,

23  and I don't recall -- it may have been a group

24  setting where people were gossiping and that

25  statement was made.



1    Q    Does your staff conduct outreach to school

2   districts separate and apart from receiving

3   applications to enroll in the Apex program?

4    A    My direct staff may participate in

5   meetings with school districts, especially given

6   their more recent roles.

7         Layla Fitzgerald is a liaison.  As I

8   mentioned earlier, she splits her time between my

9   office and the DOE office, the home child supports,

10  and Danielle Jones splits her time between a

11  specific SAMHSA funded grant called Project Aware

12  that focuses on three county -- three school

13  districts in Georgia.

14   Q    Who leads those meetings with the school

15  districts?  Is it your staff, COE, or someone else?

16   A    I can't speak to that.

17   Q    And could you describe, since we were

18  talking about this again, Layla Fitzgerald's

19  responsibilities to DOE in her role as behavioral

20  health liaison?

21   A    I don't remember the specifics.  It's

22  outlined in an MOU between the agencies, but to

23  summarize, it is for learnings, information sharing,

24  coordination, planning.

25   Q    And when was that MOU implemented?



1      A     I think she started in September,

2  September 1st of 2020.

3      Q     And has that role, her serving in that

4  role, yielded, from your perspective, any changes in

5  coordination between your office and DOE?

6            MR. PICO PRATS:  Objection.

7      A     I'm more informed in terms of the

8  initiatives that they're planning internally and

9  considering.

10           Through that coordination, when schools

11  shut down as a part of the pandemic, the Governor

12  and state superintendent created a task force, and I

13  was appointed to one of those task forces, whose

14  goal was to meet, develop recommendations for safely

15  reopening schools.

16           I think that appointment was yielded by

17  way of a working relationship that we were

18  continuing to build with DOE.

19     Q     Does that coordination between DOE and

20  your office through this behavioral health liaison

21  role relate to the GNETS program?

22     A     No.

23           (WHEREUPON, Plaintiff's Exhibit-27 was

24      marked for identification.)

25



```
 1  BY MR. HOLKINS:
 2      Q    Mr. McKay, you've just been handed what's
 3  been marked Exhibit 27.
 4           MR. HOLKINS:  I'll note for the record
 5           this is GA00150195.  It was produced by the
 6           State of Georgia to the United States in this
 7           matter.
 8  BY MR. HOLKINS:
 9      Q    This is an email chain in which you
10  participated from 2020.  The title is, or the
11  subject is Apex Schools' List.
12           I want to direct you to your email on
13  August 20, 2020, on the first page, where you write:
14  "There are two lawsuits pending against the State
15  regarding GNETS.  Your agency may be impacted.  Just
16  wanted to make sure you are aware of the reason for
17  the call."
18           First, just let me ask, who is Samantha
19  Boatwright, who is a recipient on that email?
20      A    She is a point of contact at one of the
21  provider organizations.
22      Q    Which organization?
23      A    The Georgia Pines Community Service Board,
24  Georgia Pines, and it appears that she is -- at the
25  time was the Georgia Apex program coordinator.
```



1      Q    What did you mean when you wrote that her

2    agency may be impacted by the lawsuits pending

3    against the state regarding GNETS?

4      A    I don't remember exactly.

5      Q    Do you believe that Apex providers may be

6    impacted by the pending lawsuits against the State

7    regarding GNETS?

8           MR. PICO PRATS:  Objection.

9      A    Can you restate the question?

10     Q    Do you believe that Apex providers will be

11   impacted by the pending lawsuit against the State

12   regarding GNETS?

13          MR. PICO PRATS:  Same objection.

14     A    Impacted in that my thinking probably at

15   the time is from something I saw, is that that

16   provider may be called to testify.

17     Q    Is there any other impact that you think

18   that this lawsuit may have on Apex providers?

19     A    No, none that I'm aware of.

20     Q    Okay.

21          MR. HOLKINS:  This one should be fairly

22     quick.

