# EXHIBIT 2

PLAINTIFF'S EXHIBIT 654

Message

**From:** Holifield, Cassandra [cassandra.holifield@mresa.org]
**Sent:** 6/7/2019 4:39:38 PM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**CC:** Lakesha Stevenson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lakesha Stevenson]
**Subject:** RE: GNETS Continuum of Services, Student Level Record, & Funding

Correct. I'll wait to hear back from you.

Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Friday, June 7, 2019 12:37 PM
**To:** Holifield, Cassandra <cassandra.holifield@mresa.org>
**Cc:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>
**Subject:** Re: GNETS Continuum of Services, Student Level Record, & Funding

Matt's email states that the money will be put back in GNETS??? I will follow up with him on Monday I have a few questions

Sent from my iPhone

On Jun 7, 2019, at 11:34 AM, Holifield, Cassandra <cassandra.holifield@mresa.org> wrote:

> You're correct. All registration and funding will be through MRESA not me.
>
> Dr. Cassandra Allen Holifield
> Director, North Metro GNETS
> 601 Beckwith Street, SW
> Atlanta, GA 30314
> Email: cassandra.holifield@mresa.org
> Telephone: 404-802-6070
> Fax: 404-802-6098
>
> This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Friday, June 7, 2019 12:33 PM
**To:** Holifield, Cassandra <cassandra.holifield@mresa.org>
**Cc:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>
**Subject:** Re: GNETS Continuum of Services, Student Level Record, & Funding

When I spoke with Matt on Thursday, it was my understanding that I would be following up with him because I told him that I needed to speak with you because I was not even aware of the request. You had not shared it with me
I did not state to him that money could be put back into GNETS It was my understanding in my conversation with you that the money would be paid to RESA?? I will follow up with Matt

Sent from my iPhone

On Jun 7, 2019, at 11:25 AM, Holifield, Cassandra <cassandra.holifield@mresa.org> wrote:

> FYI...
>
> forwarded message:
>
> **From:** Matt Cardoza <MCardoza@doe.k12.ga.us>
> **Date:** June 7, 2019 at 8:16:55 AM EDT
> **To:** Leigh Ann Putman – <leighann.putman@mresa.org>
> **Subject: GNETS and PL Course**
>
> Hey, Leigh Ann. I spoke with the GNETS person and it didn't sound like there was any issue with you offering that course and using the money to put back into the GNETS.
>
> **Matt Cardoza**
> Assistant Director of Policy
> Office of External Affairs & Policy
> Georgia Department of Education
> 205 Jesse Hill Jr. Drive
> 2053 Twin Towers East
> Atlanta, GA 30334
> 404-232-1320 office
> 770-359-5542 fax
> mcardoza@doe.k12.ga.us
> http://www.gadoe.org
>
> *Educating Georgia's Future*
>
>
> Dr. Cassandra Allen Holifield
> Director, North Metro GNETS
> 601 Beckwith Street, SW
> Atlanta, GA 30314
> Email: cassandra.holifield@mresa.org
> Telephone: 404-802-6070
> Fax: 404-802-6098

*This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.*

**From:** Holifield, Cassandra
**Sent:** Friday, June 7, 2019 11:38 AM
**To:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Cc:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>
**Subject:** RE: GNETS Continuum of Services, Student Level Record, & Funding

Vickie,
Matt responded to Leigh Ann regarding the funding and she said Matt checked and we're fine. Regarding my question, I know we don't receive FTE. I asked the question because as I've been checking my student roster against the one's my LEAs have been sending me from their student level record reports, I had a missing student which we provided consult to who was not on the list. I thought I could ask you for guidance which I did. I'll let Leigh Ann know that I checked with you like I told her I would and I'll share your response with her.

Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098

*This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.*

**From:** Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Sent:** Friday, June 7, 2019 9:58 AM
**To:** Holifield, Cassandra <cassandra.holifield@mresa.org>
**Cc:** Lakesha Stevenson <lstevenson@doe.k12.ga.us>; Vickie Cleveland <VCleveland@doe.k12.ga.us>
**Subject:** Re: GNETS Continuum of Services, Student Level Record, & Funding

Good morning
Thanks for sharing these concerns with us I did not provide a definitive response on the registration for training I shared with you that I would follow up with the budget team and my opinion is that it would not be different than other trainings but I need to confirm that.

