# EXHIBIT 3

```
 1            IN THE UNITED STATES DISRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
 2                     ATLANTA DIVISION

 3

 4  UNITED STATES OF AMERICA,
                                  )CIVIL ACTION
 5          Plaintiff,             )NO. 1:16-cv-03088-ELR
                                  )
 6  vs.                            )
                                  )
 7  STATE OF GEORGIA,              )
                                  )
 8          Defendants.            )
                                  )
 9  - - - - - - - - - - - - - -   )

10

11              VIDEOTAPE DEPOSITION OF

12              CASSANDRA HOLIFIELD, Ph.D.

13

14       Thursday, December 1, 2022, 9:14 a.m., EST

15

16

17

18

19          HELD AT:

20          Parker Poe
            1075 Peachtree Street, N.E., Suite 1500
21          Atlanta, Georgia  30309

22     ------------------------------------------

23

         WANDA L. ROBINSON, CRR, CCR, No. B-1973
24      Certified Shorthand Reporter/Notary Public

25
```



1    A    It depends on whether the -- the current
2    QBE funding formula, the way that it's currently set
3    up is at a lower rate than it is for GNETS right
4    now.  So it would mean reduce services rather than
5    appropriate services or more services, right now,
6    unless they really look at revising how that funding
7    formula is looked at.
8         So an even swap would not be an even swap.
9    Q    So your expectation is that moving from a
10   state grant formula to a QBE formula would result in
11   GNETS programs losing money?
12   A    Yeah, money -- equal services, yes.
13        And right now we need more services.
14        MS. GARDNER:  I would like to have this
15        document marked as Plaintiff's Exhibit 659.
16        (WHEREUPON, Plaintiff's Exhibit-659 was
17         marked for identification.)
18   BY MS. GARDNER:
19   Q    You've been handed what's been marked as
20   Plaintiff's Exhibit 659.  This is an email thread
21   between you and Vickie Cleveland and Lakesha
22   Stevenson, from June 2019, regarding GNETS Continuum
23   of Services, Student Level Record & Funding.
24   A    Uh-hum.  (Affirmative.)
25   Q    This document is Bates-stamped GA00347596.



1                Do you recognize this?
2          A    Yes.
3          Q    I want to start at the bottom of this
4    email thread, which is the first in time email.  So
5    direct your attention to the second-to-last page.
6                This is your email to Vickie and Lakesha
7    on June 6, 2019?
8          A    Uh-hum.  (Affirmative.)
9          Q    In that email, Ms. -- the third sentence
10   in, you say:  "As you know, it's the end of the year
11   and I'm in the process of making sure that all of my
12   NM GNETS students appear on each of my respective
13   district's student level record reports prior to our
14   superintendent signing off so we will receive the
15   correct amount of funding.  I'm emailing you now
16   because I inquired about one of my missing students
17   on one of my district's student level record
18   reports.  We've been providing consultative services
19   for this student and I was told since we only
20   provide 2 hours of consultative services to the
21   student a month, he will not be coded 4 and we will
22   not receive funding for him.  Will you please let me
23   know how many hours a month of GNETS consultative
24   supports earn funding?"
25         A    Uh-hum.  (Affirmative.)



1    Q    Is this another example of the funding
2  concern that we discussed earlier with GNETS sort of
3  difficulty with providing services in general
4  education environments because of the lack of
5  receiving funding for that?
6    A    Yes.
7    Q    Moving down, you say, and this is the
8  sentence that begins with "However."
9         You say:  "As we continue to provide more
10 intensive therapeutic support services, we have more
11 students returning to their LRE which is amazing and
12 is what we want to do.  However, our enrollment
13 drops and the most significantly mentally ill and
14 behaviorally challenged students remain, while our
15 budgets continue to shrink as we help students
16 transition to their new LRE."
17   A    Uh-hum.  (Affirmative.)
18   Q    This was an effect that you had been
19 seeing at the North Metro GNETS program?
20   A    Yes.
21   Q    And that's about your funding is tied to
22 enrollment?
23   A    It's tied to enrollment, but the students,
24 as we do a better job providing therapeutic
25 supports, our numbers shrink, but the mental health



 1   issues of the students that remain are greater.  So
 2   numbers don't equate to the individual needs that
 3   the students have.  And that's currently the way I
 4   perceive that the budget is set up.
 5        Q    Ms. Cleveland responded to your email on
 6   June 7, 2019, right?
 7        A    Yes.
 8        Q    And looking towards the bottom of her
 9   response, where she says, "The GNETS continuation of
10   services flow chart."
11        A    Yes.
12        Q    She says:  "The GNETS continuation of
13   services flow chart provides guidance on consult
14   services.  There is a request for consultation form
15   in the packet.  NM should follow this protocol.
16   Several our sites have their current staff provide
17   support for students that are reintegrating or they
18   provide observations that are needed.
19             "NM has several support staff and the team
20   may need to take a look at how these staff might
21   better provide consult services.  We do have
22   programs that are providing these service with less
23   staff.  Consult services are mostly support for
24   teachers, not direct supports to students from my
25   observations."



1                What did you understand Ms. Cleveland to
2    be saying to you?
3         A    To figure it out.  I mean basically.  I
4    just felt like, you know, she was just saying I
5    needed to look to see how I could use the new GNETS
6    funding State Board Rule to provide those services
7    with the current staff that I have, which is pulling
8    from the staff that I have with the most mental
9    health needs.
10               So, again, from my perspective, you're
11   robbing Peter to pay Paul.  If you have the most
12   significant kids in the program because of their
13   mental health and behavioral challenges, but then
14   we're also wanting to provide those services to the
15   kids in the LRE so we won't have recidivism, them
16   coming back and getting those teachers trained, you
17   can't to both with the same person effectively.
18        Q    And to be clear, here you were talking
19   about providing direct services to students in the
20   LRE?
21        A    Yes.  So it was a combination of providing
22   direct services to the students and also the staff
23   because we're not going to be there, we being GNETS,
24   can't be in more than one place.  But if the child
25   is going to be successful in the LRE, we need to



```
 1   equip the teachers with the skill set that we have
 2   where the child was successful.
 3            So it's kind of a balance in training the
 4   student but also training the teachers as well to
 5   support them.
 6       Q    And you said the concerns that you raised
 7   in prior emails and in this one have not been
 8   addressed to your satisfaction?
 9       A    No.
10            MS. GARDNER:  I'm going to ask that this
11       document be marked as Plaintiff's Exhibit 660.
12            (WHEREUPON, Plaintiff's Exhibit-660 was
13        marked for identification.)
14   BY MS. GARDNER:
15       Q    You have been handed what's been marked as
16   Plaintiff's Exhibit 660.  This is an email from you
17   to Nakeba Rahming and Vickie Cleveland, dated
18   February 14, 2018, with the subject:  "FW:
19   Independence High School Location."
20            This is Bates-stamped GA00201024.
21            Do you recognize this?
22       A    Yes.
23       Q    In this email you say to Ms. Cleveland and
24   Ms. Rahming:  "I want to keep in the loop regarding
25   the facilities complaints I've been receiving our
```

