# EXHIBIT 4

```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF GEORGIA

 3                     ATLANTA DIVISION

 4

 5  UNITED STATES OF AMERICA,

 6           Plaintiff,       CASE NO. 1:16-cv-03088-ELR

 7  vs.

 8  STATE OF GEORGIA,

 9           Defendants.

10

11

12

13               VIDEOTAPED DEPOSITION OF

14                   WHITNEY BRADDOCK

15             July 18, 2022 -- 9:16 a.m.

16                   First RESA Office

17                   201 W. Lee Street

18                    Brooklet, Georgia

19

20

21         Deborah K. Lingonis, RPR, CCR 2883

22

23

24

25
```



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1  Cedarwood for ten years.
 2       Q.   And when you talk about students served for
 3  your funding, does that include consultative services
 4  or just the students enrolled in one of the sites?
 5       A.   Just students enrolled in one of the sites.
 6       Q.   Does funding for consultative services through
 7  some other way or do you --
 8       A.   No.
 9       Q.   Okay.  So funding is exclusively based on the
10  student count on the three-year waiting enrollment you
11  talked about?
12       A.   Yes.
13       Q.   So you've known of students to remain at
14  Cedarwood for ten years.  And you said earlier you
15  don't track an aggregate length of stay.  Do you review
16  length of stay periodically for students?
17       A.   No.
18       Q.   Have you had students leave Cedarwood and then
19  come back?
20       A.   Yes.
21       Q.   And for purposes of counting, would they be
22  counted -- is it counted by admission or by student?
23       A.   By student.  They would only be counted
24  once.
25       Q.   Okay.  Does that happen sometimes within the
```

