# EXHIBIT 5

1                IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                       ATLANTA DIVISION

3      UNITED STATES OF AMERICA,

4            Plaintiff,              CIVIL ACTION NO.
       vs.                          1:16-CV-03088-ELR
5
       STATE OF GEORGIA,
6
             Defendant.
7

8  Videotaped deposition of TALITHIA NEWSOME, taken on

9  behalf of the Plaintiff, pursuant to Notice and

10 agreement of counsel, in accordance with the Federal

11 Rules of Civil Procedure, before Maureen S. Kreimer,

12 CCR, CRR, Notary Public, at 864 Broad Street, Augusta,

13 Georgia on July 12, 2022 between the hours of 9:15

14 a.m. and 6:47 p.m.

15 _____

16

17

18

19

20

21

22

23

24

25



1   going to even just say it's behavioral, just that

2   they're in crisis and had some type of mental health

3   need.

4        Q.   And when the students are enrolled, do they

5   immediately -- like if a student transfers to your

6   area or is released from hospitalization or

7   residential treatment, do they automatically start

8   school in the GNETS program, or do they start in the

9   LEA until this process is completed?

10       A.   They start in the LEA.  So there is no

11  automatic placement.  They have to still show that

12  they need the services.

13       Q.   Okay.  And then, lastly, I want to turn to

14  this consultation section.  This is kind of like the

15  precursor of everything we've been talking about.

16       A.   Mm-hmm (affirmative).

17       Q.   Can you -- I know you've talked about this

18  in passing as we've been talking about the process for

19  referrals, but what exactly is meant by the term

20  consultation?

21       A.   Consultation is a term that we use when

22  we're providing support to the different LEAs.  So if

23  we had a LEA who might contact our program, say, hey,

24  I have got a couple of teachers who need some support

25  on conducting a functional behavior assessment, or do



1    you have anybody who can conduct a functional behavior

2    assessment to help us develop behavior intervention

3    plan, we would go on site to do that.

4             Sometimes they just might want us to come

5    out, hey, can you come out and do some observations on

6    a student and give us some recommendations on some

7    things that we can put in place for the student.

8             Sometimes they might call us and ask do we

9    have information regarding resources that might be

10   available for a student, or can we look at data that's

11   been collected, can you -- what's this showing?

12            But basically it's that support.  And not

13   necessarily looking for placement or services.  They

14   are just looking for some additional support and

15   expertise for staff for working in the GNETS program.

16       Q.   Okay.  And I think you mentioned this

17   earlier, but who in your staff is providing these

18   services directly to the school districts?

19       A.   It could be the -- oh, and the other thing

20   is professional learning, too.  We do a lot of

21   professional learning.  It could be the GNETS liaison,

22   it could be the coordinator, it could be the director

23   providing those services.  And sometimes we'd use our

24   counselor to go out and do some of those things as

25   well.



1         Q.    Okay.  So walking through each of the ones

2    that are listed here, FBA coaching, who would

3    typically be the person on your staff who would

4    provide that support?

5         A.    The liaison and the coordinators and

6    director.

7         Q.    And last school year approximately how many

8    times was your program requested to provide FBA

9    coaching?

10        A.    None.

11        Q.    None?

12        A.    No.

13        Q.    And prior school years, roughly how many

14   times would your GNETS program have been contacted for

15   that service?

16        A.     So I can say that in the Thomson site for

17   the FBA piece, we had one -- two directors contact us

18   about doing some FBA coaching and behavior

19   intervention plan development.

20        Q.    And for Richmond?

21        A.     Not so much with the FBA and behavior

22   intervention plan.  We had more requests for

23   professional learning through MindSet, and we did the

24   training for -- and my years are going to run

25   together.  So it could be -- we did the MindSet



 1   training for all of those schools that were

 2   considered required technical assistance, and behavior

 3   was one of those areas, we did MindSet training for

 4   all of them.  That might have been ten schools that we

 5   went out and provided support for.  And that's FY --

 6   not '21-'22, but '20-'21.

 7        Q.   And then for direct consultation, who from

 8   your staff provides those services?

 9        A.   That could be the GNETS liaison or the

10   coordinator.

11        Q.   Last school year how many times did you

12   receive a request for a direct consultation?

13        A.   Let's see.  I don't know that we received

14   any last year because schools were out so much other

15   than we did receive a couple of requests for

16   observations in the Thomson site.  And I want to say

17   it wasn't more than three between the two sites.

18        Q.   And did any of those students ultimately end

19   up coming to GNETS?

20        A.   No, not from the year, not last year, no.

21        Q.   And do you know why that would be?

22        A.   The student could have moved.  I know one

23   particular situation.  I'm not sure if it was

24   something going on in that school system between the

25   parent and the system; and that, we just never moved



1   forward with anything else, and they never reached

2   back out to us.

3        Q.   And for the other students do you know why

4   they did not end up going to GNETS?  For example, did

5   you-all determine or, I guess, through the

6   consultation process?

7        A.   Well, one thing that they decided is that

8   they were going to go through the behavioral support

9   class before they referred them on to us.

10       Q.   And then for Indirect Consultation, who

11  typically provides that service?

12       A.   It could be the GNETS liaison, it could be

13  the director, it could be the coordinator.  And with

14  that it might be, Hey, can you look at this child's

15  record?  Typically it's with transfer students.  Can

16  you look at this child's record to see if this might

17  be a student who would be eligible for your program?

18            If they are not coming straight from a GNETS

19  program, maybe they are coming from out of state.

20  They might ask us to look at that.  If there are some

21  questions regarding what the data is showing for the

22  behavior intervention plan, or from the IEP they might

23  look at that and ask us for recommendations as well.

24       Q.   And how many requests for indirect

25  consultation did you receive?



1        A.    Oh, those came through email.  So I'm going

2    to say this year I think I have gotten three.  And

3    those did come straight to me for the Richmond site.

4    Thomson, she may have gotten two -- and these are

5    really rough numbers.

6        Q.    That's fine.

7        A.    She may have gotten two.  And these are

8    really rough numbers.

9        Q.    That's fine.

10        A.    She may have gotten two.  That one is very

11    informal.

12        Q.    And how has that compared to prior years?

13        A.    I can't answer that.  I don't know.

14        Q.    Okay.  Until for last year the requests that

15    you did receive, did any of those students end up

16    coming to your GNETS program?

17        A.    Actually, they didn't.  They just didn't

18    move to the area for the ones that I'm thinking about.

19    These numbers -- I think I said they were primarily

20    transferred in.  They just didn't move to the area.

21            MS. HAMILTON:  All right.  I'm going to hand

22        the court reporter what I'd like to have marked

23        as Plaintiff's Exhibit 202.

24        (Plaintiff's Exhibit P-202 marked.)

25    BY MS. HAMILTON:

