# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,        )
                                 )
      Plaintiff,                 )    CIVIL ACTION FILE
                                 )
          -vs-                   )    NO. 1:16-cv-03088-ELR
                                 )
STATE OF GEORGIA,                )
                                 )
            Defendant.           )


                      - - -

        Deposition of CELEST NGEVE, taken on

    behalf of the Plaintiff, pursuant to

    Notice and agreement of counsel, in

    accordance with the Federal Rules of Civil

    Procedure, before Susan M. Shaw, Certified

    Court Reporter, at 1250 Oglethorpe Avenue,

    Athens, Georgia, on the 15th day of July

    2022, commencing at the hour of 9:31 a.m.

    ----------------------------------------------------



1    reporting to them and keeping them updated on

2    changes and trends that are happening within Rutland

3    Academy.

4         Q    Okay.  So am I correct in understanding

5    from what you just said that one of your

6    responsibilities is supervising and supporting

7    students?

8         A    Absolute -- yes.

9         Q    Do you supervise or support students

10   outside of the Rutland Academy environment?

11        A    I don't supervise students outside of

12   Rutland Academy, but I do support students outside

13   of Rutland Academy.

14        Q    In what way do you support students

15   outside of Rutland Academy?

16        A    GNETS directors provide consultative

17   services to the 13 -- to the school systems in which

18   they serve; so those include going out to observe

19   students in other -- in other schools and providing

20   recommendations, therapeutic recommendations in

21   order to make the classroom structure better or in

22   ways to support the teachers as they support the

23   students.  Behavior intervention planning,

24   functional behavior assessment planning, and just

25   different ways of just making sure that those



1   students have better therapeutic services within the

2   school settings.

3        Q    Okay.  When you say behavioral

4   intervention planning and functional behavioral

5   assessment, do you complete those for students in

6   environments outside of Rutland Academy?

7        A    No, I don't complete them, but I assist.

8        Q    You assist others in completing them?

9        A    That's correct.

10        Q    Are the other people who you assist in

11   completing behavioral intervention plans and

12   functional behavioral assessments personnel

13   operating within other school systems?

14        A    Yes.

15        Q    And would those be the 13 LEAs that you

16   referenced earlier?

17        A    Yes.

18        Q    In terms of how you support students

19   within Rutland Academy, what does that involve?

20        A    Many things.  Some of those things include

21   therapeutic walks, talking to them about their

22   progress, helping them understand their goals and

23   objectives and how they're doing with mastering

24   their goals.

25        Sometimes helping with crisis de-escalation,



1   helping them understand that that one particular

2   moment doesn't have to define their entire day.

3        Helping them through suicidal ideation as well

4   as homicidal ideation when they're feeling like they

5   have a plan that they want to carry through, as well

6   as contacting, at times, crisis units that may have

7   to support them beyond the school setting.

8        But also talking to them, providing PBIS

9   supports, going in and doing pop-up surprises just

10  to let them know that we see them doing great

11  things, just as a random moment to see that they're

12  mastering the skills and objectives, as well as just

13  to really -- just talking to them, greeting them on

14  an every-morning basis, talking to them about what

15  kind of things they're having difficulty with and

16  what kind of things they need more support with, but

17  also at times providing support with them after they

18  have met with their therapist.  Sometimes their

19  therapist does a great session, and sometimes

20  they're more challenging for them afterwards.

21       Q     Mm-hmm.  In terms of how your time as

22  director is divided, what percentage of your time

23  would you say is spent managing and supervising

24  Rutland Academy versus providing the support that

25  you discussed earlier to students that are still in



1   general education settings in one of the 13 LEAs

2   that you referenced?

3        A     That varies.  It's not always exactly the

4   same.  It's kind of month to month, based on what

5   LEAs are needing additional support.  Mostly it's 85

6   percent here in the building with the students, 15

7   percent in the districts.  But there -- there are

8   months where there may be additional supports needed

9   in districts.  There may be a little more time, you

10  know, going out to them as well.

11       Q     And on months where it's more time going

12  out to local school districts, what would you say

13  that split looks like?

14       A     About 75 percent in the building and then

15  25 percent out in the district, supporting them.

16       Q     Okay.  As director of Rutland Academy, do

17  you participate in any regularly scheduled meetings

18  apart from IEPs, IEP meetings?

19       A     Yes.

20       Q     What are those regularly scheduled

21  meetings that you participate in as director?

22       A     Will you clarify on, like, the type of --

23  like, what you're asking me exactly?

24       Q     Sure.  I'm trying to understand if there

25  are individuals that you meet with regularly in the

