UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE <br><br> NO. 1:16-CV-03088-ELR |

**ORDER GRANTING STATE DEFENDANT'S
MOTION FOR LEAVE TO FILE UNDER SEAL**

The Court has considered the State Defendant's Motion for Leave to File Under Seal the following documents: (1) the expert report of Amy McCart, Ph.D. ("McCart Report"), (2) a redacted version of Defendant's Statement of Undisputed Material Facts containing direct quotes from the McCart Report, and (3) a redacted version of Defendant's Brief in Support of its Motion for Summary Judgment containing direct quotes from the McCart Report, and for good cause shown, the Motion is hereby GRANTED.

SO ORDERED this 28th day of November, 2023.

*Eleanor L. Ross*
_____
ELEANOR L. ROSS
UNITED STATES DISTRICT COURT