# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Having read and considered Defendant State of Georgia's Motion for Leave to Exceed LR 7.1(D) Page Limit for Daubert Motion and Incorporated Memorandum of Law in Support Thereof, and for good cause shown, it is hereby ORDERED that Defendant State of Georgia shall be permitted to have filed a brief containing three additional pages in excess of the page limit imposed by Local Rule 7.1(D) with respect to its Motion to Exclude Testimony of Dr. Amy McCart and Supporting Memorandum of Law. [Doc. 431].

IT IS SO ORDERED this ___ day of _____, 2023.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia

Prepared by:
Josh Belinfante

Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street NW
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255