UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>STATE OF GEORGIA, )<br>)<br>Defendant. ) | CIVIL ACTION FILE<br><br>NO. 1:16-CV-03088-ELR |

ORDER

Having read and considered Defendant State of Georgia's Motion for Leave to Exceed LR 7.1(D) Page Limit for Daubert Motion and Incorporated Memorandum of Law in Support Thereof, and for good cause shown, the Court **GRANTS** the motion. [Doc. 444]. Defendant shall be permitted to have filed a brief containing three additional pages in excess of the page limit imposed by Local Rule 7.1(D) with respect to its Motion to Exclude Testimony of Dr. Amy McCart and Supporting Memorandum of Law. [Doc. 431].

**SO ORDERED,** this 28th day of November, 2023.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia

Prepared by:
Josh Belinfante

Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street NW
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255