IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br><br> *v.* <br><br> STATE OF GEORGIA, <br><br> DEFENDANT. | Civil Action No. <br><br> 1:16-CV-03088-ELR |

**[PROPOSED]**
**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MATERIALS OUT OF TIME**

WHEREAS Plaintiff has shown good cause as to why Plaintiff's Motion For Leave To File Opposition to Defendant's Motion for Summary Judgment and Supporting Materials Out of Time should be granted,

IT IS HEREBY ORDERED that the United States' For Leave To File Opposition to Defendant's Motion for Summary Judgment and Supporting Materials Out of Time is GRANTED, and that the United States shall be permitted to make such filings no later than November 29, 2023.

SO ORDERED, this _____ day of _____, 2023.

_____

ELEANOR L. ROSS
DISTRICT COURT JUDGE