# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:16-cv-03088- |
| v. | ) | ELR |
| | ) | |
| STATE OF GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNITED STATES' NOTICE OF CORRECTED FILING IN OPPOSITION TO DEFENDANT STATE OF GEORGIA'S MOTION FOR SUMMARY JUDGMENT

Plaintiff United States of America ("United States"), by and through undersigned counsel, hereby gives notice of the filing of its Corrected Opposition to Defendant State of Georgia's Motion for Summary Judgment, Corrected Responses to Defendant State of Georgia's Statement of Undisputed Material Facts, Additional Statement Undisputed Material Facts, Index of Exhibits Tendered in Support of Its Corrected Opposition to Defendant's Motion for Summary Judgment, and Exhibits. The modifications contained in the corrected filings are made primarily to ensure that the filings contains clear citations to the voluminous record in this matter formatted in a manner that is helpful to this Court and opposing counsel.

November 29, 2023

Respectfully submitted,


RYAN K. BUCHANAN
*United States Attorney*
Northern District of Georgia

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
GA Bar Number: 375505
Assistant United States Attorney
United States Department of Justice
Richard B. Russell Federal Building
75 Ted Turner Dr. SW, Suite 600
Atlanta, GA 30303-3309
(404) 581.6000
aileen.bell.hughes@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General

SHAHEENA A. SIMONS
Chief

KELLY GARDNER
Deputy Chief

ANDREA HAMILTON
WATSON
Special Litigation Counsel

VICTORIA M. LILL

CLAIRE D. CHEVRIER
FRANCES S. COHEN
PATRICK HOLKINS
LAURA C. TAYLOE
MICHELLE L. TUCKER
Trial Attorneys
Educational Opportunities Section

*/s/Kelly Gardner Womack*
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 353-5249
kelly.gardner@usdoj.gov

*Attorneys for the United States*

2

## **L.R. 7.1(D) CERTIFICATION**

I certify that this notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this brief has been prepared using 14-pt Times New Roman Font.

/s/*Kelly Gardner Womack*
Kelly Gardner Womack

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 29th day of November, 2023.

/s/*Kelly Gardner Womack*
KELLY GARDNER WOMACK