# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:16-cv-03088-ELR |
| | ) | |
| STATE OF GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INDEX OF EXHIBITS TENDERED IN SUPPORT OF UNITED STATES' CORRECTED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, the United States of America, plaintiff in the above-captioned civil action, by and through its undersigned counsel of record, and hereby tenders the following exhibits in support of its Corrected Opposition to Defendant's Motion for Summary Judgment filed concurrently herewith:

## INDEX OF LETTERED EXHIBITS

| Exh. No. | Description |
|---|---|
| A. | Deposition Transcript Excerpts of Frank Berry |
| B. | Deposition Transcript Excerpts of Judy Fitzgerald |
| C. | Deposition Transcript Excerpts of Wendy Tiegreen |
| D. | Deposition Transcript Excerpts of Anne DiGirolamo |

| E. | Deposition Transcript Excerpts of Dante McKay 3/9/23 |
|----|----|
| F. | Deposition Transcript Excerpts of Lisa Oosterveen |
| G. | Deposition Transcript Excerpts of Amy McCart |
| H. | Deposition Transcript Excerpts of Robert Putnam |
| I. | Deposition Transcript Excerpts of Cassandra Holifield |
| J. | Deposition Transcript Excerpts of Whitney Braddock |
| K. | Deposition Transcript Excerpts of Brooke Cole |
| L. | Deposition Transcript Excerpts of Vickie Cleveland |
| M. | Deposition Transcript Excerpts of Garry McGiboney |
| N. | Deposition Transcript Excerpts of Celest Ngeve |
| O. | Deposition Transcript Excerpts of Lisa Futch |
| P. | Deposition Transcript Excerpts of Wina Low |
| Q. | Deposition Transcript Excerpts of Clara Keith |
| R. | Deposition Transcript Excerpts of Talithia Newsome |
| S. | Deposition Transcript Excerpts of Patricia Wolf |
| T. | Deposition Transcript Excerpts of Jason Byars |
| U. | Deposition Transcript Excerpts of Justin Hill |
| V. | Deposition Transcript Excerpts of Fabio Van der Merwe |
| W. | Deposition Transcript Excerpts of Janel Allen |
| X. | Deposition Transcript Excerpts of Dante McKay 1/27/22 |
| Y. | Deposition Transcript Excerpts of Amber McCollum |
| Z. | Deposition Transcript Excerpts of Sonia Shaun Owen |

| AA. | Deposition Transcript Excerpts of William Matt Jones |
| BB. | Deposition Transcript Excerpts of Michael Rowland |
| CC. | Deposition Transcript Excerpts of Haley Livingston |
| DD. | Deposition Transcript Excerpts of Samuel Clemons |
| EE. | Deposition Transcript Excerpts of Derrick Gilchrist |
| FF. | Deposition Transcript Excerpts of Jacqueline Neal |
| GG. | Deposition Transcript Excerpts of Lakesha Stevenson |
| HH. | Deposition Transcript Excerpts of James Ted Beck |
| II. | Deposition Transcript Excerpts of Geronald Bell |
| JJ. | Deposition Transcript Excerpts of Larry Winter |
| KK. | Deposition Transcript Excerpts of Layla Fitzgerald |
| LL. | Deposition Transcript Excerpts of Dimple Desai |
| MM. | Deposition Transcript Excerpts of Monica Johnson |

## INDEX OF NUMBERED EXHIBITS

| Exh. No. | Depo Ex#/ Bates # | Description |
|---|---|---|
| 1. | N/A | GA DBHDD, Hospital Services, https://dbhdd.georgia.gov/be-caring |
| 2. | N/A | The Kaiser Family Foundation: The Kaiser Commission on Medicaid and the Uninsured, "5 Key Questions About Medicaid and Its Role in State/Federal Budgets and Health Reform," https://www.kff.org/wp-content/uploads/2013/01/8139-02.pdf (last accessed November 27, 2023) |

| 3. | N/A | Georgia Department of Community Health, Medicaid Managed Care, https://dch.georgia.gov/medicaid-managed-care (last accessed Nov. 27, 2023) |
|---|---|---|
| 4. | N/A | Federal Medical Assistance Percentage (FMAP) for Medicaid and Multiplier, KFF |
| 5. | GA00347596 | Email from C. Holifield to V. Cleveland et al re: GNETS Continuum of Services, Student Level Record, & Funding |
| 6. | GA05243260 | Email from N. Rahming to C. Holifield re: Attorney-Client Privilege Document |
| 7. | GA05250025 | GNETS Site: North Metro Program Student Demographics **(Provisionally Sealed)** |
| 8. | GA05202437 | Email from V. Cleveland to S. Benson re: Question regarding Futures Program **(Provisionally Sealed)** |
| 9. | US0012047 | Email from Parent re: GNETS **(Provisionally Sealed)** |
| 10. | US0012763 | Email from Parent re: USDOJ – GNETS Lawsuit **(Provisionally Sealed)** |
| 11. | US0011494 | Email from Parent re: GNET Concerns **(Provisionally Sealed)** |
| 12. | US0011511 | Email from Parent re: GNETS **(Provisionally Sealed)** |
| 13. | US0011549 | Email from Parent re: Draft of Memorandum and Comments on DOJ Findings **(Provisionally Sealed)** |
| 14. | US0011550 | Email Attachment from Parent **(Provisionally Sealed)** |
| 15. | GA05199933 | Formal Complaint Form **(Provisionally Sealed)** |
| 16. | GA05200951 | Formal Complaint Form **(Provisionally Sealed)** |
| 17. | GA05199710 | Formal Complaint Form **(Provisionally Sealed)** |
| 18. | GA05200962 | Due Process Hearing Request **(Provisionally** |

