# EXHIBIT C

# In the Matter Of:

## UNITED STATES vs STATE OF GEORGIA

NO. 1:16-cv-03088-ELR

# WENDY W. TIEGREEN

*June 21, 2022*



800.211.DEPO (3376)
EsquireSolutions.com

1  accountability to some of those contracts.
2       Q    Would that include contracts with Apex
3  providers?
4       A    I can't say for sure.  I've not looked at
5  any of that specific detail.  We have a vast line of
6  business, so I just -- I'm not attuned to what the
7  specific priorities are of that, that small group
8  right now.
9       Q    Do you know who within your office would
10 have knowledge about performance reviews in
11 connection with Apex contracts?
12      A    Well, certainly Melissa Sperbeck would.
13 And then there's a team up underneath her.  But I
14 think that would be the best name for
15 accountability.
16      Q    So stepping back from that question, more
17 broadly could you just describe your duties
18 currently in this role as director of Medicaid and
19 Health Systems Innovation?
20      A    Sure.  So basically there are what I
21 bucket into kind of three large areas:  One,
22 Medicaid.  The creation of Medicaid partnerships.
23           So from DBHDD we do not have role in
24 federal law as a Medicaid authority.  The Medicaid
25 agency, the Department of Community Health, holds



1  that responsibility.  And so when we want to
2  implement a program that might have an impact to
3  Medicaid beneficiaries who we serve, then we would
4  work with the Department of Community Health to
5  negotiate the pathway for that, and there are a
6  myriad of Medicaid mechanisms that would facilitate
7  that.  So that's one bucket.
8            The second bucket, Health System
9  Innovation, is really to kind of consider emerging
10 health practices that are beneficial to individual's
11 DBHDD serves and to consider whether or not there
12 might be some development, and then research and
13 commitment to embarking on maybe the creation of a
14 pathway for that innovation.
15           And then third, in my role just kind of as
16 being around for a really long time, I serve as the
17 editor for the community-based behavioral health
18 provider manual.  So the final editor.
19           So, again, as I indicated, there are lines
20 of business where -- like the Office of Children,
21 Young Adults and Families, if they want to make a
22 policy change in the community-based manual, they
23 propose that and then that information comes through
24 me.  It's more of a standardization, single voice
25 writing kind of model for them to then bring that



```
 1  more communicative system but they do not take any
 2  direction or lead from us in those dialogues.  It's
 3  more -- I call it -- it's more about kind of
 4  creating global access, collaboration, engagement,
 5  across different payors who may have different
 6  policy.
 7       Q    Is it accurate to say that the CMOs are
 8  contractors of the Department of Community Health in
 9  Georgia?
10       A    That is correct.
11       Q    So DCH has authority over the CMOs; is
12  that correct?
13       A    Yes.
14       Q    Do you in your capacity at DBHDD ever
15  provide feedback on the contracts between DCH and
16  the CMOs?
17       A    No.  Not feedback on the contracts per se.
18  If we hear, for instance, that a young person has
19  certain coverage and there's an access challenge,
20  we'll refer that to the Medicaid agency.  But in
21  terms of feedback on the contracts, rarely, if ever.
22       Q    So you wouldn't be shaping the CMOs'
23  responsibilities under the contract with DCH for
24  reimbursing behavioral health services, correct?
25       A    No.
```



```
 1            MS. HERNANDEZ:  Thank you.
 2            MR. HOLKINS:  You're welcome.
 3            THE VIDEOGRAPHER:  Off the record at
 4     10:22.
 5            (A recess was taken.)
 6            THE VIDEOGRAPHER:  Back on the record at
 7     10:30.
 8  BY MR. HOLKINS:
 9     Q    Ms. Tiegreen, we were discussing still
10  your resume, which is Exhibit 137.  I have some more
11  questions for you.
12            First, going back to the DBHDD program
13  manual, is it accurate to say that the authority for
14  designing and defining the services in DBHDD's
15  program manual rests with DBHDD?
16     A    It is -- it is -- it rests with us.
17  However, it is strongly influenced by Medicaid
18  practice parameters and the bounds of some those
19  parameters.
20     Q    Could you describe practically what that
21  means, the influence of Medicaid parameters on
22  DBHDD's program manual?
23     A    So, for instance, Medicaid does not allow
24  billing in a residential setting greater than 16
25  beds.  So you'll see several references throughout
```



1  our manual that you can bill Medicaid if it's within
2  these parameters.
3            So that's a concrete example.
4       Q    That's helpful.
5            So you're designing services within the
6  boundaries established under Medicaid for receiving
7  reimbursement for the service?
8       A    Correct.
9       Q    And do any other agencies beyond DBHDD
10 have responsibility for designing the behavioral
11 health services in DBHDD's program manual?
12      A    No.
13      Q    Do agencies outside of DBHDD have
14 involvement in designing the services in DBHDD's
15 program manual?
16      A    I would --
17           MS. HERNANDEZ:  Object.  Sorry.
18           You can answer.
19      A    I would just say rarely.  I would just say
20 rarely.
21           If another agency came to us and had some
22 ideas or interest, we would kind of have those
23 dialogues separate and be coordinating and
24 collaborating, but they wouldn't be saying I'm
25 coming to influence the manual.

