# EXHIBIT D

**In the Matter Of:**

**UNITED STATES vs STATE OF GEORGIA**

NO. 1:16-cv-03088-ELR

**ANN M. DIGIROLAMO**

*July 28, 2022*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1  AIME grant?
 2       A    Great question, because I'm not integrally
 3  involved in the day to day.  I mean they're
 4  behavioral health services.  They're working with a
 5  couple of the provider agencies in terms of
 6  providing trainings and looking at how those
 7  services are impacting their communities.
 8       Q    Are those services funded through the AIME
 9  grant provided in school settings?
10       A    No, not to my knowledge.
11       Q    Who is point person for that evaluation
12  project within the Center of Excellence?
13       A    So I am kind of providing the overall
14  oversight.  Russell Carleton is involved in leading
15  the evaluation.
16       Q    What are the other grants for DBHDD where
17  the Center of Excellence has served as an evaluation
18  partner?
19       A    There are a lot.
20       Q    Just to narrow the scope, within the last
21  -- from 2020 forward, what are the other grants
22  where the Center of Excellence has served as
23  evaluation partner for DBHDD?
24       A    We are working with the Department of
25  Behavioral Health Developmental Disabilities, as
```



1  well as several other groups, community
2  organizations within the State, for a HSRA grant,
3  where we are building capacity within pediatrician's
4  offices around behavioral health, and we have an
5  evaluation component there.
6           Through our state funding with DBHDD, we
7  provide evaluation services for the Georgia Apex
8  Program.
9           We provide evaluation services for the
10 wraparound services and the IC3 program.
11          I'm trying to think of the other
12 evaluation services.
13          We work with the State on recovery
14 oriented cognitive therapy, but that's with adults,
15 not children.  And we evaluate the trainings
16 provided.
17     Q    Do you provide any evaluation services in
18 connection with Crisis Stabilization Units in
19 Georgia?
20     A    Not me personally.  Our staff does do some
21 monitoring and evaluation of some of those units and
22 providing kind of ongoing feedback.
23     Q    And what about the Clubhouse?
24     A    Yes.
25     Q    Is that another example?



1  title of this slide is "Why School Based Mental
2  Health?"
3         The third bullet reads: "Reduces access
4  issues, particularly in rural areas, and decreases
5  sigma by normalizing mental health treatment."
6         Could you expand on how school-based
7  mental health reduces access issues, particularly in
8  rural areas?
9     A    Sure.  The idea that school is where -- is
10 where children spend -- they spend the majority of
11 their time, and to be able to have children access
12 mental health issues and also within the culture to
13 have mental health normalized, have those
14 conversations happen, it reduces access -- it
15 reduces access issues because it's not reliant on a
16 parent having to bring the youth to each session.
17 They can be seen within the school, obviously with
18 parental consent.
19        I think particularly in rural areas where
20 there may be a lot of distance between providers and
21 all of that as well, it just helps to centralize
22 service somewhat.
23    Q    Let's scroll back to that same slide.
24        Is expanding school-based mental health
25 services a part of the mission of the Center of



```
 1  Excellence?
 2      A    Yes, in partnership with the other
 3  agencies that we work with.
 4      Q    So is that part of the mission for the
 5  Center of Excellence driven by the State agencies,
 6  or is that independently a goal for the Center of
 7  Excellence?
 8           MR. BEDARD:  Object to form.
 9      A    It's independently a goal for the COE.  We
10  believe in the benefits of school-based mental
11  health.
12      Q    And what is that based on?
13      A    It's based on some of the research that
14  we've done.  It's based on a review of the
15  evidence-based and the research that is out there.
16  It is based on the idea of needing to find creative
17  ways to provide access to children for mental health
18  needs, particularly as these needs increase.
19      Q    So you reference the evidence-based, the
20  research as part of school-based mental health?
21      A    Uh-hum.  (Affirmative.)
22      Q    Could you describe broadly what the
23  research shows?
24      A    There is -- there are a lot of different
25  models of school-based mental health.  There is the
```



1    A    We have a role in consulting and being
2　part of collaboratives and leadership committees
3　that can inform those conversations, yes.
4    Q    Is it fair to say that the State agency
5　staff are mainly responsible for determining
6　strategic policy -- excuse me -- strategic planning
7　for school-based mental health services in Georgia?
8         MR. BEDARD:  Object to form.
9    A    It depends on the program.  For a
10　statewide state funded program, yes, they would be
11　responsible for, for funding and for doing the
12　strategic policy for that.
13         If it is another organization who is
14　providing services around school-based mental
15　health, then maybe not.
16    Q    Is it fair to say that the work of the
17　Center of Excellence in expanding school-based
18　mental health services in Georgia depends upon a
19　close relationship with the child-serving agencies
20　in the State?
21    A    Yes.
22    Q    I'm going to ask you some questions about
23　your preparation for the deposition.  I'm not asking
24　you to reveal any -- the substance of any
25　communications that you had with your attorney in

