# EXHIBIT F

**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

# LISA OOSTERVEEN

*February 23, 2023*



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1  before it was produced?
 2       A    Prior to it being produced, no.
 3            MS. ADAMS:  I'm going to ask the
 4       court reporter to mark this document as
 5       Plaintiff's Exhibit 783.
 6            (Plaintiff's (Oosterveen)
 7       Deposition Exhibit No. 783 was marked for
 8       the record.)
 9  BY MS. ADAMS:
10       Q    This is a copy of your resume that we
11  received from your attorney.  Do you recognize this
12  document?
13       A    Yes.
14       Q    Has your last name always been
15  Oosterveen?
16       A    No.
17       Q    What other last names have you had?
18       A    Spears.
19       Q    Would you please spell that?
20       A    S-P-E-A-R-S.
21       Q    During what time period were you known by
22  that last name?
23       A    Until 2021, of August.
24       Q    What is the highest level of education
25  that you obtained?
```



1  really oversight of those, which is more rigorous
2  than the Department of Behavioral Health programs.
3       Q    For the record, can you identify what
4  SAMHSA is?
5       A    It is Substance Abuse, Mental Health
6  Administration.
7       Q    These bigger grants that you just
8  referenced, are any of them or have any of them dealt
9  with Apex or behavioral health?
10      A    Behavioral health, yes; but Apex, no.
11      Q    What kind of behavioral health needs have
12 they addressed?
13      A    They -- they are -- currently, they are
14 more geared towards our adult population and through
15 -- like I started our co-response group through that
16 funding.  And we implemented -- I implemented the
17 living room model through our outpatient adult and
18 crisis center.
19      Q    Your resume states that before you were
20 the chief clinical officer, you were a youth and
21 young adult services coordinator at Aspire?
22      A    Yes.
23      Q    You served in that role from June 2011 to
24 March 2019?
25      A    Yes.



1  some of Clubhouse community support individuals
2  provided -- provide services in the schools, as well.
3  And the Emerging Adult.  So case management services
4  will take place in the community and in the schools,
5  if that benefits the family.
6       Q    What was your particular role in terms of
7  Apex at that time?
8       A    In the beginning, in 2015 when we first
9  received the program, I helped to implement.  So that
10 included marketing the program, meeting with school
11 principals to talk about the services that we
12 provide.  It also included development of the
13 procedures, and then it involved hiring the staff and
14 determining, you know, the program flow.
15      Q    Okay.  You said that that was at the
16 beginning.  Did things change over time in terms of
17 your role?
18      A    Yes.  In the very beginning of the
19 program, I did not have a program coordinator.  I
20 served in that role and implemented the program, as I
21 do with most programs.  And then, as the program
22 began to grow, I was able to hire a youth -- an Apex
23 coordinator.
24      Q    One of your responsibilities in your role
25 at this time was providing direct service care to



1  individuals?
2       A    Yes.
3       Q    What direct service care did you provide?
4       A    I did provide school-based services to
5  youth and outpatient services, so in clinic, out of
6  clinic, as a clinician.
7       Q    Did you provide those services through
8  the Apex program?
9       A    Through Apex and non Apex, yes.
10      Q    Did any of the young people that you
11 served at that time need support or services related
12 to their behavior?
13      A    Yes.
14      Q    Did any of those young people have EBD?
15      A    Yes.  I can't recall a specific child,
16 but yes.
17      Q    Had any of those young people been
18 diagnosed with serious emotional disturbance?
19      A    Yes.
20      Q    Do you remember if any of those young
21 people participated in GNETS?
22      A    I do, yes, because I did provide care at
23 GNETS, at one of the GNET schools.
24      Q    Do you remember which school?
25      A    The school that I was involved with was



1  the GNET school that was located at Merry Acres
2  Middle School in Dougherty County.
3      Q    Do you recall how long you were working
4  with the students at that school?
5      A    I think probably a couple of years before
6  I really transitioned out of the role of providing
7  direct care on a high level.
8      Q    Do you recall how it came to be that you
9  were providing services to those particular students?
10     A    If I recall, the child was referred from
11 the school itself.
12     Q    Do you recall who in particular from the
13 school referred the children?
14     A    I don't recall.  I know I worked very
15 closely with a person named Josie, and I can't
16 remember her last name.
17     Q    Do you remember what her title was?
18     A    I believe -- I don't recall her title,
19 but I believe she was either a social worker or, you
20 know, someone in the mental health field, if not the
21 director of the school.  I'm sorry I can't remember
22 all those details.
23     Q    That's okay.
24          When you were providing care for children
25 who were in the GNETS program at Merry Acres, were

