# EXHIBIT I

**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

NO. 1:16-cv-03088-ELR

---

**CASSANDRA HOLIFIELD, PH.D.**

*December 01, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
1          A      Right.

2          Q      -- where your serving students.

3                 So you became director of the North Metro

4    GNETS program in 2012?

5          A      Uh-hum.  (Affirmative.)

6          Q      And I'm wondering if you recall how many

7    sites there were in the North Metro program at the

8    time you took over as director?

9          A      Okay, let me count.

10                There are five in Gwinnett, one in

11   Atlanta.   That's six.   And six in North Fulton.

12                Twelve.

13         Q      Okay.  Does the North Metro GNETS program

14   has what is known as a fiscal agent?

15         A      Yes.

16         Q      Who is North Metro GNETS' fiscal agent?

17         A      Metro RESA.

18         Q      So we're on the same page, what is the

19   role of North Metro's, North Metro's fiscal agent?

20         A      They oversee all of our funding that flows

21   from the State and the federal level.

22         Q      And when you say they oversee the funding,

23   what does that mean?

24         A      We have a CFO, chief financial officer,

25   and a budgeting and an HR Department there that we
```



 1   collaborate and we work with.

 2          So they help me maintain all of the

 3   funding and make sure that it's spent the way it's

 4   supposed to be spent, in the right areas.

 5      Q    Okay.  And so I believe you mentioned that

 6   there's both state funding and federal funding?

 7      A    Yes.

 8      Q    And that's specifically for the North

 9   Metro GNETS program?

10      A    Yes.

11      Q    That funding flows to Metro RESA?

12      A    Yes.

13      Q    And so Metro RESA kind of holds those

14   funds for use by the North Metro GNETS program?

15      A    Yes.

16      Q    What's the process by which you obtain

17   access to that, those funds, to pay staff or to buy

18   supplies, whatever it is you need?  How does that

19   work?

20      A    Again, we have line items.  We have items

21   that are approved by the State based on those

22   guidelines.  So we draw down money based on the

23   need.

24          So it's just like any other school

25   district would do.  There are approved federal and



1  state funds.  So our CFO, we work together to make

2  sure that, you know, supplies, materials, computers,

3  that sort of thing, are, you know, dispensed based

4  on the needs of the program.

5      Q   Do you have to submit something like a

6  purchase order?

7      A   Yes.

8      Q   Or some sort of actual request to Metro

9  RESA for those things?

10     A   Yes.

11     Q   And then Metro RESA approves it and pays

12 it out?

13     A   Yes.

14     Q   Do you have regular meetings with Metro

15 RESA regarding the North Metro GNETS program?

16     A   Yes.

17     Q   And how often are those meetings?

18     A   They're anywhere between a month to two

19 months.  Every other month or so.

20     Q   Okay.  And with whom at Metro RESA do you

21 meet?

22     A   Typically with Dr. Leigh Ann Putman, my

23 RESA executive director, and Vanessa Haigler.  She's

24 our CFO, and sometimes -- I'm sorry.

25         Vanessa Haigler, and sometimes with



CASSANDRA HOLIFIELD, PH.D.                           December 01, 2022
UNITED STATES vs STATE OF GEORGIA                                  104

1   you're getting that information from the student's

2   home school system?

3        A    Yes.

4             MS. GARDNER:  I want to ask the court

5        reporter to mark this document as Plaintiff's

6        Exhibit 631.

7             (WHEREUPON, Plaintiff's Exhibit-631 was

8        marked for identification.)

9   BY MS. GARDNER:

10       Q    You've been handed what's been marked as

11  Plaintiff's Exhibit 631.  This is a document on

12  Georgia Department of Education letterhead, I

13  suppose, and the title at the top is "George Network

14  for Educational and Therapeutic Support GNETS FY 22

15  Grant Application."

16            Do you recognize this document?

17       A    Yes.

18       Q    Is this North Metro GNETS FY 22 Grant

19  Application?

20       A    Yes.

21       Q    And is this a document that North Metro

22  GNETS produced to the United States in response to a

23  document subpoena?

24       A    Yes.

25       Q    I want to talk a little bit about the



1  timing of this grant application.

2          First of all, who puts this grant

3  application together for North Metro?

