# EXHIBIT K

# In the Matter Of:

## UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

---

## BROOKE COLE

*October 27, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          25

1      A   Lara Sims.

2      Q   Got it.

3          Do you know how long Ms. Sims held --

4      A   She was the director for eight or nine years.

5      Q   Eight or nine years.  Okay.

6          Who do you report to?

7      A   Multiple people.  So for Bibb County, I report

8   to Jamie Cassady.  He's my direct supervisor.  And then I

9   also -- well, I don't report to other superintendents,

10  per se.  I work with -- alongside of those -- those LEAs.

11  And then I also -- I don't know if you would say report

12  to, but I do -- I guess you can -- Vickie Cleveland and

13  LaKesha Stevenson.

14     Q   Okay.

15     A   Not in an evaluatory kind of way, though.

16         THE REPORTER:  Not in a what way?

17         THE WITNESS:  Like an eval -- evaluatory way,

18  evaluative way.  They don't evaluate me.  There you go.

19     Q   BY MS. TUCKER:  They don't evaluate you, but

20  they -- you report to them?

21     A   Correct.

22     Q   Okay.  And, okay, earlier you said James

23  Cassady is the assistant superintendent?

24     A   Jamie.

25     Q   Jamie.



1      A    Uh-huh.

2      Q    Thank you.

3      A    You're welcome.

4      Q    Assistant superintendent for Bibb County?

5      A    Correct.

6      Q    And Jamie Cassady does evaluate you?

7      A    Yes.

8      Q    Okay.  But you report also to Vickie Cleveland

9   and LaKesha Stevenson?

10     A    Correct.

11     Q    And who are Vickie Cleveland and LaKesha

12  Stevenson?

13     A    So Vickie is the program specialist.  I think

14  that's what the GaDOE, Georgia DOE calls them for GNETS,

15  and then LaKesha is her right-hand lady.

16     Q    So they are both at GaDOE?

17     A    Yes.

18     Q    Okay.  How often do you report to Vickie

19  Cleveland and LaKesha Stevenson?

20     A    We have GNETS directors meetings every month or

21  so.

22     Q    Uh-huh.

23     A    And so we do that.

24          And then if I have anything I need to talk to

25  them about, you know, I reach out to them or they reach



1  leadership -- I mean our GNETS meetings, you know,

2  through Zoom.  And then if I need something, I just call

3  or I e-mail.  Most of the time I just pick up the phone

4  and call.

5      Q   You had mentioned that you communicate them --

6  with them as needed?

7      A   Uh-huh.

8      Q   When -- can you describe an instance where they

9  would --

10     A   Yeah.

11     Q   It would be needed?

12     A   So a big push for our program really for the

13  last eight years is to move a certain population of

14  student back to the LEA, and so that's something that I

15  want them to be aware of if anything ever trickles and

16  say I've irritated, you know, a special ed director or

17  something like that, if I rub somebody the wrong way.

18     Q   What certain population are you referring to?

19     A   To the GAA students.

20     Q   And what does "GAA" refer to?

21     A   Georgia Alternate Assessment.

22     Q   Are there any other meetings that you attend

23  regularly as part of your job responsibilities?

24     A   Outside of conferences, no.

25     Q   Okay.  What type of conferences do you attend?



1        Q    Okay.  As director of Elam Alexander Academy,

2   do you view the student population as increasing,

3   decreasing, staying the same?

4        A    We have steadily decreased.

5        Q    Steadily decreased?

6        A    Uh-huh.

7        Q    Why do you think that is?

8        A    Multiple -- well, I won't say multiple reasons.

9   When I first became director, we were at like 536 or so

10  kids.  There was a lot of kids, and it was a higher

11  number of GAA students, so we had closer to 120-plus GAA

12  students.

13       Q    Uh-huh.

14       A    And just I felt like that needed to start being

15  pushed further out, so we -- we started pushing that

16  eight years ago, and we have decreased that population.

17  And also, just we're doing more work on the front end.

18  So you can request consultation, where we go in and maybe

19  observe the classroom or observe a student or help

20  develop an FBA, whatever it may be.  So we do a lot of

21  work on the front end to decrease the amount of students

22  coming in.

23       Q    Okay.

24       A    So that helps, too.

25       Q    Why have you done that?  What has led to that



1  work happening?

2      A   So there was two packets created.  It's a

3  request for consultation, which is that kind of work, or

4  a consideration for services.  And so some things change

5  with the consideration of services packet.  You know,

6  it's recommended, highly recommended that you have an

7  updated FBA, BIP, psychological evaluation.

