# EXHIBIT L

## In the Matter Of:

## UNITED STATES vs STATE OF GEORGIA

NO. 1:16-cv-03088-ELR

---

## VICKIE D. CLEVELAND

*August 17, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

1     A     2017, correct.  Yes.

2     Q     Thank you.  Just wanted to get it correct

3  on the record.

4     A     See the timeline.  I'm trying to think of

5  the timelines.

6     Q     Thank you.

7           When you applied, did you assume it was

8  going to be similar responsibilities to what you

9  were doing as the interim program manager?

10    A     Yes, and that was a short window, too,

11  from November to February, but yes.

12    Q     And what did you understand the role to be

13  of the GNETS program manager?

14    A     To provide technical assistance to the 24

15  programs that are out there across the State

16  throughout the network; to work with the budget

17  division in looking at allocations for GNETS

18  funding; working with them to allocate those funds

19  to the GNETS programs; working with the budget

20  division within special education to review budgets

21  that were submitted for approval with them;

22  providing technical assistance around the strategic

23  plan, which is the framework for issues for

24  implementation of the GNETS program; training on the

25  Board rule to GNETS directors and also LEAs if



1  needed.

2          I'm trying to think what else.

3          And just providing professional learning

4  and technical assistance as needed and throughout

5  the year for GNETS directors.

6      Q    Have these responsibilities changed as

7  your -- during your time as program manager?

8      A    The responsibilities are still the same.

9  Still -- maybe more training, collaborative training

10 with other divisions, like making sure GNETS has

11 access to TKES and LKES training, professional

12 qualifications, working with Title II.  So I worked

13 with some other units to get technical assistance to

14 GNETS directors.

15     Q    You just mentioned TKES and LKES?

16     A    That is the evaluation system for teachers

17 in the State of Georgia and LKES is the evaluation

18 tool that is used for leaders in the State of

19 Georgia.

20          So Title II provides training for the

21 GNETS directors on the TKES piece.  Because all

22 teachers are evaluated on TKES.

23     Q    What does Title II refer to?

24     A    Title II, the piece that I collaborate

25 with my colleagues on, is the certification, teacher



1   certification piece.

2       Q    So you work on the certification piece

3   within Title II?

4       A    I don't work on that piece, but Karen

5   Cliett leads the professional qualifications Title

6   II, which is certification piece of that, and she

7   provides training to GNETS directors.  So I reach

8   out to her to find out when she can provide that

9   training.

10      Q    And is this Title II of state law or

11  federal law?

12      A    Title II is federal law.  I just know it's

13  in the Title II Division, and I just work with her

14  on the training.

15      Q    How did you spell her name?  Or how do you

16  spell her name?

17      A    I think it's Karen, K-A-R-E-N, Cliett,

18  C-L-I-E-T-T.

19           MS. TUCKER:  I'd like the court reporter

20      to mark this document as Plaintiff's Exhibit

21      375 because we used 374 yesterday.

22           (WHEREUPON, Plaintiff's Exhibit-375 was

23       marked for identification.)

24           MS. TUCKER:  So the Bates number on the

25      first page of this exhibit is Georgia 00317569.



 1  BY MS. TUCKER:

 2      Q    And this is an email that you forwarded

 3  yourself on March 16th, 2018, and it has one

 4  attachment, correct?

 5      A    Yes.

 6      Q    The underlying email was sent to you by

 7  Nakeba Rahming on March 13th, 2018, correct?

 8      A    Uh-hum.  (Affirmative.)

 9      Q    We'll have to remember to say yeses

10  instead of an uh-hum and nods.

11      A    Yes.

12      Q    Thank you, Ms. Cleveland.

13           Do you recognize this email?

14      A    I do.

15      Q    And earlier we went over Nakeba Rahming

16  and Zelphine Smith-Dixon, correct?

17      A    Yes.

18      Q    And Nakeba Rahming was Zelphine's deputy

19  for a time, correct?

20      A    Yes.

21      Q    Let's flip to the first page of the

22  attachment.

23      A    Okay.

24      Q    Which starts with GA0031751.

25           571.



1          GA00317571.

2          Do you recognize this chart?

3     A    Yes.

4     Q    Did you create this chart?

5     A    I don't recall creating the chart.  Well,

6  let me make sure.

7          I know we talked about -- we met and

8  talked about what the responsibilities would look

9  like, Nakeba and I, and Zel was a part of that

10 conversation, and we talked about what

11 responsibilities I would have in the role.

12         So I cannot definitively say I just

13 created it, but I know we had discussion about what

14 my responsibilities would be.

15    Q    And by "we," you mean Nakeba Rahming --

16    A    Yes, and Zel.

17    Q    And by Zel --

18    A    Zel --

19    Q    You mean Zelphine --

20    A    Zelphine Smith-Dixon.

21    Q    And the top of this charts reads:  "GNETS

22 Program Manager Support, Vickie Cleveland."

23 Correct?

24    A    Yes.

25    Q    At the top, am I correct that it reads



1    "Direct report to Nakeba for 2 years"?

2         A    Yes.

3         Q    Why two years?

4         A    That was determine -- a recommendation she

5    had made as the deputy because she had served in

6    this previous role, and she wanted me to work with

7    her for a couple of years.  That's kind of to shadow

8    because she had done the role before, but

9    unfortunately she did not return.

10        Q    And then after the two years, everything

11   was -- all of the support was with Zelphine?

12        A    Yes.  She was my direct supervisor.

13        Q    It seems like there are some

14   responsibilities identified on this chart.  Would

15   you agree?

16        A    Yes.

17        Q    Are there any responsibilities that are

18   missing?

19             Can you take a look?

20        A    Okay.

21             (Witness reviews exhibit.)

22        A    I'm trying to think if there's anything in

23   addition to all that.

24             That seems to -- correct.

25        Q    I believe earlier you mentioned that



1  Zelphine evaluated you and not Nakeba Rahming?

2      A    Correct.

3      Q    On the column with Nakeba, do you see

4  where it says, "Vickie's performance evaluation"?

5      A    Uh-hum.  (Affirmative.)

6      Q    So did Nakeba Rahming evaluate you?

7      A    No.  She -- when I came on board in

8  February 2018, she left in April.  So I did not

9  receive an evaluation from her.  And I had a short

10  window of working with her as kind of a

11  co-supervisor because I came on board February and

12  she left in April.

