EXHIBIT N

**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-cv-03088-ELR

---

**CELEST NGEVE**

*July 15, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

1   director -- directors' meetings apart from the GNETS

2   directors and then Ms. Cleveland and Ms. Stevenson?

3        A     Not consistently.

4        Q     Okay.  In situations where there may be

5   other participants who are not consistent

6   participants, what are the sorts of -- who are the

7   sorts of folks that might show up at those meetings?

8        A     The i-Ready coordinator may come because

9   we all participate.  We all utilize i-Ready; so they

10  may be giving us updates on trends and different

11  things that are happening with i-Ready, which is a

12  supplemental curriculum that assists our -- our

13  students with their -- their educational goals and

14  things of that nature, so i-Ready.

15       There's -- there's been times also where

16  there's other -- they may have someone present to us

17  that are providing, like -- that may tell us about

18  different therapeutic models and different things

19  that we can implement within our program, as well as

20  they have done amazing work with having people from

21  trauma -- teach us more about trauma-informed care

22  and just other therapeutic strategies that help

23  support our students.

24       Q     Okay.  The i-Ready coordinator that you

25  mentioned -- who is that -- what company or entity



1   improvements.

2          Q      Mm-hmm.  Okay.  Where is Rutland Academy

3   located?

4          A      1250 Oglethorpe Avenue, Athens, Georgia

5   30606.

6          Q      And is that where we are today?

7          A      Yes.

8          Q      Is the Rutland Academy GNETS program

9   housed in a single facility?

10         A      Yes.

11         Q      So you don't have other sites in

12  individual schools; correct?

13         A      Correct.

14         Q      And you also don't have other sites that

15  are stand-alone buildings like the one we're in

16  right now; correct?

17         A      Correct.

18         Q      How long has Rutland been housed at the

19  facility on Oglethorpe Avenue?

20         A      Since 2008.

21         Q      Was the Oglethorpe facility a new building

22  when Rutland moved in in 2008?

23         A      Yes.

24         Q      Was the facility built specifically for

25  Rutland Academy?



 1  meetings, or if they request it.

 2      Q    So this flyer provides some summary

 3  information about the Rutland Academy GNETS program?

 4      A    Correct.

 5      Q    Am I correct that this is a document that

 6  the Rutland GNETS program provided in response to

 7  the United States subpoena for documents?

 8      A    Yes.

 9      Q    What is Rutland's mission statement,

10  according to this document?

11      A    "The mission of Rutland Academy is to

12  provide a therapeutic and educational environment

13  that empowers students to be academically,

14  behaviorally and socially successful through

15  collaboration with regional school systems, families

16  and community organizations," as a mission

17  statement.

18      And the vision statement indicates, "Rutland

19  Academy is an exemplary student-centered therapeutic

20  environment that provides a unique blend of

21  psychological, behavioral, academic and social

22  services that empower students to make a successful

23  transition to the least restrictive environment."

24      Q    Is the mission statement that appears here

25  an accurate statement of Rutland Academy's mission?



1        A    Yes.

2        Q    So Rutland aims to provide, not just an

3   educational environment, but a therapeutic

4   environment for its students?

5        A    Yes.

6        Q    And it says here that the aim is for the

7   environment to empower students to be academically,

8   behaviorally, and socially successful through

9   collaboration with regional school systems,

10  families, and community organizations; right?

11       A    Correct.

12       Q    Are the regional school systems referenced

13  here the ones that you identified earlier as the 13

14  school systems that have the ability to refer

15  students to Rutland Academy?

16       A    Yes.

17       Q    Does this reference to regional school

18  systems include any other school systems apart from

19  those?

20       A    No.

21       Q    Which community organizations does Rutland

22  collaborate with to empower students to be

23  academically, behaviorally, and socially successful?

24       A    So for the therapeutic components, we

25  collaborate with Pathways Transition Systems --



1  Rutland?

2      A    No.

3      Q    What is the process for hiring new staff

4  when an opening is created at Rutland?

5      A    They're -- they submit a application, or

6  they submit their resume.  Sometimes they don't

7  submit their application.  Depends on where they

8  found out about the job.  If they found out about it

9  through Teach Georgia, then they may send the resume

10 directly to me.  Sometimes if they find out it

11 through the RESA website, it directs them to send it

12 to me, but it also has the application on the RESA

13 website.  So they can actually go ahead and send

14 out -- do their application as well as a resume, and

15 they will send those to me.

16      Once I receive those, I go ahead and schedule

17 the interview.  Once we conduct the interview,

18 follow up with the references.  They also submit

19 written references, but I also follow up with them

20 by phone to make sure that I speak with them in

21 addition to receiving their written references.

22      Once we feel like that might be a -- a

23 candidate we're interested in going with, we submit

24 the -- the packet of information to our human

25 resources to make sure that there's nothing that we

 1   haven't -- just make sure that that candidate would

 2   be appropriate going forward to even extend

 3   potential employment to.

 4       Once HR reviews everything and they feel, you

 5   know, confident with everything, then we go forward

 6   with the steps of looking -- going to -- you know,

 7   contacting that individual and letting them know

 8   that they're tentatively being offered the position.

 9   We always say tentative because we -- that's pending

10   background checks and fingerprinting.  Then that --

11   that process happens where we schedule

12   fingerprinting and background checks.

13       Once those come back appropriate, they go

14   straight to RESA.  They let me know that we have

15   gotten those back.  And then I contact the candidate

16   to let them know to they're officially, you know,

17   employed, that we're -- that we're moving forward

18   with employment.

19       Of course, all that is still pending board

20   approval because it still has to go through our 13

21   superintendents of the 13 districts that we serve

22   because they still have to approve it.  It's board

23   approval pending.

24       And so once we get full board -- board

25   approval, then we move forward with scheduling



1    new-hire orientation and getting started with

2    those -- with everything that comes next with that.

3        Q      Okay.  So just going back to the beginning

4    of the process, you mentioned that you personally

5    review the applications that come in for staff

6    vacancies?

7        A      Yes.

8        Q      Does anyone else review those

9    applications?

10       A      Yes.

11       Q      Who else reviews applications?

12       A      My coordinator as well.

13       Q      And then once you and the coordinator have

14   reviewed the applications, you schedule interviews?

15       A      Correct.

16       Q      Do you schedule interviews with everyone

17   who applies for a staff vacancy?

