# EXHIBIT O

**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

---

## LISA FUTCH

*October 25, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

1   ourself.  The DOE does not do this on our
2   information.  We talk through it at the end with
3   them -- Okay?  -- but this is really -- the only
4   time we complete this plan here is at our
5   post -- Okay?  -- for the other two, we don't.
6           And the self-assessment itself, like
7   the first one is not even required.  Some of us
8   do it, some of us don't, but the mid-year, the
9   one before December, January is required and the
10  post.
11          So this is just -- this last one is
12  done as a result of our post ratings and this
13  document here basically talks about, you know,
14  our priority, you know, where we're prioritizing
15  for the upcoming year and what -- you know, or
16  how we plan to sustain, if we got a higher
17  rating, how we plan to sustain that, or how
18  we're going to make improvements in that area if
19  it's a low rating.
20      Q    Okay.  As part of the self-assessment
21  or as part of the strategic plan process, it
22  sounds like you have an opportunity to sit
23  down -- or maybe you should tell me.
24          Is there an opportunity where you're
25  able to sit down with state DOE personnel to



1   talk through your plan and assessments?

2       A    Yes.  They actually send us -- now

3   before COVID, they actually came to every

4   program.  But after COVID, they send us an

5   e-mail with our dates for our virtual meeting

6   and, of course, we have -- they give us a

7   deadline to have everything submitted because

8   all the documentation actually goes into the DOE

9   portal.  And so we get our date, our meeting

10  date is virtual, and we do it virtually and we

11  go through it.

12      Q    Who from the state DOE participates in

13  this meeting?

14      A    Vickie Cleveland and Lakesha Stevenson.

15      Q    And when you say you go through the

16  plan, what does that look like?  Are they

17  providing you with feedback?  What else happens

18  during those meetings?

19      A    Yes.  They provide us with feedback.

20  So we go through each area, you know, with our

21  ratings and, you know, I'm pretty honest with,

22  you know, weaknesses and stuff, but, you know,

23  they provide us with feedback and then, you

24  know, I think at the end -- you know, and they

25  tell us typically whether they agreed or not.



1           Like -- you know, and it's really not
2    threatening at all, you know, and, you know,
3    based on, you know, they'll say, well, you know,
4    well, you know, I agree with that, yeah, and
5    I've not ever had them disagree or anything with
6    me.  I mean, I'm not really waiting for them to
7    agree.  They don't automatically say it, but
8    most of the time they do, and so that's pretty
9    much it.
10       Q    And earlier you mentioned that at the
11   beginning, the state DOE would provide the
12   programs with the state's own rating; is that
13   correct?
14       A    Yes.  The first two, if I'm not
15   mistaken, the first two ratings actually ranked
16   us, and I don't know if they meant to do that
17   but it ranked us by scores and they sent it out
18   to everybody.
19       Q    Okay.
20       A    I don't know if they meant to do that.
21   Maybe they just meant to list it, I don't know
22   but -- but they stopped doing that.  I think a
23   lot of GNETS directors complained.
24       Q    Okay.  I was just going to ask you, do
25   you know why that changed?



1  is the fiscal agent of Coastal.  So they decided

2  to go there with Oconee and RESA at that point.

3  And it has been -- I mean, it did what I thought

4  it would do, if that makes sense as far as

5  staffing purposes and focus and all for Coastal

6  Academy.

7       Q    And you said that change took effect

8  this current school year?

9       A    Yes.

10      Q    Have there been any other changes in

11 the school districts or counties served by

12 Coastal Academy in the last five to six years?

13      A    Yes.  Wayne County was served by

14 Cedarwood, and I believe that was four years

15 ago, and they came to me because they're Baxley,

16 the Baxley site.

17           One of their sites closed, the

18 Cedarwood sites, and my Liberty site was closer,

19 actually, only 20 minutes or 30 minutes from

20 them to transport their kids versus where they

21 were going to have to transport them -- or

22 actually -- yeah.

