# EXHIBIT R

1              IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                      ATLANTA DIVISION

3      UNITED STATES OF AMERICA,

4           Plaintiff,              CIVIL ACTION NO.
       vs.                         1:16-CV-03088-ELR
5
       STATE OF GEORGIA,
6
            Defendant.
7

8  Videotaped deposition of TALITHIA NEWSOME, taken on

9  behalf of the Plaintiff, pursuant to Notice and

10 agreement of counsel, in accordance with the Federal

11 Rules of Civil Procedure, before Maureen S. Kreimer,

12 CCR, CRR, Notary Public, at 864 Broad Street, Augusta,

13 Georgia on July 12, 2022 between the hours of 9:15

14 a.m. and 6:47 p.m.

15 _____

16

17

18

19

20

21

22

23

24

25



TALITHIA NEWSOME                                          July 12, 2022
UNITED STATES vs STATE OF GEORGIA                                     54

1        A.   If there was a question with the

2   superintendents, I would report questions out -- I

3   mean, address concerns with them, as well as the --

4   not that they're my supervisor, but if there are

5   questions or concerns, typically my first point of

6   contact would be the special ed directors in those

7   school systems.

8        Q.   What about for the RESA, is there anyone who

9   you directly report to?

10       A.   Any correspondences that I have, I report

11  back to Dr. Alexander.

12       Q.   And what is Dr. Alexander's position again?

13       A.   I'm going to say she's director of RESA.

14  But don't quote me on that one.

15       Q.   Okay.  Anyone else?

16       A.   No.

17       Q.   And would you also say Dr. Alexander is your

18  main point of contact for the RESA?

19       A.   She is, yes.  Oh, I'm sorry.  I would add

20  another person.  I report to, again, not my

21  supervisor, but I do report information back to GLRS

22  as well, and Lisa Hill would be my contact for GLRS.

23       Q.   Okay.  And what is Lisa Hill's position?

24       A.   She is director for the GLRS program.

25       Q.   And then what about for the Georgia



 1  Department of Education, is there anyone you report

 2  to?

 3       A.   It would be Vickie Cleveland and LaKesha

 4  Stevenson.

 5       Q.   And what are their positions?

 6       A.   LaKesha -- I mean, Vickie Cleveland is I

 7  think a program specialist for the program, and I'm

 8  not sure of Ms. Stevenson's title.

 9       Q.   Is there anyone else from the State

10  Department in the list?

11       A.   I guess you would say the director, which

12  would be Wanda Lowe.  If she needed something, we'd

13  report to her.  And then the director for Federal

14  programs.  And if you ask me her name, it just went

15  away.

16       Q.   Okay.  Is that Shaun Owen?

17       A.   I was going to say I remember Shaun.  But

18  yes, that's correct, Shaun Owen.

19       Q.   Okay.  And just curious if you're familiar

20  with any of these other individuals who work with the

21  State Department of Ed.  Did you ever work with

22  Zelphine Smith-Dixon?

23       A.   I did.

24       Q.   Okay.

25       A.   But I worked with her as special ed



1   director.

2        Q.   Oh, in your capacity as special ed.

3        A.   Mm-hmm (affirmative).

4        Q.   And did you ever work with Nakiba Rahmig?

5        A.   Not directly, no.

6        Q.   So then I guess returning back to Vickie

7   Cleveland and LaKesha Stevenson --

8        A.   Mm-hmm (affirmative).

9        Q.   -- what do your -- what's the nature of your

10  communications with them?

11       A.   They are our point of contact if we had any

12  questions or concerns at the State level.  They

13  coordinate meetings to talk about initiatives or

14  programs, budgeting, changes, policies, procedures and

15  provide updates regarding the GNETS program

16  specifically.  They also keep us up-to-date about any

17  changes that's going on in special ed at the State

18  level.

19       Q.   Do you have any regularly scheduled meetings

20  with them?

21       A.   The answer is yes, but some of them have

22  gotten cancelled.  Typically, we'll get a calendar at

23  the beginning of the year that we'll go ahead and

24  schedule the monthly meetings.  And my understanding

25  is prior to that they did have regular monthly



1      Q.   Okay.  All right.  Moving to if you go over

2   a few columns to School System.

3      A.   Mm-hmm (affirmative).

4      Q.   Is it correct that the majority of the

5   students at the Thomson site come from McDuffie

6   County?

7      A.   That is correct.  It's a larger school

8   system.

9      Q.   Okay.  And then would you say that the rest

10  of the students come from a mix of the other counties

11  served by Thomson?

12     A.   Yes.

13     Q.   Can counties reserve spaces from year to

14  year for possible referrals from their respective

15  schools in the future?

16     A.   Absolutely not.

17     Q.   Have they ever tried to?

18     A.   No.

19     Q.   Okay.

20     A.   Not during the years I have been there.

21     Q.   Okay.  All right.  And so the column right

22  before that one that says Case Manager.  What is the

23  role of case manager?

24     A.   That would be the special education teacher

25  and/or the service provider, but primarily making sure



1  make sure that the person meets the employment

2  requirements.

3       Q.   Okay.  Would anyone from the RESA have the

4  ability to weigh in on whether someone gets hired?

5       A.   Not with -- so the RESA is not directly

6  involved in Richmond County.  If I had to do a direct

7  hire through the school systems outside of Richmond

8  County, then they would.  And I have had that happen.

9       Q.   Okay.  What would be the circumstances where

10 that would happen?

