# EXHIBIT S

**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

---

**PATRICIA J. WOLF**

*October 06, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

1   issue, was there some other reason?

2      A    It was a budget issue.  So the numbers were so

3   low in Hancock County and we had needs in other places

4   so that teacher had to be reassigned to a different

5   location so that we can serve those students in the

6   most efficient budget-wise.

7      Q    Understood.  Has GNETS of Oconee always served

8   students in multiple sites?

9      A    Not always.  We were a center-based program

10  approximately six years ago where we had a center base

11  and then we had one satellite classroom out in Johnson

12  County.

13     Q    When did GNETS of Oconee make the transition

14  from center-based to entirely school-based?

15     A    Approximately six years ago.

16     Q    So sometime around 2016?

17     A    I think so.

18     Q    What was the reason for that transition?

19     A    The board at the time felt that they would be

20  best served in the local school systems.  The

21  Department of Education in Georgia basically told us

22  that we would have to move out of the facility.  There

23  was not another facility for us to move into, so the

24  board decided that we should be spread out.

25     Q    When you say board, are you referring to the



1   RESA Board of Control?

2        A    Yes.

3        Q    You said that the Georgia Department of

4   Education told you that you would have to move out of

5   the facility; is that right?

6        A    Yes, the State Board.

7        Q    Did the State Board give a reason as to why

8   GNETS of Oconee had to move out of the center facility?

9        A    One of the facilities which was a cafeteria

10  was a very old building and they felt it wasn't

11  suitable for students.

12       Q    Has GNETS of Oconee considered any changes to

13  its multi-site structure?

14       A    In what way?

15       Q    Have you considered going back to a center

16  model?

17       A    As far as GNETS of Oconee, I know the board

18  has discussed possibly working together for a

19  center-based model.  Baldwin County has discussed

20  having a center-based model for those students, but

21  nothing has been, you know, there's no decision has

22  been made to actually do that.

23           MS. GARDNER:  I am going to hand to the court

24       reporter what I'd like to have marked as

25       Plaintiff's Exhibit 465.



1  January 4, 2018 email, other GNETS directors?

2      A    Yes.

3      Q    So in Ms. Cleveland's email, she says, "See

4  the attached GNETS systemic reintegration planning

5  document.  This document will provide guidance for LEAs

6  that may be considering a large

7  reintegration/relocation process."

8           Do you see that?

9      A    Yes.

10     Q    In your response to Ms. Cleveland, you say,

11 "Our program is already in year two of the

12 reintegration into our system after our facility was

13 closed in 2016."

14     A    Yes.

15     Q    "I am assuming that we do not have to do this

16 since we have worked through all of these issues

17 already but I wanted to make sure."

18          Do you see that?

19     A    I do.

20     Q    When you reference the reintegration into your

21 system after your facility was closed, what are you

22 referring to in terms of reintegration?

23     A    Having students move from a center-based model

24 to being served in the schools.

25     Q    I assume that the reference here to the



1   facility closing is what we just discussed with the

2   State Department of Education telling GNETS of Oconee

3   that the building was unsuitable?

4        A    Correct.

5        Q    How did that process of the State Department

6   of Education telling unfold?

7        A    It wasn't the Department of Education, it was

8   the State Board, State Education Board.

9        Q    The State Education Board?

10       A    As I understood it.

11       Q    Did GNETS of Oconee receive a letter from the

12  State Board of Education about this?

13       A    I don't remember a letter.  I remember, I'm

14  trying to think of how we found out.  It was a State

15  Board presentation that said that nine facilities would

16  be closing.  I don't remember getting an official

17  letter.

18       Q    Have there been any sort of facilities

19  inspection of the GNETS of Oconee center prior to your

20  being notified that the center needed to be closed?

21       A    Yes, there was an independent contractor that

22  came in and toured the facility, took pictures, things

23  like that.

24       Q    Was GNETS of Oconee required to complete a

25  reintegration plan at the time the facility was closed?



1        A    To be honest, I don't remember the

2    reintegration plan.

3        Q    You said that there were independent

4    contractors who conducted a facility inspection.  Were

5    those independent contractors working for the Georgia

6    Department of Education?

7        A    I don't know who they worked for.

8             MR. NGUYEN:  At a good breaking point, can we

9        break?

10            MS. GARDNER:  Just after this document, we can

11       break.

12            MR. NGUYEN:  That's fine.

13            MS. GARDNER:  I would like to have the court

14       reporter please mark this document as Plaintiff's

15       Exhibit 466.

16            (Plaintiff's Exhibit 466 was marked for

17       identification.)

18            (Witness reviewing document.)

19   BY MS. GARDNER:

20       Q    Ms. Wolf, you have been handed what has been

21   marked as Plaintiff's Exhibit 466.  This is an email

22   from you to Vickie Cleveland dated April 8, 2019 with

23   the subject: Forward: Possible regional GNETS center

24   visit.  The first page of this document is Bates

25   stamped GA00343802.



1          Do you recognize this?

2     A    I do.

3     Q    In this email, you forward an earlier email

4  that you received to Ms. Cleveland, correct?

5     A    Yes.

6     Q    Am I correct in understanding that that

7  earlier email is an email from Hayward Cordy to you and

8  to Vickie Cleveland also dated April 8, 2019?

9     A    Yes.

10    Q    Who is Hayward Cordy?

11    A    At the time he was the Oconee RESA director.

12    Q    So at the time he would have been the person

13  you reported directly to?

14    A    Yes.

15    Q    I think you said as pertained to fiscal and

16  personnel issues earlier?

17    A    Yes.

18    Q    In the email Hayward Cordy says, "Good

19  afternoon, Pat.  I recently heard back from Dr. Price,

20  Baldwin County Superintendent of Schools regarding a

21  tour of Sandersville Elementary School as a possible

22  GNETS regional center location.  She is interested in

23  touring the facility."

24          Do you see that?

25    A    Yes.



1    Q    And farther down, Hayward Cordy says, "I am

2    copying Ms. Vickie Cleveland on this email in the hope

3    that she and someone from the GaDOE Facilities Division

4    will be able to participate in the building

5    walk-through.  As learned from our visit, the wing that

6    we are interested in was built in 1995 and has a

7    current certificate of occupancy and working fire alarm

8    system and is ADA compliant."

