# EXHIBIT W

**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

---

**JANEL ALLEN**

*January 09, 2023*

---



800.211.DEPO (3376)
EsquireSolutions.com

1       Q   How recently has this coalition discussed gaps

2   in child and adolescent community services in DeKalb

3   County?

4       A   We had a meeting last month.

5       Q   And that was the topic of discussion at that

6   meeting?

7       A   Yes.  That's the general topic of the meetings.

8       Q   Of the meetings.  Understood.

9           And what specific gaps in child and adolescent

10   services in DeKalb County had been identified for these

11   coalition meetings?

12      A   Access to after-school programming, summer

13   programming, programming for older teens, connecting them

14   to jobs.  Those are generally the things that we look at.

15   Essentially resources for -- for them in the community,

16   access to resources.

17      Q   Has expanding the Apex Program or school-based

18   behavioral services broadly been the topic of discussion

19   at these coalition meetings?

20      A   No, it has not.

21      Q   And has the coalition identified any specific

22   service gaps, which is to say specific services that are

23   not available sufficiently in DeKalb County, other than

24   what you identified?

25      A   Generally, those are the main things we focus



 1  on, are just resources.  So a lot of it just has to do

 2  with access to programming, cost.  That's the biggest

 3  barrier, so those are the things that we focus on.

 4      Q   And when you say cost is the biggest barrier,

 5  do you mean reimbursement through Medicaid?  What are you

 6  talking about?

 7      A   Cost to attend like summer camps.

 8      Q   Okay.

 9      A   And after-school programs --

10      Q   Uh-huh.

11      A   -- for example.

12      Q   Does the coalition make any recommendations or

13  proposals as a result of these meetings?

14      A   Identifying other community agencies that could

15  be of help to assist the families, that could help

16  address some of the gaps.  So, you know, for example,

17  that's when the -- the care managed entities joined so we

18  could get a sense to see if, you know, some of their

19  programs could support, you know, summer camp or after

20  school.  So it's identifying other community partners to

21  bring on board to help with -- identify those gaps or be

22  a resource for those gaps.

23      Q   And has the Georgia Department of Education

24  ever been identified as a key community partner that

25  should be participating in these discussions?



1      Q   And is Mr. Claybrooks -- is it Mr. or Mrs., I'm

2   sorry?

3      A   Mrs.

4      Q   Mrs., thank you.

5          And does Ms. Claybrooks still work for DeKalb

6   Community Service Board?

7      A   No, she does not.

8      Q   Okay.  And what was Ms. Claybrooks's role at

9   DeKalb Community Service Board at the time that she sent

10   this e-mail?

11      A   She was the director of child and adolescent

12   services.

13      Q   The role that you're currently in?

14      A   Yes, that is correct.

15      Q   Ms. Claybrooks is attaching in this e-mail a

16   sustainability plan, and this is being sent to DBHDD

17   staff, including Layla Fitzgerald and Danté McKay.  Is

18   that all correct?

19      A   Yes.

20      Q   Okay.  I want to show you now the

21   sustainability plan which is referenced as an attachment

22   here.  Give me one second and I will pull that up as 801.

23          (Plaintiff's Exhibit 801 was marked for

24   identification.)

25      Q   BY MR. HOLKINS:  Ms. Allen, I just published



1  what we are marking as Exhibit 801.  This is another

2  document produced by the State of Georgia to the United

3  States in this matter.  The Bates number is GA03142381.

4  From its title, this appears to be the Georgia Apex

5  Program Sustainability Plan for DeKalb Community Service

6  Board dated 03/27/2018 submitted by Ashunte Claybrooks.

7          Ms. Allen, have you seen this document before?

8      A   I have not.

9      Q   Does DeKalb Community Service Board currently

10  have a sustainability plan for its Apex Program?

11     A   I do not believe so.  I have not done one in my

12  current role.

13     Q   So in the four years that you've been child and

14  adolescent services director at DeKalb Community Service

15  Board, you have not worked on or submitted a

16  sustainability plan for the Apex Program to DBHDD?

