EXHIBIT X

1                IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
2                        ATLANTA DIVISION

3

4  UNITED STATES OF AMERICA,
                              ) CIVIL ACTION
5           Plaintiff,        ) NO. 1:16-cv-03088-ELR
                              )
6  vs.                        )
                              )
7  STATE OF GEORGIA,          )
                              )
8           Defendants.       )
                              )
9  - - - - - - - - - - - - - - )

10

11                   VIDEO DEPOSITION OF

12                      DANTE T. McKAY

13

14     Thursday, January 27, 2022, 10:07 a.m., EST

15

16

17

18

19          HELD AT:

20          Robbins Alloy Belinfante Littlefield LLC
            500 14th Street, N.W.
21          Atlanta, Georgia  30318

22     -----------------------------------------------

23

            WANDA L. ROBINSON, CRR, CCR, No. B-1973
24       Certified Shorthand Reporter/Notary Public

25



```
 1   BY MR. HOLKINS:

 2       Q    Mr. McKay, you've just been handed what's

 3   been marked Exhibit 3.  Please take a moment just to

 4   familiarize yourself or refamiliarize yourself with

 5   the document.  You don't need to read every word but

 6   just let me know once you've finished.

 7            (Witness reviews exhibit.)

 8       A    I've reviewed the document.

 9       Q    Thank you.

10            MR. HOLKINS:  I'll note for the record

11       that this document was produced by the State to

12       the United States in this matter.

13            The Bates number is GA00249775.

14   BY MR. HOLKINS:

15       Q    At the top of the document is a text

16   Increase Review/Request, Dante McKay, 4/7 -- excuse

17   me -- 4/27/20.

18            Mr. McKay, is it correct you submitted

19   this document in April of 2020 in support of a

20   request for a personal salary increase?

21       A    I don't remember the exact date, but that

22   sounds about right, yes.

23       Q    And this document outlines your activities

24   and responsibilities from February 2016 to the date

25   of the request, correct?
```



1      A    Correct.

2      Q    Could you flip to Pages 10 and 11 of the

3  document.

4           I direct your attention to the section

5  titled, "Job Description (from 2015/2016)."

6           Do you see where I am?

7      A    Yes.

8      Q    Is this job description for your position

9  still accurate?

10          Have there been any changes?

11     A    The second bullet no longer applies.

12     Q    And the second bullet, just for clarity,

13  is "Develops annual strategic plan for C&A community

14  health services delivery system."  Is that correct?

15     A    That's correct.

16     Q    What does C&A stand for?

17     A    Child and adolescent.

18          I do not produce an annual strategic plan.

19     Q    When did that stop?

20     A    I have not done that during my tenure.

21     Q    Is there another staff member at DBHDD who

22  is responsible for developing annual strategic plans

23  for child and adolescent community health services?

24     A    Not that I'm aware of.

25     Q    I'd like to ask you some questions about



1           Kenneth Ward now reports directly to my

2     director, Monica Johnson.

3        Q    I believe you said that Robert Dorr has

4     retired; is that correct?

5        A    Yes, that's correct.

6        Q    And has someone filled that vacancy, or

7     has the position been eliminated?

8        A    This division has been, to my knowledge,

9     dissolved and the responsibilities added elsewhere

10    in various places within the department.

11       Q    So let's set this document aside and

12    return to Exhibit 3.

13           Back on Page 10, one of the

14    responsibilities listed is "Manages the CFY

15    Community Mental Health Budget."

16           Do you see that line?

17       A    I do.

18       Q    Could you describe what that entails?

19       A    So I do this in combination with a budget

20    office and budget team, but broadly my role is to be

21    aware of what the appropriations are for that

22    annually, and along with other members of my team or

23    my office or within -- across other offices is to

24    monitor that utilization and expenditures

25    month-to-month and annually.



 1  acknowledgment of receipt.

 2          From there, I don't know what happens.

 3      Q    And have you made requests for

 4  school-based mental health budget items that have

 5  been approved?

 6      A    So there's an active request now for an

 7  increase that -- my understanding it's being

 8  considered as part of this current legislative

 9  session.

10          Last legislative session we received an

11  increase of $2 million, but that was not in response

12  to a specific ask from myself or my team.

13          And then prior to that, in Governor Deal's

14  last office -- last year in office, there was a --

15  there was a commission, Georgia -- the Commission

16  for Children's Mental Health, where one of the

17  recommendations was to increase the school-based

18  budget for my office, and we received an increase

19  that year.  I think it was just over $4 million.

20          That wasn't in -- I think we had a broad

21  ask when, you know, we were being asked about what

22  needs were and, you know, the things that we want to

23  see happen, but we didn't make a specific ask but we

24  received an increase.

25      Q    And how much additional funding is the



1  current request for, the one that's pending?

2     A    I don't remember the number exactly.  I

3  think it's in the ballpark of $5 million.

4     Q    And what is -- how would you want to

5  allocate that additional funding?

6     A    To sustain the last expansion of the

7  school-based program, which we refer to as Apex, and

8  in Governor Kemp's first year in office he

9  recommended and the legislature approved a one-time

10  allocation of $8.4 million.

