# EXHIBIT Z

**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

---

# SONIA SHAUN OWEN

*December 12, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

1  that change took place or if they were separate at one

2  point in time.

3      Q   Okay.  And I just want to make sure from a

4  visual standpoint that I also have a clear picture of how

5  your division -- like what falls underneath your

6  division.  So I'm going to share another document with

7  you.

8          I'd like for the court reporter -- let me make

9  sure this is on the screen.  I'd like the court reporter

10  to mark this next document as Plaintiff's -- Plaintiff's

11  Exhibit 697.

12          (Plaintiff's Exhibit 697 was marked for

13  identification.)

14      Q   BY MS. HAMILTON:  And Ms. Owen, I am now

15  showing you Plaintiff's Exhibit 697.  This is an

16  October 9th, 2020 e-mail from Matt Jones with the subject

17  line "Announcements."  The "To" line also lists Matt

18  Jones' name.  It's not clear if this was sent out like as

19  a blind carbon copy document or not, but the main thing

20  I'm going to have you focus on is the attachment.

21          For the record, the Bates number on this

22  document has -- for the first page is GA01852181.  And as

23  I mentioned, there's also an attachment.

24          Ms. Owen, I am going to give you control of the

25  screen in a moment so that you can scroll through just to



1  become familiar with what's on the screen, and then when

2  you are ready, let me know.

3      A    Okay.

4      Q    And again, the main thing I will be focused on

5  during this discussion is on the attachment, which is

6  page 2.

7      A    Okay.

8      Q    All right.  And I want to make sure you can

9  also see this document clearly.

10          All right.  So focusing on the attachment, do

11  you recognize this document?

12     A    I do.

13     Q    Okay.  What is this document?

14     A    It's the org chart for the Department of Ed.

15     Q    Okay.  And I want to note for the record, at

16  the bottom, this particular document has an effective

17  date of October 9th, 2020.

18          Ms. Owen, do you see that?

19     A    I --

20     Q    It's in the bottom left corner.

21     A    There's -- there's no way that -- I can scroll

22  up and down, but I can't -- I can't scroll over.

23     Q    There's a bar at the very bottom of the screen.

24  Okay.

25     A    I don't -- I don't know if the zoom thing is



SONIA SHAUN OWEN                                    December 12, 2022
UNITED STATES vs STATE OF GEORGIA                              33

 1  give you a chance to confirm the date that was in the

 2  bottom left corner.

 3        A    Yeah, I can't -- I can't see it.

 4        Q    Okay.  Let me see if I can adjust it for you.

 5  Can you see -- can you see the bottom left corner now

 6  where the mouse is?

 7        A    Let me move.  Hold on.  No, I -- I can't see it

 8  on mine.

 9        Q    Okay.  Let me see if I can move this up.  Okay.

10  Can you see it now?

11        A    There you go.  Now I can see, yes.  Yes, I can

12  see it.

13        Q    Okay.  My apologies that the -- your -- the

14  view that you have is different from -- from what I can

15  see.

16             All right.  So just to confirm for the record,

17  given that confusion there, can you please confirm that

18  the date on this document has -- that this document has

19  an effective date of October 9th, 2020?

20        A    Yes.

21        Q    Okay.  And I want to focus our time just

22  looking at the part of the organizational chart for

23  federal programs, and I just want to give you a brief

24  moment to look at this to confirm whether this is --

25  these programs still fall within your division.



1      A    So one change on here is that MTSS is now part

2    of the Division of Whole Child.

3      Q    Thank you.  Are there any other changes?

4      A    That's the -- that's the only thing that I see.

5      Q    And the Georgia Network for Educational and

6    Therapeutic Support Program, or GNETS, is also listed

7    within your division; is that correct?

8      A    Yes.

9      Q    And is that referencing the individuals who you

10   mentioned a moment ago who serve as the GNETS program

11   manager and specialist?

12     A    Yes.

13     Q    I'm going to stop sharing.  Okay.

14          All right.  I just put a new document on the

15   screen that I would like for the court reporter to mark

16   as Plaintiff's Exhibit 698.

17          (Plaintiff's Exhibit 698 was marked for

18   identification.)

19     Q    BY MS. HAMILTON:  And Ms. Owen, I am now

20   showing you Plaintiff's Exhibit 698.  This is a

21   September 9th, 2016 e-mail from superintendent Richard

22   Woods to DOE -- "DOE Users" and "Other Agency Users" with

23   a subject line, "Revised -- Revised Organizational Chart

24   and Strategic Plan."  The Bates number on the first page

25   is GA01764366, and this document has an attachment.



1      Q   And there are -- and, well, correct me if I'm

2   wrong, but there are expectations about how the GNETS

3   programs should be operating according to the board

4   rules; is that correct?

5           MS. JOHNSON:  Object to form.

6           THE WITNESS:  Yes.  Yes.

7      Q   BY MS. HAMILTON:  Okay.  So I'm -- I'm really

8   just trying to get your opinion on whether in your

9   capacity as deputy superintendent you were seeing the

10  GNETS programs operating the way that they are supposed

11  to be operating according to the rules.

12          And so, for example, my last question was, are

13  there any things that you observed at the facilities that

14  you thought were particularly -- like done particularly

15  effectively.  You don't have an opinion on whether there

16  was anything that was being done effectively?

17          MS. JOHNSON:  Object to form.

18          THE WITNESS:  Well, okay, so if I could go back

19  to your -- the -- the previous part, when you say,

20  according to the -- the board rule.  So, you know, if you

21  look at the scope of what we do at the department, it --

22  you know, we receive the funds.  We flow through the

23  funds to the LEA.  There's an application process that

24  Vickie looks at that has numerous components to it.

25  There's the budget aspect of it as well.



1           The policies and procedures, that's done, you

2    know, with a cross-functional monitoring and our -- and

3    our RDA team, and -- but as far as the -- the

4    effectiveness, you know, we're just -- we're not -- we

5    don't run these programs.  We're not in those classrooms.

6    We don't sit on the IEP meetings.  We don't -- you know,

7    we flow through Title -- you know, 5-, 600 million of

8    Title I funds, but we're not in those classrooms to see

9    how it's implemented.

10          We have end-of-the-year data regarding student

11   achievement, but beyond that, it's just -- it's -- you

12   know, it's very difficult to -- to make that

13   determination.  There's certain components that GNETS

14   have to fulfill relative to the grant, but beyond that,

15   the -- you know, the day-to-day operations, who they're

16   going to hire, what students are in, you know, their

17   GNETS program, if they're gonna run it as a -- you know,

18   as a school or a site based, every bit of that falls

19   in -- you know, that's -- it's all GNETS, so local

20   control.

21          So it's just very difficult to answer your

22   question.

23      Q   BY MS. HAMILTON:  Okay.  And just to be clear,

24   I wasn't asking who was controlling the programs; I was

25   just asking in your capacity as deputy superintendent

