EXHIBIT CC

**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-cv-03088-ELR

# HALEY LIVINGSTON

*January 30, 2023*



800.211.DEPO (3376)
EsquireSolutions.com

1          THE VIDEOGRAPHER:  Going off video record

2    10:41 a.m.

3          (Recess.)

4          THE VIDEOGRAPHER:  We are now back on video

5    record 10:54 a.m.

6          THE WITNESS:  I wanted to clarify something.

7    BY MS. ADAMS:

8      Q.   Sure.

9      A.   When we were talking about my role and we

10   were -- you had asked about policies and procedures, I

11   think that I probably just used that interchangeably

12   when I shouldn't.

13         But like only the Board of Control and the

14   board office -- board members can change policy.  So I

15   didn't want to give the impression that I'm changing

16   any kind of policies.  I just change procedures within

17   my building when I was speaking on that earlier.

18         So just anything that needs to be changed in

19   the way we do things in my building.  So I guess that's

20   more a procedure-type thing than policy, and I wanted

21   to clarify that.

22     Q.   Thank you.

23     A.   Thank you.

24     Q.   What is the Board of Control?

25     A.   It is a group of superintendents.  It's the OK



1  RESA Board of Control, and it's made up of the area's

2  eight counties -- well, actually, I'm sorry, nine

3  counties, superintendents, and the RESA director.

4         And so anything that pertains to the Harrell

5  Learning Center like hiring, any normal things that

6  need to have board approval, that's my board.  They

7  approve everything.

8      Q.   So if you think a certain policy should be

9  changed or if there's anything that might require that

10  Board of Control's approval, do you have a process for

11  how you communicate with them about that?

12     A.   Yes, ma'am.  I submit like a recommendation.

13  Normally, it's mostly hires, like staff hiring.  So I

14  submit a recommendation form directly to the director,

15  RESA director, and then he presents it at the next

16  board meeting.

17     Q.   How often are the board meetings?

18     A.   Monthly, I believe.

19     Q.   You mentioned that the main reason that you

20  will communicate with the board through a

21  recommendation form is around staff hiring.

22         Are there any other reasons that you might

23  communicate with them about certain recommendations?

24     A.   Not that I can think of right now.

25     Q.   Okay.  Going back to the topic that we were



1  this, this, this, and this.  I mean, there's checks and

2  balances, yes.  But he doesn't have to do that because

3  I stay on top of my stuff.

4      Q.   Sorry.  The person you're referring to as "he"

5  is Dr. Jacobs?

6      A.   Yes, ma'am.

7      Q.   Do GADOE staff ever visit Harrell?

8      A.   We have had -- I believe they were related in

9  the PBIS department.  But I would say no, not --

10  especially, not recently have I had anyone from GADOE

11  visit, no.

12          MS. ADAMS:  I ask that the court reporter mark

13  this next document as Plaintiff's Exhibit 764.

14          (Plaintiff Exhibit 764 marked.)

15  BY MS. ADAMS:

16      Q.   You have been handed Exhibit 764.  This is a

17  copy of an email thread dated October 30, 2019.  The

18  most recent email was sent by you to Vickie Cleveland

19  and Lakesha Stevenson.

20          The bottom right-hand corner of the first page

21  of the document is marked GA00355023, and the email

22  subject reads Re Canceled Harrell Visit.  You can

23  review the document and let me know when you are ready.

24          (Witness reviewing document.)

25          THE WITNESS:  Okay.



1  BY MS. ADAMS:

2      Q.   Do you recognize this email thread?

3      A.   Yes.  I believe this was -- well, let me look

4  at the month.  The only -- the time that they come is

5  when we are doing our strategic plan review.  And I

6  don't remember the year, and I honestly don't remember

7  that it would be -- or don't think that it would be in

8  October.

9           But the only visit I ever remember having

10 Vickie come was for the strategic plan review at the

11 end of the year when we review our documentation for

12 the strat review.  I just can't remember any of the

13 details.  I can't remember the details, I'm sorry.

14     Q.   When you say "strat," you're talking about

15 strategic plan?

16     A.   Yes, ma'am.

17     Q.   What is the strategic plan review?

18     A.   There are -- each GNETS has to submit a

19 strategic plan or has to submit strategic plan

20 information, like whether they've taken care of each

21 area, almost like an improvement plan for school

22 systems, I would think that I would compare it to.

