# EXHIBIT FF

**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

**JACQUELINE NEAL, PH.D.**

*January 19, 2023*



800.211.DEPO (3376)
EsquireSolutions.com

1   review to see how we are progressing.  So in general to
2   him, just kind of doing general supervision over, you
3   know, management of the program, communication with the
4   board.  He also kind of helps with the, you know,
5   personal learning goal.
6        Q   And I hear what you said about being assessed
7   on how much you've reached the goals that were set
8   earlier in the year.  Are you assessed on any other
9   criteria?
10       A   Like I said, I'm sure there's other general
11  criteria.  Like I said, we've got a different structure
12  this year, so primarily it's, you know, been around
13  establishing our -- my learning goal so far is what we
14  have been discussing, so...
15       Q   What about in previous years with different
16  directors, how are you assessed?
17       A   So in general, there has not been a particular
18  instrument that's been used.  Just every year annually,
19  you know, I get feedback and opportunities to kind of
20  talk about strengths and weaknesses and where I'm going.
21       Q   Outside of the director of the RESA, does
22  anyone else provide you feedback?
23       A   GaDOE, you know, on the strategic plan
24  implementation will provide feedback.
25       Q   And what individuals from GaDOE provide that



1  feedback?
2       A   Vickie Cleveland, primarily.  She has an
3  assistant, LaKesha Stevens, who works with her, but it
4  primarily comes from Vickie.
5       Q   And is any of this feedback provided in
6  writing?
7       A   Sometimes.
8       Q   What feedback is provided in writing?
9       A   So our last full strategic plan review was in
10 2019, and there was documentation provided for that.
11 Sometimes it's an e-mail communication.
12      Q   And who maintains that, those documents?
13      A   I guess we do.
14      Q   And are any of your other evaluations done by
15 the RESA provided in feedback -- sorry, provided in
16 writing?
17      A   Yeah, they should be on file here.
18      Q   And what are your job responsibilities as
19 director of NorthStar?
20      A   So pretty much all operational activities, so
21 that's everything from HR activities.  We do have a
22 collaborative relationship with the RESA, so they provide
23 some of our human resources support, as well as budgeting
24 support and those kinds of things; but I have primary
25 responsibility in those areas.  So hiring; supervising



1  back to meet with my coordinators who I will be working
2  most directly with.
3       Q   And is there any variation in this process if
4  it's a teacher versus an administrator or other staff?
5       A   No, not really.
6           MS. CHEVRIER:  I'd like the court reporter -- I
7  guess it's already marked as Exhibit 384.  I don't want
8  to just throw it at you.
9           MR. NGUYEN:  Feel free.
10      Q   BY MS. CHEVRIER:  This is an e-mail from you,
11 Dr. Neal, to Vickie Cleveland and Nakeba Rahming dated
12 December 14th, 2017, correct?
13      A   Yes.
14      Q   And the Bates number is GA00014291.
15      A   Okay.
16      Q   You were forwarding an e-mail from Kathy
17 Bierce, correct?
18      A   Correct.
19      Q   Do you recognize this e-mail?
20      A   Yes.  I mean, it obviously came from me.  I
21 don't remember it, but...
22      Q   But you have no reason to believe it was
23 fabricated?
24      A   Right.  Exactly.
25      Q   Who is Kathy Bierce?



1       A    She was my secretary.
2       Q    And do you see where it lists that there are
3   two attachments to this e-mail?
4       A    Yes.
5       Q    And let's turn to the first attachment, which
6   is Bates number GA00014292.
7            Do you see this document is titled "FY18 GaDOE
8   Approved GNETS Temporary Therapeutic Services Assurances
9   GNETS NorthStar Educational and Therapeutic Services"?
10      A    Yes.
11      Q    And do you recognize this document?
12      A    I do.
13      Q    What is meant by assurances in this context?
14      A    So -- and I neglected -- I wasn't thinking
15  about this situation when I answered previously, but for
16  the last few years, just due to some of the difficulties
17  we've had with budget, GaDOE -- and I'm not sure
18  that Orion (phonetic) -- Orion, I believe, received a
19  grant, and they've been helping with funding of
20  therapeutic positions, specifically a therapeutic
21  position I have open in Fannin County.
22      Q    And is it correct that this document is a list
23  of assurances?
24      A    It is.
25      Q    And do you see number 6 which reads, "GaDOE



```
 1   will coordinate with service providers to ensure that
 2   there is an understanding of the type of services that
 3   will be required for GNETS and ensure that the contracted
 4   therapeutic professional meets the necessary
 5   qualifications to provide counseling/therapy for
 6   students"?
 7        A    Yes.
 8        Q    What do you understand this to mean?
 9        A    So the State agreed to provide the funding as
10   long as we could hire someone that was a certified, you
11   know, staff, so either a social worker or licensed
12   professional counselor.
13        Q    And what are the necessary qualifications to
14   provide counseling and therapy for students that GaDOE
15   was ensuring were met?
16        A    If they have approved credentials, so again,
17   like a degree; in this case, a master of social workers
18   for this particular candidate, as well as certified by
19   the State of Georgia.
20        Q    And does GaDOE have decision-making power
21   regarding other staffing choices at NorthStar?
22        A    We have out of the CARES grant money, we didn't
23   have to assign an assurance, I don't think, quite like
24   this, but there was similar expectations stated.
25        Q    And can you tell me about those expectations?
```



