# EXHIBIT GG

# In the Matter Of:

## UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

---

## LAKESHA STEVENSON

*September 22, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

| | | |
|---|---|---|
| 1 | A.  I would have to sit and think about that. | 10:02AM |
| 2 | Q.  Okay.  And I'm correct, I believe, that you | 10:02AM |
| 3 | assumed this job in 20 -- October 2018.  Does that sound | 10:02AM |
| 4 | right? | 10:02AM |
| 5 | A.  Yes. | 10:02AM |
| 6 | Q.  Okay.  Were you notified prior to October 2018 | 10:02AM |
| 7 | that you would be in this position? | 10:02AM |
| 8 | A.  No. | 10:02AM |
| 9 | Q.  Okay. | 10:02AM |
| 10 | MS. TUCKER:  I'd like the Court Reporter to | 10:03AM |
| 11 | mark this document as Plaintiff's Exhibit 421. | 10:03AM |
| 12 | (Plaintiff's Exhibit 421 marked for | 10:03AM |
| 13 | identification.) | 10:03AM |
| 14 | MS. TUCKER:  Great.  Thank you. | 10:03AM |
| 15 | Q.  BY MS. TUCKER:  The Bates number on the first | 10:03AM |
| 16 | page of this exhibit is GA00953298. | 10:03AM |
| 17 | A.  (Witness examining document.) | 10:03AM |
| 18 | Q.  This is an October 29th, 2019 e-mail from | 10:03AM |
| 19 | Vickie Cleveland to you.  The subject reads: | 10:03AM |
| 20 | "Responsibilities."  And there's one attachment. | 10:03AM |
| 21 | Dr. Stevenson, do you recognize this e-mail | 10:04AM |
| 22 | and attachment? | 10:04AM |
| 23 | A.  Yes. | 10:04AM |
| 24 | Q.  Okay.  Let's turn to the attachment with -- at | 10:04AM |
| 25 | the bottom.  The Bates number reads GA00953299.  The top | 10:04AM |



