# EXHIBIT II

# In the Matter Of:

## UNITED STATES vs STATE OF GEORGIA

1:16-cv-03088-ELR

## GERONALD D. BELL

*January 09, 2023*



800.211.DEPO (3376)
*EsquireSolutions.com*

1  BY MS. TAYLOE:
2       Q    So when we looked at the QBE formula --
3  I'm sorry -- the QBE allotment sheet before, you
4  confirmed GNETS funds were not included in that
5  because it's a separate -- by a separate grant.
6            Can you please describe the GNETS funding
7  for me, though?
8       A    Yeah.  So it's a separate funding formula.
9  It in some ways look similar to GNETS -- I mean to
10 QBE, but there's some -- several distinctions.
11           The way the student funding count is
12 calculated is different.  So the way the student
13 count that you see in the funding formula, that's
14 calculated a little bit differently.  And the ratios
15 don't tie exactly to any category that you see in
16 QBE.  It comes close to the Special Ed Category 3, I
17 believe, or Category 4, one of those, but it's not
18 exactly that either, so.  But it's the same
19 principal where, you know, the teacher funding is --
20 the teacher salary is what influences the direct
21 instruction money that they earn, and then they
22 receive indirect instruction based on -- but again
23 that's based on teacher salary, too, but that's
24 based on, like I said, the directors and the -- I
25 want to say psychologists and what-not, social



1  workers.
2          But, yeah, so it mirrors QBE in that part
3  of the funding that's determined by student counts,
4  the instructional piece, and then there's a part of
5  the funding that's determined by teacher training
6  and experience.  So, you know, based on T&E they'll
7  get additional funding.
8          And then there's a final piece of the
9  federal funding, which, like I said, the Federal
10 Programs staff kind of determines how much they want
11 to add to it or how they -- they have to set up a
12 formula, at least that's my understanding, to, to
13 determine how much goes to the districts.
14         So, yeah, I mean that's basically the high
15 level.  So I mean if you want to delve into
16 something or...
17    Q    Yeah.  Before we go into the specifics,
18 though, you mentioned indirect staff.  Given the
19 purposes of GNETS, are there more indirect staff or
20 different ratios for the psychologists or social
21 workers or any other indirect staff that might be
22 included?
23    A    I don't have the spreadsheet in front of
24 me, so I don't know if it -- you know, if it's
25 drastically different.



1   fiscal agents, does that data play any role in the
2   operation of this formula?
3        A    Repeat that one more time.  Sorry.
4        Q    I'll lie a better foundation.
5             Are you familiar with the GNETS grant
6   application?
7        A    Not really, no.
8        Q    Okay.  Does your office have any
9   involvement with the processing of the GNETS grant
10  application?
11       A    No.
12       Q    Do you know where the numbers for applying
13  this formula in the spreadsheet come from?
14            MS. HERNANDEZ:  Objection.
15       A    I do know that the -- yeah, the student
16  count, that comes from student record data.  The CPI
17  data is submitted to us.
18            So those are the only two that go into the
19  formula.  Yeah.  Those are the only two data points
20  that we use in calculating the formula, at least
21  that the budget office uses.
22            So I don't know what happens beyond that.
23       Q    So student count would account for FTE,
24  and T&E you mentioned, too.  What about
25  paraprofessional cost and support salary costs,



1  where would that information for this formula come
2  from?
3        A    Those are based on student counts.
4             So the student count is what will drive
5  the directs and most of the indirect instruction.
6  There will be ratios based on student counts.  So
7  that will drive that.
8             The CPI data will drive the T&E and health
9  insurance numbers that we calculate.
10            And then the student count data would be
11 used to help calculating the federal funding piece
12 as well.
13       Q    Okay.  So if students need different types
14 of services, that wouldn't play a role in this
15 formula?
16       A    No.
17       Q    And if students had more extensive needs
18 than students in other GNETS programs, that's not
19 accounted for in this formula?
20       A    No.
21            MS. HERNANDEZ:  Objection.
22       Q    Is there any funding for training allowed
23 for in this formula?
24       A    I want to look at the spreadsheet to see
25 if there's any professional development money in



1    Q    Okay.  Was there anything comparable to
2    the five mill local contribution requirement?
3    A    No.  Well, I mean, the austerity, yes, but
4    I mean that's not the same thing.  So, no, not
5    really.
6    Q    Any funding for specialist teachers for
7    elementary students?
8    A    Any funding?  What do you mean by that?
9    Q    On the QBE formula, for elementary
10   students there's places for special like arts and
11   music and special teachers like that.
12   A    Oh.  No, not specifically.
13   Q    Any funding for a tech specialist?
14   A    No.
15   Q    Any funding for remediation?
16   A    No, not specifically.  No.
17   Q    And any funding for English for Second
18   Language Learners?
19   A    No.
20   Q    Then when we talked about the student
21   count, we touched briefly on whether it counted
22   students in the centers and classrooms.  Do you know
23   if there's any place in the formula for funding
24   services provided by GNETS programs providing
25   consultative services?



1               Do you know what consultative services
2    are?
3          A    No.
4          Q    Is there any funding that would appear in
5    the formula for instances where a GNETS teacher goes
6    to a student in a general education setting and
7    supports the student or the student's teacher in
8    that general education setting?
9               MS. HERNANDEZ:  Objection.
10         A    So I don't know how we categorize teachers
11   -- so I would want to look it up before I answer
12   definitively.  But I assume there's a way to capture
13   a teacher who helps out in the -- like I'm assuming
14   they would be represented somewhere in the CPI data,
15   even if it's just partial, you know, being
16   represented in the CPI data for -- you know, that
17   goes into a local school system who comes from a
18   GNETS center and works in that local school system.
19              So at least as far as T&E.  I'm assuming
20   they would be captured, but I don't know off the top
21   of my head.
22         Q    That makes me wonder, the CPI data is
23   reported by the LEAs reporting their own teachers,
24   correct?
25         A    Yes.



1    Q    So that might account for teachers in the
2    LEA, but would the CPI data include teachers from a
3    GNETS program that come into their classroom?
4    A    I mean if you're coming into that LEA,
5    then I'm assuming they're employing you on some
6    level.  Again, I'm not an expert on how -- what LEAs
7    include in they're reporting, but I would think we
8    would be able to capture that, or should be able to
9    capture that.
10   Q    So is it fair to say it's not in the GNETS
11   formula, but if, if they're being funded, it would
12   be through LEAs and their teacher reporting?
13   A    That would be my assumption, but I don't
14   know.
15   Q    Are you aware of any sources of funding
16   for students in a general education setting who are
17   exhibiting emotional and behavioral challenges?
18        MS. HERNANDEZ:  Objection.
19   A    Not particularly.
20        MS. TAYLOE:  I'm done with that exhibit,
21   Allison.
22   Q    Do you provide training to anybody about
23   the GNETS funding formula?
24   A    Not regularly but I have.
25   Q    To whom?

