# EXHIBIT KK

**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

NO. 1:16-cv-03088-ELR

**LAYLA FITZGERALD**

*June 24, 2022*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1       A    Yes.
 2       Q    So that is part of the philosophy of the
 3  office of OCYF?
 4       A    Yes.
 5       Q    That services be delivered in integrated
 6  settings?
 7       A    Yes.
 8       Q    And the purpose that serves -- one purpose
 9  that serves, among others, is to break the stigma of
10  mental health that might occur through segregated
11  mental health service treatment?
12       A    It's to break the stigma around mental
13  health for all, whether it's a segregated program or
14  the general population.
15       Q    I didn't ask that very well.  So let me
16  just try again.
17       A    Okay.
18       Q    You require -- it is recommended for Apex
19  providers that services be provided in an integrated
20  setting across the whole school for prevention and
21  education to break the stigma of mental health?
22       A    Yes.
23       Q    Now, I'm paging down to the next bold
24  heading where it says "Deliverables."
25       A    Uh-huh.  Yes.
```



1    Q    And these -- are these deliverables that
2  DBHDD required of mental health providers working in
3  the Apex program?
4    A    Yes.
5    Q    And it says in Paragraph 1:  "Complete all
6  surveys developed by G.A.P administrative partner."
7         That's Georgia Apex Program Administrative
8  Partner, the Center of Excellence, within stated
9  deadlines.
10         What does that deliverable refer to?
11    A    The monthly reports that come from the COE
12  to the mental health providers.
13    Q    So one of the deliverables that DBHDD
14  expected from its Apex program mental health
15  providers was to complete surveys disseminated by
16  the Center of Excellence within stated deadlines?
17    A    Yes.
18    Q    And how frequently were those surveys
19  distributed?
20    A    So these are actually monthly reports that
21  go in -- that are submitted monthly to COE.
22    Q    So data was required to be submitted on a
23  monthly basis?
24    A    Yes.
25    Q    Okay.  And then it says -- and so those



1  were monthly progress reports; is that correct?
2       A    Evaluation.
3       Q    Monthly evaluation?
4       A    Yes.
5       Q    And then the next paragraph, Paragraph 2,
6  says:  Submit 12 monthly progress reports (MPR) to
7  the Center for Excellence.
8            What is -- what are monthly progress
9  reports?
10      A    Reports on progress of staff, development
11 retention, not necessarily to the implementation of
12 services provided to the child.
13      Q    Why was this information required as the
14 deliverable in the Apex program?
15      A    To understand the needs of the provider
16 and employee by -- during implementation of the
17 program.
18      Q    And then Paragraph 3, it refers to monthly
19 programmatic reports, which it says supplement the
20 monthly progress reports.
21           Do you see that?
22      A    Yes.
23      Q    And that -- what needs to be included in
24 that is then itemized in the paragraph?
25      A    Yes.



```
 1       Q     And there are metrics; is that correct?
 2       A     Yes.
 3       Q     What are some of the metrics?
 4       A     A number of services provided, number of
 5   schools served, types of services provided, staff
 6   utilized to provide those services, trainings needed
 7   for staff and/or for schools.
 8             There's several things.  I wasn't even
 9   looking at this.
10             And then there's some data that we request
11   from the school district that relates to attendance
12   and disciplinary referrals.
13       Q     What was the purpose of requiring
14   information regarding attendance?
15       A     To show the impact of the program.
16       Q     Whether or not it was having a positive
17   effect on attendance?
18       A     Yes.
19       Q     Attendance is something that the Apex
20   program hopes to encourage, right?
21       A     Correct.
22       Q     And then -- because it's quite common if
23   individuals have mental health problems that
24   attendance may lag?
25       A     Yes.
```



```
 1       Q    And why, why was the Apex program tracking
 2  information regarding disciplinary referrals?
 3       A    Same reason.  It is common knowledge that
 4  children who have mental health challenges and/or
 5  illnesses have astronomical numbers of disciplinary
 6  referrals.
 7       Q    So you were really establishing a
 8  numerical base, baseline, to determine whether there
 9  was improvement over a period?
10       A    Correct.
11       Q    And did you tell the -- did the Apex
12  program tell the mental health providers what
13  metrics to use, or was that left up to the
14  providers?
15       A    No.  We told them.  We provide that.
16       Q    Were those designed by the Center of
17  Excellence to study the results of the Apex program?
18       A    In tandem with DBHDD, yes.
19       Q    With you and Dante from DBHDD?
20       A    So initially with Dante, and when I came
21  on I've helped to revise and review them on an
22  ongoing basis.
23       Q    Understood.
24            And then in Paragraph 4 it says:
25  "Coordinate a minimum of two Mental Health First Aid
```

