# EXHIBIT MM

**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

**MONICA JOHNSON**

*March 02, 2023*



800.211.DEPO (3376)
EsquireSolutions.com

1               THE WITNESS:  So there are --
2         unrelated to Apex, there are performance
3         measures for our provider network.  And
4         at a point in time, one of the metrics --
5         I don't know if it's still there or
6         not -- but one of the metrics was that
7         providers must offer evidence-based
8         practices.
9    BY MS. COHEN:
10        Q    And that was something that you put in
11   place?
12        A    As part of the time that I was there, I
13   developed some performance metrics, and one of them
14   was having evidence-based practices.  This was not
15   specific to Apex, but about any outpatient bundle of
16   services.  Yes, I was responsible for that.
17        Q    What are evidence-based practices?
18        A    They're approaches to treatment that have
19   been tested to prove to be effective.  And so the --
20   if you follow this particular model, you learn it,
21   you give fidelity to it, you implement it.  And if
22   you follow it to the fidelity of the model, then you
23   are expected to get a certain set of outcomes.
24        Q    And why were you a proponent of
25   evidence-based practices?



1      A     Because I'm a clinician and it's what
2  you're supposed to do.  You should use treatment
3  approaches and interventions that have some efficacy
4  so that people get better.
5      Q     So what you're saying is evidence-based
6  practices have been established to have some
7  efficacy?
8      A     Correct.
9      Q     And that efficacy has been replicated
10 across settings?
11     A     Correct.
12     Q     And that is the best practices as far as
13 you're concerned?
14     A     Correct.
15     Q     So I -- I just want to focus for one --
16 very briefly on the payment for children who are
17 uninsured, because I've heard that it's a problem
18 within the system because families may not know that
19 a form of insurance has been terminated or families
20 find themselves without insurance or have to switch
21 providers for reasons beyond their control and a
22 child my lose access to services; is that your
23 understanding?
24     A     The percentage of children in this state
25 that are uninsured is low.  The kids who typically

