# EXHIBIT 1

| ℹ | Georgia Crisis and Access Line (GCAL) available 24/7<br><br>Call 1-800-715-4225 for services and immediate crisis help. | (https://www.georgiacollaborative.com/providers/georgia-crisis-and-access-line-gcal/) | → |

# BE CARING

## DBHDD's Hospital Services

DBHDD operates five hospitals, located in Augusta, Columbus, Decatur, Milledgeville, and Savannah. The hospitals are a vital part of DBHDD's continuum of care, offering inpatient adult mental health and forensic services.

People in adult mental health services receive comprehensive psychiatric and psychosocial assessments from which an individual recovery plan is developed. Treatments include supportive psychotherapy, a comprehensive array of group therapies, and medication for the treatment of mental health conditions. When an individual is ready for discharge, hospital staff work with the individual's support network and DBHDD's network of community-based providers to facilitate continuity of care.

Individuals in forensic programs have been referred by the courts for inpatient psychiatric assessment and treatment because they have been found either incompetent to stand trial (IST) or not guilty by reason of insanity (NGRI) due to a mental illness. DBHDD's role with individuals who have been found IST is to treat their mental illness and attempt to restore them to legal competence, so that they can continue with their legal proceedings. For those individuals who cannot be restored to competence or who have been adjudicated NGRI, the courts mandate them to the custody of DBHDD for long-term treatment. The courts decide if and when an individual in forensic services is eligible to be released from DBHDD's care.

While DBHDD hospitals no longer admit people whose primary diagnosis is an intellectual or developmental disability, those who remain in our hospitals receive services and supports tailored to their individual needs. DBHDD continues to enhance its community-based service delivery system, so that where possible, people with intellectual and developmental disabilities who are currently in a DBHDD hospital can look forward to a life in the community.

**To be referred to hospital services in your area, please call the Georgia Crisis & Access Line at 1-800-715-4225, available 24/7.**



**(/how-do-i-find-dbhdd-services)**

# Find Georgia DBHDD Services

**Find help in your area (/how-do-i-find-dbhdd-services)**

## Hospital Information

Central State Hospital (CSH) Milledgeville, GA (/be-caring/central-state-hospital-csh-milledgeville-ga)

Georgia Regional Hospital (Atlanta) (/be-caring/georgia-regional-hospital-atlanta-grha-atlanta-ga)

Georgia Regional Hospital (Savannah) (/be-caring/georgia-regional-hospital-savannah-grhs-savannah-ga)

West Central Regional Hospital (Columbus) (/be-caring/wcgrh)

East Central Regional Hospital (Augusta and Gracewood) (/be-caring/east-central-regional-hospital-ecrh-augusta-and-gracewood-ga)

Transitional Housing Resources (/be-caring/transitional-housing-resources)