# EXHIBIT 3

 

An official website of the State of Georgia.    How you know 

MENU

 > Budget & Performance > Medicaid Managed Care

**Budget & Performance**

Budget Information

Medicaid Quality Reports

Performance

# Medicaid Managed Care

The Medicaid and CHIP Managed Care Final Rule improves transparency by requiring states and managed care plans to provide and maintain specific content on a public website that is accessible to Medicaid and CHIP managed care members. Specifically, the Medicaid and CHIP Managed Care Rule requires states and managed care plans to provide the following information:



## Network Adequacy

## Accreditation Status of Care Management Organizations

The State of Georgia introduced the Georgia Families managed care program in 2006 and contracts with private Care Management Organizations to deliver services to enrolled members. The Department of Community Health is responsible for administering the Medicaid program and CHIP in the State of Georgia. The State refers to its CHIP as PeachCare for Kids®. Both programs include fee-for-service and managed care components. The Department of Community Health is the single State agency for Medicaid.

The Department of Community Health employs a care management approach to organize its system of care, enhance access, achieve budget predictability, explore possible cost containment opportunities, and focus on systemwide performance improvements. The Department of Community Health uses managed care to continuously improve the quality of healthcare and services provided to eligible members and improve efficiency by using both human and material resources more efficiently and effectively.

possible cost containment opportunities, and focus on systemwide performance improvements. The Department of Community Health uses managed care to continuously improve the quality of healthcare and services provided to eligible members and improve efficiency by using both human and material resources more efficiently and effectively.

The Care Management Organizations that contracted with Department of Community Health during SFY 2022–2023 are displayed in Table 2-1.

Table 2-1— Care Management Organizations (CMOs) in Georgia

| CMO | Year Operations Began in Georgia as a Medicaid CMO | Profile Description | CMO NCQA Accreditation Status |
|---|---|---|---|
| Amerigroup | 2006 | Amerigroup Community Care is a subsidiary of Amerigroup Corporation. Amerigroup is a wholly owned subsidiary of Anthem, Inc., founded in 2004 with the merger of Anthem and WellPoint Health Networks. Product lines include Medicaid, Medicare commercial, federal employees, and specialty services. | Accredited* through 09/22/2025 Health Equity Accredited* through 11/15/2025 |
| Amerigroup 360** | 2014 | Amerigroup 360° is a subsidiary of Amerigroup Corporation. Amerigroup is a wholly owned subsidiary of Anthem, Inc., founded in 2004 with the merger of Anthem and WellPoint Health Networks. Product lines include | Accredited* through 09/22/2025 Health Equity Accredited* through 11/15/2025 |

| | | | |
|---|---|---|---|
| | | founded in 2004 with the merger of Anthem and WellPoint Health Networks. Product lines include Medicaid, Medicare commercial, federal employees, and specialty services. | |
| CareSource | 2017 | CareSource was founded in 1989 and is a nonprofit model of managed care. CareSource product lines include Medicaid, Marketplace, and Medicare Advantage programs. | Accredited* through 12/21/2024 |
| Peach State | 2006 | Peach State Health Plan is a subsidiary of the Centene Corporation. Centene was founded in 1984. Product lines include Medicaid, Medicare, and the Exchange plans in some states. | Accredited* through 06/05/2026 |
| WellCare | 2006 | WellCare of Georgia, Inc., is a subsidiary of WellCare Health Plans, Inc. WellCare was founded in 1985. Product lines include Medicaid, Medicare Advantage, Medicare Prescription Drug Plans, State Children's Health Insurance Programs, and others. On January 23, 2020, WellCare | Accredited* Accredited through 09/18/2023 |

State Children's Health Insurance Programs, and others. On January 23, 2020, WellCare Health Plans, Inc. became a wholly owned subsidiary of Centene Corporation. The merger with Peach State Health Plan was completed on April 30, 2021.

*Accredited: NCQA has awarded an accreditation status of Accredited for service and clinical quality that meet the basic requirements of NCQA's rigorous standards for consumer protection and QI.
**Amerigroup 360° is not separately accredited from Amerigroup.

Table 2-2 displays the Department of Community Health monthly enrollment by program.

Table 2-2 — Medicaid Enrollment Numbers for CMO, FFS, and PeachCare for Kids® for September 2023

| Program | September 2023 |
|---|---|
| Medicaid CMO | 1,983,065 |
| Medicaid FFS | 626,494 |
| Medicaid Total Enrollment | 2,609,559 |
| PeachCare for Kids® | 199,249 |

Source: Advantage Suite, 10/30/2023, HD; This report is based on Medicaid and Peachcare for Kids® members in September 2023.

# Managed Care Periodic Audit Reports

Per federal regulations, the Department of Community Health must periodically, but no less frequently than once every three years, conduct or contract for an independent audit of the accuracy, truthfulness, and completeness of the encounter and financial data submitted by, or on behalf of each Care Management Organization and post the results of these audits on our website. *42 CFR§ 438.602(e) and (g)*.

