# EXHIBIT 4



TRENDING    ACA Open Enrollment    Abortion in the U.S.    Medicaid Unwinding

### State Health Facts

About State Health Facts

Home  //  State Health Facts  //  Medicaid & CHIP  //  Medicaid Spending  //  Federal Medical Assistance Percentage (FMAP) for...

Search State Health Facts Data

# Federal Medical Assistance Percentage (FMAP) for Medicaid and Multiplier

Timeframe: FY 2024

**REFINE RESULTS**



**TIMEFRAME**

FY 2024

**DISTRIBUTIONS**

Clear All Selections

☐ FMAP Percentage
☐ Multiplier

**LOCATIONS**

☐ United States

☐ States    Clear All Selections

  ☐ Select All

  ☐ Alabama
  ☐ Alaska
  ☐ American Samoa
  ☐ Arizona
  ☐ Arkansas
  ☐ California
  ☐ Colorado
  ☐ Connecticut
  ☐ Delaware
  ☐ District of Columbia
  ☐ Florida



⊞ TABLE    🔍 MAP    📈 TREND GRAPH

Tools: ℹ 🔽 ⤢

| Location | FMAP Percentage | Multiplier |
|---|---|---|
| United States [1] | 50.00% | 1.00 |
| Alabama | 73.12% | 2.72 |
| Alaska | 50.01% | 1.00 |
| Arizona | 66.29% | 1.97 |
| Arkansas | 72.00% | 2.57 |
| California | 50.00% | 1.00 |
| Colorado | 50.00% | 1.00 |
| Connecticut | 50.00% | 1.00 |
| Delaware | 59.71% | 1.48 |
| District of Columbia | 70.00% | 2.33 |
| Florida | 57.96% | 1.38 |
| Georgia | 65.89% | 1.93 |
| Hawaii | 58.56% | 1.41 |
| Idaho | 69.72% | 2.30 |
| Illinois | 51.09% | 1.04 |
| Indiana | 65.62% | 1.91 |
| Iowa | 64.13% | 1.79 |
| Kansas | 60.97% | 1.56 |

**NOTES** ⊟

**Notes**

The amount of Federal payments to a State for medical services depends on two factors. The first is the actual amount spent that qualifies as matchable under Medicaid and the FMAP. The **Federal Medical Assistance Percentage (FMAP)** is computed from a formula that takes into account the average per capita income for each State relative to the national average. By law, the FMAP cannot be less than 50%. For more information, please see the KFF policy brief Medicaid Financing: An Overview of the Federal Medicaid Matching Rate (FMAP), September 2012.

The **multiplier** is based on the FMAP. For every dollar the state spends on Medicaid, the federal government matches at a rate that varies year to year. For FY2004, the rate for Alabama was 1:2.80 (73.70%). For information about the multiplier effect of Medicaid spending, see The Kaiser Commission on Medicaid's policy brief released in December 2008, Role of Medicaid in State Economies: A Look at the Research.

The Families First Coronavirus Response Act authorized a temporary increase of 6.2 percentage points to states'


matches at a rate that varies year to year. For FY2004, the rate for Alabama was 1:2.80 (73.70%). For information about the multiplier effect of Medicaid spending, see The Kaiser Commission on Medicaid's policy brief released in December 2008, Role of Medicaid in State Economies: A Look at the Research.

The Families First Coronavirus Response Act authorized a temporary increase of 6.2 percentage points to states' FMAP in exchange for meeting specific Medicaid program requirements. This FMAP increase became available January 1, 2020, the first day of the calendar year quarter in which the Secretary of the U.S. Department of Health and Human Services (HHS) declared a COVID-19 public health emergency. As provided by the Consolidated Appropriations Act, the increased support will phase down starting on April 1, 2023. The percentage point increase will then be reduced to 5.0 as of April 1, 2023; 2.5 as of July 1, 2023; and 1.5 as of October 1, 2023. It will end entirely as of January 1, 2024.

The FMAPs reported on this table do not reflect the ehanced FMAP rates available to states through the end of December 2023.

The amount of Federal payments to a State for medical services depends on two factors. The first is the actual amount spent that qualifies as matchable under Medicaid and the FMAP. The **Federal Medical Assistance Percentage (FMAP)** is computed from a formula that takes into account the average per capita income for each State relative to the national average. By law, the FMAP cannot be less than 50%. For more information, please see the KFF policy brief Medicaid Financing: An Overview of the Federal Medicaid Matching Rate (FMAP), September 2012.

The **multiplier** is based on the FMAP. For every dollar the state spends on Medicaid, the federal government matches at a rate that varies year to year. For FY2004, the rate for Alabama was 1:2.80 (73.70%). For information about the multiplier effect of Medicaid spending, see The Kaiser Commission on Medicaid's policy brief released in December 2008, Role of Medicaid in State Economies: A Look at the Research.

### Sources
KFF estimates of increased FY 2024 FMAPs and the multiplier based on Federal Register, December 5,2022 (Vol 87, No. 232), pp 74429-74432.

KCMU estimates of the multiplier are based on the FMAP.

### Definitions
**Federal Fiscal Year**: FMAPs displayed here apply to the federal fiscal year indicated unless otherwise noted, which runs from October 1 through September 30. For example, FY 2022 refers to the period from October 1, 2021 through September 30, 2022.

### FOOTNOTES

1. US federal minimum FMAP is 50%.

2. For purposes of Section 1118 of the Social Security Act, the percentage used under Titles I, X, XIV, and XVI and Part A of Title IV will be 75%.

| TOPICS | Medicaid | CATEGORIES | Medicaid Spending |
|---|---|---|---|

## GET THE LATEST ON HEALTH POLICY
Sign Up For Email Alerts

Enter email address...        **SIGN UP**

1. US federal minimum FMAP is 50%.

2. For purposes of Section 1118 of the Social Security Act, the percentage used under Titles I, X, XIV, and XVI and Part A of Title IV will be 75%.

---

TOPICS    Medicaid    CATEGORIES    Medicaid Spending

## GET THE LATEST ON HEALTH POLICY
### Sign Up For Email Alerts

Enter email address...    **SIGN UP** ›

---

## FOLLOW KFF



Twitter    Facebook    Instagram    LinkedIn    Email Alerts    Feeds

---

| TOPICS | SECTIONS | NEWSROOM | ABOUT US |
|---|---|---|---|
| COVID-19 | Polling | News Releases | CEO Corner |
| Global Health Policy | State Health Facts | Events | Our People |
| Health Costs | Graphics & Interactives | Subscribe to Emails | Our Programs |
| Health Reform | Charts & Slides | Cite Us/Reprint | KFF Board |
| HIV/AIDS | KFF Health News | Media Contacts | Contact Us |
| Medicaid | Social Impact Media | | Support Our Work |
| Medicare | Peterson-KFF Health System Tracker | | Join Our Team |
| Mental Health | | | Privacy Policy |
| Patient and Consumer Protections | | | |
| Private Insurance | | | |
| Racial Equity and Health Policy | | | |
| Uninsured | | | |
| Women's Health Policy | | | |

---

KFF    © 2023 KFF    Powered by WordPress VIP    CITATIONS AND REPRINTS    PRIVACY POLICY