# EXHIBIT 6

Message
---

**From:** Nakeba Rahming [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=879D33DD936548A39333444C70241D1F-NAKEBA RAHM]
**Sent:** 2/15/2016 10:50:08 AM
**To:** Holifield, Cassandra [cassandra.holifield@mresa.org]
**Subject:** Re: Attorney-Client Privilege Document

Hi Cassandra, you will email them to me each week.

Thanks.

Sent from my iPhone

On Feb 13, 2016, at 4:25 PM, Holifield, Cassandra <cassandra.holifield@mresa.org> wrote:

> Hi Nakeba,
> Do we email our file reviews to you each week or the attorney? I finished my 5 files yesterday, but I don't have an email address for Alexa Ross. Please let me know what you'd like me to do and I'll get my files to you. Thanks!
>
> Sent from Cassandra's iPad
>
> On Feb 1, 2016, at 6:07 PM, Nakeba Rahming <NRahming@doe.k12.ga.us> wrote:
>
>> Hello GNETS Directors,
>>
>> As promised, we have created a consistent form for your attorney-client privilege records review. The form attached captures the information that was requested by Alexa Ross, in your directors meeting. In an effort to make this task a little less daunting, we created a form with some drop down menus and not all fill in the blanks. Alexa's request was that you review one student file per day. You can email your files to me on Fridays which would be five files at the end of each week. Please do not forget to put, **"Attorney Client Privilege"** in the subject line. I will compile the information as a weekly file for Alexa and send them to her at the end of the day on Fridays. I look forward to supporting you with this request so please feel free to contact me if you have any questions.
>>
>> Nakeba
>>
>> **Nakeba N. Rahming, Ed.S.**
>> Program Manager
>> Georgia Network for Educational and
>> Therapeutic Support (GNETS)
>> 1870 Twin Towers
>> 205 Jessie Hill Jr. Drive, SE
>> Atlanta, Georgia 30334
>> Nakeba.Rahming@doe.k12.ga.us
>>
>>
>> <GNETS Directors privileged attorney-client form (00048524xB7B30).docx>

GA05243260