# EXHIBIT 25

Message

**From:** Keith, Clara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0FFB3157E4484950936A3F23CBB91F61-CLARA.KEITH]
**Sent:** 3/15/2016 7:05:39 PM
**To:** Nakeba Rahming [NRahming@doe.k12.ga.us]
**Subject:** RE: CPI Training

Interesting, my thoughts are below.

I think it is important for the GNETS to understand the goal of the GNETS program is to transition students back to their LRE and as much as possible, in the general education program. I do not see the request of the district as unreasonable. It makes sense that since the students actually are the responsibility of the LEAs, the LEAs would want the GNETS (and the GNETS would want to cooperate) to understand the curriculum and support services of the district. This will help with the transition of students.

It seems to me it is expected that the CEO of Mind Set would have only positive things to say about his product. Any vendor would make the same claims. The CEO's comments while helpful should not be a determining factor. Secondly, is the district requesting the GNETS to pay the cost of training staff or would the district pay the cost. If the district is paying, this should not be an issue. Professionals are able to handle more than one strategy. Lastly, (and perhaps most importantly) the GNETS should have a cadre of tools to support students.

I agree, it is prudent to speak with Debbie before responding to the email. I'm sure the person understands the need to make sure there is a unified response. Your earlier response was professional, supportive, and reasonable. I'm basically saying, "She can wait until you have Debbie's feedback."

Clara

*Clara J. Keith*
Director
Department of Behavioral Health and Developmental Disabilities (DBHDD)
2 Peachtree Street, NW
Suite 22.216
Atlanta, Georgia 30303
404.964.8007
Clara.Keith@dbhdd.ga.gov

This e-mail message and all attachments transmitted with it may contain legally privileged and/or confidential information intended solely for the use of the addressee. If you are not the intended recipient or authorized to receive this for the intended recipient, you are hereby notified that any reading, discussion, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message and all copies and backups thereof.

**From:** Nakeba Rahming [mailto:NRahming@doe.k12.ga.us]
**Sent:** Tuesday, March 15, 2016 2:29 PM
**To:** Keith, Clara <clara.keith@dbhdd.ga.gov>
**Subject:** FW: CPI Training



**From:** Chris Briggs [mailto:chris.briggs@gscs.org]
**Sent:** Tuesday, March 15, 2016 2:12 PM
**To:** Nakeba Rahming <NRahming@doe.k12.ga.us>
**Subject:** Re: CPI Training

GA00481564

I appreciate your attention to the matter. I have been provided other "mandates" by the same special education director, and I have worked over time to do all that I can to work collaboratively and professionally with her.

I have spoken with Marshall Siler, CEO of Mind Set in an effort to find out more about the differences and similarities between the two programs. while he had many excellent points, three rang home to me as most significant:

1. The Mind Set curriculum has the GA rule and law re; restraint and seclusion embedded in it. Trainers spend a good deal of time reviewing these. It is extremely important that anyone being trained in restraint in Georgia fully understand the rule and law - how the state defines restraint, documentation required, etc. (I am not sure if CPI even reviews the GA rule and law it is a huge national training program, and did not even make the GNETS directors' top three when we reviewed the various models.)

2. The Mind Set curriculum has a heavy emphasis on crisis communication and how to avoid physical intervention and restraint. (The other does not spend the same amount of time on this.)

3. From what we understand, CPI teaches a standing two person restraint / containment hold and does not train staff regarding strategies to use if the student should drop to the floor which they often do. This means staff will be doing what ever they can to contain the student without any clear or trained methods to safely contain the student. This opens the situation up for the likelihood of injuries.

Additional points I would like to make: Seven of our eight districts continue to use Mind Set. CPI training costs are more than double those of Mind Set. I have invested in training trainers in an effort to build sustainability and ensure fidelity with regards to Mind Set. ( I have 7 Mind Set trainers on staff.)

I need to respond to Ms. Mincey's email, and I am inclined to say that I do not want to have my staff trained in CPI and I consider the request unreasonable. I don't want to confuse my Griffin based staff and students by providing training in two different models - it would be ineffective to have staff members thinking about which methods they should use when a student begins to hurt him or her self or someone else. All other systems we support use Mind Set and so does the GNETS. Moreover, Mind Set principles and Mind Set communication is integral to our program-wide culture.

Having said all of that, I do need some direction pretty quickly so I can respond and have a conversation about this.
thanks,
chris


On Tue, Mar 15, 2016 at 8:55 AM, Nakeba Rahming <NRahming@doe.k12.ga.us> wrote:

> Hi Chris,
>
> Thanks for sharing. I will talk with Debbie and a few of the other leaders that I am working with on how we will address this concern.
>
> Nakeba

**From:** Chris Briggs [mailto:chris.briggs@gscs.org]
**Sent:** Saturday, March 12, 2016 1:55 PM
**To:** Nakeba Rahming <NRahming@doe.k12.ga.us>
**Subject:** Fwd: CPI Training

Nakeba,

I am forwarding this message from my fiscal agent's special education director.

We as a network have trained and supported Mind Set as our training model for many years working very closely with Marshal Siler throughout.   Many years back, when the restraint rule was being developed (also a task the GNETS directors were directly involved in)  the directors did a study of approximately 10 to 15 physical restraint models.  As a network, we decided to use Mind Set. We have worked and paid to build our own trainers up within the network, and it has been an excellent model for our programs.

I am struck - dumbfounded, that a school system (even my fiscal agent) would feel it appropriate to mandate which restraint model we are to use. As a GNETS Program I would think we could choose to use what every model we choose as long as it is approved.

I would like it very much if you would consider coming to visit me here or if you would schedule an appointment with me there in Atlanta in the near future. I would like to discuss our relationship with our fiscal agent with you in person.

In the meantime, will you advise me regarding this request?

Thank you,

Chris

---------- Forwarded message ----------
From: **Shelia Mincey** <shelia.mincey@gscs.org>
Date: Thu, Mar 10, 2016 at 11:35 PM
Subject: CPI Training
To: Christine Briggs <chris.briggs@gscs.org>
Cc: Jim Smith <jim.smith@gscs.org>, Sharlene Patterson <sharlene.patterson@gscs.org>

Chris,

As the GSCS special education department plans for next year, we want all staff associated with any GSCS student to be trained on CPI. I realize you have Mindset training; however, we are a CPI district. You can have staff trained on any of the remaining training days or we can schedule something during post planning.

Please let me know as soon as possible. Thanks for your cooperation.

*Shelia C. Mince*

y

Shelia C. Mincey, Ed. S.

Director of Special Education Services and Supports

Griffin Spalding County Schools

210 South Sixth Street

Griffin, Georgia  30224

770. 229. 3700 ext. 333 or 327

770. 229. 0358 fax

770.595.3936 mobile

shelia.mincey@gscs.org

--

**Chris Briggs**, Ed.S., ATR-BC

Director

GA00481567

GNETS' Mainstay Academy

200 A. Z. Kelsey Avenue

Griffin, GA 30223

(770) 467-6600

--
**Chris Briggs**, Ed.S., ATR-BC
Director
GNETS' Mainstay Academy
200 A. Z. Kelsey Avenue
Griffin, GA 30223

(770) 467-6600

GA00481568