# EXHIBIT 26

Message
_____

**From:**      Keith, Clara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0FFB3157E4484950936A3F23CBB91F61-CLARA.KEITH]
**Sent:**      10/6/2015 7:40:34 PM
**To:**        DGay@doe.k12.ga.us
**Subject:**   Interview Questions
**Attachments:**   Interview Questions GNETS Position.docx


Hi Debbie,
I picked up the resume from Linda. I noticed that there were two additional candidates that met the minimum
qualifications.  Have you reviewed those resumes? Do you plan to interview those candidates.  I would like to review
them as well.

I have attached a list of questions.  I just revised the questions we used in Title I, RT3 and School Improvement. Please
feel free to use only what you think is appropriate.  Hopefully, I will have a chance to talk process with you before the
interview.

Let me know if you have any questions. I'm at the GaDOE on Wednesday of this week.

Thanks!
Clara

*Clara J. Keith*
DBHDD
2 Peachtree Street, NW
Suite 22.216
Atlanta, Georgia 30303
404.964.8007

GA00481478