# EXHIBIT 27

Message

| | |
|---|---|
| **From**: | Nakeba Rahming [NRahming@doe.k12.ga.us] |
| **Sent**: | 6/24/2016 2:35:32 PM |
| **To**: | Keith, Clara [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ffb3157e4484950936a3f23cbb91f61-clara.keith] |
| **Subject**: | Therapeutic Supports |
| **Attachments**: | Overview of Clincal Staff and Therapeutic Services for GNETS.pdf; Clinical Staff for Therapeutic Supports in GNETS.pdf |

Here are my docs. I will call to discuss feedback. I opened your document and will review it today.

**Nakeba N. Rahming, Ed.S.**
Program Manager
Georgia Network for Educational and Therapeutic Supports
(GNETS)
1870 Twin Towers
205 Jessie Hill Jr. Drive
Atlanta GA. 30303
**Office** 404-656-6244   **Fax:** 404-651-6457
**Email:** nrahming@doe.k12.ga.us

*"Educating Georgia's Future"*

GA00197223