# EXHIBIT 32

Message
---

**Sent**: 6/11/2019 11:03:54 PM
**To**: Gail Smith [gsmithlpc@yahoo.com]
**Subject**: RE: Apex counselors

Gail,
It's incredible to me that Dante implied that schools are not asking for APEX therapist because they may not know about the program. The problem he does not want to admit is DHDD is not meeting the needs of school systems. I've had several school superintendents contact me frustrated with DHDD because they do not have the workforce to put APEX therapists in schools. Effingham County, for example, told me that their CSB said it would be years before an APEX would be available. The $8 million more Governor Kemp gave to BHDD for APEX was in the news across the state.

Garry McGiboney, Ph.D.
Deputy Superintendent - External Affairs and Policy
Georgia Department of Education
2053 Twin Towers East
205 Jesse Hill Jr. Drive, SE
Atlanta, GA   30334
gmcgiboney@doe.k12.ga.us
http://www.gadoe.org
(404) 657.2965

"Educating Georgia's Future"


-----Original Message-----
From: Gail Smith [mailto:gsmithlpc@yahoo.com]
Sent: Tuesday, June 11, 2019 8:39 AM
To: Garry McGiboney
Subject: Apex counselors

Hi Garry,
I hope you are doing well today. Thanks again for your feedback on our Mental Health diagram. We had a good meeting with Judy Fitzgerald yesterday, and I think we learned valuable information about each other. GSCA looks forward to a strong collaborative with them.

School counselors are asking questions about when/how districts will receive the funding or the counselor. We've explained that the funding goes to the CSBs and they hire the providers. My concern is a comment that someone made in our meeting yesterday. I believe it was Dante who said school districts have to request the providers. Do superintendents/principals know that? If they don't, who is responsible for telling them? GSCA does not want to interfere in DBHDD procedures, but from the Education side, my concern is that educators may not know they have to request the provider. You guys may already have a plan in place for informing district leadership. If so, I can report that back to our leadership team.

We (GSCA leaders) are concerned about the equity/access issues that arise when some have information and others don't (I saw this in my district regularly).

I appreciate your willingness to respond to my questions. It helps me to ask informed questions and avoid the land mines.

Take care!

Gail M. Smith

Sent from my iPad

GA00557687