# EXHIBIT 33

# Document Produced in Native Format

File Name: Budget Tracking Summary, Updated 7.10.2020.xlsx



PLAINTIFF'S EXHIBIT 5

**Department of Behavioral Health & Developmental Disabilities**
Estimated Budget Reduction by Subprogram
FY2020 Base Budget

| DBHDD Programs | FY2020 Base Budget | 14% Reduction | 11% Reduction | 10% Reduction | |
|---|---|---|---|---|---|
| Adult AD | $ 54,778,558 | $ (7,668,998) | $ (6,025,641) | $ (5,477,856) | |
| Adult DD | $ 358,969,616 | $ (50,255,746) | $ (39,486,658) | $ (35,896,962) | |
| Community | $ 342,918,855 | $ (48,008,640) | $ (37,721,074) | $ (34,291,886) | |
| Hospital | $ 16,050,761 | $ (2,247,107) | $ (1,765,584) | $ (1,605,076) | |
| Adult FS | $ 101,661,469 | $ (14,232,606) | $ (11,182,762) | $ (10,166,147) | |
| Community | $ 7,236,491 | $ (1,013,109) | $ (796,014) | $ (723,649) | |
| Hospital | $ 94,424,978 | $ (13,219,497) | $ (10,386,748) | $ (9,442,498) | |
| Adult MH | $ 442,635,278 | $ (61,968,939) | $ (48,689,881) | $ (44,263,528) | |
| Community | $ 380,766,706 | $ (53,307,339) | $ (41,884,338) | $ (38,076,671) | |
| Hospital | $ 61,868,572 | $ (8,661,600) | $ (6,805,543) | $ (6,186,857) | |
| C&A AD | $ 3,309,176 | $ (463,285) | $ (364,009) | $ (330,918) | |
| C&A DD | $ 15,205,244 | $ (2,128,734) | $ (1,672,577) | $ (1,520,524) | |
| C&A FS | $ 6,571,099 | $ (919,954) | $ (722,821) | $ (657,110) | |
| C&A MH | $ 71,537,730 | $ (10,015,282) | $ (7,869,150) | $ (7,153,773) | |
| Direct Care & Support Services | $ 134,819,634 | $ (18,874,749) | $ (14,830,160) | $ (13,481,963) | |
| DPST | $ 47,330,200 | $ (6,626,228) | $ (5,206,322) | $ (4,733,020) | |
| FSS | $ 87,489,434 | $ (12,248,521) | $ (9,623,838) | $ (8,748,943) | |
| Substance Abuse Prevention | $ 1,027,280 | $ (143,819) | $ (113,001) | $ (102,728) | |
| Departmental Administration | $ 38,825,569 | $ (5,435,580) | $ (4,270,813) | $ (3,882,557) | |
| **DBHDD TOTAL** | $ 1,229,340,653 | $ (172,107,691) | $ (135,227,472) | $ (122,934,065) | |

| Attached Agencies | FY2020 Base Budget | 14% Reduction | 11% Reduction | 11% Reduction | |
|---|---|---|---|---|---|
| SORB | $ 890,248 | $ (124,635) | $ (97,927) | $ (89,025) | $ 26,707 |
| GCDD | $ 579,690 | $ (81,157) | $ (63,766) | $ (57,969) | $ 17,391 |
| **ATTACHED AGENCY TOTAL** | $ 1,469,938 | $ (205,791) | $ (161,693) | $ (146,994) | |

| GRAND TOTAL | $ 1,230,810,591 | $ (172,313,483) | $ (135,389,165) | $ (123,081,059) |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Base Budget per Appropriations Bills | $ 1,230,810,591 | | $ 36,924,318 | $ 12,308,106 |
| Variance | $ | | | |

