# EXHIBIT 34

Message
---

**From:** Pat Wolf [pat.wolf@gnetsofoconee.org]
**Sent:** 4/8/2019 7:58:26 PM
**To:** Vickie Cleveland [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1499044685e34a2ab66381c621a8e416-Vickie Clev]
**Subject:** Fwd: Possible Regional GNETS Center Visit

Vickie is there any way you can attend this tour on 4/15/19 at 10am?
Pat

---------- Forwarded message ---------
From: **Hayward Cordy** <hayward.cordy@oconeeresa.org>
Date: Mon, Apr 8, 2019 at 3:43 PM
Subject: Possible Regional GNETS Center Visit
To: Pat Wolf <pat.wolf@gnetsofoconee.org>, vcleveland@doe.k12.ga.us <vcleveland@doe.k12.ga.us>

Good afternoon Pat,

I recently heard back from Dr. Price, Baldwin County Superintendent of Schools regarding a tour of Sandersville Elementary School as a possible GNETS Regional Center location. She is interested in touring the facility.

Dr. Price is free on Monday, April 15, 2019 at 10:00 am and will bring some of her staff with her. I have talked with Mr. Ed Jordan, facilities manger for Sandersville Elementary School and he is also available.

I am copying Ms. Vickie Cleveland on this email in the hope that she and someone from the GaDOE Facilities Division will be able to participate in the building walkthrough.

As learned from our visit, the wing that we are interested in was built in 1995 and has a current certificate of occupancy and working fire alarm system and is ADA compliant.

Pertinent information is included below:

Date:      Monday, April 15, 2019 at 10:00 am
Location:  Sandersville Elementary School
           514 North Harris Street
           Sandersville, Georgia 31082

Please talk with Vickie and confirm her availability.

Thanks,

Hayward Cordy, Ed.D.
Executive Director
Oconee RESA
206 S. Main Street
Tennille, Georgia 31089

GA00343802

(478) 552-5178 ext. 220

"It is easier to build strong children than to repair broken men."   Frederick Douglass

--
**Pat Wolf, Ed.S., LCSW**
Director
GNETS of Oconee
P.O. Box 1830
Office Location: 155 Hwy 49 W
Milledgeville, GA 31061
Office: (478) 414-2023
Mobile: (478) 247-9117
(478) 414-2025 FAX

*"The limit of your present understanding is not the limit of your possibilities."*  -Guy Finley

GA00343803