# EXHIBIT 43

Governor's Office of Student Achievement
K-12 Student Discipline Dashboard

# K-12 Student Discipline Dashboard

Click ( ) for help.

Select School Year: 2022

Select School District: Select District

Select School: Select School

Select Subgroup: Gender

Clear Selections

**Data Source** : GA.AWARDS

**Download Data**

**Request Updates**

**District Name:**

**School Name:**

**Climate Star Rating:**

**PBIS Recommendation:** -

**Grades Served:** -

**School Year:** 2022

## Student Metrics

| Metric | Value |
|---|---|
| Enrollment | 1,915,795 |
| Students with Incidents | 236,794 |
| In-School Suspensions (ISS) Rate | 7.6% |
| Out-of-School Suspensions (OSS) Rate | 6.3% |
| Expulsion Rate | 0.1% |

## Discipline Incident Metrics

| Metric | Value |
|---|---|
| Total Incidents | 524,643 |
| Percent of Incidents Resulting in ISS | 51.9% |
| Percent of Incidents Resulting in OSS | 37.2% |
| Percent of Incidents Resulting in Expulsion | 0.3% |

**Percentage of Disciplinary Incident Occurences**
By Gender

**Percent of Disciplined Population vs. Overall Population**
By Gender

**Discipline Consequences**
By Gender

**Discipline Consequences**

By Gender

# Incident-to-Action Flow Chart

The chart below shows how each discipline incident type leads to school actions in response, split out by gender and race/ethnicity. The width of the data links depicts the number of incident occurrence. Colored vertical bars (nodes) and flows (links) allow user to drill deeper. By clicking a node or a link user can drill down; and by clicking again data view is restored. User "Selections" made are neatly displayed at the bottom of this chart.

**Video Help?**

**Discipline Incidents and Consequences by Demographics**

Clear Chart Selections



