# EXHIBIT 44



Richard Woods, Georgia's School Superinte

   

Search this site

- Offices & Divisions▾
- Programs & Initiatives▾
- Data & Reporting▾
- Learning & Curriculum▾
- State Board & Policy▾
- Finance & Operations▾
- Contact▾

 ➜ Office of Whole Child Supports ➜ Student Discipline

**Mental Health and Wellbeing**
- School Social Work
- Suicide Prevention
- Mental Health
- Alcohol, Tobacco and Other Drugs
- Gang Awareness
- Human Trafficking
- Child Abuse and Child Protection
- Impact of Trauma on Students in Foster Care (HB 855)

**Integrated Wellness**
- The School Nurse Exchange
- Staff Wellness
- School-Based Health Centers
- Health Barriers to Learning and Development (HBLD)

**School Climate and Safety**
- School Safety Resource Center
- Georgia Center for School Safety
- School Climate
- School Safety Plan Guide
- School Safety Plan Template
- School Safety Hotline
- Student Discipline
- Bullying Prevention Toolkit
- Unsafe School Choice Option
- Georgia's Tiered System of Supports for Students
- GSHS
- Survey Results
- Survey Dashboard link
- Whole Child Toolkit

**Multi-Tiered Supports**
- Georgia's Tiered System of Supports for Students

# Student Discipline

This purpose of this webpage is to provide schools/districts with information and resources for reporting student discipline infractions accurately and consistently and to help schools/districts provide safe and positive learning environments.

## State Board Rules & Policy Guidance

- Student Discipline (State Board Rule)
- Student Support Team (State Board Rule)
- Unsafe School Choice Option (State Board Rule)
    - Unsafe School Choice Option (Guidance)
- Seclusion and Restraint (State Board Rule)
- Student Attendance (State Board Rule)
- Student Support Services (State Board Rule)

## Resources

- K-12 Student Discipline Dashboard
- Discipline Matrix (updated January 2020)
- Discipline Matrix Quick Reference Guide (updated January 2020)
- Discipline Matrix Rationale
- Student Discipline Reporting (PowerPoint- updated March 2022)
- State Reportable Incidents and Actions
- Georgia's Tiered System of Supports for Students
- U.S. Department of Education School Climate and Discipline Resources
- Health Barriers to Learning and Development
- Language as a Missing Link for Children in Need of Services: Definitions, Symptoms, and Screening

## Model Code of Conducts

- Lincoln County Code of Conduct Behavior Matrix

## Unsafe School Choice Option (USCO)

All states must develop a definition of "persistently dangerous" schools and allow public school choice for students who have been victims of a violent criminal offense or who attend a school that meets the definition of "persistently dangerous". Learn more...

## Behavior Support Process

The Behavior Support process developed pursuant to the Improved Student Learning Environment and Discipline Act of 1999 "shall be designed to create the expectation that the process of disciplining students will include due consideration,

### Contact Information

Mark Muma
Program Manager, School Safety
Mark.Muma@doe.k12.ga.us

Jeff Hodges
Program Specialist
Safe and Supportive Schools
(678) 552-0723
jhodges@doe.k12.ga.us

Contact us at:
wholechild@doe.k12.ga.us

Find us on
Twitter @GaDOEWholeChild

- Whole Child Toolkit

**Multi-Tiered Supports**

- Georgia's Tiered System of Supports for Students
- Positive Behavioral Interventions and Supports (PBIS)

## Behavior Support Process

The Behavior Support process developed pursuant to the Improved Student Learning Environment and Discipline Act of 1999 "shall be designed to create the expectation that the process of disciplining students will include due consideration, as appropriate in light of the severity of the behavioral problem, of student support services that may help the student address behavioral problems and that may be available through the school, the school system, other public entities, or community organizations." [O.C.G.A.§ 20-2-735 (c)]

## Parental Involvement Process

Safe, orderly high achieving schools require the collaboration and support of students, staff, parents, and the community. Improving Student Learning Environment and Discipline Act of 1999 requires that school systems develop a plan to involve parents in the creation and maintenance of a safe and orderly school environment which positively impacts the learning environment.

## Progressive Discipline Process

"Progressive discipline processes, shall be designed to create the expectation that the degree of discipline will be in proportion to the severity of the behavior leading to the discipline, that the previous discipline history of the student being disciplined and other relevant factors will be taken into account, and that all due process procedures required by federal and state law will be followed." (O.C.G.A. § 20-2-735)

## Student Code of Conduct

In addition to academic preparation, schools are responsible for instilling in our youth the behaviors that are required to sustain society. To achieve this goal, schools must identify what is acceptable behavior and what is unacceptable behavior. The latter would be incomplete without also specifying what consequences these bring. To a great degree, the level of effectiveness of this approach determines how successfully a school can teach academics.

## Learn More

- Behavior Support Process
- Parental Involvement Process
- Progressive Discipline Process
- Student Code of Conduct
- Procedures for Formal Hearings & Appeals to the State Board of Education
- Positive Behavioral Interventions and Supports (PBIS)












## Parental Involvement Process

Safe, orderly high achieving schools require the collaboration and support of students, staff, parents, and the community. Improving Student Learning Environment and Discipline Act of 1999 requires that school systems develop a plan to involve parents in the creation and maintenance of a safe and orderly school environment which positively impacts the learning environment.

## Progressive Discipline Process

"Progressive discipline processes, shall be designed to create the expectation that the degree of discipline will be in proportion to the severity of the behavior leading to the discipline, that the previous discipline history of the student being disciplined and other relevant factors will be taken into account, and that all due process procedures required by federal and state law will be followed." (O.C.G.A. § 20-2-735)

## Student Code of Conduct

In addition to academic preparation, schools are responsible for instilling in our youth the behaviors that are required to sustain society. To achieve this goal, schools must identify what is acceptable behavior and what is unacceptable behavior. The latter would be incomplete without also specifying what consequences these bring. To a great degree, the level of effectiveness of this approach determines how successfully a school can teach academics.

### Learn More

- Behavior Support Process
- Parental Involvement Process
- Progressive Discipline Process
- Student Code of Conduct
- Procedures for Formal Hearings & Appeals to the State Board of Education
- Positive Behavioral Interventions and Supports (PBIS)












Document title: Student Discipline
Capture URL: https://www.gadoe.org/wholechild/Pages/Student-Discipline.aspx
Capture timestamp (UTC): Tue, 28 Nov 2023 21:26:14 GMT
Page 3 of 3