# EXHIBIT 46



Download

| | |
|---|---|
| Download | 27 |
| File Size | 8.45 MB |
| File Count | 1 |
| Create Date | June 6, 2023 |
| Last Updated | June 6, 2023 |

# Funding Framework Report

funding framework report

## Submit a Comment

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Website

Save my name, email, and website in this browser for the next time I comment.

Submit Comment



| | |
|---|---|
| File Size | 8.45 MB |
| File Count | 1 |
| Create Date | June 6, 2023 |
| Last Updated | June 6, 2023 |

## Submit a Comment

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Website

☐ Save my name, email, and website in this browser for the next time I comment.

Submit Comment



© 2023. Mindworks Georgia. All rights reserved.