# EXHIBIT 48

Georgia Department of Education
Interview Questions

Position Title: GNETS Education Program Specialist          Date of interview: _____

Candidate's Name: _____          Candidate's Current Position, if applicable _____

Category 1: Work Experience and Knowledge

| Questions | Interviewer's Comments | Interviewer's Score<br>1 = does not meet<br>5 = exceed expectations |
|---|---|---|
| Tell us why you applied for this job.<br><br>Why are you the ideal candidate for this position? | | |
| Describe your experiences with assessing the status of a program, documenting results, recommending changes, and improvement based on research and evaluation data. | | |
| This position requires the specialist to provide leadership and general supervision of the State's GNETS program. How do you define an effective leader? | | |
| What is the State's role in implementing the GNETS program? | | |
| In your current (or previous employment) share how you resolved a challenging program barrier. | | |
| Share your thoughts on the relationship between instruction and therapeutic support. | | |
| **CATEGORY 1 TOTAL  SCORE =** | | |

Page **1** of **4**

GA00481479

Category 2:  Job Description – Duties and responsibilities

| Questions | Interviewer's Comments | Interviewer's Score 1 = does not meet 5 = exceed expectations |
|---|---|---|
| After reading the job description in the job announcement, what do you see as the most significant responsibilities in this position? | | |
| What qualities do you think a manager implementing a large-scale program with political, local school/school district, state (and perhaps national) interest should possess? | | |
| How are you different from other candidates applying for this job? | | |
| Have you managed a federal grant program? If so, what were your greatest challenges? | | |
| Share your experience with federal regulatory requirements for grant funds? For example, what tools, documents do you need to know about in order to ensure federal funds are accounted for and expended appropriately (EDGAR, OMB Circulars, Regulations)? | | |
| | **CATEGORY 2  SCORE =** | |

GA00481480

Category 3: Leadership Qualities – Management, ability to inspire others, personal experience

| Questions | Interviewer's Comments | Interviewer's Score<br>1 = does not meet<br>5 = exceed expectations |
|---|---|---|
| Describe a situation at work in which you had a disagreement with a coworker/a manager/local school/district personnel.<br>How did you resolve the conflict? | | |
| Tell us about one of the biggest mistakes you've made, what you learned from that mistake, and how it helped you to strengthen your professional skills. | | |
| What do you need from your manager to be successful? | | |
| Have you ever had supervisory responsibilities? If so, how did you coach an employee in completing a new assignment? | | |
| What have you done to develop your subordinates? Give an example. | | |
| | **CATEGORY 3  SCORE =** | |

GA00481481

Category 4: Organizational Commitment

| Questions | Interviewer's Comments | Interviewer's Score<br>1 = does not meet<br>5 = exceed expectations |
|---|---|---|
| 1. Some parts of this position aren't glamorous – but are crucial. An example is the amount of travel. What challenges would you have?<br>If in a given week or month, most of your time were taken up with travel, how would you stay focused and motivated? | | |
| 2. What role do you think this position plays in promoting the vision/mission of the organization? | | |
| 3. How would you respond to negative criticism about the organization/GNETS from:<br>Co-worker<br>Subordinates<br>Legislator<br>Business Leader<br>Other Community Member | | |
| | **CATEGORY 4  SCORE =** | |
| | **GRAND TOTAL  SCORE =** | |

Additional Questions:
1) Earliest start date
2) References
3) Minimum salary request
4) Anything else we should know about you?  Suspended certification?

Do you have  questions?

Interviewer's Signature_____        Date:_____

Page **4** of **4**

GA00481482