# EXHIBIT 49

# Sand Hills Level System

**Level 1**
5 consecutive days of 70 to level 2

**Level 2**
10 consecutive days of 80 to level 3……………………………………………….  MAINTAIN LEVEL with 70 – 79

**Level 3**
15 consecutive days of 90 to level 4……………………………………………. MAINTAIN LEVEL with 80 – 89

**Level 4** ………………………………………………………………….MAINTAIN LEVEL with 90 and above
20 additional days of 90 (maintain level 4 behavior) to consider outside classes

## School Store Rules
Level 1: Can buy things in classroom only (5 mins free time, pencils, etc. )
Level 2:  Restricted Spending (no 100 items) limit of 150 per visit
Level 3: spending only 1 item of 100 value – limit of 250 per visit
Level 4: Limit of 500 per visit, except parties or special occasions
- Candy limited by level as well.

## Rewards & Privileges
All students can transition to PE, Gym and Cafeteria (follow level protocol)
Monthly Social Activity Level 3 and 4 students
Level 4 can be in weekly drawing for a Wendy's Snack (Frosty, or fries, cookies, etc. )

## Automatic Level Drop
**Physical Aggression toward self and others**
**Therapeutic Containment**
**Leaving assigned area**
**Stealing property of others**
**Vandalism**
- *Any of these behavior on the bus will also be automatic level drop*

## Sub-Par days
**Level 2: Total points below 70**
**Level 3 Total points below 80**
**Level 4 Total points below 90**
- *3 subpar days within 10 school days = Level Drop*

## Consequences
**Physical Aggression** – In addition to level drop – No privileges -level 1 privileges only) for **2 days**
**Stealing Property -** In addition to level drop – No privileges -level 1 privileges only) for **1 day**
**Vandalism** - In addition to level drop – No privileges -level 1 privileges only) for **1 day**
**Leaving Assigned Area** - In addition to level drop – No privileges -level 1 privileges only) for **1 day**
**Repeated Verbal Aggression** 3 + instances in a week – No privileges -level 1 privileges only) for **1 day**
==Automatic Level Drop behaviors while on Level 1 will result in extended days on level 1; 5 days 10 days (Second attempt at Level 1 results in staying on Level 1 for 10 days instead of 5)==
**Major Technology Infractions-** Restart at Day 1 on current level
- *Any of these behaviors on the bus will result in same consequence*

## Cafeteria

Level 1: Separate table with teacher
Level 2 Assigned seating
Level 3 & 4 can choose seating among same level peers.

## Gym or Free Time

Time in the gym: Levels 1 -4 only (PE or free time)
Level 1 will have no more than 5 minutes before or after structured PE class.
Missing PE due to loss of privilege or level, student will be assigned a written PE assignment

## Transitions

Line leaders: Level 2 day 5 and above with teacher permission.
All classes walk in line; Level 3 & 4 can be further away adult.
Level 4, day 10 student can walk independently for small errands
Level 3 can walk within teacher eye sight, small errands
Level 1 and 2 must be escorted at all times and insight of adult.

| Moving Up ☺ | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Level 1 to 2      (5) | 70 | 70 | 70 | 70 | 70 | | | | | |
| Level 2 to 3     (10) | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 |
| Level 3 to 4     (15) | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 |
|  | 90 | 90 | 90 | 90 | 90 | | | | | |
| Level 4+ to     (20) | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 |
| Consider Outside Placement | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 |

## **Days are consecutive

## Subpar Day Level Drop Examples

| Level 2 | 3 days Below | 70 |
|---|---|---|
| Level 3 | 3 days Below | 80 |
| Level 4 | 3 days Below | 90 |

| Level 2 within 10 days | 68 | 65 | 64 |
|---|---|---|---|
| Level 3 within 10 days | 78 | 77 | 79 |
| Level 4 within 10 days | 85 | 82 | 88 |

*Subject to change (with written Administration approval) as needed*