# EXHIBIT 50



# GNETS Services Flow Chart
## Georgia Network for Educational and Therapeutic Support



A student currently being served in SPED has behavior problems at their school and it is believed GNETS may be an option. *(GNETS services are only for students served in SPED).* School personnel contacts Special Education Director or designee with concerns (outlining frequency, duration and intensity of behavior problems). A check list of "Guiding Questions" is completed to determine whether more work is needed at the school level or to proceed with GNETS involvement.

### Consultation

Identifies as need for consult and asks for FBA coaching, Observation and written feedback, or records review with feedback *(complete the "Request for GNETS Consultation" form available only from the SPED office.)*

**FBA Coaching**

Assists with identifying target behaviors & setting up data collection

Assists with review of data after it is collected by school personnel

Assists with data analysis

Assists with writing a draft BIP

**Direct Consultation**

GNETS staff observes student at school and looks at records.

A written report with recommendations is provided to Sped Dir, Principal, and/or teacher.

A verbal conference is held, if requested.

**Indirect Consultation**

GNETS staff looks at records (psychological, eligibility, BIP, IEP) & gives ideas verbally.

### Standard Process

Sped Director determines behavior problems meet frequency, duration, and intensity qualifications and all school steps have been taken.

A "Student Information Packet" is completed.
*(Available only from the SPED office)*

GNETS Coordinator and SpEd Dir meet to discuss packet information.

School schedules an IEP meeting and GNETS is considered as an option.

### Move In

Student moved in from GNETS or similar program in another state or was released from a long- term hospitalization or residential treatment.

Meet, amend IEP if necessary

Revised August 2018