# EXHIBIT 54

  

Richard Woods, Georgia's School Superinte

Search this site

- Offices & Divisions
- Programs & Initiatives
- Data & Reporting
- Learning & Curriculum
- State Board & Policy
- Finance & Operations
- Contact

 → Teaching and Learning → Special Education Services and Supports → Positive Behavioral Interventions and Supports

### Budgets, Grants, Data Collection and Reporting
- Annual Reports and Data Analytics
- Budget & Grant Applications
- Data Collection and Reporting
- Data Presentations, Recordings, Documents
- Federal Data Reports
- LEA Consolidated Application
- State Performance Plan (SPP), Annual Performance Reports (APR) and Annual Determinations

### Continuous Improvement
- Disproportionality
- Georgia's Continuous Improvement Monitoring Process (GCIMP)
- Private Schools/Residential Programs
- Results Driven Accountability

### Dispute Resolution
- Dispute Resolution Parent Guides
- Due Process Hearings
- Due Process Hearing Decisions
- Formal Complaints
- Mediation
- Dispute Resolution Overview

### Outreach
- Outreach IDEA
- Family Engagement and Parent Information
- Georgia Parent Mentor Partnership
- IEP Team Meeting Facilitation

### Eligibility Categories
- All Eligibility Categories

### Rules, Manuals & Forms
- Applications

# Positive Behavioral Interventions and Supports

Please click the graphic below to view the newest podcast from GPB Education and GaDOE on positive school climate.



Positive Behavioral Interventions and Supports (PBIS) is an evidence-based, data-driven framework proven to reduce disciplinary incidents, increase a school's sense of safety and support improved academic outcomes. More than 1,400 Georgia schools and 27,000 nationwide have been trained in PBIS. Implementation of PBIS is saving countless instructional hours otherwise lost to discipline. The premise of PBIS is that continual teaching, combined with acknowledgement or feedback of positive student behavior will reduce unnecessary discipline and promote a climate of greater productivity, safety and learning. PBIS schools apply a multi-tiered approach to prevention, using disciplinary data and principles of behavior analysis to develop school-wide, targeted and individualized interventions and supports to improve school climate for all students. (OSEP Technical Assistance Center on Positive Behavior Interventions & Supports).

## Interested in Improving School Climate Through PBIS Implementation?

- School Climate Team
- PBIS Assessment of Commitment Tool

## PBIS Leadership Resources

- PBIS School Climate Specialists' Clipboard
- PBIS District Coordinators' Clipboard

### Contact Information

Jeannie S. Morris
Program Manager
School Climate
Phone: (678) 673-0416
Email: jemorris@doe.k12.ga.us

Please contact the GaDOE School Climate Team for more Information
PBIS Implementation
gapbis@doe.k12.ga.us

 @gadoeclimat

Document title: Positive Behavioral Interventions and Supports
Capture URL: https://www.gadoe.org/Curriculum-Instruction-and-Assessment/Special-Education-Services/Pages/Positive-Behavioral-Interventions-and-Support.aspx
Capture timestamp (UTC): Mon, 27 Nov 2023 15:33:46 GMT
Page 1 of 3

### Eligibility Categories

All Eligibility Categories

### Rules, Manuals & Forms

Applications

Implementation Manual

Sample Forms

Special Education Rules

### Statewide Projects & Initiatives

Adapted Physical Education

AEM

Assistive Technology

Educational Interpreter Performance Assessment (EIPA)

Georgia Instructional Materials Center (GIMC)

Georgia Learning Resources System

Georgia Network for Educational and Therapeutic Support

Georgia Online IEP

Georgia Positive Behavioral Interventions and Supports (PBIS)

Georgia Project AWARE

Georgia Teacher/Provider Retention Program

High Leverage Practices

Paraprofessional Guidance

Preschool Special Education

Specially Designed Instruction (SDI)

State Personnel Development Grant (SPDG)

State Systemic Improvement Plan (SSIP): Student Success

### Additional Agencies and Organizations

Babies Can't Wait

Bright from the Start

Georgia Advocacy Office

Georgia Council of Administrators of Special Education (GCASE)

Georgia Council on Developmental Disabilities (GCDD)

Georgia Council for Exceptional Children (GaCEC)

Georgia Parent to Parent

Georgia Vocational Rehabilitation Agency (GVRA)

---

- PBIS Assessment of Commitment Tool

## PBIS Leadership Resources

- PBIS School Climate Specialists' Clipboard
- PBIS District Coordinators' Clipboard
- PBIS School Coaches' Clipboard

## Georgia Links

- Let's Learn GA! - Classroom Climate
- Georgia Home Classroom - Classroom Climate Plans
- Classroom Conversations
- Positive School Climate
- Early Learning School Climate and School Readiness
- GaDOE Community
- Georgia Student Health Survey
- Georgia's Tiered System of Supports for Students
- Georgia Project AWARE

## Georgia's PBIS LEAs and Schools

The Georgia Department of Education recognizes districts and schools for supporting positive school climate through the implementation of the Positive Behavioral Interventions and Supports (PBIS) framework. The purpose of the recognition system is to identify schools that exemplify best practices in the implementation of PBIS. To qualify for state recognition, system schools must be in a LEA with active support through a District Leadership Team, District Coordinator, and a district action plan. The LEA must be actively supported by the GaDOE Team and local RESA.

- State Reportable Incidents and Actions
- Distinguished PBIS Schools 2022-2023
- Operational PBIS Schools 2022-2023
- Emerging PBIS Schools 2022-2023
- Installing PBIS Schools 2022-2023

Recognition Criteria for 2022-2023

Recognition Criteria for 2023-2024

- Georgia Positive Behavioral Interventions and Supports (PBIS)
- Georgia Project AWARE
- Georgia Teacher/Provider Retention Program
- High Leverage Practices
- Paraprofessional Guidance
- Preschool Special Education
- Specially Designed Instruction (SDI)
- State Personnel Development Grant (SPDG)
- State Systemic Improvement Plan (SSIP): Student Success

### Additional Agencies and Organizations

- Babies Can't Wait
- Bright from the Start
- Georgia Advocacy Office
- Georgia Council of Administrators of Special Education (GCASE)
- Georgia Council on Developmental Disabilities (GCDD)
- Georgia Council for Exceptional Children (GaCEC)
- Georgia Parent to Parent
- Georgia Vocational Rehabilitation Agency (GVRA)

behavioral intervention and support (PBIS) framework. The purpose of the recognition system is to identify schools that exemplify best practices in the implementation of PBIS. To qualify for state recognition, system schools must be in a LEA with active support through a District Leadership Team, District Coordinator, and a district action plan. The LEA must be actively supported by the GaDOE Team and local RESA.

- State Reportable Incidents and Actions
- Distinguished PBIS Schools 2022-2023
- Operational PBIS Schools 2022-2023
- Emerging PBIS Schools 2022-2023
- Installing PBIS Schools 2022-2023

### Recognition Criteria for 2022-2023

### Recognition Criteria for 2023-2024

    

    

©2023 Georgia Department of Education | MyGaDOE | Terms of Use | Human Trafficking Notice | Accessibility Notice | Service of Process Information | Content Management Login | Job Openings