# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>                    Plaintiff,        )<br>                                                      )<br>            v.                                      )<br>                                                      )<br>STATE OF GEORGIA,                  )<br>                                                      )<br>                    Defendant.     )<br>                                                      ) | Civil Action No. 1:16-cv-03088-ELR |

## UNITED STATES' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Plaintiff United States of America, by and through below counsel of record, moves this Court, pursuant to the Court's Amended Protective Order, ECF No. 118-2, for leave to file Exhibits 7-23, 28, and 35-42 in support of its Corrected Opposition to Defendant's Motion for Summary Judgment (ECF No. 448-1), Corrected Responses to Defendant's Statement of Undisputed Facts (ECF No. 448-2), and Additional Statement of Undisputed Material Facts (ECF No. 448- 3) under seal.  These exhibits contain Confidential Information protected under the Amended Protective Order, including personally identifiable information about individual students and their parents.  A proposed order is attached for the Court's consideration.

Dated: November 30, 2023

Respectfully submitted:

| | |
|---|---|
| RYAN K. BUCHANAN<br>United States Attorney<br>Northern District of Georgia<br><br>/s/ *Aileen Bell Hughes*<br>AILEEN BELL HUGHES<br>GA Bar Number: 375505<br>Assistant United States Attorney<br>United States Department of Justice<br>Richard B. Russell Federal Building<br>75 Ted Turner Dr. SW<br>Suite 600<br>Atlanta, GA 30303-3309<br>(404) 581.6000<br>aileen.bell.hughes@usdoj.gov | KRISTEN CLARKE<br>Assistant Attorney General<br><br>SHAHEENA A. SIMONS<br>Chief<br><br>KELLY GARDNER<br>Deputy Chief<br><br>ANDREA HAMILTON WATSON<br>Special Litigation Counsel<br><br>CRYSTAL ADAMS<br>CLAIRE CHEVRIER<br>FRANCES COHEN<br>MATTHEW GILLESPIE<br>PATRICK HOLKINS<br>VICTORIA M. LILL<br>JESSICA POLANSKY<br>LAURA C. TAYLOE<br>MICHELLE L. TUCKER<br>Trial Attorneys<br>United States Department of Justice<br><br>/s/*Crystal Adams*<br>United States Department of Justice Civil Rights Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 598-6368<br>Crystal.Adams@usdoj.gov |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>DEFENDANT. | Civil Action No.<br><br>1:16-cv-03088-<br><br>ELR |

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion has been prepared using Times New Roman, 14-point font.

November 30, 2023.

*/s/ Crystal Adams*
CRYSTAL ADAMS

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:16-CV-03088- |
| STATE OF GEORGIA, | ELR |
| DEFENDANT. | |

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

November 30, 2023.

*/s/ Crystal Adams*
CRYSTAL ADAMS