IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| *v.* | 1:16-CV-03088- |
| STATE OF GEORGIA, | ELR |
| DEFENDANT. | |

**UNITED STATES' NOTICE OF PROVISIONALLY SEALED FILING IN SUPPORT OF ITS CORRECTED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff United States of America, pursuant to Appendix H-II(J) of the Court's Local Rules, hereby submits under provisional seal materials in support of its Corrected Brief in Opposition to Defendant's Motion for Summary Judgment (ECF No. 448-1), Corrected Responses to Defendant's Statement of Undisputed Facts (ECF No. 448-2), and Additional Statement of Undisputed Material Facts (ECF No. 448-3), filed on November 29, 2023.

Dated: November 30, 2023.

Respectfully submitted:

| | |
|---|---|
| RYAN K. BUCHANAN<br>United States Attorney<br>Northern District of Georgia<br><br>/s/ *Aileen Bell Hughes*<br>AILEEN BELL HUGHES<br>GA Bar Number: 375505<br>Assistant United States Attorney<br>United States Department of Justice<br>Richard B. Russell Federal Building<br>75 Ted Turner Dr. SW<br>Suite 600<br>Atlanta, GA 30303-3309<br>(404) 581.6000<br>aileen.bell.hughes@usdoj.gov | KRISTEN CLARKE<br>Assistant Attorney General<br><br>SHAHEENA A. SIMONS<br>Chief<br><br>KELLY GARDNER<br>Deputy Chief<br><br>ANDREA HAMILTON WATSON<br>Special Litigation Counsel<br><br>CRYSTAL ADAMS<br>CLAIRE CHEVRIER<br>FRANCES COHEN<br>MATTHEW GILLESPIE<br>PATRICK HOLKINS<br>VICTORIA M. LILL<br>JESSICA POLANSKY<br>LAURA C. TAYLOE<br>MICHELLE L. TUCKER<br>Trial Attorneys<br>United States Department of Justice<br><br>/s/*Crystal Adams*<br>United States Department of Justice Civil Rights Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 598-6368<br>Crystal.Adams@usdoj.gov |

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:16-cv-03088- |
| STATE OF GEORGIA, | ELR |
| DEFENDANT. | |

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing document has been prepared using Times New Roman, 14-point font.

November 30, 2023.

*/s/ Crystal Adams*
CRYSTAL ADAMS

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:16-CV-03088- |
| STATE OF GEORGIA, | ELR |
| DEFENDANT. | |

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

November 30, 2023.

*/s/ Crystal Adams*
CRYSTAL ADAMS