IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, *v.* STATE OF GEORGIA, DEFENDANT. | Civil Action No. 1:16-CV-03088-ELR |

**[PROPOSED]**
**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

WHEREAS Plaintiff has shown good cause as to why Plaintiff's Motion For Leave To File Under Seal should be granted,

IT IS HEREBY ORDERED that Exhibits 7-23, 28, 35-42 to the United States' Corrected Opposition to Defendant's Motion for Summary Judgment (ECF No. 448-1), Corrected Responses to Defendant's Statement of Undisputed Facts (ECF No. 448-2), and Additional Statement of Undisputed Material Facts (ECF No. 448-3) filed by Plaintiff in the above-styled action shall be filed under seal.

SO ORDERED, this \_\_\_\_\_ day of _____, 2023.

_____

ELEANOR L. ROSS
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF GEORGIA