# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>*Defendant*. | CIVIL ACTION<br><br>NO. 1:16-CV-03088-ELR |

## NOTICE OF FILING DEPOSITION OF DANTE MCKAY

COMES NOW Defendant State of Georgia, by and through its counsel of record, and gives notice of filing the Deposition of Dante McKay, taken on March 9, 2023.

Respectfully submitted this 5th day of December, 2023.

|  |  |
|---|---|
|  | */s/ Josh Belinfante* |
| Christopher M. Carr      112505 | Josh Belinfante      047399 |
|    *Attorney General* | Melanie Johnson     466759 |
| Bryan Webb               743580 | Edward A. Bedard    926148 |
|    *Deputy Attorney General* | Javier Pico Prats    664717 |
| Russell D. Willard       760280 | Danielle Hernandez  736830 |
|    *Sr. Assistant Attorney General* | Anna Edmondson     289667 |
| Susan R. Haynes          901269 | Robbins Alloy Belinfante |
|    *Assistant Attorney General* |    Littlefield, LLC |
| Office of the Attorney General | 500 14th St. NW |
| 40 Capitol Square, SW | Atlanta, GA  30318 |
| Atlanta, Georgia 30334 | T:    (678) 701-9381 |
|  | F:    (404) 856-3255 |
|  | E:    jbelinfante@robbinsfirm.com |
|  |       mjohnson@robbinsfirm.com |

> ebedard@robbinsfirm.com
> jpicoprats@robbinsfirm.com
> dhernandez@robbinsfirm.com
> aedmondson@robbinsfirm.com
>
> Alexa R. Ross        614986
> AlexaRossLaw, LLC
> 2657 Danforth Lane
> Decatur, Georgia  30033
> E:    alexarross@icloud.com
>
> *Special Assistant Attorneys General*
>
> *Attorneys for Defendant*
> *State of Georgia*

## LOCAL RULE 7.1(D) CERTIFICATION

I certify that this STATE OF GEORGIA'S NOTICE OF FILING DEPOSITION OF DANTE MCKAY has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1. Specifically, this document has been prepared using 14-pt Times New Roman font and type.

*/s/ Josh Belinfante*
Josh Belinfante