**In the Matter Of:**

UNITED STATES vs STATE OF GEORGIA

1:16-CV-03088-ELR

---

**DANTE MCKAY**

*March 09, 2023*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION

 3
    UNITED STATES OF            )
 4  AMERICA,                    )
                                )
 5           Plaintiff,         )
                                )
 6        vs.                   ) CASE NO. 1:16-CV-03088-ELR
                                )
 7  STATE OF GEORGIA,           )
                                )
 8           Defendant.         )

 9

10

11

12

13

14        VIDEOTAPED DEPOSITION OF DANTE MCKAY

15               ATLANTA, GEORGIA

16             THURSDAY, MARCH 9, 2023

17

18               (Reported Remotely)

19

20

21

22

23  REPORTED BY:  TANYA L. VERHOVEN-PAGE,
                  CCR-B-1790
24

25  FILE NO.  J9414077
```



```
 1                    March 9, 2023

 2                     9:02 a.m.

 3

 4           Videotaped deposition of

 5    DANTE MCKAY, held Atlanta, Georgia

 6    before Tanya L. Verhoven-Page,

 7    Certified Court Reporter and Notary

 8    Public of the State of Georgia.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



DANTE MCKAY                                          March 09, 2023
UNITED STATES vs STATE OF GEORGIA                               3

```
 1                   APPEARANCES OF COUNSEL

 2

    On behalf of the Plaintiff:
 3
          U.S. DEPARTMENT OF JUSTICE
 4        CIVIL RIGHTS DIVISION
          950 Pennsylvania Avenue
 5        Washington, D.C. 20579
          (858) 847-6700
 6        BY:  CLAIRE CHEVRIER, ESQ.
               e-mail: clairechevrier@usdoj.gov
 7        BY:  FRANCES COHEN, ESQ.
               e-mail: francescohen@usdoj.gov
 8        BY:  KELLY D. GARDNER, ESQ.
               e-mail: kellygardner@usdoj.gov
 9             (Via Zoom)

10

    ALSO PRESENT:  Sandra LeVert
11                 Laura Cassidy Tayloe

12

13   On behalf of the Defendant:

14        ROBBINS ALLOY BELINFANTE LITTLEFIELD, LLC
          500 14th Street, N.W.
15        Atlanta, Georgia 30318
          (404) 856-3255
16        BY:  MELANIE JOHNSON, ESQ.
               e-mail: mjohnson@robbinsfirm.com
17        BY:  DANIELLE HERNANDEZ, ESQ.
               e-mail: dhernandez@robbinsfirm.com
18             (Via Zoom)

19

    ALSO PRESENT:  Monica Patel
20

21

22   THE VIDEOGRAPHER:  Robert Pacheco

23

24                    -    -    -

25
```



DANTE MCKAY                                                    March 09, 2023
UNITED STATES vs STATE OF GEORGIA                                          4

```
 1                            I N D E X

 2

 3                  WITNESS: DANTE MCKAY

 4

 5      Examination                              Page

 6    BY MS. CHEVRIER                               7

 7

 8

 9                          EXHIBITS:

10      Plaintiff's
        (McKay)
11        Exhibit            Description          Page

12
      Exhibit 978        Website  screen  capture
13                       titled  Apex  3.0
                         Frequently  Asked
14                       Questions                 55

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                          EXHIBITS:

 2      Previously
         marked
 3      Plaintiff's
          Exhibit          Description              Page
 4

 5      Exhibit 870        E-mail:  dated
                           October 17th, 2019        80
 6
        Exhibit 965        Deposition Notice          12
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1   ATLANTA, GEORGIA; THURSDAY, MARCH 9, 2023
 2                   9:02 A.M.
 3
 4          P R O C E E D I N G S
 5
 6          THE VIDEOGRAPHER:  We are now on
 7   the video record.  Today's date is March
 8   the 9th, 2023.  The time is 9:02 a.m.
 9   Eastern Standard Time -- I'm sorry --
10   10:02 a.m. Eastern Standard Time.
11          This begins the video conference
12   deposition of Dante McKay in the matter
13   of The United States of America versus
14   the State of Georgia.
15          My name is Robert Pacheco.  I am
16   your remote videographer.  Your court
17   reporter today is going to be Ms. Tanya
18   Page.  Both are representing Esquire
19   Deposition Solutions.
20          Would counsel please introduce
21   yourselves and your affiliation and the
22   witness will be sworn in.
23          MS. CHEVRIER:  Claire Chevrier for
24   the United States.  I'm virtually here
25   with my colleagues Kelly Gardner, Frances
```



1          Cohen, Laura Tayloe and Sandra LeVert.

2               MS. JOHNSON:  Melanie Johnson for

3          the State of Georgia.  I am virtually

4          joined by my cocounsel Danielle

5          Hernandez, and Monica Patel, who is the

6          corporate representative for DBHDD.

7

8     Thereupon --

9                    DANTE MCKAY,

10    called as a witness, having been first duly sworn,

11    was examined and testified as follows:

12

13                    EXAMINATION

14    BY MS. CHEVRIER:

15        Q    Good morning.  For the record, I'd like

16    to reintroduce myself.  My name is Claire Chevrier

17    and I'm a trial attorney in the Educational

18    Opportunities section of the Civil Rights Division of

19    the United States Department of Justice.  I represent

20    the United States in this lawsuit and will be taking

21    your deposition today.

22               Can you please state and spell your name

23    for the record.

24        A    My name is Dante McKay.  D-A-N-T-E,

25    M-C-K-A-Y.



1        Q      Thank you.  I'm sure your attorney has

2    explained much of this to you, but we are basically

3    going to have a conversation today and I'm going to

4    ask you questions and it's your job to answer these

5    questions as honestly and completely as you can,

6    okay?

7        A      Okay.

8        Q      You were sworn to tell the truth by the

9    court reporter, and the oath you just took is the

10   same oath you would take if you were testifying in a

11   court of law and puts you under the same obligation

12   to tell the truth that you'd be under in court.

13              Do you understand?

14       A      Yes.

15       Q      My questions and your answers will be

16   recorded by the court reporter.  Please understand

17   that you will need to speak clearly and answer all of

18   your questions orally so that the court reporter can

19   capture your answers accurately.  For example, she

20   won't be able to record a nod or a head shake.  Okay?

21       A      Okay.

22       Q      If at any time the computer freezes or

23   there's a lag, please let us know if this is

24   affecting your ability to hear or answer questions,

25   okay?



1      A    Okay.

2      Q    The other thing that you and I will need

3  to avoid doing is talking over one another, which I

4  recognize is more difficult because we're

5  communicating virtually.  I will do my best not to

6  interrupt you when you're answering and I will ask

7  that you do your best to let me finish my questions

8  before starting to answer, okay?

9      A    Okay.

10     Q    If at any point you do not understand a

11  question, you should feel free to stop me and say so.

12  I will then try to clarify the question.  Okay?

13     A    Okay.

14     Q    Know that your attorney may occasionally

15  object to my questions.  This is to put their

16  objections and the issue on the record.  It does not

17  mean you shouldn't answer the question.  Unless

18  counsel tells you not to answer, you should go ahead

19  and do so.  Understand?

20     A    Yes.

21     Q    If you want to take a break for any

22  reason, that's totally fine.  I just ask that if

23  there is a question pending or if you're in the

24  middle of an answer, that you finish answering before

25  taking a break, okay?



```
1          A      Okay.

2          Q      Sometimes it happens that you will give

3    an answer as completely as you can and then later on,

4    maybe five minutes or maybe an hour later, you'll

5    remember some additional information in response to

6    that earlier question.  If that happens, please just

7    tell us that you would like to add something to what

8    you said earlier and you can do that, okay?

9          A      Okay.

10         Q      How are you feeling today?

11         A      Feeling good.

12         Q      Excellent.  Is there any reason why you

13   would not be able to answer my questions fully and

14   truthfully today?

15         A      No reasons.

16         Q      Excellent.  So, for example, you are not

17   taking any medication today that would inhibit your

18   ability to answer my questions?

19         A      No.

20         Q      Excellent.  Do you have any questions for

21   me before we proceed?

22         A      Not at this time.

23         Q      Sounds good.  There are a few acronyms

24   and definitions I'd like to go over to confirm that

25   we have at same understanding, okay?
```



1        A    Okay.

2        Q    When I refer to GaDOE, do you understand

3   that I mean Georgia Department of Education?

4        A    Yes.

5        Q    When I say GNETS or GNETS program, do you

6   understand that I mean the Georgia Network for

7   Educational and therapeutic support?

8        A    Yes.

9        Q    When I say regional GNETS program, do you

10  understand that I mean one of the 24 regional GNETS

11  programs across the state of Georgia?

12       A    Yes.

13       Q    When I say GNETS school-based location,

14  do you understand that I mean a GNETS location that

15  is based in a general education school?

16       A    Yes.

17       Q    When I say GNETS center or centers, do

18  you understand that I mean a standalone GNETS

19  location?

20       A    I do now.

21       Q    Sounds good.  When I say the State, do

22  you understand that I'm referring to the State of

23  Georgia?

24       A    Yes.

25       Q    And when I say CSB, do you understand



1   that I'm referring to the community service board?

2         A     Yes.

3               (Previously marked Plaintiff's

4         Exhibit No. 965 was identified for the

5         record.)

6   BY MS. CHEVRIER:

7         Q     Excellent.  I'd like to show you what was

8   previously marked as Plaintiff's Exhibit 965.

9         A     Okay.

10        Q     I'll give my colleague a minute to bring

11  it up.

12              Are you able to see this document?

13        A     Yes.

14        Q     And you should have the opportunity to

15  scroll and manipulate through it.  This is the

16  Deposition Notice filed with the Court that states

17  that the United States served a 30(b)(6) deposition

18  notice on March 1st, 2023 for testimony related to

19  the items included in Attachment A, correct?

20        A     Are you asking me?

21        Q     Yes.  I'm asking you to confirm that

22  that's the document that's up.

23        A     Oh, I don't know.  This is my first time

24  seeing this document.

25        Q     Can you confirm that on the top it says



1    Notice of 30(b)(6) Deposition?

2         A     Yes, I see that.

3         Q     Okay.  And so you have not seen this

4    notice before; is that correct?

5         A     Correct.

6         Q     Is it your understanding that you are

7    present today to provide testimony in response to the

8    topics listed in attachment A, specifically Topics 18

9    and 19?  And I can give you a moment to scroll to

10   that.  It's at the end of the document.

11        A     Okay.  I've reviewed 18 and 19.  Yes,

12   I -- that aligns to my understanding of my deposition

13   today.

14        Q     Excellent.  And what is the basis of your

15   knowledge for these topic areas?

16        A     I direct the Office of Children, Young

17   Adults and Families within the Behavioral Health

18   Division at DBHDD, and Apex is a program that we

19   fund, evaluate and monitor.

20        Q     And you've already answered this, but

21   again for the record, can you state specifically your

22   title at the State of Georgia?

23        A     I direct the Office of Children, Young

24   Adults and Families.

25        Q     So is your position the director?



```
 1         A     Yes.

 2         Q     And what are your job responsibilities in

 3    this role?

 4         A     To lead the office, to manage the staff

 5    at the office, to be liaison between the office and

 6    executive leadership and with community stakeholders,

 7    in a nutshell.  So plan, manage, monitor and fund

 8    behavioral health-related programming.

 9         Q     How long have you held this role?

10         A     Since February 16th, 2016.

11         Q     And who do you report to?

12         A     Currently, I report to Adrienne Johnson,

13    who is the interim director of the behavioral health

14    division.

15         Q     And who did you report to previously?

16         A     To Monica Johnson, who was director of

17    the behavioral health division.

18         Q     And who reports to you currently?

19         A     Are you asking for names or titles?

20         Q     If you could provide names and titles

21    starting with direct reports, that would be great.

22         A     Okay.  Dr. Stephanie -- gosh -- Pearson.

23    Dr. Stephanie Pearson, who is my clinical director.

24    She's a direct report.  Dr. Kristi Burk is a program

25    director who is a direct report.  Layla Fitzgerald is
```

1  a direct report.  Thandiwe Harris is a direct report.

2  Dr. Adell Flowers is a direct report.

3       Q     And what are the roles of Dr. Adell

4  Flowers?

5       A     I'm sorry.  She is my workforce

6  development director, and Thandiwe Harris is my

7  certified parent peer support coordinator.

8       Q     Excellent.  And what's Layla Fitzgerald's

9  position?

10      A     Program director.

11      Q     Thank you.  And then do you have any

12  category of indirect reports?

13      A     Can you explain the question?

14      Q     Sure.  Is there anybody that the

15  individuals you just listed as a direct report

16  have -- do they have people who report to them, in

17  which case you would be somewhat of an indirect

18  person that they report to?

19      A     Yes.  Each of those individuals have

20  people that report to them.  And so going back to

21  Dr. Pearson, Tony Simms, who is clinical manager,

22  reports to her and Ashley Wiggins, who is a clinical

23  specialist, reports to her.

24           Layla Fitzgerald, Danielle Alexander

25  reports to her, she is a program manager and



1    Ashuanni -- I'm blanking on her name, she's one of

2    our new hires.  Ashuanni Straw is a program

3    coordinator that reports to Layla Fitzgerald.

4             Nobody reports to Dr. Flowers.  Nobody

5    reports to Thandiwe Harris, and Dr. Burk has Brittany

6    Estrella, who is a program coordinator reporting to

7    her.

8        Q    Thank you.  How does your current role

9    relate to the questions you are here to provide

10   testimony about today?

11       A    Well, as the office director, I approved

12   this program and receive reports on performance to

13   this program and had a role in procurement that led

14   to the providers selected for this program.  And --

15       Q    Did you receive -- sorry, go ahead.  I

16   didn't mean to cut you off.

17       A    And I have been involved in -- as part of

18   the procurement processes, these are -- I don't

19   remember which because we had a few different

20   procurements as it relates to Apex, but typically

21   there is either a -- a Q&A session -- there's a

22   different title, but essentially it's a Q&A session

23   that interested vendors participate in.  And

24   sometimes that can be in-person, slash, virtual or it

25   can be through written Q&A.  And I would have had



1    some role in those.

2         Q     Thank you.  Did you receive any

3    information from anyone other than counsel that you

4    will be relying on to respond to these -- to

5    questions about these topics today?

6         A     No.

7         Q     What is your highest level of education?

8         A     I have a law degree and I have a Master's

9    in Public Administration.

10         Q     And where is your law degree from?

11         A     Southern University Law Center in Baton

12    Rouge, Louisiana.

13         Q     And what's the date of your JD?

14         A     That would have been May 2007 --

15         Q     And where is your Master's in Public

16    Administration from?

17         A     The City University of New York Baruch

18    College.

19         Q     And what is the date that you received

20    that degree?

21         A     I think June of 2011.  Oh --

22         Q     And how does your -- sorry.

23         A     -- excuse me.  July 2011.

24         Q     How does your education background relate

25    to your current role?



1        A      Well, working in -- I guess I probably
2   use more of my MBA than my JD in this particular
3   role, because it was public administration and I'm
4   working for -- as a public administrator for the
5   State of Georgia.
6        Q      And what is the GNETS program?
7        A      My best understanding of GNETS --
8               MS. JOHNSON:  Go ahead.
9               THE WITNESS:  -- is that it is a
10       network of schools operated by GaDOE.
11  BY MS. CHEVRIER:
12       Q      Have you read any court filings in
13  connection with this lawsuit?
14       A      Can you clarify that question?
15       Q      Sure.
16       A      Do you mean anything beyond what I've
17  seen in depositions or in preparing for depositions?
18       Q      Sure, so I'm asking specifically now
19  about court filings, so any documents that were filed
20  actually with the court.  So, for example, deposition
21  notices, the initial complaint, any motions, et
22  cetera.
23       A      Yes, along the way I think I have.
24       Q      And what documents do you believe you
25  reviewed?



1      A      The things that you have named to whether
2   it was motions or things that the Department of
3   Justice submitted in terms of the case that you were
4   bringing, questions that you were asking, the request
5   for documents, and had a role in producing documents,
6   and --
7      Q      And -- go ahead.
8      A      And giving a deposition.  So today would
9   be my second deposition.
10     Q      And did you read the initial complaint
11  that started this lawsuit?
12     A      I'm not sure.
13     Q      And am I correct that you are being
14  represented by Melanie Johnson from the Robbins firm
15  for this deposition today?
16     A      Yes, that's correct.
17     Q      Did you talk to anyone to prepare for
18  this deposition today?
19     A      No.
20     Q      You did not talk to Melanie Johnson to
21  prepare for this deposition today?
22     A      No.
23     Q      And you didn't talk to anybody else from
24  the Robbins firm?
25     A      No.



1       Q       Did you --

2       A       Not today.  Not for today's deposition,

3  no.

4       Q       Did you do anything else to prepare for

5  today's deposition?

6       A       No.  I believe my legal director, Monica

7  Patel, who is represented here today, shared two

8  questions.  I read the questions and coordinated to

9  be here today.  That was the extent of preparation,

10 either in getting familiar with the information.  I

11 came today relying on memory and what I knew about

12 the program and coordinating schedules.

13      Q       And can we state for the record, did you

14 say it's Monica Patel who's joining us on this Zoom;

15 is that correct?

16      A       Yes.

17      Q       Is there anybody else, to your knowledge,

18 that's on this Zoom other than the counsel that we

19 listed at the beginning?

20      A       No.

21      Q       And if you did not communicate with

22 counsel regarding this deposition, how did you learn

23 that you were going to be providing testimony for

24 this deposition?

25      A       Through Monica Patel.



```
 1          Q      Did you read any deposition transcripts
 2    in this litigation prior to joining today?
 3          A      Not for today, no.
 4          Q      Did you read any deposition transcripts
 5    prior for any other reason?
 6          A      I don't think so.  The only thing I've
 7    read, as I mentioned, is, prior to my last
 8    deposition, the -- I guess, the filings and the
 9    things that we submitted and the questions, but no
10    transcripts of testimony.  I have not reviewed that.
11    So I'll clarify, no.  The answer is no.
12          Q      Did you talk with anyone else about their
13    experience being a deponent for a deposition in this
14    case?
15          A      No.
16          Q      So you did not speak with Monica Johnson
17    about her deposition?
18          A      I did not.
19          Q      Did you talk with anyone else about the
20    fact that you were going to be deposed today?
21          A      Yes.  I mentioned in passing that I would
22    be unavailable.  The request came late.  I'm a very
23    busy guy.  My days are spent with meetings and so I
24    had to make adjustments to my calendar today.  And
25    so, yes, I cancelled several meetings and the
```



```
 1    explanation that I gave is that I needed to be
 2    available for the Department of Justice.
 3         Q     And outside of sharing about scheduling,
 4    did you share anything else about this deposition
 5    with someone today -- before today?
 6         A     No, I did not.
 7         Q     And so you didn't share anything about
 8    this deposition with someone today, outside of
 9    scheduling?
10         A     No, I did not.
11         Q     And did you review any other documents
12    other than court filings to prepare for your
13    deposition today?
14         A     No, I did not.
15         Q     I understand that you have been deposed
16    before.  How many times have you been deposed?
17         A     This makes the second time.
18         Q     And so the first time was also for this
19    current lawsuit?
20         A     Yes.
21         Q     Have you ever been a plaintiff in a
22    lawsuit?
23         A     Maybe a car accident.
24         Q     Any other times?
25         A     No.
```



1       Q      Have you ever been a defendant in a

2    lawsuit?

3       A      No.

4       Q      Switching gears.  Am I correct to assume

5    that you are familiar with the Georgia Department of

6    Behavioral Health and Developmental disabilities or

7    DBHDD?

8       A      Yes.

9       Q      What is the Georgia Department of

10   Behavioral Health and Developmental Disabilities or

11   DBHDD?

12      A      It is the public behavioral health

13   authority for the State of Georgia.

14      Q      In your role, have you communicated with

15   GaDOE employees?

16      A      Yes.

17      Q      What was the subject of these

18   discussions?

19      A      I can't say specifically.  I communicate

20   with GaDOE employees on a regular basis.

21      Q      Did the subject of these discussions ever

22   include the provision of mental health services to

23   public school students?

24      A      Maybe -- can I say yes, broadly.

25      Q      Have you ever discussed the Apex program



1  with somebody from GaDOE?

2      A    Yes, broadly and specifically.

3      Q    Have you ever discussed trauma-informed

4  care with someone from GaDOE?

5           MS. JOHNSON:  Object to form.

6      Outside the scope of the topic.

7           But you can answer.

8           THE WITNESS:  I do not remember

9      specifically.

10  BY MS. CHEVRIER:

11     Q    Have you ever discussed mental health

12  first aid with someone from GaDOE?

13          MS. JOHNSON:  Same objection.

14          You can answer.

15          THE WITNESS:  More than likely.

16  BY MS. CHEVRIER:

17     Q    Have you ever discussed Project Aware

18  with someone from GaDOE?

19          MS. JOHNSON:  Same objection.

20          You can answer.

21          THE WITNESS:  Yes.

22  BY MS. CHEVRIER:

23     Q    Have you ever discussed other mental

24  health programs or services with someone from GaDOE?

25          MS. JOHNSON:  Same objection.



1              You can answer.

2              THE WITNESS:  Yes, more than

3         likely.

4    BY MS. CHEVRIER:

5         Q    And have you ever discussed the GNETS

6    program with someone from GaDOE?

7         A    Yes.

8         Q    And what was the nature of discussions

9    related to the GNETS program when you spoke with

10   somebody from GaDOE?

11             MS. JOHNSON:  Object to form.

12        Outside the scope of the topic.

13             You can answer.

14             THE WITNESS:  I don't recall

15        specifically, but, to public behavioral

16        health, it relates to all of the

17        child-serving agencies.  So there are

18        regular conversations with peers, direct

19        reports to peers, indirect reports to

20        peers, across child-serving agencies.

21   BY MS. CHEVRIER:

22        Q    Are you aware of any discussions related

23   to the provision of mental health services in

24   regional GNETS programs with GaDOE?

25             MS. JOHNSON:  Object to form.



1          Outside the scope of the topic.

2               You can answer.

3               THE WITNESS:  I don't recall.

4    BY MS. CHEVRIER:

5          Q     Has the collaboration with GaDOE changed

6    over time?

7          A     Yes.

8               MS. JOHNSON:  Object to form and

9          outside the scope of the topic.

10              You can answer.

11              THE WITNESS:  Yes.

12   BY MS. CHEVRIER:

13         Q     How so?

14         A     Well, the people have changed over time.

15   Our relationship formally has changed, as there are

16   two current team members that share time with GaDOE,

17   one being Layla Fitzgerald, who is -- participates in

18   their Office of Whole Child and Support, and Danielle

19   Alexander, who serves as the mental health expert on

20   a current Project Aware grant.

21         Q     Can you describe what that looks like,

22   when you said that they share time with GaDOE?

23              MS. JOHNSON:  Object to form.

24              You can answer.

25              THE WITNESS:  Essentially, the



1          department, DBHDD, pays their salary and

2          GaDOE reimburses some percentage of their

3          time to dedicate and share information

4          and help to build resources for GaDOE.

5    BY MS. CHEVRIER:

6          Q    And do you have a sense of what

7    percentage of their time they spend with GaDOE?

8               MS. JOHNSON:  Object to form.

9               You can answer.

10              THE WITNESS:  I think it's

11         50 percent, is the goal.

12   BY MS. CHEVRIER:

13         Q    And when did these changes occur that

14   fits -- that a filled position now exists?

