# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF JOSH BELINFANTE**

Pursuant to 28 U.S.C. § 1746, I, JOSH BELINFANTE, make the following declaration:

1. I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

2. I am currently a practicing attorney licensed in the State of Georgia.

3. Since 2011, I have been a partner with the law firm Robbins Alloy Belinfante Littlefield LLC in Atlanta, Georgia.

4. In that capacity, I currently represent Defendant State of Georgia (the "State") as one of the Special Assistant Attorney General in *United States of America v. State of Georgia*, CAFN 1:16-CV-03088-ELR.

5. I have represented the State in this case since the filing of the initial Complaint in 2016. In my position, I have acquired firsthand knowledge of the entire

factual history of this case from its inception to today, including all client communications and case filings.

6. The State first received the Declaration of Dante McKay (the "Declaration") on November 6, 2023.

7. The following day, on November 7, 2023, the State filed the Declaration in support of its Motion for Summary Judgment, (Doc. 429), and Motion to Exclude Testimony of Dr. Robert Putnam and Incorporated Memorandum of Law in Support Thereof (Doc. 428).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of December, 2023.

_____
Josh Belinfante