# Exhibit 8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) STATE OF GEORGIA, ) ) Defendant. ) | CIVIL ACTION FILE NO. 1:16-CV-03088-ELR |

## DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant State of Georgia ("Defendant") hereby responds through its counsel of record to Plaintiff's Fifth Request for Production of Documents as follows:

## GENERAL OBJECTIONS

Defendant objects to Plaintiff's "instructions" and/or "definitions" insofar as they vary from, purport to modify or enlarge upon, or are inconsistent with the Federal Rules of Civil Procedure and/or the Local Rules.

-2-

## RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

1. Data reflecting the Milestones End of Course Assessment Results for High School GNETS Students by GNETS Program for the 2018-19 and 2021-22 school years. The type of data provided should be consistent with the type of data reflected in the excel spreadsheet Bates stamped GA00336619.

**RESPONSE**:

Defendant objects to Request for Production 1 on the grounds that "data" is undefined and susceptible to multiple meanings. Defendant also objects to the Interrogatory to the extent that it does not impose identifiable limitations on the request for "data." Subject to the foregoing objections, and without waiving the same, the State will provide documents it deems responsive, within the non-objectionable scope of the Request, and that are in its possession, custody, and control.

2. Data reflecting the Milestones End of Grade Assessment Results for Elementary/Middle School GNETS Students by GNETS Program and Grade Level for the 2018-2019 and 2021-2022 school years. The type of data provided should be consistent with the type of data reflected in the excel spreadsheet Bates stamped GA00336620.

**RESPONSE**:

Defendant objects to Request for Production 1 on the grounds that "data" is undefined and susceptible to multiple meanings.  Defendant also objects to the Interrogatory to the extent that it does not impose identifiable limitations on the request for "data."  Subject to the foregoing objections, and without waiving the same, the State will provide documents it deems responsive, within the non-objectionable scope of the Request, and that are in its possession, custody, and control.

3. All analyses, reports, memoranda, presentations, recommendations, or other documents that describe the actual cost, or possible cost, to the State involving increasing access to and use of school-based behavioral health services in general education settings, including through the Georgia Apex program, to divert children from placement in GNETS. Include any documents that describe cost savings, actual or possible, that the State could achieve by maximizing available resources through Medicaid and third-party payors to fund these services in whole or in part.

**RESPONSE:**

Defendant objects to this request as overbroad, unduly burdensome, vague, and ambiguous particularly with respect to the phrases "analyses," "reports," "memoranda," "presentations," "recommendations," "other documents,"

"increasing access to and use of school-based behavioral health services in general education settings," "divert children from placement in GNETS," "documents that describe cost savings," and "maximizing available resources through Medicaid and third-party payors." Defendant also objects on the grounds that Request No. 3 contains no temporal limitation, and it is therefore overly broad and unduly burdensome. Subject to and without waiting the foregoing objections, Defendant will produce any documents it deems responsive and that are within the non-objectionable scope of the request in its possession, custody, or control.

This 27th day of January, 2023.

| | |
|---|---|
| Christopher M. Carr<br>Attorney General<br>Georgia Bar No. 112505 | */s/ Josh Belinfante*<br>Josh Belinfante<br>Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com |
| Annette Cowart<br>Deputy Attorney General<br>Georgia Bar No. 191199 | Melanie Johnson<br>Georgia Bar No. 466756<br>mjohnson@robbinsfirm.com |
| Russell D. Willard<br>Senior Assistant Attorney General<br>Georgia Bar No. 760280 | Edward Bedard<br>Georgia Bar No. 926148<br>ebedard@robbinsfirm.com<br>Danielle Hernandez<br>Georgia Bar No. 736830 |
| Jennifer Colangelo<br>Senior Assistant Attorney General<br>Georgia Bar No. 521320 | dhernandez@robbinsfirm.com<br>Javier Pico Prats<br>Georgia Bar No. 664717<br>jpicoprats@robbinsfirm.com |
| State Law Department<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334 | Anna Nicole Edmondson<br>Georgia Bar No. 289667<br>aedmondson@robbinsfirm.com |

Telephone: (404) 656-3357

Robbins Alloy Belinfante Littlefield LLC
500 14th Street NW
Atlanta, GA 30318
Telephone: (678) 701-9381

Alexa R. Ross
Georgia Bar No. 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, Georgia  30033

Special Assistant Attorneys General
*Attorneys for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the within and foregoing **DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS** by sending it via email addressed as follows:

Andrea Hamilton
Andrea.Hamilton@usdoj.gov

Kelly Gardner
Kelly.Gardner@usdoj.gov

Victoria Lill
Victoria.Lill@usdoj.gov

Renee Wohlenhaus
Renee.Wohlenhaus@usdoj.gov

Michelle Tucker
Michelle.Tucker@usdoj.gov

Laura Tayloe
Laura.Tayloe@usdoj.gov

Aileen Bell Hughes
ABellHughes@usa.doj.gov

Frances Cohen
Frances.Cohen2@usdoj.gov

Megan Erickson
Megan.Erickson@usdoj.gov

Sandra Levert
Sandra.Levert@usdoj.gov

Allison Ewers
Allison.Ewers@usdoj.gov

Claire Chevrier
Claire.Chevrier@usdoj.gov

Patrick Holkins
Patrick.Holkins@usdoj.gov

This 27th day of January, 2023.

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399