# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> *Defendant.* ) | CIVIL ACTION FILE <br><br> NO. 1:16-CV-03088-ELR |

## DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Appendix H and this Court's Amended Protective Order [Doc. 118], Defendant, State of Georgia (the "State"), by and through its counsel of record submits this Motion for Leave to File Under Seal the following document: (1) State of Georgia Department of Behavioral Health and Developmental Disabilities Contract, US0013064 - US0013091 (the "Contract").

The entire Contract was designated as confidential by Plaintiff pursuant to the Amended Protective Order. The Contract is referenced as Exhibit 2 to the State's Response in Opposition to Plaintiff's Motion to Exclude the Declaration of Dante McKay.

The State has attached a proposed order sealing that filing herewith.

Respectfully submitted this 5th day of December, 2023.

| | |
|---|---|
| Christopher M. Carr<br>*Attorney General*<br>Georgia Bar No. 112505<br>Bryan K. Webb<br>*Deputy Attorney General*<br>Georgia Bar No. 743580<br>Russell D. Willard<br>*Senior Assistant Attorney General*<br>Georgia Bar No. 760280<br>Susan R. Haynes<br>*Assistant Attorney General*<br>Georgia Bar No. 901269<br>Office of the Attorney General<br>40 Capitol Square, S.W. Atlanta, Georgia 30334<br>Telephone: (404) 656-3357 | */s/ Josh Belinfante*<br>Josh Belinfante<br>Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com<br>Melanie Johnson<br>Georgia Bar No. 466756<br>mjohnson@robbinsfirm.com<br>Edward Bedard<br>Georgia Bar No. 926148<br>ebedard@robbinsfirm.com<br>Danielle Hernandez<br>Georgia Bar No. 736830<br>dhernandez@robbinsfirm.com<br>Javier Pico Prats<br>Georgia Bar No. 664717<br>jpicoprats@robbinsfirm.com<br>Anna Edmondson<br>Georgia Bar No. 289667<br>aedmondson@robbinsfirm.com<br>**Robbins Alloy Belinfante Littlefield LLC**<br>500 14th Street NW<br>Atlanta, GA 30318<br>Telephone: (678) 701-9381<br>Facsimile: (404) 856-3255<br><br>Alexa R. Ross<br>Georgia Bar No. 614986<br>alexarross@icloud.com<br>**AlexaRossLaw, LLC**<br>2657 Danforth Lane<br>Decatur, Georgia 30033<br><br>Special Assistant Attorneys General<br>*Attorneys for Defendant* |

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing **DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL** was prepared double-spaced in 14-point Times New Roman font, approved by the Court in Local Rule 5.1(C).

*/s/Josh Belinfante*
Josh Belinfante
