# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| *Defendant.* ) | |

## [PROPOSED]

## ORDER GRANTING STATE DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL

The Court has considered the State Defendant's Motion for Leave to File Under Seal the following documents: (1) State of Georgia Department of Behavioral Health and Developmental Disabilities Contract, US0013064 - US0013091 (the "Contract"), and for good cause shown, the Motion is hereby GRANTED.

SO ORDERED this _____ day of _____, 2023.

_____
ELEANOR L. ROSS, JUDGE
UNITED STATES DISTRICT COURT