1                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
2                        ATLANTA DIVISION

3

4    UNITED STATES OF AMERICA,
                                )CIVIL ACTION
5            Plaintiff,         )NO. 1:16-cv-03088-ELR
                                )
6    vs.                        )
                                )
7    STATE OF GEORGIA,          )
                                )
8            Defendants.        )
                                )
9    - - - - - - - - - - - - - - )

10

11               VIDEOTAPE DEPOSITION OF

12                  ANN M. DiGIROLAMO

13

14        Thursday, July 28, 2022, 3:22 p.m., EST

15

16

17

18

19

20          HELD AT:

21          Robbins Alloy Belinfante Littlefield LLC
            500 14th Street, N.W.
22          Atlanta, Georgia  30318

23          ------------------------------------------------

24
            WANDA L. ROBINSON, CRR, CCR, No. B-1973
25          Certified Shorthand Reporter/Notary Public



```
 1                  APPEARANCES OF COUNSEL

 2

 3   Appearing on Behalf of the Plaintiff:

 4

 5       FRANCES COHEN, ESQUIRE
         PATRICK HOLKINS, ESQUIRE
 6       U.S. Department of Justice
         Civil Rights Division
 7       950 Pennsylvania Avenue, N.W.
         Washington, D.C. 20579
 8       T:  202.305.6630   F:
         E-mail:  fcohen@usdoj.gov
 9                 pholkins@usdoj.gov.

10

11   Appearing on Behalf of the Defendant:

12

13       ED BEDARD, ESQUIRE
         DANIELLE HERNANDEZ, ESQUIRE (ZOOM)
14       Robbins Alloy Belinfante Littlefield LLC
         500 14th Street, N.W.
15       Atlanta, Georgia  30318
         T:  404.856.3261
16       E-mail:  ebedard@robbinsfirm.com
                  dhernandez@robbinsfirm.com
17

18   ALSO PRESENT:

19   VIA ZOOM:

20         KELLY GARDNER, ESQUIRE

21         VICTORIA LILL, ESQUIRE

22         LAURA CASSIDY TAYLOE, ESQUIRE

23

24   ALSO PRESENT:

25         BRANDON BRANTLEY, VIDEOGRAPHER
```



1                    INDEX OF EXAMINATIONS

2

3    ANN M. DiGIROLAMO

4    By Mr. Holkins                              Page 6

5    By Mr. Bedard                               Page 94

6

7                     INDEX OF EXHIBITS

8    PLAINTIFF'S

9    NO.                 DESCRIPTION                 PAGE

10   Exhibit 333   Notice of Deposition of DiGirolamo     7

11   Exhibit 334   12/18/2018 Email Chain From Ann     12
                   Digirolamo To Rebecca Blanton
12                 GA02771743-GA02771744

13
     Exhibit 335   Biographical Sketch                  18
14                 (Attachment to 334)
                   GA02771758-GA02771759
15
     Exhibit 336   11/17/2021 Email Chain From Ann      28
16                 DiGirolamo To McLaren, Carleton
                   GA03967230-GA03967231
17
     Exhibit 337   DBHDD Contract With Board of Regents 29
18                 Of the University System of Georgia
                   (Attachment to 336)
19                 GA03967232-GA03967267

20
     Exhibit 338   6/12/2020 Email Chain From Ann       37
21                 DiGirolamo To Ashley Harris
                   GA00572261-GA00572263
22
     Exhibit 339   12/2/2019 Email Chain From Ann       45
23                 DiGirolamo To Dante McKay
                   GA00654336
24

25



```
 1              INDEX OF EXHIBITS (Continued)

 2    PLAINTIFF'S

 3    NO.                DESCRIPTION                PAGE

 4    Exhibit 340  The Georgia Apex Programn: Rural      49
                   Workforce (Attachment to 339)
 5                 GA00654337

 6    Exhibit 341  Georgia Apex Program:Best Practices   50
                   for Assessing Implementation
 7                 Readiness (Attachment to 339)
                   GA00654338
 8
      Exhibit 342  Georgia Apex Program + School         51
 9                 Climate
                   (Attachment to 339)
10                 GA00654339

11    Exhibit 343  9/20/2019 Email Chain From Ann        54
                   DiGirolamo To McKay/Snyder
12                 GA00649808-GA00649817

13    Exhibit 344  9/29/2021 Email Chain From Ann        61
                   DiGirolamo To Recipients
14                 GA03270155-GA03270156

15    Exhibit 345  Results from a State-wide             63
                   School-based Mental Health Program
16                 in Georgia: Effects on School Climate
                   October 15, 2021 PowerPoint Slides
17                 (Attachment to 344)
                   GA03270157
18
      Exhibit 346  10/26/2015 Email From Ann DiGirolamo  79
19                 To Gay/Yancey
                   GA00401660
20    .
      Exhibit 347  The Georgia School Based Mental       80
21                 Health Initiative: Utilizing System
                   of Care Approaches, Community-Level
22                 Partnerships, and Research to Further
                   School Based Mental Health
23                 20th Annual Conference on Advancing
                   School Mental Health
24                 November 5, 2015 PowerPoint Slides
                   (Attachment to 346)
25                 GA00401661
```



1          THE VIDEOGRAPHER:  This is the video

2     deposition of Ann DiGirolamo, being taken in

3     the matter of the United States of America

4     versus the State of Georgia.

5          Today's date is July 28th, 2022.

6          The time on the record is 3:22 p.m.

7          My name is Brandon Brantley.  I'm the

8     videographer.

9          Wanda Robinson is the court reporter.

10         Counsel, please introduce yourselves for

11    the record, after which the court reporter will

12    swear in the witness.

13    MR. HOLKINS:  Patrick Holkins for the

14    United States.

15    MS. COHEN:  Francis Cohen for the United

16    States.

17    MR. BEDARD:  Ed Bedard for the State of

18    Georgia.

19                - - - - - -

20                ANN DiGIROLAMO,

21 being duly sworn, was examined and testified as

22 follows:

23                - - - - - - -

24

25 ///



```
 1   EXAMINATION
 2   BY MR. HOLKINS:
 3        Q    Good afternoon.
 4        A    Good afternoon.
 5        Q    Thank you for coming today.
 6             Just for the record, could you please
 7   spell your full name.
 8        A    Sure.  First name Ann, A-N-N.  Last name
 9   DiGirolamo, D-I capital G-I-R-O-L-A-M-O.  Middle
10   initial M.
11        Q    So just a few instructions before we dive
12   into questions.
13             The first is just a heads-up that we will
14   be taking breaks during the deposition at least
15   every 90 minutes.  I anticipate we'll take our first
16   break around 4:30.  If you need a break before then,
17   please just let us know and we can take a break for
18   a few minutes.  I will ask if there is a question
19   pending that you first answer the question before we
20   take a break.  Is that okay?
21        A    Uh-hum.  Okay.
22        Q    As you are aware, this deposition is being
23   recorded, it's being transcribed and video recorded.
24             For clarity of the record, I would ask
25   that you let me finish my question before you start
```



 1  your answer.  Is that all right?

 2       A    Yes.

 3       Q    Please also answer verbally as opposed to

 4  shaking or nodding your head.  Is that all right?

 5       A    Yes.

 6       Q    It will be helpful, both Frannie and

 7  myself, we've both got hearing loss, as Frannie

 8  mentioned.  If you could project and speak up in

 9  your answers.

10       A    Okay.

11       Q    So I'm going to show you our first

12  exhibit, which is 333.

13            Give me one second and I'll publish it on

14  Zoom.  Then I'll give you control of the document so

15  you can scroll through.

16       A    Okay.

17            MR. HOLKINS:  So I'm publishing Exhibit

18       333.

19            (WHEREUPON, Plaintiff's Exhibit-333 was

20       marked for identification.)

21  BY MR. HOLKINS:

22       Q    And I'm going to give you control of the

23  document.  You should now be able to grab it and

24  scroll through it.

25            I ask that you just read the document,



 1  review it, and let me know when you're finished.

 2          (Witness reviews exhibit.)

 3      A    I'm finished.

 4      Q    Thank you.  I'm going to take control of

 5  the document back and I'll scroll up to the first

 6  page.

 7          This is the notice of your deposition in

 8  this matter, correct?

 9      A    Yes.

10      Q    Have you seen this document before today?

11      A    No.

12      Q    Before today, had you heard about this

13  case?

14      A    Yes, briefly.

15      Q    And what is your understanding of what

16  this case is about based on what you heard before

17  today?

18      A    Sure.  My understanding is that this is a

19  case where there's concern that youth placed in

20  GNETS schools who have emotional and mental health

21  difficulties and challenges, that there are concerns

22  that they are being more restricted and that the

23  suit is against some of the rights for disabilities.

24      Q    Were you aware that Dimple Desai was

25  deposed in this litigation?



 1      A    Yes.

 2      Q    Did you discuss Ms. Desai's testimony in

 3 her deposition before today?

 4      A    No.

 5      Q    Did you review the transcript of Ms.

 6 Desai's deposition in this matter?

 7      A    No.

 8      Q    Are you aware that Susan McLaren was

 9 deposed earlier today in this matter?

10      A    Yes.

11      Q    And in the 20 minutes or so between the

12 finishing of that deposition and the start of this

13 one, did you discuss with Ms. McLaren her testimony?

14      A    No.

15      Q    Have you reviewed transcripts of any other

16 depositions taken in this matter?

17      A    No.

18      Q    Do you understand that your testimony

19 today is under oath?

20      A    Yes.

21      Q    Do you understand that being under oath

22 means you have an obligation to tell the truth?

23      A    Yes.

24      Q    Is there any reason why you cannot testify

25 accurately and truthfully today?



 1      A    No.

 2      Q    Are you taking any medication that would

 3 interfere with your ability to answer my questions

 4 fully and truthfully today?

 5      A    No.

 6      Q    Have you ever been deposed before?

 7      A    No.

 8      Q    I'd like to run through some acronyms that

 9 we may use today in our questions, just to make sure

10 that we're on the same page.

11           The first one is "DBHDD."  Will you

12 understand when I use that term I'm referring to the

13 Georgia Department of Behavioral Health and

14 Developmental Disabilities?

15      A    Yes.

16      Q    And will you understand when I use the

17 acronym "DCH" that I'm referring to Georgia

18 Department of Community Health?

19      A    Yes.

20      Q    If I say "DOE," or "GaDOE," will you

21 understand that I'm referring to the Georgia

22 Department of Education?

23      A    Yes.

24      Q    When I reference "CMOs," do you understand

25 that I mean Care Management Organizations in



1  Georgia?

2      A    Yes.

3      Q    Will you understand that "SED" refers to

4  Serious Emotional Disturbances?

5      A    Yes.

6      Q    When we use the term "GNETS" in today's

7  deposition, will you understand that to mean the

8  Georgia Network for Educational and Therapeutic

9  Support?

10     A    Yes.

11     Q    When I use the term "OCYF," or "CYF," will

12 you under that is a reference to the Office of

13 Children, Young Adults and Families --

14     A    Yes.

15     Q    -- in DBHDD?

16     A    Yes.

17     Q    When I refer to "COE," will you understand

18 that as meaning the Georgia State University Center

19 of Excellence?

