DIMPLE DESAI                                              March 29, 2022
UNITED STATES vs STATE OF GEORGIA                                      1

1              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                        ATLANTA DIVISION

3

4   UNITED STATES OF AMERICA,
                                ) CIVIL ACTION
5             Plaintiff,        )NO. 1:16-cv-03088-ELR
                                )
6   vs.                         )
                                )
7   STATE OF GEORGIA,           )
                                )
8             Defendants.       )
                                )
9   - - - - - - - - - - - - - - )

10

11                  VIDEO DEPOSITION OF

12                      DIMPLE DESAI

13

14          Tuesday, March 29, 2022, 9:16 a.m., EST

15

16

17

18

19

20          HELD AT:

21          Robbins Alloy Belinfante Littlefield LLC
            500 14th Street, N.W.
22          Atlanta, Georgia  30318

23          ---------------------------------------------

24          WANDA L. ROBINSON, CRR, CCR, No. B-1973
            Certified Shorthand Reporter/Notary Public
25



1                    APPEARANCES OF COUNSEL

2

3    Appearing on Behalf of the Plaintiff:

4

        PATRICK M. HOLKINS, ESQUIRE
5       FRANCES S. COHEN, ESQUIRE
        U.S. Department of Justice
6       Civil Rights Division
        950 Pennsylvania Avenue, N.W.
7       Washington, D.C. 20579
        T:  202.305.6630   F:
8       E-mail:  Patrick.Holkins@usdoj.gov
                 Frances.Cohen@usdoj.gov
9

10               - and -

11      AILEEN BELL HUGHES, ESQUIRE (Via Zoom)
        Assistant United States Attorney
12      600 U.S. Courthouse
        75 Ted Turner Drive SW
13      Atlanta, Georgia  30303
        T:  404.581.6000   F:  404.581.6181
14      E-mail:  Aileen.bell.hughes@usddoj.gov

15

16

17   Appearing on Behalf of the Defendant:

18

        DANIELLE HERNANDEZ, ESQUIRE
19      MELANIE JOHNSON, ESQUIRE
        Robbins Alloy Belinfante Littlefield LLC
20      500 14th Street, N.W.
        Atlanta, Georgia  30318
21      T:  404.856.3261
        E-mail:  dhernandez@robbinsfirm.com
22               mjohnson@robbinsfirm.com

23

24

25



```
1
2   ALSO PRESENT:
3   VIA ZOOM:
4           RENEE WOHLENHAUS, ESQUIRE
5           CLAIRE CHEVRIER, ESQUIRE
6           ANDREA HAMILTON, ESQUIRE
7           LAURA CASSIDY TAYLOE, ESQUIRE
8           ROBERT PUTNAM, Expert for Plaintiff
9           SANDRA LeVERT, Paralegal
10          VICTORIA LILL, Paralegal
11
12
13
14  ALSO PRESENT:
15       BRANDON BRANTLEY, Videographer
16
17
18
19
20
21
22
23
24
25
```



```
 1                    INDEX OF EXAMINATIONS

 2

 3   DIMPLE DESAI

 4   By Mr. Holkins                              Page 8

 5

 6

 7                    INDEX OF EXHIBITS

 8   PLAINTIFF'S

 9   NO.                 DESCRIPTION             PAGE

10   Exhibit 42  Notice of Deposition of Dimple Desai   9

11   Exhibit 43  State of Georgia, Department of    52
                 Behavioral Health Development
12               Disabilities Contract," "DBHDD -
                 Georgia State University FY2020
13               Center of Excellence."
                 GA00661708
14
     Exhibit 44  January 19, 2021 Email From Dante   58
15               McKay To Recipients
                 GA00152174
16
     Exhibit 45  COE Scope of Work Status Review-     61
17               Products Last updated: 1/19/21
                 GA00152179 - GA00152182
18
     Exhibit 46  GNETS FY18 Grant Application        126
19               GA00789946

20   Exhibit 47  6/11/2020 Email From Dimple Desai   162
                 To Dante McKay and Recipients
21               GA00146556

22   Exhibit 48  Georgia Apex Monthly Programmatic   164
                 Report
23               GA00146557 - GA00146559

24   Exhibit 49  Georgia APEX - School-Based Mental  166
                 Health Monthly Progress Report
25               GA00146562 - GA00146570
```



1                    INDEX OF EXHIBITS (Continued)

2    PLAINTIFF'S

3    NO.                    DESCRIPTION                    PAGE

4    Exhibit 50   6/30/2020 Email From Dimple Desai     198
                  To McKay and Recipients
5                 GA001482744

6    Exhibit 51   9/25/2020 Email Appointment To        210
                  Dimple Desai, et al.
7                 GA00129400

8    Exhibit 52   8/24/2020 Email From Dimple Desai     212
                  To McKay and Recipients
9                 GA00150297 - GA00150297

10   Exhibit 53   4/10 2020 Email From Dimple Desai     213
                  To Recipients
11                GA00667126

12   Exhibit 54   5/28/2020 Email From Dante McKay      215
                  To Dimple Desai and Recipients
13                With Attachment
                  GA01743050, GA01638445 - GA01638479
14

15

16

17

18

19

20

21

22

23

24

25



DIMPLE DESAI                                                        March 29, 2022
UNITED STATES vs STATE OF GEORGIA                                              6

1              INDEX OF EXHIBITS (Previously Marked)

2      PLAINTIFF'S

3      NO.                   DESCRIPTION                      PAGE

4      Exhibit 20   Georgia Apex Program (Apex)               133
                    GA00130192 – GA00130195
5
       Exhibit 22   The Georgia Apex Program Annual           149
6                   Evaluation Results
                    July 2019 – June 2020
7                   GA01749707

8
       Exhibit 29   5/27/2016 Email Chain From Dante           96
9                   McKay To Nakeba Rahming
                    GA00581815 – GA00581817
10
11     Exhibit 39   APEX Monthly Programmatic Report          200
                    GA001483745
12
       Exhibit 40   Provider Reports                          202
13                  GA01482779

14     Exhibit 41   Spreadsheet – Provider Reports            206
                    GA01482780
15

16

17

18

19

20

21

22

23

24

25



1          THE VIDEOGRAPHER:  This will be the video

2     deposition of Dimple Desai, being taken in the

3     matter of United States of America versus State

4     of Georgia.

5          Today's date is March 29th, 2022.  The

6     time on the record is 9:16 a.m.

7          My name is Brandon Brantley.  I'm the

8     videographer.

9          Wanda Robinson is the court reporter.

10         Counsel, please introduce yourselves for

11    the record, after which the court reporter will

12    swear in the witness.

13    MR. HOLKINS:  Patrick Holkins for the

14    United States.

15    MS. COHEN:  Frances Cohen for the United

16    States.

17    MS. JOHNSON:  Melanie Johnson for the

18    State of Georgia.

19    MS. HERNANDEZ:  Danielle Hernandez for

20    State of Georgia.

21                 - - - - - - -

22                 DIMPLE DESAI,

23    being duly sworn, was examined and testified as

24    follows:

25                 - - - - - - -



 1  EXAMINATION

 2  BY MR. HOLKINS:

 3      Q    Good morning.

 4      A    Good morning.

 5      Q    My name is Patrick Holkins.  I represent

 6  the United States in this litigation.

 7           Ms. Desai, could you please state and

 8  spell your full name for the record.

 9      A    Dimple Desai, D-I-M-P-L-E, D-E-S-A-I.

10      Q    So I'm just going to walk through some

11  instructions before we get started with the

12  questions.

13           The first is that I plan to take a break

14  at least every hour and a half, but if you would

15  like to take a break before then, just let me know

16  and we can.

17           MR. HOLKINS:  That goes to counsel as

18      well.

19      Q    I would ask, though, if there is a

20  question that's pending that you first answer the

21  question before we take a break.

22           Is that okay?

23      A    Yes.

24      Q    Just so you're aware, I think you are

25  already, this deposition is being recorded by video



1  it's also being transcribed.

2         For clarity of the record, particularly

3  for our court reporter, it's quite helpful if you

4  can speak clearly, speak loudly, and also wait for

5  me to finish my questions before you start your

6  answer.

7         Is that all right?

8     A    Yes.

9     Q    And similarly, for the clarity of the

10 record, it's best not to use responses like uh-huh

11 or uh-uh.  Instead, use yeses or nos.

12         Is that all right?

13    A    Yes.

14    Q    Okay.

15         MR. HOLKINS:  I'd like to introduce the

16     first exhibit.  This is going to be 42.

17         (WHEREUPON, Plaintiff's Exhibit-42 was

18      marked for identification.)

19 BY MR. HOLKINS:

20    Q    Ms. Desai, you've just been handed what is

21 marked Exhibit 42.  Please take a moment to review

22 the document.  You don't need to read it line for

23 line but just to familiarize yourself with the

24 document, and let me know when you're finished.

25    A    Okay.



```
 1              (Witness reviews exhibit.)
 2              MS. COHEN:  I have a request from the
 3      peanut gallery to turn your camera on.
 4              MR. HOLKINS:  Request granted.
 5              MS. COHEN:  It came from your fan club.
 6              MR. HOLKINS:  I'm not sure about that.
 7      A    I've read it.
 8      Q    For the record, this is the notice of your
 9  deposition in this matter.
10              Have you seen this document before today?
11      A    Yes.
12      Q    And who showed you this document?
13      A    Melanie Johnson shared -- shared a copy
14  with me.
15      Q    Before today, had you heard about this
16  case?
17      A    Yes.
18      Q    And what did you -- what's your
19  understanding of what this case is about?
20      A    Um, my understanding is that there are two
21  lawsuits --
22              MS. COHEN:  I'm sorry.  Can you speak up?
23              THE WITNESS:  Sure.
24              MS. COHEN:  Thank you.
25      A    My understanding is there are two
```



 1  lawsuits.  I am here for the lawsuit that involves

 2  DOJ.  So not the class action lawsuit.

 3          And it is my understanding that there is

 4  some question in regard to the GNETS program that

 5  has been implemented across the State and I think

 6  its adherence to some of the -- I don't know what

 7  the legal term is -- the statutes or some of the

 8  reasons for why the initiative was put into place.

 9      Q    Okay.  Thank you.

10          What is your understanding of the GNETS

11  program?

12      A    My understanding --

13          THE WITNESS:  Can I have a tissue?

14          MS. JOHNSON:  Sure.

15          Sorry about that.

16      A    My understanding of the GNETS program is

17  that it is -- it's a program placed in, in what is

18  -- what are alternative school settings, and it is

19  meant for individuals who have higher needs of

20  behavioral emotional -- behavioral emotional needs,

21  and what is not being -- needs that are not being

22  met in, let's say, traditional school settings.  And

23  by traditional, I mean public, public school

24  settings that are sort of more mainstream.

25          And this initiative was meant for students



1  who had these needs, whose needs were not met in

2  that school setting but didn't quite meet higher,

3  higher level interventions, such as full-time

4  residential placement.

5      Q    Ms. Desai, are you aware that Dante McKay

6  was deposed previously in this matter?

7      A    I am.

8      Q    Did you review the transcript of his

9  deposition?

10     A    I did not.

11     Q    Are you also aware that Dr. Stephanie

12 Pearson was deposed yesterday in this matter?

13     A    I knew that she was going to be deposed.

14 I didn't know the exact date.

15     Q    Ms. Desai, do you understanding your

16 testimony today is under oath?

17     A    I do.

18     Q    Is there any reason at all why you cannot

19 testify accurately and truthfully today?

20     A    No.

21     Q    Are you taking any medication or other

22 substances that would interfere with your ability to

23 answer my questions fully and truthfully today?

24     A    I am not.

25     Q    Ms. Desai, have you ever been deposed



1  before?

2      A    No.

3      Q    Have you ever been a plaintiff or a

4  defendant in a lawsuit?

5      A    No.

6      Q    I may be using some acronyms today, just

7  for brevity, and I want to run through them so that

8  we're on the same page.

9           The first is "DBHDD."  When I use that

10  acronym, will you understand I'm referring to the

11  Georgia Department of Behavioral Health and

12  Developmental Disabilities?

13     A    Yes.

14     Q    When I use the acronym "DCH," will you

15  understand that I'm referring to the Georgia

16  Department of Community Health?

17     A    Yes.

18     Q    And when I use the acronym "Georgia DOE,"

19  will you understand I'm referring to the Georgia

20  Department of Education?

21     A    Yes.

22     Q    And when I use the acronym "CMO," will you

23  understand that I'm referring to Care Management

24  Organizations?

25     A    Yes.



1       Q    When I use the acronym "SED," will you

2    understand that I'm referring to Serious Emotional

3    Disturbances?

4       A    Yes.

5       Q    I may on occasion refer to general

6    education settings.  And when I say that, I'm

7    referring to public schools in Georgia where

8    children with SED and other behavioral health

9    conditions receive instruction and services

10   alongside children who do not have disabilities.

11      A    Yes.

12      Q    Do you understand?

13      A    Yes.

14      Q    When I refer to GNETS, that means Georgia

15   Network for Educational and Therapeutic Support.  Do

16   you understand?

17      A    I do.

18      Q    And when I refer to "OCYF," that means the

19   Office of Children, Young Adults and Families.

20           Do you understand?

21      A    Correct.

22      Q    And when I refer to "COE," that means the

23   Georgia State University Center of Excellence?

24      A    Yes.

25      Q    And lastly, when I refer to "CSB," that



1    means Community Service Board.

2              Do you understand?

3        A    Yes.

4        Q    I'd like to talk a little bit about your

5    background.  Let me just start with your education.

6              What's the highest degree that you've

7    obtained, Ms. Desai?

8        A    I have a Master's in social work.

9        Q    When did you receive that degree?

10       A    I completed the degree in 2002.

11       Q    And where did you obtain it from?

12       A    Georgia State University.

13       Q    You maintain an active license as a social

14   worker?

15       A    I do not.

16       Q    Where do you currently work?

17       A    At the Center of Excellence for Children's

18   Behavioral Health at Georgia State.

19       Q    What is your job title at the Center of

20   Excellence?

21       A    Senior Research Associate.

22       Q    When did you become the Senior Research

23   Associate at the Center of Excellence?

24       A    I believe that was in 2019.

25       Q    Did you hold previous titles at the Center



1  of Excellence?

2       A    Research Associate II.

3       Q    Any other?

4       A    No.

5       Q    And when did you become A Research

6  Associate II?

7       A    2017.

8       Q    What job did you have immediately prior to

9  that?

10      A    I actually was a stay-at-home mom for

11  about 12 years in between.  In that time I

12  co-founded a nonprofit, which I continue to work

13  with.

14           Previous to that, my formal employment was

15  with OCYF.  Sorry.  That's not accurate.  What is

16  it?  ICF, ICF.  It's a public health consulting

17  firm.

18      Q    What's the name of the nonprofit that you

19  formed?

20      A    ECHHA, E-C-H-H-A.  It's an acronym and it

21  stands for the Hindu --

22      Q    It's okay if you don't remember.

23      A    East Cobb Hindu Heritage Association.

24      Q    That's great.

25      A    ECHHA.



1     Q     And it's still active?

2     A     It is.

3     Q     That's wonderful.

4           Ms. Desai, can you describe your current

5     duties at the Center of Excellence?

6     A     Sure.  Within the COE there are several

7     arms of work, and I sit within the evaluation

8     portfolio of work.  And within that I direct a lot

9     of the projects that are within school-based mental

10    health services, behavioral health services.  And

11    within that body of work I manage currently two to

12    three projects that are school-based initiatives.

13    Q     And what are those projects?

14    A     Currently, Georgia Apex program is one of

15    them, and with that particular project I direct --

16    it's one team but two scopes of work, and that is

17    directing, monitoring evaluation activities and

18    delivering technical assistance.

19          And that is our largest school-based

20    project at the Center.

21          I have previously also managed the

22    five-year SAMHSA grant that was awarded to CHRIS

23    180, a local behavioral health provider, and that

24    was also school-based initiatives.  That just came

25    to a sunset, the five-year grant.



1          And I had a little, quite brief, run with,

2   participation in, an evaluation of a local GNETS

3   program.  Initiative, local GNETS initiative.

4       Q    Thank you for that overview.  We're going

5   to talk about those things one by one.

6          In particular, the Apex, we'll talk about,

7   your work on Apex we'll talk about in-depth.

8          When you say you direct a program, for

9   instance, when you direct the Apex program, that's

10  in bullets, what does that mean?

11      A    That means managing, forecasting the body

12  of work, managing the budget, managing the team,

13  ensuring that we're staying within our scheduled

14  timeline of deliverables.  And really overseeing --

15  working with two leads to oversee the day-to-day

16  work in the execution of the contract.

17      Q    And this is a contract with DBHDD,

18  correct?

19      A    Correct.

20      Q    And do you coordinate directly with staff

21  at DBHDD in connection with the contract?

22      A    I do.  I work specifically within their

23  OCYF office, and within that office I work with

24  Dante McKay and Layla Fitzgerald, who is the program

25  manager for Apex on the DBHDD side, Danielle Jones,



 1  and Dr. Stephanie Pearson.

 2      Q    Do you have any contact with John

 3  Quesenberry?

 4      A    I have had very little contact with John

 5  Quesenberry, but what contact I have had has been

 6  very recent.  He has, he has submitted some data

 7  requests.  And so those typically get routed to me

 8  first, and then I sort of work with my team to

 9  respond to those.

10      Q    What data requests have you received from

11  John Quesenberry?

12      A    Most recently we received a data request

13  where he was wanting us to forward the name of the

14  schools that have been served within the Apex

15  program for the previous -- I want to say three or

16  four state fiscal years.

17           They were organized by the school district

18  and county that they reside in.  He asked for the

19  addresses, but we don't quite have that data in that

20  way, and so what we did submit was just the school

21  list for the state fiscal years.  As I said,

22  organized by county and district and things like

23  that.

24      Q    Do you know what the reason was for the

25  request?



DIMPLE DESAI                                      March 29, 2022
UNITED STATES vs STATE OF GEORGIA                            20

1      A    I don't believe I do.

2      Q    You said that was the most recent request

3  you received from John Quesenberry.  Were there

4  others?

5      A    So -- yes.  Just one other that I'm

6  recalling, and it was in regards to asking if we had

7  data that -- for the Georgia Apex program that helps

8  to understand educational outcomes for the students

9  receiving services.

10          If I recall, he was trying to understand

11  graduation -- graduation rates, graduation

12  matriculation, and we don't currently collect data

13  at an individual student level.  And so I had sort

14  of relayed that to him, that we don't currently

15  track the data in that way.

16      Q    Is that true across metrics, that you do

17  not collect data at an individual child level, or is

18  it just for graduation rates?

19      A    No.  That's true, that's true across

20  metrics, for the Georgia Apex program.

21      Q    Understand.

22      A    We certainly are only collecting aggregate

23  level data.

24          The CSBs may be collecting individual

25  level data, but what gets forwarded to us is still



 1 | aggregate level.

 2 |     Q    So just to make sure I understand, the COE

 3 | is not asking the Community Service Boards to report

 4 | individual level data in connection with the Apex

 5 | program; is that accurate?

 6 |     A    That's not entirely accurate.

 7 |          So as a program, our body of work and our

 8 | scope does not include individual level data

 9 | collection.  That has been a goal of ours for some

10 | time, just to be able to take the conversation of

11 | kind of the outcomes of the program to the next

12 | level.

13 |          We have attempted to -- we have attempted

14 | to put processes in place and things like that for

15 | that to happen.  That has not been successful for a

16 | variety of reasons.

17 |          So most recently we have partnered with a

18 | specific Community Service Board, a specific CSB,

19 | just to pilot what this data collection could look

20 | like, at a very small level before we scale up.

21 |          We were never looking to do every -- the

22 | whole -- everyone.  It was always going to be a

23 | pilot but it was going to be a larger pilot.

24 |          But in the absence of being able to put

25 | something like that together, we are working with a



1  specific CSB and requesting individual level data.

2  That has not come to -- it's still in the planning

3  process.  We have not received any data to date.

4        Q    Understood.

5             Which Community Service Board are you

6  working on this pilot with?

7        A    That's Georgia Hope.

8        Q    And what metrics are you hoping to receive

9  at an individual level?

10       A    So we're really wanting to understand if

11 kids are doing better, if their functioning is

12 improving.  You know, are there -- are they meeting

13 perhaps their treatment goals?  Are they seeing --

14 kids progressing better?

15            And so for that we are attempting to

16 collect CANS data.  It's a diagnostic tool that

17 clinicians will use.  It's comprised of lots of

18 domains to help you understand the progress that a

19 child might be making.

20            And then we're also attempting to

21 understand educational outcomes.  And for those --

22 for that we've broken it down to three specific

23 metrics:  We're looking at attendance, attendance

24 rate; behavioral, and for behavior we're relying on

25 discipline incident data; and course progress.  And

1  so for course progress, again, this is a pilot, so

2  we're really trying to both see what sort of data we

3  receive but also understand the process it takes to

4  gather this data.  So for course progression we're

5  just doing matriculation to the next grade.

6      Q    How did you go about selecting those

7  specific individual level metrics to show, as you

8  put it, the child's progress?

9      A    Sure.

10         MS. JOHNSON:  Object to form but you can

11     answer.

12         Go ahead.

13     A    That's really -- we rely on previous

14  research.  We rely on literature reviews.  So that's

15  informed by us kind of going to the body of research

16  and work that's already been done in this area.

17         What are the indicators that have

18  previously been studied in other empirical, you

19  know, peer review journals that have shown as strong

20  indicators to understand if kids are doing better?

21         And so those decisions are based on just

22  literature review and understanding kind of what's

23  in the research base.  Of course, the academic

24  indicator is kind of coming from that body and

25  research landscape.



1            And then understanding the functioning of
2    kids, of course, is coming from the children's
3    behavioral health body of literature, although those
4    things are really overlapping quite a bit, more
5    recently.
6        Q    Did you coordinate with staff at OCYF in
7    the selection of those pilot metrics?
8        A    Um, I don't know if coordinate is quite
9    the right verb, but we are very much in concert, in
10   partnership, in collaboration with DBHDD.  And so,
11   you know, before making these decisions, we
12   absolutely bring them in.  They contract with us and
13   they trust us.  That's sort of our expertise.
14           And so what we typically do with this
15   decision, or really any direction we go in, is we
16   sort of bring, you know, the best practices or the
17   literature or the recommendation.
18           At the COE, one of our sort of -- what's
19   important to us is we really see ourselves as
20   neutral convenors.  So the research that I bring
21   isn't necessarily -- is not -- not necessarily.
22   It's not meant to sway you in one direction or
23   another.  It's really meant to kind of bring you all
24   the research and the data and then we
25   collaboratively discuss what is the best fit or what



 1 | -- where we think -- what makes sense for our
 2 | program and our intervention.
 3 |     Q    Understood.
 4 |          And just to go back to my question, did
 5 | staff at OCYF have input on the pilot metrics?
 6 |     A    Yes.
 7 |     Q    Who had input?
 8 |     A    Layla Fitzgerald.
 9 |     Q    Did Dante McKay weigh in?
10 |     A    And Danielle Jones as well.
11 |          I am not -- so I'm not recalling if, if
12 | Dante was directly involved in those conversations.
13 | And what I mean by that is -- so he, he manages a
14 | lot of programs.  So he isn't always physically
15 | present for all of our meetings where a lot of these
16 | conversations take place, and I don't recall if he
17 | was present for that particular meeting, but, you
18 | know, we have sort of our, our norms of ensuring he
19 | stays in the loop, whether it's follow-up emails or
20 | meeting minutes or anything like that.
21 |          Layla is also very good about kind of
22 | prioritizing what needs his either feedback or
23 | approval or guidance or something like that.  So I
24 | have no doubt that he -- I shouldn't say I have no
25 | doubt.  I don't know.  But given the kind of



1  practice of how we work together, I -- I cannot

2  recall if he was directly involved, but I believe he

3  had some knowledge.

4      Q    And just to make sure that the record is

5  clear, the metrics that you've just described in

6  connection with this pilot, you're not certainly

7  collecting any of that data, right?

8      A    I don't believe we've received the actual

9  data yet.  We're still in the process of just

10  identifying -- the CSB kind of identifying and

11  confirming that they can in fact, you know, be able

12  to collect all of that data, to be able to receive

13  all of that data, and then we also need to ensure a

14  process -- we put a process in place that is

15  forwarded to us de-identified.

16          So our institutional review board approval

17  for this project very much sort of dictates kind of

18  the parameters of the study, and currently our RIB

19  study is approved for receiving de-identified data.

20          So I don't believe we have received any

21  data yet.

22      Q    Are there plans to expand this beyond

23  Georgia Hope?

24          MS. JOHNSON:  Object to form.

25          You can answer.



 1      A    I certainly hope so.  I don't, I don't

 2    know.

 3           I think -- I mean I think that's, that's

 4    my way of doing a pilot, to confirm that all parties

 5    involved, this is something that's doable, it's

 6    actionable.  On both ends.  For the CSBs to also be

 7    able to retrieve that type of data at an individual

 8    level for all the kids that they're serving, and

 9    then for our end to kind of ensure, you know, the

10    volume of data that we could potentially be

11    receiving that we are -- we have a good

12    infrastructure in place, we have a good analysis

13    methodology in place to analyze it and things like

14    that.

15      Q    So before we start talking about the

16    pilot, I think that you mentioned that previous

17    efforts to collect individual level data have been

18    challenging.  Could you describe what the challenges

19    were?

20      A    Sure.  So previous efforts engaged Georgia

21    DOE in attempting to retrieve that data.

22           Georgia DOE does have a data request

23    process, but the type of data that we are requesting

24    is not inclusive in sort of what their public

25    request process is, again because it's individual

 1  level data, right.

 2         So we have worked with members at Georgia

 3  DOE to understand -- to explain what our desire is

 4  and to understand what the process is.

 5         And that's, that's the whole process.  You

 6  know, it's been challenging at times.  We've, we've

 7  sort of gone down that road and then we'll hit a

 8  little bump and it will kind of set us back.  That's

 9  kind of what's happening.

10     Q    What do you mean by a little bump?

11         MS. COHEN:  Let's just take a short break,

12     if you don't mind.

