1          UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF GEORGIA

3

United States of America,              No.
4                                      1:16-CV-03088-ELR
      Plaintiff,
5
vs.
6
State of Georgia,
7
      Defendant.
8  ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

9

10

11

12
      VIDEOTAPED VIDEOCONFERENCE ZOOM DEPOSITION OF
13
            FABIO VAN DER MERWE
14
              January 9, 2023
15
                 2:23 p.m.
16
              Decatur, Georgia
17

18

19

20

21

22

23        Marcella Daughtry, RPR, RMR

24    Georgia License No. 6595-1471-3597-5424

25        California CSR No. 14315



```
 1                    APPEARANCES OF COUNSEL

 2    For the Plaintiff:

 3          U.S. DEPARTMENT OF JUSTICE
            MR. PATRICK HOLKINS
 4          MS. FRANCES COHEN
            MS. JESSICA POLANSKY
 5          MS. CRYSTAL ADAMS
            950 Pennsylvania Avenue, N.W.
 6          Washington, D.C. 20579
            202.305.6630
 7          patrick.holkins@usdoj.gov
            frances.cohen@usdoj.gov
 8

 9    For the Defendant State of Georgia:

10          ROBBINS FIRM
            MS. MELANIE JOHNSON
11          500 14th Street, NW
            Atlanta, Georgia 30318
12          404.856.3252
            melanie.johnson@robbinsfirm.com
13

14    For the Witness and DeKalb Community Service Board:

15          FREEMAN, MATHIS & GARY, LLP
            MR. ANDREW KIM
16          100 Galleria Parkway
            Atlanta, Georgia 30339
17          akim@fmglaw.com

18

      Also Present:
19
            Sandra LeVert
20          Patrick Murphy, videographer
            Dr. Robert Putnam
21

22

23          *** ALL PARTIES APPEARED REMOTELY ***

24

25
```



```
 1                    INDEX OF EXAMINATION

 2    WITNESS:  FABIO VAN DER MERWE

 3

 4    EXAMINATION                                    PAGE

 5    BY MR. HOLKINS                                   6

 6

 7

 8                         *  *  *

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1                          INDEX TO EXHIBITS

2     EXHIBITS                                              PAGE

3     Exhibit 810        Subpoena                            8

4     Exhibit 811        E-mail from Joseph Colette to      10
                         Judy Fitzgerald 7/28/20
5                        "Subject: DeKalb Community
                         Service Board Executive Director"
6                        GA00215160 to 215161

7     Exhibit 812        Curriculum vitae                   12
                         GA00215172 to 174
8                        (Confidential - subject to
                         protective order)
9
      Exhibit 813        Strategic Plan 2022 to 2025        22
10                       DEKALB000040 to 44

11    Exhibit 814        State of Georgia, Department of     37
                         Behavioral Health and Developmental
12                       Disabilities Contract
                         DEKALB005015 to 5044
13
      Exhibit 815        Memorandum of Understanding        43
14                       dated 3/5/21
                         DEKALB004911 to 4921
15
      Exhibit 816        E-mail chain from David Sofferin   54
16                       to Jeffrey Minor 9/19/18
                         "Subject: Fwd: DeKalb Consultation
17                       Report"
                         GA01451409 to 1411
18
      Exhibit 817        Clayton CSB Consultation dated     57
19                       9/7/2018
                         GA01451412 to 1447
20
      Exhibit 818        Document Produced in Native        65
21                       Format - redacted
                         GA03979855

22

23

24                              *  *  *

25



1            THE VIDEOGRAPHER:  We are now on the record.

2    Today is Monday, January 9th, 2023, and the time is

3    2:23 p.m. Eastern Time.  This begins the videoconference

4    deposition of Fabio van der Merwe taken in the matter of

5    United States of America versus State of Georgia, Case

6    Number 1:16-cv-03088-ELR, pending in the U.S. District

7    Court for the Northern District of Georgia, Atlanta

8    Division.

9            My name is Patrick Murphy.  I am the remote

10   videographer today, and our remote court reporter is

11   Marcie Daughtry.  We are both representing Esquire

12   Deposition Solutions.

13           If counsel could please introduce themselves

14   for the record, and then our court reporter will swear in

15   the witness.

16           MR. HOLKINS:  This is Patrick Holkins for the

17   United States.

18           MR. KIM:  Andrew Kim for DeKalb County

19   Community Service Board.

20           MS. JOHNSON:  Melanie Johnson for the State of

21   Georgia.

22           MR. PUTNAM:  Robert Putnam for the U.S.

23   Department of Justice.

24   >>>

25   >>>



1                       FABIO VAN DER MERWE,

2    called as a witness herein, having been first duly sworn

3    by the shorthand reporter to speak the truth and nothing

4    but the truth, was examined and testified as follows:

5

6                          EXAMINATION

7    BY MR. HOLKINS:

8         Q    Good afternoon, Mr. van der Merwe.  How are

9    you?

10        A    Good.  Good.

11        Q    I want to run through some instructions before

12   we dive into questions just to make sure that we're all

13   on the same page.  As you know, this deposition is being

14   recorded both by video and by the court reporter.

15             Just for clarity, I would ask that you allow me

16   to finish my questions before you start your answers.  Is

17   that all right?

18        A    Yes.

19        Q    Also, please provide verbal responses as

20   opposed to shaking your head or nodding your head.  Is

21   that all right?

22        A    Yes.

23        Q    Do you have any documents in -- in front of you

24   at this time?

25        A    I do have one document of notes that I wrote.

1      Q    Okay.  And is that -- those are notes to assist

2  you in preparing -- in providing your testimony today?

3      A    Yes.

4      Q    Okay.  So let's talk about that later, but

5  thank you for letting me know.

6           Do you -- do you have access to your e-mail

7  at -- at your desk right now?

8      A    Yes.

9      Q    Is your e-mail up?

10     A    Yeah, I -- I can close it.

11     Q    That would be helpful.  Thank you.

12          Is there anyone in the room with you right now?

13     A    No.

14     Q    Okay.  I'm going to be using some abbreviations

15  most likely today.  I just want to run through them to

16  make sure that we're on the same page.  If I reference

17  "DBHDD," will you understand that to reference the

18  Georgia Department of Behavioral Health and Developmental

19  Disabilities?

20     A    Yes.

21     Q    And if I reference "DCH," will you understand

22  that to mean the Georgia Department of Community Health?

23     A    Yes.

24     Q    If I reference "G-a-D-O-E" or "GaDOE," will you

25  know that means the Georgia Department of Education?



FABIO VAN DER MERWE                                         January 09, 2023
UNITED STATES vs STATE OF GEORGIA                                          8

