1          UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF GEORGIA

3   United States of America,           No.
                                        1:16-CV-03088-ELR
4       Plaintiff,

5   vs.

6   State of Georgia,

7       Defendant.
    ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

8

9

10

11

12            VIDEOTAPED DEPOSITION OF

13            JACQUELINE NEAL, Ph.D.

14              January 19, 2023

15                 9:21 a.m.

16          4371 Old Highway 5 South
            Ellijay, Georgia 30540
17

18

19

20

21
            Marcella Daughtry, RPR, RMR
22      Georgia License No. 6595-1471-3597-5424
            California CSR No. 14315
23

24

25



```
 1                   APPEARANCES OF COUNSEL

 2    For the Plaintiff:

 3        U.S. DEPARTMENT OF JUSTICE
          MS. CLAIRE CHEVRIER
 4        MS. KELLY GARDNER WOMACK
          MS. VICTORIA LILL (via Zoom)
 5        MS. LAURA CASSIDY TAYLOE (via Zoom)
          950 Pennsylvania Avenue, N.W.
 6        Washington, D.C. 20579
          202.305.6630
 7        kelly.gardner@usdoj.gov
          michelle.tucker@usdoj.gov
 8        claire.chevrier@usdoj.gov

 9
      For the Defendant:
10
          ROBBINS FIRM
11        MR. ED BEDARD (via Zoom)
          MS. DANIELLE HERNANDEZ (via Zoom)
12        500 14th Street, NW
          Atlanta, Georgia 30318
13        404.856.3252
          dhernandez@robbinsfirm.com
14        ebedard@robbinsfirm.com

15
      For the Witness:
16
          HARBEN HARTLEY & HAWKINS, LLP
17        MR. HIEU M. NGUYEN
          340 Jesse Jewell Parkway, Suite 750
18        Gainesville, Georgia 30501
          hnguyen@hhhlawyers.com
19

20    Also Present:

21        Sandra LeVert (via Zoom)
          Chantel Mullen (via Zoom)
22        Stacey Suber-Drake (via Zoom)
          Carlos Andreu, videographer
23

24

25
```



```
 1                INDEX OF EXAMINATION
 2    WITNESS:  JACQUELINE NEAL, Ph.D.
 3
 4    EXAMINATION                              PAGE
 5    BY MS. CHEVRIER                            8
 6    BY MR. BEDARD                            367
 7
 8
 9
10                        *  *  *
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



1                            INDEX TO EXHIBITS

2    EXHIBITS                                                    PAGE

3    Exhibit 844        Certification of Service of         11
                        Discovery
4
     Exhibit 845        Certification of Service of         49
5                       Discovery

6    Exhibit 846        NorthStar Service locations         62
                        printout
7
     Exhibit 847        E-mail from Jacqie Neal to          84
8                       Vickie Cleveland 12/12/17
                        "Subject: DOE Therapeutic
9                       Position"
                        GA00014174
10
     Exhibit 848        Fiscal Year 2022 GNETS grant        92
11                      information

12   Exhibit 849        E-mail chain from Jacqie Neal       107
                        to Nakeba Rahming 7/31/17
13                      "Subject: RE: RESUME - Kate
                        LMSW"
14                      GA00791263 to 264

15   Exhibit 850        E-mail from Jacqie Neal to          114
                        Vickie Cleveland 9/28/18
16                      "Subject: RE: Monthly Log
                        for Therapeutic Services"
17                      GA00334246

18   Exhibit 851        Request for GNETS Consultation      128
                        Revised August 2018
19
     Exhibit 852        E-mail from Jacqie Neal to          162
20                      Nakeba Rahming 7/27/17
                        "Subject: FW: Assurances and
21                      Agreements"
                        GA00791070
22
     Exhibit 853        E-mail from Jacqie Neal to          164
23                      Vickie Cleveland 11/5/20
                        "Subject: Re: EXTERNAL MAIL:
24                      LEAs"
                        GA00363752
25



JACQUELINE NEAL, PH.D.                           January 19, 2023
UNITED STATES vs STATE OF GEORGIA                              5

```
 1                    INDEX TO EXHIBITS, CONT'D

 2   EXHIBITS                                          PAGE

 3   Exhibit 854    E-mail from Jacqie Neal to          166
                    LaKesha Stevenson 4/22/19
 4                  "Subject: Please forward to
                    Vickie Cleveland"
 5                  GA00946172

 6   Exhibit 855    NorthStar Contracted Services/      173
                    Scope of Work 2021-2022
 7
     Exhibit 856    NorthStar Educational and           177
 8                  Therapeutic Services Mental
                    Health Collaboration 2021-2022
 9
     Exhibit 857    E-mail from Jacqie Neal to          208
10                  Nakeba Rahming 5/25/17
                    "Subject: Thank you"
11                  GA00787553 to 787555

12   Exhibit 858    E-mail from Jacqie Neal to          229
                    Sandra DeMuth 9/9/15
13                  "Subject: SWIS Facilitator"
                    GA02996440
14
     Exhibit 859    E-mail from Jacqie Neal to          267
15                  Nakeba Rahming 9/22/17
                    "Subject: Re: Therapeutic Service"
16                  GA01940204 to 01940206

17   Exhibit 860    E-mail chain from Jacqie Neal       288
                    to Nakeba Rahming 9/19/16
18                  "Subject: RE: Question"
                    GA00064879
19
     Exhibit 861    GNETS Grants Information            332
20                  Fiscal Year 2021

21   Exhibit 862    E-mail from Jacqie Neal to          335
                    Vickie Cleveland 6/25/18
22                  "Subject: Re: Restraint Data"
                    GA00327496
23
     Exhibit 863    E-mail from Jacqie Neal to          355
24                  Nakeba Rahming 8/22/16
                    "Subject: Budget Amendment"
25                  GA00063584
```



1                    INDEX TO EXHIBITS, CONT'D

2   EXHIBITS                                              PAGE

3   Exhibit 864      E-mail from Jacqie Neal to            358
                     Vickie Cleveland 5/9/18
4                    "Subject: RE: Interventions"
                     GA00321257 to 258
5
    Exhibit 865      E-mail chain from Jacqie Neal         361
6                    to Nakeba Rahming 2/8/16
                     "Subject: RE: Draft Strategic
7                    Plan"
                     GA00040610 to 40611
8
    Exhibit 866      Georgia Network for Educational       362
9                    and Therapeutic Support
                     Strategic Plan

10

11

12

13

14          PREVIOUSLY MARKED AND REFERENCED EXHIBITS

15                           82
                             384
16

17                         *  *  *

18

19

20

21

22

23

24

25



1              THE VIDEOGRAPHER:  Hi.  Good morning.  We are

2    now on the record.  The time is now 9:21 a.m. Eastern

3    Time on Thursday, January 19th, 2023.

4              This begins the videotaped deposition of

5    Ms. Jacqie Neal, NorthStar GNETS director, taken in the

6    matter of United States of America versus State of

7    Georgia, case number of which is 1:16-cv-03088-ELR.

8              The videographer today is myself, Carlos

9    Andreu.  The court reporter today is Marcella Daughtry.

10   We are both representing Esquire Deposition Solutions.

11             Counsel, please announce your name and whom you

12   represent.  After which, the court reporter will swear in

13   the witness.

14             You may proceed.

15             MS. CHEVRIER:  My name is Claire Chevrier, and

16   I am representing the United States.

17             MS. GARDNER:  Kelly Gardner, and I represent

18   the United States.

19             MR. NGUYEN:  Hieu Nguyen representing the

20   witness and the GNETS program.

21             MR. BEDARD:  Ed Bedard on behalf of the State,

22   joined by my colleague Danielle Hernandez.

23   >>>

24   >>>

25   >>>



```
 1                    JACQUELINE NEAL, Ph.D.,
 2   called as a witness herein, having been first duly sworn
 3   by the shorthand reporter to speak the truth and nothing
 4   but the truth, was examined and testified as follows:
 5
 6                         EXAMINATION
 7   BY MS. CHEVRIER:
 8        Q    Good morning, Dr. Neal.
 9        A    Good morning.
10        Q    Thank you for coming in today.
11        A    Sure.
12        MS. CHEVRIER:  This is the deposition of
13   Dr. Jacqie Neal in the lawsuit titled United States
14   versus Georgia, Case Number 1:16-cv-03088 in the United
15   States District Court for the Northern District of
16   Georgia.
17        Q    BY MS. CHEVRIER:  Dr. Neal, for the record, I'd
18   like to reintroduce myself.  My name is Claire Chevrier,
19   and I am a trial attorney in the Educational
20   Opportunities Section of the Civil Rights Division of the
21   United States Department of Justice, and I represent the
22   United States in this lawsuit and will be taking your
23   deposition today.
24        A    Okay.
25        Q    Would you please state and spell your name
```



```
1   for -- for the record.

2        A    Full name?

3        Q    Yes, please.

4        A    Full name is Jacqueline, J-a-c-q-u-e-l-i-n-e.

5   Last name Neal, N-e-a-l.

6        Q    Thank you.

7             And I'm sure your attorney has explained much

8   of this to you, but we are basically going to have a long

9   conversation today.  I am going to ask you questions, and

10  it's your job to answer the questions honestly and

11  completely.  Okay?

12       A    Uh-huh.

13       Q    You were just sworn to tell the truth by the

14  court reporter, and the oath that you took is the same

15  oath that you would take if you were testifying in a

16  court of law and puts you under the same obligation to

17  tell the truth that you would be in court.

18       A    Okay.

19       Q    My questions and your answers will be recorded

20  by the court reporter, and please understand that you

21  will need to speak clearly and answer questions orally so

22  that the court reporter can capture your answer

23  accurately.  So, for example, she is unable to record a

24  nod or a head shake.

25             Does that make sense?
```

1    A    Yes.

2    Q    The other thing that you and I will have to

3    avoid doing is talking over one another, which is easier

4    said than done.  I will do my best not to interrupt you

5    when you are answering, and I will ask that you do your

6    best to let me finish a question even if you know the

7    answer already, for example.

8    A    Okay.

9    Q    If at any point you do not understand a

10   question, you should feel free to stop me and say so, and

11   I will clarify the question.  Okay?

12   A    Okay.

13   Q    Note that your attorney may occasionally object

14   to my questions, and this is to put their objection and

15   the issue on the record, but it does not mean that you

16   shouldn't answer the question.  Unless counsel tells you

17   not to answer, you should go ahead and answer.

18   A    Okay.

19   Q    And I will note for the record that your

20   counsel and I have come to an agreement that they will

21   reserve all objections except to form and privilege.

22        Dr. Neal, if you want to take a break for any

23   reason, that's fine.  I just ask that if there is a

24   question pending or if you are in the middle of an

25   answer, that you finish answering before taking a break.



1      A    Okay.

2      Q    Sometimes it happens that you will give an

3  answer as completely as you can and later on, maybe five

4  minutes or maybe an hour later, you will remember some

5  additional information in response to that earlier

6  question.  If that happens, please just let us know if

7  there is anything you want to add, and you can do so.

8      A    Okay.  Thank you.

9      Q    How are you feeling today?

10     A    I'm doing well.  Thank you.

11     Q    Is there any reason why you would not be able

12  to answer questions fully and truthfully today?

13     A    Not that I'm aware of.

14     Q    For example, you aren't taking any medication

15  that would inhibit your ability to answer my questions?

16     A    No.

17     Q    Good.

18          Do you have any questions before we proceed?

19     A    No.

20     Q    That's good.

21          I'd like to ask the court reporter to mark this

22  exhibit as Plaintiff's Exhibit 844.

23          (Plaintiff's Exhibit 844 was marked for

24  identification.)

25     Q    BY MS. CHEVRIER:  Dr. Neal -- Dr. Neal, this is



1  the Certificate of Service filed with the court that

2  states that the United States served a subpoena on

3  January 3rd, 2023 for your testimony at this deposition

4  in connection with the lawsuit against the State of

5  Georgia relating to the Georgia Network for Educational

6  and Therapeutic Supports program, or commonly referred to

7  as the GNETS program.

8          Have you seen the attached subpoena to testify

9  before?

10     A   Yes.

11     Q   When did you see it?

12     A   I don't know the precise date.  Probably, I'm

13  guessing, about six weeks ago or so.

14     Q   And who showed it to you?

15     A   I received an e-mail from my director and

16  Mr. Nguyen.

17     Q   And what's your understanding of what this

18  lawsuit is about?

19     A   My understanding of the lawsuit is that there

20  has been questions as to whether the way the GNETS

21  programs are structured creates an ADA violation,

22  essentially, so...

23     Q   And how did you come to be aware of the nature

24  of this lawsuit?

25     A   Really just by reading the actual letter of



 1    concern that initially came out, and then the subsequent
 2    kind of litigation.
 3        Q    Did you learn anything about this lawsuit from
 4    any particular individuals?
 5        A    I mean, obviously, there is our State
 6    Department representatives have also at some level
 7    explained the suit to us.  At one point the State
 8    attorneys came in and spoke with us in a GNETS directors
 9    meeting, so...
10        Q    And do you know the names of those individuals?
11        A    Not right off the top of my head.  I mean,
12    obviously, our State director, I do.  It's Vickie
13    Cleveland.  Before that it was Nakeba -- I'm blanking on
14    her last name.
15        Q    Is it Rahming?
16        A    Yes, thank you.  Yeah.
17             So those have been the two that have been in
18    place during the lawsuit.
19        Q    And have you read it -- and it sounds like you
20    have.  Have you read any court filings in connection with
21    this lawsuit?
22        A    Mainly just the initials, yeah.
23        Q    And by "the initials," do you mean the initial
24    complaint?
25        A    Correct.



1      Q    And am I correct that you are being represented

2   by Mr. Hieu Nguyen for purposes of your deposition today?

3      A    Yes.  Hieu Nguyen, yeah.

4           MR. NGUYEN:  Yes.

5           THE WITNESS:  Make sure it's all correct.

6      Q    BY MS. CHEVRIER:  And did you talk to anyone to

7   prepare for this deposition today?

8      A    Just my attorney.

9      Q    And that's Mr. --

10     A    Yes.

11     Q    -- Hieu Nguyen?

12          And what did you do to prepare for this

13  deposition today?

14     A    I mean, mainly just assisted with the

15  collection of the records that were requested, so...

16     Q    And did you meet with your counsel?

17     A    We had a phone conversation.

18     Q    And was anybody else present for that phone

19  conversation?

20     A    Just myself.

21     Q    And how long did you have that phone

22  conversation for?

23     A    15 minutes, maybe.

24     Q    And did you read any deposition transcripts in

25  this litigation prior to this deposition today?



1      A   No, ma'am.

2      Q   And did you talk with anyone else about this

3  deposition other than your attorney?

4      A   Only to reserve the space for the meeting.

5  Obviously, my director here at RESA is aware, so just to

6  know it was occurring, primarily.  And then my program

7  staff know I'm unavailable today due to being here.

8      Q   Other than logistics for attending, did you

9  have any more substantive conversations about this

10  deposition with anyone?

11     A   No.

12     Q   Did you speak with anyone at GaDOE?

13     A   No.

14     Q   Any other regional GNETS program directors?

15     A   No.

16     Q   And apart from the documents shown to you by

17  counsel, did you look at any other documents to prepare

18  for today's deposition?

19     A   No.

20     Q   And did you -- did you ask for any documents

21  that might be relevant for today's deposition?

22     A   No.

23     Q   And did you do anything -- did you do anything

24  else to prepare for today's deposition?

25     A   Pray.



1      Q    And have you ever been deposed before,

2    Dr. Neal?

3      A    No.

4      Q    And have you ever been a plaintiff in a

5    lawsuit?

6      A    No.

7      Q    And have you ever been a defendant in a

8    lawsuit?

9      A    No.

10     Q    There are a number of acronyms and definitions

11   that I'd like to go over to confirm that we have the same

12   understanding going forward, if that's okay.

13          When I refer to "GaDOE," do you understand that

14   I mean the Georgia Department of Education?

15     A    Yes, ma'am.

16     Q    And when I refer to "GNETS" or "GNETS program,"

17   do you understand that I am referring to the Georgia

18   Network for Educational and Therapeutic Support?

19     A    Okay, the overall umbrella?

20     Q    Yeah.

21     A    Okay.

22     Q    When I refer to "regional GNETS program," I am

23   referring to one of the 24 regional GNETS programs across

24   the state of Georgia.

25     A    Okay.



1    Q   When I refer to "NorthStar," I am referring to

2  NorthStar Educational and Therapeutic Services, which is

3  one of the 24 regional GNETS programs, correct?

4    A   Okay.

5    Q   When I say "GNETS center" or "centers," I am

6  referring to a stand-alone GNETS location.

7    A   Okay.

8    Q   And when I refer to "GNETS school-based

9  locations," I am referring to a GNETS location that is

10  based in a general education setting.

11    A   Okay.

12    Q   And when I say "general education setting," I

13  am referencing a public school in Georgia where students

14  with emotional and behavioral disorders and other

15  behavioral health conditions receive instruction and

16  services alongside students who do not have disabilities.

17    A   Okay.

18    Q   When I say "EBD," I am referring to emotional

19  and behavioral disorders.

20    A   Uh-huh.  Okay.

21    Q   When I say "LEA," I am referring to local

22  education agency or school district.

23    A   Okay.

24    Q   When I say "RESA," I am referring to Regional

25  Education Service Agency.



1       A    Okay.

2       Q    When I say "IEP," I am referring to Individual

3  Education Program.

4       A    Okay.

5       Q    When I say "B-I-P" or "BIP," I am referring to

6  a Behavior Intervention Plan.

7       A    Okay.

8       Q    And when I say "FBA," I am referring to a

9  functional behavior assessment.

10      A    Okay.

11      Q    Moving on, what college did you graduate from?

12      A    Several.  So my undergrad is from -- I actually

13  have an associate's from Waldorf College.  I have a --

14      Q    Hold on.  Let's go one at a time.

15      A    Sorry.

16      Q    No, that's fine.

17           So your associate's from Waldorf College, what

18  year was that that you graduated with the associate's

19  degree?

20      A    It probably was -- oh, my gosh, I should know

21  that.  I'm trying to think.  Okay.  It probably would

22  have been -- I think I graduated in -- oh, my God.

23      Q    You can give us an approximate --

24      A    Yeah.

25      Q    -- if it's helpful.

1      A    I mean, it was two years after I graduated from
2  high school, so...
3      Q    And what year did you graduate from high
4  school?
5      A    That's what I was trying to remember.  1986, so
6  probably '88.
7      Q    And what was the focus of that associate's
8  degree?
9      A    It was an associate of arts in social
10  administration.
11      Q    And then what is next?
12      A    So then I have a bachelor's degree from the
13  University of Nebraska at Omaha in social work.
14      Q    And what year was that?
15      A    So that would have been '91.
16      Q    And then what came next?
17      A    So after that I got a master's degree in social
18  administration from Temple University.
19      Q    And what year would that have been?
20      A    So I'm going to say '93.
21          And then I got my doctorate degree from Georgia
22  in educational psychology, and that would have been
23  probably 2015, 2016.
24      Q    And by Georgia, that's the University of
25  Georgia?



```
 1        A   Yes, Georgia State University.

 2        Q   Georgia State University?

 3        A   Yes, exactly.

 4        Q   Okay.  And do you hold any professional

 5   certificates or certifications?

 6        A   I have a Georgia certification as a -- a

 7   service certificate.

 8        Q   And when did you receive that?

 9        A   1996.

10        Q   Okay.  And what is meant by "service

11   certificate"?

12        A   So just because my degrees are in social work,

13   that was the first certificate I was -- you know, to work

14   in education here in the state of Georgia.

15        Q   And so what does -- what does it certify you to

16   do?

17        A   So it depends on the position, obviously.  It

18   qualified me for the director position here.  Prior to

19   that, I was a continual improvement specialist in Cobb.

20   I could do social -- you know, social work support within

21   the schools.

22        Q   Excellent.  Thank you.

23        A   Yes.  Behavior support.

24        Q   And who is your current employer?

25        A   North Georgia RESA.
```



1       Q    What is your job title?

2       A    I'm the regional director for the GNETS

3   program.

4       Q    And when did you assume this position?

5       A    2013, I think.

6       Q    And who held this position before you?

7       A    Dr. Paul Baker.

8       Q    And who do you report to currently?

9       A    Steve -- Dr. Steve Miletto.

10      Q    And where does he work?

11      A    Here at North Georgia RESA.

12      Q    And do you report to anybody else?

13      A    I have a board of the superintendents in each

14  of our systems.

15      Q    And by "each of the systems," are those

16  different school districts?

17      A    Yes.

18      Q    And so you report to the board and the

19  superintendent from each of those school districts?

20      A    Correct.  Correct.

21      Q    Is there anybody else that you report to?

22      A    Huh-uh.  No.

23      Q    Does anybody report to you?

24      A    Yes.

25      Q    And who is that?



```
1        A    I have about 40 staff.
2        Q    Can you generally talk about what their
3   positions are?
4        A    So we are structured -- obviously, we have
5   teachers and para pros in the classrooms who are under
6   our direct supervision.  I have support staff, such as
7   registered behavior technicians.  We have therapeutic
8   staff, such as social workers or licensed professional
9   counselors.  And then I have supervision staff, which are
10  either coordinators -- primarily coordinators.
11       Q    And do you have a working relationship with any
12  RESA?
13       A    North Georgia RESA.
14       Q    And do you have any periodic performance
15  evaluations?
16       A    Yes.
17       Q    How often?
18       A    So I have an annual evaluation here at RESA.
19       Q    And that's at the North Georgia RESA?
20       A    Correct.  Correct.
21       Q    And can you describe that evaluation process?
22       A    It's changed a little bit.  I have a new
23  director, so he's just here.  But so we set a goal every
24  year.  We have a midyear review of that goal, and then
25  I'm assuming we'll have a kind of end-of-year kind of
```

1  review to see how we are progressing.  So in general to

2  him, just kind of doing general supervision over, you

3  know, management of the program, communication with the

4  board.  He also kind of helps with the, you know,

5  personal learning goal.

6      Q   And I hear what you said about being assessed

7  on how much you've reached the goals that were set

8  earlier in the year.  Are you assessed on any other

9  criteria?

10     A   Like I said, I'm sure there's other general

11  criteria.  Like I said, we've got a different structure

12  this year, so primarily it's, you know, been around

13  establishing our -- my learning goal so far is what we

14  have been discussing, so...

15     Q   What about in previous years with different

16  directors, how are you assessed?

17     A   So in general, there has not been a particular

18  instrument that's been used.  Just every year annually,

19  you know, I get feedback and opportunities to kind of

20  talk about strengths and weaknesses and where I'm going.

21     Q   Outside of the director of the RESA, does

22  anyone else provide you feedback?

23     A   GaDOE, you know, on the strategic plan

24  implementation will provide feedback.

25     Q   And what individuals from GaDOE provide that



1  feedback?

2      A   Vickie Cleveland, primarily.  She has an

3  assistant, LaKesha Stevens, who works with her, but it

4  primarily comes from Vickie.

5      Q   And is any of this feedback provided in

6  writing?

7      A   Sometimes.

8      Q   What feedback is provided in writing?

9      A   So our last full strategic plan review was in

10  2019, and there was documentation provided for that.

11  Sometimes it's an e-mail communication.

12      Q   And who maintains that, those documents?

13      A   I guess we do.

14      Q   And are any of your other evaluations done by

15  the RESA provided in feedback -- sorry, provided in

16  writing?

17      A   Yeah, they should be on file here.

18      Q   And what are your job responsibilities as

19  director of NorthStar?

20      A   So pretty much all operational activities, so

21  that's everything from HR activities.  We do have a

22  collaborative relationship with the RESA, so they provide

23  some of our human resources support, as well as budgeting

24  support and those kinds of things; but I have primary

25  responsibility in those areas.  So hiring; supervising



1  staff; monitoring policies and procedures; building

2  maintenance; treatment, you know, aspects, so

3  communication with our different districts, you know,

4  acting as a liaison in communication; screening of

5  students coming into the program.  Those kinds of

6  activities.

7       Q   A lot.

8           And do you serve on any committees or working

9  groups as part of your job responsibilities in this role?

10      A   I mean, obviously, I'm part of the board.

11      Q   Sorry.  And which board is that?

12      A   The -- I am sorry, North Georgia RESA Board of

13 Control.  We have a collaborative community that's set up

14 through the State Department, which is essentially myself

15 and the rest of the special education directors, so I do

16 participate in those meetings as well.

17      Q   And what is your role on the RESA board?

18      A   Just a member.

19      Q   And what's your role on the collaborative

20 community?

21      A   Again, just a member.

22      Q   And do you sit on any committees or working

23 groups for any LEA?

24      A   No.

25      Q   And what about for GaDOE?



```
 1        A    No.

 2        Q    And do you sit on any committees or working

 3   groups through local community organizations?

 4        A    Just private things, like community activities.

 5        Q    And do you communicate regularly with anyone at

 6   GaDOE?

 7        A    Ask that question again, please.

 8        Q    Do you communicate regularly with anyone at

 9   GaDOE?

10        A    I would say Vickie and LaKesha.

11        Q    And that's Vickie Cleveland?

12        A    Vickie Cleveland and LaKesha Stevens.

13        Q    Thank you.

14             And how frequently would you say that you

15   connect with them?

16        A    Normally it's just kind of as needed, so I

17   would probably say five or six times a year, you know,

18   through correspondence; and then, of course, at our GNETS

19   directors meetings, occasionally there is contact there.

20        Q    So you kind of got to my next question.  Do you

21   attend any regular meetings as part of your job

22   responsibilities at this role?

23        A    Uh-huh.  Yes.

24        Q    And do you -- are any of those meetings with

25   the LEA or with any of the LEAs?
```



1       A    We do have meetings frequently.  The LEAs, you

2  know, obviously, with IEP meetings we're interacting with

3  them pretty regularly, as well as we usually -- I usually

4  meet with each LEA two to three times a year just for

5  various activities, whether it is discussing budgeting,

6  discussing needs assessments and those kinds of things.

7       Q    We are going to get to this more later, but

8  what are the different LEAs that you meet with?

9       A    So in my Dalton area, I have Dalton Public

10 Schools, Whitfield County Schools, Murray County Schools,

11 and we have Pickens County Schools, Gilmer County

12 Schools, Fannin County Schools.

13      Q    Thank you.

14      A    You're welcome.

15      Q    And so you meet with each of those LEAs at

16 different times related to student needs?

17      A    Yes.

18      Q    And are there specific individuals from within

19 those LEAs that you typically meet with?

20      A    Yes.

21      Q    And who are they?

22      A    So each of the special ed directors, so do you

23 want me to go by county?

24      Q    Sure.

25      A    Okay.  So Dalton City is Pam Wiles.  Whitfield



1  County Schools is Ruthie Rule.  Murray County is Andrea

2  McAllister.  Pickens County Schools is Kristy Bone.

3  Gilmer County Schools is Jessica Chastain, and Fannin

4  County Schools is Gini Tipton.

5      Q   Thank you so much.

6      A   You're welcome.

7      Q   And how frequently would you say you meet with

8  each of these individuals?

9      A   We probably have communication weekly.

10     Q   And that's with each of them?

11     A   Yeah.

12     Q   And do you attend any regular meetings with the

13 RESA?

14     A   Yes.

15     Q   And what are those meetings?

16     A   Board of control meetings primarily.

17         (Court reporter clarification.)

18         THE WITNESS:  And then I also meet with my

19 representative here who does our HR and our budgeting.

20     Q   BY MS. CHEVRIER:  And who is that?

21     A   That is Carrie.  I am blanking on Carrie's last

22 name.  It'll come to me in a second.

23     Q   We can move on.

24     A   Yeah, that's fine.

25     Q   And if you remember it, we can adjust.



1        A    It will come back to me.

2        Q    And how frequently do you have those board

3    meetings?

4        A    So generally we have -- I'm trying to think of

5    the schedule -- about six a year.

6        Q    And what are the topics that are discussed?

7        A    Generally, it -- the agendas kind of vary, but

8    there are different members on the boards.  For instance,

9    I am usually a line item on the agenda.  There is our

10   GLRS director who is also a member of the board who is on

11   the agenda.  The RESA, obviously, has an item typically

12   on the agenda, whether it's regard to budgeting or -- or

13   those kind of things that they are reporting back to the

14   systems that participate.

15        Sometimes the superintendents are involved in

16   activities like participating in State meetings and

17   bringing information back, so that could be on the

18   agenda.  So it varies.

19        Q    For the record, can you share what GLRS stands

20   for?

21        A    Georgia Learning Resource senate -- center --

22   systems or center.  Systems, maybe.

23        Q    Thank you.

24        A    It's a State organization.

25        Q    And I know that you said that your role is as a



1   member, but what responsibilities do you have in that

2   role?

3        A    It's primarily to keep the board apprised of

4   any issues regarding our program improvement activities,

5   our needs, or, you know, any issues, you know, regarding

6   GNETS that our superintendents would need to be aware of.

7        Q    And do you have any -- do you attend any

8   meetings with GaDOE?

9        A    Yes, directors meetings.

10       Q    And so with whom from GaDOE participates in

11  that meeting?

12       A    Typically that's Vickie Cleveland and LaKesha

13  Stevens.

14       Q    And who else participates in those meetings?

15       A    Occasionally they invite in other people from

16  the different departments in GaDOE, so it just depends

17  on -- you know, like in the last meeting they had someone

18  there that was from one of the advocacy offices in terms

19  of resources for parents, in terms of advocacy for parent

20  rights.

21            So it could be -- it could be any department in

22  GaDOE.  It could be budgeting or just anything they think

23  we need to be aware of in terms of resources that are

24  provided through GaDOE that we could be accessing.

25       Q    Do you remember the names of any individuals



1    from GaDOE who attended outside of Vickie Cleveland and
2    LaKesha Stevens?
3        A    There's been so many.  I can't off the top of
4    my head, no.
5        Q    And how frequent are these meetings?
6        A    Typically, again, we probably have about six
7    that are scheduled throughout the year.
8        Q    And what is discussed typically?
9        A    So as I mentioned, sometimes it could be just
10   deadlines or, you know, in terms of when things need to
11   be presented, or if there's gonna be reviews or those
12   kind of things, those things are discussed.  A lot of
13   times it's sharing of information, like I said, from the
14   different departments just in terms of resources that are
15   out there.  So those folks might come in and do a
16   presentation or those kind of things just kind of
17   explaining what they do, what the resources are, you
18   know, how we would access those services, that kind of
19   thing.
20       Q    Outside of the GNETS directors meetings, do you
21   have any other meetings with GaDOE?
22       A    I would -- probably not that are direct.  I
23   mean, like we see them at some of the other State
24   meetings that -- like some of the State educational
25   meetings.  For instance, there is something called



1  G-CASE, which I don't even know what G-CASE stands for,
2  but Georgia Council for Exceptional Students or
3  something.
4        So, you know, we might interact with them some
5  in those environments, but that tends to be just more
6  ancillary crossing paths kind of.
7     Q    And have you at any point had meetings related
8  to the strategic plan with GaDOE?
9     A    Uh-huh.  Yes, we have.
10    Q    And how frequently do those occur?
11    A    So, obviously, there was -- when that was ruled
12  out several years ago there was some more training
13  aspects and meetings that occurred kind of with that; and
14  kind of subsequent to that, it's more check-ins and
15  reviews.  So primarily, you know, it's the submission of
16  those documents at the end of the year now with them,
17  kind of.  Then like this year they came back and met with
18  us and, you know, just provided feedback on our
19  self-assessments.
20    Q    And when you say check-ins and reviews, that's
21  with GaDOE staff?
22    A    Correct.
23    Q    And is that Vickie Cleveland and LaKesha
24  Stevens?
25    A    Yes.  Yes.



1        Q    And before when we were discussing the GNETS

2    directors meetings, you mentioned the different deadlines

3    are often discussed.

4        A    Uh-huh.

5        Q    What kinds of deadlines are discussed?

6        A    So there are several assessments that we get

7    within the network, so, and they like those to be

8    delivered in some windows, and so they might be

9    communicating what those expectations are.

10            Sometimes it's, again, budgeting kinds of

11   things that they're just emphasizing in terms of when

12   they need documents submitted, or we have a grant, you

13   know, that needs to be submitted each year.  It can be

14   something like Positive Behavior Interventions and

15   Supports or PBIS, and documentation that needs to be

16   presented to the State for those kinds of activities.

17       Q    And who determines those deadlines?

18       A    Some of them are State determined for the

19   different departments.  So like PBIS would set their

20   dates, obviously.  The GNETS grant and that kind of

21   thing, that would be Vickie Cleveland and her department.

22   It really kind of depends on, you know, what the deadline

23   is that we're talking about, who is setting the

24   expectation.

25       Q    And I know you mentioned a number of different



JACQUELINE NEAL, PH.D.                                    January 19, 2023
UNITED STATES vs STATE OF GEORGIA                                      34

1  deadlines and types of expectations, but when you refer

2  to the State setting the deadline, are -- are you

3  referring to GaDOE --

4      A   Yes.

5      Q   -- specifically?

6      A   GaDOE.  Thank you.

7      Q   And have you received any training as part of

8  being a GNETS director?

9      A   Yes.

10     Q   What type of training have you received for

11 this role?

12     A   We have had people from budget come in and talk

13 with us about aspects of our GNETS budget and how, you

14 know, funds are allocated.  Sometimes it's reporting

15 things.  So there's been some in terms of the

16 communicating with our systems, in terms of how our kids

17 get counted and those kinds of things.

18         Certainly, we've had some just behavioral

19 trainings that, you know, we do as a network and those

20 kind of things that GaDOE has been supportive of.  And

21 like I said, each of -- I consider each of those meetings

22 we have with different departments kind of training as

23 well, so there is a number of different activities.

24     Q   So you've mentioned a bunch of different

25 trainings.  Who typically provides those trainings?



1      A    So it's usually the people that are most

2    directly coordinating or delivering those services.

3      Q    So let's go specifically by the different types

4    of trainings.  So you said, for example, that you've

5    received some training related to budgeting.  Who would

6    provide that training?

7      A    Again, those people have rotated a little bit,

8    but like Amber McCollum is one of the folks at the State

9    Department who has done some training with us over time.

10      Q    And I believe you also mentioned training

11    related to reporting.  Who would provide that training?

12      A    So if it's like the grants, you know, obviously

13    that would be Vickie Cleveland setting those deadlines.

14    If it's PBIS, it would be Sandra -- I'm so bad with

15    names.

16      Q    Is it DeMuth?

17      A    Yes, thank you, would set those kind of

18    expectations.

19           So again, it's going to kind of depend on the

20    department and who is in charge of those activities.

21      Q    You also mentioned receiving trainings related

22    to behavior.  Who would provide that?

23      A    Sometimes it's we've done things with the other

24    GNETS directors.  If it's PBIS, again, it might be a

25    representative from Sandra's division.  It could be her



1  or other folks.

2         Yeah.  So again, it would kind of depend on

3  what the training was.

4     Q   For trainings with other GNETS directors, who

5  would typically provide those trainings?

6     A   So it depends again.  I have done some of the

7  training.  If it's LSCI, then there is a cadre of

8  directors who have formal, you know, trainer of trainer

9  kind of responsibilities for that.  So, again, it kind of

10  depends on what the training is, who's -- who's

11  delivering it, and where people's specialties are.

12     Q   And have you received any training from one of

13  the LEAs that you work with as GNETS director?

14     A   Yes, on different occasions.

15     Q   What kinds of trainings?

16     A   So sometimes it might be in regards to a

17  curriculum initiative.  Sometimes we're invited in for

18  like preplanning kinds of activities, so that could be on

19  everything.  Maybe they have a speaker coming in on --

20  like, for instance, we've done some training with Emory

21  University and Emily Rubin's group on some of her

22  training initiatives.  So we've done that kind of

23  collaboratively.  It could be something like being

24  invited in to talk about the new math standards or, you

25  know, new curriculum expectations, so...

1        Q    And who is Emily Rubin?

2        A    She developed the SCERTS program, but she also

3   has done some active learning kind of training.  She --

4   she's got kind of a cross affiliation, so she's somewhat

5   affiliated with Emory University, and I think there's

6   another entity that she is kind of -- but she's been very

7   active in the state for a number of years.

8        Q    And have you received any training from the

9   RESA?

10       A    Yes.  I'm trying to think.  So they help us

11  out.  So, for instance, we've done some math talks

12  training with our RESA folks, or Number Talks, I guess is

13  what the official name of that is.  We have done

14  high-leverage practice training here at the RESA.

15            So, you know, it depends on some of the

16  offerings.  They do have reading and math specialists who

17  can push in, and sometimes they will push in with our

18  collaboratives to help with training with our individual

19  staffing groups.

20       Q    And this is all North Georgia RESA?

21       A    Correct, primarily.

22       Q    You said primarily.  Is there -- do you ever

23  get training from any other RESA?

24       A    We can attend trainings with other RESAs.  So

25  I'm trying to think.  I think I have been to a couple of



1   others down in South Georgia, Forsyth.  Maybe we have

2   done a couple of trainings down in that area, so for

3   different things.

4        Q    And how did you get connected with those

5   trainings?

6        A    Usually they come through State announcements.

7   You know, we're made aware of the different trainings

8   that are happening.

9        Q    And by "State announcements," is that GaDOE?

10       A    Generally, yes, yeah.  Either that or through

11  maybe GLRS.

12       Q    And what position did you hold prior to being

13  director of NorthStar?

14       A    I was the continual improvement specialist in

15  Cobb County.

16       Q    In Cobb County?

17       A    Uh-huh.

18       Q    And what years did you hold this position?

19       A    1996 to 2013.

20       Q    And was your employer the Cobb County School

21  District?

22       A    It was officially.  I was with the GNETS

23  program there, Haven Academy, but my employer was Cobb

24  County.

25       Q    And what were your job responsibilities in that



```
 1   position?
 2        A    So I did all of the behavioral training and
 3   supervision of staff.  We had consultation kind of
 4   frameworks that we used, so I visited every classroom,
 5   consulted with staff, and was very involved in all of our
 6   continual improvement activities in the division.  I did
 7   all of our staff training, liaisoned with the county in
 8   regards to any kind of training or developmental needs,
 9   development needs within the county.
10        Q    And who did you report to?
11        A    Dr. Michael Powell.
12        Q    And what was his position?
13        A    He's the GNETS director there at Haven Academy.
14        Q    And who -- did you supervise anybody?
15        A    I had a secretary data person who worked with
16   me.
17        Q    And where were you located?
18        A    We, at that time, were located in Smyrna.
19        Q    And you said that you went into all of the
20   different classrooms.  Was that more than one physical
21   location?
22        A    No, we were a center-based location.
23        Q    And so you only ever had to go to the one
24   center-based --
25        A    Right.
```



1      Q    -- location?

2      A    But I did -- I did go out into the schools as

3   well.  We did have some transition -- what we call

4   transition classrooms.  Again, I was there 17 years so

5   things evolved and developed a little bit, so we

6   eventually created what we call transition classrooms.

7   And so -- and we also served -- in Cobb County, we also

8   served Marietta City schools, as well as Douglas County

9   schools, and so I visited all of those sites and

10  locations.

11     Q    Can you describe what you mean when you say

12  "transition classrooms"?

13     A    So one of the things that I noted when I -- I

14  came initially was that, you know, kids would come to the

15  center-based location, and then they would be staffed

16  back to their home school, but there wasn't a lot of

17  generalization training that was happening, and sometimes

18  it was kind of very quick, and so that wasn't as

19  effective.

20         And so what we created was kind of classrooms

21  that could -- were maybe located either at a neutral site

22  or in a school-based location that would help kids begin

23  to generalize skills that they had learned in the center

24  and get used to the larger settings and begin to, you

25  know, again, use their skills with different people,



1  different places, and start to deal with all the stimuli

2  that they have to deal with in a really large building

3  with lots of people, which sometimes is very difficult

4  for our students.

5      Q    So students who were in those transitional

6  classrooms receive GNETS services but outside of the

7  GNETS center?

8      A    Yes.

9      Q    And did you provide some of those services?

10     A    Sure.

11     Q    In your role?

12     A    Sure.

13     Q    And what kind of services were those that you

14  used?

15     A    Primarily consultation support and behavior

16  planning support, and then working with LEAs.

17     Q    And what kind of behavioral training did you

18  deliver at Haven?

19     A    So we ran the student achievement model while

20  we were there, which was our kind of version of the Boys

21  Town educational model.  That's what I was hired in 1996,

22  so I worked previously at Boys Town and was hired to

23  bring that model and train staff in that model of care.

24  So we always did five days of training with all of our

25  staff when they came in on the interventions within that



1    model, but we did all sorts of other trainings as well.

2          So we did trauma-informed training with some of

3    Bruce Perry's work.  We did developmental training based

4    on developmental therapy.  We did Life Space Crisis

5    Intervention training.  We did academic trainings in

6    terms of active learning initiatives in some of the

7    particular -- Cobb County, you know, or it would depend

8    on the county, but, you know, Douglas County obviously

9    used Douglas County interventions.

10         So we would either be doing collaborative

11   training with trainers from those counties or follow-up

12   training, you know, to kind of make sure as we were

13   implementing those initiatives or implementing those with

14   fidelity.  So it was pretty wide ranging.

15         We did Ruby Payne's framework working with kids

16   in poverty.  We did, again, some more academic training

17   with -- I'm blanking on the program name again.  Again,

18   regarding just some high- -- high-yield strategy stuff.

19   Cobb did a lot of work with -- Thompson is the

20   gentleman's name.  Again, it will come back to me, but

21   did a number of different academic trainings.

22      Q    And is my understanding correct that you worked

23   with Douglas County and Marietta County because they sent

24   students to Haven?

25      A    Correct.  Correct.



1      Q    Okay.  And --

2      A    And just to clarify, Marietta City Schools is a

3   city school system within Cobb County, so those students

4   were served in Cobb County.  Douglas County served their

5   students on their campuses, so...  But they weren't all

6   in one location, just to be clear.

7      Q    But both would send students to Haven?

8      A    To the Haven umbrella, yes.

9      Q    And what was your position before this one?

10      A    I was a national trainer for Boys Town.

11      Q    And what years did you hold that position?

12      A    '91 to '96.

13      Q    And your employer for that position was Boys

14   Town?

15      A    Correct.  Father Flanagan's Boys Town.

16          (Court Reporter clarification.)

17      Q    BY MS. CHEVRIER:  And what were your job

18   responsibilities in that role?

19      A    I did national training primarily with

20   psychiatric hospitals, but also with school-based

21   entities, especially in regards to special education

22   needs.

23      Q    And who did you report to?

24      A    Tom -- oh, my gosh -- Criste.  Thank you.

25      Q    And did you supervise anyone in this role?



1       A    No.

2       Q    And where were you located?

3       A    In Omaha, Nebraska.

4       Q    And what -- what was your role before that?

5       A    I had various other roles.  So I think

6    immediately before that I was in a shelter-based program

7    where we did counseling with families, but we also had

8    kids in the shelter-based program, so we were working

9    with kids directly.  But a lot of that work was -- was

10   working with families to reintegrate kids back into their

11   homes.

12      Q    And what do you mean by "shelter based"?

13      A    So the kids were in -- were removed from their

14   homes typically for 10 to 30 days due to some conflict

15   kind of occurring and had the child at risk.  Obviously,

16   Child Services was usually involved in those removals.

17   So it was a temporary kind of stabilization placement to

18   support families and help get them back on track.

19           Sometimes it was kids coming out of psychiatric

20   hospitals and it was kind of a step down.  So we had both

21   kind of situations.

22      Q    What years did you hold this position?

23      A    Man, probably would have been -- I'm gonna say

24   that was probably 1990, '91.  I'm a little bit guessing.

25      Q    And what specifically was your position title



 1  | for this role?
 2  |     A   I don't recall.  I think it was like
 3  | assistant -- I don't recall.
 4  |     Q   And who did you report to in this role?
 5  |     A   Again, that was a long time ago.
 6  |     Q   And did you supervise anyone in this role?
 7  |     A   No.
 8  |     Q   And where were you located?
 9  |     A   That was in Lincoln, Nebraska.
10  |     Q   And what was your role before this one?
11  |     A   I did do some work in psychiatric hospitals
12  | prior to that as a technician, behavioral technician on
13  | psychiatric treatment boards.
14  |     Q   And what were your job responsibilities in that
15  | role?
16  |     A   So direct interaction with -- it was a
17  | children's unit, so direct interaction with the students.
18  | We did do groups, you know, obviously monitor them in
19  | their therapeutic activities, data collection, charting.
20  |     Q   And who was your employer in that role?
21  |     A   Lincoln General Hospital.
22  |     Q   And who did you report to?
23  |     A   Again, you know, I don't remember the
24  | director's name at that point.
25  |     Q   But it would be the director of --



1    A   Of the child -- the child unit that was there,
2 yeah.
3    Q   And did you supervise anyone in this role?
4    A   No, not directly.
5    Q   And where was this located?
6    A   Lincoln, Nebraska.
7    Q   And what about, did you hold any positions
8 before this one?
9    A   That was -- other than fast-food jobs and as an
10 adolescent, no.
11    Q   Okay.  And you have been with NorthStar for
12 almost ten years; is that right?
13    A   Correct.
14    Q   What kind of changes have you seen in that
15 time?
16    A   Lots of changes.  So some of it is, you know,
17 even going back to when I first came to the -- the
18 network in general, it was relatively new to talk about
19 things like teaching replacement skills, functional
20 behavior assessments, and -- and now that's standard
21 practice, you know.
22        So certainly academically, I think the bar has
23 been raised quite a bit, you know, in terms of there is
24 much more focus on educational excellence and making sure
25 kids are exposed to standards.  And, you know, we've kind



1    of changed philosophy in special education away from

2    remediation as -- you know, as much as kind of refocusing

3    on the standards.  And then, you know, the specialized

4    strategies to kind of fill in the gaps and those kind of

5    things.  So there has been a number of different

6    strategies.

7            You know, the network has changed, as well.  So

8    the network traditionally has been very strong in terms

9    of collaboration between directors and kind of sharing of

10   resources.  Resources have gotten a lot thinner over

11   those years, especially recently.  So that's required

12   some restructuring and forming some new kind of --

13   putting some new parameters in place for how we fund

14   services and those kind of things.  Some of that is in

15   regards to changes in federal expectations.  Some of that

16   is in differences in regards to how we do things locally.

17   So there's been lots of changes.

18       Q   And when you say funding has gotten thinner,

19   what do you mean?

20       A   Just in terms of when I -- well, I'll speak in

21   terms of when I came to NorthStar.  You know, there's

22   been some changes in grant allocations for certain, and

23   we've had to change, you know, the way our LEAs

24   contribute to funding.  So to kind of make up the

25   difference to make sure services are still in place,



```
 1   so...
 2        Q   And you said that you had to put new parameters
 3   on things.  What did you mean by that?
 4        A   So I'll talk as -- as my role here at
 5   NorthStar.  When I first came to the network, pretty much
 6   funding contributions from the local educational agencies
 7   were fairly voluntary, but as our grant allocations kind
 8   of decreased for various sundry reasons, that I had to
 9   come up with a new kind of funding formula to make up the
10   gap so we could maintain things like therapeutic
11   services.  And so in my first couple of years, that was
12   one of the things I kind of focused on, was getting a
13   what -- a proportional allocation system that all
14   counties committed to to make sure that we could fund the
15   necessary therapeutic services and educational services
16   for our students.
17        Q   Were there ever any gaps in therapeutic
18   services as a result of funding?
19        A   For the first couple of years I was here.
20        Q   And what were those gaps?
21        A   So we had to eliminate our counselors that we
22   had on staff initially when I first came in.  We tried to
23   kind of work collaboratively with outside agencies, but
24   that was -- they were having tons of turnover and
25   difficulty staffing their own agencies, and so that's
```



1   when I brought in the new funding formula to make sure

2   the LEAs were contributing so that we could maintain

3   those services, so...

4       Q    And you mentioned having to let go of

5   counselors on staff.  What types of counselors?

6       A    So we had -- again, that was the very first

7   year I took over as director, so I'm assuming that the

8   one was a licensed psychologist, doctor-level

9   psychologist.  I think we actually had two of those, and

10  actually, they both decided to leave.  And then we had

11  like an art therapist that was part of the clinical staff

12  as well.

13      Q    And so after they left, they weren't able --

14  you weren't able to fill those positions due to funding;

15  is that right?

16      A    Correct, at least not for about a year.

17      Q    And that's true for the two psychologists and

18  for the art therapist?

19      A    Correct.  We did do some contract work, but

20  yeah, there was a gap in services there for that amount

21  of time.

22           MS. CHEVRIER:  I'd like the court reporter to

23  mark the following document as Plaintiff's Exhibit 845.

24           (Plaintiff's Exhibit 845 was marked for

25  identification.)



1      Q    BY MS. CHEVRIER:  This is a Certificate of

2   Service filed with the court that states the United

3   States served a subpoena on June 24th, 2022 via e-mail to

4   counsel of record, Hieu Nguyen, correct?

5      A    Yes.

6      Q    And do you see that the document reads

7   "Subpoena to produce documents, information, or objects

8   or to permit inspection of premises in a civil action"?

9      A    Yes.

10     Q    And are you familiar with this subpoena?

11     A    I am.

12     Q    Did NorthStar prepare a response to the

13  document -- to this document by the date on the subpoena,

14  August 1st, 2022?

15     A    By August 1st, no.

16     Q    And did you --

17     A    Or at least I am not aware.

18     Q    And did NorthStar prepare responses to this

19  subpoena at a later date?

20     A    Yes.

21     Q    And who was primarily in charge of the effort

22  to collect the documents --

23     A    I was.

24     Q    -- requested?

25          Sorry, this is one of those examples where we



 1  need to not talk over each other even if it's an obvious

 2  answer or we'll make the court reporter frustrated.

 3          So you were primarily in charge of the effort

 4  to collect these documents?

 5      A   Yes.

 6      Q   And what was your role in collecting those

 7  documents?

 8      A   Physically.  In most cases physically

 9  collecting and pulling the information together.

10      Q   And did you review each response?

11      A   The majority, yes.

12      Q   Did anybody else?

13      A   I mean, I had secretaries copying files and

14  those kinds of things, but other than that, yes.

15      Q   And do you recall if you received any follow-up

16  requests for documents from the Department of Justice?

17      A   Yes.

18      Q   And what were those requests for?

19      A   I believe there was an e-mail that just kind of

20  indicated what had been received and what needed to still

21  be received.

22      Q   And who was primarily in charge of collecting

23  those additional documents?

24      A   I was.

25      Q   And did you review each of those responses as



 1   well?

 2        A    Yes.

 3        Q    And did anybody else?

 4        A    No.

 5        Q    When did you first become familiar with the

 6   GNETS program?

 7        A    Probably 1993, before the GNETS directors came

 8   to Boys Town to -- they were investigating and looking

 9   for solutions that could increase their program

10   effectiveness, and so four of them came to Boys Town to

11   view the continuum of services that we offered there.  I

12   was the person who got assigned to take them on a tour

13   and then to kind of orient them to those services, and so

14   that was my first introduction.

15        Q    Can you describe the GNETS program?

16        A    So we are a statewide constellation of service

17   providers.  There are 24 regional-based programs.  We

18   serve -- we're part of each local education agency's

19   continuum of services.  We're -- the program was designed

20   in the late -- or in the early '70s to -- out of an

21   effort that came out of the University of Georgia to try

22   to get services to students who were not receiving

23   services at that time, either they were at home because

24   they were, you know, no longer receiving services through

25   their systems or they were serving -- being served in



```
 1   out-of-state residential-type facilities.

 2            And the goal was to try to get services closer

 3   to home, more support to families, so that these students

 4   could be served more effectively and get both the

 5   therapeutic services that they required, as well as the

 6   educational services they required.

 7            It started as a half-day program primarily

 8   providing therapeutic services, but with changes in

 9   federal law, that became a full-day program where we

10   integrated the academic components as well.  So now we

11   have 24 regional-based programs that serve LEAs in those

12   particular agencies, providing both educational and

13   therapeutic supports to students with social, emotional,

14   and behavioral difficulties.

15       Q    What purpose does it serve?

16       A    So the purpose is to try to provide more

17   intensive -- number one, I would say is to meet IDEA's

18   requirement that we have a full continuum of services

19   knowing that students, not one size fits all, and

20   students need a lot of different kind of models and

21   opportunities to be successful.  And so it's really

22   trying to make sure that families have that full

23   continuum of services to kind of meet whatever those

24   needs that the -- the students have.

25            But we do sit at the end of the continuum.  We
```



1  are not an option until the LEA has exhausted all of the

2  other options they have available, and then we can become

3  an option in that continuum of services.  But the goal is

4  to keep kids close to home, make sure they get the

5  services they need, you know, in their local communities.

6        Q    And what student population does it serve?

7        A    So we serve students ages 5 to 21.  Again,

8  special education populations with severe social and

9  emotional and behavioral difficulties.

10        Q    And what were your views on the effectiveness

11  of the GNETS program for serving students with emotional

12  and behavioral disorders when you first started working

13  with the program?

14        A    So in my role as a national trainer, I -- there

15  was a lot of things about the network I liked.  I've been

16  to many other states where, say like in Texas, at that

17  time they had a regional service kind of framework setup,

18  but in their setup, kids were kind of -- once kids were

19  referred to that regional service agency, they were

20  disconnected from their counties, and so there was a lot

21  of what I would call dumping kids into those service

22  systems, especially around testing time and those kind of

23  things, when people -- so I liked the fact in the GNETS

24  system that kids stayed part of their LEAs, that the LEAs

25  remained responsible and integrated and involved in the



1   child's education.

2          I would say the other things that, you know, in

3   other systems, again, like I consulted in the

4   Philadelphia school systems, and there they have

5   something called approved private schools, and so, again,

6   the student is sent to those approved private schools,

7   but the LEA, again, kind of gets disconnected from the

8   student, and so reintegration is sometimes a pretty

9   significant challenge once kids are referred.

10         So I like the fact that, you know, our LEAs

11  stay very involved with our kids, and they were still

12  committed to getting them back into their local school

13  systems and serving them in those least restrictive

14  environments.

15         So -- and in some states there is no kind of

16  service like ours that provides intensive supports.  You

17  know, certainly in some states kids just get referred to

18  residentials much more quickly and there is less services

19  to families.  So all of those were kind of, to me, what

20  was attractive about the network coming down.

21         Obviously, that was back in 1996, so we did see

22  some areas where, you know, that was kind of coming out

23  of the '70s and '80s, where there was a lot of just

24  behavioral strategies and those kinds of things, and so a

25  lot of settings were very focused on kind of those



1    behavioral components.  But seeing the importance of, you

2    know, teaching those therapeutic skills, making sure kids

3    had those therapeutic interventions alongside of those

4    types of interventions, increasing the academic rigor,

5    you know, within the programs and those kind of things,

6    which was something we were working on generally in

7    special education at that time, but those were all things

8    we were working on here as a network as well.

9            And the network, obviously, one of the

10   attractions to it was we had a cadre of directors that

11   were very committed, you know, to improving those

12   services for kids.

13       Q   And were there any concerns that you had with

14   the GNETS program when you first started working with it?

15       A   Like I said, the first things that we kind of

16   focused on were increasing the therapeutic teaching,

17   making sure that we were teaching those replacement

18   skills, and we were doing functional behavior assessments

19   at a very, very high quality.  Making sure that all staff

20   had -- you know, there was previous training and things

21   like therapeutic crisis de-escalation, but just making

22   sure that we continued to improve in those areas as well.

23   Again, figuring -- you know, continuing to work on the

24   integration of the therapeutic services along with the

25   academic kind of expectations, and making sure we had



1  high quality in both of those areas, which is always a

2  challenge I think when working with our kinds of kids,

3  so...

4      Q   And what about now?  What are your views on the

5  effectiveness of the GNETS program for serving students

6  with emotional and behavioral disorders?

7      A   So I would say, you know, we've come a very,

8  very long way, you know, in terms of, I think everyone is

9  always trying to continually improve and get better and

10 figure out what those most effective strategies are for

11 reaching our different populations of students that we do

12 serve.  Certainly, the -- the pandemic and some of the

13 cultural issues that are hitting our kids are hitting our

14 kids, you know, in lots of sundry ways, so that causes us

15 to have to become more expert in different kinds of areas

16 to ensure that we are supporting those new needs that are

17 coming out, just with all the changes that our kids are

18 facing.

19          But in my time here, you know, we -- we've

20 become much more integrated even with our systems.  There

21 was still a little, when I first came into the system,

22 that of our kids kind of being -- again, kind of sent to

23 us and maybe not as much involvement.  And so that has

24 steadily increased to the points where we work very

25 closely and collaboratively with our LEAs now.  We get



1  very little resistance in terms of reintegrating.  In

2  fact, our counties are very proactive in terms of

3  reintegration and getting kids back into those least

4  restrictive environments as quickly as possible.  So

5  there's been lots of progress in those regards.

6      Q   And you mentioned before that -- that you are

7  working with integrating with the systems, and by

8  "systems," you mean the LEAs?

9      A   Yes.

10     Q   What would a successful GNETS experience look

11 like for students who are currently being served by

12 NorthStar?

13     A   So, I mean, obviously, the biggest litmus test

14 is, you know, are those referral behaviors that cause --

15 that's causing the student to not be able to progress

16 academically and behaviorally in the setting that they

17 are in?  Are those issues kind of resolved to the point

18 that student can go back and be successful and start to

19 experience success, start to enjoy their peer group,

20 start to progress academically, start to, you know, be

21 able to participate fully in the educational program

22 being provided?

23     Q   Can you describe the structure of the GNETS

24 program across the state?

25     A   So it varies quite dramatically, you know, just



```
 1  depending.  I know we've got some GNETS programs that
 2  serve -- I think Northwest has something like 24 LEAs
 3  that they work with.  I have six.  You know, in Cobb we
 4  had three.
 5          So, you know, the number of systems that are
 6  served are very different depending on the structure of
 7  the program, and just based on each of those local
 8  individual differences, the structure of the program is
 9  pretty difficult -- different.
10          But in general, just to require, you know, in
11  terms of how GNETS has traditionally kind of required,
12  you know, we have a teacher and a para in every
13  classroom.  We do have support staff, therapeutic staff,
14  coordinators.  I think that's pretty standard across most
15  of the GNETS programs, but again, you know, there is
16  variation depending on the different locals.
17      Q   You know, you stated this earlier, so the six
18  school districts that NorthStar serves are Murray,
19  Dalton, Whitfield, Pickens, Gilmer, and Fannin.  Is that
20  correct?
21      A   Yes, ma'am.
22      Q   And how long has NorthStar served these six
23  school districts?
24      A   As far as I am aware, since the mid '70s.
25      Q   And while you've served as director, has
```



 1  NorthStar served any additional counties that no longer

 2  participate?

 3      A   So not while I've been director.

 4      Q   Are you aware of any prior to you being

 5  director?

 6      A   Yes.  Cherokee County.

 7      Q   And do you know why Cherokee County no longer

 8  participates?

 9      A   As I understand it, it was a funding discussion

10  that resulted in that.  I was -- I wasn't involved in the

11  program at that time.

12      Q   And do you know how Cherokee County now serves

13  the students with emotional and behavioral disorders?

14      A   They have a separate school.

15      Q   But that separate school is not a GNETS school?

16      A   No.

17      Q   While you've served as director, has NorthStar

18  served any students from any other school districts that

19  maybe don't have a formal partnership with NorthStar?

20      A   Ask that one more time.

21      Q   Sure.  So we've gone over the different school

22  districts that --

23      A   Sure.

24      Q   -- are connected with NorthStar.

25      A   Yeah.



1    Q   And Cherokee is -- was formerly connected with

2  NorthStar.  Has any school district ever sent students to

3  NorthStar outside of those?

4    A   We had one intersystem agreement that we did

5  with one student in Union County.  That was kind of in a

6  location that was difficult for either Pioneer RESA,

7  their GNETS to serve, or -- or for us.  So we tried for

8  one year to serve her just because physically it was a

9  closer location, and we decided not to continue that

10 relationship after that year.

11   Q   And why was the decision made to not continue

12 that relationship?

13   A   The student was having difficulty with the

14 transportation aspects, and the transportation was a

15 little bit complicated because we had to transport across

16 county lines and switch buses.  And I think they --

17 eventually, I think they worked with the GNETS director

18 that was officially over that area to establish services

19 in that county.

20   Q   Do you recall how long that student's bus ride

21 was or bus rides was to the NorthStar location?

22   A   I don't off the top of my head.

23   Q   Do you have an estimate?

24   A   I would assume it probably would have been 40

25 minutes to an hour.



1    Q    And what body serves as NorthStar's fiscal

2    agent?

3    A    North Georgia RESA.

4         MS. CHEVRIER:  I'd like the court reporter to

5    mark the following document as Plaintiff's Exhibit 846.

6         (Plaintiff's Exhibit 846 was marked for

7    identification.)

8    Q    BY MS. CHEVRIER:  And the Bates number is not

9    on here, but internally we have noted it as document

10   NORTHSTAR_TEMP_000001.  This document is titled

11   "NorthStar Services -- Service" sites, correct?

12   A    Correct.  Locations, yeah.

13   Q    Yes, sorry.  "NorthStar Service Locations,"

14   correct?

15   A    Yes.

16   Q    Do you recognize this document?

17   A    I do.

18   Q    Did you create this document?

19   A    Yes, I did.

20   Q    For what purpose?

21   A    For and to respond to your request.

22   Q    And this lists the six -- this lists six

23   different NorthStar locations, correct?

24   A    Yes.

25   Q    And what are they?



 1       A    So we have one location -- we have three

 2   locations in Fannin County; one at East Fannin

 3   Elementary, one at Fannin County Middle School, and one

 4   at Fannin County High School.  We have a center-based

 5   location in Jasper, Georgia.  And we -- over the duration

 6   of the three years of information requested, I've had two

 7   locations in the Dalton area.  We moved from a Frederick

 8   Street location last year -- the middle of the year

 9   before, I guess, to the Cleveland Highway location in

10   Dalton.

11       Q    Okay.  And the location that's located at 159

12   Stegall Drive, is that sometimes referred to as the

13   NorthStar Pickens location and sometimes as NorthStar

14   Jasper?

15       A    Yes.

16       Q    Okay.  Which would you prefer?

17       A    Either is fine.  It's in Pickens County, so --

18   and it's with the Pickens County School District.  It's

19   in the physical town of Jasper, Georgia, so either is

20   fine.

21       Q    Thank you.

22            And so is it correct that the NorthStar Dalton

23   location at Frederick Street is no longer in use?

24       A    That is correct.

25       Q    And is the NorthStar Dalton location on



1    Cleveland Highway currently in use?

2         A    Yes, it is.

3         Q    And that's a center-based location?

4         A    Correct.

5         Q    And are the -- each of the sites listed here,

6    with the exception of NorthStar Dalton at Frederick

7    Street, the only locations of NorthStar that are

8    currently operating?

9         A    Yes.  So the Frederick Street location is the

10   one -- the only one that's no longer in service.

11        Q    Right.  And all the others still are?

12        A    Right.  Correct.

13        Q    And why did the NorthStar Dalton location at

14   Frederick Street close?

15        A    It was an older building that had some, you

16   know, issues in terms of the roof condition and those

17   kinds of things, and so we just requested a new facility.

18        Q    And when did it close?

19        A    So December 2021.

20        Q    And whose decision was it to close that

21   location?

22        A    It was a coordinated decision with the three

23   local educational agencies in that area.

24        Q    Okay.  And which -- which local education

25   agencies are those?



1        A    So that would have been Whitfield County

2    Schools, Dalton Public Schools, and Murray County

3    Schools.

4        Q    Did anybody else have to approve the decision

5    to close that location?

6        A    The -- not the closure.  The State Department

7    was aware that we were moving the program, but they

8    didn't have approval.

9        Q    Okay.  And while you've worked at NorthStar,

10   has it had any other sites, in addition to the one Dalton

11   location, close?

12       A    No.

13       Q    Of the open NorthStar GNETS site locations,

14   which would you classify as a center?  That's the

15   NorthStar Pickens or Jasper and NorthStar Dalton at

16   Cleveland Highway?

17       A    That is correct.

18       Q    And am I correct that NorthStar Pickens or

19   Jasper is the only NorthStar location in Pickens?

20       A    Correct.

21       Q    And each of the school-based locations are

22   located in Fannin County?

23       A    Yes.

24       Q    And then the NorthStar Dalton location is

25   located in Dalton?



1    A    Correct.

2    Q    How is it determined at which NorthStar

3  location students from each of the six counties NorthStar

4  serves will be educated?

5    A    So we're essentially, just because we have a

6  large region, we're kind of -- our services are

7  regionally based.  So, obviously, Murray, Dalton, and

8  Whitfield are all in the same contiguous region, and so

9  we have collapsed our services there to serve those

10  students.

11       Pickens County serves just students from

12  Pickens County Schools.  And again, our Fannin County

13  sites is the two counties, you know, closest in that

14  area, so that would be Gilmer County and Fannin County

15  Schools.

16    Q    So if a student who is in Pickens County

17  requires a school-based location, where would they go?

18    A    In Pickens County.

19    Q    But is there -- are there any school-based

20  GNETS locations in Pickens County?

21    A    No.  That would be worked out with the -- you

22  know, within the IEP committee and with that educational,

23  you know, team that's working there, so the special

24  education department there.  So if we felt a student, you

25  know, required a school-based location, then we would,



 1   you know, provide -- you know, the county would likely

 2   provide those services.

 3       Q    And by county likely providing those services,

 4   do you mean in a school in the county?

 5       A    Uh-huh.

 6       Q    And would GNETS provide services to a school?

 7       A    It would depend on the student and the

 8   situation.

 9       Q    Has -- has GNETS -- has NorthStar in the past

10   provided school-based locations to any of the schools

11   not -- to any schools not listed on this sheet?

12       A    Yeah.  So, and that was one of the things when

13   the counties that we had transition classrooms in Pickens

14   prior, and with the reductions in funding and just

15   because they started work on better identifying, I guess,

16   students, and they began to improve some of their

17   pre-referral services, just because our numbers

18   decreased, those transition classrooms basically were

19   integrated back into their local systems.

20           And so, you know, we maintain the most

21   intensive sites, but the local educational agency has

22   taken over those transition classrooms.

23       Q    Okay.  And you talked earlier about the

24   continuum of different service options.  Where would you

25   place a GNETS school-based location on that continuum?



```
1        A    At the end of the continuum.

2        Q    All right.  And what about a center-based

3   location?

4        A    Oh, I'm sorry, you said a school-based location

5   earlier?

6        Q    Yes.

7        A    I misspoke.

8             So a school-based location, I mean, there is --

9   if you look at the State rule, there's kind of three

10  options; there are three or four options they're in for

11  school-based arrangements, from whether the student is

12  with us full-time, part-time, you know, those kinds of

13  things.  So I think in the 6-step thing within the State

14  rule, it's -- you know, 1 through 4 is school-based, and

15  then center based is 5 and 6, is, I think, how they frame

16  it.

17       Q    So would it be accurate to say that there are

18  different levels of school-based -- that school-based

19  services can be at different levels of the continuum?

20       A    Sure.  Sure.

21       Q    And that center-based locations are a more

22  severe part of that continuum --

23       A    Sure.

24       Q    -- than school-based locations?

25       A    Yes.
```



1    Q   Okay.  So if a student is in Fannin or Gilmer

2    County and it's determined that they need a center-based

3    location and not a school-based location, where are those

4    students educated?

5    A   So generally what we have to do in those

6    situations is either create an individual classroom for a

7    student or we have done a couple of intersystem

8    agreements with Pickens County to serve them in the

9    Pickens County location.

10    Q   And what does it look like when you say to

11    create a school-based location for those students?

12    A   So it really is the county deciding to allocate

13    the teacher, para pro, or whatever is required to support

14    that student in, you know, a location.

15    Q   And would those students -- so again, we're

16    talking about students who might need the most severe

17    interventions or part of that continuum, which might be a

18    center location.  But if the center location isn't

19    available --

20    A   Uh-huh.

21    Q   -- would they attend one of the GNETS

22    school-based locations, or do they -- have any of those

23    students ever attended, you know, their home school but

24    with a --

25    A   Yes --



1    Q   -- classroom?

2    A   -- it's something that could be.  If there is

3  a -- you know, one of the difficulties we have in some of

4  our counties is we don't have space, and so, but

5  certainly, it could be funding a classroom space there

6  where they could be supervised.  I mean, generally, the

7  cases I can think of, that's how it occurred.

8    Q   And just to be clear, that's in their home

9  school, like a specific classroom was created for them?

10   A   Not necessarily their home school but a school

11 within the district's purview.  So, for example, some of

12 my counties developed special education classrooms that

13 served kids maybe from not their home school, but it's a

14 way of, you know, creating a small group arrangement if a

15 kid requires a small group.  So if not every school

16 can -- there's not enough students to do that, they'll

17 kind of target their kids to a particular location, so...

18   Q   And can those small group arrangements occur in

19 general education school settings?

20   A   Sure.  Most of them do.

21   Q   Most of them do?

22   A   Yeah.

23   Q   Okay.  And if a student in Pickens County, for

24 example, does not need a center-based location but could

25 benefit from a school-based location or any other



1   lesser --

2        A    Uh-huh.

3        Q    -- option on the continuum of services, where

4   are those students educated?

5        A    So Pickens has small group options for all

6   their students who require that.

7        Q    And that's Fannin County outside of NorthStar?

8        A    Yes.

9        Q    And what about in Dalton?  So Dalton, my

10  understanding is, it only has a GNETS center-based

11  location?

12       A    Correct.

13       Q    So if a student does not need a center-based

14  location but maybe --

15       A    Each of the systems maintains small group

16  options for those students.

17       Q    Okay.  So they would also be educated within

18  the system --

19       A    Correct.

20       Q    -- in Dalton?

21       A    Correct.

22       Q    And so they wouldn't be a part of NorthStar?

23       A    Correct.

24       Q    Okay.  And is that --- what about for students

25  in Murray and Whitfield?



```
 1        A   The same.
 2        Q   And so they would be educated within Murray or
 3   within Whitfield?
 4        A   Uh-huh.
 5        Q   Okay.  Thank you.
 6            How many students attend the NorthStar Pickens
 7   Center this year?
 8        A   I would have to look officially at the list,
 9   but I would say less than 15 right now.
10        Q   Okay.  And how many classrooms of students are
11   there at NorthStar Pickens Center?
12        A   There are three.
13        Q   And how are those different classrooms
14   determined?  Is it by age or eligibility?
15        A   Generally it's by age.  You know,
16   traditionally, you know, we kind of have an elementary
17   classroom, a middle school classroom, and a high school
18   classroom.  Right now I have younger students, so we kind
19   of have younger elementary, upper elementary, younger
20   middle group.
21            So it does vary a little bit just depending on
22   the student population that we have.  But generally it's
23   by, you know, trying to keep instructionally the number
24   of grade levels that teacher has to teach, and, you know,
25   developmentally where kids are at kind of within a band.
```



1      Q   And how many grade levels can be in one
2  different -- one classroom?
3      A   So it can be up to five.  So when we just have
4  one elementary and one middle and one high, we can have a
5  K-5 classroom, a 6-8 classroom, and a 9-12 classroom.
6      Q   If it's a K-5 classroom, would that be six
7  different grades?
8      A   Yes.  Technically, yes.
9      Q   And how many students attend the Dalton --
10  NorthStar Dalton Center on Cleveland Highway this year?
11      A   So we are probably close to 40 students right
12  now.
13      Q   And that only serves students from Murray,
14  Whitfield, and Dalton?
15      A   Correct.
16      Q   And how many different classrooms are there?
17      A   So right now we have -- I'm counting.  We have
18  two elementary, two middle, and one high school right
19  now.
20      Q   So five total?
21      A   Uh-huh.
22      Q   And how are those classrooms determined?
23      A   So again, we have a lot of younger students
24  right now.  So we have a K-2 classroom, almost K-1 now,
25  and then we have a 3-5 classroom, a 6th grade classroom,



1   a 7th and 8th grade classroom, and then a 9-12 classroom.

2        Q    And does the NorthStar Dalton location serve a

3   specific -- a specific student population?

4        A    Students with -- so repeat that one more time

5   so I make sure I understand your question.

6        Q    Does NorthStar Dalton Center serve a specific

7   student population?

8        A    Just special education students with social and

9   emotional and behavioral difficulties.

10       Q    Okay.  And is that the same for Pickens as

11  well?

12       A    Yes.

13       Q    And what is the youngest student?

14       A    By State rule, it's five.

15       Q    Okay.  And do you have any five-year-olds

16  currently in either of the center locations?

17       A    I know we had one referred at five.  I don't

18  know if he's currently five or if he has already turned,

19  but...

20       Q    And do you have any students who maybe now they

21  are six or seven or older but who started when they were

22  five?

23       A    Yes.

24       Q    And how many?

25       A    It would be one or two.



1    Q    Okay.  And at which location?

2    A    I'm thinking of one in particular in -- in my

3  Dalton Center.  We may have had one for a short period of

4  time in Fannin, but I can't remember if he was five or

5  six.

6    Q    And how many students attend the NorthStar

7  Fannin Elementary School location?

8    A    So NorthStar Fannin right now, I believe I have

9  five.

10    Q    And that's, sorry, Fannin Elementary?

11    A    Yeah.  At East Fannin Elementary, yes.

12    Q    And you said at least five?

13    A    Uh-huh.

14    Q    And how many classrooms are there?

15    A    Just one.

16    Q    And how many grades are in that classroom?

17    A    I want to say there's three right now.  Three

18  or four.

19    Q    And Fannin -- East Fannin Elementary only

20  serves students from Fannin and Gilmer, correct?

21    A    Correct.

22    Q    And does East Fannin Elementary School have a

23  specific student population that they serve?

24    A    It would be the same; students with severe

25  social, emotional, and behavioral difficulties, special



 1  education students.

 2      Q   I'm going to ask the same question for

 3  NorthStar Fannin County Middle School.

 4      A   Okay.

 5      Q   How many students attend NorthStar Fannin

 6  County Middle School this year?

 7      A   Right now we have three.

 8      Q   And how many school-based GNETS classrooms are

 9  there at Fannin County Middle School this year?

10      A   Ask it one more time.

11      Q   How many school-based GNETS classrooms are

12  there?

13      A   Just one.

14      Q   And how many grades are included in that?

15      A   So right now, I believe I have two.

16      Q   And what -- what are those two grades?

17      A   So I have an 8th grader in that classroom, and

18  then -- actually, I have two 8th graders in that

19  classroom, and the other student, I believe, is a 7th

20  grader.

21      Q   And Fannin County Middle School also only

22  receives students from Fannin or Gilmer?

23      A   Yes.

24      Q   And do they serve a specific student

25  population?



```
 1        A    Yes.

 2        Q    And is it the same as what you have shared

 3   previously?

 4        A    Yes, special education -- special education

 5   students with social and emotional and behavioral

 6   difficulties.

 7        Q    And how many students attend the NorthStar

 8   Fannin County High School location this year?

 9        A    I'm counting kids in my head.  I have probably

10   six at that location.

11        Q    And how many school-based GNETS classrooms are

12   there at Fannin County High School this year?

13        A    Just one.

14        Q    And how many grades are included in that one

15   classroom?

16        A    That would be four.

17        Q    And Fannin County High School also only serves

18   students from Fannin and Gilmer, correct?

19        A    That's correct.

20        Q    And does NorthStar Fannin County High School

21   serve a specific student population?

22        A    Special education students with severe social

23   and emotional and behavioral difficulties.

24        Q    And what is the age of the youngest student who

25   currently attends Fannin Elementary School -- or East
```



1   Fannin Elementary School in the NorthStar GNETS program?

2       A    I think he's seven.

3       Q    Okay.  And was he seven years old when he

4   started at that school?

5       A    He might have been six when he was referred.

6       Q    Okay.  And what's the oldest -- what's the age

7   of the oldest student who's at NorthStar Fannin County

8   High School --

9       A    Um.

10      Q    -- in the GNETS program?

11      A    Yeah, I don't -- 17, maybe.

12      Q    And as director, how would you describe the

13  student population at NorthStar?  Is it increasing,

14  decreasing, staying the same?

15      A    So we were decreasing prior to the pandemic.

16  We did have a little uptick after that.  We were, again,

17  a little bit down last year.  So it's been relatively

18  stable over the last few years, outside just immediately

19  after, you know, everybody was pulled.

20          MR. NGUYEN:  Claire?

21          MS. CHEVRIER:  Yeah.

22          MR. NGUYEN:  We've been going for almost an

23  hour and a half.

24          MS. CHEVRIER:  I was about to say.

25          MR. NGUYEN:  At a convenient time, yeah.



1              MS. CHEVRIER:  Now is a great time.  We can go
2    off the record.
3              THE VIDEOGRAPHER:  Going off the video record
4    at 10:47 a.m.
5              (The deposition was at recess from 10:47 a.m.
6    to 11:10 a.m.)
7              THE VIDEOGRAPHER:  We are back on the video
8    record at 11:10 a.m.
9              Proceed.
10        Q    BY MS. CHEVRIER:  Hi, Dr. Neal.
11        A    Hello.
12        Q    Who determines staffing needs for your regional
13   GNETS program?
14        A    I do.
15        Q    And has that always been the case?
16        A    Yes.
17        Q    And what is the process for hiring new
18   personnel when an opening is created or a need is
19   identified?
20        A    So we post the position.  I will typically
21   interview the person.  We do background check, references
22   checks, those kind of things.  And once they have been
23   through that process, typically the person will visit
24   locations.  And usually it's one interview, but it could
25   be two, because the second interview I might bring them



 1   back to meet with my coordinators who I will be working
 2   most directly with.
 3        Q    And is there any variation in this process if
 4   it's a teacher versus an administrator or other staff?
 5        A    No, not really.
 6             MS. CHEVRIER:  I'd like the court reporter -- I
 7   guess it's already marked as Exhibit 384.  I don't want
 8   to just throw it at you.
 9             MR. NGUYEN:  Feel free.
10        Q    BY MS. CHEVRIER:  This is an e-mail from you,
11   Dr. Neal, to Vickie Cleveland and Nakeba Rahming dated
12   December 14th, 2017, correct?
13        A    Yes.
14        Q    And the Bates number is GA00014291.
15        A    Okay.
16        Q    You were forwarding an e-mail from Kathy
17   Bierce, correct?
18        A    Correct.
19        Q    Do you recognize this e-mail?
20        A    Yes.  I mean, it obviously came from me.  I
21   don't remember it, but...
22        Q    But you have no reason to believe it was
23   fabricated?
24        A    Right.  Exactly.
25        Q    Who is Kathy Bierce?



1        A    She was my secretary.

2        Q    And do you see where it lists that there are

3    two attachments to this e-mail?

4        A    Yes.

5        Q    And let's turn to the first attachment, which

6    is Bates number GA00014292.

7             Do you see this document is titled "FY18 GaDOE

8    Approved GNETS Temporary Therapeutic Services Assurances

9    GNETS NorthStar Educational and Therapeutic Services"?

10       A    Yes.

11       Q    And do you recognize this document?

12       A    I do.

13       Q    What is meant by assurances in this context?

14       A    So -- and I neglected -- I wasn't thinking

15   about this situation when I answered previously, but for

16   the last few years, just due to some of the difficulties

17   we've had with budget, GaDOE -- and I'm not sure

18   that Orion (phonetic) -- Orion, I believe, received a

19   grant, and they've been helping with funding of

20   therapeutic positions, specifically a therapeutic

21   position I have open in Fannin County.

22       Q    And is it correct that this document is a list

23   of assurances?

24       A    It is.

25       Q    And do you see number 6 which reads, "GaDOE



1  will coordinate with service providers to ensure that

2  there is an understanding of the type of services that

3  will be required for GNETS and ensure that the contracted

4  therapeutic professional meets the necessary

5  qualifications to provide counseling/therapy for

6  students"?

7      A   Yes.

8      Q   What do you understand this to mean?

9      A   So the State agreed to provide the funding as

10 long as we could hire someone that was a certified, you

11 know, staff, so either a social worker or licensed

12 professional counselor.

13     Q   And what are the necessary qualifications to

14 provide counseling and therapy for students that GaDOE

15 was ensuring were met?

16     A   If they have approved credentials, so again,

17 like a degree; in this case, a master of social workers

18 for this particular candidate, as well as certified by

19 the State of Georgia.

20     Q   And does GaDOE have decision-making power

21 regarding other staffing choices at NorthStar?

22     A   We have out of the CARES grant money, we didn't

23 have to assign an assurance, I don't think, quite like

24 this, but there was similar expectations stated.

25     Q   And can you tell me about those expectations?



 1      A    Again, a degreed professional with
 2  certification.
 3      Q    And how were those expectations shared with
 4  you?
 5      A    Directors meeting, I believe.
 6      Q    And who was it that shared those expectations
 7  with you?
 8      A    Vickie Cleveland.
 9      Q    Okay.  And you said before that you weren't
10  thinking about this context when you answered a previous
11  question of mine.  What question was that?
12      A    Just, I guess, the process for hiring her was
13  the same as if I hired any of my other staff.  The only
14  difference was the coordination with the funding through
15  the State.
16      Q    And by "her," you mean the person who fulfilled
17  this therapeutic role?
18      A    Correct.
19      Q    Okay.  And were there any additional steps not
20  outlined in this e-mail that the State took with regard
21  to that position being hired?
22      A    Other than just stipulating, you know, the type
23  of professional we could have hired.
24          MS. CHEVRIER:  Okay.  I'd like the court
25  reporter to mark this next document as Plaintiff's



1    Exhibit 847.

2          (Plaintiff's Exhibit 847 was marked for

3    identification.)

4      Q   BY MS. CHEVRIER:  This is an e-mail from you,

5    Dr. Neal, to Vickie Cleveland with Fran Whitfield copied,

6    correct?

7      A   Yes, ma'am.

8      Q   And it's Bates number GA00014174.

9          Do you recognize this e-mail?

10     A   I'm just trying to assess what it was about.

11     Q   Of course.

12     A   Yes.

13     Q   And who is Fran Whitfield?

14     A   Fran at that time was my finance director here

15   at North Georgia RESA.

16     Q   And do you see where you wrote, "The state

17   approved a part-time therapeutic position for my region

18   which we just filled.  We have contracts signed, but I

19   wasn't sure what the reimbursement process was from the

20   state.  Do you happen to know?"

21     A   Yes.

22     Q   And what do you mean when you wrote that the

23   State approved a part-time therapeutic position for your

24   region?

25         A   So again, my understanding is the State



```
 1   received a grant and that they allocated that to

 2   different GNETS programs.  We were one that was chosen to

 3   receive that allocation.  And in this e-mail, I was just

 4   asking about the reimbursement process.

 5        Q   And who from the State approved this position?

 6        A   I am -- I don't know directly.  I was informed

 7   by Vickie Cleveland.  I don't know what process she had

 8   to go through to make that happen.

 9        Q   I understand.  And did the State specify that

10   it had to be a therapeutic position --

11        A   Yes.

12        Q   -- that they were funding?

13        A   Yes.

14        Q   And did Vickie Cleveland respond to this

15   e-mail, to your knowledge?

16        A   I'm quite certain she did.  Now, whether that

17   was in writing or verbally, in a meeting even, possibly.

18        Q   And do you remember what the answer was to your

19   question about the reimbursement process?

20        A   What year was this?  '17.  So initially it

21   was -- probably at that time it was a separate

22   allocation.  Eventually it got integrated into our

23   general allocation that we get from the State, so...

24        Q   And how does the State approval process for

25   specific positions typically work?
```



1        A     Again, I think at this time, you know, we -- we

2     indicated an interest.  We had to get the assurances

3     signed.  And again, I have no idea what their process was

4     at GaDOE to get that approved, but that was kind of our

5     process.

6        Q     And have you reached out to GaDOE about

7     securing any additional GNETS personnel?

8        A     As I indicated with the CARES grant, we had got

9     an additional therapeutic support position.

10       Q     And what was that additional therapeutic

11    support position?

12       A     This is a licensed clinical social worker.

13       Q     And is that the only other example?

14       A     Yes.

15       Q     For the current school year, 2022 to 2023, how

16    many total staff serve the NorthStar GNETS program?

17       A     I think we have around 40.

18       Q     And how many staff do you have in each of the

19    following positions, so how many in -- how many serve as

20    administrators?

21       A     So myself and two coordinators.

22       Q     And are those site-based coordinators?

23       A     Yes.

24       Q     And how many site coordinators do you have?  Is

25    it just the two?



```
 1        A   Two, yes.
 2        Q   And is there -- so how do they cover the
 3   different sites that NorthStar includes?
 4        A   So there's -- they are site based, so I have
 5   one -- actually, I take that back.  Let me correct
 6   myself.  I typically have three coordinators.
 7        Q   Okay.
 8        A   So I have two in my Dalton location; it's my
 9   biggest location.  One is a therapeutic coordinator; one
10   is an academic coordinator.
11        Q   Okay.
12        A   And then I have one coordinator at my Pickens
13   County site.
14        Q   Okay.  And do you have any coordinators that
15   serve at Fannin?
16        A   No.
17        Q   All right.  And are all three of those
18   coordinators considered administrators?
19        A   Yes.
20        Q   And how many -- how many people do you have
21   that are considered instructional staff?
22        A   So would you include -- so instructional staff,
23   define that for me, please.
24        Q   Well, how would you define it?
25        A   So I could answer it two ways.
```



1    Q    Sure.

2    A    We pretty much value our paraprofessionals, who

3  do a lot of instruction as well but not -- teachers do

4  the lesson planning and the academic instruction more so.

5  So teachers, I think I have 11 right now.

6    Q    Okay.  And how many para pros?

7    A    Sorry, I'm counting.

8    Q    No worries.

9    A    That's the only way I can do it.

10        So I have six in Fannin, four in Pickens, eight

11  in Dalton, so whatever that is all together, 11, 12.

12  What did I say?  16, maybe.

13    Q    Okay.  Maybe -- maybe 18?  Six in Fannin, four

14  in Pickens, eight in Dalton.

15    A    Okay.

16    Q    So 18?

17    A    Whatever you have down.

18    Q    And how many student support service positions

19  do you have, so including psychologists, social workers,

20  therapists?

21    A    So I have a school counselor in Dalton.  I have

22  a licensed -- a licensed clinical social worker in

23  Dalton.  I have a part-time social worker in Pickens, and

24  I have a full-time licensed professional counselor in

25  Fannin.



1      Q    Okay.  And what about other support staff, like
2   secretaries?
3      A    We do.  We have a secretary in each region,
4   essentially.  So I have one in Fannin, one in Pickens,
5   one in Dalton.
6      Q    And any other staff that I'm missing?
7      A    I collapse them under the para pro position,
8   but we do have like support, like registered behavior
9   technicians.  So I have two of those in my Dalton
10  location.  I have one of those in the Pickens location.
11  And I have -- I don't have anyone in that position in
12  Fannin.  Although, I do have a couple of people with
13  training, so...
14     Q    And do any of these positions support multiple
15  NorthStar sites?
16     A    No.  Well, excuse me, yes.  The one in Fannin,
17  obviously we have, you know, classrooms in different
18  locations, so they have to float to the different
19  locations.
20     Q    Which positions are it that float to the
21  different locations?
22     A    So it would be the social worker position
23  primarily, and then I -- I provide the clinical
24  coordination there, so obviously my support there as
25  well.



1      Q    And how does that work?  Like how do they know

2   which school to go to at which time?

3      A    So we communicate daily, if not multiple times

4   a day, in terms of where supports are required.

5      Q    And who employs all the individuals who hold

6   the positions you just listed?

7      A    So North Georgia RESA is the employer.

8   Although, a lot of those positions are funded through

9   local moneys.

10     Q    Okay.  And do you currently have any staff

11  vacancies?

12     A    Technically no.  Although, we have referrals

13  waiting right now, so we're -- technically have an

14  allocation that we are considering hiring for.

15     Q    And what is that?

16     A    It would be a K-2 elementary position.

17     Q    A teacher or some other position?

18     A    A teacher.

19     Q    And where would that --

20     A    At the Dalton location.

21     Q    Okay.  And how does that work, that you are

22  technically not a vacancy but that you are looking for

23  this position?

24     A    I'm just -- we're trying as much as possible to

25  handle it with the existing staffing, but again, I've got



1  requests for consideration of services pending out there.

2  So we're -- we're, you know, continuing to look at our

3  students that are close to reintegration to see if any of

4  them, you know, are ready.  So it's really just a

5  staffing issue to try to maximize and make sure we're

6  using existing staffing before adding additional

7  allocations.

8       Q   When you say that you have a request for

9  consideration of services pending out there, is that

10  something that you filed and -- or with whom?

11      A   No.  Our referral, for lack of a better word,

12  our intake process, if a county has a student who they

13  think might be a candidate for GNETS services, we receive

14  a packet and a request to come, you know, start dialogue

15  about that particular student.

16           So I've got a couple of those that are out

17  there but they're, you know, working through their steps

18  that they need to to see if they can get the student to

19  be successful in that location, but we're just kind of

20  apprised that, you know, becoming familiar with the

21  student just in case.

22      Q   I understand.  And so what you're saying, and

23  correct me if I'm wrong, is that you have incoming

24  referrals pending, and so you might need an additional --

25      A   Right.



1      Q    -- K through teacher?

2      A    And they are not even official referrals at

3  this point.  We just are kind of aware that there might

4  be a need in the future.

5      Q    Gotcha.

6      A    Yeah.

7      Q    And have you noticed any trends in staffing

8  with this year compared to the last few years?

9      A    I would say the only difference in general is

10 that we do have those couple of extra positions that have

11 come through, so through some of the CARES funding and

12 those kind of things which have been additional supports.

13     Q    Gotcha.  So there is a change in where the

14 funding comes from?

15     A    Yes.

16     Q    And you mentioned that some of these positions

17 are funded through money from the LEA.  Is that right?

18     A    Uh-huh.  Yes.

19     Q    In those cases, are -- is the RESA still their

20 employer?

21     A    Yes.

22          MS. CHEVRIER:  Okay.  I'd like the court

23 reporter to mark the following document as Plaintiff's

24 Exhibit 848.

25          (Plaintiff's Exhibit 848 was marked for



 1   identification.)

 2        Q    BY MS. CHEVRIER:  It's not listed on here, but

 3   our internal temporary Bates number is -- for the first

 4   page of this document is NORTHSTAR_TEMP_000046.

 5             Dr. Neal, do you recognize this document as the

 6   NorthStar GNETS grant application for FY 2022?

 7        A    Yes.

 8        Q    What is the GNETS grant application?

 9        A    So this is a document that we typically

10   complete at the end of the fiscal year, which for us is

11   in June.

12        Q    And you said that the fiscal year ends in June.

13   What are the dates that the fiscal year covers?

14        A    So typically, we're July 1st to June 30th.

15        Q    So the FY 2022 one would have covered, is it

16   July 1st?

17        A    2021.

18        Q    Okay.  Through June 30th, 2022?

19        A    Correct.

20        Q    And then it's --

21        A    But typically -- yes, you're correct.

22        Q    Okay.  And so the numbers in this grant

23   describe the staffing patterns, for example, for the 2021

24   to 2022 school year?

25        A    Yes.  I always have to think about FY '22 and



1   how that works, but...

2       Q   Me, too.

3           And have these numbers that you can see -- if

4   we can go to page 4.

5       A   Okay.

6       Q   Do you see where it says "Staffing Pattern"

7   halfway down the page?

8       A   Uh-huh.

9       Q   Have these numbers changed now that we're in

10  the 2022-2023 school year?

11      A   Probably not.  The only thing I'm hesitating on

12  is that grant position, and I was trying to see if it was

13  in here, for the licensed clinical social worker.  She

14  came on midyear that year, so I'm assuming she's in here.

15      Q   And I want to ensure that I understand the

16  information provided for the staffing pattern on this on

17  the next page.  There are different categories on the

18  top.  One says "State Grant"; one says "Federal VI," or

19  6, "B"; and the last says "LEA Funded."  Is that correct?

20      A   Yes.

21      Q   And are these the funding sources for the

22  positions listed beneath them?

23      A   Yes.

24      Q   What State grant is referenced here?

25      A   The GNETS grant.



1      Q    Okay.  And that's the grant that's provided

2   based on this grant application?

3      A    Yes.

4      Q    And what are Federal VI-B funds?

5      A    So we do each year receive some federal funds,

6   and so that's an allocation to the GNETS program

7   directly.

8      Q    Okay.  And what does it mean for a position to

9   be LEA funded?

10      A    That means that both with the State grant, as

11   well as the federal grant, that doesn't cover all of our

12   staffing requirements, so additional positions get funded

13   from allocations from the different LEAs.

14      Q    And can GNETS staff positions be funded through

15   any other sources not listed here?

16      A    I'm assuming the grants that we've received,

17   like the CARES Act moneys would not be in here.

18      Q    Okay.  What determines the source of funding

19   for a particular position?  So, for example, why would

20   one teacher be State funded versus another being LEA

21   funded?

22      A    Sometimes it's the requirements for how the

23   funding moneys need to be allocated.  Sometimes a

24   position might be locally funded because we have a

25   particularly intensive student, you know, who it's not a



1    general program expense; it's very particular to a

2    particular county.  Sometimes it's determined by

3    regionally what's being required, you know, in our

4    different -- to serve the students from that -- in that

5    region.  So there's a number of variables that go into

6    deciding that.

7        Q   So you said that how a specific teacher's

8    position is funded could have to do with whether there's

9    a particularly intensive student from a county.  In that

10   case, would it -- would a -- would an LEA be more likely

11   to fund a specific position?

12       A   Yeah, it could be.

13       Q   It also looks like positions are broken out by

14   staff type, and the options include existing staff and

15   new staff.  Do you see where it says that?

16       A   Yes.

17       Q   What is the difference between existing and new

18   staff for the purposes of this document?

19       A   So, for instance, in this case, it's an

20   instructional staff, a teacher that we're talking about,

21   so it might be that the student population is higher or

22   that we need a different kind of teacher, and so we're

23   hiring for, you know, a new position for that particular

24   year.

25       Q   Gotcha.  And this is the FY 2022 grant, so if



 1  somebody is listed as a new staff member, does that mean

 2  that they were new in 2020 to 2021 or in 2021 to 2022?

 3       A   2021/'22.

 4       Q   All right.

 5       A   Because this grant would have been done in

 6  June of '21.

 7       Q   Okay.  Thank you.

 8           Let's look at the totals.  Am I reading it

 9  correctly that it says that there are 19 grant-funded

10  positions?  That's on that next page.

11       A   Yeah, you are reading that correctly.

12       Q   And this is all the GNETS State grant?

13       A   Correct.

14       Q   And there are nine federal, VI-B funded

15  positions, correct?

16       A   Yes.

17       Q   And two LEA-funded positions, correct?

18       A   Yes.

19       Q   And these totals represent the staffing of all

20  NorthStar site locations, including centers and

21  school-based locations?

22       A   Yes.

23       Q   And have any of the funding sources changed for

24  this current school year?

25       A   Again, just based on grant amounts and those



1    kinds of things, they might be in different categories.

2    So we served a few less students last year, so there

3    would have been less State grant money.  The federal

4    money stayed relatively the same, but anything not met by

5    either two of those would have been picked up in local

6    moneys.

7         Q    And is it correct that there are six

8    instructional staff positions?

9         A    That is not correct.  One of the things when we

10   fill this out, though, partially, because this feeds into

11   another part of the document where we list staff, so as

12   you can imagine, in June, as staff are leaving and we're

13   hiring, sometimes these numbers aren't exactly

14   representative because they drop off of -- you know, what

15   we submit in June isn't necessarily what we have in

16   August, if that makes sense.

17        Q    Right.  So if I'm looking again, is it ten --

18   ten instructional staff?

19        A    So I have five, eight -- I have 11 right now.

20        Q    Okay.  And that includes the ten teachers and

21   three paraprofessionals?  Or four paraprofessionals?

22        A    Where are you?

23        Q    Sorry, I'm on the page that says "Staffing

24   Patterns."  The last category says "Instructional Staff,"

25   and then I guess I can't tell whether that's a zero or a



 1   nine at the bottom.

 2       A   So the grand total, is that what you are

 3   looking at?

 4       Q   No.  I'm looking specifically at "Instructional

 5   Staff."  So I see GNETS teacher grant funded, and it says

 6   new staff, 1.

 7       A   Okay.

 8       Q   And then right below it, I guess I can't tell

 9   if that's a nine or a zero.

10       A   So that would be a nine, I think.

11       Q   Okay.

12       A   And then there's one that's locally.  So that

13   would be the 11.

14       Q   Okay.

15       A   If that makes sense.

16       Q   Thank you.

17           And were any of these positions vacant?  I'm

18   specifically wondering why there is nothing located next

19   to one of the positions where there is room to indicate

20   whether they are existing or new staff.

21       A   So again, point out where you are at.

22       Q   On the second page of the staffing.  So there's

23   an area where it says "Paraprofessional, teacher aide,"

24   and it says zero.  I'm just wondering if that is

25   indicating a --



 1        A    For LEA funded?

 2        Q    Yes.  I'm wondering if that is indicating a

 3   vacancy?

 4        A    Yeah, it possibly could be.  It may be at that

 5   point in time we had not hired them so they weren't on

 6   the staffing spreadsheet and so they're not showing

 7   there.

 8        Q    And you said before, though, that there aren't

 9   any current vacancies other than potentially needing a

10   new K through 2 instructional position, depending on new

11   referrals?

12        A    Yes.  Correct.

13        Q    Okay.  And did you have any social workers or

14   school psychologists at the time that this was filled

15   out?

16        A    We did.

17        Q    And where are they located here?

18        A    And again, that might have been we had some

19   turnover, so again, we might have a situation of not

20   hired.

21             So we would have had the one social worker in

22   Fannin County, which -- and then we would have had a

23   position in -- I know we had a vacancy in Pickens that

24   was filled after the year started.  And then we had the

25   two, the school counselor, who probably is showing as a



 1  coordinator.  My clinical coordinator is probably showing

 2  administratively, and then the licensed social worker.

 3      Q    Okay.  So which position on that -- the first

 4  page of the staffing pattern where it says "Student

 5  Support Services," and then it says "GNETS Special

 6  Education Specialist," what role would that be referring

 7  to?

 8      A    Good question.  That might be my academic

 9  coordinator.

10      Q    Okay.  And then above that where it says

11  "Support Staff," and it says "Psychoeducational/GNETS

12  School Secretary" and "Psychoeducational/GNETS School

13  Secretary/Clerk," are those referencing secretary

14  positions, not --

15      A    Yes.

16      Q    Okay.  And then you mentioned having school

17  counselors.  Are they indicated here?

18      A    Probably not, because she was hired after this

19  time.

20      Q    Okay.  Let's turn to page 7 of this document.

21  I know it's not numbered.

22      A    Numbered.

23      Q    So we can both count.

24      A    Sorry.  I had to print them all individually.

25          "Service Delivery"?

1      Q    Yes.  And this is Bates stamped

2   NORTHSTAR_TEMP_000053, although that's not shown on this

3   document.

4          Do you see on the middle of the page where it

5   says 13 staff members are trained to deliver GSE?

6      A    Yes.

7      Q    What is GSE?

8      A    Georgia Standards of Excellence.

9      Q    What does that mean?

10     A    The standards that are required by the State of

11  Georgia.

12     Q    Okay.  Which 13 staff member positions are

13  trained in GSE?

14     A    So it would be my teachers, as well as my

15  academic coordinator and my coordinator in Pickens.

16     Q    And what does that training entail?

17     A    It's making sure that they're aware of how to

18  find and -- the State standards for each of the academic

19  content areas, that they are aware of the scope and

20  sequence charts that are laid out, both by their

21  counties, as well as the State of Georgia and required

22  assessments for those particular courses and key

23  standards kind of focused on in those assessments.

24     Q    And who provides that training?

25     A    Some of it is done by us.  Some of it, like I



1  said, with the new math standards rolling out and those

2  kind of things, some of that's being done collaboratively

3  either with the counties or through our resources here at

4  North Georgia RESA.

5      Q    And how many staff members are trained to

6  deliver GSE this school year, because this is for the

7  last school year?

8      A    Yeah, so it would be the same.  It would be the

9  11 teachers, along with the coordinators.

10     Q    And why is it important for a staff member to

11 be trained to deliver GSE?

12     A    Because we're just as responsible as any other

13 school in the state of Georgia for teaching those

14 standards, so you have to know what you are expected to

15 do.

16     Q    For teachers employed by GNETS, are there any

17 professional qualifications or certifications required?

18     A    Yes.  They are certified in the state of

19 Georgia as other teachers.

20     Q    And what are these qualifi- -- where are these

21 qualifications set out?

22     A    So the Professional Standards Commission.

23     Q    And who are -- who establishes that?

24     A    There are guidelines provided.  I'm trying to

25 think if they are actually from GaDOE or if they are from



 1  actual PSC.  Probably some coordination between the two.

 2      Q   Sorry, you said PSC.  What does that stand for?

 3      A   And some of it is federal requirements as well,

 4  so...

 5      Q   And you said PSC?

 6      A   Professional Standards Commission.

 7      Q   Okay.  And how is it communicated to regional

 8  GNETS programs?

 9      A   So as I indicated previously, some of it is

10  done through state conferences, and so presentations

11  either by GaDOE staff or others at different state

12  conferences, whether that be G-CASE or there's a -- I'm

13  trying to think what they are calling it now.  There's

14  kind of a federal programs training, typically in the

15  summer, where that information sometimes gets delivered

16  as well, especially if there is changes in federal

17  regulations or requirements and how the state is going to

18  enforce those regulations.

19      Q   What type of teacher certification is required

20  for a GNETS teacher at the high school level?

21      A   So, obviously, they have to have teacher

22  certification.  If they are direct, in doing direct

23  instruction in a content area, they have to be content

24  certified for the students that they are teaching, and

25  they all have to have special education general



1    curriculum certification.

2            Q    And what about for middle school?

3            A    Same.  All -- all of those teachers are

4    required to have general education curriculum

5    certification, as well as their content area

6    certifications.  And that is one of the areas that's

7    slightly changing.  In the past we could have them

8    working on their content area certifications and just

9    make sure we're communicating with parents through a

10   20-day notification letter, and the State is adjusting

11   their expectations on that now to more require those full

12   certifications from the -- from hire, so that's a change.

13           Q    And what about elementary school level?

14           A    Same.

15           Q    And do any of your teachers have special

16   education certifications?

17           A    All of them.

18           Q    And for the current school year 2022 to 2023,

19   are all of the NorthStar teachers fully certified?

20           A    I have a couple that are taking their final

21   assessments.

22           Q    And --

23           A    For their content areas.

24           Q    And so they are not currently certified?

25           A    So they have special education certification,



1  and like I said, they are working on their content

2  certifications.

3      Q    And you said a couple.  Is that two?

4      A    To be precise, I think that's correct.

5      Q    Okay.  And where are those teachers currently

6  located?

7      A    So I have one in Fannin, who is going through

8  the Georgia TAPP process, and which is a alternative

9  certification program in the state of Georgia.  And I

10 have one teacher in Dalton who changed the level he was

11 supporting, so he's working on his certifications for the

12 different level.

13     Q    And for the teacher in Fannin, which Fannin

14 location do they work at?

15     A    Fannin Middle.

16     Q    And so they're currently able to work while

17 they are working on the certification for their specific

18 content level?

19     A    Yes.

20     Q    And are GNETS teachers expected to meet the

21 same certification requirements as teachers in a general

22 education setting?

23     A    Yes, for doing direct instruction.

24         MS. CHEVRIER:  I'd like the court reporter to

25 mark the following document as Plaintiff's Exhibit 849.



1              (Plaintiff's Exhibit 849 was marked for

2      identification.)

3          Q    BY MS. CHEVRIER:   This is Bates number

4      GA00791263.   This is an e-mail thread between you,

5      Dr. Neal, and Nakeba Rahming, correct?

6          A    Okay.   Yes.

7          Q    And it includes a forwarded e-mail from Julia

8      Goodspeed, correct?

9          A    Yes.

10         Q    It's dated July 31st, 2017, correct?

11         A    Yes.

12         Q    Who is Julia Goodspeed?

13         A    She was a representative from a staffing agency

14     that the State had provided a contact for us to work

15     through in regards to the grant position I referred to

16     earlier.

17         Q    Did the State provide funding?   How -- how did

18     you pay for Julia Goodspeed's --

19         A    That was through that therapeutic grant that

20     was provided through the State.

21         Q    So the State was paying for you to have -- work

22     with this individual to find someone?

23         A    Yes.

24         Q    Do you see where you wrote, "I have no formally

25     trained social workers.   I have a family facilitator in

1   Pickens who serves that role at that site even though she

2   has no formal training"?

3       A   Correct.

4       Q   What did you mean when you wrote, "I have a

5   family facilitator in Pickens who serves that role"?

6   What role?

7       A   So if you -- to be clear here, so I had two --

8   I had locally-funded psychologist counselors who were

9   providing -- providing group and individual, but I didn't

10  have a social worker on staff at that location.  So we

11  had a position that was developed before I came that was

12  called a family facilitator, that did a lot of

13  communication with families, a lot of things that case

14  management-wise a social worker would do, but she was not

15  like a licensed professional social worker or anything.

16      Q   Gotcha.  So did she have any formal training

17  for that role?

18      A   She had been in the program for 25 years and I

19  think started potentially as a paraprofessional and had

20  just been with the program for a long time and just had a

21  lot of skills with just communicating with parents, and

22  so that was her role, was to help.

23      Q   So she kind of worked her way up

24  experience-wise.  Is that accurate?

25      A   That's probably -- yeah, just by -- I think



1  they were working based on her skill set and where she

2  was strong.

3      Q   And do you see where you wrote, "I do have one

4  site (Fannin) that has no on-site support and where we

5  are dependent on in-kind support from our LEA social

6  workers and counselors"?

7      A   Yes.

8      Q   What did you mean by "no on-site support"?

9      A   So this was in that time frame that I kind of

10  spoke of where we had lost our internal funding for

11  support services, and so at each of my sites in Fannin

12  County, they have social workers and counselors who were

13  pushing in and supporting our kiddos for those units.

14      Q   And what do you mean by "in-kind support from

15  our LEA social workers and counselors"?

16      A   Meaning that it wasn't coming out of our

17  funding.  It was coming from the counties.

18      Q   And did those individuals work both in Fannin

19  County Schools that aren't NorthStar specific and in

20  NorthStar locations?

21      A   Correct.  They were Fannin County positioned

22  individuals.

23      Q   Gotcha.  So they -- did they split their time?

24      A   Yes.

25      Q   So they typically worked in schools in LEA, but



1  then they would also come to the NorthStar locations in

2  Fannin?

3         A    Yes.

4         Q    Do you see where you wrote, "Grant guidelines

5  suggests given our size we should have 1 full time

6  psychologist and 1 full time social worker"?

7         A    Yes.

8         Q    To what grant guidelines are you referring?

9         A    So there are grant guidelines that we had at

10 the time that said for every so many students we should

11 be earning a social worker or earning a psychologist, and

12 that's what I was referring to.

13        Q    And where were those guidelines set out?

14        A    I think at one time they were on the Georgia

15 DOE website.  I'm not sure where they were at this

16 particular point in time.

17        Q    And who, to your understanding, set these

18 guidelines?

19        A    They were in place before I became director,

20 so...

21        Q    But was it set by the LEA or GaDOE?

22        A    No, it wasn't the LEA.  It would have been

23 GaDOE in regards to, these were general allocations that

24 every -- you know, kind of that they had set out for what

25 should be allocated for GNETS programs.



1    Q   And why did NorthStar not have the one

2    psychologist and one social worker that the guidelines

3    specified?

4    A   Due to funding.  And so this was potentially in

5    that time frame that I was kind of redoing the funding

6    formula and trying to increase where my funds were coming

7    from so that I could make sure we were appropriately

8    staffed.

9    Q   Do you see where you wrote, "I honestly feel

10   that in Pickens and Dalton we have the staff (despite

11   being uncredentialled) that provide that support"?

12   A   Yes.

13   Q   What did you mean when you said they provide

14   that support?

15   A   Meaning that the individual and group

16   requirements for the program were being provided by my

17   clinical staff, so those higher therapeutic activities

18   that required more training were being met through the

19   staff that we had on, and that particular staff, in terms

20   of what we required of our family facilitator, which was

21   not direct clinical work, was appropriately kind of

22   being -- those tasks were being appropriately carried out

23   by those staff that we had on at that time.

24   Q   And what did you mean when you said that

25   they -- that these other positions were uncredentialed?



1      A    Just meaning that -- I'm trying to figure out

2    which positions I was referring to.  So just that we had

3    some very high-level skilled staff.  And again, it was in

4    those family facilitator-type positions where they

5    weren't doing direct clinical work, but that they had the

6    skills that were effectively communicating with families

7    and helping to coordinate information about medication

8    issues with students or events happening at home that

9    school staff needed to be aware of or vice versa.  So I

10   felt we had the appropriate individuals in place for

11   those tasks.

12      Q    What response did you get to this e-mail?

13      A    I do not recall.

14      Q    Do you remember what came of your working with

15   Julia Godspeed -- Goodspeed?

16      A    Well, obviously, we received the therapeutic

17   grant and we did end up hiring through this StaffRehab

18   organization, so I guess that would be an outcome.

19      Q    And how many individuals was it that you hired

20   through this?

21      A    We had the one social worker in Fannin County

22   that was hired through the therapeutic grant.

23      Q    And who supervises the staff position that you

24   just described?

25      A    I do.



1    Q    And are you required to submit any information

2  about what your staff's job responsibilities are to the

3  RESA?

4    A    For this particular position?

5    Q    Yes.

6    A    No, because it's not a RESA position.  I mean,

7  they're aware from a budgeting perspective of the

8  position, but -- and certainly, I would be communicating

9  to my board that we have these individuals on board, but

10  there's no direct reporting requirement because they are

11  not a RESA employee.

12    Q    Do you have --

13    A    Other than a contract.  Sorry.

14    Q    Thank you.

15         Do you have any reporting requirements for

16  other job responsibilities for other staff members to the

17  RESA?

18    A    Just -- yeah.  Yes.

19    Q    And what are they?

20    A    So, you know, in terms of certification levels,

21  in terms of contracts, performance issues.  Those kinds

22  of things.

23    Q    So is it accurate to say that when an

24  individual is RESA funded, you do have reporting

25  requirements; but when they are not RESA funded, you



1    don't?

2         A    Not formally.  Let's put it that way.

3         Q    What do you mean by that?

4         A    Meaning that as a RESA employee, I think

5    there's a formal reporting requirement, but certainly I

6    stay -- if there were any performance issues or any of

7    those kind of things, those would be discussed with my

8    RESA director.

9         Q    I understand.

10        And do you have any formal reporting

11   requirements for -- about job responsibilities to GaDOE?

12        A    They were certainly informed of what those

13   activities would be and how they would be used.

14        MS. CHEVRIER:  I'd like the court reporter to

15   please mark the following document as Plaintiff's Exhibit

16   850.

17        (Plaintiff's Exhibit 850 was marked for

18   identification.)

19        Q    BY MS. CHEVRIER:  The first e-mail in this

20   thread is an e-mail from you, Dr. Neal, to Vickie

21   Cleveland, correct?

22        A    Yes.

23        Q    And that e-mail is dated September 28th, 2018,

24   correct?

25        A    Correct.



1      Q    And you were responding to an e-mail Vickie

2   Cleveland had sent on September 26th, 2018 to a number of

3   recipients, including yourself, correct?

4      A    Yes.

5      Q    And this is Bates number GA00334246.

6           Do you recognize this e-mail thread?

7      A    I do.

8      Q    Do you see where Vickie Cleveland wrote, "I

9   have attached the monthly log that must be submitted to

10  GaDOE via portal e-mail for therapeutic services provided

11  by your social workers.  Social workers should submit

12  this information to you to upload in the portal on the

13  first day of the month"?

14     A    Yes.

15     Q    And did you comply with this request?

16     A    Yes.

17     Q    And do you still log monthly therapeutic

18  service logs to GaDOE?

19     A    We do.  I wasn't recalling this when we talked

20  earlier.

21     Q    Do you know why this was a requirement?

22     A    So my understanding is that GaDOE uses this

23  information so they can inform -- have documentation, I

24  guess, of how the grant moneys are being used.

25     Q    And it is still a requirement?



1      A    Yes.

2      Q    And do you know why?

3      A    Like I said, I'm sure with grant moneys there

4   are requirements for reporting of how the funds were

5   being dispensed.

6      Q    And are you required to submit information

7   about how other staff members of yours spend their time?

8      A    No.  It's only the grant-funded positions.

9   Other than through the grant, I guess.

10     Q    Let's refer back to the FY '22 grant report.

11     A    Okay.

12     Q    Which for the record again is Bates stamp

13  number NORTHSTAR_TEMP_000046, and that Bates stamp is not

14  located on the document, but it is for our internal

15  purposes.

16          Can we turn to page 6.

17          MR. BEDARD:  Ms. Chevrier, this -- this is Ed

18  Bedard on behalf of the State.  I just wanted to just

19  lodge an objection to form as to any questions about why

20  the State designated this.

21          That's it.  Thanks.

22     Q    BY MS. CHEVRIER:  This is a list of the

23  counties that send students to NorthStar, correct?

24     A    Yes.

25     Q    And do you see where it lists that 24 students



1  from Whitfield County attend a GNETS center at NorthStar?

2      A    Yes.

3      Q    Why do you think that many students from

4  Whitfield are sent to a GNETS program?

5      A    It's just one of my largest counties.

6      Q    And why do you think that many students require

7  a GNETS center as opposed to a school-based GNETS

8  program?

9      A    So it would be the same criteria, that the

10 students are demonstrating severe social, emotional, and

11 behavioral difficulties that have been unresponsive to

12 interventions by the local school system, and it's

13 interfering with the student's ability to make progress.

14     Q    Do you see where it says that 13 students from

15 Pickens County attend a GNETS center at NorthStar?

16     A    Yes.

17     Q    Why do you think that many students from

18 Pickens are sent to a GNETS program?

19     A    The same reason.

20     Q    And why do you think that many students require

21 a GNETS center as opposed to a school-based GNETS

22 program?

23     A    Again, they are students who have been in a

24 school-based location that are failing to make progress,

25 given the county's efforts to provide evidence-based



1    interventions and the student continuing to demonstrate

2    severe social, emotional, and behavioral difficulties.

3        Q    And do you see where it says that ten students

4    from Murray County attend a GNETS center at NorthStar?

5        A    Yes.

6        Q    And why do you think that many students from

7    Murray County are sent to a GNETS program?

8        A    The same reason.

9        Q    So all based on size, population of that

10   county?

11       A    Correct.

12       Q    So if you could get -- were to guess, you would

13   assume that Whitfield is larger than Pickens, is larger

14   than Murray?

15       A    Correct.

16       Q    Do you have access to information about the

17   disability classifications of each student that attends

18   NorthStar?

19       A    I do.

20       Q    What disability classification is the most

21   common among students served at NorthStar?

22       A    Emotional behavioral disorders.

23       Q    And what is the second most common disability

24   classification?

25       A    Probably other health impaired.



1      Q   Are there any other disability classifications

2   that are served at NorthStar?

3      A   Certainly.  Significant developmental delay,

4   autism.  Some also have a co-morbid intellectual

5   disability.

6      Q   Does NorthStar serve any students whose main

7   classification is autism?

8      A   Yes.

9      Q   Does NorthStar serve any students whose main

10   classification is intellectual disorders?

11      A   I don't know if I have one currently.  There

12   probably has been in the past.

13      Q   And do you have access to every student's first

14   and last name who attends NorthStar?

15      A   Yes.

16      Q   And do you have access to information about

17   whether or not any students receive a free or reduced

18   lunch?

19      A   No, I don't have access to that information.

20      Q   Do you have access to information about when

21   each student started at NorthStar?

22      A   Yes.

23      Q   And do you have information about when students

24   have exited, if they exited NorthStar?

25      A   Yes.



1      Q    And do you have graduation information?

2      A    It depends if they graduated with us, or if

3    they graduated after exit, I may not have that

4    information.  I could probably obtain it, but I don't --

5    we don't keep those records.

6      Q    So you do keep the records of students who

7    graduated from NorthStar?

8      A    Correct.

9      Q    But you probably have access to information

10   about students who were previously at NorthStar but then

11   graduated or may be back in their LEA?

12     A    Correct.

13         MS. CHEVRIER:  I'd like to on the record

14   request that we receive documentation related to each of

15   these different pieces of information, including the

16   first and last names of students in the program, their

17   disability eligibility requirement, the date on which

18   they entered the GNETS program and exited the GNETS

19   program, and any graduation information that you have.

20         MR. NGUYEN:  Yeah, I'm sorry.  I apologize.

21   What number to the subpoena are you referring to?

22         MS. CHEVRIER:  Number 5.

23         MR. NGUYEN:  Okay.

24         THE WITNESS:  So for my clarification, we did

25   submit an Excel file that had most of those details,



 1   other than the students who had graduated but are no

 2   longer with us.  Do you need additional?

 3            MS. CHEVRIER:  I don't know that we've received

 4   it, but we can coordinate afterwards.

 5            MR. NGUYEN:  Yeah.  That's -- that's why I'm

 6   following up.  I believe that that has been produced to

 7   the extent that -- that the Excel spreadsheet has the

 8   data that the school district has in its possession,

 9   custody and control, in other words, from the -- from the

10   database.

11            Certainly, we would object to having to create

12   any new categories that is not in a document in the

13   school district's possession, custody, and control.  For

14   example, I don't know that they have graduation

15   information.

16            THE WITNESS:  Right.

17            MR. NGUYEN:  Once the student leaves the GNETS

18   program, they don't maintain that data.  And so to the

19   extent that you are asking the school district to follow

20   up with the local -- I'm sorry, to the extent that you

21   are asking the GNETS program to follow up with each of

22   the local school districts for the students, we certainly

23   object to that.  That's not a document.

24            MS. CHEVRIER:  We understand.

25            MR. NGUYEN:  Okay, but --



1          MS. CHEVRIER:  We can confer after, if that

2    would be easier.

3          MR. NGUYEN:  I'm happy to, you know, supplement

4    the production if there is something that you believe is

5    missing that we haven't produced.

6          MS. CHEVRIER:  Thank you.

7          MR. NGUYEN:  Okay.

8      Q   BY MS. CHEVRIER:  Dr. Neal, what is Georgia

9    Milestone?

10     A   It's our State required State assessment for

11   different courses and grade levels depending on grade.

12     Q   If a student -- if I say that a student is a

13   Milestones student, do you understand that I mean a

14   student who takes the Milestones exam?

15     A   Yes.

16     Q   What is the Georgia Alternate Assessment, or

17   GAA?

18     A   It's an alternate assessment for students who

19   qualify according to state regulations, and I'm sure

20   federal regulations, because of an intellectual

21   disability for an alternative curriculum.

22     Q   And if I say a student is a GAA student, do you

23   understand that I mean a student who takes the Georgia

24   Alternative -- Alternate Assessment?

25     A   Yes.



1      Q   How many students at NorthStar are Milestone
2   students?
3      A   I don't have that number directly, but the
4   majority.
5      Q   How many students at NorthStar are GAA
6   students?
7      A   Again, each year we have a small number of
8   students that qualify for the alternative assessment, but
9   I don't have that number.
10     Q   Does any one school or center specialize in
11  serving GAA students?
12     A   Not specialize.
13     Q   Are any students at NorthStar currently
14  receiving gifted services?
15     A   Not currently.
16     Q   Do any students at NorthStar receive half days
17  for school?
18     A   Yes.
19     Q   How is it determined whether a student will
20  receive a half day for school?
21     A   That's a determination by the student's IEP
22  committee.
23     Q   What kind of factors would lead to a student
24  receiving a half day?
25     A   It could be a variety of issues.  So we've had



1   some students who have just come out of hospitalization

2   where they're gradually trying to integrate the student

3   back into a school-based setting, and as part of the

4   therapeutic recommendations, that's taken into account.

5        We have some students with medication issues or

6   physical issues that might contribute to that decision.

7   Some -- for some kiddos, it might be related to trends

8   that we see in the functional behavioral assessment data

9   that indicate that -- let's say it's a young child who is

10  kindergarten, first grade, and is getting a lot more

11  behaviors in the afternoon due to a fatigue factor.

12  Those might come into play.  Those kinds of situations.

13       Q    And what education is provided to them when

14  they are not in school?

15       A    So it's as required, you know, for any student,

16  and depending on what kind of program they're on.  You

17  know, some students may be on hospital homebound.  Some

18  may be on a home-based instruction kind of situation.  So

19  it depends on, you know, how that -- how that is agreed

20  upon in the IEP committee.

21       Q    And do you have access to the racial

22  demographics of NorthStar students available to you?

23       A    I have access to that, yes.

24       Q    How is that information tracked?

25       A    I mean, we do track it on our student



1   information sheets that we have.  And each of our

2   counties, obviously, tracks their own demographic

3   information, as well, of a student, Longitudinal Data

4   System and their internal measures.

5        Q   I am going to hand to the court reporter what

6   was previously marked as Plaintiff's Exhibit 82.

7            The top of this document is titled 164- -- oh,

8   sorry, 160-4-7-.15, Georgia Network for Educational and

9   Therapeutic Supports (GNETS).  Correct?

10       A   Yes.

11       Q   Do you recognize this document as the 2017

12   GNETS rule issued by GaDOE?

13       A   Yes.

14       Q   And are you familiar with this document?

15       A   I am.

16       Q   How?

17       A   I reference it routinely.

18       Q   And who introduced you to it?

19       A   Lord, I certainly have been aware of it since

20   becoming a director.  It's just something that's kind of

21   standard, one of the first things as a GNETS director

22   that you're aware of.  But even before that in my role as

23   the continual improvement specialist in Cobb, I was aware

24   of the rule.

25       Q   Have you received training on it?



1       A    Certainly.  Not formal training.

2       Q    What kind of informal training?

3       A    We certainly have frequent conversations about

4   the rule within the directors and GaDOE in terms of

5   requirements.  So it's not formal training but certainly

6   discussions.

7       Q    And who from GaDOE have you had discussions

8   with about the rule?

9       A    It would have been Nakeba Rahming, Vickie

10  Cleveland.  I'm trying to think if there's anyone else.

11  Those would have been the primaries.

12      Q    Do you receive any written guidance or manuals?

13      A    No.

14      Q    As a director, does the GNETS rule provide you

15  with GaDOE's expectations regarding your program's duties

16  and responsibilities?

17      A    I believe so.

18      Q    Can you please describe the process for which a

19  student gets referred to NorthStar.

20      A    So as I kind of indicated earlier, all of our

21  students who are considered for services come through a

22  request from the special education director.  That

23  request comes to me.  Typically it starts with just a

24  review of records to determine, you know, if the student

25  has the appropriate -- just to see if the student would



1    be appropriate for service.

2            I typically go out and try to visit the

3    student's classroom, look at the interventions that are

4    in place, as well as, you know, request any additional

5    information that is being collected at that time.  If,

6    you know, things like functional behavior assessments or

7    behavior intervention plans are being adapted or changed,

8    then to get that additional information.

9            And once we've had an opportunity to do all of

10   that, the special education directors typically keep me

11   informed as to how any adjustments to the student's

12   programming are going.  And then if it looks like the

13   student needs to be considered for services, I am invited

14   to an IEP meeting, sometimes multiple IEP meetings, just

15   depending on where the student is in process, so...

16       Q   And what happens next after that?

17       A   So if the IEP committee decides that NorthStar

18   is an appropriate placement, is that the question?

19           So typically our process is even prior to that

20   decision, to allow parents to visit, see the classroom,

21   the school, to ask any questions that they have.

22   Parents, after their meeting, come in and fill out some

23   intake paperwork for us as well.  Again, make sure that

24   they're introduced to the teacher and any of the clinical

25   staff so that we've established lines of communication



1  and obtain any consents that need to be obtained to help

2  facilitate communication.  And then at the agreed -- the

3  date agreed by the IEP committee, the student would start

4  services.

5      Q   And does NorthStar keep record of who is

6  referred to the GNETS program and the outcome of those

7  referrals?

8      A   No, not -- I don't have an official document

9  that I maintain.

10         MS. CHEVRIER:  Okay.  I'm going to ask the

11  court reporter to please mark this next exhibit as

12  Plaintiff's Exhibit 851.

13         (Plaintiff's Exhibit 851 was marked for

14  identification.)

15      Q   BY MS. CHEVRIER:  And we have added a temporary

16  Bates number NORTHSTAR_TEMP_000273.

17         This is the GNETS request for consultation

18  form, correct?

19      A   Yes, ma'am.

20      Q   Do you recognize this document?

21      A   I do.

22      Q   Who created this document?

23      A   The State.  Well, a committee, I believe,

24  with -- within the GNETS directors.

25      Q   And what committee is that?



1       A    It was just a group of GNETS directors that

2   worked together to look at ways we were collecting this

3   initial information and come up with a standard form.  I

4   don't even remember what the committee's name was.

5       Q    And were you a part of that committee?

6       A    No, not this one.

7       Q    Okay.

8       A    I don't think.

9       Q    Do you know who, if anyone, directed the

10  committee to create this form?

11      A    That might have been back when Nakeba was

12  leading us.

13      Q    Okay.  So this is Nakeba Rahming --

14      A    Yeah.

15      Q    -- from GaDOE?

16           What is this document used for?

17      A    This is the initial information we use when

18  they want us to begin to look at a student for

19  consideration of services.

20      Q    And who fills --

21      A    Or actually, this one -- I apologize.  This is

22  for consultation.  Sorry.

23      Q    So this document is used to request GNETS

24  consultation?

25      A    Yes.  Yes.



1    Q    And who fills out this form?

2    A    The LEA.

3    Q    And does NorthStar receive a filled out version

4    of this for every student who is referred for its

5    services?

6    A    For any student they are requesting

7    consultation on.

8    Q    Okay.  And so there aren't any circumstances

9    under which a student would start receiving NorthStar

10   services without this form initiating?

11   A    No.

12   Q    Do you see on this document where it says,

13   "Check the Consultative Services you would like for GNETS

14   to provide," and then it says, "Choose one"?

15   A    Yes.

16   Q    It's -- it then lists participation in a

17   planning meeting, FBA coaching, BIP planning, et cetera,

18   correct?

19   A    Yes.

20   Q    Are these services that NorthStar provides?

21   A    Yes.

22   Q    And who provides these services?

23   A    I do.

24   Q    So if an LEA checked off functional behavioral

25   assessment coaching, you would provide the functional



1  behavioral assessment coaching?

2       A   Yes, or I would delegate if necessary.

3       Q   And does that include a GNETS -- a NorthStar

4  GNETS employee providing services within a gen ed

5  environment?

6       A   It could.

7       Q   But, and it could mean going into the local

8  education agency to a site that's not a GNETS site?

9       A   Yes.

10      Q   And has NorthStar provided FBA coaching in

11 LEAs?

12      A   Yes.

13      Q   And participating in BIP plan development?

14      A   Yes.

15      Q   And classroom observation with written

16 feedback?

17      A   Yes.

18      Q   And records review with feedback?

19      A   Verbal feedback traditionally is how we do

20 that.

21      Q   Let's refer back again to the FY '22 NorthStar

22 GNETS grant application.

23      A   Okay.

24      Q   I know.  Just keep it handy.

25          And again, this is NORTH -- Bates stamped



1    NORTHSTAR_TEMP_000046.

2         Can we turn to the very last page.  Do you see

3    where it asks -- sorry.  Do you see where it asks, "How

4    many requests have you had for extended services on-site

5    consultation from LEAs"?

6         A   Yes.

7         Q   Is that the same process we were just

8    discussing with the consultation packet?

9         A   Sometimes it's through the packet.  Sometimes

10   it's a verbal request.

11        Q   And what does "extended services on-site

12   consultation from LEAs" mean?

13        A   It's everything from us coming to observe a

14   classroom and to give feedback about any interventions we

15   think might be helpful.  Sometimes that might be maybe

16   we've reintegrated a student back into an LEA and they

17   are struggling, and so us going out to provide

18   suggestions or recommendations based on what we found

19   effective and trying to help that LEA get the kid to

20   settle and become a little more successful.

21        Q   Yeah.  Do you see that your response to this

22   question, to how many requests have you had for extended

23   services on-site consultation from LEAs was 26?

24        A   Uh-huh.

25        Q   Sorry, is that a yes?



1        A    Yes.

2        Q    Do you see where it asks, "How many on-site

3    consultations were provided to LEAs"?

4        A    Yes.

5        Q    Do you agree the response to that is 16?

6        A    Yes.

7        Q    What accounts for the difference between the 26

8    requested consultations and the 16 provided

9    consultations?

10       A    I guess when I answered that question, I am

11   focusing specifically on the things in the parentheses

12   there, student observations, FBA, BIP, teacher support,

13   as opposed to more generic consultations, which could

14   also include -- in my head, that would probably include

15   things like the file reviews and those -- those kind of

16   things, or just in general conversations or consults

17   about individual students.  So the first being a broader

18   category than the second.

19       Q    What is NorthStar's goal with respect to

20   exiting students?

21       A    So that's always an IEP team consideration.  We

22   look at reintegration in the less restrictive settings at

23   every -- pretty much every IEP-type meeting, whether it's

24   a review or an annual.

25            Once we decide what the appropriate goal



1  services and supports are for a student, we always

2  consider every part of the continuum to decide what's the

3  most least restrictive place that student can be served.

4      Q   And is there a goal for how long students stay

5  in GNETS?

6      A   No.  There's no formal criteria.

7      Q   And does NorthStar track how long students are

8  in their GNETS program?

9      A   We certainly have that record -- you know, we

10 have records that have that information.  We don't have a

11 document that lists that specifically.

12     Q   Have you ever looked at it from site to site

13 how long students stay in the GNETS program depending on

14 where they are located?

15     A   I have not done specific site-by-site

16 comparison, no.

17     Q   Do you know what the average length of time a

18 student is enrolled at NorthStar is?

19     A   It just varies greatly.  We have some students

20 that come in for less than 45 days.  We have some that

21 are with us multiple years, so it varies.

22     Q   Is there any difference between those students

23 in centers and those students in school-based locations

24 as far as the length of time they remain in GNETS?

25     A   I have not analyzed that data.



1      Q    When a student remains in NorthStar for years,

2    is that something that concerns you?

3      A    It depends on the individual student.  You

4    know, generally, we want to get students out to their

5    general education sites as quickly as possible, but we do

6    have some students for which the larger local schools are

7    so overwhelming that it would interfere with their

8    quality of educational experience, and so I -- I worry

9    less about those particular children.  But that's usually

10   a decision that the entire IEP committee is in agreeance

11   in terms of what is the least restrictive environment for

12   that student that allows them to be successful.

13     Q    Are there students who spend their entire

14   academic career at NorthStar?

15     A    I cannot think of any that we've had that have

16   been there their entire educational career.

17     Q    What about large portions of their academic

18   career?

19     A    There certainly are some.

20     Q    How many years would you say that is?

21     A    I would totally be guessing if I was -- I'm

22   trying to think of maybe my student I've had the longest

23   now.  There are certainly ones I can think of six or more

24   years.

25     Q    Does NorthStar currently have any standard exit



1  or transition criteria?

2       A    No.

3       Q    Does exit criteria typically differ for GA

4  students compared with Milestone students?

5       A    No.

6       Q    Has -- did NorthStar have any standard exit or

7  transition criteria in the past?

8       A    I don't believe so.

9       Q    Is exit criteria set for specific students at

10 NorthStar?

11      A    No.

12      Q    So how is it assessed whether it's appropriate

13 for a student to exit GNETS?

14      A    So obviously, some of the factors that we look

15 at in making that decision are we look at some of those

16 referring behavior, which are those severe social and

17 emotional behaviors, and look at the level of those

18 behaviors and whether those would interfere with a

19 student's ability to have a successful experience at

20 their home school.

21      Q    How frequently is it reviewed whether or not a

22 student has decreased the interfering behaviors to an

23 extent that might allow them to exit?

24      A    For sure annually, but I would say on most of

25 our students, two to three times a year.  I mean, we meet



 1  frequently with our families.

 2       Q   Okay.  What does transition look like for a

 3  NorthStar student?

 4       A   It's totally individualized.  The committee is

 5  responsible for determining pacing, number of segments,

 6  you know, whether a student starts with an individual

 7  class out and establishes success, gradually increases

 8  their number of segments, but it's individually paced

 9  totally but with a particular kind of student.  For some

10  of our students going faster is -- is more appropriate,

11  given the student's special skills and needs; and for

12  other students, a slower transition is appropriate.  So

13  the committee decides that entirely.

14       Q   And when you say "committee," is that IEP team?

15       A   It is the IEP committee.

16       Q   And so you said that it's strictly

17  individualized.  So is it accurate to say that typically

18  a student, if they are being exited, might be

19  transferred -- are they -- I guess, strike that.

20           If a student is in a center-based location, are

21  they ever transferred to a school-based GNETS location as

22  part of their transition?

23       A   Not currently.

24       Q   Okay.  And if a student is at a center-based

25  location, is it possible that they will go straight to a



1  gen ed classroom or --

2        A    We've had that happen for certain.

3        Q    Okay.  And then it's also possible that they

4  might go into a transition classroom in their local

5  education agency; is that accurate?

6        A    So, again, we don't have any transition sites

7  currently, so we determine the level of service that's

8  required at the home school environment, which can

9  include everything from a small group setting, team

10  taught, gen ed, you know, whatever is most appropriate

11  for that student.

12        Q    And there are no transition sites currently, so

13  does that mean that GNETS NorthStar staff don't provide

14  school-based services outside of their school-based

15  location for a student who is transitioning?

16        A    We do, but the primary -- each LEA essentially

17  monitors the student in those sites, and we would just be

18  pushing in for counseling or support or recommendations.

19  Sometimes we do have staff that will go with a student

20  initially in transition to help transfer teaching

21  strategies and be a support to the student, and then we

22  would fade that staff out.

23        Q    And what does that coordination look like with

24  the receiving school who is gonna start to --

25        A    All very individualized.  So, you know, it



```
 1   just -- I mean, it depends on the county.  And so I'm
 2   just thinking of a couple of our counties who have BCBAs
 3   on-site and who support their counties, and so a lot of
 4   times those folks are involved in a transition, and other
 5   counties it's the direct teacher or support staff they
 6   have available.
 7         So it really depends on the individual kid, the
 8   requirements, and the level of consultation, I guess,
 9   that's being required.
10      Q   And what -- you mentioned that there are some
11   counties that you work with that have BCBAs on-site.
12   Which counties are those or which school districts?
13      A   So Dalton Public has BCBAs, as well as Pickens.
14      Q   Okay.  So when a student who is transitioning
15   back to one of the other counties, like Gilmer or
16   Whitfield or Murray, who don't have these BCBAs, how does
17   that transition look like?
18      A   So it can happen usually with the special
19   education staff, as well as the teaching staff in that
20   location.  Some of those counties will contract in some
21   situations, but typically, it's not on reintegration.
22   Typically it's, you know, trying to prevent a placement
23   ahead of time.
24      Q   Could you elaborate on that?  What do you mean
25   by "prevent a placement ahead of time"?
```



1        A    So when they are struggling to find strategies

2    that will work for the kid to help them in their least

3    restrictive environment.  You know, sometimes they will

4    contract for a board-certified behavior analyst to come

5    in and give recommendations.

6        Q    Gotcha.  And that would be after a student has

7    transitioned from GNETS to -- back to their home school?

8        A    Like I said, typically it's pre-referral.

9        Q    Okay.

10       A    But certainly it would be an option, but I

11   don't think we've had any instance of needing it on

12   transition.

13       Q    Okay.  And is there any training involved when

14   you are coordinating a student exiting from GNETS?

15       A    Yes.  So certainly, you know, one of the things

16   we always do when a student comes to us is, obviously,

17   the school and the system has done a functional behavior

18   assessment in their environment.  In the first 45 days

19   and kind of onward we are doing full assessments and

20   trying to tweak interventions to see -- you know, to help

21   make that behavior change happen.

22            So certainly as we're exiting, we are sharing

23   all those strategies that we've found that have worked

24   with the student has been at us, and also continued to

25   stay in contact with that school to help problem solve if



1   additional adjustments need to be made as the student is

2   transitioning back into their -- their local environment.

3       Q    And who arranges for services at the new

4   placement?

5       A    It's usually arranged within the IEP committee

6   or between the coordinating special ed director and our

7   coordinators or myself.

8       Q    And I believe we covered this earlier, that

9   when a student is placed at NorthStar, they don't

10  necessarily start at a school-based classroom and then

11  transition to a center-based classroom?

12      A    Not necessarily, yeah.

13      Q    And that's, I believe you said before, because

14  it's more regionally based, so students from Pickens go

15  to Pickens, and students from Dalton go to Dalton?

16      A    Correct.

17      Q    Similarly, if a student is about to be placed

18  in GNETS at a school-based location, do they start with a

19  certain -- with a smaller number of segments and then

20  transition to more segments in the GNETS program at

21  some --

22      A    Sometimes that happens, yeah.

23      Q    What would cause that to happen?

24      A    Again, that would just be the IEP committee's

25  decision.  So, for instance, a common thing we sometimes



1  see is maybe they just want more intensive social skills

2  and emotional regulation skills training, and so they

3  might just transition a kid in just for that segment.

4       And I can think of a couple other cases where

5  maybe the student is struggling in their academic content

6  areas but they are doing okay in what we call in Georgia

7  their specials, which is their art and their music and

8  their PE and those kinds of courses.  And so if, you

9  know, the behaviors aren't occurring in those segments

10  and they are being successful, then we would maintain the

11  segments.

12       Q   And who assesses when a student is ready to

13  transition to a less restrictive setting?

14       A   The IEP committee.

15       Q   And that's what you said is at least annual but

16  often more frequently?

17       A   Yeah.  So typically, you know, our staff are in

18  communication with the local educational agency, and, you

19  know, when we think we're -- we're getting close, we call

20  a meeting, you know, to discuss that with the IEP

21  committee.  And that usually is just based on reduction

22  in the referral behaviors that the student, you know, was

23  referred for initially.  And that allows the LEA to begin

24  to work and look at their resources and supports, and

25  then we bring the committee together to decide if that's



1   appropriate or, you know, if any other supports need to

2   be put in place to help that transition make

3   successfully.  But it would be up to the committee

4   whether that transition actually happened and what that

5   would look like.

6        Q   And you said that sometimes you call the

7   meeting.  Who would call that meeting?

8        A   It could be a parent.  It could be us.  It just

9   depends on the situation.

10       Q   Is it ever called by someone at the home school

11  district?

12       A   Typically it's coordinated -- it's coordinated

13  between us and the home school district.  Yeah, I

14  guess -- I can think of situations where the LEA is

15  requesting.

16       Q   On what basis is the determination made that a

17  student is ready or not ready to transition to a less

18  restrictive setting?

19       A   I mean, it varies with the student, but

20  essentially, you know, we're looking at the services and

21  supports available at that location to support the goals

22  and objectives and strategies within the IEP and whether

23  that be implemented effectively in -- in a less

24  restrictive environment.

25       Q   Last school year, so the 2021 to 2022 school



1   year, how many students transitioned back to their home
2   school?
3       A   I don't have that number off the top of my
4   head.
5       Q   Do you have a ballpark?
6       A   Oh, I'd say last year, 15, maybe.  I don't
7   know.
8       Q   And was that higher or lower than in previous
9   years?
10      A   It was probably a little bit higher than right
11  after COVID.  We definitely saw longer, I think, lengths
12  of stay a little bit after that, and then we kind of had
13  a little bit higher rate last year.
14      Q   Were any students transitioned back to their
15  home schools during COVID?
16      A   Actually during the COVID outage from
17  February to May, I don't believe so.
18      Q   Okay.  Is there any sort of trend, other than
19  COVID, with how many students are transitioning back to
20  their home schools?
21      A   Like I said, prior to that we were having a
22  decrease, just because our LEAs were doing a great job of
23  trying to increase their level of resources that they are
24  providing to their students.  That changed a little bit
25  after that.  But again, we're seeing a little bit of



1  stabilization now.

2      Q   So you just said that there's -- there was a

3  decrease in the number of students in GNETS because the

4  LEAs were doing a great job of increasing the level of

5  resources that they had and were providing to students.

6      A   Uh-huh.

7      Q   Would you say, is it accurate to say that the

8  number of students in GNETS fluctuates with the amount of

9  services provided by the LEAs?

10     A   That certainly helps a great deal.

11     Q   Last school year, so 2021 to 2022 -- correct me

12  if I'm ever wrong with that.

13     A   That's all right.  No worries.

14     Q   Did you have students return to the GNETS

15  program after transitioning to a less restrictive

16  environment?

17     A   Certainly had that happen.  Now, whether that

18  happened last year, probably.  But I can't recall the

19  student.

20     Q   Do you have a sense of how often that occurs?

21     A   Not often.  You know, like I said, it does

22  occur.  Oftentimes we see that occur.  Sometimes

23  developmentally it's a challenge, you know, and kids

24  regress a tad as they move developmentally along the

25  continuum and just get into some different situations.



1  Sometimes it's family crises that cause somewhat of a

2  regression.

3          So it -- it does happen.  We tend to find that

4  when kids do come back, it's a short stay.  It's just for

5  a tune-up, and then we can usually get them some

6  counseling and help them work through the support system

7  and get them back out again fairly quickly.

8          MS. CHEVRIER:  I think this might be a good

9  place to stop.

10         THE VIDEOGRAPHER:  Going off video record at

11  12:33 p.m.

12         (The deposition was at recess from 12:33 p.m.

13  to 1:44 p.m.)

14         THE VIDEOGRAPHER:  We are back on the video

15  record at 1:44 p.m.  You can proceed.

16     Q   BY MS. CHEVRIER:  Hi, Dr. Neal.

17     A   Hi.

18     Q   Before we broke for lunch, we talked a little

19  bit about the GNETS rule and you said that it's something

20  that you reference frequently?

21     A   Yes.

22     Q   Is that right?

23     A   Yes.

24     Q   What reasons do you -- cause you to routinely

25  review the rule?



1      A    Typically it would be to answer, you know,

2   questions or just if we're in relation to consideration

3   of students, just to make sure we're kind of staying

4   within guidelines and that kind of thing.

5      Q    And how -- how do you use it when you are

6   use -- when you're reviewing it for those purposes?

7      A    Probably just definitionally, just to make

8   sure, you know, we're matching up with what the

9   expectations are in the rule.

10     Q    And also before the break we were talking about

11  the different support staff that you have at NorthStar,

12  including some that weren't present on the grant

13  application.  Is that right?

14     A    That's correct.

15     Q    Who funds the different support staff?  So I

16  know you spoke about school psychologists.  Where does

17  that funding come from?

18     A    So my school, the school psychologist is the

19  therapeutic grant that comes from -- it's partially from

20  the therapeutic grant.  At one point it was partially

21  locally funded as well.

22     Q    But currently it's the therapeutic grant which

23  comes from --

24     A    Correct.  I'm not sure if that covers 100

25  percent, but it's -- it covers a good portion of it.



1        Q    And that therapeutic grant is from GaDOE?

2        A    Correct.

3        Q    And then we also talked about social workers?

4        A    Correct.

5        Q    How are the social workers funded?

6        A    So again, we have one of those positions that

7   is partially covered again through the CARES grant.

8        Q    And is the CARES grant -- I know that you

9   mentioned this before -- is that directly funded or does

10  that also go through the State?

11       A    That's from the State as well.  I'm saying

12  CARES.  It could be CARES or the ARP.  I can't remember

13  which one it is, but --

14       Q    Okay.

15       A    Yeah.

16       Q    And sorry, you said ARP?

17       A    Yeah, ARP.  They are both related to COVID

18  moneys that have flown for therapeutic services.

19       Q    Gotcha.  Do you know what ARP stands for?

20       A    No.

21       Q    And then is there any other like service

22  provider staff that I'm missing in addition to school

23  psychologist and social workers?

24       A    So I have my school counselor, who is also my

25  therapeutic coordinator, but her position, it's



1    probably -- it's state or federally funded.  I don't know

2    which category she was in, but it's out of our GNETS

3    money, so to speak.

4        Q   Okay.  So does it come through GaDOE even if

5    it's federal funding?

6        A   I mean, it's -- it's stuff we've gotten with

7    our grant every single year, so it's not like -- like the

8    therapeutic grant or the -- the other grant, but I think

9    it's -- you know, it's some of the federal money that I

10   suppose flows somewhat through GaDOE.

11       Q   Okay.  Changing gears, do students at NorthStar

12   Pickens Center have the opportunity to interact with

13   nondisabled peers during the day?

14       A   Not on a routine basis.

15       Q   How -- in what ways do they interact with

16   nondisabled peers on a not routine basis?

17       A   So we're right across the street from another

18   school, so we do go over there to use the gym and to use

19   playground facilities and things like that.  So there is

20   not always other students out there, but they certainly

21   walk through the hallways and, you know, can interact

22   with students in that -- in that kind of way or if they

23   are on the playground at the same time and those kind of

24   things.

25       Q   And you said not routinely.  Is there a



 1    schedule during which -- like is there a set time in

 2    which you use those facilities?

 3         A    For the gym, yes.  Playground facilities, not

 4    necessarily.

 5         Q    How frequently do Pickens Center students use

 6    the gym at this other school?

 7         A    Pretty much -- I don't know that schedule off

 8    the top of my head, but it's several times a week.

 9         Q    Okay.  And are there other students in the gyms

10    during those times?

11         A    Not generally.

12         Q    Okay.  And so there isn't any specific way that

13    they would interact with a student other than if they

14    happen to be in the hallway or happen to be in the gym at

15    the same time?

16         A    Certainly if they are in transition to that

17    school, you know, then certainly they are interacting as

18    if any other student.  But just for our kids who are more

19    still in small group classrooms with us, no.

20         Q    And in transition to that school, you mean like

21    when they are walking through the building to get to the

22    gym?

23         A    Not that kind of transition.  So if we are

24    exiting -- beginning to exit a student and they are in

25    the transition process, so obviously, they might be in



1    one of the classrooms in that building, and so --

2        Q    Gotcha.

3        A    -- that would be more as part of the

4    reintegration process.

5        Q    So for students who are not in the transition

6    process, meaning they are not getting integrated back

7    into a different school from their NorthStar Pickens

8    Center location, those students would not typically

9    interact with students?

10       A    That's correct.  There was a period of time

11   where they would do lunch over there, but when it turned

12   into a middle school, just because of the age

13   differences, it became less appropriate, so...

14       Q    Gotcha.  Pickens Center does still have middle

15   school students, though, correct?

16       A    They do.

17       Q    But those middle school students don't eat with

18   peers at the other school?

19       A    All the students eat with us, yeah.

20       Q    Okay.  Do you think that such opportunities to

21   interact with nondisabled peers would be beneficial?

22       A    In some cases, yeah.

23       Q    Why?

24       A    I mean, obviously, the -- the theory is that

25   being able to just see more normative behavior and have



1   the opportunity to kind of interact with kids without

2   behavior problems could be a positive role model for some

3   kids.  For some kids it's really anxiety provoking and

4   overwhelming, but it just depends.

5       Q   Do students at the NorthStar Dalton Center have

6   opportunities to interact with nondisabled peers during

7   the day?

8       A   Again, not traditionally.

9       Q   And in what ways do they in nontraditional

10  ways?

11      A   Pardon?

12      Q   So you said not traditionally, so are there any

13  ways that they do?

14      A   So unless -- there have been occasions where

15  we've went out for assemblies or there are a couple of

16  schools that are very close to where we are or students

17  are participating in those types of activities in a

18  regular education type of environment, but not on a

19  scheduled, you know, weekly basis.

20      Q   And you said that you go out for assemblies.

21  Do you go out for all of the assemblies at those other

22  schools?

23      A   No, usually specific kinds of opportunities.

24      Q   Like what?

25      A   So it could be anything.  Sometimes it's like a



1  speaker.  Sometimes it might be -- I know at one school

2  we participated in a career day where they had a bunch of

3  different businesses on-site, and we went and

4  participated in that activity.

5       Q   Let's talk about East Fannin Elementary School.

6       A   Okay.

7       Q   Do GNETS students at East Fannin Elementary

8  School eat lunch in the cafeteria with gen ed students?

9       A   No.  They can, but typically because of the

10  high level of anxiety, our students choose not to.

11      Q   So it's a student level choice?

12      A   And so I would say between the student and the

13  teachers and the families as to whether they can manage

14  the level of anxiety that it creates for them in the

15  cafeteria.

16      Q   And how -- is it made clear to students that

17  they could opt into that if given parent and teacher

18  approval?

19      A   Certainly we have that discussion with families

20  when we think they're, you know, ready for dealing with

21  those kind of variables.

22      Q   Do you have any students currently at East

23  Fannin Elementary School that eat lunch in the cafeteria

24  with gen ed students?

25      A   Not currently.



1      Q    Have you in the past?

2      A    Uh-huh.

3      Q    Sorry, is that yes?

4      A    Yes.  Yes.  Sorry.

5      Q    Do GNETS students at Fannin -- at East Fannin

6   Elementary School have recess with gen ed students?

7      A    Yes.

8      Q    How frequently?

9      A    Several times a week.  Our kids don't always go

10  out.  Like it's been weather based mainly lately, but,

11  you know, they do have pretty much daily recess.

12     Q    And daily recess with nondisabled peers?

13     A    That varies just depending on the schedules.

14  So we have a set time that we go out, and there is often

15  other students out there around the times.  But I can't

16  say if it's 100 percent of the time, but it's a lot of

17  the time.

18     Q    Gotcha.  So students at the NorthStar East

19  Fannin Elementary School have a set time for recess, and

20  then sometimes nondisabled peers might be there at the

21  same time?

22     A    Yes.

23     Q    But not always?

24     A    Correct.

25     Q    Do GNETS students at East Fannin Elementary



1    School get to participate in specials with gen ed

2    students?

3        A    They do have that opportunity.

4        Q    And is that an IEP-based decision?

5        A    Sometimes, yeah.  We are increasingly trying to

6    push kids into those units, but we are not 100 percent

7    yet.

8        Q    Could you ballpark what percentage of students

9    at East Fannin Elementary School --

10       A    I got --

11       Q    Sorry.  Let me finish it.

12            For the record, can you ballpark how many

13   NorthStar students at East Fannin Elementary School

14   participate in specials with gen ed students?

15       A    So out of my five right now, three.

16       Q    Let's talk about NorthStar at Fannin Middle

17   School.

18       A    Okay.

19       Q    Do GNETS students at Fannin County Middle

20   School eat lunch in the cafeteria with gen ed students?

21       A    Again, they go to the cafeteria to get their

22   lunch, but most of them are choosing to eat in the -- eat

23   in the classroom.

24       Q    And again, that's a choice made by the student

25   and their family and their teacher?



1    A    Uh-huh.

2    Q    Do GNETS students at East -- at -- sorry, at

3  Fannin County Middle School participate in specials with

4  gen ed students?

5    A    Again, some of them are.

6    Q    And is that an IEP decision?

7    A    Not necessarily.  Well, yes, it is an IEP

8  decision.

9    Q    And let's talk about Fannin County High School.

10  Do GNETS students at Fannin County High School eat lunch

11  in the cafeteria with gen ed students?

12    A    Again, that's on a student by student basis by

13  the IEP team.

14    Q    Okay.  And is it an IEP decision or a specific

15  student and teacher decision?

16    A    Generally, it's recorded in the IEP --

17    Q    Okay.

18    A    -- for that.

19    Q    And do GNETS students at Fannin County High

20  School have recess with gen ed students?

21    A    Our high schools don't have recess.

22    Q    And do they have -- do GNETS students at Fannin

23  Elementary -- sorry, at Fannin County High School

24  participate in specials with gen ed students?

25    A    It's all according to their courses, and it



1  depends.  So, for instance, there's a PE health course

2  that every kid in the state of Georgia has to have, and

3  it can -- it can either -- depending on the level of

4  support, some of our kids do that online.  Some of our

5  kids do that out in a classroom.  So it just depends on

6  the kid what courses they need and what the IEP decides

7  is the best environment for them to take that course.

8       Q    Are there any other opportunities to interact

9  with gen ed or nondisabled peers that we haven't

10 discussed that students at any one of the three Fannin

11 schools get to participate in?

12      A    So occasionally we will have a kid that's

13 involved in what they call -- like in Pickens, they call

14 them clubs, and so we've had students participate.  They

15 are in some of the high school clubs that are going on.

16 We've had a couple of kids that have been involved in

17 extracurricular sports, have been like team managers or

18 things on sports teams and that kind of thing.

19      Q    And so for the students at the Pickens Center

20 that participate in clubs, what school clubs do they --

21 like what school do they go to to participate in those

22 clubs?

23      A    They -- pretty specifically we've -- there's a

24 club they call the Partners Club.  It's where general

25 education students kind of work with special education



1    students on fun activities or that kind of thing, and

2    that's the one most commonly our kids have been involved

3    in, but...

4         Q    So is that a club that takes place at Pickens

5    or at a different facility?

6         A    It takes place at the high school.

7         Q    Okay.  And that's the high school that's across

8    the street?

9         A    No, the high school is a little ways away.

10        Q    Okay.

11        A    A few miles away, so it's a busing issue.

12        Q    Okay.  And so students from Pickens go to that

13   high school?

14        A    Correct.

15        Q    Okay.  Do students at Pickens generally get to

16   participate in other types of clubs?

17        A    Not generally.

18        Q    And so the one club that they do participate in

19   is specific for the interaction between students with

20   disabilities --

21        A    Right.

22        Q    -- and students without disabilities?

23        A    And it could be others.  Like my Fannin kids

24   have done FFA and some of those types of clubs, so it

25   just depends on what's being offered and where we think



1   the student will most enjoy it and be successful.

2       Q   Are there any other activities that allow

3   students to participate with -- in activities -- sorry.

4           Are there any other opportunities for students

5   to participate in activities with nondisabled or gen ed

6   peers for students who attend one of the Fannin NorthStar

7   locations?

8       A   At Fannin, I'm just trying to think.  So for

9   instance, they -- they do districtwide Christmas programs

10  and things like that where the kids all learn songs and

11  then they perform, and so our kids are included in those

12  grade level-type activities where they go practice to be

13  able to do the performance at the big performing arts

14  center and those types of activities.

15      Q   And is that in the elementary school?

16      A   Uh-huh.  Correct.

17      Q   Is there anything similar in the middle or high

18  school?

19      A   So more at those levels, that would be more

20  where it would be kind of in that specials clubs kind of

21  situation.  So like at Fannin Middle there's been some of

22  the kiddos that have been working on creating -- working

23  on the outside, agri -- not agricultural -- landscaping

24  kind of around the school, creating trails and those kind

25  of things, and flower beds and those kind of things, so

 1  our kids have helped with some of those activities.

 2      Q   And thinking about the students who are

 3  currently served at NorthStar GNETS, what clubs or

 4  extracurricular activities are students currently

 5  participating in?

 6      A   I'm trying to think.  I don't know that we

 7  have -- like again, I think I have one student that's

 8  participating in FFA.  And I think that's -- that's in

 9  Fannin.

10      Q   All right.

11      A   I'm trying to think if any of my kids in

12  transitions, if they are doing -- you know, we do have a

13  couple of kids, too, that do after-school care, you know,

14  at their school-based sites, so they are getting gen ed

15  interaction in those types of cases.

16      Q   And what is after-school care?

17      A   Just where the school provides care until

18  parents can kind of come pick up.  So...

19      Q   And can you think of any additional

20  opportunities we haven't discussed in the Dalton or

21  Pickens Center locations?

22      A   So again, it would be things like participation

23  in Special Olympics, which we typically participate in.

24  Activities kind of like that.

25      Q   Has Special Olympics been offered this year?



1        A    It's usually a springtime opportunity.

2        Q    And so was it offered last year?

3        A    Uh-huh.

4        Q    And how many students -- so is that at Pickens

5    or Dalton?

6        A    Primarily -- we are very consistent in Pickens.

7    I'm trying to think if we've done it recently in Dalton.

8    But I can say for sure for Pickens.

9        Q    And how many students participate from Pickens

10    in the Special Olympics?

11        A    It was a handful of kids last year.

12        Q    So --

13        A    Five.

14        Q    Five?

15        A    Yeah.

16        Q    And what factors go into deciding not to do it

17    at Dalton?

18        A    So I think part of kind of the last couple of

19    years has been being in one district with a building and

20    then switching to a new building and developing some of

21    those relationships and getting some of those things kind

22    of established.

23            So, you know, as we were kind of -- we moved

24    midyear, so we were kind of at one district for half of

25    the year and then another district for half of the year,

1    and so just trying to get some of those relationships

2    developed and get them thinking about reminding us when

3    those opportunities are coming up so we can participate.

4         Q   You stated earlier in a couple of different

5    times that the placement process occurs through the IEP

6    team.  Is that correct?

7         A   You're talking about the consideration -- when

8    they are referred for service?

9         Q   Yes.

10        A   Okay.  Yes.

11            MS. CHEVRIER:  I'd like the court reporter to

12   mark this as Exhibit 852.

13            (Plaintiff's Exhibit 852 was marked for

14   identification.)

15        Q   BY MS. CHEVRIER:  This is an e-mail from you,

16   Dr. Neal, to Nakeba Rahming, which includes a forwarded

17   e-mail from you to Dr. Carlton Wilson and Shelley Goodman

18   with Sam DePaul copied, correct?

19        A   Correct.

20        Q   And it's Bates number GA00791070.

21            Do you recognize this e-mail?

22        A   Yes.

23        Q   Who is Carlton Wilson?

24        A   He's a -- he was a superintendent for Pickens

25   County School District.



1    Q    And who is Shelley Goodman?

2    A    She was the special ed director at that time.

3    Q    Also for Pickens School --

4    A    Yes.

5    Q    -- District?

6         And who was Sam DePaul?

7    A    He was my RESA director.

8    Q    So North Georgia RESA?

9    A    Correct.

10   Q    The e-mails to these individuals is in response

11   to a concern that you had not received the assurances and

12   intersystem agreement from Pickens County School,

13   correct?

14   A    Correct.

15   Q    You provide them with a list of next steps that

16   you would have to, quote, regrettably, quote, occur,

17   correct?

18   A    Correct.

19   Q    Do you see the second step you outlined where

20   you wrote, "We will begin to schedule IEPs so that

21   Pickens so placement can be reviewed since NorthStar

22   GNETS will no longer be an option in the Pickens

23   continuum of services"?

24   A    Yes.

25   Q    By schedule IEPs, did you mean IEP meetings?



1      A    Correct.

2      Q    Was it your understanding that GNETS would need

3 to be removed from each child's IEP?

4      A    Yes.

5      Q    And was it your understanding that each child

6 would be given a new placement on their IEP?

7      A    They would have to relook at the whole

8 continuum to decide where an appropriate placement would

9 be.

10     Q    Where at the time did you anticipate these

11 students would be placed if not at GNETS?

12          MR. NGUYEN:  Object to the form.

13          You may answer the question.

14          THE WITNESS:  That would be up to each local

15 educational agency.

16     Q    BY MS. CHEVRIER:  And the IEP team?

17     A    Correct.  Yeah, absolutely.

18     Q    Am I correct, based on the fact that Pickens is

19 still a county that you work with, that they did

20 ultimately provide necessary documentation?

21     A    They did.

22          MS. CHEVRIER:  I'd like the court reporter to

23 mark this next document as Plaintiff's Exhibit 853.

24          (Plaintiff's Exhibit 853 was marked for

25 identification.)



1      Q    BY MS. CHEVRIER:  And before we get to this

2   document, when you were anticipating that students would

3   have to have IEP team meetings in order to remove GNETS

4   from their placement, were you -- was the plan for

5   somebody from GNETS to attend those IEP meetings?

6      A    Yes, that would be the assumption.

7      Q    And who would have attended those meetings from

8   GNETS?

9      A    Likely myself or the coordinator.

10     Q    So let's look at this exhibit.

11     A    Okay.

12     Q    This is an e-mail provided between you,

13  Dr. Neal, Vickie Cleveland, and the previous e-mail also

14  included LaKesha Stevens; is that correct?

15     A    Yes.

16     Q    The most recent e-mail is dated November 5th,

17  2020, correct?

18     A    Yes.

19     Q    And the Bates number is GA00363752.  Do you

20  recognize this e-mail?

21     A    Globally, yes.

22     Q    Do you see where you wrote, "We do not support

23  Cherokee.  They provide services for their own students"?

24     A    Yes.

25     Q    And are you referencing Cherokee County School



1  District?

2      A   Yes.

3      Q   What do you mean when you wrote, "They provide

4  services for their own students"?

5      A   So as we discussed previously, prior to my

6  becoming director, they withdrew from participating in

7  the Georgia Network for Educational and Therapeutic

8  Supports, and they provide a separate school funded

9  entirely by the county for their students.

10     Q   And so Cherokee still does not send any of its

11  students to a regional GNETS program?

12     A   Not that I believe.  I don't believe so.

13     Q   And the separate school that they provide, is

14  that -- that's part of their more significant needs on

15  the continuum?

16     A   It would -- my understanding is it serves a

17  similar population to what we serve.

18     Q   It's that they have just chosen to be outside

19  of the --

20     A   Correct.

21     Q   -- GNETS framework?

22     A   Correct.

23         MS. CHEVRIER:  I'd like the court reporter to

24  please mark this document as Plaintiff's Exhibit 854.

25         (Plaintiff's Exhibit 854 was marked for



```
 1   identification.)
 2        Q    BY MS. CHEVRIER:  Bates number GA00946172.
 3   This is an e-mail between you, Dr. Neal, and LaKesha
 4   Stevenson dated April 22nd, 2019, correct?
 5        A    Yes.
 6        Q    Do you recognize this e-mail?
 7        A    I do.
 8        Q    You wrote, "Pickens County has decided that
 9   they would like to withdraw from GNETS services.  They
10   had a significant increase in the requested contribution
11   due to falling student numbers and have decided that they
12   would prefer to move services in system."
13        Correct?
14        A    Yes.
15        Q    What did you mean by "requested contribution"?
16        A    So this is what I referred to earlier.  When I
17   first became director contributions were voluntary, and
18   so when we introduced the formula, which basically
19   required each system to -- you know, to contribute
20   proportionally based on the number of students that we
21   were serving, some counties really looked at their
22   budgets at those points to decide, you know, which -- you
23   know, if they wanted to continue with services or -- and
24   Pickens was one of those that really seriously considered
25   trying to do it on their own and then eventually decided
```



1  that they would remain with GNETS.

2          But, of course, at this point they were still

3  not sure what they were going to do, so...  And we were

4  required to communicate with GaDOE about those, if a

5  system is considering such action.

6      Q   To your knowledge, was there any communication

7  with GaDOE when Cherokee decided to --

8      A   That was before me.

9      Q   Okay.

10     A   So I couldn't speak to that.

11     Q   And what did you mean when you wrote they have

12  "decided that they would prefer to move services in

13  system"?

14     A   Just as I indicated, they really looked

15  budgetary-wise at whether they could provide the services

16  in absence of the grant, moneys that they received from

17  us.  So -- so that was the determination.

18     Q   And is it your understanding that the decision

19  was mostly made based on money?  You just mentioned

20  the -- they couldn't provide those services in the

21  absence of the grant?

22     A   I think money and expertise.  I mean, that

23  director frequently tells me that it would be extremely

24  hard for them to replicate the quality of program that we

25  deliver to them.



1      Q    And you said director.  What --

2      A    It's Kristy Bone.

3      Q    And has NorthStar GNETS ever provided

4  therapeutic services to students in gen ed settings at

5  Pickens?

6      A    Like I said, for a while we maintained

7  transition classrooms that were in the regular schools.

8  They tended to be small group classrooms, but they were

9  on regular education sites.

10     Q    What are your views on providing students with

11 school-based therapeutic services in school?

12     A    I'm very supportive.

13     Q    Does NorthStar offer therapeutic services to

14 its students?

15     A    We do.

16     Q    What services in particular?

17     A    So individual counseling.  Depending on if the

18 student has outside counseling, we might either be

19 meeting with the student a couple times a month just to

20 reinforce what the independent counselor is doing.  If

21 the student has no counseling, then we might be

22 providing, you know, most of the counseling around those

23 skill based -- skill based -- skills that the student is

24 trying to acquire to help them be more successful

25 educationally.



1          And then group counseling around the emotional

2    regulation issues and the social skill issues, as well as

3    a little bit around the trauma issues.  Not deep trauma

4    work, but just some of the common trauma experiences our

5    kids have around safety and loss and some of those types

6    of factor.

7          Q    Does every NorthStar site have the same menu of

8    therapeutic services as the -- as the others?

9          A    You're talking NorthStar versus other GNETS?

10         Q    Sorry, no.  I mean NorthStar sites, so Pickens

11   versus Dalton versus the Fannin locations.

12         A    So yeah, in terms of their frequency of

13   individual and group counseling, that is consistent

14   across programs, I guess, and then based on how kids are

15   triaged in terms of the level of support that they

16   require.  The only differences would be in the presence

17   of like case management and those kinds of things.

18              So, for instance, in Pickens County I have

19   someone who comes in two days a week to do individual and

20   groups with kids, where because I don't have a

21   coordinator in Fannin County, I have a full-time social

22   worker who also has other responsibilities, kind of in

23   regards to case management and helping with parent

24   communication and those kind of things, but it's because

25   of the differences and the ways the program is staffed.



1    Q    Sounds good.  But the things that are the same

2  are the same across Pickens --

3    A    Correct.

4    Q    -- Dalton, and Fannin?

5    A    Correct.

6    Q    And each of the three Fannin locations?

7    A    Yes.

8    Q    Who decides what services will be provided at

9  each NorthStar site?

10   A    In terms of therapeutic services?

11   Q    Yes.

12   A    So we have general expectations that, you know,

13  for instance, every classroom is supposed to have group

14  counseling two times a month.  Kids who are scheduled and

15  have parent permission for individual therapy get that

16  two to four times a month based on, you know, what the

17  team, you know, determines is most appropriate in the

18  presence of outside services and those kinds of things.

19         And then, you know, we do have therapeutic

20  staff on board all the time.  So there's a lot of just

21  opportunities for kids if they are having a tough day to

22  go talk to people and problem-solving therapy around they

23  got kicked out of their house last night or there was a

24  domestic incident at the house and they need to talk

25  through that, or they are off their medication and they



 1   are not feeling right or, you know.

 2          So there is a lot of kind of just incidental

 3   stuff that comes up where they have the ability to talk

 4   to somebody if they feel they need to talk some of those

 5   issues out.

 6      Q   Is there a difference between what services are

 7   provided at centers versus school-based locations?

 8      A   Just availability would be the biggest.  You

 9   know, where I have school-based locations, I have to

10   float staff to those locations.  Where in a center,

11   they're -- they're present all the time.

12      Q   And what process would need to be followed, if

13   any, if NorthStar were to offer a new therapeutic

14   service?

15      A   I guess it would depend what the therapeutic

16   service was.  So I will give you an example.  Being new,

17   in a new building in Whitfield County, we have been

18   talking about an IFI-level provider about possibly having

19   them just kind of have space in the building, not

20   necessarily be part of our drug therapeutic staff, but to

21   be housed in the building just to -- you know, if they

22   have clients there and those kind of things, to make it

23   easier for kids and families to access the services.  So

24   obviously that would require district-level coordination,

25   attorney-level coordination, all the things that have to



1    be in place for an agreement like that, so...

2        Q    Is GaDOE ever alerted about a new therapeutic

3    service being offered?

4        A    In that case we would.  I don't know if it

5    would be required, but we would want to make sure that

6    they are aware of what we're doing.

7        Q    And would those services appear anywhere in

8    subsequent grant applications?

9        A    There is a part in the grant where we talk

10   about therapeutic, you know, service providers who we

11   have been interacting with through the year and those

12   kind of things and some of those structures.  So I'm

13   trying to think if there's a particular category that

14   would fit that example that I gave you.  But I think

15   there is one that talks about relationships with outside

16   providers that that would probably fall under.

17            MS. CHEVRIER:  I'd like the court reporter to

18   mark the next exhibit as Plaintiff's Exhibit 855.

19            (Plaintiff's Exhibit 855 was marked for

20   identification.)

21       Q    BY MS. CHEVRIER:  And this is temporary Bates

22   number NORTHSTAR_TEMP_000117.  Although, that number is

23   not present on the form.

24            This document is titled "NorthStar ETS

25   Contracted Services/Scope of Work 2021-2022," correct?



1       A    Yes.

2       Q    Do you recognize this document?

3       A    I do.

4       Q    Do you know who created this document?

5       A    I'm assuming I did.

6       Q    There are two names listed here, correct?

7       A    Yes.

8       Q    Jennifer Cook is the first one, correct?

9       A    Uh-huh.

10      Q    And it states that she is a "psychologist

11  contracted for two days a week for therapeutic services

12  (individual and group counseling, IEP and behavioral

13  consultation, psychological consultations) at our Jasper

14  site," correct?

15      A    Yes.

16      Q    And Jasper is the Pickens --

17      A    Yes.

18      Q    -- Center?

19           When did this contract with Jennifer Cook

20  start?

21      A    It finished last year, and I want to say she

22  was with us for five years.

23      Q    And so is it not ongoing?

24      A    Not -- she took a full-time position in a

25  system last year -- or this year would be the first year,



1   I guess.   Sorry.

2        Q    And who now -- does anybody fulfill the role

3   that she previously filled?

4        A    Yes.  I have a licensed social worker in that

5   position now carrying out those same duties.

6        Q    And is the licensed social worker GNETS staff?

7        A    Yes.  She's contract as well.

8        Q    And who did Jennifer Cook report to?

9        A    Myself.

10       Q    And what were her qualifications for this role?

11       A    She's a school psychologist.

12       Q    And how was her position funded?

13       A    So partially through local contributions,

14   partially through the grant.

15       Q    And by "local contributions," is that what we

16   discussed previously about how the different sending

17   counties now need to pay a certain portion?

18       A    Correct.

19       Q    And what was the process to get this position

20   for the Jasper site, or the Jasper/Pickens site for the

21   record?

22       A    So it was the introduction of the new funding

23   formula.

24       Q    And what -- what new funding formula?

25       A    The -- when we moved from voluntary



1  contributions to proportional share contributions.

2      Q   And that's specific for the sending counties?

3      A   Correct.

4      Q   The other name listed on this form is Britney

5  LeCroy, correct?

6      A   Yes.

7      Q   And she is a "RBT contracted for one day a week

8  of service at our Jasper site.  Scope of work included

9  behavioral modeling, coaching, and consultation, social

10  skill instruction, parent trainings, student problem

11  solving counseling, liaison with outside agencies and

12  families," correct?

13      A   Uh-huh.

14      Q   Sorry, is that yes?

15      A   Yes.

16      Q   When did this contract with Britney LeCroy

17  start?

18      A   She was an extremely talented paraprofessional

19  with me and RBT for a long time.  After she had her

20  second child, she decided she wanted to stay home more,

21  so this might have been the first year, if I'm recalling

22  correctly, that that was in place.

23      Q   And is this contract ongoing?

24      A   No.  She still subs for us some, but we haven't

25  done a contract with her this year.



1        Q    Okay.  And who, if anyone, fulfills the work

2    obligations that she filled previously?

3        A    I have another registered behavior technician

4    that does those duties now.

5        Q    And who did she report to?

6        A    The coordinator at that site as well as myself,

7    because she did some program-wide duties.

8        Q    And what were the qualifications for her role?

9        A    So she's a trained registered behavior

10   technician.

11       Q    And how is her position funded?

12       A    That was probably primarily locally funded.

13       Q    And what was the process to get this position

14   for the Jasper/Pickens site?

15       A    It was really just looking at need.  And at

16   that point we were transitioning from her.  We were in

17   the process of hiring the new registered behavior

18   technician, so using her to do some training and

19   assistance with the new staff, as well as provide direct

20   services to students as well.

21            MS. CHEVRIER:  I'd like the court reporter to

22   mark this document as Plaintiff's Exhibit 856.

23            (Plaintiff's Exhibit 856 was marked for

24   identification.)

25       Q    BY MS. CHEVRIER:  This is temporary Bates



```
 1  number NORTHSTAR_TEMP_000250.  Although, that number does

 2  not appear on this document.

 3          This document is titled "NorthStar Educational

 4  and Therapeutic Services Mental Health Collaboration

 5  2021-2022," correct?

 6      A   Yes.

 7      Q   Do you recognize this document?

 8      A   I do.

 9      Q   It then beneath lists agencies that actively

10  collaborate with NorthStar, correct?

11      A   Yes.

12      Q   Let's go through each agency starting with WIN

13  Georgia.

14      A   Uh-huh.

15      Q   What is WIN Georgia?

16      A   So WIN Georgia is -- they do a lot of active

17  case managements.  When families have multiple agencies

18  that are involved with them, that can be really

19  overwhelming for the families, so they provide a case

20  coordination.  They provide, typically, a monthly team

21  meeting where they pull all agencies together just to

22  help coordinate services and make sure we've got goals

23  and that we are all working together to help achieve

24  those goals.

25      Q   And does WIN Georgia provide services to each
```



1  NorthStar location?

2      A    Traditionally they have been most active in

3  Dalton.  Although, they are beginning to provide more

4  coordination in Pickens County, a little less up in

5  Fannin.  I don't know if we've had any -- I think we've

6  had one student in Fannin who had WIN Georgia services.

7      Q    And outside of the team meetings and the other

8  services that you provide, do they -- does WIN Georgia

9  provide any other services to GNETS students?

10      A    I think they are providing -- it's changed over

11  the years.  So I know one particular counselor who works

12  with a number of our kiddos so that's doing some work

13  with the families, so I think they are providing some

14  direct service as well.  But when they first started, it

15  was mainly case management.  And I think they are kind of

16  trying to expand their services that they are providing.

17      Q    Where are the services provided?

18      A    Typically at the school, although we have had

19  meetings in other locations.  But typically we -- we

20  invite them into the school and invite everybody, since

21  we have space, you know, to have those meetings and to

22  coordinate.

23      Q    And is that done during school time?

24      A    Depends on the families and when we can get

25  folks together and those kind of things, but many times.



JACQUELINE NEAL, PH.D.                                        January 19, 2023
UNITED STATES vs STATE OF GEORGIA                                         180

1       Q    So is it accurate to say that sometimes it's
2   during the school day; sometimes it's after school?
3       A    Correct.
4       Q    Is it sometimes on the weekend or before
5   school?
6       A    Typically not on the weekends, just because a
7   lot of -- most of the time it's during the week.
8       Q    Okay.  Is it before school ever?
9       A    It could be, yeah.
10      Q    How frequently does WIN Georgia provide
11  services to GNETS students?
12      A    I'm trying to figure out the best way to answer
13  that for you.  I'd say at any given point in time, maybe
14  10 percent of our students are receiving that service,
15  maybe.
16      Q    And how frequently do they receive those
17  services?
18      A    It's totally based on the family and their
19  needs, and sometimes they are in a -- working with that
20  family multiple times a week.  The case coordination
21  meetings, of course, are less than that, but the
22  intensity of their services depends on the student and
23  the family.
24      Q    So what -- what's the range?
25      A    Like I said, we had one family I'm thinking of



1  in particular where I think there was multiple contacts a

2  week, down to another family where I think it was

3  probably more like weekly, depending on the number of

4  other agencies that are providing some of those services.

5       Q   And what are the qualifications of the staff at

6  WIN Georgia?

7       A   I -- I mean, they have -- I really couldn't

8  speak to that.

9       Q   And how does a student start receiving services

10  from WIN Georgia?

11       A   There is a -- so sometimes that -- the way

12  that's most often come about is we have something called

13  a local interagency planning team.  Sometimes families

14  agree to present their case to the agency, and then

15  agencies can pop up and say, hey, we could do this for

16  you or we could support you in this way.  And it just

17  gives parents like an overview of all the services that

18  are available in the county for helping to support them.

19  And so a lot of times they might get assigned a meeting

20  like that where, you know, they talk about what they can

21  do and the family says, yeah, I think that will be

22  helpful.

23           Beyond that, I'm assuming it's just people

24  suggesting the service to them.  Most of the time they

25  have that service before they come to us, or somebody has



1  talked to them about that potential service, and then

2  they have gone through a process with them to get hooked

3  up with that service.

4      Q   Does NorthStar typically connect students with

5  WIN Georgia?

6      A   Occasionally we have.  Like I said, a lot of

7  times by the time they get to us, they have some of those

8  services.  But certainly if they don't, we frequently

9  have families presented at LIPT.

10     Q   So my understanding is that students can get

11 connected either through their local interagency planning

12 team or they come into NorthStar having previously been

13 connected --

14     A   Correct.

15     Q   -- or NorthStar can connect them?

16     A   Or they've heard it from -- you know, that

17 that's a resource from DFCS or other counselors in the

18 area, so they could really get hooked up in a lot of

19 different ways with that service.

20     Q   And you said currently it's about 10 percent of

21 students at Pickens?

22     A   I would say.  I was kind of thinking more

23 overall.

24     Q   Okay.  And so overall, that includes Pickens

25 and Dalton?



 1      A    Primarily, yes.

 2      Q    What is Highland Rivers?

 3      A    Highland Rivers is another agency that's in

 4  all -- all of our areas.  They provide some online

 5  psychiatric appointments for students for medication

 6  management, as well as counseling services.  I think at

 7  one point they were trying to develop, too, some lower

 8  level workers that could work with families on different

 9  kinds of issues.  So I'm not sure of their full continuum

10  of services at this point, but...

11      Q    And does Highland Rivers provide these services

12  to each of the different NorthStar locations?

13      A    They do.

14      Q    And where are these services provided?

15      A    It could be in -- they each have -- Highland

16  Rivers has offices, so oftentimes students receive their

17  services there.  Depending on the type of service, we

18  always invite providers that they can receive those

19  services on-site.  It's just up to the provider and

20  families to whether they want to receive it in an office

21  or with us.

22      Q    And you said that some of it is online

23  psychiatric?

24      A    Correct.

25      Q    Do students ever access the online services



1  from a NorthStar location?

2      A   That hasn't happened typically.  They usually

3  go to the office for that.  I think that's where their

4  electronic coordination typically happens, so...

5      Q   And you said that they are provided -- that

6  Highland Rivers provides services to each of the

7  NorthStar GNETS locations.  Is that including all three

8  of the Fannin locations?

9      A   It is.  Again, Fannin accesses that service a

10  little bit less often.  There is an Ellijay office, but

11  we have a couple of -- a number of other providers, so

12  they tend to go with the ones closer to home, if that

13  makes sense.

14      Q   And how frequently do NorthStar services

15  receive Highland River services?

16      A   It just, again, varies pretty dramatically.  I

17  will say that -- so, for instance, in Pickens County,

18  they are one of -- especially for Medicaid-type services,

19  they are one of the options that's most available to

20  families, but families also prefer face-to-face

21  sometimes.  And so if they prefer face-to-face, a lot of

22  them will find a doctor or a psychiatrist in Canton or

23  other areas that they can go see if they, you know,

24  prefer that mode of delivery of service.

25      Q   Who provides the services at Highland Rivers?



1      A    Again, they have a variety of different staff.

2      Q    What are their qualifications?

3      A    I couldn't speak to that.  You know, I know

4   they have certified counselors and psychiatrists, and

5   like for their -- what they call their CSI, their

6   community support specialist or individuals, I don't know

7   what their requirements are for those individuals.

8      Q    How does a student start receiving services

9   from Highland Rivers?

10      A    There's a -- for all of these agencies, there's

11   some kind of an intake process, you know, some kind of

12   referral that needs to happen, and then the family goes

13   and meets with them to establish appropriate services.

14      Q    For the students at NorthStar who are currently

15   receiving Highland Rivers services, how are those

16   referrals typically made?

17      A    So sometimes our staff assist with, you know,

18   if the parent is interested in services like that.  Like

19   I said, sometimes it's happening from their doctors or

20   their other counselors or those kind of things.

21   Sometimes our social workers, even the county social

22   workers have helped, you know, families access those type

23   of resources, so...

24      Q    And do they also ever have preexisting

25   relationships with Highland Rivers?



1        A    Sometimes, yeah, sure.

2        Q    And how many students at NorthStar currently

3    receive services from Highland Rivers?

4        A    I don't even think I could estimate that right

5    now.  I would really have to go check and see who is with

6    who.  Our students tend to move around service-wise, so

7    it's sometimes hard to track how many we've got in play

8    all at once.

9        Q    What is Georgia HOPE?

10       A    Georgia HOPE is another agency similar to

11   Highland Rivers.  They typically have more of what I

12   would call a full continuum of offerings from counseling

13   to psychiatric to community support workers and those

14   kinds of things.  They are probably one of our most

15   active mental health providers in our -- in our region.

16       Q    And does Georgia HOPE provide services at all

17   NorthStar locations?

18       A    They do.  They will.

19       Q    I'm sorry, you said that they will?

20       A    Yes.

21       Q    Do they currently?

22       A    Most often, and again, in Jasper and Dalton,

23   less often in Fannin.

24       Q    Do they currently provide services at the

25   Fannin locations?

1    A   They will.  They've had a little bit of trouble

2   maintaining staff, and so I think that's been a struggle.

3    Q   When are you expecting these services to

4   commence at Fannin?

5    A   Again, I don't think I have any students

6   currently accessing those services, and partly because we

7   have so many other providers up there, that families

8   access services through some of the other providers.  So

9   they are most active in Jasper and Dalton for sure.

10    Q   Where are these services provided?

11    A   Again, just depends on the kiddo.  And so we've

12   had, you know, the community support workers come to

13   school and check in on kids.  Certainly, counselors are

14   welcome to do that as well.  It just depends on, again,

15   the family and the therapist kind of choice as to where

16   they want to provide the services.

17    Q   So you said it depends.  Is it correct that

18   sometimes they can come to one of the school locations

19   and sometimes the students go to --

20    A   I would say in most cases families have chosen

21   one way that works for them best.  So some parents say,

22   you know, I'm just not going to be able to get them

23   there, and either way I want it to happen at school; and

24   other cases, you know, parents just say, I just prefer to

25   take them and to do it within with the offices, so...

1      Q    Gotcha.  But they do -- Georgia HOPE has their

2    own offices, and some students and families choose --

3      A    Correct.

4      Q    -- to receive the services there?

5      A    Correct.

6      Q    And how frequently do students access Georgia

7    HOPE services?

8      A    So that can vary dramatically.  So we have kids

9    that have workers from -- that are kind of funded through

10   some of the Georgia HOPE support services, and so

11   sometimes that's a worker in the home pretty much daily,

12   maybe, all the way down to, you know, CSIs meet with them

13   so many times a week, to counselors meeting with them so

14   many times a month, you know, so...  But it's very

15   individualized.  They have their own case plan they work.

16     Q    So is it correct to say that the range is from

17   daily within the home to just a few times a month?

18     A    Correct.  Or maybe even for some of them

19   once -- once a month if it's just med management or

20   something.

21     Q    And who provides these services at Georgia

22   HOPE?

23     A    So it would be the appropriate service

24   provider, so psychiatrist, you know, for medication

25   management, counselors for counseling services.  More of



1  the family workers or the case management workers, you
2  know, for the CSI kind of work.
3      Q    And what are the qualifications of those
4  individuals?
5      A    Again, I can't speak to that.  I do believe
6  they're -- they're qualified licensed clinical therapists
7  that do that work.  But for their CSIs and things, I
8  don't know their exact qualifications.
9      Q    And how does a student start receiving services
10 from Georgia HOPE?
11     A    There's again a referral process.
12     Q    And those referrals can come from outside of
13 NorthStar or inside of NorthStar?
14     A    Yep.  LIPTs, all the same things we talked
15 about before.
16     Q    And do any of your students have preexisting
17 relationships with Georgia HOPE before they got to
18 NorthStar?
19     A    Yes.
20     Q    And do you have a sense of how many NorthStar
21 students currently receive services from Georgia HOPE?
22     A    I would guess with Georgia HOPE it's higher, so
23 we're probably in the 20, 25 percent range.
24     Q    What is Family Members?
25     A    That is an IFI-level service provider, so



1    intensive family -- family preservation-type support.

2        Q    That's what IFI stands for?

3        A    Yeah.  And again, you're going to ask me what

4    that stands for, but it's the highest level of support

5    agencies.  So both ProFamily and Family Members, that

6    type of organization.

7        Q    What services does Family Members provide?

8        A    So again, they can provide the full continuum

9    of -- of services, up to workers in the home to help

10   support and do parent training or student support or what

11   needs, all the way to counseling and medication

12   management and all of those services.

13       Q    And does it provide these services to students

14   at all of the NorthStar locations?

15       A    Those two are primarily Dalton.

16       Q    Okay.  And where are these services provided?

17       A    Again, typically -- so I mentioned there's been

18   some discussion with ProFamily about having the worker at

19   the school, but that's not yet been established, so

20   typically that's been within their offices within the

21   family home.  Their workers have come on-site for

22   different activities, but traditionally it's through

23   their agencies.

24       Q    How frequently do students at NorthStar receive

25   services from Family Members?



1        A    It's a smaller percentage that are at that kind

2    of crisis stage.   Maybe -- and again, it's primarily my

3    Dalton site, so probably 3 to 5 percent of the kiddos are

4    at that level.

5        Q    And how frequently do the 3 to 5 percent of

6    students receive services?

7        A    So with those agencies, it's more intensive.

8    So, you know, they would be getting weekly types of

9    services, probably multiple times a week for some kiddos.

10       Q    And who provides those services?

11       A    The agency involved.

12       Q    And what are the qualifications of the staff or

13   the agency?

14       A    Again, I wouldn't have that information.

15       Q    And how does a student start receiving services

16   from Family Members?

17       A    There's a referral process as well.

18       Q    And am I correct that can come from both

19   outside and inside NorthStar?

20       A    Yes.

21       Q    And do students ever come to NorthStar with

22   preexisting relationships with Family Members?

23       A    Yes.

24       Q    You've already answered this a little bit, but

25   what is ProFamily?



1        A    So very similar to Family Members and most all

2    the questions that we discussed.

3        Q    So they provide --

4        A    They're just another provider that provides

5    that same level of service with similar kinds of ranges

6    of services.

7        Q    Gotcha.  So they provide the full continuum of

8    services?

9        A    Yes.

10       Q    And do they provide services to each of the

11   NorthStar locations or just Dalton?

12       A    Just Dalton.

13       Q    And these services can be -- are they also

14   often provided outside of school?

15       A    Yes.

16       Q    And is it similar, 3 to 5 percent of students

17   participating with ProFamily?

18       A    I'm glad you -- so just to clarify, I was

19   thinking we would probably have 3 to 5 percent of

20   students that are at that level.  ProFamily is the

21   most -- the one that the most students at that level

22   coordinate with.

23            We've had only a handful.  Family Members is a

24   newer organization, and so we've only had a handful of

25   kids that have worked with that organization.



1       Q    Okay.

2       A    So that 3 to 5 percent is probably encompassing

3    of both organizations.

4       Q    And do you know the qualifications of the

5    people who provide the services for ProFamily?

6       A    I know they have psychiatrists, clinically --

7    clinically certified and trained counselors, and the --

8    with the workers, I'm not sure of their requirements.

9       Q    And do students start receiving services

10   similarly through a referral process?

11      A    Uh-huh.

12      Q    Sorry, is that a yes?

13      A    Yes.  Sorry.

14      Q    And do some NorthStar students have preexisting

15   relationships with ProFamily?

16      A    Yes.

17      Q    And do those referrals come from both inside

18   and outside of NorthStar?

19      A    Yes.

20      Q    What is Blue Ridge Psychological?

21      A    So that is one of the most frequently accessed

22   agencies that provides psychiatric and counseling support

23   in the Blue Ridge area.

24      Q    What services does it provide?

25      A    So they do kind of coordinate with a



1    psychiatric service provider, as well as they do direct

2    counseling with many of our students.

3         Q    And where are these services provided?

4         A    They are provided within their agency.

5         Q    So off -- not on school campuses?

6         A    Not typically.

7         Q    And does Blue Ridge Psychological serve each of

8    the different NorthStar locations?

9         A    Fannin County primarily.  I might have had one

10   or two Pickens -- Pickens County students go up there,

11   but primarily it's Fannin County.

12        Q    And does it provide --

13        A    And Gilmer.  Sorry.

14        Q    So does it provide services to all three of the

15   Fannin County locations?

16        A    Yes.

17        Q    And how frequently are these services provided?

18        A    Depends on the individual student.

19        Q    What's the range?

20        A    So I would say typically they are doing either

21   weekly or bimonthly or monthly.

22        Q    And who provides these services?

23        A    So again, psychiatric, med management.  It's

24   the psychiatrist, counseling.  It's their licensed

25   counselors.



1      Q    And what are their qualifications?

2      A    I know they are licensed clinical counselors.

3  I don't know each of them and their backgrounds.  I know

4  they have some licensed professional counselors.  At one

5  point they had a social worker that was a licensed

6  clinical social worker.  I don't know if they currently

7  have one of those on board, so...

8      Q    And how does a student start receiving services

9  from Blue Ridge Psychological?

10     A    Again, they have an intake process.

11     Q    Does NorthStar connect students with Blue Ridge

12  Psychological?

13     A    Often.

14     Q    So referrals can come from both inside and

15  outside of NorthStar?

16     A    Yes.

17     Q    And has any NorthStar student had a preexisting

18  relationship with Blue Ridge Psychological before getting

19  to NorthStar?

20     A    Yes.

21     Q    And how many students currently receive Blue

22  Ridge Psychological services?

23     A    Of my Fannin County students or my students

24  served at the Fannin County site, we probably have -- do

25  the math -- maybe 10 percent right now.



1      Q   And you said "maybe."  Are any other students

2  served at Pickens or Dalton?

3      A   So ask the question again.

4      Q   I believe you said that maybe Blue Ridge

5  Psychological also provides services to one student at --

6  is it Pickens or Dalton?

7      A   For Gilmer County.

8      Q   For Gilmer.

9      A   So my Gilmer County students are served in

10  Fannin, so I have had a couple of families access

11  psychological services there.

12      Q   Sounds good.

13          So does the 10 percent for Fannin include

14  Fannin and Gilmer?

15      A   Yes.

16      Q   Okay.  What is Pickens and Blue Ridge LIPT

17  Committees?

18      A   So that's the local interagency planning team I

19  referred to earlier.

20      Q   And what services does it provide?

21      A   So again, it's -- the purpose of that meeting

22  is to get all the resources at one table so parents know

23  what agencies can do, and they can begin to decide if

24  there are services they could take advantage of that

25  maybe they weren't aware of previously.



1      Q   And who sits on this team?

2      A   So usually each agency sends a representative.

3   Juvenile Justice is usually involved in those meetings.

4   Often DFCS workers are involved in that meeting, or they

5   have a representative there, I should say.  School

6   systems usually send one of their social workers or

7   clinical staff.  And again, my coordinators or I often

8   are at those meetings as well.

9      Q   Can you share what the acronym DFCS means?

10     A   Department of Family and Children Services.

11     Q   And you said that usually each agency sends a

12  representative.  I know you listed Juvenile Justice and

13  DFCS.  What other agencies are you referencing?

14     A   So it would be the ones we, you know, have been

15  discussing, so often those agencies or any other agencies

16  that might be appropriate or relevant.

17     Q   So someone from WIN Georgia or Highland Rivers

18  or --

19     A   Yes.

20     Q   -- Georgia HOPE might be present to share that

21  they have services that are available?

22     A   Exactly.

23     Q   And do all of the students at -- or sorry, do

24  all of the NorthStar locations receive services from

25  Pickens and Blue Ridge LIPT committees?



1      A    So each region has their own.  So Dalton has an

2    LIPT committee that meets; Pickens County has an LIPT

3    committee that meets, and then there is also one that

4    meets here that serves Fannin and Gilmer.

5      Q    Does DBHDD participate in the LIPT committee?

6      A    They have.  They don't always, but on

7    particular cases they have been involved in those.

8      Q    And do you know what a CSB or a community

9    service board is?

10     A    Broadly.

11     Q    Do you know whether they participate in the

12   LIPT committees?

13     A    I don't recall a representative being there,

14   but...

15     Q    Okay.  And so do all students participate in

16   these LIPT committees?

17     A    It's -- it's voluntary.  The parent has to

18   agree to have their case presented.

19     Q    Okay.

20     A    So there's an application process that parents

21   have to fill out and agree to, but it's mainly that they

22   are agreeing to go through the process.

23     Q    And does NorthStar facilitate that application

24   and process?

25     A    Many times.



1       Q    You said "many times."  So if they aren't the

2   facilitator, who is?

3       A    Again, it could be a counselor.  It could be

4   one of the agencies that are recommending it.  It could

5   be a school social worker or a psychologist.  So it could

6   come from any level.

7       Q    Is NorthStar always involved?  So, for example,

8   if a student is connected with WIN Georgia and WIN

9   Georgia wants to suggest them for an LIPT committee,

10  would NorthStar necessarily know about it?

11      A    Generally, the committee members tend to be

12  pretty stable.  So for -- you know, we'll -- they'll

13  schedule LIPT for one day, and there may be eight kids

14  that get presented.  Some of those are local school kids.

15  Some of those are students we might be serving.  Some of

16  those are, you know, kids from different sundry places.

17          So, you know, sometimes we're there for the

18  case presentation on a kid, where our expertise in some

19  way might be kind of helpful.  We don't always stay for

20  every presentation, but -- and that tends to be the same

21  for most of the agencies.  They kind of stay for most of

22  the kids that are presented that day.

23      Q    And do students who aren't involved with

24  NorthStar, are they eligible for LIPT committees?

25      A    Yeah, it's general.



1    Q    Okay.  So a student who is not part of GNETS

2    might get referred to and have their case presented?

3    A    Absolutely.

4    Q    And then those students would have access to

5    the different agencies that have presented their

6    services?

7    A    Certainly.

8    Q    How many students at NorthStar have had -- have

9    gone through the Pickens and Blue Ridge LIPT committee?

10    A    Over the years?

11    Q    Or I guess maybe easier, what percentage of

12    students?

13    A    Again, I think 25 percent of kiddos, maybe.

14    Q    Okay.  And what does "various doctors and

15    pediatricians in the area on medication management

16    issues" mean?

17    A    So a lot of our students receive medication

18    sometimes just from their family pediatrician or

19    different psychiatrists that are in the area and that

20    kind of thing or in the various sundry areas.  And so

21    each of my sites, you know, there -- there are different

22    physicians that provide those, and we just didn't list

23    them all on this particular document.

24    Q    And are there particular doctors and

25    pediatricians with whom NorthStar collaborates?



1       A    I mean, there is ones who service a number of

2    our students.  So like we talked about, Blue Ridge

3    Psychological provides a lot of our psychiatric services

4    in the Fannin County area, and they do a lot of the med

5    management.  But we do have a number of pediatricians

6    that provide those services as well.

7            Lisa Stevens over in the Dalton area for a long

8    time was one of the main psychiatrists in that area, so

9    for a long time she was one of our primary psychiatrists

10   that we had a number of kids that receives services from

11   her.  Again, as things have gone a little bit more

12   virtual, there's a little more variety now.  And she's

13   older now, so some other people have kind of popped up,

14   so we have a little more variety now, but...

15       Q    And does NorthStar refer students to these

16   physicians?

17       A    We don't make direct referrals, so what we

18   would do is hook them up with the agencies and let them

19   kind of make their choice as to what they think the most

20   appropriate agency is to provide that service for them.

21       Q    Let's look back to what the court reporter

22   marked as Plaintiff's Exhibit 848, which is the grant

23   application.

24       A    Okay.

25       Q    The FY 2022 grant application.  And this is



```
 1   temporary Bates number NORTHSTAR_TEMP_000046.  Although,
 2   that is not located on the document.
 3          And let's turn to page 14.
 4       A   "Mental Health"?
 5       Q   Yes.  Back to where it says, "Service
 6   Delivery - Mental Health Collaboration."
 7       A   Okay.
 8          MS. CHEVRIER:  And actually, this can be an
 9   okay time to break.
10          THE VIDEOGRAPHER:  Going off the video record
11   at 2:49 p.m.
12          (The deposition was at recess from 2:49 p.m. to
13   2:55 p.m.)
14          THE VIDEOGRAPHER:  We are back on the video
15   record at 2:55 p.m.
16          Proceed.
17       Q   BY MS. CHEVRIER:  We're looking back at the
18   grant report for FY 2022 where it says "Service
19   Delivery - Mental Health Collaboration" in the middle of
20   the page, correct?
21       A   Yes.
22       Q   And do you agree that there is a space provided
23   where community agencies NorthStar works with are filled
24   in?
25       A   Yes.
```



1     Q   And you said before that DFCS stands for

2  Department of Family and Children Services, correct?

3     A   Yes.

4     Q   And do you see that DFCS is listed here in

5  this?

6     A   Uh-huh.  Yes.

7     Q   What services does it provide?

8     A   So we listed them just because they are

9  involved with some of our families.  So typically they

10  might be on-site to do check-ins with a student or to

11  interview a student for whatever reason, so they are

12  sometimes one of the providers that is on-site.

13     Q   And am I correct that, you know, this -- that

14  DFCS does not necessarily service all locations; it's

15  student specific?

16     A   It is student specific, but certainly we have

17  had DFCS at all of our sites at different points in time.

18     Q   And where are DFCS services provided?

19     A   Generally they are provided off-site, but like

20  I said, they have on occasion come to the schools for

21  different purposes.

22     Q   And has NorthStar ever referred someone to -- a

23  student to DFCS?

24     A   We are mandated reporters, so we had to make

25  mandated reporter reports.



1    Q    Do you see below where it says four mental

2    health or community agencies visited your site?

3    A    Uh-huh.

4    Q    Which ones visited?

5    A    I would have to look back at specific logs

6    where I pulled that information from.  It would be of the

7    agencies listed above.

8    Q    So is it correct to say that during FY 2022,

9    not all of the agencies that we just discussed visited

10   on-site?

11   A    Right.  So some of them were providing services

12   off-site and don't physically come to the school.

13   Q    And do you see where it says 26 students

14   received services from an external agency?

15   A    Correct.

16   Q    Are these the same external agencies that we've

17   been discussing?

18   A    Correct.

19   Q    And by "agency," we are not just talking about

20   like DFCS; we are also talking about, you know, WIN

21   Georgia, et cetera?

22   A    Definitely.  So that would be anybody providing

23   counseling, medication management, any of those kinds of

24   services.

25   Q    But we're not necessarily talking about State



1  agencies?

2       A    Correct.

3       Q    And do you see where it says that four students

4  received counseling?

5       A    Yes.

6       Q    Do you agree with this number?

7       A    So counseling on-site, so where they came to do

8  their counseling services within a GNETS building.

9       Q    Okay.  So all of the other students who receive

10 service -- counseling services --

11      A    Could have been off-site.

12      Q    It would have been off-site.

13           And is four a similar number to how many

14 students are receiving counseling on-site this school

15 year?

16      A    I would actually have to double-check that to

17 see if we've got any counselors -- you know, any

18 counselors coming to the school to provide that service.

19      Q    Okay.  Do you see where it says one student

20 received an interview?

21      A    Right.

22      Q    What is an interview?

23      A    Likely that was DFCS coming to interview a

24 student.

25      Q    Okay.  And do you agree with that number?



```
 1        A    I have no reason to believe it wouldn't be
 2   accurate.
 3        Q    And the interview listed here would have taken
 4   place at a NorthStar location?
 5        A    Correct.
 6        Q    And is that a similar number for how many
 7   students have received interviews this school year?
 8        A    It wouldn't be more than two, probably.
 9        Q    And now this is -- partially on this page,
10   partially on the next page, do you see where it says
11   three students received check-ins?
12        A    Correct.
13        Q    What is meant by check-ins?
14        A    So it's not like a full counseling session, but
15   that might be a community service worker coming in and
16   just touching base, getting a report from the teacher of
17   how the kid is doing in school, just checking in with the
18   student about any of the issues they were working with
19   the student on.  So it's not full counseling but it's,
20   you know, following up and seeing how the student is
21   doing.
22        Q    And all of these three students, it would
23   have -- this check-in would have occurred at a NorthStar
24   location?
25        A    Yes.
```



1     Q    And is that about how many students have
2  received check-ins this school year?
3     A    Again, I would have to check our current logs.
4  I haven't checked those recently to see how many CSIs
5  have visited each facility, so...
6     Q    Do you see where it says 48 med management?
7     A    Uh-huh.
8     Q    Does this indicate that 48 students received
9  medication management?
10    A    Yes.
11    Q    So does that mean that 48 students have some
12  sort of medication?
13    A    Correct.
14    Q    Okay.  And so there aren't any students who
15  receive psychiatric medication that wouldn't be
16  encompassed by this 48 number?
17    A    No, it should be inclusive.  I'm trying to
18  think of any exceptions, but I really can't think of any.
19    Q    When students are referred by NorthStar to an
20  outside provider, are there ever delays or wait lists?
21    A    Certainly.
22    Q    And why is that?
23    A    I think most often in our areas it's -- it's
24  those agency's staffing turnover, those kind of
25  situations most often.



1       Q    And have there been any steps to improve

2  delays?

3       A    They have worked -- especially in the Jasper

4  and the Blue Ridge area, they have been trying to

5  increase their services in those areas, but like I said,

6  they've -- it's been a little bit of a challenge.

7       Q    Are there students who would benefit from more

8  time than is available with a service provider?

9       A    I'm sure that -- that some students certainly

10  could.

11       Q    Do any students at NorthStar have unmet

12  therapeutic needs?

13       A    I would say yes.  Sometimes that's due to

14  families not fully accessing services that are available.

15  You know, certainly sometimes those agencies have some

16  funding issues that interfere with, you know, some of

17  that availability and those kind of things.  I'm thinking

18  specifically family workers and respite and all of those

19  types of services, and then it's hard for those agencies

20  to staff for people like that, so there are some barriers

21  for sure.

22       MS. CHEVRIER:  I'd like the court reporter to

23  please mark this exhibit as Plaintiff's Exhibit 857.

24       (Plaintiff's Exhibit 857 was marked for

25  identification.)



1      Q   BY MS. CHEVRIER:  This is an e-mail from you,

2   Dr. Neal, to Nakeba Rahming dated May 25th, 2017,

3   correct?

4      A   Uh-huh.

5      Q   And the Bates number is GA00787553.  This

6   e-mail has an attachment titled "FY18 Budget Proposal

7   Notes," correct?

8      A   Correct.

9      Q   Do you recognize this e-mail?

10     A   I do.

11     Q   Do you see where you thank Nakeba Rahming for

12  visiting NorthStar?

13     A   Yes.

14     Q   Why did she visit?

15     A   I'm trying to remember what the purpose of

16  this --

17         MR. BEDARD:  Object to the form.

18         THE WITNESS:  -- one was.

19         I think it was -- honestly, I think it was when

20  she first came on board she was just visiting each of the

21  GNETS locations.  I don't know if there was a direct

22  purpose other than for her to increase her familiarity

23  within that work and each of the GNETS programs in our

24  special challenges and needs.

25     Q   BY MS. CHEVRIER:  And how frequently did

1    Ms. Rahming or someone else from GaDOE visit NorthStar?

2        A   We've had folks out on two or three occasions

3    as I've been director.

4        Q   And do you see where you acknowledged her

5    "offer of assistance with therapeutic programming"?

6        A   Yes.

7        Q   What were you referring to there?

8        A   Let me read to make sure I'm not making

9    something up here.

10           I think that might have been a response to the

11   therapeutic grant we've been discussing.

12       Q   You wrote that you were "attaching some basic

13   talking points I used when approaching the issue with my

14   LEA's their ultimate responsibility for maintaining the

15   continuum with their students.  I did use the language in

16   the new rule to emphasize the requirement of GNETS

17   maintaining therapeutic supports," correct?

18       A   Yes.

19       Q   To what new rule were you referring?

20       A   So the GNETS rule was revised.  I don't think

21   you have the most current version of that, but that had

22   just at this point I think come out.

23       Q   And so that was the rule that you were

24   referring to?

25       A   Yes.



1      Q    And had you been directed to refer to the new

2   GNETS rule?

3      A    We obviously knew that we were under the new

4   GNETS rule, so I guess at some level that's -- we knew we

5   were directed.

6      Q    Why did you need to communicate with the LEAs

7   about their responsibility for maintaining the continuum

8   of services for their students?

9      A    So again, this was at that point where we were

10  moving from voluntary contributions to proportional

11  contributions, and so I utilized the GNETS rule to help

12  educate my board as to the State's perspective on their

13  responsibilities in regards to helping to provide moneys

14  to support therapeutic services where the grant fell

15  short.

16     Q    And let's turn to the attachment.  It's on the

17  next page.  Is it correct that these are your talking

18  points?

19     A    Yes.

20     Q    Do you see the bullet point that starts with

21  "While" about halfway down?

22     A    Yes.

23     Q    Do you see where you wrote, "While we continue

24  to evaluate our staffing, sufficient cuts are not

25  possible to maintain a safe program and one that can



1    address both behavioral and academic needs of students"?

2        A    Yes.

3        Q    What did you mean by this?

4        A    Meaning that just, again, bottom line, with not

5    every LEA contributing, when we would come up with our

6    staffing expenses and our operational expenses and what

7    was going to be required to provide services for kids,

8    the State grant and the federal funds we were receiving

9    and the voluntary contributions were not sufficient to

10   cover the expenses for the program.

11       Q    Had you at any time prior to this e-mail had

12   concerns about maintaining a safe program?

13       A    As I would say, it was a future planning

14   concern, you know, that I knew that if we didn't get the

15   budget situation turned around, that we would start to

16   have those kinds of issues.

17       Q    And have you at any time since this e-mail had

18   concerns about maintaining a safe program?

19       A    No.  My counties have been fabulous about

20   stepping up to the plate and filling in those gaps, so I

21   have been very lucky.

22       Q    Had you at any time prior to this e-mail felt

23   that NorthStar could not address the behavioral needs of

24   students?

25       A    Ask that question again.



1    Q    Had you at any time prior to this e-mail felt

2  that NorthStar could not address the behavioral needs of

3  students?

4    A    So certainly we're always anxious to work with

5  all our Wraparound service providers to meet all those

6  needs because some of them are not school-based needs,

7  and so our efforts and concerns have been around

8  collaborating effectively with all our other service

9  agencies to make sure all the families' needs are met.

10    Q    And have you at any time since this e-mail felt

11  that NorthStar could not address the behavioral needs of

12  students?

13    A    No.  I have a fabulous staff, and I think they

14  work extremely hard to meet the needs of our students.

15    Q    Had you at any time prior to this e-mail felt

16  that NorthStar could not address the academic needs of

17  students?

18    A    Again, I get great support from my counties and

19  from our districts in terms of being able to work with my

20  teachers on the very difficult task of kind of

21  individualizing instruction for every student in our

22  program, so...

23    Q    And have you at any time since this e-mail felt

24  NorthStar could not address the academic needs of

25  students?



1      A    No.

2      Q    Do you see the sub-bullet point where you

3    wrote, "The State DOE has been clear this year that LEAs

4    must provide the full continuum of services.  This

5    includes resource/self-contained options with quality

6    FBA/BIP interventions and provision of therapeutic

7    services prior to a GNETS referral"?

8      A    Uh-huh.

9      Q    What did you mean by "the State DOE has been

10   clear this year"?

11     A    So I think just prior to that, the

12   consideration of services, guidance came out that very

13   clearly laid that out, as well as some of that's in the

14   State grant, as well, or the State rule, and so that's

15   what I was referencing there.

16     Q    And had GaDOE not focused on the need for LEAs

17   to provide a continuum of services in previous years?

18     A    I would say there's just -- there just was a

19   renewed clarification.  I think at that point there was

20   some LEAs that didn't fully recognize -- mine were fairly

21   good, but I think across the state there were some LEAs

22   that recognized all their responsibilities in that

23   regard.

24     Q    And how had the State made the renewed

25   clarifications about the need for a full continuum of



1   services?

2        A    So partly through the -- well, in regards to

3   things that needed to occur before GNETS consideration,

4   that was through the State rule primarily, and it was an

5   introduction they -- through the committee that created

6   the packet for consideration of services, there was a

7   flowchart guidance document for counties to use to make

8   sure they had accomplished all the things they needed to

9   prior to referral, so there was a number of documents

10  that flowed out at that time to help provide

11  clarification.

12       Q    At the time you wrote this e-mail, did you have

13  concerns about LEAs providing continuum of services

14  before making a GNETS referral?

15       A    So I would say at this point just the level of

16  functional behavioral assessment at that time, it was a

17  little bit variable.  They did a great job of kind of

18  getting that shored up in a fairly quick order, partly

19  because the State DOE again pushed out some training from

20  Georgia State University so a lot of my counties could

21  get on board with providing higher-quality data-based,

22  functional-based assessments.

23            And then I guess the -- the other part that

24  some of my smaller counties had to kind of work on a

25  little bit was in terms of having small group options for



1    all kids.

2        Q    Do you have any concerns about this currently?

3        A    They have done a great job of addressing those

4    issues.

5        Q    And you mentioned that you had less concerns

6    about your counties that you work with but that you are

7    aware of concerns elsewhere?

8        A    I have heard other people express concerns in

9    some of the other areas.  I will say that -- I'll just --

10   yeah, that -- that answers the question, I think.

11       Q    What were you going to say?

12       A    Well, I was just thinking more globally

13   about -- about the question.  So I think one of the

14   struggles for some of my counties has been, you know,

15   that there is a full inclusion kind of bias in some of

16   the schools, and so sometimes that results in not having

17   a small group option, and so that's one of the things

18   special directors -- special education directors have had

19   to work with, is kind of that regular education focus on

20   full inclusion but also having the full continuum for

21   kids, so...

22       Q    And I think you partially answered this, but at

23   the time you wrote this e-mail, did you have concerns

24   about the LEAs providing quality FBA and BIPs in place

25   prior to a GNETS referral?



1      A    Yeah, so they were providing some of those.

2  Occasionally I would get a referral where that hadn't --

3  that step hadn't been done, but this guidance was helpful

4  in terms of -- as well as the training, in helping

5  getting that situation shored up.

6      Q    And do you currently have any concerns about

7  the quality of FBAs and BIPs in place prior to a GNETS

8  referral?

9      A    Generally -- generally they -- they are pretty

10 good.  Just on occasion I might -- and it comes through

11 more when they think a kid's in crisis, I might get one

12 that's a little less.  It wouldn't be the highest quality

13 FBA and those kind of things, but most of the time I can

14 push that back to the director and ask for additional

15 data and they will get that shored up, so...

16     Q    And how would, if at all, does NorthStar assess

17 whether or not a BIP is being implemented for a student

18 who is referred to GNETS?

19     A    So that usually happens in coordination between

20 me and the special education staff.  So one of the things

21 I request they do is to -- before talking to me, is that

22 they've been in the classroom and monitoring, you know,

23 if the BIPs been implemented.  And if they feel like

24 there's been quality implementation of those

25 evidence-based practices for that particular student,



1    then I will come in, do an observation, again, check to

2    make sure those things are in place, but it's done

3    primarily through observation.

4         Q    And you said when you work with special

5    education staff, is that special education staff at the

6    LEA?

7         A    Correct.  So it's usually the special education

8    director, or sometimes they have kind of coordinator-type

9    people that work with them that can provide that.  Some

10   of them even have the behavior specialist who can go in

11   and do that kind of work as well.

12        Q    Do you see where you wrote, "The State DOE has

13   also been emphasizing the continuum of services and that

14   GNETS must have the most intensive services.  Therefore,

15   it is no longer an option for us not to provide

16   therapeutic services to balance the budget"?

17        A    Correct.

18        Q    Had you in the past not provided therapeutic

19   services at NorthStar in order to balance the budget?

20        A    So that was the situation where I spoke of

21   where for a year or two I had to cut all my therapeutic

22   staff to balance my budget.

23        Q    What years were those?

24        A    So that would have been right when I first came

25   in, so probably '14, '15, I'm assuming, somewhere in



1  there.

2       Q   And have you ever, since that time period, had

3  to cut any therapeutic services due to budget?

4       A   No.  Kind of after we initiated -- and I guess

5  it could have been up to this point -- the new budget

6  process we were able to restore those positions.

7       Q   And this e-mail was in 2017?

8       A   Yeah.

9       Q   So it is -- did you just say it was possible

10 that the effect on therapeutic services due to the budget

11 could have been continuing until 2017?

12      A   Obviously, because this was the year I was

13 proposing the new budget formula.  So -- and again, the

14 first year, I don't think I eliminated all the staff.  It

15 was the second year I had to go in and to balance the

16 budget and take all the therapeutic staff out.

17      Q   So how many years would you say there was a

18 limiting but not removal of therapeutic staff?

19      A   It was at least a couple of years.

20      Q   And then in addition there were years where the

21 therapeutic staff was eliminated?

22      A   So repeat your question again, because I want

23 to make sure I answered you correctly.

24      Q   Sure.  So you said that -- it sounded to me

25 like you were saying that there was, you know, a drop-off



1  point that, you know, the --

2       A    Correct.

3       Q    -- staff was decreasing, and then there was the

4  period of time where you were without the therapeutic

5  staff?

6       A    Correct.

7       Q    So I'm trying to get a sense of how many years

8  covered the time frame when they were -- when the

9  therapeutic staff was decreasing and how many years

10 covered the period during which there was no therapeutic

11 staff.

12      A    So at least a two-year period where we had --

13 we were just trying to use outside therapeutic services,

14 and we had to eliminate all of our staff.

15      Q    Okay.  And how -- so does that two-year time

16 frame encompass both the decreasing staff and the no

17 staff?

18      A    No.  There was probably a year prior to that

19 where, you know, I had a couple of people resign, and I

20 didn't fill positions and that kind of situation.

21      Q    Thank you.

22           Do you see where you wrote, "We must meet the

23 State requirements for therapeutic staff"?

24      A    Uh-huh.

25      Q    What are the State's requirements for



1   therapeutic staff?

2        A    So again, there's ratios that are provided

3   from -- from the State so many social workers per number

4   of kids, so many psychologists per number of kids, those

5   kind of things.

6        Q    So previously when we discussed that, we

7   discussed it in terms of guidance.

8        A    Uh-huh.

9        Q    Is it guidance or a requirement?

10       A    At this point -- and again, this was all being

11  kind of -- we were running this alongside the -- the new

12  GNETS rule, but from the basic idea that kids with the

13  most restrictive level of services needed to have

14  consistent therapeutic services.  The -- the guidance

15  helped give us guidelines in terms of how many of those

16  types of positions we should have program-wide.

17            One of our struggles, because we're a large

18  region and because our staff is all spread out, sometimes

19  it takes even a little bit higher level of therapeutic

20  staffing beyond even what the GNETS, you know, guidance

21  is or the GaDOE guidance is on the issue to have adequate

22  supports in all our different areas, too.  So it came

23  down to two discussions around, you know, if we're gonna

24  provide group counseling and individual counseling at

25  these frequencies, this is the level of staffing that



```
 1  we're gonna require.
 2       Q    Do you see where you wrote, "Even when we meet
 3  the overall State requirements, this sometimes leaves
 4  regions short staffed.  For example, in our Blue Ridge
 5  program, the only support is provided by the regional
 6  director"?
 7       A    Correct.
 8       Q    What did you mean by "this sometimes leaves
 9  regions short staffed"?
10       A    Exactly what I was just kind of referring to,
11  that even though in that location I only serve 20 kiddos
12  on most years, and at 20 kids I would never earn a social
13  worker; I would never earn a psychologist, that they
14  still need those services.
15       Q    Right.
16       A    So even if we're technically going by the
17  guidance, we still needed more than that, and that, you
18  know, we needed locals to kind of step up to help provide
19  those services.
20       Q    And just for the record, which is the Blue
21  Ridge program?
22       A    Fannin County.
23       Q    Fannin?
24       A    Yeah.
25       Q    And what did you mean by -- what did you mean
```



1  when you said that the Blue Ridge program is only

2  supported by the regional director?

3      A    So at that particular point I was the -- we had

4  teachers and para pros in the classroom, and I was

5  providing all the other supports.

6      Q    Are you familiar with PBIS?

7      A    I am.

8      Q    What does PBIS stand for?

9      A    Positive Behavior Interventions and Supports.

10     Q    And does NorthStar use the PBIS framework?

11     A    We do in our centers, and then at our Fannin

12  school sites we kind of tag on to their school-based

13  initiatives.

14     Q    At -- so at the NorthStar school-based

15  locations you use whatever PBIS system is in place at

16  those schools?

17     A    Correct.  We usually add some extra features in

18  just for intensity purposes for our sake.  But in terms

19  of their values and those kind of things so our kids feel

20  part of the school, we use, you know, Rebel bucks or

21  whatever they are using for their --

22         THE REPORTER:  Use what?

23         THE WITNESS:  -- their tokens.

24         A Rebel buck or the Rebels is their mascot,

25  so...



1      Q    BY MS. CHEVRIER:  And are NorthStar students at

2   the Fannin locations able to participate in things like

3   pep -- PBIS pep rallies?

4      A    I don't know of any of my schools that are

5   doing PBIS pep rallies.

6      Q    Okay.

7      A    Some of them have monthly activities, and our

8   students do participate in those.

9      Q    And when the students participate in monthly

10  PBIS activities, are they able to participate with gen ed

11  nondisabled peers?

12     A    Uh-huh.

13     Q    Sorry, is that yes?

14     A    Yes.  Sorry.

15     Q    Was NorthStar required to adopt PBIS -- the

16  PBIS framework?

17     A    No.  Well, it was encouraged.

18     Q    Encouraged by who?

19     A    Just in general, the State had an initiative to

20  try to expand the use of positive behavior and

21  intervention supports across the state, and so certainly

22  they wanted us, you know, to be included in that as

23  special, and we had counties participating and...

24     Q    And by "State" you mean GaDOE?

25     A    Yes.



1    Q   And what, if any, support did you receive from
2    GaDOE regarding PBIS?
3    A   So as I indicated before, we have
4    representatives, both through the RESA, as well as people
5    like Sandy DeMuth and folks from that department who
6    provide, you know, training or support in terms of
7    keeping us updated on if there are trainings going on,
8    any resources the State has in regards to that, and like
9    they train our district coordinators and those kinds of
10   things.
11   Q   Do you know what Sandy DeMuth's title is?
12   A   No.
13   Q   Is it your understanding she works with GNETS
14   programs?
15   A   Yes, she has traditionally.
16   Q   Do you have to submit any PBIS information to
17   GaDOE in addition to the grant application we're
18   reviewing?
19   A   Yeah.  There's a process statewide for
20   reporting kind of assessment information and kind of
21   program fidelity.
22   Q   And that's submitted to GaDOE?
23   A   Uh-huh.
24   Q   And is that reporting required by GaDOE?
25   A   No.  It's essentially the State comes out with



1  a list of programs and where they are at, and if you want

2  to be on the list, you can submit the form.

3       Q   How long has PBIS been in place at NorthStar?

4       A   Since I have been here.

5       Q   So the introduction of PBIS at NorthStar

6  occurred before you were director?

7       A   Yeah.  I think they went through the team

8  training maybe a year or two before I became director.

9       Q   Do you know at what level of implementation

10  NorthStar is at?

11      A   We -- we tend to be in the first or second

12  category.

13      Q   And by -- those categories are installing,

14  emerging, operational, and distinguished?

15      A   Right.

16      Q   So it's correct that NorthStar is typically an

17  installing or emerging?

18      A   Correct.

19      Q   And what tiers of services do you currently

20  provide at NorthStar?

21      A   So Tier I, obviously in terms of PBIS you are

22  talking?  Yes, all the Tier I services.  We do a lot of

23  the Tier II kinds of interventions for sure because all

24  of our classrooms maintain the classroom

25  motivational-level types of interventions, but I'd say



1    primary Tier I and Tier II.

2         Q    And are you familiar with MTSS?

3         A    Broadly.

4         Q    What is MTSS?

5         A    So it's the process used by the local schools

6    for when students are struggling using a database process

7    for determining installation of increasingly intensive

8    services to help support that student's needs.

9         Q    And do you know what MTSS stands for?

10        A    Multi-tiered service system or something in

11   that regard.

12        Q    How, if at all, is MTSS connected with PBIS?

13        A    So oftentimes in the counties it's similar

14   people who are kind of coordinating those two services.

15   They both maintain kind of a tiered approach to services,

16   so to speak.  I don't know that they are directly, you

17   know, always tied together.  Obviously, for us we are at

18   the end of the MTSS services, but we still operate a PBIS

19   kind of program.  So they kind of operate alongside and

20   supportive.  MTSS, I would say, is a little bit broader

21   in terms of it's going to be academic supports as well as

22   behavioral.

23        Q    What training has NorthStar staff received on

24   PBIS?

25        A    So, again, the team went through the team



1   training.  We do refreshers every year with our staff.

2        Q   And who provided the team's training?

3        A   It was done by the State.

4        Q   Who from GaDOE provided that training?

5        A   That was before I was here, so I couldn't

6   answer that.

7        Q   And you said that you do updated training each

8   year?

9        A   Uh-huh.

10       Q   Who provides that?

11       A   I do.

12       Q   And do you use any data systems to monitor

13  student behavior trends?

14       A   We do.

15       Q   Do you use SWIS?

16       A   At a couple of my sites we do.

17       Q   What do you use if you are not using SWIS?

18       A   So we just have a -- an incident report

19  reporting system that we use at my other sites.

20  Sometimes that's tied in through the student information

21  system.  Sometimes that's just a database we keep

22  internally.

23       Q   And what is SWIS?

24       A   So SWIS is a product produced by the PBIS

25  individuals.  I believe Segai (phonetic) and his crew



1   developed that out in Oregon.  It's basically just a

2   discipline tracking database.

3       Q    And which locations at NorthStar use SWIS?

4       A    Dalton probably uses it most consistently,

5   Dalton and Pickens.

6       Q    And did NorthStar ever stop using SWIS?

7       A    No.

8       Q    And how does the PBIS framework rely on data

9   collection and monitoring?

10      A    So we have monthly team meetings where we look

11  at students who are having office discipline

12  referral-type issues, and we use that to look at

13  school-wide types of issues in terms of if we have a lot

14  of kids who are having behaviors during transitions or on

15  entry into school or during, you know, nonstructured

16  lunchtimes or those kind of things, you know, we evaluate

17  what strategies we can put into place to help decrease

18  those issues based on trends and when we are seeing

19  behaviors happen.

20          MS. CHEVRIER:  I'd like to ask the court

21  reporter to -- to mark this as Exhibit 858.

22          (Plaintiff's Exhibit 858 was marked for

23  identification.)

24      Q    MS. CHEVRIER:  This is Bates stamped

25  GA02996440.  This is an e-mail from you, Dr. Neal --



1          A    Uh-huh.

2          Q    -- to Sandra DeMuth dated September 9th, 2015,

3    correct?

4          A    Yes.

5          Q    And you wrote that you were "trying to get back

6    to using SWIS and you were on the list as a facilitator.

7    Can you help get us started again.  I will have one staff

8    doing data entry for the whole program, so he will need 3

9    hour class again."

10         A    Uh-huh.

11         Q    What did you mean that you wrote you were

12   trying to get back to using SWIS?

13         A    So I had had a -- the staff who was doing data

14   entry prior to that was no longer on board, so this is

15   the beginning of the year.  I was trying to get a new

16   staff trained to provide that service.  So we were

17   continuing to collect the data; we just had not dumped it

18   into the SWIS system, and so I needed somebody trained to

19   be able to do that.

20         Q    And is it correct that the SWIS system helps

21   you see all the different data so that you are able to

22   make, you know, assessments about a particular student's

23   need?

24         A    Yes.  So it helps us look individually at

25   students but also, like I said, at program-wide variables



 1  in terms of time such as time of day it's happening,

 2  location where it's happening, sometimes the preceding

 3  incidents.

 4      Q   Are you able to look at other data such as

 5  attendance?

 6      A   Uh-huh.  Yes.

 7      Q   And do you look at that through the SWIS

 8  program or elsewhere?

 9      A   Typically that's done through the student

10  information systems.

11      Q   Okay.  And have you always had access to the

12  student information systems?

13      A   Not always.  So sometimes -- and when I first

14  got here, it was an internal process, and then we would

15  communicate to the counties, but increasingly we have

16  been trying to tie into just reporting to the counties

17  directly to make things more efficient.

18      Q   Let's refer back again to Exhibit 848, the FY

19  2022 grant application.  And again, this is temporary

20  Bates stamp number NORTHSTAR_TEMP_000046, although that

21  is not located on this document, and let's turn to page

22  11.  We're looking for where it says "Service Delivery -

23  Behavior and Support Therapeutic Services."

24      A   Gotcha.

25      Q   Below there are a list of services based on



JACQUELINE NEAL, PH.D.                                    January 19, 2023
UNITED STATES vs STATE OF GEORGIA                                      232

1   tiers, correct?

2        A    Yes.

3        Q    What is meant by "tier" in this context?

4        A    So kind of as I mentioned earlier, we -- in

5   terms of therapeutic services and based on, number one,

6   the particular characteristics of a student.  So, for

7   instance, if I have a student who is nonverbal, they are

8   probably not going to benefit from talk therapy, so that

9   might influence the -- you know, whether their -- how

10  often they are getting counseling or those kinds of

11  issues, or if they have outside therapists.

12         So we -- our clinical team kind of puts kids in

13  tiers in terms of the students requiring the most support

14  and maybe who, because of recommendations from the

15  parents and the other members of the IEP team, think

16  maybe they need a higher level of like maybe, like,

17  weekly counseling as opposed to maybe a couple of times a

18  month we create tiers to kind of put kids in categories

19  to help us kind of schedule those activities.

20       Q    On the same page, it says, "Tier I - All

21  Students Tier I supports and services are provided daily

22  for 100 percent of students," correct?

23       A    Correct.

24       Q    What does that mean?

25       A    So Tier I supports are just things we do every



1    day for every student.  So PBIS would be one of those

2    things.  It's a school-wide program.  It's used with all

3    students.

4            Social skill instruction would be another

5    example of something we do every day with all of our

6    students, so those are things that just happen with every

7    kid.

8        Q   It then says that the number of students in

9    Tier I is 67, correct?

10       A   Yes.

11       Q   And then it says that the percentage of

12   students in Tier I is 66?

13       A   Right.

14       Q   And are these numbers and percentages accurate?

15       A   I assume.

16       Q   And are these numbers similar for the current

17   school year?

18       A   I mean, I would -- I would actually have to

19   figure that, but I'm assuming it doesn't change very much

20   year to year.

21       Q   And then there is space where the supports and

22   services available under Tier I --

23       A   Uh-huh.

24       Q   -- are located, correct?

25       A   Yes.



1      Q    Are all of these services provided to every
2   student who receives Tier I services?
3      A    Yes.
4      Q    And so every student who attends NorthStar
5   receives these services?
6      A    Yes.
7      Q    And I just want to go back.  So it says that
8   the number of students in Tier I is 67, and that 100
9   percent of students receive Tier I, but then it says
10   percentage is 66?
11      A    Right.  I think what I was trying to
12   communicate with those numbers -- and I might have been
13   unclear in terms of how I reported it -- but out of --
14   I'm just going to say we serve around 100 students a
15   year, probably 67 of them were Tier I only.
16      Q    Gotcha.
17      A    If that makes sense.
18      Q    Gotcha.  So all students receive Tier I, but
19   this is showing the students that only received Tier I?
20      A    Correct.  Correct.
21      Q    Let's go through the different services that
22   are provided for Tier I students.  What is meant by FBA
23   assessment and BIP review?
24      A    So again, we collect FBA data all the time on
25   our kids, so at any point in time we can pull that data



1  and look at function, antecedents, consequences, and are
2  the -- you know, are we meeting the functional needs of
3  students with that data?  So because we're collecting
4  that data all the time, every one of our students gets
5  that.
6      Q   And is a new FBA completed whenever a student
7  first enrolls at NorthStar?
8      A   We typically do 45 -- our process generally is
9  to do about 45 days of observation and then go back to
10 the BIP, behavior intervention plan, that we inherited
11 from the referring school district, and then look at in
12 terms of what we think we need to keep from that plan,
13 what we need to tweak, what can be added in to help
14 increase the efficacy of the plan.
15     Q   So I heard you when you said it, it was a
16 45-day process.  Is that day 1 to 45 when a student
17 arrives?
18     A   Yeah, and it's general.  You know, we try to --
19 on all of our kids we try to have a meeting about that
20 far out.  It can be variable if the parent requests it
21 earlier, later, but generally we like to have a good
22 amount of data before we get back together.  We are also
23 doing some other assessments during that time.  And so
24 it's just a time to get back together once we know the
25 student and kind of say, here's what we are seeing now



1   that they are with us, and here's what our
2   recommendations would be.
3       Q   And who -- and I get a sense from your answer
4   that it might be a number of people, but who conducts the
5   FBAs?
6       A   So the teachers collect the FBA data and do the
7   analyses.
8       Q   Okay.  And is --
9       A   (Inaudible.)
10      Q   Sorry, go ahead.
11      A   And in addition, they coordinate with the
12  clinical staff on the clinical compotion (sic) -- any
13  clinical components of the plan.
14      Q   Is a new BIP or when a student enrolls at
15  NorthStar, is that what happens after the 45-day FBA?
16      A   Typically.  Occasionally in the actual referral
17  meeting there may be -- I guess that's more changes to
18  the IEP typically.  Typically we have to, you know, have
19  some data and look at that before we make any
20  adjustments.
21      Q   And are the BIPs always based on an FBA?
22      A   Yes.
23      Q   And who drafts the new BIP?
24      A   So classroom staff in coordination with the
25  clinical team.



1    Q    And who is responsible for implementing the

2    BIP?

3    A    All staff.

4    Q    And what events lead to the creation of a new

5    BIP outside of new enrollment?

6    A    Annually we always go back and redo the

7    behavior intervention plan annually.  If a student is

8    having significant number of behavioral issues, we will

9    do a behavioral review and adjust the BIP at that point

10   as well.

11   Q    Another service listed under Tier I is skill

12   instruction.

13   A    Uh-huh.

14   Q    Correct?

15   A    Correct.

16   Q    It then lists in parentheses "(social skills,

17   emotional regulation (dialectical behavior therapy/zones

18   of regulation, mindfulness, 4 pillars of healthy

19   living)."

20   A    Correct.

21   Q    What is meant by "skill instruction"?

22   A    So generally that's -- it could be academic

23   readiness skills, but generally it's social skill

24   instruction, so how we get along with others.  Like I

25   said, it could be things like how we stay on task, how we



1    organize our books and materials, how we work in a group.

2    So some of those are what we call pre-academic skills.

3    But generally it's to, just how do we accept feedback?

4    How do we follow directions?  How do we disagree

5    appropriately when we have a disagreement?  Those kinds

6    of things.

7         Q    And who teaches that?

8         A    Our teachers and our clinical staff, both.

9         Q    And how is emotional regulation taught?

10        A    So that is one of the frequent topics in our

11   group therapy sessions with our clinical staff.  Teachers

12   also push in and teach those skills as well, and I will

13   do a lot of the coaching to make sure every student has

14   strategies that they know they can use when they are

15   starting to have emotions that are becoming overwhelming.

16        So, you know, certainly the team works on that.

17   Coordinators could be teaching those skills.  Registered

18   behavior technicians could be teaching those skills, so

19   pretty much the whole team, but the teachers do the

20   direct instruction, if that makes sense, and the clinical

21   staff in a group setting sometimes.

22        Q    What is dialectical behavior therapy?

23        A    So dialectical behavior therapy is an emotional

24   regulation program.  A lot of our outside agencies use

25   those strategies as well.  It's also a program that's



1   extremely -- so it's got some behavior modification

2   elements, but it also teaches things like mindfulness.

3   It has some social skill instruction components as well,

4   but it teaches things like emotional regulation and

5   distress tolerance.

6        Q    And does each NorthStar location provide DBT?

7        A    Our clinical staff are all trained in DBT.

8        Q    Sorry, when I say "DBT," you understand I mean

9   dialectical --

10       A    Yes.

11       Q    -- behavior therapy?

12       A    Yes.

13       Q    I did that one to myself.

14            What qualifications or certifications do those

15   individuals have to provide DBT?

16       A    So they go through a training with Marsha

17   Linehan's organization, that she's a person who developed

18   dialectical behavior therapy.

19       Q    And do they have to have any like preexisting

20   qualifications or certifications or degrees in order to

21   take that certification program?

22       A    Typically, as long as they are a social worker

23   or a licensed professional counselor, they can just take

24   the course.

25       Q    How frequently is DBT provided?



1    A    So the way we use dialectical behavior therapy

2    is we teach the strategies, the skill-based portions of

3    that, that program.  It's a much more -- the broader DBT

4    model is a much broader kind of thing.  But again, if our

5    kids are receiving DBT in outpatient services, then we

6    use it to coach the strategies for emotional regulation

7    that are taught within and for distress tolerance that

8    are taught within that program.

9    Q    What is zones of regulation?

10    A    So zones of regulation is another program that

11    teaches kids when they are having a dysregulating

12    emotion, what are some strategies you can use to get

13    yourself back on track.  It's meant for younger kids,

14    generally.  So again, dialectical behavior therapy is a

15    program that was normed on adults and has been adapted

16    down to the adolescent level, but it's a little advanced

17    for some of our younger population.

18         So zones of regulation is much more set up.

19    So, for instance, instead of kids saying, I'm having a

20    particular emotion, they can just tell you they are red

21    instead of green.  It gives them another way to

22    communicate what they are feeling.  And then we can say,

23    well, if you are on red, what can we do to help you get

24    to green?

25         So it just gives them a different language.



1    It's a little more kid-friendly to help them communicate
2    when they are feeling dysregulated and get in a
3    conversation about strategies we can use to get back to a
4    better place.
5         Q   Does -- does every NorthStar location provide
6    zones of regulation?
7         A   I don't believe so.
8         Q   Okay.
9         A   Or let me correct.  All of my locations are
10   trained.  I was thinking GNETS in general, sorry.  All of
11   my -- some of my counties are a little more assertive
12   with using it within their LEAs, so I would say, you
13   know, we use it a little more heavily with kids who
14   that's part of milieu of their, you know, referring
15   school and those kinds of things, but a lot of my -- I
16   would say all of my sites use it at some level.
17        Q   And who provides those zones of regulation
18   curriculum at each location?
19        A   I have traditionally.
20        Q   And how frequently is it provided?
21        A   So it's -- a lot of my classrooms use it almost
22   as a check-in throughout the day.  So kids will report,
23   hey, this is what color I am on, you know, and we can
24   talk about where they are at and that kind of thing, as
25   well as spontaneously.  So that's the most common way



1   it's used throughout the program.  And then certainly if

2   kids are showing signs that they are dysregulated, we can

3   use that language with them.

4         But it's kind of used almost as a, you know,

5   check-in in the morning, where are you at?  How are you

6   doing?  End of day, where are you at?  How are you doing?

7   And then we can communicate with families if, you know,

8   kids are expressing any stress or help them get regulated

9   before we get them on the bus.

10      Q   What is meant by mindfulness in the context of

11  this list?

12      A   So again, within dialectical behavior therapy

13  and in general and in a number of mental health circles

14  now, there has been a lot of focus on helping kids

15  develop strategies.  A lot of our kids tend to have a lot

16  of regret about the past, a lot of worries about the

17  future, and so that often feeds a lot of the anxiety, and

18  so mindfulness strategies teach kids to kind of stay in

19  the moment, use some strategies like deep breathing,

20  paying attention to their body signs and those kind of

21  things to -- and to kind of clear distressing thoughts

22  from their mind.

23        And so that's a strategy we have been orienting

24  our kids to.  We have used a couple of different programs

25  to do that.  Like I said, with the adolescent population,



1  we can use some of the dialectical behavior therapy

2  material.  The Goldie Hawn Foundation a few years ago

3  released a very kid-friendly version that uses really

4  concrete kind of activities to teach kids that concept.

5          So -- so we -- and then we also have contracted

6  with another individual who's doing some of those

7  activities through videos with our kiddos this year.  So

8  we do that in a number of different ways trying to hit

9  the different developmental levels of our different kids

10  to help teach that concept.

11     Q    And what qualifications or certifications do

12  the individuals have to teach mindfulness?

13     A    So again, our clinical staff would be their

14  clinical certifications.  With the Goldie Hawn

15  curriculum, it was developed for teachers, so our

16  teachers, as well as our clinical staff, will use some of

17  those activities just because they are really good.  And

18  then the person who is doing the virtual -- I'm

19  forgetting what her actual certification title is, but

20  she's done some yoga-type training and those kind of

21  things, as well as some extra training in terms of

22  mindfulness in particular, so...

23     Q    And how frequently is mindfulness provided?

24     A    It really depends on the classroom and -- and

25  the kiddos.  So we try to practice those strategies



1    fairly regularly, so teachers may just take a break and

2    take a minute or two and do a mindfulness activity with

3    their students, especially if we are going from a

4    high-activity situation to something where kids need to

5    focus more coming in from recess, getting ready for

6    class, those kinds of things.

7            So we try to take those moments throughout the

8    day, as well as it might be a coaching thing for an

9    individual kid who has become dysregulated.  So if we

10   pre-taught some strategies, that might be cued or

11   prompted or the staff might do it with a kid at a certain

12   time when they are feeling dysregulated.  So it -- it

13   varies a little bit with each kid and kind of what's

14   going on with them.

15       Q   What is meant by four pillars of healthy

16   living?

17       A   So that's part of our curriculum that we have

18   added in more recently.  One of the things we find with

19   our kids is they don't eat well, they don't sleep well,

20   they don't exercise, and they don't do a lot of stuff to

21   kind of relax and have healthy ways to kind of

22   de-escalate some of those emotions.

23           And so that material kind of focuses on some of

24   the basics with that kind of thing.  The importance of

25   getting a good night's sleep, the importance of trying to



1  do physical things every day, all those things contribute

2  to mental health, so it's some curriculum activities we

3  use around those kinds of concepts.

4      Q   And who provides that curriculum at NorthStar?

5      A   We structured -- The Four Pillar Framework was

6  developed by a gentleman named Dr. Chatterjee.  So we've

7  used his book with our clinical staff to kind of

8  familiarize them with his approach.  We like it because

9  it's just very simple.  You've got to move.  You've got

10  to relax.  You've got to eat.  You know, that kind of

11  thing.  So he uses nice language.  And it's all stuff

12  that can be done without a lot of money, you know, some

13  very practical strategies that kids can implement.  And

14  so we've used that as a framework to kind of structure

15  some of that discussion.

16      Q   And who at NorthStar implements that structure?

17      A   The clinical staff.

18          (Court reporter clarification.)

19      Q   BY MS. CHEVRIER:  Next in the list of PBIS --

20  sorry, next in the list, PBIS school-wide support is

21  listed, correct?

22      A   Uh-huh.  Yes.

23      Q   Is it accurate to say that everything included

24  in this list is part of that framework?

25      A   Yeah.



1        Q    Was anything additional meant by including PBIS
2    in this list?
3        A    I guess just in terms of it's kind of its
4    separate own program that focuses, you know, more on
5    teaching the values, having the reinforcement systems
6    that's used school-wide.  So from a -- it's more of
7    this -- I think of it more as a school-wide kind of
8    option, but I can see where you could encompass some of
9    the others within it.
10       Q    What is classroom motivation systems?
11       A    So that could be Tier II classroom behavior
12   supports, but it's just the individual incentive systems
13   that each teacher has to motivate positive behavioral
14   choices and reinforce replacement skills.
15       Q    And who provides the classroom motivation
16   systems?
17       A    So the teachers develop those systems.
18       Q    And are those systems always in place?  Is that
19   the goal?
20       A    Yes.
21       Q    What is meant by, "Group two times a month
22   focusing on emotional regulation, healthy living, and
23   trauma support"?
24       A    So all our Tier I kids get group interventions
25   where the clinical staff come into the classroom and



1  we'll do activities around, you know, emotional

2  regulation, healthy living and the trauma issues we

3  talked about earlier.

4      Q    Who -- is this provided at every NorthStar

5  location?

6      A    Yes.

7      Q    And what is meant by "therapeutic crisis

8  de-escalation"?

9      A    So that's just anytime a student becomes

10  dysregulated and needs some assistance in coaching and

11  prompting to get themselves back into control.

12      Q    And is this provided at every NorthStar

13  location?

14      A    Yes, it is.

15      Q    And how is therapeutic crisis de-escalation

16  taught to your staff?

17      A    We do training every year.

18      Q    Who provides that training?

19      A    I do.

20      Q    And how frequently is therapeutic crisis

21  de-escalation provided?

22      A    I would say -- and again, it depends on the

23  student.  Some don't need it very often.  Some need it

24  daily or multiple times a day, so it varies greatly.

25      Q    What is meant by "classroom-based restorative



1  circles"?

2      A    So that's a newer intervention that we've

3  started using over the last couple of years.  There's

4  been more and more restrictions on use in discipline or

5  traditional discipline, I should say, with kids.  We've

6  started to explore restorative options, which basically

7  asks kids to -- so when a situation has happened and

8  relationships have been damaged, it asks them to kind of

9  begin to think about -- it gives -- so circles in

10  particular, it gives a framework for pulling kids

11  together, so, and it gives kind of some rules and

12  structures for how we can talk to each other about how

13  our behaviors have impacted other people within the --

14  the group.  And then there is a plan that can kind of get

15  developed in terms of what can we do to go back and

16  repair relationships.

17      Q    And is this provided at all NorthStar

18  locations?

19      A    It is a newer initiative, so all of my staff

20  has had exposure to the concept.  I do have some that are

21  a little bit more consistent with the use of it.  For

22  sure, it's strongest in my Pickens County location

23  because I have a -- a strong coordinator there who's very

24  motivated and -- and does a great job prompting and

25  cueing and structuring up some of that with her staff and



1  modeling that.  So it's -- it's most strongly being

2  implemented there.

3      Q   And who taught the classroom-based restorative

4  circles model to your staff?

5      A   So we did -- I've had formal training, as well

6  as some of my past coordinators who kind of started that

7  initiative.  We also have done some book studies around

8  the issues, and so a lot of our implementation has come

9  out of things like the book studies and those kind of

10 things where we've, you know, discussed different aspects

11 of that approach, and specifically around the circles in

12 general, how to facilitate those given examples of models

13 and what that can look and sound like and those kinds of

14 things, so...

15     Q   And is it your teachers that facilitate the

16 classroom-based restorative circles?

17     A   They certainly can independently do that.

18 Oftentimes a coordinator may pull in and help with that

19 process as well, but some classrooms do it independently.

20     Q   Let's look at the bottom of page 11 where it

21 says, "Tier II - small groups of students."

22     A   Okay.

23     Q   The number of students listed as receiving Tier

24 II services is 23, correct?

25     A   Yeah.



1      Q    And the percentage of students in Tier II is 23
2    percent, correct?
3      A    Yeah.
4      Q    And are these numbers similar for the school
5    year as well?
6      A    I assume they'd be fairly consistent.
7      Q    Let's turn the page, and let's look at the
8    services that are listed on the top.
9      A    Okay.
10     Q    Do all students who are in Tier II receive each
11   of these services?
12     A    Not every service for every student.
13     Q    How is it determined what services a student
14   will use?
15     A    So it's just individualized based on, you know,
16   the needs of the individual student.
17     Q    What is Life Space Crisis Intervention Insight
18   Interviewing?
19     A    So we train our staff.  There is two parts to
20   the Life Space Crisis Intervention program.  One is more
21   of a de-escalation component that all of my staff get
22   trained in.  The second component is more of a clinical
23   interview, so to speak.  So it tends to be my more
24   veteran staff who are trained in that aspect of the
25   program and my clinical staff.



1          So it can be a longer type of intervention.

2    There's a pretty long dialogue that we have with kids,

3    and there's six different types of interviews that you do

4    with the kid depending on the issues that are being

5    presented and the type of situation to help a student

6    build insight into their behaviors and why they are

7    engaging in those behaviors.  And it usually has a skill

8    component, too, that we come back to in terms of what we

9    can do to get our needs met in a more effective way.

10         Q    Is Life Space Crisis Intervention Insight

11    Interviewing provided at all NorthStar locations?

12         A    Traditionally, yes.  I've got one brand-new

13    clinical team member that's not yet trained in that, so

14    it's probably not happening as consistently in my Fannin

15    County region just because I've got a new staff that's

16    going through training.

17         Q    And who facilitates the Life Space Crisis

18    Intervention Insight Interviewing?

19         A    So it could be clinical staff most often.  It

20    could be my coordinators, or like I said, my very veteran

21    staff.  So a lot of my RBTs have Life Space Crisis

22    Intervention training.  I do have some veteran teachers

23    who have that kind of training.  So it could be a number

24    of different staff.

25         Q    And just to confirm, it says that the number of



1    students in Tier II on the previous page is 23.

2         A    Uh-huh.

3         Q    And so that's the number of students only

4    receiving Tier II services?

5         A    Yeah.  I would have to look at my total number

6    of students for this year, but...  Sometimes, yeah, I

7    would assume so, just looking at numbers.

8         Q    And would these students be receiving Tier II

9    and Tier I?

10        A    Yes.  Like all students are getting Tier I,

11   right.

12        Q    So it's 23 students receive Tier I and Tier II?

13        A    Correct.

14        Q    What is check-in and check-out?

15        A    So that's globally just making sure every kid

16   -- or that kids at this level have a person they can

17   check in and check out with, talk about their day, check

18   in in the morning if they are carrying issues from home

19   or other things, just to help them settle and talk

20   through things so they don't have to use their behavior

21   to get somebody's attention, that that's provided just

22   automatically.  They get a time to be with a person they

23   have a good relationship with and either drain off or,

24   you know, talk through anything that's been going on.

25        Q    And who are those people?  Who facilitate the



 1  check-in and check-out?

 2      A   So it depends.  It's usually based on who the

 3  student has a relationship with and affinity towards.

 4      Q   And what qualifications or certifications do

 5  those individuals have?

 6      A   So in general, it's just some internal training

 7  that we do.  We do receive some support from our GLRS in

 8  terms of check-in and check-out training.

 9      Q   What is one-to-one intensive instruction?

10      A   So that's just, you know, when we pull a

11  student one-to-one.  So what it sounds like, one-to-one

12  instruction with a student to review different skills,

13  and those replacing skills specifically they can be using

14  in certain situations to help be more successful.

15          So when we do general social skill instruction

16  in the classroom, sometimes we're choosing skills that a

17  lot of the kids are having difficulty with, but for

18  particular kids they may have individual skills that they

19  need more focus, or we may need to use scenarios that are

20  more specific to the individual student.  So it's just a

21  little more individualized and intensive because it's

22  just full attention on them.

23      Q   Who provides one-to-one intensive skill

24  instruction?

25      A   Again, it could be -- it could be the teacher;



1    it could be registered behavior technicians; it could be

2    clinical staff.

3              THE REPORTER:  It could be what?

4              THE WITNESS:  It could be teachers.  It could

5    be registered behavior technicians, or it could be

6    clinical staff coordinators.  Anyone can do that

7    instruction.

8        Q    BY MS. CHEVRIER:  And how frequently is

9    one-to-one intensive skill instruction provided?

10       A    Again, it's based on each individual student

11   and what's required.

12       Q    What is meant by "treatment team behavioral

13   review"?

14       A    So we have a process that we use if we have a

15   student who is having a lot of behavioral issues just to

16   get more perspectives into looking at the issue, more

17   ideas flowing on the table, that we'll bring together all

18   of the individuals who are interacting with that -- that

19   student on a consistent basis.  So typically that's the

20   classroom team members.  It's any of the support staff

21   who have been pushing in to work with that staff,

22   including clinical staff, registered behavior

23   technicians, coordinators.  It occasionally could even be

24   outside folks.  You know, we've pulled LEAs in on some of

25   those discussions.  We've pulled parents in on some of



 1  those discussions.  And we go through, and we look at the

 2  data.  We talk about what we are doing that's working.

 3  We try to come up with two to three new things that we

 4  could do that could possibly help to get a change in

 5  behavior, and then, you know, we implement those changes

 6  after that meeting.

 7      Q    And who participates in those treatment team

 8  behavioral reviews?

 9      A    So as I indicated, it's almost always the

10  teaching team, the coordinator or myself.  At -- like at

11  my Fannin site, our clinical staff, any support staff

12  that are routinely interacting with that student such as

13  a para pro or a registered behavioral technician would be

14  in that meeting, and it could be additional people like

15  LEAs or parents.

16      Q    And how frequently do these treatment team

17  behavioral reviews occur?

18      A    Any teacher can call a treatment team at any

19  time.  Sometimes that comes out of the PBIS data review.

20  If we see one particular student is having a number of

21  discipline referrals over the month, the PBIS team will

22  recommend that student for a treatment team review.

23           So I'd say most of our center-based sites where

24  I have most of my larger numbers of students will do five

25  or ten of those a year.  At my smaller sites, you know --



 1  you know, it's probably five a year or those kinds of

 2  things.

 3         So it just depends on -- and sometimes we do

 4  them more often if we've got a student, you know, who is

 5  really having a lot of behavioral issues.  So it really

 6  depends on the student and what's needed.

 7     Q   And can you describe what occurs with

 8  individual counseling two times a month?

 9     A   So it's very individual, so that could be

10  everything from maybe we have a student who has anxiety

11  issues, and so we're specifically teaching them about the

12  anxiety cycles and what they can do at the top of the

13  anxiety cycle to get through that and let the anxiety

14  pass and not give in to the anxiety and those kind of

15  things.

16         If we have a kid who's got phobias about large

17  spaces, large numbers of people, we might be doing

18  systematic desensitization to kind of increase their

19  ability to either tolerate more and more, different

20  sensory situations where those variables are present.

21         If it's a kid who is having anger control

22  issues, it might be more skilled teaching around anger

23  control issues.  If it's a student who is cutting, it

24  might be more dialectical behavior issues.  If it's a

25  student who is schizophrenic and not taking their meds



1  consistently, it might be educating them about their

2  medication issues and the importance of staying on those

3  medications.  So it's really individualized based on the

4  individual student.

5       Q    And is individual counseling offered at all

6  NorthStar locations?

7       A    Uh-huh.  Yes, it is.

8       Q    And is this counseling, unlike the counseling

9  that we have discussed previously provided by agencies,

10  is this counseling always provided at a NorthStar

11  location?

12       A    Yes.

13       Q    And who is it that provides this individual

14  counseling?

15       A    So it would be my clinical staff.

16       Q    So either school psychologist or school --

17       A    Social worker.

18       Q    -- social worker?

19       A    Or a licensed clinical social worker.

20       Q    Okay.  Let's look at Tier III.

21       A    Okay.

22       Q    On the middle of page 12, do you see where it

23  says, "Tier III - very few or individual students"?

24       A    Yes.

25       Q    And this document lists 11 students is



1  receiving Tier III services?

2       A   Yes.

3       Q   And so do those 11 students receive Tier I,

4  Tier II, and Tier III services?

5       A   Again, not all Tier II services, but they are

6  probably receiving some of those services.

7       Q   Okay.

8       A   So, for instance, Tier II lists individual

9  counseling two times a month.  For Tier III students it's

10  four times a month, so it's still the same intervention

11  just a higher frequency.

12      Q   Right.  It's not six?

13      A   Right.

14      Q   Right.  I understand.

15          Are these numbers similar to the current school

16  year?

17      A   Probably.  Fairly close.

18      Q   And 11 percent is accurate?

19      A   Yeah.  I'm assuming this year I had around 100

20  kids.

21      Q   What is meant by "individual sessions four

22  times a month"?

23      A   So again, that's just what I was referring to,

24  that that's the frequency of individual sessions.  So a

25  student in Tier III would get four times a month as



 1   opposed to two.

 2        Q    And it's provided by the same people who

 3   provide the individual sessions two times a month for

 4   Tier II students?

 5        A    Yes.

 6        Q    What is "LSCI interviewing"?

 7        A    So again, that's continuing intervention from

 8   Tier II, so it would just be continuing in Tier III,

 9   probably more frequently, again, would be the

10   understanding, that that student is needing those

11   interventions more frequently and more intensively.

12        Q    And who provides those LSCI interviews?

13        A    Again, just staff who are trained in the full

14   LSCI process.

15        Q    And so that can include teaching staff?

16        A    I have a couple of veteran teachers who have

17   that training, but generally it's RBTs, clinical staffing

18   coordinators.

19        Q    And how frequently is LSCI interviewing

20   provided?

21        A    It's kind of as needed, so it's dependent.

22   Sometimes it takes a number of office and discipline

23   referrals to get a trend that requires an LSCI interview.

24   Sometimes you do an LSCI interview over multiple

25   sessions, so it's really individually determined based on



 1   what we are seeing from the kid.

 2        Q   And what is "intensive case review with outside

 3   service providers"?

 4        A   So again, that's another version of the

 5   treatment team that we talked about at Tier II.  We are

 6   just pulling in extra experts at that time.  So we have

 7   kind of tried the treatment team meeting at Tier II.  We

 8   have tried some new interventions.  We have a student who

 9   is still continuing to have difficulties, so we might be

10   pulling in other therapists at this point.  We might be

11   pulling in other individuals in the student support

12   system within their framework, a grandparent or those

13   kind of things, the parents in those meetings; behavior

14   specialists from the local county; special ed directors

15   from the local county.  So we are just trying to get all

16   heads together at that point to figure out what we can do

17   to help get the student stabilized.

18        Q   Is that the full list of additional

19   participants that would be a part of that team?

20        A   Those are the most common.  We could have

21   Juvenile Justice folks involved in a discussion like

22   that.  I'm trying to think of anybody else that we've

23   had.  You know, certainly, like I said with some of the

24   Wraparound service agencies that we discussed earlier,

25   those folks could be involved in some of those



 1 | discussions.

 2 |        Q    And where do these intensive case reviews take

 3 | place?

 4 |        A    They generally happen on-site.

 5 |        Q    So at the school location?

 6 |        A    Yes.

 7 |        Q    And any of the NorthStar locations could hold

 8 | these depending on student need?

 9 |        A    Correct.

10 |        Q    What is meant by "psychological/psychiatric

11 | assessment"?

12 |        A    So there have been occasions where we just feel

13 | like we need more information on a particular student.

14 | We've had students that have had some trauma issues such

15 | as some sexual abuse kinds of issues where we've

16 | requested things like a psychosocial assessment to get

17 | more information on strategies to help, you know, the

18 | student, and also to help in determining, getting them

19 | hooked into additional Wraparound services and helping

20 | them to qualify for some of those issues.

21 |             Sometimes we've had psychiatric assessments to

22 | help really look at medication issues.  In those

23 | particular situations, you know, we might be getting

24 | something like genetic testing to see if a student might

25 | be more responsive to different kinds of medication



1  because we are just having trouble getting the student

2  stabilized.

3          So just trying to help the families to get more

4  information to help determine what services are going to

5  be helpful to get, you know, behaviors stabilized.

6      Q   And are these psychological -- if it's a

7  psychological assessment, is it provided by NorthStar

8  staff or is it --

9      A   Generally my psychologicals come from my

10  counties.  Although, we can contract with outside

11  agencies for an outside psychiatric if we felt there was

12  some special element or psychological that -- you know,

13  like I said, a psychosocial assessment, our school

14  counselors aren't specialized in those particular areas,

15  so we might contract with the Medlin clinic or someone

16  like that who specializes in that particular area to get

17  that kind of an assessment.

18      Q   When you say sometimes it comes from the

19  county, is that like a psychologist who works for the

20  county and does not typically come into NorthStar?

21      A   Our counties do most of our psychologicals

22  anyway.

23      Q   Okay.  So it's county staff, not NorthStar

24  staff?

25      A   Correct.



1      Q   And the same for psychiatric, that you would

2    have to send it out?

3      A   Yeah.  That would be a contract out service.

4      Q   And are these provided -- I guess, are these

5    assessments conducted at NorthStar or elsewhere?

6      A   Both.  I would say most often they are going to

7    the clinic of the person that's being contracted with.

8      Q   And who funds these assessments?

9      A   Either myself or the county.

10     Q   And how is it determined that a student needs a

11   psychological or psychiatric assessment?

12     A   Usually that comes out of the IEP team.

13     Q   So --

14     A   It could be a parent request.  Sorry.

15         (Court reporter clarification.)

16     Q   BY MS. CHEVRIER:  So we've discussed the

17   services provided as part of a mental health

18   collaboration, and we've discussed the services provided

19   as part of the PBIS framework, correct?

20     A   Yes.

21     Q   Are there any other therapeutic services

22   provided to students at NorthStar locations?

23     A   I would say in general the therapeutic milieu.

24   You know, I know, that's an old-fashioned kind of

25   concept.  That shows you how old I am.  But, you know,



1  it's all the -- we -- we have a concept that we've talked

2  about in the network since its inception that treatment

3  is not just sitting down with the counselor for 30

4  minutes.  It's everything that happens for the rest of

5  the 23 hours in the day.

6        So that's your therapeutic relationships.

7  That's the safe and secure and predictable environment

8  for kids.  That's the having somebody there that I can

9  talk to and who will listen to me and help me work

10  through my issues whenever they come up kind of a thing.

11        So I always in my mind include that in our

12  therapeutic services because I think that's a big

13  difference in terms of what helps kids be effective

14  beyond just a clinical session sitting down with somebody

15  for 30 minutes of therapy.

16    Q   So I understand the idea and goal that a

17  therapeutic setting encompasses everything that the --

18    A   Yeah.

19    Q   -- setting has.

20        Is there any like major aspect of therapeutic

21  services that we're missing that we have not gone over

22  yet?

23    A   I would say, the things that are kind of

24  traditional in school settings like sensory supports,

25  occupational therapy, those kind of things, especially



1  for kids with anxiety or have a lot of movement issues or

2  those kind of things, that's obviously part of the

3  therapeutic process or -- or strategies like that.

4         I'm trying to think of anything that's kind of

5  outside of that.  A lot of the other stuff would fall in

6  these categories.

7      Q   And who provides occupational therapy at

8  NorthStar?

9      A   The local school systems.

10     Q   And is that provided at each of the NorthStar

11 locations?

12     A   Yes.

13     Q   And what qualifications does the individual

14 have that comes to provide occupational therapy?

15     A   They would meet State qualifications for those

16 positions.

17     Q   Are you familiar with Apex?

18     A   I am.

19     Q   What is Apex?

20     A   So Apex is, I believe, a grant program that was

21 rolled out.  I don't know if that came from the

22 Department of Behavioral Health or kind of who initiated

23 that, but I know the State and some entity got some

24 moneys for school-based counseling, and so agencies like

25 Georgia HOPE and our Murray County program, and I believe



1  Gilmer has Apex as well, have counselors in their schools

2  that are actually -- they kind of, like I spoke about

3  earlier, give space for those agencies to operate to make

4  it easier for kids to access services, and so a couple of

5  my counties have Apex services in their school systems.

6      Q   And how did you learn about Apex?

7      A   Through those school systems.

8      Q   And can you access Apex at NorthStar?

9      A   We don't have Apex counselors on our sites.

10 Our students, some of them are accessing Apex services

11 before they come to us.  But as I understand it, there is

12 some -- I believe that's prohibited somehow in their

13 originating framework.  So there is some conflict, I

14 think, that at least traditionally when we have asked

15 about that, I have been told that there's -- that that's

16 not something they typically do.

17     Q   And so you have in the past asked for Apex

18 services?

19     A   Well, we have inquired as to whether that would

20 be a potential for our students.

21     Q   And did you inquire because you were interested

22 in Apex services?

23     A   Certainly.  We're always interested in any way

24 we can get extra services for our kids.

25     Q   And which counties is it that have Apex



1   services?

2       A   Yeah, I think primarily it's Gilmer County is

3   using Apex.  I know Murray County has done it for a long

4   time.  I'm not -- there was some discussions in Pickens,

5   but I'm not aware if they've got that fully established

6   there yet.

7       Q   And do any NorthStar students receive Apex

8   services after they leave NorthStar?

9       A   I don't track that, but they certainly would

10  have access to that.  Again, sometimes once they -- so,

11  for instance, Georgia HOPE is the agency that most often

12  provides those services to students in those counties.

13  And so, again, sometimes when they are with us they are

14  still receiving Georgia HOPE services, but it's just --

15  and those people can still come to the school to provide

16  those services; it's just they don't have office space in

17  our centers.  And so, you know, they obviously continue

18  with their Georgia HOPE services once they leave us.

19          Now, how much of that is happening in their

20  home or clinics and how much is happening at school-based

21  sites, I'm not -- we don't track that.

22          MS. CHEVRIER:  I'd like to ask the court

23  reporter to please mark this document as Plaintiff's

24  Exhibit 859.

25          (Plaintiff's Exhibit 859 was marked for



```
 1   identification.)
 2       Q    BY MS. CHEVRIER:  This is Bates number
 3   GA01940204.  This is an e-mail thread between you,
 4   Dr. Neal, and Nakeba Rahming with the most recent e-mail
 5   dated September 22nd, 2017, correct?
 6       A    Yes.
 7       Q    And this also includes a forwarded e-mail from
 8   someone named Doris, correct?
 9       A    Okay.
10       Q    Do you recognize this e-mail?
11       A    This is a while ago, but I broadly remember the
12   discussion.
13       Q    And do you remember who Doris is or what their
14   role is?
15       A    Let me just -- I assume this was offering
16   telehealth services for students.  It's an agency that
17   maybe provides those services.
18       Q    Do you see where Nakeba wrote to you and said,
19   "Doris reached out to Presence Learning to work out
20   support for her students to be provided with online
21   behavior therapy"?
22       A    Okay.
23       Q    "If this is something you think would work for
24   your students in the 2 districts that you need help with,
25   please let me know and I will provide the reimbursement
```



 1  the same way I have for the social worker."

 2       A    Yes.

 3       Q    What did you understand "in the 2 districts

 4  that you need help with" to mean?

 5       A    So again, that was a situation where we were

 6  trying to hire a licensed clinical social worker or

 7  professional counselor in my Fannin County program.  We

 8  were having difficulties even with StaffRehab, which is a

 9  staffing agency, kind of trying to help, and I guess

10  Education Healthcare trying to help staff that position.

11  So we just had an opening we were trying --

12       Q    So --

13       A    -- to fill.

14       Q    I'm sorry.

15       A    We just had an opening we were trying to fill.

16       Q    And you said in your Fannin location, so are

17  the two districts referred here, is it referring to

18  Fannin and Gilmer?

19       A    It must be, because they only -- I might

20  have -- it's possible I also had an opening in somewhere

21  else that they maybe were trying to source a worker for.

22  I don't -- I don't remember at this point, you know,

23  where my openings were.  So I suspect it wasn't Gilmer

24  and Fannin; I suspect it was one of my other sites where

25  we still had an opening.

1      Q    And is it your understanding that Nakeba was

2   offering -- or Ms. Rahming was offering for GaDOE to pay

3   for telehealth behavioral therapy for some of your

4   students?

5      A    Yes, through that therapeutic grant.

6      Q    Did you move forward with this option?

7      A    No.  We were able to hire a person to provide

8   face-to-face.

9      Q    To your knowledge, did other GNETS programs

10   move forward with telehealth options?

11      A    I really don't know.

12      Q    And has NorthStar ever used telehealth for

13   behavior therapy?

14      A    We haven't.

15      Q    Is it fair to say that NorthStar could have

16   used telehealth for behavior therapy?

17      A    We could have tried.

18      Q    Who owns the Pickens Jasper Center --

19      A    Like the --

20      Q    -- the actual building?

21      A    -- physical building?

22         Pickens County.

23      Q    Do you know approximately when it was built?

24      A    I don't.  I believe I wrote the date on

25   whatever document I submitted.



1    Q   And do you know how long it's been used as a

2    GNETS facility?

3    A   We've been in that building three or four

4    years, probably, at this point.

5    Q   And do you know what it was used as prior to

6    that time?

7    A   Some offices primarily.  I think at one time it

8    was like a -- what we call as a student services intake

9    center or something to that effect.  It has been a number

10   of different things I think in the past.

11   Q   But it hasn't always been a school?

12   A   Correct.

13   Q   What is the nearest general education building

14   to the Pickens Jasper Center?

15   A   It's across the street.

16   Q   And do any students from that school attend the

17   Pickens Jasper Center for any reason?

18   A   I'm trying to think if we've had any.  We more

19   visit them than they visit us.

20   Q   And what is the building capacity?

21   A   It's a small building, so we just have three

22   classroom spaces there, so I don't -- you know, legally

23   what the capacity would be, I don't have that

24   information.

25   Q   I know you have three classrooms there.  Is



 1  that the total number of classroom spaces available at

 2  the location?

 3       A    Yes, at this point.

 4       Q    Are any classes held in trailers or mobile

 5  units?

 6       A    I have one in Fannin County.

 7       Q    So specifically at the Pickens Center, is there

 8  a cafeteria?

 9       A    No.   Students eat in the classroom.   We get the

10  food from the school across the street.

11       Q    Okay.   And is there a gym?

12       A    Across the street.

13       Q    And I think you said earlier that there is

14  dedicated PE time where they go to that gym?

15       A    Correct.

16       Q    Is that right?

17       A    Correct.

18       Q    And is there a certified PE teacher?

19       A    It's our teachers providing that instruction.

20  There is an adaptive PE teacher that pushes in one time a

21  week.

22       Q    So there's -- so the classroom teachers provide

23  PE except for the adaptive teacher?

24       A    Correct.

25       Q    And is there a playground across the street?



1          A    There is.

2          Q    That the students at Pickens are able to use?

3          A    Yes.

4          Q    At Pickens is there a music room?

5          A    No.  There is in the school across the street

6    but not with us.

7          Q    Is it used by Pickens --

8          A    No.

9          Q    -- students?

10         A    Our students traditionally don't access it.

11         Q    Is there a music class?

12         A    Not currently.  I'm working to try to contract

13   with a music therapist to come and provide that service.

14         Q    Is there an art room at Pickens?

15         A    We do art within the classrooms.

16         Q    Is there a certified art instructor?

17         A    No, not at this time.

18         Q    Is there a designated time for art?

19         A    No.  It's scheduled in in different activities

20   during the week.

21         Q    And do Pickens students use the playground

22   across the street at the same time that gen ed students

23   use the playground across the street?

24         A    Sometimes; not always, but sometimes.

25         Q    And that's during the school day?



```
 1        A    Yes.

 2        Q    You say sometimes, not always; how frequently?

 3        A    Well, I would say most -- because it's a middle

 4   school who doesn't have traditional recess times, I would

 5   say most often it's -- there's not students out there for

 6   a recess period, if that makes sense.  You know what I am

 7   saying?  But there sometimes are students out there.

 8   It's just usually a teacher bringing their kids out kind

 9   of a thing --

10        Q    Gotcha.

11        A    -- because it's a middle school.

12        Q    So there's not a scheduled time where --

13        A    It's not like at the elementary school where

14   everybody has scheduled recess times.

15        Q    Gotcha.  So there isn't a scheduled time when

16   students from Pickens attend -- participate in playground

17   across the street with students --

18        A    Correct.

19        Q    -- in gen ed?

20        A    Correct.

21        Q    Are there metal detectors at Pickens Center?

22        A    No.

23        Q    Is there a science lab at Pickens?

24        A    So let me back up and be clear.  We do wand our

25   students when they come in.
```



1    Q    Okay.

2    A    But there is no metal detector, per se.

3    Q    Is every student wanded?

4    A    Yes.

5    Q    Every day?

6    A    Yes.

7    Q    Do students have to take off their shoes?

8    A    Generally not, unless we've had a problem with

9  them bringing in contraband or those kinds of things.  It

10  might be part of the search requirement if we've had

11  prior issues.

12    Q    Do students get their bags checked?

13    A    Yes.

14    Q    When they walk in?

15    A    Yes.

16    Q    Every day?

17    A    Yes.

18    Q    Do students have to have clear bags?

19    A    Not necessarily.

20    Q    Okay.  You said not necessarily.  Is that a

21  requirement for some students?

22    A    So if we've had a student make a terroristic

23  threat or something, that might be part of a safety plan.

24    Q    Okay.  Does Pickens Center have a science lab?

25    A    No.



1    Q   Does it have a library?

2    A   No.

3    Q   Does it have a -- does it offer specials or

4  electives?

5    A   No.

6    Q   Does it offer --

7    A   I mean, other than integrated into our

8  classroom activities, no.

9    Q   Does it have extracurricular activities?

10    A   We would connect to the extracurricular

11  activities offered by the county.

12    Q   Okay.  And I think you mentioned earlier that

13  there is the Partners Club?

14    A   Correct.

15    Q   Are you aware of students at Pickens

16  participating in any other extracurricular activities?

17    A   So generally that comes from parent requests.

18  So like if a parent is interested in a kid participating

19  in a particular activity, that will be a discussion with

20  the IEP committee team meeting about how they might

21  access that service and what the behavioral requirements

22  might be for them to successfully access that.  So it

23  would be a discussion with the IEP team.

24    Q   Do you have a sense of how many students

25  participate in extracurricular activities from the



1    Pickens Center?

2         A    It's -- it's not a high number, so it's a

3    couple a year --

4         Q    Okay.

5         A    -- generally.

6         Q    And let's look at -- look back at the FY 2022

7    grant report.

8         A    Okay.

9         Q    The very last page.  It's nice because it's

10   easy to get to.

11        A    Yes.

12        Q    It asks how many students participated in

13   extracurricular activities with the LEA, and it lists

14   zero.

15        A    Which could have been true that year.

16        Q    Okay.  And is it typically around zero?

17        A    It's usually a low number.

18        Q    Okay.

19        A    A handful of students at the most.

20        Q    Do you have any spaces that you utilize for

21   de-escalation in Pickens Center?

22        A    Yes.  We have sensory rooms and...

23        Q    Do you have intensive intervention rooms?

24        A    Not specifically.  We do have -- so like we

25   have an active sensory area.  We have a more calming



1   sensory area, and sometimes just we can, depending on the

2   student and -- and the needs, you know, we can just have

3   a room that doesn't have a lot of stuff in it where they

4   can just go and take some time and space.

5        Q    Are there any seclusion rooms?

6        A    No.

7        Q    Do you have spaces that were previously used as

8   seclusion rooms?

9        A    No.

10       Q    And what is the maximum number of grades served

11  in a Milestones class at Pickens?

12       A    We try to stay in the six to eight range, and I

13  would say in Pickens that's pretty traditional.  I guess

14  in some years I have had up to ten kids, maybe like in a

15  high school class.  But traditionally, again, I only

16  serve 15 to 20 kids at that location most years, so

17  generally the numbers are fairly low.

18       Q    And what's the maximum number of grades served

19  in a Milestone class?

20       A    We try to keep that range to about -- no more

21  than three years is our preference, but it can be up to

22  five with the elementary age kiddos.

23       Q    And how are classes assigned at Pickens within

24  the Milestones classes?

25       A    So just in terms of we try to, you know, mimic



 1  a little bit what our counties are doing in terms of the

 2  requirements for service minutes, but they would get

 3  every class that would be offered to them in terms of,

 4  you know, math, ELA, science and social studies and those

 5  kind of things.

 6      Q    And the different classrooms, are they

 7  designated by grade level?

 8      A    Pretty much.

 9      Q    Are there any examples that are different?

10      A    That's like how we refer to them most often,

11  you know, elementary, middle or high.  You know, when I

12  only have three classrooms, generally that's the

13  vernacular we use.

14      Q    Does the Pickens Center have any students

15  pursuing GAA?

16      A    We do have a couple of GAA kids at that site.

17      Q    Is there a maximum number of students allowed

18  in a GAA class?

19      A    It would be the same.  You know, the State

20  guidelines would be higher than any of our guidelines,

21  so...

22      Q    Are there specific GAA classes, or are those

23  students mixed in with students pursuing Milestone?

24      A    They are integrated.  Again, we don't have very

25  many of those students, but they do.



1      Q    Okay.  Do you know who owns the Dalton Center?

2      A    Whitfield County Schools owns the current

3   building.

4      Q    And it's only been in use for a year?

5      A    Right.

6      Q    And what was it used as prior to that time?

7      A    It was a middle school.

8      Q    And what is the closest school to that

9   location?

10     A    There's a -- the brand-new middle school is a

11  mile away.

12     Q    And what is the building capacity?

13     A    I don't have that information offhand.

14     Q    Are there any classes held in trailers or

15  mobile units at Dalton?

16     A    No.

17     Q    Is there a cafeteria?

18     A    There is.

19     Q    Is the food prepared on-site?

20     A    It's not.  It's brought in from the middle

21  school.

22     Q    From the one a mile away?

23     A    Yes.

24     Q    And do students eat in the cafeteria?

25     A    They do.



JACQUELINE NEAL, PH.D.                              January 19, 2023
UNITED STATES vs STATE OF GEORGIA                              281

1      Q   Do all students eat in the cafeteria?

2      A   Yes.

3      Q   Is there a gym at Dalton Center?

4      A   We have an activity room.

5      Q   What's included in the activity room?

6      A   They are big open spaces where, you know, kids

7   can do most of the traditional things we would do in the

8   gyms, outside of we don't have basketball hoops or those

9   kinds of things, but they can do structured activities in

10  terms of physical education class-type activities.

11     Q   And is there -- is there dedicated PE time?

12     A   Yes, again, for our K-8 students, typically.

13     Q   At Dalton?

14     A   Correct.

15     Q   But not for high school?

16     A   For high school it depends on their courses and

17  what, you know, their courses are.

18     Q   And is there a certified PE teacher?

19     A   I do not.  Again, some of my teachers have dual

20  certification.  I have -- I have some teachers with

21  physical education certification, but not all of them.

22     Q   And is there a playground?

23     A   There is.

24     Q   At Dalton Center?

25     A   Yes.



1        Q    And is there a music room?

2        A    We traditionally have done like music therapy

3    in our -- we have a number of spaces where we could do

4    that.  We've done it in our media center before where

5    she's done those activities, not a dedicated music room.

6        Q    And do you have a certified music instructor?

7        A    So we were working first semester with a music

8    therapist who was coming in.

9        Q    How frequently would they come in?

10       A    She was coming in once a week.

11       Q    And did all students at Dalton Center get to

12   meet with her?

13       A    Except for the high school students, yes.

14       Q    And is there an art room?

15       A    There is a space that we're developing into an

16   art room.

17       Q    Do you currently have a certified art

18   instructor?

19       A    I do not.

20       Q    And is there currently any designated time for

21   art?

22       A    Teachers work it into their lesson planning,

23   so...

24       Q    Are there any metal detectors at Dalton Center?

25       A    Again, we wand our students when they come in.



1    Q    And do you also check their backpacks?

2    A    Yes.

3    Q    Every day?

4    A    Yes.

5    Q    And do they have to take their shoes off?

6    A    That's only if required by safety.

7    Q    And is it the same, that they only have to have

8  a clear backpack if there's a particular requirement?

9    A    Correct.

10   Q    Is there a science lab at Dalton?

11   A    Again, we have one that's in development there.

12  They are renovating the front of the building, so

13  currently I have tech staff in that room, but as soon as

14  the renovation is clear up front, then we will be able to

15  continue our development of the science lab.

16   Q    Is there a library?

17   A    There is a library.

18   Q    Do students have designated time to visit the

19  library?

20   A    Yes.  Teachers can schedule times to be in

21  there.

22   Q    So they can schedule times.  Is there like a

23  particular amount of time that they schedule or

24  frequency?

25   A    It's based on each classroom and kind of the



JACQUELINE NEAL, PH.D.                              January 19, 2023
UNITED STATES vs STATE OF GEORGIA                              284

1    activities that the teacher is planning.

2        Q    Can a teacher choose not to schedule a library

3    time?

4        A    Yes, but most of them choose -- you know, have

5    times in their schedule to do that.

6        Q    And does Dalton still have a music therapist?

7        A    She -- she quit over the holidays.  So I think

8    she was providing services to multiple counties, and that

9    was her counties that were furthest out.

10       Q    Gotcha.

11       A    So she decided to discontinue her service with

12   Dalton.

13       Q    Are you seeking to fill her position?

14       A    So that was a position that was provided to us

15   from Dalton Public Schools, so I'm sure they're sourcing,

16   you know, to try to get another therapist on board.  She

17   does service my Fannin County -- or Fannin -- East Fannin

18   Elementary, so we are trying to see if we can get her

19   integrated into our services in Fannin since we know

20   she's working up there already.

21       Q    But she is not currently working in Fannin?

22       A    No.  We haven't got that contract ironed out

23   yet.

24       Q    And does Dalton have any specials or electives

25   for students?



1        A    You know, just what we provide.

2        Q    What you provide in the classroom you mean?

3        A    Right, in terms of, you know, activity time and

4   music therapy and those kinds of things.

5        Q    And are there any extracurricular activities

6   that students at Dalton can participate in?

7        A    Sure.  And again, that would go through the IEP

8   committee and them, you know, tying into this

9   extracurricular activities at their schools.

10       Q    But the same zero students participate in LEA

11  extracurricular activities would apply to Dalton as well?

12       A    Yeah.

13       Q    And do you think it's a similar number this

14  year?

15       A    I'm trying to think if I got any.  It's

16  probably similar, but I can't think of any.

17       Q    Do you have a space at Dalton that you utilize

18  for de-escalation?

19       A    So again, we have sensory rooms.  We do have

20  rooms that are kind of just open rooms where kids can go

21  if they need some time to de-escalate and get away from

22  other students to calm down.

23       Q    So do you have a calming room at Dalton?

24       A    Again, it's just an open classroom, you know,

25  that doesn't have a lot in it.  So if they need to go in

1  and pace or use a strategy to calm down, they can go to

2  that area to utilize that.

3      Q   Do you have any sensory rooms at Dalton?

4      A   We do.

5      Q   Can you describe those rooms.

6      A   So it's a calming sensory room, and so there's

7  typical bubble lights and ceiling lighting and beanbags

8  and comfortable crash pads and things that they can -- we

9  have a rocker in there for kids who have more sensory

10  needs from that perspective.

11      Q   Is there padding on the walls?

12      A   No.  I'm trying to think around -- I guess

13  around the bubble tube, I think there is some padding

14  around there just for safety purposes, but...

15      Q   And are there any seclusion rooms at Dalton?

16      A   No.

17      Q   And going back to Pickens, you said that there

18  were calming rooms and sensory rooms, correct?

19      A   Correct.

20      Q   Can you describe those rooms.

21      A   So again, the same -- so there we have an

22  active sensory room and a calming sensory room, so the

23  calming sensory room would be very much like the one I

24  described in -- in Dalton where it's -- we've got a crash

25  pad in there.  We do have some sensory things on the wall



1  that kids can manipulate for sensory experiences.  There

2  is a bubble tube in that room, I think a beanbag,

3  alternative lighting, that kind of thing for -- so it's

4  more of a calming area.

5          And then we have an active sensory room.

6  It's -- it has kind of a punching thing they can do.  It

7  has the ropes that they can use (indicating) to kind of

8  if they need to do something more active to kind of get

9  their energy out and to work out their feelings.  It's

10  almost a circuit that they have in that room that they

11  can go through and use those activities.

12     Q    Are there any other rooms at Pickens outside of

13  the calming and active sensory rooms?

14     A    Again, there are spaces where sometimes they

15  can just go where there is just more open spaces or just

16  a place to go sit and calm down if they need a quiet

17  place to be.

18     Q    Back to Dalton, are there any spaces that were

19  previously used as seclusion rooms?

20     A    I don't believe so.

21     Q    And does the Dalton Center have students who

22  take Milestones assessment?

23     A    (No oral response.)

24     Q    Sorry?

25     A    Yes.



```
1        Q    And is there a maximum number of students

2   allowed in each Milestones class at Dalton?

3        A    Again, I think any of those ratios would be

4   more above what our classroom sizes are.

5        Q    And are there any GAA students at Dalton?

6        A    There are.

7        Q    How many?

8        A    I don't know the actual number right at the

9   moment.   It would be a handful.

10       Q    And are -- is there a GAA specific classroom,

11  or are they integrated with Milestone classrooms?

12       A    They are integrated.

13            MS. CHEVRIER:   I'm going to ask the court

14  reporter to please mark the following as Plaintiff's

15  Exhibit 860.

16            (Plaintiff's Exhibit 860 was marked for

17  identification.)

18       Q    BY MS. CHEVRIER:   This is Bates number

19  GA00064879.   This is an e-mail between you, Dr. Neal, and

20  Nakeba Rahming from September 18th and 19th, 2016,

21  correct?

22       A    Correct.

23       Q    Do you recognize this e-mail?

24       A    Yes.

25       Q    Let's look at the first e-mail from you to
```



1    Nakeba Rahming.  Do you see where you wrote, "Are there

2    any restrictions on the number of grades that can be

3    served in one classroom?  I know there used to be a

4    recommendation for no more than three, but I don't know

5    how much force that recommendation had behind it"?

6         A    Correct.

7         Q    Why did you ask about the number of grades in

8    one class?

9         A    Obviously, I was trying to make sure we were

10   staying within recommendations.

11        Q    Do you see where Nakeba Rahming responded in

12   the next e-mail saying, "The recommendation for grade

13   span is no more than three"?

14        A    Correct.

15        Q    What is your understanding of the force behind

16   this recommendation now?

17        A    I think it's still a best practice.  You know,

18   obviously, I don't -- there is not -- again, we still

19   have, you know, K-5 classrooms in some cases and those

20   kind of things, so there's not been prohibitions against

21   classrooms like that, but it's just best practice, I

22   think, to try to keep those grade spans down as much as

23   possible.

24        Q    Why do you think there is a suggested limit of

25   three grades in one classroom?



1      A    So we don't drive our teachers crazy with as

2    many differentiations as -- you know, it's just tougher

3    the more grade levels you have and the more

4    differentiations you have to do with kids who need a lot

5    of individualized instruction.  It's just I can see

6    advantages best practice-wise.

7      Q    Does NorthStar follow this --

8           MR. BEDARD:  Object to form on that previous

9    question.

10     Q    BY MS. CHEVRIER:  Does NorthStar follow this

11   suggestion to keep it to a maximum of three grade levels

12   per classroom?

13     A    As much as possible.  Occasionally we go beyond

14   that, but in most of my sites now we have K-2, 3-5

15   classrooms to try to handle that K-5 issue.  That's

16   toughest at my Fannin site where I'm all spread out.  You

17   know, it's harder to sometimes make those things happen.

18     Q    Do elementary school students interact with

19   middle school students at Pickens Jasper?

20     A    Uh-huh.  Yes, they do.

21     Q    And how about high school-aged students?

22     A    Yes.

23     Q    And do middle school students interact with

24   high school students?

25     A    Yes.  We do it intentionally at that site.  So



1  we use a framework developed at The Ron Clark Academy in

2  terms of we've got tribes developed that are inner level

3  tribes.  A lot of our kids have tremendous strengths in

4  terms of they've had to parent younger siblings and those

5  kinds of things, and so our tribes are cross-level, and

6  so our older kids can coach our younger kids and have

7  that interaction and gain a lot of accolades for the

8  skills that they do have in terms of interacting and kind

9  of coaching those younger students and providing support.

10          And so it's been a very effective strategy for

11 us in terms of motivating positive behavior and improving

12 climate and building on kids' strengths.

13     Q   Do students of all ages ride the same school

14 bus to NorthStar locations?

15     A   Yes, I would say generally.

16     Q   Do students typically ride the bus with

17 nondisabled peers?

18     A   Sometimes.

19     Q   Are there specific NorthStar sites where that's

20 more common?

21     A   It really depends on the individual county.

22 Most of the time the students -- I'm trying to think --

23 are coming from -- you know, it depends on who is in the

24 region where the bus is kind of coming from.  You know,

25 so each transportation department has to kind of figure



1    out the most effective way to get the student to the

2    site.  Many of our students do require special education

3    transportation, but some of them do have typical, you

4    know, non-special education transportation.

5         Q    Are students in the same classroom with the

6    same teacher for the whole day in elementary school at

7    NorthStar?

8         A    Generally our classrooms tend to be with the

9    same teacher most of the day.

10        Q    What about in middle school?

11        A    And that's pretty true for -- again, except for

12   those kids who were transitioning, you know, they could

13   have multiple teachers.  Again, sometimes we set up

14   generalization activities within the building, so

15   students can get instruction from multiple people in

16   multiple places if we're trying to build those -- if they

17   have mastered skills with their teacher, we sometimes

18   will have a student take a class or multiple classes from

19   another teacher in order to build those generalization

20   activities and experiences.

21        Q    But typically, are students at both the

22   elementary and middle school level at NorthStar in the

23   same classroom with the same teacher all day?

24        A    Most of the students, yeah.

25        Q    And is that true for high school as well at



1    NorthStar?

2        A    So in my center-based locations, that is most

3    of the time partly just because I have one high school

4    teacher at those locations.  My Fannin County they often

5    have multiple teachers.  I mean, they can be with us all

6    day, but they also have classes out in the main building.

7        Q    And is that because -- that was my question.

8    Is that because they have segments in the main building?

9        A    Yes.

10       Q    But there is only one high school NorthStar

11   teacher at Fannin High School?

12       A    Technically.  This year I have two half-time

13   teachers job sharing, but yes, one position.

14       Q    So do students get half the day with one of

15   those teachers and half the day with the other?

16       A    Yes, generally.

17       Q    Does online instruction play a role in

18   curriculum for elementary school students at Pickens?

19       A    So we do have some individualized learning

20   platforms that we use for -- primarily for mediation-type

21   activities that are at their instructional level and not

22   their grade level.

23       Q    Is that true also for Dalton?

24       A    For all my sites, yes.

25       Q    What percentage of your elementary school



1  students receive instruction online?

2      A   So all of my students who are functioning below

3  grade level participate in the remedial reading and math

4  individualized learning platform.

5      Q   Is there a difference between how frequently

6  online instruction is used for GAA students versus

7  Milestone students?

8      A   Again, for GAA students, that we're primarily

9  using things like unique learning.  That's not so much

10  for the student as it is helping the teacher.  I mean, it

11  does have some learning experiences for the student, but

12  it's a lot in developing materials and those kind of

13  things and lesson plans and those kind of things for the

14  individual student.  So it's very variable with our GAA

15  students in terms of how they respond to technology and

16  can manipulate technology and those kind of things.  And

17  we are often using a lot of -- we do use some online

18  learning platforms for those types of activities, but

19  there is a wide variety of activities that we use.  I

20  would say it's not like for our high school classes where

21  they are taking a whole course maybe online.

22      Q   Are there any requirements about the amount of

23  instruction that can be delivered online?

24      A   We don't have a specific number.  There are for

25  certain programs, the amounts of time that students are



1   to use the program in order to use the program with

2   Fidelity.  So for one example, the State Department of

3   Education is encouraging us to use the i-Ready program

4   for reading and math remediation.  That program

5   recommends 20 minutes each week for reading and 20

6   minutes for math.  And so, of course, we try to meet

7   those expectations so we can get the results that have

8   been researched based, you know, in terms of what the

9   program can provide.

10       Q    What is the name of the remedial reading and

11  math platform used at the elementary school level?

12       A    It's i-Ready, but we use others as well.

13       Q    What are the others?

14       A    So we use programs like IXL which work on

15  specific skills where kids might have weaknesses.  We've

16  in the past used other programs.  Like for kids who have

17  math fluency issues, we've used a program called Reflex.

18  So it generally depends on the skill we are trying to

19  build and, you know, the program that we feel can help us

20  to build that skill most effectively.

21       Q    Are there any students who receive gifted

22  services at Pickens or Dalton?

23       A    Not currently.

24       Q    Are any students at NorthStar screened for

25  gifted services?



1      A   They could be if it was appropriate, you know,

2   if we had a student in the -- it looked like they had

3   that propensity.

4      Q   In your time as director, has there been any

5   student who you have had screened for gifted?

6      A   I've got one or two that I have reintegrated

7   back into their local schools who had that designation.

8      Q   Did they receive gifted services while at

9   NorthStar?

10     A   I think they were assessed and identified at

11  that time, but we were in the process of reintegrating,

12  too, so I think by the time they accessed the services

13  they were back at their home school.

14     Q   Is there a yearbook at Pickens Center?

15     A   We take a lot of -- there's a lot of photos

16  but -- that are shared with families, but no official

17  yearbook, no.

18     Q   What about at Dalton?

19     A   No.

20     Q   Do students have school pictures taken?

21     A   Uh-huh.

22     Q   At both Pickens and Dalton?

23     A   It's been a little variable, you know, in terms

24  of -- I know my Fannin kids have participated in that.

25  My Pickens kids have.  Less often at Dalton.



1        Q    And you say they have, is it an option they can
2    opt into or --
3        A    Typically we're included.
4        Q    Included by who?
5        A    The Fannin County School System or the Pickens
6    County School System.
7        Q    And less frequently at Dalton?
8        A    Correct.
9        Q    Do students at Pickens go on field trips?
10       A    Yes.
11       Q    How frequently?
12       A    It varies by the year.  They are scheduled by
13   us and organized by us, and so, obviously, COVID put a
14   hitch in all of that for quite a while, so I think we
15   only had one or two last year.  But we try to do -- we
16   try to do two or three every year.
17       Q    Is that also true for Dalton?
18       A    Yes.
19       Q    Two or three every year?
20       A    Yeah.
21       Q    And does Pickens have school dances?
22       A    They do.
23       Q    How frequently?
24       A    So we don't have them internally, but like our
25   kids have participated in prom or went to homecoming or



1   those kinds of things.

2       Q   And do they go to the dances at their local

3   home school?

4       A   Yes.

5       Q   Okay.  And is that true for Dalton as well?

6       A   At Dalton we -- we've done things internally,

7   so we've had dances within the building.  We've also had

8   kids access, like I said, prom or those kinds of things

9   where we've actually went with a student and chaperoned

10  and...

11      Q   How frequently does Dalton have its own

12  internal school dances?

13      A   It's kind of variable.  You know, every year we

14  plan activities, and some years that's been one of the

15  things the staff wanted to plan.

16          MS. CHEVRIER:  I think this is a good moment to

17  pause.

18          THE VIDEOGRAPHER:  Going off the video record

19  at 4:43 p.m.

20          (The deposition was at recess from 4:43 p.m. to

21  4:54 p.m.)

22          THE VIDEOGRAPHER:  We are back on the video

23  record at 4:54 p.m.

24      Q   BY MS. CHEVRIER:  Let's talk about the Fannin

25  schools specifically.



1        A    Okay.

2        Q    Am I correct that East Fannin Elementary School

3   is owned by Fannin County Schools?

4        A    Yes, it is.

5        Q    Approximately when was it built?

6        A    I don't have that date on the top of my head,

7   but I think I wrote it on the facility map that I sent

8   in.

9        Q    How is assignment to classrooms decided at

10  Fannin Elementary School?

11       A    I believe that our current location, it was a

12  collaborative discussion between the building principal,

13  special education, and myself.

14       Q    And what about specific classes within Fannin

15  Elementary School?  I guess, how many different

16  classrooms are there at Fannin Elementary School

17  currently in the -- in the NorthStar GNETS program?

18       A    Oh, we just have one.

19       Q    Okay.  And is that the one -- is it currently a

20  K through 5 class, or is that the most that's been in

21  that class?

22       A    I mean, we can serve any students in that grade

23  band.  I don't have a student in every grade level there.

24  I have primarily -- I think I have -- you know, I have

25  fifth graders and second and third graders primarily in



1    there right now.

2         Q    Are there any GAA students at NorthStar --

3         A    No.

4         Q    -- East Fannin Elementary?

5              Where are the GNETS school-based classrooms at

6    East Fannin Elementary located physically in the school?

7         A    We're in a classroom that's kind of in the

8    front of the building.

9         Q    Are there other classrooms around that

10   classroom?

11        A    Not directly.

12        Q    So what surrounds that classroom?

13        A    So it's right near the front entrance.

14        Q    Are --

15        A    Our administrative offices and that kind of

16   thing, library.

17        Q    Are any GNETS classes held in trailers or

18   mobile units at East Fannin Elementary?

19        A    No.

20        Q    Were they in the past?

21        A    They were.

22        Q    How recently?

23        A    Three years ago, maybe.

24        Q    Do students in the GNETS school-based classroom

25   at East Fannin Elementary School have the opportunity to



 1   attend segments of the day with their nondisabled peers?

 2        A    They do.

 3        Q    Do any currently?

 4        A    Yeah.  I think I have two or three going out

 5   for specials right now.

 6        Q    They just go out for specials.  Do they go out

 7   for any other courses?

 8        A    I think we've started the reintegration process

 9   with both of those students in their special classes, but

10   they could -- it could be an academic at some point, but

11   we just chose those classes because we thought that was

12   their strength areas initially.

13        Q    Do East Fannin Elementary School NorthStar

14   students have PE?

15        A    We -- no, generally.

16        Q    Do they have music?

17        A    Like I said, we have participated in like the

18   White Christmas activities and some of those music-type

19   activities, but not on an ongoing basis.

20        Q    And not during the --

21        A    Well --

22        Q    -- school day?

23        A    And again, I would say for each student we

24   choose who is taking those classes out.  We choose the

25   special that we think they are most oriented towards.  So



1   I do believe I have at least one of those couple of

2   students that are going out that is taking music, so...

3        Q    Okay.  But music isn't technically -- isn't

4   provided for all NorthStar students at East Fannin

5   Elementary School?

6        A    Yes.

7        Q    And is the same true about art?

8        A    Correct.

9        Q    So there is an art for all East Fannin

10  Elementary School NorthStar students?

11       A    Correct.  So again, we choose the special that

12  we think they are going to be more successful in given

13  their likes and dislikes and orientation.

14       Q    So if it's a student who is doing segments out,

15  they might receive art?

16       A    Correct.

17       Q    Do you -- do students receive GNETS services at

18  East Fannin Elementary School -- do students who receive

19  GNETS services at East Fannin Elementary School ride the

20  bus with their nondisabled peers?

21       A    Some of them.  Some of them are on special

22  education buses and some of them at least have part of

23  their route that's with general education peers.

24       Q    And do students at East Fannin Elementary

25  School in NorthStar use the same entrance as their



1    nondisabled peers?

2        A    The classroom is technically outside the

3    entrance, but for entering the school they use the same

4    entrance.

5        Q    Is there a metal detector at East Fannin

6    Elementary School?

7        A    No.

8        Q    Are students at East Fannin Elementary School

9    wanded when they come in?

10       A    Not traditionally.

11       Q    Are NorthStar students wanded?

12       A    As needed.  We don't do it as in the normal

13   part of the process like we do at our center-based sites.

14       Q    Are there any other safety-based protocols when

15   students enter the school?

16       A    Only as a -- it's required by a safety plan.

17   Again, if we have terroristic threats or those kind of

18   things, a safety plan can be put in place.

19       Q    Do students who receive GNETS services at East

20   Fannin Elementary School eat in the cafeteria?

21       A    Generally they choose not to.

22       Q    And do they have the opportunity to play on a

23   playground?

24       A    They do.

25       Q    Do they play on the playground with nondisabled




1    peers?

2        A    Sometimes.  Not always, but sometimes.

3        Q    Is it the same thing we discussed previously,

4    that they could if they happen to be there at the same

5    time?

6        A    Correct.

7        Q    But it's not scheduled?

8        A    Correct.

9        Q    And do students at East Fannin Elementary

10   School in the NorthStar program have the opportunity to

11   visit the library?

12       A    They do.

13       Q    Is it scheduled?

14       A    The teacher controls access.

15       Q    So how frequently can vary?

16       A    Uh-huh.  It can.  She goes fairly regularly.

17       Q    Okay.  And are they able to visit the library

18   at the same time as nondisabled peers?

19       A    Sure.

20       Q    Does that happen by design or by happenstance?

21       A    I think she -- more happenstance.  I don't

22   think there's a schedule, per se.

23       Q    Do NorthStar GNETS students at East Fannin

24   Elementary School participate in extracurricular

25   activities?



1    A   They have the ability to ask for those kind of

2   things if they are interested, but we don't have a lot of

3   students doing that at the moment.  We do have some

4   students in community-based sporting activities and those

5   kind of things, but they are not school related

6   necessarily.

7    Q   And so those same zero students participated in

8   extracurricular activities with their LEA from the grant

9   report would apply to Fannin locations as well?

10    A   Correct.

11    Q   And you think it's a similar number this year?

12    A   Yeah.  Like in terms of school-based extra --

13   now, again, at the elementary level there is not a lot of

14   school-based extracurriculars.  But certainly, like I

15   said, I can think of a couple of kids that are playing

16   community football and baseball and those kind of things

17   but not necessarily related to the school.

18    Q   And do NorthStar students at Fannin -- at East

19   Fannin Elementary School have field trips?

20    A   They do.

21    Q   How frequently?

22    A   A little less often in Fannin, but again, I

23   would say probably once a year we do field trips up

24   there.

25    Q   What about field day?



1      A   We have not traditionally participated in that.

2      Q   Does East Fannin Elementary School have a field

3   day?

4      A   I was trying to think of -- I don't remember

5   that being an activity that they have offered.

6      Q   Okay.

7      A   But I couldn't swear to that 100 percent.

8      Q   Are students who receive GNETS services at East

9   Fannin Elementary School in yearbook -- in the yearbook?

10  Sorry.

11     A   I don't believe so.  I could be wrong on that

12  because they do do school pictures, but I have never seen

13  one of their yearbooks, so I can't speak to that.

14     Q   Does East Fannin Elementary School have any

15  space designated for de-escalation?

16     A   They do have a calming room.

17     Q   Can you describe that calming room?

18     A   It's just a room with -- that doesn't have a

19  lot of stuff in it where kids can go to take space.  We

20  usually have a beanbag in there and a place kids can go

21  and chill out, sometimes some sensory equipment in there.

22     Q   Are the walls padded?

23     A   No.

24     Q   Are there any other rooms designated for

25  de-escalation at East Fannin Elementary School?



1      A    Within the building I'm not sure if they have

2   sensory areas or those kind of things.

3      Q    Can NorthStar students go into that calming

4   room that you described?

5      A    Yes.

6      Q    Do nondisabled peers go into that calming room?

7      A    The calming room I'm talking about is kind of

8   within the classroom.

9      Q    Okay.

10      A    So it's classroom space.

11      Q    So it's specific for NorthStar?

12      A    Right.

13           And then we have -- I typically have a corner,

14   too, where kids can go where there is just a beanbag to

15   take some self-control time if they need.

16      Q    Does online instruction play a role in the

17   curriculum at East Fannin Elementary School for NorthStar

18   students?

19      A    Kind of in the same way I have kind of

20   discussed before, for kind of individualized instruction,

21   especially in remedial areas primarily.

22      Q    What percentage of students receive that online

23   instruction at NorthStar East Fannin Elementary School?

24      A    I would say in that classroom almost all of my

25   students are functioning below grade level, so they would



1  have some of those remedial activities and would be

2  appropriate.

3       Q    Are any students, I will ask at any of the

4  Fannin locations, receiving gifted services?

5       A    Not that I am aware of.

6       Q    Have any been screened for gifted services?

7       A    Not that I am aware of.

8       Q    Let's talk about Fannin County Middle School.

9       A    Okay.

10      Q    And I will just say Fannin Middle.

11      A    That's fine.

12      Q    Am I correct that Fannin Middle is owned by

13  Fannin County Schools?

14      A    Yes.

15      Q    Approximately when was it built?

16      A    Again, it would be on the plat, but I don't

17  recall that information.

18      Q    And how many classrooms are -- how many

19  NorthStar classrooms are there at Fannin Middle?

20      A    Just one.

21      Q    And are there any GAA students at Fannin Middle

22  in NorthStar?

23      A    No.  I think she's -- they are all Milestones.

24      Q    Where are the GNETS school-based classrooms at

25  Fannin Middle physically located?



1      A   They are in a trailer.  There is usually two

2   trailers typically.

3      Q   And so they -- the students do not receive

4   their education in the brick-and-mortar building?

5      A   Correct.

6      Q   Do students at the -- at Fannin Middle in

7   NorthStar have the opportunity to attend segments of the

8   day with their nondisabled peers?

9      A   They do as part of their transition program.

10     Q   If they are not transitioning, do they have the

11  opportunity to?

12     A   Again, we've got a couple of kids going out for

13  specials.  We try to get them integrated in those

14  classrooms.

15     Q   Do NorthStar students at Fannin Middle have

16  access to PE?

17     A   That could be one of the specials that they

18  have access to.

19     Q   Okay.  If they are not transitioning, do they

20  have access to PE?

21     A   Again, we try to get them scheduled into those

22  classrooms as quickly as possible, but we do have at

23  least one that I'm thinking of that's not accessing right

24  at the moment.

25     Q   What about for music?



1    A   Again, we choose the special based on what we

2  think their -- where their affinities are.

3    Q   So -- sorry.

4    A   So it could be music.  It could be if they have

5  computer classes, they have STEM classes.  And so I think

6  right now we're in STEM and art, are the ones we are

7  accessing the most right now because that's just where

8  our kids' interest areas are.

9    Q   Is it fair to say that students at NorthStar

10  Fannin Middle do not typically have PE or music or art

11  classes unless that's the specific special area that they

12  are having with their nondisabled peers as part of

13  transition?

14    A   Right.  So it's a scheduling issue in terms

15  of -- again, we usually sit down with the school.  We try

16  to make sure those experiences are successful

17  experiences, so we try to make sure it's in an area where

18  the student is likely to enjoy it and experience success,

19  and so it's pretty carefully chosen in terms of how we

20  integrate them into those activities.

21    Q   Do students at NorthStar Fannin Middle ride the

22  bus with their nondisabled peers?

23    A   Again, so some of my Gilmer County students,

24  again, have a connecting route, and so part of that

25  transportation could be on a regular education bus.  And



JACQUELINE NEAL, PH.D.                                    January 19, 2023
UNITED STATES vs STATE OF GEORGIA                              311

```
 1   again, even my Fannin County kids that could be true.  So

 2   just depending what's in their IEP in terms of what they

 3   require, whether they require regular education or

 4   special education transportation.

 5        Q   So I know that the students at NorthStar Fannin

 6   Middle receive their education in trailers.  Do they have

 7   to enter the school in order to get to those trailers?

 8        A   Not necessarily.

 9        Q   So do they enter -- I guess, do they just go

10   into the trailers straight from --

11        A   Generally the buses drop them at the trailers.

12        Q   Okay.

13        A   Yeah.

14        Q   Do the buses drop everyone at the trailers and

15   then other students --

16        A   It's all in the same area right there.

17        Q   So nondisabled peers get dropped by the

18   trailers but then walk to the front entrance?

19        A   Correct.  So there's a -- essentially the

20   trailer is in the front of the school as well, and

21   there's a sidewalk where all the buses pull up and drop,

22   and so it's contiguous to both the front entrance as well

23   as our entries.

24        Q   Gotcha.  So NorthStar students go to the

25   trailers, and nondisabled peers --
```



JACQUELINE NEAL, PH.D.                                January 19, 2023
UNITED STATES vs STATE OF GEORGIA                              312

1        A    Yes.

2        Q    -- or general education students go to the

3    brick-and-mortar building?

4        A    Correct.

5        Q    Is there a metal detector for the NorthStar

6    students at Fannin Middle?

7        A    No.

8        Q    Is there any other safety protocol?

9        A    Again, unless there is a particular reason, no.

10       Q    Do students at NorthStar Fannin Middle eat in

11   the cafeteria?

12       A    We have in the past.  Right now I've got some

13   pretty high-anxiety kids who choose to eat in the

14   trailers, so...

15       Q    So do some students still eat in the cafeteria?

16       A    Not right at the moment.

17       Q    And so the food is just brought to them?

18       A    Well, they go get their food from the

19   cafeteria, and so we try to -- again, that's the

20   situations where we are trying to increase their

21   tolerance for dealing with crowds and people, and so,

22   again, it's kind of dependent on the individual student

23   what they can tolerate.

24       Q    Is there a playground at Fannin Middle?

25       A    There's a ball field.  Again, it's middle



1   school students, so they are not as much into the jungle
2   gyms and stuff, but there is a -- a ball field that we go
3   and use, and there's a gym where they can...
4        Q   And do NorthStar Fannin Middle school students
5   participate with that ball court?
6        A   The field, yeah.
7        Q   Yeah, ball field.
8        A   They can access that regularly and sometimes
9   when the regular education peers are out there.
10       Q   And is it scheduled that they have that time
11  with nondisabled peers or is it happenstance?
12       A   We kind of generally have a time that we go out
13  there and access it, which administration is aware of,
14  but Fannin County doesn't schedule that.  They just know
15  the time we are going out, if that makes sense.
16       Q   Gotcha.  So sometimes they are there and
17  sometimes they are not?
18       A   Right.  It just depends.  And it kind of varied
19  throughout the years in terms of their scheduling and
20  when kids are out there.  So I know last year there was
21  overlap, and we had interaction for part of that time.
22       Q   Is there a library at Fannin Middle?
23       A   There is.
24       Q   And are NorthStar students at Fannin Middle
25  able to access the library?



1      A    Yes, they are.

2      Q    And do they do so at the same time as

3  nondisabled peers?

4      A    Yeah.  It's not scheduled but, you know, as

5  their teachers, our teachers have the freedom to access

6  that at any point.

7      Q    And do students -- do NorthStar students at

8  Fannin Middle have the opportunity to participate in

9  extracurricular activities?

10      A    Again, if they have interests, we can always

11  discuss that within the IEP committee.

12      Q    But the same zero applies to the Fannin schools

13  as well?

14      A    Exactly.  I'm trying to think of any, but I

15  don't -- I don't think at the middle school level we have

16  any way of participating at this moment.

17      Q    Are there field trips at Fannin Middle School

18  for GNETS students?

19      A    Again, traditionally there has been that

20  slowdown since COVID, so I don't believe we had any last

21  year, but we usually try to have a motivational kind of

22  field trip or an educational-based field trip at least

23  once a year.

24      Q    What about field day?

25      A    I don't.  I'm not aware that they do a field



1   day.

2        Q    Are NorthStar students at Fannin Middle in the

3   school yearbook?

4        A    I don't believe so.

5        Q    Does Fannin Middle School have any space

6   designated for de-escalation?

7        A    I really don't know within the building what

8   they have, but are you just talking our facility?

9        Q    Yeah.

10       A    We just have a -- another space, another -- we

11  have two sides -- you know, we have two trailers,

12  essentially, so if students need space and time, they can

13  go to the other side where the instruction is not

14  happening.

15       Q    That was my next question.  So there is one

16  class but two trailers.  So how --

17       A    Yes, so we --

18       Q    -- is that used?

19       A    We just have space if we need to divide kids

20  for different kinds of instruction since we do so much

21  individualized instruction.  Sometimes that's helpful.

22  Therapeutic staff need to do individual work with a kid,

23  that they can pull the kid to the other side of the

24  trailer if we need to do de-escalation.  So it's used in

25  a variety of different ways.



1      Q   And how many teachers are there for Fannin

2   Middle at NorthStar -- for NorthStar?

3      A   Just one teacher.

4      Q   Okay.  So when they are split up for

5   educational reasons, they would be with a para pro or --

6      A   Correct.  If it's clinical, it could be a

7   clinical staff.  I might be present for some of those

8   activities, so it just depends on what the activity is

9   and what the purpose is.

10      Q   Does online instruction play a role in the

11   curriculum at Fannin Middle for NorthStar students?

12      A   The same kind of way we've discussed before.

13      Q   And what percentage of students at NorthStar

14   Fannin Middle receive online instruction?

15      A   Again, it's not the primary platform, but all

16   of our students access those kind of individualized

17   learning platforms, remedial-type activities and some

18   skill-based.

19          (Court reporter clarification.)

20      Q   BY MS. CHEVRIER:  I -- let's talk about Fannin

21   High School.

22      A   Okay.

23      Q   And I'll just say Fannin High.

24      A   Okay.

25      Q   Am I correct that NorthStar -- that -- sorry.



1   Am I correct that Fannin High School is owned by Fannin

2   County Schools?

3        A   Yes.

4        Q   And you don't know when it's -- it was

5   approximately built?

6        A   Again, I remember writing that on the forms,

7   but I don't remember off the top of my head.

8        Q   Where is the classroom?  Is it -- sorry, how

9   many classrooms are there for NorthStar at Fannin High?

10       A   Just one.

11       Q   And where is that classroom located in the

12  building?

13       A   We are in -- there is several buildings on that

14  campus, so we are just in one of those buildings.  It's

15  kind of towards the -- the back of the campus, kind of

16  near the cafeteria.

17       Q   What else is in that building?

18       A   There's a couple other regular education

19  classrooms in that building.

20       Q   And are they currently occupied by regular

21  classrooms?

22       A   Yes.

23       Q   And how did you receive guidance on the

24  classroom assignment, which classroom you would get?

25       A   I mean, that classroom has been in that



1   location since I've been director, so...

2       Q    And are there any GAA students at Fannin High

3   in NorthStar?

4       A    I'm thinking of my kiddos up there.  Not at

5   this time, I don't believe.

6       Q    Are there any trailers that are used by

7   NorthStar students at Fannin High?

8       A    No.

9       Q    And do NorthStar students at Fannin High School

10  have the opportunity to attend segments of the day with

11  nondisabled peers?

12      A    Yes.  Again, it's dependent on the IEP and what

13  kind of services they require, but a number of our

14  students access classes outside of our classroom.

15      Q    Outside of students who are transitioning, do

16  NorthStar Fannin High students regularly have specials?

17      A    Again, it's -- at the high school, it's totally

18  dependent on the courses they require for graduation.

19      Q    So is there a physical education option?

20      A    So they have to have health and PE as one of

21  those courses at the high school level.  They also have

22  to have something that we call in Georgia the CTAE

23  classes, which is more the career readiness kind of

24  classrooms.  And so that can be everything from

25  technology to agriculture to home living.  I'm trying to

1    think of all the other ones they offer.

2          So there's different ones depending on the

3    pathway that the student selects, then they can access

4    courses in that pathway.

5    Q   Are those offered online or in person?

6    A   Sometimes there is both options.  It depends on

7    the pathway in terms of what's offered.

8    Q   Do NorthStar Fannin High students ride the bus

9    with their nondisabled peers?

10   A   Again, it depends on what's on their IEP.

11   Q   Do NorthStar Fannin High students enter the

12   same entrance as nondisabled peers to get into the school

13   building?

14   A   So they are dropped off, again, in a drop-off

15   area.  So students generally go to the appropriate

16   building where their classes are going to be.  So some

17   come to our building; some go in a different building.

18   Q   So there is some nondisabled peers who attend

19   the gen ed school -- gen ed classrooms in the same

20   building, and they would enter through the same

21   location --

22   A   Correct.

23   Q   -- that the NorthStar students enter?

24   A   Correct.

25   Q   Is there a metal detector at -- for Fannin High



1  NorthStar students?

2       A    No.

3       Q    Is there any other protocol for safety?

4       A    Again, if there's a safety plan in place there

5  are also school resource officers that, again, as part of

6  a safety plan, might be involved in a situation like

7  that.

8       Q    Do students -- do NorthStar Fannin High

9  students eat in the cafeteria?

10      A    They have.  Again, that's an option for some

11  students.  Again, we have a lot of students with very

12  high anxiety that get very overwhelmed in that situation,

13  so they often choose to have lunch with us.

14      Q    Are there currently some students at NorthStar

15  Fannin High that eat in the cafeteria?

16      A    There are a couple.

17      Q    Do they eat at the same time as their

18  nondisabled peers?

19      A    They do.

20      Q    And do students who receive GNETS services at

21  Fannin High have the opportunity to go to the gym at the

22  same time as their nondisabled peers?

23      A    If that's part of their coursework and that's

24  been the appropriate location that's been decided.

25  Again, that's decided by the IEP team when they decide



1   what level of support the student requires and what type

2   of instruction they are going to be most successful with.

3         Q    And is there a library at Fannin High?

4         A    There is.

5         Q    And are NorthStar Fannin High students able to

6   attend classes in the library?

7         A    They are.

8         Q    And does that happen with nondisabled peers?

9         A    Yes.

10        Q    Always or sometimes?

11        A    Again, I think our kids can access the library

12  like any other student, and it's not scheduled times,

13  per se, but it's as they need to for their different

14  academic tasks or to accomplish or if they just -- I know

15  we have some students that just like to read, and so they

16  will check books out.

17        Q    And do students at Fannin -- at NorthStar

18  Fannin High have the opportunity to participate in

19  extracurricular activities?

20        A    Again, that would be an option if they were

21  interested, and so we have had students in the past that

22  have been on the wrestling team, or I'm trying to think

23  of the most common ones.  Again, that's one of the

24  situations where a student is participating in FFA or

25  those activities.



1    Q   And they would then -- so if they chose that

2    option, they would participate in the wrestling team, for

3    example, at Fannin High School?

4    A   They would have the same expectations

5    behaviorally, you know, to be maintained in those

6    activities.  So as long as their behavior is at a level

7    that they can participate successful, they would be

8    allowed to participate.

9    Q   But at least for FY '22 grant report, there

10   were zero students participating in extracurriculars?

11   A   For that year, probably.

12   Q   And it's a similar number this year?

13   A   Again, we have staffed out the student that was

14   on the wrestling team.  I think I've got one that's doing

15   FFA right now.

16   Q   Are NorthStar Fannin High students in the

17   yearbook?

18   A   I don't believe so.

19   Q   And does Fannin High School have a space

20   designated for de-escalation?

21   A   No.  No.  Let me correct.  Fannin High School

22   has a sensory room towards the front of the building.  We

23   could access that, but our students traditionally have

24   not.

25   Q   Can you describe that room.



1     A    It's just a big room.  It's got sensory
2  equipment in it, so I'm trying to think of things they
3  have in there.  They have, again, some alternative
4  seating, rocking kinds of options.  They have, I think,
5  corners with beanbags with different kind of texture
6  stuff for kids who might require that kind of
7  stimulation, but alternative lighting kinds of options in
8  that room.
9         So there's a number of different.  It's a
10  pretty big room.  They've got a number of different
11  things in there.
12     Q    And does online instruction play a role in the
13  curriculum at Fannin High School for NorthStar students?
14     A    It does.
15     Q    Does it play a larger role than what we've
16  previously discussed because of -- because of the nature
17  of all the different high school requirements that are
18  needed for graduation?
19     A    Definitely.  So we definitely try to, as much
20  as possible, get kids out.  You know, so if kids are
21  requiring small group instruction and we have not been
22  successful in integrating them into a class out in the
23  main building because of the nature of their behavioral
24  difficulties, then -- and we don't have a teacher that's
25  certified to teach that content area, then online



1  instruction is an option.

2      Q   Does -- and are there any students receiving

3  gifted services at Fannin High School in NorthStar?

4      A   Not at this time.

5      Q   Have there been previously?

6      A   I'm trying to think at Fannin if I've had any.

7  I don't think so.

8      Q   Does NorthStar use restraint on students?

9      A   In safety situations where imminent danger is

10 present.

11     Q   And are there restrictions on the use of

12 restraint?

13     A   Yes.

14     Q   What are they?

15     A   We have guidelines from the State Department of

16 Education.

17     Q   And that's a Georgia State Department of

18 Education?

19     A   Yes.

20     Q   And what are those guidelines?

21     A   It's a several-page document, so there are a

22 lot of them.  But in my grant application we have

23 uploaded our NorthStar policy which dovetails to that

24 policy.  So again, it's primarily around -- you know,

25 restraint is a last resort used in cases where imminent



1  danger or safety of others, to the student themselves, or

2  other students is a condition; limitations and the type

3  of procedures that we can use, as well as length and

4  duration of procedures and those kind of things, safety

5  procedures that need to be in place if those kinds of

6  interventions are used.  So there's a number of different

7  things on the policy.

8       Q    Are there limitations on who can restrain?

9       A    You have to be trained annually.

10      Q    Trained in what?

11      A    We use a program called MindSet, is our

12  de-escalation program, which is what we trained our staff

13  in.

14      Q    Are there any like positional limitations for

15  who can restrain?  So can paraprofessionals or teacher

16  aides restrain students?

17      A    We train all of our staff.  Now, I do have a

18  couple of staff who just have physical limitations who,

19  in any situation like that, there are multiple roles that

20  the team can play, and so we would target people towards

21  their strengths in terms of if there is some kind of

22  physical limitation.  And obviously, we have limitations

23  in our policy that say, for instance, no one should be

24  restraining someone who is a lot larger than themselves

25  or can't be restrained safely or those kinds of things,



```
 1   so...
 2        Q    What is the MindSet Curriculum?
 3        A    So the MindSet Curriculum is a safety
 4   management program that's been used within the network
 5   for as long as I have been here.  Well, I shouldn't
 6   say -- probably 20-some years at least.  It teaches
 7   de-escalation strategies, kind of the mindset that
 8   restraints should be used as the last resort, only in
 9   safety situations.  It teaches preventative strategies,
10   relief strategies, as well as safety strategies if
11   situations have imminent danger involved.
12        Q    And is it correct that you said that all of
13   your staff is trained with the MindSet Curriculum?
14        A    Correct.
15        Q    And who provides that training?
16        A    I do.
17        Q    And how are you trained?
18        A    I have been a MindSet trainer for 20 years.
19        Q    And how is the MindSet Curriculum funded?
20        A    Through our -- it's a part of our training
21   budget.
22        Q    And who provides that training budget?
23        A    Generally it comes from the LEA contributed
24   funds.
25        Q    And you said generally.  Does that ever come
```



1  from other funds?

2      A   I would say generally it's coming out of the

3  LEA funds.

4      Q   Is staff trained in any other crisis management

5  protocols in addition to MindSet?

6      A   We do de-escalation training in a number of

7  different ways.  LSCI has a de-escalation component.  We

8  do general de-escalation training as well.  We do some

9  sensory training as, you know, methods of de-escalation.

10 So a lot of our trainings have that aspect and component

11 to them.

12      Some of the training we do in terms of teaching

13 kids emotional regulation strategies, but also coaching

14 those emotional regulation strategies, obviously,

15 dovetails into some of that.  So there is a number of

16 different ways that we come at that to reinforce the

17 skills.  So staff have a lot of tools in their tool belt

18 for how to work with kids in those situations.

19      Q   And who provides those trainings?

20      A   Generally most of that comes from me.

21      Q   And does NorthStar track the use of restraint?

22      A   So -- so say that one more time.  I'm sorry.

23      Q   Does NorthStar track the use of restraint?

24      A   Yes, we do.

25      Q   How?



1      A    If a staff engages in any of that kind of

2  intervention, there's a form that gets filled out.

3      Q    Who fills it out?

4      A    The person who initiated the restraint.

5  Sometimes if multiple people were involved in different

6  components, then we might have two staff, you know,

7  contributing to the filling out of that form for who was

8  most involved in that.  It's handed in to a coordinator

9  who then checks that documentation.

10      Q    And what information is provided as part of

11  that form?

12      A    What was the precipitating?  Obviously,

13  demographic information; time it happened; duration of

14  the event; precipitating conditions, you know, that

15  preceded whatever the dangerous behavior was;

16  interventions that were attempted; individuals involved;

17  student behavior; staff behavior; duration -- I think I

18  said that -- of the event; what type of intervention was

19  provided within our continuum of -- of interventions.

20  There's information on there about -- we contact parents

21  with communication, both verbally and in writing.  So

22  when did that happen, when did the form get turned in to

23  the coordinator, that kind of information.

24      Q    If the coordinator thinks that there is any

25  sort of error with the form, what are they directed to



1  do?

2     A    So they would go obviously meet with that team

3  or whoever filled out the -- the form or was involved in

4  that.  It depends if it's clerical and informational,

5  then obviously they would give that to staff to make sure

6  the form was filled out correctly and all the necessary

7  information was present.

8         If there was any kind of concerns about, I

9  guess, the interventions that were used or that kind of

10  thing, that would be debriefing and instruction, maybe

11  retraining depending on what the situation required.

12     Q    And when are these films (sic) required to be

13  filled out?

14     A    Pretty immediately within 24 hours for certain.

15     Q    And is that typically what happens?

16     A    Yes.  Simply because if we wait much longer

17  than that, details start to get fuzzy, so we try to get

18  them done immediately.

19     Q    Are their trends monitored?

20     A    Yes.

21     Q    How so?

22     A    So again, we review those records pretty

23  routinely, track the frequency of those interventions,

24  and the students that are having a higher level of those

25  interventions, we schedule them for things like treatment



1    teams and, you know, to kind of look at what's happening

2    and what we can be doing differently to decrease the

3    frequency of those interventions.

4        Q    And I think you mentioned this, are there -- is

5    there debriefing or formal debriefing that occurs after a

6    restraint?

7        A    So there is immediate debriefing which is more

8    around the mechanics of the restraint, you know, do we

9    have people in the right places?  Were people playing the

10   right roles, that kind of thing.

11           And then there can be a -- if it's more a

12   treatment planning kind of issue, then there can be a

13   team meeting to kind of discuss more of those kind of

14   issues.

15       Q    And who would participate in that team meeting?

16       A    It would depend on -- typically, it's the team

17   that was involved.  You know, it's a classroom team

18   typically.  A typical clinical staff would be their

19   coordinator.  Any support staff that have pushed in like

20   behavior technicians or any of those things would also be

21   involved.

22       Q    It sounds like it's possible that there would

23   be a -- a team meeting after a restraint.  What factors

24   would contribute to there being a debrief team meeting as

25   opposed to not holding one?



1      A    So mostly it's if we -- number one, if we felt

2    like we need to put some new strategies in place to

3    handle some variable that came up that maybe we hadn't

4    experienced before or we had a response to an

5    intervention that we hadn't had before, so we felt like

6    we need to tweak, you know, the response to how we handle

7    that situation.

8           Again, it could be if we just need to emphasize

9    preventative strategies or put additional preventative

10   strategies in place.  Sometimes it's to make sure we've

11   got staff in the right locations.  Again, we have issues

12   like elopement and those kind of things.  It just

13   requires -- sometimes that requires building-wide

14   communication.  So there could be lots of variables that

15   we could be talking about in those meetings.

16     Q    So relatedly, does restraint trigger any

17   evaluation of the student or the services that they are

18   being provided?

19     A    It certainly can, yeah.

20     Q    Is there a BIP updated as a result of

21   restraint?

22     A    So certainly in the treatment team meetings,

23   you know, we are often adjusting strategies that we can

24   be implementing.  Sometimes we'll try those strategies

25   before we fully integrate them into the BIP and to the



1  IEP, but out of those treatment team meetings, we are

2  always trying to come up with some different ways to

3  approach the behavior that can cause a change in that

4  behavior.

5      Q   Are crisis plans ever created?

6      A   Sure.

7      Q   And you mentioned this, but when are parents

8  and guardians notified when a student is restrained?

9      A   So we do a verbal notification the day of, and

10  then within 24 hours a letter goes home to notify, as

11  well, typically the same day.

12      Q   Do they -- do parents or guardians receive the

13  form that was filled out?

14      A   Yes.

15      Q   Have you ever received a complaint either

16  orally or written about a restraint?

17      A   You know, we've certainly had situations where

18  maybe -- and again, we're pretty proactive about trying

19  to communicate up front, but maybe the students had a rug

20  burn or something from something where a parent is

21  called, and we have talked about those kind of issues.

22          MS. CHEVRIER:  I'd like the court reporter to

23  mark this document as Plaintiff's Exhibit 861.

24          (Plaintiff's Exhibit 861 was marked for

25  identification.)



1        Q    BY MS. CHEVRIER:   The Bates number, which is

2    not on the document, is NORTHSTAR_TEMP_000025.

3             This is the FY '21 grant application, correct?

4        A    Yes.

5        Q    Do you recognize this document?

6        A    I do.

7        Q    Who completed this document?

8        A    I did.

9        Q    When was the FY '21 grant application

10   submitted?

11       A    So --

12       Q    Is it June '21?

13       A    Correct.

14       Q    So it would have covered --

15       A    Well, June of -- so we submit the grant -- yes,

16   so June of '21, you are correct.

17       Q    And so it would have covered information from

18   the '20 to '21 --

19       A    Correct.

20       Q    -- school year?

21       A    Correct.

22       Q    Can we turn to page 9.

23       A    Behavior management and de-escalation?

24       Q    Yes.   Do you see where it says that 23 students

25   were restrained during this year?



JACQUELINE NEAL, PH.D.                                      January 19, 2023
UNITED STATES vs STATE OF GEORGIA                                        334

1          A   Yes.

2          Q   Do you agree with that number?

3          A   I'm sure it's correct.

4          Q   Do you see where it says that that's 24 percent

5     of students?

6          A   Correct.

7          Q   And do you agree with that percentage?

8          A   I assume we served around 100 students that

9     year, so it's probably correct.

10         Q   Is this a typical number of students that gets

11    restrained each year?

12         A   It varies.

13         Q   What trends are there that you can identify as

14    far as it varying?

15         A   I haven't really compared year to year to be

16    able to answer that recently.

17         Q   Okay.  This information provides the number of

18    students restrained but not the number of times each

19    student was restrained, correct?

20         A   Correct.

21         Q   Do you know how many times total each of these

22    23 students were restrained?

23         A   I would have to go back and look at records.

24         Q   Do you know how many restraints have occurred

25    so far this school year?



1       A    I wouldn't know that off the top of my head.

2       Q    Do you see on this document where it says that

3  95 students were de-escalated?

4       A    Yes.

5       Q    Do you see where it says that that represents

6  100 percent of students?

7       A    Okay.  Yeah.

8       Q    Do you agree with that number?

9       A    Yeah.  We served 95 kids that year.

10      Q    Is this a typical number of students who are

11  de-escalated in a school year?

12      A    I would say it's very common that there is

13  gonna be some point during the year that somebody is

14  gonna be a little upset about something where they need

15  some kind of verbal de-escalation, so that's not

16  uncommon.

17           MS. CHEVRIER:  I'd like the court reporter to

18  mark this as Plaintiff's Exhibit 862.

19           (Plaintiff's Exhibit 862 was marked for

20  identification.)

21      Q    BY MS. CHEVRIER:  And the Bates number for this

22  document is GA00327496.  This is an e-mail thread between

23  you, Dr. Neal, and Vickie Cleveland from June 25th, 2018,

24  correct?

25      A    Yes.



```
 1        Q   Do you recognize this e-mail?
 2        A   I don't really recall it, but I'm sure it's
 3   accurate.
 4        Q   Do you see where you wrote that, "Program-wide,
 5   16 students required restraint (68 restraints total)"?
 6        A   Yes.
 7        Q   Do you see where you wrote that 64 of these
 8   restraints occurred at the Dalton campus and four at the
 9   Blue Ridge campus?
10        A   Yes.
11        Q   And Blue Ridge again is the Fannin?
12        A   Correct.
13        Q   Which Fannin school would that have been?
14        A   Again, not having the records, most commonly
15   it's our elementary students that are requiring those
16   kinds of intervention.
17        Q   Okay.  What do you think accounts for this
18   large difference in restraint numbers?
19        A   Part of it is just the students we were serving
20   at that time.  I have the most students in my Blue Ridge
21   campus, so obviously, just a higher number of students, a
22   lot more variability in the intensity of students can
23   account for the differences.
24        Q   Okay.  I'm sorry, just to be clear, you said
25   that you have the most students in Blue Ridge campus?
```



1        A    No, no, no, at the Dalton campus.

2        Q    And below you wrote, "1 to 3 restraints - 8

3    students," correct?

4        A    Correct.

5        Q    Does that mean one to three -- that eight

6    students received one to three restraints?

7        A    That is correct.

8        Q    And is it correct that two students had seven

9    to eight restraints?

10       A    Correct.

11       Q    And that one student had 14 restraints?

12       A    Correct.

13       Q    Can you describe the process for collecting

14   data related to students' progress towards their

15   behavioral goals?

16       A    So as I mentioned earlier, we collect

17   frequency, intensity, and duration data on all -- through

18   a program we called our DCATS (phonetics) system, which

19   is just an Excel spreadsheet that collects that data for

20   us in an FBA-type of format.

21           So we collect that data all the time, and most

22   all goals that are behavioral objectives are measured

23   through that kind of format.  It depends a little bit how

24   the goal is structured, but oftentimes that's the data

25   mechanism we are using.



1    Q   And are students' data only reviewed for

2    readiness for transition before an IEP meeting or

3    evaluation?

4    A   It can be reviewed at any time.  Sometimes it's

5    for behavior planning.  Sometimes it's just because a

6    parent wants an update on how they are doing

7    behaviorally.  So there's lots of reasons we look at the

8    data.

9    Q   Has NorthStar ever requested an IEP meeting

10   earlier than the standard annual IEP meeting to consider

11   updating a student's LRE?

12   A   All the time.  I shouldn't say all the time.

13   Lots of -- we have done that on lots of occasions.

14   Q   About how many occasions in a school year?

15   A   I would say most -- it's a little hard to

16   answer because I think at every time we get together for

17   an annual there's that discussion.  And even if a kid,

18   there is some anticipation that we are getting close to

19   that point, it's mentioned at the annual IEP, and then we

20   discuss timelines when we want to get back together to

21   look at LRE.

22        So a lot of times that emanates, I guess, out

23   of that annual IEP kind of discussion.  But again, if we

24   see a student that's really making progress and doing

25   well and we think they are ready or a parent wants to



1  look at that option, then we can call those meetings at

2  any point in time.

3      Q    What -- has there ever been a disagreement

4  within an IEP meeting about what a student's LRE is?

5      A    I mean, and certainly there's been some

6  discussion about that.  I would say we're -- I mean, I

7  felt like our teams are really good about listening to

8  everybody and kind of coming together and understanding

9  everybody's perspective and trying to make the best

10  decision based on, you know, what the committee as a

11  totality thinks is the best option for that student.

12      Q    So you can't remember any time that there was a

13  disagreement about a student's LRE?

14      A    I'm sure there has been, you know, times where

15  maybe an individual provider had a different opinion as

16  to what that option might be.

17      Q    How frequently do those kinds of disagreements

18  occur?

19      A    Like I said, we're very good about eliciting

20  different kinds of perspectives, and so we have those

21  discussions, I would say pretty frequently.  I can think

22  of a handful of times where maybe there's been a strong,

23  you know, disagreement between different team members.

24      Q    And what happens when that occurs?

25      A    The committee works it out as -- as a full



1  committee, you know, really tries to hear out the

2  different concerns and tries to collaborate to come up

3  with a solution that everyone can kind of get on board

4  with.

5       Q   Can you describe the process for collecting

6  data relating to student enrollment, scheduling, and

7  academic records?

8       A   So -- so enrollment happens through the

9  individual counties.  So tell me the other aspects you

10  were talking about there.

11       Q   Scheduling and academic records.

12       A   Okay.  So scheduling, we generally, again, look

13  at how our counties schedule.  It's a little bit variable

14  based on the school that they come from, so we do

15  generally try to align as much as possible to what they

16  are doing in their local schools, but also to kind of get

17  some consistency across kids in an individual classroom.

18  So we kind of develop internal schedules for each of the

19  academic core areas where kids need instruction.

20       Q   Is there a single database or other portal

21  where this information is stored?

22       A   So that -- like during FTE counts, which is

23  how -- how the schools get some of their funding, which

24  we report in to.  So there is some formal mechanisms for

25  reporting in that.  We do report courses to the counties



1   that's maintained through their databases.

2        Q    And can you sort by site?

3        A    They can certainly -- you know, they have

4   schools in most of those databases, and so you should --

5   I think they have that ability to sort kind of by

6   schools, so to speak.

7        Q    And who is the host of this database?

8        A    Each county has their own.

9        Q    And so who has access to the county's database?

10       A    Obviously, the appropriate county personnel,

11  and depending on who is doing the data entry component,

12  different levels of our staff could have access to some

13  portions of that database.

14       Q    Do you have access to all of those databases?

15       A    Not -- not all of them necessarily.

16       Q    Is there any information that you are missing

17  that would be helpful for you to have?

18       A    If there was, I could contact the county and

19  work that out.  If I'm missing any information, I usually

20  contact the appropriate people, and they can get me

21  access if I need different types of information.

22       Q    What analysis does NorthStar run on its

23  information?

24       A    So obviously with like high school kids, we are

25  watching courses and credits earned and that kind of



1  thing, moving kids toward graduation.  We are obviously

2  watching things like instructional minutes and those kind

3  of things to make sure our kids are getting the required

4  instructional activities during those kinds of

5  situations.

6       Q   You answered my next three questions.

7           Does anyone use the database to ensure the

8  students' identified special education needs are being

9  addressed?

10      A   So ask that one more time.

11      Q   Is the database used to help ensure that

12 students' identified special education needs are being

13 addressed?

14      A   Yeah.  So, you know, the required -- to make

15 sure the required minutes of required service on an IEP,

16 yes, that would be monitored.

17      Q   And does anyone use the database to ensure

18 students' stated educational goals, like joining the

19 military or applying to college, are being supported?

20      A   Yes.

21      Q   How so?

22      A   So that is monitored and recorded on during the

23 transition planning of the IEP but also kind of by

24 coordinators throughout the year to make sure those

25 activities are occurring.



1          Q    Are any reports run based on the information

2     you put into a database specifically for GNETS students?

3          A    So give me an example of a report you might be

4     referring to.

5          Q    Do you pull i-Ready information specific for

6     GNETS students?

7          A    Sure, yeah.

8          Q    Do you report that i-Ready information to

9     anybody?

10         A    We do.  We include it in the IEP.

11         Q    Does -- do you send it to anywhere else?

12         A    I'm trying to think if we reported that to

13    GaDOE.  GaDOE does have access to that information.  We

14    don't have to report it.  They can pull --

15         Q    Okay.

16         A    -- the reports, so...

17         Q    Do you report end-of-course Milestones to

18    GaDOE?

19         A    It automatically is reported.

20         Q    Do you discuss those reports with anyone at

21    GaDOE?

22         A    I think they've done general summaries across

23    all of the GNETS programs and then presented some of that

24    information in directors meetings and whatnot.  We have

25    not had individual conversations.



1      Q   Are you familiar with GNETS Facilities

2   Condition Assessment reports?

3      A   I am.

4      Q   Do you complete these?

5      A   We have.

6      Q   How frequently have you?

7      A   So it kind of depends.  So I've done it both

8   with my Fannin County -- or that report requirement came

9   out maybe two or three years ago.  So I, that year, did

10  them with Fannin County and with Pickens County.

11  Obviously, with the move into the new building and

12  Whitfield County, we used that in terms of some of the

13  conversations about that -- that location at that time.

14     Q   To whom do you submit the Facilities Condition

15  Assessment reports?

16     A   It's usually to their maintenance and

17  facilities management groups.  Oh, you are talking about

18  the results?

19     Q   Yeah.

20     A   I'm sorry.  We keep those on file in case

21  there's questions from GaDOE about any of those kinds of

22  issues.

23     Q   And does any part of the assessment get

24  submitted to GaDOE?

25     A   Not routinely.  They can request it.  We're



JACQUELINE NEAL, PH.D.                                January 19, 2023
UNITED STATES vs STATE OF GEORGIA                                    345

1   supposed to keep it as part of our documentation.

2        Q   Are the number of people who drop out of school

3   tracked?

4        A   We certainly track -- you know, the county

5   tracks that data, obviously, by withdrawals and those

6   kinds of things, and so we also track it on our student

7   database.

8        Q   And do dropouts count as dropouts from

9   NorthStar or from the LEA home school?

10       A   The LEA.  Well, kind of both, but the LEA.

11       Q   Are there additional efforts to get a student

12   who drops out of school to return to school?

13       A   I think there's, in general, pretty big efforts

14   kind of stimulated from GaDOE to try to prevent -- you

15   know, dropout prevention kinds of initiatives that have

16   happened, and certainly we try to stay in contact with

17   our students and check in on them, and just, you know,

18   depending on where they are at, encourage their return

19   when possible.

20       Q   And what are those efforts?  What do those

21   efforts look like from NorthStar?

22       A   So most of the time it's either a teacher who

23   had a close relationship or one of the clinical staff

24   just calling to check in and see how the students are

25   doing and see if there's -- they are in a mindset where



1   they might be interested in returning.

2        Q   Are dropout numbers reported to GaDOE?

3        A   I'm trying to think if that's on the grant

4   anywhere.  I don't recall.  It may be.

5        Q   Are there any other databases that we haven't

6   discussed where student or program information is

7   collected, stored or reported?

8        A   So we've talked about SWIS.  We've talked about

9   the student.  You know, so, obviously, a lot of the

10  student information system data, things like Milestone

11  reportings are now all dumped into a State database

12  called the State Longitudinal Data System.  So some of

13  those kinds of -- that kind of information is

14  consolidated across the state.  Some of the IEP

15  programs -- there's a State version of IEP programs that

16  many of my districts use, so we enter IEP information

17  into that system.  So I'm trying to think.  Those are the

18  primary kinds of situations.

19       Q   And who collects, updates, and maintains

20  information for data collections and reports such as the

21  certified classified personnel information?

22       A   So that's partially maintained through the

23  grant but also my HR support people here at RESA.

24       Q   What about subject and location assignments,

25  student class and course and service assignments?



1       A    So I think for most of that, that would be

2    district based.

3       Q    And same with student info and student records?

4       A    Correct.

5       Q    Who collects, analyzes, and provides the

6    information for the State report card?

7       A    So traditionally that's been myself.

8       Q    And who collects, analyzes, and provides

9    information necessary to provide the required right to

10   know notification to parents about whether the teachers

11   and paraprofessionals surveying their child is

12   appropriately certified?

13      A    It's my coordinators or I do that.

14      Q    And who collects, analyzes, and provides

15   information required under the 20-day notification rule?

16      A    So let me clarify, because I thought the

17   previous question was about the 20-day notification, so

18   if you want to go back and let me know if that was a

19   different question.

20      Q    Sure.  So that has to do with the right to know

21   for whether or not teachers or paraprofessionals teaching

22   their child is appropriately certified.  The 20-day

23   notification rule that I am referencing is specifically

24   if --

25      A    That is the notification that the teacher is



1  uncertified.

2      Q    Yeah.

3      A    So it's kind of connected, I guess, in my mind.

4      Q    Okay, yeah.

5      A    Yeah.

6      Q    And who prepares the NorthStar response to

7  GaDOE for the GNETS annual accountability report?

8      A    So again, a little bit terminology, because

9  some of those things like report card and the annual

10  accountability report have changed over the years into

11  now we just do -- primarily the grant application

12  includes a lot of those elements, so they have

13  consolidated some of those, but generally that would be

14  me.

15      Q    And is that true also for the strategic plan?

16      A    That's -- has been separate to some degree.

17  Although, their -- again, that's being uploaded into the

18  same database.  We have something called the portal that

19  we enter that information into, which is a State -- the

20  State portal.

21      Q    And what about the comprehensive needs

22  assessment?

23      A    Again, that was -- that's something that's

24  evolved into the grant, so we used to have separate

25  documents that we would present for all those things, and



1  they've tried to streamline the system, and so all that

2  is connected to the grant application and the strategic

3  plan documents.

4      Q   Do you submit any other data to GaDOE?

5      A   I'm trying to think routinely outside of -- so

6  there's obviously monitoring that happens with HR and

7  budget and those kinds of things, so there's, you know,

8  documents being submitted in regards to those kinds of

9  activities, again, the PBIS stuff that we've talked

10  about.  Those would be the primary things I think that we

11  report anything on.

12      Q   Way earlier this morning we talked about

13  collaborative communities.

14      A   Yes.

15      Q   Are those the same as GLRS or separate?

16      A   GLRS facilitates those discussions.  So the way

17  the State department does that, from my understanding,

18  is, the GLRS is the regional-based entity that they push

19  information from GaDOE out through for the special

20  education directors, and GLRS is just the entity that

21  helps to deliver, you know, those regional-based

22  trainings.

23      Q   And who at the State helped set up the

24  collaborative communities?

25      A   I have no idea who facilitated that.



1      Q    Okay.  But it was somebody from the State that

2   set it up?

3      A    Yeah.  It's been that way for as long as I can

4   remember, so I'm not sure how that originated.

5      Q    That's okay.

6           And do you attend the GNETS director meetings?

7      A    I do.

8      Q    How often do those meetings occur?

9      A    They are scheduled probably six times a year.

10     Q    Who schedules them?

11     A    Typically LaKesha is the one who sends out that

12   notification.  I'm sure she's coordinating with Vickie.

13     Q    And that's LaKesha Stevenson and Vickie

14   Cleveland?

15     A    Yes.

16     Q    And where are they held?

17     A    They can be face-to-face, or, you know, again,

18   post-COVID, a lot of that has been online.  We are trying

19   to do a combination now and get more into a combination

20   of online and face-to-face.

21     Q    And who leads the meetings?

22     A    Vickie.

23     Q    And what is the purpose of these meetings?

24     A    So again, sometimes it's to make us aware of

25   services and supports that are available through GaDOE.



1  It could be to educate us on any new initiatives.  So it

2  could be things like we had an initiative to help get

3  students more involved in facilitating and participating

4  in their IEPs, so we have had training on those kinds of

5  things that have come out of that.  It could be, again,

6  budget things.  It could be just services and supports

7  that are available.  So sometimes it's GNETS-specific

8  things that are going on, training and other things that

9  are available, so...

10      Q   Do you play --

11          MR. BEDARD:  Just object to the form of the

12  previous question.

13      Q   BY MS. CHEVRIER:  Do you play a role in those

14  meetings?

15      A   I participate.

16      Q   And have those meetings changed at all during

17  your time as director?

18      A   Yes.

19      Q   How so?

20      A   So I would say in my initial time in GNETS they

21  were a lot more director led, where now they are State

22  department facilitated.

23      Q   Throughout the day we've been discussing the FY

24  '22 NorthStar grant application.  This is the State

25  grant, correct?



1       A   So say that one more time.  I'm sorry.
2       Q   Sure.  We've been discussing the FY 2022
3    NorthStar grant -- GNETS grant application, correct?
4       A   Correct.
5       Q   And this is that application for the State
6    grant, correct?
7       A   Correct.
8       Q   And what does it secure for NorthStar?
9       A   It ensures -- I mean, it's a requirement for
10   continued funding and collaboration.
11      Q   Can you describe the process for completing the
12   GNETS grant application and the process that follows.
13      A   So generally towards the end of the year we
14   begin to complete the required documentation required
15   within the portal.  Some of that, it has to wait until
16   the end of the year to be fully -- you know, to have all
17   that data completely finalized.
18          We have a deadline that we usually have to
19   submit that by, usually very slightly in terms of when
20   that grant is due.  That's also when we traditionally in
21   the past have got things like assurances from the -- had
22   the county sign their assurances and sign their
23   intersystem agreements in terms of, you know, whatever
24   their -- the agreement to contributions and things within
25   the program, that's all submitted in and then reviewed



1  over the next few months by folks at GaDOE.

2      Q    Who establishes what information is required?

3      A    That comes from GaDOE.

4      Q    And who establishes the timeline for getting

5  them information?

6      A    That's established by GaDOE.

7      Q    And do you have to make any judgments or

8  establish priorities in order to complete the

9  application?

10     A    Rephrase the question, maybe.

11     Q    Sure.

12          Basically it sounds like a heavy lift.  Would

13 you agree that it's a heavy lift to complete this grant

14 application?

15     A    It is, but in some ways we -- you know, it's

16 been fairly consistent, so we kind of know the required

17 information that's going to be required, so we prepare

18 for that.

19     Q    And you are who fills out the grant application

20 primarily.

21     A    Yes.

22     Q    Is that correct?

23     A    Between me and sometimes my finance people are

24 helping with and human resources people help with some of

25 that information.



1      Q    So do you have to make any judgments or

2    establish priorities in order to get the application

3    done?

4      A    Certainly.  It's -- you know, just in terms of

5    time allocations and those kinds of things.

6      Q    Are there on-site visits from someone at GaDOE

7    in connection with the grant application process?

8      A    So we have oversight for different components

9    of that.  Just, you know, as our systems are audited and

10   those kind of things, certainly we have components of

11   that that we are audited for as well.  Our finance

12   department is audited by GaDOE, so there is oversight

13   from that level.

14     Q    And do you receive feedback from GaDOE prior to

15   approval?

16     A    Certainly, if there is, you know, anything that

17   needs to be adjusted or those kinds of things that could

18   occur.

19     Q    And does GaDOE formally approve the grant

20   application?

21     A    I guess technically, yes.

22     Q    Does the GNETS grant prescribe what funds may

23   be used for?

24     A    So depending on what the money -- certainly

25   there are restrictions, especially if it's federal money



1  in terms of how those funds can be utilized.

2      Q   For the money that comes from the State, is

3  there -- like what level of specificity?  Does it say,

4  you know, you can use this money for a teacher, or does

5  it say you can only use this money for a

6  paraprofessional?

7      A   Again, I don't know that there are -- you know,

8  outside of the guidelines for, you know, ratios of staff

9  and that kind of thing.  So, for instance, I do think

10  there is an expectation that there is a RESA director

11  within the rule, and I think there are some positions

12  that are specifically kind of listed and in that kind of

13  document.  But generally, since we have more staff than

14  is covered, generally most of that State grant goes to

15  cover staffing.

16          MS. CHEVRIER:  I'd like the court reporter to

17  please mark this document as Plaintiff's Exhibit 863.

18          (Plaintiff's Exhibit 863 was marked for

19  identification.)

20      Q   BY MS. CHEVRIER:  This is an e-mail from you,

21  Dr. Neal, to Nakeba Rahming from August 22nd, 2016,

22  correct?

23      A   Yes.

24      Q   It's Bates numbered GA00063584.

25          Do you recognize this e-mail?



1      A    I'm reading it to see if I recall the

2   situation.

3           Okay.

4      Q    Do you recognize this e-mail?

5      A    I don't really recall it, but I can probably

6   speak to it just by reading kind of what the topic is

7   here.

8      Q    You don't have any reason to believe it was

9   fabricated?

10      A    No, no, no.

11      Q    Do you see where you wrote, "We did have a

12   copier quit working and due to the cost of replacement

13   and the loss of internal servicing personnel, we have

14   decided to lease.  Please let me know the procedure we

15   need to use for approval or if there are any other issues

16   of concern"?

17      A    Uh-huh.

18      Q    Sorry, is that yes?

19      A    Yes.

20      Q    Is it correct that you were asking Nakeba

21   Rahming what permission, if any, you needed to pay for

22   the lease of a copier?

23      A    Correct.  So always in the past -- and again,

24   this was a new GNETS director question that I had never

25   had to deal with, so, and since I had a new finance



 1  person who was a little less familiar with policies and

 2  procedures for documenting and requesting these kinds of

 3  services, we were just checking policy and procedure to

 4  make sure we were in alignment.

 5      Q   And what -- do you remember what her response

 6  was?

 7      A   I don't.

 8      Q   What kind of --

 9      A   I'm sure she informed us of the policy and

10  procedure, but...

11      Q   What kinds of expenses are covered by GNETS

12  State grant?

13      A   So again, traditionally how we've allocated

14  those grant moneys is a lot of that -- I mean, the entire

15  budget goes across different areas, but a lot of the

16  State grant in particular, as well as the federal moneys

17  that we receive, has been allocated to staffing, but it

18  can go for operational expenses, instructional materials,

19  that kind of thing, but we tend to take those more out of

20  local moneys.

21      Q   Are there any program expenses that are

22  explicitly not covered by the GNETS grant?

23      A   I mean, there is certainly expenses above and

24  beyond what the grant can cover.

25      Q   But is there anything like earmarked that they



1   won't pay for?

2       A    I mean, there is definitely restrictions on

3   federal money and what you can spend that on.  Again,

4   since we've used it primarily for staffing and direct

5   operational expenses, not that I can really think of.

6           MS. CHEVRIER:  I'd like the court reporter to

7   please mark this document as Plaintiff's Exhibit 864.

8           (Plaintiff's Exhibit 864 was marked for

9   identification.)

10          MR. NGUYEN:  While that is being done, can I

11  get the videographer to let us know how much time is

12  left, please?

13          THE VIDEOGRAPHER:  Sure.  One moment.

14          MR. NGUYEN:  Thank you.

15      Q    BY MS. CHEVRIER:  This is an e-mail exchange

16  between you, Dr. Neal, and Vickie Cleveland from May 8th

17  and 9th, 2018, correct?

18      A    Yes.

19      Q    Do you recognize this e-mail?

20      A    Again, let me read it for a second.

21          MR. NGUYEN:  I'm sorry, did we get an answer on

22  how much time is left?

23          THE VIDEOGRAPHER:  Yeah, we are at six hours

24  and 49 minutes.

25          MR. NGUYEN:  Thanks.



```
 1              THE WITNESS:  Okay.
 2         Q    BY MS. CHEVRIER:  Do you see that it says that
 3    there is an attachment titled "NorthStar Services
 4    Revised"?
 5         A    Yes.
 6         Q    Let's look at that.  It's Bates number
 7    GA003211258.  Do you recognize this document?
 8         A    I honestly don't remember creating it, but I'm
 9    sure it's accurate.
10         Q    Do you see where it says "Source of Funds" on
11    the right-hand side?
12         A    Yes.
13         Q    Underneath, either it says "State Grant" or
14    "Local Funds"?
15         A    Yes.
16         Q    And State grant means the grant that you get
17    from GaDOE?
18         A    Correct.
19         Q    And local funds means contributed from one of
20    the six counties that you work with?
21         A    Correct.
22         Q    And according to this chart, the State pays for
23    i-Ready reading and math, correct?
24         A    Correct.  At that time they did.
25         Q    Do they not anymore?
```



1     A    It's variable.

2     Q    Is it correct that all the behavioral and

3   therapeutic services provided are paid for by the State

4   grant, according to this chart?

5     A    So say that one more time.

6     Q    Is it correct that all of the behavioral and

7   therapeutic services provided are paid for by the State

8   grant according to this chart?

9     A    I think, as I'm reading this, some of it was.

10  At least the interventions were also locally funded.

11    Q    Okay.  And what does it mean that PBIS, all

12  staff are paid for by the State grant?

13    A    Just that all staff are involved in the

14  implementation of the PBIS initiative and any expenses.

15  And I don't know if this is in regards to training, at

16  least would be kind of out of State grant moneys.  That

17  certainly wouldn't include some of the incentives, which

18  we do out of more local or donated funds, but...

19    Q    And are you aware of any changes being made to

20  the grant process for this upcoming school year?

21    A    We have not been informed of anything regarding

22  the State grant yet.

23    Q    What is the GNETS strategic plan?

24    A    It is a document that was created to help

25  ensure a minimal level of service being provided to all



 1  students within the GNETS programming.

 2          MS. CHEVRIER:  I'd like to ask the court

 3  reporter to mark this document as Plaintiff's Exhibit

 4  865.

 5          (Plaintiff's Exhibit 865 was marked for

 6  identification.)

 7      Q   BY MS. CHEVRIER:  Bates numbered GA00040610.

 8  This is an e-mail between you, Dr. Neal, and Nakeba

 9  Rahming and other GNETS directors dated February 8th,

10  2016, correct?

11      A   Okay.

12      Q   Do you recognize this e-mail?

13      A   Again, I would have to read it to entirely get

14  familiar here, but...

15      Q   Do you have any reason to believe it was

16  fabricated?

17      A   No, I do not.

18      Q   Let's turn to the second page.

19      A   Okay.

20      Q   Do you see in the second paragraph where it

21  says, "Remember that the strategic plan will be your

22  guiding document for practice and what you would be

23  responsible for overseeing at your sites.  A project

24  management plan is being developed as a guiding document

25  for the state responsibilities and what we will be doing



JACQUELINE NEAL, PH.D.                                    January 19, 2023
UNITED STATES vs STATE OF GEORGIA                                      362

 1  to support you and your work with the GNETS program"?

 2      A   Yes.

 3      Q   What did you understand by "guiding document

 4  for practice"?

 5      A   So eventually kind of what was created as a

 6  supporting document, I guess that had a little more

 7  exemplars as to what was required in each kind of section

 8  of the strategic plan.

 9      Q   And to your knowledge, was a project management

10  plan ever developed?

11      A   I don't recall something with that title, but

12  certainly we got a guidance document.

13          MS. CHEVRIER:  I'd like the court reporter to

14  please mark this as Plaintiff's Exhibit 867.

15          THE REPORTER:  866.

16          MS. CHEVRIER:  Oh, 866.  Thank you.

17          (Plaintiff's Exhibit 866 was marked for

18  identification.)

19      Q   BY MS. CHEVRIER:  This is a document that is

20  titled "Strategic Plan Implementation Fidelity Checklist

21  & Self-Assessment Rubric," correct?

22      A   Yes.

23      Q   Internal Bates stamp is NORTHSTAR_TEMP_000212,

24  although it's not present on the document.

25          Do you recognize this document?



JACQUELINE NEAL, PH.D.                              January 19, 2023
UNITED STATES vs STATE OF GEORGIA                           363

1        A    I do.

2        Q    What is this document?

3        A    It's the strategic planning document.

4        Q    Will you please turn to page 6.

5        A    Okay.

6        Q    This section is about program leadership and

7   accountability, correct?

8        A    I have behavior support and therapeutic

9   services on page 6.  Actually, the numbered page 6.  Are

10  we talking actual?  Is there a different to the actual

11  number?

12       Q    Yeah, that might be.  Let's go to the place

13  where it says "Leadership and Accountability," so it's at

14  the page right before, yeah.

15       A    There we go.

16       Q    Do the blacked-out squares indicate the

17  selection for NorthStar?

18       A    They do.

19       Q    Each item has the option to rank it as

20  operational, emerging, or not evident, correct?

21       A    Correct.

22       Q    And is operational the best status?

23       A    Yes.

24       Q    And is -- and then emerging and then not

25  evident?



```
1          A    Correct.

2          Q    So is it correct that you received top scores

3   or operational for each of the items in the leadership

4   and accountability category?

5          A    Yes.

6          Q    And the next section is "Behavior Support and

7   Therapeutic Services," correct?

8          A    Correct.

9          Q    And NorthStar received emerging for

10  implementation of PBIS, correct?

11         A    Correct.

12         Q    Why was that?

13         A    Our suspension rate was higher than the first

14  year of our implementation of the PBIS program, so that

15  kicked us down into the emerging category.

16         Q    And the next section, "Instructional/Academic

17  Support" a couple pages past.

18         A    There we go.

19         Q    Is it correct that NorthStar received emerging

20  for ensuring teachers maintain a positive and

21  academically challenging learning environment?

22         A    That is correct.

23         Q    And this school year, are you going to be

24  required to submit a strategic plan?

25         A    As far as I'm aware.
```



1      Q   And have you in the previous -- did you in the
2   previous school year as well?
3      A   Uh-huh.  We do an internal midyear assessment,
4   and then we do an end-of-year assessment.
5      Q   And has that been the case for each of the
6   years that you've been?
7      A   Yes.  The only exception, that might have been
8   2019 when we were out for the pandemic.  I'm not sure we
9   submitted an end-of-year that year.
10         MS. CHEVRIER:  Okay.  Can I -- can we go off
11   the record for a moment?
12         THE VIDEOGRAPHER:  Sure.  Going off the video
13   record at 6:09 p.m.
14         (The deposition was at recess from 6:09 p.m. to
15   6:16 p.m.)
16         THE VIDEOGRAPHER:  We are back on the video
17   record at 6:16 p.m.
18         You may proceed.
19      Q   BY MS. CHEVRIER:  Earlier you mentioned that
20   you received trainings by Amber McCollum at GaDOE?
21      A   Uh-huh.
22      Q   Do you remember the nature of those trainings?
23      A   It's regard to budgetary issues and rules and
24   regulations.
25      Q   Did she provide you any information about any



 1  updated funding streams?

 2      A   I really don't recall.

 3      Q   And do you remember how many different

 4  trainings were provided by Amber McCollum?

 5      A   I can think of a couple over my time as

 6  director.

 7      Q   And -- and "a couple" is at least two?

 8      A   Right.

 9      Q   What portion of the day does a student have to

10  be present in order to be marked present?

11      A   That would be consistent with the State

12  guidelines for that, so typically it's beyond half a day.

13      Q   Okay.  Just for the record, earlier you said

14  that your name is Jacqueline Neal, but your e-mails say

15  Jacqie Neal.  You identify as Jacqie Neal as well?

16      A   Yes, yes.  That's short.

17      Q   And that's J-a-c-q-i-e?

18      A   That's correct.

19      Q   Thank you.

20          You've mentioned a number of times the new

21  funding formula that you developed to get the counties

22  that send students to NorthStar to pay for a portion of

23  those services.  Did you discuss that new funding formula

24  with GaDOE?

25      A   I mean, I think they certainly were aware that



1  some of us were struggling with that issue.  Again, I

2  think you presented an e-mail earlier where I at least

3  had shared that with Nakeba at that time, at least the

4  talking points I was using with instructors.

5      Q   And do you remember any -- the content of any

6  of those conversations that you had with Nakeba Rahming

7  or anybody else from GaDOE about the new funding stream

8  or funding --

9      A   I don't --

10     Q   -- formula?

11     A   -- recall.

12     Q   Okay.  Do you know whether you spoke to anybody

13 else in addition to Nakeba Rahming?

14     A   I don't recall anyone else.

15         MS. CHEVRIER:  And those are all the questions

16 I have for you.  The State might still have questions for

17 you.

18         THE WITNESS:  Okay.

19         MS. CHEVRIER:  But I don't.

20         THE WITNESS:  I appreciate it.

21

22                    EXAMINATION

23 BY MR. BEDARD:

24     Q   Hi, Dr. Neal.  This is Ed Bedard on behalf of

25 the State.  I've just got a few questions.  Hopefully I



 1  can move through them pretty quickly and get everybody

 2  out of here.

 3        Who -- and I apologize if we are going to

 4  retread some ground.  It's been a long deposition, so

 5  I'll try to avoid that as much as possible.

 6        Who makes the ultimate decision about whether a

 7  student receives GNETS services or not?

 8     A   The IEP team.

 9     Q   And who makes up the IEP team?

10     A   So the LEA is present at that meeting, the

11  parent, oftentimes the student, a regular education

12  teacher, and a special education teacher.

13     Q   Is there ever a member of or an employee of the

14  State that's a member of that IEP team?

15     A   No.  I can think of no occasion where that

16  was -- a State person was present.

17     Q   Are you aware of any instance in which the

18  State participated in a decision for a student to receive

19  GNETS services?

20     A   No.

21     Q   Are you aware of any instances in which the

22  State compelled your program to make a particular

23  decision regarding a student's placement?

24     A   No.

25     Q   Has the State ever encouraged you to keep a



JACQUELINE NEAL, PH.D.                              January 19, 2023
UNITED STATES vs STATE OF GEORGIA                              369

1  student in GNETS when their IEP recommended otherwise?

2       A   Never.

3       Q   I think we talked a little bit about

4  evaluations before.  Does your staff receive evaluations

5  on their performance?

6       A   They do.

7       Q   Who conducts those?

8       A   I do.

9       Q   Does the State conduct any evaluations of your

10  staff performance?

11       A   No.

12       Q   Does the State conduct any evaluations of your

13  performance?

14       A   No.

15       Q   Does the State participate in your program's

16  personnel decisions?

17       A   No.

18       Q   Does it participate in decisions to hire or

19  fire any individual staff person?

20       A   No.

21       Q   Okay.  For facilities and transportations, who

22  do you -- for your facilities, who do you contact for

23  various service-related questions like maintenance

24  requests, technology troubles, supply requests, that sort

25  of thing?  Who do you contact to handle those issues?



1      A    So that would be the local education agency
2    that owns and operates that building.
3      Q    Okay.  And we've talked today about a variety
4    of different situations or a variety of different
5    circumstances in which GNETS classrooms are placed
6    sometimes, you know, in other gen ed buildings, sometimes
7    in their own buildings.  Who makes the determination how
8    the building, you know, programs are in -- are utilized?
9      A    That is the decision of the local education
10   agencies.
11     Q    Who makes decisions on specific classroom
12   assignments?
13     A    The local education agency.  That's usually the
14   host district.
15     Q    Okay.  The last couple of questions here.  In
16   fact, this would be -- well, yeah, last couple of
17   questions.
18          You said earlier today that it would be
19   beneficial for students to interact with their
20   nondisabled peers.  Is that true for all students in
21   GNETS?
22     A    No, I don't believe it is.
23     Q    Okay.  Would it be harmful for some students?
24     A    I believe that a full continuum is required for
25   students.  So for some students, the level of anxiety or



1  even sometimes when their behaviors are at an extremely

2  high level, it can set them up for a lot of kind of

3  negative reactions from peer groups that can be damaging

4  to the self-esteem, as well as the students' sense of

5  self-efficacy.  So in some of those situations it's not

6  beneficial.

7      Q   Are there times when it might be beneficial for

8  an individual student but other times when it may not be

9  beneficial for that student?

10     A   That is true.

11     Q   Would you say it depends on individualized

12 circumstances for each student as to whether interactions

13 with their nondisabled peers would be beneficial for them

14 or not?

15     A   I agree with that.

16     Q   Who would make the type of decision regarding

17 the amount of interaction with nondisabled peers for any

18 individual student?

19     A   I believe the IEP team is the best entity to

20 make that decision.

21         MR. BEDARD:  Okay.  That's all the questions I

22 have.

23         THE WITNESS:  All right.  Thank you.

24         MR. BEDARD:  Thank you, Dr. Neal.

25         THE VIDEOGRAPHER:  Anybody else?



1          All right.  Before we go off the video record,

2   Ms. Chevrier, would you like a video copy of the

3   deposition?

4          MS. CHEVRIER:  Yeah, we have a standing order.

5          THE VIDEOGRAPHER:  Okay.  Got it.

6          And Mr. Nguyen, would you like a video copy of

7   the deposition?  Mr. Nguyen can you hear me?

8          Okay.  All right.

9          MR. NGUYEN:  Yes.  I'm sorry.  I think you were

10  talking to me.  This is Hieu.  I do not need a copy of

11  the transcript.

12         THE VIDEOGRAPHER:  And what about the video?

13         MR. NGUYEN:  Nor the video.

14         THE VIDEOGRAPHER:  All right.  With that being

15  said, this concludes the deposition of Dr. Jacqie Neal.

16  We are going off the video record on January 19th, 2023

17  at 6:24 p.m.

18         (The deposition concluded at 6:24 p.m.)

19

20

21

22

23

24

25



1                     CERTIFICATE OF REPORTER

2    STATE OF GEORGIA      )
                           )
3    COUNTY OF DEKALB      )

4

5           I, Marcella Daughtry, a Certified Reporter in
     the State of Georgia and State of California, do hereby
6    certify that the foregoing deposition was taken before me
     in the County of DeKalb, State of Georgia; that an oath
7    or affirmation was duly administered to the witness,
     JACQUELINE NEAL, Ph.D.; that the questions propounded to
8    the witness and the answers of the witness thereto were
     taken down by me in shorthand and thereafter reduced to
9    typewriting; that the transcript is a full, true and
     accurate record of the proceeding, all done to the best
10   of my skill and ability;

11          The witness herein, JACQUELINE NEAL, Ph.D., has
     requested signature.
12
            I FURTHER CERTIFY that I am in no way related
13   to any of the parties nor am I in any way interested in
     the outcome hereof.
14

15          IN WITNESS WHEREOF, I have set my hand in my
     office in the County of DeKalb, State of Georgia, this
16   31st day of January, 2023.

17

18

19

20          Marcella Daughtry, RPR, RMR
            GA License No. 6595-1471-3597-5424
21          California CSR No. 14315

22

23

24

25



1   United States of America vs. State of Georgia
    J9066993

2

3              DECLARATION UNDER PENALTY OF PERJURY

4

5              I declare under penalty of perjury that I

6   have read the entire transcript of my deposition taken in

7   the above-captioned matter or the same has been read to

8   me, and the same is true and accurate, save and except

9   for changes and/or corrections, if any, as indicated by

10  me on the DEPOSITION ERRATA SHEET hereof, with the

11  understanding that I offer these changes as if still

12  under oath.

13

14  Signed on the_____day

15  of _____2023.

16

17

18

19  _____
    JACQUELINE NEAL, Ph.D.

20

21

22

23

24

25



1                    DEPOSITION ERRATA SHEET

2                         J9066993

3    Page No.____Line No.____Change to:_____

4    _____

5    Page No.____Line No.____Change to:_____

6    _____

7    Page No.____Line No.____Change to:_____

8    _____

9    Page No.____Line No.____Change to:_____

10   _____

11   Page No.____Line No.____Change to:_____

12   _____

13   Page No.____Line No.____Change to:_____

14   _____

15   Page No.____Line No.____Change to:_____

16   _____

17   Page No.____Line No.____Change to:_____

18   _____

19   Page No.____Line No.____Change to:_____

20   _____

21   Page No.____Line No.____Change to:_____

22   _____

23   Page No.____Line No.____Change to:_____

24   SIGNATURE:_____DATE:_____

25              JACQUELINE NEAL, Ph.D.



```
 1                  DEPOSITION ERRATA SHEET

 2                        J9066993

 3   Page No.____Line No.____Change to:_____

 4   _____

 5   Page No.____Line No.____Change to:_____

 6   _____

 7   Page No.____Line No.____Change to:_____

 8   _____

 9   Page No.____Line No.____Change to:_____

10   _____

11   Page No.____Line No.____Change to:_____

12   _____

13   Page No.____Line No.____Change to:_____

14   _____

15   Page No.____Line No.____Change to:_____

16   _____

17   Page No.____Line No.____Change to:_____

18   _____

19   Page No.____Line No.____Change to:_____

20   _____

21   Page No.____Line No.____Change to:_____

22   _____

23   Page No.____Line No.____Change to:_____

24   SIGNATURE:_____DATE:_____

25              JACQUELINE NEAL, Ph.D.
```

