1              IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                       ATLANTA DIVISION

3

4   UNITED STATES OF AMERICA,
                                  )CIVIL ACTION
5          Plaintiff,             )NO. 1:16-cv-03088-ELR
                                  )
6   vs.                           )
                                  )
7   STATE OF GEORGIA,             )
                                  )
8          Defendants.            )
                                  )
9   - - - - - - - - - - - - - -   )

10

11              VIDEOTAPE DEPOSITION OF

12                 JAMES THEODORE BECK

13

14      Friday, January 27, 2023, 9:01 a.m., EST

15

16

17

18

19

20        HELD AT:

21        Robbins Alloy Belinfante Littlefield LLC
          500 14th Street, N.W.
22        Atlanta, Georgia  30318

23        -----------------------------------------------

24

25          WANDA L. ROBINSON, CRR, CCR, No. B-1973
          Certified Shorthand Reporter/Notary Public



1

2                        APPEARANCES OF COUNSEL

3

4    Appearing on Behalf of the Plaintiff:

5

6         KELLY GARDNER, ESQUIRE
          U.S. Department of Justice
          Civil Rights Division
7         950 Pennsylvania Avenue, N.W.
          Washington, D.C. 20579
8         T:  202.305.6630   F:
          E-mail:  kelly.gardner@usdoj.gov
9

10

11   Appearing on Behalf of the Defendant:

12

13        JAVIER PICO PRATS, ESQUIRE
          DANIELLE HERNANDEZ, ESQUIRE (ZOOM)
14        Robbins Alloy Belinfante Littlefield LLC
          500 14th Street, N.W.
15        Atlanta, Georgia  30318
          T:  404.856.3261
16        E-mail:  jpicoprats@robbinsfirm.com
                   dhernandez@robbinsfirm.com
17

18

19

20

21

22

23

24

25



```
 1   ALSO PRESENT VIA ZOOM:

 2      U.S. Attorney's Office:

 3            KELLY GARDNER, ESQUIRE

 4            LAURA CASSIDY TAYLOE, ESQUIRE

 5            ALISON EWERS, ESQUIRE

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20   ALSO PRESENT:

21         PAGE BRANTLEY, Videographer

22

23

24

25
```



```
1                    INDEX OF EXAMINATIONS

2

3    JAMES THEODORE BECK

4    By Ms. Gardner                                    Page 9

5

6

7                      INDEX OF EXHIBITS

8    PLAINTIFF'S

9    NO.                  DESCRIPTION                  PAGE

10   Exhibit 877   Subpoena To Testify At A Deposition  13
                   In a Civil Action - Ted Beck
11
     Exhibit 878   The Governor's Budget Report         41
12                 Amended Fiscal Year 2021 and
                   Fiscal Year 2022
13
     Exhibit 879   Conference Committee Substitute to   46
14                 H.B. 81, A Bill To Be Entitled An Act
                   GA00041440
15
     Exhibit 880   2/4/2016 Email From Sara Arroyo      48
16                 To Ted Beck With Attachment
                   GA00278503 - GA00278512
17
     Exhibit 881   2/8/2016 Email From Ted Beck         54
18                 To Executive Cabinet With Attachment
                   GA00278561 - GA00278581
19
     Exhibit 882   3/22/2016 Email From Jon Cooper      61
20                 To Brian Hampton With Attachment
                   GA00279195 - GA00279210
21   .
     Exhibit 883   1/12/2017 Email From Jon Cooper      64
22                 To Garry McGiboney
                   GA00282052
23
     Exhibit 884   12/6/2018 Email From Kerri Wilson    68
24                 To Richard Woods, Beck, Meyer, Jones
                   With Attachment
25                 GA00290290 - GA00290408
```



```
 1                    INDEX OF EXHIBITS (Continued)

 2    PLAINTIFF'S

 3    NO.                 DESCRIPTION                      PAGE

 4    Exhibit 885  1/14/2016 Email From Kerri Wilson        80
                   To Ted Beck and Recipients
 5                 With Attached Excel Spreadsheets
                   GA00278329 - GA00278335
 6
      Exhibit 886  12/2/2015 Email From Jon Cooper          96
 7                 To Ted Beck and Brian Hampton
                   With Attachment
 8                 GA00277973 - GA00277976

 9    Exhibit 887  12/2/2015 Email From Ted Beck            98
                   To Jon Cooper, With Attachment
10                 GA00277977 - GA00277980

11    Exhibit 888  12/2/2015 Email From Jon Cooper         100
                   To Kerri Wilson, With Attachment
12                 GA00277981 - GA00277984

13    Exhibit 889  4/15/2020 Email From Matt Jones         101
                   To Ted Beck
14                 GA00296106

15    Exhibit 890  5/15/2019 Email From Ted Beck           108
                   To Matt Jones and Recipients
16                 GA00009066 - GA00009067

17    Exhibit 891  5/17/2019 Email From Ted Beck           112
                   To Vickie Cleveland and Recipients
18                 GA00293101

19    Exhibit 892  5/21/2019 Email From Ted Beck           113
                   To Matt Jones
20                 GA00293151

21    Exhibit 893  1/12/2018 Email From Geronald Bell      119
                   To Ted Beck
22                 With Attached Excel Spreadsheet
                   GA00285718 - GA00285719
23
      Exhibit 894  1/12/2018 Email From Geronald Bell      121
24                 To Ted Beck
                   With Attached Excel Spreadsheets
25                 GA00285720 - GA00285721, GA00285727
```



1                    INDEX OF EXHIBITS (Continued)

2      PLAINTIFF'S

3      NO.                    DESCRIPTION                    PAGE

4      Exhibit 895   8/7/2018 Email Thread From Ted Beck 125
                     To Richard Woods
5                    GA00289072 - GA00289073

6      Exhibit 896   2/19/2019 Email Thread From Ted      127
                     Beck To Vickie Cleveland
7                    With Attachment
                     GA00094863 - GA00094867
8

       Exhibit 897   2/20/2019 Email Thread From Ted      131
9                    Beck To Kelly Farr
                     GA00291183 - GA00291184
10

       Exhibit 898   12/1/2015 Email From Ted Beck        135
11                   To Michael Rowland
                     GA00277967 - GA00277968
12

       Exhibit 899   5/31/2016 Email From Michael         138
13                   Rowland To Ted Beck
                     With Attached Excel and Word Doc
14                   GA00279624 - GA00279628

15     Exhibit 900   7/27/2016 Email Thread From Matt     143
                     Jones To Matt Cardoza and Ted Beck
16                   GA00280189 - GA00280191

17     Exhibit 901   7/27/2016 Email Thread From Ted      145
                     Beck To Melody DeBussey
18                   GA00280192 - GA00280193

19     Exhibit 902   8/10/2016 Email Thread From Michael 147
                     Rowland To Nakeba Rahming
20                   GA00280331

21     Exhibit 903   7/11/2017 Email Thread From Ted      150
                     Beck To Pat Schofill
22                   GA00284214

23     Exhibit 904   2/22/2016 Email Thread From Ted      153
                     Beck To Dave Lakly
24                   GA00278665

25



```
1              INDEX OF EXHIBITS (Continued)

2     PLAINTIFF'S

3     NO.              DESCRIPTION                  PAGE

4     Exhibit 905  6/14/2016 Email Thread From Ted    157
                   Beck To Jon Cooper
5                  GA00279686 - GA00279687

6     Exhibit 906  9/28/2017 Email Thread From Ted    161
                   Beck To Larry Winter
7                  With Attachment
                   GA00284672 - GA00284673
8
      Exhibit 907  9/26/2017 Email From Garry         166
9                  McGiboney To Ted Beck
                   With Attachment
10                 GA00284657 - GA00284660

11    Exhibit 908  9/27/2017 Email From Ted Beck      172
                   To Nakeba Rahming
12                 GA00284668

13    Exhibit 909  11/8/2017 Email Thread From Miriam 174
                   Caldwell To Nakeba Rahming
14                 With Attachment
                   GA01941763 - GA01941775
15
      Exhibit 910  11/28/2017 Email From Nakeba       176
16                 Rahming To Manny Ferrer
                   With Attachment
17                 GA01944379 - GA01944391

18    Exhibit 911  1/12/2018 Email Thread From        177
                   Geronald Bell To Kerri Wilson
19                 With Attach
                   GA00285726 - GA00285729
20
      Exhibit 912  10/24/2016 Email Thread From Miriam 181
21                 Caldwell To Linda Crawford, Rahming
                   With Attachmentments
22                 GA00053789 - GA00053802

23    Exhibit 913  10/17/2016 Email From Linda        184
                   Crawford To scherryA@cainc.com
24                 With Attachment
                   GA00066194 - GA00066207
25
```



```
 1              INDEX OF EXHIBITS (Continued)

 2   PLAINTIFF'S

 3   NO.               DESCRIPTION                  PAGE

 4   Exhibit 914  10/17/2016 Email From Linda        185
                  Crawford To maggie.kjer@person.com
 5                With Attachment
                  GA00066184 - GA00066191
 6

 7   Exhibit 915  10/10/2018 Email Thread From Vickie 188
                  Cleveland To Joseph McLeod
 8                With Attachment
                  GA00334996 - GA00335005
 9
     Exhibit 916  8/15/2018 Email Thread From Larry   192
10                Winter To Hampton, Beck, Rowell
                  With Attachment
11                GA00289120 - GA00289127

12   Exhibit 917  4/2/2018 Email From Nakeba Rahming  197
                  To Carolyn Williams and Recipients
13                With Attachments
                  GA00287432 - GA00287473
14
     Exhibit 918  6/6/2018 Email From Zelphine        199
15                Smith-Dixon To Jaquenetta Dugger
                  With Attachments
16                GA00288292 - GA00288297

17

18   Exhibit 919  9/4/2018 Email From Leigh Ann       203
                  Cross To Zelphine Smith-Dixon
19                With Attachments
                  GA02273585 - GA02273781
20

21

22

23

24

25
```



1          THE VIDEOGRAPHER:  This is the video
2     deposition of James Theodore Beck, taken in the
3     matter of the United States of America versus
4     State of Georgia.
5          Today's date is January 27th, 2023.  The
6     time on the record is 9:01 a.m.
7          My name is Page Brantley, and I'm the
8     videographer.  The court reporter is Wanda
9     Robinson.
10          Counsel, please introduce yourselves,
11     after which the court reporter will swear in
12     the witness.
13          MS. GARDNER:  Kelly Gardner for the United
14     States.
15          MR. PICO PRATS:  Javier Pico Prats for the
16     State of Georgia.
17               - - - - - - -
18               JAMES THEODORE BECK,
19 being duly sworn, was examined and testified as
20 follows:
21               - - - - - - - -
22 EXAMINATION
23 BY MS. GARDNER:
24     Q    Good morning, Mr. Beck.  My name is Kelly
25 Gardner.  I represent the United States and I'm



1  going to be taking your deposition today.

2       A    Okay.

3       Q    Would you please state your full name for

4  the record.

5       A    James Theodore Beck.

6       Q    And do you typically go by Ted Beck?

7       A    I do.

8       Q    Mr. Beck, have you ever been deposed

9  before?

10      A    I have not.

11      Q    And am I correct that you are being

12  represented by Javier Pico Prats today for purposes

13  of your deposition?

14      A    That's correct.

15      Q    I'm sure that your attorney has explained

16  much of this to you but today you and I are going to

17  have a conversation.  I'm going to ask the questions

18  and your only job is to answer them honestly and

19  completely.

20           Do you understand that?

21      A    I do.

22      Q    The court reporter has sworn you in.  That

23  means that everything you say here today is under

24  oath and must be truthful.

25           Do you understand that?



```
 1        A    I do.

 2        Q    The court reporter is going to write town

 3   what you and I say in order to create a transcript

 4   of our conversation.  She can't record a nod or a

 5   shake of your head.  So in order to make her job

 6   easier, I'm going to ask you to speak clearly and

 7   that you give oral answers.

 8             Can we agree on that?

 9        A    Yes.

10        Q    The other thing that you and I will need

11   to do is avoid talking over one another.  I'm going

12   to do my best not to interrupt you when you're

13   answering, and I will ask that you do your best to

14   let me finish my question before starting to answer.

15   Okay?

16        A    Understood.

17        Q    If at any point you don't understand a

18   question, you should feel free to stop me and say

19   so, and I will then try to clarify.  Okay?

20        A    Understood.

21        Q    If you need a break at any time, just let

22   me or your attorney know, and if you are in the

23   middle of answering a question, I'll ask that you

24   finish it, and then we're happy to arrange for a

25   break.  Okay?
```



1       A    Okay.

2       Q    Sometimes it may happen that you will give

3   an answer as completely as you can, and then later

4   on, maybe five minutes, maybe an hour, you may

5   remember some additional information in response to

6   an earlier question.  If that happens, just let me

7   know and we'll give you an opportunity to supplement

8   the record.  Okay?

9       A    Okay.

10      Q    Is there any reason you can think of why

11  you will not be able to answer my questions

12  completely and truthfully today?

13      A    I cannot think of one.

14      Q    Do you have any questions before we

15  proceed?

16      A    I do not.

17      Q    Did you do anything to prepare for today's

18  deposition?

19      A    No.

20      Q    Did you meet with counsel?

21      A    Yes.

22      Q    When was that?

23      A    Monday afternoon.

24      Q    And for how long?

25      A    About 45 minutes maybe.



1        Q    Did you meet with anyone other than

2    counsel?

3        A    No.

4        Q    And who was present at the meeting with

5    counsel?

6        A    Just myself and counsel.

7        Q    And counsel being Mr. Pico Prats?

8        A    Correct.

9        Q    Did you review any documents in

10   preparation for today's deposition?

11       A    I did not.

12       Q    Have you reviewed any other deposition

13   transcripts in this matter?

14       A    No.

15            MS. GARDNER:  I'm going to hand the court

16       reporter what I would like to have marked as

17       Plaintiff's Exhibit 877.

18            (WHEREUPON, Plaintiff's Exhibit-877 was

19        marked for identification.)

20   BY MS. GARDNER:

21       Q    This is a subpoena to testify at a

22   deposition in a civil action, and the subpoena is

23   directed to Ted Beck.

24            That's you, correct?

25       A    That's correct.



1    Q    Have you seen this document before?

2    A    I have.

3    Q    The top of this document has the case name

4    United States versus Georgia, correct?

5    A    Correct.

6    Q    Do you understand that this deposition is

7    being taken in connection with litigation against

8    the State of Georgia?

9    A    I do.

10    Q    And do you understand that the litigation

11    relates to the Georgia Network for Educational and

12    Therapeutic Support program?

13    A    I do.

14    Q    Are you aware that that program is more

15    commonly referred to as the GNETS program?

16    A    Yes.

17    Q    So if I use the term "GNETS," you will

18    understand that to mean the Georgia Network for

19    Educational and Therapeutic Support program?

20    A    I will.

21    Q    When did you first learn of this

22    litigation?

23    A    Approximately three weeks ago.

24    Q    So you were not familiar with the

25    litigation prior to that time?



1        A    No, ma'am.

2        Q    Do you have any understanding of the

3   nature of the lawsuit?

4        A    Somewhat from conversation with counsel.

5        Q    And what is your understanding of the

6   nature of the lawsuit?

7        A    My understanding is that the United States

8   has an interest in understanding the makeup of the

9   program and whether or not it poses an issue to the

10   participants in it.

11        Q    Were you acquainted with the GNETS program

12   separate and apart from this litigation prior to

13   three weeks ago?

14        A    Yes, in my know role as chief financial

15   officer in the Department of Education.

16        Q    Okay.  And when would you say you first

17   became acquainted with the GNETS program?

18        A    At the onset of my tenure with DOE.

19        Q    When was that?

20        A    It started in October of 2015.

21        Q    Okay.  What is the GNETS program?

22        A    My understanding is it's a consortium of

23   independent sites that multiple boards of education

24   use as a place to provide educational services to

25   students who are in one of their systems but were



1  not able to successfully attend for some reason or

2  not, generally related to some sort of emotional

3  trauma or psychiatric issue.

4      Q    Do you have any understanding of how the

5  GNETS program is structured statewide?

6      A    From what I recall, it's somewhere between

7  15 to 20 sites.  Each site is subscribed, isn't the

8  right word to, but multiple boards of education in

9  that geographic region participate and use that same

10 facility, and that's the -- essentially

11 independently run by those organizations.

12     Q    What do you understand to be the goal of

13 the GNETS program?

14     A    My understanding was that it was an

15 alternative means of providing educational services

16 to students who were not going to be successful

17 inside of their original district due to some sort

18 of behavioral issue, trauma, or other needs that

19 couldn't be served by their original schools.

20     Q    Do you understand that the GNETS program

21 involves providing therapeutic services and supports

22 to students in those facilities?

23     A    That's my understanding.

24     Q    Is the goal for students to remain in

25 GNETS long-term?



```
1         A    I'm not sure.

2         Q    I'm going to be using some acronyms today

3    for brevity.  So I would like to go through a few of

4    them now to make sure you and I are on the same

5    page.

6              If I use the term "Georgia DOE," or

7    "GaDOE," will you understand that to mean the

8    Georgia Department of Education?

9         A    I will.

10        Q    And if I use the term "LEA," will you

11   understand that to mean Local Education Agency?

12        A    Yes.

13        Q    If I use the term "RESA," will you

14   understand that to mean Regional Educational Service

15   Agency?

16        A    I will.

17        Q    Are you familiar with the acronym "GOSA,"

18   G-O-S-A?

19        A    Yes.  The Governor's Office of Student

20   Achievement.

21        Q    And what is The Governor's Office of

22   Student Achievement?

23        A    It's an agency attached to the Governor's

24   Office, focuses on, and at least from what I recall,

25   a lot of data management, tracking students across
```



1   their educational tenure with the public education

2   system in Georgia.

3        Q    Okay.  Mr. Beck, do you hold any

4   educational degrees?

5        A    I do.

6        Q    And what degrees do you hold?

7        A    I have a Master's of public

8   administration, a Bachelor's of Arts in journalism,

9   a Bachelor's of Science in mathematics.

10       Q    Where did you obtain your Master's of

11  public administration?

12       A    Georgia State University.

13       Q    And what year was that?

14       A    2005.

15       Q    You said you also hold a Bachelor's of Art

16  and a Bachelor's of Science, correct?

17       A    Uh-huh.  (Affirmative.)

18       Q    And where did you obtain those degrees?

19       A    Bachelor of Arts was from the University

20  of Georgia, graduated in 2002.  And Bachelor of

21  Science is from Indiana University East, and that

22  was completed in 2021.

23       Q    Do you hold any other professional

24  licenses apart from your educational degrees?

25       A    I do.



1       Q     What are those licenses?

2       A     I'm a certified internal auditor.  That's

3    with the institute of internal auditors.

4       Q     Any other professional licenses?

5       A     Certified risk management associate.  Also

6    with the same organization.

7       Q     Anything else?

8       A     No.

9       Q     The license that provides your

10   certification as an internal auditor, can you just

11   describe generally the purpose of that

12   certification?

13      A     Sure.  Allows me to attest to the audit

14   work I do being conducted in conformance with

15   international set of standards.

16      Q     And when did you obtain your certified

17   internal auditor license?

18      A     I think that would have been 2014.

19      Q     Is that something that has to be renewed

20   periodically?

21      A     It is.

22      Q     And how often does it have to be renewed?

23      A     Annually.

24      Q     Are you currently current on the

25   certification?



800.211.DEPO (3376)
EsquireSolutions.com

1       A     I am.

2       Q     You said that you're also a certified risk

3   management associate, correct?

4       A     Correct.

5       Q     And would you tell me what that means?

6       A     It's an additional credential that

7   required some study in risk management specifically

8   as it applies to the audit area.  Also was renewed

9   in the same manner as the C.I.A. designation.

10      Q     And when did you become a certified risk

11  management associate?

12      A     It would have been 2021.

13      Q     Does that have to be renewed periodically?

14      A     It does.

15      Q     How often?

16      A     Annually.

17      Q     And that's current as well?

18      A     It is.

19      Q     Do you have any special credentials

20  professionally that you have not told me about?

21      A     I don't.

22      Q     Am I correct that you currently serve as

23  the executive director of internal audit for the

24  University System of Georgia?

25      A     That's correct.



1      Q     How long have you held that position?

2      A     About 18 months.

3      Q     And what are your primary responsibilities

4   as executive director of internal audit?

5      A     We implement an audit plan that

6   incorporates projects that have been identified

7   across the university system and at individual

8   university system institutions.  The projects are

9   largely designed to test whether or not that

10   specific area is operating in accordance with some

11   set of criteria, regulations, laws or other

12   policies.

13      Q     Who do you report to as executive director

14   of internal audit?

15      A     Jenna Wiese.  That's J-E-N-N-A, W-I-E-S-E.

16   Her title is chief audit officer.

17      Q     And do you have direct reports in your

18   capacity as executive director of internal audit?

19      A     I do.

20      Q     How many direct reports?

21      A     Four.

22      Q     Are all of those -- do all of those

23   individuals hold the same position, or are they a

24   variety of positions?

25      A     Generally the same position, just



 1  different levels of experience as auditors.

 2       Q    So you have direct reports who are all

 3  auditors?

 4       A    Correct.

 5       Q    Where were you employed immediately prior

 6  to serving as executive director of internal audit

 7  for the University System of Georgia?

 8       A    I was also at the University System of

 9  Georgia as a budget manager.

10       Q    How long did you serve as budget manager?

11       A    A little over a year.

12       Q    And how did your responsibilities as

13  budget manager differ from your current

14  responsibilities?

15       A    I was focused on developing and

16  implementing the annual budget for a portion of the

17  central office for the University System.

18       Q    And who was your direct report in that

19  position?

20       A    Jason Matt, M-A-T-T.

21       Q    I'm sorry, just to clarify, because my

22  question may not have been sufficiently precise, is

23  Jason Matt the person to whom you reported or

24  someone who reported to you?

25       A    He was to whom I reported.



1        Q     Okay.  Did you have anyone reporting to

2    you in your capacity as budget manager?

3        A     I did not.

4        Q     Okay.  And prior to serving as budget

5    manager for the University System of Georgia, did

6    you hold any other professional roles?

7        A     I was the chief financial officer at the

8    Georgia Department of Education.

9        Q     And how long did you serve as chief

10   financial officer of the Georgia Department of

11   Education?

12       A     About four and a half years.

13       Q     And I believe you said earlier you became

14   CFO in 2015; is that correct?

15       A     Correct.

16       Q     And so I take it then you left somewhere

17   around the 2019, 2020 time mark?

18       A     I left DOE and went to the University

19   System in 2021.

20       Q     2021?

21       A     So -- 2020.

22       Q     2020, okay.

23             Who did you report to when you were

24   serving as chief financial officer for GaDOE?

25       A     Both Superintendent Richard Woods and



1  chief of staff Matt Jones.  And to the Board as

2  well.

3       Q    Were there particular areas for which you

4  would report to different individuals, or generally

5  those were the three individuals you reported to on

6  all matters you were responsible for?

7       A    I'm not sure I understand the question.

8       Q    So I'm trying to understand, because

9  you've identified sort of three individuals or

10 entities to whom you directly report, so I'm trying

11 to understand, was there some sort of division in

12 terms of subject matter as to which things you would

13 report to which person on?

14      A    Not necessarily.  For subject matter, just

15 probably level of specificity.  Most day-to-day

16 reporting would have been to the chief of staff, and

17 then intermittent updates to the superintendent, and

18 then on less frequent occasions to board members if

19 they had specific questions.

20      Q    Did anyone report to you while you were

21 serving as CFO at GaDOE?

22      A    Yes.

23      Q    How many people?

24      A    Roughly eight.

25      Q    And, in general, can you give me a sense



1  of the kinds of positions those individuals held?

2      A    Sure.  We had an accounting and finance

3  team, a budget team, a facility team,

4  transportation, procurement, human resources, a

5  section that did local school finance, nutrition

6  services.

7      Q    Prior to becoming chief financial officer

8  at GaDOE, did you hold any other position at GaDOE?

9      A    No.

10     Q    Did you hold any other position outside of

11 GaDOE prior to becoming CFO?

12     A    Yes.  I worked -- I was actually at The

13 Governor's Office of Planning and Budget for about a

14 year before that.

15          Prior to that, I have worked at the

16 University System in the Internal Audit Department

17 for about three years.  Prior to that, I was with

18 The Governor's Office of Planning and Budget from

19 basically 2005 to 2011.