23          (WHEREUPON, Plaintiff's Exhibit-28 was

24      marked for identification.)

25



 1  BY MR. HOLKINS:

 2      Q    You've just been handed what has been

 3  marked Exhibit 28.

 4           MR. HOLKINS:   For the record, this is

 5      GA00250659.

 6  BY MR. HOLKINS:

 7      Q    At the top of the document is the title:

 8  "Question: 40% Productivity - How will this be

 9  implemented?  How much does each Apex contract

10  receive in total?"

11           Have you seen this document before or some

12  version of it?

13      A    I believe so.

14      Q    We were talking a while earlier about

15  reductions in budgets impacted Apex providers.  Does

16  this document capture the final reductions that were

17  made for Apex providers for FY21?

18      A    I don't remember the final amount.

19      Q    Where would that -- where would those

20  final amounts be reflected, in what document?

21      A    I think that would be a question for our

22  budget office.

23      Q    Did you have any role in making the

24  recommendation, the specific budget recommendations

25  for each of the Apex providers on this list?



1       A    I contributed to across the board

2   suggestions.

3       Q    And what were the factors you were

4   considering when making those recommendations and

5   suggestions?

6       A    Looking at the entire program and

7   participating as one of many offices, and

8   prioritizing, there were a lot of discussions going

9   on and a lot of numbers being thrown around in terms

10  of where to cut.  Things were put on the table,

11  thing were taken off the table.

12          This 40 percent reduction -- there's an

13  element to -- there's a billing element to Apex.

14  The best practices nationally that we adopted and

15  implemented says that if the funding for the program

16  was cut, it supports portions of salary and portions

17  of administrative costs.  It covers the Tier 1,

18  because those services are not billable in any form.

19  Tier 2 are -- some -- those services are billable.

20          And so we were determining calculations of

21  where -- how could we cut funding and increase the

22  productivity requirements but not totally lose the

23  program.  Would it be able to sustain and in what

24  form given the budget reduction mandate.

25          Apex is a service that has a billable



1  component that other programs didn't necessarily

2  have.

3      Q    And just to make sure I understand, the

4  billable component is a expectation that Apex

5  providers are going to bill a third-party provider

6  source for a certain amount of the services they

7  provide?

8      A    For the sustainability of the program,

9  yes.

10     Q    And what is the benchmark that is set by

11  DBHDD?

12     A    Is it not set by us.  National best

13  practices suggests that if a program is able to

14  cover around a 60 percent threshold, then that

15  position becomes self-sustainable, which then would

16  free up dollars to reinvest in other additional --

17  bring on additional staff or adding additional

18  schools, that sort of thing.

19          And so at 40 percent, not remembering

20  exactly the discussion, that would have given us a

21  window of somewhere between 40 percent and 60

22  percent.

23     Q    And do you have a sense of how many

24  existing Apex providers are meeting or exceeding

25  that 60 percent threshold currently?



1      A     Not off the top of my head, no.

2      Q     Where would you go for that information?

3      A     It is tracked in monthly expenditure

4   reports that are submitted to my program team, and I

5   think also our budget office has access to that.

6      Q     I'd like to shift gears.  We're kind of in

7   our last stretch here, so we're close.

8            (WHEREUPON, Plaintiff's Exhibit-29 was

9         marked for identification.)

10  BY MR. HOLKINS:

11     Q     You've just been handed what's been marked

12  Exhibit 29.

13           MR. HOLKINS:  For the record, this is

14        GA00581815.

15  BY MR. HOLKINS:

16     Q     Please take a moment to review the

17  document.

18           (Witness reviews exhibit.)

19     A     I reviewed the document.

20     Q     Thank you very much.

21           So this is an email exchange between you

22  and Nakeba Rahming, I believe it's pronounced, from

23  2016.

24           At the time of this exchange, do you know

25  what Nakeba Rahming -- what her role was?



1       A    According to this document, it says

2  program manager.  That aligns with my recollection.