We have previously addressed your question regarding consultative services This question was addressed at directors meetings and also Carol Seay provided training at fall GCASE in Savannah Please refer to the PowerPoint presentation that she presented She has also provided this training at the data conference for directors

As previously shared GNETS programs are not schools and do not earn FTE. North Metro does not receive direct funding from FTE coding The grant funding for GNETS is based on the student record count in June and the rolling average formula No additional clarification is needed on the GNETS funding formula at this time I'm hoping that there will be future discussions around changing the funding formula

When districts code FTE funding for consult services they can only code one segment This is the case whether it's for GNETS consult services or other disability consult services. GNETS does not earn FTE as traditional schools do The programs are not schools
The GNETS continuation of services flowchart provides guidance on consult services There is a request for consultation form in the packet NM should follow this protocol Several of our sites have their current staff provide support for students that are reintegrating or they provide observations that are needed

NM has several support staff and the team may need to take a look at how these staff might better provide consult services We do have programs that are providing these services with less staff
Consult services are mostly support for teachers not direct support to students from my observations GNETS programs should also be collaborating with GLRS regarding reintegration of students Did you work with them on this?

I will be back in the office on Monday and I will follow up then
Thanks

Sent from my iPhone

On Jun 6, 2019, at 11:59 PM, Holifield, Cassandra <cassandra.holifield@mresa.org> wrote:

> Vickie and Lakesha,
> Good morning! Vickie, thanks for speaking with me Wednesday regarding whether or not NM GNETS can charge a registration fee for trainings being offered through MRESA and that we should be fine since all registrations and funds are handled by Metro RESA and not NM GNETS. As you know, it's the end of the year and I'm in the process of making sure that all of my NM GNETS students appear on each of my respective district's student level record reports prior to our superintendent's signing off so we will receive the correct amount of funding. I'm emailing you now because I inquired about one of my missing students on one of my district's student level record reports. We've been providing consultative services for this student and I was told that since we only provide 2 hours of consultative services to this student a month, he will not be coded 4 and we will not receive funding for him. Will you please let me know how many hours a month of GNETS consultative supports earn funding? This continues to be a major concern and an increasing request for services from LEAs and parents since the new GNETS state board rule states this can be done which we want to provide. However, as we continue to provide more intensive therapeutic support services, we have more students returning to their LRE which is amazing and is what we want to do. However, our enrollment drops and the most significantly mentally ill and behaviorally

challenged students remain, while our budgets continue to shrink as we continue to help students transition to their new LRE. When you meet on Tuesday with your budget colleagues, will you please ask them to please provide us with some written guidance on how many hours of GNETS services per month it takes for GNETS to earn funding and how we are to code these services in the IEP for each of the options listed below in the GNETS State Board Rule as options for the continuum of services? I've asked for guidance from my special education directors and they too are trying to figure it out and want to know since they want us to provide more services on the front end ex. consultative. They also want to know if GNETS services are provided for students on consult do they have to complete a full GNETS request for services packet. I assume the answer is yes, but I'm not sure so I'm asking you to help me know how to respond to them. Thanks in advance for your help and I look forward to seeing you soon.

(c) The GNETS continuum of services by environment may be delivered as follows:
1. Services provided in the general education setting in the student's Zoned School or other public school. 4 2. Services provided in the student's Zoned School or other public school setting by way of a "pull out" from the general education setting for part of the school day. 3. Services provided in the student's Zoned School or other public school for part of the school day in a setting dedicated to GNETS. 4. Services provided in the student's Zoned School or other public school for the full school day, in a setting dedicated to GNETS. 5. Services provided in a facility dedicated to GNETS for part of the school day. 6. Services provided in a facility dedicated to GNETS for the full school day.

Dr. Cassandra Allen Holifield
Director, North Metro GNETS
601 Beckwith Street, SW
Atlanta, GA 30314
Email: cassandra.holifield@mresa.org
Telephone: 404-802-6070
Fax: 404-802-6098

*This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.*