| | | Sealed) - *Excerpt* |
|---|---|---|
| 19. | GA05201028 | Due Process Hearing Request **(Provisionally Sealed)** |
| 20. | US0151559 | Individualized Education Program (IEP) **(Provisionally Sealed)** - *Excerpt* |
| 21. | US0184588 | Individualized Education Program (IEP) **(Provisionally Sealed)** - *Excerpt* |
| 22. | US0011522 | Email re: Avoiding GNETS **(Provisionally Sealed)** |
| 23. | US0011538 | Email from Parent re: Henry County Meeting **(Provisionally Sealed)** |
| 24. | GA00322208 | Email from B. Cole to V. Cleveland re: GAA Guidance |
| 25. | GA00481564 | Email from C. Keith to N. Rahming re: CPI Training |
| 26. | GA00481478 | Email from C. Keith to D. Gay re: Interview Questions |
| 27. | GA00197223 | Email from C. Keith to D. Gay re: Interview Questions |
| 28. | GA00338963 | Email from B. Cole to V. Cleveland re: ID Enrollment Info **(Provisionally Sealed)** |
| 29. | N/A | Georgia FY 2020/2021 Community Mental Health Services Block Grant Plan |
| 30. | N/A | FY 23 Provider Manual for Community Behavioral Health Providers (January 1, 2023) |
| 31. | US0013064 | GA DBHDD Contract FY2021 |
| 32. | GA00557687 | Email to Gail Smith re: APEX counselors |
| 33. | GA00051873 | DBHDD estimated Budget Reduction by Subprogram FY2020 |
| 34. | GA00343802 | Email from P. Wolf to V. Cleveland re: Possible Regional GNETS Center Visit |
| 35. | GA05250459 | NWGA Student Demographics 4/15/2016 **(Provisionally Sealed)** |

| 36. | GA05249762 | NWGA Student Demographics 4/8/2016 **(Provisionally Sealed)** |
| 37. | GA05250869 | Northstar Student Demographics 4/18/2016 **(Provisionally Sealed)** |
| 38. | GA05256666 | Elam Alexander Academy Student Demographics 11/14/2016 **(Provisionally Sealed)** |
| 39. | US0306845 | Letter from treating physician **(Provisionally Sealed)** - *Excerpt* |
| 40. | US0012687 | Email from Parent re: USDOJ – GNETS Lawsuit **(Provisionally Sealed)** |
| 41. | US0011665 | Email regarding scheduling a time to discuss your GNETS experience **(Provisionally Sealed)** |
| 42. | GA05249823 | Coastal Comprehensive Academy Student Demographics 4/8/2016 **(Provisionally Sealed)** |
| 43. | N/A | K-12 Student Discipline Dashboard, State of Georgia Governor's Office of Student Achievement, available at https://public.gosa.ga.gov/noauth/extensions/DisciplineDASHV1/DisciplineDASHV1.html |
| 44. | N/A | Student Discipline, Georgia Department of Education, available at https://www.gadoe.org/wholechild/Pages/Student-Discipline.aspx |
| 45. | GA05045681 | GA Department of Audits and Accounts Performance Audit Operations, GNETS (2010) |
| 46. | N/A | Mindworks Georgia, "Our Funding Framework for Children: Understanding How We Measure Spending Across Georgia's Behavioral Health System of Care," https://mindworksga.org/download/funding-framework-report |
| 47. | GA01079284 | 2020 Georgia System of Care Plan |
| 48. | GA00481479 | Interview Questions GNETS Position |
| 49. | US0298431 | Sand Hills level system |

| 50. | US0147946 | #7 - GNETS Services FlowChart.pdf |
|---|---|---|
| 51. | US0147944 | #7 - GNETS Request for Consultation.pdf |
| 52. | US0147940 | #7 - GNETS Confidential Student Information Packet .pdf |
| 53. | N/A | DCH Community Behavioral Health Rehabilitation Services |
| 54. | N/A | Positive Behavioral Interventions and Supports |

Dated:  November 29, 2023


Respectfully submitted:


RYAN K. BUCHANAN                          KRISTEN CLARKE
United States Attorney                    Assistant Attorney General
Northern District of Georgia              Civil Rights Division

/s/ *Aileen Bell Hughes*                  SHAHEENA A. SIMONS
AILEEN BELL HUGHES                        Chief
GA Bar Number: 375505                     Educational Opportunities Section
Assistant United States Attorney
United States Department of Justice       KELLY GARDNER
Richard B. Russell Federal Building       Deputy Chief
75 Ted Turner Dr. SW                      Educational Opportunities Section
Suite 600
Atlanta, GA 30303-3309                    ANDREA HAMILTON WATSON
(404) 581.6000                            Special Litigation Counsel
aileen.bell.hughes@usdoj.gov
                                          CRYSTAL ADAMS
                                          CLAIRE CHEVRIER
                                          FRANCES COHEN
                                          MATTHEW GILLESPIE
                                          PATRICK HOLKINS
                                          VICTORIA M. LILL
                                          JESSICA POLANSKY
                                          LAURA C. TAYLOE
                                          MICHELLE L. TUCKER
                                          Trial Attorneys
                                          United States Department of Justice

                                          /s/Kelly Gardner Womack
                                          United States Department of Justice
                                          Civil Rights Division
                                          950 Pennsylvania Avenue, NW
                                          Washington, DC 20530
                                          (202) 514-4092
                                          kelly.gardner@usdoj.gov

## **L.R. 7.1(D) CERTIFICATION**

I certify that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this brief has been prepared using 14-pt Times New Roman Font.

/s/*Kelly Gardner Womack*
KELLY GARDNER WOMACK

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 29th day of November, 2023.


/s/*Kelly Gardner Womack*
KELLY GARDNER WOMACK