4      A    You mean that completes it?  I do.

5      Q    Okay, you complete the application.

6          Are you the person who actually submits

7  the application?

8      A    I submit it to the portal, yes.

9      Q    So you use the Georgia Department of

10  Education portal that you were talking about earlier

11  to submit this?

12      A    Yes.  So years ago they only had paper.

13  Now we have portal.  So I just copy and paste right

14  into the portal this information.

15      Q    At the top of this first page it says:

16  "This FY 22 Grant Application and required

17  attachments must be submitted by the fiscal agent

18  through the Consolidated Application no later than

19  June 30th, 2021.  Budgets will be reviewed for

20  approval after all required documentation is

21  submitted through the Consolidated Application ."

22          Do you see that?

23      A    Yes.

24      Q    Who reviews the budgets for approval as

25  it's stated here?



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                            106

1      A    So I -- my RESA director and my budget

2   person review internally through North Metro and

3   Metro RESA, and then it goes to the DOE, and Vickie

4   Cleveland and Lakesha Stevenson are the DOE GNETS

5   program manager and program specialists that review

6   and approve the document.

7      Q    Okay.  So just so I'm clear, Vickie

8   Cleveland is the Georgia Department of Education

9   GNETS program manager?

10     A    Yes.

11     Q    And Lakesha Stevenson is the GNETS program

12  specialist at the Department of Education?

13     A    Yes.

14     Q    So you're saying that in terms of the

15  review of budgets, once they're submitted through

16  the consolidated application, that it's Ms.

17  Cleveland and Ms. Stevenson who do that review?

18     A    Yes.

19     Q    So this says that this needs to be

20  submitted no later than June 30, 2021, right?

21     A    Yes.  But that's a typo.

22     Q    Okay.  What's the typo?

23     A    Because the 2021 is an FY 22 grant

24  application.

25          Is that what you're asking?



1          Beginning at the top, there's just one

2    director at North Metro, and that's you, correct?

3        A    Correct.

4        Q    And your position is funded by the State

5    grant?

6        A    Yes.

7        Q    You also have 20 classroom teachers that

8    are funded by the State grant?

9        A    Yes.

10       Q    Do you know where those 20 classroom

11   teachers are located?

12       A    Yes.

13       Q    Where are they located -- is there like a

14   particular kind of -- are all those 20 teachers at

15   centers or how does that work?

16       A    They're all over.  Literally, we have

17   grant funded teachers in every school building and

18   we also have LEA funded teachers in every school

19   building.

20       Q    So they're mixed together?

21       A    Yes.

22       Q    This chart shows that at the time you

23   submitted this grant application you had four

24   psychologists?

25       A    Yes.



1    Metro's compliance with the GNETS Strategic Plan?

2         A    Yes.

3         Q    And who establishes what that information

4    is?

5         A    It's included in the rubric.  So we will

6    know how to self-assess where we are with the

7    language that explains whether or not we're emerging

8    or operational in that particular area.

9              So we go through everything that we're

10   doing in our program and we utilize that rubric and

11   talk about where we are and where our needs are, and

12   then we rank order everything at the end of the

13   self-assessment and we prioritize where we need the

14   most work on.

15             We submit that to the DOE at the end of

16   each year, and they provide us feedback on where we

17   are and ask us how we're planning to move forward

18   with areas of weakness.

19        Q    As part of the GNETS Strategic Plan

20   process, are there onsite visits from the Georgia

21   Department of Education in connection with that

22   assessment process?

23        A    There used to be.

24        Q    When was the last time that the North

25   Metro GNETS program had an onsite visit from the



1    Georgia DOE?

2         A    It was definitely prior to COVID.

3         Q    Who conducted that onsite visit?

4         A    Vickie Cleveland -- I'm not really sure if

5    Lakesha was on board at the time.  So I know it was

6    at least Vickie Cleveland.

7         Q    And what did that onsite visit entail?

8         A    Basically, just our documents that are