8          Prior to that packet rolling out -- and that

9  was from the Department of Ed -- you could call an IEP

10  meeting and consider services without those things in

11  place.  So that's fewer and far between.

12     Q   Okay.  So those documents you just referred to,

13  the packets, they were created by the Department of Ed?

14     A   Correct.

15     Q   And when was that?

16     A   Oh, seven, eight years ago.

17     Q   Okay.  Thank you.

18          And then you mentioned that you have had less

19  GAA students; is that correct?

20     A   Right.  So we've -- we decreased that.  We

21  started to reintegrate that population.  We've probably

22  cut that population in half.

23     Q   Okay.  Thank you.

24     A   Uh-huh.

25     Q   Maybe we take a quick break?



BROOKE COLE                                      October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            107

1      A   Yes.

2      Q   Is that required?

3      A   It's through the -- it's through an IEP

4   process.  So if the IEP team thinks that they do, then

5   they do.

6      Q   Okay.  And earlier you mentioned there are less

7   GAA students --

8      A   Uh-huh.

9      Q   -- than there used to be, correct?

10     A   Yes.

11     Q   Okay.  And then has the numbers of Milestones

12   students changed over time?

13     A   We've had a decrease all together.

14     Q   Okay.

15     A   Yeah.

16     Q   Do you think there is a decrease of one

17   population more than the other?

18     A   For me, I would say off the top of my head,

19   probably GAA, just because that's been a big push for us.

20     Q   Uh-huh.  Okay.

21         And then are there other tracks not captured by

22   Milestones or GAA?

23     A   No.

24     Q   Okay.  All right.  We are going to come back to

25   this electronic exhibit, but I am going to show you a



 1  paper exhibit as well.

 2      A    Okay.

 3          MS. TUCKER:  So I'd like the court reporter to

 4  mark this document as Plaintiff's Exhibit 566.

 5          (Plaintiff's Exhibit 566 was marked for

 6  identification.)

 7      Q    BY MS. TUCKER:  Okay.  The Bates number on the

 8  first page of this document reads GA00322208.  This is an

 9  e-mail thread between you and Vickie Cleveland, dated

10  May 16th, 2018, and the subject reads, "GAA Guidance."

11          Ms. Cole, do you recognize this e-mail thread?

12      A    Yes.

13      Q    Okay.  Let's go to the earliest e-mail in the

14  thread with a time stamp of 12:07 p.m. at the bottom.

15          Do you see it?

16      A    Yes.

17      Q    Okay.  Do you see where you wrote, quote -- and

18  this is to Vickie Cleveland with GaDOE:  "Can you give me

19  some guidance in regards to staffing in new students into

20  these types of classrooms?"

21          Oh, I apologize.  I -- scratch that.  Let's go

22  to the earliest e-mail with the time stamp of 12:07 p.m.

23  Do you see where you wrote, "I know that GNETS providing

24  main center services for students that are served through

25  the GAA has been an issue."



1          What do you mean by "has been an issue"?

2      A    So that came to my attention early on when I

3  became director.

4      Q    Uh-huh.

5      A    Because every GNETS program is different, and

6  so some -- well, most have a smaller number of students

7  that are GAA, and we are probably the largest program in

8  the state --

9      Q    Uh-huh.

10     A    -- for students of GAA, that are under GAA.

11  And so it became an issue that we really needed to

12  reintegrate those students back out because about

13  appropriateness of the setting.

14     Q    Okay.  How -- how did it become an issue how --

15     A    So it was brought to me early on, I believe,

16  and it was Nakeba that was the program specialist at DOE.

17  When she first came in and did a site visit, it was like,

18  yeah, I just don't think this is appropriate.

19     Q    And why was it not appropriate?

20     A    She didn't feel like those students should be

21  served in a GNETS setting, that they could be served at

22  their districts.

23     Q    Okay.  And this is Nakeba Rahming?

24     A    Yes.

25     Q    Who was with the Georgia Department of Ed?



1        A    Yes.

2        Q    And she raised this to you in feedback?

3        A    Yes.

4        Q    Okay.  And then do you see where you wrote,

5   "Can you give me some guidance in regards to staffing in

6   new students into these type of classrooms?  Should I

7   just allow it be an IEP decision?"