13      Q    She left in April 2018?

14      A    Yes.

15      Q    There are a few abbreviations or acronyms

16  on this chart.

17      A    Okay.

18      Q    What is OPB?

19      A    Office of Planning and Budget.

20      Q    Within GaDOE?

21      A    No.  That is within the State, the budget

22  office.

23      Q    The IDT?

24      A    That's the independent directors -- I'm

25  trying to think what the "T" stands for, but it's



 1   through an umbrella.  I don't know a lot of

 2   specifics about it, but it's a System of Care.

 3        Q    Is it specific to students?

 4        A    I don't think so.  I'm not sure.  I don't

 5   think so.  I'm not sure.

 6        Q    Let's move over to the second column,

 7   starting with "Collaborative support from Zelphine."

 8        A    Uh-hum.  (Affirmative.)

 9        Q    The second bullet, do you see where it

10   says, "CFM visits"?

11        A    Yes.

12        Q    What is CFM?

13        A    Cross-functional monitoring visits are

14   monitoring that takes place through Federal

15   Programs.  In the Special Education Division the

16   cross-functional monitoring visits are done by RDA,

17   results driven accountability, Team, and they go out

18   and review.  I know they take a look at IEPs and

19   look at IEPs for compliance.

20            And if they find any findings, as far as

21   the compliance piece of IEPs, they would notify me

22   if there were findings within their visits.

23        Q    And by IEP, are you referring to an

24   Individualized Education Plan?

25        A    Yes.



1      Q    And it says, "Collaborate with DLs"?

2      A    Those are the district liaisons.  They're

3  the staff that go out to do the cross-functional

4  monitoring visits with the different LEAs.

5      Q    And they also look at GNETS programs?

6      A    They do file reviews, is my understanding,

7  and then the file reviews they do look at -- I think

8  for each visit to GNETS files they review.

9      Q    Is that set somewhere as a rule, that it's

10 two GNETS files per review?

11     A    I'm not sure if we would define it as a

12 rule, but I know that has been the process that has

13 been articulated to me, that they do review two

14 files when they go out to do those visits.

15     Q    And are those visits annual?

16     A    I think it's a three-year rotating cycle.

17 Every three years different fiscal agents are

18 reviewed.  So it's a three-year rotation.

19     Q    Thank you.

20     A    Uh-hum.  Sure.

21     Q    The fourth bullet down reads:  "Present at

22 SELDA as needed."  Correct?

23     A    Yes.

24     Q    What is SELDA?

25     A    SELDA is a Special Education Leadership



 1  Development Academy.

 2        It's an academy for new directors of

 3  special education that's led by -- led through the

 4  Special Education Office Division.

 5        Q    What do you present on?

 6        A    I've presented probably maybe twice to

 7  SELDA, and my presentation is around GNETS.  The

 8  Board rule, explain the Board rule.

 9        Some of my training has been defining the

10  roles, LEA responsibilities, GNETS directors'

11  responsibilities.

12        Q    And the SEA responsibility?

13        A    Yes, and the SEA responsibilities.  I

14  presented -- yeah, around the rule and the

15  responsibilities defining those roles.

16        Q    And by SEA, do we agree we mean state

17  education agency?

18        A    That is correct.

19        Q    Let's go down two bullets.  Do you see

20  where it reads "Collaborate on PL" and then in

21  parenthesis "GLRS support."

22        A    Uh-hum.  (Affirmative.)

23        Q    You see that?

24        A    I do, yes.

25        Q    Could you please tell me what that means?



1    A    The Georgia Learning Resource Services are

2  our regional leaders.  I'm not sure how many there

3  are, but I have not done a lot of collaboration with

4  our former GLRS program manager.

5         So that was listed but I have not done a

6  lot of collaboration with GLRS.

7    Q    And by PL, what did it mean?

8    A    Professional learning.

9    Q    Is this something you look to do more of?

10    A    It could be but I have not had any

11  planning on it.

12    Q    Thank you.

13         And you mentioned this captures the

14  majority of your responsibilities?  Is that correct?

15    A    It does capture the majority, yes.

16    Q    Thank you.

17         MS. TUCKER:  I'd like the court reporter

18     to mark this document as Plaintiff's Exhibit

19     366 -- 376.

20         The Bates number on the first page of this

21     exhibit is Georgia -- or GA00016072.

22         (WHEREUPON, Plaintiff's Exhibit-376 was

23      marked for identification.)

24  BY MS. TUCKER:

25    Q    This is a February 1st, 2018 email from



1  Nakeba Rahming to the regional GNETS program

2  directors with the subject line "GNETS Program

3  Manager," and you are copied to this email.

4          Mrs. Cleveland, do you recognize this

5  email?

6      A    I do.

7      Q    Am I correct that in this email Nakeba

8  Rahming officially announces you as the GNETS

9  program manager?

10     A    Yes.

11     Q    Do you see where Nakeba Rahming writes, in

12  the last sentence, quote:  "She and I will continue

13  working together to ensure that you and your

14  students continue to have direct representation and

15  support at the state level."

16     A    Yes.

17     Q    Am I correct that Nakeba Rahming is

18  referring to you as the "she" --

19     A    Yes.

20     Q    -- in that, in that sentence?  Am I

21  correct?

22     A    Yes.

23     Q    How did you and Nakeba Rahming work

24  together to ensure regional GNETS program directors

25  and their students had direct representation at the



 1  state level?

 2      A    Coming in in February, again with her

 3  leaving in April, did not have a lot of time to plan

 4  what that would look like, but it would fall within

 5  those responsibilities that I had, that are outlined

 6  in what my job responsibilities were going to be to

 7  provide that technical assistance, which is

 8  training -- which would be my understanding,

 9  training, professional learning, and also supporting

10  through the monitoring process.  But we did not get

11  to work together on that.

12      Q    After Nakeba left in April 2018, would you

13  agree that you had provided that state level

14  representation and support for the regional GNETS

15  programs?

16      A    Support in the vein of what those

17  responsibilities are, that I outlined earlier.  You

18  know, the responsibilities allocating budgets,

19  reviewing the budgets, strategic plan

20  implementation, monitoring on that.

21          So I would say within my responsibilities,

22  yes, providing technical assistance to those

23  programs.

24      Q    And representation and support at the

25  state level, consistent with her words?



 1              MS. JOHNSON:  Objection.

 2              You can answer.

 3      A    Say it again.  I'm sorry.  Can you repeat

 4  the question?