18       A      We do.

19       Q      Who participates in those interviews?

20       A      Myself, our coordinator, and sometimes the

21   grade-level chair from the grade level in which that

22   particular individual is applying for.

23       Q      Okay.  Anyone else?

24       A      No.

25       Q      And then who makes the decision after an



1   interview about whether you want to move forward

2   with submitting a hiring packet to -- to HR?

3        A    Ultimately, I do.

4        Q    When you said earlier that you submit the

5   packet to HR, that's HR for the RESA?

6        A    Correct.

7        Q    And you said that there is sort of a

8   formal process for what you called board approval?

9        A    Mm-hmm.  Yes.

10       Q    Is that approval by the RESA's board of

11  control?

12       A    Correct.

13       Q    And that's a governing body for the RESA?

14       A    Correct.

15       Q    Are there any positions on your staff for

16  which you require approval from anyone other than

17  the RESA board?

18       A    No.

19            MS. WOMACK:  Ask the court reporter to

20       mark this document as Plaintiff's Exhibit 212.

21            (Plaintiff's Exhibit 212 was marked for

22       identification purposes.)

23       Q    (By Ms. Womack)  Ms. Ngeve, I am handing

24  you a document that the court reporter has marked as

25  Plaintiff's Exhibit 212.  This is a document that



```
 1   portal?
 2        A     Testing coordinators from the districts if
 3   they need to send something regarding testing that's
 4   confidential.  Them as well as Vickie or LaKesha
 5   from the State Department.
 6        Q     Okay.  Anyone else?
 7        A     No.
 8             MS. WOMACK:  Okay.
 9             Okay.  I think we can break for lunch, if
10        that works for everyone.
11             THE WITNESS:  Okay.
12             MR. MURPHY:  Okay.
13             THE VIDEOGRAPHER:  We are off the record
14        at 1:28.
15             (Luncheon recess taken.)
16             THE VIDEOGRAPHER:  And we are back on the
17        record at 2:10 p.m.
18        Q    (By Ms. Womack)  Ms. Ngeve, before we
19   broke for lunch, we were talking a little bit about
20   the students at Rutland GNETS Academy.  Do you
21   recall that?
22        A     Yes.
23        Q     And sort of at the beginning of that
24   conversation, you started to tell me a little bit
25   about the referral process and how students come to
```



 1  be at Rutland GNETS Academy.  Do you recall that?

 2      A     Yes.

 3      Q     And I believe when you were beginning to

 4  explain that, it sounded like there are sort of two

 5  separate types of forms or documents that you use:

 6  one for students who are being considered for GNETS

 7  services and the other that is more of a

 8  consultative request.  Am I summarizing that

 9  accurately?

10      A     That's correct.

11      Q     Okay.  So I want to talk first about that

12  request for consultative services.

13            MS. WOMACK:  I am going to ask the court

14      reporter to mark this as Plaintiff's Exhibit

15      221.

16            (Plaintiff's Exhibit 221 was marked for

17      identification purposes.)

18      Q     (By Ms. Womack)  Ms. Ngeve, you have been

19  handed what's been marked as Plaintiff's Exhibit

20  221.  It bears a Bates stamp of Rutland 000297.  Do

21  you recognize this document?

22      A     Yes.

23      Q     What is this document?

24      A     This is a document, GNETS Request for

25  Consultation.  It's a Request for GNETS Consultation



 1  form.

 2          Q      Did you create this document?

 3          A      No.

 4          Q      Who created this document?

 5          A      GNETS directors, along with the State

 6  Department for GNETS.

 7          Q      And do you know if this is a document

 8  that's used across various GNETS programs?

 9          A      Yes.

10          Q      How did you -- how did you first receive

11  copies of this document?

12          A      They were sent via email to our former

13  director, and she shared it with us -- with me.

14          Q      Okay.  So you first became familiar with

15  this form through your former director at Rutland

16  Academy?

17          A      Yes.

18          Q      And does Rutland Academy use this

19  document?

20          A      Yes.

21          Q      And what is the document used for?

22          A      It's for -- it's when districts would like

23  to request for consultative support from Rutland

24  Academy.

25          Q      When districts want to request



1  document that information, what I saw in the

2  observation, any new recommendations, any

3  suggestions for the setting, or anything that might

4  be helpful for that student in that particular

5  setting or that classroom structure.  And then I

6  provide that the special ed director and the --

7  anyone else they designate to have that information,

8  such as the school administrators.

9       Q    Okay.  Do you keep -- do you maintain

10 records at Rutland Academy of each consultation?

11      A    Yes.

12      Q    Are those records maintained

13 electronically? in paper form?  How is that done?

14      A    Both.

15      Q    Both.  So it's a paper form, and then you

16 also retain it electronically?

17      A    Yes.

18      Q    Okay.  Are you personally responsible for

19 maintaining those records?

20      A    Myself, as well as our coordinator, yes.

21      Q    Okay.  On this form in the -- the text box

22 that appears in the middle, it says, "Please review

23 the Guiding Questions for Consideration of GNETS

24 Services as well as the GNETS Services Flow Chart to

25 assist in appropriate educational planning for the



1  student."  Do you see that?

2        A    Yes.

3        Q    What are the guiding questions for

4  consideration of GNETS services?

5        A    The guiding questions are in alignment

6  with the GNETS Board rule that all the GNETS

7  directors use, we provide to all the LEAs that we

8  serve when they're considering a student for GNETS

9  placement.

10       Q    So you said the guiding questions are

11  questions that all of the GNETS directors use?

12       A    Yes.  They're in alignment with the GNETS

13  Board rule.

14       Q    And when you they're in alignment with the

15  GNETS Board rule, what do you mean by that?

16       A    The GNETS Board rule -- there's questions

17  that -- that guide decision-making for students, and

18  it's in alignment with what the GNETS Board rule

19  indicates.

20       Q    And when you say the questions are in

21  alignment with what the GNETS Board rule indicates,

22  is it accurate to say that those questions help

23  ensure that that Board rule is being complied with?

24       A    Yes.

25       Q    This also references the GNETS services



1  flow chart.  Do you see that?

2        A    Yes.

3        Q    What is the GNETS services flow chart?

4        A    It tell -- it's a flow chart that shows

5  how students could potentially be -- be considered

6  for GNETS placement, some of the things that happen

7  first and some of the things -- different services

8  that are provided in the districts prior to.