23           And so Wayne County came over to then

24 Coastal Academy.  And that was a very easy swap

25 because Coastal Academy and Cedarwood have the



1   same fiscal agent, First District RESA, so yeah.

2       Q    When these changes are made, do you

3   have to alert the state DOE?

4       A    I do, and I did.

5       Q    And what is their role, if any, in the

6   process after they've been alerted?

7       A    Well, with the Wayne County one, you

8   know, they really were like, oh, this is simple,

9   you guys are under the same fiscal agent, yes.

10  You know, they just kind gave us some guidance,

11  you know, with that and noted, you know, that

12  swap.

13          And with the Camden County this year, I

14  got, okay, let me know when, you know, the

15  decision is made, and I tried to get some

16  guidance but I got -- you know, because this was

17  a bigger issue because it wasn't the same fiscal

18  agent.  We have materials.  We have inventory.

19  We have, you know, all these things and, you

20  know -- so told me to talk to my business folks

21  at First District RESA.

22          So I talked to them, they told me to

23  talk to my person at the DOE, which I had

24  already talked to and went back to and, you

25  know, they referred me to somewhere else and we



1   just eventually wound up working it out between

2   the two RESA's and GNETS programs.

3       Q    I'm going to show you a document.  One

4   moment.

5           I'd like for the court reporter to mark

6   this next document as Plaintiff's Exhibit 542.

7               (Whereupon, Plaintiff's Exhibit

8               Number 542 was marked for

9               identification.)

10  BY MS. HAMILTON:

11      Q    And, Ms. Futch, I'm now showing you

12  Plaintiff's Exhibit 542.  This is an e-mail

13  dated March 21, 2019.

14      A    Yes.

15      Q    From you to Vickie Cleveland, other

16  individuals copied.  The subject is Wayne County

17  School System GNETS relocation FY20 --

18      A    Uh-huh.

19      Q    -- as an attachment.  The first page --

20  I'm just going to scroll down -- is Bate stamped

21  GA01064131.

22      A    Uh-huh.

23      Q    I'll give you control if you want to

24  take a quick moment to scan the document and

25  then let me know when you're ready.

LISA FUTCH                                    October 25, 2022
UNITED STATES vs STATE OF GEORGIA                         121

1        A     I remember this document, but I just
2    want to look at the plan again.
3        Q     Okay.
4        A     And I remember this -- the plan -- I
5    mean, the -- what -- when this was developed as
6    well.
7        Q     Okay.
8        A     Yes.  Yes, it's mine.
9        Q     All right.  So is this communication
10   connected to what you were sharing a moment ago
11   about Wayne County becoming part of your GNETS
12   program?
13       A     Yes.  And we did -- we had a -- this
14   document was provided to us by the DOE, provided
15   to all GNETS directors because there had been a
16   couple others that had changed or whatever GNETS
17   programs or whatever and they'd been provided to
18   us at that time and which, you know, was
19   somewhat helpful.
20            It helped me think through the process,
21   plan it out, things that needed to be done, and,
22   you know, again, we were supposed to submit that
23   to the DOE and, you know, they would give us any
24   feedback or guidance and, you know, take it from
25   there or whatever.  And that we did and it went



1  extremely, extremely smooth, but for the

2  Camden --

3      Q    Okay.  And I'm just going to scroll

4  down to the -- this plan that you're referring

5  to.

6          Is this document still currently being

7  used?

8      A    No.  Well, I asked about it.

9      Q    Do you --

10     A    Yeah, I don't know about any others,

11 but I asked about it for this past Camden and I

12 was told, no, that we just needed to let them

13 know.

14     Q    Okay.  So you -- this form GA -- the

15 state DOE was not using this form when you were

16 doing the Camden transition?

17     A    Yeah.

18     Q    Okay.  I just want to look at a few of

19 the areas that are listed here as part of the

20 reintegration or relocation action plan.

21     A    Uh-huh.

22     Q    So what was your understanding of the

23 purpose of this document?