11      A.   If there was a child who was in need of

12 somebody that was child-specific, then the school

13 system for that student would be responsible for

14 funding that position.  And then they would make the

15 recommendation -- they would make the final

16 recommendation on whether or not that person would be

17 hired.  And in some cases they might hire them and

18 then send them to us to have them work on our program.

19      Q.   And then what about the State Department of

20 Education, do they ever have the ability to approve or

21 weigh in on anyone who is hired?

22      A.   I don't know if they have the ability, but

23 they have not up to this point.

24      Q.   Okay.  And does the State Department of

25 Education participate in any way in hiring for your



1    GNETS staff?

2         A.   They give us information about not only just

3    the State Department, but the Georgia Professional

4    Standards -- so the answer is no.

5         Q.   Okay.  Well, you're about to say the Georgia

6    Professional Standards?

7         A.   They give us the guidelines for who can be

8    hired, and anybody that we hire definitely has to meet

9    those guidelines before they can be considered for

10   employment.

11        Q.   Does the State Department of Education ever

12   recommend individuals for hire -- to hire?

13        A.   No, they have not.

14        Q.   And you mentioned that the Georgia

15   Professional Standards Commission sets the

16   qualifications.

17        A.   Mm-hmm (affirmative).

18        Q.   For teachers who are employed in GNETS, what

19   are the requirements in order for them to be able to

20   work for your GNETS program?

21        A.   They would definitely have to meet the

22   minimum requirements that are available, at least the

23   minimum requirements that are available, for

24   employment.

25             Of course, we have other things that we look



 1   at as well outside of those requirements like their

 2   background, their experiences related to mental

 3   health, do they have experience with that, do they

 4   have experience working with students at risk.

 5          And it may not always be in an educational

 6   setting.  It might be in a current position or a

 7   previous position that they have.  But they definitely

 8   have to meet those minimum qualifications.  They have

 9   to have a bachelor's.  They have to pass the

10   fingerprint and criminal check.

11          Of course, we always want to get, you know,

12   staff who are highly qualified.  But we also have the

13   opportunity to hire people who come from an

14   alternative track who agree to work in an area and

15   possibly go back to school to get a degree in that

16   particular area of, like, special education.

17       Q.   Okay.

18       A.   And that's for all, any program, whether

19   it's a student with disa- -- with special education,

20   general education, Spanish.  That's something that's

21   offered for any teacher who wants to come to the field

22   of education.

23       Q.   Okay.  And when hiring for other, like,

24   nonteaching positions, would you also consult the

25   Georgia Professional Standards Commission's guidelines



1    for the requirements for other positions as well?

2         A.   Absolutely.  We follow those guidelines, and

3    we make sure that we work through human resources to

4    make sure that the people who are being considered for

5    employment like paraprofessionals, social workers,

6    counselors, that they meet their requirements through

7    the Professional Standards Commission.

8         Q.   Okay.

9              THE VIDEOGRAPHER:  Seven minutes.

10             MS. FLETCHER BOWDEN:  Is it about time for a

11        break?  You've got one more short topic?

12             MS. HAMILTON:  We'll see.

13             All right.  I'm going to hand the court

14        reporter what I'd like to have marked as

15        Plaintiff's Exhibit 197.

16        (Plaintiff's Exhibit P-197 marked.)

17   BY MS. HAMILTON:

18        Q.   All right.  I'm handing you Plaintiff's

19   Exhibit 197.  And this is a Staff Spreadsheet produced

20   by your program response to our August 2021 subpoena.

21        A.   Mm-hmm (affirmative).

22        Q.   The first page of this document is stamped

23   using the unique identifier from the Sand Hills

24   program 000315.

25        A.   Mm-hmm (affirmative).



1        Q.    Okay.  Go ahead.

2        A.    Richmond County serves as the flowthrough.

3        Q.    Okay.

4        A.    So they -- but the social worker is funded

5    through a special grant provided by the State of --

6    our GNETS program through the State.

7        Q.    Mm-hmm (affirmative).  Okay.  And then what

8    about your position in terms of who funds that

9    position?

10        A.    It's funded through the State grant for

11    GNETS.

12        Q.    Okay.  And are any of the other individuals

13    besides you and the social worker funded by the State

14    grant for GNETS?

15        A.    The counselor and the coordinator.

16        Q.    And I know we haven't covered the

17    coordinators yet on the spreadsheet, but each one of

18    them is assigned to a different site; correct?

19        A.    That's correct.

20        Q.    Okay.  Okay.  So then that leaves the

21    support provider and the GNETS liaison.  Are those

22    both funded by the school district directly?

23        A.    The GNETS liaison is funded through the

24    Richmond County Special Ed department through their

25    IDA fund.  And who was the last one that you



1    column that says Funding Source and have you walk me

2    through what each of these different codes mean.

3              So for this first set of staff, it appears

4    to be teachers or paraprofessionals.  There is a code

5    that says 8110-11000.

6         A.    Mm-hmm (affirmative).

7         Q.    What does that mean?

8         A.    Well, that's the code that they give.

9    These, these particular people are being paid from the

10   Richmond County general fund.

11        Q.    Okay.  All right.  So then it looks like the

12   next set of teachers are being funded through

13   SED10-11000.  And this is one, two, three, four, five,

14   six, seven, eight, nine teachers.  Who's the source of

15   this founding?