9         Do you see that?

10   A    I do.

11   Q    At the time was Sandersville Elementary School

12   being considered as a possible site for a regional

13   center within GNETS of Oconee?

14   A    It was, yes.

15   Q    Had there been any discussion as to the role

16   that center would play if it were opened?

17   A    It would, if it were opened, it would be a

18   regional program similar to the center-based model.

19   Q    That you had previously had?

20   A    Yes.

21   Q    Had you visited Sandersville Elementary School

22   at the time you received this email?

23   A    Yes.

24   Q    When you visited Sandersville Elementary

25   School before receiving this email, were you visiting



1   it with anyone else?

2       A    Dr. Cordy visited it with me.

3       Q    Was that facility in terms of the area that

4   GNETS of Oconee was considering, was it a wing of a

5   larger building that you were considering using?

6       A    It was, yes.

7       Q    Was the remainder of that building actively

8   being used as an elementary school?

9       A    No.

10      Q    Was it being used for anything?

11      A    It was being used for some community affairs

12  things.  I don't remember the specific name of the

13  program.

14      Q    Was there any sort of alternative school in

15  that building?

16      A    Not that I'm aware of.

17      Q    This email says that Dr. Price is interested

18  in touring the facility.  Did you understand why Dr.

19  Price was interested in doing that?

20      A    She was determining whether she wanted to have

21  her students sent to the program, to that center-based

22  model.

23      Q    Hayward Cordy here expresses a hope that

24  Vickie Cleveland and someone from the Georgia DOE

25  Facilities Division would be able to participate in Dr.



1  Price's walk-through.  Did you share that hope?

2      A    That they would approve the facility?

3      Q    That they would participate in the

4  walk-through.

5      A    I really didn't have an opinion on whether

6  they participated or not.

7      Q    Did Hayward Cordy discuss with you at all why

8  he hoped that someone from the Georgia Department of

9  Education Facilities Division would be able to visit?

10     A    Because if they were going to go to a

11 center-based model, it would have to be approved by the

12 Department of Education and the Facilities.

13     Q    So that was the reason for asking Vickie

14 Cleveland and somebody from the State Department of

15 Education Facilities Division to participate in the

16 walk-through?

17     A    As I understood it, yes.

18     Q    Did you receive a reply from Ms. Cleveland to

19 your email asking her if she could attend the tour?

20     A    I do not recall.

21     Q    Do you recall whether Ms. Cleveland or anybody

22 from the Georgia Department of Education Facilities

23 Division actually visited Sandersville Elementary

24 School?

25     A    I do not believe they did.



1   section, the very last sentence there says, "For

2   children receiving in-class services, local schools are

3   actively involved and exit criteria are developed upon

4   entry into the GNETS program."

5          Do you see that?

6   A    Yes.

7   Q    What does it mean when it says local schools

8   are actively involved?

9   A    That refers to the IEP team having the local

10  educational authority along with the other members of

11  the IEP team to determine what the student's IEP goals,

12  what they are to meet on their IEP goals in order to

13  exit the GNETS program.

14  Q    So those exit criteria are developed by the

15  IEP team?

16  A    Yes.

17  Q    Are all of those criteria individualized?

18  A    Yes, based on whether that student meets the

19  IEP goals, yes.

20  Q    Are there any exit criteria that apply across

21  the board to all GNETS of Oconee students?

22  A    In terms of their behaviors, what we recommend

23  is that they have a certain period of time on what we

24  call green level before they would be able to start

25  transitioning back to their home.  So that's typically



1   in our IEPs.

2       Q    When you say that a student has a certain

3   period of time on a green level, what does being on a

4   green level mean?

5       A    That would be in their class dojo which is a

6   computerized behavior management data collection

7   system.  We recommend that 80 percent or above is green

8   level and that a student be able to maintain that

9   80 percent or above for six consecutive weeks.

10      Q    Does the 80 percent or above refer to the

11  percentage of time that a student is behaving

12  appropriately?

13      A    The positive behaviors that they are

14  displaying, yes.

15      Q    Is there any sort of exit criteria applying

16  across the board that has to do with a student's

17  ability to successfully transition out into a general

18  education environment for some period of time?

19      A    I'm not sure I understand the question.

20      Q    Let me rephrase that.  For students in GNETS

21  of Oconee, are there ever circumstances where students

22  have the ability to push out of in-class services into

23  a classroom and general education environment for some

24  period of time during the day?

25      A    Yes, absolutely.



1  the LEAs that GNETS of Oconee serves?

2       A    No.

3       Q    Do you currently have any paraprofessionals

4  who are funded by those LEAs?

5       A    No.

6       Q    Do you still have twelve paraprofessionals?

7       A    I think we have 13 paraprofessionals now in

8  this staffing pattern, but then, like we talked about

9  earlier, the vacancies.

10      Q    I believe you said you have five or six

11 vacancies; is that correct?

12      A    Yes.

13      Q    Is the breakdown roughly the same in terms of

14 the number of your paraprofessionals whose funding

15 comes from the State grant relative to the Federal

16 grant?

17      A    It is.

18      Q    What about your profession as director, it is

19 not listed in this chart.  How is your position funded?

20      A    My position is funded through the State grant.

21           MS. GARDNER:  I'd like to have the court

22      reporter mark this document as Plaintiff's

23      Exhibit 470.

24           (Plaintiff's Exhibit 470 was marked for

25      identification.)



1        mark this document as Plaintiff's Exhibit 478.

2                (Plaintiff's Exhibit 478 was marked for

3        identification.)

4                (Witness reviewing document.)

5   BY MS. GARDNER:

6        Q    Ms. Wolf, you have been handed what has been

7   marked as Plaintiff's Exhibit 478.  This is an email

8   thread between you and Vickie Cleveland.  The most

9   recent email in this thread is from Vickie Cleveland to

10  you dated June 13, 2018.  The subject line is "Re:

11  Social Workers."

12               Do you recognize this email?

13       A    I don't recall this email, but I recognize it

14  as mine, yes.

15       Q    If you could turn to the first email in time

16  in the thread which begins on the second page of this

17  document.

18       A    (Indicating affirmatively.)

19       Q    Am I correct in understanding from this that

20  Vickie Cleveland reached out to you and Desiree Woods

21  to ask whether the two of you shared a social worker

22  for the FY18 school year?