17     A   No, I have not.

18     Q   Do you know whether a sustainability plan is a

19  requirement of the program deliverables for the Apex

20  Program as designed by DBHDD?

21     A   I am aware that they would like us to reach a

22  level of sustainability and not rely solely on grant

23  funding to run the program.  Yes, I am aware of that.

24     Q   Do you know whether DBHDD specifically requires

25  that providers of Apex have a sustainability plan in



1      A    I believe in those meetings it was Layla.

2      Q    Layla Fitzgerald?

3      A    Fitzgerald, yes.

4      Q    What specific services did Ms. Fitzgerald focus

5  the community service boards on as opportunities for

6  expanding billables under Apex?

7      A    I can't recall specifically.  It was just a

8  general overview of services in general that we share --

9      Q    That could be --

10      A    -- the billing for.

11      Q    Understood.  So it was an overview of the

12  services that could be provided through Apex.  Is that

13  accurate?

14      A    Yes.

15      Q    But you've never had a conversation with anyone

16  at DBHDD about specific strategies for expanding billing

17  services through your Apex Program?

18      A    No, I have not.

19      Q    So I -- I recognize you didn't draft this

20  document and it's from 2018.  I want to direct you,

21  however, to an excerpt on page 3.  It starts with

22  "Lastly."  And the paragraph reads, "Lastly, it" -- being

23  Apex -- "has changed the method of services for children.

24  Providing therapeutic services within schools was largely

25  unchartered territory for DeKalb CSB before the Apex



 1  project.  Now it is seen as a viable option for meeting

 2  the needs of children in the county."

 3          Do you see that text?

 4      A   Yes, I do.

 5      Q   And do you agree that -- with this statement,

 6  that Apex has created a viable option for meeting the

 7  needs of the children in the county through their

 8  schools?

 9      A   Yes, I do.

10      Q   So under "New program activities to be added

11  within current schools" -- this is on page 4 -- I want to

12  direct you to a short paragraph that reads, "We have a

13  data sharing agreement with the school system where we

14  collect outcomes data on students including grades,

15  attendance and discipline referrals."

16          Do you see that text?

17      A   Yes.

18      Q   Is this the -- does this agreement facilitate

19  the access to the disciplinary referral data that we were

20  discussing earlier?

21      A   Yes.

22      Q   And this is an agreement that -- that DeKalb

23  Community Service Board has directly with the school

24  systems, correct?

25      A   That is correct, yes.



1       Q    DeKalb Community Service Board does not share

2   this data with DBHDD, correct?

3       A    No, we do not.

4       Q    DBHDD, to your knowledge, has not requested

5   this data in connection with DeKalb Community Service

6   Board's Apex Program, to the best of your knowledge,

7   correct?

8       A    To the best of my knowledge, no.

9       Q    Has the Georgia State University Center of

10  Excellence requested this data, to the best of your

11  knowledge?

12      A    No, they have not, to the best of my knowledge.

13      Q    And if -- would you expect if there were a

14  request by DBHDD or the Center of Excellence for the data

15  relating to grades, attendance, and discipline referrals,

16  that that request would be made to you as the lead for

17  the Apex Program at DeKalb Community Service Board?

18      A    I'm sorry, can you repeat that question?

19      Q    Absolutely.  If a request were made by DBHDD or

20  the Center of Excellence for this data, would you expect

21  that request to be made to you as the director of the

22  Apex Program?

23      A    Yes.

24      Q    Also on page 4 under "Expanding Your Project,"

25  the document references "a partnership with DeKalb County



1  Schools to expand current project -- our current project

2  to additional schools in order to increase

3  sustainability."

4          Do you see that text?

5      A    Yes.

6      Q    Does that remain a goal, for the DeKalb

7  Community Service Board to expand the Apex project to

8  include additional schools?

9      A    Yes, that is the goal.

10     Q    And has DeKalb Community Service Board set a

11  specific target for how many additional schools it would

12  like to add to its Apex Program?