11         And we have asked for annualization of

12  half of that, that appropriation, in addition to

13  restoration of some funds that were lost during our

14  budget reduction a couple years back.

15    Q    I just want to make sure the record is

16  clear that that one-time allocation, was it 1.8

17  million or 8. --

18    A    I believe it was 8.4 million.

19    Q    Thank you.

20         So, in your view, is this $5 million

21  allocation that you've requested necessary to

22  sustain the Apex program at its currently level?

23    A    To sustain the last expansion of the Apex

24  program at its current level, yes.

25    Q    We're going to skip ahead a little bit



1  here.  We're going to talk a lot about Apex later,

2  but I'm just -- since we're talking about it now,

3  could you describe what that last expansion

4  entailed?

5       A    Apex is a single statewide program, and it

6  has -- we use different titles for it based upon the

7  funding sources that are supporting it.  Single

8  program supported by multiple fund sources.

9            Apex 1.0 is supported by the core CYF

10 budget.  Apex 2.0 was annualized funding that we

11 received by way of the recommendations from Governor

12 Deal's Commission on Children's Mental Health.  And

13 Apex 3.0 was funding received by way of Governor

14 Kemp, which was a one-time appropriation.

15      Q    Thank you.

16           Through that Apex 3.0 appropriation, how

17 many additional schools were enrolled in the

18 program?

19      A    I don't know off the -- I don't know that

20 amount.  It's a rolling program.

21      Q    Is it fair to say there are schools that

22 were previously not participating in Apex that now

23 are participating in Apex because of Apex 3.0?

24      A    Yes.

25      Q    More than 10?



```
 1      A    I would say more than 10.

 2      Q    More than 50?

 3      A    I can't say it's more than 50.  It would

 4 be speculation.

 5      Q    Is there a document that you could refer

 6 to that would give you a more specific figure for

 7 the number of schools that were enrolled through

 8 Apex 3.0?

 9      A    There is a document.  So we receive

10 regular reporting on the number of schools,

11 organized by fund source.  Typically, it's just a

12 listing.  It is not numerized.

13      Q    Thank you.

14           So while we're on the topic of budgeting,

15 I want to show you another document.  Can you set

16 aside Exhibit 3 just for a minute.

17           (WHEREUPON, Plaintiff's Exhibit-5 was

18       marked for identification.)

19 BY MR. HOLKINS:

20      Q    So you've just been handed what's been

21 marked Exhibit 5.

22           MR. HOLKINS:  I'll note for the record

23       that this document was produced to us by the

24       State, by I mean the United States.

25           The Bates number is GA00051873.
```



 1  BY MR. HOLKINS:

 2      Q    Mr. McKay, please take a minute to review

 3  the document and let me know when you've finished.

 4           (Witness reviews exhibit.)

 5      A    I've reviewed the document.

 6      Q    Have you seen this before?

 7      A    I have seen various versions of what looks

 8  like this.  But please allow the record to reflect

 9  that I cannot read this -- the last couple of pages.

10  It's very small.

11      Q    I'm sorry for that.  This is how it

12  printed out.  We can just speak generally about the

13  document.

14           I'll note the file name for the document

15  is "Budget Tracking Summary, Updated 7.10.2020."

16           On the first page, which I think you can

17  read -- are you able to read the first page?

18      A    I am.

19      Q    This identifies DBHDD programs as well as

20  the FY2020 base budget, and then a 14 percent, 11

21  percent, and 10 percent reduction to that base

22  budget.

23           Is that accurate?

24      A    The reductions I think were proposed based

25  upon various factors that were going on at the time.



1      Q    So I'll just first note that among the

2  DBHDD programs listed is C&A MH.

3           Do you see that text?

4      A    I do.

5      Q    Does that stand for child and adolescent

6  -- or Children and Adolescent Mental Health?

7      A    It does.

8      Q    Is that broadly the budget for your

9  office?

10     A    Yes, that's correct.

11     Q    So you mentioned that these were reduction

12 proposals made based on various factors.  My

13 question is whether you had any involvement in the

14 proposed reduction for C&A MH?

15     A    Yes.

16     Q    Can you describe your involvement?

17     A    My involvement was to respond to requests

18 from our budget team.  You know, there were various,

19 I guess, questions made in terms of program

20 locations, program liability, staffing factors.

21          There was a -- there was a particular

22 number that we needed to get under, whether it was

23 14, 11, or 10 percent, and in an effort to get under

24 that number, as a part of global work going on at

25 the agency, we were asked to respond to, you know,



1  several questions about certain things.  And then

2  based upon that feedback, some decisions were made.

3          So in terms of what's listed here, the

4  $71.5 million, I can't confirm that that's the exact

5  amount.  That seems about right.  The more recent

6  version of the budget that I've seen was around $49

7  million.

8      Q    Would that be for FY2022?

9      A    I don't know if it's the current fiscal

10  year or the upcoming fiscal year.

11      Q    So it's fair to say there's been a

12  meaningful reduction in your office's budget between

13  FY2020 and the current fiscal year; is that correct?

14      A    That is correct.

15      Q    Is it also accurate that you were

16  functionally making recommendations about where to

17  cut money from your own budget; is that right?