23          But it's got areas that, you know, it's got

24 instructional, behavioral, and there's sections that

25 you have to make sure you take care of, you know, like



1   are you doing the certain behavioral assessments.  Are

2   you looking at, like, instruction.  How are you

3   supporting your teachers, kind of thing.  It's almost

4   like a place to put in evidence that you're doing what

5   you're supposed to be doing.

6           And we used to do those on paper in notebooks

7   and things.  And so they would come and sit down with

8   you, and you present all of your -- basically proof is

9   how I try to say it -- proof that we've been doing what

10  we need to do for these kids.

11          And that's the only thing I can think of that

12  they would have been talking about coming for.

13      Q.   Who was Vickie Cleveland?

14      A.   She is the -- I feel like she's the lead

15  director of the special ed -- I mean, I'm sorry -- lead

16  director of the GNETS division at GADOE.  And then I

17  believe Lakesha is her assistant or partner or

18  assistant director maybe.  I'm not sure if that's the

19  correct title.

20          But she's the main person that is my first

21  point of contact at GADOE about anything at GNETS.

22      Q.   What is your understanding of Ms. Cleveland's

23  job responsibilities?

24      A.   With regard to GNETS, just being the point of

25  contact and basically like facilitator.  And then they



 1  evaluation?

 2      A.   Not that I'm aware of.

 3      Q.   Do you have any working relationship with the

 4  GADOE?

 5           MR. NGUYEN:  Object to the form.  You may

 6  answer the question.

 7           THE WITNESS:  I'm not sure what you mean by

 8  working relationship.

 9  BY MS. ADAMS:

10      Q.   We talked about Ms. Cleveland and

11  Ms. Stevenson.  How would you define your relationship

12  with them?

13      A.   Professional.  I mean, I feel comfortable

14  reaching out to them and that's all.  I mean, I feel

15  comfortable reaching out to them, and they've been

16  helpful, you know, open to hearing my communication.  I

17  mean, that's all.  I don't -- I think that's it.

18      Q.   We've talked about the OK RESA a bit.  Can you

19  tell me what the RESA's responsibility is as it

20  pertains to Harrell GNETS?

21      A.   It's our fiscal agent.

22      Q.   What does that mean?

23      A.   The funding that we receive from Georgia and

24  from the federal -- our Georgia and federal funds come

25  through them.



1  I'm trying to think.  They'll bring in different --

2  like, they brought in someone before about the TKES

3  platform, I mean, almost like going through training to

4  make sure new directors knew about this.

5          And then they brought in an i-Ready special --

6  I don't know if that's the correct title but an i-Ready

7  specialist to go over things because we already use the

8  i-Ready platform.

9          So they brought in someone like that to go

10  over, you know, how to work the program, what reports

11  you should do, and things like that.  So support,

12  instruction and behavioral support, is discussed and

13  planned.

14      Q.   Who manages the GNETS directors' meetings?

15      A.   It's usually led by Vickie and Lakesha.  We

16  have a -- I can't remember if it changes by year, but

17  there's like a lead GNETS director, and then they

18  coordinate some things, too, like some of the

19  professional learning.

20          So they're involved.  Whoever that person is

21  for the year is involved with probably -- in some of

22  the leading of the meetings or whatever.

23      Q.   Have you ever served in that role?

24      A.   No.

25      Q.   You mentioned that these meetings often



1  involve discussion of the strategic plan.  Who manages

2  the strategic plan process?

3      A.   Well, I believe it's us, all the GNETS

4  directors, and then we submit our strategic plan

5  through the GADOE portal.

6      Q.   Does anyone at GADOE review those plans?

7      A.   Yes, Vickie and Lakesha review.  I'm not sure

8  who else reviews, but they do along with whoever else,

9  and then they get back with us like if we have needs or

10  areas if there's something like -- like, I know if

11  there's something that's not submitted for an area that

12  they'll get back to me on that.

13      I had something that would not -- I guess the

14  file was corrupt or something, like she couldn't pull

15  it up.  Then they'll communicate back with me about

16  that, like, hey, I didn't get your such and such.  We

17  can't see it kind of thing.  Stuff like that.

18      Q.   Are you familiar with the GNETS directors'

19  executive committee?

20      A.   I'm unsure.  I know I've heard that before,

21  but I'm not sure who it is or what they do.