1       A    Again, a degreed professional with
2    certification.
3       Q    And how were those expectations shared with
4    you?
5       A    Directors meeting, I believe.
6       Q    And who was it that shared those expectations
7    with you?
8       A    Vickie Cleveland.
9       Q    Okay.  And you said before that you weren't
10   thinking about this context when you answered a previous
11   question of mine.  What question was that?
12      A    Just, I guess, the process for hiring her was
13   the same as if I hired any of my other staff.  The only
14   difference was the coordination with the funding through
15   the State.
16      Q    And by "her," you mean the person who fulfilled
17   this therapeutic role?
18      A    Correct.
19      Q    Okay.  And were there any additional steps not
20   outlined in this e-mail that the State took with regard
21   to that position being hired?
22      A    Other than just stipulating, you know, the type
23   of professional we could have hired.
24           MS. CHEVRIER:  Okay.  I'd like the court
25   reporter to mark this next document as Plaintiff's



1  and obtain any consents that need to be obtained to help
2  facilitate communication.  And then at the agreed -- the
3  date agreed by the IEP committee, the student would start
4  services.
5      Q   And does NorthStar keep record of who is
6  referred to the GNETS program and the outcome of those
7  referrals?
8      A   No, not -- I don't have an official document
9  that I maintain.
10         MS. CHEVRIER:  Okay.  I'm going to ask the
11 court reporter to please mark this next exhibit as
12 Plaintiff's Exhibit 851.
13         (Plaintiff's Exhibit 851 was marked for
14 identification.)
15     Q   BY MS. CHEVRIER:  And we have added a temporary
16 Bates number NORTHSTAR_TEMP_000273.
17         This is the GNETS request for consultation
18 form, correct?
19     A   Yes, ma'am.
20     Q   Do you recognize this document?
21     A   I do.
22     Q   Who created this document?
23     A   The State.  Well, a committee, I believe,
24 with -- within the GNETS directors.
25     Q   And what committee is that?



1    A   It was just a group of GNETS directors that
2    worked together to look at ways we were collecting this
3    initial information and come up with a standard form.  I
4    don't even remember what the committee's name was.
5        Q   And were you a part of that committee?
6        A   No, not this one.
7        Q   Okay.
8        A   I don't think.
9        Q   Do you know who, if anyone, directed the
10   committee to create this form?
11       A   That might have been back when Nakeba was
12   leading us.
13       Q   Okay.  So this is Nakeba Rahming --
14       A   Yeah.
15       Q   -- from GaDOE?
16           What is this document used for?
17       A   This is the initial information we use when
18   they want us to begin to look at a student for
19   consideration of services.
20       Q   And who fills --
21       A   Or actually, this one -- I apologize.  This is
22   for consultation.  Sorry.
23       Q   So this document is used to request GNETS
24   consultation?
25       A   Yes.  Yes.



1      Q   And who fills out this form?
2      A   The LEA.
3      Q   And does NorthStar receive a filled out version
4  of this for every student who is referred for its
5  services?
6      A   For any student they are requesting
7  consultation on.
8      Q   Okay.  And so there aren't any circumstances
9  under which a student would start receiving NorthStar
10 services without this form initiating?
11     A   No.
12     Q   Do you see on this document where it says,
13 "Check the Consultative Services you would like for GNETS
14 to provide," and then it says, "Choose one"?
15     A   Yes.
16     Q   It's -- it then lists participation in a
17 planning meeting, FBA coaching, BIP planning, et cetera,
18 correct?
19     A   Yes.
20     Q   Are these services that NorthStar provides?
21     A   Yes.
22     Q   And who provides these services?
23     A   I do.
24     Q   So if an LEA checked off functional behavioral
25 assessment coaching, you would provide the functional