 1  of the document reads:  "GNETS program specialist        10:04AM

 2  responsibilities."  And there's a box with bulleted       10:04AM

 3  responsibilities.                                         10:04AM

 4            Dr. Stevenson, did you create this             10:04AM

 5  document?                                                 10:04AM

 6      A.  I don't think so.                                10:04AM

 7      Q.  Okay.  Would you think that Vickie created it    10:04AM

 8  since she sent it to you?                                 10:04AM

 9            MS. JOHNSON:  Objection.                       10:05AM

10            THE WITNESS:  I'm not sure.  She -- she        10:05AM

11  sent it to me based on what this says, but I'm not sure   10:05AM

12  if she created it.                                        10:05AM

13      Q.  BY MS. TUCKER:  Okay.  But you did receive this  10:05AM

14  from Vickie Cleveland?                                    10:05AM

15      A.  That's what the e-mail says.                     10:05AM

16      Q.  And these are e-mails we received from the       10:05AM

17  State.                                                    10:05AM

18      A.  Okay.                                            10:05AM

19      Q.  Okay.  I'd love for you to take a look at the    10:05AM

20  document and responsibilities.  And then would you agree 10:05AM

21  that it identifies your responsibilities as GNETS         10:05AM

22  program specialist?                                       10:05AM

23      A.  Yes.                                             10:05AM

24      Q.  Okay.  It's quite a long list.  I know you're   10:05AM

25  busy, but I'd like to go through them.  Starting with    10:05AM



1  the first bullet.  "Provide consultation regarding          10:05AM

2  improvement on the GNETS strategic plan."                   10:05AM

3             So you've mentioned the GNETS strategic          10:05AM

4  plan a few times.  What is it?                              10:05AM

5      A.  It's a framework for the GNETS programs.            10:05AM

6      Q.  Okay.  All 24 regional programs?                    10:05AM

7      A.  Yes.                                                10:05AM

8      Q.  Okay.  In what ways do you provide consultation     10:06AM

9  regarding improvement on the GNETS strategic plan?          10:06AM

10     A.  We always take a look at the strategic plan to      10:06AM

11 see what can be consolidated, if something is               10:06AM

12 repetitive, and just make changes as needed.  If there      10:06AM

13 are any questions regarding any changes that were made      10:06AM

14 or when we do changes, if there's a training or a           10:06AM

15 presentation that needs to be completed, then I'll do       10:06AM

16 that.                                                       10:06AM

17     Q.  Okay.  What type of changes would be made?          10:06AM

18     A.  It just depends.  We've made a few, so...           10:06AM

19     Q.  Can you give me an example?                         10:06AM

20     A.  For example, we consolidated.  It was seven         10:06AM

21 focused areas and we consolidated them into six, because    10:06AM

22 two of them had a lot of the same information.              10:07AM

23     Q.  Okay.  Got it.  And do you also provide             10:07AM

24 consultation regarding improvement to the programs?         10:07AM

25     A.  I don't provide consultation regarding              10:07AM



1  improvement to the specific programs, no.                    10:07AM

2      Q.  Okay.  And then do you see how this bullet --    10:07AM

3  there's a few that are somewhat highlighted.                10:07AM

4      A.  Yes.                                                10:07AM

5      Q.  Do you see that?                                    10:07AM

6      A.  (Nodding yes.)                                      10:07AM

7      Q.  Do you know why this bullet is highlighted?    10:07AM

8      A.  I do not.                                           10:07AM