## Agreed-Upon Procedures Reports

independent audit of the accuracy, truthfulness, and completeness of the encounter and financial data submitted by, or on behalf of each Care Management Organization and post the results of these audits on our website. *42 CFR§ 438.602(e) and (g).*

## Agreed-Upon Procedures Reports

These reports are conducted by an independent auditor to evaluate the Care Management Organizations (CMOs) contract compliance, program integrity (PI) oversight, subcontractor oversight, and encounter submissions.

- [Amerigroup AUP Report](#) - *Posted 03/24/23*
- [CareSource AUP Report](#) - *Posted 08/12/22*
- [Peach State Health Plan AUP Report](#) - *Posted 08/12/22*

## Encounter Data Reports

"Encounter data" are claims that have been paid by Care Management Organizations or delegated vendors (e.g., dental, vision, and pharmacy) to health care providers that have rendered health care services to members enrolled with the Care Management Organization (CMO).

- [GA CMO Encounter Report - Amerigroup Georgia Families and Georgia Families 360° August 2021 thru July 2023](#) - *Posted 10/04/23*
    - [GA CMO Encounter Report - Amerigroup Georgia Families and Georgia Families 360° June 2021 thru May 2023](#) - *Posted 10/03/23*
    - [GA CMO Encounter Report - Amerigroup June 2021 thru May 2023](#) - *Posted 10/03/23*
    - [GA CMO Encounter Report - Amerigroup April 2021 thru March 2023](#) - *Posted 06/20/23*
    - [GA CMO Encounter Report - Amerigroup February 2021 thru January 2023](#) - *Posted 04/19/23*
    - [GA CMO Encounter Report - Amerigroup December 2020 thru November 2022](#) - *Posted 02/07/23*
    - [GA CMO Encounter Report - Amerigroup October 2020 thru September 2022](#) - *Posted 12/13/22*
    - [GA CMO Encounter Report - Amerigroup August 2020 thru July 2022](#) - *Posted 12/09/22*
- [GA CMO Encounter Report - CareSource August 2021 thru July 2023](#) - *Posted 10/04/23*
    - [GA CMO Encounter Report - CareSource June 2021 thru May 2023](#) - *Posted 10/03/23*
    - [GA CMO Encounter Report - CareSource April 2021 thru March 2023](#) - *Posted 06/20/23*

- GA CMO Encounter Report - CareSource August 2021 thru July 2023 - *Posted 10/04/23*
    - GA CMO Encounter Report - CareSource June 2021 thru May 2023 - *Posted 10/03/23*
    - GA CMO Encounter Report - CareSource April 2021 thru March 2023 - *Posted 06/20/23*
    - GA CMO Encounter Report - CareSource February 2021 thru January 2023 - *Posted 04/19/23*
    - GA CMO Encounter Report - CareSource December 2020 thru November 2022 - *Posted 02/07/23*
    - GA CMO Encounter Report - CareSource October 2020 thru September 2022 - *Posted 12/13/22*
    - GA CMO Encounter Report - CareSource August 2020 thru July 2022 - *Posted 12/09/22*
- GA CMO Encounter Report - Peach State August 2021 thru July 2023 - *Posted 10/04/23*
    - GA CMO Encounter Report - Peach State June 2021 thru May 2023 - *Posted 10/03/23*
    - GA CMO Encounter Report - Peach State April 2021 thru March 2023 - *Posted 06/20/23*
    - GA CMO Encounter Report - Peach State February 2021 thru January 2023 - *Posted 04/19/23*
    - GA CMO Encounter Report - Peach State December 2020 thru November 2022 - *Posted 02/07/23*
    - GA CMO Encounter Report - Peach State October 2020 thru September 2022 - *Posted 12/13/22*
    - GA CMO Encounter Report - Peach State August 2020 thru July 2022 - *Posted 12/09/22*
- GA CMO Encounter Report - Wellcare October 2020 thru September 2022 - *Posted 12/13/22*
    - GA CMO Encounter Report - Wellcare August 2020 thru July 2022 - *Posted 12/09/22*

## Care Management Organization Hospital Statistical and Reimbursement (HS&R) Reports

Care Management Organizations must provide the Hospital Statistical and Reimbursement (HS&R) report for a specific fiscal year as requested by the hospital provider within 30 days of the hospital's request. GA. Code § 33-21-A-11.

- Amerigroup HS&R Quarter 2, 2023 Report

Care Management Organizations must provide the Hospital Audit and Reimbursement (HS&R) Report for a specific fiscal year as requested by the hospital provider within 30 days of the hospital's request. GA. Code § 33-21-A-11.