| | Description | CC/House Tracking Rpt | 10% Reduction Items |
|---|---|---|---|
| **Adult Addictive Diseases Services** | | | |
| ############ #### | | | |
| | Reduce funds for the Georgia Technology Authority administrative fee for GETS contract management | ($1,353) | |
| | Increase funds to provide a $1,000 pay raise to full time, regular employees with current salaries of $40,000 or less | $0 | |
| | Reduce funds to maintain prior year funding levels for residential treatment of addictive diseases | ($4,939,920) | ($4,939,920) |
| | Increase funds for merit-based pay adjustments, employee recruitment, or retention initiatives effective July 1, 2020 | $0 | |
| | Utilize $50,000 in existing funds to maintain funding for the treatment, prevention, a recovery support services for pregnant and postpartum women living with substance use disorders (H.YES) (S:YES) | $0 | |
| | Reduce funds for funds added in FY2019 for substance abuse recovery centers | $0 | |
| | Eliminate funds for 12 semi-independent beds associated with Douglas County Community Service Board | ($102,595) | ($102,595) |
| | Reduce funds for treatment court services for eight providers. | $0 | |
| | Reduce funds to eliminate six residential beds ($5,020) with Pathways Community Service Board and six residential beds ($5,834) with Middle Flint Behavioral HealthCare (Phoenix Center) | ($10,854) | ($10,854) |
| | Eliminate funds for organization development, training and TA support of all Addiction Recovery Support Centers. | $0 | |
| | Eliminate funds for a peer support contract with Kennesaw State University | ($65,835) | ($65,835) |
| | Eliminate funds for peer staff at NICU hospital. | $0 | |
| | Eliminate state funds for two providers' medication assisted treatment services for the uninsured | $0 | |
| | Reduce funds to recognize capacity reduction for Hope House services for the deaf | ($100,000) | ($100,000) |
| | Reduce funds for High Utilization Management program contracts | ($224,916) | ($224,916) |
| | Eliminate state funds for a Imagine Hope's Hepatitis C project | ($125,000) | ($125,000) |
| | Reduce funds for travel | ($7,401) | ($7,401) |
| | Reduce funds through a combination of attrition, twelve furlough days, and reductions in force | ($174,510) | ($174,510) |
| | Eliminate funds for the treatment, prevention, and recovery support services for pregnant and postpartum women living with substance use disorder. | $0 | |
| | Reduce funds for six residential beds in women's treatment. | $0 | |
| **Adult Developmental Disabilities Services** | | | |
| ############ ### | | | |
| | Increase funds to reflect an adjustment to cyber security premiums for DOAS | $82,603 | |
| | Reduce funds for the Georgia Technology Authority administrative fee for GETS contract management | ($89,143) | |
| | Increase funds to provide a $1,000 pay raise to full time, regular employees with current salaries of $40,000 or less | $0 | |
| | Reduce funds to reflect a change in merit assessments | ($26,936) | |
| | Increase funds to annualize the cost of 125 New Options Waiver (NOW) and Comprehensive Supports Waiver Program (COMP) slots for the intellectually and developmentally disabled. | $2,749,798 | |
| | Eliminate funds for one-time funding for permanent supported housing for individuals with developmental disabilities in Forsyth County | ($50,000) | ($50,000) |
| | Eliminate one-time funds for GA Options | ($100,000) | ($100,000) |
| | Increase funds to reflect a reduction in the FMAP Rate from 67.30% to 67.03% | $2,127,829 | |
| | Eliminate funds for a contract for intensive family support services | ($1,000,000) | ($1,000,000) |
| | Reduce funds for assistive technology assessments and research | ($1,000,000) | ($1,000,000) |
| | Reduce funds through a combination of attrition, twelve furlough days, and reductions in force | ($2,381,744) | ($2,381,744) |
| | Increase funds for merit-based pay adjustments, employee recruitment, or retention initiatives effective July 1, 2020 | $0 | |
| | Increase funds for 100 additional slots for the NOW and COMP Waivers for the intellectually and developmentally disabled (S Increase funds for 50 slots) | $5,589,600 | |
| | Increase funds for a 4% targeted salary increase for FST's and HST's, community service workers, and CAN's to address the 48% turnover rate | $0 | |
| | Eliminate funds for weekend group respite program with Rockdale Cares | ($110,000) | ($110,000) |
| | Reduce funds for three staffing agencies | ($715,387) | ($715,387) |
| | Reduce funds for consulting contracts | ($5,286,209) | ($5,286,209) |
| | Eliminate funds for Workforce Development 2.0 training | ($540,000) | ($540,000) |
| | Reduce funds for health and wellness nursing summit | ($160,000) | ($160,000) |
| | Eliminate funds for contract for person centered training | ($650,000) | ($650,000) |
| | Eliminate funds for the Memorandum of Understanding with Georgia Vocational Rehabilitation Agency | ($518,000) | ($518,000) |
| | Eliminate funds for high school pilot program for employment | ($892,628) | ($892,628) |
| | Eliminate funds for waiver supplemental contracts | ($2,000,000) | ($2,000,000) |
| | Eliminate funds for non-waiver program in community access group | ($4,676,804) | ($4,676,804) |