15              MS. JOHNSON:  Object to form.

16              You can answer.

17              THE WITNESS:  I don't recall

18         exactly, but for Layla Fitzgerald it's

19         been a couple of years.  And for Danielle

20         Alexander, I think her role started in

21         February of '21, maybe.

22   BY MS. CHEVRIER:

23         Q    And has there been any additional

24   collaboration with GaDOE since January of 2022?

25              MS. JOHNSON:  Object to form.



1          Outside the scope of the topic.

2               You can answer.

3               THE WITNESS:  If you're asking

4          specifically for me, no, it's been pretty

5          consistent.  But I'm not in the weeds of

6          the day-to-day of my employees in terms

7          of the work that they're doing for GaDOE.

8          I have -- I receive general updates, but

9          I don't know how our relationship has

10         changed based upon the work that they're

11         doing.

12    BY MS. CHEVRIER:

13         Q     Is it fair to say that since January 2022

14    you're not aware of any change in the collaboration

15    between GaDOE and DBHDD?

16              MS. JOHNSON:  Object to form.

17         Outside the scope of the topic.

18              You can answer.

19              THE WITNESS:  No, I wouldn't agree

20         with that.  I think the relationship is

21         different.  Before, it was more

22         information sharing, informal, and I

23         think it is more formal since those roles

24         have been established.

25



```
 1   BY MS. CHEVRIER:
 2        Q    Is it important that DBHDD and GaDOE
 3   coordinate with respect to addressing the mental
 4   health needs of students in Georgia?
 5             MS. JOHNSON:  Object to form.
 6        Outside the scope of the topic.
 7             You can answer.
 8             THE WITNESS:  Yes.
 9   BY MS. CHEVRIER:
10        Q    Why is that?
11             MS. JOHNSON:  Same objection.
12             You can answer.
13             THE WITNESS:  I think it's
14        important for all child-serving agencies
15        to coordinate as to the behavioral health
16        needs of Georgia's children.  Each is
17        charged with very specific
18        responsibilities, in some cases those
19        responsibilities overlap, and it's
20        important for us to raise system of care
21        approach to coordinate, to plan for the
22        services of Georgia's children and
23        families.
24   BY MS. CHEVRIER:
25        Q    Based on your communications with GaDOE,
```



1  do you believe it's -- do you believe this is a

2  priority for GaDOE?

3           MS. JOHNSON:  Object to form.

4      Outside scope of the topic and improper

5      opinion question.

6           But you can answer.

7           THE WITNESS:  I -- can you clarify

8      the question, when you said this?

9  BY MS. CHEVRIER:

10     Q    Sure.  The question before that I asked

11 was is it important that DBHDD and GaDOE coordinate

12 with respect to addressing mental health needs of

13 students.  And now I'm asking whether, based on your

14 communications with GaDOE, you believe that this

15 collaboration to address the mental health needs of

16 students is a priority for GaDOE?

17          MS. JOHNSON:  Same objection.

18          You can answer.

19          THE WITNESS:  I think the -- for

20     the Office of Whole Child Health and

21     Support, it is, and that is the office

22     that we have had our coordination.

23 BY MS. CHEVRIER:

24     Q    And what specifically does the office of

25 whole child support contribute toward these



 1   collaborative efforts with DBHDD?

 2              MS. JOHNSON:  Object to form.

 3        Outside the scope of the topic.

 4              You can answer.

 5              THE WITNESS:  Well, that is the

 6        office where my team members sit and that

 7        is the office that -- I mean, they're

 8        going through, from my understanding, a

 9        reorganization -- but the work that

10        aligns between the two agencies as it

11        relates to mental health is -- in my

12        belief is -- that's the office where it

13        sits.

14   BY MS. CHEVRIER:

15        Q    Is it important that students are able to

16   access appropriate mental health services in their

17   schools and communities?

18              MS. JOHNSON:  Object to form.

19        Outside the scope of the topic and

20        opinion question.

21              But you can answer.

22              THE WITNESS:  In my opinion, yes.

23   BY MS. CHEVRIER:

24        Q    And why is that?

25              MS. JOHNSON:  Same objection.



1              You can answer.

2              THE WITNESS:  Because that is where

3         students spend the majority of their

4         time.

5    BY MS. CHEVRIER:

6         Q     How specifically does having access to

7    appropriate mental health services in their schools

8    and communities help students?

9              MS. JOHNSON:  Same objection.

10             You can answer.

11             THE WITNESS:  Well, each student

12        needs are different.  Some need just

13        general, I think, education.  Some may

14        need a little bit more.  Some may need

15        regular therapy, or their family, or some

16        combination.  And having a professional

17        embedded within the setting of which they

18        spend the most time eliminates access

19        barriers to care.

20             If those professionals -- there's a

21        payor component to that, in the public

22        system.  And so if those students are --

23        covered lives of the payors that are in

24        those schools, then that eliminates the

25        access barrier between that covered life



DANTE MCKAY                                                    March 09, 2023
UNITED STATES vs STATE OF GEORGIA                                          33

1               and that payor that covered that life.

2                       If they're -- if the payor does

3          not -- is not -- does not approve

4          school-based services, having a

5          professional there in case of a crisis to

6          respond and stabilize also increases

7          access.  But, in those scenarios,

8          long-term services, of course, would not

9          be available because it was not a part of

10         the -- I guess, the benefit plan of a

11         particular payor.

12    BY MS. CHEVRIER:

13         Q     What is the Apex program?

14         A     Apex is a school-based mental health

15    program.

16         Q     When was it created?

17         A     Sometime in 2015.  It predates my tenure

18    at the department.

19         Q     And what is the purpose of the Apex

20    program?

21         A     To increase access to services for

22    students that are uninsured, have instance of

23    Medicaid or Managed Care Medicaid, to essentially

24    eliminate barriers by being in place.  One of the

25    goals is early detection.  So by being in place, as



 1  those needs arise, the provider is there to offer

 2  services.

 3          And to create relationships between local

 4  community providers.  The department, DBHDD, does not

 5  provide direct services to children, 100 percent of

 6  the services are contracted out.  So to encourage and

 7  nurture and support relationships between those

 8  approved community providers and schools and school

 9  districts.

10      Q    I think you've addressed this question

11  already, but I'm going to give you the opportunity to

12  answer it in case there's anything you want to add.

13          What needs does the Apex program address?

14          Oh, I can no longer hear you.

15          THE REPORTER:  I can't hear him.

16          THE WITNESS:  Can you hear me?

17          MS. CHEVRIER:  Oh, yes.

18          THE WITNESS:  Okay.  Something

19     happened with my Bluetooth.  Can you hear

20     me?

21          MS. CHEVRIER:  Yes.

22          THE WITNESS:  Okay.  Can you

23     restate the question?  I'm sorry.

24  BY MS. CHEVRIER:

25      Q    Sure.  I know that you've already touched



1  on this, but I want to make sure you have the

2  opportunity to answer this question specifically.

3           What needs does the Apex program -- what

4  needs does the Apex program intend to address?

5      A     Generally speaking, mental health

6  services and support for students.  So we think

7  about -- we think about Apex as a three-tiered model,

8  Tier 1 is universal prevention, Tier 2 is like a

9  middle tier.  It's kind of an at-risk tier.  Students

10  who may be in that tier may not have a diagnosis.

11  And then Tier 3, which is the identified tier, which

12  students have a diagnosis and require some ongoing

13  support, like individual counseling or family

14  counseling or group counseling.

15           And then also included in Tier 3 would be

16  crisis services.  So if a child goes into crisis

17  within a school setting or if an embedded provider

18  is -- may not be in that school but may be across the

19  street at another school, our funds allow them to

20  respond and stabilize that crisis, regardless of

21  payor.  But if their provider is not approved by the

22  insurance company, then they would need to refer that

23  student to their medical home.  So their pediatrician

24  or where they receive outpatient services.

25

```
 1  BY MS. CHEVRIER:

 2      Q    Is DBHDD the state agency with primary

 3  responsibility over the Apex program?

 4           MS. JOHNSON:  Object to form.

 5           THE WITNESS:  Yes.

 6           MS. JOHNSON:  You can answer.

 7           THE WITNESS:  Yes.

 8  BY MS. CHEVRIER:

 9      Q    How does the Apex program work?  If you

10  could describe how these services and supports get in

11  schools.

12      A    The department released procurement,

13  either a request for proposal or a statement of need,

14  to DBHDD-approved providers.  Those providers

15  submitted proposals.  There were teams of individuals

16  that reviewed the core of those proposals based upon

17  some criteria and funding that was available.  As a

18  part of that requirement, provider agencies were

19  required to include letters of support from school,

20  district superintendent.  And the plan for schools

21  that they were asking for funds for, against a formal

22  procurement process is -- and in scoring, is how the

23  providers that are part of Apex were selected.

24           And the school district as the provider

25  determined the school that the provider agencies
```



1   would embed their employees.  Those employees are,

2   you know, available in the schools some period of

3   time.  It just depends on the district.  They could

4   be there every day, all day, they could be there one

5   day per week.  It just varies across the state.

6           And during that time they are seeing

7   students individually or -- you know, the same format

8   they would have if they were in an outpatient clinic.

9   They would -- some of them have space, for instance,

10  for providers to have a dedicated space in schools to

11  see students.  But not all do, but most do.

12          So they'll have a case load of students

13  that are referred by, most times, a counselor or a

14  social worker and they see them for some period of

15  time, until goals are met or if it's ongoing.  I

16  mean, it looks different.

17      Q    When you first started answering this

18  question, you said the department releases

19  procurement.  By department, did you mean DBHDD?

20      A    Yes, correct.

21      Q    And what are the types of services and

22  supports that are provided through the Apex program?

23      A    Behavioral health assessment.  I don't

24  know them all.  I mean, just generally speaking,

25  behavioral health assessment, individual counseling,



1   group counseling, family counseling, community

2   support, which is a skill-building component, general

3   kind of mental health wellness and promotion.  So

4   being available for in-service or student assembly.

5   Those sorts of things.

6        Q     Is it fair to say that the Apex program

7   involves a partnership between a community service

8   board and a school?

9        A     It's broader than that.  So embedded in

10  the question, yes, but Apex also includes non-CSB

11  providers.

12       Q     What is a community service board?

13       A     My understanding is it's an

14  instrumentality of the state.  The --

15       Q     I'm sorry.  Go ahead.

16       A     I'm sorry.  They are quasi governmental

17  behavioral health providers for the department.  They

18  are our safety net.  Our Tier 1 providers, which make

19  up our safety net.

20       Q     And what are the other non-CSB providers

21  with which Apex programs partner?

22       A     I don't know them all offhand, but I

23  think there are maybe ten or so, all around the

24  state.

25       Q     Do you have any examples?



 1        A      Sure.  So Care Partners would be one.
 2   Family Ties, CHRIS 180, Georgia Hope, Vashti, Tanner
 3   Medical -- I think -- Academy, or Family Empowerment,
 4   Social Empowerment.
 5              I wasn't counting.  I don't know if
 6   anybody was.
 7        Q      Sounds --
 8        A      Okay.
 9        Q      And those are programs that the Apex
10   program sometimes partners with depending regionally;
11   is that fair to say?
12        A      The providers would have also
13   submitted -- responded to the procurement, whether it
14   was a statement of need or RFQ, submit a proposal,
15   met all the requirements of the procurement and
16   scored well and were selected.  But once they were
17   selected to be an Apex provider, we continue to work
18   with them as Apex providers, you know, as long as
19   funding is available within the budget.
20        Q      Where are Apex services provided?
21        A      All over the state.  I -- specifically,
22   I -- that's my best answer.  All over the state.  So
23   not every district or school has an Apex.  Last
24   count, maybe a little over 700 of the 2,200 schools
25   within the state.



1      Q    Are you familiar with the term

2   school-based mental health?

3      A    Yes.

4      Q    Does this term refer to the provision of

5   mental health services by community clinicians?

6      A    That's one approach, yes.

7      Q    Can this term also refer to the provision

8   of mental health services by such community

9   clinicians in a student's zoned schools?

10          MS. JOHNSON:  Object to form.

11          You can answer.

12          THE WITNESS:  I'm not sure if I'm

13      following the question.

14   BY MS. CHEVRIER:

15      Q    Sure.  So I believe you just testified

16   that school-based mental health services can include

17   the provision of mental health services by a

18   community clinician, correct?

19      A    Yes.

20      Q    And so now I'm asking whether it can

21   include services by a community clinician

22   specifically in a student's zoned school?

23          MS. JOHNSON:  Object to form.

24          You can answer.

25          THE WITNESS:  Are you saying known



 1         school or zoned school?

 2    BY MS. CHEVRIER:

 3         Q    Sorry.  That would be helpful to clarify.

 4              Zoned school, with a Z like zebra.

 5         A    I don't know if I know the answer to

 6    that.  It doesn't seem like this question differs

 7    from your last question, but the zoning is throwing

 8    me off.  So I'm not sure of the answer to that.

 9         Q    Sure.  So we'll remove the word zoned.

10    Basically my -- initially the question that I asked

11    previously is can students receive mental health

12    services by community clinicians.

13              Now I'm curious, can those services be

14    provided in their school?

15              MS. JOHNSON:  Object to form.

16              THE WITNESS:  Yes.

17              MS. JOHNSON:  You can answer.

18              THE WITNESS:  Yes.

19    BY MS. CHEVRIER:

20         Q    And what I mean by zoned schools

21    specifically is, you know, a child's neighborhood

22    school.

23              Is it possible that at a child's

24    neighborhood school they could receive mental health

25    services by a community clinician?



```
1              MS. JOHNSON:  Object to form.
2              You can answer.
3              THE WITNESS:  Yes.  That's
4        possible.
5    BY MS. CHEVRIER:
6        Q    And would that be a part of the general
7    term, school-based mental health services?
8              MS. JOHNSON:  Object to form.
9              You can answer.
10             THE WITNESS:  Yes.  Yes.
11   BY MS. CHEVRIER:
12       Q    And can school-based mental health
13   services also include the provision of mental health
14   services by community clinicians in a school that
15   serves general education students as well as students
16   with disabilities?
17       A    Yes.
18       Q    What type of commitment is required of
19   school leadership to participate in the Apex program
20   partnership?
21             MS. JOHNSON:  Object to form.
22        Outside the scope of the question.
23             But you can answer.
24             THE WITNESS:  Are you asking as
25        required by DBHDD?
```



```
 1    BY MS. CHEVRIER:
 2         Q     Yes.
 3         A     Can you restate the question?
 4         Q     Sure.  What type of commitment is
 5    required of school leadership to participate in the
 6    Apex program partnership?
 7               MS. JOHNSON:  Same objection.
 8               You can answer.
 9               THE WITNESS:  There's no specific
10         requirement, but we do -- lessons have
11         taught us that -- in the opinion of --
12         school-based mental health services have
13         shifted, especially because of COVID-19.
14               There -- the State was not as
15         prevalent as it was early on in the
16         tenure of this program.  But early on we
17         learned that when there was a champion
18         within the school district, at the
19         district level, that helped with the
20         uptake or the program being able to
21         thrive.
22               When there was no champion of
23         leadership, then sometimes school
24         district executives didn't know that an
25         Apex program was in their district or
```



1        what it was achieving or trying to

2        achieve, therefore, those programs didn't

3        perform as well.  And so, somewhere along

4        the way, we required letters of support

5        from the superintendent or his or her

6        designee.  Beyond that, we don't have any

7        specific requirements.

8    BY MS. CHEVRIER:

9        Q     Are you aware of any requirements for

10   commitment required of school leadership to

11   participate in an Apex program outside of what DBHDD

12   requests and that you just described?

13             MS. JOHNSON:  Object to form.

14        Outside the scope of the topic.

15             But you can answer.

16             THE WITNESS:  No.  No, I am not.

17   BY MS. CHEVRIER:

18        Q     And what do the CSBs contribute with this

19   partnership?

20             MS. JOHNSON:  Same objection.

21             You can answer.

22             THE WITNESS:  They receive funding

23        on a contract from DBHDD and, under that

24        contract, they hire staff and then those

25        staff are embedded within school



1      settings.

2   BY MS. CHEVRIER:

3      Q    Are schools expected to help identify

4   students who might be appropriate for Apex services?

5              MS. JOHNSON:  Same objection.

6              You can answer.

7              THE WITNESS:  Yes -- I'm -- I'm --

8         the word expected, I'm hung up by that --

9         but I think the general answer to the

10        question is yes.  And to clarify, if

11        the -- the therapists are there embedded

12        in schools, and students would not know

13        that they were there unless there was a

14        referral for services.

15             Sometimes the best -- I guess --

16        observers of the need for services could

17        be a teacher, could be a coach or, you

18        know -- or, you know, a librarian or

19        someone in the lunchroom.  Somehow, some

20        way, they make a recommendation to a

21        counselor or a school social worker, who

22        then makes a referral to the Apex

23        therapist.

24             But expectation, I don't know if I

25        agree with the word, but, yes, this only



1          works if the school is a partner in

2          making the referral -- or works better, I

3          would say, when the school is a partner

4          in making the referral.

5     BY MS. CHEVRIER:

6          Q     Is Apex an effective program?

7                MS. JOHNSON:  Object to form.

8          Outside the scope of the topic.

9                You can answer.

10               THE WITNESS:  We believe so, yes.

11    BY MS. CHEVRIER:

12         Q     And by we, is that the people at DBHDD?

13         A     Yes.

14         Q     Does it help children to have access to

15    mental health services in their schools and

16    communities?

17               MS. JOHNSON:  Same objection.

18               You can answer.

19               THE WITNESS:  Yes.

20    BY MS. CHEVRIER:

21         Q     How do you know this?

22               MS. JOHNSON:  Same objection.

23               You can answer.

24               THE WITNESS:  Because of the data

25         that we review of the number of schools



```
 1           served and the number of children served

 2           and the services that they are receiving.

 3    BY MS. CHEVRIER:

 4           Q     Is there an annual evaluation of the Apex

 5    program?

 6                 MS. JOHNSON:  Object to form.

 7                 You can answer.

 8                 THE WITNESS:  Yes.

 9    BY MS. CHEVRIER:

10           Q     Are there any other evaluations of the

11    Apex program that occur throughout the year outside

12    of this annual evaluation?

13                 MS. JOHNSON:  Object to form.

14                 You can answer.

15                 THE WITNESS:  There's monthly data

16           that's tracked.

17    BY MS. CHEVRIER:

18           Q     Is the monthly data put into any sort of

19    monthly report or is it just available data to

20    review?

21           A     I don't know the answer to that.  Our

22    evaluation team has changed and our frequency has

23    changed and I haven't kept up with some of those

24    changes.  There have been times where, yes, we

25    receive monthly data and then there were times where
```



1  we moved to a dashboard where we were required --
2  excuse me -- to log in.  I think we may have moved
3  back to some form of monthly reporting, but not as
4  extensive as what is published annually.
5        Q    How does the Apex program fund the
6  provision of school-based mental health services in
7  Georgia schools?
8             MS. JOHNSON:  Object to form.
9        Outside the scope of the topic.
10             You can answer.
11             THE WITNESS:  Can you repeat the
12        question?
13  BY MS. CHEVRIER:
14        Q    Sure.  How does the Apex program fund the
15  provision of school-based mental health services in
16  Georgia schools?
17             MS. JOHNSON:  Same objection.
18             THE WITNESS:  Well, DBHDD receives
19        funding in our Child and Adolescents
20        budget.  That funding is passed along,
21        through contract, to approved providers.
22        And those providers submit budgets
23        supporting the programs that they plan to
24        operate.  And most of it may be for
25        personnel, could be for transportation,



1    it could be for materials, those sorts of

2    things.

3            And then those providers -- and

4    it's for a portion of time, is what the

5    department funding supports.  Earlier, I

6    stated that payor is important to this.

7    Commercial insurance does not recognize

8    school-based programs.  And so, by the

9    department funding some portion of time

10   for a provider to be in a school to

11   respond to a crisis, if not for our

12   funding, that provider may not be in

13   schools if the majority of the covered

14   lives in that school were commercially

15   insured.  But we do require our providers

16   to bill.

17           And so this is a program that's

18   focused on public sector.  So Medicaid,

19   traditional managed care or uninsured,

20   and not necessarily commercial insurance.

21   So, to clarify, there are things that we

22   fund, including a portion of personnel,

23   and then providers bill Medicaid for the

24   remainder.  And so those students would

25   have to be Medicaid covered lives.



1    BY MS. CHEVRIER:

2        Q    I believe when you started answering this

3    question you mentioned a Child Adolescent budget.

4    Where did that money come from?

5            MS. JOHNSON:  Objection.  Outside

6        the scope of the topic.

7            But you can answer.

8            THE WITNESS:  I'm not sure exactly.

9        I guess the General Assembly or the

10       General Fund.

11   BY MS. CHEVRIER:

12       Q    What is the target population for the

13   Apex program?

14           MS. JOHNSON:  Same objection.

15           You can answer.

16           THE WITNESS:  School-aged children

17       that receive public insurance or who are

18       uninsured, or in some cases underinsured,

19       that align with the State's Medicaid

20       plan.  So ages -- starting at age four

21       through graduation of high school.

22   BY MS. CHEVRIER:

23       Q    Does the target population of the Apex

24   program include students with severe emotional and

25   behavioral disability?



1           MS. JOHNSON:  Same objection.

2           You can answer.

3           THE WITNESS:  Yes.

4    BY MS. CHEVRIER:

5       Q    Is there an expectation that Apex can

6    help students who are at risk of going to GNETS or

7    might otherwise be sent to GNETS?

8           MS. JOHNSON:  Object to form.

9        Outside the scope of the topic.

10          You can answer.

11          THE WITNESS:  It depends on the

12       location of the GNETS program.

13   BY MS. CHEVRIER:

14      Q    Can you explain what you mean by that?

15      A    Apex is a three-tiered model.  It serves

16   all three tiers, so prevention, middle tier and Tier

17   3, which is the identified tier.  And if a GNETS

18   program is embedded in a school that Apex is the --

19   providing services, that program will be eligible for

20   services like any other student, because Apex -- the

21   goal of Apex is to be available and apply services to

22   all three tiers.

23          Ideally, if -- through universal

24   prevention, that may reduce the number of students

25   that have unmet needs in Tiers 2 and 3, and then vice



1   versa.  So if the offset is the behavior in Tier 2,

2   therapist is available, intervenes, then that may be

3   an acuity curve that, you know, prevents that student

4   from having more need in Tier 3.  And so, ideally,

5   the three tiers work together.

6        Q    So I want to just clarify the question.

7             The question was, is there an expectation

8   of Apex -- that the Apex program can help students

9   who are at risk of going to GNETS, so a student who

10  has not yet been sent for a consultation for GNETS,

11  but whose behaviors and emotional and behavioral

12  disability might put them at risk of being sent to

13  GNETS?  So let me reask the question.

14            Is there an expectation that Apex can

15  help students who are at risk of going to GNETS?

16            MS. JOHNSON:  Object to form.

17        Outside the scope of the topic.

18            You can answer.

19            THE WITNESS:  I think I would need

20        to know better your definition of

21        at-risk.  Because I don't know what

22        places a student at risk of being sent to

23        a GNETS.

24  BY MS. CHEVRIER:

25        Q    Let me ask this a different way.



DANTE MCKAY                                      March 09, 2023
UNITED STATES vs STATE OF GEORGIA                            53

1                You just testified that -- you just

2      testified that students who are receiving Tier 2

3      services, based on their receipt of those Tier 2

4      services through the Apex program, it might decrease

5      their need to require Tier 3 services later; is that

6      fair to say?

7          A    Yes.

8          Q    Specifically, students who are at risk of

9      being sent to the GNETS students [sic] are students

10     with severe disruptive behaviors.