20     A    Yes.

21     Q    Will you understand that "CSB," when we

22 use it in today's deposition, means Community

23 Service Board?

24     A    Yes.

25     Q    And finally, will you understand any



 1  reference to "CDC" as indicating the Center for
 2  Disease Control and Prevention?
 3      A    Yes.
 4      Q    So I'd like to now pivot to our next
 5  document.
 6           MR. HOLKINS:  I'm publishing Exhibit 334.
 7           (WHEREUPON, Plaintiff's Exhibit-334 was
 8       marked for identification.)
 9           MR. HOLKINS:  For the record, this
10       document is stamped GA02771743.
11  BY MR. HOLKINS:
12      Q    It appears from the cover to be an email
13  from you to Rebecca Blanton and others, dated
14  December 18, 2018, and it includes a number of
15  attachments.  The subject is "Project AWARE Grant
16  Sections."
17           I'm introducing this primarily to talk
18  about one of the attachments, but if you would like
19  to take a look at your email, you're more than
20  welcome to.
21           I'll give you control.
22      A    Thanks.
23           (Witness reviews exhibit.)
24      A    Okay.
25      Q    Thank you.  So let me just ask, what is



1  Project AWARE?

2      A    So Project AWARE has been -- I believe

3  it's typically a SAMHSA funded grant -- sorry.

4  Thank you.

5          Project AWARE is I believe typically a

6  SAMHSA funded grant that has been granted -- I know

7  that the Department of Education received it one

8  time.  I believe they may have received it a second

9  time as well.  To really build up socioemotional

10 health and provide trainings and services within the

11 schools.  And so -- yes.

12     Q    When you refer to the Department of

13 Education, was that the Georgia Department of

14 Education?

15     A    Yes.

16     Q    Sorry.  Go ahead.

17     A    I was just going to say that in our case

18 that's Georgia Department of Education, but Project

19 AWARE is something that folks nationally can apply

20 to.

21     Q    And if I understand your testimony

22 correctly, you know of at least one time when the

23 Georgia Department of Education has received funds

24 through the Project AWARE --

25     A    Yes.



1        Q    -- grant?

2        A    Yes.

3        Q    When was that?

4        A    I don't know the exact years.  It was

5  several years ago, and I believe that they submitted

6  a reapplication.  I believe they received it but I'm

7  not sure.  And we are not involved.

8        Q    Can you describe what's happening in this

9  email here dated December 18, 2018?  What are you

10  emailing about?

11        A    Yes.  So I am emailing with Rebecca

12  Blanton because they asked us at that time for their

13  Project AWARE application to be their evaluation

14  consultant.

15           So as they were preparing their

16  application, we put together an evaluation plan with

17  all of the necessary materials for that for their

18  grant application.  That application was not funded.

19        Q    What does it mean to be an evaluation

20  consultant?

21        A    It means that we provide our, our

22  expertise in research and evaluation in terms of

23  looking at programs and working with partners to

24  identify what are the best questions to ask in terms

25  of how well programs are working, and then we work



1  with them to collect the data to be able to answer

2  those questions.

3      Q    Have you served -- excuse me.

4           Has the Center of Excellence at the

5  Georgia State University served as evaluation

6  consultant in connection with any other grants

7  received by the Georgia Department of Education?

8           MR. BEDARD:  Object to form.

9           You can go ahead.

10     A    No, not with the Department of Education.

11     Q    With any other state agency?

12     A    Yes.

13     Q    Which one?

14     A    Georgia Department of Behavioral Health

15  and Developmental Disabilities.

16     Q    In connection with which grant?

17     A    Multiple.

18     Q    What's the most recent?

19     A    The most recent is one that is a SAMHSA

20  funded grant, System of Care, AIME, that is working

21  within several different communities within the

22  State delivering services, and we provide evaluation

23  around those services that's not related to the

24  schools.

25     Q    What services are provided through this



1  AIME grant?

2      A    Great question, because I'm not integrally

3  involved in the day to day.  I mean they're

4  behavioral health services.  They're working with a

5  couple of the provider agencies in terms of

6  providing trainings and looking at how those

7  services are impacting their communities.

8      Q    Are those services funded through the AIME

9  grant provided in school settings?

10     A    No, not to my knowledge.

11     Q    Who is point person for that evaluation

12  project within the Center of Excellence?

13     A    So I am kind of providing the overall

14  oversight.  Russell Carleton is involved in leading

15  the evaluation.

16     Q    What are the other grants for DBHDD where

17  the Center of Excellence has served as an evaluation

18  partner?

19     A    There are a lot.

20     Q    Just to narrow the scope, within the last

21  -- from 2020 forward, what are the other grants

22  where the Center of Excellence has served as

23  evaluation partner for DBHDD?

24     A    We are working with the Department of

25  Behavioral Health Developmental Disabilities, as



1  well as several other groups, community

2  organizations within the State, for a HSRA grant,

3  where we are building capacity within pediatrician's

4  offices around behavioral health, and we have an

5  evaluation component there.

6        Through our state funding with DBHDD, we

7  provide evaluation services for the Georgia Apex

8  Program.

9        We provide evaluation services for the

10  wraparound services and the IC3 program.

11        I'm trying to think of the other

12  evaluation services.

13        We work with the State on recovery

14  oriented cognitive therapy, but that's with adults,

15  not children.  And we evaluate the trainings

16  provided.

17     Q    Do you provide any evaluation services in

18  connection with Crisis Stabilization Units in

19  Georgia?

20     A    Not me personally.  Our staff does do some

21  monitoring and evaluation of some of those units and

22  providing kind of ongoing feedback.

23     Q    And what about the Clubhouse?

24     A    Yes.

25     Q    Is that another example?



1       A    Yes, that's a great example.

2       Q    Where your staff -- I should say staff at

3  the Center of Excellence, are providing evaluation

4  in connection with implementation of the Clubhouses

5  in Georgia?

6       A    Yes.

7       Q    When we use the acronym "SAMHSA," I want

8  to clarify for the record that means Substance Abuse

9  and Mental Health Services Administration, correct?

10      A    Yes.

11      Q    So I would like to pull up one of the

12 attachments to this email, which is your

13 biographical sketch, dated December 2018.

14           Give me one second and I'll pull that up

15 to the screen.

16           MR. HOLKINS:  I've just published what

17      we're marking at Exhibit 335 for the record.

18           (WHEREUPON, Plaintiff's Exhibit-335 was

19       marked for identification.)

20           MR. HOLKINS:  This document is stamped on

21      the first page GA02771758.

22 BY MR. HOLKINS:

23      Q    Ma'am, what is this document?

24      A    So that is my biographical sketch, which

25 we often need to put in with grant applications,



1  particularly federal grant applications, that list

2  out my background and experience.

3      Q    So I'm going to give you control of the

4  document, and I'll give you an opportunity to review

5  it.  The question I'm going to ask you after you've

6  reviewed it is whether it's accurate, whether you

7  have any updates.

8           So let me just give you control now.  You

9  should be able to click on the document.

10          (Witness reviews exhibit.)

11     A    I don't know that I have necessarily any

12 updates.  Each bio sketch -- there's part of it that

13 is specific to the grant application.  But I think

14 the information in here is accurate.

15     Q    Thank you.

16     A    Yes.

17     Q    Let's talk a little bit about your

18 educational background.  You have a Ph.D., correct?

19     A    Yes.

20     Q    From where?

21     A    A Ph.D. from Indiana University.

22     Q    What was the Ph.D. in?

23     A    Clinical psychology.

24     Q    Did you have a -- did you complete a

25 dissertation as part of that Ph.D.?



1      A    Yes.

2      Q    What was the subject of the dissertation?

3      A    That was a long time ago.

4           It was adherence to treatment among

5  adolescents with cystic fibrosis, and also looking

6  at the different stressors and coping mechanisms

7  that adolescents with cystic fibrosis may use.

8      Q    Do you maintain any current licensures?

9      A    Yes.

10      Q    What are they?

11      A    I'm licensed as a clinical psychologist

12  here in Georgia.

13      Q    Are you practicing?

14      A    No.

15      Q    Do you have experience -- excuse me.

16           Do you have experience implementing

17  clinical trials?

18      A    Yes.

19      Q    Could you describe the most recent

20  clinical trial that you have experience

21  implementing?

22      A    Yes.  It's been a while, and it was not a

23  clinical trial in terms of a drug trial.  It was a

24  clinical randomized control trial with a nutritional

25  intervention with school-aged children in Guatemala.



 1   Looking at whether zinc may --
 2             THE WITNESS:  Can you hear me?  Speak
 3        louder still?
 4        A    Whether zinc, providing zinc
 5   supplementation for children in school-age years may
 6   help to alleviate some of their mental health
 7   symptoms.
 8        Q    When was this study conducted?
 9        A    It was probably around 2003 or 2004 to
10   2008, when I was at Emory.
11        Q    And since then do you have any experience
12   leading or implementing randomized clinical studies?
13        A    No.
14        Q    And that includes from your work with the
15   Center of Excellence, correct?
16        A    Yes.  Our work, because of the type of
17   work we do, we don't do randomized control trials.
18        Q    Can you explain why?
19        A    Sure.  When we are working with partners
20   and programs that are out in the field, it's really
21   not possible to randomize.  So we will look for
22   other ways to evaluate and to look at things.
23             MR. HOLKINS:  One second.
24        A    Sure.
25        Q    Is it correct Dimple Desai is no longer



1  employed by the Georgia University Center of

2  Excellence?

3       A    Yes.

4       Q    Are you aware of the circumstances

5  surrounding her departure from that role?

6       A    Yes.

7       Q    Why did she leave that job?

8            MR. BEDARD:  Object to form.

9            THE WITNESS:  Does that mean I can answer?

10           MR. BEDARD:  Any time I object, you can

11      answer unless I instruct you not to answer.

12      A    Yes.  In conversations with her, she was

13 ready for a new chapter and a new adventure, and so

14 we support her on that.

15           She is continuing to work with us as a

16 part-time employee on a few things just for a short

17 time.

18      Q    In this transition period, what is Ms.

19 Desai assisting the Center of Excellence with?

20      A    Sure.  We are working on helping to

21 develop some briefs with the Carter Center around

22 what best practices are for universal prevention for

23 school-based behavioral health.  So we are going to

24 pull on her expertise to help with that.

25      Q    Is that work funded by the Carter Center?



 1        A    Not yet, but, yes, it will be.  I don't
 2   know where their funding comes from.
 3        Q    So I'd like to set aside this document for
 4   now.
 5             What is your current title at the Georgia
 6   State University Center of Excellence?
 7        A    I'm the director of behavioral health at
 8   the Georgia Health Policy Center.
 9             I'm the director of the Center of
10   Excellence for Children's Behavioral Health.
11             And I am a research associate professor in
12   the School of Social Work.
13        Q    So I want to break that down.
14        A    Sure.
15        Q    Because I understand those are two
16   different roles.
17             Could you describe briefly what your
18   duties are as director of behavioral health at the
19   Georgia Health Policy Center?
20        A    Yes.  I am part of the executive team for
21   the Georgia Health Policy Center.  So we have a CEO
22   and then there are four of us who are content
23   directors and a few others, director over admin,
24   director over marketing.
25             So my role is just to help oversee the



1  behavioral health work that happens in the Center

2  from a balcony view, look for additional

3  opportunities.

4         My role is also heavy involvement in the

5  running and the management of the Center in

6  collaboration with my colleagues on the executive

7  team.

8      Q    Do you have staff directly reporting to

9  you in your capacity as behavioral health director

10 at GHPC?

11     A    Yes.

12     Q    How many?

13     A    Five or six.

14     Q    So let's shift now to the COE role.  As

15 director of the Center of Excellence, what are your

16 duties?

17     A    There is some overlap with the overall

18 director of behavioral health role, but my specific

19 role is to oversee the Center of Excellence for

20 behavioral health team, which is about 30 to 35

21 staff, mainly full-time, a few part-time.  To work

22 with -- I also have a leadership team, and they are

23 overseeing different portfolios and areas of work.

24 So to work with them as they also work with staff.

25         To develop work, to carry out our work, to



1  network, to continue to make sure that folks are

2  aware that we can support partner agencies around

3  research, evaluation, training, and policy analysis.

4      Q    And just to complete the triology, what

5  does your work entail as a research associate

6  professor?