13         MR. HOLKINS:  Okay, 5 minutes.

14         THE VIDEOGRAPHER:  Off the record at 9:43

15     a.m.

16         (A recess was taken.)

17         THE VIDEOGRAPHER:  Back on the record at

18     9:50 a.m.

19  BY MR. HOLKINS:

20     Q    Mrs. Desai, when we went on break, we were

21  talking about a request that you had made to DOE,

22  and I think you mentioned there had been some speed

23  bumps.  My question to you is, what speed bumps did

24  you hit?

25         MS. JOHNSON:  Object to form.



1           You can answer.

2      A    So we, we had some -- we had just a

3 handful of meetings with COE, DOE, and DBHDD, and we

4 kind of identified our interests in wanting to

5 understand the educational outcomes of the kids

6 receiving Apex services, and the initial

7 conversation was -- the result of I think of the

8 first contact was DOE forwarded to us its, its -- I

9 don't know.  It's a data dictionary.

10          It basically identifies all of the

11 individual data points that they collect for

12 students.  They did share that with us.  And, you

13 know, said, let us kind of understand exactly what

14 it is you're interested in.

15          So we collaboratively identified based on

16 that list, a very -- a very lengthy list, what we

17 might be interested in to truly understand if kids

18 were sort of improving.  And, you know, highlighted

19 those things that were of interest to us.

20          I believe what happened is there was --

21 that I think was happening at the same time that

22 there was some change in leadership, as well as some

23 change in policy regarding how data requests are

24 received and processed.  And so that delayed us for

25 a little bit, as new team members were coming in,



1  and some were I think transitioning to other jobs or
2  retiring.

3          And so it took a minute to get new members
4  seated, and then we resurrected the conversation
5  and, you know, attempted to again identify those
6  metrics that we were interested in.

7          In that time, some of the data points were
8  no longer being collected or some maybe were, you
9  know, redefined in some way.  So we received a more
10 updated list of data points that were collected on
11 an individual level.  So then we went through the
12 process again of identifying what would be of
13 interest to us.

14         And from there we were connected with -- I
15 don't remember his exact title.  It's chief
16 something, information officer, something like that,
17 and he then detailed for us what the exact process
18 was to go through to request this type of data.

19         And we realized that there was maybe a
20 pre-step that I think that I wasn't -- we weren't
21 sure if, if -- if there needed to be some sort of
22 preexisting data sharing agreement that needed to be
23 in place to request this type of data.

24         So there's always -- the process -- the
25 public process allows you to request the data, and



1  that can be done by anyone, me, you, anyone in this

2  room.  But when you're wanting a more granular

3  level, I think there is some -- DOE has some process

4  of like identifying, okay, is this -- is this like

5  such a lay way to say -- but is it too much data to

6  be requesting it this way?  Do we need a formal data

7  sharing agreement?

8          And so that's really where the

9  conversation kind of got a little bit of a pause.

10 It's like do we need a data sharing agreement?  If

11 so, who is that between or amongst?

12     Q    Okay.  So let's go back.

13          To whom at DOE did you make the initial

14 request?

15          I'm just looking for a name.

16     A    I know.  So I'm blanking on his name.

17          So there was someone there that was

18 retiring as I came on, and I don't remember her

19 name.

20     Q    What was her title?

21     A    I don't know.

22     Q    When was this?

23     A    2016, 2017.

24     Q    And then you made -- you renewed that

25 request, correct?



```
 1        A    Yes.

 2        Q    To whom did you make that renewed request

 3    at DOE?

 4        A    Ashley Harris.

 5        Q    And what is her title?

 6        A    I don't remember the title, but I know she

 7    is maybe the director, is her title.  The Whole

 8    Child Supports Team.  The Whole Child Supports Team.

 9        Q    I believe you testified that you received

10    a data dictionary from DOE; is that correct?

11        A    Yes, uh-huh.

12             MR. HOLKINS:  Counsel, to the extent we

13        don't have the data dictionary, we're going to

14        ask that you produce it.  We'll follow up.

15             MS. JOHNSON:  Just to be -- just to be

16        clear, I think she testified it was like a data

17        dictionary but not necessarily that was the

18        name of the document.

19             THE WITNESS:  Yeah.

20    BY MR. HOLKINS:

21        Q    So what exactly was it that you received?

22        A    So it was a pdf, and it included, from my

23    understanding, all of the individual -- individual

24    and actually aggregate data points that DOE tracks.

25             And so some of the examples of things like
```



1  free and reduced lunch.  You know, if they had an

2  IPE plan, 504.

3       Like it was just -- obviously, like

4  matriculation to the next grade, discipline

5  incidents, absences.  Yeah.

6       So things that at an individual level but

7  then there were also, now that I'm recalling, there

8  was identification of things that could be rolled up

9  at a school level.  I think maybe even at a district

10  level.  Testing, Georgia milestones, standardized

11  testing results.

12      Q    Okay.  And which specific fields did OCE

13  express an interest in?

14      A    I, I honestly cannot relay all the ones we

15  highlighted.  I will tell you that for sure we were

16  just so excited to receive something like that, we

17  went a little crazy with the highlighter and, you

18  know, let's -- this would be interesting, this would

19  be interesting.

20      And then that second year we really got

21  realistic and, okay, what do we -- what do we need.

22      I think the idea that first year being,

23  being able to sort of understand some descriptive

24  data for the kids that were in the program was

25  exciting to us.



 1          But, in reflection, that's the second

 2    time.  As well as -- as I said, I believe some data

 3    points had either been like combined or collapsed.

 4    They had kind of realigned some of that.

 5          So it was, it was a smaller list of what

 6    we requested.

 7       Q    Okay.

 8       A    But I don't recall, other than what I

 9    said, the absences, the discipline incidents, the

10    matriculation.

11       Q    Right.  Understood.  Thank you.

12          So to make sure I understand, there were

13    two separate requests made for specific fields, one

14    broader than the other; is that accurate?

15       A    Yes.

16          MR. HOLKINS:  And so, counsel, just to put

17       a marker down, those are also documents we

18       would like to see produced if they haven't been

19       already.

20          MS. JOHNSON:  The requests, you mean?

21          MR. HOLKINS:  Exactly.  The two documents

22       that she just identified, and we can follow up

23       after the deposition.

24          MS. JOHNSON:  Sure, sure.

25



 1  BY MR. HOLKINS:

 2      Q    Do you recall when each of those requests

 3  was made for the specific fields of interest at COE?

 4      A    Sorry.  Can you repeat the question?

 5      Q    Sure.  When were each of those requests

 6  made for the fields of interest?

 7      A    Okay.  So I believe the initial one was

 8  2019, and the most recent one was 2021.

 9      Q    Is it accurate to say that the COE is not

10  currently receiving data in connection with those

11  requests from the DOE?

12      A    Correct.

13      Q    Is it also correct that there is currently

14  no data sharing agreement between the COE and DOE?

15      A    Correct.

16      Q    And, to your knowledge, is there also no

17  data sharing between DBHDD and COE in connection

18  with the requests that the COE made?

19      A    Correct.

20      Q    I want to -- before we leave this line,

21  there is so much more to talk about with respect to

22  Apex and I don't want to lose track of where we are,

23  but who from DBHDD was involved in this process of

24  COE making requests to DOE for specific fields of

25  data?



 1      A    Layla Fitzgerald, Dante McKay.

 2           I believe Dr. Pearson was engaged in some

 3  of the conversation.

 4           And Danielle was not on the team.  In 2019

 5  she was not on the team yet.  I do believe she may

 6  have been present for the 2021.

 7      Q    Who else from the Center of Excellence,

 8  aside from yourself, was involved in these

 9  conversations?

10      A    My evaluation lead for Apex.  Her name is

11  Dr. Ani Whitmore.  She was engaged in the 2021, not

12  in the 2019.

13           So she was physically present for the 2019

14  but I believe it was within the first month of

15  employment, so.  So she has been involved in the

16  conversations.

17           Susan McLaren, who is -- she is within --

18  as I mentioned previously, within the COE we have

19  several arms of work, and she is the portfolio

20  manager for evaluation, and the Georgia Apex project

21  sits within that.  So she was engaged.

22           As well as our director for the Center of

23  Excellence.  Her name is Ann DiGirolamo.

24      Q    Were any other staff at DOE involved

25  beyond the ones you've already identified?



1          MS. JOHNSON:  Object to form, but you can

2     answer.

3          MR. HOLKINS:  So let me just rephrase.

4  BY MR. HOLKINS:

5     Q    I just want to make sure the record is

6  clear.  Can you name any DOE staff who were involved

7  in receiving and responding to these requests for

8  specific fields?

9          MS. JOHNSON:  Same objection, but you can

10     answer.

11     A    So, as I mentioned, the lady who retired,

12  I do not recall her name.  I never met her.  She, I

13  think, was already retired.

14          And at that time there was also a male

15  that was somewhat involved in the conversation.  So

16  we're talking about 2019.  And I don't -- he is

17  still currently at DOE.  I'm not recalling his name.

18          And then more recently Cheryl Benefield, I

19  think, was -- I believe was another individual at

20  DOE that was engaged in the conversation.

21          As well as -- as well as whomever -- it's

22  a male and, again, because I've had such limited

23  connection, I'm not recalling their names.  But it

24  was another male, and I think he is in charge of the

25  school climate survey, and I believe that individual



DIMPLE DESAI                                          March 29, 2022
UNITED STATES vs STATE OF GEORGIA                              38

 1  was engaged.

 2          And then the one meeting with -- I think

 3  it was -- maybe it was chief information officer or

 4  something like that at DOE.  We were connected with

 5  him once, and that was to really understand, okay,

 6  this unique request that we were attempting to make,

 7  what is the process and what's the best way for us

 8  to position ourselves to make a -- you know, to

 9  successfully submit a strong application for the

10  request.

11      Q    Understood.

12          So a little while ago, and please do

13  correct me if I'm mistaken in this, I believe that

14  you testified that accessing this client level data

15  would help take your evaluations to the next level.

16  Is that accurate?

17      A    So I think -- so I come from an evaluation

18  and research background, and so, you know, that's

19  kind of what excites me, and for the programs that I

20  work for I know that data is integral to, you know,

21  understanding how to improve the program, how to

22  develop the program, how to, you know, secure

23  funding for the program.  The numbers talk.

24          I think the important thing to note is

25  what -- what is challenging is that this is not,



1  this is not clinical research.  This is applied

2  research.

3          So, you know, my research background

4  excites me to receive that individual level data,

5  but it's in the presence of, you know, programming

6  that's in real communities with real people.

7          And so that I think presents a challenge

8  to, you know, always -- to be able to -- to be able

9  to run a study when you are dealing with programs in

10 communities with people is a lot more challenging

11 than to receive data if you were doing something in

12 a research setting with clinical trials, right.

13          So my excitement from the data comes from

14 my background, but I love being in applied research

15 because even though that presents challenging

16 environments to do research, it's more timely, and I

17 think the results are more impactful and readily

18 accessible than what you do in a clinical trial and

19 then it has to go through FDA, and so all of those

20 things.

21          So I share that with you to say that I

22 think the challenges are not new and unique.  That's

23 just what happens when you're working with programs

24 and communities.

25     Q    So I appreciate that.  I'm not asking



1  about the challenges, though.  I'm asking why you're
2  interested in this client level data.  You
3  previously testified that it would help bring your
4  research to the next level?
5      A    Uh-hum.  (Affirmative.)
6      Q    What did you mean when you said that?
7          MS. JOHNSON:  Object, to the extent she's
8      speaking on her own behalf not as -- for the
9      Center of Excellence and why --
10         MR. HOLKINS:  This is not, this is not a
11     30(b)(6) deposition.  She's here testifying in
12     her own behalf.  That's established.
13  BY MR. HOLKINS:
14     Q    Please answer the question.
15     A    Can you repeat the question?
16     Q    Sure.  When you said that accessing client
17  level data would bring your research in connection
18  with Apex to the next level, what did you mean?
19         MS. JOHNSON:  Same objection, but you can
20     answer.
21     A    It would allow us to understand if kids,
22  as I said, were improving, improving in their
23  functioning, improving in their -- you know,
24  improving with regard to their behavioral health
25  needs.  If those things were, you know -- whatever



1  supports and services were necessary.  If they were,

2  you know, resulting in a way that they're showing

3  perhaps some improvement on their treatment plans.

4         You know, with these programs in schools,

5  that to me means there's an immediate connect --

6  that to me means there could be an immediate

7  connection to improvements of academics as well.

8         So we've been tracking the aggregate data

9  and we have come to understand from the aggregate

10 data that schools that are implementing Apex are

11 seeing whole school benefit, and so my saying taking

12 it to the next level with regard to collecting

13 individual data collection would allow us to

14 understand if that same change or benefit was

15 present at an individual level.

16    Q    Thank you, Ms. Desai.

17         You mentioned a while back that part of --

18 one of your responsibilities at the COE was in

19 connection with the five-year SAMHSA grant?

20    A    Oh, yes.

21    Q    Is that right?

22    A    Uh-hum.  (Affirmative.)

23    Q    What was that grant?

24    A    That was -- that was a grant with SAMHSA

25 in partnership with the National -- NCTS.  National



1  Center for Traumatic -- the National Center for

2  Traumatic Stress Network.

3          That grant was collaboratively written

4  with the Center of Excellence and CHRIS 180, which

5  is a local behavioral health provider.

6          That, that grant, in a nutshell, was

7  implementing us a trauma informed framework in a

8  school-based setting, and then also putting a

9  therapist at that -- placing a therapist at those

10  schools to provide therapeutic support that has been

11  informed by this trauma framework.

12          So it's multilayer in that the therapist

13  delivering services has been trauma informed, and

14  the school also receives trauma informed schoolwide

15  training for staff and administrators as well.

16      Q    So CHRIS 180, is that a Community Service

17  Board?

18      A    It is not a Community Service Board.

19      Q    Its another level of community provider

20  within Georgia?

21      A    Yes, correct.

22      Q    And the trauma informed services that were

23  funded through the grant, were they provided in

24  schools?

25      A    Correct.



1      Q    How many schools?

2      A    Six.  Six schools.

3      Q    Do you know in what part of the state?

4      A    They were all in APS, Atlanta Public

5    School System.  All within -- and that's how the

6    grant was written, yeah.

7           That was identified very early in the

8    grant, and I think that was because SAMHSA's RFP

9    process required you to speak to the communities in

10   which you were going to be implementing these

11   services.  And I think also showed demonstrated need

12   from those -- of those communities to need services

13   like that.

14          And so, as I said, I think there -- I

15   think the grant did include some community data that

16   kind of demonstrated that the schools within the APS

17   system, you know, based on certain data metrics,

18   showed that they had a need for, you know, this type

19   of service.

20     Q    What precisely did the grant fund?

21     A    I can -- I mean I can speak to what the

22   grant funded in terms of our scope of work.

23          The grant directly was to CHRIS 180, so we

24   were sort of -- we were the subcontractor to conduct

25   the evaluation.  And so I can't -- I can't speak to



 1  how CHRIS 180 utilized that.

 2      Q    Do you know whether CHRIS 180 used the

 3  grant fund in whole or in part to fund staff

 4  positions?

 5      A    It's possible.  I don't know for sure, but

 6  it's possible, yes.

 7      Q    What monitoring activities did the COE

 8  undertake in connection with this grant?

 9          MS. JOHNSON:  Object to form.

10          You can answer.

11      A    So there were five goals that were

12  identified as part of that grant, and if I recall,

13  three of them had data collection metrics attached

14  to those.

15          So the first was creating a trauma --

16  creating a more trauma informed school environment.

17  So we studied the school environment.  Because,

18  again, CHRIS 180 was placing trauma informed --

19  trauma informed -- um, trainers, into the school to

20  go in and provide that intervention training, that

21  specific evidence-based practice that they were

22  applying.

23          So, you know, that was kind of the

24  intervention.  And then we were studying -- there

25  was a specific data collection tool that was meant



1  to understand if the school environment is becoming

2  more trauma informed over time.  So that survey was

3  implemented.

4          As well as we did some focus groups.  I

5  believe annually we did focus groups with the staff,

6  to also understand, you know, from a qualitative

7  perspective if, if the staff that chose to

8  participate were feeling more trauma informed as

9  well.

10          The second was to understand if the kids

11  that are receiving the therapeutic services, if they

12  were -- if they were -- if at an individual level,

13  if they were showing improvement.  And so there was

14  a whole host of data collection tools that helped us

15  to assess that.  And it was, it was data points from

16  multiple perspectives.  So there was a caregiver

17  survey, there was -- there was a teacher survey.

18          I don't think there was an outright

19  student like perspective survey, but there was

20  student level data coming in in terms of if their --

21  in terms of the level and severity of their trauma.

22          And so that helped us to understand,

23  again, the individual kids receiving these trauma

24  informed services, if they were showing improvement.

25          And then the final kind of -- the third of



1  the three goals that had data collection attached to

2  it had to do with agency level.  So within CHRIS

3  180, you know, how -- the therapists that were

4  trained in the interventions that were then employed

5  or deployed to the schools, kind of how their own --

6  had their own growth for the intervention and the

7  framework, how that was kind of progressing.

8      Q    Thank you.

9           Did the COE draft any reports in

10 connection with the data collection it was

11 undertaking for this grant?

12     A    Yes.

13     Q    Are those reports public?

14     A    Yes.

15     Q    So we'll make an effort to obtain them

16 publicly.  If not, we'll follow up with your

17 counsel.

18          MS. JOHNSON:  That's good.

19     Q    Where would they be maintained publicly?

20     A    I'm not sure how SAMHSA makes those

21 public.

22     Q    It was a report to SAMHSA?

23     A    Correct.

24     Q    I know where to find SAMHSA.

25     A    Yeah.



1       Q     What's your point of contact for this

2   grant at CHRIS 180?

3       A     So my immediate contact is no longer

4   employed with CHRIS 180.

5       Q     Who was that person?

6       A     Her name is Jenn Packard.  Jennifer

7   Packard.

8       Q     Were you in contact with anyone else at

9   CHRIS 180 in connection with this grant?

10      A     Yes.  But that person is ultimately not

11  employed no longer at CHRIST 180.

12      Q     And who is that person?

13      A     I see her face.  Cindy, Cindy...

14      Q     That's okay if you don't recall.

15      A     She, she was a C level, COE, CFO.  I'm not

16  sure.  She was C level.

17            Cindy -- I'm remembering a name but I

18  think it's a friend from childhood whose name was

19  also Cindy.  So it's Cindy.

20      Q     Okay.  I believe you've stated that this

21  grant has since ended?

22      A     Uh-hum.  Yes.

23      Q     And do you know whether the trauma

24  informed services that the grant supported have been

25  sustained?



 1            MS. JOHNSON:  Object to form.

 2            You can answer.

 3       A    I do not know.

 4       Q    Do you know whether those services are

 5  available in any other -- through any other

 6  community providers in Georgia?

 7       A    Do you, do you mean --

 8       Q    The trauma informed services that the

 9  grant supported, do you know whether they are

10  available through any community service provider in

11  the State of Georgia currently?

12       A    Okay.  So you're referring -- in your

13  question you're referring to the specific six

14  schools within APS, correct?

15       Q    I'm referring to the services that were

16  funded for those schools through the grant.  What

17  I'm trying to discern is whether you have any

18  awareness that those same services exist through any

19  community service provider in the State of Georgia?

20       A    So CHRIST 180 was the agency that had

21  developed their specific framework for trauma

22  informed practice, and I know that initially with

23  the, with the grant they were bringing in this new

24  framework to train the therapists that were going to

25  be placed in those specific schools, but over the



1  course of the five years they just felt so connected

2  to that particular framework that they ended up

3  training all of their staff in that framework

4  regardless if it was a therapist doing direct

5  therapy or the receptionist.

6          They just felt so connected to that being

7  a good way to do business that they trained

8  everyone.

9          And so knowing that, I have -- I am, I am

10 believing that because all the therapists were

11 trained in that, even beyond those that supported

12 just that grant, that that work is continuing.

13    Q    Are you aware of whether other community

14 service providers beyond CHRIS 180 are providing

15 training to therapists on this framework?

16    A    So as part of their grant, one of the five

17 goals was to attempt to create a wider network, yes,

18 of therapists across the State that were going to be

19 more trauma informed, for their purpose in this

20 particular framework, because it really resonated

21 with them.

22          And so through that goal CHRIS 180, at no

23 cost, did offer this training to other therapists

24 employed by other behavioral health providers across

25 the State.  And I believe they, in the end,



1  connected with three other providers and did go

2  through and train those providers as well.

3       Q    Thank you.

4            Did the Center of Excellence provide any

5  training or technical assistance in connection with

6  this grant?

7       A    The only technical assistance that we

8  provided for this grant is really in the area of

9  just evaluation.  We did not provide any other TA,

10 no.  Just the evaluation.

11           And so, you know, as the data came in,

12 quantitative or qualitative, we would, you know,

13 unpack it, understand it.  CHRIS 180 would put some

14 context to it, given they are the knowers of the

15 implementation in schools and things.  And that

16 would allow us to collaboratively engage in

17 conversations, you know.

18      Q    Okay.  So stepping back from the grant, I

19 want to just ask you some more foundational

20 questions about your job.

21           Who do you report to directly?

22      A    Susan McLaren.

23      Q    And what is your title at COE?

24      A    Senior Research Associate.

25      Q    And who reports to you directly at the



DIMPLE DESAI                                        March 29, 2022
UNITED STATES vs STATE OF GEORGIA                              51

1  COE?

2      A    I serve as an administrative supervisor

3  for two team members.

4      Q    And who are they?

5      A    One team member's name is Issis Nelson

6  Graham, and one team member's name is Janese

7  Cordova.

8      Q    For the first individual you just

9  referenced, what is that person's title?

10     A    They are both Research Associate II.

11     Q    Okay.  Thank you.

12     A    No, sorry.  Yes, I think they are both

13  Research Associate II.

14     Q    I believe you testified earlier the Center

15  of Excellence has a contract with DBHDD; is that

16  correct?

17     A    Correct.

18     Q    So I am going to share with you by Zoom an

19  exhibit.

20          Give me one second and I'll pull it up.

21  What I'll do, we'll practice before, is give you

22  control and you can take a look at the document.

23          Can you see this document, Ms. Desai?

24     A    I can.

25          MR. HOLKINS:  For the record, this is



1      GA00661708, produced by the State of Georgia to

2      the United States in this matter.

3  BY MR. HOLKINS:

4      Q    At the top of the document it reads "State

5  of Georgia, Department of Behavioral Health

6  Development Disabilities Contract," and at the very

7  top of the right corner it says "DBHDD - Georgia

8  State University FY2020, Center of Excellence."

9           Ms. Desai, please take a moment to review

10  the document.  I am going to give you control so you

11  can scroll through.  There's no need for you to

12  review line by line, but I do want to give you a

13  chance to familiarize yourself with the document.

14           Please let me know when you're finished.

15      A    Okay.

16           (Witness reviews exhibit.)

17           MR. HOLKINS:  For the record, this is

18      Exhibit 43.

19           (WHEREUPON, Plaintiff's Exhibit-43 was

20       marked for identification.)

21      A    Okay.

22      Q    Ms. Desai, before today, have you seen

23  this document?

24      A    In -- perhaps not in this, in this form.

25  I've seen -- I've seen pieces of this document.



1  This is, I think, a pdf of several other documents
2  that have been combined.
3        So I have seen some pieces of this
4  document, yes.
5     Q    And did you have a hand in -- let me just
6  step back.
7        What is your role in connection with the
8  contracting process between the COE and DBHDD?
9     A    Sure.  So I am responsible for creating a
10 budget and a scope of work for my specific projects
11 that I lead.  And so for this contract that is the
12 Georgia Apex program.
13       So I create a scope and budget to support
14 that work.
15    Q    Okay.  Thank you.
16       And is that an ongoing responsibility with
17 respect to contracting between DBHDD and COE?
18    A    Yes.  So -- and then -- so I -- so in
19 project leads kind of direct, and then it sort of
20 gets rolled up, combined, yeah.
21    Q    Just to make sure it's clear, that's
22 something that you do annually?
23    A    Correct.
24    Q    I want to direct you to Page 23.  I called
25 this up on the screen.  The title of this page is



1  "COE Scope of Work and Projects under CYF, Overall

2  Contract FY20."

3          Do you see that title?

4     A    I do.

5     Q    And the first project is Apex.  Do you see

6  that?

7     A    Yes.

8     Q    Is this what you meant when you were

9  talking about drafting the scope of work for your

10 project, Apex?

11    A    Yes.

12    Q    So you drafted all the text that we see on

13 the page right now?

14    A    Collaboratively, yes.

15    Q    With whom did you collaborate?

16    A    So at the time my two leads for the

17 project.  So, again, Dr. Ani Whitmore for

18 evaluation, and Rachel Campos for technical

19 assistance.

20         Oftentimes I also connect with my

21 immediate supervisor as a thought partner, and then

22 before this gets finalized, Layla Fitzgerald and

23 Dante McKay also do preview it.

24    Q    And when you say your immediate

25 supervisor, that's Susan McLaren?



1      A      Susan McLaren.

2      Q      Thank you.

3             Who does Susan McLaren report to at the

4   Center of Excellence?

5      A      She reports to one of our directors, Angie

6   Snyder.

7      Q      What is Angie Snyder's role?

8      A      Angie leads a lot of our projects related

9   to funding financing.

10     Q      Who -- is there an executive director or

11  CEO --

12     A      Yes.

13     Q      -- for the Center of Excellence?

14     A      Yes.

15     Q      Who is that person?

16     A      Karen Minyard.

17     Q      Is it Karen?

18     A      Karen, K-A-R-E-N.  Karen Minyard.

19     Q      How long has Karen been in that role?

20     A      I believe since the Center's inception.

21     Q      And do you know when that occurred?

22     A      27 years.  I believe.

23     Q      Does Angie -- I apologize for not

24  remembering her last name?

25     A      Snyder.



1      Q    Snyder.   Thank you.

2           Does Ms. Snyder report to Karen?  And

3   again I don't have her last name.  I apologize.