```
 1        A   Yes.
 2        Q   And "CSB" stands for community service board,
 3   correct?
 4        A   Yes.
 5        Q   If I reference "GNETS," will you understand
 6   that to mean the Georgia Network for Educational and
 7   Therapeutic Supports?
 8        A   Yes.
 9        Q   I don't think we're going to need a ton of time
10   today, but I still think it would be good for us to take
11   at least one break.  And ordinarily, Mr. van der Merwe,
12   my -- my practice is to stop at about 90 minutes, if not
13   before then.  If you need a break before that point,
14   please let me know, and we can take one.  The same goes
15   to counsel and -- and the court reporter.  My only
16   request is that if there is a question pending, that you
17   first answer that question before we take a break.
18            Is that okay?
19        A   Understood.
20        Q   Thank you.
21            So if you give me a second, I will pull up the
22   first document for today, which I think is going to be
23   Exhibit 810.
24            (Plaintiff's Exhibit 810 was marked for
25   identification.)
```



1        Q    BY MR. HOLKINS:  I've just published what we

2    are marking as Exhibit 810.  Mr. van der Merwe, this is a

3    copy of the subpoena that was issued to the Community, to

4    DeKalb Community Service Board, in order for you to

5    testify in this matter.  Did you receive a copy of this

6    document?

7        A    Yes, I did.

8        Q    And to be clear, your counsel representing you

9    today is Mr. Andrew Kim; is that correct?

10       A    Yes.

11       Q    Have you been deposed before?

12       A    Yes.

13       Q    Have you been deposed in your capacity as chief

14   executive officer at DeKalb Community Service Board?

15       A    Yes.

16       Q    How recently?

17       A    I believe it's been about eight months.

18       Q    And what was that in connection with?

19       A    That was in connection to a dispute between

20   DeKalb County and the City of Brookhaven.

21       Q    What was the dispute?

22       A    Sorry, involving a location, a center, a

23   facility that we were currently leasing.

24       Q    Were you identified as a party in that matter?

25       A    No.



1    Q   Have you -- have you provided any other

2    testimony in your capacity as CEO of DeKalb Community

3    Service Board?

4    A   No.

5    Q   Let's set this aside.  I'm going to pull up

6    another document.

7        (Plaintiff's Exhibit 811 was marked for

8    identification.)

9    Q   BY MR. HOLKINS:  I've just published what I

10   would like to mark as Exhibit 811.  This was a document

11   produced by the State of Georgia to the United States in

12   this litigation.  The Bates number is GA00215160.  It's

13   an e-mail from Joseph Colette sent to Judy Fitzgerald

14   dated July 28, 2020.  The subject is "DeKalb Community

15   Service Board Executive Director/CEO," and there are a

16   number of attachments.

17       Mr. van der Merwe, I note that this -- that you

18   were a -- you were copied on this e-mail, correct?

19   A   Yes.

20   Q   And this e-mail pertains to the proposal by

21   DeKalb Community Service Board to retain you as the new

22   executive director, slash, CEO for the organization,

23   correct?

24   A   Correct.

25   Q   There are a number of attachments specifically,



1  including your resume, which is attachment two; correct?

2        A    Yes.

3        Q    So I -- I'm going to show you your resume in a

4  second, but I just first want to ask about this process,

5  which is the proposal to Commissioner Fitzgerald, former

6  Commissioner Fitzgerald, with respect to your candidacy.

7  What's your understanding of DBHDD's role with respect to

8  approving candidates for the CEO role of -- at community

9  service boards?

10        A    According to state law, the commissioner for

11  DBHDD has to approve the selection of a CEO and the CEO's

12  contract to DeKalb -- to a -- to a CSB, community service

13  board.

14             So as part of that process, we submit a packet

15  of information regarding the -- the board selection, my

16  resume, the CEO contract, and that goes to DBHDD, who

17  then reviews it under a committee and provides

18  recommendation.  That committee provides recommendations

19  to the commissioner who then makes a decision on the

20  approval.

21        Q    Is there an interview that's required?  In

22  other words, were you interviewed as part of this process

23  by DBHDD?

24        A    No, I was not.

25        Q    So it's a review by a committee that receives



1   this packet, a recommendation to Commissioner Fitzgerald,

2   in this instance, and a decision ultimately by

3   Commissioner Fitzgerald; is that accurate?

4        A   Yes.

5        Q   Is there any ongoing review performed by the

6   commissioner of DBHDD or other staff at DBHDD of CEOs or

7   executive directors at community service boards?

8        A   Not that I'm aware of.

9        Q   So once the CEO is installed and approved by

10  DBHDD, there is no reapplication or ongoing review

11  process; is that accurate?

12       A   The -- the only -- once a contract expires or

13  there is any change in the CEO salary, those would

14  trigger a need to submit a new application.  So, you

15  know, I was just recently renewed, and so the -- a new

16  application would have been submitted.  Or if there is a

17  change in my salary, a request gets submitted for

18  approval.

19       Q   Thank you.  I'm going to stop sharing this

20  document and shift to one of the attachments,

21  specifically your resume, which is attachment two.  Give

22  me one second.

23           So I've just published what I would like to

24  mark as Exhibit 812.

25           (Plaintiff's Exhibit 812 was marked for



1   identification.)

2       Q   BY MR. HOLKINS:  This was an attachment to the

3   e-mail that we just discussed.  The Bates number is

4   GA00215172, and it appears to be, from its cover, your

5   resume as of the date of submission, which was July of

6   2020.  Is that correct, Mr. van der Merwe?

7       A   Yes.

8       Q   Obviously, a few years have elapsed, and I'm

9   sure that there would be updates you would provide under

10  your current role.  But aside from that, do you have any

11  updates to this CV?  And I can give you control, which I

12  will do now, if you'd like to take a look.

13      A   The only update would be obviously for my

14  current role as actual CEO and executive director.

15      Q   Got it.  So if I -- if I am reading your resume

16  correctly, you've been an employee of DeKalb Community

17  Service Board since 2006, correct?

18      A   During that time there were periods where I

19  left DeKalb and worked for another agency for -- I worked

20  for Magellan for about nine months, and then I worked at

21  the DBHDD for, I think, about a year and a half within

22  that period of time.

23      Q   What is Magellan?

24      A   Yes.

25      Q   What -- what is Magellan?



1      A    Magellan is a managed care company.  At the

2    time, Magellan was responsible for managing the

3    behavioral health component of several Medicaid state

4    contracts, including the -- one of the contracts here in

5    Georgia.

6      Q    And could you just briefly describe -- I know

7    it's listed here in your resume, but in your own words,

8    could you describe your responsibilities when you were at

9    Magellan?

10      A    Basically as the quality improvement manager,

11    my goal was to monitor the quality metrics that were part

12    of the contracts that our vendors would have.  So

13    Magellan supported the behavioral health component for

14    the well care, managed care contract for Medicaid.  So we

15    would look at the quality metrics that were in that

16    contract making sure that we were following them.

17          We would then provide support or advice in

18    terms of addressing those metrics.  I was also

19    responsible for the accreditation process.  So NCQA and

20    URAC are accreditation agencies for managed care

21    companies, so we would -- I would be responsible for

22    making sure that we would go through those accreditation

23    processes.

24      Q    Thank you.

25          I want to direct your attention to the work



1   that you did as described in this resume for DBHDD from

2   2007 to 2008.  The first bullet references regional

3   oversight of psychiatric hospital admissions.

4          Could you describe what that entailed?

5      A   So that -- what I would do there as a case

6   expert there, I would review admissions that came into

7   the hospital and coordinate with other community service

8   boards or other state agencies to ensure that those

9   clients would get -- get kind of transferred back in to

10  those communities; or if they were active clients, to

11  make sure they were getting referred back to the

12  appropriate organizations.

13         So it wasn't so much provide of the direct

14  admission; it was just to make sure that I was supporting

15  that admission process so we knew where these individuals

16  were coming from and then who would provide services

17  after care, after they left the State hospital.

18     Q   Understood.  So it would be fair to describe

19  this function as akin to care coordination and transition

20  planning for individuals needing a hospital setting?

21     A   Yes.  There were -- there were counselors and

22  therapists on the units that would do more direct; that

23  my -- my goal was to kind of work with the community

24  providers, work with those clinicians, making sure those

25  connections were happening.  I -- I reported to the



 1  regional office for DBHDD that was responsible for this.

 2      Q   I see that the resume indicates that you also

 3  provided direct care services as a substance abuse

 4  counselor at the Johns Hopkins Health System in

 5  Baltimore; is that correct?

 6      A   Yes.

 7      Q   Have there been other instances where you

 8  provided direct care services?

 9      A   When I worked at the Domestic Violence Center

10  of Howard County, I was doing therapy, group therapy and

11  individual therapy for a court-mandated male batterer

12  program.

13      Q   Your resume reflects that you had maintained a

14  certification in healthcare compliance through CHC.  Is

15  that current?

16      A   Yes.

17      Q   Do you have any other professional licenses?

18      A   No.  That's the only one.

19      Q   So let's set this aside.  I'd like to ask you

20  some questions about your current role and your duties as

21  the CEO.  Could you describe them for me.

22      A   So as the CEO for the DeKalb CSB, I am the

23  DeKalb CSB board, our actual board of representatives and

24  their -- kind of their only employee and representative

25  for the agency.  It's my -- they have kind of empowered



1   me as the CEO to manage the day-to-day operations of the

2   DeKalb CSB.  I am responsible for establishing a

3   leadership team, hiring staff, and managing overall

4   budgets.

5           That authority I often sometimes will delegate

6   to my chief financial officer.  I also have a chief

7   clinical officer, a chief quality officer, and I work

8   with our leadership team to make sure that the agency is

9   operating within accordance of our contracts, our grants,

10  and supporting the community.

11      Q   Do you have -- do you also have responsibility

12  over strategic planning, and by strategic --

13      A   Yes.

14      Q   -- planning, at the DeKalb Community Service

15  Board?

16      A   So developing strategic plans for the

17  organization and reviewing those strategic plans with our

18  board, and then executing those strategic -- strategic

19  plans.

20      Q   In your capacity as CEO of DeKalb Community