20     Q    Was The Governor's Office of Planning and

21 Budget sometimes referred to as OPB?

22     A    Yes, it is.

23     Q    So it sounds like you had two stints at

24 OPB, correct, one from --

25     A    Correct.



1    Q    Sorry.

2         One from 2005 to 2011, and then you

3    identified a second stint of about a year there?

4    A    Yeah, 2014 to 2015, roughly.

5    Q    When you were at OPB from 2014 to 2015,

6    what was your title?

7    A    I was the division director for the

8    Education Division.

9    Q    And what was your title when you were at

10   OPB from 2005 to 2011?

11   A    Started as a policy analyst and served

12   also as a policy coordinator, worked in kind of a

13   quasi communications role.  I don't remember what

14   title I had at that point.

15   Q    As division director for the Education

16   Division within OPB, what were your

17   responsibilities?

18   A    Helping develop the budgets for the

19   education agencies with the State of Georgia, in

20   concert with the agencies themselves; presenting

21   those requests and recommendations to the Governor

22   for his consideration in formulating his budget

23   recommendations to the legislature; and then

24   implementing the enacted budget.

25   Q    When you say helping develop the budgets



1   for the education agencies with the State of

2   Georgia, what education agencies specifically are

3   you referring to?

4        A    Georgia DOE, the University System of

5   Georgia, the Technical College System of Georgia,

6   Georgia Student Finance Commission, Georgia

7   Department of Early Care and Learning.

8            Those are the ones I can remember off the

9   top of my head.

10       Q    Okay.  It sounds like in helping to

11  develop the budgets for those education agencies

12  that you had some level of coordination with the

13  agencies themselves?

14       A    Correct.

15       Q    Who within the Georgia Department of

16  Education did you coordinate in that respect?

17       A    Mostly with their CFO at the time.

18       Q    And who was that?

19       A    His first name was Scott, and I don't

20  recall his last name.

21       Q    Okay.  And in what ways would you

22  coordinate with the CFO of GaDOE at the time?

23       A    Most of our interaction with both GaDOE

24  and the other state agencies was through a typical

25  channel of interaction where they would be



1  requesting at regular intervals things in their

2  budget for our consideration and analysis, and would

3  be a back-and-forth for us to help understand what

4  their needs were or other matters that should be

5  incorporated in our review of their budget requests

6  and would be later turned into our recommendations

7  to the Governor's Office.

8       Q    Okay.  So the Georgia Department of

9  Education would periodically submit budget requests,

10 it sounds like your office would then send back

11 questions asking for additional information to help

12 understand those requests; is that correct?

13      A    That's correct.

14      Q    And then once that sort of back-and-forth

15 question-and-answer process was done, then OPB would

16 finalize some sort of a recommendation for the

17 Georgia Department of Education's budget, that would

18 then go to the Governor?

19      A    Yes.

20      Q    And what would happen after the

21 recommendation was formulated and sent to the

22 Governor?

23      A    We would present our recommendations, and

24 the Governor and his staff would consider those in

25 concert with the OPB director, the CFO of the State,



1    and those would eventually become his formal

2    recommendations to the legislature as part of the

3    annual appropriations cycle.

4         Q    Okay.  Is there any sort of name for the

5    Governor's formal recommendations to the legislature

6    as part of the appropriation cycle?

7         A    I think it's just called the Governor's

8    budget recommendations.  I don't know it has a

9    official title.

10        Q    Is that the same -- I was asking, is that

11   the same as the Governor's budget report?

12        A    I believe it would be.

13        Q    So the Governor's budget report is the

14   Governor's recommendation to the legislature for

15   what should be in the annual appropriations bill?

16        A    Yes, ma'am.

17        Q    Any other professional positions that we

18   have not discussed yet?

19        A    I worked for a small newspaper between

20   2000 and 2002.

21        Q    Going back to your time as chief financial

22   officer at GaDOE, who at GaDOE did you work with on

23   a regular basis in discharging your

24   responsibilities?

25        A    Generally the directors of those



JAMES THEODORE BECK                          January 27, 2023
UNITED STATES vs STATE OF GEORGIA                          30

 1  Departments that I listed earlier.

 2      Q    Okay, the directors of the eight

 3  departments?

 4      A    Yes.

 5      Q    Anyone else?

 6      A    I interacted with other leadership members

 7  across the department on occasions, generally as it

 8  related to matters concerning either finances or

 9  budgets.

10      Q    Did you have any standing meetings with

11  those leadership members?

12      A    No.  It was more ad hoc.

13      Q    And what about your interaction with the

14  chief of staff, what did that look like?

15      A    Generally more ad hoc.  He would either

16  come to me with questions or I'd come to him with

17  periodic updates, but we didn't have a standing time

18  to meet.

19      Q    Okay.  During your time as chief financial

20  officer at GaDOE, did you work on a regular basis

21  with anyone in the Governor's Office to discharge

22  your responsibilities as CFO?

23      A    Apart from that relationship that I

24  described in the budget development process, where

25  we're communicating information back and forth to



1   the Education Division, that would be about it.

2        Q    Okay.

3        A    So OPB, but not the Governor's Office

4   specifically.

5        Q    So when you were serving as chief

6   financial officer, you would have the same

7   back-and-forth relationship with OPB that you were

8   on the other side when you actually worked at OPB

9   years earlier?

10       A    Correct.

11       Q    Did you work on a regular basis with

12  anyone in the Georgia General Assembly in

13  discharging your responsibilities at chief financial

14  officer at GaDOE?

15       A    We would work with the budget offices for

16  both the House chamber and the Senate chamber, but

17  not members of the chambers themselves.

18       Q    Okay.  And in what way did you work with

19  the budget offices for the House and Senate chamber?

20       A    Similar to what we did with OPB,

21  facilitating the flow of information, asked --

22  answering questions they had about the Governor's

23  recommendations or other aspects of our budget or

24  finances.

25       Q    And in that process was contact typically



1   initiated by the budget offices at the House and the
2   Senate?
3        A    Yes.
4        Q    And then GaDOE would respond to those
5   inquiries?
6        A    Correct.
7        Q    In terms of those inquiries, is there any
8   particular time of the year when those tend to come?
9   Do they come on any particular cycle, or do you
10  receive inquiries throughout the entire year?
11       A    Most of it was concentrated during the
12  legislative session, which typically ran from
13  January to March or April.
14       Q    During your time as chief financial
15  officer at GaDOE, did you ever work on any matters
16  related to the GNETS program?
17       A    Not outside of the typical budget
18  administration or finance administration process
19  that I can recall.
20       Q    So you may have worked on issues that
21  related to GNETS, but they would have been in the
22  context of some sort of budgeting or finance matters
23  for that program?
24       A    Right.  Just the typical allocation of
25  funds for those programs that I would describe as



800.211.DEPO (3376)
EsquireSolutions.com

1    kind of formula driven from our perspective.

2         Q    When you say they're formula driven, what

3    do you mean by formula driven?

4         A    Programs in which the funding allocated to

5    them were based on either some sort of statutory or

6    other regulatory framework that prescribed certain

7    metrics, such as student counts or population as the

8    primary driver by which they received state funding.

9         Q    Is there a statute that dictates the

10   formula for funding the GNETS program?

11        A    I don't recall.

12        Q    Who generated the formula by which the

13   GNETS program was funded?

14        A    I don't know.

15        Q    Is that something that came out of the

16   Georgia Department of Education, or would -- are

17   there instructions for the formula that the

18   Department received elsewhere?

19        A    We relied on, from my understanding, a

20   spreadsheet and several other similar artifacts that

21   were established through precedent, as far as I can

22   tell, to receive information from a group that did

23   what we called data collections.  They were

24   collecting student counts and other metrics that fed

25   into both the GNETS program and more primarily the



1   QBE, Quality Basic Education, program, that funds

2   the larger component of the K-12 system.  And

3   administering it by inputting these data and running

4   the formula, engaging in the spreadsheet to see what

5   the typical allocation would be or what the

6   calculated allocation would be for that program.

7        Q    During your time at GaDOE did you ever

8   become aware of concerns relating to the manner in

9   which the GNETS program was funded?

10       A    I was.

11       Q    And when you say you were aware of those

12  concerns, how did you become aware of those

13  concerns?

14       A    I had received just general information

15  from stakeholders, usually through sitting in these

16  legislative hearings, where we were presenting the

17  Governor's recommendations, that there would

18  sometimes be individuals from community

19  organizations or other activities or stakeholder

20  groups that would talk about that program and

21  similar programs and refer to them as being funded

22  differently than the experience for other students.

23       Q    And what specific concerns were brought to

24  your attention with respect to the manner of GNETS

25  program funding?



1      A    I don't know that any were brought
2   specifically to me.  This would have just been
3   information I heard in their presentations to these
4   individuals.
5      Q    And what kinds of concerns did you hear
6   from the presentations?
7      A    Concerns regarding the manner of funding
8   for the program, differentiating from the manner in
9   which the larger education program for the state was
10  conducted.
11     Q    Were those concerns driven by some sort of
12  concern for the outcome that resulted from that sort
13  of differential manner of funding?
14          MR. PICO PRATS:  Objection to form.
15          You can answer.
16          Sorry.  You can still answer.
17     A    I'm not sure.
18     Q    So your understanding was that there was a
19  concern that the GNETS program was funded in a
20  different manner, but you don't know whether there
21  was a larger concern that that manner of funding
22  produced either like insufficient funds or too many
23  funds?
24     A    I'm not sure I understand.
25     Q    I'm just trying to understand, you seem to



1  be clear there was a concern the GNETS program was

2  funded in a different manner, and I'm asking whether

3  in hearing the concerns that were raised you ever

4  understood those concerns to substantively relate to

5  the adequacy of funding for GNETS in any way?

6       A    My recollection of those concerns was

7  related to the amount of funding, but I don't have

8  any other information about how those individuals

9  tied that to outcomes or not.

10      Q    While at GaDOE, did you ever participate

11  in any conversations in which there was discussion

12  of potential changes to the manner in which GNETS is

13  funded?

14      A    Not that I recall.

15      Q    We started to get into this a bit before

16  as you were talking about your time at OPB, but I

17  want to take a step back and just make sure I

18  understand the statewide budget process at a high

19  level.

20           Correct that each year there's a state

21  appropriations bill passed that funds state

22  agencies, like the Georgia Department of Education?

23      A    That's correct.

24      Q    Would you describe that process from the

25  initial development of the bill to its passage?



1      A     Sure.  The process begins typically

2   towards the late summer, where the Governor's Office

3   issues budget instructions to state agencies and

4   provides them the parameters in which they can

5   request -- or depending on what his anticipated

6   economic forecast is -- new funding or a

7   reallocation of existing funding, or in some cases

8   plans for reductions of funding.

9           Agencies are tasked with putting a budget

10  that complies with those parameters together and

11  submitting that back to the Office of Planning and

12  Budget, typically towards the end of, I'd say,

13  August.

14          OPB then spends several months analyzing

15  those requests, working with agencies, as we

16  discussed earlier, and formulating recommendations

17  to present to the Governor and leadership.

18          Those are taken under consideration, and

19  decisions are made as to how the budget will be

20  formulated, and that comes in the form of that

21  budget report, the Governor's budget report that you

22  referred to.

23          That is then formally presented at the

24  legislature at the start of the legislative session

25  in January, where it is considered by both the House



1    and the Senate, who both have the opportunity to

2    adjust and make changes to those suggestions or

3    recommendations.

4           They interact with one another as a

5    deliberative body and arrive at a agreed-upon

6    budget, which is then formalized in the form of an

7    appropriations act for both the upcoming fiscal year

8    and any changes to the current fiscal year in which

9    the session is engaged.

10        Q    Just a couple of clarifying questions.

11           You said that once the Governor's budget

12    report is formally presented to the legislature at

13    the start of a legislative session, it's then

14    considered by both the House and the Senate,

15    correct?

16        A    Correct.

17        Q    Is there any particular order in which the

18    House and the Senate consider it?

19        A    The House receives it first, and they are

20    tasked with receiving that information, making any

21    changes to it they want, and then they adopt and

22    pass their version of an appropriations act, which

23    is then transmitted to the Senate, who then takes

24    it's up with the same consideration, proposes in

25    general their own version of it, at which point both



1    chambers establish what's called a Conference

2    Committee, where they negotiate changes in tandem to

3    a proposed bill, which once agreed upon goes back to

4    both chambers and is voted on as the final

5    appropriations act.

6         Q    Okay.  And once the bill is voted on by

7    both chambers as the final appropriations act, is it

8    -- does it take effect at that point, or is it sent

9    back to the Governor?

10        A    It's sent to the Governor for signature.

11   He has the ability to line item veto.  I think it's

12   specific programs within the appropriations act, and

13   otherwise has the ability to sign it and officially

14   approve himself, or to adopt it by not signing it

15   but leaving it untouched for a period of, I think,

16   40 days.

17             Those are the two options of which he can

18   allow it to become law.

19        Q    Okay.  You also mentioned in describing

20   the process that the appropriations act is both for

21   the upcoming fiscal year and may also include

22   changes for the current fiscal year; is that

23   correct?

24        A    That's correct.

25        Q    When there are changes for the current



1    fiscal year, is that referred to as the amended

2    fiscal year?

3         A    Yes.

4         Q    What is the process by which GaDOE puts

5    its budget together in accordance with the budget

6    instructions that you mentioned are delivered to

7    state agencies early in the process?

8         A    A large portion of the budget is again

9    driven by formula allocations.  So the instructions

10   typically would provide an allowance to say

11   calculate whatever is being produced in these

12   formulas and provide that information as part of

13   your request.

14              If the directive was to otherwise keep all

15   the other programmatic funding the same amount,

16   which was a typical situation in the period of time

17   that I was there, it would be a matter of submitting

18   a budget that didn't increase or decrease those

19   programmatic allocations for those non-formula

20   driven programs.

21              We would work with leadership inside the

22   department and other stakeholders to understand any

23   programmatic needs or things that they thought

24   needed to be addressed through the appropriations

25   process and try to incorporate that under the



1   auspices of both the chief of staff and the

2   superintendent's and the board's interests.

3        Q    What role does the State Board of

4   Education play in the development of GaDOE's

5   proposed budget?

6        A    Not a very direct role.  We would inform

7   them as to what we believe the request should look

8   like, and they would officially approve it as a

9   board item, but, in general, I would say it was more

10  informational in nature, us providing them with

11  information and them asking questions, but more

12  often than not, not providing direction or specific

13  instruction as to what they would want to see in

14  that request.

15       Q    But it sounds like once GaDOE had a budget

16  request, that that request would be put in front of

17  the State Board as a board item and the State Board

18  would approve it before it was submitted to OPB?

19       A    That's correct.

20            MS. GARDNER:  I'm going to show you an

21       electronic exhibit, but I would like the court

22       reporter to mark as Plaintiff's Exhibit 878.

23            (WHEREUPON, Plaintiff's Exhibit-878 was

24        marked for identification.)

25



1    BY MS. GARDNER:

2         Q    Mr. Beck, can you see this document?

3         A    Yes.

4         Q    Is this an example of the Governor's

5    budget report that we've been discussing?

6         A    It is.

7         Q    And this particular one is the Governor's

8    Budget Report for Amended Fiscal Year 2021 and

9    Fiscal Year 2022?

10        A    It appears to be.

11        Q    So just so I'm understanding the

12   terminology correctly, this budget report would be

13   the Governor's proposal for appropriations for

14   Fiscal Year 2022, and then would include changes to

15   the current fiscal year, which would be 2021, at the

16   time this was submitted?

17        A    Correct.

18        Q    I'd like to just direct your attention

19   here, scrolling down through the document, this is

20   Page 162 of the Governor's Budget Report.  Correct?

21             Do you see the page number?

22        A    I don't see the page --

23        Q    Down here.

24        A    Yes.

25        Q    And am I correct this is the beginning of



1    the portion of the budget report that deals with the

2    Department of Education?

3        A    It appears to be.

4        Q    In the Governor's budget reports are there

5    typically sort of a description of the roles and

6    responsibilities of each state agency at the

7    beginning of the section that deals with that

8    particular agency?

9        A    That's my understanding.

10       Q    And so this section has the roles and

11   responsibilities of the Georgia Department of

12   Education outlined, correct?

13       A    Yes.

14       Q    Moving on to -- this is Page 170.  This

15   particular section deals with RESAs; is that right?

16       A    Yes.

17       Q    And so I just want to sort of understand

18   how the report is laid out.

19            There is a section here that says

20   "Recommended Change."  Does the use of the term

21   "Recommended Change" refer to a change in an amended

22   fiscal year or is this a recommended change for the

23   coming fiscal year?

24       A    You should be able to tell at the

25   beginning of these sections which fiscal year it's



1    referring to.  So I think you'll find two in

2    sequence, the first one being programmatic changes

3    specific to the amended fiscal year, and then a

4    subsequent section that has programmatic changes

5    specific to the upcoming fiscal year.

6         Q    Okay.

7         A    So if you go back to -- wherever the

8    alphabetized portion starts, it should have a

9    heading that indicates which section is which.

10             Right there.  I'm sorry.  Scroll down.

11             So this would indicate that's FY22 and the

12   section preceding that would be specific to the

13   amended fiscal year '21 for this report.

14        Q    Okay.  Understood.

15             And on page -- this is Page 168 here,

16   correct?

17        A    Yes.

18        Q    And on this page this contains a section

19   addressing the Georgia Network for Educational and

20   Therapeutic Support?

21        A    Correct.

22        Q    And this outlines the recommended change

23   for fiscal year 2022 then; is that right?

24        A    I believe so.  You'd have to go back up to

25   the beginning of the section to verify that.



 1              Yeah, '22.  Yes.

 2      Q    Okay, great.

 3              Does GaDOE have any process for tracking

 4      changes in the various versions of the

 5      appropriations bill as it moves from the House to

 6      the Senate and then into Conference Committee?

 7      A    I don't think it would be a formalized

 8      system but we did track those changes through

 9      documentation on our side, spreadsheets, other

10      artifacts such as that.

11      Q    And were there particular people in charge

12      of managing that tracking?

13      A    Yes.  We had a budget team, originally

14      held by an individual named Brian, and I don't

15      recall Brian's last name, and then later directed by

16      Jon Cooper.

17      Q    Is Brian's last name Hampton?

18      A    That's correct.

19      Q    So typically the head of the budget team

20      would manage the tracking of changes in the various

21      versions of the appropriations bill?

22      A    Yes.

23      Q    So in each final state appropriations bill

24      I take it there's some amount of money that would be

25      allocated to the Georgia Department of Education,



1    correct?

2         A    Correct.

3         Q    And that bill would contain specific

4    allocations made to either particular departments or

5    programs within GaDOE?

6         A    Yes.

7              MS. GARDNER:  I would like to show one

8         more electronic exhibit, that I would ask the

9         court reporter to mark as Plaintiff's Exhibit

10        879.

11             (WHEREUPON, Plaintiff's Exhibit-879 was

12         marked for identification.)

13   BY MS. GARDNER:

14        Q    Mr. Beck, can you see that document?

15        A    I can.

16        Q    Am I correct that this is the -- the title

17   of this document is "Conference Committee Substitute

18   to H.B. 81, A Bill To Be Entitled An Act"?

19        A    It appears so.

20        Q    What is this document?

21        A    This is what I would refer to as a

22   tracking document produced by one of the chambers in

23   the legislature, their budget office, that itemizes

24   the original recommendations made by the Governor,

25   the changes to that provided by the House and then



1  the Senate, and then finally the Conference

2  Committee between the House and the Senate.

3          It generally becomes, and I don't know the

4  exact process, the physical documentation for the

5  appropriations act at some point.

6      Q    We're not going to go through this entire

7  document, but I did want to ask, what is the

8  difference between -- do you see this section here

9  where it says "Continuation Budget" and then in some

10  places it says "Appropriations," and then in

11  parentheses H.B. 81?

12     A    Uh-hum.  (Affirmative.)

13     Q    What's the difference between the

14  continuation budget and the reference to the

15  appropriation?

16     A    I believe what you're seeing is under the

17  continuation budget a reference to the allocation

18  made to this department and program, either through

19  that original appropriations act, if we're looking

20  at the amended appropriations, or the fiscal year

21  appropriations for the prior year if we're looking

22  at the new fiscal year budget.

23          So it's a starting point, and then the

24  enumerated line items that have the programmatic

25  changes show how to -- or how in each of these



 1   stages the allocations were adjusted up or down, and

 2   then the result of that is the appropriation.

 3          So it's a sequence in time essentially,

 4   starting point changes and then final appropriation

 5   by program.

 6     Q    So would it be fair to think of the

 7   continuation budget as sort of a picture of the

 8   status quo and the appropriation as to how that

 9   would change as to the coming fiscal year, according

10   to whatever the proposal is?

11     A    Yes.

12          MS. GARDNER:  I'd like the court reporter

13       to mark this document as Plaintiff's Exhibit

14       880.

15          (WHEREUPON, Plaintiff's Exhibit-880 was

16        marked for identification.)

17   BY MS. GARDNER:

18     Q    Mr. Beck, you've been handed what has been

19   marked as Plaintiff's Exhibit 880.

20          This is an email from Sara Arroyo, dated

21   February 4, 2016, to you, with the subject "Tracking

22   Document," and it includes one attachment that is a

23   Word document with the file name "FY 2017 House

24   Appropriations Education Subcommittee Tracking

25   Document."



1            The Bates-stamp on the first page of this

2    document is GA00278503.

3            Do you recognize this?

4       A    I don't recognize -- yes, I understand

5    what the email is about but I don't recall it

6    specifically.

7       Q    Do you have any reason to doubt that you

8    received this email?

9       A    I don't.

10      Q    Ms. Arroyo is a senior budget and policy

11   analyst in the Georgia House Budget and Research

12   Office; is that correct?

13      A    The last time I worked with her, yes.

14      Q    And at the time she sent this email, that

15   was her position?

16      A    That's my recollection.

17      Q    And is that indicated by the signature

18   block in her email?

19      A    Yes.

20      Q    Turning to the attachment, which has a

21   beginning Bates No. of GA00278504, what is this

22   document?

23      A    This is what's referred to as a tracking

24   document, which again serves a similar purpose to

25   the exhibit we just looked at where we were



1   examining the Governor's recommendations as compared

2   to those made by, in this case, the House chamber on

3   a programmatic basis by state agency.

4       Q    Was this document created by the House

5   Budget and Research Office?

6       A    I believe so.

7       Q    Would you receive copies of this sort of

8   document periodically during your time as chief

9   financial officer at GaDOE?

10      A    Yes.

11      Q    What would you typically do with a

12  document like this?

13      A    I would typically provide a copy to my

14  budget staff, if they had not already received it,

15  and more than likely the chief of staff, with a

16  summary of any significant changes from the

17  Governor's recommendation.

18      Q    Turning to Page 2 of 9 in the track sheet

19  attachment, correct that this is Section 24, which

20  relates to the Department of Education?

21      A    Yes.

22      Q    And on this document there are various

23  departments or programs related to GaDOE listed on

24  the far left-hand column, correct?

25      A    Correct.



1      Q    And then there are four columns to the

2    right of each such department or program with

3    amounts for those departments or programs in the

4    various columns?

5      A    Correct.

6      Q    And those four columns are Base Budget,

7    Agency Requests, Gov's Rec, and House, correct?

8      A    Correct.

9      Q    Can you tell me what each of those

10   categories means?

11     A    Base budget would refer to the amounts

12   allocated to these programs by -- it looks like in

13   this case the previous fiscal's appropriation act.

14   So this would have been the starting point for the

15   budget development process, would show up under that

16   document we just looked at I think as the

17   continuation section.

18          Agency request would be any changes made

19   as a result of the budget requested by, in this

20   case, the Department of Education to the Governor's

21   Office, so that budget development process.

22          Then the Governor's rec column would

23   reflect those changes that the Governor has proposed

24   as a result of the budget development process.

25          And then finally the House column would



1  reflect any changes or either, I guess, the

2  agreement with the Governor's recommendations.

3      Q    And these columns are arranged in time

4  order according to how state budget amounts

5  processed -- progressed through the process, right?

6      A    That's correct.

7      Q    Turning to Page 3 of 9, Section 24.9 is

8  the section related to GNETS, correct?

9      A    Correct.

10     Q    Most of the numbers in this section are

11  the same across the four columns, but I note that

12  there is a -- it's 24.9.3, the line item, and it

13  shows that there is an increase of $72,462 that only

14  appears on the Governor's recommendation column and

15  the House column.  Do you see that?