3  Program manager of the GNETS statewide.

4           Statewide program manager of the GNETS

5  program.

6       Q    Okay.  That's reflected on Page 2 of the

7  document in her email from May 26, 2016, correct?

8       A    Correct.

9       Q    How would you describe the role of program

10 manager for GNETS?

11      A    To provide -- or at least my experience,

12 to look for and provide training opportunities for

13 staff of the network; to, I guess, advocate for an

14 increased budget for GNETS program, or protect the

15 existing budget, advocate for the protection of the

16 existing budget.

17          I'll pause right there.

18          So I will say training, funding.

19      Q    Just to be clear, this is a role within

20 the Georgia Department of Education, correct?

21      A    Correct.

22      Q    Does the GNETS program manager have the

23 ability to make or implement policy decisions with

24 respect to the GNETS program?

25      A    I don't know.



1          MR. PICO PRATS:  Objection.

2     Q    I'm sorry?  You can answer.

3          MR. PICO PRATS:  You can answer.

4     A    I don't know.

5     Q    I first want to stick with Ms. Rahming's

6  email on May 26, 2016, where she writes:  "I am

7  working on a trauma informed care service delivery

8  model for GNETS.  I wanted do know if DBHDD has been

9  doing any work in this area and if so can we

10 collaborate on things related to it."

11         What's your understanding of a trauma

12 informed service -- excuse me -- a trauma informed

13 care service delivery model?

14    A    I'm generally familiar with the concept

15 behind the programming.  It is -- it's consistent

16 with resiliency -- resiliency and recovery program

17 in terms of not asking recipients what's wrong with

18 you, but what happened to you, to try to get at the

19 trauma that is driving whatever the behaviors are.

20    Q    And since this email in 2016, has DBHDD

21 provided any guidance, training, assistance, to the

22 GNETS program in implementing a trauma informed care

23 service delivery model?

24    A    Not that I'm aware of.

25    Q    I'd like to go to the first email in the



1    chain.  Well, at least really the last email.  The

2    first email appearing on the document, which is on

3    Page 1, is your email from May 27, 2016, to Nakeba

4    Rahming.

5              First off, I recognize this, if I'm not

6    mistaken, is a few months after you joined OCYF; is

7    that correct?

8         A    That's correct.

9         Q    You write in the second paragraph:

10   "Honestly, I know very little about GNETS."

11             Do you see that text?

12        A    Yes.

13        Q    Do you feel like now, years later, you

14   know much more about GNETS than you did then?

15        A    I do not.

16             So I know more than I did then, but I

17   don't know much more, to use your language.

18        Q    You view it as outside of the scope of

19   your work or responsibility to know more about

20   GNETS?

21        A    Please repeat the question.

22        Q    Do you think it is outside the scope of

23   your role to know more about GNETS?

24        A    I would say no.

25        Q    It is within the scope of your work or



 1  it's not?  I'm sorry.

 2      A    I actually have general familiarness with

 3  GNETS program.

 4           I think that I do, along with many other

 5  programs offered by, you know, the child service

 6  agencies.

 7      Q    And what do you mean by general

 8  familiarity?

 9      A    There are, there are a number of child

10  serving state agencies, and a number of them have

11  programs.  Some I'm more familiar with than others,

12  but as a part of my scope of responsibility I think

13  it's helpful to have some context about programs

14  offered by child service agencies across the state.

15           I wouldn't have the wherewithal, the

16  bandwidth to have -- you know, be extensively

17  familiar with everything.

18      Q    Do you view it as within the scope of your

19  responsibility to know what behavioral health

20  services are provided to GNETS students?

21      A    I do not.

22      Q    Do you view it as within the scope of your

23  responsibility to know whether Apex services are

24  effectively diverting children from placement in

25  GNETS?



1              MR. PICO PRATS:  Objection.

2        A    Restate the question.

3        Q    Do you think it's within the scope of your

4   responsibility in your current role to know whether

5   Apex services are effectively diverting children

6   from placement in GNETS?