9    listed in the rubric.  They would come through --

10   they would do observations of all of our classrooms,

11   walk through to see whether our standards were on

12   the board, whether or not PBIS was being

13   implemented, and then we would sit down and we would

14   have our data notebooks to go through and they would

15   talk about each of the items that were there.

16             Now all of this is submitted

17   electronically, in that GNETS tab on the portal.

18        Q    And when you say "we would sit down and we

19   would have our data notebooks to go through," who is

20   the "we"?

21        A    Vickie Cleveland, the GNETS director, and

22   any of the GNETS directors' designees, leadership

23   team that she would invite to come to the meeting.

24        Q    So when that, when that sort of meeting

25   happened at North Metro, were there other folks on



1  your leadership team who would participate in

2  addition to yourself?

3      A    Yes.

4      Q    Who are those other people?

5      A    Depending on which sites we were at,

6  sometimes it was my -- definitely my site

7  coordinator that ran the building on the day to day,

8  the behavior specialist that was on board in that

9  particular school and school district, and the

10  curriculum specialist.

11      The school psychologist or social worker

12  may come in and out of the meeting as needed, but

13  those were the -- that was the typical makeup of the

14  team.

15      Q    Okay.  And you noted before that as part

16  of this strategic plan and assessment process that

17  you would receive feedback from the Georgia DOE?

18      A    Yes.

19      Q    What kind of feedback do you -- have you

20  received?

21      A    Again, they go through -- now it's

22  electronic rather than, you know, onsite.  But they

23  basically go through, look at our artifact, look at

24  how we scored.  They all let us know if we're

25  missing information to justify or what-have-you, to



1    upload those documents so they could review them.

2            And the specific examples that they give

3    are listed within the rubric and the language.

4        Q    And when you say the specific examples

5    that they give are listed within the rubric, the

6    specific examples of what?

7        A    For example, one is behavioral and

8    therapeutic support services.  So it may ask things

9    like how many FBAs and BIPs that I review program

10   wide.  How many of them met operational status.  How

11   many team members did I have trained in, you know,

12   therapeutic services or SEL curriculum, like WhyTry

13   or LIPT, those sorts of things.

14           So it gives you specific examples under

15   each of the standards that we can submit.

16       Q    Okay.  And you're submitting them to sort

17   of support a rating of either not evident, emerging,

18   or operational?

19       A    Correct.

20       Q    Got it.

21           If there is like a deficiency or concern

22   in an area of the strategic plan that's being

23   assessed, what happens?

24       A    Typically, we just develop an action plan

25   to address the issue.



CASSANDRA HOLIFIELD, PH.D.                    December 01, 2022
UNITED STATES vs STATE OF GEORGIA                          202

1        Q    Is that an action plan that you submit to

2   the GaDOE?

3        A    Yes.  It's actually listed as a part of

4   the self-assessment rubric.

5             MS. GARDNER:  Let's have this document

6        marked as Plaintiff's Exhibit 642.

7             (WHEREUPON, Plaintiff's Exhibit-642 was

8         marked for identification.)

9   BY MS. GARDNER:

10       Q    You've been handed what's been marked as

11  Plaintiff's Exhibit 642.  This is an email from you

12  to Nakeba Rahming, Desiree Woods, Derrick Gilchrist,

13  Lisa Futch, Jacqie Neal, Kathy Lewis-Hawkins, and

14  Deborah Gay, dated February 9, 2016, with the

15  subject line "RE:  Draft Strategic Plan."

16            This document is Bates-stamped GA00040621.

17            Do you recognize this document?

18       A    Yes.

19       Q    Am I correct you write in this document:

20  "Nakeba and All - Good morning.  The strategic plan

21  looks great.  Below are my questions in red font"?

22       A    Yes.

23       Q    And your email was in response to an

24  earlier email sent by Nakeba Rahming, correct?

25       A    Yes.



1          I'm trying to see if there's any verbiage

2    that... looks like it was just a duplication.

3          Well, it does say exit criteria and

4    reintegration plan.  But exit criteria got

5    eliminated.