8        A    Correct.

9        Q    What did you mean?

10       A    So an IEP team can make that decision.  It's

11  not a one-person decision.  So if I, you know, felt like

12  it was an inappropriate placement, but I'm just one

13  member of the committee.  I can't stop a placement.

14       Q    Uh-huh.

15       A    That's not my role.  So that's what I was

16  asking, should the IEP be able to convene and make that

17  decision.

18       Q    Uh-huh.

19       A    Even though, say, I didn't feel like that was

20  the best decision to be made or it was appropriate.  And

21  that's what I was asking.

22       Q    I understand.

23            What guidance did Vickie Cleveland provide to

24  you?

25       A    Take it through the IEP.



1        Q    Take it through the IEP.  Okay.

2            And did you have additional follow-up with

3    Vickie Cleveland after this e-mail thread about the GAA

4    quote/unquote issue?

5        A    This is something we talk about quite often,

6    so --

7        Q    Okay.

8        A    -- yes.

9        Q    Okay.  Has Vickie Cleveland expressed the same

10    concerns that Nakeba Rahming expressed?

11        A    Yes.

12        Q    Okay.  Why did you write to Vickie Cleveland

13    with this question?

14        A    Because I wanted the answer in writing.

15        Q    Okay.  Do you write -- why?

16        A    Because I wanted to be able to have something

17    in writing when I -- when I'm talking with other

18    directors of why we can't take students of this nature.

19        Q    Have you had conversations with other directors

20    about the GAA student population?

21        A    Yes.  Oh, you mean special ed directors or

22    GNETS directors?

23        Q    What did you mean?

24        A    I meant special ed directors, yes.

25        Q    Okay.



800.211.DEPO (3376)
EsquireSolutions.com

 1    A    Yes.

 2    Q    So you've had conversations with special

 3  education directors?

 4    A    Yes.

 5    Q    In your eight counties?

 6    A    Yes.

 7    Q    Okay.  What did you tell them?

 8    A    We need to look at the appropriateness and look

 9  at reintegrating students back into their -- to their gen

10  ed setting.

11    Q    Did any special education directors express

12  concerns or have questions?

13    A    Absolutely.

14    Q    Can you talk more about that?

15    A    Sure.  So the -- the majority of these students

16  can be very physically aggressive.  They do have --

17  exhibit these type of behaviors of physical aggression or

18  whatnot, and they rely heavily on GNETS for assisting

19  with those services.  So that was a lot of the feedback,

20  is they were concerned about how they were going to

21  program these students when they get back.

22    Q    Okay.  Many have reintegrated; is that correct?

23    A    Substantially, I would say.  I mean, when I

24  first became director, we were at 120 or so GAA students,

25  and we're closer to 61, 62.



1      Q    Okay.  And how is it working for them in their

2   home schools?

3      A    So far so good.

4      Q    And by "home schools," do we have the same

5   understanding that that's a neighborhood school, or is it

6   something different?

7      A    It depends on how they program.  So certain

8   districts may have a GAA classroom in each home school or

9   they may have a cluster.  They may have them in a certain

10  zone.  So it's not necessarily that there's a GAA

11  classroom in every school.

12     Q    Got it.  So if -- to make sure I understand

13  correctly, I -- if I was a GAA student who was

14  reintegrated back to a, quote/unquote, home school, it

15  may not be my neighborhood school?

16     A    Correct.

17     Q    Okay.  But it's a general education school?

18     A    Correct.

19     Q    Thank you.

20          And did you speak with any other GNETS

21  directors about this issue?

22     A    I mean, not really.  We have conversations

23  about how that's -- you know, I have the highest number

24  and how this is a continual push for me.

25     Q    Uh-huh.  When do you have those conversations



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          115

1      A    Maybe about when we were implementing

2   trauma-informed care.

3      Q    Uh-huh.

4      A    I think I put that in writing.  I'm not sure if

5   I did or not.  And I was kind of using -- instead of

6   using the trauma-informed care, I was using restorative

7   practices in place of that, just to make sure it met the

8   same standard of practice.  I can't -- but outside -- or

9   if I'm kicking back the grant back and forth of changing

10  locations, you know, I need you to send this back to me

11  so I can upgrade or update and move on.  Things like

12  that.

13     Q    Thank you.

14          MS. TUCKER:  I'm going to introduce another

15  exhibit that I'd like the court reporter to mark as

16  Plaintiff's Exhibit 567.  There you go.

17          (Plaintiff's Exhibit 567 was marked for

18  identification.)