 5      Q    Yes.  Ms. Rahming mentioned that she

 6  planned for you and her to work to make sure the

 7  regional GNETS programs have direct representation

 8  and support at the state level.  I was wondering if

 9  you feel that you may have that direct

10  representation for the regional GNETS programs at

11  the state level?

12              MS. JOHNSON:  Objection.

13              You can answer.

14      A    I do not see it as direct representation.

15  I see it as providing technical assistance and

16  professional learning support.

17      Q    Who have you worked with at GaDOE in

18  connection with your role as GNETS program manager?

19      A    I have the responsibilities, with the

20  budget piece, the allocation of budget, I worked

21  with Geronald Bell, who is the budget liaison who

22  works with GNETS.

23      Q    And Geronald Bell is a budget liaison

24  within GaDOE?

25      A    Yes.  Within the budget division, yes.



1          These are things that I can just pull up
2    and they're right there.
3          Oconee.  Coastal I think receives it.
4    Cedarwood, Flint program, Northstar, Northwest
5    Georgia GNETS.
6          Go down the list.
7          Rutland.  I'm just going through the list.
8    But those are the ones I can easily recall.
9      Q    You hit seven of the eleven?
10     A    There are four out there, in here
11   somewhere.
12     Q    You mentioned it was based on need.  Can
13   you elaborate?
14     A    The way it was initially set up, the
15   programs that receive that are in areas where it's
16   difficult to find, you know, providers in those
17   areas because of where they're regionally based, was
18   my understanding.
19          So this grant allows them to, you know,
20   contract out or use it to find supports,
21   professionals to provide therapeutic supports.
22     Q    And you earlier mentioned or testified
23   that you monitored the monthly logs, correct?
24     A    Yeah.  Lakesha receives those and compiles
25   those and shares the updates with me.



1      Q    What do you look for?

2      A    One, I'm looking to see if they're

3  evidence-based interventions that the therapists are

4  using, that they're documenting what they are really

5  doing with the students in providing the

6  interventions.

7      Q    What do you mean by evidence-based

8  interventions?

9      A    Some of the things that are listed here.

10  Line set, cognitive behavior therapy, if they are

11  doing clinical interviewing.

12          It could be -- it looks different for each

13  program, depending on what the need of the kids are

14  that they are serving.

15      Q    And do you provide feedback after

16  receiving the logs of needed changes?

17      A    Not necessarily needed changes, but if I

18  -- we look at the logs and we have questions, I need

19  clarification, we'll call, have a follow-up

20  conversation, if needed.  Can you tell me more about

21  this, what does this mean, what is this

22  intervention.  Because it could be something that we

23  as professionals are not familiar with.

24          But not, you know, too often.  But if

25  there are questions, we do follow up.



 1  manager, correct?

 2      A    My understanding, that changed when the

 3  Board rule changed.

 4      Q    When was that?

 5      A    The Board rule was reauthorized in 2017, I

 6  believe.

 7      Q    Does GaDOE receive data on how long a

 8  student has been in GNETS?

 9      A    No, I don't receive a report on that.

10      Q    That's not information that you collect?

11      A    No.

12      Q    Like length of stay?  Length of placement?

13      A    No.  Not currently, no.

14      Q    Do you have any knowledge on this area of

15  how long an average stay for a GNETS student is?

16      A    I do not.

17      Q    Is that information that the regional

18  GNETS programs collect?

19           MS. JOHNSON:  Objection.

20      A    I don't know that they would collect it.

21      Q    Do you look at data related to GNETS

22  students who leave and return to the general

23  education setting?

24      A    That's the data in the grant application

25  that looks at reintegration.



1           They list in there, and this is

2   self-reported data from each program, they list

3   students, you know, that went back for

4   extracurricular, students that went back to their

5   home school district.  There are different little

6   reporting pieces in there, maybe four or five items,

7   that they provide data through their grant

8   application process.  So we do have that

9   information.

10      Q    What are the four or five items that are

11  required in the grant application?

12      A    One of them was short-term stabilization,

13  return to home school.

14           Let me see.  I'm trying to think what else

15  was on there.

16           Or remain center-based.  I don't want to

17  misquote but these are some of the pieces of the

18  reintegration those are the examples of the

19  reintegration data that's in the grant app.

20      Q    Do you assess this data when looking at a

21  GNETS application?

22      A    We do take a look at that.

23      Q    What do you look for?

24      A    Just what they're reporting as the, the

25  locations that kids are being served.



1           What we have done previously, too, in

2    strategic plan reviews, that's the data that is

3    looked at with that, and just have conversations

4    with them about the number of kids who have

5    reintegrated, the number of kids that are

6    participating in extracurricular activities.  We've

7    had discussions with some -- with them during

8    strategic plan reviews on that.

9       Q    What would you discuss with regard to

10   that?

11      A    Just asking that question.  What does your

12   reintegration data look like?  How many students

13   have gone back to their home school districts?  How

14   many kids are participating in extracurricular

15   activity with their home school districts?

16           If they are center-based, are the kids

17   leaving centers and going back to participate in

18   extracurricular.  Are kids that are school-based,

19   are they participating?  When are they exiting?

20           Any questions around reintegration.

21      Q    Why are you asking those questions?

22      A    It is part of the strategic plan.  That's

23   a section we have in there, and it's in the grant

24   app, reintegration data, because we want to see the

25   data and the trends of who's remaining in GNETS and



1   in what environments and how are they accessing

2   their peers.

3        Q    Do you -- it sounds like you review this

4   at the regional program level?

5        A    Yes, we do.

6        Q    Do you look at it as a whole for the GNETS

7   program?

8        A    It's a --

9        Q    For all 24 together?

10       A    No, I haven't pulled that data as a whole,

11  but I'm able to see it for each individual GNETS.

12       Q    Have you ever recommended changes to a

13  regional GNETS program related to that student

14  reintegration data?

15       A    I have not.

16       Q    Have you ever -- what type of feedback

17  would you provide on those topics?

18       A    Feedback may be positive, if they're -- if

19  I'm seeing that kids are going back for some period

20  of a school day or if they're going back for

21  electives, connections, some sports activities, RTC,

22  something like that.

23            And the feedback may be that as -- you

24  know, when you're -- you know, you're looking at

25  LRE, are you guys -- how many kids did you have go



1  back?  What did that look like?  What did their

2  services look like when they went back.