9        Q    Okay.  And is that flow chart kind of a --

10  almost like a text road map where, if the answers to

11  some questions are yes or no, it takes you to

12  different pathways or conclusions?

13        A    Not exactly.

14        Q    Okay.  How is it set up?

15        A    It just kind of indicates, you know, if

16  the student is coming from this particular type of

17  setting and they have had some of these type of

18  services, they may or may not be eligible for --

19  be -- be someone that you might want to consider for

20  GNETS placement.  Just kind of gives you a guide, an

21  example.

22        Q    Okay.  Is the GNETS services flow chart

23  aligned to the State Board GNETS rule in the same

24  way that the guiding questions for consideration of

25  GNETS service are?



1      A     Yes.

2      Q     So that GNETS services flow chart also

3  helps ensure compliance with the State Board GNETS

4  rule?

5      A     Correct, yes.

6      Q     Turning to the second page of this

7  document, which is Bates-stamped Rutland 000298,

8  this has a section where it says, "Check the

9  Consultative Services you would like for GNETS to

10  provide (choose one)."  Do you see that?

11      A     Yes.

12      Q     Are these the only consultative services

13  that you provide in connection with your role as

14  director of the Rutland GNETS Academy?

15      A     Yes.

16      Q     Is there anything else that occurs in the

17  process by which the school systems that have the

18  ability to -- to refer students to Rutland

19  Academy -- is there anything else that occurs in the

20  process of Rutland Academy providing consultative

21  services to those school systems that we have not

22  discussed yet?

23      A     Yes, there is -- there -- there are.

24      Q     What are those things?

25      A     Sometimes a district may want a certain



1      Q     Okay.  And to what group of staff or

2   individuals did you consult on the student

3   achievement model?

4      A     I provided one across districts; so they

5   came here.  So across multiple districts that we

6   serve, they were able to come for the training.  And

7   I also provided that training for administrators in

8   Madison County as well.

9      Q     Okay.  And the training that was provided

10  here that was for multiple districts -- how many

11  districts participated in that?

12     A     I can't remember the exact number of this

13  last one.

14     Q     Okay.  Do you have a rough estimate?

15     A     Three to six.

16     Q     Okay.  All right.  So now I want to talk a

17  little bit about the referral process as it relates

18  to students who are actually being referred for

19  consideration of services at Rutland Academy GNETS.

20  I believe you mentioned earlier that there were some

21  consideration documents; is that correct?

22     A     Yes.

23     Q     Tell me a little bit more about those.

24     A     There's a consideration student

25  information packet form that basically indicates,



 1   like, what they're wanting as far as what's going on

 2   with that -- with that student and why they might

 3   feel like GNETS services might be -- might be

 4   helpful for this student at that time.

 5               MS. WOMACK:   Okay.   I'm going to ask the

 6         court reporter to please mark this document as

 7         Plaintiff's Exhibit 222.

 8               (Plaintiff's Exhibit 222 was marked for

 9         identification purposes.)

10         Q     (By Ms. Womack)   Ms. Ngeve, you have been

11   handed Plaintiff's Exhibit 222, which is a document

12   Bates-stamped Rutland 000291.   The, sort of, title

13   of this document appears to be "Georgia Network for

14   Educational and Therapeutic Support Confidential

15   Student Information Packet."   Is this the document

16   that you were just referring to?

17         A     Yes.

18         Q     Okay.   And so you mentioned that, for a

19   student who is being referred for consideration of

20   GNETS services at Rutland Academy, this form would

21   be completed?

22         A     Correct.

23         Q     Who would complete this form on behalf of

24   a student that was being referred for consideration

25   of GNETS services?



1        A      It depends.  It could be -- it depends.

2        Q      What are the -- what are the options for

3   who might complete this packet on behalf of a

4   student?

5        A      It might be the special education director

6   or the special education coordinator, the

7   administrator in conjunction with the special

8   education director or coordinator.  It could be the

9   behavioral support person in conjunction with the

10  LEA, the -- sorry -- special ed director and the

11  caseload manager.  It could be multiple people on

12  the IEP team that are within the school and even

13  including with the parent that might be providing

14  some information for it.  So it just depends.

15       Q      So would it be fair to say that this

16  packet would be completed by someone affiliated with

17  the referring school system?

18       A      Yes.

19       Q      Okay.  This packet is not completed by

20  Rutland?

21       A      No.

22       Q      Once this packet is completed, what

23  happens next?

24       A      Once it's completed, they send the

25  information to me; and then I review the packet.



1      Q     Okay.  And when you review the packet,

2    what do you review the packet for?

3      A     To make sure that all the components of

4    the packet are -- are there, using the guiding

5    questions to make sure that everything that should

6    be there is there.

7      Q     Okay.  So the guiding questions are the

8    guiding questions for consideration of GNETS

9    services that we talked about already?

10     A     Correct.

11     Q     Okay.  And those guiding questions for

12   consideration of GNETS services tell you what the

13   required components are of the packet that should be

14   there?

15     A     Yes.

16     Q     Okay.  Once you have reviewed the packet

17   to determine whether all of the required components

18   are there, what do you do after that?

19     A     I communicate with the special education

20   director or coordinator to let them know either I

21   have everything that -- that we're -- that we're

22   supposed to have in the packet or we're missing some

23   additional documents, and I ask for those documents.

24     Q     Okay.  Once you have done that, what

25   happens after that?



1      Q      Did you create this confidential student

2    information packet?

3      A      No.

4      Q      Who created it?

5      A      The State Department in conjunction with

6    some special -- some of the GNETS directors.

7      Q      And how did you come into possession of

8    copies of this confidential student information

9    packet?

10      A      Initially through my former director.

11      Q      Okay.  So you received this confidential

12    student information packet through your former

13    director, just like you received the request for

14    consultation document through your former director?

15      A      Correct.

16      Q      Tell me a bit more about what happens in

17    the IEP meeting where consideration of GNETS

18    services is discussed for a student.

19      A      Are you wanting to -- are you asking about

20    just the general consist of what happens in those

21    meetings, or are you asking about something specific

22    in the meetings?

23      Q      Just generally, how does the meeting

24    proceed?  Who else is in attendance?  What occurs?

25      A      Well, to begin with, introductions; and



1   for Rutland Academy?

2        A      Correct.

3        Q      Did that student at some later time end up

4   coming to Rutland Academy?