24     A    My understanding was just that -- you

25 know, that this would be a plan that we would



1   approve even before my fiscal agent does, so it

2   goes there, so.

3          Now, federal, it's a little more -- the

4   federal regs are a little stricter on what we

5   can and can't use money for, but we follow those

6   federal regs that all our local school systems

7   have to follow with IDA money.  And -- but,

8   again, it's, you know, in addition to, you know,

9   support, you know, what's needed.

10          And, of course, then we answer those --

11   well, not answer, but, you know, especially if

12   it's interventions and things that we're buying,

13   we have to make sure that we appropriately

14   categorize them, you know, rate them under

15   evidence-based or, you know, those types of

16   things.

17      Q    I want to show you a document, and I

18   would like for the court reporter to mark this

19   is Plaintiff's Exhibit 552.

20              (Whereupon, Plaintiff's Exhibit

21              Number 552 was marked for

22              identification.)

23   BY MS. HAMILTON:

24      Q    Ms. Futch, I'm currently showing you

25   Plaintiff's Exhibit 152.



1      A     Yes.

2      Q     This a March 2018 e-mail chain between

3    you, Vickie Cleveland, and Amber McCollum and

4    some other individuals.  The Bates stamp number

5    on this document is GA000829 --

6      A     Uh-huh.

7      Q     -- 98.

8      A     Uh-huh.

9      Q     Let me make sure -- let me give you

10   control just to take a moment to scroll through,

11   and then let me know when you're ready.

12     A     Yes, I'm ready.

13     Q     Okay.  Do you recognize this document?

14     A     I do.

15     Q     Okay.  So I want to start at the

16   beginning of the e-mail chain.  This was the

17   e-mail dated March 13th, 2018 that you sent to

18   Amber McCollum and Eric Moody.

19          Do you see that?

20     A     I do, uh-huh.

21     Q     Who is Amber McCollum?

22     A     At that time, I believe she was like

23   one of the program specialists or program

24   manager.  Like, she was our budget -- you know,

25   everybody is assigned a district -- a budget

1  person.  She was our budget -- GNETS budget

2  person.

3      Q     Okay.  And who is Eric Moody?

4      A     He is the CFO at First District RESA.

5      Q     What was the issue that you were

6  bringing to their attention?

7      A     Well, I -- again, somata sensory input

8  here.  I am starting or beginning the

9  implementation of my trauma-informed care.  I

10  had done a little bit of research in this and

11  aromatherapy and things of such and combining

12  other whatever.

13          I wanted to spend some grant money to

14  provide this at -- for all students at -- like a

15  diffuser in each classroom with the oils, right?

16  And so I wanted at first to use federal money

17  because, you know, my understanding, it is a,

18  you know -- I have the research and I did, later

19  on, send additional research that -- where it's

20  based off of and it -- you know, for

21  intervention purposes and the impact it has on

22  mood and, you know, brain and regulation and

23  things like that.

24          So I asked if I could use federal money

25  instead of state, and Amber said, no, that



1   needed to be in IEP.  And I was like, oh, Amber,

2   please.  No, I didn't say that but, you know,

3   everything that we buy in federal dollars is not

4   always in the IEP, you know, but that's okay.  I

5   went back because, you know -- and, I mean, I

6   had the state money so I just took it out of

7   state.

8        Q    And it looks like you also -- Vickie

9   Cleveland was also added to the e-mail chain at

10  some point.

11           What was her position on whether

12  federal funding could be used?

13       A    Well, I had discussed it with her

14  first.

15       Q    Okay.

16       A    Yeah, and she recommended, you know --

17  well, I discussed it with Eric Moody first,

18  who's my CFO, and he was like, talk to Vickie,

19  talk to your DOE.  I talked to my person,

20  Vickie, and Vickie said, you know what?  I think

21  so but I'm not sure, let's talk to Amber.  And

22  so that's why I cc'd her, just make her, you

23  know, knowledgeable that I had done that.