16        A.    That's GNETS State grant.

17        Q.    Okay.  And the next set of teachers, sorry,

18   the next set of staff appears to be for

19   paraprofessionals and they are funded through

20   SED10-14000.  What's the source of that funding?

21        A.    You say they are paraprofessionals?

22        Q.    Yes.

23        A.    Okay.  Are you looking at the --

24        Q.    For 2021 through the 2022 school year.

25        A.    Okay.



1              MR. FLETCHER:  Are you on page 319?

2              MS. HAMILTON:  I'm -- yes.

3              MR. FLETCHER:  Okay.

4              MS. HAMILTON:  So 319.

5              MR. FLETCHER:  Okay.

6              MS. HAMILTON:  I can start over at the top.

7      I'm sorry.  We were just reading --

8              MR. FLETCHER:  She's on a different page,

9      so.

10             MS. HAMILTON:  Okay.

11    BY MS. HAMILTON:

12        Q.   And sounds like there may not have been a

13    lot of staff turnover over those years, but.

14        A.   That's a State grant, too.  That's a State

15    grant.

16        Q.   Okay.  And just to recap, so the first three

17    teachers and paraprofessionals these are funded

18    through Richmond County?

19        A.   Yes.  Those are general funds from Richmond

20    County.

21        Q.   Okay.

22        A.   And the next set is a State grant for GNETS.

23        Q.   Of teachers?

24        A.   Correct.

25        Q.   Okay.  And then the set of four



1   paraprofessionals, this is also another State grant?

2        A.    That's correct.

3        Q.    Okay.

4        A.    Well, it's the same State grant.  It's just

5   got different object codes, object numbers.

6        Q.    Okay.

7        A.    Mm-hmm (affirmative).

8        Q.    And then the counselor listed here has a

9   code SED21-17300.  Is this position also funded by the

10  State?

11       A.    It is.  It's a GNETS State grant.

12       Q.    And I think we may have talked about this

13  earlier, but your position also has a similar code,

14  SED-21-19000, and that's paid for through the State

15  grant?

16       A.    That's correct.

17       Q.    And then the two coordinator positions,

18  that's also a State grant?

19       A.    A GNETS State grant, yes.

20       Q.    And I guess to clarify, for all those other

21  State grants, were those the GNETS State grant?

22       A.    That's correct.

23       Q.    And then underneath that says:  Program

24  evaluator and bookkeeper.  Are those two also paid

25  through the GNETS State grant?



1      Q.   Would you say that the eligibility criteria

2   that you-all are using for Sand Hills in your

3   Consideration of Services packet is consistent with

4   the GNETS rule?

5      A.   Yes.

6           MS. HAMILTON:  So I'd like to turn to

7        another document.  GNETS related.  I'm going to

8        hand the court reporter what I'd like to be

9        marked as 199.

10        (Plaintiff's Exhibit P-199 marked.)

11   BY MS. HAMILTON:

12      Q.   This is Plaintiff's Exhibit 199 and this is

13   a documented titled "Guiding Questions for

14   Consideration of GNETS Services" that was produced by

15   your program in response to our subpoena.

16      A.   Mm-hmm (affirmative).

17      Q.   And the first page of this document is

18   stamped with the Sand Hills identifier 000361.

19      A.   Mm-hmm (affirmative).

20      Q.   Are you familiar with this document?

21      A.   Yes.

22      Q.   Okay.  What is this document?

23      A.   This is a guide, questions that we consider

24   when we're looking at placing or recommending students

25   for services through the program.



1       A.    Not from the State Department, no.

2       Q.    Have you received training from anyone on

3  it?

4       A.    When I first came on board, the coordinators

5  kind of walked me through the whole form, the process,

6  and how we use that.

7       Q.    And is it your understanding that the

8  requirements here are consistent with the requirements

9  in the GNETS rule for the consideration of services?

10      A.    Yes.  And I'm going to back up.  And the

11  GNETS director who was here before kind of walked me

12  through this as well.

13      Q.    Okay.  Are you required to follow all of

14  these steps before admitting the student into the

15  GNETS program?

16      A.    There is no requirement to use this, to use

17  the form.  It's just a good guide.

18      Q.    Okay.  Hence why it's called "Guiding

19  Questions"?

20      A.    Correct.

21      Q.    All right.  So I want to walk through a few

22  of these.  So question one says:  "Is the student

23  currently served in Special Education?"

24            Does a student have to be served in special

25  education to be considered for GNETS?



1        A.    Yes.

2        Q.    And is that a requirement that you-all set

3   for Sand Hills, or is that a requirement from the

4   State?

5        A.    It's a requirement from the State.

6        Q.    Okay.  Question two:  "Does this student

7   have a Behavior Intervention Plan completed within the

8   past year that is based upon an appropriate Functional

9   Behavior Assessment?"

10            What is a Behavior Intervention Plan?

11       A.    Based on the data that's collected through

12   the Functional Behavior Assessment which identifies

13   the interfering behavior for the student, the staff

14   will develop a behavior intervention plan specific to

15   that student's need to kind of address the behavioral

16   problems that are going on with the student; collect

17   data on that behavior intervention plan, and determine

18   whether or not the plan that's in place is working.

19            If it's working, they'll continue the plan.

20   If it's not working, they'll come back and make

21   adjustments to the plan.  And they may do that two,

22   three times to four times.

23            And if it looks like even with all the

24   adjustments and things that are put in place if that

25   child is still failing to make progress, that may be a



1   red flag that we probably -- or indicator that you

2   need to go another step, which could include making

3   the referral for considerations of GNETS.

4        Q.   Okay.   And I wrote -- so this is happening

5   before the student is placed in GNETS; correct?

6        A.   Yes, mm-hmm.

7        Q.   Who's conducting the functional behavior

8   assessment and creating this plan?

9        A.   It would be the LEA that the student is

10  participating in.   And if they need assistance from

11  us, we can definitely provide assistance as well.