23       A    Yes.

24       Q    Who is Desiree Woods?

25       A    A fellow GNETS director now retired.



1    Q    Which program was she the GNETS director for?

2    A    DeKalb Rockdale.

3    Q    Ms. Cleveland also asked the two of you

4  whether you will still need a reimbursement for the

5  social worker for FY19, correct?

6    A    Correct.

7    Q    How did you respond to Ms. Cleveland's

8  question?

9    A    I would have said that, yes, we did need

10  additional therapeutic support funding.

11    Q    So in your email responding to Ms. Cleveland,

12  you say, "We definitely need an extra therapeutic

13  support person."

14        Is that correct?

15    A    Yes.

16    Q    You go on to say, "Can we find our own people,

17  though, and not use Staff Rehab or another agency?"

18        Do you see that?

19    A    Yes.

20    Q    What's Staff Rehab?

21    A    Staff Rehab was a privately run therapeutic

22  agency that would provide support to school systems.

23    Q    Had you been required to use Staff Rehab

24  before?

25    A    Initially, I don't know that it was a



 1   requirement, but I can't remember how Staff Rehab

 2   became involved.  That's what we were told to refer

 3   through initially, but they really didn't know a lot --

 4   I can't remember if it was an individual person.  I

 5   can't remember the person at all.

 6           But I remember that they weren't really

 7   trained in how to work with our population.  And that's

 8   why I was asking.

 9   Q     You said Staff Rehab is what you were told to

10   refer through initially.  Who told you to refer through

11   Staff Rehab initially?

12   A     I don't know that Vickie told us that we had

13   to use Staff Rehab.  I think that was one of the

14   resources that she suggested.  And Ms. Woods had used

15   them in the past as well, so I don't know if other

16   GNETS programs use that same agency or not.  I know it

17   wasn't working out with us.

18   Q     In here you are asking Vickie Cleveland

19   whether you can not go that route and can instead find

20   your own person?

21   A     Correct.

22   Q     What was the outcome of that question?  How

23   did that get resolved?

24   A     I believe that we were able to, that we were

25   allowed to.  I don't know if she had emailed me back or



1  we had a phone conversation, but the answer was yes,

2  essentially.

3      Q    You mentioned that one of the issues with

4  Staff Rehab was that they weren't really experienced in

5  working with your population?

6      A    Yes.

7      Q    When you say your population, what

8  specifically are you referring to?

9      A    Students with the most severe behavior and

10  emotional needs.  They weren't at the level that they

11  would be able to handle a crisis or even do crisis

12  intervention with them, so.

13          MS. GARDNER:  I ask the court reporter to mark

14      this document as Plaintiff's Exhibit 479.

15          (Plaintiff's Exhibit 479 was marked for

16      identification.)

17          (Witness reviewing document.)

18  BY MS. GARDNER:

19      Q    You have been handed what has been marked as

20  Plaintiff's Exhibit 479.  This is another email thread

21  between you and Vickie Cleveland.  The most recent

22  email on this thread is an email from Vickie Cleveland

23  to you dated July 24, 2018.  The subject is "Re:

24  Therapeutic Services Reimbursement for Social Workers,"

25  and there is one attachment which is a Word document



1  with the file name GNETS Contracted Social Worker.

2          The first page of this document has a Bates

3  stamp of GA00329465.  Do you recognize this email

4  thread?

5      A    I recognize it as being mine.  I don't

6  particularly remember it, but yes.

7      Q    I want to look at the earliest email in this

8  thread which starts on the second page.  Do you see

9  where Ms. Cleveland writes to you and others and says,

10  "The SBOE approved the reimbursements for therapeutic

11  services for social workers for FY19"?

12     A    Yes.

13     Q    This is the same social worker you were

14  discussing with Ms. Cleveland in the last email

15  exchange we reviewed in Plaintiff's Exhibit 478?

16     A    I'm not sure if it's the same one.

17     Q    Am I correct that SBOE here refers to the

18  State Board of Education?

19     A    Yes.

20     Q    Ms. Cleveland goes on to write later on, "I am

21  working on data collection deliverables that the SWs

22  will have to send to GaDOE quarterly regarding services

23  this school year."

24          Do you see that?

25     A    Yes.



1       Q     Does GNETS of Oconee still submit that sort of

2  data to the Department of Education today?

3       A     Yes.

4       Q     For which positions on your staff do you

5  submit that data currently?

6       A     Primarily from Ms. Brundage, the licensed

7  clinical social worker.

8       Q     Do you still submit that data to Ms.

9  Stevenson?

10      A     Yes.

11      Q     On a monthly basis?

12      A     Yes.

13      Q     Turning back to the first page of the document

14 which is your response to Ms. Cleveland, you say here,

15 "Are there any protocols about who we contract with?

16 Can we contract directly with a licensed individual

17 rather than using a hiring agency?"

18            Do you see that?

19      A     Yes.

20      Q     This question is similar in nature to your

21 question about whether you have to use Staff Rehab; is

22 that right?

23      A     Yes.

24      Q     How did Ms. Cleveland respond to your

25 question?



1    A    I don't recall whether she responded in a

2    written fashion, but the answer was yes, that we could

3    use another agency.

4    Q    Ms. Cleveland sends you an email in response

5    to your email on this thread, correct?

6    A    Yes.

7    Q    She says, "Please send me the resume for the

8    candidate.  I have also attached a draft of the social

9    worker responsibilities that I am working on with some

10   of the expectations for services."

11        Correct?

12   A    Correct.

13   Q    Did you send Ms. Cleveland a resume for the

14   candidate?

15   A    I believe so, but as I'm thinking about it,

16   I'm not even sure what the candidate's name was.

17   Q    Did you review the draft of the social worker

18   responsibilities that Ms. Cleveland forwarded to you in

19   this email?

20   A    Yes.

21   Q    What did you do with that draft, if anything?

22   A    I believe from the draft, created the job

23   description for that social worker.

24   Q    When you say for that social worker, you are

25   talking about the social worker that GNETS of Oconee



1   ultimately hired?

2       A    Yes.

3       Q    Ms. Cleveland says in her email that she will

4   share more at an August meeting.