13     A    No, not specifically, because that depends on

14  funding.

15     Q    Has DeKalb Community Service Board made a

16  specific proposal for adding schools to its Apex Program

17  since 2021?

18     A    Not since 2021, no.

19     Q    What in -- let's just go back to the beginning

20  of your time as child and adolescent services director.

21  Have there been requests made by DeKalb Community Service

22  Board to add additional schools to its Apex Program?

23     A    Yes, when we applied for Apex 3.0.

24     Q    How many additional schools was DeKalb

25  Community Service Board looking to serve through its Apex



1    Program with that Apex 3.0 application?

2        A    I believe it was nine additional schools.

3        Q    And that application for Apex 3.0 funding,

4    which would allow DeKalb Community Service Board to

5    expand its Apex programs in nine schools, that

6    application was denied, correct?

7        A    That is correct.

8        Q    Has DeKalb Community Service Board since

9    reapplied for Apex 3.0 funding?

10       A    There haven't been additional opportunities to

11   reapply.

12       Q    And that initial application was submitted in

13   2020.  Is that accurate?

14       A    Yes, it was.

15       Q    What's --

16       A    I'm sorry, it was -- no, it was submitted in

17   2019.  Excuse me.  Correction.

18       Q    Thank you for that correction.

19            So the application for Apex 3.0 funding was

20   submitted by DeKalb Community Service Board in 2019?

21       A    Yes, that is correct.

22       Q    What's your understanding of why DeKalb

23   Community Service Board's application for Apex 3.0

24   funding in 2019 was denied?

25       A    The explanation given was that other providers



1  that applied had better applications that we did -- than

2  we did, and that with our current line of funding, that

3  we still had room to expand with our current line of

4  funding.

5        Q   So it was a competitive application process.

6  Is it fair to say that?

7        A   Yes.

8        Q   And DBHDD ultimately decided to award the grant

9  fund to other Apex providers?

10       A   To other providers, yes.

11       Q   And consequently, those nine schools are not

12  currently participating in Apex, correct?

13       A   That is correct.

14       Q   Could you describe the process the DeKalb

15  Community Service Board used for identifying the nine

16  schools that would have received Apex had this

17  application been granted?

18       A   When we let DeKalb schools know we were

19  applying for Apex 3.0 and asked for a letter of support,

20  which was required for the application, they provided the

21  nine schools to us that they would like to potentially

22  expand into.

23       Q   Was there any consultation with the -- the

24  school system about why they selected those nine schools?

25       A   No, there was not.



1    Q   Has DeKalb Community Service Board undertaken

2   any assessment of the need for Apex services countywide?

3    A   No, we have not.

4    Q   Do you think it's fair to say that there are

5   schools beyond those nine schools identified for this

6   2019 application that need and could benefit from Apex

7   services in DeKalb County?

8    A   Yes.

9    Q   Are you familiar with the term "System of

10  Care"?

11   A   Yes.

12   Q   I'm looking at page 5 of the sustainability

13  plan which references the System of Care efforts

14  undertaken by DeKalb Community Service Board.

15       First, before I ask you about the text here,

16  what's your understanding of what a System of Care is?

17   A   It's a philosophy, and I mentioned earlier,

18  it's identifying essentially the gaps in services for

19  children, adolescents and young adults, and working with

20  families and community partners to address those gaps in

21  the system.

22   Q   What are, in your view, the key participants in

23  the System of Care approach for children and adolescent

24  service recipients?

25   A   It's the -- it's the state -- you know, state



1 agencies, such as the local school districts, DFCS,

2 Department of Juvenile Justice.  It's the local county

3 agencies like juvenile court and other community partners

4 like Boys and Girls Club.  Any -- any community

5 stakeholder that has an interest in improving the lives

6 of children and adolescents and families would be

7 included in the System of Care.

8      Q    If hypothetically a child who had been

9 participating in Apex through DeKalb Community Service

10 Board was then placed in the GNETS program, would you

11 expect the GNETS program to be a -- a key participant in

12 the System of Care approach for that child's treatment?