18      A    I would rephrase it to say I was asked

19  questions about impact to -- if a program was cut,

20  what would be the impact, based upon various

21  factors.

22      Q    What recommendations did you make for

23  where to make these cuts?

24      A    I don't remember specifically, but it was

25  a full view of the programs within my office, to



1  include things like youth mental health clubhouses,

2  Apex, funding to core providers.

3          It was just a broad view of if this were

4  to go away, what would be the impact.  If this was

5  reduced, what do you think would be the impact?

6          I can't give specifics.  It was a moving

7  target, very quickly, and a lot to consider.

8      Q    Do you recall ultimately where those

9  budget cuts were made?

10     A    I could name two specifics, but -- or two

11  generalities, but overall cuts, I don't remember

12  offhand.

13          There was a reduction to the Apex program,

14  and then there was a reduction to the youth mental

15  health clubhouses around the State.  I believe we

16  reduced by three.  Three were closed.

17     Q    And you -- first off, you referenced core

18  providers.  What are those?

19     A    So DBHDD has a three-tier provider

20  network.  Tier 1 would be our safety net for -- that

21  serves uninsured individuals or underinsured.

22  They're referred to as community service boards.

23  Tier 1 providers are core providers.

24          Tier 2 are traditionally Medicaid.  They

25  bill Medicaid for services, but there are Tier 2



1  would show core service utilization across the

2  State?

3      A    Not directly, but through our office of

4  Medicaid coordination we may make requests.  Through

5  Georgia State University we may make requests.

6      Q    Do you receive regularly from Georgia

7  State University to start reporting on core service

8  utilization across payor sources?

9      A    For specific programs?

10     Q    For example, for Apex.

11     A    For Apex, and Apex is -- Apex is more of a

12 framework.  It's a programmatic framework.  It does

13 not produce any new services that are not already

14 available as a part of the core -- our core packet

15 -- core service package.

16         For example, an Apex report will say X

17 number of students receive individual counseling for

18 this month.  Individual counseling is a service

19 available to core providers that is part of our core

20 benefit package.

21     Q    Let's stick with individual counseling as

22 a concrete example.  Are you tracking, not specific

23 to Apex or any program, utilization of individual

24 counseling by children regardless of payor source

25 across the State?



1      A      Only for specific programs.  So Apex -- so

2  the ones that we contract with Georgia State for,

3  Apex, Clubhouse, IC3, we see that, that rich data.

4  Outside of that, I do not see that type of

5  utilization, unless there is a specific request, ad

6  hoc request, and then it would be only those who are

7  uninsured or receive services or SSI Medicaid and

8  receive services.

9      Q      So when you make those specific ad hoc

10  requests, you're not accessing data for Medicaid

11  enrolled or CMO enrolled children?

12     A      No.  So John, our IT folks, whoever pulls

13  the utilization data, they don't have access to

14  Medicaid data.

15     Q      Okay.

16     A      They have -- at least not CMO Medicaid

17  data.  They have access to SSI Medicaid.  They have

18  access to uninsured.

19            So if I request that information, it is

20  only a -- it's only a part of the picture.  It's not

21  the full picture.

22     Q      We're going to take a break in a few

23  minutes.  I think we're about overdue, but I just

24  want to finish this line.

25            Just for clarity, services like individual



1   questions about this document.

2          First off, was your request for a salary

3   increase in April 2020 granted?

4       A    Not in April 2020.

5       Q    Did you make a request after this one?

6       A    I made reminders.

7       Q    But it was the same request?

8       A    It wasn't specific, but just a reminder

9   about this document.

10      Q    And, ultimately, was the request for a

11  salary increase approved?

12      A    I did receive an increase.  I want to say

13  -- in December of 2020.

14      Q    And have you submitted any salary requests

15  since then?

16      A    I have not.

17      Q    I want to show you another document.

18          (WHEREUPON, Plaintiff's Exhibit-6 was

19       marked for identification.)

20  BY MR. HOLKINS:

21      Q    You've just been handed what's been marked

22  as Exhibit 6.

23          MS. COHEN:  I'll note for the record this

24       is GA01748346, produced by the State of Georgia

25       to the United States.



```
 1  BY MR. HOLKINS:

 2       Q    Mr. McKay, please take a moment to review

 3  the document and let me know when you've finished.

 4       A    I'm finished.

 5       Q    So if you turn to -- well, first, the

 6  first page, the file name for this document is "Book

 7  of Business, OCYF, August 20."

 8            Is that correct?

 9       A    Yes, that's correct.

10       Q    Could you describe what this document is?

11       A    This was an attempt to assess the

12  commitment of my team, of my office and my team

13  members, as it relates to attending various meetings

14  and demands on their schedule and their time.

15       Q    Did you draft this document?

16       A    Yes, I did.

17       Q    Did you receive input from the members on

18  your team with respect to this document?

19       A    Mostly confirmation of the accuracy of

20  these meetings, and if something was missing and

21  needed to be added.

22       Q    So the document identifies a number of

23  tasks or committees and then designates a lead staff

24  person within your office for each of those

25  activities.  Is that accurate?
```