22      Q.   How often are the GNETS directors' meetings?

23      A.   They're not monthly.  I know that.  But

24  they're -- I think it would be safe to say maybe

25  quarterly, maybe.



1    Q.    So, for example, if a student went home early

2    from school because of an emotional crisis on, say

3    today, the Harrell staff would note that in the contact

4    log, but the county would assume that that student was

5    present for the full school day?

6    A.    No.    In that case if they left early, they're

7    either going to be considered absent or left early.

8    But present, we would let them know.    We let the

9    counties know that.    We do let them know that.

10    Q.    Okay.    But it's not through the official

11    attendance record that you have it.    It's some other

12    way?

13    A.    Well, we still email it, but I was just saying

14    that it's not in our attendance program that they --

15    which they don't log into that either.    That's why we

16    have to email.    It's like a separate student

17    information system just for our school.

18         So we don't necessarily put it in that every

19    time because of its own glitches but we report it out,

20    yes, because it would change their attendance.    Like,

21    if they left before 11:00, they would technically be

22    absent, but we want them to know why so there's a

23    record.

24    Q.    Do your attendance rates affect funding that

25    you receive in any way?



1       A.   I don't think so.

2       Q.   Are students ever asked to stay home or are

3   students ever sent home due to lack of staff?

4       A.   Never until COVID.  We did send students -- I

5   can't remember -- I don't think they made it.  So I

6   think we basically said -- like, our whole hospital

7   team had COVID one time.  So we had to say that we

8   would -- that those students would not be

9   transitioned -- not transition -- transported and that

10  we would provide, you know, work or online work.

11       Because we had it set up where with all that

12  going on, we had it set up where they were receiving

13  instruction even when they were not on campus because

14  we didn't want them to lose.

15       But that's been the only time because we have

16  substitutes.  I mean, they're far and few between, but

17  we have substitutes that come in or we have staff we

18  can kind of move around to compensate so that

19  instruction continues.

20       MS. ADAMS:  Okay.  We can go off the record.

21       THE VIDEOGRAPHER:  Going off video record at

22  2:38 p.m.

23       (Recess.)

24       THE VIDEOGRAPHER:  We are now back on video

25  record 2:49 p.m.



1    suicidal-type thing.  Because you can say threats and

2    things like that but to yourself.  Anyway, sorry, I ran

3    around the block on that one.

4        Q.   When was the last time that that kind of

5    situation happened?

6        A.   When they were meeting their goals and then

7    still had that?

8        Q.   (Nodding head.)

9        A.   Well, I think we had a situation last year

10   where the student, he was actually transitioning and --

11   no, it was not that, meaning 2022.  We were going to

12   transition him.  He had two classes at the high school.

13   We were going to transition him full time.  Like, he

14   was great, he's smart, he's been showing much -- I

15   mean, very much improvement, being responsible.

16        And he had something traumatic happen with his

17   mom going into the hospital, and we ended up having to

18   back off because he said I'm not doing it.  Like, he

19   was going to go all the way back.  And he's, like, I'm

20   not going to high school.

21        I'm, like, yes, you've got to.  You cannot go

22   backwards kind of thing.  Okay.  So that was the

23   situation where we backed off of that because

24   everything looked great.  But he sabotaged himself,

25   basically, self-sabotage.



1   or not, but I don't.

2       Q.   Do you submit an annual budget with your grant

3   application?

4       A.   She does.  I don't.

5       Q.   Do you provide any information or

6   documentation so that that annual budget can be

7   submitted?

8       A.   I send -- all this information that goes into

9   the grant app is the extent to what I send to GADOE.

10  And then I just help her with the staffing pattern just

11  where they're assigned, what they're doing, the

12  teachers and staff.  But other than that, no, I don't

13  have anything else to do with the budget.

14      Q.   Once your grant application has been approved,

15  does anyone tell you how the state funds can be used?

16      A.   No, not me.

17      Q.   How do you know if there are any limitations

18  on how the state funds can be used?

19      A.   I communicate with Iris.

20      Q.   Who tells Iris how the funds can be used?

21      A.   I don't know.

22      Q.   What kinds of expenses are covered by the

23  GNETS state grant?

24      A.   I'm not sure.  Well, actually, I know -- I

25  believe salaries.  I think I know that part, but other



1  than that, I don't know.