9      Q.  Next bullet:  "Complete GNETS end-of-year       10:07AM

10 reviews, provide ratings and feedback."                     10:07AM

11     A.  Yes.                                                10:07AM

12     Q.  What are GNETS end-of-year reviews?             10:07AM

13     A.  So the end-of-year reviews are the strategic   10:07AM

14 plan reviews.                                               10:07AM

15     Q.  Okay.  And this is for the original GNETS      10:07AM

16 programs?                                                   10:07AM

17     A.  Correct.                                           10:07AM

18     Q.  Okay.  Why is this bullet highlighted?         10:07AM

19     A.  I have no idea.                                    10:07AM

20     Q.  Okay.  So how do you provide ratings?          10:07AM

21     A.  Previously, we would go through each part of   10:07AM

22 the strategic plan, face-to-face with the GNETS -- each   10:08AM

23 of the GNETS directors, and they would provide evidence   10:08AM

24 of their ratings and then we would provide feedback.      10:08AM

25     Q.  What basis did you --                           10:08AM



1      A.   There was a rubric.                              10:08AM

2      Q.   There was a rubric.  Okay.  And is this how you  10:08AM

3  still -- you mentioned that this is not how you do it     10:08AM

4  anymore?                                                  10:08AM

5      A.   We no longer provide a specific rating.          10:08AM

6      Q.   When did that change?                            10:08AM

7      A.   I would have to think about it honestly.         10:08AM

8      Q.   Okay.  Do you think it was in the last two       10:08AM

9  years?                                                    10:08AM

10     A.   It was before COVID.                             10:08AM

11     Q.   Before COVID.  Okay.  So 2020 and prior?         10:08AM

12     A.   Somewhere around there.                          10:08AM

13     Q.   Okay.                                            10:08AM

14     A.   2019, maybe 2020.                                10:08AM

15     Q.   Okay.  Do you have a rubric still?               10:08AM

16     A.   It's still a rubric, yeah.                       10:08AM

17     Q.   Okay.  So if they're not ratings, what are       10:08AM

18  you --                                                   10:08AM

19     A.   It's not a numerical rating.                     10:08AM

20     Q.   Okay.                                            10:08AM

21     A.   It's operational evident, not evident.           10:09AM

22     Q.   So still a score?                                10:09AM

23     A.   It's not necessarily a score, but...             10:09AM

24     Q.   What would you describe them as?                 10:09AM

25     A.   If it was a number, I would say it was a score.  10:09AM



| | | |
|---|---|---|
| 1 | Q.  Sure. | 10:09AM |
| 2 | A.  We can say rating. | 10:09AM |
| 3 | Q.  Rating.  Okay. | 10:09AM |
| 4 | A.  Yeah.  Non-numerical. | 10:09AM |
| 5 | Q.  A non-numerical rating? | 10:09AM |
| 6 | A.  Yes. | 10:09AM |
| 7 | Q.  Is this done in conjunction with anyone else at | 10:09AM |
| 8 | GaDOE? | 10:09AM |
| 9 | A.  No. | 10:09AM |
| 10 | Q.  So you work on these ratings alone? | 10:09AM |
| 11 | A.  Vickie, myself, the directors are there, but no | 10:09AM |
| 12 | one outside of myself and Vickie from GaDOE. | 10:09AM |
| 13 | Q.  Okay.  Does anyone else in GaDOE see the | 10:09AM |
| 14 | ratings? | 10:09AM |
| 15 | A.  No. | 10:09AM |
| 16 | Q.  Okay.  Does anyone else see the feedback? | 10:09AM |
| 17 | A.  No. | 10:09AM |
| 18 | Q.  Okay.  Let's move on to the next bullet. | 10:09AM |
| 19 | "Assist GNETS PM with strategic plan improvement | 10:09AM |
| 20 | initiatives."  And then in parenthesis it reads: | 10:09AM |
| 21 | "Editing, testing changes in the portal, conduct | 10:10AM |
| 22 | trainings, et cetera." | 10:10AM |
| 23 | A.  Yes. | 10:10AM |
| 24 | Q.  Okay.  The GNETS PM is Vickie; is that correct? | 10:10AM |
| 25 | A.  Correct. | 10:10AM |