- Amerigroup HS&R Quarter 2, 2023 Report
- Amerigroup HS&R Quarter 1, 2023 Report
- Amerigroup HS&R Quarter 4 2022 Report
- Amerigroup HS&R Quarter 3, 2022 Report
- Amerigroup HS&R Quarter 2, 2022 Report
- Amerigroup HS&R Quarter 1, 2022 Report
- Amerigroup HS&R Quarter 4, 2021 Report
- Amerigroup HS&R Quarter 3, 2021 Report
- Amerigroup HS&R Validation Report Q2 2021
- Amerigroup - HS&R Quarter 1, 2021 Report
- Amerigroup - HS&R Quarter 4, 2020 Report
- CareSource HS&R Quarter 2, 2023 Report
- CareSource HS&R Quarter 1, 2023 Report
- CareSource HS&R Quarter 4 2022 Report
- CareSource HS&R Quarter 3, 2022 Report
- CareSource HS&R Quarter 2, 2022 Report
- CareSource HS&R Quarter 1, 2022 Report
- CareSource HS&R Quarter 4, 2021 Report
- CareSource HS&R Quarter 3, 2021 Report
- CareSource HS&R Validation Report Q2 2021
- CareSource - HS&R Quarter 1, 2021 Report
- CareSource - HS&R Quarter 4, 2020 Report
- Peach State Health Plan HS&R Quarter 2, 2023 Report
- Peach State Health Plan HS&R Quarter 1, 2023 Report
- Peach State Health Plan HS&R Quarter 4 2022 Report
- Peach State Health Plan HS&R Quarter 3, 2022 Report
- Peach State Health Plan HS&R Quarter 2, 2022 Report
- Peach State Health Plan HS&R Quarter 1, 2022
- Peach State Health Plan HS&R Quarter 4, 2021 Report
- Peach State Health Plan HS&R Quarter 3, 2021 Report
- Peach State HS&R Validation Report Q2 2021
- Peach State Health Plan - HS&R Quarter 1, 2021 Report
- Peach State Health Plan - HS&R Quarter 4, 2020 Report
- WellCare HS&R Validation Report Q2 2021
- WellCare - HS&R Quarter 1, 2021 Report

- Peach State Health Plan - HS&R Quarter 1, 2021 Report
- Peach State Health Plan - HS&R Quarter 4, 2020 Report
- WellCare HS&R Validation Report Q2 2021
- WellCare - HS&R Quarter 1, 2021 Report
- WellCare - HS&R Quarter 4, 2020 Report
- HS&R Quarter 3 2020 Report
- HS&R Quarter 2 2020 Report
- HS&R Quarter 1 2020 Report
- hsr_quarter_4_2019_final
- hsr_report_q3_2019_final
- hsr_report_q2_2019_final
- hsr_report_q1_2019_final

# Ownership and Control Interest and Criminal Conviction Information Reports

- Amerigroup-Disclosure of Ownership and Control Interest and Criminal Conviction Information - *Posted 09/11/23*
- CareSource-Disclosure of Ownership and Control Interest and Criminal Conviction Information - *Updated 09/11/23*
- Peach State-Disclosure of Ownership and Control Interest and Criminal Conviction Information - *Posted 09/07/23*
- Amerigroup-Disclosure of Ownership and Control Interest and Criminal Conviction Information - *Posted 08/12/22*
- CareSource-Disclosure of Ownership  Control Interest Criminal Conviction Information - *Posted 08/12/22*
- Peach State-Disclosure of Ownership and Control Interest and Criminal Conviction Information - *Posted 08/12/22*

# Medicaid Quality Reports

Review the **Medicaid Quality reports page** for Quality Strategic Plans, Quality Performance Dashboards, and External Quality Review Organization Reports.

# Georgia Families and Georgia Families 360° Contracts

Review current Georgia Families and Georgia Families 360° contracts **on the Georgia Families webpage**.

## Georgia Families and Georgia Families 360° Contracts

Review current Georgia Families and Georgia Families 360° contracts **on the Georgia Families webpage**.

## Care Management Organization Resources

### Amerigroup

- Drug Formulary
- Provider Directory
- Georgia Families Member Handbook
- Georgia Families 360° Member Handbook
- PeachCare for Kids® Member Handbook
- Planning for Healthy Babies Member Handbook

### CareSource

- Drug Formulary
- Georgia Families Member Handbook
- Planning for Healthy Babies Member Handbook
- Provider Directory

### PeachState

- Drug Formulary
- Georgia Families and PeachCare for Kids Member Handbooks
- Planning for Healthy Babies Member Handbook
- Provider Directory

---



   

## How can we help?



**CALL US**
Primary: (404) 656-4507
All Contacts

## About Us

Am I in the right place?

Job Opportunities

Press Releases

Speakers Bureau

## State of Georgia

State Organizations

Elected Officials

State Jobs



  

## How can we help?

**CALL US**
Primary: (404) 656-4507
All Contacts

**VISIT**
2 Martin Luther King Jr. Drive SE
East Tower
ATLANTA, GA 30334

**HOURS**
Monday to Friday, 08:00 a.m. - 05:00 p.m.
Eastern Time Zone

## About Us

Am I in the right place?

Job Opportunities

Press Releases

Speakers Bureau

## Resources

Board of Community Health

Find a Certified Nurse Aide

Georgia Caregiver Portal

Georgia Composite Medical Board

Georgia Pathways to Coverage™

Hospital Transparency Information

Medicaid Fact Sheets

Medicaid Sign-Up Portal (Georgia Gateway)

Medical Records Retrieval Rates

PeachCare for Kids® Applications

Provider Login

## State of Georgia

State Organizations

Elected Officials

State Jobs

© Georgia.gov    Site Map    Accessibility    Privacy/Security    Human Trafficking Notice