| | Eliminate funds for non-waiver program in family support. | ($4,656,799) | ($4,656,799) |
| | Eliminate funds for non-waiver program in prevocational services | ($1,547,317) | ($1,547,317) |
| | Eliminate funds for the Emory Autism contract | ($29,000) | ($29,000) |
| | Reduce funds to recognize one quarter of enhanced FMAP rate | ($10,925,195) | ($10,925,195) |
| | Reduce funds for information technology contractor hours and personnel | ($984,120) | ($984,120) |
| | Reduce funds for travel | ($163,379) | ($163,379) |
| | Reduce funds for 15 hospital positions | ($1,503,841) | ($1,503,841) |
| | Transfer funds from DCA to DBHDD for the personnel and operations of the GA Advocacy Office | $200,000 | |
| **Adult Forensic Services** | | | |
| ############ ### | | | |
| | Reduce funds for the Georgia Technology Authority administrative fee for GETS contract management | ($97,148) | |
| | Increase funds to provide a $1,000 pay raise to full time, regular employees with current salaries of $40,000 or less | $0 | |
| | Reduce funds to reflect a change in merit assessments | ($339) | |
| | Increase funds for the 40-bed forensic unit at West Central Regional Hospital in Columbus to begin October 2020 | $5,162,413 | |
| | Reduce funds through a combination of attrition, twelve furlough days, and reductions in force. | $0 | |
| | Reduce funds for operations | ($19,496) | ($19,496) |
| | Increase funds for merit-based pay adjustments, employee recruitment, or retention initiatives effective July 1, 2020 | $0 | |
| | Increase funds for a 4% targeted salary increase for FST's and HST's, community service workers, and CAN's to address the 48% turnover rate | $0 | |
| | Reduce funds for travel | ($21,326) | ($21,326) |
| | Reduce funds for hospital positions | ($2,045,562) | ($2,045,562) |
| **Adult Mental Health Services** | | | |
| ############ ### | | | |
| | Increase funds to reflect an adjustment to cyber security premiums for DOAS | $120,711 | |
| | Reduce funds for the Georgia Technology Authority administrative fee for GETS contract management | ($104,328) | |
| | Increase funds to provide a $1,000 pay raise to full time, regular employees with current salaries of $40,000 or less | $0 | |
| | Reduce funds to reflect a change in merit assessments | ($42,524) | |
| | Increase funds to reflect a reduction in the FMAP Rate from 67.30% to 67.03% | $461,019 | |
| | Reduce funds through a combination of attrition, twelve furlough days, and reductions in force | ($955,337) | ($955,337) |
| | Reduce funds for operations | ($14,397) | ($14,397) |
| | Reduce funds for provider support and training | ($1,530,930) | ($1,530,930) |
| | Reduce funds for supported employment services to reflect utilization rates | ($2,452,885) | ($2,452,885) |
| | Reduce funds for core outpatient behavioral health services | ($2,550,421) | ($2,550,421) |
| | Increase funds for merit-based pay adjustments, employee recruitment, or retention initiatives effective July 1, 2020 | $0 | |
| | Annualize funds to maintain statewide crisis bed infrastructure and capacity | $2,553,087 | |
| | Increase funds for a 4% targeted salary increase for FST's and HST's, community service workers, and CAN's to address the 48% turnover rate | $0 | |
| | Reduce funds for housing voucher program for mental health consumers in community settings | ($6,689,854) | ($6,689,854) |
| | Increase funds to reflect increase in expenses for state contracted private psychiatric beds | $13,000,000 | $13,000,000 |
| | Eliminate funds for provider housing outreach coordinators | ($750,696) | ($750,696) |
| | Reduce funds for temporary positions | ($81,000) | ($81,000) |
| | Reduce state funds for Georgia Mental Health Consumer Network training for peer services. | $0 | |
| | Reduce funds for High Utilization Management program contracts | ($259,776) | ($259,776) |
| | Reduce funds for independent residential beds | ($2,093,067) | ($2,093,067) |
| | Reduce funds to recognize savings from transitioning case management contracts to fee for service billing model | ($547,200) | ($547,200) |
| | Reduce funds and restructure training contract with Respect Institute | ($430,000) | ($430,000) |
| | Eliminate funds for peer trauma training | ($126,558) | ($126,558) |
| | Reduce funds for peer workforce development training contract | ($219,000) | ($219,000) |
| | Reduce funds for five peer respite centers. | ($360,641) | ($360,641) |
| | Reduce funds to recognize one quarter of enhanced FMAP rate | ($2,335,605) | ($2,335,605) |
| | Reduce funds for information technology contractor hours and personnel | ($489,842) | ($489,842) |
| | Reduce funds for travel | ($69,061) | ($69,061) |
| | Reduce funds for two community support teams | $0 | |
| | Reduce half funds for three intensive case management teams. | $0 | |
| | Eliminate funds for recovery focused training | ($151,470) | ($151,470) |
| | Eliminate funds for peer mentor hospital services. | $0 | |
| | Reduce funds for hospital positions | ($1,162,784) | ($1,162,784) |
| **Child and Adolescent Addictive Diseases Services** | | | |
| ############ ##### | | | |
| | Reduce funds for the Georgia Technology Authority administrative fee for GETS contract management | ($224) | |