11               Is it possible that the Apex program can

12     provide student support services and school-based

13     mental health in a way that decreases severe

14     disruptive behaviors?

15               MS. JOHNSON:  Same objection.

16               You can answer.

17               THE WITNESS:  It is possible, yes,

18          based upon maybe what the diagnosis is.

19     BY MS. CHEVRIER:

20          Q    Is it fair to say that one of the goals

21     or expectations of the Apex program is that it could

22     serve students with severe disruptive behaviors in a

23     way that would decrease those severe disruptive

24     behaviors?

25               MS. JOHNSON:  Same objection.



1              You can answer.

2              THE WITNESS:  If those behaviors

3         have -- are mental health in nature.

4         Apex --

5    BY MS. CHEVRIER:

6         Q    So is it fair to say -- sorry.  Go ahead.

7         A    Apex is a school-based mental health

8    program.  And severe emotional disturbance or severe

9    mental illness.  I'm not a clinician, but the

10   parameters of Apex are mental health.  And if what

11   I -- in my thoughts about GNETS, those kids that are

12   sent to GNETS, their behaviors may fall outside of

13   those that are mental health in nature.  And so then

14   that would complicate their ability to benefit from

15   an Apex program model.

16        Q    More generally, if Apex services were

17   available for all students exhibiting severe

18   behavioral issues, and those services were provided

19   with fidelity and by appropriately trained personnel,

20   would you expect referrals to GNETS to decline?

21             MS. JOHNSON:  Same objection.

22             THE WITNESS:  I'm unsure of the

23        answer to that.

24   BY MS. CHEVRIER:

25        Q    Sure.



1        A     Possibly, if the behavior was mental
2   health in nature.
3        Q     If Apex services were available for all
4   students exhibiting severe behavioral issues, and we
5   can assume that at least some of those severe
6   behavioral issues had bases in mental health, would
7   you expect that those severe behavioral issues could
8   decrease with Apex services?
9             MS. JOHNSON:  Same objection.
10            THE WITNESS:  It is possible.
11            MS. CHEVRIER:  I'd like the court
12        reporter -- I'd like to show what is
13        being marked as Plaintiff's Exhibit 978.
14            (Plaintiff's (McKay) Deposition
15        Exhibit No. 978 was marked for the
16        record.)
17   BY MS. CHEVRIER:
18        Q     We'll give my colleague a moment to bring
19   it up.  This is a screen capture of a website titled
20   Apex 3.0 Frequently Asked Questions, correct?
21        A     Yes.
22        Q     And I'll indicate for the record that,
23   because it's a screen capture, the document shows the
24   time stamp of the capture at the bottom of the page
25   and if information is cut off by this text, the text



1    is reproduced on the next page.

2              Do you recognize this website?

3         A    It looks like the DBHDD's website.

4         Q    Are these FAQs directed at Apex 3.0?

5         A    This FAQ was specific to Apex 3.0, yes.

6    Apex 3.0 is aligned to the funding source that

7    supported the contracts of the providers selected

8    under 3.0.

9         Q    You mentioned that --

10        A    So --

11        Q    Sorry.  Go ahead.

12        A    I was going to say, it's been a long time

13   since I've seen this.  But in my just quick review of

14   this, the question explains the difference between

15   1.0, 2.0, 3 .0.  Apex is a single program, but it has

16   received different funding sources to support the

17   program.  And we, if required by the General

18   Assembly, would need to have been able to report what

19   activities were supported by which funding source.

20             Apex 3.0 was a one-time fund to -- by our

21   current governor, Governor Kemp, that we used to

22   expand the program through the RFQ process that we

23   talked about earlier.  Those are one-time funds.

24   Those funds got sent then -- not that level, but we

25   have sent at a smaller amount of funds annualized for

1  ongoing support for the program.

2       Q    Did DBHDD issue these FAQs in connection

3  with the contracts for that funding?

4            MS. JOHNSON:  Object to form.

5            You can answer.

6            THE WITNESS:  I don't know the

7       answer to that.  I -- I think our intent

8       was to -- because the other funding that

9       went to other agencies hit the street at

10      the same time as the funding that we

11      received.  And we were receiving, if

12      memory serves, a lot of questions about

13      this $69 million that did not come to

14      DBHDD, and we thought it was in the best

15      interest of the department to issue FAQs

16      to be able to refer individuals to, to

17      clarify the 69 million versus the

18      1 million versus Apex and the 8.4 million

19      versus Apex 3.0 and the other iterations

20      of Apex.

21  BY MS. CHEVRIER:

22      Q    Did DBHDD also issue FAQs in connection

23  with 2.0?

24           MS. JOHNSON:  Object to form.

25      Outside the scope of the topic.



1                  You can answer.

2                  THE WITNESS:  I don't remember if

3          we did.

4    BY MS. CHEVRIER:

5          Q      What about in connection with Apex 1.0?

6                  MS. JOHNSON:  Same objection.

7                  THE WITNESS:  I do not believe so,

8          no.

9    BY MS. CHEVRIER:

10         Q      Is it your understanding that, regardless

11   of whether an FAQ was issued for Apex 1.0 and 2.0,

12   that the qualities were the same that are outlined in

13   this document?

14                 MS. JOHNSON:  Same objection.

15                 THE WITNESS:  I don't know.  I

16         think the focus of this document mainly

17         was Apex 3.0.  And I think the

18         significance of 3.0 at the time is that

19         it was one-time funding.  Meaning that if

20         we were unsuccessful in annualizing that

21         funding, then the providers selected and

22         the schools selected as a part of our 3.0

23         fund source would have gone away.

24   BY MS. CHEVRIER:

25         Q      At what time were the policies set forth



1   in -- in this FAQ developed?

2            MS. JOHNSON:  Object to form.

3            You can answer.

4            THE WITNESS:  I don't recall,

5       specifically.

6   BY MS. CHEVRIER:

7       Q    Do you recall --

8       A    It would have been -- it would have been

9   the first year of Governor Kemp, so maybe four years

10  ago.

11      Q    And do you know who developed them?

12      A    Possibly a team of folks.  I'm sure I had

13  a hand in it, at least if not writing, reviewing,

14  approving.  Probably communications professionals.

15  Layla Fitzgerald would have had a role in it.

16      Q    Who supervised the preparation of the

17  FAQs and their answers?

18            MS. JOHNSON:  Object to form.

19            You can answer.

20            THE WITNESS:  It would have been a

21       team effort.

22  BY MS. CHEVRIER:

23      Q    Do you recall being --

24      A    I wouldn't --

25      Q    -- a member -- sorry.



DANTE MCKAY                                    March 09, 2023
UNITED STATES vs STATE OF GEORGIA                        60

```
 1        A      I'm sorry.  I cut you off.  Can you

 2   repeat?

 3        Q      Do you recall being a member of that team

 4   that supervised the FAQs and their answers?

 5             MS. JOHNSON:  Object to form.

 6             THE WITNESS:  Yes, I had a role,

 7        but I was going to say, final approval

 8        would have come from me.

 9   BY MS. CHEVRIER:

10        Q      Sorry.  Did you say that final approval

11   would have come through you?

12        A      Yes.

13        Q      And can you share any information about

14   your other role prior to providing final approval?

15        A      I -- I would have been involved in

16   discussions about the need for these or why there was

17   a need for these.  Either would have written a draft

18   that others then reviewed and, you know, edited.  I

19   would have involved external team members.  So

20   whether it was legal or whether it was

21   communications, we would have the team, both within

22   my office and extended, would have less landed on a

23   final draft, and then I would have given final

24   approval of, yes, this is ready for publication.

25                   And I imagine someone in the
```



 1   communications office then would have uploaded this
 2   to our public-facing website.
 3        Q     How was it determined which questions
 4   would be included?
 5        A     Most likely the questions that were being
 6   asked of us at the time.  On -- the most regular
 7   questions that were being asked.
 8        Q     And who would have asked those questions?
 9             MS. JOHNSON:  Object to form.
10             THE WITNESS:  General stakeholders.
11   BY MS. CHEVRIER:
12        Q     And by general stakeholders, is that
13   schools, students, families, providers?
14        A     Providers, schools, school districts.
15        Q     Is it fair to say that you approved the
16   FAQ questions and answers?
17        A     Yes.
18        Q     Do you see the question on the FAQ that
19   asks:  In which types of schools can Apex services be
20   implemented?
21        A     Yes.
22        Q     Do you see the answer which says:  Apex
23   services cannot be provided in private charter
24   schools, GNETS standalone facilities, private schools
25   or homeschooled, slash, cyber public schools?



1          A      Yes.

2          Q      Does this answer accurately reflect the

3    policy of DBHDD?

4          A      I'm not sure if I know the answer to

5    that.  It --

6          Q      Is it your current understanding that --

7    sorry.  Go ahead.

8          A      It depends on how you're defining policy.

9    I wouldn't equate this to a policy or contract

10   language.  I'm not sure if this is -- that wording is

11   included in a contract, but it is in line with our

12   approach for the Apex model.

13              So, to clarify, I'm not sure if this is

14   spelled out the same way in a DBHDD contract and I

15   would not equate this to a DBHDD policy.

16         Q      Does this answer accurately reflect the

17   practices of DBHDD, that Apex services are not

18   provided in private charter schools, GNETS standalone

19   facilities, private schools or homeschooled, slash,

20   cyber public school?

21              MS. JOHNSON:  Object to form.

22              THE WITNESS:  Yes.  Philosophy,

23         reasons, I think, is a better word

24         though.

25



```
 1   BY MS. CHEVRIER:
 2        Q    So does this answer accurately reflect
 3   the philosophy of DBHDD?
 4             MS. JOHNSON:  Object to form.
 5             THE WITNESS:  Yes.
 6   BY MS. CHEVRIER:
 7        Q    Why was it determined that, quote, Apex
 8   services cannot be provided in GNETS standalone
 9   facilities?
10             MS. JOHNSON:  Object to form.
11             THE WITNESS:  Because it was our
12        understanding that standalone facilities,
13        the model would not comport.  The
14        three-tier model would not comport to a
15        standalone facility.
16   BY MS. CHEVRIER:
17        Q    Who was involved in the decision that
18   Apex services cannot be provided in GNETS standalone
19   facilities?
20             MS. JOHNSON:  Object to form.
21             THE WITNESS:  I would have
22        inherited the decision and continued it.
23   BY MS. CHEVRIER:
24        Q    And what is -- you mentioned the three
25   tier.  What is the rationale for this policy, or
```



1    philosophy?

2                    MS. JOHNSON:  Object to form.

3                    THE WITNESS:  It's long and

4         technical and complex, but there is --

5         there is a thing called multitiered

6         system of support.  You may be familiar

7         in your role -- in your particular role,

8         but -- and then school-based services fit

9         within that multitiered system of

10        support, which is NTSS.

11                   And part of that is that three-tier

12        model.  Some have more, some have four

13        tiers, but most have three tiers.  And

14        the three tiers are the ones that we

15        talked about previously, which are

16        universal prevention, at-risk tier,

17        identified tier.

18                   And, according to best practices,

19        at the time the School of Social Work,

20        led at the University of Maryland --

21        there's a national conference -- but as

22        we were building and refining this

23        program, we aligned our goals with those

24        of best practice, that align with those

25        three tiers.



1            And information that we received

2        from -- I would say -- the program staff

3        at the state level for GNETS is that

4        there were differences between the

5        programs, per se.  I understood those

6        differences to be either the schools --

7        the program was embedded in a traditional

8        school, the program may have been on a

9        campus or the program was standalone.

10           In the prior goal, the goal of

11       Apex, the goal of DBHDD, was to increase

12       services at your general public schools,

13       that that model, our approach, aligned

14       with two of the three GNETS programs, so

15       those that were either on campus or

16       embedded within the school, and it did

17       not align with those that were

18       standalone, as that school did not align

19       with the three-tier model of Tier 1,

20       universal prevention, Tier 2, at-risk

21       tier, and Tier 3, identified tier or

22       intensive tier.

23   BY MS. CHEVRIER:

24       Q    You testified before that you had to give

25   final approval for the FAQ that we're looking at now,



1   correct?

2        A     Correct.

3        Q     Were you the final level of approval or

4   did anybody else have to approve it after you

5   approved it?

6              MS. JOHNSON:  Object to form.

7              THE WITNESS:  I believe I -- I

8        believe I was the final level approval.

9        If someone approved after me, I was not

10       aware of it.

11  BY MS. CHEVRIER:

12       Q     I know that you started to touch on this.

13             Why was it determined that Apex services

14  cannot be provided in GNETS standalone facilities?

15             MS. JOHNSON:  Object to form --

16             THE WITNESS:  Because they --

17       because they showed information that --

18       that they shared with us.  And at a

19       particular point in time, is that the

20       standalone programs would only fit in

21       Tier 3, they would not fit in Tier 2 or

22       Tier 1, and that didn't align with the

23       model that we were advancing.

24  BY MS. CHEVRIER:

25       Q     Where did you learn that information that



1    you relied on that standalone GNETS facilities would

2    only provide Tier 3?

3              MS. JOHNSON:  Object to form.

4              THE WITNESS:  There were regular

5         meetings with the GNETS staffers over at

6         GaDOE for a period of time.  I want to

7         say that information was shared and

8         reiterated during those meetings.

9    BY MS. CHEVRIER:

10        Q    And who would have been in those

11   meetings?

12             MS. JOHNSON:  Object to form.

13             THE WITNESS:  I don't recall

14        specific names, but it would have been

15        the State director of the GNETS program

16        and maybe a support staff and myself, and

17        other -- my other team members would be

18        called in as needed to share information

19        on programs or to answer specific

20        questions that the GNETS director had of

21        DBHDD.

22   BY MS. CHEVRIER:

23        Q    And do you recall who was the State

24   director for the GNETS program at GaDOE during the

25   time that you had these meetings?



1              MS. JOHNSON:  Object to form.

2              THE WITNESS:  If there was -- there

3         was two.  I don't remember their names,

4         but it was two females.  There was -- so

5         let me clarify my answer.

6              There was the first director that I

7         worked with.  I think she became ill and

8         did not return to work.  And then there

9         was the second director that I would meet

10        with.  But I'm blanking on their names.

11        Maybe the second person was named Vickie,

12        Vickie something.

13   BY MS. CHEVRIER:

14        Q    Is it possible you're referring to Vickie

15   Cleveland and Nakeba Rahming.

16        A    Yes, those are the two individuals.

17   Vickie was the second director.

18        Q    Did GaDOE have any additional input into

19   the decision to not provide Apex services at

20   standalone GNETS facilities?

21             MS. JOHNSON:  Object to form.

22             THE WITNESS:  GaDOE does not have

23        decision making in the Apex program, not

24        formally.

25



1    BY MS. CHEVRIER:

2        Q     It sounds like -- correct me if I'm

3    wrong -- that they did provide some information on

4    which DBHDD, with decision-making power, relied; is

5    that accurate?

6              MS. JOHNSON:  Object to form.

7              THE WITNESS:  No, that's not

8         accurate.  The decision making happened

9         at the local level.  The State level, by

10        the time we developed our kind of formal

11        meeting frequency, Apex was an

12        established program.

13             My predecessors developed the

14        program in response to a need.  I am not

15        aware of GaDOE's involvement in those

16        discussions or support of it.  And then

17        after some period of time, and maybe in

18        response to a number of questions that

19        GaDOE was receiving, we agreed to

20        establish regular kind of meetings and

21        information sharing that eventually led

22        to a more formalized role, where now

23        there are staff that are shared between

24        the offices, with the goal of further

25        building and aligning our efforts as it



1           relates to services available -- mental

2           health services that are available in

3           schools.

4                   But that is specific to, again,

5           that office, the Office of Whole Child

6           and Support, and GaDOE is a very large

7           agency, as is DBHDD.

8    BY MS. CHEVRIER:

9        Q    I understand that you shared the

10   philosophy that Apex services do not -- are not

11   provided in GNETS standalone facilities.

12                  Does DBHDD provide any Apex services in

13   any GNETS standalone centers?

14                  MS. JOHNSON:  Object to form.

15           Outside the scope of the topic.

16                  THE WITNESS:  DBHDD does not.  I

17           can't speak to whether DBHDD approved

18           providers do or if DBHDD approved

19           providers utilize safety net funding that

20           they provide, they turn around and

21           provide services within schools.  Not to

22           my knowledge.

23   BY MS. CHEVRIER:

24       Q    To your knowledge, are there any Apex

25   services in any GNETS standalone services?



1              MS. JOHNSON:  Object to form.

2        Outside the scope of the question.

3              THE WITNESS:  Not to my knowledge

4        per se.  I --

5   BY MS. CHEVRIER:

6        Q     In your understanding -- sorry.  Go

7   ahead.

8        A     I would like to clarify the answer.

9              I would assume that there are for, again,

10  those programs that are Apex schools that have those

11  programs, but I can't specifically say that there

12  are, in response to your question.

13  BY MS. CHEVRIER:

14       Q     Sure.  And my question was intended to be

15  specifically about GNETS standalone centers.  So

16  those would not be the facilities that are embedded

17  in a school that would otherwise have Apex.

18             So is it your understanding that there

19  are any GNETS standalone centers that receive Apex

20  services?

21             MS. JOHNSON:  Object to the form

22        and outside the scope of the question.

23             THE WITNESS:  Yes, not to my

24        knowledge, I don't think any standalone

25        facilities receive Apex services.



 1    BY MS. CHEVRIER:

 2         Q      In your understanding of the tiers, can

 3    you provide Tier 3 services without also providing

 4    Tier 1 and Tier 2 services?

 5              MS. JOHNSON:  Object to form.

 6              You can answer.

 7              THE WITNESS:  I think, yes, it's

 8         possible.  For example, I mentioned, if a

 9         child goes into crisis, the provider will

10         respond regardless of payor source.  And

11         so, for example, if a child has Blue

12         Cross Blue Shield or Aetna and goes into

13         crisis, the provider is intended to

14         respond to stabilize that crisis

15         regardless of, you know, payor sources.

16              So although that child may not

17         receive services in Tier 2, that child

18         also could be -- could have some benefits

19         or you know, just some general behavioral

20         health, mental health promotion in Tier

21         1, or if they went into crisis in Tier 3.

22         But the model and the funding allows the

23         provider to be available to serve all

24         three tiers.

25

DANTE MCKAY                                          March 09, 2023
UNITED STATES vs STATE OF GEORGIA                          73

```
 1   BY MS. CHEVRIER:
 2       Q    Did DBHDD allow Apex services at regional
 3   GNETS programs' school-based locations?
 4               MS. JOHNSON:  Object to form.
 5               THE WITNESS:  I'm unsure of the
 6          answer to that.  I think it probably
 7          would be the same as before.  If the
 8          regional program was either embedded
 9          within the school or on a general campus,
10          then they would have the benefit of
11          access to Apex.
12   BY MS. CHEVRIER:
13       Q    And what is the rationale for the policy
14   differentiation in between GNETS school-based
15   locations and GNETS standalone centers?
16               MS. JOHNSON:  Object to form.
17               THE WITNESS:  Per my understanding,
18          standalone centers would only be level --
19          or Tier 3 services, which did not comport
20          with the model of serving all three
21          tiers.
22   BY MS. CHEVRIER:
23       Q    And what's your understanding of the
24   needs at GNETS school-based locations?
25               MS. JOHNSON:  Object to form and
```



1          outside the scope of the topic.

2               But you can answer.

3               THE WITNESS:  I don't know the

4          answer to that.

5    BY MS. CHEVRIER:

6          Q    Who made the determination that Apex

7    services would be available in GNETS school-based

8    locations?

9               MS. JOHNSON:  Object to form.

10         Outside the scope of the topic.

11              You can answer.

12              THE WITNESS:  I guess that would

13         have been me, and my team -- along with

14         my team, but I don't think that -- it was

15         not necessarily a decision about GNETS in

16         or GNETS out.  It was about public

17         schools that aligned with the model.

18              And so, you know, the other schools

19         that are listed here, including the GNETS

20         standalone schools, based on information

21         that we had, did not align with the

22         model.  So private schools did not

23         receive public dollars.  Students that

24         were -- receive -- you know, that were

25         homeschooled could not participate in all

1        three models.

2                And, again, the goal is early --

3        one of the goals is early intervention.

4        And the earlier you intervene or -- you

5        know, there's a chance that you're able

6        to prevent an acuity curve.

7   BY MS. CHEVRIER:

8        Q     And did GaDOE provide any --

9        A     The --

10       Q     Sorry.  Go ahead.

11       A     And I was just going to say, and then

12  based on information that we had, these particular

13  environments did not align to the model.

14       Q     And did GaDOE provide any input or

15  information that helped DBHDD make the decision that

16  Apex services could be available in GNETS

17  school-based locations?

18             MS. JOHNSON:  Object to form.

19        Outside the scope of the topic.

20             You can answer.

21             THE WITNESS:  Not that I remember.

22  BY MS. CHEVRIER:

23       Q     And --

24       A     If I could --

25       Q     Go ahead.



1          A     If I could clarify.  I remember lots of

2    questions about the Apex program, and part of those

3    meetings was educational, and I think there was a

4    goal of maybe tightening it and that sort of thing,

5    but we never got there.

6          Q     And when you were talking with GaDOE

7    about the Apex program, did the GNETS program come up

8    during these educational conversations?

9               MS. JOHNSON:  Object to form and

10        outside the scope of the topic.

11              You can answer.

12              THE WITNESS:  What the GNETS State

13        director, not in the office of whole

14        child health, from my understanding,

15        GNETS is not an office or a program

16        within the office that we work with.

17   BY MS. CHEVRIER:

18        Q     Can you please describe any collaboration

19   between the Apex program and GNETS classrooms?

20              MS. JOHNSON:  Object to form.

21        Outside the scope of the topic.

22              You can answer.

23              THE WITNESS:  I'm not able to

24        describe that collaboration.

25



 1   BY MS. CHEVRIER:
 2        Q     And is that because you're unaware of a
 3   collaboration?
 4              MS. JOHNSON:  Same objection.
 5              THE WITNESS:  Yes, that's correct.
 6   BY MS. CHEVRIER:
 7        Q     Do Apex personnel ever work in GNETS
 8   classrooms?
 9              MS. JOHNSON:  Object to form and
10         outside the scope of the topic.
11         You can answer.
12              THE WITNESS:  I'm unsure of the
13         answer to that, but my guess would be --
14         well, I'll pause right there.  I was
15         going to say, I'm unsure of the answer to
16         that.
17              If it's a therapist, my guess would
18         be that -- the answer -- I don't think
19         that they would be in a classroom,
20         whether it's GNETS or just general
21         education, as they want to work with that
22         child in a one-on-one setting.  But they
23         could be in a classroom for general
24         observations or a PSI person.  A
25         community support individual which



1          teaches skill building also could be in a

2          classroom to observe.

3                  But it's hard to say, so I'll go

4          back to my original answer.  I'm not sure

5          of the answer to that.

6     BY MS. CHEVRIER:

7          Q     Thank you.  So is it fair to say that

8     what you did just share was speculation?

9                  MS. JOHNSON:  Form.

10                 THE WITNESS:  Yes.

11    BY MS. CHEVRIER:

12         Q     Are all the services that are available

13    through Apex available in standalone GNETS programs

14    in school facilities through any other program?

15                 MS. JOHNSON:  Object to form.

16         Outside the scope of the topic.

17                 You can answer.

18                 THE WITNESS:  Could you repeat the

19         question?

20    BY MS. CHEVRIER:

21         Q     Sure.  So it sounds like we've confirmed

22    that it's DBHDD philosophy that Apex services are not

23    provided in standalone GNETS centers, correct?