7      A    So that is -- a research faculty on the

8  School of Social Work.  So I partner with some of

9  the faculty there on research projects, on

10  manuscripts, and support -- go to faculty meetings

11  and support as I can.

12      Q    In your capacity at the Health Policy

13  Center and COE is it part of your job to seek out

14  funding opportunities?

15      A    Yes.

16      Q    Including federal grants?

17      A    Yes.

18      Q    And in your capacity at the Center of

19  Excellence and at the Health Policy Center, do you

20  work directly with staff at DBHDD?

21      A    Yes.

22      Q    Who are your primary counterparts at

23  DBHDD?

24      A    We work very directly with Dante McKay,

25  who is the director of the Office of Children, Young



 1  Adults and Families.

 2          We work occasionally with Monica Johnson,

 3  who is the division director.

 4          We work with Layla Fitzgerald as part of

 5  Apex.

 6          We work with -- there are lot of people we

 7  work with.  We work with Nyka Greene over some of

 8  the prevention work, Cristal Davidson around

 9  substance use work.

10          We were working on the adult side with

11  Terry Timberlake, and there is a new director.

12  She's no longer there and we just met her and I'm

13  blanking on her name.

14     Q    On the children and adolescent side, how

15  regularly do you -- are you in contact with Dante

16  McKay?

17     A    We attend a lot of the same meetings.  I

18  would say we have touched bases probably quarterly.

19     Q    What's a touch base?

20     A    It is to just have a meeting with him,

21  talk about the deliverables in our contract, see if

22  there are areas that we need to think about, what's

23  going well, where there may be some challenges.

24          We -- yeah.

25     Q    Are these solo meetings, just you and



1    Dante McKay?

2        A    Sometimes it's just me and Dante.

3    Sometimes it is myself along with Renee Johnson, who

4    is on my staff, and the director of the System of

5    Care and oversees the IDT.  Sometimes it is with

6    myself and Astrid Prudent, who is on my leadership

7    team, who is helping to oversee the mechanics of our

8    contract with him.

9            And then occasionally it's with our larger

10   leadership team as we're thinking about the next

11   year's deliverables.

12       Q    When you reference contract, you're

13   talking about the contract between the Georgia State

14   University Center of Excellence and DBHDD that

15   defines the scope of work that the Center of

16   Excellence will be performing in that fiscal year --

17       A    Yes.

18       Q    -- is that accurate?

19       A    Yes.  Yes, that's accurate.

20       Q    Give me one second.  I'm going to show

21   another document.

22       A    Sure.

23       Q    There are few steps.  I have to disclose

24   this to counsel, so just give me a minute.

25           MR. HOLKINS:  So I've just published what



1         we're marking as Exhibit 335 -- one second.
2              So this will be Exhibit 336.
3              (WHEREUPON, Plaintiff's Exhibit-336 was
4          marked for identification.)
5   BY MR. HOLKINS:
6         Q    It's an email.  From its cover it appears
7   to be an email from you dated November 17, 2021.
8              MR. HOLKINS:  I'll note for the record at
9          the bottom of the email -- the first page of
10         this document we see the stamp GA03967230.
11  BY MR. HOLKINS:
12        Q    Ma'am, what are you sending with this
13  email?
14        A    So with this email I am forwarding -- we
15  are also working with DBHDD on -- it is an
16  adaptation of wraparound.  It's moderate care
17  customized coordination.
18             Russell and Susan are really over this
19  contract.  It came to me, so I am forwarding to them
20  so that they can review, make sure that the scope of
21  work, the budget match with what they have discussed
22  with our folks at DBHDD, so that we can then process
23  it through the University.
24        Q    So who authored the contract that you're
25  attaching here?



1              MR. BEDARD:  Object to form.

2        A     DBHDD.

3        Q     They sent it to you, and then you in turn

4    are forwarding it to Susan and Russell?

5        A     To review, yes.

6        Q     Is also that the process for the

7    overarching scope of work contract between COE and

8    DBHDD?

9        A     You mean the large OCYF contract?

10       Q     Correct.

11       A     No.  Myself and Astrid are the ones who

12   really are more intimately -- know more about that

13   contract.  So we would be the one to be -- we put

14   together the proposal each year.  We review, make

15   sure the scope of work and things are correct.

16       Q     Give me a second.  I'm going to show you

17   the attachment.

18       A     Sure.

19             MR. HOLKINS:  So I've just published what

20        we're marking as Exhibit 337.

21             (WHEREUPON, Plaintiff's Exhibit-337 was

22         marked for identification.)

23             MR. HOLKINS:  For the record, the stamp on

24        the first page is GA03967232.

25



```
 1  BY MR. HOLKINS:
 2      Q    Ma'am, is this the contract that you
 3  attached to the email we just discussed?
 4           And feel free to take a look.  I can give
 5  you control.
 6      A    I don't have memorized the amount, and so
 7  because we have multiple contracts, let me see.
 8           (Witness reviews exhibit.)
 9      A    I'm looking for the scope of work.
10      Q    Take your time.
11      A    Okay.  Yes.
12      Q    I want to direct you to Page 2 of this
13  contract, under the section titled "Mailing
14  Addresses," No. 2.
15      A    Yes.
16      Q    You are identified as the point of contact
17  for the Georgia State University Center of
18  Excellence, correct?
19      A    Yes.  I often receive the contracts
20  because I'm the director, and we also have certain
21  people who can PI.
22           So I often get them, but the program
23  director and the folks overseeing it are the ones
24  who then are carrying out a lot of that.
25      Q    Do you sign -- did you sign this contract?
```



1       A    No, I don't sign.  It has to be signed by

2   the officials at the University.

3       Q    Do you -- are you also identified as the

4   point of contact on the OCYF contract that we

5   discussed earlier?

6       A    Yes.  Yes.

7       Q    Could you describe how moderate customized

8   care coordination is different from intensive

9   customized care coordination?

10      A    I'm not sure because I'm not involved in

11  the nitty-gritty of the work.

12           Intensive care coordination really is

13  focused on those youth with more serious

14  difficulties in terms of those wraparound services.

15           I think that modern care -- customized

16  care coordination is supposed to be a slightly --

17  diminished isn't the right word but it's a softer

18  version of that, for youth who may not have as many

19  of the serious concerns.

20      Q    Do you know how many providers of the MC3

21  service there are in Georgia currently?

22      A    No.  I know for IC3, and I'm assuming that

23  MC3 will also work with them, but a lot of that

24  program is still in development.

25      Q    Just to make sure I understand your



1  testimony, is it your expectation that the same care

2  management entities that are providing the IC3

3  service will also offer the MC3 service?

4      A    I think so, but I'm not sure.

5      Q    At present, are you aware of any children

6  actually being enrolled in the MC3 service in

7  Georgia?

8      A    No.

9      Q    They aren't, or are you not aware?

10     A    I'm not aware.

11     Q    Was the development of the MC3 service an

12  idea proposed by DBHDD, or the Center of Excellence?

13     A    It was an idea, to my knowledge, proposed

14  by DBHDD.

15     Q    Setting aside this document, as part of

16  your duties at the Center of Excellence or the

17  Health Policy Center, do you communicate with

18  Commissioner Judy Fitzgerald?

19     A    Occasionally.

20     Q    About what?

21     A    I know that I have attended the Behavioral

22  Health Coordinating Council meeting once or twice

23  before Renee Johnson came on board.  That would not

24  be one-on-one communication.  That would be hearing

25  as she presents.



1              I have communicated with her at some of

2    the events that have happened, the Children's Mental

3    Health Day that happens in May.

4              We were part of a meeting also with our

5    dean in terms of potential collaborations, but I

6    haven't had a whole lot of one-on-one with her.

7         Q    Do you coordinate directly with any staff

8    at the Department of Community Health in your

9    capacity at COE?

10        A    No, not at this time.

11        Q    Previously?

12        A    Yes, when there were folks there that

13   we've worked with, but I'm not our main DCH contact.

14        Q    Who is the main DCH contact at the Center

15   of Excellence?

16        A    Angie Snyder.

17        Q    How long has she been the main DCH contact

18   at the Center of Excellence?

19        A    Oh, for -- even before I got there, and

20   I've been there almost nine years.

21        Q    Did you coordinate at all with Frank Berry

22   when he was leading the Department of Community

23   Health?

24        A    No, not personally.

25        Q    Do you coordinate directly with any staff



1  at the Georgia Department of Education in your

2  capacity at the Center of Excellence?

3      A    Yes.  We were -- having a lot of

4  interaction with Rebecca Blanton because she was the

5  co-chair for the Interagency Directors Team several

6  years ago.  Our communication has been much less.

7          We have worked somewhat with Ashley

8  Harris, and Garry McGiboney when he was at the

9  Department of Education.

10     Q    And what do you work with Ms. Harris on

11 when you to work with her?

12     A    We have just had some -- do you need me to

13 pause?

14     Q    Please go ahead.

15     A    We've had conversations with her about how

16 we can be helpful in coordinating and addressing

17 school-based mental health services.  Because of our

18 work with DBHDD and the Georgia Apex Program,

19 thinking broadly as well about school-based -- or

20 mental health services within the schools and

21 whether there are opportunities.

22         We had communicated at one point about

23 pursuing a grant opportunity.  That didn't happen.

24     Q    Do you ever communicate with Ms. Harris or

25 any staff at the Georgia Department of Education



 1 | about the GNETS program?

 2 |     A    No.

 3 |     Q    Is that true since you joined the Center

 4 | of Excellence nine years ago?

 5 |     A    Yes.

 6 |     Q    Are you aware of the pilot program at

 7 | South Metro GNETS to implement high-fidelity

 8 | wraparound?

 9 |     A    Yes.  I know that we were engaged by

10 | them -- it was a few years ago -- to do some

11 | training around wraparound services.

12 |          Astrid Prudent has been involved in that,

13 | and I believe that we were also engaged to do some

14 | evaluation of that training and those services.  I

15 | don't know where that landed.

16 |     Q    Did you have any involvement in the

17 | evaluation process for that pilot?

18 |     A    Me personally, no.

19 |     Q    Other than the individuals you listed,

20 | Ashley Harris, Rebecca Blanton, Garry McGiboney, do

21 | you coordinate with anyone at the Department of

22 | Education?

23 |     A    I can't think of anyone else.

24 |          Cheryl Blan -- Cheryl, Cheryl Benefield.

25 | But it's been a while.



1    Q    Do you have a standing meeting with any

2    staff at the Department of Education?

3    A    No, I don't.  My staff have a regular

4    meeting with DBHDD around the Georgia Apex Program.

5    And the Department of Education, some of those staff

6    have attended.  I don't know how regularly they are

7    attending.

8    Q    You referenced a grant opportunity that

9    you discussed with Ashley Harris.  Is that correct?

10    A    That was with Rebecca Blanton -- oh, I

11    see.

12         Yes, it was -- I don't remember where the

13    funding opportunity came from.  It may have been

14    SAMHSA, but it was to kind of expand school-based

15    mental health services across the State.

16    Q    I'd like to show you a couple of

17    documents.  If you just give me a minute, I'll pull

18    them together.

19    A    Sure.

20         Is it appropriate to give a point of

21    clarification on something we just talked about?

22    Q    Absolutely.  Please go for it.

23    A    So when you asked about the evaluation of

24    the South Metro, I am listed as the PI on that, but

25    I have not been integrally involved on that.

1    Q    PI means principal investigator?

2    A    Kind of overseeing, yeah, kind of the

3  initial proposals and those types of pieces.  So

4  point of contact.  But it's Astrid and I believe

5  Susan who have been more involved.

6    Q    Susan McLaren?

7    A    Uh-hum.  (Affirmative.)

8         MR. HOLKINS:  I'm publishing what we're

9      marking as Exhibit 338.

10        (WHEREUPON, Plaintiff's Exhibit-338 was

11      marked for identification.)