4      A    That's okay.

5           I believe so.

6      Q    Thank you.

7           I believe you referenced another staff

8   member at COE previously.  I think her name is Ann

9   DiGirolamo?

10     A    DiGirolamo.  She is the director for the

11  Center of Excellence.

12     Q    Okay.  And what is Ms. DiGirolamo's --

13  what are her duties broadly as director for the

14  Center?

15     A    She, she oversees, you know, really all of

16  the work that falls -- that falls within our scope

17  of work broadly at the COE.

18     Q    Does she have any responsibilities

19  specifically with respect to your projects?

20     A    She -- yeah.  I mean -- as this project

21  sits within her, you know, her portfolio.  Yes, she

22  does.

23     Q    When you say this project, you're talking

24  about the Apex project?

25     A    Right.



1      Q    Would she review, for instance, the COE
2  scope of work that we're discussing?
3      A    Oh, yes.  She, she leads that process.  So
4  we individually, as project leads, come together --
5  or create drafts of our scope and budgets, and yes.
6           Ann DiGirolamo, with, with collaboration
7  with another team member helps to bring this work
8  together.
9           The other team member is, is who manages
10  this, this budget, the OCYF budget.
11      Q    You probably have already referenced that
12  person, but who is that?
13      A    Her name is Astrid, Prudent.
14      Q    Thank you.
15      A    A-S-T-R-I-D, P-R-U-D-E-N-T.  Astrid
16  Prudent.
17      Q    Is there a contract between COE and DBHDD
18  for FY21?
19      A    That's the year we're in right now?  We're
20  in FY22?
21           Yes, yes, we have a contract every year.
22      Q    And so you've created scopes of work
23  specific to the Apex program for the FY21 contract
24  as well?
25      A    Yeah.  We're -- I'm getting confused now.



 1 | We're in --
 2 |      Q    I think we may be in '22 now.
 3 |      A    Yes, we're in fiscal year '22.
 4 |           Yes, we produce this annually.
 5 |      Q    Okay.
 6 |           MR. HOLKINS:  So, counsel, I think we only
 7 |      have -- the most recent contract that we have
 8 |      between CEO and DBHDD is this one, for FY20.
 9 |      So we would just ask for supplementation, so we
10 |      have the most recent contract, all of the
11 |      contracts really between 2016 and the present.
12 |           MS. JOHNSON:  Are you going to send a
13 |      list?
14 |           MR. HOLKINS:  We will, yes.
15 | BY MR. HOLKINS:
16 |      Q    So let's put this document aside, and I'm
17 | going to show you another one.
18 |           MR. HOLKINS:  I believe this is 44.  It's
19 |      two documents.
20 |           MS. COHEN:  So these two documents are
21 |      attached as Exhibit 44?
22 |           MR. HOLKINS:  These two documents together
23 |      will be Exhibit 44.
24 |           MS. COHEN:  Thank you.
25 |           (WHEREUPON, Plaintiff's Exhibit-44 was



 1         marked for identification.)

 2  BY MR. HOLKINS:

 3       Q    Ms. Desai, you've just been handed what's

 4  been marked Exhibit 44.

 5            MR. HOLKINS:  For the record, these are

 6       two documents.  The first is an email with the

 7       Bates No. GA00152174.

 8       Q    That email was sent from Dante McKay on

 9  January 1 -- excuse me -- January 19, 2021, to a

10  number of recipients, including yourself, and

11  attached to the email is a document entitled, "COE

12  Product Status DM 01/18,21."

13            MR. HOLKINS:  So I think we're going to

14       actually have to split these up.  It's my

15       mistake, because the attachment that I grabbed

16       is for a different date.

17            So this must be a subsequent version.

18       It's dated 1/19/21 and the attached email is

19       1/18/21.

20            I apologize for that.  Let's divide that

21       up.

22            The first exhibit will just be the email,

23       which is, I believe, 44.

24  BY MR. HOLKINS:

25       Q    So let's just talk about that.



1          So, Ms. Desai, this email describes the

2    status of various projects that COE is undertaking

3    in connection with this contract with DBHDD,

4    correct?

5          A     Correct.

6          Q     Do you meet regularly with DBHDD to

7    discuss the status of COE's projects?

8          A     We do.

9                This one is a cross project, this

10   communication, but for individual projects we have

11   specific staff that we meet with regularly.

12         Q     Let me make sure I understand.

13               Does the COE have meetings with DBHDD to

14   discuss all of COE's work, or is it specific -- are

15   those meetings specific to certain projects?

16         A     Both.

17         Q     Both?

18         A     Uh-hum.  (Affirmative.)

19               So, you know, in projecting and

20   forecasting the next fiscal year's work, we will

21   meet similar to what this email is kind of saying,

22   that we will -- you know, we will meet as a very

23   large group to talk about status of work and

24   forecasting and projection.

25               But then for kind of the maintenance and



1  the execution of the work, we meet as smaller teams,

2  you know, based on the project and who the project

3  contacts are for both the COE side and the DBHDD

4  side.

5      Q    Okay.  So let's put this aside.  That's

6  44.

7           Now I'm going to show you 45.

8           MR. HOLKINS:  I'm not sure if that's been

9      remarked.  We may need to stamp that.

10          (WHEREUPON, Plaintiff's Exhibit-45 was

11       marked for identification.)

12  BY MR. HOLKINS:

13     Q    Ms. Desai, you've just been handed

14  GA00152179.  At the top left corner it reads "COE

15  Scope of Work, Status Review - Product, Last updated

16  1/19/21."

17          Ms. Desai, have you seen this document

18  before today?

19     A    I have.

20     Q    What is this document?

21     A    This document is drafted to support

22  identification of the work for the specific projects

23  that are within the OCYF contract, and we

24  collaboratively come to a final version of this, of

25  this table, that then gets, you know, included with



1  the budget, which becomes the contract that we were

2  previously looking at.

3      Q    So this is a document that you're drafting

4  in preparation to submit your scope of work for the

5  COE/DBHDD contract; is that accurate?

6      A    Yes.

7      Q    Do you update this scope of work document

8  on a rolling basis throughout the year?

9      A    Yes.  So in my role, that's really what my

10 role is meant to do, is to ensure that, you know,

11 we're checking off all of our activities and

12 confirming that we have completed our deliverables

13 by the end of this state fiscal year.

14          So, yes, I use this as kind of my roadmap,

15 if you will, of, of ensuring that the work gets

16 completed and, you know, keep in touch with our

17 DBHDD partners to identify if something needs to

18 change or be adjusted or what-not.

19     Q    Would you say that you're updating this

20 document on a weekly basis?

21     A    Um, when you say update, like -- so I'm

22 not, I'm not necessarily coming back to this

23 particular document, but it's -- but it is something

24 that, yes, I kind of keep track of.

25          So this -- like this -- this document, in



1   terms of process for me and the way I lead my

2   project, sort of gets broken down into then what's

3   happening on the evaluation side and then what's

4   happening on the TA side.  Yeah.

5       Q    And are there documents like this for each

6   of those sides, evaluation and monitoring?

7       A    Yes.

8       Q    Okay.

9       A    They may not look like this table.

10      Q    Understood.

11      A    But, yes, it might be a spreadsheet that

12  helps track which team member is working on what and

13  what are some milestones, what are some deliverable

14  dates, things like that.

15      Q    And when those documents are updated or

16  revised, are they shared within the team?

17      A    Sometimes they are shared as kind of

18  tangible documents.  Otherwise, we have a -- we have

19  a weekly team meeting because this body of work, as

20  a lot of work, requires multiple team members coming

21  together.

22          So the weekly meetings help to keep one

23  another updated and informed with the progress.

24      Q    And those are meetings that includes staff

25  from OCYF, correct?



DIMPLE DESAI                                        March 29, 2022
UNITED STATES vs STATE OF GEORGIA                              64

1      A    The weekly meetings do not include staff

2    from OCYF.  Those are internally to kind of keep us

3    on track.  Our -- yeah.

4      Q    And are you reporting back to staff at

5    OCYF about progress in connection with the projects

6    listed here as well?

7      A    Yes.  So our OCYF meetings, we have two

8    monthly.  One is meant for the entire Apex team from

9    the COE side, and then the DBHDD partners.  And one

10   is meant for just the leadership.  And so

11   representing COE for the leadership would be myself

12   and my two leads, evaluation and technical

13   assistance.

14           MR. HOLKINS:  Counsel, I just want to put

15       a marker down that this is another area we

16       would appreciate supplementation, and we'll

17       follow up to specify the interest.  But in

18       general we're looking to see updates to the COE

19       -- excuse me -- the COE Scope of Work since

20       January 19, 2021.

21   BY MR. HOLKINS:

22     Q    I just have a few more questions for you

23   before we take a break.

24     A    Okay.

25     Q    What is Layla Fitzgerald's job, as you



1  understand it?

2      A    I believe she is the program manager for

3  several programs, one of which is the Georgia Apex

4  program.  Within the OCYF office.

5      Q    Do you have any knowledge with respect to

6  a memorandum of understanding between DOE and DBHDD

7  with respect to Layla Fitzgerald's role?

8      A    She was named a mental health liaison, I

9  think was the title that was kind of being shared.

10         She helps to -- I believe within that role

11  she is bringing in a mental health perspective,

12  mental health liaison.

13      Q    And from your perspective, have Ms.

14  Fitzgerald's duties changed since she took on that

15  new role as behavioral health liaison?

16      A    Yes.

17      Q    How so?

18      A    She is -- she is more -- she is present

19  and more active in some of the I think DOE teams --

20  I'm not sure what they're called there.  But she,

21  she is more active with some of their teams, with

22  some of their initiatives.

23         She works with the Whole Child Support

24  initiative.  I think she's more present in a lot

25  more of -- I think she's more present, more those



1  meetings and those kind of initiatives.

2       Q    Ms. Desai, do you serve on any state level

3  committees or work groups as part of your official

4  job responsibilities at COE?

5       A    I don't think so.  I don't think they're

6  state level.

7            I support kind of coalitions and

8  collaborations, but I don't think they're -- I don't

9  think that's what you're asking me.

10      Q    Right.  I'm asking about committees or

11  work groups that are led by the State.

12           MS. JOHNSON:  Object to form.

13           You can answer.

14      A    I don't believe so.

15      Q    You say that you support coalitions and

16  collaborations.  Which ones are you referring to?

17      A    The -- I know the acronym.  Georgia

18  Education Climate Coalition.

19           And the school-based behavioral health

20  collaborative.

21      Q    Anything else?

22      A    Not that I'm recalling at this point.

23      Q    What is the school-based behavioral health

24  collaborative?

25      A    That is a collaborative that is led,



1  jointly led, by Voices for Children, the Carter

2  Center, and Georgia Appleseed.

3        Q    What do they do?

4             MR. HOLKINS:  Let me reask that.

5  BY MR. HOLKINS:

6        Q    What is the work of the school-based

7  behavioral health collaborative?

8        A    I believe it is to bring together various

9  professionals and perspectives in school-based

10 behavioral health services in the state, to help

11 identify best practices, opportunities for

12 improvement.

13       Q    How long have you been participating in

14 the school-based behavioral collaborative?

15       A    I believe since 2019.

16       Q    Does the collaborative meet?

17       A    The collaborative did meet in person

18 before the pandemic.  Since the pandemic, we've been

19 meeting virtually.

20       Q    How often does the collaborative meet?

21       A    Quarterly.  I believe it's quarterly.

22       Q    Do any representatives from the GNETS

23 program participate in meetings with the

24 collaborative?

25            MS. JOHNSON:  Object to form.



1           You can answer.

2      A    I don't know.  I'm not, I'm not sure.

3      Q    How many participants are there in

4  collaborative meetings?

5      A    Participation varies, attendance varies.

6           Maybe anywhere from 10 to 12 consistently,

7  but not necessarily the same consistently.

8      Q    So you don't recall whether in any of

9  those meetings since 2019 one of those 12

10  participants was a representative of the GNETS

11  program?

12          MS. JOHNSON:  Object to form.

13          You can answer.

14     A    I don't recall anyone introducing

15  themselves and identifying that I'm with GNETS.

16     Q    Do you generally know the people who are

17  participating in the school-based behavioral

18  collaborative meetings?

19     A    The most active participants, yes.

20     Q    Are GNETS program directors active

21  participants in school-based behavioral health

22  collaborative meetings?

23     A    I don't know.

24          MS. JOHNSON:  Object to form.

25          You can answer.



1        A    I don't know.

2        Q    You just testified, though, that you know

3   the most active members of the school-based

4   behavioral health collaborative, correct?

5        A    Right.

6        Q    Do you know whether any of those

7   participants of the collaborative are

8   representatives of the GNETS program?

9             MS. JOHNSON:   Same objection.

10            You can answer.

11       A    I don't know, because I don't recall

12  anyone's title having GNETS in it.  I don't think

13  so, but I --

14       Q    Have you ever invited a representative of

15  the GNETS program to participate in the school-based

16  behavioral health collaborative?

17            MS. JOHNSON:   Objection.

18            You can answer.

19       A    I'm just a member.  I don't do any of the

20  planning for the meeting, so I don't know who has

21  been invited.  I just attend.

22       Q    Who does the planning for those meetings?

23       A    That is jointly between Voices, the Carter

24  Center, and Georgia Appleseed.  They are the --

25  they're the organization supporting the creation of



1  this collaborative, and typically that invitation --

2  the calendar invite comes from the Carter Center.

3      Q    Are you aware that the GNETS program has a

4  statewide program director?

5      A    I am not.

6      Q    Are you aware of whether individual GNETS

7  programs have facilities directors?

8          MS. JOHNSON:  Object to form.

9          You can answer.

10     A    I am not.

11     Q    Have you ever met a GNETS program

12 director?

13         MS. JOHNSON:  Object to form.

14         You can answer.

15     A    I don't believe so.

16     Q    What's your understanding of the term

17 "GNETS program director"?

18     A    Someone who is managing the GNETS schools.

19     Q    Have you ever met someone who manages a

20 GNETS school?

21     A    I have only met one person that to my

22 knowledge has been connected with the GNETS program.

23     Q    Who is that person?

24     A    Derrick Gilchrist.

25     Q    And what was -- what is Derrick



1  Gilchrist's connection to the GNETS program, to your

2  knowledge?

3      A    He -- I believe he was the principal of a

4  school -- and I'm not sure if it's GNETS school, but

5  he is connected with GNETS.  But I'm not sure if

6  he's the principal of the GNETS school, if he was

7  the principal of the -- a non-GNETS school but had

8  connection to the GNETS school.

9          In, in -- I think in the Clayton County

10 area.

11     Q    And just to be clear, and correct me if my

12 understanding is mistaken, are you referring to a

13 GNETS classroom that's embedded in a general

14 education facility?

15     A    No.  I believe the South -- so I'm

16 referring to the South Metro GNETS.

17     Q    Understood.

18     A    I believe those are GNETS schools, not a

19 classroom.  I believe they are.

20     Q    Standalone GNETS centers?

21     A    I believe so.

22     Q    Has Derrick Gilchrist ever joined, to your

23 knowledge, a meeting of the school-based behavioral

24 health collaborative?

25     A    No.



1      Q    Are you ever in contact with the Georgia
2  Advocacy Office?
3      A    No.
4      Q    Are you ever in contact with any, any
5  staff at the Georgia ASO Collaborative?
6      A    No.
7      Q    Are you ever in contact with any staff at
8  the Georgia ombudsperson for children?
9      A    No.
10     Q    Ms. Desai, I understand that you have a
11 master's in social work.  Do you have any other
12 training as a researcher beyond that master's
13 degree?
14     A    My undergraduate degree was also heavily
15 focused on research and evaluation.
16          I, I did a lot of work with professors
17 that were engaged in research.
18     Q    Anything else?
19     A    All of my previous positions have, have
20 always been in the research and evaluation field,
21 and specifically within children's behavioral
22 health.
23     Q    Are you referring to the previous
24 positioning at the Center of Excellence?
25     A    No.  I'm -- well, yes, but I'm also



1   including my time at ICF, my time at my previous

2   employment as well, and then the research and

3   evaluation work I did as a graduate research

4   assistant while pursuing my master's and my

5   bachelor's.

6           MR. HOLKINS:  Let's take a longer break,

7       maybe 10 or 15 minutes, however much time you

8       need.

9           So aim for around 11:15.  Is that okay?

10          MS. JOHNSON:  Okay.

11          MR. HOLKINS:  All right.

12          THE VIDEOGRAPHER:  Off the record at 10:58

13      a.m.

14          (A recess was taken.)

15          THE VIDEOGRAPHER:  We're back on the

16      record at 11:22 a.m.

17  BY MR. HOLKINS:

18      Q    Ms. Desai, I just have a couple more

19  questions for you regarding the contract from FY20

20  that we discussed before the break and then we're

21  going to move on.

22          You don't actually need to pull it up, but

23  I'm just curious whether those contracts reflect all

24  of the projects the COE is undertaking for DBHDD?

25      A    Under the OCYF contract?



 1      Q    Yes.

 2      A    To my knowledge, yes.

 3      Q    And to your knowledge, is the Apex project

 4  the largest budget item?

 5      A    To my knowledge, yes.

 6      Q    I'd like to ask you some more questions

 7  about the GNETS program.

 8           What is your understanding of the target

 9  population for the GNETS program?

10           MS. JOHNSON:  Object to form.

11           You can answer.

12      A    That it is meant to support students in

13  need of supports and services that exceeds what can

14  be provided in a -- I think you used the term

15  general education --

16      Q    Setting?

17      A    Setting, that's the word I was looking for

18  previously.

19      Q    What's the basis for that understanding?

20      A    The basis for that understanding is just

21  kind of my knowledge of the, the GNETS program, like

22  what it's -- the program description.  As well as

23  just my knowledge and understanding of children's

24  behavioral health, social/emotional disturbances,

25  level of need of students, and kind of the community



1  supports and services that can be put into place.

2       Q    You referenced a program description for

3  the GNETS program.  Which one are you referring to?

4       A    GNETS.

5       Q    No.  But which program description?  Where

6  did you read that?

7       A    Oh, I mean initially when I took on the

8  project, just Goggling it.  Just Goggling what is

9  GNETS, what does the acronym stand for.

10      Q    You say when you initially took on the

11 project.  Is that the Apex project?

12      A    No.

13      Q    The GNETS?

14      A    Uh-huh.  (Affirmative.)

15      Q    So let's go back and talk about that.  Can

16 you describe what that project was?

17           THE WITNESS:  Oh, the audio isn't on for

18      those listening remotely.

19           I'll hit unmute.

20      Q    Let me go ahead and reask that.

21           I think you referenced the GNETS project

22 that you worked on, right?

23      A    Correct.

24      Q    Could you describe what that project

25 entailed?



1      A     Sure.  So that project was between the
2  Center of Excellence, COE, and the South Metro
3  GNETS.
4           This project took place quite a few years
5  ago, so I'm just doing the best I can to recall all
6  of the information related to it.
7           So I believe South Metro GNETS is within
8  the Clayton County geographic area.  We partnered
9  with South Metro GNETS and I believe the main point
10  of contact was Derrick Gilchrist.
11           That project was initiated by two of my
12  colleagues.  I was not -- I was not -- I was not
13  staffed for it initially.  It was a three-year
14  project, and it was meant to understand the kids
15  receiving supports in the schools, if they -- I
16  believe there was individual student level data
17  collection, and there was also understanding of
18  exactly what supports and services the children were
19  receiving, to kind of just know what -- you know,
20  what I guess the dosage, the amount of services,
21  what services, things like that, that they were
22  receiving.
23           And so it was a three-year project.  My
24  participation in that project was just in the very
25  final three months, and that is because the main



 1  point of contact for that project at our Center

 2  transitioned to another job, and in the last three

 3  months, really, it was just coming in to kind of do

 4  a final, final analysis of what data we did have,

 5  and then to produce a report for it.

 6          And so, as I said, my participation is --

 7  you know, just came in the last three months of the

 8  three-year.

 9      Q    So thank you very much for the

10  explanation.

11          I'm going to ask you specific questions

12  about your answer.  The first is, when was this

13  project initiated?

14      A    I believe 2016, 2017.

15      Q    And when did your involvement start?

16      A    I believe it was in 2019.

17      Q    Who was the lead on that project for the

18  Center of Excellence?

19      A    So that body of work -- I don't think

20  there was one lead.  I think there were two

21  co-leads, because we were supporting two activities.

22  Evaluation certainly.  So the lead for that was

23  Susan McLaren.

24          And there was also -- there was also a

25  workforce focus in that wraparound, was the



1  framework intervention that was being -- that was

2  kind of informing how the students were receiving

3  services.  And so that's Astrid Pruett.  She was the

4  lead for that piece of the work.

5      Q    What was the genesis of this project?  Did

6  this GNETS center approach COE or did you approach

7  the GNETS center?

8          MS. JOHNSON:  Object to form, and it

9      misstates the testimony, to the extent you're

10     referring to a GNETS center.

11     Q    What's the name of the GNETS program that

12 this project involved?

13     A    South Metro GNETS.

14     Q    Okay.  Is South Metro GNETS a GNETS

15 center?

16     A    I -- I don't know if it's a center.  I

17 think maybe it's a GNETS standalone facility.

18     Q    Is, to your knowledge, South Metro a GNETS

19 standalone facility?

20     A    I believe so.

21     Q    Did South Metro GNETS approach the COE

22 about initiating this project?

23     A    I am unclear exactly how the project came

24 to be.  It was a collaboration in conversation

25 between COE and South Metro GNETS, perhaps Derrick



1  Gilchrist, but I am unclear technically who

2  initiated, who initiated it.

3       Q    Did the Center of Excellence visit the

4  South Metro GNETS facility in connection with this

5  project?

6       A    I don't know.

7       Q    Did you personally visit?

8       A    No.

9       Q    Have you ever visited a GNETS facility?

10      A    No.

11      Q    I believe you described that your role in

12 connection with this project was contributing to

13 final analysis in drafting a report.  Is that

14 correct?

15      A    Correct.

16      Q    Is that report public?

17      A    I am not sure.  So if I recall, we drafted

18 a report.  We forwarded it to Derrick, and I

19 remember a handful of other members that were copied

20 on that email, just because they were copied on

21 previous emails and were connected to the project.

22           And what I don't recall if -- I don't

23 recall if, if -- if that report -- like if he signed

24 off -- like if he approved that report and then it

25 was considered final.  And so for that reason I



1  don't recall.  And then I think honestly the

2  pandemic happened, so.

3       Q    Did you receive a response from Derrick

4  Gilchrist to that email sharing a draft of your

5  report?

6       A    I believe I did receive an email

7  confirming that he had received it.  I just don't

8  recall if he had feedback and I responded and then

9  we kind of then considered it final.  I don't recall

10  that.

11       Q    Would any of his feedback be reflected in

12  your email?

13       A    Wouldn't his feedback be reflected in my

14  email?  What do you mean?

15       Q    If Derrick Gilchrist provided feedback on

16  this report in connection with this project, would

17  you expect to find that feedback in your email?

18       A    I would expect that feedback to be

19  included in an attachment that would have been

20  included in the email.

21       Q    Okay.

22       A    It was a draft Word document.  So

23  typically we review with track changes, and so I

24  don't necessarily -- necessarily know I would expect

25  feedback in the body of an email, but I would expect



1  some feedback in the document.

2          MS. COHEN:  I'm just going to interject

3      right now.  I'm hearing from folks that the

4      audio is not on for Zoom.

5          Are you miked up.

6          (Discussion ensued off the record.)

7  BY MR. HOLKINS:

8      Q    Did you collect documents at the State's

9  direction in response to the United States discovery

10 in this matter?

11     A    Did I collect -- I'm sorry.  Can you --

12     Q    Did you collect documents at the State's

13 direction in response to the United States discovery

14 requests in this matter?

15     A    We're transitioning back to Apex?  Are we

16 leaving the GNETS conversation.

17     Q    I'm just asking you broadly about whether

18 you collected any documents, including email, at the

19 State's direction in response to the United States

20 discovery request in this matter?

21     A    I have received requests for documents for

22 my, for my -- for participation in the Apex project.

23     Q    Have you collected any email in response

24 to the United States discovery requests?

25     A    I have not -- I have not been requested to



 1  submit any emails.

 2      Q    Okay.  What was the subject of your

 3  analysis in connection with this pilot?

 4      A    Which pilot?

 5      Q    Excuse me.  The project, the South Metro

 6  GNETS facility, what was your -- the subject of your

 7  final analysis?

 8      A    So we were -- again, we were studying --

 9  we were studying the services that they were

10  receiving, so the description in nature as well as

11  the quantity, and I believe there -- so that's with

12  what's connected to the wraparound services that

13  they were receiving.

14          And I believe it was also meant to include

15  some individual level data.  I don't remember the

16  specifics of the individual level data.

17          In the end, the evaluation did not collect

18  a lot of data.  We did not have a lot of data.

19      Q    Why not?

20      A    I don't know for sure.  I can presume.

21          The, the kids were difficult to maintain

22  contact with.  It was difficult getting multiple

23  points of data, and it was difficult to follow kids

24  and receive data at initiation of services, six

25  months, five months.  I'm not -- I'm not sure what



1   the frequency was, but there was a challenge in

2   maintaining contact with the students.

3           So I presume that that was a factor.

4           I also believe staff turnover was a

5   challenge as well, and I think staff turnover from,

6   you know, from the staff that was supporting the

7   students but also the staff that was supporting the

8   program, if you will.  I think there was some staff

9   turnover.  So that I think presented a challenge as

10  well.

11      Q    Are you referring to GNETS staff?

12      A    I'm referring to staff that was connected

13  with Derrick Gilchrist.  So maybe that is -- that

14  staff might be, you know, administrative.

15          And then I'm referring to -- I think those

16  individuals that were then more directly connected

17  with the supports and services being delivered.

18      Q    What efforts were made by the COE to

19  contact the children at the GNETS facility at South

20  Metro?

21          MS. JOHNSON:  Objection to the extent your

22      answer calls for speculation.

23          You can answer.

24          MR. HOLKINS:  I'm just going to go ahead

25      and have a side-bar right now.



1      To the extent that your objections are

2   basically prejudging whether she is speculating

3   or has knowledge, I request that you not do

4   that.

5      Objections should be limited to form.  It

6   should not include any instructions to the

7   witness.

8      MS. JOHNSON:  She's the -- she has

9   established she was only there for the last

10  three months of the program, so she wouldn't

11  have personal knowledge of what efforts the COE

12  made to reach out to the students.