21  Service Board, do you coordinate on a regular basis with

22  staff at DBHDD?

23      A   We do have meetings.  Most of my meetings

24  will -- will happen with direct staff who are working on

25  those grants or projects, but there will be sometimes



1   required meetings that I have to attend as a CEO.

2        Q   And what are examples of those meetings that

3   you would attend as CEO?

4        A   So just recently there is a new push for the

5   state for -- for community -- what's called certified

6   community behavioral health centers.  We just received a

7   SAMHSA grant as part of that program, so DBHDD is -- is

8   kind of -- ultimately has to certify us, so we are having

9   meetings with DBHDD regarding that process.  There has

10  also been regional meetings that I have attended

11  regarding behavioral health services, IDD services that

12  DBHDD oversights.  And, you know, we'll have meetings

13  like with our crisis center, you know, updates regarding

14  the operation of our crisis center.

15       Q   What does CCBHC stand for?

16       A   Certified community behavioral health center.

17       Q   You mentioned that DeKalb's CSB just received a

18  grant from SAMHSA --

19       A   Yes.

20       Q   -- in connection with the CCBHC.  What was

21  that -- what was the amount of the grant?

22       A   It is -- the grand total is 4 million.  It's a

23  million over four years.

24       Q   And what is the intended purpose of -- of the

25  grant?



1        A    It's what's called an implementation grant, so

2    the funding goes to provide supports in order for us to

3    get ready to become certified as a CCBHC.  There are

4    certain requirements that we have to meet on a federal

5    level, as well as state requirements, as well, that DBHDD

6    has developed that we would have to meet.  So the funding

7    goes to -- to ensure that we can meet those requirements.

8        Q    Is the expectation that DeKalb Community

9    Service Board would be in a position to become a CCBHC

10   after that four-year implementation process?

11       A    Yes, that is -- that is the goal, that we would

12   be certified by the State at the end of the four-year

13   period as a CCBHC.

14       Q    What -- what was the impetus that pursued this

15   grant into becoming a CCBHC?

16       A    The -- SAMHSA has -- and -- and the federal

17   government really is working on pushing this model.  It's

18   kind of a new approach to mental health services,

19   especially crisis services in communities.  It's an

20   attempt to kind of break down the barriers of care that

21   someone else with experience with mental health services.

22            CCBHCs are supposed to act very much like an

23   FQHC, which is the federated qualified health centers.

24   And there is, you know, push from the community for

25   eventually CCBHCs to be recognized as -- as such as an



1   FQHC, which means that we can get direct federal funds

2   versus how we get funds now, which is through the State.

3   We'll -- federal funds come through the State and the

4   State gives us the funds.  The goal eventually is for

5   CCBHCs to be like FQHC's.

6          We decided to go looking at this grant.  We

7   thought that it was a good opportunity for our agency to

8   turn one of our locations, our Clifton Springs location,

9   to become a CCBHC.  Clifton Springs location is in a

10  medical scarcity area.

11          (Court reporter clarification.)

12          THE WITNESS:  Clifton Springs Mental Health

13  clinic, that location is a medically scarce area with

14  individuals with a low poverty level, and we felt that

15  having -- having that site be a CCBHC would be a good fit

16  for a community, and that's why we went ahead and applied

17  for the grant.

18      Q   BY MR. HOLKINS:  Thank you.

19          How would you hope or expect that becoming a

20  CCBHC in that location would help to expand access to

21  care for the community?

22      A   Well, what it does is it's -- under the CCBHC

23  model, we basically can see -- one of the requirements is

24  that you provide a set of services to everyone that walks

25  in your door.  So anyone who walks in the door can be



1    seen, whether they have insurance or don't have

2    insurance, or whether they are a veteran or not a

3    veteran, and your goal is to provide that set of -- of

4    specific services to them.

5         And so I think seeing -- looking at that

6    community, being able to invest in more licensed clinical

7    staff, psychiatry staff, case management staff, being

8    able to provide much more Wraparound crisis services, we

9    just felt that that would be a good investment in federal

10   resources in that area.

11        Q    And would you expect becoming a CCBHC would

12   assist your organization in expanding access to the --

13   the full menu of behavioral health services available to

14   both children and adults?

15        A    Yes.  So --

16        Q    Would you say those are school-based services?

17        A    The CCBHC model does not particularly focus on

18   school-based services.  It's mostly focused on

19   clinic-based services or crisis-based services.

20        Q    Would those services in theory be provided by

21   telehealth under the CCBHC model?

22        A    They can be provided under telehealth.

23        Q    Which could be delivered in a school setting as

24   well, correct?

25        A    Yes.  Potentially, yes.



1      Q    I wanted to show you another document.  Just
2  give me a second and I will pull it up.
3           (Plaintiff's Exhibit 813 was marked for
4  identification.)
5      Q    BY MR. HOLKINS:  I just published what I am
6  marking as Exhibit 813.  This was a document produced by
7  DeKalb Community Service Board to the United States, and
8  it responds to a document subpoena.  The starting Bates
9  number is DEKALB000040.
10          By the face of the document, it appears to be a
11  strategic plan dated 2022 to 2025 for DeKalb Community
12  Service Board.  The date of approval was 07/13/2022.
13          Mr. van der Merwe, you approved this strategic
14  plan, correct?
15     A    Yes.
16     Q    And this is the current strategic plan in place
17  in DeKalb Community Service Board?
18     A    Yes.
19     Q    And the statistics that are identified, are
20  provided in this second paragraph under "Overview," those
21  are accurate, to the best of your knowledge?
22     A    To the best of my knowledge, yes.
23     Q    I'd like to direct your attention to the first
24  line of the third paragraph that reads, "This level of
25  diversity presents challenges to the delivery of



 1   behavioral healthcare services."

 2         Could you elaborate on what the organization

 3   intended through that line or meant?

 4      A   It's ensuring that we have culturally competent

 5   staff to meet the needs of our community.  So DeKalb

 6   County is extremely diverse.  We also have a high

 7   population of refugees from multiple countries that have

 8   language barriers; also varying, variation of culture.

 9   So being able to make sure that, you know, if we're gonna

10   be serving individuals in our community, that we have the

11   appropriate staff training, cultural competency,

12   trauma-informed care to effectively serve these

13   populations.

14      Q   Thank you.

15         I want to direct you to the text under

16   "Strategic Planning Approach" at the top of page 2.

17   Under Part A, 'The strategic plan identifies categories

18   of data that DeKalb Community Service Board leadership

19   uses to identify strategic planning goals and chief focus

20   areas."  And in particular, I want to focus you on

21   numbers 5 and 6, quality improvement data and community

22   needs assessments.

23         Specifically, what quality improvement data is

24   DeKalb Community Service Board leadership using to

25   identify strategic planning goals in key focus areas?



1      A    So for quality improvement data, we have a

2   variety of different reports that we look at.  So there

3   is what we call our state KPI reports or our quality

4   improvement indicator.  These are reports that DBHDD

5   requires us to keep for our -- all CSBs are required to

6   keep this data, and it looks at a variety of different

7   things from access, service delivery.  So we use that

8   data.

9           We also look at our -- we have some clinical

10  outcome metrics that we use, different standardized

11  assessments that we look to to track our population in

12  terms of their overall outcomes.  There is also some

13  standard metrics, you know, often called HEDIS measures,

14  that we have that we're continuing to develop and look at

15  those.

16          We also have a series of quality improvement

17  committees that look at different things from our staff

18  trainings to, you know, our documentation of our staff

19  and how they are documenting.  We also have a pharmacy

20  and therapeutics committee that looks at our prescription

21  and medications.

22          So those are all different components of kind

23  of the quality improvement components.

24      Q    Is there a quality improvement committee that's

25  specifically looking at improvement of child and



1  adolescent mental health services?

2      A   Not one that's specifically looking at that

3  one, no.

4      Q   And what quality improvement data relating to

5  children and adolescent mental health services is DeKalb

6  Community Service Board leadership using?

7      A   Currently, we don't have anything specific that

8  we are looking at a -- at a leadership level perspective.

9      Q   Let's turn to number 6, community needs

10  assessment.  What does that mean?

11      A   So as part of some of our grants, we do

12  community needs assessments as part of those grants, and

13  those are done by the program leads and in approved

14  formats.  And we -- so we will take those community needs

15  assessments for those grants and include that as part of

16  our analysis.

17      Q   So these are -- are, to make sure I understand,

18  grant-funded assessments, correct?

19      A   Yes.

20      Q   Okay.  And are there any community needs

21  assessments that DeKalb Community Service Board is

22  conducting, whether funded by a grant or otherwise, with

23  respect specifically to children and adolescents' mental

24  health services?

25      A   Nothing specific to children and adolescent



 1  services.  You know, we had to submit one for the -- for

 2  the recent CCBHC grant, and I think we submitted one for

 3  another grant that we had with SAMHSA.  They are not

 4  particularly to -- for child and adolescent.  They are

 5  more so for overall agency.

 6      Q   You're familiar, I'm sure, with the Apex

 7  Program, correct?

 8      A   Yes.

 9      Q   And just, could you briefly describe what the

10  Apex Program is because you mentioned it.

11      A   The Apex Program is a school-based program

12  where it's a funding not only to provide clinical

13  services in a school setting, but also to provide

14  resources to the school, to teachers, to parents.  So I

15  know with -- with our model, we have an integrated model

16  where we have staff, a clinician who kind of embeds

17  themselves within the school.  They will work with

18  children at the school doing group therapy, individual

19  therapy, but then they will also do education with

20  teachers, with administrators, and they will also work

21  with some parents as well as part of that process.

22      Q   DeKalb Community Service Board currently

23  contracts with DBHDD for the provision of Apex services,

24  correct?

25      A   That is correct.



1       Q    And you approved those contracts along with

2   DBHDD, correct?

3       A    Yes.