16     A    I do.

17     Q    Does that mean the Governor recommended

18  that addition, and the Georgia House accepted that

19  addition during the budget process?

20     A    Yes.

21     Q    And does the absence of that amount from

22  the Agency Request column mean that GaDOE did not

23  request that increase in its budget formulation?

24     A    I believe so.

25     Q    And then likewise, there is, and this is



1    Line 24.9.2, an amount of $46,724 identified as

2    increased funds for personal services and operating

3    expenses for the program manager position to provide

4    state level support, that appears in the Governor's

5    recommendation and House columns, but not in the

6    others; is that right?

7          A     That's correct.

8          Q     And does that also mean that the Governor

9    recommended that addition and the Georgia House

10   accepted that addition?

11         A     Yes.

12         Q     And that amount is absent on the Agency

13   Request column, correct?

14         A     Correct.

15         Q     So that means that GaDOE did not

16   originally request that amount in its budget

17   formulation, right?

18         A     I believe that's correct.

19         Q     What is the significance of -- in the

20   Section 24.9 that relates to GNETS, do you see the

21   reference to HB 76?

22         A     Yes.

23         Q     And then at the bottom, under the phrase

24   Program Net, there's a reference to HB 751?

25         A     Yes.



1       Q     What is the significance of those two

2   numbers?

3       A     I believe HB 76 would be the FY16

4   Appropriations Act.  So again that's starting point

5   and would be the point-of-origin for those numeric

6   amounts you see in the topmost line for each of

7   these programs.

8             And then HB 751 is referring to the

9   proposed house version of the FY17 Appropriations

10  Act.  So essentially this document.

11      Q     And in the Governor's recommendation

12  column and the House column, I take it then if you

13  compare the HB 76 line and the HB 751 line, you can

14  see sort of what the change is in the appropriations

15  from the prior fiscal year to the current one?

16      A     Yes.

17            MS. GARDNER:  I'd like to ask the court

18        reporter to mark this document as Plaintiff's

19        Exhibit 881.

20            (WHEREUPON, Plaintiff's Exhibit-881 was

21         marked for identification.)

22  BY MS. GARDNER:

23      Q     You have been handed what has been marked

24  as Plaintiff's Exhibit 881.  This is an email from

25  you to the Executive Cabinet, dated February 8,



1    2016, with the subject "Amended FY 2016 Budget," and

2    one attachment.

3              The Bates-stamp on this document is

4    GA00278561.

5              Do you recognize this document?

6        A    I do.

7        Q    Who is on the Executive Cabinet?

8        A    Individuals with the title of deputy

9    superintendent, ranging from my side of the house

10   with operations to all the folks that were in the

11   academic service areas.

12       Q    And were you on the Executive Cabinet?

13       A    I was.

14       Q    Is the chief of staff on the Executive

15   Cabinet?

16       A    Yes.

17       Q    Anyone else whose title is not deputy

18   superintendent?

19       A    I don't recall.

20       Q    You write here:  "The Senate

21   Appropriations Committee released their

22   recommendations today.  They have agreed to all of

23   the House's recommendations for GaDOE, which in turn

24   mirror the Governor's original recommendations.  The

25   chambers will now begin their conference over the



1  amended appropriations act, but given there are no

2  disagreements in our budget, we are essentially

3  wrapped for the first two acts (barring any last

4  minute surprises). I would expect that they will

5  pass the amended appropriations act by the end of

6  this week, and that the Governor will sign it

7  shortly thereafter."

8          Do you see that?

9      A   I do.

10     Q   What did you intend to convey when you

11  said "we are essentially wrapped for the first of

12  the two acts (barring any last minute surprises)"?

13     A   That this would represent one of the last

14  procedural pieces for the adoption of the amended

15  fiscal year budget with the upcoming fiscal year's

16  budget still to come, but that that did not

17  guarantee that we were done, that changes could

18  still be made to these recommendations in Conference

19  Committee.

20     Q   And when you refer to the first of the two

21  acts, what is the first of the two acts?

22     A   The amended fiscal year appropriations

23  act.

24     Q   And then the second act would be the

25  Fiscal Year 2017 appropriations?



1        A    Yes.

2        Q    Turning to the attachment, which has a

3    beginning Bates number of GA00278562.  What is this

4    document?

5        A    This appears to be another tracking

6    document.  In this case I think it's the Senate

7    Budget Office's format, containing again that

8    longitudinal depiction of a beginning budget,

9    changes, and then an ending budget for each of the

10   programs by state agency in the education section.

11       Q    So this document would have been drafted

12   by the Senate Budget and Evaluation Office?

13       A    I believe so.

14       Q    Turning to Page 8 of 20, am I correct that

15   at the bottom of this page begins the section

16   dedicated to GNETS?

17       A    Yes.

18       Q    And on Page 9 of 20, there is a program

19   overview section for GNETS, correct?

20       A    Yes.

21       Q    And that contains a section called

22   "Summary of Activities"?

23       A    It does.

24       Q    What information does a Summary of

25   Activities typically convey?



1        A    Not having authored these documents, I

2    don't know.  But my assumption is that it's a

3    written description of the Senate's interpretation

4    of what these different programs provide to the

5    State.

6        Q    And this section also contains a statement

7    related to target population, correct?

8        A    It does.

9        Q    A section on location; is that right?

10       A    Correct.

11       Q    And then there's a section on delivery

12   mechanism, correct?

13       A    It appears so.

14       Q    This section includes the continuation

15   budget, and then the appropriations, which here is

16   HB 750.

17            I take it that the definitions that we

18   discussed earlier apply here and that the

19   continuation budget shows what the status quo was,

20   and the appropriations section shows how HB 750

21   would change that picture?

22       A    That's my understanding.

23       Q    And in both the continuation budget and

24   the appropriation HB 750, the total state funds

25   amount for GNETS is made up entirely of state



 1  general funds; is that correct?
 2      A    That appears to have an additional federal
 3  funds component.
 4      Q    Right, but in terms of the amount that is
 5  total state funds --
 6      A    I'm sorry, yes.
 7      Q    -- that's comprised entirely of state
 8  general funds?
 9      A    Correct.
10      Q    What are state general funds?
11      A    Those are revenues received by the State
12  that are appropriated to state agencies.
13      Q    Are there other kinds of state funds that
14  could be awarded to an agency apart from state
15  general funds?
16      A    I believe so.  Motor fuel tax is one that
17  comes to mind, and possibly lottery proceeds I think
18  are also categorized as state funds.
19      Q    And who determines whether the funds an
20  agency receives will be state general funds or motor
21  fuel tax or lottery proceeds?
22      A    Unless it's otherwise prescribed by
23  statute, it would be the Governor and the
24  legislature.
25      Q    Looking at the total Federal Funds section



1  in both the continuation budget and appropriation HB

2  750 for GNETS, correct that that amount is made up

3  entirely of special education grants to states?

4       A    Yes.

5       Q    Does that mean that the GNETS program

6  would not receive any other category federal funds?

7       A    It does not.  Appropriations acts by law,

8  to my understanding, can only speak to state

9  allocations.  These documents have over time

10  incorporated what I'd call additional information,

11  such as what federal funds have been recognized as

12  part of the program at that point in time the budget

13  development began, but the appropriations acts

14  cannot prescribe non-state funding, for the most

15  part.  So for federal funds they can come in and out

16  of a program as the agency conducts its course of

17  business.

18           So it is not a limit.

19       Q    So even after a final appropriations bill

20  is passed, and say that final appropriations bill

21  identifies special education grants to states as the

22  only federal funds received by the GNETS program,

23  the GNETS program could later receive federal funds

24  in some other category?

25       A    That's correct.



JAMES THEODORE BECK                                    January 27, 2023
UNITED STATES vs STATE OF GEORGIA                               61

1      Q    And who would -- who would determine

2    whether the GNETS program received federal funds

3    from, you know, some other category?

4      A    In that case I would think it would be a

5    conversation between the program manager and DOE

6    leadership about the existence of those funds, any

7    requirements or other commitments that they

8    entailed, and then the typical process for receiving

9    federal funds, an award letter, the accounting

10   processes that take place in association with that,

11   and then the actual receipt of the funds, either

12   directly or through reimbursement.

13     Q    When you say a conversation between the

14   program manager and DOE leadership, are you talking

15   about leadership at GaDOE?

16     A    Yes.

17          MS. GARDNER:  I'd like to ask the court

18      reporter to mark this document as Plaintiff's

19      Exhibit 882.

20          (WHEREUPON, Plaintiff's Exhibit-882 was

21       marked for identification.)

22   BY MS. GARDNER:

23     Q    You've been handed what's been marked as

24   Plaintiff's Exhibit 882.  This is an email from Jon

25   Cooper to you with a copy to Brian Hampton and Amy



1  Rowell, dated March 22nd, 2016, with the subject

2  "RE: 2017 Budget," and one attachment.

3          Do you recognize this?

4      A    I do.

5      Q    For the record, this document is

6  Bates-stamped GA00279195?

7      A    Correct.

8      Q    I believe you said earlier that Jon Cooper

9  and Brian Hampton at some point were the head of the

10  budget area; is that correct?

11     A    Brian was the director when I came on, and

12  retired, and then Jon was his replacement, who had

13  been serving in an assistant director role.

14     Q    It looks like Jon Cooper at this time was

15  the assistant budget director?

16     A    Yes.

17     Q    So Brian Hampton would have been the

18  actual budget director at this time?

19     A    Correct.

20     Q    Who is Amy Rowell?

21     A    Rowell.  She was the director for -- I

22  forget the name of the group, but they were tasked

23  with providing services around LEA finances, a lot

24  of tracking and reporting and other consulting

25  assistance to those organizations.



1        Q    Okay.  And she was an employee of GaDOE?

2        A    Correct.

3        Q    In Mr. Cooper's email, he writes:  "FYI,

4    Attached is what came out of Conference Committee

5    this morning."  Correct?

6        A    Yes.

7        Q    Looking at the attachment, which has a

8    beginning Bates number of GA00279196 -- I'm sorry --

9    197, am I correct this is another track sheet?

10        A    Yes.

11        Q    And this track sheet does not contain the

12    base budget or agency request, correct?

13        A    It does not appear to.

14        Q    But it does contain the Governor's

15    recommendation, the House and Senate numbers, and

16    then numbers in a column labeled "Conf Cmte,"

17    correct?

18        A    Yes.

19        Q    And that final column, does that refer to

20    the Conference Committee?

21        A    I believe so.

22        Q    Turning over to Page 53 of 130, the GNETS

23    program section appears in 24.9 on this page; is

24    that right?

25        A    Yes.



1      Q    And am I correct in understanding that in

2   this particular track sheet it looks like there is a

3   complete agreement between the Governor's

4   recommendation, the House and Senate versions, and

5   then what came out of the Conference Committee?

6      A    That appears to be true.

7      Q    What is the difference between a state

8   funded grant and a formula-based allocation for

9   purposes of Georgia Department of Education funding?

10     A    I'm not sure.  My assumption is that

11   formula based would be those that are prescribed to

12   the State as something calculated based on a series

13   of metrics and criteria, and a grant would have more

14   flexibility for the amount either allocated to it or

15   the manner in which it is allocated to recipients.

16     Q    When you say a grant would have more

17   flexibility for the amount allocated to it or the

18   manner in which it is allocated to recipients, do

19   you mean that the State has more flexibility in

20   determining those amounts?

21     A    That would be my assumption.

22          MS. GARDNER:  I'd ask the court reporter

23          to mark this as Plaintiff's Exhibit 883.

24          (WHEREUPON, Plaintiff's Exhibit-883 was

25           marked for identification.)



1    BY MS. GARDNER:

2         Q    You've been handed what's been marked as

3    Plaintiff's Exhibit 883.  This is an email from you

4    to Garry McGiboney, with a copy to Louis Erste,

5    dated January 12, 2017, with the subject line "State

6    funded grant programs."

7              The Bates-stamp on this document is

8    GA00282052.

9              Do you recognize this email?

10        A    Not specifically, but --

11        Q    Do you have any reason to doubt that you

12   received it?

13        A    That I wrote it?

14        Q    I'm sorry.  That you wrote it?

15        A    I don't.

16        Q    Who is Garry McGiboney?

17        A    He was the deputy superintendent, and I

18   don't know the exact area or title, but worked on a

19   variety of different programs in the student

20   services and academic side of the house.

21        Q    And who is Louis Erste?

22        A    Erste was his deputy in that same

23   functional area.

24        Q    Was Garry McGiboney's deputy?

25        A    Correct.



 1       Q    You write here:  "I've listed here -- you
 2    write:  Here I've listed the programs and
 3    sub-programs that are state-funded grant or
 4    formula-based allocations to districts."
 5            Is that right?
 6       A    Yes.
 7       Q    And then there is a list that follows?
 8       A    Yes.
 9       Q    Which of the items on the list are state
10    funded grants?
11       A    I don't recall.
12       Q    So looking at this list, it's not clear to
13    you which of these would be state-funded grants and
14    which would be formula-based allocations?
15       A    I could hazard a guess, but without going
16    back and looking at the statutes, I wouldn't want to
17    posit one was for certain state funded or formula
18    based.
19       Q    Are there any programs or subprograms at
20    GaDOE that receive funding that would not fall into
21    one of these two categories, either a state-funded
22    grant or a formula-based allocation?
23       A    There are.
24       Q    And what -- how would you describe those
25    categories of funding?



1        A      Probably administrative programs.  For

2   example, my office was called Business and Finance,

3   at least according to the appropriations act, and it

4   received an appropriation that was neither -- it was

5   state funded but it wasn't a grant or a formula.

6        Q      Okay.  Once a state appropriations bill

7   becomes law and GaDOE has clarity about its budget,

8   what does GaDOE then do with that information?

9        A      We build the financial system to account

10  for that.  So we enter those amounts such that those

11  programs, either internally or those that are being

12  allocated to LEAs or similar entities, receive their

13  funding in the manner prescribed by the Governor and

14  the legislature.

15       Q      We've talked about several reports at the

16  State level that provide information relating to the

17  budget on the front end.  Are there any reports at

18  the State level that provide information about the

19  use of state funds post hoc and how those funds were

20  used or how effective the use of those funds was?

21       A      We tracked typical accounting

22  transactions, so the distribution of the funds, but

23  I'm not aware of a system that we maintained in my

24  office that spoke to outcomes associated with those

25  funds.



1        Q    Did GaDOE track any sort of performance

2   measures for programs?

3        A    I'm sure it did.

4             MS. GARDNER:  I'd like to ask the court

5        reporter to mark this document as Plaintiff's

6        Exhibit 884.

7             (WHEREUPON, Plaintiff's Exhibit-884 was

8         marked for identification.)

9   BY MS. GARDNER:

10       Q    Mr. Beck, you've been handed what's been

11  marked as Plaintiff's Exhibit 884.  This is an email

12  from Kerri Wilson to Richard Woods, you, and Allan

13  Meyer, with a copy to Omar, Bibi and Emily Jones.

14            The date of this email is December 6,

15  2018, and the subject is "FY 2020 Performance

16  Measures Report."

17            There's one attachment to this document.

18            The Bates-stamp on the document is

19  GA00290290.

20            Do you recognize this email?

21       A    Not specifically.

22       Q    Do you have any reason to doubt that you

23  received it?

24       A    I do not.

25       Q    Who's Kerri Wilson?



1      A    Kerri was -- actually, one of my former

2  staff who became the Education Division director at

3  OPB after my tenure.

4      Q    So you had worked with Ms. Wilson prior to

5  being on the GaDOE side?

6      A    Yes.

7      Q    And am I correct that Richard Woods is the

8  State superintendent?

9      A    That's correct.

10     Q    Who is Allan Meyer?

11     A    He worked for Dr. McGiboney.

12     Q    And what about Omar Bibi, or Bibi Omar?

13     A    She would have been Kerri's deputy, I

14 believe, or at least one of the analysts on her team

15 responsible for DOE.

16     Q    And Emily Jones?

17     A    Same role.

18     Q    What is a performance measures report?

19     A    These are documents produced by OPB.  I

20 don't recall when they originated but they are not

21 dissimilar to the Governor's budget report but

22 collects performance measures that have been

23 established for each of the state agencies and

24 tracks them longitudinally.

25     Q    Okay.  When you say that the report



 1  collects performance measures that have been

 2  established for each of the state agencies, who

 3  establishes those performance measures?

 4       A    From what I recall, it was a process by

 5  which the agencies and the Governor's Office, OPB,

 6  proposed and adopted a series of metrics.  It wasn't

 7  necessarily -- it could be adapted over time and

 8  changed if need be, or if seemed appropriate at the

 9  directive of OPB, since it was their system and

10  document.

11       Q    So GaDOE would have had input into what

12  its performance measures for its programs would have

13  been?

14       A    That's my assumption.

15       Q    And OPB also would have had input?

16       A    I would say they had the primary role in

17  establishing them.

18       Q    Is it fair to say OPB would have had the

19  final say?

20       A    Yes.

21       Q    What is the purpose of the performance

22  measures report?

23       A    My guess is to provide some sort of

24  quantification or other description of outputs and

25  outcomes to stakeholders and taxpayers.



1      Q     You mention that the information included

2   in the performance measures report is tracked

3   longitudinally, correct?

4      A     Correct.

5      Q     Is the performance measures report issued

6   each fiscal year?

7      A     That's my recollection.

8      Q     And when it's issued, does it include

9   information reporting over a series of years?

10      A     Yes.

11      Q     Turning to the first page of the report --

12   actually, the page of the report that has 1 on it,

13   but it is not actually the cover of the report, but

14   it will be the page after the table of contents.

15         Do you see it?

16      A     I do.

17      Q     At the top it says FY 2020 Performance

18   Measure Report?

19      A     Yes.

20      Q     And this says that the Office of Planning

21   and Budget publishes performance annually, correct?

22      A     Yes.

23      Q     And it then says that:  "For the FY 2020

24   budget cycle, agencies reported actual program

25   performance data for FY 2015 through FY 2018 for



1  workload, efficiency, and outcome measures."

2           Is that right?

3      A    Yes.

4      Q    It goes on to say:  "Measuring performance

5  in these three areas helps state decision makers and

6  agency stakeholders understand how well programs are

7  operating and whether they are achieving their

8  intended outcomes."  Correct?

9      A    Correct.

10     Q    Is it fair to say that this summarizes the

11  purpose of the Performance Measure Report?

12     A    I would agree.

13     Q    Turning to Page 39 of the report, is this

14  where the section on the Department of Education

15  begins?

16     A    Yes.

17     Q    And am I correct that the section

18  pertaining to GNETS appears on Page 41?

19     A    Yes.

20     Q    What are the performance measures

21  identified for the GNETS program?

22     A    The document reads:  "number of students

23  served, cost per student (to include state and

24  federal funds), percentage of students who meet or

25  exceed reading and math standards on Milestones,



1   percentage of students who are marked as proficient
2   on the Georgia Alternate Assessment."
3        Q    How do these measures help state
4   decision-makers and agency stakeholders understand
5   how well the GNETS program is operating?
6        A    I couldn't speak to that.
7        Q    Looking at the actual measures, the first
8   you mentioned is number of students served, and this
9   includes the number of students served from FY2015
10  to FY2018, correct?
11       A    It appears so.
12       Q    That number decreases over time; is that
13  correct?
14       A    I agree.
15       Q    So in FY2015, there were 4,758 students
16  served in GNETS?
17       A    Yes.
18       Q    And then in FY2018 the number was 3,805?
19       A    I see the same.
20       Q    The next performance measure is cost per
21  student (to include state and federal funds).  Am I
22  correct that number increases over time?
23       A    It appears to.
24       Q    So in FY2015 the cost per student was
25  $13,258?  Is that right?



1      A    That's what I read.

2      Q    And in FY2018, what was the cost per

3  student?

4      A    The document states $19,179.

5      Q    You mentioned that the third performance

6  measure was percentage of students who meet or

7  exceed reading and math standards on Milestones?

8      A    Correct.

9      Q    What was that percentage for FY2015?

10     A    The document reads "Not applicable."

11     Q    What about for FY2016?

12     A    Also not applicable.

13     Q    What about for FY2017?

14     A    Not applicable.

15     Q    And for FY2018?

16     A    Not applicable.

17     Q    The last performance measure here is

18  percentage of students who are marked as proficient

19  on the Georgia Alternative Assessment.  Do you see

20  that?

21     A    I do.

22     Q    And does the report indicate that the

23  percentage for FY2015 through FY2018 is also not

24  applicable?

25     A    I see the same.



1       Q     Why is there no data here for performance

2   measures related to GNETS student outcomes and

3   academic assessments?

4           MR. PICO PRATS:  Objection to form.

5           You can still answer.

6       A     I'm not sure.

7       Q     GaDOE would have been responsible for

8   providing that information to OPB?

9       A     Yes.

10      Q     Do you know whether GaDOE did provide that

11   information to OPB?

12      A     I'm not sure.

13      Q     For purposes of reporting on performance

14   measures, what is the chain in terms of how

15   information flows from GaDOE to OPB for purposes of

16   this performance measures report?

17      A     From what I recall, we would receive some

18   sort of notification at a certain point in the

19   budget development cycle or the administration of

20   the fiscal year indicating that data was needed to

21   populate this report.  I think that would usually

22   come from OPB to someone on my budget team, and they

23   would work with the stakeholders across the Georgia

24   Department of Education to collect that information

25   from those individuals, compile that, send it back



1  to OPB for their review and inclusion in this

2  report.

3       Q    Was the person on your team responsible

4  for collecting that information from, you know,

5  various areas within GaDOE and providing it to OPB a

6  single individual, or are there multiple people on

7  your team responsible for different areas within

8  GaDOE?

9       A    I don't recall exactly, but my guess would

10  be it would be Jon Cooper and probably Geronald

11  Bell.

12       Q    Okay.  Am I correct in this section on

13  Georgia Network for Educational and Therapeutic

14  Support that there are no performance measures for

15  the number or percentage of GNETS students returned

16  to their home schools?

17            MR. PICO PRATS:  Objection to form.

18       A    I don't see that.

19       Q    And am I correct there are no performance

20  measures for average length of stay in GNETS?

21            MR. PICO PRATS:  Same objection.

22       A    I don't see that either.

23       Q    And correct there are no performance

24  measures for graduation rates?

25            MR. PICO PRATS:  Same objection.



1      A    I don't see that.

2      Q    Correct that there are no performance

3   measures for dropout rate?

4           MR. PICO PRATS:  Same objection.

5      A    I don't see that.

6      Q    Correct that there are no performance

7   measures for percentage of students enrolled in

8   post-secondary education within 16 months of

9   graduation?

10          MR. PICO PRATS:  Same objection.

11     A    I don't see that.

12     Q    Correct there are no performance measures

13  for college and career ready performance index

14  scores?

15          MR. PICO PRATS:  Same objection.

16     A    I don't see that.

17     Q    And correct that there are no performance

18  measures for any positive post-secondary outcome at

19  all?

20          MR. PICO PRATS:  Same objection.

21     A    I don't see that.

22          MS. GARDNER:  We've been going about an

23      hour and a half.  Would you like to take a

24      break?

25          THE WITNESS:  Sure.



1          MS. GARDNER:  Okay.

2          THE VIDEOGRAPHER:  The time is 10:40 a.m.

3      We are off the record.

4      (A recess was taken.)

5          THE VIDEOGRAPHER:  The time is 10:48 a.m.,

6      and we are back on the record.

7  BY MS. GARDNER:

8      Q    So we talked quite a bit about the State

9  budget process and the Georgia Department of

10  Education broadly.  I want to talk a little bit more

11  specifically about how GNETS funding fits into the

12  GaDOE budget process.

13          I think we've seen already that the GNETS

14  program is funded through a specific line item in

15  the state appropriations bill, right?

16      A    Correct.

17      Q    Correct that the funds identified in the

18  state appropriations bill for GNETS are made up of

19  state funds and federal funds?

20      A    Yes.

21      Q    Is it fair to say that the lion's share of

22  the amount in the state appropriations bill

23  allocated to GNETS are state funds?

24      A    That's my understanding.

25      Q    Does the GNETS line item in the state



1    appropriations bill indicate how much money each

2    regional GNETS program is allocated, or does it

3    provide a lump sum that is just allocated to GNETS

4    as a whole?

5         A    I believe it's a lump sum.

6         Q    Is that lump sum later split and allocated

7    among the regional GNETS programs?