7              MR. PICO PRATS:  Same objection.

8        A    I'm not sure, honestly.

9              It would depend on if GNETS is rated as a

10  Tier 3 level of care within the tier, and if a

11  student that was in those other tiers receive

12  services upon -- under Apex, and that helps to

13  stabilize those behaviors that would prevent them

14  going to that next tier, if that was GNETS Tier 3,

15  then, yes, I could see an application there.

16             And if there was a GNETS program within an

17  Apex school and one of the students, GNETS students

18  was enrolled in the Apex program and they were in

19  Tier 3, but by way of receiving those services they

20  didn't go on to a CSU, or PRTF, I can see an

21  application there, but it's not a straight answer I

22  think in the way that you asked the question.

23             One additional point.  It wouldn't be -- I

24  wouldn't -- I don't think we would ask the question

25  about GNETS specifically.  It would remain anchored



1  to the tier model.  So Tier 1, Tier 2, Tier 3.

2      Q    Have you made any assessment or formed any

3  opinion as to whether or not GNETS is effectively a

4  Tier 3 provider in the Apex model?

5           MR. PICO PRATS:  Objection.

6      A    I have not.

7      Q    With apologies for belaboring this point,

8  I want to try once more, if that's all right.

9           So under what circumstances would you view

10 it as within the scope of your responsibility to

11 know whether Apex was helping children avoid

12 placement in a GNETS facility?

13          MR. PICO PRATS:  Objection.

14     A    Please restate the question.

15     Q    Under what circumstances would you view it

16 as within the scope of your responsibility to know

17 whether Apex was helping children avoid placement in

18 a GNETS facility?

19          MR. PICO PRATS:  Same objection.

20     A    I'm not sure I know how to answer that

21 question.

22          It would remain Tier 2, the levels of

23 care.

24          In the applicability in this case to GNETS

25 is because it's school-related programming, and Apex



1  is a school-based program, meaning we fund to place

2  providers inside a school setting.

3          We don't -- we spend a lot of time focused

4  on the programs that we are supporting with DBHDD

5  funding.  We may have -- we may come in contact or

6  have some awareness of other programs offered, but

7  we don't, we don't spend a lot of time -- I

8  personally don't spend a lot of time -- I don't have

9  enough time in the day -- to familiarize myself with

10 the number of programs being offered throughout the

11 State.

12         The reason I'm familiar with Apex is

13 because of the tier model.  And so we rank anchor to

14 the tiers, Tier 1, Tier 2, Tier 3.

15     Q    Does your staff provide any training

16 directly to GNETS facilities?

17     A    One staff member -- so let me back up.

18         A couple years back, when Nakeba was still

19 in place -- I think one of the emails referenced

20 it -- she invited me to come to one of their

21 statewide trainings.  I went and I provided

22 PowerPoint presentation on services that the office,

23 DBHDD, my office, support.

24         More recently, within the last two years

25 or so, my staff member Tricia Mills made a



1  presentation remotely on IC3 to the network.

2          Those are the only two instances that I

3  remember and am aware of.

4          (Whereupon, Plaintiff's Exhibit-30 was

5      marked for identification.)

6  BY MR. HOLKINS:

7      Q    You've just been handed what's been marked

8  Exhibit 30.

9          MR. HOLKINS:  For the record, this is

10     GA01749504.

11 BY MR. HOLKINS:

12     Q    I want to just direct you to Page 3 of the

13 document, the title page for the presentation, which

14 identifies "Trisha Mills, MA, CADC II, GNETS

15 Director Meeting, October 22, 2019."

16         And above that, "Intensive Customized Care

17 Coordination - IC3."

18         Is this the presentation you were

19 referencing?

20     A    Yes.

21         MR. HOLKINS:  Let's take a few minute

22     break then it will just be one last I think

23     short round of questions and we'll be done.