6      Q    This also has a committee that's called

7    GNETS Operation Manual?

8      A    Yes.

9      Q    What is GNETS Operation Manual?

10     A    It was basically a guidance document that

11   came from the DOE on how to fill out some of the

12   reports, like you pulled up today, about the data

13   management tool, The State Board Rule, and like how

14   to code different things in the different meetings.

15     Q    And what was the aim of this particular

16   committee working on the GNETS operation manual?

17     A    It had not been updated in a really long

18   time, and if they were moving to the strategic plan,

19   just to have a guidance document to know what the

20   expectations are.

21     Q    Okay.  Was that document ultimately

22   updated coming out of this committee?

23     A    I don't think so, no.

24     Q    And why was that?

25     A    I don't recall, but I think the last



1        A    It depends on whether the -- the current

2    QBE funding formula, the way that it's currently set

3    up is at a lower rate than it is for GNETS right

4    now.  So it would mean reduce services rather than

5    appropriate services or more services, right now,

6    unless they really look at revising how that funding

7    formula is looked at.

8              So an even swap would not be an even swap.

9        Q    So your expectation is that moving from a

10   state grant formula to a QBE formula would result in

11   GNETS programs losing money?

12       A    Yeah, money -- equal services, yes.

13             And right now we need more services.

14             MS. GARDNER:  I would like to have this

15        document marked as Plaintiff's Exhibit 659.

16             (WHEREUPON, Plaintiff's Exhibit-659 was

17         marked for identification.)

18   BY MS. GARDNER:

19       Q    You've been handed what's been marked as

20   Plaintiff's Exhibit 659.  This is an email thread

21   between you and Vickie Cleveland and Lakesha

22   Stevenson, from June 2019, regarding GNETS Continuum

23   of Services, Student Level Record & Funding.

24       A    Uh-hum.  (Affirmative.)

25       Q    This document is Bates-stamped GA00347596.



1              Do you recognize this?

2       A     Yes.

3       Q     I want to start at the bottom of this

4  email thread, which is the first in time email.  So

5  direct your attention to the second-to-last page.

6              This is your email to Vickie and Lakesha

7  on June 6, 2019?

8       A     Uh-hum.  (Affirmative.)

9       Q     In that email, Ms. -- the third sentence

10  in, you say:  "As you know, it's the end of the year

11  and I'm in the process of making sure that all of my

12  NM GNETS students appear on each of my respective

13  district's student level record reports prior to our

14  superintendent signing off so we will receive the

15  correct amount of funding.  I'm emailing you now

16  because I inquired about one of my missing students

17  on one of my district's student level record

18  reports.  We've been providing consultative services

19  for this student and I was told since we only

20  provide 2 hours of consultative services to the

21  student a month, he will not be coded 4 and we will

22  not receive funding for him.  Will you please let me

23  know how many hours a month of GNETS consultative

24  supports earn funding?"

25       A     Uh-hum.  (Affirmative.)



1    Q    Is this another example of the funding

2    concern that we discussed earlier with GNETS sort of

3    difficulty with providing services in general

4    education environments because of the lack of

5    receiving funding for that?

6    A    Yes.

7    Q    Moving down, you say, and this is the

8    sentence that begins with "However."

9         You say:  "As we continue to provide more

10   intensive therapeutic support services, we have more

11   students returning to their LRE which is amazing and

12   is what we want to do.  However, our enrollment

13   drops and the most significantly mentally ill and

14   behaviorally challenged students remain, while our

15   budgets continue to shrink as we help students

16   transition to their new LRE."

17   A    Uh-hum.  (Affirmative.)

18   Q    This was an effect that you had been

19   seeing at the North Metro GNETS program?

20   A    Yes.

21   Q    And that's about your funding is tied to

22   enrollment?

23   A    It's tied to enrollment, but the students,

24   as we do a better job providing therapeutic

25   supports, our numbers shrink, but the mental health



1   issues of the students that remain are greater.  So

2   numbers don't equate to the individual needs that