19     Q    BY MS. TUCKER:  Ms. Cole, the Bates number on

20  the first page of this exhibit reads, GA00338963.  This

21  is an e-mail thread where we have redacted student

22  personal identifiable information, and the most recent

23  e-mail is dated January 15th, 2019, from you to Vickie

24  Cleveland, and LaKesha Stevenson is copied.  And the

25  subject reads, "ID Enrollment Information."



1              Ms. Cole, do you recognize this e-mail thread?

2        A    I do.

3        Q    Let's start with the earliest e-mail with the

4   time stamp of January 15th at 10:27 a.m.  And this is an

5   e-mail from Vickie Cleveland to you.  Do you see where

6   Vickie Cleveland writes, "I have reviewed the Au/MID/MOID

7   data that you submitted"?

8              What does Au/MID/MOID refer to?

9        A    So that's autism, mildly intellectually

10  disabled, and then moderately.

11       Q    Moderately?

12       A    Intellectually disabled.

13       Q    Thank you.

14             And what data is Vickie Cleveland referring to

15  that you submitted?

16       A    So I think in 2019 she was pulling numbers.

17       Q    Okay.

18       A    I can't -- I think it was, but we would -- from

19  time to time she would request numbers, you know, of

20  eligibility categories, things like that.  I'm thinking

21  that's what it was.

22       Q    So Vickie Cleveland requested eligibility --

23  student eligibility information related to your student

24  population?

25       A    Yes, but I think she requested it statewide.



1        Q    Statewide?

2        A    Yeah, for all of our -- all of the GNETS.

3        Q    For all regional GNETS --

4        A    Uh-huh.

5        Q    -- programs?

6             And this time it was focused on Au, MID, and

7    MOID?

8        A    Yes.

9        Q    Okay.  And does Vickie Cleveland -- how often

10   does she request this type of data?

11       A    Not often.

12       Q    Okay.  And by "not often," do you mean annually

13   or?

14       A    Not annually.

15       Q    Okay.

16       A    But sometimes it's -- I have to think.  No,

17   it's not.  I was going to say sometimes we submit it

18   through the grant, but we do not.

19       Q    Student eligibility information?

20       A    Right.

21       Q    Is not in the grant?

22       A    No.

23       Q    Okay.  And this was data that Vickie Cleveland

24   had requested of you?

25       A    Yes.



1      Q    In all the regional GNETS programs?

2      A    Yes.

3      Q    Okay.  Do you see that she continues, "I have

4   concerns regarding the enrollment numbers for these

5   disability categories," and that she wanted to discuss,

6   quote, the LRE of these students, end quote.

7           Do you see that?

8      A    Yes.

9      Q    Okay.  What concerns did Vickie Cleveland share

10  regarding the enrollment numbers for these disability

11  categories?

12     A    I can't -- probably the same as -- I'm gonna

13  say the same conversation; that they're not appropriately

14  placed.

15     Q    Okay.  Would these be GAA students?

16     A    Yes, these are GAA students.

17     Q    Okay.  And has she expressed those concerns in

18  writing or on the phone or in person?

19     A    Both.

20     Q    Okay.  And this is regular?

21     A    I think the -- I called her about this probably

22  two months ago.

23     Q    Okay.

24     A    Because I was revisiting this again.  It's

25  something I've been on for a while.



 1      Q    Yes.

 2      A    But prior to that, I wouldn't say it's regular.

 3      Q    Okay.  This is consistent, though, with the

 4   conversations you were having with Nakeba Rahming as

 5   well?

 6      A    Yes.

 7      Q    Okay.  And what is meant by "LRE" here when

 8   Vickie uses it?

 9      A    That's least restrictive environment.

10      Q    Okay.  And what did she want to discuss with

11   regard to the least restrictive environment of those

12   students?

13      A    She's asking if we don't need to discuss a

14   transition back to their home school.

15      Q    Okay.

16      A    If they couldn't be served at their least

17   restrictive environment outside of GNETS.

18      Q    Okay.  Understood.

19      A    Uh-huh.

20      Q    Thank you.

21           And then let's look at the e-mail that you sent

22   in response, the one right above it, with the

23   5:06:56 p.m. time stamp.  Do you see where you wrote, "I

24   still have requests for placement for GAA students... do

25   I need to tell them no more?"



1        A    Correct.

2        Q    What did you mean here?

3        A    I meant do I not -- do I need to tell them I'm

4    not even going to honor an IEP meeting; you can't call --

5    call our team to an IEP meeting?  That's what I was

6    asking, do I need to tell them, no, we will not

7    participate in IEP meetings.