3             You know, always encouraging like through

4  the Board rule that kids are educated in -- I know

5  this is special ed jargon, but it's the least

6  restrictive environment.  Always encouraging them to

7  look at least restrictive environment per the Board

8  rule and just per IEP process.

9       Q    Do you provide any constructive feedback

10 on this point about certain steps to take?

11      A    No, because the decisions are so local --

12 they're local.  I can't make decision -- or make

13 recommendations for what IEP teams are going to

14 recommend for their students.

15      Q    You just mentioned that you in this data

16 look at the number of extracurricular activities for

17 GNETS students, correct?

18      A    That's one of the items.

19      Q    Do all regional GNETS programs have their

20 students participating in extracurriculars?

21           MS. JOHNSON:  Objection.

22      A    I don't know.  I mean I don't have that

23 data memorized to know if kids have gone back but

24 it's data I can get access to.

25      Q    Okay.



1  rule, the roles for the LEA and the roles for the

2  GNETS directors.

3       Q    This is the 2017 Board rule?

4       A    Yes, the most updated.

5            MS. TUCKER:  Let's take a break for lunch.

6            THE VIDEOGRAPHER:  Off the record at 12:52

7       p.m.

8            (A luncheon recess was taken.)

9            THE VIDEOGRAPHER:  We're back on the

10      record at 1:41 p.m.

11  BY MS. TUCKER:

12       Q    Welcome back, Mrs. Cleveland.

13       A    Thank you.

14       Q    Do you participate in interviews of the

15  regional GNETS program directors?

16       A    No, I do not.

17       Q    Do you know who does?

18       A    I don't -- well, no, I do not.  I know

19  each fiscal agent has their process for how they

20  hire their staff.

21       Q    Are you consulted before a regional GNETS

22  director is selected?

23       A    No.

24       Q    Do you provide any evaluations on the

25  GNETS, regional GNETS program directors?



1  recently?  I believe you said that the programs

2  continue to receive these grants each year?

3       A    This one -- but we don't do an assurance

4  for this.  We do have fiscal assurances for the

5  other -- I mean for the fiscal agents.  There's RESA

6  fiscal assurances for the state grant dollars, and

7  then there's an LEA fiscal assurance.

8            But I don't have a fiscal assurance that

9  is issued for the therapeutic services grant.  It's

10  a subgrant, and I don't have any assurances that

11  I've seen around that.

12       Q    Do you know when this process stopped for

13  this grant?

14       A    I do not, because I've never seen this

15  form.

16       Q    Okay.

17       A    This is like she's in agreement with a

18  contract provider, maybe.  I'm just reading the

19  form.

20       Q    An employee of Staff Rehab?

21       A    Yeah, it looks like this is something she

22  does.

23       Q    But there's no longer assurances for this

24  grant?

25       A    No, I'm not aware of any GaDOE assurances



 1  familiar with?

 2      A    I've seen that old version but I'm not

 3  familiar with the contents, whereas I am with this

 4  one because this one I was coming in, in the

 5  November.

 6      Q    Why was the rule revised in 2017?

 7           MS. JOHNSON:  Objection.

 8      A    I do not know.  I wasn't there.

 9      Q    Did you participate in any conversation

10  since you were at GaDOE at that time?

11      A    The rule was revised in July, and I was

12  not working in GNETS.  At that time I was a DL.

13      Q    And it didn't come up when you were a DL?

14      A    No.

15      Q    Would you say the GNETS rule informs how

16  you work in your position?

17      A    It does.

18      Q    In what ways?

19      A    One, the SEA roles and responsibilities

20  are defined in that, and I'm able to provide

21  technical assistance to GNETS directors and special

22  education directors on the Board rule and the

23  contents.

24      Q    Let's take a look at the rule.

25           I am going to show you what was previously



1  marked as Plaintiff's Exhibit 82.

2          (WHEREUPON, Plaintiff's Exhibit-82 was

3      previously marked for identification.)

4  BY MS. TUCKER:

5      Q    This is -- the top of the document states

6  "160-4-7.15."  It says, "Georgia Network for

7  Educational and Therapeutic Supports (GNETS)."

8          Mrs. Cleveland, is this the 2017 rule?

9      A    I was going to look at the back.

10         It is, July 5th, 2017.

11     Q    Let's turn to Section 5(a) on the SEA's

12 duties and responsibilities.  It starts on Page 4.

13         Do you see that?

14     A    Yes.

15     Q    I believe we both agreed earlier SEA means

16 state educational agency?

17     A    Correct.

18     Q    So GaDOE?

19     A    Yes.

20     Q    Do you see where it says:  "The SEA shall

21 1. Receive and disburse funds appropriated by the

22 Georgia General Assembly to support GNETS services"?

23     A    Yes.

24     Q    Who all works on this responsibility

25 within GaDOE?



1      A     This is the budget process.  I work with

2   the budget liaison, and this is that process I

3   explained where I get the student record counts.

4   When I get those, usually around July, I get those

5   to Geronald, our budget liaison.

6            It goes through that process of him

7   getting that information to the Office of Planning

8   and Budget, and whatever happens in that legislature

9   process through the budget process that year, once

10  it comes back from them, he then gets the final

11  allocations, once the budget is approved and signed

12  by the Governor.  It's my understanding he then gets

13  those allocations to me and then I create the Board

14  item for the allocations.

15     Q     How long does that process take?

16     A     The budget process, I guess it falls in

17  the legislative calendar, which I'm not sure the

18  first start date or end date, but I know this

19  information, as far as students record count, I

20  typically will get that to Geronald, like in

21  September, like around this time.  September I get

22  those numbers to him, and then I don't hear back

23  from him until the spring, once it's gone through

24  that legislative budget process, that these are the

25  approved allocations for GNETS.

1          And then from there I share with my direct

2     supervisor, Lakesha and Shaun, of course, these are

3     the allocations, whatever fiscal year it is, and

4     then I develop that Board item with the spreadsheet

5     that shows what those allegations are going to be.

6          Q    And when are funds disbursed to the GNETS

7     program?

8          A    Once it goes -- comes over -- I typically

9     get that April, May, maybe from Geronald.  The Board

10    item is created.  It goes to the Board for approval,

11    of course.  And once the Board approves it, it goes

12    to Grants Accounting Office and the Grants

13    Accounting Office pushes the funding out to their

14    budgets.

15         Q    Can you give an estimate of what time of

16    year that is?