5        A      No.

6               MS. WOMACK:  I am going to ask the court

7        reporter to please mark this document as

8        Plaintiff's Exhibit 223.

9               (Plaintiff's Exhibit 223 was marked for

10       identification purposes.)

11       Q      (By Ms. Womack)  Ms. Ngeve, you have been

12  handed what's been marked as Plaintiff's Exhibit

13  223.  This is a document Bates-stamped Rutland

14  000299.  It's titled "GNETS Services Flow Chart."

15  Do you recognize this document?

16       A      Yes.

17       Q      Is this the GNETS services flow chart that

18  we have been discussing today?

19       A      Yes.

20       Q      Did you create this flow chart?

21       A      No.

22       Q      Who created this flow chart?

23       A      Some -- some of the GNETS directors, in

24  addition to the State Department for GNETS.

25       Q      And did you first come into possession of



1   this GNETS services flow chart in the same way that

2   you came into possession of the confidential student

3   information packet and the request for consultation?

4         A      Yes.

5         Q      And that's from your former director?

6         A      Correct.

7         Q      Do you use this document?

8         A      Yes.

9         Q      And how do you use this document?

10        A      To ensure that whenever -- to make sure

11  that I'm looking -- I'm constantly, you know,

12  following the process in which it should be followed

13  and making sure -- and I also present it to our

14  special education directors and coordinators at the

15  beginning of the school year each year.  And

16  sometimes if there is a new -- there's new directors

17  that come on, I make sure they have a copy of it as

18  well as everyone else from, you know, all the 13

19  school districts, the LEAs.

20        Q      Okay.  And when you say you use this

21  document to follow the process as it should be

22  followed --

23        A      Yes.

24        Q      -- what is the basis for how the process

25  should be followed?  Where does that come from?



1          A      Where does the basis come from?

2          Q      Yeah.   When you say this is to ensure that

3    you're following the process as it should be

4    followed, I'm just wondering what is -- who sets the

5    standard for how the process should be followed?

6          A      The board rule from the State Department.

7          Q      Okay.   So this is aligned to the State

8    Board GNETS rule as well?

9          A      Correct.

10         Q      Okay.   So looking at the top of this

11   document, in the sort of top text box, it says, "A

12   student currently being served in SPED has behavior

13   problems at their school and it is believed GNETS

14   may be an option."   Do you see that?

15         A      Yes.

16         Q      And "served in SPED" -- does that mean

17   served in special education?

18         A      Yes.

19         Q      And then this goes on to say, "GNETS

20   services are only for students served in SPED."

21   And, again, SPED meaning special education?

22         A      Correct.

23         Q      What is the basis for this statement that

24   GNETS services are only for students served in

25   special education?



1   it's a phone call that starts it, where the parent

2   calls and says, hey, we're moving here and our kid

3   will be going to this school.

4        If they call us, we contact the district.  We

5   say, okay, "What district are you moving to?"  And

6   if they contact the district, then the district

7   tries to figure out, okay, what day are you going to

8   be here so we can go ahead and get that student

9   enrolled in school.

10       Q     Okay.

11             MS. WOMACK:  I am going to ask the court

12       reporter to please mark this document as

13       Plaintiff's Exhibit 224.

14             (Plaintiff's Exhibit 224 was marked for

15       identification purposes.)

16             THE WITNESS:  Thank you.

17       Q     (By Ms. Womack)  Ms. Ngeve, you have been

18   handed what is marked as Plaintiff's Exhibit 224.

19   This is a document, bears the Bates stamp

20   GA00354672.  It is an email from you to Vickie

21   Cleveland dated October 25th, 2019, with the subject

22   "Re: J. Brown."  Do you recognize this document?

23       A     Yes.

24       Q     This is an email thread between you and

25   Vickie Cleveland; is that correct?



```
 1        A    Yes.

 2        Q    I will just note for you that on the

 3   second page of this document we have redacted the

 4   student's first name, where it has appeared, for

 5   confidentiality purposes.

 6        A    Yes.

 7        Q    If you look towards the bottom of the

 8   first page, do you see the email that you sent to

 9   Vickie Cleveland and LaKesha Stevenson on October

10   17, 2019?

11        A    Yes.

12        Q    And in this email you say, "Clarke has a

13   kiddo that is returning from YDC.  He previously

14   attended Rutland before going to YDC, though his

15   behaviors were more conduct in nature.  Either way,

16   I know he'd return here when coming back from YDC as

17   we were the last placement prior to YDC.  Mom

18   doesn't want him to return to Rutland.  I want to

19   double check just for my own clarity.  If mom

20   decides she doesn't want him to return here, won't

21   her parent rights override Clarke wanting him to

22   return here?  I noticed in the verbiage that one of

23   the Clarke coordinators sent (below) that she is

24   telling the DHS case manager that the student has to

25   return to Rutland, yet I was thinking that if mom
```



 1   doesn't agree to placement, when we meet, the

 2   district has to support him in another way.  Is this

 3   correct?  Again, I'm seeking clarity to make sure I

 4   am adequately prepared for the meeting."

 5        Have I read your email to Ms. Cleveland and --

 6   and Ms. Stevenson accurately?

 7        A    Yes.

 8        Q    What is YDC?

 9        A    Youth detention center.

10        Q    Okay.  And Clarke County is one of the

11   school systems that Rutland Academy and GNETS

12   program serves; is that right?

13        A    Yes.

14        Q    And so am I correct in understanding from

15   this email that here you are reaching out to

16   Ms. Cleveland and Ms. Stevenson because you

17   understand that one of the Clarke County special

18   education coordinators is saying that the student at

19   issue here must be placed at Rutland despite the

20   student's mom not wanting him to be placed there?

21        A    Correct.

22        Q    Were you looking for Ms. Cleveland and

23   Ms. Stevenson to clarify whether the Clarke County

24   special education coordinator was correct?

25        A    Yes.



1       A    Yes, I know.

2       Q    And what happened to the student after

3  they were released from YDC?

4       A    They didn't come to Rutland.  They didn't

5  go back to their home setting; so it ended up being

6  a DFCS situation.  But they went to another

7  location.  I'm not sure what happened.

8       Q    Okay.  So that student did not come to

9  Rutland, and the student also did not go back to

10  Clarke County?

11      A    As I recall, correct.

12      Q    Okay.

13           MS. WOMACK:  I would like to hand the

14      court reporter what I would like to have marked

15      as Plaintiff's Exhibit 225.