24       Q    Okay.  So their position, ultimately,

25  was that federal funding couldn't be used to



1  cover those expenses --

2      A    Yes.

3      Q    -- is that correct?

4           Okay.  And state funding was

5  appropriate for those expenses?

6      A    Yes, uh-huh.

7      Q    Okay.  And what is your sense regarding

8  the distinction between when you can use federal

9  funding versus state -- GNETS state grant

10  funding --

11     A    I'm going to be honest with you, they

12  go back and forth.  And so my sense, I mean, I'm

13  like, um, so -- but my sense -- I can tell you

14  this, it is easier to buy with state money than

15  federal, just, I mean, -- and I know that

16  everything, there has to be, I mean, justified,

17  of course, and research-based, and I've never

18  asked for anything that wasn't.

19          But, you know, as far as federal cost,

20  again, federal regs and the DOE, they're a

21  little more, they're -- you know, they're more

22  strict, more rigid with federal dollars.

23     Q    Okay.  I'm going to show you another

24  document.

25          I'd like for the court reporter to mark



1    this document as Plaintiff's Exhibit 553.

2                 (Whereupon, Plaintiff's Exhibit

3                 Number 553 was marked for

4                 identification.)

5    BY MS. HAMILTON:

6        Q    Ms. Futch, I'm showing you Plaintiff's

7    Exhibit 553.  This is a January 20th, 2022

8    e-mail request from you to Vickie Cleveland with

9    the subject line, project based learning.

10       A    Uh-huh.

11       Q    And I also note that there is an

12   attachment to this document.  The Bates stamp

13   number is GA00357358.

14           If you want to take a moment to look at

15   it, feel free.

16       A    Yeah, I know what it's -- yeah.

17       Q    Okay.  Do you recognize this document?

18       A    I do.

19       Q    Okay.  On January 20th, 2020, you

20   e-mailed Vickie Cleveland to inquire whether you

21   could use state funds for project-based learning

22   activity; is that correct?

23       A    Yes.

24       Q    What was the activity?

25       A    It was -- I believe that my -- this was



1  my teacher that was in my autism room, so it was

2  project-based learning.  And, again, to make

3  sure -- it was a gardening project with

4  students, so -- and growing, things like that.

5      Q    Okay.  Why did you believe that this

6  purchase should be covered by state funds?

7      A    Well, I mean, actually, I was a hundred

8  -- almost -- well, 90 percent sure it should be

9  state funds and I had called prior to writing

10  this e-mail, Eric Moody, and said Eric,

11  heads-up, this is what I called for.  I called

12  to let him know I'm buying this, you know, or

13  going to submit this and I don't want you to

14  think this is what this is for because, you

15  know, I'm asking for seeds and things like that.

16           And he said, oh, yeah, state is -- it

17  probably can come from state, but reach out to

18  Vickie Cleveland and make sure or reach out --

19  he calls her my DOE person to make sure and I

20  said, okay.  So my RESA e-mail for things

21  documented it, so I did.

22           And the reason I thought it should be

23  state is after the last thing, I was pretty sure

24  it wasn't going to be federal.  And -- and

25  anyway, so that's the e-mail and, yeah, it was



1   state.

2       Q    Okay.  And so I don't have the response

3   that you received from Ms. Cleveland, but are

4   you confirming that she did say this --

5       A    Yeah, she didn't respond to me in an

6   e-mail, she called me and she told me state was

7   fine.

8       Q    Okay.  Did Amber McCollum need to be on

9   this e-mail chain?

10      A    You know, I don't know.  You know, she

11  was on the first one just because Vickie told me

12  to e-mail her, you know, and -- but this was --

13  you know, and I -- see, I'd called Vickie on

14  that first one prior to e-mailing her so this, I

15  just shot Vickie an e-mail, I mean, you know,

16  like my first step, so...

17      Q    Okay.  But it's not a formal protocol

18  where you have to copy --

19      A    No, there is no formal protocol for any

20  -- no, none.  This is just me, you know, doing

21  what RESA told me, but also, I mean, you know,

22  trying to make sure I do the right thing, you

23  know?