12       Q.   And then it also mentions here under this

13  last bullet point under number 2, it says there is a

14  comp -- "Has a comprehensive evaluation been completed

15  within the past 3 years?"

16            Is this a psychological evaluation?

17       A.   It is, mm-hmm (affirmative).

18       Q.   What is that?

19       A.   So it might not just be the psychological

20  evaluation.   It's all the information that's included

21  in a psychological evaluation.   It might be

22  information on the hearing, vision, is that an

23  indication of some things might be -- that might be

24  going on.   It's an IQ test.   It's current student

25  achievement assessments.   It's parent rating scales,



1   teacher rating scales.  It's anecdotal observations.

2   All of those things would be included in that

3   comprehensive evaluation.

4        Q.   In your experience, I guess, both as a GNETS

5   director and also in your various roles with Richmond

6   County as a Special Education director and

7   coordinator, what happens if there is no behavior

8   intervention plan that's in place?

9        A.   That's a red flag or an indication that

10  something probably needs to be put in place for that

11  student, if we're sitting at the table at that level,

12  then we need to put one in place.

13            Again, we're probably going to recommend

14  that go back to the table, collect the data, see if

15  you put interventions in place if that will address

16  the needs of that student.  And we would develop, help

17  them develop a behavior intervention plan.

18       Q.   Okay.  And I guess, similarly, if there is

19  doesn't a functional behavioral assessment, would that

20  need to be conducted?

21       A.   The preference is that you conduct the

22  functional behavior assessment before you do the

23  behavior intervention plan to make sure you're working

24  on the right behavior.

25       Q.   And is it your understanding that these



1  steps are also required under the GNETS rule as well?

2      A.   Yes.

3      Q.   Question three says:  "Have any

4  Evidence-Base interventions been implemented with the

5  student"?

6      A.   Mm-hmm (affirmative).

7      Q.   What are evidence-based interventions?

8      A.   So it would be those types of interventions

9  that they put in place that have evidence that showed

10  they have been successful with other students who have

11  similar behaviors.

12          And what would happen is they would bring

13  that information to the table, say, hey, we tried A,

14  B, C, and D, this didn't work.  It might include

15  something like we did check-in, check-out with the

16  student to have the child check in every day with the

17  preferred person and check out with the preferred --

18  with a preferred personal, did that work for that

19  student as one of the evidence-based interventions.

20      Q.   And how would you know -- so one of the

21  steps here says:  Have these interventions been

22  implemented with fidelity with the student?

23      A.   Mm-hmm (affirmative).

24      Q.   How would you know if -- or I should say how

25  would -- yeah, how would you know if they have been



1   implemented with fidelity?

2       A.   So part of this packet requires them to

3   submit that documentation.  So they might have point

4   sheets, they might have charts.  They have data to

5   show, you know, the dates they implemented it and also

6   what the outcome was.  So part of that would require

7   them to submit that documentation.

8       Q.   There is also a bullet point here that says

9   underneath number 3:  Have the interventions been

10  implemented for a significant length of time --

11      A.   Mm-hmm (affirmative).

12      Q.   -- to demonstrate their effectiveness or

13  lack thereof.

14           How do you determine a significant or what

15  is considered a significant length of time?

16      A.   My old hat would say 20 days and so I'm

17  going to stick with 15 to 30 days of implementing an

18  intervention, coming back and seeing if it worked,

19  going back to maybe tweak it.

20      Q.   And what is that based on when you say 15 to

21  20 or 15 to 30?

22      A.   Calendar days.  That's when they started

23  from the time they implemented the intervention, ten

24  -- some people say ten days, some people say 15 days,

25  some people say 20 days, of implementing that



1  intervention with fidelity over a period of time,

2  which, as I just said, those, and determining whether

3  or not it's been successful, coming back to the table

4  looking at that data after a certain point to

5  determine whether or not the child is making progress

6  or failing to make process.

7          So what you don't want to do is keep

8  implementing the wrong intervention, so you want to

9  come back to the table to see if it's making an impact

10  for the student.

11      Q.   Okay.  But that time period is not a defined

12  period --

13      A.   It's not defined.

14      Q.   -- from program to program?

15      A.   Mm-hmm (affirmative).  Right.

16      Q.   Okay.  And is it your understanding that the

17  State would, like, along with these other steps, would

18  expect you-all to consider whether evidence-based

19  interventions have been implemented before admitting a

20  student to GNETS?

21      A.   Yes.

22      Q.   Okay.  And then for question number 4 it

23  says:  "What is/are the student's current placement

24  and/or circumstances?"

25      A.   Mm-hmm (affirmative).



1      Q.   And the first bullet point says:  "Have all
2   options on the special education continuum been
3   considered and/or tried for this student?"
4          What are the options on the special
5   education continuum being referenced here?
6      A.   So we would probably be considering his
7   least restrictive environment.  You've got a child
8   who's being served maybe on a consultative basis
9   referring -- and consultative means maybe 15 minutes a
10   week of direct services.  It may not be appropriate to
11   refer a child who's getting 15 minutes of consultative
12   services referring them to GNETS at this point because
13   they are having a hard time.
14          What we would want to see is that the school
15   or the school system has exhausted the full continuum
16   looking at consultative services, collaborative
17   services, maybe if the child is doing co-teaching that
18   they have gone through that continuum part-day
19   services all the way up to full-day services and there
20   is nothing else left at that site to try for that
21   student.  So we want to make sure they've exhausted
22   all those options.
23      Q.   Okay.  And where does GNETS fall on that
24   continuum exactly?
25      A.   We're considered a full-day placement, and



1  so we would fall after pull out all day long, and we

2  were right for home-based and hospitalization.