5            Do you see that?

6       A    Yes.

7       Q    Were these social worker responsibilities

8   discussed at an August meeting?

9       A    I don't recall.

10      Q    Turning to the attachment that Ms. Cleveland

11  included in her email to you, do you see the section

12  titled General Responsibilities?

13      A    Yes.

14      Q    In the second paragraph about midway through

15  it says, "Further, the social worker aligns their daily

16  tasks with the identified needs outlined in the GNETS

17  needs assessment submitted to GaDOE.  Daily assignments

18  must focus on assisting students with problem solving,

19  conflict resolution and elevated mental health

20  concerns."

21           Do you see that?

22      A    Yes.

23      Q    Is the needs assessment mentioned here the

24  kind of needs assessment that we reviewed earlier?

25      A    I believe so.



1  referred to GNETS of Oconee?

2     A    So initially in terms of the special ed

3  continuum, this would be a student that they tried in

4  the general education environment and the student had

5  behavior problems so they would move to a perhaps

6  resource setting followed by a self-contained setting

7  and still have significant behavioral difficulties and

8  challenges.  And at that point the IEP team would

9  complete a consideration of services for GNETS.

10          They would convene a team meeting and we would

11 discuss it, whether that is appropriate for that

12 particular student, and if so, at that point decide, do

13 we want to consider other services for that student or

14 consider a part-time placement or a full-time

15 placement.

16          Generally, it's a full-time placement based on

17 the severity of the behaviors which are typically the

18 reasons that kids are being referred to us.

19          MS. GARDNER:  I'd like to ask the court

20     reporter to mark this as Plaintiff's Exhibit 482.

21          (Plaintiff's Exhibit 482 was marked for

22     identification.)

23          (Witness reviewing document.)

24 BY MS. GARDNER:

25     Q    Ms. Wolf, you have been handed what's been



1  marked as Plaintiff's Exhibit 482.  This is the Georgia

2  Network for Educational and Therapeutic Support

3  confidential student information packet.  Do you

4  recognize this document?

5       A    I do.

6       Q    I believe earlier in discussing the referral

7  process you mentioned a consideration of services

8  packet, is that how you referred to it?

9       A    Yes.

10      Q    Is this a part of that?

11      A    Yes.

12      Q    Is this document what you were referring to?

13      A    Yes.

14      Q    Did you create this document?

15      A    Yes, I, along with several directors, created

16 it.

17      Q    How is this document used?

18      A    This is the document that the referring

19 parties would fill out providing information on the

20 student along with their progress monitoring and

21 assessment information and so forth and they would

22 provide that when considering GNETS services.

23      Q    This document on the first page says, "Please

24 review the guiding questions for consideration of GNETS

25 services as well as the GNETS services flow chart to



1   assist in appropriate educational planning for the

2   student."

3          Do you see that?

4   A    Yes.

5   Q    Are you familiar with the guiding questions

6   for consideration of GNETS services?

7   A    Yes.

8   Q    What is that?

9   A    So the guiding questions are, you want to make

10  sure that students aren't referred, for example,

11  without a behavior intervention plan and/or functional

12  behavior assessment.  So that's one of the guiding

13  questions whether they have had a psychological

14  evaluation within three years, and whether there have

15  been less restrictive interventions tried.

16         So those are all, it is a pretty extensive

17  document.  The guiding questions is more, it's like a

18  four or five-page document that has considerations of

19  what the team should consider prior to referring the

20  student to us.  And the flow chart itself just kind of

21  shows the whole procedural aspect.

22         MS. GARDNER:  I would like to have this

23     document marked as Plaintiff's Exhibit 483.

24         (Plaintiff's Exhibit 483 was marked for

25     identification.)



1          (Witness reviewing document.)

2    BY MS. GARDNER:

3        Q    Ms. Wolf, you have been handed what's been

4    marked as Plaintiff's Exhibit 483.  This is the Georgia

5    Network for Educational and Therapeutic Supports

6    guiding questions for consideration of GNETS services.

7    Do you recognize this document?

8        A    Yes, I do.

9        Q    Is this the guiding questions we were just

10   discussing?

11       A    Yes.

12       Q    Did you create this document?

13       A    Yes, along with several other directors.

14       Q    You mentioned before, I believe, that the

15   guiding questions were intended to ensure that certain

16   things are in place before a student is referred for

17   consideration of GNETS services; is that accurate?

18       A    That's accurate.

19       Q    I believe one of the things you said that the

20   guiding questions is intended to help with is to ensure

21   that students are not referred without a behavior

22   intervention plan?

23       A    Correct.

24       Q    Why can a student not be referred without a

25   behavior intervention plan?



1      A    Because you would hope that the IEP team, if

2  the behaviors were that significant, that they would

3  complete a behavior intervention plan to try to put

4  those supports and interventions in place prior to a

5  student being referred to GNETS.

6      Q    Is there any rule that requires that?

7      A    I believe the Department of Education GNETS

8  rule requires the behavior intervention plan.

9      Q    What is the Department of Education's GNETS

10 rule?

11     A    It is a rule that the State Department of

12 Education came up with regarding GNETS that we are

13 guided by.

14     Q    You mentioned before that the guiding

15 questions were also intended to help ensure that

16 students were not referred without a functional

17 behavior assessment; is that right?

18     A    Yes, but in some cases a functional behavior

19 assessment hasn't been done and just the behavior

20 intervention plan.

21     Q    So you are saying that sometimes students are

22 referred to GNETS and there has not been a functional

23 behavior assessment but there has been a behavior

24 intervention plan?

25     A    Correct.



1    Q    I believe you also referenced a psychological

2    evaluation within three years?

3    A    Yes.

4    Q    Is that a requirement for placement in GNETS?

5    A    Yes, I believe it's part of the rule as well.

6    Q    Part of the State rule?

7    A    Yes.

8    Q    This guiding questions document asks whether

9    the student is currently being served in special

10   education.

11        Do you see that?

12   A    Yes.

13   Q    It says, "If the answer is no, then GNETS is

14   not an appropriate consideration at this time."

15        Do you see that?

16   A    Yes.

17   Q    Is current service in special education a

18   requirement for placement in the GNETS program?