13      A    Yes.

14      Q    I'm going to set this aside.  I'm going to show

15 you another document, Ms. Allen.  This will be 802.

16           (Plaintiff's Exhibit 802 was marked for

17 identification.)

18      Q    BY MR. HOLKINS:  For the record, this is

19 GA03147757.  It's an e-mail from Ms. Claybrooks, who at

20 the time was the director of child and adolescent

21 services in DeKalb Community Service Board, to Layla

22 Fitzgerald.  It's dated 5/15/2018.  The subject is

23 "Expansion of School Based Mental Health Services."

24           Ms. Allen, I know you did not receive or send

25 this e-mail.  I want to ask you whether this list of



1   schools is the same -- identifies the same schools that

2   you were referring to either -- earlier that would have

3   received Apex services had DeKalb's Apex 3.0 been

4   granted.

5        A    No, it was not.

6        Q    This is different?

7        A    Yes, it's different.

8        Q    Okay.  Can you describe -- so this is obviously

9   in 2018, which predates that application.  Do you

10  understand -- and I can give you control of the document

11  if you need to take a look.  But do you understand this

12  to be a proposal to expand the schools participating in

13  Apex through DeKalb Community Service Board?

14       A    Yes, I do, based -- based on the -- the craft

15  of the e-mail, yes.

16       Q    And just let me know when you've finished

17  reviewing.  I do see a reference to the Apex Program in

18  an earlier e-mail that's read.

19            So let me just re-ask, does this appear to be a

20  proposal to expand DeKalb Community Service Board's Apex

21  Program by adding schools?

22       A    Yes.

23       Q    Okay.  I'm going to take control of the

24  document back.  Give me one second.

25            And it appears that this was a proposal that



 1  | was made in concert with representatives of DeKalb County
 2  | Schools.  Is that accurate?
 3  |     A   Yes.
 4  |     Q   So going back up to Ms. Claybrooks' e-mail from
 5  | May 2018 to Layla Fitzgerald, I want to ask you whether
 6  | any of the schools that are identified in this e-mail,
 7  | starting with John Lewis Elementary School through
 8  | Fairington Elementary School, are currently participating
 9  | in the Apex Program through DeKalb Community Service
10  | Board?
11  |     A   Yes.
12  |     Q   Which ones?
13  |     A   Redan Elementary School.
14  |     Q   And it looks like there are one, two, three,
15  | four, five, six -- seven other schools identified in that
16  | first list, and none of them are participating in Apex
17  | currently through DeKalb Community Service Board,
18  | correct?
19  |     A   That is correct.
20  |     Q   And this is a -- is there any overlap between
21  | this list and the list of nine schools that were
22  | identified in DeKalb Community Service Board's Apex 3.0
23  | application in 2019?
24  |     A   No, there is not.
25  |     Q   So if we added up about seven schools from this



 1   list plus nine schools from the 2019 application, so 16

 2   schools in total that had been identified as needing Apex

 3   services but are not participating in that program

 4   currently through DeKalb Community Service Board.  Is

 5   that accurate?

 6        A    That is correct.  This list, I believe,

 7   actually pertains to 2.0, actually.  So there were

 8   schools added but just not these schools.

 9        Q    Not these schools.  Understood.

10             So this was a request under a separate funding

11   stream, Apex 2.0?

12        A    2.0, yes.

13        Q    But it still remains the case that there

14   were -- between these two applications, there were 16

15   schools that were identified as candidates -- good

16   candidates for Apex services which are not receiving them

17   currently through the DeKalb Community Service Board.  Is

18   that accurate?

19        A    That is correct.

20        Q    Just give me a second.  I'm going to pull up

21   another document.  This will be 802 (sic).

22             (Plaintiff's Exhibit 803 was marked for

23   identification.)

24        Q    BY MR. HOLKINS:  Ms. Allen, I have just

25   published what we are marking as Exhibit 802 (sic).  The