1          What coordination, as part of your
2   official duties, do you do with the Georgia
3   Department of Education?
4      A    There's a standing Apex leadership meeting
5   that I participate in, if my schedule allows.  In
6   one of those meetings per month DCH participates.
7          The other thing that happened as of
8   September of 2021 is that Layla Fitzgerald became
9   officially as in between my office and DOE.
10     Q    I'd like to talk more about that, but
11  first I want to go back and just clarify.  I think
12  the record says that DCH participates in the
13  standing Apex leadership meeting.  Did you mean to
14  refer to Georgia Department of Education?
15     A    Yes.
16     Q    And outside of that meeting, what are the
17  standing meetings in which you coordinate directly
18  with staff at the Georgia Department of Education?
19     A    That's it.  And I don't coordinate that
20  meeting.
21         As part of the Apex work, our contract
22  vendor with Georgia State convenes that meeting, and
23  I participate as my schedule permits.
24     Q    Are you responsible for providing any
25  trainings to your staff at OCYF?



```
 1        Q     Are you familiar with how the individuals

 2   in those offices go about assessing provider

 3   performance in connection with the provider manual?

 4        A     I am not.  What I do know is that we have

 5   KPIs, metrics, standard metrics, that they assess

 6   according to some frequency.

 7              Key performance indicators is KPI.

 8        Q     Thank you.

 9              Does DBHDD have its own fidelity standards

10   with respect to services in its provider manual?

11        A     I don't know the answer to that.

12        Q     Are you familiar with the term

13   "evidence-based practice"?

14        A     Yes.

15        Q     What is an evidence-based practice?

16        A     It is a practice that's been vetted by and

17   approved by, scientifically, by the research

18   community.

19        Q     Is it important in your view that

20   Georgia's behavioral health service providers use

21   evidence-based services?

22              MR. PICO PRATS:  Objection.

23              You can answer.

24        A     Yes.

25        Q     Why?
```



1      A    Because they have been vetted and found to

2    be -- they're to be benefits for them.  There are

3    hundreds of EBPs, and EBPs are not consistent across

4    industries.  So behavioral evidence-based practices

5    may not be the same as educational evidence-based

6    practices.  But it's a value to having something to

7    promote benefits of a particular practice and to

8    have that tested and vetted and verified.

9      Q    And do you undertake any efforts in your

10   official role to promote implementation of

11   evidence-based services in the State of Georgia?

12     A    We, as a part of our training offerings,

13   we select certain evidence-based practices that we

14   make available as part of, say, the annual System of

15   Care Academy.

16          My office, over the last year, launched a

17   Clinical Development Academy that includes offerings

18   of some EBPs.

19          Evidence-based practices are for fidelity

20   to the model or for behavioral health practitioners

21   that require annual educational credits.  It may be

22   unobtainable to offer an EV-based practice or to

23   receive training in an evidence-base without a

24   particular offering that is sponsored by -- through

25   an educational opportunity like my office offers.



```
 1      Q    Let me just try to understand your last

 2  statement.

 3           So you're saying that for some providers,

 4  unless they have specific educational opportunities,

 5  they're not going to be able to provide

 6  evidence-based services -- educational opportunities

 7  like the ones provided by your office?

 8      A    No, I'm not saying that.

 9      Q    Could you clarify?  I'm sorry.

10      A    It would be more difficult.

11           For example, as attorneys you're required

12  to have continued legal education, but attorney

13  salaries are typically higher than your average

14  position -- your average profession, and so you may

15  be able to pay for those out-of-pocket or you may go

16  to bar-sponsored things where you don't have to pay.

17           Behavioral health professionals are

18  typically some of the lowest paid individuals in the

19  industry, and education -- but they are still

20  required to have annual or bi-annual educational

21  credits, which in an evidence-based practice that

22  may be unobtainable based upon their annual

23  salaries.

24           So as part of our educational offerings,

25  like the annual System of Care Academy, we'll make
```



1  some of those things available and we will cover the

2  cost of those educational credits.

3      Q    Do you think that what DBHDD is currently

4  offering is sufficient to meet the needs for

5  training on evidence-based services for behavioral

6  health service providers?

7           MR. PICO PRATS:  Objection.

8      A    I can't speak to that.

9      Q    Why not?

10     A    That's a very broad question, and it would

11 require speculation.

12          I do know that individuals that attend our

13 trainings are not just -- there may be individuals

14 employed with the Department of Family and Children

15 Services or the Department of Community Health, or

16 even the Department of Education.  What we're

17 offering, if it's sufficient to support an entire

18 state beyond -- just for our agency or even beyond

19 our agency, I can't say.

20     Q    Do you know whether any of the services

21 identified in Exhibit 8, in the State supplemental

22 response, Interrogatory 17, are evidence-based

23 practices?

24     A    I do not know.

25     Q    Are you familiar with the term "functional



 1  behavioral assessment"?

 2       A    No.

 3            I want to correct the last statement.

 4       Q    Please go ahead.

 5       A    I believe that Parent Peer Support and

 6  Youth Peer Support has obtained EBP status.

 7       Q    Any other additions?

 8       A    No.

 9       Q    Do you know if IC3 is an evidence-based

10  service?

11       A    I don't know per se.  I do know that it

12  has recently been rated as a promising practice on

13  the Title IV Clearinghouse as of this month.