2          MS. ADAMS:  I'm going to ask the court

3  reporter to mark this next document Plaintiff's Exhibit

4  771.

5          (Plaintiff Exhibit 771 marked.)

6  BY MS. ADAMS:

7      Q.    You have been handed Plaintiff's Exhibit 771.

8  This is a copy of an email thread with the subject Re

9  Forward GNETS Webinar Link.  The first page has been

10  marked GA00318852.  You can take a moment to review and

11  let me know when you're finished.

12          (Witness reviewing document.)

13          THE WITNESS:  Okay.

14  BY MS. ADAMS:

15      Q.    Do you recognize this email thread?

16      A.    Uh-huh.

17      Q.    Am I correct that in Ms. Cleveland's email

18  dated April 2, 2018, she states, "See the link below to

19  register for this webinar regarding allowable use of

20  GNETS funds.  We've had a few questions come up and I

21  think this webinar will be helpful for all."

22          Do you see that?

23      A.    Yes.

24      Q.    Thank you.  In your response on April 9, 2018,

25  you responded to ask Ms. Cleveland if the session was

1    GACE or they can have 60 course hours, basically an

2    associate's or you have to take a paraprofessional

3    GACE.

4        Q.   And GACE is?

5        A.   It's the state -- oh, gosh I can't remember

6    what it's -- it's what educators have to take.  Like, I

7    would have to take a special ed GACE or a Gen Ed GACE

8    to be certified.  I can't remember what the letters

9    stand for, but I think it's like the title or the

10   assessment title.

11       Q.   For the current school year, do you have any

12   paraprofessionals who are not fully certified or

13   qualified?

14       A.   No.

15       Q.   For the 2022 fiscal year, did you have any

16   paraprofessionals who weren't properly certified?

17       A.   No.

18       Q.   Are there any staff employed at Harrell

19   currently who are not qualified or certified to serve

20   in their roles?

21       A.   No.

22            MS. ADAMS:  I'm going to ask the court

23   reporter to mark this next document as Plaintiff's

24   Exhibit 777.  You have been handed Plaintiff's Exhibit

25   777.



1          (Plaintiff Exhibit 777 marked.)

2   BY MS. ADAMS:

3       Q.    This is a copy of an email thread with the

4   subject Re GNETS Calendar and SDQ Data.  The first page

5   is stamped GA00790800.  Please review and let me know

6   when you're finished.

7          (Witness reviewing document.)

8          THE WITNESS:  I'm ready.

9   BY MS. ADAMS:

10      Q.    Do you recognize this email thread?

11      A.    Yes.

12      Q.    Who is Nakeba Rahming?

13      A.    She was the state director or the GNETS State

14  Director before Vickie.

15      Q.    Okay.  Am I correct that on July 20, 2017,

16  Nakeba Rahming emailed you and the other GNETS

17  directors stating that she was going to finalize

18  guidance and procedures for professional qualifications

19  as it relates to GNETS?

20      A.    Yes.

21      Q.    She asked you to email her any questions or

22  concerns, correct?

23      A.    Yes.

24      Q.    Am I correct that on July 21, 2017, you

25  responded to Ms. Rahming asking, "Does our PE teacher

1   have to be a certified (maybe retired) teacher, or

2   could we have what we've had, a personal trainer?  If

3   so, what qualifications does the personal trainer have

4   to have?"

5              Is that correct?

6       A.   Yes.

7       Q.   Why did you ask if Harrell's PE teacher had to

8   be certified?

9       A.   Because when I came on, that was my first year

10  or starting my first year as director.  My first year

11  there they did not have a PE teacher, and I thought it

12  was important for them to have a PE teacher.

13             And so what we had was somebody who was I

14  guess a certified -- what I thought was a certified

15  personal trainer, and he would do, you know, like

16  workout stuff with them.

17             But I thought that it needed to be a teacher.

18  So that's why I asked her that, and we were looking for

19  one.  And so when I asked Dr. Jacobs about it, he said

20  we would have to ask her, you know, what it would have

21  to be because it was his first time kind of interacting

22  with or being involved with GNETS.

23             So it was just basically us finding out what

24  our roles are.  And, of course, now that's a stupid

25  question because they have to be a certified teacher



 1   and we've had one, sorry.