1      Q.   Okay.  And are these between -- so the first      12:29PM

2   one, beginning with GA00946724 --                         12:29PM

3      A.   Mm-hmm.                                            12:29PM

4      Q.   This is between RESA and GaDOE; is that            12:29PM

5   correct?                                                  12:30PM

6      A.   It's between RESA and the GNETS.                   12:30PM

7      Q.   RESA and the GNETS program.  Okay.  And then      12:30PM

8   the other one is the GA00946726.  That's between the LEA  12:30PM

9   and --                                                    12:30PM

10     A.   The GNETS.                                         12:30PM

11     Q.   The regional GNETS programs?                       12:30PM

12     A.   Yes.                                               12:30PM

13     Q.   Do the regional GNETS programs sign any           12:30PM

14   assurances with GaDOE?                                    12:30PM

15     A.   No.                                                12:30PM

16     Q.   To receive their funding?                          12:30PM

17     A.   The assurances that are built into the Con        12:30PM

18   application.                                              12:30PM

19     Q.   In the Con application?                            12:30PM

20     A.   Mm-hmm.  The budget assurances.                    12:30PM

21     Q.   Are there separate assurances in the GNETS        12:30PM

22   grant application?                                        12:30PM

23     A.   No.                                                12:30PM

24     Q.   Okay.  Do you have any role with regard to        12:30PM

25   these assurances?                                         12:30PM



1  strategic plan, and your consultation with the regional   12:39PM

2  GNETS programs on the strategic plan.   12:39PM

3       A.  Okay.   12:39PM

4       Q.  What is the timeline of strategic review plan?   12:39PM

5  We just talked about the grant application timeline?   12:39PM

6  What is this timeline?   12:39PM

7       A.  Well, we no longer review the strategic plan in   12:39PM

8  a way in which there is a timeline because we've made   12:40PM

9  changes.  So the grant application and strategic plan   12:40PM

10  are now aligned.  So the information that we would look   12:40PM

11  for in the strategic plan, they are attaching within the   12:40PM

12  grant application.  So there is not a review as it was   12:40PM

13  in previous years.  They do the end-of-year summary from   12:40PM

14  the strategic plan and the mid-year summary where they   12:40PM

15  rate themselves and make priorities for the different   12:40PM

16  areas, but we no longer go and sit and do reviews as in   12:40PM

17  the past.   12:40PM

18       Q.  When did that happen?   12:40PM

19       A.  This is 2022.  It was either 2020 or 2021.  I'm   12:40PM

20  not sure.   12:40PM

21       Q.  So what is the strategic review plan?  What   12:41PM

22  does it look like now, then?   12:41PM

23       A.  It looks the same.  It's still the framework.   12:41PM

24  It's still the framework for the program and the   12:41PM

25  framework for their programs.  And it still has actions   12:41PM



1    and things, but we're just not rating and reviewing the      12:41PM

2    strategic plan because now they're aligned -- it's           12:41PM

3    aligned with the GrantApp.  So if you look at the grant      12:41PM

4    application and the strategic plan, you will see a lot       12:41PM

5    of the same information.                                     12:41PM

6         Q.  But they still complete it in both places?         12:41PM

7         A.  No, they no longer have to complete the grant      12:41PM

8    application in the portal.  I mean, I'm sorry, the           12:41PM

9    strategic plan.  They still have the complete the grant     12:41PM

10   application.                                                 12:41PM

11        Q.  Okay.  So the strategic plan in 2020 or 2021 no    12:41PM

12   longer has to be the completed?                             12:42PM

13        A.  In the portal.                                     12:42PM

14        Q.  In the portal.                                     12:42PM

15        A.  They still have to have their strategic plan       12:42PM

16   information as a part of the framework for their            12:42PM

17   programs available, but we no longer require it to be       12:42PM

18   upload -- uploaded in the portal.                           12:42PM

19        Q.  Why is that?  What made the change?               12:42PM

20        A.  To streamline the process when a lot of the       12:42PM

21   information aligns with information that is requested       12:42PM

22   within the grant application.                               12:42PM

23        Q.  Okay.  And then how do you receive the            12:42PM

24   strategic plan from the programs if it's not in the        12:42PM

25   portal?                                                      12:42PM



1      A.  We do not receive the strategic plan.  We      12:42PM
2  receive the summary.                                    12:42PM
3      Q.  Uh-huh.                                         12:42PM
4      A.  Mid-year and end-year summary.  It's a one      12:42PM
5  pager.                                                  12:42PM
6      Q.  Mm-hmm.                                         12:42PM
7      A.  And it is uploaded within the grant             12:42PM
8  application.                                            12:42PM
9      Q.  Are you -- earlier when we spoke about the      12:42PM
10 strategic plan, I believe you said that there were      12:42PM
11 ratings of emerging, operational, and evident?          12:42PM
12     A.  When we used to review the strategic plan and   12:42PM
13 go out and do the reviews and it was uploaded in the    12:42PM
14 portal, yes.                                            12:43PM
15     Q.  And now when you receive the mid-year summary   12:43PM
16 and end-of-year summary?                                12:43PM
17     A.  They're rating themselves.                      12:43PM
18     Q.  And does GaDOE provide --                       12:43PM
19     A.  No.                                             12:43PM
20     Q.  -- a rating?                                    12:43PM
21     A.  No.                                             12:43PM
22     Q.  And this happened in the last two years?        12:43PM
23     A.  Mm-hmm.                                         12:43PM
24     Q.  Do you -- does GaDOE provide any feedback       12:43PM
25 related to the mid-year summary or end of the year      12:43PM