| Description | Amount 1 | Amount 2 |
|---|---|---|
| Increase funds for merit-based pay adjustments, employee recruitment, or retention initiatives effective July 1, 2020 | $0 | |
| Reduce funds for travel | ($817) | ($817) |
| Reduce funds for twelve furlough days. | $0 | |
| **Child and Adolescent Developmental Disabilities** | | |
| Reduce funds for the Georgia Technology Authority administrative fee for GETS contract management | ($2,667) | |
| Increase funds for merit-based pay adjustments, employee recruitment, or retention initiatives effective July 1, 2020 | $0 | |
| Reduce funds to reflect a change in merit assessments | ($7) | |
| Eliminate funds for Marcus Autism Center | ($303,196) | ($303,196) |
| Increase funds for merit-based pay adjustments, employee recruitment, or retention initiatives effective July 1, 2020 | $0 | |
| Eliminate funds for Matthew Reardon Center | ($67,500) | ($67,500) |
| Eliminate funds for Emory Fetal Alcohol program | ($19,000) | ($19,000) |
| Reduce funds for travel | ($16,122) | ($16,122) |
| Reduce funds for twelve furlough days. | $0 | |
| **Child and Adolescent Forensic Services** | | |
| Reduce funds for the Georgia Technology Authority administrative fee for GETS contract management | ($7,646) | |
| Increase funds to provide a $1,000 pay raise to full time, regular employees with current salaries of $40,000 or less | $0 | |
| Increase funds for merit-based pay adjustments, employee recruitment, or retention initiatives effective July 1, 2020 | $0 | |
| Reduce funds for travel | ($7,596) | ($7,596) |
| Reduce funds for twelve furlough days. | $0 | |
| **Child and Adolescent Mental Health Services** | | |
| Reduce funds for the Georgia Technology Authority administrative fee for GETS contract management | ($1,824) | |
| Reduce funds to reflect a change in merit assessments | ($20) | |
| Reduce funds for community innovation programs | ($571,174) | ($571,174) |
| Reduce funds to reflect savings from a shift to fee-for-service reimbursements of high fidelity wraparound services | ($542,255) | ($542,255) |
| Reduce funds for System of Care to reflect projected expenditures | ($1,395,841) | ($1,395,841) |
| Reduce funds for enhanced staffing at crisis stabilization units to reflect projected expenditures | ($1,974,566) | ($1,974,566) |
| Reduce funds for supported employment and education services | ($3,542,709) | ($3,542,709) |
| Eliminate funds for four crisis respite homes due to non-implementation | ($4,442,466) | ($4,442,466) |
| Eliminate one-time funding for crisis and telehealth services | ($234,000) | ($234,000) |
| Increase funds for merit-based pay adjustments, employee recruitment, or retention initiatives effective July 1, 2020 | $0 | |
| Eliminate funds for single provider's certified peer specialist youth coaching | ($205,040) | ($205,040) |
| Reduce funds to reflect a 40% productivity minimum for Apex contracts | ($3,655,446) | ($3,655,446) |
| Reduce funds for Viewpoint CSU beds | ($2,449,847) | ($2,449,847) |
| Eliminate funds for 11 clubhouse programs | ($1,470,255) | ($1,470,255) |
| Reduce funds for state-contracted beds | ($500,000) | ($500,000) |
| Reduce funds for Center of Excellence | ($921,387) | ($921,387) |
| Reduce funds to reflect the restructured contract of the Georgia Parent Support Network | ($229,569) | ($229,569) |