24                 MS. JOHNSON:  Object to form.

25                 THE WITNESS:  Yes.



1    BY MS. CHEVRIER:

2         Q    I'm curious whether the services that are

3    provided through Apex are provided to GNETS

4    standalone programs through any other avenue?

5              MS. JOHNSON:  Object to form.

6         Outside the scope of the topic.

7              You can answer.

8              THE WITNESS:  I'm unsure of the

9         answer to that.  I am aware of a

10        partnership between a provider -- an Apex

11        provider.  So 2.0.  And I think one of

12        the programs that is based in maybe

13        Clayton County, Henry County, I believe

14        they have a contractual relationship with

15        some services.  I have general awareness

16        of it.

17             What exactly they are doing and if

18        that would be responsive to your

19        question, I'm unsure.

20   BY MS. CHEVRIER:

21        Q    Do you have any reason to believe that

22   they specifically work with GNETS programs?

23             MS. JOHNSON:  Object to form.

24        Outside the scope of the topic.

25             You can answer.



```
 1              THE WITNESS:  So View Point Health,
 2         yes, they specifically work with that
 3         GNETS program.  The -- I don't know the
 4         name of it, but the catchment area of
 5         that program is Clayton County and Henry
 6         County, I believe.
 7    BY MS. CHEVRIER:
 8         Q    In your answer to the question prior to
 9    this one, I believe you used words like believe and
10    general awareness.
11              Is it fair to say that you're not aware
12    with specificity what types of programs -- what type
13    of services View Point provided to GNETS programs?
14         A    Yes, that's accurate.
15              (Previously marked Plaintiff's
16         Exhibit No. 870 was identified for the
17         record.)
18    BY MS. CHEVRIER:
19         Q    I'm going to show you what has previously
20    been marked as Plaintiff's Exhibit 870.  I'm going to
21    give my colleague a moment to pull it up.
22    This is an October 17th, 2019 e-mail from Danielle
23    Jones to All CYF Consortium, and copied to Layla
24    Fitzgerald and a number of other people.  Is that
25    correct?
```



1        A     Yes.

2        Q     At the date of this e-mail, was Danielle

3    Jones a program manager reporting to Layla

4    Fitzgerald?

5        A     Most likely, yes.

6        Q     And what's Danielle Jones' current role?

7        A     Program manager.  So at the time she may

8    have been a program coordinator.  She has since been

9    promoted to the program manager.

10       Q     And she changed her last name since this

11   e-mail was sent?

12       A     Yes.  She got married.  Her last name is

13   Alexander.  So I think she goes by Danielle Jones

14   Alexander.

15       Q     Thank you.  And did Ms. Fitzgerald report

16   to you at the time of this e-mail?

17       A     Can you repeat the question?

18       Q     Did Ms. Layla Fitzgerald report to you at

19   the time of this e-mail?

20       A     Yes.

21       Q     Were Ms. Fitzgerald and Ms. Jones the

22   principal DBHDD employees in the Office of Children,

23   Young Adults and Families concerned with the Apex

24   program in October of 2019?

25             MS. JOHNSON:  Object to form.



1              THE WITNESS:  Yes, plus myself.

2    BY MS. CHEVRIER:

3        Q    At the time you were director of OCYF,

4    correct?

5        A    Yes.

6        Q    And both Ms. Fitzgerald and Ms. Jones

7    reported to you?

8        A    Yes.

9        Q    What is the All CYF Consortium?

10             MS. JOHNSON:  Objection to form.

11         Outside the scope of the question.  You

12         can answer -- or outside the scope of the

13         topic.

14             You can answer.

15             THE WITNESS:  The All CYF

16         Consortium was essentially when we

17         brought as many of our program -- like

18         funded partner program leads together, at

19         one place in time.

20             So there are a couple of times

21         throughout the year where the department

22         sponsors educational training events.

23         One is what we call our annual System of

24         Care Academy, specifically June each

25         year.  Another would be our annual



1  behavioral health symposium, typically
2  October each year.
3       And, some years back, certainly
4  after I got to the department in this
5  particular role -- I came to the
6  department in this role, but not long
7  after being here I realized -- and this
8  was prior to the pandemic.  I realized
9  that we were spending a lot of time and a
10 lot of money in holding cohort meetings,
11 traveling all over the state.  And I
12 counted up the meetings, it was well over
13 100, and it did not seem like a good use
14 of time and resources.
15      And so what we agreed to do is we
16 hold these big events every year, where
17 with we invite the providers.  We host
18 them in some way.  And so we could attach
19 onto those events, the Care Academy or
20 the behavioral health symposium, a day or
21 half day that was just focused on our
22 particular programming across the
23 practice areas within -- in the Office of
24 Children, Young Adults and Families.
25      And so the title then became All



1          CYF Consortium.  So that allowed us to

2          maximize time and reduce the impact --

3          travel impact on budgets or reduce the

4          impact of lost productivity by not

5          requiring our provider network to attend

6          so many different meetings throughout the

7          year.

8   BY MS. CHEVRIER:

9          Q     Does the All CYF Consortium include the

10  opportunity for Apex providers to review the annual

11  Apex evaluation and technical system?

12          MS. JOHNSON:  Object to form and

13          outside the scope of the topic.

14          You can answer.

15          THE WITNESS:  I don't remember

16          specifically.  Those agendas would have

17          been ad hoc and based upon, you know,

18          some trend or need at that point in time.

19  BY MS. CHEVRIER:

20          Q     I'm going to ask you to scroll up so that

21  you're able to see all of the e-mail addresses that

22  this e-mail was sent to.

23          Do you see all the e-mail addresses?

24          A     Yes.

25          Q     Do they include all or most Apex



 1   providers?

 2              MS. JOHNSON:  Object to form.

 3              THE WITNESS:  I'm reviewing.

 4              MS. CHEVRIER:  Take your time.

 5              THE WITNESS:  This looks like

 6       Apex -- Apex 1.0.  So, to answer your

 7       question, no, this would not be

 8       reflective of all Apex providers as

 9       contracted providers go today.  I'm

10       unsure of when -- I'm unsure of the exact

11       date of when we expanded.  And that

12       expansion would have been supported by

13       what we call Apex 2.0 funds.

14              But most of these look like CSBs

15       because -- it looks like mostly CSBs.

16       Then my guess is these are Apex 1 only.

17              I do see the e-mail address of

18       Vashti, which is not a CSB, but I don't

19       remember when Vashti -- I don't remember

20       if Vashti was included in the 1.0 group.

21       I know they were included in 2.0 group.

22       So then -- so this may be 1.0 or 2.0, but

23       I would say that this is speculation.

24   BY MS. CHEVRIER:

25       Q    Is it fair to say that this e-mail



1    includes at least some Apex providers?

2         A    Yes.

3         Q    Was this the type of e-mail that DBHDD

4    employees sent out periodically to inform Apex

5    providers of DBHDD approaches?

6              MS. JOHNSON:  Object to form.

7         Outside the scope of the topic.

8              You can answer.

9              THE WITNESS:  I think that the --

10        I'm unsure of the answer to the question

11        that you're asking.  My interpretation of

12        this e-mail is previewing topics for the

13        All CYF consortium.

14   BY MS. CHEVRIER:

15        Q    Did you discuss the matters set forth in

16   this e-mail with Ms. Fitzgerald before it was sent?

17             MS. JOHNSON:  Same objection.

18             THE WITNESS:  Well, I think -- your

19        question asked about Ms. Fitzgerald.  I

20        think Ms. Jones sent this e-mail.

21   BY MS. CHEVRIER:

22        Q    Thank you.  I'm going to ask next about

23   whether you talked about it with Ms. Jones.  I'm

24   curious -- we can add them together.

25             Did you discuss the matters set forward



1   in this e-mail with Ms. Fitzgerald or Ms. Jones

2   before it went out?

3            MS. JOHNSON:  Same objection.

4            THE WITNESS:  I don't recall.  I

5       don't recall.

6   BY MS. CHEVRIER:

7       Q    Is it correct that you reported to Monica

8   Johnson at the time that this e-mail was sent?

9       A    Yes.

10      Q    Was Monica Johnson the director of the

11  Division of Behavioral Health?

12      A    Yes.

13      Q    Did you discuss the matters set forth in

14  this e-mail with Ms. Johnson before it went out?

15           MS. JOHNSON:  Object to form.

16      Outside the scope of the topic.

17           You can answer.

18           THE WITNESS:  I don't recall.

19  BY MS. CHEVRIER:

20      Q    Do you recall any discussions with

21  Ms. Johnson after it went out?

22           MS. JOHNSON:  Same objection.

23           THE WITNESS:  I don't recall.

24  BY MS. CHEVRIER:

25      Q    Was this e-mail consistent with matters



1   previously discussed between you and Monica?

2           MS. JOHNSON:  Same objection.

3           THE WITNESS:  I don't -- I don't

4       recall.

5   BY MS. CHEVRIER:

6       Q    Was this e-mail --

7       A    My --

8       Q    Sorry.  Go ahead.

9       A    I was just going to say, Monica Johnson

10  and I hadn't -- didn't talk about GNETS program

11  during our time working together.

12      Q    Was this e-mail consistent with matters

13  previously discussed between you and Layla

14  Fitzgerald?

15          MS. JOHNSON:  Same objection.

16          THE WITNESS:  Possibly.

17  BY MS. CHEVRIER:

18      Q    Was this e-mail consistent with matters

19  previously discussed between you and Danielle Jones,

20  now Alexander?

21          MS. JOHNSON:  Same objection.

22          THE WITNESS:  So this answer

23      applies to this question, but I'd like to

24      also clarify the previous question.

25          So this last sentence, being that I



1  recall some discussions about talking

2  with them in some combination, whether

3  together, one-on-one, in terms of the

4  differences between, you know, the

5  embedded GNETS program, the campus --

6  on-campus versus standalone, and what

7  happened in instances where the child is

8  receiving services, Apex services, in the

9  GNETS program, returns to their home

10  school.

11       And through some discussions and

12  agreement, I think we agreed that the

13  child becomes the client, and no matter

14  where the child goes, if that was still

15  within that provider's catchment area,

16  then the provider would be permitted to

17  follow that child, you know, back to --

18  back to either the home school or, you

19  know, there was some recidivism, we did

20  not want to disrupt the services or the

21  progress that the child was making.  So I

22  do vaguely remember having a discussion

23  about that.

24       And seeing it reads here, I

25  speculate that, based upon those



1          discussions, that is why that is written

2          here.  And if that is true, at some point

3          in time I had discussions with Ms. Jones

4          and with Ms. Fitzgerald about this.

5    BY MS. CHEVRIER:

6          Q    You referenced the last sentence of this

7    e-mail in your last answer, so I want to read it into

8    the record.  It states:  The only -- and only is in

9    all cap and bold -- the only instance Apex funds can

10   be used for a GNETS student is if the student started

11   at an Apex school and then was transferred into the

12   GNETS program at their new school.

13          Is that a correct reading of the last

14   sentence of the e-mail?

15         A    Yes, that's correct.

16         Q    Do you see the section in this e-mail

17   which says Types of Schools, and refers to Apex

18   schools on the left-hand side and non-Apex schools on

19   the right-hand side?

20         A    Can I clarify my last answer to the

21   question?

22         Q    Sure, of course.

23         A    So you read the sentence and I agree with

24   the sentence as you read it, but I don't agree with

25   the -- with what the statement is saying, per se.



1  Because there are differences, as I think we're about

2  to get into, in terms of the types of schools.  But,

3  yes, I do see that section.

4        Q    Can you describe what are the differences

5  and what part of the sentence that I read into the

6  record you disagree with?

7             MS. JOHNSON:  Object to form.

8        Outside the scope of the topic.

9             But you can answer.

10            THE WITNESS:  So the sentence reads

11       as:  Apex funds can only be used for

12       GNETS students if the student started at

13       an Apex school and then transferred to a

14       GNETS program at their new school.

15            That is incorrect.  The -- the

16       funds could be used, again, for students

17       that were in a GNETS program served by

18       Apex schools in a general setting,

19       whether the program was embedded in the

20       school or whether the program was on the

21       campus.  The complicating factor would be

22       those standalone programs.

23            But if, say, for some reason a

24       provider, in my opinion, served students

25       that were being referred to a GNETS



1           standalone program, then those providers

2           were -- it was permissible, in our

3           opinion or my opinion, for that provider

4           to follow that student to that program to

5           continue those services and not just cut

6           that student off because they had been

7           referred to a GNETS program.

8   BY MS. CHEVRIER:

9        Q      So it sounds like there are ways that a

10  child could receive GNETS -- could receive Apex

11  services at a GNETS school-based service -- at a

12  GNETS school-based location outside of what is

13  specified in the last sentence of this e-mail; is

14  that correct?

15            MS. JOHNSON:  Same objection.

16            THE WITNESS:  Yes, that's correct.

17  BY MS. CHEVRIER:

18       Q      And you testified earlier that this

19  e-mail went to a number of different providers; is

20  that correct?

21       A      Yes, that's correct.

22       Q      And it sounds like you disagree with one

23  of the sentences in this e-mail that was sent to

24  providers, correct?

25            MS. JOHNSON:  Object to form.



```
 1                THE WITNESS:  Yes, that's correct.
 2    BY MS. CHEVRIER:
 3        Q     Was any clarification ever sent to
 4    providers to tell them that there actually are
 5    additional ways that they could serve GNETS students
 6    at GNETS school-based locations?
 7                MS. JOHNSON:  Object to form,
 8          outside the scope of the topic.
 9                You can answer.
10                THE WITNESS:  I'm not sure.
11    BY MS. CHEVRIER:
12        Q     Thank you for scrolling up.  Do you see
13    where it says, 1, Types of Schools, and then has a
14    chart which includes on the left-hand side Apex
15    schools and on the right-hand side non-Apex schools?
16        A     Yes.
17        Q     Do you see that Apex schools include
18    public schools with GNETS programs, dash, a school
19    supported by public funds but that has a GNETS class
20    within the school?
21        A     Yes.
22        Q     Is it fair to say that these are the
23    school-based GNETS programs that have partnerships
24    with Apex providers?
25                MS. JOHNSON:  Object to form.
```



1              THE WITNESS:  Yes, I -- in that

2          category, I would include those with

3          classrooms embedded within a general

4          school building or buildings and include

5          those that may have a program on a -- in

6          a campus setting.

7    BY MS. CHEVRIER:

8          Q     The right-hand side or Non-Apex Schools

9    column refers to GNETS standalone programs, correct?

10         A     Yes.

11             MS. JOHNSON:  Object to form.

12   BY MS. CHEVRIER:

13         Q     Ms. Jones defines this term in her e-mail

14   as an education facility that only holds a GNETS

15   program, correct?

16         A     Correct.

17         Q     And the line with the definition that

18   we've been discussing previously of a GNETS center or

19   GNETS standalone center, correct?

20             MS. JOHNSON:  Object to form.

21             THE WITNESS:  Correct.

22   BY MS. CHEVRIER:

23         Q     And Ms. Jones goes on to say:  They do

24   not align with the Apex model of reaching students in

25   all three tiers of service?



1        A       Correct.

2        Q       The e-mail goes on to say that, GNETS

3   students, Apex funds are, in large, not allowed to be

4   used for GNETS students due to GNETS programs being

5   funded through a grant through the Georgia General

6   Assembly, correct?

7        A       Correct.

8        Q       And then it says a student would be,

9   quote, double dipping, quote, if they received both

10  GNETS and Apex funds and this is not allowed,

11  correct?

12       A       Correct.

13       Q       Who created that policy?

14               MS. JOHNSON:  Object to form.

15       Outside the scope of the topic.

16               You can answer.

17               THE WITNESS:  I do not agree that

18       this is the policy.

19  BY MS. CHEVRIER:

20       Q       Who created this approach?

21               MS. JOHNSON:  A same objection.

22               THE WITNESS:  It would -- so in

23       keeping with our word usage, I would

24       prefer the word philosophy.  But even

25       reading this, I don't know if this aligns



```
 1          with our philosophy.  I don't agree that
 2          this aligns with our philosophy.
 3   BY MS. CHEVRIER:
 4       Q     Can you describe your philosophy?
 5              MS. JOHNSON:  Object to form.
 6              THE WITNESS:  The philosophy aligns
 7          with the -- what we previously discussed
 8          in terms of the three-tier model, in
 9          terms of, you know, school settings
10          versus standalone programs.  But reading
11          this statement, I think this statement
12          falls outside our philosophy and our
13          model.
14   BY MS. CHEVRIER:
15       Q     So is it fair to say that students could,
16   quote, double dip and receive both GNETS funds and
17   Apex funds?
18              MS. JOHNSON:  Object to form.
19   BY MS. CHEVRIER:
20       Q     Receive services paid for by GNETS funds
21   and Apex funds?
22              MS. JOHNSON:  Object to form.
23              THE WITNESS:  No, I'm not saying
24          that.  I am saying that this Georgia
25          General Assembly and this grant and, you
```



1          know, I guess mingling of funds from two

2          different programs just falls outside of

3          my knowledge.

4     BY MS. CHEVRIER:

5          Q     In what way did the Apex model rely on

6     reaching students in all three tiers of service?

7               MS. JOHNSON:  Object to form.

8               THE WITNESS:  In my

9          understanding -- understanding of the

10         question, it would be embedding, making

11         clinicians available within school

12         settings, and so they would be available

13         to service students falling within one of

14         those three tiers.  And would be called

15         upon to, you know, participate in various

16         activities in connection with their role,

17         whether it was an in-service or school

18         assembly or school event, whether it was

19         a student that maybe began to act

20         differently or there were questions about

21         whether there was a behavioral health

22         need, hopeful that that student would be

23         referred to that therapist.

24               And then the third tier, if there

25         was more record, a need for ongoing



1          services or through that after-instance
2          discovery, if you will, it was determined
3          that that student would benefit from
4          ongoing services, that the therapist
5          would be available to provide those
6          services.
7    BY MS. CHEVRIER:
8          Q     Why did Ms. Jones believe that
9    standalone -- that the standalone GNETS centers do
10   not align with the Apex model of reaching students in
11   all three tiers of services?
12               MS. JOHNSON:  Object to form.
13          Outside the scope of the topic.
14               THE WITNESS:  I don't know
15          specifically, but if -- if the sentence
16          was based on information that was shared
17          with us in terms of the differences
18          between the programs, my speculation is
19          that is what she relied on to write this
20          sentence.
21   BY MS. CHEVRIER:
22         Q     And who provided that information that
23   you speculate Ms. Jones relied on?
24               MS. JOHNSON:  Same objection.
25               THE WITNESS:  I don't know the



1        answer to that.
2    BY MS. CHEVRIER:
3        Q     The note goes on to say that GNETS
4    students are already receiving intensive therapeutic
5    services along were their educational piece, correct?
6        A     Yes, that's what's stated.
7        Q     What were the intensive therapeutic
8    services provided to GNETS students?
9              MS. JOHNSON:  Object to form.
10        Outside the scope of the topic.
11              You can answer.
12              THE WITNESS:  I do not know the
13        answer to that question.
14    BY MS. CHEVRIER:
15        Q     Did anyone from DBHDD examine the nature
16    of the services?
17              MS. JOHNSON:  Same objection.
18              THE WITNESS:  I don't know the
19        answer to that question.
20    BY MS. CHEVRIER:
21        Q     Did anybody from DBHDD examine the scope
22    of such services provided in GNETS programs?
23              MS. JOHNSON:  Same objection.
24              THE WITNESS:  I don't know the
25        answer.



```
1    BY MS. CHEVRIER:
2         Q    Did the same requirement regarding the
3    licensing and certification of individuals providing
4    such services apply as are required under Medicaid or
5    other Georgia public insurance programs?
6              MS. JOHNSON:  Object to form.
7              THE WITNESS:  I don't understand
8         the question.  Can you clarify?
9    BY MS. CHEVRIER:
10        Q    Sure.  So the statement in this e-mail
11   says that GNETS students are already receiving
12   intensive therapeutic services along with their
13   education piece, and I'm curious whether it was
14   determined by DBHDD that they were receiving such
15   services from licensed and certified individuals that
16   provide the types of services that the Apex program
17   provides?
18             MS. JOHNSON:  Object to form.
19        Outside the scope of the topic.
20             You can answer.
21             THE WITNESS:  I don't know the
22        answer to that question, but what I can
23        tell you, a difference between Danielle
24        and myself is she is a clinician.  She
25        was a former Apex provider and school
```



1           provider prior to coming to work for the

2           department, and she's a licensed

3           professional counselor.

4    BY MS. CHEVRIER:

5           Q      To your knowledge, did --

6           A      She has a different insight.  She has a

7    different insight than I do in terms of therapeutic

8    services.

9           Q      To your knowledge, did Danielle Jones

10   look into the types of services provided to GNETS

11   students?

12                 MS. JOHNSON:  Same objection.

13                 THE WITNESS:  I don't know the

14          answer to that.

15   BY MS. CHEVRIER:

16          Q      We've already discussed the last

17   sentence, which reads:  The only instance Apex funds

18   can be used for a GNETS student is if the student

19   started at an Apex school and then was transferred

20   into the GNETS program at their new school.

21                 And I believe you've testified that that

22   is not your current understanding, correct?

23          A      Correct.

24          Q      Was this an accurate statement of DBHDD's

25   philosophy or approach as of 10/17/2019 when this



1    e-mail was sent?

2              MS. JOHNSON:  Object to form.

3         Outside scope of the topic.

4              You can answer.

5              THE WITNESS:  Not in my opinion,

6         because that statement contradicts line

7         two as it relates -- as it reads, the

8         GNETS standalone program.  Those two

9         sentences are contradictory of one

10        another.  And the verbiage above, on that

11        line two, under non-Apex Schools, aligns

12        with what my understanding of our

13        philosophy and approach.

14   BY MS. CHEVRIER:

15        Q    Has there been any indication that the --

16   strike that.

17             Since October 17th, 2019, when this

18   e-mail was sent, has there been any clarification of

19   the approach as you understand it to be correct?

20             MS. JOHNSON:  Object to form.

21        Outside the scope of the topic.

22             You can answer.

23             THE WITNESS:  I don't know the

24        answer.

25



 1  | BY MS. CHEVRIER:
 2  |      Q     What is currently the approach of DBHDD
 3  | and the availability of Apex services to GNETS
 4  | services?
 5  |           MS. JOHNSON:  Object to form.
 6  |      Outside scope of the topic.
 7  |           You can answer.
 8  |           THE WITNESS:  If a school is school
 9  |      is served by the Apex program and the
10  |      school has a GNETS classroom or classroom
11  |      setting or on a campus, then the
12  |      philosophy or our approach would be that
13  |      those services would be available to
14  |      those GNETS-specific students, along with
15  |      the general population.
16  | BY MS. CHEVRIER:
17  |      Q     I'm going to ask my colleague to bring
18  | back up the FAQ which we've marked as Plaintiff's
19  | Exhibit 978.
20  |           Is it fair to say that the current
21  | approach of DBHDD is that GNETS students have access
22  | to Apex services to the extent that is provided in
23  | this FAQ?
24  |           MS. JOHNSON:  Object to form.
25  |           THE WITNESS:  Are you asking about



1          the section that reads:  In which

2          schools -- in which type of schools can

3          Apex services be implemented?

4    BY MS. CHEVRIER:

5          Q      Yes.

6          A      And can you restate the question?

7          Q      Sure.  You were sharing that you disagree

8    with the last sentence in the way that it interplays

9    with other sentences in the e-mail that we were going

10   through, and I asked what is the current DBHDD

11   approach to GNETS students having access to Apex

12   services.