12        MR. HOLKINS:  For the record, this

13      document is Bates-stamped on the first page

14      GA00572261.

15  BY MR. HOLKINS:

16    Q    And this is an email thread that includes

17  both yourself and Ashley Harris and a number of

18  other individuals, including Garry McGiboney and

19  Cheryl Benefield.

20         I'll give you an opportunity to

21  familiarize yourself with the full chain.  Give me a

22  second and I will give you control.

23         You have control of the document.  Please

24  let me know when you're reviewing it.

25    A    And that was in reference to what I was



1   just talking about, the opportunity that we reach

2   out to them about.

3        Q    Thank you.

4             (Witness reviews exhibit.)

5        A    Okay.

6        Q    Thank you.  So let me just note that this

7   email thread starts in May, May 29, 2020.  It's the

8   first email, and the last one is June 12, 2020.

9             I want to start at the bottom.

10            You received an email from Lisa McGarrie.

11  Who is that?

12       A    So Lisa McGarrie was on staff with us.

13  She was part of our leadership team, and she was

14  leading the policy and finance work.  And so as part

15  of that work, when any of us come across

16  opportunities that we think might be helpful, we

17  pass them on, which is what she did.

18            She is no longer working with us.

19       Q    Ms. McGarrie writes in her email:  "State

20  education agency must be the lead"?

21       A    Yes.

22       Q    What's your understanding of that?

23       A    That means that we as the Center of

24  Excellence and as a University could not be the

25  prime or the lead in applying for this grant.  So it



1  would need to be the state education agency that

2  applies.

3         So we were reaching out to see if there

4  was interest from our state education agency to

5  apply, and we could support with proposal writing as

6  well as the evaluation, and the response from Ashley

7  after discussing with her group was that they

8  weren't ready to apply at that time.

9         MR. HOLKINS:  Just one second, please.

10      A    Sure.

11      Q    Before we get too far ahead of ourselves,

12  what was Ms. McGarrie's title when she worked in the

13  Center of Excellence?  Do you remember?

14      A    She started out as a Senior Research

15  Associate, and then moved into an assistant project

16  director position, and she was the lead for policy

17  and -- policy and finance within the Center of

18  Excellence for Children's Behavioral Health.

19         Does that not --

20      Q    That's fine.  So the policy and finance is

21  a component within the Center of Excellence,

22  correct?

23      A    Yes.  Sorry.

24         So with her GSU title, what started out as

25  senior research associate, she moved to assistant



1   project director.

2           Within our team we developed designated

3   leads.  So there are two folks leading the workforce

4   development training capacity building, two folks

5   leading research and evaluation, and then Lisa was

6   leading the overall -- it's really more the policy

7   work, and she was also leading work on infant and

8   early childhood mental health.

9       Q    Did she have any responsibilities over

10  project development in her role?

11      A    Yes.

12      Q    Could you describe what those were?

13      A    We all have those responsibilities of

14  looking for potential opportunities, funding

15  opportunities, if they're federal, and they are

16  relevant to us.  If we can apply -- if they involve

17  partners, reaching out to partners.  Also sharing,

18  there may be opportunities that those in the

19  community are well-positioned for, you know, sharing

20  those opportunities.

21          So we are all in that because we're a soft

22  money shop.

23      Q    A soft money shop?

24      A    Sorry.  Yes.

25      Q    Could you explain that?



1      A    We are most fully grant funded.

2      Q    What would a hard money shop be?

3      A    That would be -- you might be in a

4  university setting where you have a faculty position

5  where there is hard money that comes from whatever

6  sources, and you have a guaranteed salary, a

7  guaranteed -- yes.

8      Q    Like a line item in a budget?

9      A    Could be.

10     Q    Okay.  Is it -- I want to go back to this

11  first email from Ms. McGarrie where she says "state

12  education agency must be the lead."

13          Is it common for federal grants to require

14  state agency -- or a state agency be the primary

15  applicant?

16     A    Yes.  I don't know if it would be common

17  but it does -- yes, it does happen.

18     Q    In your email dated May 29, 2020 you write

19  to Garry McGiboney, Rebecca Blanton, Cheryl

20  Benefield, and Ashley Harris, in part:  "We wanted

21  to make sure you are aware of the below grant

22  opportunity for building school-based mental health

23  services."

24          Do you recall the specifics of how this

25  grant would build school-based mental health



1  services?

2      A    I think the specifics were primarily up to

3  those who were writing the proposals.  And so I

4  don't recall the exact criteria in terms of what --

5  again, I believe this was from SAMHSA.  I'm not

6  positive, but, you know, that would be part of the

7  evaluation of the proposal, is what the mechanisms

8  are, what the services are that are put into that

9  proposal.

10     Q    If you scroll down to the very bottom of

11  the document.

12     A    I see it.  It's from the department -- the

13  Department of Education.

14     Q    That was the source of the grant?

15     A    Okay.

16     Q    Is that accurate?

17     A    I believe so, based on this.

18     Q    So it seems like based on your

19  recollection that there was some flexibility in

20  designing a proposal to receive this funding to

21  build school-based mental health services, correct?

22     A    Yes.  If I'm recalling correctly, the

23  purpose was to expand school-based mental health

24  services throughout the state.

25     Q    Skipping ahead in the chain -- or moving



1  up in the chain, on May 29, 2020, Ms. Harris writes

2  back, in part:  "I want to include both Dante McKay

3  and Layla Fitzgerald on this communication as we are

4  working on several projects to establish higher

5  collaboration."

6           Moving forward to Ms. Harris' email dated

7  June 12, 2020, this is the email, correct, where she

8  informs you the Department of Education will not be

9  moving forward with the grant?

10      A    Correct.

11      Q    And based on her email, what's your

12  understanding of why the Department of Education

13  chose not to move forward with this grant?

14           MR. BEDARD:  Object to form.

15      A    From the email and from what I recollect,

16  they were at a point where they wanted to do some

17  more kind of internal mapping of what's available,

18  where the need is, and really get themselves more

19  ready to apply for some of these types of grants.

20      Q    Do you have any knowledge about that

21  internal mapping project within the Georgia

22  Department of Education?

23      A    No.

24      Q    Have you received any updates from Ms.

25  Harris or other staff at the Georgia Department of



1  Education about that mapping project?

2      A    No.

3      Q    Do you know whether the Georgia Department

4  of Education has in fact undertaken any

5  comprehensive internal inventory, as described in

6  this email?

7      A    I would assume, but I do not know for

8  sure.  I have not seen anything.

9          I, I know that they are having a lot of

10 conversations and that there is a lot of work that's

11 happening there around school-based mental health,

12 but I don't know anything about the specifics.

13     Q    Since this email exchange in June of 2020,

14 has the Center of Excellence partnered with the

15 Georgia Department of Education on any grants to

16 expand school-based mental health services?

17     A    No.

18     Q    Since this email, have you brought to the

19 attention of staff at the Georgia Department of

20 Education any grant opportunities to expand

21 school-based mental health services?

22     A    I don't think so.

23     Q    Do you know if any of your staff have done

24 that?

25     A    I don't think so.



1      Q    I'm going to set this document aside.

2           So we're going to take a break shortly but

3  I would like to quickly introduce a number of

4  exhibits, have you describe what they are.  It

5  shouldn't take long.

6           Just give me one second and I'll pull them

7  all up.

8      A    Sure.

9           MR. HOLKINS:  Counsel, I just sent the

10          email that I will be introducing along with all

11          of the attachments.

12          MR. BEDARD:  Thank you.

13          I've just published what we're marking as

14          Exhibit 339.

15          (WHEREUPON, Plaintiff's Exhibit-339 was

16           marked for identification.)

17          MR. HOLKINS:  For the record, this

18          document is stamped GA00654336.

19  BY MR. HOLKINS:

20     Q    From its cover it appears to be an email

21  from you dated December 2nd, 2019, to Dante McKay,

22  with the subject "Forward:  Sending brief outlines

23  to DBHDD."

24          I'll give you control of the document so

25  you can review it.  Please let me know when you're



 1  finished.

 2          (Witness reviews exhibit.)

 3      A    I'm finished.

 4      Q    I want to acknowledge that there is an

 5  email below yours dated December 2, 2019, from Ani

 6  Scott Whitmore.  Who is Ani Scott Whitmore?

 7      A    So Ani Scott Whitmore was also on our

 8  team.  She recently has also left and is doing more

 9  independent consulting.

10          She has had multiple roles.  She was my

11  supervisee.  She did work on the Georgia Apex

12  Program and was the evaluation lead at the time.

13          That's who that is.  And she was a senior

14  research associate.

15      Q    And you mentioned that Ms. Whitmore has

16  since left the Center of Excellence, correct?

17      A    Yes.  Just recently.

18      Q    What was the purpose of your email to

19  Dante McKay?

20      A    So as the director of the center, we try

21  to consolidate a lot of the correspondence that

22  happens.  And so my purpose was to send to him -- I

23  don't remember the specifics of the briefs around

24  Apex because we've done multiple, but to send him

25  for his feedback some proposed outlines for these



1  topical briefs around Apex, and then upon his

2  feedback we would incorporate that.

3      Q    Did Dante McKay ask the Center of

4  Excellence to submit these potential topic briefs?

5      A    Did he ask us to do those briefs?  Yes --

6  or --

7      Q    I guess my question is, are you providing

8  these documents in response to a request by Dante

9  McKay?

10     A    Yes.  So that was part of our scope of

11 work with them around Apex, was to develop certain

12 briefs to try to disseminate information about the

13 program.

14     Q    And did your staff choose the topics that

15 are covered in these briefs, or were those requested

16 by Dante McKay?

17     A    I believe that the topics were decided and

18 discussed in partnership.  And so they had some

19 ideas, and then we may also have put some of our

20 suggestions and input in.

21     Q    And did all of these proposed briefs

22 ultimately get drafted?

23     A    I believe so.  I know we've had, I would

24 say, four to five Apex briefs.  I don't know again

25 specifically which ones this email is referring to.



1      Q    When the Center of Excellence does a --

2  completes an issued brief for OCYF staff about Apex,

3  are those circulated publicly or just to DBHDD

4  staff?

5      A    If we receive approval from DBHDD, from

6  Dante McKay, that this is final and it's okay for

7  public disemmination, then, yes, we post it on our

8  website and we're free to disseminate widely.

9      Q    Has Dante McKay or any other staff at OCYF

10  ever requested the Center of Excellence draft an

11  issue brief on GNETS programs?

12      A    No.

13      Q    And to be clear, that would include issue

14  briefs about the adequacy of behavioral health

15  services interventions offered through the GNETS

16  programs?

17      A    To my knowledge, we've not been requested

18  to do any type of issue brief related specifically

19  to GNETS.

20      Q    So I would like to just run through these

21  attachments and introduce them as exhibits, and then

22  we'll take a break.

23      A    Sure.

24          MR. HOLKINS:  I've just published what

25      we're introducing as Exhibit 340.



1              (WHEREUPON, Plaintiff's Exhibit-340 was

2         marked for identification.)

3              MR. HOLKINS:  For the record, this

4         document is stamped GA00654337.  The title is

5         "The Georgia Apex Program: Rural Workforce."

6    BY MR. HOLKINS:

7         Q    Ma'am, do you know whether this proposal

8    resulted in a published brief?

9         A    Yes.

10             MR. BEDARD:  Object to form.

11        A    Yes, it did.

12        Q    So this --

13        A    I believe so.

14        Q    So the end point of this document is

15   publicly available, correct?

16        A    I believe so.

17        Q    Did you have any role in developing the

18   issue brief relating to rural workforce in Apex?

19        A    No.

20        Q    Who drafted that?

21        A    That is a great question.  I, I am not

22   positive.  I'm sure that Dimple was involved as the

23   lead for school-based mental health in Apex.  I

24   believe that Lisa McGarrie has been involved in some

25   of the writings of briefs as well, and she has some



 1  rural health experience.