13     MR. HOLKINS:  It's not your position to

14  state what she knows or does not know.  It's

15  her position to answer the questions that we

16  pose to her.

17     Your objections should be limited to form.

18  Your objection.

19     MS. JOHNSON:  We haven't, we haven't

20  agreed to reserve all objections except to form

21  until first use of the trial.  We haven't made

22  that agreement.  So if we want to do that now,

23  we can.  Otherwise, I'm going to continue

24  objecting.

25     MR. HOLKINS:  So the federal rules do not



1         permit speaking objections, correct?

2              MS. JOHNSON:  No.

3              MR. HOLKINS:  Okay.

4              MS. JOHNSON:  So do you want me to limit

5         my objection to just saying objection?

6              MR. HOLKINS:  I want your objections to

7         comply with the federal rules.

8              MS. JOHNSON:  Okay.

9              MR. HOLKINS:  Okay.

10   BY MR. HOLKINS:

11         Q    So let's continue.

12              What efforts were made by the Center of

13   Excellence to contact students at the South Metro

14   GNETS facility?

15              MS. JOHNSON:  Same objection.

16              You can answer.

17         A    I am -- I am not completely aware.  I

18   would presume -- I would presume not many because my

19   recollection of the evaluation did not include us

20   directly reaching out to the students.  We were

21   connecting with staff that we were connected to via

22   Derrick Gilchrist, who were then meant to collect

23   the data.

24              So even the very little data we received

25   was not directly connected with us and the student.



1  It was, it was shared with -- it was, it was -- it

2  was shared with us.  It was forwarded to us.

3       Q    So just to make clear, the question was,

4  what contact did OCE have directly with students

5  enrolled at South Metro GNETS?  What's your answer

6  to that question?

7       A    I am not aware of any contact.  But I

8  don't know because, again, I -- I was only on for

9  the last three months to wrap up evaluation

10  activities.  So what was done previous to that, I

11  don't have knowledge.

12      Q    Would Susan McLaren have knowledge about

13  that topic?

14      A    She may.

15      Q    What were your findings in this report?

16      A    I believe the best word I can use is

17  inconclusive.  Just because of a lack of, lack of

18  enough data to by able to draw really any

19  conclusion.

20      Q    So you drew no conclusions regarding the

21  services being provided to students enrolled in the

22  South Metro GNETS facility?

23           MS. JOHNSON:  Object.

24           You can answer.

25      A    I, I don't recall.  That report was



1  written so long ago nothing is standing out.

2       Q    The report was written in 2020, correct?

3            MS. JOHNSON:  Object.

4       A    I think it was 2019.  I don't recall.

5       Q    You joined in 2019; is that right?

6       A    No.  I joined in 2017.

7       Q    That's when you first started working on

8  the project?

9       A    No.  That's when I joined the Center.

10      Q    I'm sorry.  Just to by clear, you started

11 working on the South Metro GNETS project in 2019,

12 correct?

13      A    Correct.

14      Q    And when was the report submitted to

15 Derrick Gilchrist?

16      A    I believe 2019.

17      Q    And so you have no recollection sitting

18 here today of whether you drew any conclusions

19 regarding the services received by GNETS enrolled

20 students at the South Metro facility?

21           MS. JOHNSON:  Objection.

22      A    I, I don't believe we -- I don't believe

23 we did because, as I stated, we didn't have a lot of

24 data, and we didn't have a lot of matched data, and

25 so we felt -- we didn't feel like we had enough



1   information to, to make any declaration of anything.

2          We -- if I recall, we -- and I, I am

3   almost sure that is included in the report that, you

4   know, that there was some limitations.

5      Q    What data specifically did you feel like

6   you needed but did not have in order to reach

7   conclusions in that report?

8      A    So as part of receiving wraparound

9   services, there is a -- kind of, um, like -- what's

10  the word?  Recommended.

11         There is a recommended way in which you

12  follow up with students receiving services.  That

13  includes reaching out to -- that includes receiving

14  information and data from the parent, from the

15  specific social worker that I think is, is managing

16  the case management of services, and things like

17  that.

18         And so there's -- within this

19  recommendation, I think there is a report from, I

20  want to say, three or four individuals that are kind

21  of engaged in, in helping this child.

22         And I recall inconsistency in receiving --

23  so, so individually those reports then come together

24  to kind of create, um -- I don't want to use the

25  word profile, but they come together to create one



1  kind of data point for the child, based on these

2  different perspectives.

3          If I recall, we didn't have enough data to

4  be able to really kind of understand and make a

5  conclusion.

6      Q    What specifically -- what data did you

7  need to be able to draw those conclusions around

8  implementation of wraparound?

9      A    So we needed those -- we needed, we needed

10 -- there's a technical word I'm not recalling at the

11 moment.  But it's, again, as the wraparound

12 intervention, there is a specific -- there's

13 guidance around who is meant to submit the data, how

14 frequently.  That just didn't happen with fidelity,

15 I guess, to what is recommended when you're

16 implementing wraparound services.

17     Q    Did you not receive data from parents?

18     A    I don't remember specifically, but I

19 believe we did not.

20     Q    Did you not receive data from service

21 providers in the GNETS facilities?

22          MS. JOHNSON:  Objection.

23     A    I don't remember specifically, but I know

24 all of these pieces coming together didn't quite

25 include all of the perspectives.



1          So I don't remember specifically with each
2   child in each case, whether the parent was missing
3   or whether the social worker was missing.  But
4   across the cases, yes, parents were missing, social
5   workers were missing.
6      Q    Do you recall what efforts the Center of
7   Excellence made to contact the parents of students
8   enrolled in the South Metro GNETS facility?
9      A    So, again, if I'm recalling the scope, we
10  -- I don't believe the project was designed to where
11  we were -- we were engaged in primary data
12  collection.
13         So what you just said is primary data
14  collection.  I am reaching out to someone to receive
15  the data.
16         I believe my recollection of this project
17  is our role was in secondary data collection, which
18  means I am not -- I am not receiving the data; the
19  data is being forwarded to me.
20     Q    Understood.  Understand.  Go ahead.
21     A    So for that purpose then, I -- we -- if I
22  recall the project and the scope, we, we were not
23  reaching out to the students.  We were not reaching
24  out directly to the parents.
25         That coordination was happening at that



1  project level, and we were just receiving the data.

2      Q    Was Derrick Gilchrist providing that data

3  as the primary data collector, to use your words?

4      A    Yes.  I don't think it was him

5  specifically, but, yes, he was the main point of

6  contact, who was then coordinating that data being

7  compiled and sent to us, yes.

8      Q    And did the COE share its concerns about

9  the inadequacy of the data collected with Derrick

10 Gilchrist before sending its final report?

11         MS. JOHNSON:  Objection.

12     A    I didn't say inaccuracy of data.  I just

13 said that there wasn't enough data.  I can't speak

14 to the accuracy.

15     Q    To be clear, I was asking about -- I said

16 inadequacy, not inaccuracy.

17     A    Oh, I'm sorry.

18     Q    That's okay.

19     A    I misheard you.

20     Q    That's fine.

21     A    Can you restate the question?

22     Q    Sure.  Did the Center of Excellence reach

23 out to Derrick Gilchrist about its concerns

24 regarding the adequacy of the data collected before

25 submitting the final draft report to Mr. Gilchrist?



1      A    Yes.

2      Q    Okay.  And what did you hear back from

3  Derrick Gilchrist?

4      A    So I think that's where -- if I'm

5  recalling the timeline correctly, we had maybe one,

6  two -- we had a few exchanges where we were

7  expressing, you know -- where we were expressing

8  that we were feeling like we didn't have enough

9  data, and we did that through verbal exchanges, and

10 he very much attempted to, you know, to connect with

11 his project staff to collect it, to compile it.

12         If I recall, I know one of the delays in,

13 in kind of getting that -- even kind of

14 communicating it out and then getting a little bit

15 of data, I believe one of the delays was he had a

16 death on his team, and I do believe that that person

17 was directly involved with this project.  And I

18 think an untimely death, so.

19         I think that for sure challenged the

20 situation.

21     Q    Who participated in these conversations

22 around the adequacy of the data in connection with

23 this project?

24     A    Susan McLaren and myself.  From the COE

25 side.



1    Q    Okay.  And who participated from South
2  Metro, aside from Derrick Gilchrist?
3    A    So I cannot recall the specific names.
4  Because, again, I just came on in the last three
5  months of the project.
6         So I don't recall the specific team
7  members.  My main point of contact was Derrick
8  Gilchrist.
9    Q    There were other members of his staff on
10 that call?
11   A    Yes.
12   Q    You just don't recall who they were?
13   A    Correct.
14         MR. HOLKINS:  I just want to put you on a
15      marker that we are going to request a copy of
16      the report that was sent to Derrick Gilchrist.
17   Q    In 2019?
18   A    I believe.
19   Q    You believe.
20         MR. HOLKINS:  We can follow up on that as
21      responsive to the United States' existing
22      document requests.
23 BY MR. HOLKINS:
24   Q    So let's step aside from this report.
25         What are your ongoing responsibilities in



 1  your official capacity at the Center of Excellence

 2  with respect to the GNETS program?

 3          MS. JOHNSON:  Objection.

 4          You can answer.

 5      A    There is none.

 6      Q    I'm sorry?

 7      A    I don't have any ongoing responsibilities.

 8  That project ended, and -- the GNETS project ended,

 9  and I have not had any further contact with that

10  project with Derrick.

11      Q    Have you had any contact since this

12  project with South Metro GNETS facility with any

13  GNETS program?

14          MS. JOHNSON:  Objection.

15          You can answer.

16      A    Not to my knowledge.

17      Q    What is your understanding of the

18  behavioral health services that are available for

19  students who are enrolled in GNETS?

20          MS. JOHNSON:  Objection.

21      A    Can you repeat the question?

22      Q    What behavioral health services are

23  available to students enrolled in GNETS?

24          MS. JOHNSON:  Same objection.

25      A    I can, I can only speak to my knowledge of



DIMPLE DESAI                                    March 29, 2022
UNITED STATES vs STATE OF GEORGIA                        95

1  what was to be included in the GNETS project, which
2  is wraparound services, wraparound supports.
3          I can't speak to what else is being
4  offered in GNETS facilities.
5      Q    Do you meet with anyone at OCYF regarding
6  GNETS on a regular basis?
7      A    No.
8          MS. JOHNSON:  Objection.
9      Q    Do you know Nakeba Rahming, R-A-H-M-I-N-G.
10         Nakeba Rahming, do you know her?
11     A    No.  No.
12     Q    Just a little bit louder for the record.
13     A    Sorry.
14     Q    Do you know Debbie Gay?
15     A    I believe that's the name I was trying to
16  remember.  Maybe Debbie Gay.  Was she with DOE?
17     Q    I can't answer your questions.
18     A    Oh.
19     Q    Is it your understanding Ms. Gay worked
20  for the Department of Education?
21     A    I'm not sure.  I know it's a name I have
22  -- so I -- I've not met this person but I've seen
23  this name.  I'm not sure.  I just -- I know I've
24  seen this name before and I've heard of it before.
25  I don't want to misspeak in placing her because I'm



1   not sure.

2        Q    Do you know Clara Keith?

3        A    I have not heard of that name before.

4        Q    Have you heard of the name Zelphine

5   Smith-Dixon?

6        A    No.

7        Q    And just to confirm your prior testimony,

8   you've never visited a GNETS facility; is that

9   accurate?

10       A    Correct.

11       Q    Have you ever provided training or

12  technical assistance to staff at GNETS facilities?

13            MS. JOHNSON:  Objection.

14       A    I personally have not.

15       Q    Do you know if anyone at the Center of

16  Excellence has provided training to staff at any

17  GNETS facility?

18            MS. JOHNSON:  Objection.

19       A    I do not know.

20       Q    Just give me one second.  I apologize for

21  the delay.

22       A    No problem.

23            (WHEREUPON, Plaintiff's Exhibit-29 was

24       marked for identification.)

25



1  BY MR. HOLKINS:

2      Q    Ms. Desai, you've just been handed what

3  was previously marked as Exhibit 29.  Please take a

4  moment to familiarize yourself with the document and

5  let me know when you're finished.

6          There's no need to read every line.

7          MR. HOLKINS:  For the record, this is

8      GA00581815.

9          (Witness reviews exhibits.)

10     Q    So I'll note this is an email chain

11 between Dante McKay and Nakeba Rahming, from 2016.

12         This was before you joined the Center of

13 Excellence, correct?

14     A    Yes.

15     Q    Okay.  Jana Aldrich Pruett, that is an

16 individual who still works at the Center of

17 Excellence, correct?

18     A    No.

19     Q    Okay.

20     A    She has moved on.

21     Q    When did she leave the Center of

22 Excellence?

23     A    2021.

24     Q    Did Ms. Pruett have responsibilities with

25 respect to the Apex program?



1      A     She did.

2      Q     And was that the case in 2020, in 2021,

3   before she left?

4      A     Yes, but significantly less in, in scope.

5      Q     So as you'll see from Nakeba Rahming's

6   initial email to Dante -- and this is on Page 2 at

7   the bottom.  This is the email dated May 26, 2016.

8            Do you see where I am?

9      A     Yes.

10     Q     Nakeba Rahming reaches out to Dante to let

11  him know that "I am working on a trauma informed

12  care service delivery models for GNETS.  I wanted to

13  know if DBHDD has been doing any work in this area

14  and if so can we collaborate on things related to

15  it."

16           Do you see that text?

17     A     I do.

18     Q     Back on Page 1, Nakeba Rahming, in

19  response to Dante's email, writes on May 26, 2016:

20  "I will reach out the folks at Georgia Center of

21  Excellence because I see the trauma informed care

22  listed in that section."

23           Do you see that text?

24     A     I do.

25     Q     Are you aware of any contact between

1  Nakeba Rahming and employees of the Center of

2  Excellence regarding implementing a trauma informed

3  mechanism at GNETS?

4      A    I am not.

5      Q    And to the best of your knowledge, is the

6  Center of Excellence currently providing any

7  assistance to GNETS facilities in implementing a

8  trauma informed care service delivery model?

9           MS. JOHNSON:  Objection.

10     A    Not to my knowledge.

11     Q    I know that you have explained that you --

12  excuse me.

13          I know you have testified previously you

14  have not visited any GNETS facilities.  I'm curious

15  whether that's also true for the staff you directly

16  supervise in the Center of Excellence?

17     A    To my knowledge, no.

18     Q    To your knowledge, has Susan McLaren ever

19  visited a GNETS facility?

20     A    To my knowledge, no.  But I don't know

21  because I wasn't around when the GNETS project was

22  initiated.  So as part of that project, I'm not sure

23  if they met -- I don't know.  Yeah.

24     Q    As part of your duties at the Center of

25  Excellence, do you regularly receive data or



1   documents showing referrals to the GNETS program?

2           MS. JOHNSON:  Objection.

3       A    Can you repeat the question?

4       Q    In the course of your regular duties at

5   the Center of Excellence, do you review any data or

6   documentation showing the number of referrals to

7   GNETS?

8       A    No.

9           MS. JOHNSON:  Objection.

10      Q    Do you review as part of your regular

11  duties at the COE any data or documentation showing

12  length of placement for students enrolled in GNETS?

13          MS. JOHNSON:  Objection.

14      A    No.

15      Q    As part of your regular duties at the

16  Center of Excellence, do you review any data or

17  documentation showing the availability of behavioral

18  health services to students enrolled in GNETS?

19          MS. JOHNSON:  Objection.

20      A    Can you repeat the question?

21      Q    As part of your regular duties at the

22  Center of Excellence, do you review any data or

23  documentation with respect to the availability of

24  behavioral health services to students enrolled in

25  GNETS?



1             MS. JOHNSON:  Objection.

2      A    Not to my knowledge.

3      Q    In your regular duties at the Center of

4  Excellence, do you review any data or documentation

5  showing utilization of behavioral health services by

6  children enrolled in GNETS?

7             MS. JOHNSON:  Objection.

8      A    Not to my knowledge.

9      Q    In your regular duties at the Center of

10 Excellence, do you review any data or documentation

11 showing staffing levels at GNETS facilities?

12            MS. JOHNSON:  Objection.

13     A    Not to my knowledge.

14            Not to my knowledge.

15     Q    Thank you very much.

16            In your regular duties at the Center of

17 Excellence, do you review any data or documentation

18 with respect to coordination between GNETS programs

19 and community service providers in the State of

20 Georgia?

21            MS. JOHNSON:  Objection.

22     A    No, not on a regular basis.  No.

23     Q    Ever?

24     A    I, I -- I have -- so I have, I have

25 recollection of -- sitting here today I can recall



1  one time where we were unsure the placement of a

2  student, and that was because in the way that we

3  receive our reporting, it's at a school level, and

4  if I recall, I believe at that time the name of a

5  school had been typed in, likely because that

6  provider was submitting a report for the first time

7  at that school.  Otherwise, our school list is

8  pre-populated.  And there was some discrepancy in

9  the way the name was entered.

10         And so there was confusion on what school

11  was meant to be reported, and it was between -- it

12  was a possibility of A and B, and we just weren't

13  sure.

14         And so I believe, and this was some time

15  ago, but I believe we, we, you know, kind of picked

16  up on, on that.  And so attempted to work with the

17  provider to identify, okay, which school did you

18  mean to report.  And, and -- and so I believe that

19  that is the one call at this moment that I'm

20  recalling that we worked with the CSB to kind of

21  identify exactly what the situation was.

22     Q    Okay.  What Community Service Board was

23  that?

24     A    If I recall, I believe it was Serenity

25  Behavioral Health Services, I think is the name.



1     Q    I know I asked you about whether you

2   regularly review a variety of data with respect to

3   GNETS.  I'm going to go through these questions

4   again, and I'll try to do this quickly, and ask

5   whether as part of your duties at the Center of

6   Excellence you ever review data or documentation

7   with respect to enrollment in GNETS?

8             MS. JOHNSON:  Objection.

9     A    No, not to my knowledge.

10    Q    Do you ever review data showing length of

11  placement for students enrolled in GNETS?

12            MS. JOHNSON:  Objection.

13    A    No.  Not to my knowledge.

14    Q    Do you ever review data showing the

15  availability of behavioral health services to

16  students enrolled in GNETS?

17            MS. JOHNSON:  Objection.

18    A    No, not to my knowledge.

19    Q    Do you ever review data or documentation

20  with respect to the utilization of behavioral health

21  services by students enrolled in GNETS?

22            MS. JOHNSON:  Objection.

23    A    No.

24    Q    Do you ever review data with respect to

25  transition planning for students who are exiting the



DIMPLE DESAI                                     March 29, 2022
UNITED STATES vs STATE OF GEORGIA                          104

 1   GNETS program?

 2            MS. JOHNSON:  Objection.

 3       A    No.

 4            MS. COHEN:  Repeat that.

 5            MS. JOHNSON:  No.

 6            MS. COHEN:  You're shaking your head

 7       rather than saying the word out loud.  So I

 8       just wanted to make sure.

 9            I was worried it would get swallowed up

10       with Melanie's objections.

11            Wanda is very experienced, so I'm sure she

12       took it down, but I just wanted to make sure

13       the word came out.

14            MR. HOLKINS:  Thanks, Frannie.

15   BY MR. HOLKINS:

16       Q    What role, if any, does the Center of

17   Excellence play in monitoring coordination between

18   community service providers and GNETS programs?

19            MS. JOHNSON:  Objection.

20       A    Not any, to my knowledge.

21       Q    Does the Center of Excellence conduct any

22   analysis of gaps in behavioral health services that

23   may have contributed to children being placed in

24   GNETS?

25       A    Not --



1          MS. JOHNSON:  Objection.

2     A    -- to my knowledge.

3     Q    Have you made any written recommendations

4  relating to mental health services available in

5  GNETS, aside from the report that we discussed with

6  respect to the South Metro GNETS program?

7          MS. JOHNSON:  Objection.

8     A    Not to my knowledge, no.

9          MR. HOLKINS:  So I think this is a good

10    time for our lunch break, and I think we can

11    take an hour, starting around now, until 10

12    after 1:00.

13         Is that okay?

14         MS. JOHNSON:  Yeah.

15         MR. HOLKINS:  Let me just quickly check

16    with Fran to see if she has any questions

17    before we go off the record.

18         MS. COHEN:  No, I don't.

19         MR. HOLKINS:  Let's take our lunch break

20    now.

21         THE VIDEOGRAPHER:  We're off the record at

22    12:09 p.m.

23         (A recess was taken.)

24         THE VIDEOGRAPHER:  We're back on the

25    record at 1:11 p.m.



```
 1  BY MR. HOLKINS:
 2       Q    Welcome back, Ms. Desai.
 3       A    Thank you.
 4       Q    I'd like to ask you some questions about
 5  the Apex program, which is something we already
 6  talked about today.
 7            What is the Georgia Apex program?
 8       A    The Georgia Apex program is a school-based
 9  mental health initiative funded by the Department of
10  Behavioral Health and Developmental Disabilities.
11            It partners with community-based providers
12  across the State to place a therapist in schools and
13  deliver therapeutic support.
14       Q    And when you say community-based partners,
15  are you referring specifically to community service
16  boards?
17       A    Community-based partners is inclusive of
18  Community Service Boards, as well as the -- I
19  believe I'm saying this right -- the non-CSB Tier 2
20  providers, in the way that DBHDD organizes their
21  safety network.
22       Q    What's your understanding of why the Apex
23  program was created?
24       A    So it precedes me, but I have been told
25  that it was -- it was kind of the passion project of
```



1  a previous OCYF director, that is no longer with the

2  department anymore.

3          And that individual was I believe a

4  therapist in -- working with schools in a previous

5  job, and at the time, in 2015, there was a little

6  bit of, I believe, some funding that maybe perhaps

7  had not been earmarked.  So he shared the idea of

8  developing a program that could place providers and

9  therapists to deliver, to deliver services,

10  acknowledging what we know in terms of access to

11  individuals receiving and -- you know, secured

12  services.

13     Q    You said -- I just want to make sure I

14  understand.  You testified acknowledging what we

15  know in terms of access to services?  Is that right?

16     A    Yes.

17     Q    What do you mean --

18     A    Correct.

19     Q    What do you mean by "what we know"?

20     A    So when I say what we know, I'm referring

21  to some of what's in the research base as well as

22  the literature which you, which you seek to

23  understand why some kids are not able to secure the

24  services that they need.

25          Transportation is a big barrier to



1  accessing services.  So the fact that a therapist is

2  placed directly in the school, a natural environment

3  where the child spends so much of their time,

4  acknowledges the challenge of accessing services.

5          MS. COHEN:  I'm sorry.  Did you say

6      research base or research space?

7          THE WITNESS:  Research base.

8      A    Research base, the literature -- you know,

9  the body of literature in terms of what are some

10  access to securing services.

11      Q    You mentioned transportation as a

12  particular obstacle to accessing service.  Are there

13  others?

14      A    Yes.  Others, in addition to

15  transportation, is, you know, caregivers are

16  employed often and don't have -- some times the

17  flexibility to continue to take time off work, step

18  away from their jobs and their roles to take a child

19  to therapeutic, you know -- to take a child to see a

20  therapist.

21          So that also is a barrier.

22      Q    Are there any other barriers that come to

23  mind?

24      A    Sometimes there's just -- sometimes

25  another barrier is simply identification of a need.



1  You know, oftentimes you feel like something is off
2  but you're not quite sure and you need someone that
3  has some credentials to maybe do an assessment to
4  understand if a kid is in need of behavioral health
5  services and supports.
6          So that can be an access, too, being able
7  to connect with the right professional to be able to
8  do that.  So that's another barrier.
9      Q    Okay.  I believe you stated that Apex is
10  funded by DBHDD; is that correct?
11      A    Correct.
12      Q    Is that using state general funds?
13      A    So currently Apex is funded through -- let
14  me make sure I get this language right.
15          But it's a single -- it's a single -- it's
16  a single -- so DBHDD is a sole funder, but the
17  funding streams, there's three funding streams, if
18  you will.  And the way we refer to it is base
19  funding, and then there's, there's two other kind of
20  streams, one that was invested by Governor Deal, and
21  a third that was by Governor Kemp.
22      Q    Okay.  So let's just go through those one
23  by one.
24          The base funding that you just described,
25  was that the initial funding made available for the



1   Apex program?

2        A    Correct.

3        Q    Is that state general funds?

4        A    I believe so.

5        Q    And then the second funding source you

6   described in connection with Governor Deal, is that

7   state general funds?

8        A    I believe so.

9        Q    And then the third funding source you

10  described in connection with Governor Kemp, is that

11  also state general funds?

12       A    I believe so.

13       Q    In the documents you'll see references to

14  Apex 1.0, Apex 2.0.

15            Could you help me understand what that

16  means?

17       A    Apex 1.0 is based funding, so that's the

18  first item that I mentioned.

19            2.0 is Governor Deal's investment.

20       Q    And is 3.0 Kemp?

21       A    Governor Kemp, correct.

22       Q    Is it your understanding that DBHDD has

23  direct responsibility over the Apex program?

24       A    Yes.

25       Q    And within DBHDD, OCYF is the component?



1    A    Correct.

2    Q    Is it accurate that the Center of

3    Excellence, the Center of Excellence's role with

4    respect to the Apex program is described in the

5    contract between COE and DBHDD?

6    A    Yes.

7    Q    To your knowledge, are there entities

8    outside of DBHDD and COE that have responsibilities

9    relating to Apex?

10   A    I would say those that are funded.  Of the

11   CSBs and the -- you know, they have some

12   responsibility as well to the program.

13   Q    So the providers --

14   A    Correct.

15   Q    -- that are enrolled in Apex have

16   responsibilities?

17   A    Correct.

18   Q    Do schools likewise have responsibilities

19   under Apex?

20   A    The way the funding is kind of deployed,

21   if you will, it is DBHDD directly funding the

22   community service providers to go forward -- to go

23   into their communities and, you know, identify

24   schools to implement programming within.

25             So when I think about the program sort of



1  organized in that way, I don't necessarily include

2  schools in that.

3      Q   So just to make sure I understand your

4  testimony, do schools have responsibilities directly

5  to DBHDD in connection with the Apex program?