4       Q    Does DBHDD require that DeKalb Community

5   Service Board perform any kind of community needs

6   assessment with respect to children and adolescent

7   services as a -- a condition of receiving that grant

8   funding?

9       A    I do not recall.

10      Q    We will pull up a copy of the -- the contract

11  in a little bit, but let's just keep going with this

12  document.

13           Under C, "Assessment of Key Focus Areas,"

14  number 1 is, "What is the organization's current

15  capability?"  And number 2 is, "What is the

16  organization's desired future capability?"

17           Has DeKalb Community Service Board sought to

18  answer on both of those questions specifically with

19  respect to its school-based behavioral health program?

20      A    Not from a strategic plan level perspective.

21      Q    From any other perspective?

22      A    I think there's been discussions internally

23  with the clinical department in terms of what do we need

24  to do with that program, where do we need to go with that

25  program.  So on a -- on a programmatic level.



1      Q    And so had those discussions included defining
2   the organization's desired future capability for the Apex
3   Program?

4      A    Sorry, can you repeat that question again?

5      Q    Yeah, let me try again.  And so my question is
6   whether the clinical kind of programmatic confrontations
7   that are occurring at DeKalb Community Service Board have
8   been defining your desired future capability for the
9   school-based behavioral health services being provided
10  through Apex?

11     A    Yes.  So, you know, the discussions that we
12  have had, you know, we had a discussion regarding
13  expansion of the program, see if we can go into more
14  schools, you know.  And that obviously is limited based
15  on the DeKalb County Board of Health in terms of which
16  schools they want us to go into, as well as the
17  appropriate funding for us to expand in schools.

18          During COVID, you know, a big discussion that
19  we had regarding the Apex Program is, how do we continue
20  to provide Apex services to our client while they are in
21  remote learning situations?  So I know we -- we had a lot
22  of conversations from a programmatic level of how to
23  address that.

24          And then also, you know, discussions in terms
25  of, you know, one gap is, you know, we are looking at



1    Apex Program.  It's a school-based program, but what
2    happens during the summer?  And so we had a lot of
3    discussions about, how can we bridge that gap in terms of
4    making sure that we had -- we had an offering for the
5    clients that we are seeing to -- to make sure that any
6    gains that they had during the school year weren't lost
7    and had some type of program during the summer months.
8         Q    Do you discuss with staff at DBHDD strategies
9    for achieving DeKalb CSB's future -- desired future
10   capability for Apex?
11        A    We'll have -- like the one discussion in terms
12   of the expansion component is talking to DBHDD regarding
13   expansion, and -- and they did attend some meetings that
14   we had with the DeKalb County Board of Education in terms
15   of discussing potential expansion of the programs.  So
16   those are some of the discussions that we have had with
17   them when we are looking at expanding.
18        Q    Has the DeKalb Community Service Board
19   identified a specific target as to how many schools it
20   would like to serve through its Apex program?
21        A    I don't think we've defined a particular target
22   in terms of how many schools we would like to expand to.
23   That's, I think, generally limited by how much money
24   that -- that is available to expand from.  And then as I
25   said, the willingness of -- of DeKalb County Board of



1   Education in terms of which schools we can expand into.

2        Q    Give me one second.

3        A    Sure.

4        Q    I want to direct you to the text under "Key

5   Focus Areas" in the middle of page 2.  This is under

6   "Stakeholder Experience."  The first objective is,

7   "Deliver services in homes and community-based facilities

8   that are accessible, well-maintained, warm, and

9   welcoming."

10        Could you explain the importance of providing

11   services where possible in home, in community-based

12   settings for your clients?

13        A    One thing that we learned during COVID is, is,

14   you know, clinic-based services may be not always the

15   best option.  You know, before COVID, a lot of our

16   services were -- were clinic-based.  Obviously, we had

17   the Apex Program.  We had some community services.  We do

18   have some residential homes, but we really -- COVID

19   really taught us in terms of going out into the community

20   and trying to provide as much services out in the

21   community.

22        So when we looked at the strategic plan, one

23   aspect is we want to make sure we can -- our locations

24   that we have are well-maintained; they are warm; they are

25   welcoming; they are safe, but then also look at ways for



1    us to -- to provide services out in the community.  And

2    where we are providing services out in the community,

3    ways that we can leverage telehealth to support those

4    services out in the community.

5         Q    Would it be fair to say that one of the goals

6    here is to meet clients where they are?

7         A    That -- that is one of our goals from the

8    strategic plan, yes.

9         Q    And from your perspective, really from both the

10   clinical perspective, given your experience and also

11   administrative perspective, what's the value to a client

12   being able to access services where they are in their own

13   homes and communities?

14        A    What we've found is that for certain clients

15   it -- it -- it takes out a level of anxiety and effort.

16   You know, it takes sometimes a lot to get on a bus and --

17   and take multiple bus rails to see a clinician, but being

18   able to have a clinician available on your phone or, you

19   know, being able to, you know, talk to a clinician on a

20   laptop when you need to see a clinician, that really

21   helps address that immediate need, reduces that stress.

22   And, you know, we feel that we have -- we don't have the

23   support of this as of yet, but, you know, potentially for

24   better outcomes.

25             I know a lot of our clients when we switched to



1   telehealth during the COVID pandemic, they really felt

2   that it was useful for them, and they felt they were

3   getting more out of it than having to come into a clinic.

4   And, you know, as part of that we tried to figure out

5   ways we could do more of that but also realizing that

6   some individuals need more than just telehealth and --

7   and slowly developing ways we can identify who needs

8   telehealth and who doesn't and what other services we can

9   provide in that continuum of care.

10       Q    Do you view DeKalb CSB's implementation and

11   expansion of the Apex Program as furthering this

12   strategic objective of meeting individuals where they are

13   and providing services in their own communities?

14       A    Oh, I mean, I believe that there's a core

15   component for child and adolescent services, is, you

16   know, to meet them where they are, and they are in the

17   schools.  And I think the Apex Program, I think, you

18   know, even preCOVID was a -- was a good step forward for

19   that and in providing services for clients in that

20   environment.

21       Q    I want to scroll down to the strategic

22   objectives under "Clinical Services" which is part B on

23   page 3 and focus you in particular on the second

24   objective, "Expand the portfolio of evidence-based

25   practices offered to individuals."



1          Do you see that text?

2      A    Uh-huh.

3      Q    First off, what informed the decision to make

4    this an objective in year 2022 to 2025 strategic plan?

5      A    I think it's critically important to ensure

6    that the organization is looking at what is the best

7    evidence-based practices out there for different types of

8    individuals.  And then, how can we -- how can we provide

9    that service under that evidence-based practice and

10   actually have a way to review, a formalized way of

11   reviewing evidence-based practices and incorporating

12   those practices within the organization, and then having

13   a feedback loop where we are actually tracking the data

14   to support the implementation of that -- of that program.

15          So really having a much more formalized process

16   with more rigid quality improvement metrics around that

17   process.  I think it, one, ensures that we're truly doing

18   evidence-based practices, that we're constantly trying to

19   grow the offerings that we have and those offerings meet

20   the needs of our community, and that we can provide

21   feedback to stakeholders in terms of what we are actually

22   doing from an evidence-based practice.

23      Q    Who is charged, if anyone, if applicable, at

24   DeKalb Community Service Board with expanding the

25   portfolio of evidence-based practices specific to



1  children and adolescent mental health services?

2       A   That would fall under our chief clinical

3  officer, Renee Dryfoos.  She's over our -- our clinical

4  service delivery, and she would then work with our chief

5  quality -- chief quality and compliance officer, Chatelé

6  Chester, in terms of the data metrics, you know, system

7  design, those components.

8       Q   Is expanding the portfolio evidence-based

9  practices offered to your clients a subject of

10  conversation between your staff and DBHDD officials?

11       A   We haven't had conversations.  I know it's --

12  it's an encouragement from DBHDD as a standard contract

13  to utilize evidence-based practices, but I don't believe

14  there is any discussion in terms of how we are going

15  about it and how we are doing it.

16       Q   There's been no specific discussion about

17  expanding the portfolio of evidence-based practices; is

18  that correct?

19       A   Not with me.

20       Q   Have you participated in any discussions with

21  the Georgia State University Center of Excellence with

22  respect to expanding the portfolio of evidence-based

23  practices offered to DeKalb CSB clients?

24       A   Not with -- no, not with them.

25       Q   Do you coordinate at all with staff at the



1  Georgia State University Center of Excellence?

2       A   We've -- I've been on meetings with them.  I

3  know they are doing some research projects for DBHDD for

4  some of the grants and some of the contracts that we are

5  under.

6       Q   So you participate in meetings where Center of

7  Excellence staff are present, correct?

8       A   Yeah.  Yes.

9       Q   But you don't meet specifically with -- excuse

10 me -- Center of Excellence staff; is that correct?

11      A   No.  I have not met specifically with them.

12      Q   Okay.  I will set this aside and just ask a few

13 more broad questions.

14          Do you meet at all in your official capacity as

15 CEO with staff at the Georgia Department of Education?

16      A   No.

17      Q   Do you meet in your capacity as CEO with any

18 staff at the Department of Community Health?

19      A   No.  Correction on that.  So I have met with

20 members of -- of the healthcare facility regulatory

21 agency, which is the department that falls under DCH, and

22 they do our -- some of our certifications and licensing

23 for some of our locations.

24      Q   Okay.  Outside of that specific context, do you

25 meet with anyone at DCH?



FABIO VAN DER MERWE                                    January 09, 2023
UNITED STATES vs STATE OF GEORGIA                                    36