8         A    That's my recollection.

9         Q    Who determines those allocations?

10        A    No one individual that I'm aware of.  From

11   what I recall, there's a spreadsheet that gets

12   shared among the budget writers to include DOE, the

13   Governor's office, the House and the Senate, that's

14   essentially agreed upon, but -- may reflect

15   something in statute.  I don't recall the specifics,

16   but it derives the individual site allocations.

17        Q    Who is involved in sort of, sort of

18   physically or mechanically creating those

19   allocations, whether that's on a spreadsheet?  Is

20   there somebody in charge of doing the math according

21   to whatever formula is preset?

22        A    In the department side, it would have been

23   someone in our budget office.

24             MS. GARDNER:  I would like to have the

25        court reporter mark this document as



1          Plaintiff's Exhibit 885.

2               (WHEREUPON, Plaintiff's Exhibit-885 was

3          marked for identification.)

4    BY MS. GARDNER:

5          Q    You have been handed what's been marked as

6    Plaintiff's Exhibit 885.  This is an email from

7    Kerri Wilson to you and several others, dated

8    January 14th, 2016.  The subject is "AFY 2016 and FY

9    2017 DOE Formulas."  And there are several

10   attachments.

11              The Bates-stamp on this document is

12   GA00278329.

13              Do you recognize this email?

14         A    Not specifically.

15         Q    Do you have any reason to doubt that you

16   received it?

17         A    I do not.

18         Q    Am I correct that all of the recipients of

19   this email, apart from you, work in the Georgia

20   General Assembly or the Georgia Governor's Office?

21         A    That appears to be the case.

22         Q    And correct that AFY is Amended Fiscal

23   Year 2016?

24         A    Yes.

25         Q    In this email Ms. Wilson writes:  "The



1   formulas for the Department of Education are

2   attached."  Correct?

3       A    Correct.

4       Q    And are these at least some of the

5   formulas that you've been discussing in terms of how

6   formula-based allocations are determined?

7       A    They appear to be.

8       Q    Did you receive formulas like this from

9   The Governor's Office of Planning and Budget each

10  fiscal year?

11      A    That would typically be the case.

12      Q    At what point in the budget process would

13  you typically receive these formulas?

14      A    Some time after the dissemination of the

15  Governor's budget recommendations.

16      Q    Was there any process by which formulas

17  were modified in any way to reflect changes in the

18  draft appropriations bill as they move through the

19  budget process?

20      A    I don't think there's a formal process for

21  that, no.

22      Q    Would you sometimes receive updated

23  formulas later in the process if there were changes

24  to the appropriations bill?

25      A    I would say changes to the data as opposed



1  to the appropriations bill.  These formulas were

2  more of the driver for those numbers.

3       Q    I see.  And when you say changes in the

4  data, you're referring to any sort of variables that

5  would provide the input for the formulas, like

6  student enrollment, for example?

7       A    Correct.  There can be adjustments made do

8  to erroneous information that was received or data

9  that just comes in later as a typical product of the

10  cycle in which it is incorporated.

11       Q    One of the formulas that you received in

12  the attachments to this email was a formula for

13  GNETS; is that correct?

14       A    It appears so.

15       Q    And was that typical?

16       A    It would have been.

17       Q    So when you would receive Department of

18  Education formulas from OPB each fiscal year, you

19  would receive a formula specific to GNETS?

20       A    I believe so.

21       Q    I want to take a look at the formula for

22  GNETS, which was produced natively and assigned the

23  Bates No. GA00278335.

24            I'm going to show that electronically.

25            Can you see this document?



1       A    I can.

2       Q    Am I correct that on the far left column

3    of this GNETS formula spreadsheet identifies each of

4    the fiscal agents for the various regional GNETS

5    programs?

6       A    That appears to be the case.

7       Q    Then there is a column to the right of

8    that titled "FTE."

9            Do you see that?

10      A    I do.

11      Q    What do the numbers in that column

12   represent?

13      A    I believe these are going to be full-time

14   equivalents, which is a metric that gets used by a

15   lot of education agencies to describe a hypothetical

16   student receiving a full day of service.  There can

17   be discrepancies between what you and I would

18   probably call headcount and FTE, and it's usually

19   more intuitive when we think about a standard K-12

20   student.  In high school, for example, you may have

21   1,000 kids headcount but some portion thereof may

22   only attend for a part of the day, maybe they have a

23   work study or some similar activity, so they don't

24   receive a full -- all the service hours of academic

25   instruction they would otherwise normally receive.



1          So to equalize that, there's -- you can

2   look at it and say, hypothetically, if each student

3   was there for the entirety of that academic period,

4   what would be that number, and so that headcount of

5   1,000 may drop to something like in the 900s or 800s

6   to reflect if all of these students were here -- I

7   recall it on the K-12 side, I think it's six hours,

8   what that would look like.

9          So FTE is a different way to count the

10  number of attendees in a program in a standardized

11  manner and doesn't take into account any variability

12  on how those academic hours or other service hours

13  are actually distributed to the students.

14      Q    Okay.  So subject to the nuances that

15  you've just described, the number in this FTE column

16  would be number of students served in each of the

17  regional GNETS programs?

18      A    Yes.

19      Q    The next column, moving right, says

20  Teacher, and then in parentheses it says, "1:6.5

21  ratio."

22          Do you see that?

23      A    I do.

24      Q    Is that a ratio of students to teachers?

25      A    That appears to be.



1      Q     Does that mean that every 6.5 students

2   warrants one teacher in this formula?

3      A     That would be my assumption.

4      Q     And in that column is the significance of

5   the 40,789 that appears beneath the teacher, that

6   each teacher is funded by the State at that amount

7   of money?

8      A     That's my guess.

9      Q     So is it correct that if you did the math,

10   the roughly 3.1 million in funds identified for Bibb

11   County under the Teacher column would be the result

12   of dividing the number under FTE by 6.5 and then

13   multiplying that number of teachers by 40,789?

14      A     That's my assumption.

15      Q     Is that generally how all of the other

16   columns that relate to staff positions and have

17   student-to-staff ratios work here?

18      A     Typically.

19      Q     And here there is a column for parapros,

20   correct?

21      A     Yes.

22      Q     There's also a column for supervisors?

23      A     Yes.

24      Q     And for psychologists?

25      A     Yes.



1       Q    And for social workers?

2       A    Yes.

3       Q    And then there's a column for clerical?

4       A    Yes.

5       Q    To the right of the column for parapro

6   there is a column for operations.  Do you see that?

7       A    I do.

8       Q    And the amounts for teachers, parapros,

9   and this first operations column collectively make

10  up the direct instruction amount, right?

11      A    That seems to be the case.

12      Q    What does operations in this particular

13  column mean?

14      A    I don't know specifically.  My guess is

15  that it refers to some intended funding amount to

16  provide for the actual operation of the facility.

17      Q    And that in this formula is funded at $189

18  per student?

19      A    That appears to be so.

20      Q    Am I correct that the amounts here for

21  supervisor, psychologists, social worker, clerical,

22  director, a second operations column, and M&O then

23  collectively make up an amount that is referred to

24  as support in this spreadsheet?

25      A    That appears so.



1        Q      What is M&O?

2        A      My guess is maintenance and operations,

3    generally refers to spending on capital or physical

4    facilities.

5        Q      Who makes the decision about what the

6    ratios for each of the staff positions listed on

7    this spreadsheet will be?

8        A      I don't know.

9        Q      Is that done within the Georgia Department

10   of Education?

11       A      No.

12       Q      That's a number that GaDOE receives from

13   The Governor's Office of Planning and Budget?

14       A      I'd say that it's prescribed to us by the

15   consortium of budget writers, that there's some sort

16   of tacit agreement among them as to the information

17   in these spreadsheets, and we're tasked with

18   implementing it.

19       Q      And when you say the consortium of budget

20   writers, who's included in that consortium?

21       A      I would say OPB, then the House Budget

22   Office and the Senate Office, and the Evaluation

23   Office.

24       Q      Anyone else?

25       A      No.



1      Q     Do the ratios for staff positions listed

2   on this formula change from year to year?

3      A     They could but I don't recall if they did.

4      Q     Was it your understanding that typically

5   they were consistent from one year to the next?

6      A     Yes.

7      Q     There's some additional columns here.  Do

8   you see the column T&E w. Fringes?

9      A     I do.

10      Q     And then it says at 15.72 percent?

11      A     Yes.

12      Q     What is T&E with fringes?

13      A     T&E refers to training and experience.

14   There is a matrix adopted by, I believe it's the

15   State Board, that speaks to how the State will fund

16   teaching positions as based on number of years of

17   service and the education credentials that they

18   possess.

19            So, in general, as a teacher becomes more

20   experienced and more educated, they are funded at a

21   higher rate.  It does not necessarily dictate that

22   what LEA or, in this case, fiscal agent allocates to

23   those individuals, but that's how the number for

24   teacher is identified.

25            And so this incorporates the actual



1    experience at each of those sites with a census of

2    the teachers, of number of years of service,

3    education degrees.  They submit that to the State,

4    and that's used to calculate the additional funding

5    beyond that base teacher that you see in the

6    previous column.

7              So that's the additional salary that's

8    going to be funded.  Again, not necessarily

9    distributed on an individual basis.

10             Fringes refer to the ancillary amounts

11   that you calculate for a salary payment, such as

12   FICA, Medicare, and other multipliers generally

13   related to one of the State's retirement systems.

14        Q    And when you say that the T&E is the

15   additional salary that's going to be funded but not

16   necessarily distributed on an individual basis, what

17   do you mean by not necessarily distributed on an

18   individual basis?

19        A    And this would be more applicable to my

20   knowledge on the K-12 system as opposed to GNETS,

21   but the State does not have a mechanism by which it

22   can dictate what employee of the local education

23   authority receives in terms of salary.  So the State

24   funds it.  It's up to the LEA to actually administer

25   and distribute their budget, subject to whatever

1    else is in statute.

2         Q    And you said your understanding of how

3    that works is based largely on your experience on

4    the LEA side?

5         A    Yes.  My guess is that the same metrics or

6    framework is being used in this formula for GNETS,

7    but I don't know it on the QBE side.

8         Q    What does the column that says SHBP mean?

9         A    This would be a calculation for the State

10   Health Benefit Plan, Employer's contribution and

11   it's paid or calculated on a per member, per month

12   amount.  There's some multiplier that's used to come

13   up with that $11,340 per individual who's enrolled

14   in the SHBP plan for the State.

15        Q    The parentheses that says PMPM, that's per

16   member --

17        A    Per member, per month.  It used to be

18   actuarially defined by the actual enrollment

19   choices.  The State at some point shifted to

20   calculating a flat rate that would be the mechanism

21   by which the employer share was calculated.

22        Q    There is a column here that says, "Less

23   Federal Funds."  Do you see that?

24        A    I do.

25        Q    Do you understand the amounts listed here



1  to be federal funding for each of the fiscal agents

2  with the GNETS programs?

3        A    I'm not sure what that refers to.

4        Q    Okay.  Are there federal funds assigned to

5  each GNETS fiscal agent?

6        A    I don't recall.

7        Q    So there's some additional tabs in this

8  spreadsheet, and I want to be sure that we're on the

9  same page about what each of them is.

10           The tab that we are looking at right now

11  is the GNETS formula tab, correct?

12        A    Yes.

13        Q    And the tab to the right of that says,

14  "T&E."  Is that correct?

15        A    Correct.

16        Q    Does this tab show where the number

17  appearing on the GNETS formula tab for T&E with

18  fringes comes from for each GNETS fiscal agent?

19        A    That's my assumption.

20        Q    To the right of the T&E tab is a tab

21  labeled "SHBP," correct?

22        A    Yes.

23        Q    And does this show where the amount

24  appearing in the SHBP column for each of the GNETS

25  fiscal agents on the GNETS formula tab comes from?



1          A      It appears to.

2          Q      And am I correct that number is based on

3    the number of employees at each GNETS program

4    enrolled in the State Health Benefit Plan, and that

5    cost per enrolled employee of $11,340?

6          A      That's my assumption.

7          Q      So here, presumably, and again using the

8    County as an example because it's the first one, it

9    says that there are 60 certificated employees

10   enrolled in SHBP, and then the SHBP cost is

11   identified as $680,400, which presumably is the

12   11,340 multiplied by 60 employees?

13         A      That would be my guess.

14         Q      The tab to the right of SHBP is Salary

15   Detail, correct?

16         A      Correct.

17         Q      What does this tab show?

18         A      This appears to show the components by

19   which the base salary or other salaries for specific

20   position types are funded by the State, along with

21   some linkage back to statute that establishes how

22   those are calculated.

23         Q      And if at any point you need to move the

24   screen to see more, you have control, so you can do

25   that.



1      A    Okay.

2      Q    The tab after Salary Detail is Salary

3  Matrix.  Correct.

4      A    Correct.

5      Q    What does this tab show?

6      A    So this would be that census I referred to

7  as the basis for the training and experience funding

8  assigned to these entities.

9          So it shows the matrix that I believe the

10  Board adopts that indicates years of experience,

11  going down in the column, in Column A, and then

12  various education credentials or professional

13  classifications going across the columns, in rows

14  13, 14, 15.

15      Q    Okay.  The next tab over from Salary

16  Matrix is CPI data.  What does the CPI Data tab

17  indicate?

18      A    This would be the actual number of

19  individuals at each of these sites placed and

20  categorized into one of those cells in the preceding

21  matrix.  So it shows the number of individuals with

22  their various levels of experience and professional

23  certifications.

24      Q    Okay.  And then the next tab is "Total

25  Salary By System."  What does that show?



1   A    I believe it's showing the results of
2   multiplying the information in the CPI data tab by
3   the salary amounts that are listed in that salary
4   matrix.
5        Q    And then there's a tab that's titled,
6   "Salary Matrix Transposed."  What does that mean?
7        A    I'm not certain.  My guess is that there
8   was some advantage to essentially flipping the
9   information on the preceding spreadsheet so that
10  columns become rows, rows become columns.  Most
11  likely for some sort of subsequent calculation that
12  occurs in the spreadsheet.
13       Q    And then the final tab after Salary Matrix
14  Transposed is Operations Funding Detail.
15            What does this tab show?
16       A    It appears to show the itemized components
17  that are used to arrive at that 10,500 multiplier
18  that you see on the summary formula sheet.
19       Q    Okay.  Just going back to the summary
20  sheet, that 10,500 multiplier is the second
21  operations column that indicates that that amount is
22  provided for every 50 students; is that correct?
23       A    That appears to be the case.
24       Q    Once allocations for each of the 24
25  regional GNETS programs are determined, how does the



1  money that is allocated actually reach those

2  programs?

3      A    We would establish the accounting

4  transactions necessary to reflect the appropriation

5  and the individual site level allocation in one of

6  our finance systems.

7          The dollars would be allocated to us as a

8  department as part of a larger transaction on -- I

9  think it was a monthly basis.  So the Department of

10 Education would receive funding from state treasurer

11 for essentially 1/12th of whatever that program's

12 allocation was.

13         Then we would receive that funding in our

14 bank, and then the system would reallocate that

15 based on a prorated version of this allocation to

16 the individual sites through an electronic transfer

17 of funds.

18     Q    So each GNETS program fiscal agent would

19 get an electronic transfer of funds from the Georgia

20 Department of Education each month for 1/12th of

21 whatever their allocation is?

22     A    That's my guess.  I'm not sure if that's

23 exactly the process, but that would be a typical

24 method of how that was allocated.

25     Q    Is it correct that there is a portion of



1  the money allocated to GNETS in the state

2  appropriations bill that is for expenses at the

3  Georgia Department of Education itself?

4       A    I think there was a small administrative

5  component.

6       Q    So, for example, the salary of GNETS

7  program staff?

8       A    Yes.

9       Q    What about contracts that GaDOE might

10 enter into related to the GNETS program?

11      A    I don't recall.

12      Q    I don't know if I --

13           MS. GARDNER:  So I would like to have the

14      court reporter to mark this document as

15      Plaintiff's Exhibit 886.

16           (WHEREUPON, Plaintiff's Exhibit-886 was

17       marked for identification.)

18 BY MS. GARDNER:

19      Q    You have been handed what's been marked as

20 Plaintiff's Exhibit 886.  This is an email from Jon

21 Cooper to you and Brian Hampton, dated December 2,

22 2015, with the subject "Forward:  Roles and

23 Responsibilities and Organization Chart."

24           And this email contains one attachment.

25           Do you recognize this?



1        A    Not specifically.

2        Q    Do you have any reason to doubt that you

3    received it?

4        A    I don't.

5        Q    In this email Jon Cooper asks:  "Are we

6    o.k. with the attached?"

7             Do you see that?

8        A    I do.

9        Q    And in the emails farther down in the

10   thread, am I correct that someone from The

11   Governor's Office of Planning and Budget had reached

12   out to Mr. Cooper to ask him to review the roles and

13   responsibilities language for GaDOE and notify that

14   office if there were any changes or updates that

15   needed to be made?

16       A    Yes.

17       Q    And this language outlining GaDOE's roles

18   and responsibilities appears in the Governor's

19   Budget Report; is that right?

20       A    Yes.

21       Q    We looked at that language in an example

22   of the Governor's report earlier?

23       A    Correct.

24       Q    And so am I correct in understanding here

25   Mr. Cooper is asking if you are okay with the



1  language provided by The Governor's Office of

2  Planning and Budget for the Georgia Department of

3  Education's roles and responsibilities?

4      A    That appears so.

5      Q    And that language is included as an

6  attachment to this email, correct?

7      A    Yes.

8           MS. GARDNER:  I'm going to ask the court

9      reporter to mark this document as Plaintiff's

10     Exhibit 887.

11          (WHEREUPON, Plaintiff's Exhibit-887 was

12      marked for identification.)

13          MS. GARDNER:  I think neglected to read

14      the Bates Stamp for Plaintiff's Exhibit 886,

15      and that is GA00277973.

16     A    Correct.

17     Q    So you have been handed what's been marked

18  as Plaintiff's Exhibit 887.  This is an email from

19  you to Jon Cooper and Brian Hampton, dated December

20  2, 2015, with the subject "Re:  Roles and

21  Responsibilities and Organizational Chart."  And

22  this document contains one attachment.

23          The Bates number of this document is

24  GA00277977.

25          Do you recognize this email that you



```
 1   drafted?

 2       A    Not specifically.

 3       Q    Do you have any reason to doubt that you

 4   sent this email?

 5       A    I don't.

 6       Q    And in your email you say:  "I've made a

 7   few adjustments - as discussed, please verify and

 8   update all the numeric data as needed.  After that

 9   I'm good with you sending back over."

10            Do you see that?

11       A    I do.

12       Q    And this is your response to the email

13   from Mr. Cooper that we just reviewed in Plaintiff's

14   Exhibit 886?

15       A    It appears so.

16       Q    Is it your understanding that the

17   attachment to this email reflects the few

18   adjustments that you say you've made in your email

19   to Mr. Cooper?

20       A    It appears to be so.

21       Q    So turning to the attachment, which has a

22   beginning Bates number of GA00277979, does the

23   highlighting in this attachment reflect those places

24   where you made adjustments to the language?

25       A    That's my assumption.
```



1      Q    So apart from the numeric data that you

2    asked Mr. Cooper to update as needed, these

3    highlighted areas reflect all of the edits you had

4    to the proposed language?

5      A    That's my guess.

6          MS. GARDNER:  I'd like to ask the court

7      reporter to mark this document as Plaintiff's

8      Exhibit 888.

9          (WHEREUPON, Plaintiff's Exhibit-888 was

10      marked for identification.)

11   BY MS. GARDNER:

12     Q    You have been handed what's been marked as

13   Plaintiff's Exhibit 888.

14          This is an email from Jon Cooper to Kerri

15   Wilson, with copies to you and Brian Hampton, dated

16   December 2, 2015, with the subject "Re:  Roles and

17   Responsibilities and Organization Chart."  The email

18   includes one attachment.

19          And this document is Bates-stamped

20   GA00277981.

21          This is an email that you received from

22   Mr. Cooper; is that correct?

23     A    That's my assumption.

24     Q    Do you have any reason to doubt that you

25   received this email from Mr. Cooper?



1       A    I don't.

2       Q    In the email Mr. Cooper writes:  "Kerri,

3   attached are the updated Roles and

4   Responsibilities."

5            Do you see that?

6       A    I do.

7       Q    And Ms. Wilson is the person from The

8   Governor's Office of Planning and Budget who

9   initially asked Mr. Cooper to review the roles and

10  responsibilities language for GaDOE, correct?

11      A    Correct.

12      Q    Turning to the attachment, which has a

13  beginning Bates number of GA00277983, am I correct

14  that this is the updated roles and responsibilities

15  language submitted to the Governor's Office of

16  Planning and Budget by Mr. Cooper?

17      A    It appears to be.

18      Q    And this language includes the shaded

19  areas reflecting your edits to the original language

20  sent by OPB, correct?

21      A    Yes.

22           MS. GARDNER:  I'd like to ask the court

23      reporter to mark this document as Plaintiff's

24      Exhibit 889.

25           (WHEREUPON, Plaintiff's Exhibit-889 was



 1          marked for identification.)

 2    BY MS. GARDNER:

 3          Q    You've been handed what's been marked as

 4    Plaintiff's Exhibit 889.  This is an email from Matt

 5    Jones to you, dated April 15, 2020, with the subject

 6    "Updates:  GNETS Federal Grant Carryover Cap

 7    Listed."

 8               The document is Bates-stamped GA00296106.

 9               Is this an email that you received from

10    Matt Jones?

11          A    It appears to be.

12          Q    Do you have any reason to doubt that this

13    is not an email that you received from Matt Jones?

14          A    The date -- I don't know that I was

15    actually at DOE at this point.

16          Q    You said you left DOE in 2020?

17          A    Uh-hum.  (Affirmative.)

18          Q    And what month do you recall leaving DOE?

19          A    January.

20          Q    Okay.  Recognizing that you may not have

21    been at GaDOE at the time that this email was sent

22    to you, am I correct that in this email Mr. Jones

23    says that:  "The Georgia Department of Education is

24    suspending the carryover limit for the GNETS federal

25    grant for this year.  GaDOE will allow 100% for the



1  FY20 GNETS federal grant"?

2      A    That appears to.

3      Q    What is a carryover limit, generally?

4      A    In general, a lot of the federal grants

5  have restrictions placed upon them that limit the

6  amount of funding that could be carried over from a

7  previous fiscal -- probably federal fiscal period to

8  another federal fiscal period.  That the expectation

9  would be that funding was expended in the year in

10  which it was awarded otherwise.

11      Q    What was the carryover limit for the GNETS

12  federal grant for years prior to FY20?

13      A    I don't know.

14      Q    What process did GaDOE have to take to

15  suspend the carryover limit for the GNETS federal

16  grant?

17      A    I'm not sure.

18          MR. PICO PRATS:  Objection to form.

19      Q    Who made the decision to suspend the

20  carryover limit?

21          MR. PICO PRATS:  Objection to form.

22      A    I'm not sure.

23      Q    I take it you were not involved in that

24  decision?

25      A    I was not.



1      Q    We touched on this a bit before, but I

2   want to ask again, what role does the State Board of

3   Education play relative to GaDOE's budget?

4      A    That it's advisory in nature, and they, in

5   my mind, were receivers of information as opposed to

6   influencing directly or advocating for specific

7   funding requests.

8      Q    Does the State Board of Education have to

9   approve -- so to be clear, I'm talking about a world

10  kind of post a final appropriations bill, where the

11  budget for the Georgia Department of Education has

12  been set.  Does the State Board of Education have to

13  approve specific uses of funds for particular

14  projects or contracts or other matters that sort of

15  have to do with the day-to-day operations of the

16  Georgia Department of Education?

17     A    I'm not sure what the legal requirements

18  or bylaws stated, but we did present the

19  appropriations to them for adoption as a regular

20  course of business prior to the start of the fiscal

21  year.

22     Q    You referenced earlier something that I

23  believe you referred to as a State Board item.  Do

24  you remember that?

25     A    I believe so.



1      Q    What is a State Board item?

2      A    It would be something that is considered

3  by the State Board and approved or adopted by a

4  recorded vote.

5      Q    Are there State Board items that seek

6  approval to spend GaDOE's money in particular ways?

7      A    Yes.

8      Q    Is there any sort of rule or policy as to

9  when there needs to be a State Board item in order

10  to spend money and when no such approval is

11  required?

12      A    There may be, but I'm not familiar with

13  them.

14      Q    Did you have any particular practice as to

15  when State Board items would be submitted and when

16  they would not need to be submitted?