24         Thank you.

25         THE VIDEOGRAPHER:  Off the record at 6:23



```
 1        p.m.
 2              (A recess was taken.)
 3              THE VIDEOGRAPHER:  Back on the record at
 4        6:29 p.m.
 5  BY MR. HOLKINS:
 6        Q    Mr. McKay, we spoke a little bit back
 7  about PBIS.  I just have one follow-up question for
 8  you, which is, can, to your knowledge, the
 9  Department of Education -- the Georgia Department of
10  Education mandate its schools implement PBIS?
11        A    To my understanding, they cannot.
12        Q    Why not?
13        A    To my understanding, school districts have
14  local control.
15              (WHEREUPON, Plaintiff's Exhibit-31 was
16         marked for identification.)
17  BY MR. HOLKINS:
18        Q    Mr. McKay, you've just been handed what's
19  been marked Exhibit 31.
20              MR. HOLKINS:  For the record, this is
21        GA00129622.
22  BY MR. HOLKINS:
23        Q    Please take a moment to familiarize
24  yourself with the document and let me know when
25  you're finished.
```



1              (Witness reviews exhibit.)

2      A    I've reviewed the document.

3      Q    Thank you.  This is an email exchange

4  involving yourself, Danielle Jones, and Layla

5  Fitzgerald, from 2020.

6              I first want to ask you about the subject

7  line:  MHTTC Info.

8              What does MHTTC stand for?

9      A    I don't recall exactly.  The first two

10  letters are Mental Health.

11              It is -- but I can share what it is.  I

12  don't remember exactly what it stands for.

13              Around this time -- SAMHSA over the years

14  has funded various technical assistance

15  initiatives -- TA, technical assistance

16  initiatives -- and the most recent iteration of

17  their TA nationally they created particular centers,

18  standard core system centers.

19              And the MHTCC focuses on school health,

20  school health and school-based health.

21              This was in a -- I think this relates to

22  an event, a SAMHSA event, that we were asked to

23  participate in that was being hosted locally here in

24  the State of Georgia.

25      Q    And you where being asked -- looking to



1  Layla Fitzgerald's email, starting on Page 3, from

2  January 29, 2020, if I'm not mistaken, you were

3  being asked to provide a five to seven minute

4  presentation with an update on System of Care work;

5  is that correct?

6       A    I can't say with certainty.  According to

7  this chain, it looks like that.

8       Q    I want to direct your attention to the

9  text on the final page of the email, under "Original

10  Goals - October 9, 2019 (original site visit date)."

11           Could you describe what these goals are?

12       A    I don't remember where these goals came

13  from.

14       Q    Was it in connection with your work on

15  implementing the System of Care framework?

16       A    I think there's some relation, but I don't

17  think we were the driver of these.

18           They look somewhat familiar, but I'm not

19  exactly sure where they were generated.

20           Possibility could be -- so, again, this

21  was SAMHSA driven lay of work, and I believe there

22  was an opportunity for DBHDD to participate formally

23  in a SAMHSA initiative related to school-based

24  health, but we didn't have the bandwidth.

25           At the same time, SAMHSA had reached out



1   to the Department of Education, but because of our

2   regular communication SAMHSA had not told either of

3   us they had reached out to the various agencies.  We

4   said, hey, SAMHSA has reached out.  We don't have

5   the bandwidth to do this.  Have you thought about

6   this?

7          And DOE said, oh, they reached out to us,

8   too, we don't want to miss out on this opportunity,

9   we're challenged.

10         So we agreed to follow DOE's lead to

11  provide support, and then whatever that

12  documentation was, they have been generated as a

13  part of this.

14         But I don't think this is Apex specific or

15  System of Care specific, just a reference to System

16  of Care.

17     Q    Specifically, Goal No. 2:  "The State of

18  Georgia will develop a comprehensive data sharing

19  agreement to ensure appropriate evaluation of mental

20  health services in schools."

21         Is there any active effort to do that?

22     A    It is that similar conversation.  I think

23  this aligns with that similar conversation that we

24  had specific to Apex in terms of creating an

25  automated opportunity for data sharing.