3   the students have.  And that's currently the way I

4   perceive that the budget is set up.

5        Q    Ms. Cleveland responded to your email on

6   June 7, 2019, right?

7        A    Yes.

8        Q    And looking towards the bottom of her

9   response, where she says, "The GNETS continuation of

10  services flow chart."

11       A    Yes.

12       Q    She says:  "The GNETS continuation of

13  services flow chart provides guidance on consult

14  services.  There is a request for consultation form

15  in the packet.  NM should follow this protocol.

16  Several our sites have their current staff provide

17  support for students that are reintegrating or they

18  provide observations that are needed.

19            "NM has several support staff and the team

20  may need to take a look at how these staff might

21  better provide consult services.  We do have

22  programs that are providing these service with less

23  staff.  Consult services are mostly support for

24  teachers, not direct supports to students from my

25  observations."



1           What did you understand Ms. Cleveland to

2    be saying to you?

3           A    To figure it out.  I mean basically.  I

4    just felt like, you know, she was just saying I

5    needed to look to see how I could use the new GNETS

6    funding State Board Rule to provide those services

7    with the current staff that I have, which is pulling

8    from the staff that I have with the most mental

9    health needs.

10          So, again, from my perspective, you're

11   robbing Peter to pay Paul.  If you have the most

12   significant kids in the program because of their

13   mental health and behavioral challenges, but then

14   we're also wanting to provide those services to the

15   kids in the LRE so we won't have recidivism, them

16   coming back and getting those teachers trained, you

17   can't to both with the same person effectively.

18          Q    And to be clear, here you were talking

19   about providing direct services to students in the

20   LRE?

21          A    Yes.  So it was a combination of providing

22   direct services to the students and also the staff

23   because we're not going to be there, we being GNETS,

24   can't be in more than one place.  But if the child

25   is going to be successful in the LRE, we need to



1    equip the teachers with the skill set that we have

2    where the child was successful.

3              So it's kind of a balance in training the

4    student but also training the teachers as well to

5    support them.

6        Q    And you said the concerns that you raised

7    in prior emails and in this one have not been

8    addressed to your satisfaction?

9        A    No.

10             MS. GARDNER:  I'm going to ask that this

11        document be marked as Plaintiff's Exhibit 660.

12             (WHEREUPON, Plaintiff's Exhibit-660 was

13          marked for identification.)

14   BY MS. GARDNER:

15       Q    You have been handed what's been marked as

16   Plaintiff's Exhibit 660.  This is an email from you

17   to Nakeba Rahming and Vickie Cleveland, dated

18   February 14, 2018, with the subject:  "FW:

19   Independence High School Location."

20             This is Bates-stamped GA00201024.

21             Do you recognize this?

22       A    Yes.

23       Q    In this email you say to Ms. Cleveland and

24   Ms. Rahming:  "I want to keep in the loop regarding

25   the facilities complaints I've been receiving our



1   they put the programs that were in the old building

2   that they were tearing down and rebuilding, they put

3   us in a renovated building that was connected to an

4   historic museum in Fulton County.  So we were on the

5   backside of the museum.

6        Q    So I take it from your email that GNETS

7   had asked to use space in the museum because the

8   GNETS program didn't have adequate space in their

9   part of the Independence High School location to

10  provide therapeutic services?

11       A    Correct.

12       Q    And Independence High School told GNETS

13  they could not use the museum space?

14       A    Yes.

15       Q    Do general education facilities where

16  North Metro GNETS houses classrooms have the final

17  say in what parts of the building North Metro GNETS

18  can use?

19       A    Well, the buildings are owned by the LEAs,

20  not by GNETS.  And so whenever we have a facilities

21  issue, I have to bring it up to the district

22  themselves.  So we don't own any of the buildings.

23  So I have to collaborate with them to get it

24  resolved.

25       Q    And so you said that there is no longer a