8        Q    And who is "them?"

9        A    Any county that -- any of my LEAs that request

10   services.

11       Q    Okay.  So you -- were you asking Vickie that

12   you would need to tell the districts that you would not

13   entertain a GNETS placement for these students?

14       A    Correct.

15       Q    Okay.  And what was Vickie Cleveland's response

16   to you?

17       A    I don't remember.  I remember I have received

18   guidance that you can't deny someone a meeting.  Like if

19   they request this of you, you have to come to the table.

20       Q    Okay.  Got it.

21            And then when Nakeba Rahming said that she did

22   not think GNETS was an appropriate placement for the GAA

23   students, why?  What did she say?  Why?

24       A    Because it's -- their behavior is more

25   characteristic of their disability.  So students that are



 1  maybe nonverbal, they may be hitting because that's their

 2  means of communication.

 3       Q   Okay.

 4       A   And it was not an emotional behavior.  It's not

 5  derived from an emotional behavior.

 6       Q   Understand.

 7           So GNETS program would be instead -- it's

 8  supposed to serve students with the emotional behavioral

 9  disorder characteristics?

10       A   Right.  Have some sort of an emotional

11  component to it.

12       Q   Thank you.

13           And did Vickie Cleveland share the same

14  thought?

15       A   She does share the same thought --

16       Q   Okay.

17       A   -- that they need to have some sort of

18  emotional component.

19       Q   Okay.  Thank you.

20           MS. TUCKER:  I'm going to introduce another

21  exhibit.  I'd like the court reporter to mark this

22  document as Plaintiff's Exhibit 568.

23           (Plaintiff's Exhibit 568 was marked for

24  identification.)

25       Q   BY MS. TUCKER:  Okay.  This is an invite for a



1      A   Yes.  And it's most likely like a social skills
2    kind of class.
3      Q   Okay.  So 5 segments is one class, and 5 times
4    6 equals 30; that's where we get the total of 30?
5      A   Correct.
6      Q   There's six classes?
7      A   Correct.
8      Q   Thank you.
9          Okay.  Okay.  And then you said consultative is
10   a touch base?
11     A   It depends if it's direct or indirect.  So it
12   could be that our teacher is talking with a teacher about
13   what's going on, just making sure everything is fine.  If
14   it's not, it's where they're actually going in and
15   working with a specific student on social skills.
16   Something to that nature.
17     Q   So you -- you would -- so this 5 consultative
18   is one class?
19     A   Correct.
20     Q   Okay.  And those students aren't counted in the
21   total count?
22     A   No.
23     Q   Okay.
24     A   No.  Because I don't receive a lot of funding
25   for those students.



1        Q    Okay.

2        A    Yes.

3        Q    Thank you.

4        A    Uh-huh.

5        Q    And why is that?

6        A    Because they are not receiving direct services

7    from GNETS like -- like a full-day service.

8        Q    Okay.

9        A    Because our -- well, go ahead.

10       Q    Please.

11       A    Okay.  So our funding formula is different.

12   It's a rolling average, so it's not based on -- it's not

13   an FTE pull.  It's a three-year rolling average.  And so

14   I can't count a student -- I don't count a student if I

15   only see them, you know, one class.

16       Q    And by "our funding formula," what do you mean?

17       A    That's like the GNETS funding formula right

18   now.

19       Q    The State --

20       A    It has been, yes, from the State.

21       Q    Okay.  And how do you know when to count

22   someone?

23       A    When they're with us a full day.

24       Q    Okay.  And when did you receive guidance on

25   this?



1      A   That's always -- it's always been.

2      Q   Okay.

3      A   It's just -- I just -- that's what I've been

4  taught.

5      Q   Okay.  This is how you were taught when you

6  started?

7      A   It's been, from what I understand, how it's

8  always been.

9      Q   Okay.  How -- how were you taught when you

10  started as director?

11      A   From experience.

12      Q   From experience?

13      A   I mean, like.

14      Q   Okay.

15      A   Yeah.

16      Q   Okay.  Did this happen when you became

17  director?  Is that when you started --

18      A   So I don't --

19      Q   -- doing this?

20      A   -- send up any data for my funding.  So I don't

21  claim anybody like that.  So if a county claims my --

22  claims students, they have to put a number 4 for GNETS,

23  and so that's pulled up from them.  So I don't send

24  anything to the State for funding.