17         A    April.  You know, the, the general

18    assembly does their piece in approving everything,

19    the Governor signs off.

20          This could be -- I kind of handle that as

21    a Board item typically by June.  That's when I

22    usually take that item.  So I'm getting that

23    information, you know, the Board item developed,

24    approval, sent to whoever it needs to go to, and

25    again it goes to the Board for June.

 1     Q    Are there ever items in the budget that

 2  you don't approve?

 3     A    Not, not very often.  It may be like that

 4  example I gave, if I see something -- the example I

 5  remember is 10 positions were on the budget.  What

 6  exactly, you know, is that for?  Is that for

 7  parents, teachers?  Is it therapeutic people?  You

 8  know, what are those for?

 9          So things like that, but that doesn't

10  happen regularly, from what I can recall right now.

11     Q    Let's look at 2 -- 3ii.

12          Do you see where it reads:  "Monitor GNETS

13  to ensure compliance with Federal and state

14  policies, procedure, rules, and the delivery of

15  appropriate instructional and therapeutic services"?

16     A    I mentioned before the Results Driven

17  Accountability Unit.  They monitor through

18  cross-functional monitoring, where they look at

19  those two GNETS files whenever they go out.

20          We have monitored through my -- the two of

21  us, Lakesha and I, through the strategic plan

22  review, you know, looking at that, reviewing that

23  with them.  It's a self-assessment type rubric, that

24  they have the different activities outlined in the

25  different focus areas in the strategic plan.



1          We have gone out and reviewed that with

2     them and looked at their ratings, their

3     self-assessment ratings, and given feedback based on

4     the, you know, the information that they share with

5     us, as to whether or not they are able to show

6     fidelity -- information for -- implementation for

7     the activities, the evidence of that.  So we've

8     monitored that.

9          Q    Through the strategic plan process?

10         A    Uh-hum.  For my division, yes.

11         And cross-functional monitoring teams,

12    when they go out, they monitor the RDA monitors,

13    like I said, those two IEPs they may pull.  But our

14    budget division also monitors the budgets for the

15    different fiscal agents, and they do sometimes talk

16    with fiscal agents for GNETS about their budgets.

17         Q    With the CFM monitoring, it's two IEP

18    files they look at?

19         A    For RDA, yes.  They pull two.

20         Q    For results driven --

21         A    -- accountability.  They pull two files,

22    and it's random.  My understanding from them, it's

23    random.

24         Q    Is it the student IEP file only or are

25    there more documents?



1       A    With iReady, they can pull their own

2    reports from that, but I've had the vendor

3    previously present at like a directors meeting what

4    the data looks like.  He's done that in the past,

5    what the data looks like for the network.

6       Q    Turning back to communicating with the

7    regional GNETS directors, do you discuss therapeutic

8    support and services?

9       A    Yes.  One way -- one way that's discussed

10   is with the eleven we're able to see what

11   interventions are implemented for that.

12            In the strategic plan reviews, that is one

13   of the focus areas, and in that focus area we

14   discuss, when we've done reviews in the past, what

15   therapeutic services they're providing for the

16   students in their programs for each review.  We talk

17   about that in that focus area.

18       Q    I know you mentioned you have provided

19   trainings to the GNETS directors.  Have you ever

20   presented and provided trainings to staff or

21   teachers?

22       A    I've not trained other teachers.

23       Q    The training that you provide to the

24   regional GNETS directors, is that intended for them

25   to then take back and train --



1      A    Yes.

2      Q    We have to be careful about --

3      A    I'm sorry.  I'm trying not to do that.

4      Q    Don't worry.

5           Do you visit regional GNETS programs?

6      A    Yes, I have visited.  Of course everything

7    was paused in 2020, but we -- I do like to go visit.

8      Q    Have you been to a regional GNETS program

9    since 2020?

10     A    Last year?  Did I have any meetings?  All

11   the meetings have been done virtually, but we're

12   planning to go out this year.

13          So I'm trying to think, make sure I didn't

14   go anywhere in 2019 or 2021.

15          Not that I can recall right now.  I don't

16   think we went out in 2021.  Not that I can recall.

17     Q    Do you have any trainings --

18          MS. TUCKER:  Scratch that.

19   BY MS. TUCKER:

20     Q    Do you have any visits planned for the

21   next few months?

22     A    We're planning.  We're in the process of

23   planning.  Our specialists in our location are

24   looking at planning dates to go out.  Because our

25   meeting, even though the GNETS directors meetings



1  have been virtual, of course since 2020, but we're

2  looking this year in trying to do maybe three that

3  are face-to-face.

4          We're starting out with our first one

5  virtually and then the next one we plan to do

6  face-to-face.

7      Q    Which programs are those meetings with?

8      A    That's with all the programs.  All the

9  GNETS directors.

10     Q    I want to turn back to something a moment

11 ago --

12     A    Okay.

13     Q    -- when we were speaking at the same time.

14          We spoke about the trainings.  You provide

15 trainings to the regional GNETS directors, correct?

16     A    Correct.

17     Q    And you have not provided trainings to the

18 GNETS staff or teachers, correct?

19     A    Correct.

20     Q    The trainings that you provide to the

21 regional GNETS directors, are those then presented

22 back to the regional GNETS program staff?

23          MS. JOHNSON:  Objection.

24     A    I don't know if they re-deliver everything

25 because some of the training that I provide, it may



1  be applicable to local teacher staff and it may not.

2  So I don't know what specifically they're taking

3  back, but a lot of the topics that we provide

4  training on are those administrative type things,

5  like the TKES and LKES training.

6         I don't provide that training but I have

7  Deanie, who runs -- is a program specialist, I

8  believe, for TKES and LKES, provide that training,

9  and some GNETS directors may take that back or may

10  not.  I'm not sure.

11     Q    Do you provide presentation materials in

12  advance or after the fact?

13     A    Yes, I do provide those presentation

14  materials.

15     Q    When you visit a regional GNETS program,

16  do you visit all the sites?

17     A    I have not been able to visit every site,

18  but my first couple years I was able to visit quite

19  a few, not all.

20         But as we plan for visits for next year,

21  that's what we've been looking at, is trying to

22  touch as many as we can.

23     Q    What reasons do you visit a regional GNETS

24  program?

25     A    One, to observe what's going on



1          there's any objection to privilege.