16           (Plaintiff's Exhibit 225 was marked for

17      identification purposes, later correctly marked

18      as Plaintiff's Exhibit 199.)

19           THE WITNESS:  Thank you.

20           MS. WOMACK:  Actually, I need to correct

21      the record.  I apologize.  This document has

22      previously been marked as Plaintiff's Exhibit

23      199.  That deposition occurred so close in time

24      to this that there is no stamped exhibit; so we

25      can correct the markings on that document.



1              THE WITNESS:  Do you want me to hand it

2       back?

3         Q     (By Ms. Womack)  No.  You can -- you can

4    hang on to it for now, and we will make sure that we

5    correct it at the end of the deposition.

6         That document bears a sort of unique numerical

7    identifier at the bottom that is 000361.  Ms. Ngeve,

8    are you familiar with this document?

9         A     Yes.

10        Q     Is this the Guiding Questions for

11   Considering of GNETS Services that has come up

12   multiple times in our conversation today?

13        A     Yes.

14        Q     Does Rutland Academy use these Guiding

15   Questions for Consideration of GNETS Services

16   document?

17        A     Yes.

18        Q     And tell me how Rutland uses this

19   document.

20        A     One way is I provide it to all the G --

21   all the special education directors and coordinators

22   to make sure they have all the information so they

23   can actually use this form prior to submitting a

24   packet to make sure they have all the information

25   together.



1          Then the second thing I do with it is I use it

2     whenever a packet is sent in to me, a student

3     information packet is sent in to me, and I actually

4     use it to -- to indicate if everything is there

5     according to the guiding questions.

6          Q     Okay.  And am I remembering correctly that

7     you told me earlier that this document is aligned to

8     the State Board of Education GNETS rule?

9          A     Correct.

10         Q     And so when you're using this document to

11    make sure that everything that's supposed to be in

12    the confidential student information packet is

13    there, you're doing that to ensure that you are

14    complying with the State Board of Education GNETS

15    rule?

16         A     Correct.

17         Q     Did you create this document?

18         A     No.

19         Q     Who created this document?

20         A     The State Department for GNETS as well as

21    some -- some of the GNETS directors.

22         Q     Is it your understanding that other GNETS

23    programs use this same document?

24         A     Yes.  All.

25         Q     All of them?



1        A      All use it, yes.

2        Q      Okay.  Does Rutland Academy keep records

3   of what students are referred to its GNETS program

4   and what the outcomes of those referrals are?

5        A      Yes.

6        Q      How does Rutland keep those records?

7        A      We have a referral tracking notebook where

8   we actually indicate whenever a file comes in, and

9   then we go back and indicate if the student was

10  placed or if they were not placed.

11       Q      Okay.  Do you maintain those record

12  logbooks, you know, kind of on a longer-term basis?

13       A      Yes.

14       Q      And how do you maintain them?

15       A      We keep them locked in our -- in our

16  intake office with all the documentation.

17       Q      Are those records maintained in paper

18  form?

19       A      Excuse me.  Yes.

20       Q      Do you maintain them in any form other

21  than paper?

22       A      Sometimes.  It depends on how it was

23  submitted.  If it was submitted to us

24  electronically, then we may save it on -- we

25  previously saved it on our shared server under



1   reach out to the State Department of Education, who
2   specifically do you reach out to?
3        A     Vickie Cleveland or LaKesha Stevenson.
4        Q     Okay.  It sounds like many of the kinds of
5   questions that you reach out to Ms. Cleveland or
6   Ms. Stevenson for are when you are unsure about
7   certain things and you're looking for clarification;
8   is that fair?
9        A     Yes, that's fair.
10       Q     And why do you reach out to
11  Ms. Cleveland -- Ms. Cleveland or Ms. Stevenson?
12  Why those two individuals?
13       A     Since they are the program, you know,
14  director and coordinator for GNETS and they -- they
15  often will -- you know, they just -- I just feel
16  like they have great wisdom, and I want to make sure
17  that is there any recommendations or something else
18  I can be doing differently to support our districts
19  because I want to make sure we're supporting them
20  and providing them with all that they need, so --
21       Q     Are Ms. Cleveland and Ms. Stevenson
22  generally responsive to your requests?
23       A     Oh, yes.
24             MS. WOMACK:  I would like to have this
25       document marked as Plaintiff's Exhibit 226.



 1              (Plaintiff's Exhibit 226 was marked for

 2      identification purposes.)

 3         Q     (By Ms. Womack)  Ms. Ngeve, you have been

 4  handed what has been marked as Plaintiff's Exhibit

 5  226.  This is a document Bates-stamped GA00356905.

 6  It's an email from you to Vickie Cleveland dated

 7  January 3rd, 2020.  The subject is "Chat?"  Do you

 8  recognize this document?

 9         A     Yes.

10         Q     Is this an email that you sent to Vickie

11  Cleveland?

12         A     Yes.

13         Q     And is this an example of what we were

14  just discussing, you reaching out to Ms. Cleveland

15  to discuss a student that a district wants to send

16  to Rutland?

17         A     Yes.

18         Q     Do you recall what this email -- the

19  situation that this email related to?

20         A     No.

21         Q     Okay.  Once a student arrives at Rutland

22  Academy, are they given any assessments to determine

23  where they are, either behavior -- behaviorally or

24  academically?

25         A     Yes.



1      Q     Okay.  And who made the decision that

2   students would be assessed academically using

3   i-Ready?

4      A     i-Ready is from the State Department.

5   We all -- all the GNETS use i-Ready, but then I, you

6   know, make sure that we're doing that as well.

7      Q     Okay.  And when you say it's from the

8   State Department that all the GNETS programs use

9   that, you're saying that i-Ready is something that

10  the State Department has indicated that -- that all

11  the GNETS programs should use?

12     A     Yes.

13     Q     Okay.  And then you reinforce that by

14  making sure that it's actually implemented?

15     A     Correct, yes.

16     Q     What about the Wilson reading assessment?

17  Who made the decision that that would be used as an

18  assessment?

19     A     Myself, along with our reading specialist

20  from RESA.  She provided that training to our

21  teachers, and she always provides it to any new

22  teachers that might be teaching reading.  So she

23  kind of helped us really increase our rigor with

24  making sure that reading was a primary focus after

25  looking at data across time and realizing that that



1        A      Yes.

2        Q      And what is that process?

3        A      It is determined by, of course, the number

4   of enrollment as far as every so many years they

5   look at the number of enrollment, but also the

6   districts collaborate on the budget and how --

7   what's in our -- how the budget is being used, how

8   much is -- how many teacher allotments and staff

9   allotments are needed and things of that nature,

10  along with human resources and our finance people

11  from RESA.