24      Q    Okay.  I'm going to next show you

25  another document.



1    A    Yes, uh-huh.

2    Q    I'm going to show you another document.

3         And I'd like for the court reporter to

4    mark this as Plaintiff's Exhibit 557.

5              (Whereupon, Plaintiff's Exhibit

6              Number 557 was marked for

7              identification.)

8    BY MS. HAMILTON:

9    Q    Ms. Futch, I'm now showing you 557,

10   which has a title, Request for a GNETS

11   consultation, which this is another document

12   that we received in response to our request for

13   production of documents from --

14   A    Uh-huh.

15   Q    -- Coastal Academy with our internal

16   numbering of 022997.

17        Do you recognize this document?

18   A    You want to scroll down so I can see

19   the rest of it or do you want me to?

20   Q    Looks like there's one more --

21   A    Okay.  So it's just the blank one.

22        Yes, I do.

23   Q    Okay.  Is this the request for GNETS

24   consultation form that you referenced a moment

25   ago when we were discussing flow charts?



LISA FUTCH                                    October 25, 2022
UNITED STATES vs STATE OF GEORGIA                          314

1        A      Yes, ma'am.

2        Q      Who created this document?

3        A      The -- that same committee.

4        Q      Okay.  And by "same committee," you're

5    referring to the strategic plan?

6        A      Yeah.  The committee that was developed

7    from the strategic plan to do this, yes.

8        Q      Okay.  And that was -- okay.  And was

9    this document shared with all of the GNETS

10   programs?

11       A      Yes, yes, uh-huh.  It's the one we were

12   told to use, yes.

13       Q      And who told you to use it?

14       A      Well, DOE, so that we would have a

15   common request for GNETS consultation.  So that

16   was, you know -- part of that, again, strategic

17   plan development was to, you know, ensure that

18   GNETS programs, all 24 of us, you know,

19   implemented a set of common best practices and

20   had some common themes, so yeah.

21       Q      Okay.  And was that also a similar goal

22   for the flow chart?

23       A      Yes.

24       Q      All right.  So I'm going to return now

25   and stop sharing this document and I'm going to



1   Yeah, that's -- oh, good.  Okay.  Hey.

2       Q    This is helpful.  I'm going to have you

3   confirm for me whether this is what you're

4   referring to, but this is a document I'd like

5   for the court reporter to mark as Plaintiff's

6   Exhibit 558.

7                 (Whereupon, Plaintiff's Exhibit

8                 Number 558 was marked for

9                 identification.)

10  BY MS. HAMILTON:

11      Q    It is titled the Confidential Student

12  Information Packet for GNETS and we received

13  this document from Coastal Academy in response

14  to Item 7 in our subpoena for production of

15  documents.

16           Ms. Futch, I'm going to give you

17  control.

18      A    Okay.

19      Q    Just so you can scroll through since

20  there is a few pages here.

21      A    Yes.

22      Q    Okay.  And do you recognize this

23  document?

24      A    I do.

25      Q    Is this the student information packet



1    that you were referring to a moment ago in

2    connection with the standards process?

3         A    Yes.

4         Q    Who created this document?

5         A    Again, that committee that was

6    developed from the strategic plan.

7         Q    Okay.

8         A    For this.

9         Q    And is this another document that the

10   state DOE wanted the GNETS programs to use as a

11   standard document across the programs?

12        A    Yes.

13        Q    All right.  I'm going to stop sharing

14   this document and return back to Plaintiff's

15   Exhibit 556, the GNETS Services Flow Chart.

16             Where we left off, Ms. Futch, you were

17   just explaining that that packet is completed.

18             Once it's completed, what happens next?

19        A    It's then sent to the, you know, GNETS

20   coordinator, you know, however it's set up with

21   each GNETS program.  So here it's sent to the

22   coordinator.  Okay.