3       Q.   Right.  And I just wanted to clarify.  In

4  terms of the student population that's served I think

5  you have used the term "severe emotional" in referring

6  to students and GNETS who are being considered for

7  GNETS.

8       A.   Mm-hmm (affirmative).

9       Q.   How do you define that term?

10      A.   Again, go back and look at the frequency and

11 intensity and duration of the behaviors.  It's not

12 anything that's quantified, if I can use that term.

13 The impact that the student -- when a child is in

14 crisis, the impact of that crisis, how long does it

15 take for the child to recover from a crisis, how much

16 staff capacity is required to bring that child out of

17 crisis.

18           So there are a lot of the different factors

19 that we would consider when we're looking at

20 identifying a child who's having significant or severe

21 emotionality.

22      Q.   And I guess how does that relate

23 specifically to a disability diagnosis?

24      A.   I'm not sure I understand the question fully

25 when you say how does that relate to the disability



TALITHIA NEWSOME                                      July 12, 2022
UNITED STATES vs STATE OF GEORGIA                           171

1   diagnosis.  Because you can have a student with a

2   different diagnosis, but he's, I mean, a different

3   eligibility.  I don't want to say different -- with an

4   eligibility who's also experiencing severe

5   emotionality.  It's -- I'm not sure.  Can you explain

6   that question?

7       Q.   I think you may have answered it.  I guess

8   it sounds like you're saying it's not an actual

9   disability diagnosis --

10      A.   Mm-hmm (affirmative).

11      Q.   -- itself.

12      A.   It's --

13           MS. FLETCHER BOWDEN:  What do you mean by

14      it?  Yeah, I'm not sure.

15  BY MS. HAMILTON:

16      Q.   Just this term, the terminology of severe

17  emotionality, severe or significant emotionality.

18  Like that -- like EBD, we had discussed earlier --

19      A.   Mm-hmm (affirmative).

20      Q.   -- could be a disability diagnosis.  But

21  severe emotionality, that's not actually, like you

22  wouldn't have a student who has a diagnosis of severe

23  emotionality; is that correct?

24      A.   We don't have that.  Let me -- I really am

25  not thinking I understand your question.  So there is



1  no -- there currently is no eligibility area for

2  severe emotional and behavior disorder in the state of

3  Georgia.  Is that the -- is that what you're asking

4  me?  Is there eligibility area for SEBD, is that what

5  you're asking me?

6  BY MS. HAMILTON:

7       Q.   I might be talking you into circles.  Okay.

8  I think we'll move on from this line of questioning

9  for now, might revisit later if it comes up in another

10  context.

11      A.   Okay.

12      Q.   All right.  So on the second page of

13  Exhibit 199 underneath the first set of bullet points

14  there is some language in italics, and it says:  "Once

15  all of these questions have been answered, the team

16  needs to determine whether or not there is some areas

17  that need to be addressed prior to moving forward with

18  the most restrictive placement of GNETS."

19           And then it also says:  An action plan needs

20  to be developed in regards to the other considerations

21  that might need to be addressed, or other placement

22  options within the school may need to be attempted."

23           What does that action plan look like?

24      A.   It could be part of the IEP where we're

25  talking about, well, you know -- and I have actually



1  sat in on some meetings where we've had to go back to

2  the table and talk about those things that need to be

3  put into place.  It could be anything from the steps

4  needed to conduct a functional behavior assessment and

5  who would be responsible for doing that and the time

6  frame for getting that completed, and for us coming

7  back to the table to consider additional information.

8        It could be a plan that's developed on

9  different types of interventions that we discussed

10  that are evidence-based that could be implemented for

11  a student.

12        It could be something as simple when you're

13  talking about the child's current placement, or if the

14  child needs more support, and he's only getting

15  15 minutes of consultative services, you may only want

16  to look at the additional pull out services for that

17  child to address whatever areas they need and go

18  through that continuum.

19        If the child's not had a psychological

20  within three years it might be, hey, let's go and get

21  the child evaluated to see what's going on with the

22  student.

23    Q.   And then this last section lists additional

24  documentation.  The first says -- and I guess, one, I

25  should confirm are these things that are required by



1  the GNETS rule?

2         A.    Yes.

3         Q.    Okay.

4         A.    Students would have to have annual IEP

5  meetings.  I don't want to say just GNETS, but for

6  students with disabilities period you would do annual

7  review.  You would do progress monitoring.  That's in

8  line with the IEPs.  The last one is probably more

9  GNETS directed.

10        Q.    Okay.  And part of the reason why I'm asking

11  about GNETS is because I'm just trying to confirm if

12  these are steps that have to be taken for a student to

13  be placed.

14        A.    That's correct.

15        Q.    So these are things that are required by the

16  State?

17        A.    Mm-hmm, mm-hmm, yes.

18        Q.    Okay.  And for this last bullet point under

19  that list of documents it says:  Documentation

20  indicating prior services were delivered in a less

21  restrictive environment and the student's inability to

22  receive FAPE in that environment.

23        A.    Mm-hmm (affirmative).

24        Q.    Who reviews the sufficiency of the services

25  that had been provided in the student's home school?



1  appropriate, but you or others on your program did not

2  feel a student should be placed in your program?

3       A.   Not to my knowledge since I have been here.

4       Q.   So every student who's has been referred

5  through the IEP team process has been admitted?

6       A.   No.  Every student who's referred is not

7  admitted.

8       Q.   Okay.

9       A.   Because the IEP team could determine that

10 the placement's not appropriate for the student.  So

11 we have had meetings where we didn't -- the child

12 didn't come to us.