19   A    Yes.

20   Q    Where does that requirement come from?

21   A    I believe it's -- I'm not sure if it's in the

22   State rule.  I'm not sure where it comes from.

23        MS. GARDNER:  I'd like to have this document

24        marked as Plaintiff's Exhibit 484.

25        (Plaintiff's Exhibit 484 was marked for



1    Q    When you say present the final drafts to the

2   rest of the committee --

3    A    I mean the rest of the directors.  That's what

4   I meant.  Sorry.

5    Q    Understood.

6         MS. GARDNER:  I would like to have the court

7         reporter mark this document as Plaintiff's

8         Exhibit 486.

9         (Plaintiff's Exhibit 486 was marked for

10        identification.)

11        (Witness reviewing document.)

12   BY MS. GARDNER:

13    Q    Ms. Wolf, you have been handed what's been

14   marked as Plaintiff's Exhibit 486.  This is an email

15   from you to Steve Derr, Whitney Braddock with a cc to

16   Nakeba Rahming dated September 26, 2017.

17        The subject is Consideration of Services and

18   there are three attachments to the email, the GNETS

19   Confidential Student Information Packet, the GNETS

20   Services Flow Chart and Guidance for GNETS Placements.

21   The first page of this document has a Bates stamp

22   GA00793042.

23        Do you recognize this email?

24    A    I do.

25    Q    I believe you said earlier that Steve Derr and



1    Whitney Braddock were the other members on the

2    committee with you to develop the consideration of

3    services documents?

4        A    Yes.

5        Q    Is it fair if I refer to these documents as

6    consideration of services documents?

7        A    Sure.

8        Q    Will you understand what I mean?

9        A    I will.

10       Q    In this email, you write to Ms. Braddock and

11   Mr. Derr and you say, "Thanks for being here today.  So

12   just to recap, Nakeba wants us to take the attached

13   documents and make sure that they are aligned with the

14   new GNETS rule which can be found at," and you include

15   a link presumably to the new GNETS State rule; is that

16   right?

17       A    Yes.

18       Q    Did you send this email following a meeting

19   with Ms. Braddock and Mr. Derr?

20       A    Yes.

21       Q    That was a meeting to discuss the

22   consideration of services documents?

23       A    I believe so, yes.

24       Q    Did Ms. Rahming participate in that meeting?

25       A    I think she did.  I think we were in a



 1   directors' meeting and we discussed it and Whitney,

 2   Steve and I volunteered to work on that packet.  I

 3   think that's how it all came about.

 4       Q    What did it mean for you to make sure the

 5   documents were aligned with the new GNETS rule?

 6       A    Because of the specifics in the rule about

 7   having a behavior intervention plan and the

 8   psychological within three years, things like that.

 9       Q    So Ms. Rahming wanted to make sure that the

10   documents you all were drafting would include or be

11   consistent with the terms of that rule?

12       A    Correct.

13       Q    Did you all do that?

14       A    We did.

15       Q    So the consideration of services documents

16   that we have looked at earlier are all aligned with the

17   GNETS state rule?

18       A    Yes.

19       Q    In this email, you also say a bit farther

20   down, "Nakeba will send out her draft of the guidance

21   document."

22            Do you see that?

23       A    Yes.

24       Q    What is the guidance document that you are

25   saying Ms. Rahming will send out?



1    A    I don't know what that document was.

2         MS. GARDNER:  I'd like to have this marked as

3    Plaintiff's Exhibit 487.

4         (Plaintiff's Exhibit 487 was marked for

5    identification.)

6         (Witness reviewing document.)

7  BY MS. GARDNER:

8    Q    Ms. Wolf, you have been handed what's been

9  marked as Plaintiff's Exhibit 487.  This is an email

10 from you to Nakeba Rahming with a cc to Steve Derr and

11 Whitney Braddock.  The subject is Consideration for

12 Services.

13        The email was sent on October 4, 2017 and it

14 attaches several documents, a draft GNETS confidential

15 student information packet, a draft GNETS request for

16 consultation, a draft GNETS services flow chart and a

17 draft guidance for GNETS placements.  The Bates stamp

18 on the first page of this document is GA00794159.

19        Do you recognize this document?

20        (Witness reviewing document.)

21    A    Yes.

22    Q    By the time of this email, had you insured

23 that the consideration of services documents were

24 aligned to the GNETS State rule?

25    A    Yes.



1    Q    In this email you are asking for Ms. Rahming's

2    permission to send the documents to other GNETS

3    directors for their review and feedback?

4    A    Yes.

5    Q    Did you receive the green light from Ms.

6    Rahming to do that?

7    A    I did.

8         MS. GARDNER:  Let's have this document marked

9       as Plaintiff's Exhibit 488.

10         (Plaintiff's Exhibit 488 was marked for

11       identification.)

12         (Witness reviewing document.)

13   BY MS. GARDNER:

14   Q    Ms. Wolf, you have been handed Plaintiff's

15   Exhibit 488.  This is an email from you to a large

16   email distribution list sent on October 4, 2017.  The

17   subject is Consideration for GNETS Services - Draft of

18   Forms.

19         The email has several attachments including a

20   draft GNETS confidential student information packet, a

21   draft GNETS request for consultation, a draft GNETS

22   services flow chart, and a draft guidance for GNETS

23   placements.  The Bates stamp on this is GA00794197.

24         Do you recognize this document?

25   A    I do.



1    Q    Is this a copy of the email where you

2    distributed the consideration of services forms to the

3    GNETS directors for their review and feedback?

4    A    Yes.

5    Q    This email references a webinar to train staff

6    on the use of the documents.  Do you see that?

7    A    Yes.

8    Q    Did that webinar occur?

9    A    No, I remember doing it at a face-to-face

10   directors' meeting shortly after but I don't remember

11   the exact date.

12        MS. GARDNER:  Let's have this document marked

13        as Plaintiff's Exhibit 489.

14        (Plaintiff's Exhibit 489 was marked for

15        identification.)

16        (Witness reviewing document.)

17   BY MS. GARDNER:

18   Q    Ms. Wolf, you have been handed what's been

19   marked as Plaintiff's Exhibit 489.  This is an email

20   thread between you and Nakeba Rahming.  The most recent

21   email is sent from you to Ms. Rahming on October 24,

22   2017 with the subject "Re: Consideration for GNETS

23   Services Meeting today at one p.m."  The Bates stamp on

24   the initial page is GA00132036.