14       Q    Could you describe what a promising

15  practice is as distinct from an evidence-based

16  practice?

17       A    I don't know.  I just know that for the

18  federal reform under the Family First Act for --

19  there are various -- like I said before, there are

20  hundreds of evidence-based practices.  Before

21  eligibility for support, Federal Title IV funding

22  support, those practices have to be submitted to the

23  clearinghouse for review.  And those that are

24  approved -- and there are three levels of approval:

25  I think supported, well supported, and promising.



1              Any of those that are reviewed and rated

2     and added to the clearinghouse are available for

3     Title IV-E funding under the Federal Family First

4     Prevention Services Act.

5          Q     Okay.  Thank you.

6              I just want to make sure the record was

7     clear.  Were you familiar with the term "functional

8     behavioral assessment"?

9          A     No.

10         Q     Do you know whether --

11             MR. HOLKINS:  Let me ask that in a

12         different way.

13         Q     Are the services identified in the State's

14    supplemental response, Interrogatory No. 17, all

15    available in general education settings in Georgia?

16             MR. PICO PRATS:  Objection to form.

17             You can answer.

18         A     I don't know.

19         Q     Do you know whether these services are

20    available to children enrolled in GNETS?

21         A     I don't know.

22         Q     And just to make this more specific...

23             To make this specific, do you know whether

24    IC3, or Intensive Customized Care Coordination, is

25    available in general education settings in Georgia?



1        Q     Could you elaborate?

2        A     In the, in the course of discussions for

3   like, say, school-based behavioral health, if we

4   have heard in the community from community providers

5   that they're having trouble with authorizations

6   being -- services being authorized for one of their

7   covered lives, if it was managed care covered lives,

8   or even the length of the authorization and it was a

9   trend, we would mention something like that in the

10  meeting, and there would be some discussion, and

11  there may be some follow-up by DCH and later

12  reporting on what the follow-up -- what the outcomes

13  of the follow-up.

14       Q     Is that something that comes up just on a

15  case-by-case basis with providers, or are you doing

16  any kind of systemwide analysis of challenges around

17  Medicaid authorizations?

18       A     We don't do a systemwide analysis.  It's

19  more anecdotal.  You know, we don't have the

20  capacity to analyze that.  We have the data that we

21  get through the Center of Excellence, so through

22  Georgia State.

23             But we have regular touchpoints throughout

24  the year with providers, and anecdotally we will

25  share things with DCH.  Sometimes it's



1  contract with the Center of Excellence, we wouldn't

2  know the number of children that were managed care

3  covered lives that were served.

4      Q    Thank you.

5           Do you know if general education schools

6  in Georgia can enroll as Medicaid providers where

7  they're going directly to CMOs?

8      A    I don't know the answer to that.

9      Q    Do you know if GNETS facilities can enroll

10 as Medicaid providers where they are billing

11 directly to CMOs?

12     A    I don't know the answer to that.

13          MR. HOLKINS:  Let's move on to another

14     document.

15          (WHEREUPON, Plaintiff's Exhibit-10 was

16      marked for identification.)

17 BY MR. HOLKINS:

18     Q    You've just been handed what has been

19 marked Exhibit 10.

20          MR. HOLKINS:  I'll note for the record

21     this is a complete copy of the State of

22     Georgia's Community Mental Health Services

23     Block Grant Application for FY2021.

24          It's publicly available on the website of

25     the U.S. Department of Health & Human Services.



1            As indicated on Pages 2 and 3 of the

2       document, it was submitted by the Georgia

3       Department of Behavioral Health and

4       Developmental Disabilities on 9/3/2019 and

5       revised on 12/3/2020.

6   BY MR. HOLKINS:

7       Q    Mr. McKay, have you ever seen this

8   document before?

9       A    I've seen a portion of a draft of this

10  document.

11      Q    And what portion of the document did you

12  see a draft of?

13      A    Flipping through, it looks like it lists

14  the indicators that we're required to submit to

15  SAMHSA annually.  So I have a role in updating

16  those.

17           I suspect there may be a child and

18  adolescent section in here.  I would have been asked

19  to review that for accuracy.

20      Q    Please take a moment.

21           If you're looking for the Child and

22  Adolescent Mental Health section, it starts on Page

23  95.

24      A    Yes, I would have been asked to review

25  this portion of this document, but not in its



1  Center of Excellence would need to request our

2  permission.

3            But schools at the local district or local

4  education authority level, I don't know what data

5  they track.  They may know that a child has been

6  enrolled in IC3 and they may track that.  Those

7  metrics may or may not align with the data that we

8  track, but I don't know if it exists.

9            So I imagine if you were to ask if, you

10  know, someone was tracking IC3 enrollment, then

11  maybe you could ask the local school districts if

12  they're tracking it.

13      Q    Can we return to Page 172 of the block

14  grant.

15            You can set aside the email.  Thank you.

16      A    You said 172?

17      Q    So picking up where we left off, in that

18  same paragraph, in the middle of Page 172, it reads:

19  "There are some areas where there are limited

20  providers.  In addition, there has been the need

21  identified to provide services closer to where

22  children live in their homes and communities to

23  avoid more costly and intensive out of home

24  treatment."