 2          But, yeah, that was just trying to find out if

 3   what has been going on is appropriate or do we need to

 4   change because I was feeling like I wanted to change.

 5      Q.   Okay.  I'm going to ask the court reporter to

 6   mark this next document as Plaintiff's Exhibit 778.

 7          (Plaintiff Exhibit 778 marked.)

 8   BY MS. ADAMS:

 9      Q.   You have been handed Plaintiff's Exhibit 778.

10   This is a copy of an email thread with the subject Re

11   LCSW Grant.  The bottom of the first page is stamped

12   GA00347755.  Please take a moment to review and let me

13   know when you're finished.

14          (Witness reviewing document.)

15          THE WITNESS:  Okay.

16   BY MS. ADAMS:

17      Q.   Earlier we were talking about you emailing

18   Ms. Rahming to understand whether your PE teacher had

19   to have a certain kind of certification.

20          And you were talking about how it was kind of

21   early on in your time as director, and you were talking

22   to your boss and you were both trying to figure things

23   out.  And I believe you were saying something about how

24   you wanted to make sure you understood what the rules

25   were around certification and various staff.

1          So when you mentioned you were trying to get a

2   sense of what the rules were, what do you mean by that

3   in terms of rules?

4      A.    Certification.  Back then I didn't understand

5   certification so I didn't -- I mean, to be quite

6   honest, I didn't even have my head wrapped around,

7   like, our SPED teachers had to have content area and

8   SPED to be qualified, highly qualified or

9   professionally qualified.  I don't know which one is

10  the right word now.

11         Anyway, so that was what that was about.  And

12  now as I have had years, I understand all that now, but

13  that was early on.  I wasn't sure if that was okay, you

14  know, for him to be the personal trainer to be doing it

15  and us calling it PE.  That didn't feel right to me.

16     Q.    Thank you.  And you found it helpful to seek

17  clarification from GADOE --

18     A.    Yes.

19     Q.    -- to help you understand what the rules

20  were?

21     A.    Yes.

22     Q.    Okay.  On this email thread there are emails

23  between you and Ms. Cleveland, correct?

24     A.    Yes.

25     Q.    Do you recognize this email thread?



1    A.    Yes.

2    Q.    Am I correct that on June 11, 2019, you

3    emailed Ms. Cleveland stating, "I am really looking for

4    a way to make my person qualify for the LCSW position.

5    He is great, and we were hoping we could maybe read the

6    grant and find a way for him to be the one we can

7    hire."  Is that right?

8    A.    Yes.

9    Q.    You continue in the email and say, "A loophole

10   maybe.  What do you think?  Are there specific services

11   this person will provide?  LCSW versus LPC, is it more

12   for social work type things or counseling students?"

13         Is that correct?

14   A.    Yes.

15   Q.    Later in the email you asked, "Is this grant

16   coming from DOE SPED department?"  Correct?

17   A.    Yes.

18   Q.    Am I correct that Ms. Cleveland responded

19   stating, "The focus of the work is for therapeutic and

20   counseling supports.  The grant is awarded from GADOE.

21   I have confirmed the scope of work with staff rehab.

22   The candidate would have to have LCSW or MSW

23   certification."  Correct?

24   A.    Yes.

25   Q.    What was the LCSW position you were



1  referencing?

2      A.    It's Licensed Clinical Social Worker.  And we

3  had someone in mind who actually is working with our

4  students now who has -- oh, gosh, what is an LPC?

5  Licensed -- I can't remember right now what LPC stands

6  for.  But he's -- what do you call it -- like a higher,

7  I don't know, more highly qualified person I think, or

8  a higher qualified person than LCSW.

9          But, anyway, I didn't understand all the

10 acronyms and who was okay for what.  And it was for the

11 therapeutic grant, and the therapeutic grant had

12 specific criteria that you had to work with.

13         So she was telling me that she had gotten with

14 staff rehab, which is -- I believe is more of like a

15 substitute -- or not a substitute -- like a hiring

16 platform or company that she put out the criteria for,

17 and it helped us find someone.

18         And so we ended up going with that person

19 instead, a social worker instead of the LPC.  So that

20 was basically her clarifying that.  I don't remember if

21 she emailed back about it anymore or if we just talked.

22 We got it worked out.

23     Q.    Okay.  You said that there's an individual who

24 you referenced in this email saying "He is great.

25 We're really hoping he can be the one we hire."