1    Q.  Okay.  Were these ratings tied to anything?      12:53PM

2    A.  No.                                               12:53PM

3    Q.  What would have happened if someone -- a          12:53PM

4  regional program had all emergings and not evident?     12:53PM

5           MS. JOHNSON:  Objection.                        12:53PM

6           THE WITNESS:  I can't say because I've          12:53PM

7  never had that happen.                                   12:53PM

8    Q.  BY MS. TUCKER:  You never had that --              12:53PM

9    A.  Since I've been with the program.                  12:53PM

10   Q.  And you've been with the program the entire        12:53PM

11 time it's had the operational, emerging, and not evident 12:53PM

12 because before it was numerical?                         12:53PM

13   A.  Right.                                             12:53PM

14   Q.  Do you and Vickie have conversations with the      12:54PM

15 regional GNETS program -- I know you said they're        12:54PM

16 uploaded into the portal, but afterwards about their     12:54PM

17 scores, ratings?                                         12:54PM

18   A.  A lot of times a conversation was happening        12:54PM

19 within the review so --                                  12:54PM

20   Q.  Okay.                                              12:54PM

21   A.  So there wasn't a lot of follow up needed.         12:54PM

22           MS. TUCKER:  I'd like the Court Reporter to    12:54PM

23 mark this document as Plaintiff's Exhibit 427.           12:54PM

24           (Plaintiff's Exhibit 427 marked for            12:54PM

25 identification.)                                         12:54PM



1    Q.  BY MS. TUCKER:  The Bates number on the first          12:54PM

2  page of the document is GA00960449.  This is a               12:54PM

3  September 9th, 2020, e-mail from you to two e-mail            12:55PM

4  addresses with the domain at tcjackets.net, and Shawn        12:55PM

5  Owen and Vickie Cleveland and you were copied.               12:55PM

6    A.  (Witness examining document.)                          12:55PM

7    Q.  The subject reads:  "State suggested revision          12:55PM

8  on action items for Pathways Educational Program GNETS       12:55PM

9  strategic plan."                                             12:55PM

10       Dr. Stevenson, do you recognize this                   12:55PM

11  e-mail?                                                     12:55PM

12    A.  This is a generated e-mail.  It's not one I           12:55PM

13  typed.                                                      12:55PM

14    Q.  Oh.  Can you explain that to me?                      12:55PM

15    A.  So in the portal, this is in 2020, so this was        12:55PM

16  a virtual review that took place cause by September,        12:55PM

17  that was COVID.                                             12:55PM

18    Q.  Okay.                                                 12:55PM

19    A.  And the reviews were virtual.  So once the            12:55PM

20  information is put in and I hit submit, she needed a        12:55PM

21  revision, and it automatically sends it.  So it's not       12:55PM

22  something that -- it's not an e-mail I typed myself.        12:55PM

23    Q.  I understand.  So this happens when you put it        12:56PM

24  in other -- for other regional GNETS programs too?         12:56PM

25    A.  So if they needed a revision on their strategic       12:56PM



1  plan, it would say what section, what action item and          12:56PM

2  the finding.          12:56PM

3      Q.  Okay.          12:56PM

4      A.  But I didn't type the e-mail, no.  It's auto          12:56PM

5  generated.          12:56PM

6      Q.  Sure.  Would the finding where it says "Section          12:56PM

7  action item finding,"-- excuse me, would you have typed          12:56PM

8  what's in after the finding into the portal and that          12:56PM

9  would have then --          12:56PM

10     A.  Yes.  I just --          12:56PM

11     Q.  -- been --          12:56PM

12     A.  Yeah, that's it.          12:56PM

13     Q.  Okay.  So you, for example, for Section 2,          12:56PM

14  behavorial support and therapeutic services, your          12:56PM

15  finding was, and you wrote upload PBIS agendas, and          12:56PM

16  upload evidence of how red areas and self-assessments          12:56PM

17  were addressed?          12:56PM

18     A.  Yes.          12:56PM

19     Q.  Okay.  What is meant by red areas?          12:56PM

20     A.  So that means that the red area -- so the          12:56PM

21  self-assessment that I was talking about at the end of          12:56PM

22  the strategic plan review, if her areas were marked red,          12:56PM

23  they were areas of need, so how were you -- how was she          12:57PM

24  going to address those.          12:57PM

25     Q.  And that would ultimately affect their rating?          12:57PM



1      A.  Well, I'm not sure if I gave them a rating if          12:57PM

2  they hadn't completely uploaded everything yet.              12:57PM

3      Q.  I see Shawn Owen is copied.                           12:57PM

4      A.  Shawn is always copied on all auto-generated          12:57PM

5  because she's the deputy.                                    12:57PM

6      Q.  Okay.                                                 12:57PM

7      A.  Anything that comes out of the portal to the --       12:57PM

8  to any -- not just with GNETS, with anybody.                 12:57PM

9      Q.  So she's getting lots of e-mails?                     12:57PM

10     A.  Yes.                                                  12:57PM

11     Q.  Have you or Vickie ever discussed any                 12:57PM

12 feedbacks -- feedback related to the GNETS strategic         12:57PM

13 plan with Shawn Owen?                                        12:57PM

14     A.  Not that I can recall.  Not that I've been           12:57PM

15 involved.                                                    12:57PM

16     Q.  Okay.  And then what -- the domain was at           12:57PM

17 tcjackets.net.  Do you know who this was sent to?           12:57PM

18     A.  I believe -- that's Pathways.                        12:58PM

19     Q.  Pathways.  Which is one of the 24 regional          12:58PM

20 GNETS?                                                       12:58PM

21     A.  Mm-hmm.                                              12:58PM

22     Q.  Yes?                                                 12:58PM

23     A.  Yes.  I'm sorry.                                     12:58PM

24     Q.  And then -- so similar e-mails like this went       12:58PM

25 out to the other regional GNETS programs?                   12:58PM



LAKESHA STEVENSON                          September 22, 2022
UNITED STATES vs STATE OF GEORGIA                         175