| Reduce funds for High Utilization Management program contracts | ($263,195) | ($263,195) |
| Reduce funds for capacity building training | ($88,792) | ($88,792) |
| Reduce funds for travel | ($9,558) | ($9,558) |
| Reduce funds through a combination of attrition, twelve furlough days, and reductions in force | ($151,997) | ($151,997) |
| Reduce or eliminate funds for Apex services | $0 | |
| **Departmental Administration (DBHDD)** | | |
| Reduce funds to reflect an adjustment of cyber security insurance premiums for DOAS | ($7,560) | |
| Reduce funds for the Georgia Technology Authority administrative fee for GETS contract management | ($45,947) | |
| Increase funds to provide a $1,000 pay raise to full time, regular employees with current salaries of $40,000 or less | $0 | |
| Reduce funds to reflect a change in merit assessments | ($118) | |
| Reduce funds through a combination of attrition, twelve furlough days, and reductions in force | ($5,775,037) | ($5,775,037) |
| Increase funds for merit-based pay adjustments, employee recruitment, or retention initiatives effective July 1, 2020 | $0 | |
| Reduce funds for Department of Human Services Transportation contract | ($433,000) | ($433,000) |
| Reduce funds for operations | ($2,181,000) | ($2,181,000) |
| Reduce funds with the Administrative Services Organization and Georgia Crisis Access Line Text Chat | ($3,500,000) | ($3,500,000) |
| Reduce funds for information technology contractor hours and personnel | ($393,833) | ($393,833) |
| Reduce funds for travel | ($80,236) | ($80,236) |
| **Direct Care Support Services** | | |
| Reduce funds to reflect an adjustment in the employer share of the TRS from 21.14% to 19.06% | ($108,336) | |
| Reduce funds for the Georgia Technology Authority administrative fee for GETS contract management | ($139,099) | |
| Increase funds to provide a $1,000 pay raise to full time, regular employees with current salaries of $40,000 or less | $0 | |
| Reduce funds to reflect a change in merit assessments | ($333) | |
| Reduce funds through a combination of attrition, twelve furlough days, and reductions in force | ($8,329,023) | ($8,329,023) |
| Reduce funds for hospital operations | ($1,955,308) | ($1,955,308) |
| Increase funds for merit-based pay adjustments, employee recruitment, or retention initiatives effective July 1, 2020 | $0 | |
| Reduce funds to reflect the abandonment of closed state hospitals | ($2,107,045) | ($2,107,045) |
| Reduce funds for medication costs | ($455,000) | ($455,000) |
| Reduce funds for contracts | ($2,719,977) | ($2,719,977) |
| Reduce funds for travel | ($25,673) | ($25,673) |
| **Substance Abuse Prevention** | | |
| Reduce funds for the Georgia Technology Authority administrative fee for GETS contract management | ($306) | |
| Increase funds for merit-based pay adjustments, employee recruitment, or retention initiatives effective July 1, 2020 | $0 | |
| Redirect $130,000 in one-time funds for curriculum development to fund additional prevention services (H.YES) (S.YES) | $0 | |
| Reduce and replace state funds with federal funds Council on Children's Mental Health (CCMH) technical schools and expansion | ($611,068) | ($611,068) |
| Reduce funds for contracts | ($70,000) | ($70,000) |
| Reduce funds for travel | ($6,578) | ($6,578) |
| Reduce funds for twelve furlough days. | $0 | |
| **TOTAL ADJUSTMENTS** | **($91,303,445)** | **($109,703,447)** |