13              I'm curious whether your answer is

14   aligned with what's provided in this FAQ so far as

15   the GNETS students at standalone facilities are not

16   able to receive Apex services, but that GNETS

17   students in school-based locations that have Apex

18   services already are able to provide -- are able to

19   receive Apex services?

20              MS. JOHNSON:  Object to form.

21              THE WITNESS:  Yeah, my

22          understanding aligns with what's written

23          here, but I'll also state there would be

24          exceptions based upon what was listed in

25          that last document.  So if a student was



1   enrolled in Apex services and for some

2   reason that student was transferred from

3   their home school to, say, a standalone

4   program, that provider would be permitted

5   to follow that school, because at that

6   point the child would be the client, to

7   continue those services.

8        Especially if -- I think the goal

9   was for the child to return back to their

10  home school.  The clinician -- it would

11  be in that clinician's discretion.  The

12  department does not have a policy that

13  says that's prohibited or a philosophy

14  that says if that child has been removed

15  from the home school, you cannot continue

16  to serve them.  That would be an

17  exception.

18       But, as written, here this would be

19  our general philosophical approach.

20       MS. CHEVRIER:  Thank you.  I think

21  it might make sense to take a quick --

22  just maybe five, seven-minute break.

23       THE WITNESS:  Okay.

24       THE VIDEOGRAPHER:  Going off video

25  record, 12:06 p.m.



```
 1                    (Brief pause.)
 2               THE VIDEOGRAPHER:  We are now back
 3          on video record, 12:14 p.m.
 4   BY MS. CHEVRIER:
 5          Q    Has there been any consideration about
 6   whether to change the approach to allow Apex services
 7   in standalone GNETS facilities?
 8               MS. JOHNSON:  Object to form.
 9          Outside scope of the topic.
10               You can answer.
11               THE WITNESS:  We have not had any
12          discussions on that specific point.
13   BY MS. CHEVRIER:
14          Q    And by we, does that mean your department
15   within -- within DBHDD?
16          A    Correct.  The program team, so myself,
17   Layla Fitzgerald, Danielle Jones Alexander, the new
18   addition, Ashuanni Straw, we haven't had any
19   discussions specific to making that change.  In fact,
20   we've had very few discussions about -- if any,
21   related to GNETS, at all, because we did not want --
22   or do not want to run afoul of this process.
23          Q    Do you think GNETS students could benefit
24   from Apex services?
25               MS. JOHNSON:  Object to form.
```



1           Outside scope of the topic.

2                 You can answer.

3                 THE WITNESS:  Generally speaking,

4           those that are an environment that align

5           with the current model, yes, because they

6           would have the benefit of receiving all

7           of the interventions, treatment and

8           support that are available to all three

9           tiers.  And --

10    BY MS. CHEVRIER:

11          Q     Does Apex -- go ahead.

12          A     And then with the caveat again, if their

13    needs or diagnosis are mental health of nature.

14    There are behavioral health disorders that exceed the

15    ability of the Apex intervention.  So for any of my

16    answers, I would like to, you know, make that known,

17    that my comments are thinking about diagnoses and

18    needs that are mental health in nature.

19          Q     You just used the phrase, run afoul of

20    this process.  What do you mean by that?

21                MS. JOHNSON:  Same objection.

22                THE WITNESS:  So there is an actual

23          lawsuit between Department of Justice and

24          State of Georgia related to the GNETS

25          program.  I mean, it's an active lawsuit



1          that individuals can be called to

2          testify, be deposed, so on and so forth.

3          And so we do not know all the parameters

4          to that and so we don't want to run afoul

5          of this process.

6               For example, you started the line

7          of questioning today to ask have I talked

8          to anybody about GNETS or being deposed.

9          And so to not run afoul of a lawsuit, we

10         do not talk about GNETS.

11    BY MS. CHEVRIER:

12         Q    Does the Apex program provide mental

13    health services during the summer?

14         A    Some providers do, yes, but they have an

15    ability in their fund requests to have some -- to ask

16    for support for summer programming.  And our thought

17    behind that is, if the student is making progress

18    throughout the school year, we don't want to disrupt

19    that over the summer.  But there are various factors

20    for rural Georgia, that sort of thing.

21              Some of our providers also operate youth

22    mental health facilities, they support Clubhouses, so

23    things like the Boys and Girls Club that are

24    therapeutic in nature.  And so some of those

25    providers that have both Apex and Clubhouse may shift



1  their case load to the Clubhouse over the summer.

2  But those who don't do have an opportunity to include

3  in their add -- subject to availability of budget,

4  but do have an opportunity to say, we would like to

5  do X programming during the summer, it would cost X

6  dollars.  And if the department is able to fund that

7  or a portion of it, we will review and approve.

8       Q    Is it important to continue services

9  through the summer for students with emotional

10  behavioral disabilities?

11            MS. JOHNSON:  Object to form.

12       Outside the scope of the topic.

13            You can answer.

14            THE WITNESS:  Yes.

15  BY MS. CHEVRIER:

16       Q    I'm going to ask my colleague to bring up

17  what we've marked as Plaintiff's Exhibit 978, the FAQ

18  that we've been discussing.  I'm going to ask you to

19  please scroll to the question that asks:  Who can

20  provide the Apex services within the school setting?

21       A    Do you know if that's up or down?  Am I

22  headed in the right direction?

23       Q    I think it's down, but -- do you see

24  where it says:  Who can provide the Apex services

25  within a school setting?



1       A       Yes.

2       Q       Do you see the answer that reads, quote:

3    Individual and group therapy services should only --

4    only is in all caps -- be provided by a licensed

5    clinician (LPSW, LPC, LMFT), associate/provisionally

6    licensed clinician (APC, LMSW, LAMFT) and/or a

7    Master's degree level clinician seeking licensure in

8    accordance with the rules governing their practice.

9    Paraprofessionals can provide community support

10   services such as life/social skills and assist with

11   prevention programs/activities and assisting

12   students/families with nonclinical concerns.

13      A       Yes.

14      Q       Why was it determined that Apex

15   individual and group therapy services should only be

16   provided by a licensed clinician, provisionally

17   licensed clinician or Master's degree level clinician

18   seeking licensure?

19      A       Because there is a workforce shortage in

20   Georgia, across the country, in terms of behavioral

21   health clinicians, and at some point we learned that

22   some of our provider networks were using interns that

23   were unsupervised, which does not align with practice

24   or with the model.  And so where we learned about

25   that, we stopped it.



1          And in this FAQ we wanted to take the

2   opportunity to clarify that the rules for Medicaid

3   allow also provisionally licensed or associate

4   licensed individuals that are supervised, that are

5   working under the guidance of a supervisor that has

6   the supervisor certification, towards full licensure.

7   They have to get so many hours in order to gain full

8   licensure.  Interns or Master level interns that are

9   working to complete their degree programs can also

10  work under an individual, a supervisor with the

11  supervisor credentials, but they cannot work alone.

12         And we learned about it and we worked to

13  stop it.  So that is what this is trying to address.

14      Q    Who was involved in the decision that

15  Apex individual and group therapy services should

16  only be provided by a licensed clinician,

17  provisionally licensed clinician or a Master's degree

18  level clinician seeking licensure?

19      A    This is determined by the -- the rules

20  governing the practice of these professions.  So the

21  Georgia Composite Board -- I don't know the name

22  specifically, but there's a body within Georgia that

23  sets policy and guidelines for who can do what in

24  this field, and this is meant to align with that.

25      Q    Are the licensing criteria for all



1  Medicaid and public insurance mental health services

2  for children and adolescents set forth in the DBHDD

3  coverage manual?

4         MS. JOHNSON:  Object to form.

5     Outside the scope of the question.  You

6     can answer -- or outside the scope of the

7     topic.

8         You can answer.

9         THE WITNESS:  I don't know the

10     answer to that.  My -- from what I'm

11     familiar with, the provider manual would

12     point to the licensing board -- the

13     governing board.

14  BY MS. CHEVRIER:

15     Q    Does this statement regarding the

16  qualifications of Apex individual and group therapy

17  services apply to all publicly insured services

18  provided in Georgia?

19         MS. JOHNSON:  Object to form.

20         THE WITNESS:  I don't know the

21     answer.

22  BY MS. CHEVRIER:

23     Q    Why is it important for individual and

24  group therapy sessions to be provided by

25  appropriately licensed professionals?



1              MS. JOHNSON:  Object to form.

2              THE WITNESS:  Because that's

3         required by reg.

4    BY MS. CHEVRIER:

5         Q    Is there any other reason why it's

6    important other than following regulations?

7              MS. JOHNSON:  Object to form.

8              THE WITNESS:  I don't know the

9         answer to that for -- in my opinion, for

10        us, it would be important for us to be

11        aligned with regulatory authority.

12   BY MS. CHEVRIER:

13        Q    Did these licensure requirements align

14   with DBHDD's standards for non-Apex services?

15             MS. JOHNSON:  Object to the form.

16             THE WITNESS:  I don't know the

17        answer to that, your question per se, but

18        what I do know the answer to is that, in

19        the public payor state, so Medicaid

20        individuals that are working towards full

21        licensure are able to work in these

22        settings, whereas in -- for private

23        insurance, they are not.  Private

24        insurance requires full licensure.

25             So the rules are more lenient as it



1          relates to the Medicaid benefits, which

2          is helpful when navigating a workforce

3          shortage.

4     BY MS. CHEVRIER:

5          Q    Is there any guidance from the substance

6     abuse and mental health services administration or

7     any other places that require licensed professionals?

8               MS. JOHNSON:  Object to form.

9               THE WITNESS:  I don't know the

10         answer to that.

11    BY MS. CHEVRIER:

12         Q    Are you aware that Layla Fitzgerald

13    informed the Office of Whole Child that, as the

14    liaison between GaDOE and DBHDD, that she does not

15    work on anything related to GNETS?

16              MS. JOHNSON:  Object to form.

17         Outside the scope of the topics.

18              You can answer.

19              THE WITNESS:  I don't know the

20         answer to that.

21    BY MS. CHEVRIER:

22         Q    Is it your understanding that Layla

23    Fitzgerald does not work on anything related to

24    GNETS?

25              MS. JOHNSON:  Same objection.



```
 1   BY MS. CHEVRIER:
 2        Q     In her liaison capacity?
 3              MS. JOHNSON:  Same objection.
 4              THE WITNESS:  Can you restate the
 5        question?
 6   BY MS. CHEVRIER:
 7        Q     Is it your understanding that Layla
 8   Fitzgerald does not work on anything related to GNETS
 9   in her liaison capacity with GaDOE?
10              MS. JOHNSON:  Same objection.
11              THE WITNESS:  Generally speaking,
12        yes, that's my understanding.  From what
13        I know, GNETS is not a part of the scope
14        of the office where she serves as a
15        liaison.
16   BY MS. CHEVRIER:
17        Q     You testified earlier that Danielle Jones
18   or Danielle Jones Alexander also now serves in this
19   liaison capacity; is that correct?
20        A     It's a narrow -- narrower -- sorry --
21   scope, but yes.  Layla -- the difference between the
22   two is that Layla has a broader scope of work and
23   Danielle's focus is specific to Project Aware, the
24   current Project Aware grant that GaDOE has from
25   SAMHSA.
```



1          Q     Is it fair to say that Danielle Alexander

2    also does not work with anything related to the GNETS

3    program in her capacity as liaison with GaDOE?

4               MS. JOHNSON:  Object to form.

5          Outside the scope of the topic.

6               You can answer.

7               THE WITNESS:  This one I'm a little

8          less sure about, because that office has

9          recently gone through a reorg and

10         Danielle has been brought into that

11         office.  Previously, the work of Project

12         Aware was in a different area, and I

13         don't know if that area and its scope of

14         work included GNETS.

15   BY MS. CHEVRIER:

16         Q     We have not seen an Apex evaluation for

17   school year '21 to '22 or '22 to '23.  Have

18   evaluations been prepared for those years?

19              MS. JOHNSON:  Object to form.

20         Outside scope of the topics.

21              You can answer.

22              THE WITNESS:  Can you restate the

23         year?

24   BY MS. CHEVRIER:

25         Q     School years '21 to '22 and '22 to '23.



1        A      So not for the latter.  So not '22 to

2    '23.  For the previous school year, yes.  Typically

3    the time line for that is a full school year of data.

4    School year ending generally in May of each year, the

5    evaluation team reviewing and sorting the data,

6    preliminary drafts may be available around August.

7    And then finalization sometime between August and

8    October following the close of the school year.

9             So the current school year data wouldn't

10   be available until, you know, middle of the fall, but

11   the last school year evaluation has been completed

12   and should be public on the Georgia State

13   Interventional website, who is the evaluator of the

14   Apex program.

15             MS. CHEVRIER:  I'd like to request

16         on the record that we be provided with

17         the Apex evaluations for school year '21

18         to '22 that Mr. McKay just testified is

19         available.

20             MS. JOHNSON:  We can discuss that.

21   BY MS. CHEVRIER:

22        Q      You mentioned previously that regular

23   meetings with -- that there were regular meetings

24   with the State GNETS director, correct?

25        A      Correct.



1        Q    When did those meetings take place?

2             MS. JOHNSON:  Object to form.

3        Outside scope of the topic.

4             You can answer.

5             THE WITNESS:  Over the course of a

6        couple of years, maybe the frequency was

7        every other month or quarterly.  I don't

8        remember exactly.  But they stopped

9        sometime during the pandemic and they

10       have not resumed.

11  BY MS. CHEVRIER:

12       Q    Were you the senior officer of DBHDD who

13  participated in those meetings?

14             MS. JOHNSON:  Same objection.

15             THE WITNESS:  I likely was the

16       senior office that participated in some

17       of the meetings or the majority of the

18       meetings, but I may not have been the

19       senior officer that participated in all

20       of the meetings.  I do think early on

21       there were meetings prior to my

22       involvement that may have included our

23       commissioner or deputy commissioner and

24       other senior kind of -- what we call

25       enterprise level officers from GaDOE.



 1                    At some point I was brought into

 2          those and those became my meetings to

 3          coordinate with the State level GNETS

 4          director.

 5    BY MS. CHEVRIER:

 6          Q    Was the sequence initially Commissioner

 7    Fitzgerald, Monica Johnson and yourself were

 8    involved?

 9                    MS. JOHNSON:  Same objection.

10                    THE WITNESS:  I don't know the

11          answer to that.

12    BY MS. CHEVRIER:

13          Q    Is it correct that Commissioner

14    Fitzgerald dropped off and no longer participated?

15                    MS. JOHNSON:  Same objection.

16                    THE WITNESS:  Yes, that's correct.

17    BY MS. CHEVRIER:

18          Q    And then Monica Johnson also dropped off

19    and no longer participated?

20                    MS. JOHNSON:  Same objection.

21                    THE WITNESS:  I want to clarify my

22          answer to the last question and to this

23          question.

24                    Commissioner Fitzgerald and Monica

25          and myself may have participated in one



1    or two meetings together.  How many

2    meetings they participated in related to

3    GNETS prior to my participation or

4    outside of my participation I'm unclear

5    of.  And so I'm unsure about the usage of

6    the term drop off.

7  BY MS. CHEVRIER:

8        Q     Sure.  I was just -- I was using drop off

9  to mean that they no longer participated in those

10 meetings.

11             So is it correct that there was a time,

12 it sounds like, all three of you participated and

13 then there was ultimately a time when you were the

14 only DBHDD senior officer participating in these

15 meetings?

16             MS. JOHNSON:  Same objection.

17             THE WITNESS:  That is correct.

18       Yes, that's correct.

19 BY MS. CHEVRIER:

20       Q     And those are the meetings you referred

21 to as the regular meetings with the State GNETS

22 director?

23       A     Yes, that's correct.

24       Q     And did you meet with Vickie Cleveland

25 every month for a while?



1           MS. JOHNSON:  Object to form.

2       Outside the scope of the topics.

3           You can answer.

4           THE WITNESS:  Yeah.  The frequency

5       was maybe every other month or quarterly.

6  BY MS. CHEVRIER:

7       Q    And you said that they dropped off at

8  some point during the pandemic.  Did they drop off

9  due to the pandemic or for a different reason?

10          MS. JOHNSON:  Same objection.

11          THE WITNESS:  It could have been

12      related to the pandemic, but also I think

13      the -- the change and litigation related

14      to this case may have also had an impact

15      on it.  For reasons similar to internal

16      discussions, limiting those as related to

17      GNETS because we were under -- in

18      litigation, active litigation, may have

19      also had an impact as to why the meetings

20      with the State level GNETS director and

21      myself ceased to happen.

22          MS. CHEVRIER:  Excellent.  No

23      further questions from me.  Thank you

24      very much for your time.

25          MS. JOHNSON:  And I don't have any



1  questions.  Thank you for your time

2  today.

3          THE WITNESS:  Thank you.

4          THE VIDEOGRAPHER:  And I understand

5  that we have standing orders on this?

6          MS. CHEVRIER:  Yes.

7          MS. JOHNSON:  I don't think the

8  State has a standing order.  We don't

9  need a copy of the video, but we request

10  an e-tran, and we'll read and sign.

11          THE VIDEOGRAPHER:  This concludes

12  today's videotaped deposition.  The time

13  is 12:36 p.m.  Going off the record now.

14

15          (Thereupon, the deposition was

16  concluded at approximately 12:36 p.m.)

17

18

19

20

21

22

23

24

25



D I S C L O S U R E

The following representations and disclosures are made in compliance with Georgia Law, more specifically:

Article 10(B) of the Rules and Regulations of the Board of Court Reporting (disclosure forms).

OCGA 9-11-28(c (disqualification of reporter for financial interest). OCGA 15-14-37(a) and (b) (prohibitions against contracts except on a case-by-case basis.)

I am a certified court reporter in the State of Georgia. I am a subcontractor for Esquire Deposition Solutions. I have been assigned to make a complete and accurate record of these proceedings.

I have no relationship of interest in the matter on which I am about to report which would disqualify me from making a verbatim record or maintaining my obligation of impartiality in compliance with the Code of Professional Ethics.

I have no direct contract with any party in this action and my compensation is determined solely by the terms of my subcontractor agreement.

This 21st day of March, 2023.

Tanya L. Verhoven

Tanya L. Verhoven-Page,
B-1790.

1                     C E R T I F I C A T E

2

3   STATE OF GEORGIA:

4   FULTON COUNTY:

5

6            I hereby certify that the foregoing

7        deposition was reported, as stated in the

8        caption, and the questions and answers

9        thereto were reduced to written page

10       under my direction, that the preceding

11       pages represent a true and correct

12       transcript of the evidence given by said

13       witness.

14            I further certify that I am not of

15       kin or counsel to the parties in the

16       case, am not in the regular employ of

17       counsel for any of said parties, nor am I

18       in any way financially interested in the

19       result of said case.

20            Dated this 21st day of March, 2023.

21

22                    *Tanya L. Verhoven*
                    _____
23                    Tanya L. Verhoven-Page,
                    Certified Court Reporter,
24                    B-1790.

25



```
 1                   ESQUIRE ERRATA SHEET

 2

 3

 4   Esquire Job ID:  J9414077

 5   Case Caption:  USA  v.  State of Georgia

 6

 7

 8        DECLARATION UNDER PENALTY OF PERJURY

 9

10        I declare under penalty of perjury that I

11   have read the entire transcript of my deposition

12   taken in the above-captioned matter or the same has

13   been read to me, and the same is true and accurate,

14   save and except for changes and/or corrections, if

15   any, as indicated by me on the DEPOSITION ERRATA

16   SHEET hereof, with the understanding that I offer

17   these changes as if still under oath.

18             Signed on this_____day of

19   _____, 2023.

20

21

22

23             _____

                   DANTE MCKAY
24

25
```



```
1                   DEPOSITION ERRATA SHEET

2                        CORRECTIONS

3      Pg.    Ln.    Now Reads      Should Read      Reason

4      _____ _____ _____  _____    _____

5      Pg.    Ln.    Now Reads      Should Read      Reason

6      _____ _____ _____  _____    _____

7      Pg.    Ln.    Now Reads      Should Read      Reason

8      _____ _____ _____  _____    _____

9      Pg.    Ln.    Now Reads      Should Read      Reason

10     _____ _____ _____  _____    _____

11     Pg.    Ln.    Now Reads      Should Read      Reason

12     _____ _____ _____  _____    _____

13     Pg.    Ln.    Now Reads      Should Read      Reason

14     _____ _____ _____  _____    _____

15     Pg.    Ln.    Now Reads      Should Read      Reason

16     _____ _____ _____  _____    _____

17     Pg.    Ln.    Now Reads      Should Read      Reason

18     _____ _____ _____  _____    _____

19     Pg.    Ln.    Now Reads      Should Read      Reason

20     _____ _____ _____  _____    _____

21     Pg.    Ln.    Now Reads      Should Read      Reason

22     _____ _____ _____  _____    _____

23     Pg.    Ln.    Now Reads      Should Read      Reason

24     _____ _____ _____  _____    _____

25
```



DANTE MCKAY                                         March 09, 2023
UNITED STATES vs STATE OF GEORGIA                            127

```
 1              DEPOSITION ERRATA SHEET
 2                    CORRECTIONS
 3    Pg.    Ln.    Now Reads      Should Read    Reason
 4    _____ _____ _____  _____ _____
 5    Pg.    Ln.    Now Reads      Should Read    Reason
 6    _____ _____ _____  _____ _____
 7    Pg.    Ln.    Now Reads      Should Read    Reason
 8    _____ _____ _____  _____ _____
 9    Pg.    Ln.    Now Reads      Should Read    Reason
10    _____ _____ _____  _____ _____
11    Pg.    Ln.    Now Reads      Should Read    Reason
12    _____ _____ _____  _____ _____
13    Pg.    Ln.    Now Reads      Should Read    Reason
14    _____ _____ _____  _____ _____
15    Pg.    Ln.    Now Reads      Should Read    Reason
16    _____ _____ _____  _____ _____
17    Pg.    Ln.    Now Reads      Should Read    Reason
18    _____ _____ _____  _____ _____
19
20                         _____
21                         Signature of Deponent
22    SUBSCRIBED AND SWORN BEFORE ME
23    This the_____ day of_____, 2023.
24    _____
25    (Notary Public)    My Commission Expires:_____
```



800.211.DEPO (3376)
EsquireSolutions.com

**Exhibits**

9414077 Dan
te.McKay.
PREV.
MARKED.
EXHIBIT870
    5:5
    80:16,20

9414077 Dan
te.McKay.
PREV.
MARKED.
EXHIBIT965
    5:6 12:4,
    8

9414077 Dan
te.McKay.
EXHIBIT978
    4:12
    55:13,15
    103:19
    109:17

_____

**$**

$69
    57:13

_____

**0**

0
    56:15

_____

**1**

1
    35:8
    38:18
    57:18
    65:19
    66:22
    72:4,21
    85:16
    93:13

1.0
    56:15
    58:5,11
    85:6,20,
    22

10/17/2019
    101:25

100
    34:5
    83:13

10:02
    6:10

12:06
    105:25

12:14
    106:3

12:36
    122:13,16

16th
    14:10

17th
    80:22
    102:17

18
    13:8,11

180
    39:2

19
    13:9,11

1st
    12:18

_____

**2**

2
    35:8
    51:25

52:1
53:2,3
65:20
66:21
72:4,17

2,200
    39:24

2.0
    56:15
    57:23
    58:11
    79:11
    85:13,21,
    22

2007
    17:14

2011
    17:21,23

2015
    33:17

2016
    14:10

2019
    80:22
    81:24
    102:17

2022
    27:24
    28:13

2023
    6:1,8
    12:18

21
    27:21
    116:17,25
    117:17

22
    116:17,25
    117:1,18

23
    116:17,25

117:2

24
    11:10

_____

**3**

3
    35:11,15
    51:17,25
    52:4 53:5
    56:15
    65:21
    66:21
    67:2
    72:3,21
    73:19