 2          I'm not positive who offered this brief.

 3          MR. HOLKINS:  I've just published what

 4      we're marking as Exhibit 341.

 5          (WHEREUPON, Plaintiff's Exhibit-341 was

 6       marked for identification.)

 7          MR. HOLKINS:  This document is stamped

 8      GA00654338.

 9          The title is "Georgia Apex Program: Best

10      Practices for Assessing Implementation

11      Readiness."

12  BY MR. HOLKINS:

13      Q    Ma'am, what is your understanding of the

14  term "implementation readiness"?

15      A    This term is about whether or not schools

16  are ready to partner with Apex providers and have

17  specific criteria in terms of being ready to

18  implement things effectively.

19          I can't tell you exactly what those things

20  are, but yes.

21      Q    Did OCYF staff approve for publication by

22  the COE a final issue brief related to best

23  practices for implementation of readiness?

24          MR. BEDARD:  Object to form.

25      A    I believe so, yes.



1      Q    Who drafted that brief for the COE?

2      A    I believe that Dimple was leading on this.

3  I am not positive.

4           MR. HOLKINS:  I've just published what

5      we're marking as Exhibit 342.

6           (WHEREUPON, Plaintiff's Exhibit-342 was

7       marked for identification.)

8           MR. HOLKINS:  This document is marked

9      GA00654339.  The title is "The Georgia Apex

10      Program + School Climate."

11  BY MR. HOLKINS:

12      Q    Ma'am, what is your understanding of the

13  term "school climate"?

14      A    So school climate is -- and we've done

15  quite a bit of work on this, but school climate is

16  the environment within the school setting.  It

17  includes attendance, school attendance.  It includes

18  school disciplinary incidents.  It includes kind of

19  safe and positive learning environment.

20           And so there is a lot of work around what

21  can influence positive school climate and there's a

22  lot of research out there around the importance of

23  school climate for youth and children's behavioral

24  health as well.

25      Q    I believe you assisted in drafting an



 1  article --

 2      A    Yes.

 3      Q    -- on this subject, correct?

 4      A    Yes.

 5      Q    We'll talk about that in a bit, but just

 6  to stick with this issue brief, did DBHDD approve

 7  for publication by the Center of Excellence an issue

 8  brief concerning the Georgia Apex Program and school

 9  climate?

10      A    I am not sure about this one.  I have been

11  much more involved in the writings, the academic

12  papers and manuscripts, which they partnered with us

13  and approved.

14          I do not remember seeing this brief, as I

15  kind of have gone through for something else,

16  looking at the briefs that we have.  So I'm not sure

17  on this one.

18      Q    We'll actually stop there.

19          Let me first ask before we take a break,

20  has the Center of Excellence developed any other

21  issue briefs at the request of OCYF staff relating

22  to the Apex program since 2020?

23      A    There were several briefs, and I can't

24  remember all the different, but, yes, I think we've

25  done at least three to four issue briefs, and they



1  would be posted on our website.

2      Q    Has the Center of Excellence, since you

3  joined nine years ago, drafted any issue briefs for

4  the Georgia Department of Education?

5      A    No.  I think in addition to some of the

6  briefs we've talked about for Apex, there are also

7  issue briefs that summarize the evaluation results

8  per year.  And so those are also made publicly

9  available on our website, for Apex specifically.

10     Q    If the Department of Behavioral Health and

11 Developmental Disabilities requested of the Center

12 of Excellence that they draft an issue brief

13 relating to the GNETS program, is that something

14 that the Center of Excellence would have the

15 capacity to do?

16     A    I think so.

17     Q    To be clear, that request has never been

18 made to you?

19     A    No.  Not to my knowledge.

20          MR. HOLKINS:  Let's go ahead and take our

21     break, and we can do 15 minutes.

22          MR. BEDARD:  Okay.

23          THE VIDEOGRAPHER:  Off the record at 4:31

24     p.m.

25          (A recess was taken.)



1          THE VIDEOGRAPHER:  Back on the record at

2      4:46 p.m.

3  BY MR. HOLKINS:

4      Q    Welcome back.

5      A    Thank you.

6      Q    So I'd like to jump right into another

7  document.  Give me a second and I will pull it up.

8          MR. HOLKINS:  I'm publishing what we're

9      marking as Exhibit 343.

10         (WHEREUPON, Plaintiff's Exhibit-343 was

11      marked for identification.)

12         MR. HOLKINS:  The Bates number on the

13      first page of this document is GA00649808.

14  BY MR. HOLKINS:

15     Q    The most recent email in this thread is

16  from you.  It's dated September 20, 2019, to Dante

17  McKay.

18         I want to give you a moment to familiarize

19  yourself with the emails.  Just for your reference,

20  we're going to be talking about only Dante's --

21  Dante McKay's email dated September 29, 2019, and

22  your response.

23         I'll give you control.

24     A    Thank you.  I need a minute on this one

25  because it's not fully ringing a bell.



```
 1              (Witness reviews exhibit.)

 2      A    Okay.

 3      Q    Have you reviewed the exhibit?

 4      A    I have.

 5      Q    So I'm going to go ahead and take control

 6 back.

 7      A    Okay.

 8      Q    I want to move up in the thread to Mr.

 9 McKay's email addressed to you dated September 20,

10 2019.

11           That's what I'm showing on the screen now.

12 Do you see it?

13      A    I do.

14      Q    He references Georgia's Project LAUNCH

15 grant focused on Muscogee.  Do you see that?

16      A    Yes.

17      Q    What is Project LAUNCH?

18      A    Project LAUNCH is a grant that I believe

19 happened through SAMHSA.  It is no longer in

20 progress, but it was to focus in on providing

21 connections and socioemotional services for younger

22 children, and it was happening in Muscogee County.

23           I was not involved in Project LAUNCH.

24 Angie Snyder was the one who was overseeing that

25 work.
```



1        Q    My understanding, based on this email, is
2   that this grant was implemented only in Muscogee
3   County; is that correct?
4        A    Yes.
5             MR. BEDARD:  Object to form.
6        Q    Let me just rephrase.
7             In Georgia the Project LAUNCH grant
8   focused on Muscogee County exclusively, correct?
9             MR. BEDARD:  Object to form.
10       A    Yes, yes.  Project LAUNCH is a larger kind
11  of national mechanism in terms of through SAMHSA in
12  doing some of this work.  But, yes, in Georgia this
13  was done in Muscogee.
14       Q    Had Project LAUNCH grants been implemented
15  in counties other than Muscogee in Georgia?
16       A    I don't believe so.  But I -- I'm just not
17  sure.
18       Q    Okay.  What was being envisioned in this
19  discussion between Dante McKay and you?
20            MR. BEDARD:  Object to form.
21       A    I'm having to think back here.  This was
22  an opportunity that I think Jen Kaminski at CDC
23  raised about potentially putting forth a proposal
24  through CDC to augment mental health, and that there
25  may have been some funding available.



1          It did not come to fruition.

2      Q    Why not?

3      A    I'm not sure.  I know that -- I believe,

4  and I would have to look back, that the proposal

5  kind of went up chains and was being reviewed, but I

6  don't remember hearing back from Jen in terms of

7  moving forward.

8          And it may be because it was right around

9  the time that COVID happened and some of those

10  things kind of had a standstill.  But I don't know

11  the reasons behind it.

12      Q    Did you have --

13          MS. COHEN:  Patrick, excuse me.  I'm

14      hearing this is Exhibit 344 that you're talking

15      about.

16          MR. HOLKINS:  This is actually 343, and

17      the reason why is because there was an

18      attachment to my previous email that we did not

19      introduce.

20          MS. COHEN:  Got it.  Let me ask folks who

21      are giving me that advice.

22          Sandra, ask her.  She's on Zoom.

23          MR. HOLKINS:  But I'm sure.

24          MS. COHEN:  Okay.

25          MR. HOLKINS:  And more importantly, so is



1    Wanda.

2         MS. COHEN:  If Wanda is sure.

3  BY MR. HOLKINS:

4    Q    Did you have any discussions with

5  Commissioner Fitzgerald about expanding the Project

6  LAUNCH grant to other counties in Georgia?

7    A    I did not personally.  I think Dante had

8  the conversations with Commissioner Fitzgerald.

9    Q    I think you testified that this was

10 reviewed up the chain.  What are you referring to?

11   A    What I meant was that the proposal was put

12 together -- Jen put together the proposal and sent

13 to some of the folks at CDC.  And so it needed to be

14 reviewed and approved, and I'm not quite sure where

15 it landed.

16   Q    Did you hear anything more back from the

17 CDC contact regarding the status of this proposal?

18   A    That's what I was mentioning.  If I recall

19 back, that there were some emails about it still

20 being reviewed, but I don't remember getting an

21 email that it was not happening.  I know it didn't

22 happen because we haven't moved forward.

23   Q    I was trying to understand your previous

24 testimony about Project LAUNCH broadly.  Did you say

25 that that grant has been discontinued?



1      A    So the Project LAUNCH grant that, that

2  Georgia had, yes.  I can't remember the exact year

3  when it ended.  It was going on when I first started

4  with Georgia State University, but I believe it

5  ended several years ago.

6      Q    So the Project LAUNCH grant operated by

7  SAMHSA nationally is still available, correct?

8      A    I believe so.

9      Q    To your knowledge, Georgia is not pursuing

10  that grant currently?

11      A    We are not involved.  I don't know if

12  there are other folks, other agencies who may have

13  pursued a Project LAUNCH grant.

14      Q    And to the best of your knowledge, sitting

15  here today, do you know whether any state agency in

16  Georgia is pursuing a Project LAUNCH grant?

17      A    I don't -- I don't -- I don't know.

18      Q    If DBHDD were working on a project grant

19  application, would you expect them to tell you?

20          MR. BEDARD:  Object to form.

21      A    I would expect them to tell us if they

22  wanted to partner with us on that.  If they were

23  partnering with others, then they may not tell us.

24      Q    Has DBHDD, to your knowledge, partnered

25  with any other organizations as evaluation partners



1   on federal grants?

2      A     On federal -- not to my knowledge.

3            The groups within DBHDD that we work with.

4   There may be other groups that work with other

5   universities, yes.

6      Q     Let me just reask the question so that

7   it's clear.

8            To your knowledge, has OCYF partnered with

9   organizations other than COE as an evaluation

10  consultant for a federal grant?

11     A     I would say for the most part we are

12  their, their evaluation partner.

13     Q     So just to restate the question, are you

14  aware of OCYF partnering with any organizations

15  other than COE as an evaluation consultant?

16     A     For federal grants?

17     Q     For a federal grant.

18     A     No.

19     Q     And what about for a non-federal grant?

20     A     They may -- I know they've worked with

21  Voices for Georgia's Children to conduct, for

22  example, some focus group, trying to get some

23  information, those types of things.  But I don't

24  know in terms of -- I don't know in terms of large

25  organizations.



1      Q     Could you describe briefly what Voices for
2   Georgia's Children does?
3      A     So that is an advocacy organization in
4   Georgia for children that focuses on children's
5   health, on mental health, on safety, on all kinds of
6   things.
7      Q     Let's set this one aside.
8            Give me one second.  I'm going to show you
9   some more documents.
10           MR. HOLKINS:  I just published what we're
11       marking as Exhibit 344.
12           (WHEREUPON, Plaintiff's Exhibit-344 was
13        marked for identification.)
14           MR. HOLKINS:  The first page of this
15       document is stamped GA03270155.
16   BY MR. HOLKINS:
17      Q     From its cover it appears to be an email
18   from you dated September 29, 2021, to a number of
19   recipients, and it appears to attach a document
20   titled "Advancing School Mental Health
21   Conference_SBMH, in Georgia and School Climate."
22           I'll give you a moment to review the
23   document, if you like, and just let me know when
24   you're finished.
25           (Witness reviews exhibit.)