6      A   No.

7      Q   Are there specific eligibility criteria

8  for youth to be able to receive Apex services?

9      A   So, you know, providers identify schools

10  that they are going to partner with to implement

11  Apex services.  So I guess the first eligibility is

12  a student needs to reside in one of the schools that

13  they're implementing Apex in.

14          And then once a provider is in the school

15  in terms of eligibility, you know, it's going to be

16  based on demonstrated need.  Some students need

17  lesser levels of support and some need higher level

18  of support.

19      Q   And just to loop back to something you

20  said, if I understand your testimony correctly, if a

21  child is not residing in an area where Apex has been

22  implemented, they're not eligible to receive the

23  service; is that accurate?

24      A   Not with -- not -- so that's accurate.

25          Not with Apex services that are being

1  implemented in schools, correct.

2       Q    So they could receive services outside of

3  Apex?

4       A    Right.  So -- right, right.  Yeah.

5  Because the Community Service Boards that are

6  funded, they are, they are -- they're independent

7  clinical agencies, right.  So they have their agency

8  site.  It's the therapist that's being collocated,

9  if you will, in a school setting.

10          So, right.

11      Q    You mentioned Apex entailing collocation

12  of a therapist in a school setting, correct?

13      A    Uh-hum.  (Affirmative.)

14      Q    Are there other clinical staff that are

15  collocated in school settings through the Apex

16  program?

17      A    So each, each provider really kind of, I

18  would say, organizes that, you know, based on the

19  staff that they have, based on acuity of need.

20          So what I mean is if it's a really high

21  needs school, then it's not unusual for a provider

22  to identify a licensed therapist to be dedicated to

23  a school, and then perhaps like a community support

24  individual, like a CS-I worker.

25          And so that person may not necessarily be



1  providing that intensive individual therapy but

2  might be acting as, you know, case management or,

3  you know, connecting the student with other services

4  and supports that are needed.

5      Q    Okay.  And so I understand from your

6  response that in addition to therapists, Community

7  Support - Individual, that staff category can be

8  collocated through the Apex program?

9      A    Can be.  As well as certified peer support

10  as well can, can also be included in the Apex

11  program.

12     Q    So you referred to a really high needs

13  school in your testimony.  What distinguishes a high

14  needs school versus another school?

15     A    So high need would be, you know, having,

16  having a large population of students needing that

17  more targeted -- needing more individual support,

18  individual therapy.

19         So the way we kind of think about it, and

20  again this is grounded in literature and, you know,

21  in sort of the research precedent that's, that's in

22  the space, is that services and supports can be

23  provided across three tiers, and the bottom rung of

24  a triangle, if you can imagine it, is the, is Tier

25  1, and that is when you're in a school implementing

1  an activity or, you know, curricula that's meant to

2  benefit whole school.  It's meant to benefit

3  everyone in the entire school.  And if you have some

4  kids that need just a little bit more kind of

5  support, then sometimes, you know, some needs can be

6  met at that level.

7            So, let's say, a school decides to

8  implement some specific SEL curricula,

9  social/emotional learning curriculum, then that

10  might acknowledge some needs for some students.

11           I think best practice says that that might

12  acknowledge -- I want to say it's like 80 percent of

13  the kids in a school might be -- their needs might

14  be addressed by something that is a universal

15  provision.

16           And you've got the second tier where you

17  have a smaller group of kids that need a little bit

18  more support.  They need some connection but they

19  don't need me one-on-one.  They need maybe some

20  group format.  That's when you think about like

21  group work.

22           So our providers go into schools and they

23  support doing groups.  So maybe it's on a topic

24  that's relevant for the community there, school

25  community, larger community, bullying, suicide.



1              They likely may partner with a counselor

2    in the school or another social worker and they

3    might do something like that together.  That then

4    addresses, you know, provides a higher need than

5    what's provided in Tier 1, to a smaller group of

6    kids.

7              Then at that very top tier, which is Tier

8    3, that's when you're doing that one-on-one

9    intensive intervention therapy.  So, you know, we

10   think three to five percent of kids need that type

11   of level of support.

12             Now, having organized it in that way,

13   there are some schools that have a very high need

14   for Tier 3 supports, and so that I think is also

15   taken consideration.

16        Q    Thank you.

17             I had asked you about eligibility criteria

18   for Apex.  I just want to take a really quick detour

19   and ask you whether you're familiar with eligibility

20   criteria for the GNETS program?

21        A    I am not.

22        Q    Do you know if children or adolescents can

23   be excluded from eligibility for the Apex program on

24   the basis of their diagnosis?

25        A    No.



1      Q    They cannot?  Or you just don't know?  I'm

2   sorry.

3      A    Yeah, I -- I mean I'm -- I don't know and

4   I'm trying to think of a scenario.  Like -- and I'm

5   trying to think of a scenario that if a student had

6   X diagnosis, would a therapist say, no, I can't see

7   you.

8           I'm not aware.  I mean I know that, you

9   know, the therapist is there to provide that direct

10  interaction, and if there is a situation that

11  presents itself that they feel, for whatever reason,

12  they cannot offer the appropriate support, then --

13  you know, again, they come from an agency that has a

14  lot of other therapists, right.

15          So it's -- the infrastructure of the

16  program is nice in that if that individual therapist

17  in that specific school cannot meet the needs, they

18  have access to other resources within their like, I

19  don't know, host -- I don't want to say host agency,

20  but like the agency they come from.

21      Q    Let me ask it this way:  Are there any

22  categorical exclusions from Apex eligibility based

23  on diagnosis?

24      A    I --

25      Q    I'm sorry.  I just want to reask that



1 because I want to make it a little bit more

2 specific.

3          Are there any categorical exclusions from

4 Apex eligibility based on behavioral health

5 diagnosis?

6    A    I'm pausing because I'm not sure where

7 autism fits in.  I'm not, I'm not sure.  Like I'm

8 not -- I'm not remembering if, if that diagnosis --

9 I'm not saying that it would preclude them, but if

10 additional supports and services might need to be

11 supplemented.  I'm not recalling right now.

12    Q    What additional services and supports

13 beyond what's available through Apex would be

14 necessary to meet the needs of a child with autism?

15    A    Well, I think supplementing with some

16 additional learning supports and services might be

17 necessary behind -- beyond like behavioral health.

18 Like supports for their learning, growth in their

19 learning.

20          Like, uh -- what I'm trying to say.  Like,

21 like -- I don't know, like occupational therapy.

22 That's what I mean.  Additional services that might

23 support, you know, increasing their ability to learn

24 and things like that.

25    Q    Thank you for that information.



1              Is there any written policy relating to

2      Apex, a categorical exclusion for eligibility from

3      Apex based on autism?

4          A     Not to my knowledge.

5          Q     Is there in any written document that

6      you've seen relating to the Apex program any

7      categorical exclusion for eligibility for Apex based

8      on any behavioral diagnosis?

9          A     Not to my knowledge.

10         Q     Are children who have behavioral health

11     conditions and a history of aggression categorically

12     excluded from participating in Apex services?

13         A     Not to my knowledge.

14         Q     Are children with behavioral health

15     conditions who have a history of out-of-home

16     placements categorically excluded from receiving

17     Apex services?

18         A     Not to my knowledge.

19               MS. JOHNSON:  Objection.

20               This line of questioning is asked and

21          answered.

22               But you can answer.

23               MR. HOLKINS:  So this question is with

24          respect to out-of-home placements, which I

25          don't think is something I asked about before,



DIMPLE DESAI                                        March 29, 2022
UNITED STATES vs STATE OF GEORGIA                        120

1        and I'll just reask it so that it's clear for
2        the record.
3    BY MR. HOLKINS:
4        Q    Are children with behavioral health
5    conditions who have a history of out-of-home
6    placements categorically excluded from participating
7    in any Apex services?
8        A    Not to my knowledge.
9        Q    Does DBHDD allow Apex providers to serve
10   students enrolled in GNETS?
11           MS. JOHNSON:  Objection.
12       A    I can only speak from the policy that they
13   have, you know, released and shared with providers,
14   and that is that Apex, Apex providers do not
15   implement programming in GNETS standalone
16   facilities.
17       Q    Do you know the reason for that policy?
18       A    I, I can presume to know.  I don't know
19   for sure but I can --
20       Q    What is your understanding?
21       A    Um, so my understanding is the level of
22   care and the services and supports that a student
23   needs -- you know, the fact that you are in a GNETS
24   setting indicates that you are needing higher level
25   of supports and services.



 1              And I -- it's my understanding that, you

 2     know, what an Apex provider -- they're in need of

 3     something more than what an Apex provider can

 4     support.  They have higher levels of needs.  And so

 5     I think -- I think that's -- I mean I think that is

 6     some of it --

 7          Q    What is the --

 8          A    -- to my understanding.

 9          Q    -- for your belief that children enrolled

10     in GNETS have higher needs than Apex providers are

11     able to meet?

12              MS. JOHNSON:  Objection.

13              You can answer.

14          A    My understanding of GNETS -- my

15     understanding of a child moving from their general

16     education is that -- general education setting, my

17     understanding is that, you know, all supports and

18     accommodations have, have been made and the child is

19     still needing more.

20              So my understanding of how a student finds

21     themselves in a GNETS environment is that what can

22     be provided in their kind of homeschool has not

23     adequately met their needs and they're needing more.

24     So now they're in a GNETS facilities so that more

25     can be provided.



1      Q    Do you track whether children who are

2   enrolled in GNETS receive Apex services before

3   enrolling in GNETS?

4      A    Ask me that one more time.

5      Q    I'll read it back.

6           Do you track whether children who are

7   enrolled in GNETS receive Apex services before they

8   enroll in GNETS?

9      A    So we -- so Apex providers -- it is

10  possible for Apex providers to be providing services

11  to a student who either came from GNETS and they're

12  in their home.  So we call it homeschool, like in

13  that situation.

14          So is it possible that a student was

15  previously in a GNETS environment and now is -- has

16  returned to their homeschool and now their name is

17  coming up on a referral for services and then they

18  go on to be seen?  Yes, that's possible.

19          Is it possible that a student is receiving

20  services in a homeschool and then has a need for a

21  greater level of care and is then transitioned to a

22  GNETS environment?  That child would continue to be

23  seen.

24     Q    So I'm not asking you what's possible.

25  I'm asking you whether, as a matter of course, the



1  Center of Excellence tracks whether children who are

2  enrolled in GNETS received Apex services before they

3  enrolled in GNETS?

4        A    That, that -- we do not have a -- we don't

5  currently have a question that would directly tell

6  us if a child -- we do not have that question.

7        Q    So the answer is -- I'm sorry.  Go ahead.

8        A    The answer is no.

9        Q    The answer is no?

10       A    We do not have that.

11       Q    Okay.  Have you discussed adding that

12  question to your tracking materials?

13       A    I don't believe we have.

14            And I'm just -- so we don't have uniquely

15  that question, "Did you come from a GNETS school?"

16            We do have questions of like referral,

17  right, and then we have -- we have an Other

18  category, where text entry can, can let us know.

19  But we do not have a unique question --

20       Q    Right.

21       A    -- that asks that.

22       Q    And just to be clear, the question that

23  I'm asking about whether you have, is whether

24  children, prior to enrolling in GNETS, received Apex

25  services, and I believe your testimony is you do not



1  have a field specifically for that question; is that

2  correct?

3      A    Correct.

4      Q    And you have not discussed developing that

5  precise field; is that correct?

6      A    Not to my recollection.

7      Q    Okay.  I want to return to the question of

8  the basis of your understanding that children

9  enrolled in GNETS had needs that cannot be met in

10  Apex.

11          Can you try again to explain what informs

12  your opinion that children who are in GNETS cannot

13  be served by Apex?

14      A    In my opinion, the, the level of -- I

15  think the level of need that, that I think I guess

16  took them out of their homeschool and then put them

17  in a GNETS facility, I think the intensive --

18  greater intensive support that's needed is, is I

19  think more than what an Apex therapist in the school

20  to support across Tiers 1, 2, and 3 can accommodate.

21      Q    I understand your opinion, but I'm asking

22  what informs it?  Have you reviewed data, documents?

23  Anything that would substantiate the opinion that

24  you've just expressed?

25      A    I, I -- no, I don't think there's data or



1  documents.  I think it's based on my knowledge of --

2  my little knowledge that I had about GNETS coming

3  into the project, the three-month tenure that I had,

4  understanding the intervention that was being

5  implemented there, again wraparound.

6          Wraparound is a very intensive

7  intervention.  Our therapist -- so wraparound is a

8  very intensive intervention, and I -- and the

9  identification of why wraparound would be an

10 appropriate intervention for that project in GNETS

11 setting is what is kind of -- and that was based on

12 literature.  That was based on research, is what's

13 forming my opinion that, that environment is needing

14 greater intensive intervention than what an Apex

15 provider is, is able to provide in a school setting.

16     Q    So just to be clear, the basis for your

17 opinion that children enrolled in GNETS have higher

18 needs that can be met in Apex is that three-month

19 project you did with South Metro GNETS; is that

20 correct?

21     A    More or less, yes.

22     Q    And that's the same project we discussed

23 earlier, where you shared -- they were not able to

24 reach any conclusions because the data was

25 inadequate, correct?



1        A     Correct.

2        Q     Okay.

3              Do you know whether Tier 1, 2, and 3

4    services are available in GNETS facilities?

5              MS. JOHNSON:  Objection.

6        A     I don't know.

7        Q     I have an exhibit that I would like to

8    share via Zoom.  If you give me one second, I'll

9    pull it up.

10             Can you see a document on your screen, Ms.

11   Desai?

12       A     Yes.

13             MR. HOLKINS:  I'll note for the record

14         this document was produced by the State of

15         Georgia to the United States.

16             It's Bates stamped GA00789946.

17             I'd like to introduce this as Exhibit 46.

18             (WHEREUPON, Plaintiff's Exhibit-46 was

19          marked for identification.)

20   BY MR. HOLKINS:

21       Q     At the top of this document, on the first

22   page is the heading "Georgia Network for Educational

23   and Therapeutic Supports, GNETS, FY18 Grant

24   Application."

25             And at the very top there's a logo for the



1  Georgia Department of Education, and you'll see, Ms.

2  Desai, that the applying entity here is Elam

3  Alexander Academy.

4          Have you ever heard of that facility?

5      A    I have not.

6      Q    I'd like to direct you to Page 12 of this

7  document, which should now, if you're on your

8  screen -- do you see Page 12?

9      A    I do.

10     Q    So this document describes Elam

11 Alexander's representation about Tier 1 services

12 that are being provided in its facility.

13         Do you see the text I'm referring to

14 generally?

15     A    I do.

16     Q    I'd like to scroll now to Page 13, which

17 describes Elam Alexander's representation as to the

18 Tier 2 services that it provides in its facility.

19         Do you see that?

20     A    I do.

21     Q    Scrolling down to Page 14, do you see the

22 text describing Elam Alexander's representation of

23 the Tier 3 services provided in its facility?

24     A    I do.

25     Q    Does it surprise you to see that based on



1  Elam Alexander's representation services across all

2  three tiers are offered in its facility?

3      A    No.

4      Q    It doesn't surprise you?

5      A    No, because in my understanding of the way

6  in which schools identify levels of support, some of

7  it does look very similar to the school-based mental

8  health model that I'm referring to.

9          The language, some of the language is very

10 consistent, Tier 1, Tier 2, Tier 3.  I think even

11 PBIS has a triangle, and some of that is very

12 consistent as well.

13         So I'm not surprised.  I think, you know,

14 I think -- I think some -- I think there's some

15 nuances to it, but generally there's, there's a lot

16 of similarity.

17     Q    Okay.  And I just want to zoom in on one

18 particular tier of service, which is Tier 1.  I've

19 gone back to Page 12.

20         Do you see where I am?

21     A    Yes, yes.

22     Q    The top of the page?

23     A    Yes.

24     Q    Could you review the description of Tier 1

25 services on this page, and then let me know when



DIMPLE DESAI                                         March 29, 2022
UNITED STATES vs STATE OF GEORGIA                          129

1  you've finished.

2      A    So you want me to read all of what's

3  listed under Tier 1 services?

4      Q    Let me tell you why I'm asking you to read

5  it.  That may be a good place to start.

6          I want to ask you about whether this

7  differs at all from the Tier 1 services you would

8  expect to see provided through Apex?

9          MS. JOHNSON:  Do you mean each of the

10         categories, like PBIS, Mental Health, Second

11         Step?  Is that all what you're considering Tier

12         1?

13         MR. HOLKINS:  Yes.

14  BY MR. HOLKINS:

15     Q    These are -- basically everything that you

16  see until the box labeled Tier 2 is the

17  representation made by Elam Alexander of the Tier 1

18  services that are being provided in its facility.

19         So I just ask you read that material,

20  recognizing this may take a minute or two, and I

21  don't want to rush you, and just let me know where,

22  if anywhere, this diverges from what you would

23  expect to be provided in Tier 1 through Apex.

24         (Witness reviews exhibit.)

25     A    Okay.



1    Q    I'm sorry, I didn't realize you were

2   finished.

3    A    That's okay.

4    Q    So let me just reask the question.

5         Do the Tier 1 services described on Pages

6   12 and 13 of this document, Exhibit 46, differ from

7   what you would expect to see offered through Apex?

8    A    So, yes.  So let me explain why.

9         So when I think about -- when I think

10  about our school-based framework and the triangle,

11  Tier 1, Tier 1 is, again, something that is meant

12  for whole school benefit, and Tier 1 is something

13  that our Apex therapists would be supporting.

14        So Tier 1 -- if I can say like in layman

15  terms, the onus of Tier 1 is really kind of on the

16  school and, and the school staff.  So what I mean is

17  like an Apex therapist would be in support of an SEL

18  curricula but an Apex therapist isn't implementing

19  an SEL curricula.

20        I don't know if I'm making myself clear.

21        Tier 1 is meant to benefit whole school,

22  and it is, it is something that an Apex therapist

23  would support.  So maybe they're at the SEL

24  curricula meeting, they're helping to guide it, but

25  that person isn't taking the lead in any of that,



1  but they are a thought partner.

2          So that's really kind of the school taking

3  the lead on what's happening at Tier 1, if that

4  makes sense.

5          Here it says Tier 1 supports and services

6  are provided daily through 100 percent of students.

7  So that language is, in my understanding and

8  interpretation, this Tier 1 is written from the

9  perspective of what a school staff and personnel are

10  meant to do, which makes sense, because this is a

11  GDOE document.  Our Apex -- Georgia Department of

12  Education document.

13          Our Apex therapists are very much in

14  support of this, but that's -- they're not doing

15  this, this provided daily for 100, they're not doing

16  that daily, right.  They are there in support of

17  these activities.

18          So that's where -- like I said, it's

19  nuanced.

20     Q    Right.  I understand the point.

21     A    It's different.

22     Q    I understand the point you're making in

23  terms of the services that are directly provided by

24  Apex therapists.

25     A    Right.



1      Q    But Apex does encompass three tiers of
2  service, correct?

3      A    Correct.

4      Q    Including Tier 1 --

5      A    Yes.

6      Q    -- which is -- as you described it --

7      A    Supporting schools.

8      Q    We can't talk over each other.  It's okay.
9  It's fine.  No worries.  I saw where you were going.
10  We just have to wait our turn.

11          So Tier 1 services are the universal
12  intervention and awareness promotion services you
13  described earlier, right?

14     A    Uh-hum.  Yes.

15     Q    Are the kinds of services described here,
16  stepping aside -- setting aside the question of who
17  was providing them, what would you expect from Tier
18  1?

19     A    Yes.

20     Q    Okay.  Thank you.

21          So let's go ahead and put this aside.  I'm
22  going to stop sharing my screen.

23     A    Okay.

24          MR. HOLKINS:  I'd like to introduce --
25      this is actually a pre-introduced exhibit,



 1        Exhibit 20.

 2              (WHEREUPON, Plaintiff's Exhibit-20 was

 3         previously marked for identification.)

 4   BY MR. HOLKINS:

 5        Q    Ms. Desai, you just received what was

 6   previously marked as Exhibit 20.

 7              Please take a moment to familiarize

 8   yourself with the document.  You don't need to read

 9   it line by line.  Let me know when you finish.

10              MR. HOLKINS:  I'll note for the record

11         this is GA00130192.

12              (Witness reviews exhibit.)

13        A    I'm ready.

14        Q    Have you seen this document before today?

15        A    I have.

16        Q    And what is this document?

17        A    To my understanding, this document is what

18   is forwarded to the community behavioral health

19   providers that are funded to implement Apex.

20        Q    Thank you.

21              And if you turn to Page 2 of this

22   document, toward the middle of the page, there's

23   text that indicates that these are -- what follows

24   are community provider responsibilities and

25   deliverables updated for fiscal year 2021.



1          Do you see that text?

2      A    Correct, yes.

3      Q    Do you have any hand in drafting the

4  provider responsibilities and deliverables for Apex

5  providers?

6      A    I do not.

7      Q    Does anyone at the Center of Excellence?

8      A    Not to my knowledge.

9      Q    Do you have any input at all on this

10 document?

11     A    I think, I think over the years I have

12 verbally shared, you know, my -- you know, my -- I

13 have verbally shared my thoughts around what could

14 be included in these documents as a way to build

15 some accountability for data reporting.

16     Q    So, first off, with whom did you share

17 that verbal feedback?

18     A    I mean I'm sure it was our DBHDD partner.

19 So Dante, Layla, Dr. Pearson, maybe Danielle.

20 Danielle is newer, but certainly the other three.

21     Q    Do you recall when you shared this verbal

22 feedback with OCYF staff?

23     A    I don't.  I don't.

24          So, so I've shared it throughout the

25 years.  I'm quite sure I have probably shared it at



1   least once, even in this current fiscal year.

2   Again, you know, identifying fidelity to reporting

3   and things like that.  You know, encouraging some

4   upfront accountability.

5        Q    Could you describe specifically the

6   recommendations you made with respect to data

7   correction and accountability?

8        A    Goodness.  I think my most recent

9   recommendation that I'm recalling just in this

10  moment is related to our parent survey.  So we have

11  a survey that's been co-created by COE and DBHDD.

12  It was created before I came along, so I inherited

13  it.

14            And it's, it's great -- it's a great

15  survey in that it brings forward the perspective of

16  a parent of a child who's receiving services in

17  Apex, and the survey includes questions about kind

18  of their efficacy and their ability to support their

19  child, and things like that.

20            And we just -- we don't have a really good

21  participation rate with that survey for just a

22  variety of reasons.  And so I believe the last time

23  I likely mentioned, hey, you know, if that's

24  something that could be put in the document.

25            Again, just as a way to kind of remind



1  folks that we have this survey and we would

2  appreciate increased distribution and reporting.

3       Q    Okay.  So that was the recommendation that

4  they include language in the provider

5  responsibilities instructing providers to --

6       A    Yeah, encouraging them to get -- so,

7  again, this also is secondary data collection.

8       Q    Right.

9       A    So I am not -- you know, it's not COE

10 forwarding a survey to the parent directly.  It's

11 secondary, right.  So we are encouraging the

12 providers to forward the survey to the parents, and

13 then the parents forward it to us.

14      Q    Just to be clear, what was the language

15 specifically that you proposed adding to the

16 provider deliverables to address that?

17      A    Well, it's in this current year.  So I

18 don't think this document would reflect that, right.

19 It's in the current, yeah.

20      Q    So that would be for FY22?

21      A    Correct.

22           MR. HOLKINS:  I'll just note -- this is

23      really just for the transcript so I can look

24      back at this -- I don't believe we have program

25      deliverables for FY22 and we would request



DIMPLE DESAI                                                  March 29, 2022
UNITED STATES vs STATE OF GEORGIA                                      137

1        those from counsel.

2    BY MR. HOLKINS:

3        Q    What other recommendations have you made

4    previous to that one with respect to data collection

5    and accountability in connection with provider

6    deliverables for Apex?

7        A    Oh, let me just read this one because --

8        Q    Take your time.

9             (Pause.)

10       A    So I believe No. 7 likely also came from

11   some, you know, collaborative conversation, just

12   encouraging, you know, to continue participating in

13   some of the technical assistance opportunities and

14   peer, you know, events that we coordinate.

15            That, that goes a long way for us to kind

16   of understand what's happening in the network,

17   what's working, what are best practices, things like

18   that.

19       Q    So just to make clear for the record, when

20   you refer to No. 7 --

21       A    To monitor -- I'm sorry.

22       Q    That's fine.

23            You said it's No. 7 that likely was the

24   result of feedback that you provided; is that right?

25       A    Recollecting it, yes.  It could be.



1    Q    Right.  And No. 7 is "coordinate treatment

2  with the student, their family and teacher, and

3  other resources, as indicated," and then there's a

4  parenthetical?  Or am I looking at the wrong place?

5    A    Sorry.  No.  So on Page 3 there's a No. 7,

6  too.

7         I was referencing the No. 7 on Page 3.  To

8  monitor -- do we have different -- I don't know.

9  Sorry, it's my final page.

10        MS. JOHNSON:  Mine is on the last page.

11   A    I apologize.  It's my final page.  So it's

12  No. 7 on the final page.

13   Q    Thank you.  Okay.  Now I understand where

14  we are.

15   A    Yeah.

16   Q    So you're referring to Page 7 -- excuse

17  me -- to No. 7 on the last page of this document,

18  which is Exhibit 20, and the text -- that paragraph

19  starts with "to monitor proper implementation of the

20  model according to fidelity"; is that right?

21   A    Correct.  And I will tell you that the

22  fact that program evaluation and technical

23  assistance, the fact that language has been

24  included, that's where I am kind of feeling like

25  there was some collaborative conversation.



1          You know, as I said, you know,
2  encouragement of continuation of submitting data,
3  participating in these activities.
4      Q    When did you have conversations with your
5  partners at OCYF about what ultimately became No. 7
6  in this document?
7      A    This is, what, fiscal -- what fiscal year
8  is this?
9      Q    It's FY21.
10     A    I mean it must have been in the previous
11 fiscal year.  I, I don't have a specific
12 recollection.
13     Q    Do you have a recurring perhaps annual
14 meeting in which you discuss the Apex program
15 deliverables with your counterparts at OCYF?
16     A    Yes, yes.
17     Q    When does that meeting occur?
18     A    That meeting, you know, there's interim
19 progress checks in our monthly interaction, right.
20 I referenced previously we have two monthly meetings
21 and then kind of doing kind of a reflection, if you
22 will, annually.
23          That would coincide with when we're
24 drafting some of those scope documents, the previous
25 exhibits that we reviewed.