```
1          A    No.

2          Q    Do you meet with GNETS program directors --

3          A    No.

4          Q    -- in your official capacity?

5          A    No.

6          Q    What about -- strike that.

7               Have you -- well, first off, are you aware of

8    whether there is a GNETS facility within DeKalb County?

9          A    I am aware.

10         Q    And what is the name of that facility or those

11   facilities?

12         A    I do not recall the name of that facility.  I

13   know that it's -- it's about two miles from -- from one

14   of our locations that we have.

15         Q    Could it be Eagle Woods?

16         A    I believe that's the name of it.

17         Q    Okay.  Have you ever visited that GNETS

18   facility or any other GNETS facility?

19         A    No.

20         Q    Are you aware of any ongoing coordination

21   between clinical staff at DeKalb Community Service Board

22   and GNETS program staff?

23         A    No, I'm not aware of it.

24         Q    I'm going to pull up another document.  Just

25   give me a second.
```



1           (Plaintiff's Exhibit 814 was marked for

2    identification.)

3       Q    BY MR. HOLKINS:  I have just published what we

4    are marking as Exhibit 814.  This is a document produced

5    by DeKalb CSB to the United States in response to our

6    document subpoena.  The Bates range starts with

7    DEKALB005015, and this appears to be, from its cover, the

8    contract between DBHDD and DeKalb Community Service Board

9    with respect to the Apex Program for FY 2022.  Is that

10   correct?

11      A    Yes.

12      Q    And this was a document that you reviewed and

13   approved before it became finalized, correct?

14      A    Yes.

15      Q    The first page of the contract reflects the

16   total allocation by the State through DBHDD to DeKalb

17   Community Service Board for its Apex Program, correct?

18      A    Yes.

19      Q    And that amount is $206,852?

20      A    Yes.

21      Q    Did that represent an increase or a decrease or

22   a flat funding from prior years?

23      A    I don't fully -- fully recall.  I believe it

24   may have been flat funding, but I --

25      Q    You wouldn't -- sorry, go ahead.

1      A    That's all right.  I don't fully recall, but

2    I'm -- I'm thinking it was flat funding.

3      Q    Okay.  Was this the only allocation of grant

4    funding that DeKalb Community Service Board received from

5    DBHDD towards the Apex Program for FY 2022?

6      A    I would have to look and see because there's --

7    I know there is -- we have two levels, a 1.0 Apex Program

8    and a 2.0.  I'm not sure if this one includes both of

9    those components.

10      Q    Well, let me give you control of the document

11    and you can take a look at it, and then let me know if

12    the document answers that question.  You've got control.

13      A    The beginning is.  I'm not sure if this is or

14    what.  I'm not sure if this is from both.

15      Q    Okay.  What I can do is just take a look at it

16    during the break and see whether there are additional

17    documents produced by DeKalb CSB that may be contracts

18    for the other funding line.

19           And could you just describe the distinction

20    between Apex 1 and Apex 2?

21      A    Apex 1 -- Apex 2, I believe, is an expansion on

22    Apex 1.  So Apex 1 was a certain set, number of schools,

23    and then Apex 2 was for some additional sets of schools.

24    I think 2 has some additional requirements, but -- but

25    the director of C&A services would be better to



1    understand, you know, the money differences, clinical

2    differences of those programs.

3         Q    Understood.

4              I want to direct you to page 25 of -- of this

5    contract.  There's a line.  It's line item M for

6    productivity or billed cost.  There's an amount in red

7    that's $82,893.30.  What is this for?

8         A    There is an expectation with the Apex programs

9    that there is a -- what they call a productivity

10   expectation; that we are required to bill for whatever

11   services we can bill under the program, and so there's a

12   percentage of the total that are of personnel expenses

13   that have to be productivity based.  So services were --

14   were generating revenue from billing whether it be

15   Medicaid, State contract or other insurance.

16        Q    So there's an expectation built into this

17   contract that DeKalb CSB is going to generate at least

18   $82,893 in revenue to support the Apex Program?

19        A    Yes.

20        Q    Has that number increased over time or is it

21   more or less the same year after year?

22        A    It has increased over time from -- I think when

23   the Apex programs first came out there wasn't any

24   productivity requirements, and I think and over time

25   that's -- that's increased.  I think right now we are at



1  40 percent productivity.

2       Q   Has either DBHDD or DeKalb CSB independently

3  identified a goal for what productivity level you would

4  like to reach or need to reach?

5       A   No.  We just follow what -- what standard is

6  required of us by the contract.

7       Q   So under responsibilities on page 23, number 4,

8  I believe, defines what the floor is for billable direct

9  services.  It's 40 percent; is that correct?

10      A   Yes.

11      Q   Is that the -- the standard that you were

12  referencing in the contract for what amount of

13  productivity is required?

14      A   Yes, I believe so.

15      Q   So at -- at present, based on this contract,

16  the goal is to essentially hit that floor of 40 percent

17  productivity; is that correct?

18      A   Yes.

19      Q   I want to direct you to number 10, develop

20  sustainability plan in coordination with community

21  partners.  Do you see that text?

22      A   Uh-huh.

23      Q   And does DeKalb Community Service Board

24  currently have a sustainability plan in place for its

25  Apex Program?



1      A   I'm not sure if we have a current

2  sustainability plan.  I would have to check with the

3  clinical team.

4      Q   Okay.  Number 8 references ensuring mental

5  health services be offered year-round, including a summer

6  program so there is no disruption in services.  Do you

7  see that text?

8      A   Yes.

9      Q   You previously referenced an effort to develop

10  a summer program that would facilitate access to these

11  services through Apex.  Is -- is that an accurate

12  statement of your testimony?

13      A   Yes.

14      Q   And can you describe the current status of --

15  of that program?

16      A   So our summer program, we actually have -- we

17  work with the school system and actually utilize one of

18  their schools, and we actually -- for individuals who

19  enroll in the program, the summer program, we -- we

20  actually work with funding bus service with the DeKalb

21  County, and kids are getting picked up, and they are

22  going to the program during the summer.  And at that

23  program we have, you know, clinical programs.  We do

24  community activities.  It is staffed with our licensed

25  clinicians that are part of the Apex Program.



1          So generally for like the community activities

2   for the bus service, for the food that we will serve

3   individuals, that -- that gets paid through donations,

4   or, I think, recently we just had some County funds that

5   helped support those -- those components of the program,

6   but that's -- that's kind of our overall structure of our

7   summer program.

8      Q   Is it accurate to say that DeKalb Community

9   Service Board essentially is -- is seeking private

10  donations outside of this contract to -- to fund Apex

11  services over the summer?

12     A   For -- for certain components of the program,

13  yes.  So the things that the -- that our current grant

14  does not pay for, we look for support from outside

15  donations to provide funding for that.

16     Q   Is there any -- any effort by DBHDD to adjust

17  the grant amount to allocate support, the full spectrum

18  of Apex services year-round?

19     A   There hasn't been any.

20     Q   I am going to put this aside.

21          So we are a little bit over the hour mark, I

22  think.  Let's go off the record.

23          THE VIDEOGRAPHER:  Okay.  Hearing no objection,

24  we are off the record at 3:23 p.m.

25          (The deposition was at recess from 3:23 p.m. to



1    3:39 p.m.)

2          THE VIDEOGRAPHER:  We are back on the record at

3    3:39 p.m.  Please proceed.

4          MR. HOLKINS:  Thank you.

5      Q   BY MR. HOLKINS:  So let's jump back in and look

6    at another document.  Give me a second, and I will put it

7    on the screen.

8          (Plaintiff's Exhibit 815 was marked for

9    identification.)

10     Q   BY MR. HOLKINS:  I just published what we are

11   marking as 815.  This was a document produced by DeKalb

12   Community Service Board to the United States in response

13   to the United States document subpoena.  The Bates range

14   begins DEKALB004911.  On its cover you will see a

15   Memorandum of Understanding between DeKalb Community

16   Service Board and the City Schools of Decatur dated

17   March 5, 2021 with a reference to the Georgia Apex

18   Project.

19         Mr. van der Merwe, have you seen this report?

20     A   Yes.

21     Q   And I'm going to scroll down to page 3 which

22   reflects that you signed this Memorandum of Understanding

23   on March 5th, 2021, correct?

24     A   Yes.

25     Q   And it's countersigned by the superintendent of



1   the City Schools of Decatur, correct?

2        A    Yes.

3        Q    What's the purpose of this MOU?

4        A    This -- the purpose of this MOU is an agreement

5   between the DeKalb CSB and the City Schools of Decatur to

6   provide Apex Program services within their school system.

7   So this kind of sets the requirements of the program.

8   So, you know, we're under through DBHDD, as well as

9   confidentiality requirements, and which is how our staff

10  would operate, what to expect from our staff.

11            Since no -- since no funding is changing hands,

12  it's an MOU versus a contract.  And then through this,

13  the -- the cities or our partners then select which

14  schools they would like the Apex Program to be under.

15       Q    And is having an MOU like this in place a

16  precondition to be eligible for DBHDD grant funds for

17  Apex?

18       A    I don't believe it's -- it's a requirement.  I

19  would have to go back and look at the actual contract.

20  But in order for us to be able to be in the schools, we

21  have to have some form of agreement with the schools.  So

22  I -- I believe we -- we have to at least show that we can

23  provide these services in a school setting in order to

24  get the funding.

25       Q    Understood.  And does DeKalb Community Service



1  Board have a similar MOU in place with each school system

2  that it provides Apex services to?

3      A   Yes.  So we have one for City Schools of

4  Decatur and one for DeKalb County Board of Education.

5      Q   Okay.  And are those contracts -- or, excuse

6  me, MOUs substantially similar?

7      A   Yes.

8      Q   These MOUs are renewed annually, correct?

9      A   Yes.

10      Q   And so there is an MOU currently in effect both

11  for Decatur City Schools and for DeKalb County schools,

12  correct?

13      A   I will have to check back with the City of --

14  the City of Decatur, because we stopped providing

15  services in their schools, so I'm not sure if we got the

16  renewal back from them.  But we do have one active for

17  the DeKalb County Board of Education.

18      Q   Understood.

19          Under number 4 -- this is on page 1 of the

20  document -- there is a reference specifically to Talley

21  Upper Street Elementary School.  Do you see that?

22      A   Yeah.

23      Q   And was that the school specifically where

24  DeKalb Community Service Board was providing Apex

25  services within Decatur City Schools?



1        A    Yes.

2        Q    And that's the only school, correct?

3        A    Yes.  Yes.

4        Q    In -- in this version of the MOU?

5        A    Yeah, in this version of the MOU.

6        Q    Okay.  And has there been any effort, you know,

7   before or since this MOU to add additional schools?

8        A    Yes.  I mean, we -- the City of Decatur,

9   we've -- we've at least now, our C&A director, you know,

10  has met with the City of Decatur to look at what possible

11  schools we could expand into and which schools.  I

12  believe we had two schools at one point for the City of

13  Decatur.

14          So there is always discretions about expansion,

15  and if we see an opportunity, DBHDD lets us know there is

16  additional funding for expansion, we will let the school

17  systems know and see if they are interested in expanding

18  the program.

19       Q    Can you describe what the -- the process of

20  identifying schools to expand into is like.  What are the

21  factors and criteria?

22       A    I believe the contract for DBHDD is that

23  specific metric, school system metrics that the schools

24  are supposed to utilize in terms of identifying schools.

25  But I believe it's left up to the school systems based on



1  potentially those metrics of which schools we would go

2  into.

3      Q   So ultimately, DBHDD through its contract sets

4  criteria for which schools should be selected for

5  receiving it?

6      A   I believe -- I believe they set -- I dont think

7  it's not so much specific criteria.  It's -- it's

8  different metrics to look at to determine which schools

9  to go into.

10     Q   Understood.

11         DBHDD ultimately makes the decision about

12  whether to approve expansion into new schools, separate

13  and apart from whatever agreement there may be between

14  the CSB and the school?

15     A   Yes.

16     Q   And, in fact, there had been instances at

17  DeKalb Community Service Board where your organization

18  has reached an agreement on a proposal to expand Apex

19  services into additional schools, but DBHDD has not

20  approved that funding request, correct?

21     A   We've had that circumstance.  I think we've

22  also have had circumstances where the DBHDD wanted to

23  expand schools and the school system didn't want to