17      A    As it applied to the budget, we would

18  typically present the Department's request for

19  approval, and we would, as I mentioned, present the

20  final appropriation acts, allocations for approval,

21  and then there were throughout the year board items

22  related to the receipt of federal funds, which they

23  would approve as well.

24      Q    Are there particular members of the state

25  Board of Education who are specifically involved in



1  budget issues?

2       A    We had a finance -- or maybe Business and

3  Finance Subcommittee.  But, yes, they were -- some

4  subset of them would focus on that as a course of

5  business.

6       Q    And how many State Board of Education

7  members were on that finance or budget subcommittee

8  that you're referring to when you were serving as

9  CFO?

10      A    I think four.

11      Q    Who were those members?

12      A    It changed over time.  Larry Winter was

13  one, Mike Royal was another, and Barbara Hampton.

14  And those are at least three that I worked with most

15  closely.

16      Q    How frequently did you interact with the

17  members of that State Board of Education budget or

18  Finance Committee?

19      A    Typically once a month for board meetings.

20      Q    When you say once a month for board

21  meetings, those are meetings of the entire State

22  Board of Education?

23      A    Correct.

24      Q    Did you ever participate in any Budget or

25  Finance Subcommittee meetings of the State Board of



1  Education?

2          A    Yes.

3          Q    And what kinds of meetings did you

4  participate in that respect?

5          A    The general cadence would be that the

6  Board would meet in committees on an assigned day,

7  hear items and give their initial recommendations

8  for the larger Board to consider, and then the

9  subsequent day would be the big Board meeting where

10  those actions were evaluated and the Board as a

11  whole would conduct its business.

12          Q    So you, during your time as CFO,

13  participated to some extent in both of those kinds

14  of meetings?

15          A    Yes.

16          Q    What was your role to the extent you

17  participated in any subcommittee meetings?

18          A    I would typically facilitate the

19  proceedings.  I would have an agenda.  Various

20  members of the department would present their items

21  to the Board for consideration.  We would answer

22  questions as they came up and make recommendations

23  to that group as to their actions.

24          Q    Then in terms of your participation in the

25  meeting of the State Board of Education as a whole,



1   what role did you play?

2       A    Typically it was just an audience member.

3   I didn't have an actual role other than to be there

4   to answer questions or to present if called upon.

5       Q    So it sounds like most of the presentation

6   would occur in subcommittee meetings?

7       A    Yes.

8       Q    And during those presentations at

9   subcommittee meetings, I assume subcommittee members

10  had the opportunity to ask questions about the Board

11  items that were being presented?

12      A    Yes.

13      Q    Were there ever occasions where

14  subcommittee members asked questions that required

15  GaDOE to take them back to sort of do additional

16  legwork and bring that information back to the

17  subcommittee or to the Board at a later time?

18      A    Yes.

19          MS. GARDNER:  I'd like to ask the court

20      reporter to mark this document as Plaintiff's

21      Exhibit 890.

22          (WHEREUPON, Plaintiff's Exhibit-890 was

23       marked for identification.)

24  BY MS. GARDNER:

25      Q    You've been handed what's been marked as



1    Plaintiff's Exhibit 890.  This is an email from you

2    to Matt Jones and others, dated May 15, 2019, with

3    the subject line "Budget meetings with SBOE: May 20

4    and 21."

5              The Bates number on this document is

6    GA00009066.

7              Do recognize this email?

8        A    Not specifically.

9        Q    Do you have any reason to doubt that you

10   sent this email?

11       A    I do not.

12       Q    Are the recipients on this email part of

13   any particular group within GaDOE?

14       A    This would have been multiple divisions

15   and departments.

16       Q    Okay.  In this email you write:  "Larry

17   Winter and Mike Royal will be meeting with me on May

18   20 and 21 to do our traditional review of the

19   Department's upcoming fiscal year budget.  As part

20   of this, many of you know they liked meet one-on-one

21   with various program staff to discuss operations,

22   future budget needs, and other issues.  As such,

23   this is the list of invitees for next week."

24              Do you see that?

25       A    I do.



1      Q    And then there's a list of various

2    invitees, and on that list GNETS is included,

3    correct?

4      A    Correct.

5      Q    What is the traditional review of the

6    Department's upcoming fiscal year budget that you

7    reference in this email?

8      A    During my tenure members of the Budget and

9    Finance Committee would like to come in in limited

10   number to hear various department directors and

11   administrators speak to what was going on in their

12   area and talk about anything related to either

13   finance or operations that seemed germane.

14         That's part of just I think of being

15   informed on the manner on which the Department was

16   operating and whether or not there were needs or

17   other things that they could help advocate for.

18     Q    Did this review typically occur in the May

19   time frame each year?

20     A    That sounds right.

21     Q    And so how, if at all, does the review for

22   an upcoming fiscal year budget dovetail with the

23   State appropriations bill and the timeline in which

24   that's finalized?

25     A    This would have been in advance of



1    probably receiving the Governor's budget

2    instructions, but we would be in some sort of

3    preliminary phase of getting information and things

4    together to facilitate the budget development

5    process when it began in earnest a little bit later

6    in the summer.

7         Q    So for this particular email that you're

8    writing, these would be meetings that are happening

9    in May, in advance of collecting information and

10   submitting a request in accordance with the

11   Governor's instructions some time in the fall?

12        A    Correct.

13        Q    So that would be basically for FY20?

14        A    Yes.

15        Q    How were the program staff with whom the

16   Budget and Finance Committee, you know, were

17   interested in meeting identified?

18        A    They would provide that information to me

19   as we began preplanning for the meetings.  They

20   would suggest or tell me these are the individuals

21   that we'd like to hear from or the program areas

22   that we'd like to go over.

23        Q    Okay.  Who on the GNETS program staff

24   typically participated in the one-on-one meetings

25   that you reference in your email?



1        A    I believe it was Zelphine Smith-Dixon,

2    maybe Vickie Cleveland, I recognize that name, but I

3    honestly don't recall.

4        Q    Did Nakeba Rahming every participate in

5    any of those one-on-one meeting?

6        A    The name sounds familiar but I don't

7    recall specifically.

8        Q    You go on to discuss what people need to

9    do to prepare for these one-on-ones, and you say:

10   "My team will prepare our normal budget projection

11   templates to show what the FY20 program allocations

12   will look like, along with our usual backup data."

13           Do you see that?

14       A    I do.

15       Q    What is your usual backup data?

16       A    I don't recall specifically, but what we

17   would have depicted for the purposes of the

18   discussion is an anticipated spending plan based on

19   current operations for the subsequent fiscal year.

20           MS. GARDNER:  I'd like to ask the court

21       reporter to mark this document as Plaintiff's

22       Exhibit 891.

23           (WHEREUPON, Plaintiff's Exhibit-891 was

24        marked for identification.)

25



1    BY MS. GARDNER:

2        Q    You've been handed what's been marked as

3    Plaintiff's Exhibit 891.  This is an email from you

4    to Vickie Cleveland and others, dated May 17, 2019,

5    with the subject "Budget meetings with SBOE 5/21."

6             The document's Bates number is GA00293101.

7             Do you recognize this?

8        A    Not specifically.

9        Q    Do you have any reason to doubt that you

10   sent this email?

11       A    I don't.

12       Q    In this email you circulate the schedule

13   for some of the budget meetings set for May 21st,

14   2019, that you referenced in the previous email that

15   we reviewed, correct?

16       A    That appears so.

17       Q    And these were the meetings conducted as

18   part of the annual budget review?

19       A    It appears to be.

20       Q    GNETS is on this schedule, correct?

21       A    Correct.

22            MS. GARDNER:  I'd like to ask the court

23       reporter to mark this document as Plaintiff's

24       Exhibit 892.

25            (WHEREUPON, Plaintiff's Exhibit-892 was



1        marked for identification.)

2   BY MS. GARDNER:

3        Q     You have been handed Plaintiff's Exhibit

4   892.  This is an email from you to Matt Jones, dated

5   May 21st, 2019, with the subject "Recap."

6             The document is Bates-stamped GA00293151.

7             Do you recognize this email?

8        A     Not specifically.

9        Q     Do you have any reason to doubt that you

10  sent this email?

11       A     No.

12       Q     In this email you say:  "Thought things

13  went just fine - no real hiccups or stopping points.

14  As I mentioned, GNETS probably got the most

15  questions but not in an antagonistic manner.  More

16  at just understanding what the state actually funds

17  and how the various GNETS sites operate.  They want

18  to follow back up with Vickie on June 11 to get some

19  more information on a few financial things that we

20  said we would pull together in the meantime."

21             Do you see that?

22       A     I do.

23       Q     Is this a recap of the one-on-one budget

24  meetings with the State Board of Education that were

25  scheduled for me 21st, 2019?



1        A    It appears to be.

2        Q    In this email you go on to identify the

3   questions on the Budget Committee's follow-up list,

4   correct?

5        A    It appears so.

6        Q    And one of those questions, and this is in

7   the third bullet down, is:  "Are enough therapeutic

8   services being offered to GNETS students at all

9   sites?"  Correct?

10       A    I see that.

11       Q    What prompted that question from the

12  Budget Committee?

13       A    I don't recall.

14       Q    What was the process after the Budget

15  Committee meeting for getting an answer to that

16  question?

17       A    My assumption would be that we would have

18  relied on, it looks like, Vickie to provide some

19  sort of answer to these, and we would assist to

20  translate where needed if it was specific to finance

21  or some data that we had.  But otherwise, if it's

22  programmatic in nature, we would almost invariable

23  be relying on the program managers.

24       Q    Did you eventually provide the Budget

25  Committee with an answer to this question?



1      A    I assume so.

2      Q    What was that answer?

3      A    I don't recall.

4      Q    The question just beneath that, that's

5  also on the follow-up list, is:  "What amounts (if

6  any) are local districts paying into their

7  respective GNETS sites?  What is each site's 'total'

8  budget?"

9          Correct?

10     A    I see that.

11     Q    Would the process for getting the answer

12  to this question the same as the process of getting

13  the answer to the question just before that?

14     A    We may have had more of a direct hand in

15  that one if it had something to do with

16  understanding how finances flow, but we would have

17  probably verified that or received that information

18  from program staff.

19     Q    Did you eventually provide the budget

20  committee with an answer to this question?

21     A    I assume so.

22     Q    And what was that answer?

23     A    I don't recall.

24     Q    The next question on the follow-up says:

25  "Which RESAs are just fiscal agents for the GNETS



1   site, and which are actually operating the site?"
2   Correct?
3        A    Correct.
4        Q    What did you understand to be the meaning
5   of this question?
6        A    I don't recall specifically, but it
7   appears the Board wanted to understand the
8   delineation between RESAs who had an actual
9   programmatic responsibility and which were acting in
10  a capacity where they were just helping receive and
11  allocate funding.
12       Q    And when you say RESAs who had an actual
13  programmatic responsibility, that would be aligned
14  with the RESAs that they reference here as actually
15  operating a site?
16       A    I believe so.
17       Q    Did you eventually provide the Budget
18  Committee with an answer to this question?
19       A    I assume so.
20       Q    And what was that answer?
21       A    I don't recall.
22       Q    What typically happens after the State
23  Board of Education Budget and Finance Committee
24  conducts its traditional review of GaDOE's upcoming
25  fiscal year budget?



 1        A    There's an exchange of information.  If

 2   they had questions, we looked to follow up and

 3   provide those answers to them.  And that would be

 4   it.

 5        Q    And when you say that would be it, that

 6   would be it until GaDOE developed some sort of

 7   budget request that was then provided to the State

 8   Board of Education in the fall?

 9        A    Yes.

10             MS. GARDNER:  I'm going to transition into

11        a new sort of line of questions.  I wasn't sure

12        if you ordered lunch yet.

13             MR. PICO PRATS:  I was waiting for you.

14             MS. GARDNER:  Maybe we could take a break

15        and take care of that.

16             Do you have preference as to timing for

17        lunch?  Do you want to try for 1:00?

18             MR. PICO PRATS:  How long do you need?

19             MS. GARDNER:  Earlier than that?

20             THE WITNESS:  Up to you guys.

21             MR. PICO PRATS:  Maybe earlier.  If you

22        need an hour, we can take an hour.

23             MS. GARDNER:  No.  I need to break.

24             THE VIDEOGRAPHER:  The time is 11:53 a.m.

25        and we're off the record.



1              (A recess was taken.)

2              THE VIDEOGRAPHER:  The time is 12:05 p.m.

3      and we are back on the record.

4              MS. GARDNER:  I'm going to ask the court

5      reporter to mark this document as Plaintiff's

6      Exhibit 893.

7              (WHEREUPON, Plaintiff's Exhibit-893 was

8       marked for identification.)

9  BY MS. GARDNER:

10     Q    Mr. Beck, you have been handed what's been

11 marked as Plaintiff's Exhibit 893.  This is an email

12 from Geronald Bell to you, dated January 12, 2018,

13 with the subject line:  "GNETS Program Change

14 Summary," and one attachment that is an Excel file,

15 with the file name "GNETS Summary for Ted."

16         Do you recognize this email?

17     A    Not specifically.

18     Q    Do you have any reason to doubt that you

19 received this email from Mr. Bell?

20     A    I don't.

21     Q    Who is Geronald Bell?

22     A    Geronald was one of the staff members for

23 the budget team and essentially became like the

24 deputy director.

25     Q    Did Mr. Bell have specific



 1  responsibilities relating to budget items for GNETS

 2  program?

 3      A    Not to GNETS specifically, but he did a

 4  good bit of our spreadsheeting work related to

 5  formulas and similar assignments.

 6      Q    In this email Mr. Bell says:  "Please see

 7  attached.  Let me know if you have any questions or

 8  need anything else."

 9          Do see that?

10      A    I do.

11      Q    Did Mr. Bell provide the information in

12  the attachment at your request?

13      A    I don't recall.

14      Q    Was the information compiled specifically

15  for you?

16      A    I don't recall.

17      Q    But you do see that the file name of the

18  attachment is "GNETS Summary for Ted"?

19      A    I do.

20      Q    Does that give you any indication as to

21  whether that was prepared for you?

22      A    It appears so.

23      Q    Okay.  I want to show you one more

24  document.

25          MS. GARDNER:  Which I'd like to have



1        marked as Plaintiff's Exhibit 894.

2              (WHEREUPON, Plaintiff's Exhibit-894 was

3         marked for identification.)

4    BY MS. GARDNER:

5         Q    Plaintiff's Exhibit 894 is also an email

6    from Geronald Bell to you, and it is dated January

7    12, 2018, with the subject:  "GNETS Program Change

8    Summary.

9              It contains an attachment, the file name

10   of which is "GNET Summary for Ted."

11             The Bates-stamp on this time is

12   GA00285718.

13             Do you recognize this email?

14        A    Not specifically.

15        Q    Do you have any reason to doubt that Mr.

16   Bell sent you this email?

17        A    I don't.

18             MS. GARDNER:  I'm sorry.  I need to

19        correct the Bates-stamp on this Plaintiff's

20        Exhibit 894.  It's actually GA00285720.

21   BY MS. GARDNER:

22        Q    In this email Mr. Bell says:  "Correction.

23   Please use the attached version."  Correct?

24        A    I see that.

25        Q    Do you agree that this is responsive to



1  the same issue that we discussed in connection with

2  the last email in Plaintiff's Exhibit 893?

3      A    Yes.

4      Q    So this is the correct version of the data

5  that Mr. Bell was providing you?

6      A    It appears so.

7      Q    I'd like to show the spreadsheet

8  attachment to this email electronically.

9           Can you see that document on the screen?

10     A    I can.

11     Q    This is the attachment to Plaintiff's

12  Exhibit 894, was produced natively and has a Bates

13  No. GA00285721.

14          What does this spreadsheet show?

15     A    It appears to show the differences between

16  the FY2018 and FY2019 allocations for the GNETS

17  program.

18     Q    And so in this spreadsheet, on the first

19  line it shows the difference in student enrollment

20  for the GNETS program between FY2018 and FY2019?

21     A    It appears so.

22     Q    And that showed a decrease of

23  approximately 205 students?

24     A    I see the same.

25     Q    Are you familiar with the GNETS student



1   count used for formula purposes being a rolling

2   average?

3           A    I don't specifically recall.

4           Q    So you don't know specifically kind of how

5   the mechanics of the GNETS student count worked?

6           A    I don't.

7           Q    This spreadsheet also shows the associated

8   change in funding tied to student enrollment,

9   correct?

10          A    Yes.

11          Q    And then beneath that it shows changing in

12  funding for T&E across the two fiscal years?

13          A    It appears to.

14          Q    What is the line item for Behavioral and

15  Therapeutic Services Contracts?

16          A    I'm not sure.

17          Q    This shows that in FY2018 there was an

18  allocation of 1.2 million, and that does not appear

19  in FY2019?

20          A    That appears to be so.

21          Q    Move over to the Detail Summary tab for

22  this spreadsheet.

23               What is meant by the column "Earnings"?

24          A    It appears to be the net result of each

25  site's formula-based allocation.



1    Q    Given the number of students that's

2    identified for that particular program?

3    A    That would be my guess.

4    Q    Am I correct that in some cases in this

5    spreadsheet the student count at regional GNETS

6    program stayed relatively constant but the

7    associated program experienced a decrease in

8    funding?

9         MR. PICO PRATS:  Objection to form.

10   A    There appears to be examples of several

11   different outcomes.

12   Q    So looking at the entry for Central

13   Savannah River RESA, do you see that?

14   A    I do.

15   Q    Would you agree that the GNETS program's

16   fiscal agent in Central Savannah River RESA served

17   essentially the same number of students in FY2018

18   and FY2019?

19   A    Yes.

20   Q    But that program experienced a loss of

21   earnings, correct?

22   A    It appears so.

23   Q    How is it that student enrollment could

24   technically increase but the program suffer a loss

25   in earnings?



1        A    I don't know without seeing the detail

2   behind the formula calculations.

3        Q    And looking at the entry for Bibb County,

4   am I correct that the GNETS program, whose fiscal

5   agent is Bibb County, served about 14 fewer students

6   in FY2019 than in FY2018, but experienced an

7   increase in earnings of more than $161,000?

8        A    It appears to have.

9        Q    And you can't explain the difference for

10  that without the backup for the formula to tell?

11       A    I would be speculating otherwise.

12            MS. GARDNER:  I'll ask the court reporter

13       to mark this document as Plaintiff's Exhibit

14       895.

15            (WHEREUPON, Plaintiff's Exhibit-895 was

16        marked for identification.)

17  BY MS. GARDNER:

18       Q    You have been handed Plaintiff's Exhibit

19  895.  This is an email from you to Richard Woods,

20  dated August 7, 2018, with the subject line:

21  "Forward:  GNETS funding."

22            The document is Bates-stamped GA00289072.

23            Do you recognize this email?

24       A    Not specifically.

25       Q    Do you have any reason to doubt that you



1   sent this email?

2        A    No.

3        Q    In your email you say:  "fyi" and forward

4   to Mr. Woods an email that you sent to Teresa

5   MacCartney and Kerri Wilson the same day, correct?

6        A    Yes.

7        Q    Am I correct in understanding that

8   MacCartney had reached out to you after being

9   contacted by a Georgia State representative who was

10  attempting to assist the fiscal agent for the

11  regional GNETS program in his area with an issue

12  related to GNETS funding?

13       A    That appears to be so.

14       Q    What was the issue related to GNETS

15  funding that arose?

16       A    It appears to be related to the entity to

17  whom DOE was allocating site -- GNETS site funding

18  for this specific entity.

19            So I think I would characterize it as

20  changing the name of the individual or the entity

21  receiving the funds in our system.

22       Q    You eventually wrote back to MacCartney

23  and said:  "We are amending the GNETS allocation

24  sheets for FY19 in this month's Board meeting and

25  will be reassigning the fiscal agent for this GNETS



1  facility from Lowndes County to Coastal Plains RESA.

2  No allotments have fond out yet for GNETS, so it

3  will be a clean transfer of funding - easy fix."

4          Do you see that?

5      A    I do.

6      Q    So your understanding of the fix here was

7  simply a transfer of the name of the fiscal agent

8  for this particular GNETS program?

9      A    That appears to be so.

10     Q    Did you ever receive other inquiries like

11  this from regional GNETS programs or fiscal agents

12  raising concerns about sort of the complication of

13  GNETS funding when there were changes in fiscal

14  agents for GNETS programs?

15     A    I can't recall another example.

16          MS. GARDNER:  I'd like to ask the court

17      reporter to mark this document as Plaintiff's

18      Exhibit 896.

19          (WHEREUPON, Plaintiff's Exhibit-896 was

20       marked for identification.)

21  BY MS. GARDNER:

22     Q    You've been handed Plaintiff's Exhibit

23  896.  This is an email from you to Vickie Cleveland

24  with a copy to Zelphine Smith-Dixon, dated February

25  19, 2019, with the subject "Forward: GNETS program



1   Reconfiguration and budget Allocation Request for

2   FY2020."

3           The email contains one attachment, and is

4   Bates-stamped GA00094863.

5           Do recognize this email?

6       A   I don't.

7       Q   Do you have any reason to doubt that you

8   sent this email?

9       A   I don't.

10      Q   In your email you say:  "Can you help me

11  respond to Dr. Williams?  I'm not clear what she's

12  asking."

13          Is that correct?

14      A   Yes.

15      Q   And who is Dr. Williams?

16      A   It appears to be the superintendent for

17  Thomas County schools.

18      Q   Am I correct that prior to your email to

19  Vickie Cleveland and Zelphine Smith-Dixon that Dr.

20  Williams had sent an email to you and Kelly Farr,

21  saying:  "I wanted to check back in to make sure our

22  request of GNETS rolling average formula be adjusted

23  to reflect students actually being served in each

24  program, Pathways GNETS, Oak Tree GNETS, and

25  Horizons GNETS, to remove the need to negotiate



1   revenue sharing agreements among Thomas County

2   School System, the Dougherty County School System,

3   and Coastal Plains RESA.  Please confirm if my

4   request has been granted."

5            Have I read that correctly?

6       A    Yes.

7       Q    Is Kelly Farr someone in the Governor's

8   Office of Planning and Budget?

9       A    Yes.  He is the director of the office.

10      Q    Dr. Williams' message to you and Kelly

11  Farr includes a forwarded email and an attachment,

12  correct?

13      A    It does.

14      Q    And the attachment is a letter that Dr.

15  Williams sent on January 2nd, 2019, to several

16  individuals whom she collectively refers to as state

17  leaders in her salutation; is that right?

18      A    Yes.

19      Q    Who are those state leaders to whom the

20  letter was originally directed?

21      A    It appears to be the State Superintendent

22  Richard Woods; Ms. Cleveland, the GNETS program

23  manager; Mr. Jon Cooper, the budget director at

24  GaDOE; and Ms. Teresa MacCartney, who was the

25  director of OPB at the time of the letter.



1            MS. GARDNER:  Just for the record, that

2        letter attachment has a beginning Bates number

3        of GA00094865.

4        Q     Looking at the bottom of Page 2 of that

5    letter, do you see the section captioned "Requested

6    changes"?

7        A     I do.

8        Q     And am I correct Dr. Williams writes:

9    "The GNETS program is funded through a rather

10    complex rolling average formula that would take

11    years to accurately reflect changes in service

12    areas.  The rolling average formula does not

13    contemplate changes in service areas.  As funding

14    allocations for GNETS programs are made for Fiscal

15    Year 2020, I request the formula be adjusted to

16    reflect students actually being served to remove the

17    need to negotiate revenue sharing agreements among

18    the three programs."

19        A     I see that.

20        Q     Had you reviewed the contents of this

21    letter at the time you reached out to Vickie

22    Cleveland and Zelphine Smith-Dixon to ask them to

23    help you respond to Dr. Williams?

24        A     I don't recall.

25        Q     Did you eventually receive clarification



1  from either of them as to what Dr. Williams was

2  asking?

3        A    I'm not sure.

4        Q    Sitting here today, do you understanded

5  what Dr. Williams was asking?

6        A    It appears to be a request to recognize

7  point in time student populations as opposed to a

8  rolling average, which may not account for a sudden

9  shift in the service area or the number of students

10 receiving services.

11       Q    And in your understanding in this

12 particular case, do you understand that Dr. Williams

13 was concerned about that particularly because there

14 had been a shift in service areas affecting the

15 GNETS programs that she identifies in her email to

16 you and Kelly Farr?