1      Q    With DOE, correct?

2      A    Yes.

3      Q    Which is stalled, if I'm not mistaken,

4  correct?

5      A    Correct.

6      Q    Are you able to describe the status, if

7  relevant, of the first goal, "The State of Georgia

8  will gain information regarding gaps in service and

9  will identify steps to fill gaps"?

10     A    I'm not.

11          Honestly, when this meeting occurred, I

12 had been it out of the office working but out of the

13 office physically because I had broken my foot, and

14 there were some questions as to if I would be able

15 to physically attend this meeting.

16          There have been a number of meetings over

17 the years.  I have participated early on as my

18 schedule would allow, but I haven't participated in

19 quite a while.  And I don't remember any references

20 by the team, Layla or Danielle specifically, to the

21 MHTTC work.

22     Q    Are you familiar with Clara Keith?

23     A    I know the name.

24     Q    Who is Clara Keith?

25     A    She was somebody that had an office at



1  DBHDD, that I met a couple of times.

2      Q    What was her -- I'm sorry.  Go ahead.

3      A    Go ahead.

4      Q    What was her role at DBHDD at the time?

5      A    I think it was GNETS related but I don't

6  know specifically.

7      Q    What was the extent of your coordination

8  with Ms. Keith when she was in that role?

9      A    Early on, when the standing DBHDD GNETS

10  leadership meetings occurred, Clara was present in

11  those meetings.  You know, many years ago when I

12  first started participating.

13          But over time -- maybe she participated in

14  two meetings that I participated in, but then I

15  didn't see her again after that, and I haven't seen

16  her for many years.

17      Q    Is there another individual in that role

18  now in DBHDD?

19      A    Not that I'm aware of.

20      Q    Just a few more questions and we're going

21  to be done.  You can set that aside.

22          Mr. McKay, without revealing any

23  information you may have shared with your counsel, I

24  would like to ask about your preposition -- your

25  preparation for this deposition.



1          What did you do to prepare for this

2    deposition?

3      A    Okay.  Our Legal Department would pass

4    along the interrogatories, I guess a request for

5    production, any statements that I needed to -- any

6    attestations that I needed to sign.

7          I would review those, answer what I could,

8    but mostly depending upon the Center of Excellence

9    to answer the questions.

10     Q    I'm sorry.  What questions did you depend

11   on the Center of Excellence to answer?

12     A    I don't remember specifically, but the

13   ones that they would have had information that they

14   would be responsive to those questions.

15     Q    And this is in regards to responding to

16   the United States interrogatories; is that correct?

17     A    Correct.  So if a question asked what

18   schools, whatever, something like that, I would say

19   DOE, can you provide the school list from this time

20   period to this time period.

21     Q    Did you independently verify the

22   information that the COE provided to you in

23   responding to interrogatories?

24     A    I, I -- it was uploaded to a particular

25   location.  I did not verify what was uploaded to



1    that particular location.

2        Q    And in preparing for this specific

3    deposition, not responding to interrogatories but

4    preparing for this deposition, did you review any

5    documents?

6        A    I reviewed the document that said I needed

7    to be here today.

8        Q    Anything else?

9        A    No.

10       Q    Did you meet with counsel?

11       A    Yes.

12       Q    Who specifically did you meet with?

13       A    With Javier.

14       Q    In preparing for this deposition, did you

15   discuss your testimony with anyone other than your

16   counsel?

17       A    Not my prepared testimony, no.  Other than

18   to tell people that I would not be available today

19   because I would be participating in a deposition.

20           MR. HOLKINS:  Mr. McKay, I want to thank

21       you for your time and for your patience, and

22       it's been many hours.  We are grateful for your

23       time and I know you've got many things to do.

24           So we appreciate it.  Have a good evening.

25           THE WITNESS:  Thank you.  Nice to meet



1   you.