25      Q   I understand.



BROOKE COLE                                         October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              153

```
 1        A   Yeah, that's all from the LEA.

 2        Q   Okay.

 3        A   Uh-huh.

 4        Q   So it's not necessarily you not counting the

 5   student, the consultative student then?  I'm just trying

 6   to understand.

 7        A   So they wouldn't receive the services from us.

 8   They receive through -- the majority of their services

 9   from whatever their IEP is from the gen ed.  So their

10   department would receive those funds.

11        Q   Got it.

12        A   Yes.

13        Q   Okay.  Thank you.

14        A   Uh-huh.

15        Q   And then how is -- how are the segments

16   determined for each student?

17        A   From the IEP.

18        Q   From the IEP.

19            Can they be taken away without an IEP meeting?

20        A   No, ma'am.

21        Q   Could a student not attend a segment out for

22   disciplinary reasons?

23        A   I don't understand the question.

24        Q   So if a student was going to attend PE with a

25   gen ed -- general education class and they were in
```



 1 | are school-based.

 2 |      Q   Okay.  And do you know that they are tapping

 3 | into those resources?

 4 |      A   Yes.

 5 |      Q   And how?

 6 |      A   Because Steven tells me.

 7 |          MS. TUCKER:  I'd like the court reporter to

 8 | mark the following document as Plaintiff's Exhibit 570.

 9 |          (Plaintiff's Exhibit 570 was marked for

10 | identification.)

11 |      Q   BY MS. TUCKER:  Ms. Cole, this is the Elam

12 | Alexander Academy GNETS grant application for fiscal year

13 | 2022 that was printed off of the GNETS Web on March 15th,

14 | 2022.  The Bates number on the first page of this

15 | document reads Elam-18-822 -- or let's start over.  It

16 | reads Elam-3-18-22-Supplement-3467.

17 |          Ms. Cole, do you recognize this document as the

18 | GNETS grant application for fiscal year 2022?

19 |      A   Yes.

20 |      Q   Okay.  And fiscal year 2022 represented the

21 | 2021 to '22 school year, correct?

22 |      A   Yes.

23 |      Q   What is the GNETS grant application?

24 |      A   That is all of this information that's

25 | submitted to Department of Education.



1      A    I'm thinking that means if I -- if there's a

2   new like position created.

3      Q    Okay.

4      A    That's what I am thinking this is.

5      Q    Okay.  And then looking at the totals, am I

6   reading correctly that for fiscal year 2022, you had 82

7   total staff, the Elam Alexander Academy did, and they

8   were all existing staff?

9      A    Probably, yes.

10      Q    I'll let you take a look.  It's just those two

11   pages.

12      A    Yes.  Yeah, that's what it says.

13      Q    Okay.  And then of these 82 positions, am I

14   correct that all 82 are State grant funded?

15      A    Yes.

16      Q    And this represents the staffing at all Elam

17   Alexander Academy sites, whether they are centers or

18   school-based?

19      A    Yes.

20      Q    For this school year, the 2022/'23 school year,

21   are all positions State grant funded as well?

22      A    I believe so, but I would have to look back at

23   my grant.

24      Q    Let's flip to page 5 of this document, the

25   grant application.



BROOKE COLE                                         October 27, 2022
UNITED STATES vs STATE OF GEORGIA                             278

1     Q   Okay.  Is that something that you have explored
2  with Bibb?
3     A   I think we've had conversations about it
4  through the IEP process.
5     Q   Uh-huh.
6     A   But not -- not often.
7     Q   Earlier we spoke a little bit about a grant
8  that GaDOE offers to receive funding for social worker
9  services.  Do you recall that?
10     A   Yes.
11     Q   Okay.  And have you considered applying for
12  such a grant?
13     A   So that grant changed.  So when that first
14  rolled out, it was for those programs that didn't have
15  social workers.  And now there's a pot of funds.  I think
16  it's for three -- it's for three years.  It started last
17  year.  And you can tap into that, and we can contract
18  with people there.  So I do have access to that now.
19     Q   So you are a recipient of that GaDOE grant for
20  social worker services?
21     A   It's not just social worker.  It's just
22  therapeutic services.
23     Q   Just therapeutic services?
24     A   Right.
25     Q   What's that grant called?



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                          279

1        A   I don't remember.

2        Q   But it's from GaDOE, and it's to receive

3    therapeutic services?