2                MS. TUCKER:  Thank you.

3                MS. JOHNSON:  Would you remind me which

4          Bates number we're on?

5                MS. TUCKER:  The document starts at

6          GA00363542.

7                MS. JOHNSON:  Okay.

8                MS. TUCKER:  And this is Plaintiff's

9          Exhibit 388 -- or 387.

10         A    So we're still on this?

11         Q    Yes.  We'll go back to that.  Thank you,

12    Mrs. Cleveland.

13              Mrs. Cleveland, you recognize this email?

14         A    The email -- top part, where it was

15    forwarded to me?

16         Q    Yeah.

17         A    Yes.

18         Q    And when you received it, you looked at

19    the bottom part of the email as well?

20         A    Yes.

21         Q    Do you see -- who's Joanna Mock?

22         A    Joanna Mock is the GNETS director for

23    Heartland Academy program.

24         Q    Am I correct Joanna Mock is emailing the

25    other regional GNETS directors?



1      A     Because this document, it looks like it

2   was created by the director.  But my communication

3   was information on IEP file reviews.

4      Q     What did you tell the regional GNETS

5   directors regarding your request for information?

6      A     To review their files in light of the

7   information on this form.  IEP file review.  To

8   review their files based on this information

9   checklist.

10     Q     Did you provide a reason for why you were

11  requesting this information?

12     A     No; just that it was an IEP file review.

13     Q     Okay.  And how long did you give the

14  regional GNETS programs to respond?

15     A     I don't recall the timeline.

16     Q     Okay.  Let's turn to the attachment, which

17  is the form at the top which says, "GaDOE Student

18  Information Checklist."

19           Did you request during the file review for

20  the GNETS student's name -- or the GNETS' name?

21     A     Yes.

22     Q     Do you think this refers to a GNETS

23  student name?

24     A     The program name.

25     Q     This refers to the program name?  How does



1   that work then if No. 2 is requesting the age?

2        A    I'm sorry, I want to make sure I -- it

3   says GNETS name.

4             It looks like that is the name of the

5   GNETS program, because it -- down here it talks

6   about GTID, which would identify a student.

7        Q    Okay.  So No. 1, you request the regional

8   GNETS programs to look through their IEP files and

9   include the GNETS name?

10       A    Yes.

11       Q    And then age of the student?

12       A    Uh-hum.  (Affirmative.)

13       Q    Grade of a student?

14       A    Yes.

15       Q    The last four of the GTID?

16       A    Yes.

17       Q    What is a GTID?

18       A    It's the Georgia identification number for

19   students, enrolled in Georgia schools.

20       Q    The date of GNETS entry?

21       A    Yes.

22       Q    The reason for GNETS placement?

23       A    Yes.

24       Q    The primary eligibility?

25       A    Yes.



1      Q     The medical diagnosis?

2      A     Yes.

3      Q     The secondary eligibility?

4      A     Yes.

5      Q     Whether the student's record indicated

6   that they were unable to receive FAPE in a lesser

7   restrictive environment?

8      A     Yes.

9      Q     Am I correct that you also asked for

10  additional documentation if an answer was yes to

11  that question?

12     A     Yes.

13     Q     Whether the student had an FBA prior to

14  GNETS services?

15     A     Yes.

16     Q     You asked for the FBA date upon entry?

17     A     Yes.

18     Q     The current FBA date?

19     A     Yes.

20     Q     Whether the student had a BIP prior to

21  entering GNETS?

22     A     Yes.

23     Q     The current BIP date?

24     A     Yes.

25     Q     Whether a comprehensive reevaluation was



1  completed within the last three years?

2      A    Yes.

3      Q    Their most recent IEP review date?

4      A    Yes.

5      Q    Whether an IEP meeting included a GNETS

6  director or their designee?

7      A    Yes.

8      Q    Whether the student has an IEP goal for

9  behavior?

10     A    Yes.

11     Q    And you asked for each therapeutic service

12 to be identified that a student receives?

13     A    Yes.

14     Q    And am I correct that you asked the next

15 questions related to the continuum of GNETS

16 services, delivery and environments?

17     A    Uh-hum.  Yes.

18     Q    You asked -- you asked whether the IEP

19 considered -- the IEP team considered the general

20 education setting in the student's own school or

21 public school?

22     A    Yes.

23     Q    Whether the IEP considered a pullout from

24 the general education setting as part of their

25 school day in a zoned school or other public school?



1      A    Yes.

2      Q    Whether the IEP team considered the

3 student's zoned school or other public school as

4 part of the school day in a setting dedicated to

5 GNETS?

6      A    Yes.

7      Q    Whether the IEP team considered the

8 student's zoned school or other public school for

9 the full day in a setting dedicated to GNETS?

10     A    Yes.

11     Q    Whether the IEP team considered a facility

12 dedicated to GNETS for part of the school day?

13     A    Yes.

14     Q    And did the IEP team consider a facility

15 dedicated to GNETS for the full school day?

16     A    Yes.

17     Q    Do you recall if you asked for any

18 additional information?

19     A    I do not recall asking for any additional

20 information.

21     Q    Was this information requested for all

22 GNETS students?

23     A    Yes.

24     Q    For a certain school year or for a period

25 of years?



1       A    I believe it was for the most recent --
2  current, recent -- or current school year when we
3  requested the data.
4       Q    So given the email is dated November 2nd,
5  2020, am I correct that you were referring to the
6  2020 to 2021 school year?
7       A    Yes.
8       Q    And did you review the data that you
9  received?
10           MS. JOHNSON:  You can answer whether you
11      reviewed data received from the directors,
12      whether you personally did.
13      A    Some data but not all the data.  I have
14 not had the opportunity to review the data, all the
15 data.
16      Q    Which data did you elect to look at at
17 this time?
18      A    It was -- we were looking at going through
19 and reviewing it for all the GNETS that had
20 submitted the data, probably looked at a couple of
21 files but have not had an opportunity to dig in to
22 the data.
23      Q    Okay.  Have you requested this information
24 again for the next school year?
25      A    I have not.



1     Q    And I think I asked this.  Did they have a

2  deadline to complete the information requested?

3     A    I don't recall the deadline.  I would have

4  to -- but I don't recall.  I can't recall right now

5  a deadline.

6     Q    Is there any other data that GaDOE

7  regularly collects from the regional GNETS programs

8  that we haven't discussed yet?

9     A    We talked about therapeutic services, the

10  information we get.  Of course, the student record

11  file we get.