12       Q      And you have mentioned several times

13  during our conversation today a GNETS grant

14  application?

15       A      Yes.

16       Q      What is the GNETS grant application?

17       A      It's an application we have to submit

18  annually to the State Department regarding how our

19  program has ran and everything that's needed -- that

20  we did within the school year, should I say, as far

21  as how many staff, the staffing pattern, the number

22  of students receiving mental health support, number

23  of students that -- I think it includes the number

24  of students that transitioned.  There's several

25  different things that are included in that.  But

1  really how the program -- everything about the

2  program from that particular year.  That's for the

3  GNETS grant.

4      Q    And when you're providing that information

5  in connection with the GNETS grant, what is the

6  purpose of you providing that information?  What are

7  you looking for?

8      A    That's to -- for budget -- for budget

9  purpose for the -- from what I understand, from the

10  State Department to determine the amount of the

11  budget, the specifics -- the specific needs and what

12  have we -- have we done in -- in -- in alignment

13  with the -- the GNETS Board rule as far as what we

14  should be providing to students and supports and

15  making sure that everything is being done

16  appropriately, you know, for the students and the

17  school, whatever is related to the budget.

18      Q    And then once the State Department

19  receives that grant application with all of that

20  information, then decisions are made about the

21  amount of money that Rutland Academy will get from

22  the State Department?  Is that -- am I understanding

23  that correctly?

24      A    Yes.

25          THE VIDEOGRAPHER:  We're coming up on



1          A       Yes.

2          Q       And so what does that mean?

3          A       That it's a state grant that provides our

4    social worker.

5          Q       Okay.  And moving down, if you look at --

6    there's a line for GNETS teacher on this very same

7    page.  Do you see that?

8          A       Yes.

9          Q       And then under "State Grant" for that

10   GNETS Teacher category, it says "7."  Do you see

11   that?

12         A       Yes.

13         Q       What does that mean?

14         A       That they're funded from the state grant.

15         Q       If you turn over to the very next page, do

16   you see at the very bottom, it says "Grant Total"?

17         A       Yes.

18         Q       So this identifies the total number of

19   Rutland staff?

20         A       According to this, yes.

21         Q       And does this indicate that all 32 of

22   those staff are funded by the state grant?

23         A       Yes, according to this document, yes.

24         Q       Do you have any reason to believe that

25   this document is inaccurate?



1      A    No.

2      Q    Do all of the staff members at Rutland

3  Academy continue to be funded through the state

4  grant?

5      A    I'm unsure of exactly how the funding

6  sources are exactly for each position.

7      Q    Okay.

8      A    Other than the contract employees.

9      Q    Okay.

10          MS. WOMACK:  I would like to have the

11          court reporter mark this document as

12          Plaintiff's Exhibit 230.

13          (Plaintiff's Exhibit 230 was marked for

14          identification purposes.)

15          THE WITNESS:  Thank you.

16     Q    (By Ms. Womack)  Ms. Ngeve, you have been

17  handed what has been marked as Plaintiff's Exhibit

18  230.  This is a document bearing the Bates stamp

19  GA01075799.  The top of this document is an email

20  from you to Vickie Cleveland.  The subject is

21  "Forward: FY21 Preliminary GNETS State and Federal

22  Grant Allocations."

23          And this document indicates that there are two

24  attachments, the first of which is a PDF titled

25  "FY21 Preliminary GNETS State and Federal



1          Q     And is that the GNETS strategic plan?

2          A     Yes.

3          Q     Who drafted the GNETS strategic plan?

4          A     The State Department in addition to some

5    of the GNETS directors had input on it as well.

6          Q     And I believe you mentioned earlier that

7    there are six components of the GNETS strategic

8    plan; is that right?

9          A     Yes.

10         Q     Is there any part of the strategic plan

11   that contains goals for the reduction of segregated

12   placements?

13         A     That wording is not familiar to me.

14         Q     Okay.  Is the Rutland Academy GNETS

15   program obligated to comply with the GNETS strategic

16   plan?

17         A     Yes.

18         Q     And just sort of from a very big picture

19   level, how does Rutland comply with the strategic

20   plan?  What is that process?

21         A     We're ensuring that each of the components

22   are being implemented with fidelity, and we're also

23   keeping the data on those particular -- each -- each

24   of the six parts of the strategic plan.  And we're

25   meeting as a leadership team to discuss those.  We



1   discuss those components during staff meetings as

2   well.  And I also share that information with our

3   LEAs when I -- when I meet monthly for LSEAC.

4        Q    Does Rutland have to report information

5   about its implementation of those six components of

6   the GNETS strategic plan?

7        A    Yes.

8        Q    And who is that information reported to?

9        A    Vickie and LaKesha.  Vickie Cleveland and

10  LaKesha Stevenson.

11       Q    Are there standardized categories of

12  information within that that have to be reported?

13       A    Each of the categories have to be -- have

14  to be -- be reported or shared.

15       Q    Okay.  And who establishes what

16  information within those categories have to be

17  reported or shared?

18       A    LaKesha and Vickie -- LaKesha Stevenson

19  and Vickie Cleveland send the information out to us

20  as far as who is going to -- what information has to

21  be in each of those areas.

22       But it also goes back to the strategic plan

23  specifically based on what the input was from some

24  of the GNETS directors as well as them -- as far as

25  what goes in each category is filled out on there,



1  | as far as how we -- like, we have done with each one
2  | of those.
3  |      Q     Okay.  So the leadership team and the
4  | staff -- you all rate yourselves initially?
5  |      A     Correct.  Based on the strategic plan.
6  |      Q     Okay.  Is there any process by which those
7  | self-ratings are then reviewed by anyone else?
8  |      A     Yes.
9  |      Q     And what is that process?
10 |      A     If it's -- if it's our year to have a --
11 | to do a strategic plan in person where they're
12 | coming to monitor ours -- because it rotates as far
13 | as, if you're a new director, you have certain --
14 | certain number of years that you're -- you're
15 | definitely going to be -- get the site visit where
16 | they're going to come and actually review the
17 | strategic plan with you; so they go through all the
18 | documents at that time.
19 |      Q     When you say they are going to come and
20 | they go through documents at that time, who is
21 | "they"?
22 |      A     Vickie Cleveland and LaKesha Stevenson.
23 | And sometimes it's one or the other.
24 |      Q     Okay.  And so there are some years where
25 | Rutland will have an in-person visit --



1        A        Correct.

2        Q        -- from Ms. Cleveland or Ms. Stevenson --

3        A        Correct.

4        Q        -- to review your self-ratings on the

5    self-assessment?