23             And the coordinator, you know, gives it

24   a nice review and, you know, calls special ed

25   director, and -- anyway, an IEP meeting is set



1          And that's issued for one year, and

2    within that year, that candidate has to get

3    enrolled in a teaching education program or

4    Georgia -- program of some sort and then provide

5    that documentation to PSC, and then that -- the

6    PSC issues or extends that provisional

7    certificate for an additional two years.

8       Q    Okay.  And who makes the decision as to

9    whether provisionally certified teachers can be

10   hired within your program?

11      A    Well, ultimately, the Board of Control,

12   but I make the recommendation to the executive

13   director of RESA and he makes it to the Board of

14   Control.

15      Q    Okay.  And would you agree that the use

16   of provisional -- provisionally certified

17   teachers provides more flexibility in terms of

18   staffing and addressing staffing shortages?

19      A    Absolutely.

20      Q    Okay.  And I've got just a couple more

21   questions.

22          Going back to IEP teams and placement

23   in GNETS.

24          To your knowledge, has there ever been

25   a state representative on an IEP team?



LISA FUTCH                                          October 25, 2022
UNITED STATES vs STATE OF GEORGIA                              350

1       A    Yes.

2       Q    Okay.  How many instances would you say

3  that that occurred?

4       A    One time.

5       Q    One time?

6       A    Uh-huh.

7       Q    And was that while you were the

8  director -- director in your current capacity?

9       A    Yes.

10      Q    Okay.  Do you know who the state member

11 was?

12      A    Zelphine Dixon when she was in her role

13 as director, state director of special

14 education.

15      Q    Okay.  And other than that instance,

16 are you aware of any other instances in which

17 the state participated in an IEP team decision?

18      A    No.

19      Q    Okay.  And has the state ever

20 encouraged you to make a placement decision

21 contrary to the IEP team's recommendation?

22      A    No.

23      Q    Okay.  And lastly, we discussed a few

24 documents, they were the Coordination of

25 Services Flow Chart, the Request For GNETS



1  Consultation, the Confidential Student

2  Information Packet, and The Guiding Questions

3  For Consideration of Services.

4      A    Yes.

5      Q    And I believe you testified that you

6  were told to use these documents by the Georgia

7  Department of Education; is that right?

8      A    We were -- again, the committee was set

9  up as -- also that strategic plan, developed

10  those documents.

11          They were provided to us from Pat Wolf,

12  who was a GNETS director at one of the GNETS

13  directors meetings to discuss with draft

14  written, and then they were sent to us via

15  e-mail from the DOE.

16          And so I -- and honestly, I did testify

17  that I was told and so -- and, again, I recall

18  them saying we -- you know, all -- you know,

19  them being discussion taking place at that

20  particular GNETS directors meeting among the

21  directors and DOE and us making a

22  recommendation, you know, that we were -- and,

23  you know, DOE, you know, to use these moving

24  forward.

25          And then we did and that e-mail came



1  from DOE to do so -- I mean, to -- with these

2  documents attached.

3      Q    Okay.  Do you understand it to be a

4  requirement from DOE to use the documents?

5      A    Yes.  I felt like it was a requirement.

6  I do understand it that way.

7      Q    Okay.  And is there any written policy

8  or anything other than the e-mail that you

9  referenced in support of it being a requirement?

10     A    No.  I think the language in the

11 strategic plan is something along the side,

12 having uniformity, documents or whatever, but I

13 don't know of anything else, no.

14     Q    Okay.

15     A    Well, we did have a Microsoft -- yeah.

16 The DOE had set up, during that time, like a one

17 book or one notebook, Microsoft something or

18 another, I can't remember.  We all had access to

19 it.  It was called the GNETS Director's Notebook

20 and those documents were in there, you know, the

21 documents that, you know, GNETS resources and --

22 but those documents were in there listed as, you

23 know, consideration of services, documents,

24 forms, or whatever how they were saved, they

25 were, you know, in there -- that notebook.  I