13      Q.   Okay.  So I should clarify.  For every

14 student who's referred, the IEP team determines the

15 appropriate -- the placement is appropriate, have all

16 of those students subsequently been admitted?

17      A.   Since I have been here, the answer is yes,

18 they have been.

19      Q.   Would there ever be a situation where the

20 IEP team determines the placement is appropriate but

21 for various, for whatever reason, you-all determine

22 that the student should not be in your program?

23      A.   No.

24      Q.   Can a parent or guardian unilaterally

25 decline GNETS services?



1        A.    Well, a parent can decline any -- yes.

2        Q.    Has an IEP team --

3              (Witness conferring with Ms. Bowden.)

4              THE WITNESS:  I'm ready.  I'm sorry.

5              THE VIDEOGRAPHER:  And just because there

6        was a slight pause, I apologize --

7        (Comments off the record.)

8    BY MS. HAMILTON:

9        Q.    Have there been IEP meetings where the team

10   has determined that a child should not be placed in

11   GNETS because there are less restrictive environments

12   for that student to be served?

13       A.    Yes.

14       Q.    How frequently -- well, I guess, roughly,

15   how frequently does that happen?

16       A.    So this is going to predate when I came on

17   board because we really haven't had a lot of referral

18   meetings since I came on board.  But there were quite

19   a few times I remember as a special ed director that,

20   you know, it was like let's try them in a different

21   program.

22              In Richmond County we had programs for

23   students with autism, or the child may have needed to

24   be served in a pull out day program all day long,

25   or -- so the decision would be made for that, and, so



1    Q.    Okay.  So walking through each of the ones

2    that are listed here, FBA coaching, who would

3    typically be the person on your staff who would

4    provide that support?

5    A.    The liaison and the coordinators and

6    director.

7    Q.    And last school year approximately how many

8    times was your program requested to provide FBA

9    coaching?

10    A.    None.

11    Q.    None?

12    A.    No.

13    Q.    And prior school years, roughly how many

14    times would your GNETS program have been contacted for

15    that service?

16    A.    So I can say that in the Thomson site for

17    the FBA piece, we had one -- two directors contact us

18    about doing some FBA coaching and behavior

19    intervention plan development.

20    Q.    And for Richmond?

21    A.    Not so much with the FBA and behavior

22    intervention plan.  We had more requests for

23    professional learning through MindSet, and we did the

24    training for -- and my years are going to run

25    together.  So it could be -- we did the MindSet



1  training for all of those schools that were
2  considered required technical assistance, and behavior
3  was one of those areas, we did MindSet training for
4  all of them.  That might have been ten schools that we
5  went out and provided support for.  And that's FY --
6  not '21-'22, but '20-'21.
7       Q.   And then for direct consultation, who from
8  your staff provides those services?
9       A.   That could be the GNETS liaison or the
10  coordinator.
11       Q.   Last school year how many times did you
12  receive a request for a direct consultation?
13       A.   Let's see.  I don't know that we received
14  any last year because schools were out so much other
15  than we did receive a couple of requests for
16  observations in the Thomson site.  And I want to say
17  it wasn't more than three between the two sites.
18       Q.   And did any of those students ultimately end
19  up coming to GNETS?
20       A.   No, not from the year, not last year, no.
21       Q.   And do you know why that would be?
22       A.   The student could have moved.  I know one
23  particular situation.  I'm not sure if it was
24  something going on in that school system between the
25  parent and the system; and that, we just never moved



1      A.   I don't.  Well, I know about the other

2   student.  I think he did have the opportunity to

3   participate in a Connections class, and it didn't go

4   so well for him.  But he had opportunities to.

5      Q.   Okay.

6           MS. HAMILTON:  Is this a good time for a

7      break?

8           MS. BOWDEN:  I think so, yeah, that would be

9      a good time for a break.

10          THE VIDEOGRAPHER:  Excuse me.  Off the

11     record at 1 -- excuse me, 3:11 p.m.

12     (Recess 3:11 p.m. - 3:29 p.m.)

13          THE VIDEOGRAPHER:  All right.  We are back

14     on the record at 3:29 p.m.

15  BY MS. HAMILTON:

16     Q.   Ms. Newsome, I'm going to hand the court

17  reporter what I'd like to have marked as Plaintiff's

18  Exhibit 203.

19     (Plaintiff's Exhibit P-203 marked.)

20  BY MS. HAMILTON:

21     Q.   So this document Plaintiff's Exhibit 203 is

22  a document titled Sand Hills Level System that was

23  produced by the Sand Hills program in response to the

24  United States subpoena.

25          The first page of this document is stamped



 1  using the Sand Hills identifier of 000363.  Are you
 2  familiar with this document?
 3       A.   I am.
 4       Q.   Okay.  What it it?
 5       A.   This is our level system, and it shows how
 6  students move up through the program, and how they
 7  earn rewards, and some different types of behaviors
 8  that if they engage in, and then consequences of those
 9  behaviors.
10       Q.   How long has the program used this document?
11       A.   I'm not sure.  But I can say they have been
12  using it for the past two-and-a-half years at a
13  minimum.
14       Q.   And since you've been there have you been
15  involved in making any changes to the level system?
16       A.   We're actually in the process of tweaking it
17  now, and there should be -- if we're making, going to
18  make any changes it would be done by the end of next
19  week.
20       Q.   Okay.  What changes do you anticipate
21  making?
22       A.   I'm not sure yet.  That's what I'm going to
23  get from the admin team who reviewed all the documents
24  over the summer.  They finished reviewing it last
25  week, and we have a meeting scheduled this week to



1   make those changes.