25        If you turn to the last page to the first in



 1  time email, do you see your email to Ms. Rahming on

 2  October 24, 2017 at 8:32 a.m. where you say, "Good

 3  morning, Nakeba.  Are you planning to be online today

 4  for the meeting at one p.m. on the Consideration of

 5  Services?  If not, please let me know what I should

 6  tell Directors regarding implementation of these forms.

 7  Are they to be implemented immediately, in January or

 8  in FY19?  I'm sure this question will come up."

 9        Do you see that?

10     A    Yes.

11     Q    So there was a meeting that was going to be

12  occurring on the consideration of services form?

13     A    Yes.

14     Q    Was that meeting with other GNETS directors?

15     A    Yes.

16     Q    Here you are reaching out to Ms. Rahming to

17  get clarity about when other GNETS directors should

18  start using the consideration of services forms; is

19  that correct?

20     A    Yes.

21     Q    Ms. Rahming responds to your email and says,

22  "Yes, I will be on.  We can begin implementation at the

23  beginning of a new school year."

24        Do you see that?

25     A    Yes.



1    Q    Did she participate in that meeting?

2    A    Yes.

3    Q    Were those consideration of services forms

4  implemented at the beginning of a new school year?

5    A    Yes.

6    Q    By beginning of a new school year, is that a

7  reference to the 2018-2019 school year?

8    A    Yes.

9         MS. GARDNER:  I'd like to have this document

10     marked as Plaintiff's Exhibit 490.

11         (Plaintiff's Exhibit 490 was marked for

12     identification.)

13         (Witness reviewing document.)

14  BY MS. GARDNER:

15    Q    Ms. Wolf, you have been handed what's been

16  marked as Plaintiff's Exhibit 490.  This is an email

17  from you to Nakeba Rahming dated November 7, 2017.  The

18  subject is "Re: Upcoming LEA collaborative meeting for

19  GNETS December 7th," and this email attaches the

20  consideration of services forms.  The beginning Bates

21  stamp on this document is GA01941385.

22         Do you recognize this document?

23    A    Yes.

24    Q    You note in your email to Ms. Rahming that the

25  documents you attach are the final documents and you



1  ask her if she can have them printed for the

2  participants of the collaborative; is that correct?

3       A    Yes.

4       Q    What is the collaborative referenced here?

5       A    That's all the directors meeting together.

6       Q    All of the GNETS directors?

7       A    GNETS directors, yes.

8       Q    Is that the same as the LEA collaborative

9  meeting that's referenced in the subject line of this

10  email?

11      A    Okay, no, that was a meeting that we had the

12  LEAs present where we all came together as the State in

13  Macon.  So that's what that collaborative is.

14      Q    So this collaborative meeting involved LEAs

15  and GNETS directors?

16      A    Yes.

17      Q    Did Ms. Rahming participate in that LEA

18  collaborative meeting?

19      A    She did.

20      Q    If you turn to the second page, do you see the

21  email at the bottom from Matt Jones sent on November 6,

22  2017?

23      A    Yes.

24      Q    That email was sent to K12 superintendents and

25  RESA directors with a copy to Nakeba Rahming; is that



1  | correct?

2  |     A    Yes.

3  |     Q    In the email Mr. Jones says, "Attached is an

4  | agenda for a 2018 fall LEA collaborative meeting held

5  | on December 7, 2017 from 9:30 a.m. to 1 p.m. at the

6  | Marriott Macon City Center," and then it has the

7  | address.  Mr. Jones goes on to say, "The purpose of

8  | this meeting is to introduce the guidance for the GNETS

9  | rule, share a streamlined process with LEAs when they

10 | are considering students for GNETS services, and engage

11 | GNETS and LEAs in a discussion to plan five regional

12 | parent university sessions across the State."

13 |          Do you see that?

14 |     A    I do.

15 |     Q    So these were the things that were going to be

16 | covered at the LEA collaborative meeting that you were

17 | forwarding final consideration of services documents

18 | forms for?

19 |     A    Yes.

20 |     Q    Did you attend that meeting?

21 |     A    Yes.

22 |     Q    Who is Matt Jones?

23 |     A    The chief of staff of the Department of

24 | Education.

25 |     Q    Did Mr. Jones attend this LEA collaborative



PATRICIA J. WOLF                                        October 06, 2022
UNITED STATES vs STATE OF GEORGIA                                    197

```
 1   meeting?
 2       A    I believe so, yes.
 3       Q    Did anyone else from the State Department of
 4   Education attend the collaborative meeting?
 5       A    I believe Vickie Cleveland was there and I'm
 6   not sure who else.
 7       Q    You note in your email that you would prepare
 8   a presentation for the collaborative.  Did you do that?
 9       A    I did.
10            MS. GARDNER:  I'd like to ask that this
11       document be marked as Plaintiff's Exhibit 491.
12            (Plaintiff's Exhibit 491 was marked for
13       identification.)
14            (Witness reviewing document.)
15   BY MS. GARDNER:
16       Q    Ms. Wolf, you have been handed what's been
17   marked as Plaintiff's Exhibit 491.  This is an email
18   from you to Nakeba Rahming dated November 16, 2017.
19   Vickie Cleveland is also included in this email and the
20   subject is "PowerPoint for LEA Collaborative
21   December 7th on Consideration of Services."
22            There are several attachments to this email
23   that are consideration of services forms.  The Bates
24   stamp on the first page of this document is GA00013170.
25            Do you recognize this email?
```



1     A    I do.

2     Q    In this email, do you provide to Ms. Rahming

3  and Ms. Cleveland the presentation that you indicated

4  you would prepare for the LEA collaborative meeting?

5     A    Yes.

6     Q    I want to take a look at Page 3 of that

7  presentation.  This slide is titled Roll Out, correct?

8     A    Correct.

9     Q    Then beneath that it says, "Fall of 2018" and

10  it also says, "Some programs to pilot beginning in

11  January of this year."

12         Do you see that?

13     A    Yes.

14     Q    Were the consideration of services forms

15  piloted by some GNETS programs before they were fully

16  rolled out in the fall of 2018?