25            Do you see that?



 1        A    Yes.

 2        Q    Do you agree with the title that there has

 3   been the need identified to provide services closer

 4   to where children live in their homes and

 5   communities to avoid more costly and intensive out

 6   of home treatment?

 7        A    Yes.

 8        Q    What's the basis for that belief?

 9        A    If you think about services on a -- there

10   are a couple of different ways to assess them.

11             There are tiered services.  So Tier 1 --

12   and this may vary from agency to agency.  And some

13   -- our agency is a three-tier model, especially for

14   Apex.

15             Tier 1, universal prevention, all

16   children.

17             Tier 2 would be those identified at risk.

18   You may suspect that there is some behavioral health

19   deficiencies, but they haven't been identified.  So

20   you would start services to, to determine or not if

21   there is a formal diagnosis.

22             And then Tier 3 would be intensive

23   services, youth that have been you identified as

24   having a behavioral health diagnosis.

25             So that's one framework.



1          The other framework would be, laying on a
2    scale from left to right, prevention services, early
3    intervention, intervention, late intervention.
4          You -- from a general practice, generally
5    speaking perspective, historically before some
6    services that have come online over the last couple
7    of years, services would be introduced at that Tier
8    3, when students were already in an intensive stage
9    and needed a diagnosis -- they would be assessed and
10   a diagnosis would be there; or late intervention,
11   meaning psychiatric residential treatment
12   facilities, crisis stabilization.
13          It is better, in my opinion, from a
14   general practice, to try to introduce services
15   earlier on in the continuum.  So universal Tier 1 or
16   prevention, early intervention.
17          And so keeping that in mind, that would
18   align with earlier identification access to try to,
19   if possible, bend the acuity curve by not waiting
20   for -- to connect with students when they're much
21   sicker.
22   Q    Thank you very much for that.
23          So one of the goals in focusing on
24   prevention-based services is to keep children closer
25   to their homes and families; is that correct?



 1      A     That's correct, yes.

 2      Q     So skipping to the next paragraph on the

 3   same page, the first line reads:  "DBHDD will work

 4   with other child-serving agencies and partners to

 5   increase the number of youth with SED receiving

 6   services from public mental health system as well as

 7   increase the number of youth receiving services in

 8   their homes and communities."

 9            Do you see that?

10      A     Yes.

11      Q     What efforts are you undertaking

12   personally to work with other child-serving agencies

13   and partners to increase the number of youth

14   receiving services in their homes and communities?

15      A     There are standing or regular meetings

16   individually between the child-server agencies,

17   between DBHDD and DCH.

18            We have now installed a liaison at the

19   Department of Education part of the time, and they

20   participate in a standing Apex meeting.

21            There were regular standing meetings prior

22   to the change in leadership at the Department of

23   Family and Children Services, so DFCS.

24            We participate on task forces in meetings

25   that are led by the Department of Early Care and



1  Learning.  So that would be an example of just

2  direct interagency participation.

3          Then there's something called an

4  Interagency Directors Team that includes all of the

5  child serving agencies that meets monthly.  IDT is

6  the organization that created the state System of

7  Care plan.  DBHDD provides the funding for that

8  infrastructure.  So we support and encourage

9  collaboration between child-serving agencies that

10 way.

11         And then there is something called the

12 Local Interagency Planning Teams required by the

13 Georgia statute.  We provide administrative support

14 for that function as well.

15         And in the statute it is required --

16 child-serving agencies are required to participate

17 in those local meetings.

18     Q    Thank you.

19         Do you think your efforts working across

20 child-serving agencies to increase the number of

21 youth receiving services in their homes and

22 communities have been successful?

23         MR. PICO PRATS:  Objection.

24     A    Yes.

25     Q    Why?



 1        A     From the -- so -- so yes.

 2              Is it consistent?  Like the data ebbs and

 3   flows, but, for example, Apex enrollment increased

 4   year over year prior to the pandemic.  It has

 5   flattened out with the pandemic.

 6              I think that is true of many of the -- for

 7   the data points that I've seen, it was -- there were

 8   year over year increases.  But when the pandemic

 9   hit, some of those have flattened or in some cases

10   decreased.

11              In terms of having a System of Care state

12   plan, there were years where we did not have a

13   System of Care state plan, and through our funding

14   to support that administrative framework there was a

15   plan that was created and implemented, and there is

16   a current plan that's being implemented.

17              And so without our efforts, we feel that

18   there would be no plan, no System of Care state plan

19   in place, as it was prior to those efforts.

20        Q    So returning to Page 172 of this document,

21   the last full paragraph on the page, under the title

22   "Use of Evidence-based Practices and Promising

23   Practices," do you see that section?

24        A    Yes.

25        Q    The first line reads:  "The ability to



1  child welfare reform there are evidence-based

2  practices that are being evaluated at the federal

3  level, that are then added to a clearinghouse.  So

4  that determines -- that has some determination on

5  what, what EPBs are funded and sustainable in

6  communities to be provided by providers.

7       Q    I understand that.  I'm just trying to

8  figure out what practices your office trains on

9  currently, and I guess my next question is, who

10  would be the right person on your staff to ask about

11  that?