1      A.  Georgia Department -- GaDOE.                        02:10PM

2      Q.  Okay.  You said you provide updates?               02:10PM

3      A.  Mm-hmm.                                            02:10PM

4      Q.  Updates on what?                                   02:10PM

5      A.  Updates on changes that might be made to the       02:10PM

6  schedule for our monthly meetings or updates on due        02:10PM

7  dates for certain things or updates on webinars that are    02:10PM

8  going to be provided, not by us but by other people        02:10PM

9  outside on maybe special design instructions or things      02:10PM

10  like that.  So just to make sure that they're aware of     02:10PM

11  those type of things that could be offered to them.        02:10PM

12      Q.  Who sets the agenda for the monthly meetings?      02:10PM

13      A.  Vickie usually, and myself.                       02:10PM

14      Q.  In consultation with you?                         02:10PM

15      A.  Mm-hmm.                                           02:10PM

16      Q.  Are the agendas sent out in advance to the        02:10PM

17  regional GNETS programs?                                  02:10PM

18      A.  No.                                               02:10PM

19      Q.  I am going to introduce an exhibit that has        02:10PM

20  paper, but also there's going to be an electronic          02:10PM

21  component.                                                02:11PM

22      A.  Okay.                                             02:11PM

23          MS. TUCKER:  I'd like the Court Reporter to        02:11PM

24  mark this document as Plaintiff's Exhibit 429.            02:11PM

25          (Plaintiff's Exhibit 429 marked for               02:11PM



LAKESHA STEVENSON                          September 22, 2022
UNITED STATES vs STATE OF GEORGIA                         176

1  identification.)                                        02:11PM

2      Q.  BY MS. TUCKER:  The Bates number on the bottom  02:11PM

3  of this documents reads, GA00956689.  This is a         02:11PM

4  May 26th, 2020 e-mail from Vickie Cleveland to you.  The  02:11PM

5  subject of the e-mail reads:  "Draft responses."  And   02:11PM

6  there is one attachment titled:  "Copy of copy GNETS     02:11PM

7  director meeting questions, 2020-05-26."                 02:11PM

8      A.  (Witness examining document.)                    02:11PM

9      Q.  Dr. Stevenson, do you recognize this e-mail?     02:12PM

10     A.  Yes.                                              02:12PM

11     Q.  Yes?                                              02:12PM

12     A.  Yes.                                              02:12PM

13     Q.  Okay.  We're going to turn to the attachment     02:12PM

14  which starts with GA00956690.  But this is a            02:12PM

15  spreadsheet, so my colleague Megan Erickson is going to  02:12PM

16  share the screen and then you'll be able to access it.  02:12PM

17         THE VIDEOGRAPHER:  And just let me know if       02:12PM

18  there's any issue with the screen share.                02:12PM

19         MS. TUCKER:  I think it's about to happen.       02:12PM

20     Q.  BY MS. TUCKER:  Great.  And then do you have     02:12PM

21  control over the document, Dr. Stevenson?  I know you   02:12PM

22  see it.                                                 02:12PM

23     A.  Yes, I do.                                       02:12PM

24     Q.  Okay.  So you are able to manipulate and zoom    02:12PM

25  in and --                                               02:12PM



| | | |
|---|---|---|
| 1 | A.  Well, I can move the mouse. | 02:12PM |
| 2 | Q.  Okay.  Are you able to zoom in? | 02:12PM |
| 3 | THE VIDEOGRAPHER:  Oh, you might have to | 02:12PM |
| 4 | hit the plus sign or you can do this with your fingers | 02:12PM |
| 5 | on the mouse pad. | 02:13PM |
| 6 | THE WITNESS:  Oh. | 02:13PM |
| 7 | THE VIDEOGRAPHER:  Do you want me to go off | 02:13PM |
| 8 | the record? | 02:13PM |
| 9 | MS. TUCKER:  Yes, let's go off the record | 02:13PM |
| 10 | just real quick. | 02:13PM |
| 11 | THE VIDEOGRAPHER:  All right.  Off the | 02:13PM |
| 12 | record at 2:14 p.m. | 02:13PM |
| 13 | (Off the record at 2:14 p.m.) | 02:13PM |
| 14 | THE VIDEOGRAPHER:  Back on the record at | 02:15PM |
| 15 | 2:16 p.m. | 02:15PM |
| 16 | Q.  BY MS. TUCKER:  Dr. Stevenson, are you now | 02:15PM |
| 17 | looking at the spreadsheet that we identified as | 02:15PM |
| 18 | GA0095690? | 02:15PM |
| 19 | A.  Yes. | 02:15PM |
| 20 | Q.  Okay.  Do you recognize this spreadsheet? | 02:15PM |
| 21 | A.  Yes. | 02:15PM |
| 22 | Q.  Did you create it? | 02:15PM |
| 23 | A.  I created a form in Jotform -- | 02:15PM |
| 24 | Q.  Okay. | 02:15PM |
| 25 | A.  -- where the GNETS directors -- since we were | 02:15PM |