3.0
    55:20
    56:4,5,6,
    8,20
    57:19
    58:17,18,
    22

30(b)(6)
    12:17
    13:1

_____

**5**

50
    27:11

_____

**6**

69
    57:17

_____

**7**

700
    39:24

_____

**8**

8.4
    57:18

870
    80:16,20

_____

**9**

9
    6:1

965
    12:4,8

978
    55:13,15
    103:19
    109:17

9:02
    6:2,8

9th
    6:8

_____

**A**

a.m.
    6:2,8,10

ability
    8:24
    10:18
    54:14
    107:15
    108:15

abuse
    114:6

Academy
    39:3
    82:24
    83:19

access



31:16
32:6,18,
25 33:7,
21 46:14
73:11
103:21
104:11

accident
22:23

accordance
110:8

accurate
69:5,8
80:14
101:24

accurately
8:19
62:2,16
63:2

achieve
44:2

achieving
44:1

acronyms
10:23

act
97:19

active
107:25
121:18

activities
56:19
97:16

actual
107:22

acuity
52:3 75:6

ad
84:17

add

10:7
34:12
86:24
109:3

addition
106:18

additional
10:5
27:23
68:18
93:5

address
30:15
34:13
35:4
85:17
111:13

addressed
34:10

addresses
84:21,23

addressing
29:3
30:12

Adell
15:2,3

adjustments
21:24

administrat
ion
17:9,16
18:3
114:6

administrat
or
18:4

Adolescent
50:3

adolescents
48:19
112:2

Adrienne
14:12

Adults
13:17,24
81:23
83:24

advancing
66:23

Aetna
72:12

affecting
8:24

affiliation
6:21

afoul
106:22
107:19
108:4,9

after-
instance
98:1

age
50:20

agencies
25:17,20
29:14
31:10
36:18,25
57:9

agency
36:2 70:7

agendas
84:16

ages
50:20

agree
28:19
45:25
90:23,24
95:17
96:1

agreed
69:19
83:15
89:12

agreement
89:12

ahead
9:18
16:15
18:8 19:7
38:15
54:6
56:11
62:7 71:7
75:10,25
88:8
107:11

aid
24:12

Alexander
15:24
26:19
27:20
81:13,14
88:20
106:17
115:18
116:1

align
50:19
64:24
65:17,18
66:22
74:21
75:13
94:24
98:10
107:4
110:23
111:24
113:13

aligned
56:6
64:23

65:13
74:17
104:14
113:11

aligning
69:25

aligns
13:12
31:10
95:25
96:2,6
102:11
104:22

allowed
84:1
95:3,10

America
6:13

amount
56:25

and/or
110:6

annual
47:4,12
82:23,25
84:10

annualized
56:25

annualizing
58:20

annually
48:4

answering
9:6,24
37:17
50:2

answers
8:15,19
59:17
60:4
61:16



107:16

APC
  110:6

Apex
  13:18
  16:20
  23:25
  33:13,14,
  19 34:13
  35:3,4,7
  36:3,9,23
  37:22
  38:6,10,
  21 39:9,
  17,18,20,
  23 42:19
  43:6,25
  44:11
  45:4,22
  46:6
  47:4,11
  48:5,14
  50:13,23
  51:5,15,
  18,20,21
  52:8,14
  53:4,11,
  21 54:4,
  7,10,15,
  16 55:3,
  8,20
  56:4,5,6,
  15,20
  57:18,19,
  20 58:5,
  11,17
  61:19,22
  62:12,17
  63:7,18
  65:11
  66:13
  68:19,23
  69:11
  70:10,12,
  24 71:10,
  17,19,25

73:2,11
74:6
75:16
76:2,7,19
77:7
78:13,22
79:3,10
81:23
84:10,11,
25 85:6,
8,13,16
86:1,4
89:8
90:9,11,
17 91:11,
13,18
92:10
93:14,17,
24 94:24
95:3,10
96:17,21
97:5
98:10
100:16,25
101:17,19
103:3,9,
22 104:3,
11,16,17,
19 105:1
106:6,24
107:11,15
108:12,25
109:20,24
110:14
111:15
112:16
116:16
117:14,17

applies
  88:23

apply
  51:21
  100:4
  112:17

approach

29:21
40:6
62:12
65:13
95:20
101:25
102:13,19
103:2,12,
21 104:11
105:19
106:6

approaches
  86:5

appropriate
ly
  54:19
  112:25

approval
  60:7,10,
  14,24
  65:25
  66:3,8

approve
  33:3 66:4
  109:7

approved
  16:11
  34:8
  35:21
  48:21
  61:15
  66:5,9
  70:17,18

approving
  59:14

approximate
ly
  122:16

area
  80:4
  89:15
  116:12,13

areas
  13:15
  83:23

arise
  34:1

Ashley
  15:22

Ashuanni
  16:1,2
  106:18

asks
  61:19
  109:19

assembly
  38:4 50:9
  56:18
  95:6
  96:25
  97:18

assessment
  37:23,25

assist
  110:10

assisting
  110:11

associate
  111:3

associate/
provisional
ly
  110:5

assume
  23:4 55:5
  71:9

at-risk
  35:9
  52:21
  64:16
  65:20

ATLANTA
  6:1

attach
  83:18

attachment
  12:19
  13:8

attend
  84:5

attorney
  7:17 8:1
  9:14

August
  117:6,7

authority
  23:13
  113:11

availabilit
y
  103:3
  109:3

avenue
  79:4

avoid
  9:3

aware
  24:17
  25:22
  26:20
  28:14
  44:9
  66:10
  69:15
  79:9
  80:11
  114:12
  115:23,24
  116:12

awareness
  79:15
  80:10



17:11

—————————
        B
—————————

back
  15:20
  48:3 78:4
  83:3
  89:17,18
  103:18
  105:9
  106:2

background
  17:24

barrier
  32:25

barriers
  32:19
  33:24

Baruch
  17:17

based
  11:15
  28:10
  29:25
  30:13
  36:16
  53:3,18
  74:20
  75:12
  79:12
  84:17
  89:25
  98:16
  104:24

bases
  55:6

basically
  8:2 41:10

basis
  13:14
  23:20

Baton

began
  97:19

beginning
  20:19

begins
  6:11

behavior
  52:1 55:1

behavioral
  13:17
  14:8,13,
  17 23:6,
  10,12
  25:15
  29:15
  37:23,25
  38:17
  50:25
  52:11
  54:18
  55:4,6,7
  72:19
  83:1,20
  87:11
  97:21
  107:14
  109:10
  110:20

behaviors
  52:11
  53:10,14,
  22,24
  54:2,12

belief
  31:12

benefit
  33:10
  54:14
  73:10
  98:3
  106:23
  107:6

benefits
  72:18
  114:1

big
  83:16

bill
  49:16,23

bit
  32:14

blanking
  16:1
  68:10

Blue
  72:11,12

Bluetooth
  34:19

board
  12:1
  38:8,12
  111:21
  112:12,13

body
  111:22

bold
  90:9

bottom
  55:24

Boys
  108:23

break
  9:21,25
  105:22

bring
  12:10
  55:18
  103:17
  109:16

bringing
  19:4

Brittany

16:5

broader
  38:9
  115:22

broadly
  23:24
  24:2

brought
  82:17
  116:10
  119:1

budget
  39:19
  48:20
  50:3
  109:3

budgets
  48:22
  84:3

build
  27:4

building
  64:22
  69:25
  78:1 94:4

buildings
  94:4

Burk
  14:24
  16:5

busy
  21:23

—————————
        C
—————————

calendar
  21:24

call
  82:23
  85:13
  118:24

called
  7:10 64:5
  67:18
  97:14
  108:1

campus
  65:9,15
  73:9 89:5
  91:21
  94:6
  103:11

cancelled
  21:25

cap
  90:9

capacity
  115:2,9,
  19 116:3

caps
  110:4

capture
  8:19
  55:19,23,
  24

car
  22:23

care
  24:4
  29:20
  32:19
  33:23
  39:1
  49:19
  82:24
  83:19

case
  15:17
  19:3
  21:14
  33:5
  34:12
  37:12
  109:1



121:14

**cases**
29:18
50:18

**catchment**
80:4
89:15

**category**
15:12
94:2

**caveat**
107:12

**ceased**
121:21

**center**
11:17
17:11
94:18,19

**centers**
11:17
70:13
71:15,19
73:15,18
78:23
98:9

**certificati
on**
100:3
111:6

**certified**
15:7
100:15

**cetera**
18:22

**champion**
43:17,22

**chance**
75:5

**change**
28:14
106:6,19

121:13

**changed**
26:5,14,
15 28:10
47:22,23
81:10

**charged**
29:17

**chart**
93:14

**charter**
61:23
62:18

**Chevrier**
6:23
7:14,16
12:6
18:11
24:10,16,
22 25:4,
21 26:4,
12 27:5,
12,22
28:12
29:1,9,24
30:9,23
31:14,23
32:5
33:12
34:17,21,
24 36:1,8
40:14
41:2,19
42:5,11
43:1
44:8,17
45:2
46:5,11,
20 47:3,
9,17
48:13
50:1,11,
22 51:4,
13 52:24

53:19
54:5,24
55:11,17
57:21
58:4,9,24
59:6,22
60:9
61:11
63:1,6,
16,23
65:23
66:11,24
67:9,22
68:13
69:1
70:8,23
71:5,13
72:1
73:1,12,
22 74:5
75:7,22
76:17
77:1,6
78:6,11,
20 79:1,
20 80:7,
18 82:2
84:8,19
85:4,24
86:14,21
87:6,19,
24 88:5,
17 90:5
92:8,17
93:2,11
94:7,12,
22 95:19
96:3,14,
19 97:4
98:7,21
99:2,14,
20 100:1,
9 101:4,
15 102:14
103:1,16
104:4
105:20

106:4,13
107:10
108:11
109:15
112:14,22
113:4,12
114:4,11,
21 115:1,
6,16
116:15,24
117:15,21
118:11
119:5,12,
17 120:7,
19 121:6,
22 122:6

**child**
26:18
30:20,25
35:16
48:19
50:3 70:5
72:9,11,
16,17
76:14
77:22
89:7,13,
14,17,21
92:10
105:6,9,
14 114:13

**child's**
41:21,23

**child-
serving**
25:17,20
29:14

**children**
13:16,23
29:16,22
34:5
46:14
47:1
50:16
81:22

83:24
112:2

**CHRIS**
39:2

**City**
17:17

**Civil**
7:18

**Claire**
6:23 7:16

**clarificati
on**
93:3
102:18

**clarify**
9:12
18:14
21:11
30:7 41:3
45:10
49:21
52:6
57:17
62:13
68:5 71:8
76:1
88:24
90:20
100:8
111:2
119:21

**class**
93:19

**classroom**
77:19,23
78:2
103:10

**classrooms**
76:19
77:8 94:3

**Clayton**
79:13



80:5

Cleveland
  68:15
  120:24

client
  89:13
  105:6

clinic
  37:8

clinical
  14:23
  15:21,22

clinician
  40:18,21
  41:25
  54:9
  100:24
  105:10
  110:5,6,
  7,16,17
  111:16,
  17,18

clinician's
  105:11

clinicians
  40:5,9
  41:12
  42:14
  97:11
  110:21

close
  117:8

Club
  108:23

Clubhouse
  108:25
  109:1

Clubhouses
  108:22

coach
  45:17

cocounsel
  7:4

Cohen
  7:1

cohort
  83:10

collaborati
on
  26:5
  27:24
  28:14
  30:15
  76:18,24
  77:3

collaborati
ve
  31:1

colleague
  12:10
  55:18
  80:21
  103:17
  109:16

colleagues
  6:25

College
  17:18

column
  94:9

combination
  32:16
  89:2

comments
  107:17

commercial
  49:7,20

commerciall
y
  49:14

commissione
r

118:23
119:6,13,
24

commitment
  42:18
  43:4
  44:10

communicate
  20:21
  23:19

communicate
d
  23:14

communicati
ng
  9:5

communicati
ons
  29:25
  30:14
  59:14
  60:21
  61:1

communities
  31:17
  32:8
  46:16

community
  12:1  14:6
  34:4,8
  38:1,7,12
  40:5,8,
  18,21
  41:12,25
  42:14
  77:25
  110:9

company
  35:22

complaint
  18:21
  19:10

complete
  111:9

completed
  117:11

completely
  8:5  10:3

complex
  64:4

complicate
  54:14

complicatin
g
  91:21

component
  32:21
  38:2

comport
  63:13,14
  73:19

Composite
  111:21

computer
  8:22

concerned
  81:23

concerns
  110:12

concluded
  122:16

concludes
  122:11

conference
  6:11
  64:21

confirm
  10:24
  12:21,25

confirmed
  78:21

connection
  18:13
  57:2,22
  58:5
  97:16

considerati
on
  106:5

consistent
  28:5
  87:25
  88:12,18

consortium
  80:23
  82:9,16
  84:1,9
  86:13

consultatio
n
  52:10

continue
  39:17
  92:5
  105:7,15
  109:8

continued
  63:22

contract
  44:23,24
  48:21
  62:9,11,
  14

contracted
  34:6  85:9

contracts
  56:7  57:3

contractual
  79:14

contradicto
ry
  102:9



contradicts
  102:6

contribute
  30:25
  44:18

conversation
  8:3

conversations
  25:18
  76:8

coordinate
  29:3,15,
  21 30:11
  119:3

coordinated
  20:8

coordinating
  20:12

coordination
  30:22

coordinator
  15:7
  16:3,6
  81:8

copied
  80:23

copy
  122:9

core
  36:16

corporate
  7:6

correct
  12:19
  13:4,5
  19:13,16
  20:15

23:4
37:20
40:18
55:20
66:1,2
69:2 77:5
78:23
80:25
82:4 87:7
90:13,15
92:14,16,
20,21,24
93:1
94:9,15,
16,19,21
95:1,6,7,
11,12
99:5
101:22,23
102:19
106:16
115:19
117:24,25
119:13,16
120:11,
17,18,23

cost
  109:5

counsel
  6:20 9:18
  17:3
  20:18,22

counseling
  35:13,14
  37:25
  38:1

counselor
  37:13
  45:21
  101:3

count
  39:24

counted
  83:12

counting
  39:5

country
  110:20

County
  79:13
  80:5,6

couple
  27:19
  82:20
  118:6

court
  6:16 8:9,
  11,12,16,
  18 12:16
  18:12,19,
  20 22:12
  55:11

coverage
  112:3

covered
  32:23,25
  33:1
  49:13,25

COVID-19
  43:13

create
  34:3

created
  33:16
  95:13,20

credentials
  111:11

crisis
  33:5
  35:16,20
  49:11
  72:9,13,
  14,21

criteria
  36:17

111:25

Cross
  72:12

CSB
  11:25
  85:18

CSBS
  44:18
  85:14,15

curious
  41:13
  79:2
  86:24
  100:13
  104:13

current
  16:8
  17:25
  22:19
  26:16,20
  56:21
  62:6 81:6
  101:22
  103:20
  104:10
  107:5
  115:24
  117:9

curve
  52:3 75:6

cut
  16:16
  55:25
  60:1 92:5

cyber
  61:25
  62:20

CYF
  80:23
  82:9,15
  84:1,9
  86:13

——————————

        D

D-A-N-T-E
  7:24

Danielle
  7:4 15:24
  26:18
  27:19
  80:22
  81:2,6,13
  88:19
  100:23
  101:9
  106:17
  115:17,18
  116:1,10

Danielle's
  115:23

Dante
  6:12 7:9,
  24

dash
  93:18

dashboard
  48:1

data
  46:24
  47:15,18,
  19,25
  117:3,5,9

date
  6:7
  17:13,19
  81:2
  85:11

day
  37:4,5
  83:20,21

day-to-day
  28:6



days
  21:23

DBHDD
  7:6 13:18
  23:7,11
  27:1
  28:15
  29:2
  30:11
  31:1 34:4
  36:2
  37:19
  42:25
  44:11,23
  46:12
  48:18
  57:2,14,
  22 62:3,
  14,15,17
  63:3
  65:11
  67:21
  69:4
  70:7,12,
  16,17,18
  73:2
  75:15
  78:22
  81:22
  86:3,5
  99:15,21
  100:14
  103:2,21
  104:10
  106:15
  112:2
  114:14
  118:12
  120:14

DBHDD's
  56:3
  101:24
  113:14

DBHDD-
APPROVED

36:14

decision
  63:17,22
  68:19,23
  69:8
  74:15
  75:15
  111:14

decision-
making
  69:4

decline
  54:20

decrease
  53:4,23
  55:8

decreases
  53:13

dedicate
  27:3

dedicated
  37:10

defendant
  23:1

defines
  94:13

defining
  62:8

definition
  52:20
  94:17

definitions
  10:24

degree
  17:8,10,
  20 110:7,
  17 111:9,
  17

department
  7:19 11:3

19:2 22:2
  23:5,9
  27:1
  33:18
  34:4
  36:12
  37:18,19
  38:17
  49:5,9
  57:15
  82:21
  83:4,6
  101:2
  105:12
  106:14
  107:23
  109:6

depending
  39:10

depends
  37:3
  51:11
  62:8

deponent
  21:13

deposed
  21:20
  22:15,16
  108:2,8

deposition
  6:12,19
  7:21
  12:16,17
  13:1,12
  18:20
  19:8,9,
  15,18,21
  20:2,5,
  22,24
  21:1,4,8,
  13,17
  22:4,8,13
  55:14
  122:12,15

depositions
  18:17

deputy
  118:23

describe
  26:21
  36:10
  76:18,24
  91:4 96:4

designee
  44:6

detection
  33:25

determinati
on
  74:6

determined
  36:25
  61:3 63:7
  66:13
  98:2
  100:14
  110:14
  111:19

developed
  59:1,11
  69:10,13

development
  15:6

Development
al
  23:6,10

diagnoses
  107:17

diagnosis
  35:10,12
  53:18
  107:13

difference
  56:14
  100:23

115:21

differences
  65:4,6
  89:4
  91:1,4
  98:17

differentia
tion
  73:14

differently
  97:20

differs
  41:6

difficult
  9:4

dip
  96:16

dipping
  95:9

direct
  13:16,23
  14:21,24,
  25 15:1,
  2,15
  25:18
  34:5

directed
  56:4

direction
  109:22

director
  13:25
  14:13,16,
  23,25
  15:6,10
  16:11
  20:6
  67:15,20,
  24 68:6,
  9,17
  76:13
  82:3



87:10
117:24
119:4
120:22
121:20

**disabilities**
23:6,10
42:16
109:10

**disability**
50:25
52:12

**disagree**
91:6
92:22
104:7

**discovery**
98:2

**discretion**
105:11

**discuss**
86:15,25
87:13
117:20

**discussed**
23:25
24:3,11,
17,23
25:5
88:1,13,
19 96:7
101:16

**discussing**
94:18
109:18

**discussion**
89:22

**discussions**
23:18,21
25:8,22
60:16

69:16
87:20
89:1,11
90:1,3
106:12,
19,20
121:16

**disorders**
107:14

**disrupt**
89:20
108:18

**disruptive**
53:10,14,
22,23

**district**
36:20,24
37:3
39:23
43:18,19,
24,25

**districts**
34:9
61:14

**disturbance**
54:8

**division**
7:18
13:18
14:14,17
87:11

**document**
12:12,22,
24 13:10
55:23
58:13,16
104:25

**documents**
18:19,24
19:5
22:11

**dollars**

74:23
109:6

**double**
95:9
96:16

**draft**
60:17,23

**drafts**
117:6

**drop**
120:6,8
121:8

**dropped**
119:14,18
121:7

**due**
95:4
121:9

**duly**
7:10

———————

**E**

———————

**e-mail**
80:22
81:2,11,
16,19
84:21,22,
23 85:17,
25 86:3,
12,16,20
87:1,8,
14,25
88:6,12,
18 90:7,
14,16
92:13,19,
23 94:13
95:2
100:10
102:1,18
104:9

**e-tran**
122:10

**earlier**
10:6,8
49:5
56:23
75:4
92:18
115:17

**early**
33:25
43:15,16
75:2,3
118:20

**Eastern**
6:9,10

**edited**
60:18

**education**
11:3,15
17:7,24
32:13
42:15
77:21
94:14
100:13

**educational**
7:17 11:7
76:3,8
82:22
99:5

**effective**
46:6

**effort**
59:21

**efforts**
31:1
69:25

**eligible**
51:19

**eliminate**
33:24

**eliminates**
32:18,24

**embed**
37:1

**embedded**
32:17
35:17
38:9
44:25
45:11
51:18
65:7,16
71:16
73:8 89:5
91:19
94:3

**embedding**
97:10

**emotional**
50:24
52:11
54:8
109:9

**employees**
23:15,20
28:6 37:1
81:22
86:4

**Empowerment**
39:3,4

**encourage**
34:6

**end**
13:10

**ending**
117:4

**enrolled**
105:1

**enterprise**
118:25

**environment**



107:4

environments
75:13

equate
62:9,15

Esquire
6:18

essentially
16:22
26:25
33:23
82:16

establish
69:20

established
28:24
69:12

Estrella
16:6

evaluate
13:19

evaluation
47:4,12,
22 84:11
116:16
117:5,11

evaluations
47:10
116:18
117:17

evaluator
117:13

event
97:18

events
82:22
83:16,19

eventually
69:21

exact
85:10

EXAMINATION
7:13

examine
99:15,21

examined
7:11

examples
38:25

exceed
107:14

Excellent
10:12,16,
20 12:7
13:14
15:8
121:22

exception
105:17

exceptions
104:24

excuse
17:23
48:2

executive
14:6

executives
43:24

Exhibit
12:4,8
55:13,15
80:16,20
103:19
109:17

exhibiting
54:17
55:4

exists
27:14

expand
56:22

expanded
85:11

expansion
85:12

expect
54:20
55:7

expectation
45:24
51:5
52:7,14

expectations
53:21

expected
45:3,8

experience
21:13

expert
26:19

explain
15:13
51:14

explained
8:2

explains
56:14

explanation
22:1

extended
60:22

extensive
48:4

extent
20:9
103:22

external
60:19

———————————
F
———————————

facilities
61:24
62:19
63:9,12,
19 66:14
67:1
68:20
70:11
71:16,25
78:14
104:15
106:7
108:22

facility
63:15
94:14

fact
21:20
106:19

factor
91:21

factors
108:19

fair
28:13
38:6
39:11
53:6,20
54:6
61:15
78:7
80:11
85:25
93:22
96:15
103:20
116:1

fall
54:12
117:10

falling
97:13

falls
96:12
97:2

familiar
20:10
23:5 40:1
64:6
112:11

families
13:17,24
29:23
61:13
81:23
83:24

family
32:15
35:13
38:1
39:2,3

FAQ
56:5
58:11
59:1
61:16,18
65:25
103:18,23
104:14
109:17
111:1

FAQS
56:4
57:2,15,
22 59:17
60:4

February
14:10
27:21

feel
9:11

feeling
10:10,11



DANTE MCKAY                                                     March 09, 2023
UNITED STATES vs STATE OF GEORGIA              Index: females..Gadoe

females
  68:4

fidelity
  54:19

field
  111:24

filed
  12:16
  18:19

filings
  18:12,19
  21:8
  22:12

filled
  27:14

final
  60:7,10,
  14,23
  65:25
  66:3,8

finalizatio
n
  117:7

fine
  9:22

finish
  9:7,24

firm
  19:14,24

fit
  64:8
  66:20,21

fits
  27:14

Fitzgerald
  14:25
  15:24
  16:3
  26:17
  27:18
  59:15

80:24
81:4,15,
18,21
82:6
86:16,19
87:1
88:14
90:4
106:17
114:12,23
115:8
119:7,14,
24