1     A     Okay.  I'm finished.

2     Q     Are you finished?

3     A     Yes.

4     Q     Thank you.  I'm going to take back control

5  of the document and scroll to the top.

6           So if I'm not mistaken, this email is

7  about a presentation concerning the article that we

8  discussed earlier concerning Apex and school

9  climate, correct?

10    A     Yes, correct.

11    Q     And that's an article that you co-wrote

12 with Garry McGiboney and a number of other

13 individuals.  Is that accurate?

14    A     Yes.  I was the lead author and then I

15 wrote it with staff, my staff, and then we included

16 our partners that are listed here at DBHDD, and

17 Garry McGiboney was the representative at DOE.

18    Q     Did you seek out Dr. McGiboney as a

19 partner in drafting this article?

20    A     Yes.

21    Q     Why?

22    A     Because he has been -- or was a partner.

23 He was one of our go-to people at the Department of

24 Education and I respect his expertise.

25           And so because Apex is a partnership



1  between behavioral health and education, I thought

2  it was important to involve all the relevant

3  partners.

4       Q    Dr. McGiboney is no longer employed by the

5  Department of Education; is that accurate?

6       A    That's accurate.

7       Q    Since his departure from the Department of

8  Education, who at GaDOE serves as your go-to?

9            MR. BEDARD:  Object to form.

10      A    I would say we don't have someone that we

11  connect with as much.  I would say probably the

12  person -- and it's not me as much as the Apex group,

13  is probably Ashley Harris.

14      Q    So you note in your email dated 9/29/2021

15  that you are attaching a draft of slides for review

16  and feedback.

17           These are slides about the article --

18      A    Yes.

19      Q    -- that we just discussed, correct?

20      A    Yes.

21      Q    I'm going to pull up those slides.  Give

22  me one second and I'll show them to you.

23           MR. HOLKINS:  I've just published what

24      we're marking as Exhibit 345.

25           (WHEREUPON, Plaintiff's Exhibit-345 was



1          marked for identification.)

2             MR. HOLKINS:  This is a native file

3       version of the document produced by the State

4       of Georgia to the United States in this matter

5       with the Bates-stamp GA03270157.

6    BY MR. HOLKINS:

7       Q    Do you recognize this document?

8       A    Yes.

9       Q    What is this document?

10      A    These are the slides that were presented

11   at the Advancing School Mental Health Conference,

12   that relate to the analysis that we did for the

13   article that we published, that was a more rigorous

14   analysis of schools with Apex versus schools

15   without, and looking at potential association with

16   school climate over time.

17      Q    Just for the record, this was a

18   presentation that you gave in October of 2021,

19   correct?

20      A    Yes.

21      Q    So I want to just walk through the slides

22   and ask you some specific questions about material

23   that are on the slides.  So we'll just go one by

24   one.

25      A    Sure.



1      Q    I'm scrolling down.  We're now on Page 5

2  of the document.

3           I want to direct your attention to the

4  text that's to the right of the Georgia Department

5  of Behavioral Health and Developmental Disabilities.

6  Specifically it reads:  "State agency with oversight

7  of public mental health system for children, youth

8  and adults."

9           Do you see that text?

10     A    Yes.

11     Q    What informed this statement?

12     A    This is a slide that the Apex team has put

13  together to really identify who the core

14  stakeholders are for the Apex program, and so it's

15  the, the definition of who DBHDD is.  It's,

16  obviously, been reviewed by them as well.

17     Q    By DBHDD staff?

18     A    Yes, because they needed to review the

19  slides and the information that's in them.

20     Q    Did Dante McKay specifically sign off on

21  these slides?

22     A    Yes, and he signed off on the paper.

23     Q    I want to now direct your attention to the

24  text corresponding to the Georgia Department of

25  Education, or GaDOE.  Specifically the slide reads:



1  "State agency that provides publicly available data

2  regarding the educational outcomes and well-being of

3  students."

4            What publicly available data regarding the

5  educational outcomes and well-being of students are

6  you reference, here?

7      A    These are data based on the student

8  surveys that they administer and handle annually.

9  So those were the data we were able to use to look

10 at school climate, and it's available on their

11 website.

12     Q    And did the Center of Excellence receive

13 any additional data from the Georgia Department of

14 Education in connection with this article?

15     A    I don't believe so.  We really pulled the

16 public data and looked at the way that they

17 determined school climate and the overall star

18 rating, which is the school climate index.

19            And so we did pull in not necessarily from

20 DOE, but we have the Apex data of number of schools

21 served, number of providers, and those types of

22 things, that was in addition to the public DOE data.

23     Q    So all the DOE data you received in

24 connection with this article was publicly available,

25 correct?



1      A    It's from the school climate -- the

2   student health survey and the school climate

3   ratings, yes.

4      Q    Stepping away just for a moment from this

5   presentation and the underlying article, are you

6   aware of any data sharing agreement currently in

7   place between the Center of Excellence and the

8   Department of Education?

9      A    No.  We would like to -- I think there

10  have been discussions around that, but we don't have

11  an official agreement.

12     Q    Why would you like to have such an

13  agreement?

14     A    I think the discussions have been it would

15  be helpful in terms of evaluation.  To be able to

16  also look at -- there are some data around the

17  student health survey around suicidal ideation and

18  those types of things that we thought would also be

19  helpful to pull in.

20          And so, yeah.

21     Q    Would it have been -- what's your

22  understanding of the barriers to achieving a data

23  sharing agreement with the Georgia Department of

24  Education and the Center of Excellence?

25     A    I think there's the normal barriers of big



1  systems and organizations and approvals and, you

2  know, I think that every agency, rightfully so, has

3  to look out for their data.  Yeah.

4      Q    How long have these discussions around a

5  data sharing agreement between the Center of

6  Excellence and the Georgia Department of Education

7  been occurring?

8      A    A couple of years.

9      Q    So at least dating back to 2020?  Is that

10 accurate?

11     A    I think so.  Not necessarily formal

12 conversations.  Informal conversations.  And those

13 who are more involved in the Apex program can

14 probably give more specific details.

15     Q    Who at the Georgia Department of Education

16 has been involved in these discussions around

17 developing the data sharing protocol?

18     A    I believe it's Ashley Harris.

19     Q    I'm scrolling down to Slide 9, which is

20 titled, "Apex Growth Across 5 years (2015-2020)."

21          Do you see the slide that I'm referencing?

22     A    I do.

23     Q    The third image on the right, and the text

24 underneath it represents that there has been a "238%

25 increase in services provided in schools from Year 1



1  to Year 5."  Correct?

2            Is that accurate?

3      A     Yes, I believe it is.

4      Q     Where did you receive this data?

5      A     Those are data that we have collected over

6  the years in terms of the agencies provide monthly

7  reports, in terms of number of schools served, and

8  these are looked at periodically and then annually.

9            So that the team -- I am not directly

10 involved, but the team then pulls together the data

11 on number of students -- number of schools, number

12 of students receiving first time services, and

13 number of services provided, and then looking at the

14 increase over time.

15     Q     As part of that effort, does the Center of

16 Excellence undertake any analysis of the amount,

17 frequency or duration of services received through

18 the Apex program by students?

19     A     In terms of number of services, yes.  In

20 terms of how long the kids are seen for, I don't

21 believe that we're collecting that.  That may be

22 something that they are moving to collect, and those

23 more intimately involved in the program could answer

24 that.

25     Q     There's nothing on this slide, and correct



1  me if I'm mistaken, that would speak to amount,

2  frequency or duration of service for children who

3  are enrolled in the Apex program?

4      A    In terms of -- no, not in terms of, you

5  know, how many times a month a child was seen or for

6  how long they were seen.

7      Q    For the -- moving just to the center, the

8  -- excuse me -- the image in the middle of the page

9  and the corresponding text, which reads:  "100%

10 increase in students receiving first-time services

11 from Year 1 to Year 5."

12          Do you see that text?

13     A    Yes.

14     Q    Is it possible that a student could

15 receive one service --

16          MR. HOLKINS:  Let me rephrase.

17     Q    Is it possible that each student enrolled

18 in Apex could receive one unit of service and that

19 would qualify that student as a first-time recipient

20 for purposes of this data?

21          MR. BEDARD:  Object to form.

22     A    That's a great question.  I would have to

23 go back to see how they define.  I know that there

24 are definitions in terms of how long the school is

25 involved in the program.



1              In terms of whether a student received

2    one, two times, three times, I don't believe that

3    that is entered into this number.  First-time

4    students are described as those who haven't received

5    any type of mental health treatment in the past.

6         Q    But to be -- to qualify as a first-time

7    student, how much service do you have to receive?

8         A    It's a great question.  I think any

9    services, but I'm not positive about that.

10        Q    I want to now dig into the results of the

11   study which you report in this presentation.

12             I'd like to start with Page 14.  The title

13   for this slide is:  Means School Climate, Star

14   Rating from Baseline to Endline for Apex and

15   non-Apex Schools."

16             With the understanding that we're not

17   researchers, could you help explain in layman's

18   terms what this slide shows?

19        A    Yes.  So the overall star rating is the

20   main school climate index that takes into account

21   attendance, discipline, all those pieces put

22   together.  And there are elaborate instructions on

23   the DOE website about how that's computed.

24             A higher rating means more positive school

25   climate.  So we have two matched groups here.  We



1  have the Apex group and then we were able to pull a
2  similar number of schools that did not receive Apex
3  but that were matched on things like receiving free
4  and reduced lunch, type of school, those types of
5  things.
6          Because we weren't able to do a randomized
7  control trial, we still wanted to be able to see
8  more rigorously the impact Apex might have.
9          So what you see on this slide is that from
10 baseline in 2015 to endline 2019, over those four
11 years, those schools that received Apex had a
12 significantly greater increase in their school
13 climate, positive increase in their school climate,
14 than those schools that did not receive Apex.
15     Q    Thank you.
16          Just as a practical matter, what's the
17 difference between a 4.04 school climate rating and
18 a 3.92 school climate rating?
19     A    It's just a matter of kind of where it
20 falls on the star rating.  I would have to go back
21 in terms of -- obviously, 1 is poor and 5 is best,
22 and then it's somewhere in between.
23          What we looked at a little bit more, too,
24 was the actual increase over time.
25     Q    Between 2015 and 2019?



1      A    Uh-hum.  (Affirmative.)

2      Q    Is that a yes?

3      A    Yes.  I'm sorry.

4      Q    So I would ask that you provide the same

5  service with respect to the slide.  Could you

6  describe -- we're know on Page 15 of the PowerPoint.

7           Could you describe what this slide shows?

8      A    Yes.  So this is a slide that is looking

9  at student discipline rate.  And so if it's -- if

10  the index is going up, it's a more positive rate,

11  which means that there were fewer disciplinary

12  incidents over time.  It's a little bit

13  counterintuitive, but that's the way it's measured.

14           What you see in this slide is that those

15  schools involved in Apex had a significantly greater

16  increase in time in terms of positive discipline

17  rate.  So they had a greater decrease in

18  disciplinary incidents than those schools not

19  involved in Apex, whose discipline rate actually

20  went down slightly.

21      Q    Thank you.  Let's move on to the next

22  slide, which is Slide 16.

23           The title is "Means Student Attendance

24  Rate from Baseline to Endline for Apex and non-Apex

25  Schools."



1          Can you describe what this slide shows?

2     A    Yes.  Similarly looking from baseline to

3  endline, what we saw were that those schools that

4  were involved in Apex had a significantly positive

5  increase and a better attendance rate over time than

6  those schools not involved in Apex.  So in terms of

7  students missing school for a variety of reasons.

8     Q    I'm not going to ask you to explain this

9  one because I think we would be here for a long

10 time, but let me just see if I have any more

11 questions on this document.