1    Q    I understand, and I just want to state
2   this for the record, and please let me know if I
3   misstate it.
4         Around the time you're working on the
5   scope of service document that we discussed earlier,
6   which goes to the Apex contract between DBHDD and
7   COE, that's also when you're having discussions with
8   OCYF about deliverables for providers?
9    A    Yes.
10   Q    Thank you.
11   A    Sorry.  Deliverables for us, not
12  deliverables for providers, right.
13        So some of the language included in 7
14  includes evaluation and technical assistance.  So I
15  say deliverables to us because, you know, the way
16  I'm interpreting it, we, we need their data.  We
17  need them to participate in technical assistance
18  activities so we can continue to monitor and provide
19  support for the program.
20        So I think I'm making kind of like a
21  technical like --
22   Q    Right.  These are -- this document
23  describes responsibilities and deliverables for
24  community providers --
25   A    Correct.



1       Q    -- not --

2       A    Correct, correct.

3       Q    Okay.  And you recommended including

4   language in this document to the effect of what's in

5   No. 7 on the last page?

6       A    I don't know that it was an outright

7   recommendation but I know we've had conversations,

8   you know, around including language that, again, and

9   continues to encourage them to submit their data,

10  continues to encourage them participating in the

11  technical assistance activities that we organize.

12      Q    So you never made a recommendation with

13  respect to No. 7?

14           I'm just trying to understand.  You said

15  there were conversations about it?

16      A    Uh-hum.  (Affirmative.)

17      Q    What ultimately was your input in those

18  conversations?

19      A    To, to include language that could support

20  the continued participation of those two activities.

21      Q    Okay.

22      A    Yeah.

23      Q    And what is your understanding of what

24  proper implementation of the model according to

25  fidelity should look like?



1      A    Yeah.  So DBHDD identifies the Apex model

2   to be, you know, an Apex therapist placed within the

3   school setting.  They encourage providers to, you

4   know, partner -- they encourage therapists to be in

5   one to two schools at a time.  They don't want like

6   one therapist supporting six schools.

7            Because, again, you're there to support

8   that continuum of services across the tiers.  So if

9   you're splitting the therapists across too many

10  schools, there's not an opportunity to do that.

11           So they really recommend the therapist to

12  be placed into one to two schools so they can

13  adequately support beyond just the one-on-one

14  therapy.

15           Once they're in a school, the model also

16  includes language that gets that embeddedness, or

17  integration.  So that means once a therapist is

18  there, when, when implemented to fidelity, the

19  therapist really should be seen as a school

20  employee.

21           Like a student named Johnny shouldn't know

22  that Ms. Davis, oh, she's a therapist coming in.

23           It's meant to really feel like this person

24  is just another staff member that's part of the

25  school climate and culture.  So that means, you



1 know, schools are encouraged to provide email

2 addresses, a school-issued email address, that

3 they're on listservs and newsletters, that they have

4 a dedicated, consistent space to see students.

5          So, you know, when Johnny goes to see

6 their counselor, he knows that they're in the

7 counseling suite and Ms. Davis is in Room B.  So

8 that should feel similar to when they're going to

9 see their therapist.

10         It should be best practices.  It really

11 should be the same consistent space so that there's

12 some predictability in that experience for the child

13 coming to see Ms. Davis.

14    Q    Okay.

15    A    So there are some other indicators that we

16 look for that kind of convey embeddedness and

17 integration but that's like a few examples.

18    Q    Okay.  And so the two examples that I

19 heard of what proper implementation of the model

20 according to fidelity means are, one, limitations on

21 the number of schools the therapists are serving;

22 and then, two, embeddedness of the collocated Apex

23 staff.  Is that right?

24    A    Yes, yes.

25    Q    Are there other elements?



1      A     Yes.

2      Q     What are they?

3      A     So how a therapist informs their practice.

4  With regard to this, there's flexibility in the

5  model, and that's by design and on purpose.  Every

6  school and every community has specific needs, and

7  so providers are really encouraged to engage with

8  their school partner to identify what is this

9  school's specific need.

10          So, for example, play therapy is a very

11  common evidence-based practice that informs service

12  delivery.  That works really well in our elementary

13  schools because that works with younger kids.

14          With middle schools, maybe there's another

15  evidence-based practice that's informing service

16  delivery.

17          So with respect to this, there is

18  flexibility in the model to accommodate the fact

19  that you are there to be responsive to that school's

20  climate and culture.  So the therapist, in concert

21  with the school, works together to identify what

22  that's going to look like.

23          So that's, that's part of the model, but

24  there's flexibility.  And, again, that's by design

25  on purpose -- by design and on purpose.



1          Then I think there's some best practice

2    guidance in terms of productivity.  So, again, you

3    know, the therapist is there to provide that

4    individual support, but they are meant to also

5    support the existing school staff in Tier 1, and

6    then step into partnering with the existing school

7    staff in Tier 2.

8          And so in order to do that, I believe the

9    best practice recommendation is 60 percent of the

10   time can be dedicated to doing that individual

11   one-on-one therapy, and then 40 percent of that time

12   can be then freed up to support that Tier 1,

13   possibly Tier 2 service.

14        Q    Okay.  Just to make sure I understand this

15   last point with respect to productivity, the

16   expectation is that Apex providers are going to be

17   spending 60 percent of their time on Tier 3

18   services?  Is that accurate?

19        A    I'm going to actually refer -- so I will

20   say that percentage breakdown has, has been a little

21   bit flexible as well, and the reason why is -- well,

22   I can presume the reason why.  But, you know, that,

23   that percentage sort of needs to make sense with the

24   timing of implementation.

25          And so what I mean by that is, you know,



1  initially when a provider first comes -- a therapist

2  first comes into a school, it may be as doing a

3  little bit more of that Tier 1 or 2 because they're

4  still building up their referral caseload or things

5  like that.

6          And, and so I think that -- the percentage

7  of each kind of fluctuates a bit based on

8  implementation phase.  And I think this document is

9  reflecting at best practice approximately 70 percent

10 of time is dedicated to billable direct service.

11 And so then the remaining 30 percent would be for

12 the Tier 1 or 2, I guess.

13      Q    Can you show me, tell me where you're at?

14      A    Absolutely.  So this is under

15 Responsibilities, No. 4.  It starts with as a best

16 practice, approximately 70 percent.  And then the

17 remaining 30 percent is identified in Item No. 5 on

18 the second-to-last page of the document.

19      Q    Thank you very much.

20          Is it true that all of the services

21 described in No. 4 are Tier 3 services?

22      A    Yes.  Correct.

23      Q    So going back to No. 7, and this is on the

24 last page, in addition -- I'm sorry, go ahead.

25      A    I'm sorry.  I see group outpatient here.



1  So that is technically Tier 2, but that is a

2  billable service, which is why I think it's included

3  in the, in the -- so you see GO -- group OP.  That's

4  group outpatient.

5       Q    Okay.  Other than group outpatient, are

6  all the other services identified in No. 4 Tier 3

7  services?

8       A    No.  I'm sorry.  Family outpatient.

9       Q    Okay.  Are those the only two outliers?

10       A    So -- this is where -- so they are Tier 3

11  services because they are -- so they're -- they are

12  -- okay.

13            So here it's kind of combining two things,

14  if you will.  They're talking -- they're not even

15  talking about Tier 3.  I'm sorry.  I'm mixing two

16  things here.

17       Q    Go ahead and clarify.  That's fine.

18       A    This is just talking about dedicated to

19  billable direct service.  So this list is referring

20  to dedicated billable services.

21       Q    Which can be either Tier 2 or Tier 3?

22       A    Correct.  Thank you.  That's it.

23       Q    Okay.  So going back to No. 7, we were

24  just talking about the relevant measures with

25  respect to proper implementation of the model



1  according to fidelity, and I'm going to run through

2  the four that I have down, and then I'm going to let

3  you know -- please let me know if I'm mistaken or if

4  there are any additional measures.

5          So I've got embeddedness of Apex staff in

6  the schools, the limitations on the number of

7  schools that therapists can serve, the productivity

8  requirements that we just discussed, and

9  responsiveness to school climate?

10     A    Responsiveness to --

11     Q    I think you described the flexible

12 approach to identifying the specific needs of the

13 school?

14     A    Uh-hum.  (Affirmative.)

15     Q    Is that accurate?

16     A    Yes.  So I think there I was referring to

17 the specific evidence-based practices that are

18 informing their like -- that approach to providing

19 the clinical care, the direct service.

20     Q    Okay.  Are there any other measures

21 relevant to this text in No. 7, monitoring proper

22 communication of the model according to fidelity?

23     A    Let me just think for a minute.

24          Not that I'm recalling in this moment.  I

25 feel like I -- I trust it.



1    Q    So I think we can talk about fidelity a
2  little bit more down the road, but I want to move on
3  for now and show you another document.
4         MR. HOLKINS:  Counsel, I had hoped to be
5         able to do this on the computer, but it's too
6         large a file for me to really navigate because
7         of the size.  So I'm going do this in text
8         instead.
9              This is previously introduced as Exhibit
10        22.
11             I have three copies, so I'll provide one
12        to you and one to the witness and keep one for
13        myself.
14             (WHEREUPON, Plaintiff's Exhibit 22 was
15        previously marked for identification.)
16        MR. HOLKINS:  So this is, for the record,
17        GA01749707, previously introduced as Exhibit
18        22.
19  BY MR. HOLKINS:
20    Q    Unfortunately, this document is not
21  internally paginated.  And so what we're going to
22  have to do is flip through the pages one by one and
23  I'll try to be as efficient as possible.
24             If you flip to the second page after the
25  cover, if you turn the page, you'll see the title



1   "Georgia Apex Program Annual Evaluation Results,

2   July 2019 - June 2020, Presented by the Center of

3   Excellence for Children's Behavioral Health."

4           Do you see that text?

5   A    I do.

6   Q    Have you seen this document before?

7   A    I have.  And I'm not -- I got to look into

8   that.  Thank for you that recommendation.  I don't

9   know if PowerPoint allows you to put the page number

10  at the bottom, but I'm going to have to look into

11  that.

12  Q    On behalf of the Department of Justice, I

13  would humbly request that.

14  A    So PowerPoint does let you do that?

15  Q    Oh, I can't speak to that.

16  A    Okay.

17  Q    If PowerPoint does have that function, it

18  would be nice.

19          So I believe you testified that you have

20  seen this document before, correct?

21  A    That is correct.

22  Q    Did you have a hand in drafting this

23  document?

24  A    I did.

25  Q    What was your role in drafting this



1  document?

2      A    So I'm trying to remember the year.  So I

3  have a role every year.  Sometimes I play a bigger

4  role and sometimes I play a smaller role.

5          I think this particular year I might have

6  played a bigger role.  So, yeah, I have seen this.

7  I have seen this a lot.

8      Q    And what does that mean, a bigger role, in

9  the context of this document?

10     A    So if I'm recalling the dates correctly, I

11 believe this may have been the -- during the

12 production of this report, I believe my Apex

13 evaluation lead was on maternity leave.  So I think

14 I stepped in to have a bigger role for this

15 particular production.

16     Q    Does that mean actually drafting the

17 slides?

18     A    Yes, that does.  Yep, that means exactly,

19 like, you know, kind of being the point person to

20 pull all the information and data together that

21 comes from several different resources.  So, yes.

22     Q    So you pulled the data together that's in

23 this report, and then you drafted the slides?

24     A    Correct.

25     Q    This is for Year 5 of the Apex program; is



1  that right?

2       A    I think so.  I think so, yes.

3       Q    Have there been subsequent iterations of

4  this annual evaluation report?

5       A    So this gets produced annually.  I do

6  believe a Year 6 report has been publicly cleared.

7  So like a Year 6 version of this I do believe has

8  been publicly cleared.  I believe.

9       Q    I know.  I'm just looking at the --

10  publicly cleared?

11      A    Yeah.

12      Q    What does that mean?

13      A    Well, so we've produced it.  It's in

14  existence.  I think DBHDD has reviewed it and

15  cleared it, yeah.

16      Q    Has that report, to your knowledge, been

17  shared with the public?

18      A    So our process, once it's approved by all

19  parties, it gets uploaded onto our website.

20      Q    The Center of Excellence website?

21      A    Yeah.  And the reason why I'm saying I

22  believe is because the last time I checked, I don't

23  remember seeing that report uploaded onto the

24  website.  That's why I'm saying I believe.

25           MR. HOLKINS:  We'll just put a marker down



1           for this as well.  We'd like to see the annual

2           evaluation results for Year 6, and we'll follow

3           up with that, counsel.

4    BY MR. HOLKINS:

5        Q    Let me just ask, for Year 5 you testified

6    you had a bigger role in drafting this report.  For,

7    for instance, the previous year, Year 4, who was

8    taking the lead in drafting the annual evaluation

9    for that year?

10       A    I mean I definitely had a role in it.  I'm

11   just trying to remember if I had another, another

12   lead at the time.

13           I'm not recalling that I had -- like I

14   know Ani was not there in year -- she was there in

15   Year 4 but I think she was very new.  So she might

16   have just had a smaller role.  Yeah.

17       Q    Did you principally draft the annual

18   evaluation report for Year 6 that you just described

19   that's been publicly cleared?

20       A    So I had a -- so Ani was the primary kind

21   of project manager of Year 6, but, yes, I absolutely

22   had a role in reviewing it and, you know, being

23   included in kind of the production of it, things

24   like that.

25       Q    And you described a process by which the



1  Center of Excellence will draft this report and then

2  send it to OCYF for review; is that right?

3        A      Correct, yes.

4        Q      And what is OCYF's role once they receive

5  that draft from the Center of Excellence?

6        A      So their role is reviewing the

7  information, the data.

8              Now, that's not the first time they're

9  laying eyes on the data.  They receive monthly

10  reports.  So they have -- you know, they're tracking

11  monthly what happens.  But this is the first time

12  that they're seeing kind of the aggregate of the

13  entire year, right.

14              And what they receive monthly is, you

15  know, just kind of the outputs, and this is really

16  kind of doing a little bit more deeper dive

17  analysis, if you will.

18              So their role is reviewing it, digesting

19  it, asking questions if something is unclear.

20              You know, we live in the evaluation world,

21  and so we know that there's a varied audience of

22  consumers who might be interested in this.  So we

23  want to make sure what we're putting out there is

24  digestible for everyone.  And so is it lay enough

25  but still, you know -- you know, still, still in



1  alignment with how we want to talk about evaluation

2  and metrics and things like that.

3          So they review it.  They provide us

4  feedback.  They provide us suggestions.

5          If there's something they're curious

6  about, they will kind of tag that or identify that.

7  Sometimes it's, oh, that's an interesting data

8  point, do we know more about it?

9          Sometimes if it's the Other category,

10  let's unpack that Other category, what else were

11  some responses that came from it.  Things like that.

12          And then approval, of course.  Review and

13  approval.

14     Q    Right.  And is it fair to say that this

15  report is not finalized and disseminated to the

16  public until it's approved by DBHDD?

17     A    Yes.

18          MS. JOHNSON:  If there's a good stopping

19     point in the next few minutes, let's -- I want

20     to take a break.

21          MR. HOLKINS:  Let's do at least five

22     minutes.

23          THE VIDEOGRAPHER:  Off the record at 2:21

24     p.m.

25          (A recess was taken.)



1        THE VIDEOGRAPHER:  Back on the record at

2     2:27 p.m.

3  BY MR. HOLKINS:

4     Q    Ms. Desai, we were just talking about

5  Exhibit 22, and I want to now at this point just

6  walk through some of the slides.  We're not going to

7  talk about each one but I do have some questions

8  with specific slides.  I think the best way to do is

9  go through page by page and then I'll ask you some

10  questions.

11     A    Okay.

12     Q    I want to first turn to the page entitled

13  "Apex Programmatic Goals.

14        If you flip just one, you'll see it.  Do

15  you see that?

16     A    I see it.

17     Q    Let me first ask whether the Apex

18  programmatic goals have changed since you drafted

19  this report?

20     A    They have not.

21     Q    Does the COE have any role in identifying

22  Apex programmatic goals, the ones that are on this

23  page?

24     A    So this precedes me.  These programmatic

25  goals were developed in 2019 -- sorry.  2015, with



1  the inception of the program, and I know that there

2  were -- there was some COE presence in the inception

3  of the program.

4      Q    So these goals have not changed since

5  Apex's inception, as you understand it?

6      A    Correct.

7      Q    Let's flip to the next page, and just for

8  identification purposes, the next page describes the

9  three-tiered approach to school-based mental health

10 we've been talking about today, correct?

11     A    That's right.

12     Q    You can flip to the next page.

13          Under Apex Program Evaluation Design, do

14 you see where I am?

15     A    Yes.

16     Q    What is a mixed-methods approach?

17     A    Mixed-methods approach means we're relying

18 on qualitative data as well as quantitative data.

19     Q    Thank you.  And is COE collecting both

20 quantitative and qualitative data with respect to

21 the Apex program?

22     A    Correct.

23     Q    On the next slide, which is titled "Apex

24 Program Measures and Procedures," let me just ask

25 whether all of the measures and procedures that are



1  described on this page are still in use?

2       A    Yes, correct.  That's right.

3       Q    Is there a monthly programmatic report?

4       A    I'm sorry.  Can I?

5       Q    Please go ahead.

6       A    So the COVID-19 experience interviews

7  were, were initiated in that -- just in that year,

8  and we have not -- we've not continued that.

9            So it was just done for that one specific

10 year, and I think that was the year that -- this is

11 the year that we went into shelter in place.  So we

12 really wanted to capture what that experience was

13 like, and we didn't have a way to capture it in our

14 quantitative data collection, so we revised our

15 qualitative so we could capture that.

16      Q    Understood.  Thank you.

17           And aside from that change, are all the

18 other measures and procedures described on this page

19 still in effect?

20      A    Yes, that's correct.

21      Q    So the top entry on this page is Monthly

22 Progress Report.  Do you see that?

23      A    I do.

24      Q    Is there a monthly programmatic report in

25 addition to the monthly progress report?



1       A     So -- yes, but -- yes, there is.  That,

2  that report does not come to us, though.

3            So there's been a little bit of a change

4  in that over the years.  So initially, and for some

5  years, I don't remember exactly how many, there was

6  a programmatic report that was directly sent to us

7  and that programmatic report was a way for providers

8  to put some context to their activity that was meant

9  to provide a little bit more detail based on like

10  what they were invoicing.

11            So we created a form that Apex providers

12  could provide that additional context to their

13  invoicing.  It was forwarded to us.  We basically

14  took a bunch of the Word document, downloaded the

15  data, put it into a Word document and collapsed it

16  into one PDF and forwarded it on.

17            In this year, in the current year

18  evaluation data report that we are currently looking

19  at, I believe this was the year where the decision

20  was made that the programmatic report was going to

21  be directly sent to DBHDD.  And so there was a

22  programmatic report.  There was a time when it came

23  to us and we packaged it and then gave it to them.

24            But I believe this was -- because I don't

25  see it reflected in this table.  This is the year



1  where we moved to just them directly collecting it

2  and keeping it.

3      Q    Why was -- what's the reason for that

4  decision?

5      A    Um, so if I recall, that decision was

6  because, the information that was forwarded in that

7  report, very valuable, wasn't timely enough in the

8  way we were capturing it.

9           And so what I mean is even this monthly

10 progress report that you see here, we are March --

11 we are in the month -- today is March 29th.  Our

12 providers just submitted February's data.

13          So, you know, we need the month to close

14 and capture all the activity that happened.  So

15 March 15th they are submitting February data, if

16 that makes sense.

17          So they were submitting that data but it's

18 one month back, right.  So by the time I receive it,

19 it's reflecting the previous month.  So while the

20 information was valuable, it didn't feel timely to

21 DBHDD, and they wanted it more in kind of realtime.

22          So it just felt like it was more

23 appropriate for them to start collecting it

24 directly.

25          That timing I believe aligned with them



1 also partnering with a fiscal agent to help manage

2 some of the contracts and budgets and invoicing and

3 things like that.

4          So I think the timing of that -- like it

5 was kind of a clean timing of like, okay, we're

6 transition to a new process of invoicing and things

7 like that, and now this programmatic report is going

8 to accompany some of the new process for invoicing.

9     Q    Okay.  So at present does the monthly

10 programmatic report go directly to DBHDD from Apex

11 providers?

12    A    Correct.

13    Q    And the monthly progress report goes

14 directly to providers to COE?

15    A    To us, correct.

16    Q    Is there also a lag in the data that's

17 being reported through the monthly progress report

18 to CEO.

19    A    Yeah, just as I described.  So this is --

20 you know, we give our providers to the 15th of the

21 month to submit the previous month's full service

22 delivery.

23    Q    Right.  Okay.  And so that's true for both

24 programmatic and for progress?

25    A    Well, so I think programmatic now, I



1  guess, is in realtime.  I'm not really sure, right.

2  That was their concern, that they weren't receiving

3  it.

4      Q    Understood.

5      A    So I'm not sure, yeah.

6      Q    And does your -- does the Center of

7  Excellence reports about Apex still incorporate

8  information from the monthly programmatic reports?

9      A    No.  We are -- we don't receive any

10 information related to the monthly programmatic.

11     Q    I want to just take a very quick

12 digression from Exhibit 22 to show you a couple of

13 other documents, which I'm just really offering for

14 identification purposes.

15     A    Okay.

16     Q    This is an email I'm going to share with

17 you, and it will be, I believe, marked as 47.

18         (WHEREUPON, Plaintiff's Exhibit-47 was

19     marked for identification.)

20 BY MR. HOLKINS:

21     Q    Ms. Desai, you've just been handed what's

22 been marked Exhibit 47.

23         MR. HOLKINS:  For the record, this is

24     GA00146556.

25

 1  BY MR. HOLKINS:

 2      Q    It's an email from you dated June 11,

 3  2020.  It's sent to Dante McKay and other

 4  individuals in OCYF.

 5          My understanding is that this email is

 6  providing through the attachments current versions

 7  of that date of the monthly progress and

 8  programmatic reports.

 9          Is that accurate?

10      A    Yeah.  I mean I -- you know, without

11  seeing the attached documents, I believe what this

12  was, was -- if I see two programmatic reports, I can

13  -- so I'm assuming that maybe one copy was currently

14  how the programmatic report was organized, and the

15  second, based on discussion with them, you know,

16  was, was us suggesting maybe some revisions that

17  they may wish to consider, given redrafting it.

18      Q    I see.  So the first attachment is a

19  proposed monthly programmatic report.  So that one

20  would have the changes that you propose -- proposed?

21      A    Yeah.  Well, so it says PDF copy of

22  current.  So that was probably just like a -- just

23  an export, right, of what, what we were doing.

24          And then a revised version.  I don't know

25  why I say versions, if there's two attached.



1            But, anyway, that second one must be just,

2    you know, again based on the discussion in that

3    meeting, I was likely maybe taking notes of how we

4    were all kind of identifying how maybe it needed to

5    be changed, and then I was sharing it with them.

6        Q    Okay.  Thank you.  Let's put aside the

7    email.  I'm going to show you the attachments now.

8        A    Okay.

9        Q    Here is the first, Exhibit 48.

10            (WHEREUPON, Plaintiff's Exhibit-48 was

11        marked for identification.)

12            MR. HOLKINS:  For the record --

13            THE COURT REPORTER:  Wait a minute.

14            MR. HOLKINS:  Sorry.

15   BY MR. HOLKINS:

16       Q    Ms. Desai, you've just been handed what's

17   been marked Exhibit 48.

18            MR. HOLKINS:  For the record, this is

19        GA00146557.  It's titled, "Georgia Apex Monthly

20        Programmatic Report," and then in parentheses

21        under that, "Required Report."

22   BY MR. HOLKINS:

23       Q    This was one of the attachments to this

24   email that we were just discussing, Exhibit 47.

25            Is this the current report or the proposed



1  report?

2      A    So this is, this is likely the report that

3  they are currently using, because when we were

4  managing the process it did not look like this.

5           So this is -- this is like -- this is the

6  current report, but the revised report from --

7      Q    Understand.

8      A    -- what was happening when we were

9  managing the process.  I hope that makes sense.

10     Q    So this was the proposed revision to the

11  programmatic report as of that date?

12     A    Yes, yes.

13     Q    Okay.

14     A    And, you know, I will tell you -- now that

15  I'm seeing it, I mean I am recalling, you know, we

16  were all collaboratively identifying what data was

17  missing from what we had been doing for some time

18  and what needed to be added.

19           And so a lot of this, you know, especially

20  what relates to invoice, billing and reimbursement,

21  that -- a lot of that is more DBHDD directed.

22           And, you know, and others might by more

23  collaborative.  Some was a little bit more directed

24  from them.

25           But, yes, I do -- I think this is



1  currently what's being collected as the programmatic

2  report.

3      Q    Okay.  Thank you.

4           So let's put that aside.  I'm not going to

5  show you the other monthly programmatic report

6  because it's outdated, but I do want to show you

7  another attachment to this email.

8           (WHEREUPON, Plaintiff's Exhibit-49 was

9        marked for identification.)

10 BY MR. HOLKINS:

11     Q    You've just been handed what's been marked

12 Exhibit 49.

13     A    Oh, yes.

14          MR. HOLKINS:  I'll note for the record

15       this is GA00146562.  The title is "Georgia APEX

16       - School-Based Mental Health Monthly Progress

17       Report."

18     Q    Do you recognize this document, Ms. Desai?

19     A    I do.

20     Q    Is this the current version of the monthly

21 progress report that the COE is using to collect

22 data from providers?

23     A    Likely no, and the reason why I'm saying

24 that is, you know, as we, again, kind of understand

25 the other categories and, and if we need to change a





1  word or two here or there, we do that.

2          So, you know, it's -- by and large it's

3  probably the same, but it's probably not exactly the

4  same, if that makes sense.

5       Q    You --

6       A    Oh, I'm sorry.  Can I say something?

7       Q    Oh, of course.

8       A    So 3.0 is missing.  So there's that.

9       Q    Apex 3.0 is not reflected on the first

10 page of this document?