24  expand.

25     Q   Okay.  Can you tell me a bit about that latter



1   incident?

2       A   Yeah.  It was during COVID.  You know, we had a

3   potential opportunity to expand into some additional

4   schools, and at the time, DeKalb Board of Education said

5   that, you know, at this time, they were focusing more on

6   kind of the COVID response and really couldn't support

7   any expansion of the schools.  So -- so at that point,

8   we -- we weren't able to expand because of that.

9       Q   Uh-huh.  And has there been any renewed effort

10  to expand the schools served within DeKalb County through

11  Apex?

12      A   I believe Janel has had some discussions with

13  them, with DeKalb, and continues to have discussions with

14  them.  I don't think there is any -- there has actually

15  been any formal plan in terms of next steps for

16  expansion.

17      Q   Is DBHDD involved in any way, to your

18  knowledge, in facilitating expansion of Apex into other

19  schools within DeKalb County?

20      A   I think they are always willing for expansion.

21  I don't think they are -- I think generally in the past

22  we would approach them and say, you know, DeKalb is

23  looking to expand some more schools.  Do we have any

24  additional funding to support this expansion?  And we

25  would work from -- with them from then to see if there is

1    available funding for expansion.

2        Q    Before I set this document aside, I wanted to

3    draw your attention back to number 4 on page 1, which

4    references the requirement under this MOU that DCSB or

5    the DeKalb Community Service Board provide therapeutic

6    services at Talley Upper Street Elementary School.

7             Is there -- can you -- is there any -- I guess

8    the question I am trying to pose is, what -- what are the

9    scope of therapeutic services that DCSB must provide

10   under the terms of this MOU?

11       A    So that's formed by a contract with DBHDD in

12   terms of what classes of service we can provide, and then

13   the -- the -- the classes of services are then dictated

14   in terms of how they operate through DBHDD's provider

15   manual.  So there is the contract that kind of says, you

16   know, we are supposed to provide individual therapy,

17   group therapy.  These are the therapeutic, what we call

18   billable services.

19            And then the provider manual then lays out,

20   well -- you know, what type of clients can receive the

21   services, you know, who can provide those services, how

22   often you can provide those services.  So there is kind

23   of the -- the set of rules that are attached to those

24   individual services.

25            So, you know, we are responsible for -- for



1   taking that on when we go in the MOU contract and -- and

2   based on looking at what DBHDD says we are supposed to

3   provide under the Apex Program, and then we're supposed

4   to involve a DBHDD provider manual in terms of how we

5   deliver those services.

6        Q   I want to show you now a document that was

7   previously marked today with Ms. Allen.  Give me one

8   second.

9        I just published what was previously marked as

10  Exhibit 803.  For the record, the Bates stamp on this

11  document is GA00130770.  It was produced by the State of

12  Georgia to the United States in this litigation.

13       This appears to be a letter dated November 20,

14  2020 under the letterhead of DeKalb Community Service

15  Board, which is signed by you, and it concerns an

16  application for Apex 3.0 funds.

17       Mr. van der Merwe, could you describe what this

18  letter is.

19       A   May I have control for a sec?

20       Q   Oh, of course.  Thank you for asking.  I should

21  have offered.  Please take a moment to review the

22  document.

23       A   Thank you.

24       So I'm refreshing my memory on this.  So there

25  was another tier of the Apex Program that was open, Tier



1   III, and we -- DeKalb CSB went for it and was not

2   awarded -- was not awarded its Tier III.  So this was our

3   letter, you know, regarding this -- this situation as far

4   as in terms of explaining, you know, somewhat of our

5   confusion why we didn't get the Tier III funding at the

6   time looking at our overall scores that were submitted,

7   you know, our relationship with the DeKalb County Board

8   of Education and the services that we had been proven to

9   be delivered.  So this was a -- just concerned, you know,

10  regarding the fact that DeKalb CSB wasn't given any

11  additional funds in region three for Tier III funding.

12       Q   Thank you.

13           And to be clear, this is a letter that you sent

14  to DBHDD staff, correct?

15       A   Yeah, to DBHDD, yes.

16       Q   And Danté McKay in particular?

17       A   Yes, who is the, I believe -- I'm not sure of

18  his exact title, but he is the director of child and

19  adolescent services.

20       Q   OCYF, correct?

21       A   Yeah.

22       Q   I'm going to take control of the document back.

23  Give me one second.

24           So as I understand it from this letter, DeKalb

25  Community Service Board was seeking to expand its Apex



1   Program to nine additional schools which collectively

2   have over 11,000 students, correct?

3       A   Uh-huh.

4       Q   Is that a yes?

5       A   Yes.  Sorry.

6       Q   My understanding also is that there was a

7   meeting that occurred after you sent this letter with

8   DBHDD staff to discuss your request for reconsideration;

9   is that correct?

10      A   Yes.  I believe so, yes.  It was a meeting.

11  After I sent that letter we had a meeting, a discussion

12  regarding it, and a discussion about our concerns.  I

13  think DBHDD tried to explain their rationale of -- of why

14  we weren't awarded the letter.  I don't recall the

15  specifics of that overall discussion, but we did have

16  that meeting.

17      Q   At the end of that discussion, DBHDD did not

18  change its determination with respect to the Apex 3.0

19  funding for the DeKalb CSB, correct?

20      A   Correct.

21      Q   And I wanted to also make clear for the record

22  that this was a request that was made during the COVID

23  pandemic, correct?

24      A   Yes.

25      Q   So at this time, DeKalb County School District



1   did not have concerns about expanding Apex into nine
2   additional schools?
3        A    There -- there was -- there was some discussion
4   I think after this in terms of expanding.  I think our
5   concern regarding with this was that that -- you know, it
6   would -- that DeKalb County had no -- had no funds
7   allocated to it, and that was our concern for Tier III.
8             And then I think later discussions with the --
9   the County, they -- they felt like they really couldn't
10  expand at that point in time.  Our concern was once the
11  money was allocated to other counties it was gone, and we
12  would -- DeKalb County would lose out on that potential
13  Apex funding.
14       Q    Just to make sure that I understand, at -- at
15  the time that DeKalb Community Service Board made this
16  request for Apex 3.0 funding, DeKalb County School
17  District was supportive of the effort to expand Apex into
18  additional schools?
19       A    Yes.  And then later on there was a change
20  in -- in -- in their focus.
21       Q    Understood.
22            Was there a formal request made at that later
23  time for Apex 3.0 funding?
24       A    Not at a later time.  I think once -- once it
25  was awarded, it was awarded.



1      Q    Right.  Because the award was set, and then

2   there hasn't been a reapplication, I guess I am asking,

3   for Apex 3.0 funding by DeKalb Community Service Board?

4      A    I don't believe DBHDD has issued a statement of

5   need for 3.0.

6      Q    Okay.  Is it fair to say that the -- the

7   funding available through DBHDD to support the Apex

8   Program is a limitation on DeKalb Community Service

9   Board's ability to expand Apex into additional schools?

10     A    Yes.

11     Q    If more money were made available through DBHDD

12  to support the expansion of Apex in DeKalb County, would

13  your organization apply for that funding?

14     A    Yes.

15     Q    I will pull up another document.  I am first

16  going to show you an e-mail chain and then the attachment

17  to that e-mail chain.  Give me one second.

18          (Plaintiff's Exhibit 816 was marked for

19  identification.)

20     Q    BY MR. HOLKINS:  This is a document produced by

21  the State of Georgia to the United States in this matter.

22  The Bates range begins GA01451409.  It's a series of

23  e-mails regarding consultation by DeKalb CSB to Clayton

24  CSB, and I want to scroll to the bottom of the chain,

25  which is an e-mail from an individual named Joseph Bona



1   dated September 7, 2018.  Do you see that text?

2        A    Yes.

3        Q    Who is that individual?

4        A    Dr. Joseph Bona was our prior CEO.

5        Q    Are you familiar with the report that's

6   referenced in his e-mail dated September 7th, 2018?

7        A    Yes.

8        Q    And before we go to that document, what was the

9   purpose of this consultative visit?

10       A    Clayton CSB was having difficulty regarding

11  some of their finances and service delivery and overall

12  organization, and Dr. Lee Adams, who is the current CEO

13  for Clayton CSB, had asked if the DeKalb CSB would come

14  and do basically a consultation of the agency.  So

15  Dr. Bona arranged for several of us and his leadership

16  team, as well as some of our staff, to go to Clayton CSB,

17  meet with their staff, analyze their business practices,

18  and provide a summary report in terms of recommendations

19  for him in terms of things that he may want to focus on

20  as an organization.

21       Q    Has DeKalb CSB performed this kind of function

22  with other CSBs aside from Clayton in this instance?

23       A    We've -- not -- not in terms of as -- as

24  extensive as (inaudible), but we have had other --

25            (Court reporter clarification.)



1          THE WITNESS:  So not as extensive as this.  We

2   have had other CSBs come to our site where we have done

3   presentations in terms of our workflow, things that we do

4   from our organizational perspective, staffing ratios,

5   site visits.  So we will have other CSBs come to us and

6   kind of look at our operations.  But this was the first

7   time that we did an extensive, where we went to them and

8   did a full review of their system that I recall.

9          Q   BY MR. HOLKINS:  So I -- I see a reference to

10  GACSB, which I believe is the Georgia Association of

11  Community Service Boards; is that correct?

12         A   Yes.

13         Q   Did GACSB provide fundings to support this

14  evaluation?

15         A   I believe they did in this circumstance as part

16  of membership program.  I'm not sure of the specifics of

17  the arrangement that Dr. Bona worked out with the Georgia

18  CSB association, but I believe that was where the funding

19  came from.

20         Q   Did DBHDD have any role in facilitating this

21  consultation by DeKalb Community Service Board to Clayton

22  Community Service Board?

23         A   It's my understanding that the outreach came

24  directly from Dr. Adams.  I think at that point he was

25  under kind of review from DBHDD and so, I think, wanted



 1   another perspective in terms of what he could do for the

 2   agency.

 3        Q    What do you mean by under review by DBHDD?

 4        A    There are circumstances where DBHDD will go --

 5   go into a CSB that is having financial difficulties and

 6   put them on a -- kind of a -- a performance plan in terms

 7   of things that they need to do to address the

 8   organization.  So I am familiar with Clayton being under

 9   one.  At one point, Cobb CSB was under one, and I believe

10   most recently Macintosh Trail is under one.

11        So they are generally -- you know, if

12   DeKalb -- if the -- if the State sees the CSB having

13   financial issues, organizational issues, they'll --

14   they'll come in with their team to kind of do a review

15   and provide a -- kind of a -- a plan.

16        Q    So I want to stop sharing this document and

17   then briefly show you the attachment for the record.  I

18   am sharing what I believe is 817.

19        (Plaintiff's Exhibit 817 was marked for

20   identification.)

21        Q    BY MR. HOLKINS:  This is GA01451412.  The title

22   reads "Clayton CSB Consultation."  The date is

23   September 7, 2018.

24        I can give you control of the document, Mr. van

25   der Merwe.  But just to confirm, that this is the



1  attachment, the report that you have recently described?

2      A    Question?

3      Q    Does this appear to be the complete report that

4  was submitted following the consultation with Clayton

5  CSB?

6      A    Yeah.  Yes.

7      Q    Thank you.

8          I want to focus your attention on some text

9  here on page 6 where the letter reads, "I would strongly

10  recommend that you engage DBHDD as your partner in this

11  recovery.  By this I mean I would ask DBHDD to offer you

12  the financial support necessary to stabilize your

13  organization," et cetera.

14          What kind of partnership would you envision

15  could occur between DBHDD and an organization like

16  Clayton CSB that could be under review in case it's in

17  financial distress?

18      A    One -- one idea or one recommendation is for

19  DBHDD to look at just the overall funding mechanism for

20  the CSBs.  A lot of our outpatient services that we

21  provide are what's under a fee for service contract,

22  where we don't get -- we don't get reimbursed until we

23  deliver the service, and then we have to bill for the --

24  have authorization for the service, bill for the service.

25          So there is a lot of steps that go between



1   providing the service and actually getting paid for that

2   service, both for -- for Medicaid and state-contracted

3   services, but more particularly for state-contracted

4   services.  There are only a few contracts that are cost

5   reimbursement contracts where we have to once again incur

6   the cost of the service and then submit for

7   reimbursement.

8        So if your organization is financially

9   stressed, you often don't have any cash reserves or