17            MR. PICO PRATS:  Object --

18       A    That's my --

19            MR. PICO PRATS:  Object to form.

20       A    Yes.

21            MS. GARDNER:  I'm going to ask the court

22       reporter to mark this document as Plaintiff's

23       Exhibit 897.

24            (WHEREUPON, Plaintiff's Exhibit-897 was

25       marked for identification.)



1   BY MS. GARDNER:

2       Q    You've been handed Plaintiff's Exhibit

3   897, which is an email from you to Kelly Farr, dated

4   February 20, 2019, with the subject "RE: GNETS

5   Program Reconfiguration and Budget Allocation

6   Request for FY 2020."

7           This document is Bates-stamped GA00291183.

8           Do you recognize this email?

9       A    Not specifically.

10      Q    Do you have any reason to doubt that you

11  sent this email?

12      A    No.

13      Q    This email is related to the issue raised

14  in the email thread that we just reviewed in

15  Plaintiff's Exhibit 896, correct?

16      A    Correct.

17      Q    And here you tell Kelly Farr that you

18  talked to Dr. Williams a couple of times now and,

19  quote, "we're reviewing everything now to make sure

20  it's all squared away."

21          Is that right?

22      A    Yes.

23      Q    What was the nature of the conversations

24  you had with Dr. Williams about this funding issue?

25      A    I don't recall.



1      Q    What were you reviewing to make sure that

2   everything was all squared away?

3      A    My guess would have been her source

4   materials related to the issue that she raised and

5   data that we had on hand.

6      Q    Was the GNETS rolling average formula

7   adjusted, as Dr. Williams requested in her February

8   19, 2019 email?

9      A    I don't remember.

10     Q    As CFO, did you have any involvement in

11  funding matters related to GNETS facilities?

12     A    Not directly.

13     Q    Did you have any indirect involvement?

14     A    There was an allocation made in -- I don't

15  recall which budget, related to physical site

16  improvements, and from my recollection my team

17  worked with the sites -- and I think we had a

18  consultant as well that went out and evaluated them

19  for potential improvements or other maintenance and

20  developed a document that recommended essentially a

21  triaged approach to addressing sites with the most

22  needs as quickly as possible and outlining that to

23  the folks that had made the funding, and then

24  working with the individual RESA sites to get the

25  actual construction projects in progress and



 1 | providing the reimbursement funding for them.

 2 |     Q    When you say that there was a document

 3 | developed that recommended a triaged approach, what

 4 | do you mean by triaged approach?

 5 |     A    That it would have identified sites with

 6 | the most need or the most pressing types of repairs.

 7 |     Q    What was done with the information sort of

 8 | identifying in order of severity kind of GNETS

 9 | facilities with facility needs?

10 |     A    I don't recall specifically.  I think it

11 | went back to -- if it was a State managed project,

12 | the Georgia State Financing Investment Committee, or

13 | commission, who would have been potentially the

14 | program or project manager to go out and help

15 | acquire the contractors, whoever else may have been

16 | working on the actual improvements and performing

17 | the actual site modifications.

18 |     Q    What's the Georgia state financing

19 | improvement commission?

20 |     A    It's an investment commission.  It's the

21 | State's capital projects manager, and not every

22 | capital project goes through this process.  I don't

23 | remember what differentiates between the two or if

24 | it's an option, but they have a construction

25 | division that specifically helps manage and



1   administer capital projects on behalf of the State

2   and essentially serves as the State agency's

3   liaison.  Whereas if they don't have that expertise

4   on staff, they're managing it for them.

5          MS. GARDNER:  I'd like to ask the court

6       reporter to mark this document as Plaintiff's

7       Exhibit 898.

8          (WHEREUPON, Plaintiff's Exhibit-898 was

9       marked for identification.)

10  BY MS. GARDNER:

11      Q    You've been handed Plaintiff's Exhibit

12  898.  This is an email from you to Michael Rowland,

13  dated December 1, 2015, with the subject "RE: GNETS

14  Update."

15          The document is Bates-stamped GA00277967.

16          Do you recognize this?

17      A    Not specifically.

18      Q    Do you have any reason to doubt that you

19  sent this email?

20      A    No.

21      Q    Who is Michael Rowland?

22      A    Mike was the director of the Facilities

23  Team at the start of my tenure.

24      Q    And starting with the earliest email in

25  this thread, which Mr. Rowland sent to you on



1  December 1st, 2015, with copies to Clara Keith,

2  Deborah Gay, Emily Jones, Gregory Snapp, and John

3  Jefferson, correct that in that email Mr. Rowland

4  says:  "Ted, I wanted to give you a quick update on

5  the planning we have done for GNETS facilities.  I

6  have attached the meeting minutes from our meeting

7  with John Jefferson at GSFIC, along with the

8  facility condition assessment checklist we adopted

9  from another system."

10            Do you see that?

11      A    I do.

12      Q    And he goes on to explain more about sort

13  of the process of this facility assessment and where

14  the team is in that process, correct?

15      A    That appears to be so.

16      Q    You then respond to Mr. Rowland and say:

17  "You read my mind - was going to email you this

18  morning to see if we had an update that I can

19  include in our presentation to the Governor next

20  week."

21            Do you see that?

22      A    I do.

23      Q    You reference "our presentation to the

24  Governor next week."  Who is "our"?

25      A    Most likely would have been myself, Matt



1   Jones, and the superintendent presenting to the

2   Governor and other OPB staff in regards to the

3   budget request.

4        Q    And would you have been presenting on

5   behalf of GaDOE?

6        A    I would have been one of the presenters,

7   yes.

8        Q    And so then that was a form of

9   presentation that you would have made on a periodic

10  basis, sort of as each budget cycle approached?

11       A    Yes.  Typically, each -- I say each.  A

12  lot of the agency heads would have been invited to

13  come have a presentation or a conversation with the

14  Governor in regards to their budget request some

15  time around that time of the calendar.

16       Q    And you said that that presentation

17  typically included you, Matt Jones, and the

18  superintendent?

19       A    Yes, for some years.  And then in some

20  years it was just Matt and the superintendent.

21       Q    When you were present for those

22  presentations, did you present portions of the

23  presentation?

24       A    Probably.

25       Q    When you say probably, do you recall,



1    sitting here today?

2         A    I can think of at least a couple of times

3    when I did and other instances I was just in the

4    room answering questions.

5         Q    Okay.  And when you say that these

6    presentations were to the Governor, does that

7    literally mean to the Governor, or does that mean to

8    the Governor's staff?

9         A    Mostly -- it would have been the Governor

10   and Governor staff and OPB staff.

11             MS. GARDNER:  I would like to ask the

12        court reporter to mark this document as

13        Plaintiff's Exhibit 899.

14             (WHEREUPON, Plaintiff's Exhibit-899 was

15         marked for identification.)

16   BY MS. GARDNER:

17        Q    You have been handed Plaintiff's Exhibit

18   899.  This is an email from Michael Rowland to you

19   with a copy to Nakeba Rahming, dated May 31st, 2016,

20   with the subject "GNETS Update."  And it includes

21   two attachments.

22             The Bates-stamp on this document is

23   GA00279624.

24             Do you recognize this?

25        A    Not specifically.



JAMES THEODORE BECK                                    January 27, 2023
UNITED STATES vs STATE OF GEORGIA                                  139

1      Q    Do you have any reason to doubt that you

2  received this email from Michael Rowland?

3      A    I do not.

4      Q    And am I correct the first attachment to

5  this email is an Excel file with the file name "Copy

6  of 2016-05-22 GNETS Fee Proposal"?

7      A    Yes.

8      Q    And then the second attachment is a Word

9  document with the file name "Edited Planning Meeting

10  Minutes 5.31.16"?

11      A    Yes.

12      Q    In this email Mr. Rowland says:  "Ted,

13  attached will you find a copy of the fee proposal to

14  perform the facility condition assessments for the

15  48 GNETS locations identified in the RFQ.  2WR was

16  the most qualified firm, and the fee proposal they

17  have submitted is in line with what I expected.  I

18  have also attached an update to my notes on how the

19  planning and execution has evolved."

20          Do you see that?

21      A    I do.

22      Q    What was your role with respect to the fee

23  proposal submitted by the firm 2WR?

24      A    I don't recall specifically.  It looks

25  like I would have reviewed it.



1    Q    Did you sign off on the fee proposal?

2    A    I don't remember.  For us to have engaged

3  them in work, we would have had to have a contract

4  of some sort, is my assumption.  So there should

5  have been some sort of approval I provided to it at

6  some point.

7    Q    At the end of his email to you, Mr.

8  Rowland says:  "If you are ok with the fee proposal,

9  then I am ready to have GSFIC negotiate the

10  contracts necessary to meet 2WR's schedule."

11         Do you see that?

12    A    I do.

13    Q    So does that refresh your recollection as

14  to whether you would have okayed the fee proposal?

15    A    Probably would have relied almost

16  exclusively on GSFIC to provide subject matter

17  expertise there.  I would have, I think, still have

18  signed something at some point, but it would have

19  been after GSFIC and the vendor concluded their

20  negotiations.

21    Q    And GSFIC here, just to be clear for the

22  record, is the same as the Georgia State Finance and

23  Investment Commission that you referenced earlier?

24    A    That's correct.

25    Q    And I believe you said earlier that



1  sometimes GSFIC comes in and negotiates on behalf of

2  state agencies when the level of expertise is such

3  that it makes sense for GSFIC to do that?

4      A    Yes.

5      Q    Is that the reason why GSFIC would have

6  been involved here?

7      A    Yes.

8      Q    Turning to the fee proposal, which is

9  included, I'll note for the record that the file was

10 provided natively, though it is reproduced here in

11 paper, and it has a Bates stamp GA00279625.

12         Am I correct that this fee proposal

13 outlines the various fees that 2WR proposed to

14 charge for the work associated with the facility

15 assessment?

16     A    It appears so.

17     Q    And the total fee for the 48 sites was

18 just over half a million dollars; is that correct?

19     A    Yes.

20     Q    Did GaDOE ultimately work with 2WR to

21 assess the GNETS facilities?

22     A    I don't recall.

23     Q    Looking at the second attachment, which

24 has a beginning Bates number of GA00279626, are

25 these the updated notes that Mr. Rowland references



1    in his email to you?

2          A    They appear to be.

3          Q    Do these notes outline the steps that the

4    State Board of Education and GaDOE plan to take in

5    connection with the GNETS facilities assessment

6    process?

7          A    It appears so.

8          Q    And for those steps that had been

9    completed at the time that this was sent to you, the

10   notes also indicate the date the step was completed?

11         A    Yes.

12         Q    I want to confirm that you understand the

13   reference to SBE in these notes to mean State Board

14   of Education?

15         A    I believe so.

16         Q    And do you understand the reference to DOE

17   in these notes to mean the Georgia Department of

18   Education?

19         A    Yes.

20         Q    Did the GNETS facilities assessment lead

21   to any GNETS students being removed from facilities

22   that were deemed unsuitable?

23         A    I don't recall.

24         Q    Did GaDOE receive questions from state

25   legislators about the decision, any decisions,



1  | affecting GNETS facilities following the GNETS

2  | facility assessment?

3  |        A    I don't recall.

4  |             MS. GARDNER:  I'd like to have the court

5  |      reporter mark this as Plaintiff's Exhibit 900.

6  |             (WHEREUPON, Plaintiff's Exhibit-900 was

7  |        marked for identification.)

8  | BY MS. GARDNER:

9  |        Q    You have been handed Plaintiff's Exhibit

10 | 900.  This is an email from Matt Jones to Matt

11 | Cardoza and you, dated July 27, 2016, with the

12 | subject "Re: GNETS."

13 |             Do you recognize this email?

14 |        A    Not specifically.

15 |        Q    Do you have any reason to doubt that you

16 | received this email from Mr. Jones?

17 |        A    No.

18 |        Q    I want to start in the middle of this

19 | email thread, and if you look at the bottom of the

20 | first page, do you see that you received an email

21 | from Melody DeBussey on Wednesday, July 27, 2016, at

22 | 2 o'clock p.m., with the subject "GNETS"?

23 |        A    I do.

24 |        Q    And in that email she says:  "Ted, I

25 | worked with Nakeba over in the GNETS department to



1   answer a Senator question regarding the impending

2   closure of 9 facilities.  From the FAQs, it appears

3   the grant funding will not be re-allotted.  Can you

4   give me some background into why the grant

5   allocations would not be re-allotted if no students

6   would be served at those 9 facilities in this coming

7   year?"

8              Do you see that?

9        A    I do.

10       Q    Who is Melody DeBussey?

11       A    DeBussey.  She was the director of the

12  Senate Budget and Evaluation Office.

13       Q    After receiving this email, you then

14  reached out to Matt Jones and Matt Cardoza to

15  confirm your understanding of the correct answer to

16  Ms. DeBussey's question; is that correct?

17       A    Yes.

18       Q    And your understanding of the answer to

19  that question was that "there are still GNETS

20  students in those districts, so the allocations

21  would not vary they just will not be housed in the

22  nine physical facilities that were identified as

23  deficient in our site review process," correct?

24       A    Yes.

25       Q    Does this refresh your recollection as to



1 | whether the facility assessment process led to
2 | students being no longer served in certain
3 | facilities, GNETS facilities, throughout the State?
4 |     A   I still don't remember much about it, but
5 | it does appear to reference that.
6 |     Q   You discussed that in your email to Matt
7 | Jones and Matt Cardoza, correct?
8 |     A   Yes.
9 |     Q   And both Mr. Jones and Mr. Cardoza confirm
10 | that they have the same understanding as you as to
11 | the correct answer to Ms. DeBussey's question?
12 |     A   Yes.
13 |     MS. GARDNER:  I'd like to have the court
14 |     reporter mark this as Plaintiff's Exhibit 901.
15 |     (WHEREUPON, Plaintiff's Exhibit-901 was
16 |     marked for identification.)
17 |     MS. GARDNER:  And for Plaintiff's Exhibit
18 |     900, for the record, the Bates number is
19 |     GA00280189.
20 | BY MS. GARDNER:
21 |     Q   Mr. Beck, you've been handed Plaintiff's
22 | Exhibit 901.  This is an email from you to Melody
23 | DeBussey, dated July 27, 2016, with a copy to
24 | Natalie Quaranto, Jon Cooper, and Geronald Bell.
25 | The subject is "RE: GNETS."



1         And the Bates number on this document is

2    GA00280192.

3         Do you recognize this email?

4    A    Not specifically.

5    Q    Do you have any reason to doubt that you

6    sent this email?

7    A    I do not.

8    Q    Am I correct this is your response to Ms.

9    DeBussey providing the answer to the question that

10   we looked at in Plaintiff's Exhibit 900 and that you

11   confirmed the answer to with Mr. Jones and Mr.

12   Cardoza?

13   A    It appears so.

14   Q    You say in the first sentence in your

15   email:  "The GNETS allocation is based on student

16   count - the expectation is that the students will

17   still be served via their representative regional

18   sites (I believe the allocation is made at the RESA

19   level, geographically speaking), but simply not in

20   those facilities that were identified as

21   substandard."

22        Have I read that correctly?

23   A    Yes.

24   Q    When you said you believe the allocation

25   is made at the RESA level geographically speaking,



1   what did you mean by that?

2       A    I don't recall.  I don't know.

3       Q    Who is Natalie Quaranto?

4       A    She was one of Melody's staff members who

5   worked on the Education Division.

6            MS. GARDNER:  I have two more documents

7       and then we can break for lunch.

8            THE WITNESS:  Okay.

9            MS. GARDNER:  I'll have the court reporter

10      mark this as Plaintiff's Exhibit 902.

11           (WHEREUPON, Plaintiff's Exhibit-902 was

12       marked for identification.)

13  BY MS. GARDNER:

14      Q    You have been handed Plaintiff's Exhibit

15  902.  This is an email from Michael Rowland to

16  Nakeba Rahming, with a copy to Clara Keith, Pat

17  Schofill, Mike Royal, and you.

18           The email is dated August 10, 2016, with

19  the subject "Burwell GNETS-Carrollton."

20           The Bates-stamp on this document is

21  GA00280331.

22           Do you recognize this email?

23      A    Not specifically.

24      Q    Do you have any reason to doubt that you

25  received it?



1       A    I do not.

2       Q    In this email Mr. Rowland says, and this

3    is directed to Ms. Rahming:  "As you know, the

4    Carrollton GNETS site has proposed a new facility

5    for their program contingent on details being worked

6    out with the City of Carrollton Orthopaedic.  John

7    Ramage, our facilities consultant for West Georgia,

8    conducted a physical inspection of the facility

9    today and has recommended it for approval as a GNETS

10   site.  I am expecting an email from him later today

11   confirming this recommendation.  In the meantime, I

12   have directed John to give GNETS a verbal proper

13   approval to move forward with their relocation

14   plan."

15            Do you see that?

16       A    I do.

17       Q    Were you typically copied on

18   correspondence about the relocation of GNETS

19   programs that were previously in facilities deemed

20   unsuitable?

21       A    If Mike was communicating that, then my

22   guess is he probably copied me, yes.

23       Q    And what would have been the purpose of

24   the copy to you?

25       A    I think just to inform me as his -- as one



 1  of my direct reports.

 2       Q    So Mr. Rowland was one of your direct

 3  reports at this time?

 4       A    Yes.

 5       Q    Did you take any action related to Burwell

 6  after receiving this email?

 7       A    Any action as --

 8       Q    Did you take any action after receiving

 9  this email with respect to the Burwell GNETS site?

10       A    No, none that I can recall.

11       Q    Clara Keith is also copied on this email.

12  Do you see that?

13       A    I do.

14       Q    Who is Clara Keith?

15       A    From what I recall, she was working as the

16  director for maybe Federal Programs towards the

17  start of my tenure with DOE.

18       Q    And at the time of this email, was she

19  still working in that capacity?

20       A    I would assume so.

21       Q    What was Ms. Keith's role with respect to

22  the facilities issues that are discussed in this

23  email?

24       A    I don't recall specifically, but I believe

25  she was Nakeba's boss.



1      Q     Nakeba's boss, you said?

2      A     Yeah.

3      Q     Mike Royal is also copied on this email.

4  Do you see that?

5      A     I do.

6      Q     And what was Mike Royal's role?

7      A     Mike is a Board member.

8      Q     And what was his role with respect to the

9  facility assessment issues?

10     A     I don't believe he had a specific role.

11 May have just asked to -- been informed as to any

12 updates with the facility improvement plan.

13     Q     In addition to facilities where GNETS

14 students could no longer be served because the

15 condition of the facility was unsuitable, do you

16 recall there also being a process by which GNETS

17 programs and their fiscal agents could seek state

18 funding to conduct renovations designed to address

19 issues that were identified through the GNETS

20 facilities assessment process?

21     A     I don't recall.

22           MS. GARDNER:  I'd like to ask the court

23     reporter to mark this as Plaintiff's Exhibit

24     903.

25           (WHEREUPON, Plaintiff's Exhibit-903 was



1        marked for identification.)

2   BY MS. GARDNER:

3        Q    You've been handed Plaintiff's Exhibit

4   903.  This is an email from you to Pat Schofill,

5   with a copy to Michael Rowland, dated July 11, 2017,

6   with the subject "Re: GNETS Funding Applications."

7             And this document is Bates-stamped

8   GA00284214

9             Do you recognize this?

10       A    Not specifically.

11       Q    Do you have any reason to doubt that you

12  sent this email?

13       A    I don't.

14       Q    Who is Pat Schofill?

15       A    Pat became the director after Mike Rowland

16  semi-retired and stepped down to work as essentially

17  kind of a part-time consulting capacity.  So he

18  became my new direct report for this area.

19       Q    The first-in-time email in this thread,

20  which is the email that appears at the bottom page,

21  is an email from Pat Schofill to you with a copy to

22  Michael Rowland, in which he says:  "Ted, our GNETS

23  application evaluation team met yesterday.  We

24  reviewed the fifteen applications that were

25  submitted.  A rubric was used to score the



1  applications and evaluate the requested eligible

2  need.  All systems but two were granted a portion of

3  the requested amount.  Mike plans to be back in the

4  office on Thursday, if you would like to meet to

5  discuss any details."

6           Do you see that?

7      A    I do.

8      Q    What are the applications that Mr.

9  Schofill is referring to?

10     A    I believe this is referring to some grant

11 or fund that was made available to the GNETS sites

12 to address some of the deficiencies identified in

13 the site review.

14     Q    You then reply to Mr. Schofill's email by

15 saying:  "Let's plan to meet sometime Thursday to

16 review."

17          Do you see that?

18     A    I do.

19     Q    What prompted you to say that the group

20 should meet to review those applications?

21     A    I don't recall specifically.  My guess is

22 I was just interested in being more informed as to

23 what the process and scoring rubric looked like.

24     Q    And did you in fact meet with Mr. Schofill

25 and Mr. Rowland about the GNETS facilities



1  applications?

2       A    I don't remember.

3       Q    Did you play any role with respect to

4  determining the funding awarded to applicants

5  seeking funding to improve those GNETS facilities?

6       A    No.

7       Q    So your only role would be just to be

8  informed by the folks who were your direct reports?

9       A    Yes.

10           MS. GARDNER:  All right.  I think we can

11      take a break for lunch.

12           THE VIDEOGRAPHER:  The time is 12:59 p.m.

13      and we are off the record.

14           (A luncheon recess was taken.)

15           THE VIDEOGRAPHER:  The time is 1:47 p.m.,

16      and we are back on the record.

17  BY MS. GARDNER:

18       Q    Welcome back.

19       A    Thank you.

20           MS. GARDNER:  I'm going to ask the court

21      reporter to please mark this document as

22      Plaintiff's Exhibit 904.

23           (WHEREUPON, Plaintiff's Exhibit-904 was

24       marked for identification.)

25  BY MS. GARDNER:



1      Q    Mr. Beck, you've been handed Plaintiff's

2   Exhibit 904.  This is an email from you to Dave

3   Lakly, dated February 22nd, 2016, with the subject

4   "RE: GNETS Program Manager."

5           The document is Bates-stamped GA00278665.

6           Do you recognize this email?

7      A    Not specifically.

8      Q    Do you have any reason to doubt that you

9   sent this email?

10     A    I do not.

11     Q    Who is Dave Lakly?

12     A    Dave would have been one of the staff

13  members at the Senate Budget and Evaluation Office.

14     Q    During your time as CFO at GaDOE, were you

15  accustomed to receiving emails directly from him?

16     A    Sure, yes.

17     Q    And what kinds of things would he email

18  you about?

19     A    Things in relation to the budget, through

20  the budget development process, just like any of the

21  other SBOE staff members.

22     Q    In this email thread Dave Lakly sent you

23  an email on February 19, 2016.  Is that correct?

24     A    Yes.

25     Q    And is it also correct that in that email



1  he says:  "When you have a minute, could you send me

2  a brief (sentence or two) summary of what that new

3  statewide program manager position does"?

4        A    Yes.

5        Q    Did you understand the new statewide

6  program manager position he referred to to be the

7  statewide program manager for the GNETS program?

8        A    I did.

9        Q    And the subject of his email is "GNETS

10  Program Manager," correct?

11        A    Correct.

12        Q    You responded to him; is that right?

13        A    I did.

14        Q    And among other things, you say "her

15  primary role is to act as the program manager."

16             Do you see that?

17        A    I do.

18        Q    And is it correct that you go on to say

19  "She'll be acting as the coordinator for the 20+

20  sites, and working to implement our policies and

21  procedures with more standardization across each

22  location"?

23        A    It does.

24        Q    And then you also go on to say:  "Her

25  foremost task at the moment is to continue working



1   to implement our improvement plan, which has been in

2   existence for some time, and covers a lot of ground,

3   all of which is much needed and should demonstrate

4   so immediate results."  Correct?

5        A    Correct.

6        Q    This reference to demonstrating immediate

7   results, is that intended to say demonstrate some

8   immediate results?

9        A    That's my assumption.

10       Q    You reference an improvement plan in

11  saying that the GNETS program manager's "foremost

12  task at the moment is to continue working to

13  implement our improvement plan."

14            What improvement plan were you referring

15  to?

16       A    I don't remember.  My guess is that it's

17  related to the facilities improvement plan.

18       Q    You note the improvement plan had been in

19  existence for some time.  When did you understand

20  that improvement plan to initially come into

21  existence?

22       A    I don't recall.

23       Q    Is it fair to say, based on your email,

24  that plan would have predated this February 2016

25  email?



1       A    Yes.

2       Q    How did you become aware of the

3  improvement plan?

4       A    I don't recall.

5       Q    Is it correct that at the time you sent

6  this reply, Nakeba Rahming was the program manager

7  for GNETS?