2        MR. HOLKINS:  Thank you.

3        THE VIDEOGRAPHER:  We're off the record at

4   6:40 p.m.

5        (Whereupon, the deposition concluded at

6   6:40 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1                 C E R T I F I C A T E

 2

 3  STATE OF GEORGIA:

 4  FULTON COUNTY:

 5

 6          I hereby certify that the foregoing

 7  transcript of DANTE T. McKAY was taken down, as

 8  stated in the caption, and the questions and answers

 9  thereto were reduced by stenographic means under my

10  direction;

11          That the foregoing Pages 1 through

12  234 represent a true and correct transcript of

13  the evidence given upon said hearing;

14          And I further certify that I am not of kin

15  or counsel to the parties in this case; am not in

16  the regular employ of counsel for any of said

17  parties; nor am I in anywise interested in the

18  result of said case.

19

20          IN WITNESS WHEREOF, I have hereunto

21  subscribed my name this 4th day of February, 2022.

22

23  _____

24          Wanda L. Robinson, CRR, CCR No. B-1973
             My Commission Expires 10/11/2023
25
```



1                 D I S C L O S U R E

2     STATE OF GEORGIA   ) VIDEOTAPE DEPOSITION OF
      FULTON COUNTY      ) DANTE T. McKAY - 01/27/22
3                 Pursuant to Article 10.B of the Rules and

4     Regulations of the Board of Court Reporting

5     of the Judicial Council of Georgia, I make the

6     following disclosure:

7                 I am a Georgia certified court reporter.

8     I am here as a representative of Esquire Deposition

9     Solutions, LLC, and Esquire Deposition Solutions,

10    LLC was contacted by the offices of U.S. Attorney's

11    Office to provide court reporter services for this

12    deposition.  Esquire Deposition Solutions, LLC will

13    not be taking this deposition under any contract

14    that is prohibited by O.C.G.A. 9-11-28 (c).

15                Esquire Deposition Solutions, LLC has no

16    contract/agreement to provide court reporter

17    services with any party to the case, or any counsel

18    in the case, or any reporter or reporting agency

19    from whom a referral might have been made to cover

20    this deposition.

21                Esquire Deposition Solutions, LLC will

22    charge the usual and customary rates to all parties

23    in the case, and a financial discount will not be

24    given to any party to this litigation.

25



1          ERRATA SHEET FOR THE TRANSCRIPT OF:

2   Deponent Name:  DANTE T. McKAY

3   Case Caption:   United States of America vs. State
                    of Georgia
4

5   Case No. :  1:16-cv-03088-ELR

6       I do hereby certify that I have read all
    questions propounded to me and all answers given by
7   me on the 27th day of January 2022, taken before
    Wanda L. Robinson, and that:
8

9   _____1) There are no changes noted.

10  _____2) The following changes are noted:

11      Pursuant to state rules of Civil Procedure
    and/or the Official Code of Georgia Annotated
12  9-11-30(e), both of which read in part:  Any changes
    in form or substance which you desire to make shall
13  be entered upon the deposition with a statement of
    the reason given for making them.
14      Accordingly, to assist you in effecting
    corrections, please use the form below:
15

16  CORRECTIONS:

17  _____

18  Page      Line          Change        Reason For Change

19  _____

20  _____

21  _____

22  _____

23  _____

24

25



1                    CERTIFICATE  OF DEPONENT

2

3        I hereby certify that I have read and examined

4    the foregoing transcript, and the same is a true and

5    accurate record of the testimony given by me.  Any

6    additions or corrections that I feel are necessary,

7    I will attach on a separate sheet of paper to the

8    original transcript.

9

10                        _____

11                              Signature of Deponent

12

13        I hereby certify that the individual

14   representing himself/herself to be the above-named

15   individual, appeared before me this _____ day of

16   _____, 2022, and executed the above

17   certificate in my presence.

18

19

20                        _____

21                              NOTARY PUBLIC

22

23   MY COMMISSION EXPIRES:

24

25