4        A   Correct.

5        Q   And do you submit that to Vickie Cleveland and

6    LaKesha Stevenson?

7        A   Right.  If I were to do contract work -- so I

8    did contract work with a social worker last year, and so

9    she would have a log that she would have to complete, and

10   I would send it to them.

11       Q   You would send your social workers' log to

12   Vickie and LaKesha?

13       A   Correct.

14       Q   How often?

15       A   Monthly.

16       Q   Monthly.

17           Do they ask questions about it or if they

18   didn't have it?

19       A   If they didn't have it or if they had questions

20   about services, they would.  But I didn't -- I didn't

21   have any questions.

22       Q   Okay.  And this is for three years?

23       A   It's three years.

24       Q   Okay.  And you used it to fund a social worker?

25       A   Correct.



BROOKE COLE                                          October 27, 2022
UNITED STATES vs STATE OF GEORGIA                              280

1      Q   Is there enough money to fund other positions,

2  too, or?

3      A   No.  Well, no.  So now I think it's about -- I

4  think I have about $60,000, so I'm in the process of

5  meeting with a company.  They are called Team PBS, and so

6  they do BCBA type work, and so we have a meeting

7  scheduled so that I can contract with them for BCBA type

8  work.

9      Q   And this would be funded through this GaDOE

10  grant?

11      A   Correct.

12      Q   And if you were to contract with this BCBA,

13  would you then have to send a similar log to GaDOE?

14      A   Yes.

15      Q   Okay.  Thank you.

16          Okay.  Earlier you mentioned that the Burke

17  Campus moved when the Ridge campus closed; is that

18  correct?

19      A   Yes.

20      Q   Okay.  And what -- about when was that?  I

21  apologize.

22      A   You're fine.  Probably 13 years ago.

23      Q   Okay.  And what was -- you said Burke Campus

24  had been remodeled.  What was it before?

25      A   It was a -- Burke Elementary School.



1        Q    Okay.  What are file reviews?

2        A    So she -- we were asked to complete file

3    reviews for every student that was receiving services

4    through GNETS, and that would be like from their gtiD to

5    their eligibility category.  It's a lot of the

6    information that was on like the guiding questions.  Like

7    it was pretty much that kind of information --

8        Q    Uh-huh.

9        A    -- for every student that was receiving

10   services.

11       Q    And by "guiding questions," do you mean the

12   GaDOE guiding questions document we looked at earlier?

13       A    Correct.  So it asked questions like that, when

14   were they placed, when did they exit, that type of thing.

15   It was -- it's pretty extensive.

16       Q    Okay.  And you completed this for -- you had to

17   complete this for all your students?

18       A    Yes.

19       Q    At centers and school-based locations?

20       A    Correct.

21       Q    Okay.  And did -- was -- and this was requested

22   by Vickie Cleveland and LaKesha Stevenson?

23       A    Correct.

24       Q    Did they share the purpose for the file review?

25       A    No.



1           THE VIDEOGRAPHER:  The time is 5:27 p.m., and

2   we are off the record.

3           (The deposition was at recess from 5:27 p.m. to

4   5:44 p.m.)

5           THE VIDEOGRAPHER:  The time is 5:44 p.m., and

6   we are on the record.

7           MS. TUCKER:  Thank you.

8       Q   BY MS. TUCKER:  Ms. Cole, earlier you mentioned

9   the GNETS strategic plan?

10      A   Yes.

11      Q   And you said that this year it's being wrapped

12  into the GNETS grant application, correct?

13      A   So that started last year.

14      Q   Last year?

15      A   They pushed some of that information into the

16  grant.

17      Q   Okay.  Let's take the strategic plan prior to

18  last year.  What -- what was the strategic plan then?

19      A   So actually we were on a three-year rolling.

20  It was -- it was based on -- so you have information from

21  my last that I did?

22      Q   Uh-huh.

23      A   Because I was at 100 percent.  So then once I

24  reached 100 percent, then they would not monitor me again

25  for three years.  So it was artifacts regarding

1    instructional -- instructional practices, behavioral

2    practices, fiscal management, things to that nature.

3        Q    Okay.  So when did you last receive 100

4    percent?

5        A    Three or four years ago.

6        Q    Okay.  Would it be in 2019?  Does that sound

7    right?

8        A    It does sound right.

9        Q    Okay.

10       A    I think I provided that --

11       Q    Yeah.

12       A    -- outcome.

13       Q    I'm happy to share that really fast.

14            Okay, I have my folder somewhere.

15            MS. TUCKER:  Okay.  I'd like for the court

16   reporter to mark this document as Plaintiff's Exhibit

17   580.