12          I can't think of any -- at this moment

13  recall any other data that I get from Data

14  Collections and therapeutic services information.

15     Q    Thank you.  You've referenced the GNETS

16  Strategic Plan a few times during our conversation

17  today?

18     A    Uh-hum.  (Affirmative.)

19     Q    Remember the yeses and nos.

20     A    Yes.

21     Q    What is the purpose of a GNETS Strategic

22  Plan?

23     A    The strategic plan serves as a framework

24  for the implementation of services throughout the

25  network.  Those six focus areas are included in the



1  strategic plan.  Again, it's a framework to guide

2  the work for the network.

3      Q    How did it originate?

4      A    History before my tenure, I know that

5  there was a revision in 2016.

6           2019 we've did an update, Lakesha and I

7  with some of the directors, stakeholders, children

8  stakeholders.  We updated -- I'm not sure

9  historically where it originally came from, but I do

10 know, as I was coming in and Nakeba was moving out

11 of the position, it was in place.  Again, we did

12 another update in 2019.

13     Q    Did you make many changes in 2019?

14     A    Not many changes.  We did reduce the focus

15 year from seven to six.  We combined program

16 leadership and accountability into that first focus

17 area because some of the information and the

18 activity was some of the same, kind of asking the

19 same questions.  If we were doing a review, it may

20 be that we were seeing the same artifacts presented.

21          So we decided to, with input from the

22 directors and the stakeholders, to combine those two

23 areas, but those were the only big changes, went

24 from seven to six focus areas, but a lot of the

25 other content pretty much stayed the same, just a



1  few revisions here and there.

2      Q    And that was you and Lakesha?

3      A    We led it.  We also had GNETS directors be

4  a part of that.

5           We got feedback in a directors meeting

6  from all the directors.  Hey, here is Section 2 of

7  the strategic plan, we'd like your feedback, and we

8  got their feedback.  And then this team -- Lakesha,

9  not a team, and directors came together to finalize

10 what some of those revisions would be, but not major

11 revisions.

12     Q    Thank you.

13          How often are the strategic plans

14 completed by the regional GNETS programs?

15     A    They should -- that's the framework, so

16 they use those each year.  That's that

17 self-assessment piece where they do a

18 self-assessment on their implementation of the

19 framework, and they do one in the fall and then they

20 do one at the end of the year.

21     Q    Let's walk through the steps related to

22 the GNETS strategic plan as if I was a regional

23 GNETS director.

24     A    Okay.

25     Q    So you mentioned that there's a



 1  self-assessment in the fall?

 2       A    Yes.

 3       Q    What does that entail?

 4       A    They take the strategic plan, which has a

 5  rubric built within it, and they go through the

 6  different activities and they rate themselves.  It's

 7  a self-assessment piece.  For this specific

 8  activity, are we operational on this activity, is it

 9  emerging in our practices or do we see it's not

10  evident.

11            So with that self-assessment, they then

12  use that data and they work with their local teams

13  to say, for instance, if it's therapeutic services

14  section, we're not -- we're reviewing ourselves, our

15  self-assessment.  We're not seeing these artifacts

16  of evidence of this implementation, and they then

17  meet as a team and work on ways to get to that place

18  of trying to get all of the activities moving to

19  operational.

20       Q    What are the ratings?

21       A    Operational, emerging, and not evident.

22       Q    With operational being the highest?

23       A    Yeah, that they are able to go through

24  that rubric and they can see what the activities

25  that are outlined in the framework, that they're



1  implementing those activities.

2       Q    So that happens during the fall semester.

3  Is there a deadline to which they have to complete

4  that self-assessment?

5       A    Most -- some will do it in early -- in

6  October, but most get it done by December, so that

7  they then can be ready to do their end of year.  End

8  of year.

9       Q    Do you receive the fall self-assessment?

10      A    I get those at the end of the year as part

11  of their strategic -- I mean grant application.

12  That is one of the required attachments that we ask

13  for.

14      Q    So you receive it in the grant

15  application?

16      A    Yes.

17      Q    Do you receive it when you receive their

18  end of the year self-assessment?

19      A    They're both submitted at the same time.

20      Q    With the grant application?

21      A    With the grant application.

22      Q    So the GNETS Strategic Plan

23  self-assessment is not --

24           MS. TUCKER:  Scratch that.

25



 1  BY MS. TUCKER:

 2      Q     Is the GNETS Strategic Plan

 3  self-assessment submitted independently at the end

 4  of the year to you?

 5      A     Yes.  Each GNETS director submits that.

 6      Q     And about what time of year at the end?

 7      A     This year we changed that the grant

 8  applications had to be in by May 31st.

 9      Q     So it's always an attachment to the grant

10  application?

11      A     That part of it.  A lot of change process

12  -- and processes.  Some changes.

13          This -- for this past year, it was part of

14  the end of year grant application process.  They had

15  to submit that.  And now we -- our next steps would

16  be to now schedule time, visits to go, or virtual

17  meetings to talk to them about their end of year

18  ratings and how their teams landed there.

19          And then there's a self-assessment

20  summary, once they've done those ratings, their end

21  of year, and they see kind of the different focus

22  areas, hey, we're operational here, we're kind of

23  still emerging in this, emerging in this area.  They

24  then rank for priorities.  They rank the priorities

25  for the different focus areas.  What's the No. 1



1  area for you, what's the No. 2 area for you.

2         And we'll have conversations with them

3  about how they rank themselves, and they'll share

4  how they kind of landed with their ratings.

5         MS. TUCKER:  I'd like the court reporter

6      to mark this document as Plaintiff's Exhibit

7      388.

8         (WHEREUPON, Plaintiff's Exhibit-388 was

9      marked for identification.)

10 BY MS. TUCKER:

11     Q    This is an email from you to Zelphine

12 Smith-Dixon and Shaun Owen.  The date is August

13 28th, 2020, and the subject is updated revisions to

14 the strategic plan, and there's one attachment.

15         Again, it's GA00362004.

16         Mrs. Cleveland, do you recognize this

17 email?

18     A    Yes.  Yes.

19     Q    And then let's turn to the second page,

20 which is with Bates GA00362005.