6        A        Yes.  As well as the artifacts for the

7    strategic plan.

8        Q        And when you say the artifacts for the

9    strategic plan, is that documentation showing

10   whether you have complied with those six components

11   of the strategic plan?

12       A        Yes.

13       Q        And so Ms. Cleveland and Ms. Stevenson, if

14   they come on-site, then, will review those

15   artifacts?  Am I understanding that right?

16       A        Yes.

17       Q        Who participates in that on-site review

18   with Ms. Cleveland and Ms. Stevenson when they come

19   for Rutland?  Who from Rutland participates in that?

20       A        Members of the leadership team.

21       Q        And so if I -- if I remember correctly,

22   that's you and your coordinator; correct?

23       A        We're part of the leadership team, yes.

24       Q        And the leadership team also includes the

25   intensive interventionist?



1          A      Correct.

2          Q      I believe there is one more member of the

3     leadership team.  Am I missing someone?

4          A      There's grade-level chairs as well as the

5     social worker.

6          Q      Okay.  So all of those individuals would

7     participate in the on-site review with Ms. Cleveland

8     and Ms. Stevenson?

9          A      Not all.  It just depends on what time

10    period and if the teachers can be out of the

11    classroom.

12         Q      Okay.  Would you participate in that

13    on-site review --

14         A      Yes.

15         Q      -- with Ms. Cleveland and Ms. Stevenson?

16         A      Yes.

17         Q      In all aspects of that?

18         A      Yes.

19         Q      Do Ms. Cleveland and Ms. Stevenson ask

20    questions of you or your leadership team when they

21    are present for an on-site as part of the GNETS

22    strategic plan process?

23         A      Yes.

24         Q      Do they ever request that Rutland provide

25    additional artifacts beyond those that Rutland may

1   have already collected?

2          A     Yes.

3          Q     Does Rutland collect that information and

4   provide it when requested?

5          A     Yes.

6          Q     Does anything -- apart from what we have

7   already discussed in terms of meetings and

8   discussions and the review of artifacts when

9   Ms. Cleveland or Ms. Stevenson come for an on-site

10  review, what else do Ms. Cleveland or Ms. Stevenson

11  do when they're here for an on-site review?

12         A     They take a tour of the school.  They

13  see the -- they see the classrooms.  They see how

14  students are responding to things that are -- that

15  are going on in the school.  They just take a tour

16  and, you know, get an idea, you know, of what's

17  really happening, the climate and culture of the

18  school, of -- of Rutland Academy.

19         Q     Do they sit in and -- and conduct

20  classroom observations?

21         A     No.

22         Q     They just tour the actual facility?

23         A     Correct.  During the site -- during the

24  strategic plan review, they will just tour --

25         Q     Okay.



1   sentence in the first paragraph, it says, "GaDOE

2   developed and provided a rubric and guidance to

3   assess how well each component of the plan was

4   implemented in FY20."  Do you see that?

5        A     Yes.

6        Q     Did you receive the rubric and guidance

7   that's mentioned here?

8        A     Yes.

9        Q     Who did you get that rubric and guidance

10  from?

11       A     I believe it was from Vickie Cleveland.

12       Q     Did you use that rubric and guidance in

13  self-assessing how well each component of the GNETS

14  strategic plan was implemented at Rutland in FY20?

15       A     Yes.

16       Q     Okay.  Moving on to Plaintiff's Exhibit

17  235, do you recognize this document, Ms. Ngeve?

18       A     Yes.

19       Q     What is this document?

20       A     The results -- our strategic plan results

21  on the rubric in 2020.

22       Q     Okay.  Do these ratings reflect the final

23  ratings for the Rutland Academy GNETS program after

24  any strategic plan review with the State Department

25  of Education?



 1         A     Yes.

 2         Q     Am I correct that in the strategic plan

 3   results, Rutland was rated "Operational" in all

 4   areas except for one?

 5         A     Correct.

 6         Q     What was the area where Rutland was not

 7   rated "Operational"?

 8         A     In transitioning from GNETS services.

 9         Q     And what does "transitioning from GNETS

10   services" mean?

11         A     Being -- going back to traditional school

12   settings as far as in that particular setting,

13   just -- like, how students transition back to their

14   traditional school settings.

15         Q     Okay.  What was Rutland rated in that

16   area?

17         A     "Emerging."

18         Q     What was the basis for the "Emerging"

19   rating for transition from GNETS services?

20         A     It indicated that some of our activities

21   that were required were accomplished consistently

22   with sources of evidence to support implementation

23   for this action item.  However, the feedback that we

24   also got was that they're interested in us working

25   with the districts to see if there are going to be



 1  more -- like, any site locations in the districts so

 2  that, when students leave our setting, that they go

 3  back into potentially a GNETS-type classroom within

 4  the school systems.

 5      Q    Okay.  And when you say "they," who are

 6  you referring to?

 7      A    Ms. Cleveland and Ms. Stevenson.

 8      Q    Okay.  When did Rutland last receive

 9  strategic plan results?  What was the most recent

10  year?

11      A    I believe -- I believe this was our most

12  recent one, because COVID happened the next school

13  year.  I believe, if I'm not mistaken, that this was

14  the most recent.

15      Q    Okay.  When there is not an on-site review

16  with the Georgia Department of Education, is there

17  any sort of virtual meeting or review that you have

18  with Ms. Cleveland or Ms. Stevenson?

19      A    Some GNETS, yes.

20      Q    And what about Rutland?

21      A    We didn't have a virtual one for the

22  following year.

23      Q    Okay.  Did you -- for those years when you

24  didn't have a virtual review, did you still complete

25  the strategic plan self-assessment process?



 1    changed to the "Rutland Collaborative Council"?

 2         A    Correct.

 3              MS. WOMACK:  I would like to have this

 4         document marked as Plaintiff's Exhibit 238.

 5              (Plaintiff's Exhibit 238 was marked for

 6         identification purposes.)