2       Q.   And when you say "admin team," who would

3   that include?

4       A.   That would be the social worker, the

5   counselor, the coordinators and myself.  And we got

6   input from the teachers, too.  They had an opportunity

7   to look at these as well.

8            MS. JOHNSTON:  Hey, I'm sorry to interrupt.

9        The volume seems to be a little softer than it

10       was earlier.  I don't know if the microphone got

11       moved.  But it's gotten a little bit harder to

12       hear.

13           THE VIDEOGRAPHER:  Let's -- okay, let's go

14       off the record briefly.  Off the record at 3:32

15       p.m.

16       (Comments off the record.)

17           THE VIDEOGRAPHER:  Back on the record at

18       3:33 p.m.

19   BY MS. HAMILTON:

20       Q.   Do you know if any other GNETS programs have

21   a similar level system?

22       A.   I'm pretty sure that most of them use some

23   type of system that's like this, just through

24   conversation.

25       Q.   But not the identical document?



1       A.   I don't think they're identical.

2       Q.   Does every teacher and classroom in the Sand

3   Hills program use this level system?

4       A.   Oh, absolutely.  And the students can share

5   it with you verbatim, and they let you know when it's

6   not being followed.

7       Q.   So can you give me an overview of how the

8   level system works?

9       A.   So the level system provides the students

10  and the staff and anybody who walks in the classroom

11  with a visual of what's going on with the students.

12          We also use this to look at how much

13  progress the students are making through the level

14  system.  Part of this is going to help us make a

15  determination about when the student may be ready to

16  transition out of the program and be reintegrated back

17  into their home school.

18          And so it gives us -- the students can

19  self-monitor, the support staff when they walk into

20  the classroom, they can use it to self-monitor, and it

21  also gives students a concrete way of going back and

22  they will go back and pull this form, or ask me to

23  pull the form and say:  Tell me what I can do when

24  this happens; or:  The teacher wasn't supposed to do

25  this and she implemented this consequences, but the

1    sheet says that that's not what we're supposed to do.

2              So it just helps serve as a guide and a

3    visual for the students to be able to see the progress

4    that they've made.

5        Q.   So the document shows that a student can

6    reach a different level if they earn a certain number

7    of points?

8        A.   Mm-hmm (affirmative).

9        Q.   How do you earn those points?

10       A.   So the points are -- basically, if you look

11   at the back, that's looking at how they earn their --

12   there is a point sheet they get every single day they

13   take home as a means to communicate with the parents

14   as well on the type of progress that the students are

15   making or not making.  And also the parents get to see

16   when the children move up the level system.

17             So they earn points and their points are

18   reflected on their point sheets that go home to the

19   parents.  They can earn points, or they also earn STAR

20   bucks, so it's tied to PBIS as well.  The coloring

21   that's in here is tied to our PBIS matrix as well as

22   the students go through the course of the day.

23             And then the other part is when you look at

24   the point sheets, the point sheets are divided up into

25   periods throughout the course of the day, and so you



1    might have breakfast, first period, second period,

2    PE -- might be PE is third period, lunch and it goes

3    through the course of the day.

4         Q.   And what exactly -- I know you said the

5    points are tied to the PBIS system.

6         A.   Mm-hmm (affirmative).

7         Q.   What are ways that students can earn points?

8         A.   So we have a STAR matrix.  We are actually

9    updating that for FY '23 as well.  The students can

10   earn their STAR bucks by implementing the appropriate

11   behaviors that are listed on the STAR matrix.  And so

12   the STAR matrixes are all throughout the building in

13   both sites.  They list behaviors that are expected in

14   the classroom, in the media center, in the gym, in the

15   hallways and on the bus.

16        And anybody can award STAR bucks to a

17   student if we see them demonstrating appropriate

18   behaviors in those areas.

19        Q.   So also just looking at this first page it

20   appears that a student has to maintain a certain

21   number of points for a certain number of consecutive

22   days to move up to the next level; is that correct?

23        A.   That's correct.

24        Q.   Okay.  So taking a student at Level 1, it

25   says five consecutive days of 70 and then they are



1  moved to Level 2?

2          A.    Mm-hmm.

3          Q.    Okay.  Do all students start at Level 1 when

4  they start in the GNETS program?

5          A.    Huh-uh.  They come in at Level 2.

6          Q.    Okay.  And does that mean they start at

7  80 points?

8          A.    Mm-hmm (affirmative).

9          Q.    And then if they're starting there, in order

10  to -- I'm just walking through and making sure I

11  understand.

12          A.    That's fine.

13          Q.    In order to reach Level 3, they have to have

14  ten consecutive days of 80 points; is that correct?

15          A.    That's correct.

16          Q.    Okay.  So if they have a day where they

17  engage in behaviors that don't meet the requirements,

18  does that time period start over for them working

19  toward the Level 3?

20          A.    It would depend on the action.  So you might

21  have to go back to what's on the front page to

22  determine whether or not a child needs to drop a

23  level, they might have to go back to the beginning, or

24  they might have to go back two to three days for the

25  types of behaviors that they engaged in that might not



1   be appropriate.

2        Q.   What would be an example of the reason a

3   student would have to drop an entire level?

4        A.   Physical aggression.

5        Q.   And then they'd have to have a certain

6   number of consecutive days at a certain level of

7   points to get back to their prior level?

8        A.   Correct.

9        Q.   Do you ever have students who get stalled at

10  one level?  So let's say if you're at a Level 2, it

11  says you have to have ten consecutive days of 80, and

12  they get to day eight, and then they engage in a

13  behavior that forces them to start over, like do you

14  have students who go through that cycle repeatedly?