17     A    Yes.

18     Q    That pilot began in January of 2018?

19     A    Yes.

20     Q    How many programs participated in the pilot?

21     A    I don't recall.

22     Q    Did GNETS of Oconee participate?

23     A    Yes.

24     Q    What happened after the initial pilot phase?

25     A    After the pilot phase, we came, I believe we



1   came back together again in the summer and just went

2   through everything again with the directors.  And that

3   was our rollout in the fall.

4       Q    Were there changes made to the consideration

5   of services form between the end of the pilot phase and

6   when they were rolled out in the fall of 2018?

7       A    I believe there was just some minor changes in

8   typos and formatting and things like that.

9            MS. GARDNER:  I'd like to ask that this

10       document be marked as Plaintiff's Exhibit 492.

11           (Plaintiff's Exhibit 492 was marked for

12       identification.)

13           (Witness reviewing document.)

14   BY MS. GARDNER:

15       Q    Ms. Wolf, you have been handed Plaintiff's

16   Exhibit 492.  This is an email thread between Nakeba

17   Rahming, you, Whitney Braddock, Steve Derr and Vickie

18   Cleveland.  The most recent email in the thread is an

19   email from Ms. Rahming to you, Steve Derr, Whitney

20   Braddock and Vickie Cleveland.  The subject is "Re:

21   Consideration of Services - Revised" and that's sent on

22   December 11, 2017.  The Bates stamp on the first page

23   of this document is GA00014016.

24           Do you recognize this email thread?

25       A    Yes.



1      Q      I want to start at the bottom with the email

2    from you to Steve Derr, Whitney Braddock and Nakeba

3    Rahming.  In it you say, "I wanted you each to take a

4    look at the consideration of services student

5    information packet based on the discussion yesterday

6    about insuring that the EBD part is removed.  Please

7    review the highlighted area and let me know what you

8    think.  Should we keep in those 45 criteria and just

9    not mention EBD or take that part out completely?"

10           Do you see that?

11     A      Yes.

12     Q      What was the discussion about ensuring the EBD

13   part is removed?

14     A      There were several GNETS programs that have

15   served other disabilities, and it was felt that it was,

16   placement consideration was up to the IEP team.  So

17   they felt that the disability of EBD should be removed.

18     Q      Had that been included in a form as criteria?

19     A      I believe so, yes.

20     Q      So in your email, you are inquiring whether

21   you should keep certain criteria that support the

22   characteristics of EBD but just not mention EBD

23   specifically?

24     A      Correct.

25     Q      Nakeba Rahming responds to your email.  In



1   here she says, "I do like the new version and the

2   bullets that support the characteristics of EBD."

3        Do you see that?

4   A    Yes.

5   Q    What was the ultimate conclusion on this

6   question?

7   A    That I believe that we would keep out the EBD

8   and allow, ensure that the IEP teams are coming up with

9   the decision if someone that is not, doesn't have the

10  disability of EBD, that they can still benefit from our

11  program.

12  Q    Did you keep in the criteria that supported

13  the characteristics of EBD?

14  A    I believe we did, yes.

15       MS. GARDNER:  I'd like to have this marked as

16       Plaintiff's Exhibit 493.

17       (Plaintiff's Exhibit 493 was marked for

18       identification.)

19       (Witness reviewing document.)

20  BY MS. GARDNER:

21  Q    Ms. Wolf, you have been given Plaintiff's

22  Exhibit 493.  This is an email from you to Vickie

23  Cleveland dated June 20, 2018 with the subject

24  "Finalized Consideration of Services Forms."  It

25  contains several attachments, the GNETS Confidential



1   Student Information Packet as of June 20, 2018; the

2   GNETS Request for Consultation as of June 20, 2018; the

3   GNETS Services Flow Chart; and Guidance for GNETS

4   Placements as of June 20, 2018.  The Bates stamp on the

5   first page of this document is GA00327280.

6          Do you recognize this email?

7      A    I do.

8      Q    Am I correct that in this email you write to

9   Vickie, "I made all of the changes we discussed

10  yesterday regarding the Consideration of Services

11  forms.  Please have the DOE attorney look them over and

12  let me know if changes need to be made.  When I get the

13  go-ahead from you, I will post them on the GNETS

14  director's notebook."

15          Is that right?

16     A    Correct.

17     Q    What's the GNETS director's notebook?

18     A    The GNETS director's notebook was a

19  centralized resource for GNETS directors where they can

20  access the rule, these forms, any resources shared

21  among our programs.  It was on Microsoft 365,

22  director's notebook, but it wasn't really utilized the

23  way we had intended, so.

24     Q    When you say it wasn't utilized in the way you

25  had intended, what do you mean by that?



1      A    We just -- it kind of fizzled out.  It wasn't

2   something that was around for very long.

3      Q    Was it the equivalent of like a Sharepoint

4   site, something like that?

5      A    Yes.

6      Q    So the time that you sent this email, this

7   would have been after the pilot phase for the

8   consideration of services forms had ended?

9      A    Correct.

10     Q    Did the DOE attorney look the documents over

11  as you requested?

12     A    I don't know.

13          MS. GARDNER:  I'd like to have this marked as

14      Plaintiff's Exhibit 494.

15          (Plaintiff's Exhibit 494 was marked for

16      identification.)

17          (Witness reviewing document.)

18  BY MS. GARDNER:

19     Q    You have been handed Plaintiff's Exhibit 494.

20  This is an email from you to Vickie Cleveland dated

21  June 21, 2018 with the subject "Consideration."  The

22  Bates Stamp on this email is GA00327446.

23          Am I correct that here you are following up

24  with Ms. Cleveland to request that she let you know

25  when, quote, "legal has reviewed the consideration



1  forms"?

2      A    Correct.

3      Q    And here you say, "Directors are chomping at

4  the bit to get them"?

5      A    Correct.

6      Q    Correct that you were waiting to release the

7  consideration of services forms to the GNETS directors

8  until you heard that legal had reviewed those forms?

9      A    Yes.

10      Q    By legal here, you are referencing the

11  Department of Education's attorneys?

12      A    Yes.

13      Q    The State Department of Education's attorneys?

14      A    Correct.

15          MS. GARDNER:  I'd like to have this marked as

16      Plaintiff's Exhibit 495.

17          (Plaintiff's Exhibit 495 was marked for

18      identification.)

19          (Witness reviewing document.)