12      A    I would say Dr. Adell Flowers would be

13  best positioned to answer that question about my

14  office.

15           She leads that work.  She curated

16  development of Clinical Developmental Academy, and

17  selected the EPBs that are offered under that.

18           She leads the planning for the annual

19  System of Care Academy and the EBPs that are offered

20  as a part of that.

21      Q    Thank you.

22           Please turn to Page 173.  I'd like to

23  direct you to the section entitled "Improve

24  Functioning of Youth with SED."

25           And that paragraph starts:  "DBHDD focuses



1   on service provision that leads to improved

2   functioning of youth with SED.  The goal is to

3   maintain youth in their homes, schools and

4   communities and divert them from criminal justice

5   and higher levels of care.  The use of High-Fidelity

6   Wraparound services with Care Management Entity

7   Services provide for a coordinated approach to

8   planning and acquiring along with a family and youth

9   the services and supports that are needed to

10  maintain a youth who is challenged with SED in their

11  communities and to improve their functioning at

12  home, in school and in their community."

13          Do you see IC3 as important to helping

14  DBHDD achieve its goal of maintaining youth in their

15  homes, schools and communities and diverting them

16  from criminal justice and higher levels of care?

17      A    Yes.

18      Q    Is that -- I'm sorry.  Go ahead.

19      A    I just said yes.

20      Q    Okay.  Is that true generally for the

21  services that we discussed earlier that were

22  identified in the State's supplemental response to

23  Interrogatory No. 17?

24      A    Generally speaking, yes.

25          Clarification:  IC3 is again more of a



 1  BY MR. HOLKINS:

 2      Q    You've just been handed what's been marked

 3  Exhibit 12.  Please take a moment to review the

 4  document.

 5           (Witness reviews exhibit.)

 6      A    Yes.

 7           MR. HOLKINS:  For the record, this is

 8       GA00653209, and was produced by the State of

 9       Georgia to the United States in this matter.

10           The title of this document is "FAQ for

11       Agency Leadership."

12  BY MR. HOLKINS:

13      Q    Mr. McKay, this is an FAQ regarding the

14  Apex program that was developed for DBHDD

15  leadership, correct?

16      A    I'm uncertain.

17           I have seen a version of this document but

18  I do not think this is the final draft of this

19  document.

20      Q    Well, let's focus specifically on Pages 1

21  and 2.  At the bottom of Page 1, carrying on to Page

22  2, the FAQ that starts:  "Can Apex clinician serve

23  GNETS students?"

24           Do you see that?

25      A    Yes.



1      Q    Does the answer to that question

2   accurately capture DBHDD's policy with respect to

3   Apex services being received by GNET students?

4      A    No.

5      Q    What's different?

6      A    So the model of Apex is to serve all

7   three-tiers.  Providers receive funds to serve

8   students in all three tiers within a particular

9   school.

10          So if it is Tier 1, prevention; Tier 2, at

11  risk; Tier 3, intensive services.

12          My understanding of the GNETS population

13  is that they could possibly fit in Tier 2 but most

14  likely they're going to fit in Tier 3.

15          Apex is not funded to just serve Tier 3

16  settings.  Again, the model is -- because students

17  churn between the various tiers, from prevention, to

18  maybe at risk, back to prevention.  They may have a

19  crisis which is Tier 3, and then they go back to

20  prevention.

21          So the model is to serve all three tiers.

22          And so far GNETS programs, according to my

23  understanding, that are embedded within the school,

24  yes, that student could be served as part of the

25  Apex program, just like any other student in the



1    school.

2              If it is a GNETS program that is located

3    on a campus, I would say the same is true.

4              If it is a standalone GNETS program, that

5    model does not align with the Apex program.

6        Q    Thank you for that clarification.

7              And that decision was made by DBHDD to

8    draw the lines in that way; is that correct?

9              Let me just try that again.

10             So this is DBHDD's policy with respect to

11   the implementation of the Apex program, correct?

12       A    I would say -- so to reframe that

13   question, this model, three-tier model, in some

14   cases four-tier model, is generally accepted

15   practice within this field.  So DBHDD adopted the

16   three-tier model; we didn't create it.

17             In adopting the three-tier model and

18   utilizing that as policy, then, yes, you could say

19   it is DBHDD policy to apply the three-tier model,

20   but we did not create that.

21       Q    But you, DBHDD, did ultimately design

22   Apex?  It chose the three-tier model, correct?

23       A    Correct.

24       Q    And in so chosing, it precluded students

25   enrolled in GNETS, at a standalone GNETS facility,



1  from receiving Apex services, correct?

2      A    I don't think that's an accurate

3  statement.

4      Q    Are students who are currently enrolled in

5  GNETS, at a standalone GNETS facility, currently

6  able to receive Apex services?

7      A    That -- the standalone GNETS program

8  doesn't align with the model.

9          So if an Apex provider only -- it would

10 have to be a part of the overall programming.

11         MS. COHEN:  Excuse me?

12     A    It would have to be a part of the overall

13 program, as determined by the provider and the

14 school leadership, whether it's the superintendent

15 or the director of student support services,

16 supported by a member of, you know, MOU and some of

17 the things that you have mentioned.