1  going virtual.                                                    02:15PM

2      Q.  Okay.                                                     02:15PM

3      A.  This would give them an opportunity to have               02:15PM

4  their questions answered ahead of time so we can make            02:15PM

5  sure that they were addressed.                                   02:15PM

6      Q.  Okay.  What is Jotform?                                   02:15PM

7      A.  Jotform is a platform you can use to create               02:16PM

8  documents and send out to people for various things, so          02:16PM

9  I just used that to create this.  And then after -- and          02:16PM

10 then it will automatically put it on Excel, if you               02:16PM

11 request it.                                                      02:16PM

12     Q.  Got it.  And is this a form that you created              02:16PM

13 that then the regional GNETS directors could add to it?          02:16PM

14     A.  Well, I would -- the Jotform would just say,             02:16PM

15 "Questions for monthly directors meeting," and then I            02:16PM

16 would send the link out.                                         02:16PM

17     Q.  Okay.                                                     02:16PM

18     A.  And then they would put whatever questions they          02:16PM

19 would have for the upcoming meeting, that they might             02:16PM

20 need answered, so we could make sure that they were              02:16PM

21 addressed.                                                       02:16PM

22     Q.  And is this practice of answering questions               02:16PM

23 in -- having questions to answer in advance, is that            02:16PM

24 standard practice for your GNETS meetings with the              02:16PM

25 regional directors?                                             02:16PM



1      A.   It's wasn't -- it's not necessarily standard          02:16PM

2   practice, but in other departments within GaDOE we've         02:16PM

3   seen that and how it ensured that everybody's questions       02:16PM

4   got answered, so we thought it would be a good practice       02:17PM

5   to try to start using.                                        02:17PM

6      Q.   Are you currently using this practice?                02:17PM

7      A.   We -- we've only had one meeting, two meetings,       02:17PM

8   this year and I haven't done a Jotform for the meeting        02:17PM

9   so far this year.                                             02:17PM

10      Q.   Have regional GNETS directors reached out with       02:17PM

11   questions in advance of the monthly meetings separate        02:17PM

12   from the Jotform?                                             02:17PM

13      A.   Sometimes they'll have questions just in             02:17PM

14   general, but there might be questions that we're going       02:17PM

15   to address at the meeting.                                   02:17PM

16      Q.   So am I correct, looking at this spreadsheet,        02:17PM

17   there's text and black font?                                 02:17PM

18      A.   Mm-hmm.                                              02:17PM

19      Q.   Those are the questions that you put in, that        02:17PM

20   you received from the regional GNETS directors?              02:17PM

21      A.   Those are the questions that they put in             02:17PM

22   themselves.                                                  02:17PM

23      Q.   Okay.                                                02:18PM

24      A.   So I didn't put in any questions.  I just sent       02:18PM

25   a link and they had to select, you know, question, and      02:18PM



1  then what their question was in regards to, and then        02:18PM

2  they put their questions in there.                          02:18PM

3      Q.  Did they also identify the topic or did you         02:18PM

4  identify --                                                 02:18PM

5      A.  They had options to choose from for the topic.      02:18PM

6      Q.  Okay.  And now I see answers in red, red front?     02:18PM

7      A.  Yes.                                                02:18PM

8      Q.  Who wrote the red font?                             02:18PM

9      A.  Vickie.                                             02:18PM

10      Q.  Vickie.  Okay.  And are these red font answers     02:18PM

11  something that you would share in advance of the meeting   02:18PM

12  or is this something that you would discuss at the         02:18PM

13  meeting?                                                   02:18PM

14      A.  These would be the answers Vickie would give       02:18PM

15  them at the meeting.                                       02:18PM

16      Q.  Verbally?                                          02:18PM

17      A.  Yes.                                               02:18PM

18      Q.  Did Vickie ask you to create a spreadsheet like    02:18PM

19  this through Jotform?                                      02:18PM

20      A.  No.  Like I said, we just thought it would be a    02:18PM

21  good idea to make sure questions were being addressed.     02:18PM

22      Q.  The last two meetings that you've had this         02:18PM

23  school year, you think one or two?                         02:19PM

24      A.  Mm-hmm.                                            02:19PM

25      Q.  Did any regional GNETS directors send you         02:19PM