Fitzgerald'
s
  15:8

Flowers
  15:2,4
  16:4

focus
  58:16
  115:23

focused
  49:18
  83:21

folks
  59:12

follow
  89:17
  92:4
  105:5

form
  24:5
  25:11,25
  26:8,23
  27:8,15,
  25 28:16
  29:5 30:3
  31:2,18
  36:4
  40:10,23
  41:15
  42:1,8,21
  44:13

46:7
47:6,13
48:3,8
51:8
52:16
57:4,24
59:2,18
60:5 61:9
62:21
63:4,10,
20 64:2
66:6,15
67:3,12
68:1,21
69:6
70:14
71:1,21
72:5
73:4,16,
25 74:9
75:18
76:9,20
77:9
78:9,15,
24 79:5,
23 81:25
82:10
84:12
85:2 86:6
87:15
91:7
92:25
93:7,25
94:11,20
95:14
96:5,18,
22 97:7
98:12
99:9
100:6,18
102:2,20
103:5,24
104:20
106:8,25
109:11
112:4,19
113:1,7,

15 114:8,
16 116:4,
19 118:2
121:1

formal
  28:23
  36:21
  69:10

formalized
  69:22

formally
  26:15
  68:24

format
  37:7

forward
  86:25

Frances
  6:25

free
  9:11

freezes
  8:22

frequency
  47:22
  69:11
  118:6
  121:4

Frequently
  55:20

full
  111:6,7
  113:20,24
  117:3

fully
  10:13

fund
  13:19
  14:7
  48:5,14
  49:22

50:10
56:20
58:23
108:15
109:6

funded
  82:18
  95:5

funding
  36:17
  39:19
  44:22
  48:19,20
  49:5,9,12
  56:6,16,
  19 57:3,
  8,10
  58:19,21
  70:19
  72:22

funds
  35:19
  36:21
  56:23,24,
  25 85:13
  90:9
  91:11,16
  93:19
  95:3,10
  96:16,17,
  20,21
  97:1
  101:17

_____

        G

Gadoe
  11:2
  18:10
  23:15,20
  24:1,4,
  12,18,24
  25:6,10,
  24 26:5,



16,22
27:2,4,7,
24 28:7,
15 29:2,
25 30:2,
11,14,16
67:6,24
68:18,22
69:19
70:6
75:8,14
76:6
114:14
115:9,24
116:3
118:25

Gadoe's
69:15

gain
111:7

Gardner
6:25

gave
22:1

gears
23:4

general
11:15
28:8
32:13
38:2
42:6,15
45:9
50:9,10
56:17
61:10,12
65:12
72:19
73:9
77:20,23
79:15
80:10
91:18
94:3 95:5

96:25
103:15
105:19

generally
35:5
37:24
54:16
107:3
115:11
117:4

Georgia
6:1,14
7:3 11:3,
6,11,23
13:22
18:5
23:5,9,13
29:4 39:2
48:7,16
95:5
96:24
100:5
107:24
108:20
110:20
111:21,22
112:18
117:12

Georgia's
29:16,22

Girls
108:23

give
10:2
12:10
13:9
34:11
55:18
65:24
80:21

giving
19:8

GNETS
11:5,9,

10,13,14,
17,18
18:6,7
25:5,9,24
51:6,7,
12,17
52:9,10,
13,15,23
53:9
54:11,12,
20 61:24
62:18
63:8,18
65:3,14
66:14
67:1,5,
15,20,24
68:20
70:11,13,
25 71:15,
19 73:3,
14,15,24
74:7,15,
16,19
75:16
76:7,12,
15,19
77:7,20
78:13,23
79:3,22
80:3,13
88:10
89:5,9
90:10,12
91:12,14,
17,25
92:7,10,
11,12
93:5,6,
18,19,23
94:9,14,
18,19
95:2,4,10
96:16,20
98:9
99:3,8,22
100:11

101:10,
18,20
102:8
103:3,10,
21
104:11,
15,16
106:7,21,
23 107:24
108:8,10
114:15,24
115:8,13
116:2,14
117:24
119:3
120:3,21
121:17,20

GNETS-
SPECIFIC
103:14

goal
27:11
51:21
65:10,11
69:24
75:2 76:4
105:8

goals
33:25
37:15
53:20
64:23
75:3

good
7:15
10:11,23
11:21
83:13

gosh
14:22

governing
110:8
111:20
112:13

governmenta
l
38:16

governor
56:21
59:9

graduation
50:21

grant
26:20
95:5
96:25
115:24

great
14:21

group
35:14
38:1
85:20,21
110:3,15
111:15
112:16,24

guess
18:1 21:8
33:10
45:15
50:9
74:12
77:13,17
85:16
97:1

guidance
111:5
114:5

guidelines
111:23

guy
21:23

H

half



83:21

**hand**
59:13

**happen**
121:21

**happened**
34:19
69:8 89:7

**hard**
78:3

**Harris**
15:1,6
16:5

**head**
8:20

**headed**
109:22

**health**
13:17
14:13,17
23:6,10,
12,22
24:11,24
25:16,23
26:19
29:4,15
30:12,15,
20 31:11,
16 32:7
33:14
35:5
37:23,25
38:3,17
40:2,5,8,
16,17
41:11,24
42:7,12,
13 43:12
46:15
48:6,15
53:13
54:3,7,
10,13

55:2,6
70:2
72:20
76:14
80:1
83:1,20
87:11
97:21
107:13,
14,18
108:13,22
110:21
112:1
114:6

**health-
related**
14:8

**hear**
8:24
34:14,15,
16,19

**held**
14:9

**helped**
43:19
75:15

**helpful**
41:3
114:2

**Henry**
79:13
80:5

**Hernandez**
7:5

**high**
50:21

**highest**
17:7

**hire**
44:24

**hires**
16:2

**hit**
57:9

**hoc**
84:17

**hold**
83:16

**holding**
83:10

**holds**
94:14

**home**
35:23
89:9,18
105:3,10,
15

**homeschooled**
61:25
62:19
74:25

**honestly**
8:5

**Hope**
39:2

**hopeful**
97:22

**host**
83:17

**hour**
10:4

**hours**
111:7

**hung**
45:8

――――――――――

――――――――――
         I
――――――――――

**ideally**
51:23
52:4

**identified**
12:4
35:11
51:17
64:17
65:21
80:16

**identify**
45:3

**ill**
68:7

**illness**
54:9

**imagine**
60:25

**impact**
84:2,3,4
121:14,19

**implemented**
61:20
104:3

**important**
29:2,14,
20 30:11
31:15
49:6
109:8
112:23
113:6,10

**improper**
30:4

**in-person**
16:24

**in-service**
38:4
97:17

**include**
23:22
36:19
40:16,21
42:13
50:24

84:9,25
93:17
94:2,4
109:2

**included**
12:19
35:15
61:4
62:11
85:20,21
116:14
118:22

**includes**
38:10
86:1
93:14

**including**
49:22
74:19

**incorrect**
91:15

**increase**
33:21
65:11

**increases**
33:6

**indication**
102:15

**indirect**
15:12,17
25:19

**individual**
35:13
37:25
77:25
110:3,15
111:10,15
112:16,23

**individually**
37:7



individuals
  15:15,19
  36:15
  57:16
  68:16
  100:3,15
  108:1
  111:4
  113:20

inform
  86:4

informal
  28:22

information
  10:5 17:3
  20:10
  27:3
  28:22
  55:25
  60:13
  65:1
  66:17,25
  67:7,18
  69:3,21
  74:20
  75:12,15
  98:16,22

informed
  114:13

inherited
  63:22

inhibit
  10:17

initial
  18:21
  19:10

initially
  41:10
  119:6

input
  68:18
  75:14

insight
  101:6,7

instance
  33:22
  37:9 90:9
  101:17

instances
  89:7

instrumenta
lity
  38:14

insurance
  35:22
  49:7,20
  50:17
  100:5
  112:1
  113:23,24

insured
  49:15
  112:17

intend
  35:4

intended
  71:14
  72:13

intensive
  65:22
  99:4,7
  100:12

intent
  57:7

interest
  57:15

interested
  16:23

interim
  14:13

internal
  121:15

interns
  110:22
  111:8

interplays
  104:8

interpretat
ion
  86:11

interrupt
  9:6

intervene
  75:4

intervenes
  52:2

interventio
n
  75:3
  107:15

Interventio
nal
  117:13

interventio
ns
  107:7

introduce
  6:20

invite
  83:17

involved
  16:17
  60:15,19
  63:17
  111:14
  119:8

involvement
  69:15
  118:22

involves
  38:7

issue

9:16
57:2,15,
22

issued
  58:11

issues
  54:18
  55:4,6,7

items
  12:19

iterations
  57:19

—————————

        J

—————————

January
  27:24
  28:13

JD
  17:13
  18:2

job
  8:4 14:2

Johnson
  7:2
  14:12,16
  18:8
  19:14,20
  21:16
  24:5,13,
  19,25
  25:11,25
  26:8,23
  27:8,15,
  25 28:16
  29:5,11
  30:3,17
  31:2,18,
  25 32:9
  36:4,6
  40:10,23
  41:15,17
  42:1,8,21

43:7
44:13,20
45:5
46:7,17,
22 47:6,
13 48:8,
17 50:5,
14 51:1,8
52:16
53:15,25
54:21
55:9
57:4,24
58:6,14
59:2,18
60:5 61:9
62:21
63:4,10,
20 64:2
66:6,15
67:3,12
68:1,21
69:6
70:14
71:1,21
72:5
73:4,16,
25 74:9
75:18
76:9,20
77:4,9
78:9,15,
24 79:5,
23 81:25
82:10
84:12
85:2
86:6,17
87:3,8,
10,14,15,
21,22
88:2,9,
15,21
91:7
92:15,25
93:7,25
94:11,20



95:14,21
96:5,18,
22 97:7
98:12,24
99:9,17,
23 100:6,
18 101:12
102:2,20
103:5,24
104:20
106:8,25
107:21
109:11
112:4,19
113:1,7,
15 114:8,
16,25
115:3,10
116:4,19
117:20
118:2,14
119:7,9,
15,18,20
120:16
121:1,10,
25 122:7

joined
7:4

joining
20:14
21:2

Jones
80:23
81:3,13,
21 82:6
86:20,23
87:1
88:19
90:3
94:13,23
98:8,23
101:9
106:17
115:17,18

Jones'
81:6

July
17:23

June
17:21
82:24

Justice
7:19 19:3
22:2
107:23

———————
K
———————

keeping
95:23

Kelly
6:25

Kemp
56:21
59:9

kids
54:11

kind
35:9 38:3
69:10,20
118:24

knew
20:11

knowledge
13:15
20:17
70:22,24
71:3,24
97:3
101:5,9

Kristi
14:24

———————
L
———————

lag
8:23

LAMFT
110:6

landed
60:22

language
62:10

large
70:6 95:3

late
21:22

Laura
7:1

law
8:11
17:8,10,
11

lawsuit
7:20
18:13
19:11
22:19,22
23:2
107:23,25
108:9

Layla
14:25
15:8,24
16:3
26:17
27:18
59:15
80:23
81:3,18
88:13
106:17
114:12,22
115:7,21,

22

lead
14:4

leadership
14:6
42:19
43:5,23
44:10

leads
82:18

learn
20:22
66:25

learned
43:17
110:21,24
111:12

led
16:13
64:20
69:21

left-hand
90:18
93:14

legal
20:6
60:20

lenient
113:25

lessons
43:10

letters
36:19
44:4

level
17:7
43:19
56:24
65:3
66:3,8
69:9

73:18
110:7,17
111:8,18
118:25
119:3
121:20

Levert
7:1

liaison
14:5
114:14
115:2,9,
15,19
116:3

librarian
45:18

licensed
100:15
101:2
110:4,6,
16,17
111:3,4,
16,17
112:25
114:7

licensing
100:3
111:25
112:12

licensure
110:7,18
111:6,8,
18
113:13,
21,24

life
32:25
33:1

life/social
110:10

limiting
121:16



listed
  13:8
  15:15
  20:19
  74:19
  104:24

litigation
  21:2
  121:13,18

lives
  32:23
  49:14,25

LMFT
  110:5

LMSW
  110:6

load
  37:12
  109:1

local
  34:3 69:9

location
  11:13,14,
  19 51:12
  92:12

locations
  73:3,15,
  24 74:8
  75:17
  93:6
  104:17

log
  48:2

long
  14:9
  39:18
  56:12
  64:3 83:6

long-term
  33:8

longer

34:14
119:14,19
120:9

lost
  84:4

lot
  57:12
  83:9,10

lots
  76:1

Louisiana
  17:12

LPC
  110:5

LPSW
  110:5

lunchroom
  45:19

───────────

       M

M-C-K-A-Y
  7:25

made
  74:6

majority
  32:3
  49:13
  118:17

make
  21:24
  35:1
  38:18
  45:20
  75:15
  105:21
  107:16

makes
  22:17
  45:22

making
  46:2,4
  68:23
  69:8
  89:21
  97:10
  106:19
  108:17

manage
  14:4,7

managed
  33:23
  49:19

manager
  15:21,25
  81:3,7,9

manipulate
  12:15

manual
  112:3,11

March
  6:1,7
  12:18

marked
  12:3,8
  55:13,15
  80:15,20
  103:18
  109:17

married
  81:12

Maryland
  64:20

Master
  111:8

Master's
  17:8,15
  110:7,17
  111:17

materials
  49:1

matter
  6:12
  89:13

matters
  86:15,25
  87:13,25
  88:12,18

maximize
  84:2

MBA
  18:2

Mckay
  6:12 7:9,
  24 55:14
  117:18

Meaning
  58:19

meant
  111:24

Medicaid
  33:23
  49:18,23,
  25 50:19
  100:4
  111:2
  112:1
  113:19
  114:1

medical
  35:23
  39:3

medication
  10:17

meet
  68:9
  120:24

meeting
  69:11

meetings
  21:23,25
  67:5,8,

11,25
69:20
76:3
83:10,12
84:6
117:23
118:1,13,
17,18,20,
21 119:2
120:1,2,
10,15,20,
21 121:19

Melanie
  7:2
  19:14,20

member
  59:25
  60:3

members
  26:16
  31:6
  60:19
  67:17

memory
  20:11
  57:12

mental
  23:22
  24:11,23
  25:23
  26:19
  29:3
  30:12,15
  31:11,16
  32:7
  33:14
  35:5 38:3
  40:2,5,8,
  16,17
  41:11,24
  42:7,12,
  13 43:12
  46:15
  48:6,15



53:13
54:3,7,9,
10,13
55:1,6
70:1
72:20
107:13,18
108:12,22
112:1
114:6

**mentioned**
21:7,21
50:3 56:9
63:24
72:8
117:22

**met**
37:15

**met all**
39:15

**middle**
9:24 35:9
51:16
117:10

**million**
57:13,17,
18

**mingling**
97:1

**minute**
12:10

**minutes**
10:4

**model**
35:7
51:15
54:15
62:12
63:13,14
64:12
65:13,19
66:23
72:22

73:20
74:17,22
75:13
94:24
96:8,13
97:5
98:10
107:5
110:24

**models**
75:1

**moment**
13:9
55:18
80:21

**money**
50:4
83:10

**Monica**
7:5 14:16
20:6,14,
25 21:16
87:7,10
88:1,9
119:7,18,
24

**monitor**
13:19
14:7

**month**
118:7
120:25
121:5

**monthly**
47:15,18,
19,25
48:3

**morning**
7:15

**motions**
18:21
19:2

**moved**
48:1,2

**multitiered**
64:5,9

─────────────

N

─────────────

**Nakeba**
68:15

**named**
19:1
68:11

**names**
14:19,20
67:14
68:3,10

**narrow**
115:20

**narrower**
115:20

**national**
64:21

**nature**
25:8
54:3,13
55:2
99:15
107:13,18
108:24

**navigating**
114:2

**necessarily**
49:20
74:15

**needed**
22:1
67:18

**neighborhood**
41:21,24

**net**
38:18,19
70:19

**network**
11:6
18:10
84:5

**networks**
110:22

**nod**
8:20

**non-apex**
90:18
93:15
94:8
102:11
113:14

**non-csb**
38:10,20

**nonclinical**
110:12

**note**
99:3

**notice**
12:16,18
13:1,4

**notices**
18:21

**NTSS**
64:10

**number**
46:25
47:1
51:24
69:18
80:24
92:19

**nurture**
34:7

**nutshell**
14:7

─────────────

O

─────────────

**oath**
8:9,10

**object**
9:15 24:5
25:11,25
26:8,23
27:8,15,
25 28:16
29:5 30:3
31:2,18
36:4
40:10,23
41:15
42:1,8,21
44:13
46:7
47:6,13
48:8 51:8
52:16
57:4,24
59:2,18
60:5 61:9
62:21
63:4,10,
20 64:2
66:6,15
67:3,12
68:1,21
69:6
70:14
71:1,21
72:5
73:4,16,
25 74:9
75:18
76:9,20
77:9
78:15,24
79:5,23
81:25
84:12
85:2 86:6
87:15



91:7
92:25
93:7,25
94:11,20
95:14
96:5,18,
22 97:7
98:12
99:9
100:6,18
102:2,20
103:5,24
104:20
106:8,25
109:11
112:4,19
113:1,7,
15 114:8,
16 116:4,
19 118:2
121:1

objection
24:13,19,
25 29:11
30:17
31:25
32:9 43:7
44:20
45:5
46:17,22
48:17
50:5,14
51:1
53:15,25
54:21
55:9
58:6,14
77:4
82:10
86:17
87:3,22
88:2,15,
21 92:15
95:21
98:24
99:17,23

101:12
107:21
114:25
115:3,10
118:14
119:9,15,
20 120:16
121:10

objections
9:16

obligation
8:11

observations
77:24

observe
78:2

observers
45:16

occasionally
9:14

occur
27:13
47:11

October
80:22
81:24
83:2
102:17
117:8

OCYF
82:3

offer
34:1

offhand
38:22

office
13:16,23
14:4,5
16:11

26:18
30:20,21,
24 31:6,
7,12
60:22
61:1 70:5
76:13,15,
16 81:22
83:23
114:13
115:14
116:8,11
118:16

officer
118:12,19
120:14

officers
118:25

offices
69:24

offset
52:1

on-campus
89:6

one-on-one
77:22
89:3

one-time
56:20,23
58:19

ongoing
35:12
37:15
57:1
97:25
98:4

operate
48:24
108:21

operated
18:10

opinion
30:5
31:20,22
43:11
91:24
92:3
102:5
113:9

Opportunities
7:18

opportunity
12:14
34:11
35:2
84:10
109:2,4
111:2

orally
8:18

order
111:7
122:8

orders
122:5

original
78:4

outlined
58:12

outpatient
35:24
37:8

overlap
29:19

————————
       P
————————

p.m.
105:25
106:3
122:13,16

Pacheco
6:15

paid
96:20

pandemic
83:8
118:9
121:8,9,
12

parameters
54:10
108:3

Paraprofessionals
110:9

parent
15:7

part
16:17
33:9
36:18,23
42:6
58:22
64:11
76:2 91:5
115:13

participate
16:23
42:19
43:5
44:11
74:25
97:15

participated
118:13,
16,19
119:14,
19,25
120:2,9,
12



participates
  26:17

participating
  120:14

participation
  120:3,4

partner
  38:21
  46:1,3
  82:18

partners
  39:1,10

partnership
  38:7
  42:20
  43:6
  44:19
  79:10

partnerships
  93:23

passed
  48:20

passing
  21:21

Patel
  7:5 20:7,
  14,25

pause
  77:14
  106:1

payor
  32:21
  33:1,2,11
  35:21
  49:6
  72:10,15
  113:19

payors
  32:23

pays
  27:1

Pearson
  14:22,23
  15:21

pediatrician
  35:23

peer
  15:7

peers
  25:18,19,
  20

pending
  9:23

people
  15:16,20
  26:14
  46:12
  80:24

percent
  27:11
  34:5

percentage
  27:2,7

perform
  44:3

performance
  16:12

period
  37:2,14
  67:6
  69:17

periodically
  86:4

permissible
  92:2

permitted
  89:16
  105:4

person
  15:18
  68:11
  77:24

personnel
  48:25
  49:22
  54:19
  77:7

philosophical
  105:19

philosophy
  62:22
  63:3 64:1
  70:10
  78:22
  95:24
  96:1,2,4,
  6,12
  101:25
  102:13
  103:12
  105:13

phrase
  107:19

piece
  99:5
  100:13

place
  33:24,25
  82:19
  118:1

places
  52:22
  114:7

plaintiff
  22:21

plaintiff's

12:3,8
55:13,14
80:15,20
103:18
109:17

plan
  14:7
  29:21
  33:10
  36:20
  48:23
  50:20

point
  9:10
  66:19
  80:1,13
  84:18
  90:2
  105:6
  106:12
  110:21
  112:12
  119:1
  121:8

policies
  58:25

policy
  62:3,8,9,
  15 63:25
  73:13
  95:13,18
  105:12
  111:23

population
  50:12,23
  103:15

portion
  49:4,9,22
  109:7

position
  13:25
  15:9
  27:14

Possibly
  55:1
  59:12
  88:16

power
  69:4

practice
  64:24
  83:23
  110:8,23
  111:20

practices
  62:17
  64:18

predates
  33:17

predecessors
  69:13

prefer
  95:24

preliminary
  117:6

preparation
  20:9
  59:16

prepare
  19:17,21
  20:4
  22:12

prepared
  116:18

preparing
  18:17

present
  13:7

pretty
  28:4

prevalent
  43:15



prevent
  75:6

prevention
  35:8
  51:16,24
  64:16
  65:20
  110:11

prevents
  52:3

previewing
  86:12

previous
  88:24
  117:2

previously
  12:3,8
  14:15
  41:11
  64:15
  80:15,19
  88:1,13,
  19 94:18
  96:7
  116:11
  117:22

primary
  36:2

principal
  81:22

prior
  21:2,5,7
  60:14
  65:10
  80:8 83:8
  101:1
  118:21
  120:3

priority
  30:2,16

private
  61:23,24

62:18,19
74:22
113:22,23

proceed
  10:21

process
  36:22
  56:22
  106:22
  107:20
  108:5

processes
  16:18

procurement
  16:13,18
  36:12,22
  37:19
  39:13,15

procurements
  16:20

producing
  19:5

productivity
  84:4

professional
  32:16
  33:5
  101:3

professionals
  32:20
  59:14
  112:25
  114:7

professions
  111:20

program
  11:5,9
  13:18

14:24
15:10,25
16:2,6,
  12,13,14
18:6
20:12
23:25
25:6,9
33:13,15,
  20 34:13
35:3,4
36:3,9
37:22
38:6
39:10
42:19
43:6,16,
  20,25
44:11
46:6
47:5,11
48:5,14
49:17
50:13,24
51:12,18,
  19 52:8
53:4,11,
  21 54:8,
  15 56:15,
  17,22
57:1
64:23
65:2,7,8,
  9 67:15,
  24 68:23
69:12,14
73:8
76:2,7,
  15,19
78:14
80:3,5
81:3,7,8,
  9,24
82:17,18
88:10
89:5,9
90:12