12    A    Sure.

13    Q    I do want to show you one more thing in

14 the Summary of Key Findings section --

15    A    Yes.

16    Q    -- of the presentation.

17         The presentation reads:  "Length of

18 program participation was not significantly

19 associated with school climate."

20         Could you explain that finding?

21    A    I can give our hypothesis around that.

22         So we looked at, in terms of those schools

23 participating in Apex, whether there was a

24 relationship between the length of time in the

25 program and an increase in positive school climate.



1  We did not see that those were associated in our

2  analyses.

3          One potential idea is that schools may

4  have started at different times and had different

5  levels of sophistication in terms of their program,

6  which may have impacted a little bit -- may have

7  diluted the relationship between length of

8  participation and the outcome.

9      Q    So let's set this aside.

10         Are you aware of whether DBHDD policy

11  allows for GNETS facilities to participate in the

12  Apex program?

13         MR. BEDARD:  Object to form.

14     A    I do not know what their policies say.  I

15  know that there have been, I believe, one or two

16  schools in the list of schools participating, but I

17  don't have any of the details.

18     Q    What are the schools that you can recall,

19  the GNETS facilities that can you recall that have

20  participated in Apex?

21     A    I don't know the answer to that.  I don't

22  know the names.

23     Q    Is it your recollection that it's no more

24  than one or two?  Is that accurate?

25     A    That's my recollection, but for my



1   accurate information, I would speak with those who

2   are really involved in the program.

3        Q    What was the time frame, if you can

4   recall, for when GNETS facilities were participating

5   in Apex?

6        A    I don't know.

7        Q    And sitting here today.  Are you aware of

8   any single GNETS facility that is able to enroll in

9   the Apex program?

10            MR. BEDARD:  Object to form.

11       A    I don't know if the same schools that were

12  involved initially are still currently participating

13  or not.  I don't have that level of detail.

14       Q    Do you have any reason to believe that

15  GNETS facilities would not benefit from the same

16  advantages of participating in Apex as you observed

17  through this study in other schools?

18            MR. BEDARD:  Object to form.

19       A    Do I have any -- let me make sure I

20  understand your question.

21       Q    Sure.

22       A    I don't believe there's any reason that

23  they would not benefit.

24       Q    So on the topic of GNETS, I just want to

25  run through some questions.



1            Do you have any duties in your capacity at

2   the Center of Excellence or the Health Policy Center

3   with respect to the GNETS program?

4       A    No.  The only thing is what we talked

5   about briefly before, where I believe that some of

6   my staff were working with the South Metro.  That's

7   the only.

8       Q    That's the only involvement that you can

9   recall for the entire Center of Excellence, correct?

10      A    Yes.

11      Q    And personally you've not had any direct

12  involvement with the GNETS program in your capacity

13  at the Center of Excellence?

14      A    No.

15      Q    Are you familiar with the behavioral

16  health services and interventions that are made

17  available to students enrolled in the GNETS program?

18      A    No.  I don't know the level and a lot of

19  the details about the GNETS programs themselves.

20      Q    Have you ever received or reviewed any

21  data in connection with the GNETS program?

22      A    No.

23      Q    Has any state agency staff ever requested

24  that the Center of Excellence or you directly

25  perform analysis with respect to the GNETS program?



1      A    Not to my knowledge, no.

2      Q    Have you ever visited a GNETS facility?

3      A    No.

4      Q    Do any staff at the Center of Excellence

5  visit GNETS facilities as a matter of course?

6      A    I don't believe so.  Aside from -- aside

7  from potentially the training that may have happened

8  around wraparound with South Metro.

9           MR. HOLKINS:  So I think we can take just

10      a brief break, five minutes, and then we'll

11      kind of talk.  I have maybe just a few more

12      questions, perhaps a document or two, but I

13      think we'll be able to end before 6:00.

14           We can go off the record.

15           THE VIDEOGRAPHER:  Off the record at 5:22

16      p.m.

17           (A recess was taken.)

18           THE VIDEOGRAPHER:  Back on the record at

19      5:29 p.m.

20  BY MR. HOLKINS:

21      Q    So I'd like to show you just a few more

22  documents.  Give me one second and I will pull them

23  up.

24           MR. HOLKINS:  I've just published what

25      we're marking as Exhibit 346.



1          (WHEREUPON, Plaintiff's Exhibit-346 was

2       marked for identification.)

3          MR. HOLKINS:  The Bates-stamp for this

4       document is GA00401660.

5   BY MR. HOLKINS:

6      Q    It appears to be an email from you dated

7   October 26, 2015, with the subject "Slides for New

8   Orleans Presentation," and attaches a PowerPoint.

9          I will give you a moment to review this

10  document.  I know it's from 2015, and please let me

11  know when you're finished.

12          (Witness reviews exhibit.)

13     A    Okay.

14     Q    If I'm not mistaken, the topic of this

15  email is a presentation you were preparing to give

16  along with Deborah Gay and Matt Yancey.  Is that

17  correct?

18     A    That's correct.

19     Q    Who is Deborah Gay?

20     A    Deborah Gay was our first contact over at

21  the Department of Education, and she also was at one

22  time co-chair of the Interagency Directors Team as

23  well.

24          I believe she retired.

25     Q    Do you recall when she retired?



1     A     I don't.  All the years are running

2  together.

3     Q     Who is Matt Yancey?

4     A     So Matt Yancey was in the position that

5  Dante McKay has now.  Back in 2015 -- I'm not sure.

6  He was there for maybe a year, but he was our OCYF

7  point of contact at that time, and the whole idea

8  behind Apex actually initiated with him.

9     Q     So I'd like to show you the slides that

10  you attached to this email.  Give me one second and

11  I will pull them up.

12          MR. HOLKINS:  I just published Exhibit

13     347.

14          (WHEREUPON, Plaintiff's Exhibit-347 was

15      marked for identification.)

16          MR. HOLKINS:  This is a native file

17     version of the document produced by the State

18     of Georgia to the United States in this

19     litigation with the Bates-stamp GA00401661.

20  BY MR. HOLKINS:

21     Q     I realize this is a little small.  Let me

22  see if I can make it bigger.

23     A     Thank you.

24     Q     That's better?

25     A     Thank you.



1        Q    Do you recognize this document?

2        A    I do.  I'm embarrassed to say I don't

3    remember a whole lot about it back from 2015.

4        Q    So we'll just walk through the slide one

5    by one.  I'll ask you a few questions about the

6    text.

7        A    Okay.

8        Q    First, let's just start with the title

9    page, which identifies this as a presentation given

10   in November 2015 at the 20th Annual Conference on

11   Advancing School Mental Health.

12            Correct?

13       A    Yes.

14       Q    This was a presentation you gave with

15   Deborah Gay and Matt Yancey, correct?

16       A    Yes.

17       Q    The title of the presentation is "The

18   Georgia School-based Mental Health, Community Level

19   Partnerships and Research to Further School-based

20   Mental Health."

21            Is that accurate?

22       A    Yes.

23       Q    I wanted to direct your attention to the

24   third bullet on this page of the presentation, which

25   is the third page.  The bullet reads -- first the



title of this slide is "Why School Based Mental Health?"

The third bullet reads: "Reduces access issues, particularly in rural areas, and decreases sigma by normalizing mental health treatment."

Could you expand on how school-based mental health reduces access issues, particularly in rural areas?

A Sure. The idea that school is where -- is where children spend -- they spend the majority of their time, and to be able to have children access mental health issues and also within the culture to have mental health normalized, have those conversations happen, it reduces access -- it reduces access issues because it's not reliant on a parent having to bring the youth to each session. They can be seen within the school, obviously with parental consent.

I think particularly in rural areas where there may be a lot of distance between providers and all of that as well, it just helps to centralize service somewhat.

Q Let's scroll back to that same slide.

Is expanding school-based mental health services a part of the mission of the Center of

1   Excellence?

2        A    Yes, in partnership with the other

3   agencies that we work with.

4        Q    So is that part of the mission for the

5   Center of Excellence driven by the State agencies,

6   or is that independently a goal for the Center of

7   Excellence?

8             MR. BEDARD:   Object to form.

9        A    It's independently a goal for the COE.  We

10  believe in the benefits of school-based mental

11  health.

12       Q    And what is that based on?

13       A    It's based on some of the research that

14  we've done.  It's based on a review of the

15  evidence-based and the research that is out there.

16  It is based on the idea of needing to find creative

17  ways to provide access to children for mental health

18  needs, particularly as these needs increase.

19       Q    So you reference the evidence-based, the

20  research as part of school-based mental health?

21       A    Uh-hum.  (Affirmative.)

22       Q    Could you describe broadly what the

23  research shows?

24       A    There is -- there are a lot of different

25  models of school-based mental health.  There is the



1  Apex program.  There are -- embedding within school

2  based health centers.

3        There is research out there in addition to

4  ours around the relationship between school-based

5  mental health services, helping to improve overall

6  school climate.

7        I think there are some studies that have

8  looked at improving student outcomes.  We have not

9  been involved in those particularly.

10    Q    Just to make sure I'm clear, there have

11 been studies showing improved outcomes for children

12 who receive school-based mental health services; is

13 that accurate?

14    A    Yes, I believe so.

15    Q    Are you aware of any studies showing

16 improved outcomes for students who are enrolled in

17 GNETS facilities?

18    A    I'm not aware of any studies.  I haven't

19 really looked for those.

20    Q    Has the Center of Excellence ever studied

21 the effectiveness of services provided --

22        MR. HOLKINS:  Let me try again.

23    Q    Has the Center of Excellence ever studied

24 whether children enrolled in GNETS receive --

25 experience better outcomes?



1            MR. BEDARD:  Object to form.

2        A    No.

3            MR. HOLKINS:  Thank you for indulging us.

4    BY MR. HOLKINS:

5        Q    Is it fair to say that the GNETS program

6    is not the kind of school-based mental health

7    service that has been the subject of the Center of

8    Excellence's research?

9            MR. BEDARD:  Object to form.

10       A    That is fair to say.

11       Q    Likewise, is it fair to say that the GNETS

12   program has not been the kind of school-based mental

13   health service that's been the subject of the other

14   research that you've seen?

15           MR. BEDARD:  Object to form.

16       A    That's fair to say.  Of the research that

17   I have reviewed, there's not been a focus on GNETS.

18       Q    Are you aware of any evidence-based

19   supporting provision of behavioral health services

20   and interventions in GNETS schools?

21       A    No.  I haven't looked for that.

22       Q    Has anyone at the Department of Behavioral

23   Health and Developmental Disabilities requested that

24   you look for that research?

25       A    No.



1     Q     You testified that you've not looked for
2  research regarding any evidence-base and support of
3  the GNETS model; is that accurate?
4     A     That's correct.
5     Q     Why not?
6     A     That has not been a focus of one of the
7  models we've been looking at.
8           We focused on -- I mean our, our work with
9  the State has been around the Apex program, which is
10  a specific model of integrating a community provider
11  within the schools.
12          I think there are others who are doing
13  models around the -- having more of a health unit
14  within the schools, in which mental health is a part
15  of that.
16          But I guess that's just not something that
17  we've engaged in research around, nor have we been
18  asked to engaged in research around GNETS.
19     Q     Just to be clear, providing therapy
20  interventions in a segregated setting has not been
21  the subject of any research by the Center of
22  Excellence?
23          MR. BEDARD:  Object to form.
24     A     Not within a school setting.  I think, as
25  we talked about previously, some of the work, the



1  monitoring and evaluation that Susan and her team

2  have been involved in around Crisis Stabilization

3  Units, PRTFs, but those are not GNETS.

4      Q    Right.  Thank you for drawing that

5  distinction.

6          Between a segregated treatment facility

7  versus a segregated educational facility, which is

8  what GNETS is, correct?