11      A    That's right.

12      Q    And is that reflected on the current

13 monthly progress report?

14      A    It is.

15          MR. HOLKINS:  Counsel, as a marker, we

16      will be requesting the current template for the

17      monthly progress report being used by the

18      Center of Excellence.

19 BY MR. HOLKINS:

20      Q    Are you aware any of other specific

21 changes made to this document other than adding Apex

22 3.0 on the first page?

23      A    I mean I would have to look at it.

24      Q    There's no need to review the document.

25 If you don't recall any other specific one offhand,



 1 | that's fine.

 2 |      A    I don't recall off the top of my head.

 3 |      Q    That's fine.

 4 |      A    That was glaring to me.

 5 |      Q    So let's put aside Exhibit 49 and return

 6 | to Exhibit 22.

 7 |           I'm flipping to the next page, "Apex Year

 8 | 5 Evaluation Report."

 9 |           Do you see where I am?

10 |      A    I do.

11 |      Q    I have no questions on that page or the

12 | next one.

13 |           No questions on the next two pages.

14 |           So there is a slide titled, "DBHDD

15 | Regional Representation of Apex Program Across the

16 | State."

17 |           Do you see that?

18 |      A    I do.

19 |      Q    I just want to make sure I'm interpreting

20 | this slide correctly.

21 |           The counties with no shading -- or I guess

22 | with the lightest shading indicate there are no Apex

23 | schools in the region.  Is that accurate?

24 |      A    That's correct.

25 |      Q    Does the Center of Excellence have any



1  role in seeking to expand the Apex program to

2  counties where it currently is not available?

3            MS. JOHNSON:  Object to form.

4            You can answer.

5     A    So -- I mean, you know, we are a

6  subcontractor.  So we don't have any -- you know, we

7  don't have any -- our scope is really doing

8  monitoring, evaluation, and providing technical

9  assistance to the community provider agencies.

10           So that's, that's beyond our role and

11 scope.

12    Q    And just to make sure I'm clear, do you

13 personally make any recommendations to DBHDD with

14 respect to expanding the Apex program to counties

15 where it doesn't currently exist?

16           MS. JOHNSON:  Objection.

17           You can answer.

18    A    I mean -- no.  Again, our, our -- you

19 know, we're contracted to do the evaluation and

20 provide the TA and work with the providers directly.

21           That, that would be something between

22 DBHDD and the providers.  You know, that would be --

23 yeah.

24    Q    So the answer is no?

25    A    No.



1    Q    Flipping to the next page, I have no

2  questions on the next two pages.

3         Regarding the slide titled, "The majority

4  of students are referred by counselors," do you see

5  that slide?

6    A    I do.

7    Q    Does this slide tell you whether any

8  children were referred to Apex by GNETS facilities?

9         MS. JOHNSON:  Objection.

10         You can answer.

11    A    So this slide does not tell you that.

12    Q    Do you have data elsewhere that --

13  indicating whether and how many children were

14  referred to Apex for GNETS programs?

15         MS. JOHNSON:  Objection.

16         You can answer.

17    A    So under Referral Source, you see State

18  Entity?

19    Q    Is that inclusive of GNETS?

20    A    So --

21         MS. JOHNSON:  Objection.

22         You can answer.

23    A    -- I -- when I was looking at the MPR, and

24  remember how I said maybe referral source, we may be

25  capturing that, I wasn't recollecting but -- so if



1  you go to Page 7 of Exhibit 49, it says State

2  Entity, and then in parenthesis it's inconclusive of

3  GNETS.

4      Q    Thank you for bringing that up.  I

5  appreciate it.

6           And that's also on Page 2 of that same

7  document, right, Exhibit 49?

8      A    Oh, yes, yes.  I didn't see that there.

9  Yes.

10     Q    So the State entities are defined to

11 include DJJ -- does that stand for Division of

12 Juvenile Justice?

13     A    That's right.

14     Q    What does DFCS stand for?

15     A    Department of Family and Children

16 Services.

17     Q    And the other state entity is GNETS?

18     A    GNETS.

19     Q    And do you recall for Year 5 the number of

20 students referred by GNETS to Apex based on the data

21 collected for the MPR?

22          MS. JOHNSON:  Objection.

23          You can answer.

24     A    No.  And I have no way of stratifying that

25 data with the way the question is asked as well.  So



1  the way this data is reported, it says State Entity.

2          And so, if I see 317, that's, that's -- I

3  don't know of the 317 how much is DJJ, DFCS or

4  GNETS.

5          The way, the way I'm -- I'm seeing the way

6  that the question is being asked, there would be no

7  way to stratify how many total -- of the total how

8  many is DJJ, DFCS, or GNETS.

9      Q    Thank you.

10         Let's go back to Exhibit 22.

11         Do you see the slide entitled "Top Three

12  Referral Reasons"?

13     A    Yes.

14     Q    The No. 1 reason is Classroom Conduct.

15  And let me just rephrase.

16         The most common reason is classroom

17  conduct, correct?

18     A    Uh-hum.  Yes.

19     Q    Do you know what evidence-based practices

20  would be appropriate for children referred to Apex

21  because of classroom conduct?

22         MS. JOHNSON:  Objection.

23     A    I don't.  I, I can presume but I don't

24  know, no.

25     Q    The next most common referral reason is



1  behavioral -- excuse me -- Behavior Outside

2  Classroom.

3           Do you see that?

4      A    I do.

5      Q    Do you know what evidence-based services

6  would be appropriate for children referred to Apex

7  because of behavior outside of classroom?

8           MS. JOHNSON:  Objection.

9      A    I cannot say.

10     Q    Because you don't know?

11     A    I don't know.

12     Q    And I'll just ask for one more.

13          The third most common referral reason,

14 which is depression, do you see that on the slide?

15     A    I do.

16     Q    Do you know what evidence-based practices

17 would be appropriate for children referred to Apex

18 because of depression?

19          MS. JOHNSON:  Objection.

20     A    Not just based on depression.  I mean I

21 think it's taking the student in the context and --

22 so I think -- I think what is noteworthy here is

23 that these are referral reasons, not diagnoses.

24     Q    Right.

25     A    And so I think connecting it to what



1  evidence-based practice is not -- there's not a

2  direct line there.

3      Q    Just to return to the question, though, do

4  you know what evidence-based practice would be

5  appropriate for a child referred to Apex because of

6  depression?

7          MS. JOHNSON:  Objection.

8      A    I do not.

9      Q    Let's scroll ahead or turn ahead.

10          I have no questions on the next two pages.

11          Total Number of Services by Type.

12     A    Yes.

13     Q    Do you see that slide?

14     A    I do.

15     Q    Initial Outpatient Service, what does that

16 entail?

17     A    That is that intensive one-on-one therapy.

18     Q    Is that a Tier 3 service?

19     A    It is.

20     Q    And what is your understanding of

21 Community Supports and Individual Services, the

22 second service listed on this slide?

23     A    Yeah, that's where I was saying, you know,

24 sometimes they need referrals to other community

25 supports.  They need, you know, other -- sometimes



1  it's something that the CS-I worker can help

2  facilitate and sometimes they're, you know, giving

3  referrals within the community to meet their needs.

4  So it just depends on the type of need the student

5  might have.

6     Q    Is Community Support and Individual

7  services akin to case management?

8     A    It's like that, yes.  Yes, that would be a

9  good.  Uh-hum, that would be a good way to

10  understand it.

11     Q    And what is your understanding of

12  Behavioral Health Assessment?

13     A    That's, that's kind of -- it's an intake.

14  It's kind of understanding the social history of the

15  child.  It's understanding what they're presenting

16  with.  Social/emotional history.

17     Q    What's your understanding of psychiatric

18  interventions?

19     A    That is -- you know, sometimes, sometimes

20  there is a need for -- I think that goes along with

21  medication management.  Sometimes there is a need

22  for medication prescription.  I think that's what

23  would be --

24     Q    How is that different from medication

25  management, which is also listed on this slide?



1    A    Sometimes kids need to be seen and need

2  like a behavioral health assessment, or just like an

3  individual therapy session, to continue receiving

4  prescription for medicine, if that makes sense.

5         Sometimes, you know, like you just -- you

6  get a six-month prescription but when that six

7  months run out, you're not going to get another

8  prescription until you come and see a doctor and the

9  doctor lays eyes on you and confirms like there's

10  still a need for the prescript -- like all of that,

11  so.

12    Q    What is your understanding of Crisis

13  Intervention, the last service that's identified?

14    A    So, yeah, that's, that's any crisis that

15  the child might be experiencing.  That could

16  include, you know, suicide, like if there's reason

17  to be concerned about suicide.  You know, if there's

18  -- anything that requires -- I mean anything really

19  to support the crisis.

20    Q    And just to make sure that I understand,

21  this service itself that's provided through crisis

22  invention, is that mobile crisis response?  Is that

23  crisis stabilization?

24         What is -- what is the actual service?

25    A    Yeah, it's crisis stabilization.  I mean,



1 you know, whatever is needed to support that child

2 in the school.

3          Yeah, I mean we've had episodes where kids

4 are really, you know -- I mean experiencing like an

5 emotional -- I don't know.  Like an emotional

6 breakdown?  So, yeah.

7     Q    So this service is designed to help them

8 resolve that immediate crisis in the school setting?

9     A    Yes.  Yeah.

10    Q    Are you familiar with the service called

11 Intensive Customized Care Coordination, or IC3?

12    A    I am familiar with it.  Not terribly

13 familiar, though.  I know the Center has work that

14 they're doing within that space.  I don't directly

15 have any hand in it.

16    Q    Do you know if IC3 is provided through the

17 Apex program?

18    A    I don't.  I mean I don't -- not to my

19 knowledge.

20    Q    Are --

21    A    That's something newer, too.  I mean that,

22 you know -- yeah.

23    Q    Are any of the services on this slide

24 evidence-based services, to your knowledge?

25    A    So it's -- so these -- so these are



1  services that are provided, but, you know -- so,

2  like, for example, individual outpatient services,

3  that's that one-on-one therapy.  There is an

4  evidence-based that is informing how that therapist

5  is delivering services, yes.

6          Again, that evidence-based is determined

7  in collaboration with the provider and the school

8  based on what the needs are of that school

9  community.

10         So I have no doubt there are

11  evidence-based practices informing these therapists,

12  but it varies.

13     Q    There are specific evidence-based

14  services, correct?

15     A    Yes, yes.

16     Q    Is cognitive behavioral therapy an example

17  of an evidence-based service?

18     A    Yes.

19     Q    Is dialectical therapy another example of

20  an evidence-based service?

21     A    Yes.

22     Q    Are any of the services described on this

23  page evidence-based services?

24     A    These are -- there's, there's

25  evidence-based frameworks informing these services,



1  yes, but the words on this page, these are not

2  evidence-based services.

3       Q    Okay.

4       A    I think there is a slide with

5  evidence-based services.  What are the top --

6       Q    Okay, we'll get to that one.

7       A    Yeah.

8       Q    Thank you.

9            So let's turn to the next page, and you

10  had referenced diagnoses earlier, and I see here a

11  slide that describes the top three diagnoses.

12           Do you see where I am?

13       A    I am.  I do.

14       Q    The first diagnosis, the most common

15  identified on this slide is ADHD.

16           Do you see that?

17       A    I do.

18       Q    What does ADHD stand for?

19       A    Attention deficit hyperactivity disorder.

20       Q    Do you know what evidence-based services

21  would be appropriate for a child diagnosed with

22  ADHD?

23           MS. JOHNSON:  Objection.

24           You can answer.

25       A    So there's not, there's not like one.



1  It's really -- the therapist, after knowing a

2  diagnosis.  So that is what directs care, the

3  diagnosis.  It's not referral reason, it's not

4  referral source.  It's the diagnosis.

5           So I can't say that there's just one

6  that's appropriate for ADHD.  It's -- but that piece

7  of information for a therapist knowing what the

8  diagnosis is, yes, helps to kind of identify what

9  would be appropriate.  But it's not that it's just

10 one for ADHD.  I think it's that data point along

11 with the other data points for a child.  If that

12 makes sense, what I'm saying.

13    Q    So assuming what you're saying is true,

14 that there's not just one service, evidence-based

15 service that would be appropriate for a child with

16 ADHD, is there a package of services which you think

17 would be appropriate for a child with ADHD?

18           MS. JOHNSON:  Objection.

19    A    There are -- yes, there are several --

20 yes, there are several practices that can be more

21 useful when working with a population of ADHD.

22    Q    And what are those?

23    A    I mean, you know, I think play therapy,

24 depending on the age of the child, could be

25 appropriate.  Sometimes therapists come to the



1  understanding that sometimes medication needs to be
2  included.
3          You know, again, knowing the full social
4  history of the child is what's really going to
5  direct the care.  So that's maybe an example of two,
6  but the other data points included and collected on
7  that behavioral health assessment I think also helps
8  to drive those decisions.
9    Q    Let's turn to the next page, which starts
10 with the sentence "Of the 1,779 students discharged
11 from the Apex program during Year 5, noncompliance
12 and equals 728 is the most frequently reported
13 reason."
14          Do you see that text?
15   A    I do.
16   Q    What does noncompliance mean?
17   A    So noncompliance can mean, you know, that
18 they -- they weren't able to receive services per
19 the treatment plan.  So, let's say, for example, the
20 treatment plan, based on kind of what's happening in
21 that child's life, states that it would be best to
22 see that child once a week.  Noncompliance could be
23 we were unable to see that child once a week, for
24 some -- for a variety of reasons.
25          Noncompliance can mean that the parent



1   maybe decided that they didn't -- they didn't want,

2   even though the therapist said that we think your

3   child would benefit from service, they didn't want

4   to consent to that.

5        Q    Does the COE track the specific reasons

6   for noncompliance in connection with this data?

7        A    So just based on what's in front of me,

8   I'm going to say no, because the way I'm reading

9   this is this is the unique response that someone

10  selected, noncompliance.  It's not, it's not --

11  what's the word I'm looking for?

12            It's not a variable that we've created.

13  It's a unique response option.  So that is telling

14  me that noncompliance is just one reason.

15            It's possible, though, that before they

16  select that, there may be some language that helps

17  define what is meant by noncompliance.  But the way

18  this is reading, I'm thinking -- I'm thinking now,

19  but I need to look and see.

20            Yeah, back to 49 would maybe help.

21       Q    This would be based on data submitted on

22  the monthly progress report?

23       A    Yeah.  On each slide, at the very bottom

24  right-hand corner, you'll see Source.  So, yeah,

25  this will be from the --



1      Q     If you turn to Page 6 of Exhibit 49 --
2   it's probably where you're going right now.

3      A     Okay.  Yes, I'm here.

4      Q     Under Part i?

5      A     Okay, yes.  So there you go.  So, uh-hum.
6   Yep.

7            So noncompliance, and it says, for
8   example, not going to sessions, lack of
9   participation at sessions, yes.

10     Q     So to be clear, this form does not require
11  that providers identify the specific reasons for
12  non-compliance when reporting the data?

13     A     Well, so we are, you know, giving them --
14  by the example, we are, we are indicating to them
15  what is meant by the word "noncompliance."

16           So I can only assume that the reporting of
17  that data then is inclusive of, you know, these are
18  the number of students not going to sessions, lack
19  of participation at sessions.

20           So I should say when we create questions
21  for either monthly or annual tracking, it is in
22  collaboration with our evaluation advisory team, and
23  so, you know, we are very much aware that we don't
24  have the context and knowledge of kind of boots on
25  the ground of what's happening.



1          So when we create questions, we will take

2    the liberty of initiating a question and then we

3    will take it to the evaluation advisory group and

4    say, oh, this is what I'm asking, this is the

5    information I'm seeking.  Am I asking in the right

6    way?  What are some pre-formed responses that you

7    would likely select?

8          And so we attempt to get as many

9    pre-formed as possible, and then typically always

10   end with Other, because we know we don't know

11   everything and all the reasons, and then the Other

12   category, once we do analyze that, those then do --

13   sometimes if responded to frequently enough, then we

14   create unique response choices based on that.

15        Q    So I want to go back to my question, which

16   is whether this form requires that providers

17   submitting monthly progress reports identify the

18   specific reasons for noncompliance?

19          Does this report call for that

20   information?

21        A    Um, I guess not in the way you're asking

22   it.

23        Q    Okay.  Let's move on.

24          I actually think that -- let me just ask.

25   Stepping aside from the exhibit, are you familiar



1  with this service functional behavioral assessment?

2        A    No.

3        Q    What was that?  I'm sorry?

4        A    No.

5        Q    Thank you.  And just to confirm, you're

6  not aware that's a service provided through the Apex

7  program?

8        A    I'm not aware.

9        Q    So we did talk about specific

10 evidence-based services.  I think you said there's a

11 slide for that?

12       A    Yes.

13       Q    Let's go through it so we can find that

14 slide.

15       A    Okay.

16       Q    I see one here.  "Of the 159 reported

17 evidence-based practices."

18            Do you see where I am?  This is right

19 after -- we have Apex Billing by Payer Source,

20 Percentage of Services Billed to a Third Party

21 Payer, and then "of the 159."

22            You see where I am?

23       A    Yes.

24       Q    Okay.  So these are the evidence-based

25 practices, or EBPs, that are available through Apex,



1  correct?

2      A    Most frequently utilized, that's right.

3      Q    What are the other services -- excuse me.

4  Other evidence-based practices available through

5  Apex that are not on this spread -- excuse me -- on

6  this page?

7      A    So sometimes in some of the slides we have

8  a little pop-out of the Other, and I don't see that

9  we've done that here.

10         We typically try to follow the rule that

11  if the Other category is one of the top three, then

12  we go ahead and provide that further detail, but I

13  don't recall that off the top of my head.

14     Q    Do you know whether Apex providers receive

15  training on these most common evidence-based

16  practices?

17     A    So I -- so DBHDD provides support in the

18  area of workforce development.  They have a system

19  called Relias, that houses a lot of professional

20  development.

21         I do believe that some of these are

22  included in that.

23         Beyond that, the individual provider

24  agencies also do a lot of support and professional

25  development within, you know, the evidence-based



1  practices that they prioritize or adopt.

2      Q    Is Relias an online-based training module?

3  Can you explain to me what it is?

4      A    I think it's exactly what you described.

5  I don't know a whole lot about it.  I've never been

6  in the system.  But to my understanding, yes, it's

7  online, like modulized thing, yeah.

8      Q    Does the Center of Excellence, separate

9  and part from what you just described, provide any

10 training or technical assistance to Apex providers

11 on the most common EBDs identified on the slide?

12     A    So we have a workforce development arm

13 within the COE, and within that we have done a lot

14 of work in the trauma informed world.

15          So there is another group, like another

16 team, that provides a lot of support across the

17 State, and some of the agencies that are

18 implementing Apex have been involved in some way in

19 those -- participating in those trainings.

20     Q    Okay.  Does that workforce group within

21 the COE specifically target training on

22 evidence-based practices to Apex providers, or is it

23 just broadly offered to --

24     A    It's broadly offered.

25     Q    So they're not specifically reaching out



1  to Apex providers and scheduling trainings on

2  evidence-based practices?

3      A    No.   But they're included in the network

4  of providers who are -- who have the opportunity to

5  participate.

6      Q    Do GNETS staff have the opportunity to

7  participate in those workforce trainings on

8  evidence-based practice?

9          MS. JOHNSON:   Objection.

10     A    I don't know that they do and I don't know

11 that they don't.   I don't.

12     Q    I think we can put this document aside.

13         MR. HOLKINS:   We can also take a little

14     break now, five minutes, and we can go off the

15     record.

16         THE VIDEOGRAPHER:   Off the record at 3:10

17     p.m.

18         (A recess was taken.)

19         THE VIDEOGRAPHER:   Back on the record at

20     3:18 p.m.

21 BY MR. HOLKINS:

22     Q    Ms. Desai, you mentioned when we were

23 speaking earlier that there is a workforce arm of

24 the COE, correct?

25     A    Correct.



DIMPLE DESAI                                          March 29, 2022
UNITED STATES vs STATE OF GEORGIA                              189

1       Q    Who runs that component of the COE?

2       A    That is co-led by Astrid Pruett and Ursula

3   Davis.

4       Q    Would you agree that broadly one of the

5   goals of the Apex program is to meet the needs of

6   students who have behavioral health conditions in

7   general education settings?

8       A    Yes.

9       Q    Close to their homes and communities?

10           MS. JOHNSON:  Objection.

11      A    It's, it's in the schools where they -- in

12  the communities and where they live.

13      Q    And in your view, why is that important?

14      A    Apex is a school-based initiative.  So

15  it's being implemented in the schools in which these

16  -- where these children are.

17      Q    I understand that the services are being

18  implemented --

19      A    Yeah.

20      Q    -- in general education settings in

21  students' homes, near their own communities, right?

22      A    Yes, correct.

23      Q    I'm asking you whether you think that's

24  important?

25      A    I think it's important because it's a



1  school-based delivery model.  So I think it's

2  important that the services are delivered in the

3  school setting.

4      Q    But beyond just any school setting, in a

5  setting close to the child's home and community?

6          MS. JOHNSON:  Objection.

7      Q    You think that's important?

8          MS. JOHNSON:  Objection -- sorry.

9          Objection.

10     A    I think I'm not understanding the

11 question.

12     Q    Okay.  Let me try again.

13          Students who receive services through the

14 Apex program receive those services in their

15 schools, correct?

16     A    Correct.

17     Q    The schools which they would normally go

18 to based on where they live in Georgia?

19     A    That's right.

20     Q    Do you see value in providing services

21 through the Apex program to students in the school

22 where they would ordinarily go to based on where

23 they live?

24          MS. JOHNSON:  Object.

25     A    I do, because I think -- you know, I



1  mentioned earlier it's, it's acknowledging some of

2  what we know to be the barriers to accessing

3  services.  You know, transportation, getting the kid

4  to the therapist, and providing services in an

5  environment where they already spend so much of

6  their time acknowledges some of those barriers.

7       Q    Does providing services in a school

8  setting close to their community generate, based on

9  your understanding of your research, better outcomes

10 for children with behavioral health conditions?

11          MS. JOHNSON:  Objection.

12      A    Based on my research, providing services

13 in the schools where the kids are receiving their

14 education is, yes, is better for outcomes because,

15 again, it acknowledges some of the access of

16 transportation and the parent needing to take time

17 off work and things like that.

18          It's, it's meeting, meeting them where

19 they are.

20      Q    Let me go back and talk about -- I think

21 it was -- I think I'm disorganized.  I'm sorry.

22      A    That's okay.

23      Q    Do you have the Georgia Apex program

24 provider responsibilities and deliverables in front

25 of you?



1    A    Yes.  Hold on.

2         This document?

3    Q    Yes.  It's Exhibit 20, correct?

4    A    Yes.

5    Q    So I want to direct you to the section

6    titled, "Deliverables," which starts on Page 3 of

7    the document and carries over to Page 4.

8         Do you see where I am?

9    A    Yes.

10   Q    Okay.  Under No. 3, the third bullet, and

11   this is on the last page of the document, is

12   "Difference made."

13        Do you see that?

14   A    I do.

15   Q    The two measures for difference made are

16   the percent of students served to require a higher

17   level of care, such as short-term crisis

18   stabilization or extended residential treatment,

19   including a) monthly and b) aggregate totals.

20        That's the first; is that correct?

21   A    Correct.

22   Q    And the second is "number of disciplinary

23   referrals per month for the total population of

24   schools receiving Apex services, including, a)

25   monthly and b) aggregate totals.  The goal is try to



1  attribute the impact of Apex on the general school

2  climate."

3          Do you see that text?

4     A    I do.

5     Q    Did you have any input in identifying

6  these two measures for difference made?

7     A    I believe there was collaborative

8  conversation.

9     Q    So did you participate in those

10  conversations?

11     A    I believe I did.

12     Q    And what was the thinking behind

13  identifying these two measures for difference made?

14     A    If I recall, the first one, you know,

15  regarding higher level of care.  It's attempting to

16  understand that is receiving the services through

17  the Apex program, maintaining or addressing their

18  need, keeping them in their home, their community,

19  their school, and not requiring a higher level of

20  care, are they meeting -- are they getting what they

21  need from what's being delivered through the Apex

22  program.  And it's not resulting in crisis or not

23  resulting in any situation that would require higher

24  levels of care.

25          So that's, that's the first one.



1         The second one is, you know, given that

2    the Apex therapists are coming into the schools and

3    supporting those Tier 1 and Tier 2 interventions,

4    Tier 1 being that universal prevention, and Tier 2

5    being that group work or smaller focused work, you

6    know, is, is the fact that that support is there,

7    having any impact on the general school climate.

8         And so us, us wanting to understand the

9    disciplinary referrals and incidents -- I think that

10   word is in here -- but, you know, wanting us -- us

11   wanting to understand what the movement of referrals

12   is looking like.  You know, is it such that before

13   services we have a high rate of disciplinary

14   referrals and incidents, and now that services are

15   in place, students needs are being met, do we see

16   lower referral, do we see lower incidents.

17        And so is that in any way changing the

18   general school climate.

19   Q    And just to make the connection really

20   clear for me and for the record, what is the link

21   between disciplinary referrals and school climate?

22   A    So the way -- so Georgia DOE collects a

23   lot of surveys that is part of the Georgia Student

24   Health Survey, and it's a whole, very much long

25   explanation, but basically that results in a school



1  climate score.  Each public school receives a school

2  climate score.  I believe it's like one to five, or

3  something like that.

4          And so one of the indicators that, that is

5  part of the conversation of getting to that school

6  climate score is disciplinary incidents.  So that's

7  how that kind of connects.

8      Q    What are the other factors aside from

9  disciplinary referrals that are relevant to the

10  school climate rating?

11     A    Oh, my goodness.  It's, it's a lot.

12         So the Georgia Student Health Survey

13  includes student perception survey, staff and

14  personnel perception survey, parent perception

15  survey.  Then they're looking at discipline.  I

16  think they're looking at whether it's a safe and

17  substance-free environment.  I believe there's some

18  bullying indicators in there as well.

19         Someone with DOE would have way more

20  knowledge about it than I do.