10  funding to pay your bills while you are waiting to get

11  reimbursed or going through the process of getting

12  reimbursed.  So DBHDD when it comes to state funds has a

13  little bit of flexibility in terms of how they distribute

14  those state funds.

15       So one recommendation was to work with them to

16  see what they could come up with to maybe support the

17  organization to take that pressure off of having to incur

18  the expense and then go through the whole reimbursement

19  process to at least kind of give some stability to the

20  agency.

21       Q   In your view, does DBHDD have a responsibility

22  to take the action that's required to ensure that

23  community service boards as the safety net providers and

24  behavioral health services regionally in Georgia are

25  financially sustainable?



1        A    I believe they -- they have that responsibility

2    as they are our primary contractor, and we work for and

3    are somewhat connected at the hip between the CSBs and

4    DBHDD.  And DBHDD, I think in -- in certain circumstances

5    has -- has clearly supported the CSBs in that regard.

6        Q    I will stop sharing this document.  I want to

7    ask you just more broadly about the relationship between

8    CSBs and DBHDD.  Could you describe how you approach that

9    relationship between the organization and DBHDD?

10       A    I think it's somewhat a complicated

11   relationship.  It's unique where if we were a regular

12   nonprofit organization, it would be a relationship you

13   would have with any kind of State agency and not -- and

14   for profit or nonprofit organization where, you know, if

15   there's a contract, we say how much it's going to cost to

16   pay for the contract.  There is negotiations and then,

17   you know, the State contracts with us as a vendor to

18   provide the services.

19            CSBs are a little bit different because, one,

20   we are a tertiary of the State, so we are a quasi-State

21   agency, so we are connected to the State as a whole.

22   Because our employees are considered State employees, we

23   have to pay into the State system.  So we have that

24   connection, all of our insurance, and so there is funding

25   that comes through DBHDD that's related to those things



1   that goes from DBHDD through to us.  So we have that

2   connection where we rely on DBHDD to -- for that funding

3   for some of those components of how we exist.

4          And then in terms of our contracts, you know,

5   our contracts are pretty much, you know, this is the --

6   this is the contract.  This is the money.  This is the

7   requirements you have.  There isn't any -- in the

8   majority of the cases there is very little negotiation in

9   terms of those contracts.  We get them.  We sign for

10  them.  We get the allocation of how much funding is given

11  to us, and then that's what we have to work with.

12         And then, obviously, the -- the fact that DBHDD

13  also now has the authority to remove a CEO, you know,

14  through consent of the Governor and also approves our

15  contract as CEOs, so that -- that creates a very unique

16  situation regarding our organization where there is that

17  kind of oversight from the Commissioner level.

18     Q   You referenced the power to remove a CEO.  Is

19  that something that has been added to DBHDD to look at

20  recently, or has that been long-standing?

21     A   That's the same state law that was passed that

22  required the approval of CEO contracts.  So the

23  Commissioner now has, through, I think, the Governor

24  approval, has the ability to remove a CEO, as well as

25  disband the CSB's board.



1      Q    To your knowledge -- and first off, when was

2   that legislation enacted; do you recall?

3      A    I do not recall.  It's at least been maybe

4   seven or eight years, maybe longer that that legislation

5   has been in place.

6      Q    Has DBHDD, to your knowledge, ever removed a

7   CSB CEO?

8      A    Yes.

9      Q    When did that last occur?

10     A    I don't recall a timeline, but it was the

11   Phoenix Center CEO.  She was removed by the Commissioner.

12     Q    Is this by Commissioner Judy Fitzgerald?

13     A    Yes.

14     Q    And to your knowledge, has DBHDD ever disbanded

15   a CSB under this law?

16     A    They -- it's not my understanding that they've

17   disbanded a -- a CSB under the law.  I do -- I do believe

18   there is -- Gateway CSB, I think, was one CSB that kind

19   of started the legislation, and I don't believe Gateway

20   right now has a board, and I believe the CEO of Gateway

21   is an employee of DBHDD.

22     Q    So is DBHDD effectively in control of that CSB?

23     A    I'm not -- I would say they've -- the CEO is

24   the employee of DBHDD, and they have no board.  I do know

25   the -- the CEO personally, and I know he works for, you



1  know, bettering the community.  So, but he is an employee
2  of DBHDD.
3      Q   Who is that individual?
4      A   Dr. Mark Johnson.
5      Q   And where is this CSB located?
6      A   That CSB is the Chatham County Coastal region,
7  so it's several companies around Chatham County all the
8  way down.  Brunswick, I believe, as well.
9      Q   Would you agree that a good working
10 relationship between the CSBs and DBHDD is vital to the
11 health of the behavioral health services in Georgia?
12     A   Yes.  I think, you know -- you know, we are
13 the -- we are the providers in the community, and, you
14 know, we are truly the safety net providers.  I mean, our
15 primary mandate is to serve individuals who, you know,
16 have no insurance or have nowhere else to go for service
17 delivery, and they come here.  And so, you know, we are
18 akin to the needs of our community.  That's our goal, is
19 to serve our community.  And -- and, you know, we have to
20 work with DBHDD who is really the payer and the funder of
21 those services.
22          MR. HOLKINS:  I'd like to take about a
23 15-minute break and consult with my colleagues.  Can we
24 go off the record?
25          THE VIDEOGRAPHER:  Okay.  Hearing no objection.



FABIO VAN DER MERWE                                January 09, 2023
UNITED STATES vs STATE OF GEORGIA                            64

1    We are off the record at 4:13 p.m.

2            (The deposition was at recess from 4:13 p.m. to

3    4:29 p.m.)

4            THE VIDEOGRAPHER:  We are back on the record at

5    4:29 p.m.  Please proceed.

6        Q   BY MR. HOLKINS:  Mr. van der Merwe, I just have

7    a couple more questions for you.  Are you familiar with a

8    DBHDD and provider network Joint Provider Advisory

9    Council?

10       A   Yes.

11       Q   What is the purpose of that council?

12       A   That council is made up of several agencies

13   across the state.  It's been a while since we've had a

14   meeting, but it's to -- to meet with DBHDD.  You know, if

15   DBHDD has some plans put forward, they will present it to

16   the committee and offer some discussion regarding, you

17   know, potential programs, plans that DBHDD is working on.

18   And, you know, we -- we sometimes have subcommittees as

19   part of that.

20           So I believe I was on the crisis subcommittee

21   where we met with certain members of the crisis -- crisis

22   services to discuss kind of our issues that we were

23   experiencing under crisis services.

24       Q   You have mentioned it's been a while since that

25   entity met.  Can you recall about how long it's been?



1      A   It's been probably around six months.  I don't

2   know the exact date, but it's been -- been some time.

3      Q   And before that point, was the council meeting

4   monthly, quarterly?  How often?

5      A   I believe it was quarterly.

6          (Plaintiff's Exhibit 818 was marked for

7   identification.)

8      Q   BY MR. HOLKINS:  So I'm going to show you one

9   more document.  Give me a second.  This is a series of

10  slides that were produced by the State of Georgia to the

11  United States in this matter.  The Bates number is

12  GA03979855.  And from its cover, it appears to be an

13  agenda for a meeting of the DBHDD and provider network,

14  Joint Provider Advisory Council.

15         This is from March 23, 2021.  I want to direct

16  your attention to the third slide, which includes some

17  suggested changes to work group formats and specifically

18  a suggestion to organize collective work around DBHDD

19  priorities.  One of those priorities listed is Apex and

20  SOC focus on more partnerships.

21         First off, what is SOC?

22      A   I believe that refers to System of Care.

23      Q   And what's your understanding of the

24  suggestions you focused on for partnerships in this

25  bullet?



1    A   I'm not sure what they are referring to in that

2  one.  I think this is what ended up being our work

3  groups, at least that we constituted.  So there was -- so

4  I was on the crisis continuum planning work group.

5    Q   Understood.  So these were subcommittees in the

6  council, and you worked on the crisis continuum and

7  planning --

8    A   Yes.

9    Q   -- subcommittee?

10    Okay.  Has there been any reports to the full

11  council with regards to the work of the Apex and System

12  of Care subcommittee?

13    A   I believe when we were meeting there was some

14  updates.  The work group would report to the main group.

15  I don't recall the nature of what the update was.

16    Q   Just a few more questions for you.  I'm going

17  to ask you about your preparation for today's deposition.

18  I want to make clear that I'm not asking you to reveal

19  any substantive communications that you had with your

20  attorney in preparing for this deposition.  Do you

21  understand that?

22    A   Yes.

23    Q   So with that understanding, what did you do to

24  prepare for today's deposition?

25    A   I reviewed some of the documents that our



1  agency sent to you.  We did have one meeting with our

2  attorney to kind of just review prep time for that, and I

3  reviewed just looking at some data points in terms of

4  just number of clients, C&A clients we serve in the

5  agency.  You know, how long we had the Apex Program for.

6  So it was just looking at some of that data.

7         And I did some just research based on, you

8  know, what a GNETS school was and tried to look at

9  getting some -- just some understanding of the GNETS

10  program.

11     Q   What did your research reveal with regards to

12  what the GNETS program is?

13     A   It was limited, I think.  I just went to the

14  main website in terms of what the program looks like.

15  You know, looking at how they are structured.  I didn't

16  find too much information.  That's where I did find there

17  was at least one GNETS school in DeKalb County.

18     Q   Do you have any understanding from this

19  research or prior knowledge of what behavioral health

20  services are provided in GNETS settings?

21     A   No.

22     Q   You mentioned at the beginning of the

23  deposition that you had in front of you a page of notes.

24  Did you rely on those notes in providing your testimony

25  today?



FABIO VAN DER MERWE                                January 09, 2023
UNITED STATES vs STATE OF GEORGIA                              68

1      A    No.

2      Q    Okay.  Then I won't ask about them.

3           Did you discuss your anticipated testimony

4  today with any representatives of the State of Georgia?

5      A    No.

6      Q    That includes State agency staff at DBHDD.

7      A    No.

8      Q    So you did not -- just to make sure the record

9  is clear, you did not discuss your anticipated testimony

10 with State agency staff at DBHDD?

11     A    I did not discuss my anticipated testimony with

12 anyone at DBHDD or the State agency.

13     Q    Okay.  And did you meet with any

14 representatives, attorneys for the State of Georgia in

15 this matter before you provided testimony today?

16     A    I did not meet with any State attorneys.

17          MR. HOLKINS:  All right.  I am all done.

18          Andrew and Melanie, do you have any questions

19 before we wrap up?

20          MR. KIM:  No questions on my end.

21          MS. JOHNSON:  And no questions on behalf of the

22 State.

23          MR. HOLKINS:  Mr. van der Merwe, thank you so

24 much for your time and for your cooperation, not just

25 yours, but your staff's, both in responding to the



 1  document subpoena and facilitating these depositions.  We

 2  greatly appreciate it.

 3          THE WITNESS:  Thank you very much.

 4          MR. HOLKINS:  Take care.

 5          THE WITNESS:  Have a good day.  Bye-bye.

 6          THE VIDEOGRAPHER:  Okay.  There is no other --

 7  nothing else for the record, we will now go off the

 8  record at 4:36 p.m.

 9          And just looking to confirm, Plaintiff would

10  like their standing order plus a rough draft, correct?

11          MR. HOLKINS:  Yeah.  The rough for both this

12  deposition and Ms. Allen's.

13          (The deposition concluded at 4:36 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25



1                    CERTIFICATE OF REPORTER

2    State of Georgia      )
                           )
3    COUNTY OF DEKALB       )

4

5            I, Marcella Daughtry, a Certified Reporter in
     the State of Georgia and State of California, do hereby
6    certify that the foregoing deposition was taken before me
     in the County of DeKalb, State of Georgia; that an oath
7    or affirmation was duly administered to the witness,
     FABIO VAN DER MERWE; that the questions propounded to the
8    witness and the answers of the witness thereto were taken
     down by me in shorthand and thereafter reduced to
9    typewriting; that the transcript is a full, true and
     accurate record of the proceeding, all done to the best
10   of my skill and ability;

11           The witness herein, FABIO VAN DER MERWE, has
     requested signature.
12
             I FURTHER CERTIFY that I am in no way related
13   to any of the parties nor am I in any way interested in
     the outcome hereof.
14

15           IN WITNESS WHEREOF, I have set my hand in my
     office in the County of DeKalb, State of Georgia, this
16   20th day of January, 2023.

17

18

19

20           Marcella Daughtry, RPR, RMR
             GA License No. 6595-1471-3597-5424
21           California CSR No. 14315

22

23

24

25