8       A    I believe that's correct.

9            MS. GARDNER:  I'd like to have the court

10       reporter mark this document as Plaintiff's

11       Exhibit 905.

12            (WHEREUPON, Plaintiff's Exhibit-905 was

13        marked for identification.)

14  BY MS. GARDNER:

15       Q    You've been handed Plaintiff's Exhibit

16  905.  This is an email from you to Jon Cooper, dated

17  June 14, 2016, with the subject "RE: AOB Questions."

18            The document has a Bates stamp of

19  GA00279686.

20            Do you recognize this email?

21       A    Not specifically.

22       Q    Do you have any reason to doubt that you

23  sent this email?

24       A    No.

25       Q    What does the AOB in the subject line



1  stand for?

2      A    Annual operating budget.

3      Q    And what is the annual operating budget?

4      A    It's the data set that reflects our

5  implementation of the appropriations act.  So

6  entering in these allocations into the budget system

7  we shared with the rest of the State.

8      Q    In your email you say to Mr. Cooper:

9  "Thanks for working with him on these.  Will let you

10  know where I get on the merit pay plan, and will

11  follow up with him and Lee."

12          Correct?

13      A    Yes.

14      Q    By "working with him on these," were you

15  referring to Mr. Cooper working with Keith Kim on

16  answers to certain questions that Mr. Kim had sent?

17      A    It appears so.

18      Q    And am I correct that Keith Kim was a

19  policy analyst in the Education Division of the

20  Governor's Office of Planning and Budget?

21      A    Yes.

22      Q    Had you worked with Mr. Kim when you

23  previously were employed by the -- by OPB?

24      A    No.

25      Q    And correct that Mr. Kim's original email



1   forwarding the questions that he wanted answered

2   says that the questions are about FY17 AOB?

3        A    Yes.

4        Q    Mr. Cooper sent an email in this thread

5   responding to Mr. Kim's questions, correct?

6        A    Yes.

7        Q    And then you sent your email thanking Mr.

8   Cooper for doing so?

9        A    Yes.

10       Q    What were you referring to when you noted

11  that you would let Mr. Cooper know where you got on

12  the merit pay plan?

13       A    I don't specifically recall.  My guess is

14  that I was trying to understand from somebody on the

15  GNETS side why the sub-level applications were made

16  in the way that it's described in the email.

17       Q    When you say "in the way it's described in

18  the email," which portion of the email are you

19  referring to?

20       A    Mr. Kim's question under the GNETS section

21  about where the merit pay increases had been loaded

22  in the budget.

23       Q    And for the record, the question that Mr.

24  Kim sent about GNETS says:  "Is there a reason why

25  merit pay increases are put into grants and benefits



1   and not personal services?"  Correct?

2       A    Correct.

3       Q    What was the answer that Mr. Cooper

4   provided to that question?

5       A    He wrote: "The funds placed in personal

6   services are for a manager position the Governor

7   placed into the program in FY16."

8       Q    In general, what does the category

9   "personal services" refer to?

10       A    These are accounting codes that are used

11  to group different planned expenditures, and those

12  would have been all dedicated to funds that go to

13  staff for salary and benefits.

14       Q    So personal services would be the category

15  that is dedicated to funds for staff and salary

16  benefits?

17       A    Correct.

18       Q    This says -- refers to a manager position

19  the Governor placed into the program in FY16.  Is

20  that a reference to a recommendation by the Governor

21  writing funding in for that position, or something

22  else?

23       A    Yes, I think it's a reference to a

24  recommendation for funding.

25       Q    And presumably that recommendation was



```
 1   approved?

 2        A    I assume so.

 3             MS. GARDNER:  I'd like to ask the court

 4        reporter to mark this document as Plaintiff's

 5        Exhibit 906.

 6             (WHEREUPON, Plaintiff's Exhibit-906 was

 7          marked for identification.)

 8   BY MS. GARDNER:

 9        Q    You've been handed Plaintiff's Exhibit

10   906.  This is an email from you to Larry Winter,

11   sent on September 28, 2017, with the subject

12   "Forward:  Item Requested by Mr. Winter in Budget

13   Committee Meeting."

14             The email contains one attachment that is

15   a PDF document with the file name "Reimbursement for

16   therapeutic Counseling Services for GNETS Fiscal

17   Agent."

18             The Bates stamp on this document is

19   GA00284672.

20             Do you recognize this email?

21        A    Not specifically.

22        Q    Do you have any reason to doubt that you

23   sent this email to Mr. Winter?

24        A    I do not.

25        Q    Your email to Mr. Winter does not contain
```



1    any written message, correct?

2         A    Correct.

3         Q    The email simply forwards a separate email

4    that Ms. Rahming sent to you with a copy to Matt

5    Jones on September 27, 2017?

6         A    Correct.

7         Q    And in Ms. Rahming's email she says to you

8    "Hi, Ted, The attached document addresses Mr.

9    Winter's question related to the allocations for the

10   therapeutic services board item."

11             Do you see that?

12        A    I do.

13        Q    Ms. Rahming goes on to say farther down

14   that Mr. Winter's recommendation was that

15   information be added as an "attachment to the board

16   item to ensure that the names of the fiscal agents,

17   GNETS, and the reimbursable amounts are

18   transparent."  Correct?

19        A    Correct.

20        Q    Am I also correct the attachment to this

21   email relates to those circumstances where there is

22   some sort of a therapeutic provider contracted to

23   provide therapeutic services to GNETS fiscal agents?

24        A    That appears to be so.

25        Q    Is it your understanding that those are



1   contracts that were funded by the Georgia Department

2   of Education?

3          A    I don't recall.

4          Q    Turning to the attachment, which is

5   Bates-stamped GA00284673, the title of this document

6   is "Georgia Department of Education FY 18 -

7   Therapeutic Services Reimbursement for GNETS Fiscal

8   Agents."  Correct?

9          A    Correct.

10         Q    Does that indicate the Georgia Department

11  of Education was reimbursing therapeutic services

12  for fiscal agents?

13         A    It appears to be.

14         Q    And this attachment lists each of the

15  fiscal agents, the name of the GNETS program that

16  they are affiliated with, and the maximum amount of

17  the reimbursable amount for therapeutic services,

18  correct?

19         A    It appears so.

20         Q    Is this an example of one of the kinds of

21  follow-up questions that the Budget and Finance

22  Committee would have requested of GaDOE, and in this

23  case in particular the GNETS program?

24         A    It is.

25         Q    Given the timing of this email, is it your



1    expectation that this would have happened as part of

2    the traditional review of the upcoming budget, or

3    would this have been some sort of separate question

4    from the Budget and Finance Committee?

5         A    It looks like it was probably related to a

6    normal subcommittee meeting and not budget

7    development or anything related to that cycle.

8         Q    I have a couple of clean-up questions from

9    this morning.

10             We talked a bit about the State Board of

11   Education's Budget and Finance Committee's

12   traditional review of the upcoming annual GaDOE

13   budget.  Do you recall that discussion?

14        A    I do.

15        Q    And we looked at examples of several

16   questions that were asked during the course of that

17   traditional review with respect to the GNETS

18   program, correct?

19        A    Correct.

20        Q    And so, for example, there was one

21   follow-up question that related to the adequacy of

22   therapeutic services within the GNETS program,

23   right?

24        A    Yes.

25        Q    During your time as CFO, was there any



1   process at GaDOE by which someone sort of did, you

2   know, kind of a quality check to determine whether

3   the final GaDOE budget request reflected areas where

4   there may have needed to be something addressed that

5   would have been illuminated by the kinds of

6   questions that the Budget and Finance Subcommittee

7   might have asked during the traditional review?

8           MR. PICO PRATS:   Objection to form.

9       A   I'm not quite sure I understand the

10  question.

11      Q   Sure.  So, for example, after the Budget

12  and Finance Committee asks about the adequacy of

13  therapeutic services in GNETS programs, if the

14  answer to that had been that there were not adequate

15  therapeutic services in the GNETS program, was there

16  any sort of process or check system in existence at

17  GaDOE to determine whether the resulting budget

18  request would have included, you know, additional

19  requests for funds to supplement and provide

20  therapeutic services that may not have been

21  adequate?

22          MR. PICO PRATS:   Objection to form.

23      A   Not that I can think of.

24      Q   We also talked about a number of the

25  formulas that the Department of Education uses in



1    setting allocations, correct?

2         A    Correct.

3         Q    And we looked specifically at the formula

4    spreadsheet for GNETS program, correct?

5         A    Yes.

6         Q    And the email that that was attached to

7    included formula spreadsheets for other areas of the

8    Georgia Department of Education, correct?

9         A    It did.

10        Q    Is it fair to say that as CFO it would

11   have been folks on your budget staff who would sort

12   of be primarily responsible for the nuts and bolts

13   of dealing with those spreadsheets and making the

14   calculations and understanding sort of the fine

15   details about how the calculations work?

16        A    Yes.

17        Q    Who specifically on your staff would have

18   been involved in those sorts of nuts and bolts when

19   you were CFO?

20        A    Most likely Jon Cooper and Geronald Bell.

21             MS. GARDNER:  I'd like to have the court

22        reporter mark this document as Plaintiff's

23        Exhibit 907.

24             (WHEREUPON, Plaintiff's Exhibit-907 was

25        marked for identification.)



1   BY MS. GARDNER:

2        Q    You've been handed Plaintiff's Exhibit

3   907.  This is an email from Garry McGiboney to you

4   dated September 26, 2017, with the subject "Forward:

5   Update to Board Item," and one attachment, which is

6   a Word document with the file name "SBOE Item

7   Template-Contract New - Nakeba2."

8            The Bates stamp on this document is

9   GA00284657.

10           Do you recognize this email?

11       A    Not specifically.

12       Q    Do you have any reason to doubt that you

13  received this email?

14       A    No.

15       Q    In this email am I correct that Mr.

16  McGiboney forwards to you an email that he received

17  from Allan Meyer and says to you FYI?

18       A    Correct.

19       Q    And the forwarded email that Mr. McGiboney

20  sends, Allan Meyer had sent that email not only to

21  Mr. McGiboney but also Nakeba Rahming and Reggie

22  Lampkin, correct?

23       A    Correct.

24       Q    Who is Reggie Lampkin?

25       A    Reggie was our procurement lawyer.



1        Q     Procurement?

2        A     Lawyer.

3        Q     Lawyer?

4        A     Yes.  Counsel.

5        Q     In Mr. Meyer's email, he says:  "Nakeba

6    was asked by FBO to update the budget item for the

7    September board meeting.  I am assisting her with

8    changes.  She will need approval from Matt Jones to

9    update eBoard with the recommended changes.  This

10   update concerns item number 7 under the budget items

11   which needs to be updated for the Committee of the

12   Whole agenda as follows."

13          And then there's some additional

14   information that follows, correct?

15       A     Correct.

16       Q     What is FBO?

17       A     I believe that was the acronym for that

18   subcommittee.  Maybe Finance and Business

19   Operations.

20       Q     So FBO -- FBO is the subcommittee of the

21   State Board of Education that we've been referring

22   to in this discussion as the Finance and Budget

23   Committee?

24       A     I think so.

25       Q     What is eBoard?



1        A     EBoard was a system that tracked anything

2    going to the Board for vote, agenda management,

3    meeting announcements.  A public facing side for

4    folks to look at and either view board materials or

5    the meeting itself.

6        Q     And would GaDOE upload into some sort of

7    electronic system, that is eBoard, the budget items

8    it wanted to the State Board of Education to review?

9        A     Yes, I believe it was our system of record

10   for their actions.

11       Q     And listing the ways the item that

12   Mr. Meyer discussed needs to be updated, Mr. Meyer

13   says:  "Update the 'Board Item' document to use the

14   'New Contract' template on eBoard." correct?

15       A     Correct.

16       Q     And Mr. Meyer also says:  "Change the

17   purchasing process from Sole Source to Exempt as a

18   Learning Resource."  Is that right?

19       A     Yes.

20       Q     What is the Sole Source purchasing

21   process?

22       A     In general, it would refer to an instance

23   in which the State is acquiring a service without

24   going through a competitive bid.

25       Q     Does Sole Source mean that it doesn't need



 1    to be competitively bid because there's only one

 2    place to obtain the item?

 3        A    In general, that's the justification.

 4        Q    What does "Exempt as a Learning Resource"

 5    mean?

 6        A    There are several categories in state law

 7    for procurement that are exempt from typical

 8    competitive bid processes.  I believe Learning

 9    Resources was one of these exempted categories.

10        Q    And so am I correct in understanding that

11    the Board item at issue here had been identified as

12    a Sole Source purchase and there was some

13    determination made that it needed to be instead

14    identified as Exempt as a Learning Resource?

15        A    That appears to be the case.

16        Q    Does the document that Mr. McGiboney

17    attaches in his email to you contain updates that

18    Ms. Rahming was asked to make?

19        A    It appears to.

20        Q    So, for the record, the attachment has a

21    beginning Bates number of GA00284659.

22             Is this attachment the New Contract

23    template that Ms. Rahming was asked to use?

24        A    Yes.

25        Q    And what is the purpose of a New Contract



1  template?

2      A    To receive approval from the Board of

3  Education to enter into a contract with a specified

4  vendor that we had not done business before.

5      Q    And this New Contract template contains

6  information about the contract that GaDOE proposes

7  to enter into, correct?

8      A    Correct.

9      Q    And is the idea that the State Board of

10  Education would then review the information provided

11  to determine whether approval should be granted or

12  not?

13      A    Correct.

14      Q    Correct that in this particular attachment

15  the proposal is to enter into a contract with Jigsaw

16  Learning, LLC, TeachTown, at a cost not to exceed

17  $125,000 in state funds?

18      A    Yes.

19      Q    And that contract was for training GNETS

20  teachers and paraprofessionals on how to support

21  students diagnosed with autism spectrum disorder?

22      A    It appears so.

23      Q    In the performance section on the second

24  page, there is a section that says, "Describe how

25  the contract will be monitored to ensure goods and



1  services are provided in a satisfactory manner."

2  Correct?

3        A    Yes.

4        Q    And am I correct in that section it says:

5  "The GNETS state director will monitor the following

6  deliverables:  Quality of training, participation

7  and completion rates, and access to resources"?

8        A    Correct.

9             MS. GARDNER:  I'd like the court reporter

10       to mark this document as Plaintiff's Exhibit

11       908.

12            (WHEREUPON, Plaintiff's Exhibit-908 was

13        marked for identification.)

14  BY MS. GARDNER:

15       Q    You've been handed Plaintiff's Exhibit

16  908.  This is an email from you to Nakeba Rahming,

17  dated September 27, 2017, with the subject:  "Budget

18  Committee questions."

19            This document is Bates-stamped GA00284668.

20            Do you recognize this email?

21       A    Not specifically.

22       Q    Do you have any reason to doubt you sent

23  this email to Ms. Rahming?

24       A    No.

25       Q    You sent this email the day after the



1  email that we just reviewed containing the New

2  Contract template, correct?

3      A    Yes.

4      Q    And in this email you say:  "The Committee

5  is going to ask the following on your items."

6           And you list several questions, correct?

7      A    Correct.

8      Q    Is your reference to the committee here

9  the Budget and Finance Committee, or FBO?

10     A    Yes.

11     Q    And when you say "your items," are you

12 referring to the State Board of Education agenda

13 items that Ms. Rahming had proposed in connection

14 with the GNETS program?

15     A    Yes.

16     Q    Item No. 7 is the same item involving a

17 New Contract template we just looked at in

18 Plaintiff's Exhibit 907, correct?

19     A    Correct.

20     Q    You tell Ms. Rahming that the committee

21 will want to know why GaDOE selected that vendor,

22 which is Jigsaw; is that right?

23     A    Yes.

24     Q    How did you learn that the committee would

25 ask this question?



1    A    Typically, one or two of the members of

2    the Committee would meet with me the morning of to

3    go over the materials that had been provided to them

4    in advance of the agenda and board items, and they

5    would have a list of questions.  I would facilitate

6    and answer as many as I could.  And for ones in

7    which I didn't have response, I would reach out to

8    whoever was presenting the item to get that

9    information to relay back to the Committee.

10        Q    Did the State Board of Education

11   ultimately approve the proposal to enter into this

12   New Contract with Jigsaw?

13        A    I don't remember.

14             MS. GARDNER:  I'd like to have the court

15        reporter mark this document as Plaintiff's

16        Exhibit 909.

17             (WHEREUPON, Plaintiff's Exhibit-909 was

18         marked for identification.)

19   BY MS. GARDNER:

20        Q    You have been handed Plaintiff's Exhibit

21   909.  This is an email from Miriam Caldwell to

22   Nakeba Rahming, sent on November 8, 2017.  The

23   subject is "signed," and there's one attachment to

24   the email, which is a PDF with the file name "signed

25   contract 23159 Jigsaw Learning."



1            This document is Bates-stamped GA01941763.

2            Do you know who Miriam Caldwell is?

3       A    Miriam worked in our procurements section

4    as our paralegal.

5       Q    And did Ms. Caldwell have responsibilities

6    relating to maintaining signed contracts or

7    processing signed contracts in any way?

8       A    Yes.  Both.

9       Q    What specifically were her roles with

10   respect to signed contracts?

11      A    She would manage the approval process,

12   signatures, workflow routing, getting information

13   back from the owner of the contract on the

14   programmatic side, working with counsel to negotiate

15   through anything that needed to be done to the

16   document itself, storing and maintaining.

17      Q    When you say "working with counsel to

18   negotiate through anything that needed to be done to

19   the document itself," are you referring to GaDOE's

20   counsel?

21      A    Yes.  Our procurements attorney.

22      Q    And who was that person?

23      A    Reggie Lampkin.

24      Q    Was Mr. Lampkin in-house with GaDOE, or is

25   he an external attorney?



 1          A     He was in-house.

 2          Q     Turning to the attached contract, which

 3   begins with Bates No. GA0 1941764, correct that this

 4   is a contract that GaDOE entered into with

 5   TeachTown?

 6          A     It appears to be.

 7          Q     And if you turn to the page that ends --

 8   the last four digits are 1771.

 9          Am I correct that you signed this contract

10   on behalf of GaDOE on September 29, 2017?

11          A     Yes.

12          Q     Is this the same contract referencing item

13   No. 7 that we just reviewed?

14          A     I believe so.

15          MS. GARDNER:  I'd like to have the court

16          reporter mark this document as Plaintiff's

17          Exhibit 910.

18          (WHEREUPON, Plaintiff's Exhibit-910 was

19           marked for identification.)

20   BY MS. GARDNER:

21          Q     You've been handed Plaintiff's Exhibit

22   910.  This is an email from Nakeba Rahming to Manny

23   Ferrer, sent November 28, 2017.  The subject is "ABA

24   Pro signed contract," and there's one attachment to

25   the email, which is a PDF with the file name "ABA



1    Pro signed Contract."

2            The Bates number on this time is

3    GA01944379.

4            Turning to the attachment, which begins

5    with the Bates-stamp GA01944380, is this another

6    contract between TeachTown and GaDOE?

7        A    It appears to be.

8        Q    And you also signed this contract on

9    behalf of GaDOE; is that correct?

10       A    Yes.

11       Q    So on the page with the numbers ending in

12   4387 your signature appears, and it indicates you

13   signed this contract on October 12, 2017, correct?

14       A    Yes.

15       Q    This contract also relates to the GNETS

16   program, correct?

17       A    It appears to be.

18           MS. GARDNER:  I'd like for the court

19       reporter to mark this document as Plaintiff's

20       Exhibit 911.

21           (WHEREUPON, Plaintiff's Exhibit-911 was

22           marked for identification.)

23   BY MS. GARDNER:

24       Q    You've been handed Plaintiff's Exhibit

25   911.  This is an email from Geronald Bell to Kerri



1    Wilson, and Emily Jones, with a copy to you.  The

2    subject is "Forward:  GNETS support budget."

3           And there are two attachments, an Excel

4    file with the file name "GNETS Support Budget," and

5    a PDF with the file name "GNETS Grant for

6    Supplemental Instruction."

7           The Bates-stamp on this document is

8    GA00285726.

9           Do you recognize this email?

10    A    Not specifically.

11    Q    Do you have any reason to doubt that you

12    received this email?

13    A    No.

14    Q    In this email Mr. Bell says:  "Please see

15    attached also for further information about the

16    contract funding in GNETS program budget."  Correct?

17    A    Correct.

18    Q    And this is being provided to The

19    Governor's Office of Planning and Budget, correct?

20    A    Yes.

21    Q    And it appears from this email thread that

22    the information was initially supplied by Nakeba

23    Rahming, who's the GNETS program manager, correct?

24    A    Correct.

25    Q    I want to take a look at the second



 1  attachment, which has a beginning Bates number of

 2  GA00285728.

 3          Do you see that?

 4     A    I do.

 5     Q    This is another item for State Board of

 6  Education approval, correct?

 7     A    Correct.

 8     Q    This particular item for approval has the

 9  caption "Grant" at the top.  This appears where New

10  Contract appeared in the prior state board item,

11  correct?

12     A    Correct.

13     Q    And so what is -- what is the difference

14  between a Grant State Board item and a New Contract

15  State Board item?

16     A    Contract would typically be in reference

17  to that arrangement between DOE and whatever entity

18  we were doing business with.

19          Grant would refer to an allocation of

20  funds managed by the department to some array of

21  recipients.

22     Q    So if the item name for this particular

23  Board item says "FP - Grant - GNETS Grant for

24  Supplemental Instruction," is that a grant that was

25  being provided to GNETS, the regional GNETS programs

1    for supplemental instruction?

2         A    It appears to be.

3         Q    And in the sort of narrative

4    Recommendation, correct that it says:  "It is

5    recommended that the State Board of Education

6    authorize the State School Superintendent to award a

7    grant to 24 Georgia Network for Educational and

8    Therapeutic Support (GNETS) fiscal agents at a cost

9    not to exceed $137,376.00 in State Funds, for the

10   purpose of providing teachers with diagnostic data

11   and instructional materials that will be used to

12   enhance and remediate identified academic strengths

13   and weaknesses of students served by GNETS"?

14        A    It does.

15        Q    There's a section on this item for State

16   Board of Education approval under Performance that

17   says:  "Describe how the grant will be monitored to

18   ensure satisfactory performance."  Is that right?

19        A    Yes.

20        Q    Is it correct it says there that "GaDOE

21   conducts annual monitoring GNETS to assess the

22   fidelity of implementation with the GNETS strategic

23   plan"?

24        A    It does.

25        Q    What is the GNETS Strategic Plan?



1        A    I don't know.

2        Q    You said earlier that this attachment was

3    provided to OPB, correct?

4        A    Yes.

5        Q    Would this have been forwarded to OPB

6    after the item was put before the State Board of

7    Education?

8        A    That's my guess, but I don't know for

9    certain.  It looks like you asked because this is

10   dated November 2017.

11       Q    And the email from Geronald Bell to OPB is

12   January of 2018?

13       A    Correct.

14       Q    As CFO at GaDOE, was it customary for you

15   to sign contracts that GaDOE entered into?

16       A    Yes.

17       Q    Did anyone sign contracts on behalf of

18   GaDOE except for you during your time as CFO?

19       A    Not that I'm aware of.

20       Q    I'm going to talk about a few more

21   contracts.

22            MS. GARDNER:  I'd like to have the court

23       reporter mark this as Plaintiff's Exhibit 912.

24            (WHEREUPON, Plaintiff's Exhibit-912 was

25        marked for identification.)



1    BY MS. GARDNER:

2         Q    You've been handed Plaintiff's Exhibit

3    912.  This is an email from Miriam Caldwell to Linda

4    Crawford and Nakeba Rahming.  The subject is "Re:

5    signed," and there's one attachment to this email

6    that is a PDF with the file name "signed contract

7    18697 Dev. Therapy Inst."

8              This document is Bates-stamped GA00053789.

9              Turning to the attached contract, which

10   begins with the Bates-stamp GA00053791, do you

11   recognize this as a contract that you signed on

12   behalf of the Georgia Department of Education?

13        A    Yes.

14        Q    And correct that your signature appears on

15   Page 6 of the contract?

16        A    Yes.  On Page 8.

17        Q    Yes.  So Page 8 is your signature for

18   confidentiality agreement, and Page 6 is your

19   signature for the actual contract?