18            (Plaintiff's Exhibit 580 was marked for

19   identification.)

20       Q    BY MS. TUCKER:  Ms. Cole, this is a July 1st,

21   2019 letter to you from Vickie Cleveland.  The GaDOE logo

22   is on the top.  The Bates number on the bottom reads

23   Elam-3-18-22-Supplement-3492.

24            Do you recognize this letter?

25       A    Yes.



BROOKE COLE                                     October 27, 2022
UNITED STATES vs STATE OF GEORGIA                            389

1        Q    Is this what you are referring to a moment ago?

2        A    Yes.

3        Q    Okay.  So this is a 2019 letter, and it

4    reflects GaDOE providing a 100 percent score to Elam

5    Alexander Academy on the strategic plan, correct?

6        A    Correct.

7        Q    Okay.  And then are you saying that when you

8    receive 100 percent you are then not monitored for how

9    long?

10       A    I believe it was like three years.

11       Q    Three years.  So if this was in 2019 -- so

12   that's for 2018 to 2019 school year?

13       A    Correct.

14       Q    Okay.  So then when would you have been up to

15   be re-reviewed?

16       A    I believe it was last year.

17       Q    Okay.

18       A    Or the year before.  I can't recall.

19       Q    Okay.  So either school year 2021 or school

20   year '21/'22?

21       A    Correct.

22       Q    Were you reviewed through the strategic plan at

23   any of those times?

24       A    Not through that process because they pushed a

25   lot of like the artifacts that they wanted into the grant



BROOKE COLE                                    October 27, 2022
UNITED STATES vs STATE OF GEORGIA                        390

```
 1   process.
 2        Q    Okay.  So do the artifacts, were those
 3   artifacts part of the grant process at any point before
 4   then?
 5        A    No.
 6        Q    So the grant process became longer?
 7        A    Last year, yes.
 8        Q    Okay.  So is -- as it -- would you just say
 9   that they have like merged these two documents?
10        A    I would say so, yes.
11        Q    Okay.  Were they on different timelines before?
12        A    The strategic plan and the -- yes.
13        Q    What were the timelines?
14        A    So with the strategic plan, you -- they would
15   monitor programs at different dates.  So if -- mine was
16   like in March, but I would just continuously upload --
17        Q    Uh-huh.
18        A    -- throughout the year.
19        Q    Okay.
20        A    And then it's much like the grant where you
21   would sign off, and then they can review.
22        Q    Okay.  Let's speak to this year where you
23   received the 100 percent.
24        A    Okay.
25        Q    What did that look like, that process look
```



1   like?

2          A    On my end?

3          Q    Uh-huh.

4          A    It was just gathering all of the artifacts I

5   have to demonstrate or show that I have met that

6   criteria.

7          Q    Okay.  And this is criteria set specifically by

8   GaDOE?

9          A    Yes.

10         Q    Okay.  Did it involve any meeting with GaDOE?

11         A    They did some training on it about what kind of

12  information they were looking for because it was, you

13  know, the different parts of the strategic plan, and then

14  how many artifacts they wanted for each.

15         Q    And then for that year, was there a review

16  meeting where you discussed your artifacts or any of your

17  data with GaDOE?

18         A    Yes.

19         Q    Okay.  What does that meeting look like?

20         A    We would go through each section.  We would

21  look at what I have uploaded and how that met the

22  criteria, any additional information they may want to

23  see, that kind of thing.

24         Q    Okay.  And how long would those meetings last?

25         A    A couple of hours.



1        Q    Okay.  You don't recall a committee?

2        A    I don't.

3        Q    Okay.

4        A    Maybe.  I don't know.

5        Q    It's okay.

6             So after 2019, you were not to be reviewed for

7    three years, and then that is now passed, correct?

8        A    Correct.

9        Q    And they are no longer doing the separate

10   strategic -- "they" being GaDOE, are no longer doing the

11   strategic plan in the same fashion?

12       A    Correct.

13       Q    Okay.  So it's all a part of the grant

14   application?

15       A    Yes.

16       Q    Thank you.

17            What are your thoughts on the merging of the

18   two documents?

19       A    I think it's fine.

20       Q    Okay.

21       A    I mean, there was a -- you upload a lot of the

22   same information, so...

23       Q    Is there anything that was maintained in the

24   strategic plan that you had to collect that's not

25   included in the grant app?