21         Am I correct that this is a document

22 titled "Georgia Network for Educational and

23 Therapeutic Support, Strategic Plan"?

24     A    Yes.

25     Q    "Implementation Fidelity Checklist &



1          And ensure students social and emotional.
2   This one has quite a few action items.
3          So as they -- as they implement this
4   framework, these are things we're looking at within
5   their programming.  Are you implementing these
6   action items, and to what standard within the
7   rubric.
8      Q    So at the top of Goal 2, it says:
9   "Throughout the school year, 100% of GNETS programs
10  will demonstrate highly reliable evidence of
11  implementing 'evidence based' behavioral support and
12  therapeutic services for all students at an
13  operational level."
14         Do you see that?
15     A    I would need to have their ratings in
16  front of me.  I can't definitively say, but I can
17  see when I do the reviews if they're implementing
18  that or not at that level.  I don't know the
19  numbers.
20     Q    So what happens if a regional program did
21  not meet a hundred percent?
22         MS. JOHNSON:  Objection.
23     A    There's conversation, okay, you didn't
24  meet this action item at operational.  What is your
25  team working on to do -- you know, working to



1  implement to get to that place?

2          And the last part of the strategic plan,

3  it has that summary.  So these areas where they may

4  not be meeting at operational, you know, at a

5  hundred percent, or meeting any of the action items

6  at 100 percent, that's where the local team writes

7  their priorities of areas that they need to work on,

8  areas of improvement.

9      Q    If a program was to not receive a hundred

10  percent, would you then look differently at this

11  portion the following year?

12          MS. JOHNSON:  Objection.

13      A    We would definitely want to have follow-up

14  conversation.  Hey, you didn't meet this action item

15  a hundred percent, what has the local GNETS put in

16  place to meet that.

17      Q    When would you have those conversations?

18      A    Typically, when we did them before, when

19  we were face-to-face, we would have those

20  conversations then.  Because, remember, they have

21  done their self-assessment.  They're then sharing

22  with us what they have implemented, and that

23  conversation could come up in their strategic plan

24  review.

25          You're emerging here, you know, how --



1  what are you going to be doing to get this to

2  operational.

3        Q    Who's involved in those conversations?

4        A    Lakesha and I do -- have done the

5  strategic plan reviews in the past.  Whether we were

6  doing them together or I was doing one or she was

7  doing one, the districts, we would be in those

8  conversations.

9        Q    Can a program still be funded through the

10  GNETS grants if they don't meet these goals?

11       A    Yes, the grant.  Yes, they receive the

12  grant.

13       Q    Are other steps taken in addition to the

14  conversations and further monitoring if they do not

15  meet the goals identified in the strategic plan?

16       A    Say the question again.

17       Q    Sure.  They're various goals in the

18  strategic plan, correct?

19       A    Right.

20       Q    You mentioned that if a regional program

21  does not meet it, you have conversations about what

22  steps to take --

23       A    Or they share with us.

24       Q    -- or they share with you.

25            What other steps are taken by GaDOE?



1      Q    And am I correct that you've just flipped
2   to Bates GA --
3      A    I'm sorry.
4      Q    -- 00362022?
5      A    Yes.
6      Q    So this is a sample self-assessment
7   improvement summary plan?
8      A    Yes.
9      Q    How long -- in the past, how long do the
10  strategic review plan meetings last?
11     A    They could average three hours because we
12  would really go through the artifacts with them.  So
13  approximately could be three hours.  Two and a half,
14  three hours.
15     Q    Circling back to the summary, does anyone
16  else at GaDOE receive these?
17     A    No.
18     Q    Just you and Lakesha?
19     A    We receive them, yes.
20     Q    Are they attached as part of the GNETS
21  grant application?
22     A    Yes, the summaries are.  Well, that's the
23  new process that I put in place this year.
24     Q    Will the full self-assessment also be
25  attached this year, or just the summary?



 1      A    We haven't finalized that for this year --
 2   You mean for the reviews we're going to do -- for
 3   the ones that we're going to review for their past
 4   21-22 school year, it's just the summaries.
 5           No, I have not made any decisions on what
 6   that will look like for the next school year.  Still
 7   a lot of planning.
 8      Q    Who are you doing this planning with?
 9      A    I'll plan with my program specialist,
10   which is Lakesha, because we work in this work.  And
11   of course I will share that with the special
12   education director, Wina.
13           MS. JOHNSON:  Michelle, before we move on,
14       just to clean up the record, do you want to go
15       back to this document ending in 535?  It was
16       one of the ones that we objected to, and just
17       to clarify the record, we withdraw the
18       objection to this document.
19           So to the extent you have any questions
20       about this exhibit, we can move forward with
21       that, just to lessen what we have to do on the
22       back end after today.
23           MS. TUCKER:  Thank you.  It's ending in
24       535?
25           MS. JOHNSON:  535.  It was just this one

 1      A     I think Lakesha and I worked on it

 2   together.

 3      Q     Am I correct this document includes the

 4   on-site monitoring for the strategic plan reviews

 5   for fiscal year '18?

 6      A     '18 or '19?

 7      Q     The first sentence it says, quote "On-site

 8   monitoring visits" --

 9      A     I --

10      Q     I'll just finish it for the record.

11            "On-site monitoring visits will be

12   completed based on ratings received from the FY18

13   Strategic Plan Summary Reviews."

14            Do you see that?

15      A     Yes.

16      Q     Thank you.  So am I correct by looking at

17   this that programs that you visited in person versus

18   virtually, it was based on scores?

19      A     Yes.  This was how it was previously --

20   feedback was previously provided.  This was in 2019

21   -- 2018, '19.

22            The previous process, because that process

23   has changed.  We've now moved to just the rubric

24   ratings.  We would take a look at each focus area

25   and look at rating based on percentages.  If it's



1  five activity action items were in that area, they

2  got four in operation on that area.  That's an 80

3  percent rating.

4          So we were using a numerical rating, but

5  we all have been moved towards just feedback on

6  implementation based on the rubric.

7      Q    So I'm correct that you moved from a

8  numerical rating to the operational, emerging --

9      A    Yes.

10     Q    -- not evident?

11     A    Not -- rubric rating, yes.

12     Q    That's what you referred to as the rubric

13  rating?

14     A    Yes.

15     Q    What led you to make that change?

16     A    Just in discussion with the State

17  director.  Not being able to have that conversation

18  to be able to know what the timeline was, but I

19  think initial conversations, and I don't know this

20  definitively, were to -- the ratings -- the

21  numericals were only looked at for three years.

22          So just in conversation with the State

23  director, we decided to move towards fidelity

24  implementation, using the rubric process versus

25  numerical.