 7              THE WITNESS:  Thank you.

 8         Q    (By Ms. Womack)  Ms. Ngeve, you have been

 9    handed what's been marked as Plaintiff's Exhibit

10    238.  This is a document bearing the Bates stamp

11    Rutland 000090.  Do you recognize this document?

12         A    Yes.

13         Q    What is this?

14         A    It's a Rutland advisory meeting minutes.

15         Q    And these are -- well, what is the date of

16    the advisory meeting for which these are meeting

17    minutes?

18         A    5/15/19.

19         Q    And is this meeting a meeting of the same

20    advisory board that was the subject of the meeting

21    with Ms. Cleveland and Keith Everson and Suzanne

22    Korngold that we just discussed?

23         A    Yes.

24         Q    If you look a third to a half of the way

25    down this first page, do you see where it says,



1   "Strategic plan was a success - won't get scores

2   until June"?

3        A    Yes.

4        Q    It then says, "The audit is complete and

5   they chose files at random.  For the most part the

6   audit went well."  Do you see that?

7        A    Yes.

8        Q    What audit does this refer to?

9        A    It was the review.  It was the -- it was

10  the strategic plan review.

11       Q    And that's a review conducted by the

12  Georgia Department of Education?

13       A    Yes.

14       Q    This goes on to say, "The DOE found a

15  couple of situations that they had questions about

16  but for the most part we are following policy and

17  procedure."  Do you see that?

18       A    Yes.

19       Q    Was the State DOE looking for compliance

20  with policy and procedure in the audit that's

21  referenced here?

22       A    Yes.  That's in the strategic plan review.

23       Q    Moving down a couple more bullet points,

24  do you see where it says, "Districts must

25  communicate to our schools and teachers that when a



1       A       This is a Rutland -- the Rutland Academy

2   update for LSEAC for January 24th, 2020.

3       Q       Okay.  Can you turn to the second page of

4   this?

5       A       Yes.

6       Q       Under "Student Partial Transitions-

7   Reintegration to Home District" -- do you see that

8   section?

9       A       Yes.

10      Q       And it says, "Currently there is 1 student

11  on a partial transition"?

12      A       Yes.

13      Q       Do you know if that student ever

14  transitioned fully back to their home school system?

15      A       Yes, the student did.

16      Q       Is this also an update that you prepared

17  yourself?

18      A       Yes.

19              MS. WOMACK:  Okay.  I would like to have

20          this document marked as Plaintiff's Exhibit

21          241.

22              (Plaintiff's Exhibit 241 was marked for

23          identification purposes.)

24              THE WITNESS:  Thank you.

25      Q       (By Ms. Womack)  Ms. Ngeve, you have been



1    handed what's been marked as Plaintiff's Exhibit

2    241.  This is a document Bates-stamped Rutland

3    000002.

4          A    Yes.

5          Q    Do you recognize this document?

6          A    Yes.

7          Q    What is this?

8          A    This is an update that was provided for

9    the Board of Control.

10         Q    And what is the Board of Control?

11         A    Those are the 13 superintendents that are

12   the Board of Control for the Northeast Georgia RESA.

13         Q    And is that the governing body for

14   Northeast Georgia RESA?

15         A    It is.

16         Q    Did you prepare this document?

17         A    I did.

18         Q    Did you routinely prepare Rutland Academy

19   updates for the Board of Control?

20         A    As requested.

21         Q    Okay.  So this would have been prepared in

22   response to a specific request by the Board of

23   Control?

24         A    A request from our former executive

25   director as he was preparing to meet with the Board



1   of Control for the beginning of the school year.

2       Q    Okay.  And this update provides, on the

3   second page, a snapshot of Rutland staffing as of

4   the time of the update; is that right?

5       A    That's correct.

6       Q    If you turn to the second-to-last page, do

7   you see the section entitled "Referral Process"?

8       A    Yes.

9       Q    In this first bullet point, it says,

10  "Celest and Latoya vet the referrals with the

11  Guidance for GNETS Placement standardized questions

12  and provide districts with feedback before

13  scheduling an IEP meeting.  If the team at Rutland

14  feels the review needs to be expanded, the

15  Collaborative Council can assist as needed.  Set

16  criteria for referral packet must be followed."

17      Do you see that?

18      A    Yes.

19      Q    This initial vetting -- is this the

20  process that we discussed earlier that you go

21  through when students are referred to Rutland

22  Academy for consideration of GNETS services?

23      A    Yes.

24      Q    What does it mean when this says, "If the

25  team at Rutland feels the review needs to be



1   expanded, the Collaborative Counsel can assist as

2   needed"?

3        A     If we feel like there is additional --

4   additional supports that might be needed -- needed

5   for that particular student or that particular

6   teacher, that particular school, the Collaborative

7   Council may have some suggestions, if it's for that

8   particular district or even if it's for another

9   district, of ways that we can possibly provide

10  support or ways that may have been helpful for their

11  teachers to get support when there may not have been

12  all the pieces that are in the referral that were

13  there.

14       Q     And then this says, "Set criteria for

15  referral packet must be followed."  Do you see that?

16       A     Yes.

17       Q     What is that set criteria?

18       A     The criteria from the GNETS Board rule as

19  far as the consideration, the student information

20  packet, as well as a consultation.  Like, we have to

21  follow what's in alignment with the board rule for

22  those documents.

23       Q     Okay.

24            MS. WOMACK:  I would like to have this

25       document marked as Plaintiff's Exhibit 242.



1  after the site visits?

2       A    No.

3       Q    Did you have any conversations after the

4  site visits with anyone from the Georgia Department

5  of Education or any of the other GNETS directors?

6       A    Not any of the -- any of the attorneys

7  representing Georgia.  But some of the GNETS

8  directors did talk about -- we talked about our --

9  like, that we had the site visits and how long they

10  lasted and things of that nature, so yes.

11       Q    Okay.  Are you familiar with the Apex

12  program?

13       A    I'm not.

14       Q    Okay.  And I think one final question.

15  You mentioned i-Ready earlier.  Is Rutland required

16  to use i-Ready for a specific number of minutes each

17  week?

18       A    Yes.

19            (Alarm sounding.)

20       Q    (By Ms. Womack)  How many minutes is that?

21       A    Ninety.

22       Q    Okay.  And where does that requirement

23  come from?

24       A    The State Department says 45 minutes, ELA;

25  45 minutes, math.