15       A.   Yes.  And we have students who appeal that

16  sometimes, so yes.

17       Q.   And when you say students appeal, what does

18  that mean?

19       A.   So let's use physical aggression as an

20  example.  So we have a student who might drop a level

21  because they engaged in a fight with a staff -- with a

22  student.  But the student might be like, well, you

23  dropped me a level but I didn't really start it.

24            And sometimes they'll come back and appeal

25  it, and sometimes they win their appeal, and you know



1    what, you really didn't start it, you might have been

2    responding to something that was beyond your control

3    that caused you to act out that way, and sometimes

4    those appeals are granted.

5              So they can come back and appeal their level

6    drop if they need to.

7         Q.   On the second page it says Level 1 --

8    actually, let me take a step back.

9              On the second page for Level 2 -- and you

10   said all students start at Level 2; is that correct?

11        A.   Mm-hmm (affirmative), when they come in the

12   program.

13        Q.   So when a student comes into the program, in

14   the cafeteria they all have assigned seating?

15        A.   Since --

16        Q.   Assuming they use the cafeteria?

17        A.   Well, since I have been there we haven't

18   used the cafeteria.  But for next year they'll --

19   their seating will be they'll sit with their teacher

20   when they go into the cafeteria starting out.

21        Q.   Okay.  And on the chart it says that that's

22   usually what is required for a level -- students at

23   Level 1?

24        A.   Mm-hmm (affirmative).

25        Q.   So the Level 2 students would also have the



1   same requirement as Level 1 students to sit with the

2   teacher?

3        A.   Well, starting out because we haven't been

4   in the cafeteria for a number of -- we're going on

5   year two.

6        Q.   Okay.  And then for transitions it says

7   Level 1 and Level 2 must be escorted at all times and

8   in sight of an adult; is that right?

9        A.   Actually, all students are.  That's a change

10  that we're going to make that all students be in the

11  line of staff at all times.

12       Q.   So regardless of your level you have to be

13  escorted by a staff member?

14       A.   Mm-hmm (affirmative).

15       Q.   In the bottom -- in this chart, this says --

16  moving up in the last row -- it says "Consider Outside

17  Placement"?

18       A.   Mm-hmm (affirmative).

19       Q.   What does that mean, and how exactly does

20  that work?

21       A.   That's almost like a celebration.  So when

22  students get to Level 4, and they reach the 20th day

23  we automatically schedule a meeting to consider

24  transitioning that student back.  Because it takes

25  them some work to get to Level 4 day 20.  And so they



 1  have gotten far, we really need to consider placing

 2  them back in their least restrictive environment.

 3       Q.   So is reaching Level 4, day 20 a

 4  consideration for a student being transitioned back?

 5       A.   Yes.

 6       Q.   Last school year how many students did you

 7  have who reached that level?

 8       A.   Let me see.  Thomson, four -- I'm going to

 9  say we got five in Thomson and four in Richmond.

10       Q.   And how many of those students were

11  considered for being transitioned out of the GNETS

12  program?

13       A.   All of them.  Mm-hmm (affirmative).  We had

14  meetings on all of them.

15       Q.   Were any actually -- so beyond the meetings,

16  did any actually transition last year?

17       A.   All but two transitioned.

18       Q.   Okay.  How many for each program?

19       A.   Let me see.  Did I say five in Thomson?

20       Q.   Yes.

21       A.   All five of them in Thomson transitioned.

22            And then actually we had more than that in

23  Richmond.  Might have had -- might have had five in

24  Richmond because two did not.  So three in Richmond

25  transitioned, started the transition process, and two



1  the plan for Richmond County.

2       Q.   Okay.  Was this documentation ever shared

3  with the State of Georgia?

4       A.   No, huh-uh.

5       Q.   Okay.  So to the extent that you-all had a

6  department improvement plan from the Richmond County

7  district what concerns were identified?

8       A.   Concerns by?

9       Q.   Well, let me take a step back.  What is a

10 department improvement plan?

11      A.   So each year the different schools and

12 departments or programs turn in a plan that we're

13 going to follow for the school year; these are the

14 areas that we identified as areas of need, and these

15 are the areas that we're going to work on.

16           And so that's what this one was.  And then

17 we come back midyear and do a midyear check, and then

18 at the end of the year we do an end of the year check.

19      Q.   Okay.  So is this similar almost to like the

20 State DOE strategic plan for your creating your, like,

21 your own assessment of your program's performance, or

22 is this identifying deficiencies?

23      A.   Both.

24      Q.   Okay.

25      A.   Because we do a needs assessment, what areas



1  do we need to work on he had, and that's what we do in

2  the plan.  But it's also so we're not replicating work

3  doing what's required in our strategic plan, and also

4  working on those things that's going to improve our

5  program.  So I want to say that they are aligned.

6  That was the whole purpose of doing it that way, so

7  they would be aligned.

8       Q.   Were there any deficiencies with the program

9  that were identified through this process?

10      A.   Let's see.  This one is an older one.  So

11 let's see.

12      Q.   During this time period.

13      A.   I'm looking through it.  One of the things

14 that we had to do for the State was rank our programs

15 or rank our areas in need.

16           Goal number four was one of those areas that

17 I identified earlier that we really wanted to bring

18 our community stakeholders back in.  Because of COVID

19 we lost some of them.  So that was one.

20           And then instructional academic support was

21 identified as number two.  And that one was identified

22 as an area of need because we want to make sure that

23 we were providing support to all of our teachers who

24 are coming back in from, or coming in from an

25 alternative teaching track.