20  BY MS. GARDNER:

21      Q    You have been handed Plaintiff's Exhibit 495.

22  This is an email from you dated July 16, 2018.  The

23  subject is "Consideration of Services Forms Are Ready."

24  It is sent to a distribution list of various folks and

25  the Bates stamp on the first page of this document is



1    GA00328367.

2            This is an email from you to the other GNETS

3    directors; is that correct?

4        A    Yes.

5        Q    Am I correct that in this email you are

6    relaying to them that Vickie Cleveland has given you

7    the go ahead for the consideration of services forms?

8        A    Yes.

9        Q    So you heard back from Ms. Cleveland and she

10   said that you could release the consideration of

11   services forms to the other GNETS directors?

12       A    Yes.

13       Q    In here you note that those forms could be

14   found on the GNETS directors' notebooks, correct?

15       A    Correct.

16       Q    To what extent have the consideration of

17   services forms that you provided at this time been

18   changed from 2018 to now?

19       A    Very minor changes, and I believe in one case

20   there was some demographic data that was inadvertently

21   left off.  And so that was included.  Minor changes.

22       Q    When those minor changes have been made, are

23   the forms updated to reflect kind of the date that they

24   were updated?

25       A    I don't believe so.



1    things you used the portal for and you were discussing

2    the GNETS grant application and the therapeutic

3    services log.

4        A    Yes.

5        Q    You also mentioned that you would use the

6    portal to communicate secure information on students to

7    the State Department of Education?

8        A    Correct.

9        Q    I'm wondering what kind of secure information

10   on students were you referring to?

11       A    If they require us to send any student

12   information that would have their GTID or any personal

13   identifiers on there, then we would have to send it

14   through the portal.

15           MS. GARDNER:  I'd like to have this document

16       marked as Plaintiff's Exhibit 497.

17           (Plaintiff's Exhibit 497 was marked for

18       identification.)

19           (Witness reviewing document.)

20   BY MS. GARDNER:

21       Q    You have been handed Plaintiff's Exhibit 497.

22   This is an email thread between you and Nakeba Rahming.

23   The most recent email in the thread is an email from

24   you to Nakeba Rahming on November 18, 2016 with the

25   subject "Re: Four-year-olds."  The Bates Stamp on the



 1  first page of this document is GA00042505.

 2          Do you recognize this email thread?

 3      A    Yes.

 4      Q    I want to start with the earliest in time

 5  email which appears on the second page.  Am I correct

 6  that you wrote to Nakeba Rahming saying that you had a

 7  four-year-old not turning five until May and you write,

 8  "Since the new rule isn't in effect, can we serve him

 9  in our GNETS classroom?  Just making sure."

10          Do you see that?

11      A    Yes.

12      Q    When you say the new rule isn't in effect,

13  what rule are you referring to?

14      A    Just the GNETS rule.

15      Q    Am I correct in understanding that there was a

16  new GNETS rule that eventually went into effect in

17  2017?

18      A    Yes.

19      Q    Is that the rule that you are speaking of at

20  this time?

21      A    Yes.

22      Q    It hadn't yet been enacted?

23      A    Correct.

24      Q    Since it hadn't yet been enacted, you were

25  asking Ms. Rahming if you could serve a four-year-old



1   at GNETS of Oconee?

2       A    Yes.

3       Q    Was it your understanding that the new rule

4   would prevent a student that age from being served in

5   GNETS?

6       A    It was.

7       Q    At the time you made this inquiry, were you

8   already serving the four-year-old or was this a new

9   student?

10      A    I can't recall.

11      Q    What was Ms. Rahming's response to you?

12      A    She responded, "That's correct.  The new age

13  will not take effect until the new rule is initiated."

14      Q    So she confirmed that GNETS of Oconee could

15  serve a four-year-old because the new rule hadn't yet

16  taken effect?

17      A    Correct.

18      Q    Did GNETS of Oconee serve that four-year-old

19  you were writing about?

20      A    I believe so, yes.

21           MS. GARDNER:  I'd like to have this marked as

22      Plaintiff's Exhibit 498.

23           (Plaintiff's Exhibit 498 was marked for

24      identification.)

25           (Witness reviewing document.)



1   BY MS. GARDNER:

2       Q    You have been handed Plaintiff's Exhibit 498.

3   This is an email thread involving Nakeba Rahming, you

4   and Brooke Cole.  The most recent email is from Nakeba

5   Rahming to you with a copy to Brooke Cole dated

6   August 2, 2016.  The subject is "Re: Jasper County,"

7   and the first page of this document is Bates stamped

8   GA00781443.

9            Do you recognize this email thread?

10      A    I do.

11      Q    If you look at the bottom of the page, the

12  first in time email, am I correct that you reach out to

13  Ms. Rahming on August 1, 2016 and you say, "Good

14  evening, Nakeba.  Can Elam Alexander Academy serve

15  Jasper County students even though Jasper County falls

16  under GNETS of Oconee catchment?"

17      A    Yes.

18      Q    What prompted this question?

19      A    Jasper County wanted to serve a student at

20  Elam Alexander Academy.

21      Q    Is this the same student we discussed earlier?

22      A    I believe so, yes.

23      Q    That was a student that you said was

24  physically aggressive and there was some discussion

25  about whether that student would be better served at



1    Elam Alexander?

2        A    Yes.

3        Q    What was Ms. Rahming's response to you?

4        A    She said that Jasper County is in the

5    catchment area the for Oconee GNETS program and that

6    students will need to receive services in their service

7    area by the Oconee program or their local school

8    district.

9            And then another concern would be the

10   distance.  Jasper County students would need to travel

11   to receive services at Elam.

12       Q    So Ms. Rahming told you and Ms. Cole that Elam

13   Alexander could not serve Jasper County students,

14   right?

15       A    That's correct.

16       Q    Once a student arrives at GNETS of Oconee, are

17   they given any assessments to determine where they are

18   behaviorally?

19       A    Not initially.  Initially the parent is given

20   the strengths/difficulties questionnaire.  If the

21   student is 11 to 17, they are given the

22   strengths/difficulties questionnaire so we can gauge

23   what the parent thinks.  But we wait, we wait for a

24   period of time until we administer any behavioral

25   assessments because there is usually a honeymoon-type