18     Q    So in theory if --

19         MS. COHEN:  Just a minute.  I'm just

20     hearing from some of my colleagues they can't

21     hear, that the computer needs to be unmuted.

22         MR. HOLKINS:  Can you guys hear us now?

23         MS. TAYLOE:  Yes, thank you.

24         MS. COHEN:  Thank you.  Sorry to

25     interrupt.



 1  BY MR. HOLKINS:

 2      Q    So in theory, if GNETS were to provide

 3  services across all three tiers, would that address

 4  DBHDD's concern as to providing Apex services --

 5          MR. PICO PRATS:  Objection.

 6      Q    -- to GNETS facilities?

 7          MR. PICO PRATS:  You can answer.

 8      A    Yes, that would align with the model.

 9      Q    Let me just reask the question so it's

10  clear on the record.

11          If all three tiers of services were

12  available in GNETS facilities, would GNETS

13  facilities be eligible to receive Apex services?

14          MR. PICO PRATS:  Same objection.

15      A    Yes.  But DBHDD would defer to the

16  provider and local school leadership to include that

17  in their proposal for funding support.

18      Q    Ultimately, those applications from

19  providers to enroll in the Apex program are received

20  by DBHDD, correct?

21      A    Correct.

22      Q    And DBHDD makes the determination as to

23  which providers will be enrolled?

24      A    Correct, based upon some scoring criteria.

25      Q    I'd like to show you another exhibit, 13.



1            (WHEREUPON, Plaintiff's Exhibit-21 was

2       marked for identification.)

3   BY MR. HOLKINS:

4       Q    Mr. McKay, you've just been handed what

5   has been marked Exhibit 21.

6            MR. HOLKINS:  For the record, this is

7       GA01472050.

8   BY MR. HOLKINS:

9       Q    At the top right-hand corner of the

10  document it reads "DBHDD - Gateway Behavioral Health

11  Services, FY2021 - Georgia Apex Project (GAP)."

12           Mr. McKay, is this an example of a

13  standard contract between DBHDD and an Apex provider

14  to which a copy of the provider responsibilities and

15  deliverables would be attached?

16      A    I'm not seeing where Apex is listed.

17      Q    I direct you to the very top of the first

18  page in the right corner.

19      A    Okay.  I see it.

20           And can you restate the question?

21      Q    Oh, sure.

22           Would this be an example of a standard

23  contract between DBHDD and an Apex provider to which

24  a copy of the provider responsibilities and

25  deliverables would be attached?



1      A    Yes.

2      Q    And is this -- are these contracts

3  standardized across all Apex providers?

4      A    Yes.

5      Q    Gateway Behavioral Health Services is a

6  community service board, correct?

7      A    Correct.

8      Q    Does this document describe DBHDD's

9  responsibilities with respect to Apex providers?

10      A    I, I think it does, yes.

11      Q    Can you point out where it does that?

12      A    In each of the paragraphs it talks about

13  -- so the first paragraph talks about this is a

14  contract.  So contractually binding between this

15  organization and -- between Gateway and DBHDD.

16          It talks about the period of the contract

17  in the second paragraph; lists information and

18  points of contact; references our policy and

19  provider manual; approved services and locations.

20          Should I continue?

21      Q    No.  That's good.  Thank you.

22          Let's set aside the contract.  I'd like to

23  go back to the previous exhibit, which is Exhibit

24  20, the provider responsibilities and deliverables,

25  and specifically the text that we were reading



 1  earlier.

 2          I'll read it again for the record.

 3          "The hoped for result will include a

 4  reduction of children and youth in Georgia with

 5  unmet mental health needs, fewer discipline

 6  referrals, and increased academic performance among

 7  the children and youth who receive this school-based

 8  mental health service."

 9          Has DBHDD set specific targets for the

10  reduction of children and youth with unmet needs it

11  hopes to achieve through the Apex program?

12      A    Officially, no.

13      Q    Are there unofficial targets?

14      A    Yes.  Unofficial target would be that this

15  program is available in all public schools in the

16  State of Georgia.

17      Q    What do you think would be necessary to

18  achieve that unofficial goal?

19      A    It's a complicated answer.  Factors would

20  include funding, available workforce, available

21  qualified workforce.

22          I'll stop right there.  Just funding and

23  available and qualified workforce to embed within

24  those schools.

25      Q    And by funding, are you specifically



1  referencing to additional allocations of the State

2  source dollars for the Apex program?

3       A    Yes.

4       Q    Do you have any sense of what amount of

5  funding would be required?

6       A    No.

7            MR. PICO PRATS:   Objection.

8       Q    Has there been any analysis -- has there

9  been any analysis of the amount of funding that

10 would be required to expand Apex to every public

11 school in Georgia?

12      A    No.

13      Q    So please turn to Page 4 of Exhibit 20.

14           First off, actually, let's go back one

15 page.  I apologize.

16           Page 3, No. 2, Deliverables.

17           Do you see where I am?

18      A    Yes.

19      Q    What are monthly progress reports?

20      A    It is -- it is -- it is part of the

21 monthly package of reports that we receive from the

22 Center of Excellence.  It will show by school the

23 number of services provided in that particular

24 month.

25           For example, it may say 20 students had 20