91:14,17,
  19,20
92:1,4,7
94:5,15
100:16
101:20
102:8
103:9
105:4
106:16
107:25
108:12
116:3
117:14

programming
  14:8
  83:22
  108:16
  109:5

programs
  11:11
  24:24
  25:24
  38:21
  39:9 44:2
  48:23
  49:8
  65:5,14
  66:20
  67:19
  71:10,11
  78:13
  79:4,12,
  22 80:12,
  13 91:22
  93:18,23
  94:9 95:4
  96:10
  97:2
  98:18
  99:22
  100:5
  111:9

programs'
  73:3

programs/
  activities
  110:11

progress
  89:21
  108:17

prohibited
  105:13

Project
  24:17
  26:20
  115:23,24
  116:11

promoted
  81:9

promotion
  38:3
  72:20

proposal
  36:13
  39:14

proposals
  36:15,16

provide
  13:7
  14:20
  16:9 34:5
  53:12
  67:2
  68:19
  69:3
  70:12,20,
  21 72:3
  75:8,14
  98:5
  100:16
  104:18
  108:12
  109:20,24
  110:9

provided
  37:22
  39:20



41:14
54:18
61:23
62:18
63:8,18
66:14
70:11
78:23
79:3
80:13
98:22
99:8,22
101:10
103:22
104:14
110:4,16
111:16
112:18,24
117:16

provider
34:1
35:17,21
36:18,24,
25 39:17
49:10,12
72:9,13,
23 79:10,
11 84:5
89:16
91:24
92:3
100:25
101:1
105:4
110:22
112:11

provider's
89:15

providers
16:14
34:4,8
36:14,23
37:10
38:11,17,
18,20

39:12,18
48:21,22
49:3,15,
23 56:7
58:21
61:13,14
70:18,19
83:17
84:10
85:1,8,9
86:1,5
92:1,19,
24 93:4,
24
108:14,
21,25

providing
20:23
51:19
60:14
72:3
100:3

provision
23:22
25:23
40:4,7,17
42:13
48:6,15

provisional
ly
110:16
111:3,17

PSI
77:24

public
17:9,15
18:3,4
23:12,23
25:15
32:21
49:18
50:17
61:25
62:20

65:12
74:16,23
93:18,19
100:5
112:1
113:19
117:12

public-
facing
61:2

publication
60:24

publicly
112:17

published
48:4

pull
80:21

purpose
33:19

put
9:15
47:18
52:12

puts
8:11

Q

Q&a
16:21,22,
25

qualificati
ons
112:16

qualities
58:12

quarterly
118:7
121:5

quasi
38:16

question
9:11,12,
17,23
10:6
15:13
18:14
30:5,8,10
31:20
34:10,23
35:2
37:18
38:10
40:13
41:6,7,10
42:22
43:3
45:10
48:12
50:3
52:6,7,13
56:14
61:18
71:2,12,
14,22
78:19
79:19
80:8
81:17
82:11
85:7
86:10,19
88:23,24
90:21
97:10
99:13,19
100:8,22
104:6
109:19
112:5
113:17
115:5
119:22,23

questioning
108:7

questions
8:4,5,15,
18,24
9:7,15
10:13,18,
20 16:9
17:5 19:4
20:8 21:9
55:20
57:12
61:3,5,7,
8,16
67:20
69:18
76:2
97:20
121:23
122:1

quick
56:13
105:21

quote
63:7 95:9
96:16
110:2

R

Rahming
68:15

raise
29:20

rationale
63:25
73:13

reaching
94:24
97:6
98:10

read
18:12
19:10
20:8



21:1,4,7
90:7,23,
24 91:5
122:10

reading
90:13
95:25
96:10

reads
89:24
91:10
101:17
102:7
104:1
110:2

ready
60:24

realized
83:7,8

reask
52:13

reason
9:22
10:12
21:5
79:21
91:23
105:2
113:5
121:9

reasons
10:15
62:23
121:15

recall
25:14
26:3
27:17
59:4,7,23
60:3
67:13,23
87:4,5,
18,20,23

88:4 89:1

receipt
53:3

receive
16:12,15
17:2 28:8
35:24
41:11,24
44:22
47:25
50:17
71:19,25
72:17
74:23,24
92:10
96:16,20
104:16,19

received
17:19
56:16
57:11
65:1 95:9

receives
48:18

receiving
47:2 53:2
57:11
69:19
89:8 99:4
100:11,14
107:6

recently
116:9

recidivism
89:19

recognize
9:4 49:7
56:2

recommendat
ion
45:20

record

6:7 7:15,
23 8:20
9:16 12:5
13:21
20:13
55:16,22
80:17
90:8 91:6
97:25
105:25
106:3
117:16
122:13

recorded
8:16

reduce
51:24
84:2,3

refer
11:2
35:22
40:4,7
57:16

referenced
90:6

referral
45:14,22
46:2,4

referrals
54:20

referred
37:13
91:25
92:7
97:23
120:20

referring
11:22
12:1
68:14

refers
90:17
94:9

refining
64:22

reflect
62:2,16
63:2

reflective
85:8

reg
113:3

regional
11:9,10
25:24
73:2,8

regionally
39:10

regular
23:20
25:18
32:15
61:6 67:4
69:20
117:22,23
120:21

regulations
113:6

regulatory
113:11

reimburses
27:2

reintroduce
7:16

reiterated
67:8

relate
16:9
17:24

related
12:18
25:9,22
106:21
107:24

114:15,23
115:8
116:2
120:2
121:12,
13,16

relates
16:20
25:16
31:11
70:1
102:7
114:1

relationshi
p
26:15
28:9,20
79:14

relationshi
ps
34:3,7

released
36:12

releases
37:18

relied
67:1 69:4
98:19,23

rely
97:5

relying
17:4
20:11

remainder
49:24

remember
10:5
16:19
24:8 58:2
68:3
75:21
76:1



84:15
85:19
89:22
118:8

remote
6:16

remove
41:9

removed
105:14

reorg
116:9

reorganizat
ion
31:9

repeat
48:11
60:2
78:18
81:17

report
14:11,12,
15,24,25
15:1,2,
15,16,18,
20 47:19
56:18
81:15,18

reported
82:7 87:7

reporter
6:17 8:9,
16,18
34:15
55:12

reporting
16:6 48:3
81:3

reports
14:18,21
15:12,22,
23,25

16:3,4,5,
12 25:19

represent
7:19

representat
ive
7:6

represented
19:14
20:7

representin
g
6:18

reproduced
56:1

request
19:4
21:22
36:13
117:15
122:9

requests
44:12
108:15

require
35:12
49:15
53:5
114:7

required
36:19
42:18,25
43:5
44:4,10
48:1
56:17
100:4
113:3

requirement
36:18
43:10
100:2

requirement
s
39:15
44:7,9
113:13

requires
113:24

requiring
84:5

resources
27:4
83:14

respect
29:3
30:12

respond
17:4 33:6
35:20
49:11
72:10,14

responded
39:13

response
10:5 13:7
69:14,18
71:12

responsibil
ities
14:2
29:18,19

responsibil
ity
36:3

responsive
79:18

restate
34:23
43:3
104:6
115:4
116:22

resumed
118:10

return
68:8
105:9

returns
89:9

review
22:11
46:25
47:20
56:13
84:10
109:7

reviewed
13:11
18:25
21:10
36:16
60:18

reviewing
59:13
85:3
117:5

RFQ
39:14
56:22

right-hand
90:19
93:15
94:8

Rights
7:18

risk
51:6
52:9,12,
15,22
53:8

Robbins
19:14,24

Robert
6:15

role
14:3,9
16:8,13
17:1,25
18:3 19:5
23:14
27:20
59:15
60:6,14
64:7
69:22
81:6
83:5,6
97:16

roles
15:3
28:23

Rouge
17:12

rules
110:8
111:2,19
113:25

run
106:22
107:19
108:4,9

rural
108:20

——————————

S

——————————

safety
38:18,19
70:19

salary
27:1

SAMHSA
115:25

Sandra
7:1



scenarios
  33:7

schedules
  20:12

scheduling
  22:3,9

school
  11:15
  23:23
  34:8
  35:17,18,
  19 36:19,
  24,25
  38:8
  39:23
  40:22
  41:1,4,
  14,22,24
  42:14,19
  43:5,18,
  23 44:10,
  25 45:21
  46:1,3
  49:10,14
  50:21
  51:18
  61:14
  62:20
  64:19
  65:8,16,
  18 71:17
  73:9
  78:14
  89:10,18
  90:11,12
  91:13,14,
  20 93:18,
  20 94:4
  96:9
  97:11,17,
  18 100:25
  101:19,20
  103:8,10
  105:3,5,
  10,15

108:18
109:20,25
116:17,25
117:2,3,
4,8,9,11,
17

School-aged
  50:16

school-
based
  11:13
  33:4,14
  40:2,16
  42:7,12
  43:12
  48:6,15
  49:8
  53:12
  54:7 64:8
  73:3,14,
  24 74:7
  75:17
  92:11,12
  93:6,23
  104:17

schools
  18:10
  31:17
  32:7,24
  34:8
  36:11,20
  37:2,10
  39:24
  40:9
  41:20
  45:3,12
  46:15,25
  48:7,16
  49:13
  58:22
  61:13,14,
  19,24,25
  62:18,19
  65:6,12
  70:3,21

71:10
74:17,18,
20,22
90:17,18
91:2,18
93:13,15,
17,18
94:8
102:11
104:2

scope
  24:6
  25:12
  26:1,9
  28:1,17
  29:6 30:4
  31:3,19
  42:22
  44:14
  46:8 48:9
  50:6 51:9
  52:17
  57:25
  70:15
  71:2,22
  74:1,10
  75:19
  76:10,21
  77:10
  78:16
  79:6,24
  82:11,12
  84:13
  86:7
  87:16
  91:8 93:8
  95:15
  98:13
  99:10,21
  100:19
  102:3,21
  103:6
  106:9
  107:1
  109:12
  112:5,6

114:17
115:13,
21,22
116:5,13,
20 118:3
121:2

scored
  39:16

scoring
  36:22

screen
  55:19,23

scroll
  12:15
  13:9
  84:20
  109:19

scrolling
  93:12

section
  7:18
  90:16
  91:3
  104:1

sector
  49:18

seeking
  110:7,18
  111:18

selected
  16:14
  36:23
  39:16,17
  56:7
  58:21,22

senior
  118:12,
  16,19,24
  120:14

sense
  27:6
  105:21

sentence
  88:25
  90:6,14,
  23,24
  91:5,10
  92:13
  98:15,20
  101:17
  104:8

sentences
  92:23
  102:9
  104:9

sequence
  119:6

serve
  53:22
  72:23
  93:5
  105:16

served
  12:17
  47:1
  91:17,24
  103:9

serves
  26:19
  42:15
  51:15
  57:12
  115:14,18

service
  12:1
  38:7,12
  92:11
  94:25
  97:6,13

services
  23:22
  24:24
  25:23
  29:22
  31:16
  32:7



33:4,8,21
34:2,5,6
35:6,16,
24 36:10
37:21
39:20
40:5,8,
16,17,21
41:12,13,
25 42:7,
13,14
43:12
45:4,14,
16 46:15
47:2
48:6,15
51:19,20,
21 53:3,
4,5,12
54:16,18
55:3,8
61:19,23
62:17
63:8,18
64:8
65:12
66:13
68:19
70:1,2,
10,12,21,
25 71:20,
25 72:3,
4,17
73:2,19
74:7
75:16
78:12,22
79:2,15
80:13
89:8,20
92:5,11
96:20
98:1,4,6,
11 99:5,
8,16,22
100:4,12,
15,16

101:8,10
103:3,4,
13,22
104:3,12,
16,18,19
105:1,7
106:6,24
108:13
109:8,20,
24 110:3,
10,15
111:15
112:1,17
113:14
114:6

serving
73:20

session
16:21,22

sessions
112:24

set
58:25
86:15,25
87:13
112:2

sets
111:23

setting
32:17
35:17
77:22
91:18
94:6
103:11
109:20,25

settings
45:1 96:9
97:12
113:22

seven-
minute
105:22

severe
50:24
53:10,13,
22,23
54:8,17
55:4,5,7

shake
8:20

share
22:4,7
26:16,22
27:3
60:13
67:18
78:8

shared
20:7
66:18
67:7
69:23
70:9
98:16

sharing
22:3
28:22
69:21
104:7

Shield
72:12

shift
108:25

shifted
43:13

shortage
110:19
114:3

show
12:7
55:12
80:19

showed
66:17

shows
55:23

sic
53:9

side
90:18,19
93:14,15
94:8

sign
122:10

significanc
e
58:18

similar
121:15

Simms
15:21

single
56:15

sit
31:6

sits
31:13

skill
78:1

skill-
building
38:2

skills
110:10

slash
16:24
61:25
62:19

smaller
56:25

social
37:14
39:4
45:21

64:19

Solutions
6:19

sort
47:18
76:4
108:20

sorting
117:5

sorts
38:5 49:1

sounds
10:23
11:21
39:7 69:2
78:21
92:9,22
120:12

source
56:6,19
58:23
72:10

sources
56:16
72:15

Southern
17:11

space
37:9,10

speak
8:17
21:16
70:17

speaking
35:5
37:24
107:3
115:11

specialist
15:23

specific



29:17
43:9 44:7
56:5
67:14,19
70:4
106:12,19
115:23

**specifically**
13:8,21
18:18
23:19
24:2,9
25:15
28:4
30:24
32:6 35:2
39:21
40:22
41:21
53:8 59:5
71:11,15
79:22
80:2
82:24
84:16
98:15
111:22

**specificity**
80:12

**speculate**
89:25
98:23

**speculation**
78:8
85:23
98:18

**spell**
7:22

**spelled**
62:14

**spend**
27:7
32:3,18

**spending**
83:9

**spent**
21:23

**spoke**
25:9

**sponsors**
82:22

**stabilize**
33:6
35:20
72:14

**staff**
14:4
44:24,25
65:2
67:16
69:23

**staffers**
67:5

**stakeholders**
14:6
61:10,12

**stamp**
55:24

**standalone**
11:18
61:24
62:18
63:8,12,
15,18
65:9,18
66:14,20
67:1
68:20
70:11,13,
25 71:15,
19,24
73:15,18
74:20
78:13,23
79:4 89:6

91:22
92:1
94:9,19
96:10
98:9
102:8
104:15
105:3
106:7

**Standard**
6:9,10

**standards**
113:14

**standing**
122:5,8

**started**
19:11
27:20
37:17
50:2
66:12
90:10
91:12
101:19
108:6

**starting**
9:8 14:21
50:20

**state**
6:14 7:3,
22 11:11,
21,22
13:21,22
18:5
20:13
23:13
36:2 37:5
38:14,24
39:21,22,
25 43:14
65:3
67:15,23
69:9
76:12

83:11
104:23
107:24
113:19
117:12,24
119:3
120:21
121:20
122:8

**State's**
50:19

**stated**
49:6 99:6

**statement**
36:13
39:14
90:25
96:11
100:10
101:24
102:6
112:15

**states**
6:13,24
7:19,20
12:16,17
90:8

**Stephanie**
14:22,23

**stop**
9:11
111:13

**stopped**
110:25
118:8

**Straw**
16:2
106:18

**street**
35:19
57:9

**strike**

102:16

**student**
32:11
35:23
38:4
51:20
52:3,9,22
53:12
90:10
91:12
92:4,6
95:8
97:19,22
98:3
101:18
104:25
105:2
108:17

**student's**
40:9,22

**students**
23:23
29:4
30:13,16
31:15
32:3,8,22
33:22
35:6,9,12
37:7,11,
12 41:11
42:15
45:4,12
49:24
50:24
51:6,24
52:8,15
53:2,8,9,
22 54:17
55:4
61:13
74:23
91:12,16,
24 93:5
94:24
95:3,4



96:15
97:6,13
98:10
99:4,8
100:11
101:11
103:14,21
104:11,
15,17
106:23
109:9

students/
families
110:12

subject
23:17,21
109:3

submit
39:14
48:22

submitted
19:3 21:9
36:15
39:13

substance
114:5

summer
108:13,
16,19
109:1,5,9

superintend
ent
36:20
44:5

supervised
59:16
60:4
111:4

supervisor
111:5,6,
10,11

support

11:7 15:7
26:18
30:21,25
34:7
35:6,13
36:19
38:2 44:4
53:12
56:16
57:1
64:6,10
67:16
69:16
70:6
77:25
107:8
108:16,22
110:9

supported
56:7,19
85:12
93:19

supporting
48:23

supports
36:10
37:22
49:5

Switching
23:4

sworn
6:22 7:10
8:8

symposium
83:1,20

system
29:20
32:22
64:6,9
82:23
84:11

T

taking
7:20 9:25
10:17

talk
19:17,20,
23 21:12,
19 88:10
108:10

talked
56:23
64:15
86:23
108:7

talking
9:3 76:6
89:1

Tanner
39:2

Tanya
6:17

target
50:12,23

taught
43:11

Tayloe
7:1

teacher
45:17

teaches
78:1

team
26:16
31:6
47:22
59:12,21
60:3,19,
21 67:17
74:13,14

106:16
117:5

teams
36:15

technical
64:4
84:11

tells
9:18

ten
38:23

tenure
33:17
43:16

term
40:1,4,7
42:7
94:13
120:6

terms
19:3 28:6
89:3 91:2
96:8,9
98:17
101:7
110:20

testified
7:11
40:15
53:1,2
65:24
92:18
101:21
115:17
117:18

testify
108:2

testifying
8:10

testimony
12:18
13:7

16:10
20:23
21:10

text
55:25

Thandiwe
15:1,6
16:5

therapeutic
11:7
99:4,7
100:12
101:7
108:24

therapist
45:23
52:2
77:17
97:23
98:4

therapists
45:11

therapy
32:15
110:3,15
111:15
112:16,24

thing
9:2 21:6
64:5 76:4
108:20

things
19:1,2
21:9 38:5
49:2,21
108:23

thinking
107:17

thought
57:14
108:16



thoughts
  54:11

three-tier
  63:14
  64:11
  65:19
  96:8

three-
tiered
  35:7
  51:15

thrive
  43:21

throwing
  41:7

THURSDAY
  6:1

tier
  35:8,9,
  10,11,15
  38:18
  51:16,17
  52:1,4
  53:2,3,5
  63:25
  64:16,17
  65:19,20,
  21,22
  66:21,22
  67:2
  72:3,4,
  17,20,21
  73:19
  97:24

tiers
  51:16,22,
  25 52:5
  64:13,14,
  25 72:2,
  24 73:21
  94:25
  97:6,14
  98:11
  107:9

Ties
  39:2

tightening
  76:4

time
  6:8,9,10
  8:22
  10:22
  12:23
  22:17,18
  26:6,14,
  16,22
  27:3,7
  32:4,18
  37:3,6,15
  49:4,9
  55:24
  56:12
  57:10
  58:18,25
  61:6
  64:19
  66:19
  67:6,25
  69:10,17
  81:7,16,
  19 82:3,
  19 83:9,
  14 84:2,
  18 85:4
  87:8
  88:11
  90:3
  117:3
  120:11,13
  121:24
  122:1,12

times
  22:16,24
  37:13
  47:24,25
  82:20

title
  13:22
  16:22

83:25

titled
  55:19

titles
  14:19,20

today
  6:17 7:21
  8:3
  10:10,14,
  17 13:7,
  13 16:10
  17:5
  19:8,15,
  18,21
  20:2,7,9,
  11 21:2,
  3,20,24
  22:5,8,13
  85:9
  108:7
  122:2

today's
  6:7 20:2,
  5 122:12

Tony
  15:21

top
  12:25

topic
  13:15
  24:6
  25:12
  26:1,9
  28:1,17
  29:6 30:4
  31:3,19
  44:14
  46:8 48:9
  50:6 51:9
  52:17
  57:25
  70:15
  74:1,10
  75:19

76:10,21
77:10
78:16
79:6,24
82:13
84:13
86:7
87:16
91:8 93:8
95:15
98:13
99:10
100:19
102:3,21
103:6
106:9
107:1
109:12
112:7
116:5
118:3

topics
  13:8 17:5
  86:12
  114:17
  116:20
  121:2

totally
  9:22

touch
  66:12

touched
  34:25

tracked
  47:16

traditional
  49:19
  65:7

trained
  54:19

training
  82:22

transcripts
  21:1,4,10

transferred
  90:11
  91:13
  101:19
  105:2

transportat
ion
  48:25

trauma-
informed
  24:3

travel
  84:3

traveling
  83:11

treatment
  107:7

trend
  84:18

trial
  7:17

true
  90:2

truth
  8:8,12

truthfully
  10:14

turn
  70:20

type
  42:18
  43:4
  80:12
  86:3
  104:2

types
  37:21
  61:19



80:12
90:17
91:2
93:13
100:16
101:10

**typically**
16:20
83:1
117:2

_____

U

**ultimately**
120:13

**unavailable**
21:22

**unaware**
77:2

**unclear**
120:4

**underinsured**
50:18

**understand**
8:13,16
9:10,19
11:2,6,
10,14,18,
22,25
22:15
70:9
100:7
102:19
122:4

**understanding**
10:25
13:6,12
18:7 31:8
38:13
58:10
62:6

63:12
71:6,18
72:2
73:17,23
76:14
97:9
101:22
102:12
104:22
114:22
115:7,12

**understood**
65:5

**uninsured**
33:22
49:19
50:18

**United**
6:13,24
7:19,20
12:17

**universal**
35:8
51:23
64:16
65:20

**University**
17:11,17
64:20

**unmet**
51:25

**unsuccessful**
58:20

**unsupervised**
110:23

**unsure**
54:22
73:5
77:12,15
79:8,19
85:10

86:10
120:5

**updates**
28:8

**uploaded**
61:1

**uptake**
43:20

**usage**
95:23
120:5

**utilize**
70:19

_____

V

**vaguely**
89:22

**varies**
37:5

**Vashti**
39:2
85:18,19,
20

**vendors**
16:23

**verbiage**
102:10

**versa**
52:1

**versus**
6:13
57:17,18,
19 89:6
96:10

**vice**
51:25

**Vickie**
68:11,12,
14,17

120:24

**video**
6:7,11
105:24
106:3
122:9

**View**
80:1,13

**virtual**
16:24

**virtually**
6:24 7:3
9:5

_____

W

**wanted**
111:1

**ways**
92:9 93:5

**website**
55:19
56:2,3
61:2
117:13

**weeds**
28:5

**week**
37:5

**wellness**
38:3

**Wiggins**
15:22

**word**
41:9
45:8,25
62:23
95:23,24

**wording**
62:10

**words**
80:9

**work**
28:7,10
31:9 36:9
39:17
52:5
64:19
68:8
76:16
77:7,21
79:22
80:2
101:1
111:10,11
113:21
114:15,23
115:8,22
116:2,11,
14

**worked**
68:7
111:12

**worker**
37:14
45:21

**workforce**
15:5
110:19
114:2

**working**
18:1,4
88:11
111:5,9
113:20

**works**
46:1,2

**write**
98:19

**writing**
59:13

**written**
16:25



60:17
90:1
104:22
105:18

**wrong**
69:3

---

**Y**

---

**year**
47:11
59:9
82:21,25
83:2,16
84:7
108:18
116:17,23
117:2,3,
4,8,9,11,
17

**years**
27:19
59:9 83:3
116:18,25
118:6

**York**
17:17

**Young**
13:16,23
81:23
83:24

**youth**
108:21

---

**Z**

---

**zebra**
41:4

**zoned**
40:9,22
41:1,4,9,
20

**zoning**
41:7

**Zoom**
20:14,18