9      A    Yes.

10     Q    And just to restate the question, you're

11 not aware of any --

12         MR. HOLKINS:  Actually, withdraw that.

13     Q    In your mind, what distinguishes

14 school-based mental health services as you've

15 studied from the services that are provided in a

16 GNETS setting?

17         MR. BEDARD:  Object to form.

18     A    I will answer to the best of my ability

19 given that I don't know fully what that whole GNET

20 program entails.  But I think the differences are --

21 my understanding is in a GNETS program you have

22 youth that have been referred from local schools,

23 who then are in a school -- a school setting with

24 each other, and they receive more intensive

25 behavioral health, socioemotional health services in



1  addition to their education.

2          The school-based mental health programs

3  that we're talking about are in regular public

4  schools in which mental health is integrated into

5  the culture and the community-based providers

6  provide services within that school setting.

7      Q    Are there advantages to integrating those

8  services, as you said, into the culture of a general

9  education facility?

10         MR. BEDARD:  Object to form.

11     A    In my opinion, I believe so.  I believe

12  that integrating mental health services within the

13  schools helps to address access issues and can help

14  to reduce stigma, as we've talked about in terms of

15  normalizing some of those conversations.

16     Q    I want to direct you to another slide.

17  This is Slide 5.

18         The title of the slide is "Environmental

19  Scan on School Based Mental Health:  Results that

20  informed Georgia's efforts."

21         Could you describe the environmental scan

22  that's referenced in this slide?

23     A    I can.  I was not the one who completed

24  it.  It was the Apex staff who were involved, so I

25  won't be able to provide details.



1           But basically we did a review of folks who
2   were doing school-based mental health in Georgia.
3   We also looked at South Carolina as a model, and
4   they have got a lot of school-based mental health
5   work happening, and some of these other states here.
6           And then also looked -- we also have a
7   technical -- technical transfer center.  It's funded
8   through -- I believe it's funded through SAMHSA,
9   that also does some school-based mental health work
10  in Georgia, and just tried to pull together across
11  what we were seeing what, what common and effective
12  models might be to help inform services.
13          I think that's where we also learned that
14  the more integrated a provider is within that school
15  setting, the more effective they might be.
16     Q    Were the results of this environmental
17  scan published by the Center of Excellence?
18     A    We have a brief that identifies the
19  results from this.  The full kind of 40-page report
20  was not put out there, but there is a brief that
21  puts those results out there.
22     Q    The full 40-page report, was that
23  circulated to staff at OCYF?
24     A    I believe so, because it helped to inform
25  the efforts.



1      Q    So I'm going to scroll a few slides down,

2   to Slide 9.

3           I want to direct your attention first to

4   the title:  "Role of Community Partners," and to the

5   first billet, which reads:  "SBMH is an inherently

6   collaborative process."

7           SBMH stands for school-based mental

8   health, correct?

9      A    Yes.

10     Q    Could you expand on this statement?

11          MR. BEDARD:  Object to form.

12     Q    So let me reask.  Why is school-based

13  mental health an inherently collaborative process?

14     A    It is an inherently collaborative process,

15  this relates to the title of the presentation around

16  System of Care as well, in that again it's the

17  involvement of multiple partners around this

18  conversation about mental health and normalizing

19  mental health.

20          So if you have all these different

21  organizations here who are in support of and

22  promoting this work, again it's talking about

23  advocating for services within the schools.  And so

24  talking about an overall System of Care, holistic

25  care for the youth.



1     Q     I think we can put this document aside for
2   now.

3           How would you describe the role broadly of
4   the Center of Excellence in Georgia's System of Care
5   for children and adolescents with behavioral health
6   conditions?

7     A     The Center of Excellence has a very
8   central role in Georgia's center of care.

9           We have brought on board, I believe it was
10  in 2019, the director of System of Care, who really
11  oversees and chairs the Interagency Directors Team.

12          We have been integrally involved in
13  working with the IDT to develop the state plan,
14  System of Care State Plan for behavioral health.
15  They're in their second iteration, and school-based
16  mental health is a part of that plan.

17          So we do a lot of backbone research,
18  facilitation, bring groups together.  There are
19  multiple work groups who are addressing some of
20  those pieces of scopes of work, and we have a staff
21  that works very closely on that.

22    Q     Do staff at the Center of Excellence have
23  a role in shaping strategic planning for
24  school-based mental health services in the State of
25  Georgia?



1      A    We have a role in consulting and being

2   part of collaboratives and leadership committees

3   that can inform those conversations, yes.

4      Q    Is it fair to say that the State agency

5   staff are mainly responsible for determining

6   strategic policy -- excuse me -- strategic planning

7   for school-based mental health services in Georgia?

8           MR. BEDARD:   Object to form.

9      A    It depends on the program.   For a

10  statewide state funded program, yes, they would be

11  responsible for, for funding and for doing the

12  strategic policy for that.

13          If it is another organization who is

14  providing services around school-based mental

15  health, then maybe not.

16     Q    Is it fair to say that the work of the

17  Center of Excellence in expanding school-based

18  mental health services in Georgia depends upon a

19  close relationship with the child-serving agencies

20  in the State?

21     A    Yes.

22     Q    I'm going to ask you some questions about

23  your preparation for the deposition.   I'm not asking

24  you to reveal any -- the substance of any

25  communications that you had with your attorney in



1  preparation for the deposition.

2          With that preface, what did you do to

3  prepare for today's deposition?

4      A    The only thing I did to prepare was to

5  meet once with Ed Bedard.

6      Q    And Mr. Bedard is your attorney for

7  purposes of this deposition, correct?

8      A    Yes.

9      Q    Did you review any documents --

10     A    No.

11     Q    -- in preparation?

12     A    No.

13         MR. HOLKINS:  Let me just quickly confer.

14         I think that we're done.  Thank you very

15     much for your time.

16         THE WITNESS:  My pleasure.

17         MS. COHEN:  It was a pleasure to meet you.

18         MR. HOLKINS:  If you have questions.

19         MR. BEDARD:  If I can take one minute.

20     Nobody needs to go anywhere.

21         THE VIDEOGRAPHER:  Stay on the record?

22         MR. BEDARD:  We can go off the record for

23     a second.

24         THE VIDEOGRAPHER:  Off the record at 5:51

25     p.m.



1              (Discussion ensued off the record.)

2              THE VIDEOGRAPHER:  Back on the record at

3        5:53 p.m.

4    EXAMINATION

5    BY MR. BEDARD:

6        Q    Thank you, Ms. DiGirolamo.  I'm going to

7    -- hopefully I've got that right.

8              Just one or two questions.

9              Is it fair to say that in your experience

10   in engaging in strategic planning for school-based

11   mental health programs that who's responsible for

12   the strategic planning for any particular

13   school-based mental health program depends on that

14   particular program?

15             MR. HOLKINS:  Object to form.

16             MR. BEDARD:  Let me rephrase.

17   BY MR. BEDARD:

18       Q    Is it fair to say that it depends on the

19   particular school-based mental health program --

20             MR. BEDARD:  Strike that.

21   BY MR. BEDARD:

22       Q    This is a bit of a long question, so I

23   want to make sure I'm getting it right and there are

24   a lot of words.

25             Is it fair to say that determining who is



1  responsible for strategic planning for school-based

2  mental health for any particular school-based mental

3  health program depends on that particular

4  school-based mental health program?

5         MR. HOLKINS:  Same objection.

6     A    Yes, I think that's fair to say.

7     Q    And is it fair to say that different

8  people may be responsible for different aspects of

9  strategic planning for any single school-based

10 mental health program?

11    A    I think that's fair to say.

12        MR. BEDARD:  That's all I've got.

13        MR. HOLKINS:  Nothing further.

14        Thank you again for your time.

15        MS. COHEN:  Thanks very much and thanks

16    for all the courtesies.

17        THE VIDEOGRAPHER:  Off the record at 5:55

18    p.m.

19        (Whereupon, the deposition concluded at

20    5:55 p.m.)

21

22

23

24

25



```
 1                   C E R T I F I C A T E

 2

 3   STATE OF GEORGIA:

 4   FULTON COUNTY:

 5

 6           I hereby certify that the foregoing

 7   transcript of ANN M. DiGIROLAMO was taken down, as

 8   stated in the caption, and the questions and answers

 9   thereto were reduced by stenographic means under my

10   direction;

11           That the foregoing Pages 1 through

12   95 represent a true and correct transcript of

13   the evidence given upon said hearing;

14           And I further certify that I am not of kin

15   or counsel to the parties in this case; am not in

16   the regular employ of counsel for any of said

17   parties; nor am I in anywise interested in the

18   result of said case.

19

20           IN WITNESS WHEREOF, I have hereunto

21   subscribed my name this 5th day of August, 2022.

22                          Wanda L. Robinson

23   _____

24           Wanda L. Robinson, CRR, CCR No. B-1973
                My Commission Expires 10/11/2023
25
```



```
 1              D I S C L O S U R E

 2   STATE OF GEORGIA  ) VIDEOTAPE DEPOSITION OF
     FULTON COUNTY     ) ANN M. DiGIROLAMO - 7/28/22
 3              Pursuant to Article 10.B of the Rules and

 4   Regulations of the Board of Court Reporting

 5   of the Judicial Council of Georgia, I make the

 6   following disclosure:

 7              I am a Georgia certified court reporter.

 8   I am here as a representative of Esquire Deposition

 9   Solutions, LLC, and Esquire Deposition Solutions,

10   LLC was contacted by the offices of U.S. Attorney's

11   Office to provide court reporter services for this

12   deposition.  Esquire Deposition Solutions, LLC will

13   not be taking this deposition under any contract

14   that is prohibited by O.C.G.A. 9-11-28 (c).

15              Esquire Deposition Solutions, LLC has no

16   contract/agreement to provide court reporter

17   services with any party to the case, or any counsel

18   in the case, or any reporter or reporting agency

19   from whom a referral might have been made to cover

20   this deposition.

21              Esquire Deposition Solutions, LLC will

22   charge the usual and customary rates to all parties

23   in the case, and a financial discount will not be

24   given to any party to this litigation.

25
```

ESQUIRE
DEPOSITION SOLUTIONS

1                ERRATA SHEET FOR THE TRANSCRIPT OF:

2   Deponent Name:  ANN M. DiGIROLAMO

3   Case Caption:   United States of America vs. State
                    of Georgia
4

5   Case No. :  1:16-cv-03088-ELR

6        I do hereby certify that I have read all
    questions propounded to me and all answers given by
7   me on the 28th day of July 2022, taken before Wanda
    L. Robinson, and that:
8

9   _____1) There are no changes noted.

10   _____2) The following changes are noted:

11        Pursuant to state rules of Civil Procedure
    and/or the Official Code of Georgia Annotated
12   9-11-30(e), both of which read in part:  Any changes
    in form or substance which you desire to make shall
13   be entered upon the deposition with a statement of
    the reason given for making them.
14        Accordingly, to assist you in effecting
    corrections, please use the form below:
15

16   CORRECTIONS:

17   _____

18   Page      Line           Change        Reason For Change

19   _____

20   _____

21   _____

22   _____

23   _____

24

25



```
 1                  CERTIFICATE  OF DEPONENT

 2

 3        I hereby certify that I have read and examined

 4   the foregoing transcript, and the same is a true and

 5   accurate record of the testimony given by me.  Any

 6   additions or corrections that I feel are necessary,

 7   I will attach on a separate sheet of paper to the

 8   original transcript.

 9

10                        _____

11                        Signature of Deponent

12

13        I hereby certify that the individual

14   representing himself/herself to be the above-named

15   individual, appeared before me this _____ day of

16   _____, 2022, and executed the above

17   certificate in my presence.

18

19

20                        _____

21                               NOTARY PUBLIC

22

23   MY COMMISSION EXPIRES:

24

25
```