21     Q    How did you arrive at disciplinary

22  referrals as the key measure for assessing

23  difference made as opposed to the other ones you

24  just identified relative to school climate?

25     A    So I think -- you know, referrals are the



1  way kids get to services, right.  So we want to

2  understand the number of referrals.  We want to

3  understand the reason for referral, because that is

4  what helps us to understand if we're kind of even

5  acknowledging school climate and moving -- again,

6  you know, these, these combination of indicators.

7  Are we moving in the right direction.

8          And so, again, referrals is I think

9  identified here because that is the way kids gets

10  into services.

11     Q    Going back to the first bullet under

12  "difference made," would higher level of care for

13  purposes of this bullet include placement in a GNETS

14  facility?

15          MS. JOHNSON:  Objection.

16     A    I am not sure because it doesn't say GNETS

17  facility.  So I'm not sure.  I mean -- it's -- I'm

18  not sure, you know, because it says short term

19  crisis stabilization or extended residential

20  treatment.  I don't, I don't see GNETS.

21          And so I don't know if someone's

22  interpretation would be if GNETS is one of the two

23  things included here.  I don't know.

24     Q    What do you interpret it to mean?

25     A    I come from an evaluation background, so I



1  look for, you know -- I would likely -- I would not

2  assume that it is included, and I would probably ask

3  is, is your interpretation maybe is GNETS

4  inconclusive of those two things?  I don't know.

5      Q    Who would you ask?

6      A    I mean initially I think the question

7  would come to us because of the survey design, and

8  then that would be us connecting to DBHDD to ensure

9  that, you know, we are all understanding, and that

10  we are collecting the data that we mean to be

11  collecting.

12      Q    So to be clear, have you had a discussion

13  with anyone at DBHDD about whether a higher level of

14  care as used in this document includes GNETS?

15          MS. JOHNSON:  Objection.

16      A    If you're asking me have I had a

17  conversation with DBHDD about if GNETS -- if this

18  first bullet and these two items, short-term crisis

19  stabilization, is inclusive of GNETS.  I don't

20  recall that I have.

21      Q    So sitting here today, do you have any

22  knowledge of whether placement in a GNETS facility

23  factors into COE's assessment of "difference made"

24  for Apex?

25          MS. JOHNSON:  Objection.



1      A     Ask me that again.

2      Q     Sure.  Sitting here today, do you have any

3  knowledge of whether placement in a GNETS facility

4  factors into COE's assessment of "difference made"

5  for Apex?

6            MS. JOHNSON:  Same objection.

7      A     I don't.  I don't believe so.

8      Q     So I want to just run through some

9  spreadsheets.

10            We can put this aside.  I think this

11  should be fairly quick.

12      A     Okay.

13      Q     Let me first show you where I got them

14  from.

15            (WHEREUPON, Plaintiff's Exhibit-50 was

16       marked for identification.)

17  BY MR. HOLKINS:

18      Q     Ms. Desai, you've just been handed what

19  has been marked as Exhibit 50.

20            MR. HOLKINS:  For the record this is

21       GA01482744.

22  BY MR. HOLKINS:

23      Q     This is an email from you dated June 30,

24  2020.  It's addressed to Dante McKay and other

25  members of the OCYF staff.

1            The title -- excuse me.  The subject of

2    the email is "Apex May 2020 Monthly Reports."

3            What were you sending in this email?

4       A    Monthly reports for May 2020, several

5    reports for May 2020.

6       Q    Specifically, monthly programmatic

7    reports?

8       A    Yep.  So, yeah, that's what it looks like.

9    It looks like programmatic reports, two.  So one is

10   just that PDF document of kind of the export that we

11   did.  And then we were collecting some COVID-19

12   specific data, and so it looks like we included that

13   as well.

14           Again, we just did that for that one year.

15   Yes.

16           So did you just ask me about programmatic

17   reports?

18      Q    It also includes a monthly progress report

19   spreadsheet, correct?

20      A    Yes.  So I can go down the whole list.

21   I'm sorry.

22      Q    No, that's fine.  I don't need to know

23   about all of them.

24      A    Okay.

25      Q    I'm particularly interested in the



1 programmatic report and the monthly progress report

2 spreadsheets, which I'm going to show you, so I know

3 those are attachments to this email.

4        A    Okay, yeah.

5        Q    These were all previously introduced, and

6 so I'm going to pull up on Zoom the versions that

7 were introduced previously.

8             Give me one second.

9             So the first is Exhibit 39, and I'm going

10 to produce that to you by zoom in a second.

11       A    Okay.

12            (WHEREUPON, Plaintiff's Exhibit-39 was

13        previously marked for identification.)

14 BY MR. HOLKINS:

15       Q    Do you see a document titled "Apex Monthly

16 Programmatic Reports for May 2020"?

17       A    Yes.

18            MR. HOLKINS:  So I'll just note for the

19        record this was introduced as Exhibit 39.  The

20        Bates No. is GA001483745.

21 BY MR. HOLKINS:

22       Q    It attaches exhibit -- excuse me.  It was

23 attached to Exhibit 50, which we were just

24 discussing.

25            So my understanding of what this is it's a



1  compilation of all the programmatic reports you

2  received from Apex providers in May 2020.  Is that

3  correct?

4      A    That's correct.

5      Q    And am I also correct in stating at this

6  point all of this data is submitted directly to

7  DBHDD and not to the Center of Excellence?

8      A    At this point this --

9      Q    In this current moment, as we --

10     A    Yes.  In this current moment, it's

11 provided to DBHDD, but I don't think it looks like

12 this.  I think it looks like your other -- I think

13 it looks like this.

14     Q    So was this based on a prior template for

15 the monthly --

16     A    Yes.

17     Q    -- programmatic reports?

18     A    That's correct.  That's correct.

19     Q    Did you undertake any analysis of this

20 information before you sent it to Dante?

21     A    No.  This -- what we're currently looking

22 at in the screen, there's no, there's no analysis.

23 It is export and compiling in a more reader friendly

24 visual here as one piece, single PDF file versus,

25 you know, 30 files.



1           And just like cleaning up, probably.  Like

2  making it look a little bit easier to use, putting

3  some hardware terms in between paragraphs, things

4  like that, but no analysis.

5      Q    And is that true also for the other

6  members of your team working on the Apex project,

7  they did not conduct any analysis of Exhibit 39

8  before you sent it to Dante?

9      A    No, not of this.

10          Now, analysis of the COVID-19 data, the

11  second thing, but not this, not this monthly output

12  like this, no.

13     Q    Okay.  So let's put this aside, and I'm

14  going to show you the next attachment.

15          Do you see a spreadsheet?

16     A    I do.

17          MR. HOLKINS:  I'll note for the record

18      this is Exhibit 40.  It was previously

19      introduced.

20          The Bates number is GA01482779, and it was

21      attached to Exhibit 50.

22          (WHEREUPON, Plaintiff's Exhibit-40 was

23      previously marked for identification.)

24  BY MR. HOLKINS:

25     Q    My understanding of what this is, is a



1  spreadsheet that shows monthly progress reporting

2  for Apex 1.0 and 2.0 providers for the month of May

3  2020.  Is that accurate?

4       A    Uh-hum.  Yes.

5       Q    And what did you do with respect to

6  constructing this spreadsheet before you sent it to

7  Dante McKay and his team?

8       A    Oh, my gosh.  A lot.  So it doesn't export

9  -- so the raw data, the way it exports from the

10  system that we use is not at all reader friendly.

11  It doesn't have the headers on the columns that you

12  see, things like that.

13            So it's actually a big data management

14  lift to just kind of reorganize and restructure the

15  data.

16            We're not messing with the data itself.

17  The raw data is the raw data.  But we are organizing

18  and restructuring so that it looks the way it does

19  currently.

20            So it's a lot.  It's a lot of just --

21  yeah.

22       Q    I imagine.

23            Is this something that you're submitting

24  to DBHDD on a monthly basis, reports like this one?

25       A    Yes.



1      Q    And would that report, in its most current
2  iteration, include a tab for Apex 3.0?
3      A    Correct.
4      Q    Do you conduct any analysis of this
5  monthly progress report data in the spreadsheet
6  before sending it to Dante McKay and his team?
7      A    No.  I'm just confirming.  No, we don't
8  conduct analysis.  This is just kind of the monthly
9  snapshot of the activity that happened.
10          The analysis takes place in the yearly
11  summary and findings.  So this is just kind of a
12  snapshot.
13          I mean -- I mean I take that back.  If
14  you're considering summing the, you know, summing
15  the root columns analysis, I don't consider that
16  analysis.  Like the totals are at the bottom and
17  things like that.
18      Q    Right.  Are you looking for -- are you
19  looking at -- excuse me.
20          Are you looking for trends, for instance,
21  in Tier 3 services provided across providers on a
22  monthly basis based on this data?
23      A    So this version -- so yes, but not in the
24  version you're looking at.
25          So like this is, this is just kind of that



1  monthly snapshot.  This is what's happening across

2  schools.

3          The other document that's included in this

4  email as an attachment is YTD.  So that's year to

5  date.  That is where we might look and kind of see,

6  because that then is rolling up the schools by

7  provider and giving us a sense of like, okay, you

8  know, Viewpoint Health in the month of May, oh, they

9  only provided like a hundred services.  That's not

10 typical.  They're usually providing more.  Something

11 like that.

12          So that, that year-to-date, we might use

13 that for that type of reflection.

14          But this at a school level, we're not,

15 we're not looking at it for that.  No.  Not in that

16 way.  If that makes -- I don't know if that makes

17 sense.

18     Q    It does, and I'm going to show you the

19 spreadsheet that you just referred to, so we can

20 talk about that.

21          MR. HOLKINS:  So I have just produced

22     through Zoom Exhibit 41, which was previously

23     introduced.

24          The Bates No. is GA 01482780.  It was

25     attached to Exhibit 50.



1              (WHEREUPON, Plaintiff's Exhibit-41 was

2         previously marked for identification.)

3    BY MR. HOLKINS:

4         Q    Is this the year-to-date spreadsheet that

5    you have been discussing?

6              I realize it's at the bottom document.

7    I'll scroll to the top.  I can even give you

8    control.

9         A    No, that's.

10             Okay.  Yeah, this appears to be the

11   year-to-date.  I think it's the second worksheet in

12   that workbook because I believe the first worksheet

13   should be the pivot table.

14        Q    Is that it?

15        A    That's the first worksheet, yes.

16        Q    So this is the document that you refer to

17   as kind of a basis for analyzing where providers are

18   at; is that right?

19        A    Correct.  Correct.  And if this then -- if

20   there's something here that, you know, might then

21   direct me to the other one, sure.

22        Q    Is this also something that you're

23   submitting, a version of this, to DBHDD on a monthly

24   basis?

25        A    Yes.



1            MR. HOLKINS:  So I'll just note for the

2       record, so that it's easier for us to find,

3       that we are going to be interested in seeing

4       updated versions of this spreadsheet through

5       the present.

6   BY MR. HOLKINS:

7       Q    So what specific things are you looking at

8   when you see this spreadsheet?

9            You mentioned --

10           MR. HOLKINS:  Let me start again.

11  BY MR. HOLKINS:

12      Q    When you're assembling this year-to-date

13  spreadsheet, based on the most recent monthly

14  progress report data from providers, what are you

15  looking for?

16      A    I mean I'm looking for anything that looks

17  off, you know.  We don't typically have providers

18  send data in the tens, thousands.  So if I'm seeing

19  something like that, then there's something that's

20  off.

21           I'm looking for the other extreme, too.

22  You know, someone's reporting two or three -- or

23  like sum total, I'm seeing two or three services.

24  Okay, that's telling me someone's not -- someone

25  hasn't been sending their monthly data, right.



1          So that then would flag me to, you know,

2    to -- to inquire, let's say, for example, Fulton

3    County.  You know, I'm only seeing three cases on a

4    -- I don't know, October year-to-date file.

5          The way we track data is through the State

6    fiscal year.  So we've already looked at July,

7    August, September, and by October I'm only seeing

8    one student being served, or, you know, is that

9    because data is miss -- like is that because they

10   haven't been submitting their reports.

11         And typically that's already been flagged,

12   because we do a monthly one before we analyze this

13   data.  We do look to see who has submitted and who's

14   outstanding.  At a provider level, who's submitted

15   and who's outstanding, right.

16         So I'm looking for kind of general things

17   like that.

18     Q    Discrepancies from which you would

19   ordinarily --

20     A    Yeah.

21     Q    -- expect?

22     A    Yes, yeah.

23     Q    Is there any other systemwide data that

24   you're looking at on a monthly basis with respect to

25   the Apex rubric?



1              MS. JOHNSON:  Objection.

2       A    No.

3       Q    I'm sorry?

4       A    No.  Not that I'm recalling, no.

5       Q    Does this spreadsheet tell you the number

6   of children referred to GNETS who were previously

7   referring services through Apex?

8              MS. JOHNSON:  Objection.

9       A    No.  I mean, again, you know, I think it's

10  back to that referral category that we previously

11  looked at, the State agency.  I mean --

12      Q    The data, you're just now collecting data

13  at that level, right?

14      A    We're not collecting, right, data at that

15  granular level.  State agency -- state entity is

16  inclusive of GNETS, but that sum total will not

17  allow me to disaggregate and understand of that what

18  is GNETS.

19      Q    Will this spreadsheet tell you the number

20  of children transitioning back to Apex from a GNETS

21  facility?

22              MS. JOHNSON:  Objection.

23      A    No.  We're not, we're not tracking the

24  data on that.

25      Q    Will this spreadsheet tell you the number



1   of children diverted from GNETS because of Apex

2   services?

3           MS. JOHNSON:  Objection.

4       A    No.  We're not, we're not collecting the

5   data, no.

6       Q    Is there any information in this

7   spreadsheet that is specific to GNETS?

8       A    No.

9           MS. JOHNSON:  Objection.

10          MR. HOLKINS:  Okay.  Let's put this aside.

11      I just want to take a couple of minutes to go

12      through some of the documents.

13          We can go off the record for a few

14      minutes.

15          THE VIDEOGRAPHER:  Off the record at 3:48

16      p.m.

17          (A recess was taken.)

18          THE VIDEOGRAPHER:  We're back on the

19      record at 3:53 p.m.

20  BY MR. HOLKINS:

21      Q    Ms. Desai, we're just going to go through

22  some documents quickly, mostly for identification

23  purposes.

24          The first one is Exhibit 51.

25          (WHEREUPON, Plaintiff's Exhibit-51 was



1      marked for identification.)

2          MR. HOLKINS:  For the record, this is

3      GA00129400.

4  BY MR. HOLKINS:

5      Q    It's an email from you -- excuse me.

6          It's an email to you, dated September 25,

7  2020, Subject:  "Apex Friday Leadership Check-in

8  Call."

9          My question to you is whether this is a

10  current roster for the Apex leadership check-in

11  call?

12          MS. JOHNSON:  Objection.

13      A    No, because Rachel Campos, who is one of

14  my colleagues, is not on the -- she's not -- she's

15  not on Apex anymore.  She's not.

16          So I think other than that, I see

17  everyone.  Danielle is on here, Dr. Pearson, Layla,

18  Dante, myself, and Ani.

19      Q    Any additions?

20      A    No.

21      Q    Okay.  You can put that aside.

22          Just so it's clear, how often do those

23  Apex leadership check-in meetings occur?

24      A    They're monthly.

25      Q    And they're ongoing?



1      A    They're ongoing, yes.

2           (WHEREUPON, Plaintiff's Exhibit-52 was

3       marked for identification.)

4  BY MR. HOLKINS:

5      Q    You've just been handed Exhibit 52.

6           MR. HOLKINS:  For the record, this is

7       GA00150297.

8  BY MR. HOLKINS:

9      Q    This is an email from you dated August 24,

10  2020, to Dante McKay and a number of other

11  recipients.

12     A    Uh-hum.  (Affirmative.)

13     Q    The subject is "Apex DBHDD/DOE/COE Partner

14  Meeting."  Correct?

15     A    Correct.

16     Q    This is a meeting separate from the Apex

17  leadership check-in, correct?

18     A    Not -- technically, no.

19          So this Apex leadership call is monthly,

20  and I think it is the fourth Friday of the month.

21          And then quarterly this meeting is

22  dedicated to include DOE as well.

23          So my calendar invite for this will be

24  monthly to three members from the COE team and then

25  the DBHDD leadership team.



1            And of this monthly reoccurring calendar

2    invite quarterly will reflect this meeting.  I don't

3    know if that makes sense.

4        Q    I think so.  So once a quarter you're

5    having a meeting with the Apex leadership team that

6    includes DOE representatives?

7        A    Correct.

8        Q    Okay.  Are those representatives, at least

9    as of the day of this email, cc'ed on this email?

10       A    Yes.  So Cheryl Benefield is still there,

11   Ashley Harris is still there, but Dr. McGiboney has

12   moved on to another position, not even in DOE.  He

13   is not currently in DOE.  But the other two, yes.

14       Q    Are there any additional DOE participants

15   in this meeting not reflected in this email?

16       A    No.

17       Q    So at this point it's Cheryl Benefield --

18   excuse me.  Cheryl Benefield and Ashley Harris

19   participate for DOE in these meetings?

20       A    That's correct.

21       Q    We can put this aside.

22            (WHEREUPON, Plaintiff's Exhibit-53 was

23        marked for identification.)

24   BY MR. HOLKINS:

25       Q    You've just been handed what's been marked



 1  Exhibit 53.

 2          MR. HOLKINS:  For the record, this is

 3      GA00667127.

 4      Q    The title of the document is "Apex

 5  Technical Assistance Quarterly Summary," and there's

 6  an image at the top of the document that reads

 7  "Center of Excellence for Children's Behavioral

 8  Health.  This is from January to March of 2020.

 9          Have you seen this document before?

10      A    Yes.

11      Q    What is this document?

12      A    So this is me initiating -- if I'm reading

13  this correctly, I think this is likely the first one

14  I forwarded.

15          Oh, this is the same email.

16          I wanted a way to quickly track and then

17  report the type of technical assistance that we were

18  offering to the providers being funded to implement

19  Apex.  And so that's, that's what this is.

20          I think this is -- I think I attached it.

21  Yep.  Attached the quarter one summary.

22          So if it's quarter one, then this quarter

23  one likely doesn't mean the calendar quarter one.

24  It means like July, August, September, because we

25  mimic that state fiscal year.



1              So it probably is identifying all the
2    technical assistance activities that occurred in
3    those months, and then it's organized by the mode of
4    delivery, and if we did any kind of post-survey,
5    then that data is collected.  And then we're
6    identifying any questions that we may want to circle
7    back to, and then identify any follow-up action
8    items or next steps.
9         Q    Who do you send this quarterly summary to?
10        A    Just to our DBHDD partners.
11        Q    Is this something you're still doing?
12        A    Yes.
13        Q    On a quarterly basis?
14        A    Yes.
15        Q    And these reports capture all of the
16   technical assistance that the Center of Excellence
17   is providing with respect to Apex in that quarter?
18        A    Yes.
19        Q    Okay.  We can put this aside.
20             (WHEREUPON, Plaintiff's Exhibit-54 was
21         marked for identification.)
22   BY MR. HOLKINS:
23        Q    You've just been handed what's been marked
24   Exhibit 54.
25             Please take a moment to familiarize



 1  yourself with the first page of the document.

 2          (Witness reviews exhibit.)

 3      Q    For the record, the first page of this

 4  document is an email sent May 28, 2020, to a number

 5  of recipients, including yourself, Dimple Desai.

 6          The Bates-stamp on the email is

 7  GA01743050.  The subject is "Re GGA Brief, for your

 8  review," and there's an attachment to the email that

 9  starts with the Bates No. GA01638445, and the

10  attachment is titled, "Impact of COVID-19 on

11  Children's Access to Mental Health Services in

12  Georgia, Issue Brief, June 15, 2020."

13          Ms. Desai, do you recall receiving this

14  email?

15      A    Yeah, I do.  It was a long time ago, but,

16  yes, I do.

17      Q    What is the Georgia Grant Makers Alliance?

18      A    I mean, to my understanding, it is a -- I

19  don't know if collaborative is the right word.  I

20  don't know what they define themselves as.  But it's

21  a group of like I guess organizations that fund

22  different grants for, you know, initiatives

23  involving providing support to children, behavioral

24  health being one of them.

25      Q    Did you provide any input on the report



1  that's attached to this email?

2      A    Yes.  So I do recall reviewing it, and I

3  do recall -- I do recall making comments, yes, I do.

4      Q    And what were your comments?

5      A    Honestly, I cannot recall.  I mean I

6  remember my general feeling when I revised it.

7      Q    What was your general feeling when you

8  reviewed it?

9      A    There were some, some facts that weren't

10 quite captured accurately.  I think one of them, if

11 I recall, is like the number of providers

12 implementing Apex I think was wrong, or something

13 like that.

14          So, yeah.

15     Q    Anything else you can recall from your

16 review of this document?

17     A    This is silly, but I actually think in

18 every place where the CMO is in this document, it

19 was actually COM.  I think it was little things like

20 that, that was just like, oh, that's -- yeah.

21     Q    On the subject of Care Management

22 Organizations, do they ever join your Apex

23 leadership calls?

24     A    No.

25     Q    Do any representatives of the Department



1  of Community Health ever join your Apex leadership

2  calls?

3        A    No.

4        Q    You can put this document aside.

5             I just have a few more questions for you,

6  Ms. Desai.

7        A    Okay.

8        Q    I'm going to ask you some questions about

9  your preparing for this deposition.  I want to make

10 clear in asking these questions, I'm not asking you

11 to share any information about the conversations you

12 had with your attorney in preparation for this

13 deposition.

14            And with that preface, what did you do to

15 prepare for today's deposition?

16       A    Really nothing.  I didn't do anything.

17       Q    You didn't review any documents

18 specifically in preparing for this deposition?

19       A    No.

20       Q    Did you discuss your testimony, your

21 anticipated testimony, with anyone other than your

22 attorney?

23       A    No.

24            MR. HOLKINS:  Okay.  We are off the record

25       -- actually, no.  One second.



1      I do want to, consistent with your

2   discussion earlier, acknowledge I think our

3   shared stipulation that all objections except

4   as to form are going to be reserved until the

5   trial.  Correct?

6        MS. JOHNSON:  Agreed, yes.

7        MR. HOLKINS:  Okay.  I think we're off the

8   record.

9        MS. JOHNSON:  Great.

10       THE VIDEOGRAPHER:  Off the record at 4:05

11  p.m.

12       (Whereupon, the deposition concluded at

13  4:05 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25



```
 1                C E R T I F I C A T E

 2

 3   STATE OF GEORGIA:

 4   FULTON COUNTY:

 5

 6           I hereby certify that the foregoing

 7   transcript of DIMPLE DESAI was taken down, as stated

 8   in the caption, and the questions and answers

 9   thereto were reduced by stenographic means under my

10   direction;

11           That the foregoing Pages 1 through

12   219 represent a true and correct transcript of

13   the evidence given upon said hearing;

14           And I further certify that I am not of kin

15   or counsel to the parties in this case; am not in

16   the regular employ of counsel for any of said

17   parties; nor am I in anywise interested in the

18   result of said case.

19

20           IN WITNESS WHEREOF, I have hereunto

21   subscribed my name this 1st day of April, 2022.

22

23   _____

24         Wanda L. Robinson, CRR, CCR No. B-1973
              My Commission Expires 10/11/2023
25
```



1                    D I S C L O S U R E

2     STATE OF GEORGIA   ) VIDEOTAPE DEPOSITION OF
      FULTON COUNTY      ) DIMPLE DESAI - 03/29/22

3                    Pursuant to Article 10.B of the Rules and

4     Regulations of the Board of Court Reporting

5     of the Judicial Council of Georgia, I make the

6     following disclosure:

7                    I am a Georgia certified court reporter.

8     I am here as a representative of Esquire Deposition

9     Solutions, LLC, and Esquire Deposition Solutions,

10    LLC was contacted by the offices of U.S. Attorney's

11    Office to provide court reporter services for this

12    deposition.  Esquire Deposition Solutions, LLC will

13    not be taking this deposition under any contract

14    that is prohibited by O.C.G.A. 9-11-28 (c).

15                   Esquire Deposition Solutions, LLC has no

16    contract/agreement to provide court reporter

17    services with any party to the case, or any counsel

18    in the case, or any reporter or reporting agency

19    from whom a referral might have been made to cover

20    this deposition.

21                   Esquire Deposition Solutions, LLC will

22    charge the usual and customary rates to all parties

23    in the case, and a financial discount will not be

24    given to any party to this litigation.

25



1                  ERRATA SHEET FOR THE TRANSCRIPT OF:

2    Deponent Name:  DIMPLE DESAI

3    Case Caption:   United States of America vs. State
                     of Georgia
4

5    Case No. :  1:16-cv-03088-ELR

6         I do hereby certify that I have read all
     questions propounded to me and all answers given by
7    me on the 29th day of March 2022, taken before Wanda
     L. Robinson, and that:
8

9    _____1) There are no changes noted.

10    _____2) The following changes are noted:

11        Pursuant to state rules of Civil Procedure
     and/or the Official Code of Georgia Annotated
12   9-11-30(e), both of which read in part:  Any changes
     in form or substance which you desire to make shall
13   be entered upon the deposition with a statement of
     the reason given for making them.
14        Accordingly, to assist you in effecting
     corrections, please use the form below:
15

16   CORRECTIONS:

17   _____

18   Page      Line           Change        Reason For Change

19   _____

20   _____

21   _____

22   _____

23   _____

24

25



1                    CERTIFICATE  OF DEPONENT

2

3        I hereby certify that I have read and examined

4    the foregoing transcript, and the same is a true and

5    accurate record of the testimony given by me.  Any

6    additions or corrections that I feel are necessary,

7    I will attach on a separate sheet of paper to the

8    original transcript.

9

10                          _____

11                              Signature of Deponent

12

13        I hereby certify that the individual

14   representing himself/herself to be the above-named

15   individual, appeared before me this _____ day of

16   _____, 2022, and executed the above

17   certificate in my presence.

18

19

20                          _____

21                                  NOTARY PUBLIC

22

23   MY COMMISSION EXPIRES:

24

25



800.211.DEPO (3376)
EsquireSolutions.com