```
 1   United States of America v. State of Georgia

 2   Our Assignment No. J9066992

 3           DECLARATION UNDER PENALTY OF PERJURY

 4

 5              I declare under penalty of perjury that I

 6   have read the entire transcript of my deposition taken in

 7   the above-captioned matter or the same has been read to

 8   me, and the same is true and accurate, save and except

 9   for changes and/or corrections, if any, as indicated by

10   me on the DEPOSITION ERRATA SHEET hereof, with the

11   understanding that I offer these changes as if still

12   under oath.

13

14   Signed on the_____day

15   of _____2023.

16

17

18

19   _____

20   FABIO VAN DER MERWE

21

22

23

24

25
```



```
                 DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____


SIGNATURE:_____DATE:_____

          FABIO VAN DER MERWE
```



FABIO VAN DER MERWE                                          January 09, 2023
UNITED STATES vs STATE OF GEORGIA                                          73

```
 1              DEPOSITION ERRATA SHEET

 2    Page No._____Line No._____Change to:_____

 3    _____

 4    Reason for change:_____

 5    Page No._____Line No._____Change to:_____

 6    _____

 7    Reason for change:_____

 8    Page No._____Line No._____Change to:_____

 9    _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change:_____

23

24    SIGNATURE:_____DATE:_____

25              FABIO VAN DER MERWE
```