20        A    Yes.

21        Q    And the contract was also executed by Mary

22   Wood, who is identified as the president of the

23   Developmental Therapy Institute?

24        A    It appears to be so.

25        Q    Turning back to the first page of the



1    contract, correct that the contract says that it "is

2    made and entered into by and between the State

3    School Superintendent, on behalf of the Georgia

4    Department of Education, hereinafter referred to as

5    the 'Department,' and Developmental Therapy

6    Institute"?

7         A    Yes.

8         Q    It then goes on to say -- and this is in

9    the next section:  "The Department has identified

10   the need to conduct Data Analysis and Performance

11   Summary for GNETS programs," correct?

12        A    Correct.

13        Q    The contract further down outlines the

14   scope of services that the contractor, who in this

15   case is the Developmental Therapy Institute, will

16   provide?  Is that right?

17        A    Yes.

18        Q    And in the Scope of Services, it says that

19   "Contractor will conduct Data Analysis and

20   Performance Summary for GNETS programs," correct?

21        A    It does.

22        Q    And at the very end of that section, it

23   also says:  "The year-end Data Analysis and

24   Performance Summary will provide the GaDOE with data

25   on DTORF-R" -- D-T-O-R-F-R -- "outcomes for all of



1   the GNETS programs"?

2        A     It does.

3             MS. GARDNER:   I'd like to have the court

4        reporter mark this document as Plaintiff's

5        Exhibit 913.

6             (WHEREUPON, Plaintiff's Exhibit-913 was

7          marked for identification.)

8   BY MS. GARDNER:

9        Q     You've been handed Plaintiff's Exhibit

10  913.  This is an email from Linda Crawford to an

11  email addressed identified as scherryA@cainc.com,

12  dated October 17, 2016, with the subject "Executed

13  contract."

14             The email contains one attachment, which

15  is a PDF with the file name "signed contract 18379,

16  Curriculum Associates."

17             The Bates-stamp of this document is

18  GA00066194.

19             Turning to the attachment, which begins

20  with the Bates-stamp GA00066195, is this a contract

21  between the State School Superintendent, on behalf

22  the Georgia Department of Education, and Curriculum

23  Associates, LLC, that you signed on behalf of the

24  Georgia Department of Education?

25        A     Yes.



1     Q     And your signature on the contract appears

2   on Page 6; is that correct?

3     A     It does.

4     Q     And as before, you also signed a

5   confidentiality agreement, and that signature

6   appears on Page 8?

7     A     Yes.

8     Q     In the Scope of Services section on this

9   contract, what does it identify as the scope of

10   services here?

11     A     It appears to be the array of services

12   provided by the vendor beginning September 2016

13   through August 2017 related to common instructional,

14   diagnostic, and progress monitoring programs.

15     Q     And that's for all students enrolled for

16   GNETS services?

17     A     That's what it reads.

18          MS. GARDNER:  I'd like to ask the court

19       reporter to mark this document as Plaintiff's

20       Exhibit 914.

21          (WHEREUPON, Plaintiff's Exhibit-914 was

22        marked for identification.)

23   BY MS. GARDNER:

24     Q     You've been handed Plaintiff's Exhibit

25   914.  This is an email from Linda Crawford to an



1   email addressed identified as maggie, M-A-G-G-I-E,

2   .kjer, K-J-E-R, at pearson.com.

3           The email is dated October 17, 2016,

4   contains a copy to Nakeba Rahming.

5           The subject is "Executed contract," and

6   there's one attachment which is a PDF with the file

7   name "signed contract 18363 Pearson."

8           The Bates-stamp on this document is

9   GA00066184.

10          Before we turn to the attachment, who is

11  Linda Crawford?

12      A    I don't know.

13      Q    Okay.  Turning to the attachment, which

14  begins at Bates-stamp GA000661885, I'm correct that

15  this is a contract that the Georgia State Department

16  of Education entered into with NCS Pearson

17  Incorporated in September 2016?

18      A    It appears to be.

19      Q    And you signed this contract on behalf of

20  the Georgia Department of Education?

21      A    I did.

22      Q    This contract doesn't look like some of

23  the other contracts we looked at previously.  Is

24  that because Pearson requires that all of its

25  customers accept the terms of sale -- of sales and



1  use that appear here.

2       A    More than likely.

3       Q    And so in this case your signature appears

4  on Pearson's terms of sales and use, correct?

5       A    Yes.

6       Q    The terms of sales and use is formed by a

7  quote/proforma invoice from Pearson, correct?

8       A    Yes.

9       Q    And that invoice identifies the Georgia

10  Department of Education as the customer?

11      A    It does.

12      Q    It also notes that Nakeba Rahming is the

13  contact at the Georgia Department of Education?

14      A    Yes.

15      Q    And the invoice itself identifies four

16  products, correct?

17      A    Yes.

18      Q    All of those products relate to the BASC,

19  B-A-S-C, 3?

20      A    It appears so.

21      Q    Do you know what the BASC-3 is?

22      A    I don't.

23      Q    There is then a purchase order that

24  follows the proforma invoice, correct?

25      A    Uh-hum.  (Affirmative.)



1       Q    The purchase order is signed by Charles
2   Queen?
3       A    Yes.
4       Q    Am I reading that correctly?
5       A    Yes.
6       Q    Who is Charles Queen?
7       A    Charles worked in the procurement team as
8   well and managed most of our purchase orders.
9       Q    Is the purchase order the evidence that
10  payment actually was rendered for a particular
11  contract?
12      A    No.  It would have been what we call an
13  encumbrance, so that we would rope off the funds to
14  pay for it after the goods or services were
15  received.
16      Q    So the proforma invoice is Pearson telling
17  the Department of Education how much money the
18  contract is going to cost, and the purchase order is
19  segregating those funds to make sure they're
20  available to satisfy the debt at some point?
21      A    That's correct.
22           MS. GARDNER:  I'd like to have the court
23      reporter mark this document as Plaintiff's
24      Exhibit 915.
25           (WHEREUPON, Plaintiff's Exhibit-915 was



1          marked for identification.)

2    BY MS. GARDNER:

3          Q    You've been handed Plaintiff's Exhibit

4    915.  This is an email from Vickie Cleveland to

5    Joseph McLeod, dated October 10, 2018, with a copy

6    to Lesley Easley, Shanta Rishi Dube, and Jaquenetta

7    Dugger.

8               There is one attachment to this email,

9    which is a PDF with the file name "signed contract

10   26827 GA State (003)."

11              The Bates-stamp on this document is

12   GA00334996.

13              I'd like to turn your attachment -- turn

14   your attention to the attachment, which has a

15   beginning Bates number of GA00335000.

16              I'm correct that this is a contract

17   between the State School Superintendent, on behalf

18   of GaDOE, and the Board of Regents of the University

19   System of Georgia on behalf of Georgia State

20   University?

21         A    Correct.

22         Q    And you signed this contract on behalf of

23   GaDOE on Page 5, correct?

24         A    Yes.

25         Q    And the contract is also signed by Ken



1   Packman, who is an assistant vice president at

2   Georgia State University, or the Board of Regents,

3   one of those?

4       A    It appears so.

5       Q    Going back to the first page of the

6   contract, correct that in the second paragraph the

7   contract says:  "The Department has identified the

8   need to create training materials and deliver

9   training on Trauma Informed Care (TIC) practices for

10  GNETS staff"?

11      A    Yes.

12      Q    And Department here refers to the Georgia

13  Department of Education, correct?

14      A    Correct.

15      Q    In the scope of services it says,

16  "Contractor will provide GNETS staff with the

17  training necessary for them to embrass a trauma

18  informed care (TIC) model," correct?

19      A    Correct.

20      Q    And the contractor here is Georgia State

21  University?

22      A    Yes.

23      Q    What are RESAs?

24      A    Regional service agencies, I believe.

25  From what I recall, organizations tasked with



1  serving as a collaborating point for LEAs in a

2  specific geographic region.  So for any of the

3  services or grants that were being allocated on a

4  basis that used the RESA geography, they would

5  service the administrating body for them.

6       Q    Does GaDOE provide funding to the RESAs?

7       A    It does.

8       Q    And what kind of funds does it provide to

9  the RESAs?

10      A    I don't specifically recall.  I believe it

11 was somewhat formula driven.

12      Q    Does the annual state appropriations bill

13 in the section devoted to the Georgia Department of

14 Education contain a section pertaining to RESAs?

15      A    Yes.

16      Q    And does that line item specifically

17 allocate funds to individual RESAs, or is it a lump

18 sum to RESAs as a whole?

19      A    What I recall, I think it's a lump sum.

20      Q    Is GaDOE involved in determining how that

21 lump sum is then individually allocated out to the

22 various RESAs?

23      A    Not that I recall.

24      Q    Who sort of does the work of making those

25 individual allocations once the line item for RESAs



1  is finalized?

2      A    If I remember correctly, it's spreadsheet

3  driven, not dissimilar to some of the other grants

4  that we've looked at, based on enrollment for the

5  LEAs that are members of that RESA.

6      Q    So then there would be some sort of a

7  formula in the way that there's a formula for the

8  GNETS program?

9      A    I believe so.

10     Q    Is that one of the formulas that GaDOE

11  would regularly get from the -- I believe it was the

12  Office of Planning and Budget that provides that?

13     A    I think so, yes.

14     Q    So it's your understanding that that

15  formula for RESA allocations would come with the

16  other Department of Education formulas?

17     A    I believe so.

18     Q    Does GaDOE audit RESAs in any way?

19     A    I don't recall.

20         MS. GARDNER:  I'm going to ask the court

21      reporter to mark this as Plaintiff's Exhibit

22      916.

23         (WHEREUPON, Plaintiff's Exhibit-916 was

24       marked for identification.)

25



1    BY MS. GARDNER:

2        Q    You've been handed Plaintiff's Exhibit

3    916.  This is an email from Larry Winter to Barbara

4    Hampton, you, and Amy Rowell.  The subject is

5    "Forward:  Agreed Upon Procedures Review," and

6    there's one attachment to the email, which is a PDF

7    with the file named "Agreed Upon Procedures Review."

8            The Bates-stamp of this document is

9    GA00289120.

10           Do you recognize this email?

11       A    Not specifically.

12       Q    Do you have any reason to doubt you

13   received this email?

14       A    No.

15       Q    And just to clarify, on this email Larry

16   Winter and Barbara Hampton are both members, at

17   least at this time, of the State Board of Education?

18       A    Correct.

19       Q    In this email Mr. Winter writes:  "As all

20   of you know agreed upon procedures are the lowest

21   form of assurance an accountant can give.  Even so

22   this report underlines we need to have these done on

23   RESAs every year."

24           Do you see that?

25       A    I do.



1    Q    What are agreed upon procedures?

2    A    These are audit steps that are established

3    between either the State entity or an external firm

4    and some other entity regarding the -- an

5    attestation to the information probably in their

6    annual financial report.

7    Q    And what does it mean that they are the

8    lowest form of assurance an accountant can give?

9    A    It would mean that it's a lower level of

10   scrutiny than could otherwise be applied in like a

11   full audit.  So they're more limited in scope, the

12   procedures themselves.

13   Q    Who determines whether a review of a

14   RESA's application of agreed upon procedures is done

15   in any given year?

16   A    I believe it's -- well, I don't know.  I

17   think it's in code, but I'm not sure about that.  My

18   guess is that they are held to a similar requirement

19   that an LEA is, that there has to be some sort of an

20   attestation on a regular basis, but I don't know

21   that for certain.

22   Q    In this email Mr. Winter is saying that,

23   quote:  "We need to have these done on RESAs every

24   year," correct?

25   A    That's what it reads.



1    Q    Was it your understanding that these

2    reports were not done on RESAs every year?

3    A    Apparently not.

4    Q    Was there any change with respect to the

5    frequency of agreed upon procedure review for RESAs

6    after Mr. Winter's email?

7    A    I don't know.

8    Q    In writing this email, Mr. Winter also

9    forwards an email that he received from the

10   executive director of the North Georgia RESA,

11   correct?

12   A    Yes.

13   Q    And that forwarded email contained a copy

14   of the independent accountant's report in applying

15   agreed-upon procedures for the fiscal year ended

16   June 30th, 2017 for the North Georgia RESA?

17   A    Yes.

18   Q    And that report appears as the attachment

19   to this email, which is Bates-stamped GA00289123,

20   correct?

21   A    Yes.

22   Q    In Mr. Winter's email at the very end he

23   says:  "Ted can you ask Greg to forward to us the

24   AUP's on all the Resas for 17 so we can determine if

25   this is an outlier or worse."



1              Do you see that?

2        A    I do.

3        Q    Who is Greg?

4        A    Greg Griffin is the State auditor.

5        Q    And is Mr. Griffin with GaDOE or with the

6   State Department of Audits and Accounts?

7        A    State Department of Audits and Accounts.

8        Q    Did you follow up on Mr. Winter's request?

9        A    I don't remember.

10       Q    Do you know whether the report on the

11  agreed-upon procedures for North Georgia RESA was an

12  outlier?

13       A    I don't recall.

14       Q    What is the Georgia Learning Resources

15  System?

16       A    Georgia Learning Resource -- GLRS --

17       Q    I'm sorry.  It's disconnected from this

18  document.  I'm just asking you generally.

19       A    I don't know.

20       Q    Do you know how GRLS is funded?

21       A    I don't.

22       Q    Do you know what the relationship is

23  between RESAs and GRLS?

24       A    I do not.

25            MS. GARDNER:  I'd like to ask the court



1          reporter to mark this document as Plaintiff's

2          Exhibits 917.

3               (WHEREUPON, Plaintiff's Exhibit-917 was

4           marked for identification.)

5     BY MS. GARDNER:

6          Q    You've been handed Plaintiff's Exhibit

7     917.  This is an email from Nakeba Rahming to quite

8     a number of recipients.  You're included on the cc:

9     line in this email, which was sent on April 2nd,

10    2018.

11              The subject is "Vendor on Behalf of GLRS

12    MOA and Supporting Documents," and there are several

13    attachments to this email.

14              The Bates-stamp on this email is

15    GA00287432.

16              Do you recognize the document?

17         A    I don't.

18         Q    Do you have any reason to doubt that you

19    received this email from Ms. Rahming?

20         A    I do not.

21         Q    Looking at this email, can you tell

22    whether there is a particular group or distribution

23    list that was used for the recipients of this email?

24         A    It appears these would be RESA directors.

25         Q    In Ms. Rahming's email she writes:  "We



1  have worked diligently to create resources that we

2  feel may be beneficial to support you in your

3  transition to becoming contractors on behalf of

4  GLRS"

5          Do you see that?

6      A    I do.

7      Q    At this time was it your understanding

8  that RESAs were transitioning to becoming

9  contractors on behalf of GLRS?

10     A    I don't remember.

11     Q    Turning to the first attachment, which is

12 Bates-stamped GA00287434, do you see that?

13     A    I do.

14     Q    Is this a draft Memorandum of Agreement

15 between the State Superintendent, on behalf the

16 Georgia Department of Education, and a contractor on

17 behalf of the Georgia Learning Resources System?

18     A    It appears to be.

19     Q    Is the idea that the contractor would at

20 some point be identified by name once the MOA was no

21 longer in draft form?

22     A    That's my assumption.

23     Q    Did you sign contracts like this entered

24 into with specific RESAs?

25     A    More than likely, yes.



1      Q    In Ms. Rahming's email she also writes,

2    and this is in the middle of her email:  "We have

3    also attached a detail Scope of Work that outlines

4    state and regional priorities."

5           Do you see that?

6      A    I do.

7      Q    And if you turn to that attachment, and

8    that one is Bates-stamped GA00287469.  It's almost

9    at the end of the entire document.

10     A    Okay.

11     Q    This is the scope of work that Ms. Rahming

12    is referencing in her email?

13     A    Yes.

14          MS. GARDNER:  I'd like to have the court

15       reporter mark this document as Plaintiff's

16       Exhibit 918.

17          (WHEREUPON, Plaintiff's Exhibit-918 was

18        marked for identification.)

19    BY MS. GARDNER:

20     Q    You've been handed Plaintiff's Exhibit

21    918.  This is an email from Zelphine Smith-Dixon to

22    Jaquenetta Dugger, with a copy to Amber McCollum,

23    you, and Allan Meyer.

24          The subject is "FY19 GLRS Contract," and

25    there are several attachments.



1           This document is Bates-stamped GA00288292.

2           Do you recognize this email?

3     A    I don't.

4     Q    Do you have any reason to doubt that you

5   received this email from Ms. Smith-Dixon?

6     A    No.

7     Q    In this email Ms. Smith-Dixon says:  "Good

8   evening, Jackie, Here are the documents to upload

9   before Superintendent's Dry Run."

10          Do you see that?

11    A    I do.

12    Q    What is the superintendent's dry run?

13    A    This would have been a practice session of

14  presenting Board items that would have included

15  department staff and the superintendent, in

16  preparation for the Board meeting.

17    Q    And am I correct that the first attachment

18  to this email is a Board item for approval to enter

19  into a new contract?

20    A    Yes.

21    Q    And that Board item has a beginning

22  Bates-stamp of GA00288293?

23    A    Yes.

24    Q    This New Contract item for State Board of

25  Education approval relates to the State Board of



1  Education authorizing the State School

2  Superintendent to enter into a contract with the

3  GLRS vendors; is that correct?

4       A    It appears to be.

5       Q    Under the Performance section, this Board

6  item, like many of the others, has a directive that

7  says, "Describe how the contract will be monitored

8  to ensure goods and services are provided in

9  satisfactory manner."  Correct?

10      A    Yes.

11      Q    And here it says:  "The GLRS will submit

12 quarterly data reports that will align with the

13 invoiced deliverables as outlined in the mutually

14 agreed upon scope of work.  The Georgia Department

15 of Education will provide direct oversight to

16 support effective implementation of practices for

17 each GLRS."  Correct?

18      A    Correct.

19      Q    Turning to the second page of this Board

20 item, this identifies this particular board item as

21 an intergovernmental contract.

22           Do you see that?

23      A    I do.

24      Q    What is an intergovernmental contract?

25      A    It would be a contractual arrangement



1    between the Department and another government

2    entity.

3         Q    In what way was this an intergovernmental

4    contract?

5         A    It appears to be funding allocated to --

6    my guess is either to LEAs or to some other state or

7    legal entity.

8         Q    Are RESAs governmental entities?

9         A    That's my understanding.

10        Q    And what is that understanding based on?

11        A    Nominal experience in the room.

12        Q    Are there -- is there any portion of the

13   State code that informs your understanding that

14   RESAs are governmental entities?

15        A    Not that I can recall.

16        Q    Okay.  But it's your understanding that

17   they are governmental entities?

18        A    Yes.  In the sense they were considered

19   LEAs.

20        Q    That RESAs were considered LEAs?

21        A    That was my understanding.

22        Q    And there's -- but you don't have like a

23   sort of source for where the understanding --

24        A    No --

25        Q    -- that understanding comes from?



1          A    I don't have any statutory code or

2     support.

3               MS. GARDNER:   I'd like to have the court

4          reporter mark this document as Plaintiff's

5          Exhibit 919.

6               (WHEREUPON, Plaintiff's Exhibit-919 was

7           marked for identification.)

8     BY MS. GARDNER:

9          Q    You've been handed Plaintiff's Exhibit

10    919.  This is an email from Leigh Ann Cross to

11    Zelphine Smith-Dixon, dated September 4, 2018, with

12    the subject "Forward:  Signed," and it has a large

13    number of attachments.

14              The document is Bates-stamped GA02273585.

15              I'd like you to take a look at the

16    attached documents.

17              Can you confirm these are fully executed

18    versions of MOUs between GaDOE and contracts for

19    GLRS?

20         A    Look at all of them?

21         Q    Well, if you want to, or you can do a

22    spot-check.

23         A    They appear to be, yes.

24         Q    So, for example, the first attachment is a

25    fully executed MOU between GaDOE and Metro RESA on

1  behalf of the Georgia Learning Resources System.  Is

2  that correct?

3        A    Yes.

4        Q    And you signed that contract on behalf of

5  GaDOE?

6        A    That's correct.

7        Q    In most cases these executed contracts are

8  RESAs on behalf of GLRS; is that correct?

9        A    That appears to be the case.

10        Q    And I believe, as you said before, that

11  it's your understanding that as CFO, you were the

12  person who signed contracts on behalf of GaDOE and

13  no one else?

14        A    That's correct.

15             MS. GARDNER:  Can we take a five- or

16        ten-minute break.

17             MR. PICO PRATS:  Sure.

18             THE VIDEOGRAPHER:  The time is 3:13 p.m.

19             We're off the record.

20             (A recess was taken.)

21             THE VIDEOGRAPHER:  The time is 3:20 p.m.

22        and we are back on the record.

23             MS. GARDNER:  I'm happy to report that is

24        all the questions I have for you today.  So

25        you're free to go.



1        MR. PICO PRATS:  No questions from me

2   either.

3        THE VIDEOGRAPHER:  This concludes the

4   video deposition of James Theodore Beck.

5        We are off the record at 3:21 p.m.

6        (Whereupon, the deposition concluded at

7   3:21 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1                          C E R T I F I C A T E

2

3     STATE OF GEORGIA:

4     FULTON COUNTY:

5

6              I hereby certify that the foregoing

7     transcript of JAMES THEODORE BECK was taken down, as

8     stated in the caption, and the questions and answers

9     thereto were reduced by stenographic means under my

10    direction;

11             That the foregoing Pages 1 through

12    205 represent a true and correct transcript of

13    the evidence given upon said hearing;

14             And I further certify that I am not of kin

15    or counsel to the parties in this case; am not in

16    the regular employ of counsel for any of said

17    parties; nor am I in anywise interested in the

18    result of said case.

19

20             IN WITNESS WHEREOF, I have hereunto

21    subscribed my name this 6th day of February, 2023.

22                              *Wanda L. Robinson*

23    _____

24             Wanda L. Robinson, CRR, CCR No. B-1973
                   My Commission Expires 10/11/2023

25



1              D I S C L O S U R E

2    STATE OF GEORGIA  ) VIDEOTAPE DEPOSITION OF
     FULTON COUNTY       JAMES THEODORE BECK - 1/27/23
3              Pursuant to Article 10.B of the Rules and

4    Regulations of the Board of Court Reporting

5    of the Judicial Council of Georgia, I make the

6    following disclosure:

7              I am a Georgia certified court reporter.

8    I am here as a representative of Esquire Deposition

9    Solutions, LLC, and Esquire Deposition Solutions,

10   LLC was contacted by the offices of U.S. Attorney's

11   Office to provide court reporter services for this

12   deposition.  Esquire Deposition Solutions, LLC will

13   not be taking this deposition under any contract

14   that is prohibited by O.C.G.A. 9-11-28 (c).

15             Esquire Deposition Solutions, LLC has no

16   contract/agreement to provide court reporter

17   services with any party to the case, or any counsel

18   in the case, or any reporter or reporting agency

19   from whom a referral might have been made to cover

20   this deposition.

21             Esquire Deposition Solutions, LLC will

22   charge the usual and customary rates to all parties

23   in the case, and a financial discount will not be

24   given to any party to this litigation.

25



ERRATA SHEET FOR THE TRANSCRIPT OF:

Deponent Name:  JAMES THEODORE BECK

Case Caption:   United States of America vs. State
                of Georgia

Case No. :  1:16-cv-03088-ELR

        I do hereby certify that I have read all
questions propounded to me and all answers given by
me on the 27th day of January, 2023, taken before
Wanda L. Robinson, and that:

_____1) There are no changes noted.

_____2) The following changes are noted:

        Pursuant to state rules of Civil Procedure
and/or the Official Code of Georgia Annotated
9-11-30(e), both of which read in part:  Any changes
in form or substance which you desire to make shall
be entered upon the deposition with a statement of
the reason given for making them.
        Accordingly, to assist you in effecting
corrections, please use the form below:

CORRECTIONS:

_____

Page       Line          Change          Reason For Change

_____

_____

_____

_____

_____



JAMES THEODORE BECK                                          January 27, 2023
UNITED STATES vs STATE OF GEORGIA                                        209

1                    CERTIFICATE   OF DEPONENT

2

3        I hereby certify that I have read and examined

4   the foregoing transcript, and the same is a true and

5   accurate record of the testimony given by me.  Any

6   additions or corrections that I feel are necessary,

7   I will attach on a separate sheet of paper to the

8   original transcript.

9

10                       _____

11                            Signature of Deponent

12

13       I hereby certify that the individual

14  representing himself/herself to be the above-named

15  individual, appeared before me this _____ day of

16  _____, 2023, and executed the above

17  certificate in my presence.

18

19

20                       _____

21                               NOTARY PUBLIC

22

23  MY COMMISSION EXPIRES:

24

25

