1          UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF GEORGIA

3

United States of America,              No.
4                                       1:16-CV-03088-ELR
     Plaintiff,

5

vs.

6

State of Georgia,

7

     Defendant.

8  ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

9

10

11

12

     VIDEOTAPED VIDEOCONFERENCE ZOOM DEPOSITION OF

13                    JANEL ALLEN

14               January 9, 2023

15                    8:58 a.m.

16               Conyers, Georgia

17

18

19

20

21

22

23        Marcella Daughtry, RPR, RMR

24    Georgia License No. 6595-1471-3597-5424

25       California CSR No. 14315



```
 1              APPEARANCES OF COUNSEL

 2   For the Plaintiff:

 3        U.S. DEPARTMENT OF JUSTICE
          MR. PATRICK HOLKINS
 4        MS. FRANCES COHEN
          MS. JESSICA POLANSKY
 5        MS. CRYSTAL ADAMS
          950 Pennsylvania Avenue, N.W.
 6        Washington, D.C. 20579
          202.305.6630
 7        patrick.holkins@usdoj.gov
          frances.cohen@usdoj.gov
 8

 9   For the Defendant State of Georgia:

10        ROBBINS FIRM
          MS. MELANIE JOHNSON
11        500 14th Street, NW
          Atlanta, Georgia 30318
12        404.856.3252
          melanie.johnson@robbinsfirm.com
13

14   For the Witness and DeKalb Community Service Board:

15        FREEMAN, MATHIS & GARY, LLP
          MR. ANDREW KIM
16        100 Galleria Parkway
          Atlanta, Georgia 30339
17        akim@fmglaw.com

18
     Also Present:
19
          Sandra LeVert
20        Patrick Murphy, videographer
          Dr. Robert Putnam
21

22

23        *** ALL PARTIES APPEARED REMOTELY ***

24

25
```



```
 1                    INDEX OF EXAMINATION

 2   WITNESS:  JANEL ALLEN

 3

 4   EXAMINATION                                   PAGE

 5   BY MR. HOLKINS                                   7

 6

 7

 8                        *  *  *

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1                      INDEX TO EXHIBITS

2    EXHIBITS                                          PAGE

3    Exhibit 796      Subpoena                          10

4    Exhibit 797      List of names                     30
                      DEKALB005045 to 5047
5
     Exhibit 798      Center of Excellence for          35
6                     Children's Behavioral Health
                      Integrating Research, Policy and
7                     Practice
                      DEKALB003588 to 3592
8
     Exhibit 799      E-mail from Danielle Jones to     70
9                     Christie Brooksher 10/17/19
                      GA00129218 to 129220
10
     Exhibit 800      E-mail from Ashunte Claybrooks    77
11                    to Layla Fitzgerald 3/30/18
                      GA03142380
12
     Exhibit 801      Georgia Apex Program              78
13                    Sustainability Plan
                      GA03142381 to 03142392
14
     Exhibit 802      E-mail chain from Ashunte         91
15                    Claybrooks to Layla Fitzgerald
                      5/15/18
16                    GA03147757 to 03147759

17   Exhibit 803      Letter To Whom It May Concern     94
                      dated 11/20/20
18                    GA00130770 to 130771

19   Exhibit 804      E-mail chain from Janel Allen     100
                      to Danielle Jones 8/12/19
20                    GA00472463 to 472465

21   Exhibit 805      Behavioral Health Referral        101
                      DCSB, School Counselor and
22                    Social Worker Use Only
                      GA00472506
23

24

25



1                    INDEX TO EXHIBITS, CONT'D

2    EXHIBITS                                              PAGE

3    Exhibit 806      E-mail from Apex Technical          103
                      Assistance Response to
4                     Dimple Desai 9/27/21
                      GA04588105 to 04588106
5                     (Confidential, Subject to
                      Protective Order)
6
     Exhibit 807      E-mail chain from Janel Allen       104
7                     to Layla Fitzgerald 4/13/21
                      GA03256694 to 03256695
8
     Exhibit 808      Document produced by DeKalb         118
9                     Community Service Board in response
                      to the United States' subpoena
10                    DEKALB006072 to 006114

11   Exhibit 809      School-Based Mental Health          128
                      Services Apex Program What to
12                    Expect in Outpatient Treatment
                      DEKALB006115 to 006199
13

14

15                            *   *   *

16

17

18

19

20

21

22

23

24

25



 1            THE VIDEOGRAPHER:  We are now on the record.

 2   Today is Monday, January 9th, 2023, and the time is

 3   8:58 a.m. Eastern Time.  This begins the videoconference

 4   deposition of Janel Allen taken in the matter of United

 5   States of America versus State of Georgia, Case Number

 6   1:16-cv-03088-ELR, pending in U.S. District Court for the

 7   Northern District of Georgia, Atlanta Division.

 8            My name is Patrick Murphy.  I am the remote

 9   videographer today, and our court reporter is Marcie

10   Daughtry.  We are both representing Esquire Deposition

11   Solutions.

12            If counsel could please introduce themselves

13   for the record starting with the taking attorney, and

14   then our court reporter will swear in the witness.

15            MR. HOLKINS:  This is Patrick Holkins for the

16   United States.

17            MR. KIM:  This is Andrew Kim with DeKalb County

18   Community Service Board.

19            MS. JOHNSON:  And Melanie Johnson for the State

20   of Georgia.

21            MR. PUTNAM:  I am Robert Putnam for the

22   Department of Justice.

23   >>>

24   >>>

25   >>>



```
 1                          JANEL ALLEN,

 2   called as a witness herein, having been first duly sworn

 3   by the shorthand reporter to speak the truth and nothing

 4   but the truth, was examined and testified as follows:

 5

 6           MR. HOLKINS:  Thank you very much, Patrick and

 7   Marcie.

 8

 9                          EXAMINATION

10   BY MR. HOLKINS:

11       Q   Good morning, Ms. Allen.

12       A   Good morning.

13       Q   Before we dive into questions, I want to run

14   through some instructions.  As you know, this is your

15   deposition occurring via Zoom.  It's not in person, which

16   is unusual.  I want to make sure that we are all on the

17   same page about how this is going to go.

18           As you, I'm sure, can tell, the deposition is

19   being recorded both in text and in video.  To assist the

20   court reporter and videographer, I would ask that you

21   allow me to finish questions before you start your

22   answers.

23           Is that okay?

24       A   Yes.

25       Q   Also, for clarity of the record, I would
```



1  suggest that you and ask that you avoid saying "uh-huh"

2  or "huh-uh" or shaking your head or nodding your head.

3  Instead, reply with words and verbal answers.

4         Is that okay?

5     A    Yes.

6     Q    Do you have any documents in front of you,

7  Ms. Allen?

8     A    I don't.

9     Q    Okay.

10    A    I do not.

11    Q    Okay.  Do you have access to your e-mail right

12  now on the account that you are using for the Zoom?

13    A    I do.

14    Q    Is your e-mail up?

15    A    It is not.

16    Q    Okay.  Is there anyone in the room with you

17  right now?

18    A    No.  I am here alone.

19    Q    Okay.  Is there any reason why you would not be

20  able to answer my questions truthfully today?

21    A    No, there is not.

22    Q    I would like to just run through some

23  abbreviations that I may use in the deposition, again,

24  just to make sure that we're on the same page.  If I

25  refer to "DBHDD," will you understand that to mean the

1  Georgia Department of Behavioral Health and Developmental

2  Disabilities?

3       A   Yes.

4       Q   If I refer to the "Georgia Department of

5  Community Health" -- or excuse me, if I refer to "DCH,"

6  will you understand that to mean the Georgia Department

7  of Community Health?

8       A   Yes.

9       Q   And if I refer to "G-a-D-O-E" or "GaDOE," would

10 you understand that to mean the Georgia Department of

11 Education?

12      A   Yes.

13      Q   And "CSB" means community service board,

14 correct?

15      A   Yes.

16      Q   If I refer to "GNETS," will you understand that

17 to mean the Georgia Network for Educational and

18 Therapeutic Supports?

19      A   Yes.

20      Q   So I think we may be ready for our first

21 document, which is going to be Exhibit 796.

22          MR. HOLKINS:  So just one more thing before we

23 dive in.  Marcie, if I start going too fast at any point,

24 you can raise your hand or just jump in.  Just let me

25 know.



```
 1              THE REPORTER:  Thank you, Patrick.
 2              MR. HOLKINS:  Absolutely.
 3      Q    BY MR. HOLKINS:  So I'm going to pull up a
 4   document right now.  Just give me one second.
 5              (Plaintiff's Exhibit 796 was marked for
 6   identification.)
 7      Q    BY MR. HOLKINS:  So I'm introducing Exhibit
 8   796.  I will give you remote control of the document,
 9   Ms. Allen.  Please take a moment to review it.  You don't
10   need to review it line by line.
11              The question I'm going to ask you is whether
12   you have seen this document before, and you should now
13   have control.
14      A    Okay.
15      Q    I'm going to take the document back.  Give me
16   one second.  I am scrolling to the top of the document.
17              Ms. Allen, have you seen this before?
18      A    I have not seen this particular document, no.
19      Q    Have not.  Okay.
20              And do you understand that this is a subpoena
21   ordering you to testify at a deposition in this matter?
22      A    Yes.
23      Q    And you are testifying in your personal
24   capacity as director of child and adolescent services in
25   the DeKalb Community Service Board.  Is that correct?
```

1       A    Yes.

2       Q    And that's the title you still hold?

3       A    Yes.

4       Q    Ms. Allen, do you understand that DeKalb

5   Community Service Board is not a party in this

6   litigation?

7       A    Yes.

8       Q    All right.  I'm going to set this aside.

9   Again, it was 796.

10          So Ms. Allen, I'd like to ask you some

11   questions about your background and employment history.

12   First let me just ask, how long have you been an employee

13   of the DeKalb Community Service Board?

14       A    I have been an employee for six years.

15       Q    And have you been the director of child and

16   adolescent services for all six of those years?

17       A    No, I have been the director for four years.

18       Q    Okay.  And what position did you hold prior?

19       A    I'm sorry, can you repeat that?

20       Q    Sure.  What -- what position did you hold prior

21   to your current one at DeKalb Community Service Board?

22       A    I held two different positions prior to that.

23   I started off as a child and adolescent case manager, and

24   then I transitioned to child and adolescent program

25   manager.



1      Q    And can you describe the difference between the

2   work of a case manager and a program manager at the

3   DeKalb Community Service Board?

4      A    Yes.  As a case manager, I was a

5   community-based worker, so I went out to schools and

6   homes or other community settings to meet with children,

7   adolescents, and their families, and provided resource

8   connection, skill building.

9          In the program manager role, I was not in a

10  community setting.  I was office-based, and I had two

11  direct reports, peer specialists at that point.

12     Q    When you were a case manager, did you provide

13  direct services to children in a school setting?

14     A    Yes, I did.

15     Q    Was that through the Apex program?

16     A    I had some Apex clients, but I did not provide

17  those services in the school settings.  I went to their

18  homes.

19     Q    Okay.  What services were you providing in

20  school settings as a case manager?

21     A    I did school -- skill building, so that

22  entails, you know, anger management skill building,

23  anything related to what they were in services for.  I

24  essentially supported the work done in therapy in the

25  schools.  And then also if they had IEP meetings, I was



1  there to kind of consult with the education staff and

2  provide them with resources as well.

3       Q    What Apex services were you providing in the

4  home setting when you were a case manager?

5       A    In the home, I was, again, still doing skill

6  building but more so focused not just on with the child,

7  but with the parent as well, so assisting the parent with

8  things like behavior modification skill building

9  interventions.

10      Q    Uh-huh.  And when you were program manager,

11  before you became director of -- of child and adolescent

12  services at DeKalb Community Service Board, did you have

13  responsibility with respect to the Apex Program?

14      A    As a program manager, no, I did not have any

15  responsibility over the Apex Program.

16      Q    Okay.  Did you have any role in implementing

17  school-based services in that capacity as program

18  manager?

19      A    No, I did not.

20      Q    Okay.  So you -- if I understand correctly, as

21  case manager you were providing services in a school

22  setting outside of the Apex Program; is that correct?

23      A    That's correct, yes.

24      Q    Were you -- was -- was there a formal program

25  that this was implemented through?



1      A    That was through our outpatient services.

2      Q    Okay.  So is it fair to say that DeKalb

3  Community Service Board offers school-based services

4  through its general outpatient program separate and apart

5  from the Apex Program?

6      A    Yes, that's -- that is correct.  That is a -- a

7  service that we offer through our outpatient services.

8  It's not school-based.  It's outpatient services, and the

9  location at times can be at the school, as well as other

10  community settings.

11      Q    Understood.

12           So among the available settings for your

13  general outpatient services are schools?

14      A    Yes.  One of them are -- can be.

15      Q    Okay.

16      A    Yes.

17      Q    And before we talk about your current role,

18  could you describe for us your educational background

19  after high school?

20      A    Yes.  Do you also need the -- just to clarify,

21  do you need the school -- the school location?

22      Q    If you could -- yeah, if you could provide the

23  degree that you attained, the school you attained a

24  degree from, and the year, that would be sufficient.

25      A    Okay.  Great.



1              Just starting with my bachelor's degree, I have

2     a bachelor's degree in psychology that I obtained in 2012

3     from the University of Georgia, a bachelor's degree in

4     sociology, also from the University of Georgia in 2012.

5     And I have a master's of science from the Mercer

6     University that I attained in 20 -- 2015.

7          Q    Okay.  That was a master's in what, I'm sorry?

8          A    Master's of science in clinical --

9          Q    Master's?

10         A    Yes, in clinical rehabilitation counseling.

11         Q    And that was in which year, I'm sorry?

12         A    2015.

13         Q    Okay.  Do you have a current clinical

14    licensure?

15         A    Yes, I do.

16         Q    And what is that licensure?

17         A    I am a licensed professional counselor.

18         Q    Do you hold any other licenses?

19         A    I don't have any other licenses.  I have a

20    certification as a certified rehabilitation counselor.

21         Q    Could you describe what that certification

22    process was to become a certification -- a certified

23    rehabilitation counselor?

24         A    Yes.  So I -- it's a separate program from the

25    clinical mental health counseling program.  Some of



1  the -- the courses are the same except it has a focus on

2  disability.  So I went through that program.  It's a

3  60-hour program.  And then in addition to the test that I

4  had to take to obtain my LPC, which is my licensed

5  professional counselor, I had to take another exam, the

6  certified rehabilitation counselor exam, to attain that

7  certification.

8      Q   When did you attain that certification?

9      A   In 2018.

10     Q   And it's current?

11     A   Yes, it is.

12     Q   So one thing I -- I forgot to mention on the

13  front end is that we will be taking breaks regularly.  I

14  guess maybe at least every 90 minutes, if not more

15  frequently.  Ms. Allen, if you need a break at any point,

16  just let me know.  The only thing I would ask, if there

17  is a question pending, you first answer the question

18  before we take that break.

19         MR. HOLKINS:  The same goes for the counsel or

20  court reporter or videographer.  If anyone needs a break

21  at any point, just let me know.

22         THE WITNESS:  Yes, I understand.

23     Q   BY MR. HOLKINS:  So let's talk about your

24  current role, which you've been in for four years,

25  correct?

```
 1        A   Yes.
 2        Q   And that's as child and adolescent services
 3   director at the DeKalb Community Service Board?
 4        A   Yes.
 5        Q   What are your duties in that role?
 6        A   As the child and adolescent director, I am
 7   responsible essentially for the operations and any
 8   clinical oversight over child, adolescent and young adult
 9   services.  So young adult services actually extends to
10   age 26, so that's in -- in our outpatient programs.
11            I also have oversight over the Apex Program,
12   which is our school-based program, and over our child and
13   adolescent community support team, which are the case
14   managers, and also the peer -- parent peer specialist.
15        Q   Do you supervise staff in your role?
16        A   Yes, I do.
17        Q   So I want to kind of go program by program.
18   For the Apex Program, how many staff it usually provides,
19   approximately?
20        A   Currently I have five staff.  It can be up to
21   seven.
22        Q   Is it fair to say that there are two vacancies
23   in the Apex Program in DeKalb Community Service Board
24   currently?
25        A   Currently, yes.
```



1       Q    And what are those vacancies, the positions?

2       A    They are therapist positions.

3       Q    And then for the child and support program, the

4  case managers, how many staff do you supervise?

5       A    We have four case managers.

6       Q    And these are all child and adolescent-specific

7  case managers, or are they also seeing adults?

8       A    No.  They only see children and adolescents.

9       Q    Okay.  And who do you report to in your current

10 role?

11      A    I report to the chief clinical officer.

12      Q    Who is that?

13      A    Renee Dryfoos.

14      Q    In your current role, do you coordinate on a

15 regular basis with any staff at the Georgia Department of

16 Behavioral Health and Developmental Disabilities?

17      A    Yes, I do.

18      Q    With whom do you coordinate at DBHDD?

19      A    I speak with Layla Fitzgerald and Danielle

20 Jones.

21      Q    Is that -- in your coordination with Mrs. --

22 Ms. Fitzgerald and Ms. Jones, is that with respect to the

23 Apex Program?

24      A    Yes, it is.

25      Q    Do you coordinate at all with Danté McKay at



1  DBHDD?

2      A   I have been in meetings with him but not -- I

3  don't direct -- usually do not directly coordinate with

4  Danté.

5      Q   Do you coordinate with Monica Johnson at --

6  formerly at DBHDD?

7      A   No, I don't.

8      Q   Do you coordinate directly with any staff at

9  the Georgia Department of Community Health or DCH?

10     A   I have been in meetings with -- they

11 don't -- they don't work -- I don't believe they work

12 directly with the Department of Community Health.  I

13 coordinate with some of the community representatives for

14 some of the insurance providers but not -- I don't

15 believe they work directly for DCH.

16     Q   Understood.  Are you referring to the care

17 management organizations?

18     A   Yes, I am.

19     Q   Okay.  Could you just provide a little bit more

20 detail about those meetings?  In what context are you

21 meeting with community representatives at the care

22 management organizations?

23     A   They are just general community meetings

24 related to child and adolescent services in DeKalb

25 County, so we just kind of get together and discuss gaps



1    in -- you know, in the community for children and

2    adolescents, and the representatives from some of the

3    care managed entities come because they often do

4    community health fairs and things of that nature.

5        Q    Who else participates in those meetings?

6        A    It's other child-serving agencies, some school

7    district representatives, DFCS, Department of Juvenile

8    Justice, anyone who -- community stakeholders,

9    essentially.

10       Q    What is DFCS?  Can you just define that acronym

11   for the record?

12       A    Department of Family and Children Services.

13       Q    And that's a State agency, correct?

14       A    Yeah.  Yes.

15       Q    Does DBHDD participate in those meetings that

16   you just described?

17       A    Yes.

18       Q    Who represents DBHDD in those meetings?

19       A    Olga Pittman.

20       Q    Pittman?

21       A    Pittman.

22       Q    And do you know whether there are

23   representatives at DCH in those meetings?

24       A    No, there is not.

25       Q    What about the Georgia Department of Education?



1    Is that agency represented in these meetings?

2         A    No.

3         Q    And is there a -- a name or a title for these

4    meetings?  How -- how are they termed?

5         A    It's the DeKalb Child and Adolescent Coalition

6    meeting.

7         Q    Okay.  How frequently do these coalition

8    meetings go?

9         A    Bimonthly.

10        Q    And have they been going on as long as you have

11   been the child and adolescent director?

12        A    Yes.

13        Q    Is this unique to DeKalb County, or is it your

14   understanding that similar meetings are happening for

15   Georgia's other counties?

16        A    I'm unsure for other counties.

17        Q    So you have not heard of a similar meeting

18   happening for any other county in Georgia?

19        A    I'm -- I'm unaware of what happens in other

20   counties.

21        Q    So you mentioned that there -- one topic of

22   discussion during these coalition meetings is gaps in

23   child and adolescent community services; is that

24   accurate?

25        A    Yes.



 1      Q   How recently has this coalition discussed gaps

 2   in child and adolescent community services in DeKalb

 3   County?

 4      A   We had a meeting last month.

 5      Q   And that was the topic of discussion at that

 6   meeting?

 7      A   Yes.  That's the general topic of the meetings.

 8      Q   Of the meetings.  Understood.

 9          And what specific gaps in child and adolescent

10   services in DeKalb County had been identified for these

11   coalition meetings?

12      A   Access to after-school programming, summer

13   programming, programming for older teens, connecting them

14   to jobs.  Those are generally the things that we look at.

15   Essentially resources for -- for them in the community,

16   access to resources.

17      Q   Has expanding the Apex Program or school-based

18   behavioral services broadly been the topic of discussion

19   at these coalition meetings?

20      A   No, it has not.

21      Q   And has the coalition identified any specific

22   service gaps, which is to say specific services that are

23   not available sufficiently in DeKalb County, other than

24   what you identified?

25      A   Generally, those are the main things we focus



1    on, are just resources.  So a lot of it just has to do

2    with access to programming, cost.  That's the biggest

3    barrier, so those are the things that we focus on.

4         Q    And when you say cost is the biggest barrier,

5    do you mean reimbursement through Medicaid?  What are you

6    talking about?

7         A    Cost to attend like summer camps.

8         Q    Okay.

9         A    And after-school programs --

10        Q    Uh-huh.

11        A    -- for example.

12        Q    Does the coalition make any recommendations or

13   proposals as a result of these meetings?

14        A    Identifying other community agencies that could

15   be of help to assist the families, that could help

16   address some of the gaps.  So, you know, for example,

17   that's when the -- the care managed entities joined so we

18   could get a sense to see if, you know, some of their

19   programs could support, you know, summer camp or after

20   school.  So it's identifying other community partners to

21   bring on board to help with -- identify those gaps or be

22   a resource for those gaps.

23        Q    And has the Georgia Department of Education

24   ever been identified as a key community partner that

25   should be participating in these discussions?



1      A    Not the State agency, no.  We have the local

2   school district that joins the meetings.

3      Q    Okay.  But -- but no -- no one from Georgia

4   Department of Education, correct?

5      A    No.

6      Q    Do representatives of GNETS programs

7   participate in these coalition meetings?

8      A    No, they don't.

9      Q    And have GNETS program directors ever been

10  identified in the coalition meetings as key community

11  partners who should be participating?

12     A    No, they have not.

13     Q    So I know that your role as child and

14  adolescent services director is broadly oversight over

15  the programs that you described, and I want to go program

16  by program starting with Apex and just get a -- a more

17  detailed sense of what that oversight responsibility

18  looks like.  And so for Apex, what are your day-to-day

19  responsibilities in overseeing that program?

20     A    That is being available to the therapists who

21  work in the school building for any clinical

22  consultation, so if they have any questions about cases.

23  It is communicating directly with the school system, if

24  there are any programmatic concerns or operational

25  concerns within the school building.

1          I also -- that is also doing reports on a

2     monthly basis and just -- just providing support to my

3     staff with anything that they need, so clinical --

4     clinically and operationally as well.

5          Q    What kind of -- of programmatic or operational

6     concerns would be raised for -- for you to deal with in

7     your -- your capacity of overseeing the Apex Program?

8          A    If there are any programs that we are trying to

9     implement that are within the guidelines of the contract

10    and the grant deliverables, we do need to consult with

11    the school, make arrangements to make sure those things

12    are seen through, make sure that the school understands

13    the things that -- the deliverables that we have to meet

14    for the program.

15          And then operationally, just if there are any,

16    you know, IT issues, sometimes the school can assist us

17    with those things as well.  So that's -- mostly the

18    operation side is usually room, location.  Sometimes

19    there may be different unexpected things that go on in

20    the school that we need assistance with.

21          Q    Are you -- do you coordinate directly with

22    school administrators as part of your oversight

23    responsibilities for Apex?

24          A    Yes.

25          Q    And can you now tell me a little bit about the



```
 1   kind of day-to day responsibilities you have with respect

 2   to overseeing the case managers providing child and

 3   adolescent services at DeKalb?

 4        A   So I'm the director of the program, but I have

 5   a program manager that actually has day-to-day oversight

 6   directly over the case managers.  But my role in that is

 7   overseeing her and making sure that she understands the

 8   policies, procedures, understand the supervision needs of

 9   that program and how it operates.

10        Q   Would you say that you -- your current role had

11   responsibility for strategic development of the Apex

12   Program at DeKalb Community Service Board?

13        A   Yes.

14        Q   You mentioned one of your duties in overseeing

15   the Apex Program is providing monthly reporting.  Is that

16   accurate?

17        A   Yes.

18        Q   And is that reporting to DBHDD?

19        A   Yes, it is.  But it actually goes, I think,

20   directly first to the Center of Excellence.

21        Q   Right.  That's at the Georgia State University,

22   correct?

23        A   Yes.

24        Q   And you're submitting monthly progress reports

25   and monthly programmatic reports in connection with the
```



1  Apex Program; is that accurate?

2      A    Yes.

3      Q    Do you provide any other monthly reporting to

4  the GSU's Center of Excellence or to DBHDD directly in

5  connection with the Apex Program?

6      A    No.

7      Q    Do you meet regularly with -- let me just start

8  it this way.

9          Do you ever meet with staff at the Georgia

10 State University Center of Excellence with respect to the

11 Apex Program?

12     A    We have, yes, met.  Yes.

13     Q    Is that a regular meeting?

14     A    Can you define regular?

15     Q    Are you meeting on a monthly basis with staff

16 at the Georgia State University Center of Excellence with

17 respect to the Apex Program?

18     A    No, not monthly.

19     Q    And when you have met -- well, when was the

20 last time you met with staff at the Center of Excellence

21 with respect to Apex?

22     A    I can't recall the actual month.

23     Q    Was -- was it in the last year?

24     A    Yes.

25     Q    Okay.  And what was that meeting about?



1       A   I can't recall.  I'm sorry.

2       Q   You referenced providing monthly progress

3   reports and programmatic reports to the Center of

4   Excellence in connection with the Apex Program, correct?

5       A   Yes.

6       Q   Do you ever meet with the Center of Excellence

7   staff concerning the reporting that you provide?

8       A   No.

9       Q   Do you ever meet with DBHDD concerning the

10  reporting that you provide to the Center of Excellence

11  about DeKalb County's -- DeKalb -- DeKalb Community

12  Service Board's Apex Program?

13      A   No.

14      Q   Do you have any understanding of what happens

15  with the data that you provide with respect to the Apex

16  Program to Center of Excellence?

17      A   Yes.  From what I understand, it's compiled and

18  put into an annual report to show statewide the numbers

19  for all the Apex programs.

20      Q   Has DBHDD ever made recommendations for changes

21  to DeKalb's Apex Program in response to the data that was

22  reported?

23      A   Yes.

24      Q   What are the specific changes?

25      A   That the schools, it's increased their



1  referrals to the program.

2      Q   And was that based on review of the monthly

3  progress reporting data, to the best of your

4  understanding?

5      A   Yes.

6      Q   And after that recommendation was made by

7  DBHDD, did you see an increase in referrals by schools to

8  your area?

9      A   Yes, we did.  Yes, uh-huh.

10     Q   We're gonna talk in more detail about Apex, and

11  I'm going to show you some documents as well.  I think we

12  may be ready to jump into that now, actually, but let me

13  just do a little bit more orientation.

14         Can you describe the catchment area served by

15  DeKalb Community Service Board?

16     A   DeKalb County, Georgia.

17     Q   It's just -- just DeKalb County?

18     A   Yes.

19     Q   Okay.  Are you aware of whether there are GNETS

20  facilities located in DeKalb County?

21     A   Yes, I am.

22     Q   Are you able to identify the GNETS programs or

23  facilities located in DeKalb County?

24     A   One school, yes.

25     Q   What is that school?



```
 1        A    Eagle Woods Academy.

 2        Q    Are there any other GNETS schools or programs

 3   based in DeKalb County to your knowledge?

 4        A    Not that I am aware of.

 5        Q    Have you ever visited Eagle Woods Academy?

 6        A    I have not.

 7        Q    Have you ever visited any GNETS program or

 8   facility?

 9        A    I have not.

10        Q    All right.  Give me a second, and I'm going to

11   start showing some more documents.

12        A    Okay.

13        Q    We are up to 797.

14             (Plaintiff's Exhibit 797 was marked for

15   identification.)

16        Q    BY MR. HOLKINS:  Before I share this,

17   Ms. Allen, are you aware that DeKalb Community Service

18   Board received a subpoena for documents in connection

19   with this matter?

20        A    Yes.

21        Q    Did you have any role in producing DeKalb

22   Community Service Board's response to that subpoena of

23   the documents?

24        A    Yes.  I provided some of the documents.

25        Q    So what I'm going to pull up now, which is 797,
```



1    is an excerpt from a document that was produced by DeKalb

2    Community Service Board in response to the United States'

3    subpoena for documents.  This is just three pages from a

4    fairly lengthy document.

5         I want to give you control, but let me first

6    just identify what this is.  For the record, this is

7    DEKALB0005045.

8         Ms. Allen, you should have control of the

9    document if you want to scroll through.  Just let me know

10   when you are done.

11   A   Okay.

12   Q   I'm going to take control back and scroll to

13   the top of the document.

14        Ms. Allen, my understanding of -- of this

15   document, at least the first page here, is that it

16   identifies the schools that are participating in the Apex

17   Program through DeKalb Community Service Board; is that

18   accurate?

19   A   That is correct.

20   Q   And is this list current as of today's date?

21   A   Yes, it is.

22   Q   Scrolling down to page 2 and 3, I see a list of

23   individuals identified on both pages.  Is it accurate to

24   say that this is the list of individuals who work on the

25   Apex Program at DeKalb Community Service Board?



1      A    Yes.  During that time period that was

2   requested, yes.

3      Q    During the relevant time period for the

4   response to the subpoena?

5      A    Yes.

6      Q    Okay.  So some of these individuals no longer

7   work at DeKalb Community Service Board; is that correct?

8      A    That is correct.

9      Q    Okay.  I think you said at present there are

10   five individuals who are working on -- under you on the

11   Apex Program at the DeKalb Community Service Board?

12      A    Yes.

13      Q    Okay.  I'm going to scroll back up to the list

14   of schools.  Did you have any role in identifying any of

15   these schools to participate in the Apex Program?

16      A    No, I did not.

17      Q    Are you coordinating directly with school

18   administrators at each of these schools with respect to

19   the Apex Program?

20      A    Yes, I do.  More specifically, my therapist has

21   more direct interaction with the -- the administrators at

22   each specific school.

23      Q    And going back, do you have any understanding

24   of how these schools were selected to participate in the

25   Apex Program offered by DeKalb Community Service Board?



1    A   Yes.  I -- I don't know the exact name of the

2    model, but the DeKalb schools, I believe, uses the --

3    what's called the CCRPI scores to identify the -- excuse

4    me -- the lower performing schools.  And that's how they

5    were identified.

6    Q   And what -- can you just describe what the

7    metrics are and the factors that are relevant to that

8    score?

9    A   It's -- I think it's a college readiness

10   indication score, I believe.  That's really my knowledge

11   related to that.

12   Q   That's fine.  Do you know whether the -- the

13   number or percentage of students with diagnosed

14   behavioral health conditions factors into the decision of

15   whether a school should receive Apex services at DeKalb

16   Community Service Board?

17   A   I do not know.

18   Q   Do you think that's a relevant factor for

19   deciding which schools should participate in the Apex

20   Program?

21   A   Not necessarily, because most kids have an

22   undiagnosed mental health condition.  So that would be,

23   you know, kind of hard to determine prior to selecting a

24   school.

25   Q   Do you think that if -- is it relevant -- if a



1   school is reporting a significant number of behavioral

2   issues, is that a relevant factor in selecting whether

3   their school should participate in the Apex Program?

4        A   Yes, it would be.

5        Q   What about placements in GNETS?  Do you view

6   that as a relevant factor in determining which schools

7   should be receiving Apex services?

8        A   I am unsure because I'm not really -- I don't

9   have knowledge about placements in GNETS program.

10       Q   So do you understand that students in schools

11  like these can be referred for placement in the GNETS

12  program?  Is that consistent with your understanding?

13       A   Yes.

14       Q   Have you ever seen any data reflecting the

15  number of students referred from the schools within

16  DeKalb County to GNETS programs?

17       A   I have not.

18       Q   If a school were to send ten or more students

19  every year to a GNETS program, do you think that would be

20  relevant to the decision of whether that school should be

21  participating in Apex?

22       A   I'm unsure.

23       Q   Why are you not sure?

24       A   I mean, there -- there would be other factors

25  I would have to -- I would look at.  Compared to the



1  entire population of the school, it's -- I wouldn't be

2  able to affirmly say yes or no.

3       Q   But you would agree that the number of

4  referrals from the school to GNETS could be a relevant

5  factor in determining whether they would benefit from

6  Apex services?

7       A   Yes.

8       Q   Let's set this aside.  I'm going to bring up

9  another document.  Give me a second.

10          (Plaintiff's Exhibit 798 was marked for

11  identification.)

12      Q   BY MR. HOLKINS:  Ms. Allen, I just posted what

13  we are going to mark as Exhibit 798.  This is also a

14  document that was produced by DeKalb Community Service

15  Board in response to the United States' subpoena in this

16  matter.  It's an excerpt of a fairly large document.  And

17  for the record, I will identify this one as DEKALB003588.

18          It's -- it's fairly long itself, and so I don't

19  want to take too much time.  I do want to direct you to

20  page 5 of the document, which identifies you as the

21  person submitting this report, with your e-mail address

22  and the date of the submission, which was April 4th,

23  2022.

24          My first question to you, Ms. Allen, is,

25  whether this is an example of a monthly progress report



1    for the Apex Program?

2         A    Yes, it is.

3         Q    Okay.  And specifically -- give me one second.

4    So this is a -- a monthly progress report in connection

5    with the Apex Program offered by DeKalb Community Service

6    Board at E.L. Miller Elementary, correct?

7         A    Yes.

8         Q    Apex 2.0, what does that mean?

9         A    We have two separate lines of funding for the

10   Apex Program.  Some of our schools are in the base

11   funding, so the first initial funding for this program;

12   and then there was an expansion of funding that we

13   applied for and received, and those schools are under

14   2.0.  So we have to track those separately under two

15   separate lines of funding.

16        Q    Is DeKalb Community Service Board currently

17   receiving funding for its Apex Program through each of

18   these streams, 1.0, 2.0, and 3.0?

19        A    Not through 3.0.

20        Q    Okay.  So it's just 1.0 and 2.0 currently?

21        A    Yes.

22        Q    Has DeKalb Community Service Board ever

23   received funding through Apex 3.0?

24        A    No, we have not.

25        Q    Has DeKalb Community Service Board applied for



1  funding through Apex 3.0?

2      A   For 3.0, yes, we did.

3      Q   And you were denied that funding?

4      A   That is correct.

5      Q   When did that occur?

6      A   I believe that was in 2021.

7      Q   Thank you.

8          So I'm going to just scroll through this

9  document and ask you questions about some things that

10  come up.  So on page 6, just to confirm, these are the

11  relevant grades for E.L. Miller Elementary, correct,

12  pre-K through fifth grade?

13     A   Yes.

14     Q   And on page 7 of this document, you identified

15  the number of unique students receiving school-based

16  behavioral health services.  And this lists three,

17  correct?

18     A   Yes.

19     Q   Are you still providing monthly reporting for

20  E.L. Miller?

21     A   Yes.

22     Q   So also on page 7 there is a list of referral

23  sources, correct?

24     A   Yes.

25     Q   And this identifies for the relevant month, one



1   referral by a school counselor, correct?

2        A    That is correct.

3        Q    In your experience overseeing the Apex Program

4   in DeKalb Community Service Board, what are the most

5   common referral sources for Apex services by schools?

6        A    The school counselor.

7        Q    Have you ever seen a referral by a GNETS

8   program for Apex services?

9        A    No, I have not.

10       Q    So in scrolling down to page 8, there's a

11  prompt to indicate the number of Tier II school-based

12  mental health services and then a list of those services.

13            Let me first ask you, Ms. Allen, what are Tier

14  II services?

15       A    Tier II services are -- identifies at risk or

16  screening level services, so that could be attending RTI

17  meetings, IEP meetings for students who are not -- we are

18  not currently servicing.  They have been identified as

19  potential referrals.  It could also be group services

20  that we do for students who are not being serviced but

21  maybe they have a -- a particular identified challenge

22  that the school would like us to do groups on.  And also,

23  it could be a crisis intervention support as well.

24            So more of the focus are on students that are

25  not being provided with direct services currently.



1        Q    And just to confirm, this document, page 8,

2    reflects that there were zero children at E.L. Miller

3    Elementary that received Tier II services for this

4    reporting period; is that correct?

5        A    That is correct.

6        Q    Okay.  So I want to scroll down and now talk

7    about Tier III services, and that's identified here as

8    individualized interventions for students identified as

9    living with behavioral health diagnoses.  Is that

10   consistent with your understanding of what Tier III

11   refers to?

12       A    Yes.

13       Q    So there's a list of services here, Tier III

14   services, and it appears that you identified the number

15   of students that receive each of those services for the

16   reporting period; is that correct?

17       A    That is correct.

18       Q    I see that there were two children who received

19   behavioral health assessments in a school setting during

20   the reporting period at E.L. Miller, correct?

21       A    That is correct.

22       Q    What is the behavioral health assessment?

23       A    That is an assessment we do at intake, so when

24   they first enter the program, and we repeat it every six

25   months after that to look at that progress.  So we have



1  different outcome measures included in that.  So it just

2  gives us a clinical outlook of the clients that we are

3  serving and their families.

4      Q   So if I understand correctly, this is a

5  requirement for the children who are entering the Apex

6  Program to receive it; is that accurate?

7      A   Yes.

8      Q   And what -- and it recurs every six months for

9  students who remain enrolled in Apex, correct?

10     A   That is correct.

11     Q   What -- what events would trigger a -- a

12  reassessment before that six-month period?

13     A   If they go into the hospital in an inpatient

14  setting.

15     Q   Anything else?

16     A   No.

17     Q   And so if a student was referred for a GNETS

18  placement, that would not trigger a new behavioral health

19  assessment, correct?

20     A   Not -- no, not in that particular circumstance.

21     Q   In what circumstance would it trigger a

22  behavioral health assessment, other than if there was an

23  admission to a hospital?

24     A   No, that's -- that would be it.

25     Q   Okay.



1        A    As far as my experience, yes.

2        Q    Okay.  I'm gonna ask you to describe a few more

3   of the services here, but first let me ask you, are you

4   familiar with the term "functional behavioral

5   assessment"?

6        A    Yes, I am.

7        Q    And how is that different from a behavioral

8   health assessment?

9        A    The behavioral health assessment is -- it's --

10  it also includes a psychosocial assessment, so it's also

11  looking at their clinical history, just kind of overall

12  functioning mentally, as well as behavior of --

13  functional behavior.  FBA, essentially, is just looking

14  at particular behaviors related to their emotional

15  behavior disorder over a period of time.

16       Q    Just to confirm, F -- FBA is your functional

17  behavioral assessments, are not identified here as a

18  Tier III service, correct?

19       A    No.  I don't believe so, no.

20       Q    And does DeKalb Community Service Board, either

21  through Apex or through its general outpatient services,

22  offer functional behavioral assessment?

23       A    We do not.

24       Q    Do you believe that's a gap in the service menu

25  at DeKalb Community Service Board for children and



 1  | adolescents?

 2  |      A   Not currently.

 3  |      Q   You don't think there's a need for functional

 4  | behavioral assessments at DeKalb Community Service Board?

 5  |      A   Not that I have identified, no.

 6  |      Q   Can you describe what a diagnostic assessment

 7  | is and who would perform that at DeKalb Community Service

 8  | Board?

 9  |      A   Yes.  The diagnostic assessment refers to

10  | the -- our psychiatric evaluation, which would be done by

11  | the psychiatrists or could be done by a nurse

12  | practitioner or CNS.

13  |      Q   I want to go back quickly.  What's your

14  | understanding of this -- of what -- let me try again.

15  |          For functional behavioral assessments, what

16  | staff would provide that service if it were offered, what

17  | discipline?

18  |      A   The therapist could perform that, a licensed

19  | therapist.

20  |      Q   So the -- the same licensure that's required

21  | for the therapists currently working in schools through

22  | DeKalb County, DeKalb Community Service Board's Apex

23  | Program; is that correct?

24  |      A   Yes.

25  |      Q   What is crisis intervention as to -- as you



 1  understand it?

 2      A    Yes.  So that could be a student that is

 3  expressing suicidal thoughts, self harming; could be

 4  having behavioral outbursts, being disruptive.  Those are

 5  all considered crisis intervention situations.  And also

 6  if immediate, like grief counseling, if there was a

 7  traumatic event that occurred, as well, that would fall

 8  under that, too.

 9      Q    And would the Apex therapists also be charged

10  with providing crisis intervention services?

11      A    Yes.

12      Q    Could you describe what psychiatric treatment

13  means in this context?

14      A    Yes.  Those would be ongoing appointments with

15  the psychiatrist, nurse practitioner or CNS.  So

16  anything --

17      Q    Are --

18      A    -- after that.

19      Q    Sorry, go ahead.

20      A    Anything after the initial evaluation.

21      Q    Okay.  And can those occur in a school setting?

22      A    No, they do not.

23      Q    So that's only clinic based?

24      A    Or telehealth, yes.

25      Q    Or telehealth.



1            And just to make sure I understand, could a

2    child receive psychiatric treatment in the school setting

3    via telehealth?

4        A    Yes, they could.

5        Q    And this psychiatric treatment service would be

6    provided not by the Apex therapist but by other staff

7    working for the DeKalb Community Service Board; is that

8    correct?

9        A    Yes.

10       Q    Crisis intervention services can be provided in

11   a school setting, correct?

12       A    Yes.

13       Q    Could you describe what community support

14   individual services are in this context?

15       A    Yes.  That is the services that can either be

16   provided by the therapist in the school setting,

17   providing skill building to the student or to the staff

18   related to behavior interventions.  That can -- the

19   service can also be provided by the case managers in the

20   homes and other community settings.

21       Q    And what's the goal of community support

22   individual services?

23       A    It is to reinforce skills learned in individual

24   and family therapy outside of the therapeutic setting.

25       Q    Thank you.



1          Individual outpatient services, there's a

2    parenthetical here.  It says, "I.e., therapy session."

3    Could you describe what's meant by individual outpatient

4    services in this context?

5          A    Yes.  That would be the individual therapy

6    service between the therapist and in this case the

7    student, which can be done in the school setting or at

8    times telehealth if their school is not in session.

9          Q    So the individual outpatient -- outpatient

10   service could be provided by a telehealth in a -- in a

11   child's home.  Is that accurate?

12         A    Yes.

13         Q    And would the Apex therapist embedded in that

14   particular school, in this case E.L. Miller, be

15   responsible for providing that service by a telehealth in

16   the child's home?

17         A    Yes.

18         Q    Can you describe what medication management

19   means in this context?

20         A    So medication -- medication management is a

21   step-down service from consistent individual therapy.  It

22   can be provided as little as every three months and where

23   you are just kind of doing check-ins to make sure they're

24   keep -- you know, taking their medications as prescribed.

25   Symptom management, providing skills, we currently do not



1  typically do that for children.  Just monitoring every

2  three months.

3      Q    Let me make sure I understand.  The medication

4  management is -- is not typically a service that's

5  offered to children and adolescents at DeKalb Community

6  Service Board.  Is that accurate?

7      A    Typically, no.  Just because of infrequency

8  of -- of that particular service, we do not see too many

9  children on medication management.

10      Q    Okay.  Can you describe what nursing

11  services/assessment means and how that's different from

12  diagnostic assessment?

13      A    Yes.  It's a -- a medical assessment or -- with

14  the nurse at the clinic, and they just go over their

15  medical history.  Nursing services can also include any

16  labs that the doctor or medical provider may request, or

17  administering of medication such as injections.

18      Q    Can nursing services be provided in school

19  settings, or is this a clinic-based service exclusively

20  at DeKalb Community Service Board?

21      A    That is a clinic-based service.

22      Q    Could you help me understand how access to

23  nursing services would be coordinated for a child that's

24  participating in the Apex Program?  What would be the

25  steps?



1      A    Yes.  They would have their evaluation with the

2   doctor first, and then based on that evaluation, the --

3   if the doctor recommends that the child be seen for a

4   nursing assessment or labs to be drawn, and that's

5   usually based on the doctor's clinical assessment.  So

6   it -- it would come from the doc -- the doctor or medical

7   provider.

8      Q    Okay.  And just in terms of even getting from,

9   you know, this school to the clinic, would there be a

10  referral by the Apex therapist or the school counselor?

11  How does that work?

12     A    To -- I'm sorry, just to clarify, to see which

13  provider?

14     Q    To see -- let's start with the -- the doctor

15  for that initial assessment before the recommendation is

16  made for nursing assessments.

17     A    Okay.  That's actually standard practice.

18  Everyone is evaluated by the doctor, so that -- that

19  appointment is scheduled during the intake assessment.

20     Q    Okay.  And that's the behavioral health

21  assessment that we talked about?

22     A    Yes.

23     Q    Okay.  So every child that enters the Apex

24  Program is going to receive a behavioral health

25  assessment, and then as a matter of course a referral for



 1   a assessment by a doctor or nurse practitioner; is that

 2   correct?

 3        A    That is correct.

 4        Q    Okay.  And that latter assessment by the doctor

 5   or nurse practitioner would occur in a clinic setting?

 6        A    Yes, or via telehealth.

 7        Q    Or via telehealth, okay.

 8             Is it fair to say for all telehealth services

 9   that are offered by DeKalb Community Service Board, they

10   can be provided in a school setting?

11        A    Yes.

12        Q    What's service plan development mean in this

13   context?

14        A    Yes, that is the treatment plan that outlines

15   all of the services that would be done over the course of

16   treatment within the program.

17        Q    Who is responsible for service plan development

18   for children enrolled in the Apex Program at DeKalb

19   Community Service Board?

20        A    The therapist.

21        Q    Do you have any oversight responsibilities with

22   respect to, for example, service plan development by

23   therapists through DeKalb Community Service Board's Apex

24   Program?

25        A    Yes.



1        Q   What are they?

2        A   Making sure that the therapists are

3   knowledgeable about what services should be on -- on the

4   treatment plan, and also understanding how to

5   individualize the service plans and make it tailored to

6   the students' and the families' needs.

7        Q   And why is it important to individualize

8   service plan development to meet the needs of the child

9   and family?

10       A   Well, it follows a client-censored model.  So,

11  you know, we want the child and the family to be involved

12  and have a say in what their goals are and as far as

13  treatment outcomes and just overall improvement and

14  quality of life.

15       Q   What is intensive family intervention in this

16  context?

17       A   That is a -- actually, a higher level of care

18  service.  It's -- it is for children and adolescents who

19  are not responding to treatment at the nonintensive

20  outpatient level and need additional support.

21       Q   Can intensive family intervention be provided

22  in a school setting?

23       A   Yes, it can be.  This is not something DeKalb

24  Community Service Board offers.

25       Q   To your knowledge, has DeKalb Community Service



1  Board ever offered intensive family intervention, or IFI?

2      A   Not to my knowledge.

3      Q   Do you think that is a gap in the services

4  offered by DeKalb Community Service Board that needs to

5  be addressed?

6      A   No, it is not, because we have community

7  partners that do provide the service that we connect with

8  to provide for the families who do -- we identify do need

9  a higher level of care.

10     Q   So to make sure I understand, DeKalb Community

11 Service Board makes referrals to other providers of

12 intensive family intervention where needed.  Is that

13 accurate?

14     A   Yes.

15     Q   Which specific provider does DeKalb Community

16 Service Board refer to for the intensive family

17 intervention service?

18     A   Pathways Transition Program or Georgia --

19     Q   Sorry, go ahead.

20     A   And the other is Georgia Health Partners.

21     Q   Okay.  So Pathways Transition Program, is that

22 the first one?

23     A   Yes.

24     Q   And then Georgia Health Partners is the second?

25     A   Yes.



1      Q    Are they based in DeKalb?

2      A    I don't know where their offices are based, but

3   DeKalb is one of their counties that they serve.

4      Q    Understood.

5           Are you aware of whether therapists in DeKalb

6   Community Service Board's Apex Program have made

7   referrals to the intensive family intervention service at

8   either of those providers?

9      A    Yes, we have.

10     Q    Has that occurred in the last year?

11     A    Yes.

12     Q    How many referrals to intensive family

13  intervention were made in 2022?

14     A    I don't have the exact number.

15     Q    Was it more than five?

16     A    No.

17     Q    So between one and five students were referred

18  to intensive family intervention in 2022 through the

19  DeKalb Community Service Board's Apex Program, correct?

20     A    Yes.

21     Q    What is Intensive Customized Care Coordination

22  or IC3?

23     A    That's a wraparound service that's offered at

24  the State level.  This is again for families who need

25  additional support.  It's -- it does not include



 1  therapeutic services.  It's just kind of intensive case

 2  management services and support, and I also believe it

 3  includes a parent peer specialist.

 4        Q    To your knowledge, can Intensive Customized

 5  Care Coordination be provided either in person or by

 6  telehealth in a school setting?

 7        A    I believe it can, yes.

 8        Q    Does DeKalb Community Service Board currently

 9  offer Intensive Customized Care Coordination, or IC3?

10        A    No, it does not.

11        Q    And does DeKalb Community Service Board

12  likewise make referrals to other providers for children

13  who need IC3?

14        A    Yes.

15        Q    And to which referal -- to which providers does

16  DeKalb Community Service Board refer students who need

17  IC3?

18        A    One of the providers is View Point Health.

19        Q    Uh-huh.  Is there any -- is there another, or

20  is that the only one that you can recall?

21        A    There is -- there is another provider.  They

22  have a new name and I can't recall, but it used to be

23  called Lookout Mountain.

24        Q    Right.  Right.

25             And did DeKalb Community Service Board through



1  its Apex Program make referrals to IC3 in 2022?

2      A    No, we did not.

3      Q    So we're going to take a break in a few

4  minutes, but I just want to ask you -- let me see if I

5  can make it just a little bit smaller so we can see the

6  full list of services.

7          Ms. Allen, do these services in general, in

8  your experience as child and adolescent services director

9  at DeKalb Community Service Board, do these services help

10 students manage their behavioral health needs in their

11 home schools and communities?

12     A    Yes, it does.

13     Q    How do you know that?

14     A    A couple of different things.  We have measures

15 that I mentioned that we do regularly to determine

16 progress made.  So one of the things is the CANS

17 assessment.  We have a -- our strength and difficulty

18 questionnaire scores.  A decrease in those scores show

19 that their difficulties in certain areas are decreasing.

20 We also monitor students' disciplinary referrals and

21 grades over time as well.  And, of course, the -- the

22 therapists often speak with their teachers to also assess

23 their behaviors, and the parents, as well, to -- to

24 assess if they are showing improvement at home as well.

25     Q    Thank you very much, Ms. Allen.



1          You referred to monitoring data around

2     disciplinary referrals; is that accurate?

3          A   Yes.

4          Q   Is that something that's reported to the Center

5     of Excellence and DBHDD through this monthly progress

6     report, or is that something that DeKalb Community

7     Service Board is collecting and monitoring separately?

8          A   I believe that was something that used to be

9     collected on the monthly reports, but we collect that

10    data in our -- ourselves when we can get -- when we can

11    get it.

12         Q   Okay.  And just to -- just to make sure, let's

13    just go ahead and go through this document.  This is --

14    just to make it clear, this is from April 2022, and so

15    it's reflecting the practice in place as of March 2022.

16         My understanding is that there is nowhere on

17    this form that would reflect the number of disciplinary

18    referrals for students participating in Apex at E.L.

19    Miller during that reporting period.  Is that accurate?

20         And I'm happy to share the screen.  If you

21    would like to take control, you can.

22         A   Yes, thank you.

23         Q   You got it.

24         A   Okay.  No, it's no longer included in the

25    reports.



 1      Q    Okay.  And the -- to the best of your -- your
 2   knowledge and recollection, that's not something that's
 3   being reported currently through the monthly progress
 4   reporting to the Center of Excellence and DBHDD for your
 5   Apex Program?
 6      A    No, it is not.
 7      Q    Okay.  What's the relevance of this
 8   disciplinary referral data that you said you are
 9   sometimes able to access in connection with students
10   participating in behavioral health services in their
11   schools?
12      A    Yes.  Well, it helps us get a sense of if their
13   behavior is improving in the classroom setting.  So in --
14   in disciplinary, it also means just phone calls home to
15   the parent.  So if we see that reducing over time, it
16   lets us know that their behavior management in the
17   classroom is improving.
18      Q    And if you -- I'm just going to take the
19   control back.  Give me a second.
20           And if there are -- if you do not see
21   improvements in the disciplinary referrals, for example,
22   calls home, would that suggest there needs to be a change
23   in -- potentially in services being offered to the
24   student?
25      A    Yes.



1        Q    And as a matter of practice, is that how DeKalb

2   Community Service Board uses that data?

3        A    Yes, it is.

4             MR. HOLKINS:  So we're at 10:15.  I'd like to

5   take a break for, let's say, 15 minutes, so 10:30, and I

6   will wait for you, Mr. Murphy.

7             THE VIDEOGRAPHER:  Okay.  Hearing no objection,

8   we will go off the record now at 10:14 a.m.

9             (The deposition was at recess from 10:14 a.m.

10  to 10:30 a.m.)

11            THE VIDEOGRAPHER:  We are back on the record at

12  10:30 a.m.  Please proceed.

13       Q    BY MR. HOLKINS:  Ms. Allen, I want to pull back

14  up 798 which you were discussing previously.  That's the

15  monthly progress report for E.L. Miller from March of

16  2022.  Give me one second.

17            So I'm showing you the data you reported for

18  the Tier III services.  First, I just want to confirm

19  that the -- the service definitions for each of these

20  services are contained in the Georgia Department of

21  Behavioral Health and Developmental Disabilities program

22  manual for behavioral health providers; is that accurate?

23       A    Yes.

24       Q    Do you receive any training from DBHDD with

25  respect to any of these services?



1       A    Yes.  Just to provide clarity, more so related

2    to interventions, for example, for individual services

3    when it -- for the services listed here.

4       Q    Can you describe what you mean by "individual

5    services"?  How would that be different from what's

6    described here?

7       A    Yeah.  So for -- for example, it would be

8    things like play therapy interventions, how to work with

9    children who have experienced trauma, things of that

10   nature.

11      Q    And who provides that training at DBHDD when

12   you do receive it?

13      A    My -- the therapists are allowed to attend a --

14   a conference that DBHDD sponsors.  It's during the

15   summer.

16      Q    Is that optional for therapists at DeKalb

17   Community Service Board?

18      A    It is, yes.

19      Q    Have you -- sorry, go ahead.

20      A    Yes, it is.

21      Q    Do you participate in the annual conference --

22      A    Yes.

23      Q    -- for DBHDD?

24           You do?  Okay.

25      A    Yes.



1       Q    Do Apex staff receive training on an annual

2    basis with respect to evidence-based services?

3       A    Yes.

4       Q    Which specific evidence-based services do Apex

5    staff at DeKalb Community Service Board receive training

6    on annually?

7       A    So they receive the play therapy training

8    annually, and we have other trainings that they have to

9    go through, including assessing suicidality.  That's

10   something they have to go through year -- annually, to

11   show that they demonstrate they have knowledge how to

12   appropriately assess risk for suicide.

13      Q    Any other evidence-based services or

14   interventions that your staff receive training on

15   annually that you can recall?

16      A    Not annually, no.

17      Q    And what about upon becoming an employee at

18   DeKalb Community Service Board?  Are there other

19   trainings with respect to evidence-based services that

20   Apex staff receive at DeKalb Community Service Board?

21      A    Yes.  So they receive on-boarding training, so

22   that would include learning or knowing how to accurately

23   document based on the format that we utilize.  They also

24   receive training on the behavioral health assessments

25   that we perform.



1           So they -- essentially, they receive the

2    training that all -- even the outpatient clinicians

3    receive so that they're, you know, aware of all of the

4    evidence-based interventions that our agency approved, so

5    they are not practicing outside of their scope of what's

6    agency approved.  So we also review that as well.

7        Q    Are you familiar with applied behavioral

8    analysis, or ABA?

9        A    Yes, I am.

10       Q    Do you know whether that's an evidence-based

11   service?

12       A    It -- from what I understand, it is.

13       Q    Is that something that you have received any

14   training on?

15       A    I have not.

16       Q    Do you know whether any staff at DeKalb

17   Community Service Board, whether working in Apex or

18   elsewhere, have received training on ABA?

19       A    I do not know.

20       Q    Do you know whether Apex staff specifically

21   have received raining on applied behavioral analysis?

22       A    No, not to my knowledge.

23       Q    They have not?

24       A    They have not.

25       Q    We talked briefly about functional behavioral



1  assessments.  I wanted to get a sense from you of whether

2  you have received any training with respect to functional

3  behavioral assessments?

4      A    No, I have not.

5      Q    And you have no experience performing or

6  conducting functional behavioral assessments either,

7  correct?

8      A    No, I do not.

9      Q    You referenced the five staff working under you

10 for the Apex Program at DeKalb Community Service Board,

11 correct?

12     A    Yes.

13     Q    What are the disciplines of those five staff,

14 clinical disciplines?

15     A    Two marriage and family therapists and three

16 professional counselors.

17     Q    Licensed professional counselors?

18     A    One is a licensed professional counselor.  The

19 other two are licensed associate professional counselors.

20     Q    What's the difference?

21     A    The licensed associate professional counselors

22 are still under clinical supervision, so they -- they're

23 not fully independent licensed as of yet.

24     Q    And for those two individuals who are at the

25 associate level, who is providing that clinical





 1  supervision at DeKalb Community Service Board?

 2      A   Myself, I provide part of it.  One has an

 3  outside clinical supervisor, and the other has another

 4  director who provides clinical supervision.  But I

 5  provide part of their clinical supervision as well.

 6      Q   Are those individuals working toward becoming

 7  an LPC?  Is this just kind of, you know, a stepping

 8  stone, or do you expect them to remain as an associate?

 9      A   No.  This is part of the process to fully

10  licensure.  They have to undergo clinical supervision for

11  a number of -- certain amount of years, according to the

12  board.  And then once they have those supervision hours,

13  direct client hours, then they can apply to be fully

14  licensed.

15      Q   I understand.  Thank you.

16          We talked a little bit about discipline --

17  disciplinary referral data that you sometimes are able to

18  access for students participating in the Apex Program in

19  DeKalb Community Service Board.  Do you recall that?

20      A   Yes, I do.

21      Q   Is that data student-level data or school-level

22  data with respect to disciplinary reports?

23      A   That is student-level data.

24      Q   Okay.  And who -- who maintains that data?  Is

25  it -- is that something that's in the school's



1  possession, or is it something that DeKalb Community

2  Service Board has?

3      A    That's maintained through a spreadsheet that we

4  have that tracks the current students that we serve.

5      Q    And that's a spreadsheet that DeKalb Community

6  Service Board itself maintains?

7      A    Correct.

8      Q    Correct?

9      A    Yeah.

10     Q    Okay.  And it would show for each of the

11 students participating in Apex through DeKalb Community

12 Service Board, how many disciplinary referrals and what

13 referrals occurred for the relevant period.  Is that

14 accurate?

15     A    Yes, just a number.  It doesn't break down the

16 specific type; just how many for that month, yes.

17     Q    And are you reviewing disciplinary referral

18 data on a regular basis with the therapists who were

19 assigned to specific schools?

20     A    I review it quarterly, not monthly.

21     Q    Okay.  And for what purpose are you reviewing

22 that data quarterly?

23     A    Just so they are -- they are aware of how their

24 students are performing conduct-wise in the classroom, if

25 that's something that, one, that can be discussed with



1  the parent to get their feedback, also with the teacher

2  to make -- also provide, make some interventions that may

3  be helpful for the teacher to try in the classroom.

4     Q    You -- you referenced earlier this morning

5  participating in IEP meetings.  Do you recall that?

6     A    Yes.

7     Q    And was that in your capacity as a case manager

8  before you became --

9     A    Yes.

10    Q    -- adolescent services director?

11    A    Yes.

12    Q    Are you still participating in IEP meetings?

13    A    I do not.

14    Q    Does anyone on your staff for the Apex Program

15  participate in IEP meetings?

16    A    Yes, they do.

17    Q    Is that a part of the responsibility of Apex

18  therapists?

19    A    Yes, it is.

20    Q    Do you know whether the disciplinary referral

21  data that you were just referencing is -- is used to

22  guide the Apex therapists' participation in those IEP

23  meetings?

24    A    I -- I can't say for sure because I'm not in

25  attendance in those meetings.



1      Q   Would you expect as supervisor for the Apex

2   staff at DeKalb Community Service Board that the student

3   disciplinary data would be relevant to the IEP

4   discussion?

5      A   Yes.

6      Q   Is your -- would you expect that Apex

7   therapists would be making specific recommendations for

8   changes to services or interventions during an IEP

9   meeting based in part on the disciplinary referral data?

10     A   Yes.

11     Q   And are you conducting any kind of review to

12   determine whether the student disciplinary data is

13   actually being used in that way?

14     A   No, I don't.  I do not.

15     Q   Do you agree generally with the premise -- I'm

16   just going to take this document down.  It's a little bit

17   easier to follow.

18         Ms. Allen, do you agree generally with the

19   premise that assessment should precede intervention in

20   child and adolescent services?

21     A   Yes.

22     Q   Why is that important?

23     A   So you -- one, so the intervention that you are

24   providing is accurate based on data; the data supports

25   the intervention that you are utilizing.

1      Q    So both the kind of individualized assessment

2   and assessment of data, in your view, should be informing

3   the treatment that the child is receiving?

4      A    Yes.

5      Q    You referenced a few -- when we were going

6   through the list of Tier III services, you referenced

7   skill building as one of the services that can be

8   provided by Apex therapists.  Is that accurate?

9      A    Yes.

10     Q    So what assessments does DeKalb Community

11  Service Board use to determine what skill building should

12  be provided to a student?

13     A    Yes.  So we utilize the Strength and

14  Difficulties Questionnaire, which is done at the intake,

15  which is the baseline, and every six -- it's every six

16  months.  It outlines what areas that they still have --

17  are having challenges with.

18          And then also we get feedback from the parents,

19  as well as the teachers, as to what areas the child is

20  still having challenges with.  And that informs us into

21  what, you know, skills are still needed or to be

22  reinforced.

23          And then also we do have a skills assessment

24  that we use -- that some of the case managers use as well

25  -- to determine what areas we should be focusing on with



1   the child and the family.

2        Q    Okay.  Thank you.

3            And I know that DeKalb CSB has produced some

4   forms to us as part of its response to our subpoena, and

5   we'll talk about the exact forms later.

6            I believe you also referenced providing

7   behavioral modification services as part of the Apex

8   services that are offered.  Is that correct?

9        A    Yes.

10       Q    And are you using -- is DeKalb CSB relying on

11  the same sources of information to inform what behavioral

12  modifications should be provided to students?

13       A    Yes.

14       Q    So that would be the skill building -- or

15  excuse me, the strengths and difficulties assessment and

16  the information you received from parents, correct?

17       A    Yes, and teachers and other stakeholders in the

18  child's life.

19       Q    Can you describe the process of how Apex

20  therapists get that feedback from teachers and from

21  parents and from other key people in the child's life?

22       A    Yes.  So, of course, we start with the -- the

23  initial intake assessment where the parent kind of goes

24  into detail of why they are bringing their child in for

25  services, background information, describing how long the



1  behavior has been occurring or the particular emotional

2  challenge it -- challenge that's been occurring.

3          And then the therapists from -- well, we get

4  release of information to speak with teachers or anyone

5  else that the parent identifies may have additional

6  information and can provide a -- a clearer picture about

7  what's going on with the child, especially when they are

8  not in the parent's presence.  So that includes teachers,

9  administrators, to get a sense of what may be triggering

10 the behavior, what they are doing right before the

11 behavior or the emotion occurs.  And sometimes it could

12 also be classroom observation as well that we get that

13 information from.

14     Q   How often do you expect Apex therapists to be

15 in communication with parents and teachers regarding a

16 child who is enrolled in Apex services through the DeKalb

17 Community Service Board?

18     A   My requirement is at least once a month.

19     Q   Okay.  So I -- I want to shift gears for a bit.

20 We are going to talk more about Apex, but I want to ask

21 you some questions about GNETS.

22          First off, what is your understanding of what

23 the GNETS program is?

24     A   It's a psycho ed program for children who have

25 emotional behavior disorders that are -- from an



 1  assessment, they're -- they're determined that they can't

 2  attend a traditional mainstream school.

 3      Q   And are you familiar with the process for

 4  referring a student from their home school to a GNETS

 5  program?

 6      A   No, I am not.

 7      Q   Have you ever participated -- this is kind of

 8  reaching back to your time as a case manager when you

 9  were directly involved in IEP meetings.  Did you ever

10  participate in a decision to refer a child from their

11  home school to a GNETS program?

12      A   No, I have not.

13      Q   Do you have any sense of what services are

14  available to students within a GNETS program?

15      A   I do not.

16      Q   And you specifically referenced Eagle Woods

17  Academy, correct?

18      A   Yes.

19      Q   That's a GNETS program?

20      A   Yes.

21      Q   And you have no idea what behavioral health

22  services or supports are provided at that facility?

23      A   I do not.

24      Q   And is it also fair to say that you don't know

25  whether students enrolled in that facility can receive



 1   within a school setting services that -- the services

 2   that we identified in Exhibit 798?

 3        A    I do not.

 4        Q    Have you ever coordinated with a GNETS program

 5   director or a direct chair staff at a GNETS facility?

 6        A    No.

 7        Q    Are you familiar with a document called the

 8   GNETS Rule that was developed by the Georgia Department

 9   of Education?

10        A    No.

11        Q    Do you know whether that rule, as developed by

12   the Georgia Department of Education, sets an expectation

13   of coordination between GNETS facilities and the local

14   community services board?

15        A    No, I was not aware.

16        Q    Are you aware of whether any staff at DeKalb

17   Community Service Board provide direct care services at a

18   GNETS program?

19        A    No, not to my knowledge.

20        Q    Is it also fair to say that the Apex staff who

21   are under your supervision currently at DeKalb Community

22   Service Board are not providing any services directly in

23   a GNETS facility?

24        A    No, they are not.

25        Q    Give me a second.  I'm going to show a document



 1  which will be 799.  Bear with me one second.

 2         (Plaintiff's Exhibit 799 was marked for

 3  identification.)

 4     Q   BY MR. HOLKINS:  Thanks for your patience.

 5         So I'm just -- I just published what we're

 6  marking as Exhibit 799.  Ms. Allen, this is a document

 7  that was produced to the United States by the State

 8  during the course of this litigation.  The Bates stamp is

 9  GA00129218.  It's an e-mail from Danielle Jones, who I

10  believe you referenced coordinating with at DBHDD,

11  correct?

12     A   That is correct.

13     Q   It's dated October 17, 2019.  There are a

14  number of recipients through this e-mail, and that

15  includes you.  I'll highlight the text here.  That's your

16  e-mail address, correct, Janel --

17     A   Yes.

18     Q   -- Allen?

19         Okay.  Thank you.

20         So the subject of this e-mail is "Follow up

21  from all CYF consortium," and I'm going to give you a

22  second to review the e-mail because I know it's from a

23  few years ago.

24         Give me one second, and I will shift control to

25  you.  Just let me know when you are finished.  You should



 1  have control, Ms. Allen.

 2       A   Okay.

 3       Q   I am going to take control of the document

 4  back.

 5       A   Okay.

 6       Q   Scroll up here.  I want to direct you to the

 7  body of the e-mail, which includes a chart with two

 8  columns.  The first is "Apex Schools," and the second is

 9  "Non-Apex Schools."  And under the column "Non-Apex

10  Schools," there is an entry for GNETS standalone

11  programs.  The description says, "Education facility that

12  only holds a GNETS program; they do not align with the

13  Apex model of reaching students in all 3 Tiers of

14  service."

15       Ms. Allen, before reviewing this e-mail today,

16  were you aware that there was a restriction in place by

17  DBHDD prohibiting the provision of Apex services and

18  GNETS stand-alone programs?

19       A   Not until I reviewed this document and it, you

20  know, jogged my recollection.

21       Q   Okay.  Is this a topic that you had discussed

22  with DBHDD at any point?

23       A   No, I had not.

24       Q   So I want to direct you to the text underneath

25  the -- the chart which reads that, "Apex funds are in



1    large not allowed to be used for GNETS students due to

2    GNETS programs being funded through a grant through the

3    Georgia General Assembly."  It continues, "Apex funds are

4    also funded through the Georgia General Assembly.  A

5    student would be 'double dipping' if they receive both

6    GNETS and Apex funds, and that -- and this is not

7    allowed.  Also GNETS students are already receiving

8    intensive therapeutic services along with their

9    educational piece."

10          Ms. Allen, do you have any -- do you -- do you

11    agree with this restriction prohibiting Apex from

12    operating in GNETS stand-alone facilities?

13     A    I don't have an opinion either way, to be

14    honest, because I -- I don't have enough knowledge in the

15    decision-making process as it pertains to this.

16     Q    And you're in no position to say whether, in

17    fact, GNETS students are already receiving intensive

18    therapeutic services within that setting?

19     A    No, I cannot say that because I am not familiar

20    with the -- what the -- what they do within the GNETS

21    programs.

22     Q    The last line of this paragraph states that,

23    "The ONLY instance Apex funds can be used for a GNETS

24    student is if the student started at an Apex school, and

25    then was transferred into the GNETS program at their new



1   school."

2           Do you see that text?

3       A   I do, yes.

4       Q   Has that ever occurred, to your knowledge, at

5   DeKalb Community Service Board, where a student started

6   receiving Apex and then transferred to GNETS and then

7   continued to receive Apex?

8       A   No, it has not.

9       Q   Does DeKalb Community Service Board track the

10  number of students participating in its Apex Program who

11  then go into a GNETS facility?

12      A   We would, but we haven't had that happen.

13      Q   To your knowledge, it's never -- it's never

14  occurred?

15      A   No.

16      Q   In the four years that you've been director of

17  child and adolescent services at DeKalb?

18      A   Yes, that is correct.

19      Q   But you said that if this did occur, you would

20  want to track it.  Is that accurate?

21      A   Yes.

22      Q   And why would it be important to track the

23  number of students participating in Apex who move into a

24  GNETS facility?

25          A   Well, we would want to track anytime a student



1  moves out of Apex, an Apex school in general, because

2  that would mean that they technically are not receiving

3  Apex services once they move out of that school.  So

4  anytime that happens, we -- we have to technically remove

5  them from the program and transition them to something

6  else, usually outpatient services.

7       Q   So just to make sure I understand, the

8  expectation would be that a child moving into GNETS after

9  receiving Apex would be dis-enrolled from Apex but would

10  be enrolled in other outpatient services that may be

11  needed through DeKalb Community Service Board.  Is that

12  accurate?

13       A   Yes, other outpatient services or -- or

14  whatever is deemed appropriate for them.

15       Q   And why would it be important to make that

16  linkage to outpatient services or other appropriate

17  services at that point in time?

18       A   We want to make sure that there's not a

19  disruption in care; especially if there is a need for

20  them to continue services, we want to make sure they get

21  connected and continue services.

22       Q   So the goal would be to continue working with

23  the child even after the placement in GNETS to provide

24  whatever services and supports that may be necessary?

25       A   If that was to happen.  If -- if that was to



1  happen, yes.  But to my knowledge, that has never -- that

2  has not occurred.

3      Q    And how -- how do you know that no

4  Apex-enrolled student at DeKalb Community Service Board

5  has moved to GNETS?  How are you sure of that?

6      A    Because we do get the information of what

7  school they enroll in next, to determine if they're

8  enrolling in one of our other Apex schools or if

9  there's -- there is not a program there.  So we do know

10  what school they are going to.

11      Q    Understood.  So you would receive information

12  from the school, I'm assuming, if a child were to move to

13  a different school while enrolled in your Apex Program?

14      A    It's mostly the -- the parents that inform us.

15      Q    The parents?

16      A    Yes.

17      Q    And are you formally reaching out to parents to

18  get that information, or is it kind of incumbent on the

19  parents to provide it to you?

20      A    We reach out to them.

21      Q    Okay.  I'm going to stop sharing this.

22          Students who are enrolled in Apex through

23  DeKalb Community Service Board, is your team working to

24  identify students who may be at risk of placement in a

25  GNETS facility?



1      A    Not to my knowledge, specifically, to identify.

2  They meet regularly with the school counseling staff and

3  social workers about students they're currently serving

4  and at times kids that they may want to refer to Apex

5  Program, but I can't say that those meetings involve

6  potential -- discussing potential placements to GNETS.

7      Q    Do your staff at DeKalb Community Service Board

8  participate in IEP meetings for students that are not

9  enrolled in Apex?

10     A    They could if the parent requested it.

11     Q    And does that happen?

12     A    It has.  Not as frequently, but it is a service

13  that is offered to the school.

14     Q    I'm not going to ask for you to provide an

15  exact number, but in 2022, did this occur more than five

16  times, where a parent requested that DeKalb Community

17  Service Board participate in an IEP meeting for a student

18  not enrolled in Apex?

19     A    No, not to my knowledge.

20     Q    So it occurred between one and five times in

21  2022 or not at all?

22     A    Yes, between one and five times.

23     Q    Okay.  And do you have any sense sitting here

24  today of how many students were referred from DeKalb

25  County schools to GNETS in 2022?



1    A   No, I do not have that knowledge.

2    Q   Do you know whether it's more than five?

3    A   I do not.

4    Q   And the role of DeKalb Community Service Board

5  staff when they participate in those meetings is to help

6  identify services and supports that may meet that child's

7  needs in their home school.  Is that accurate?

8    A   Yes.

9    Q   All right.  Give me a second.  We are going to

10  move on to some more documents.

11         (Plaintiff's Exhibit 800 was marked for

12  identification.)

13    Q   BY MR. HOLKINS:  Ms. Allen, I just published

14  what we are going to mark as Exhibit 800.  This is

15  another document produced by the State to the United

16  States in this matter.  As you will see, the Bates stamp

17  is GA03142380, and this is an e-mail dated March 30, 2018

18  from -- and please correct me if I -- if I mispronounce

19  this.  It's from Ashunte Claybrooks to --

20    A   Yes.

21    Q   -- Layla Fitzgerald.

22         Ashunte appears to have been, or perhaps still

23  is, an employee of DeKalb Community Service Board.  Are

24  you familiar with that individual?

25    A   Yes, I am.

 1       Q    And is Mr. Claybrooks -- is it Mr. or Mrs., I'm
 2   sorry?
 3       A    Mrs.
 4       Q    Mrs., thank you.
 5            And does Ms. Claybrooks still work for DeKalb
 6   Community Service Board?
 7       A    No, she does not.
 8       Q    Okay.  And what was Ms. Claybrooks's role at
 9   DeKalb Community Service Board at the time that she sent
10   this e-mail?
11       A    She was the director of child and adolescent
12   services.
13       Q    The role that you're currently in?
14       A    Yes, that is correct.
15       Q    Ms. Claybrooks is attaching in this e-mail a
16   sustainability plan, and this is being sent to DBHDD
17   staff, including Layla Fitzgerald and Danté McKay.  Is
18   that all correct?
19       A    Yes.
20       Q    Okay.  I want to show you now the
21   sustainability plan which is referenced as an attachment
22   here.  Give me one second and I will pull that up as 801.
23            (Plaintiff's Exhibit 801 was marked for
24   identification.)
25       Q    BY MR. HOLKINS:  Ms. Allen, I just published



JANEL ALLEN                                                January 09, 2023
UNITED STATES vs STATE OF GEORGIA                                        79

1   what we are marking as Exhibit 801.  This is another

2   document produced by the State of Georgia to the United

3   States in this matter.  The Bates number is GA03142381.

4   From its title, this appears to be the Georgia Apex

5   Program Sustainability Plan for DeKalb Community Service

6   Board dated 03/27/2018 submitted by Ashunte Claybrooks.

7        Ms. Allen, have you seen this document before?

8        A   I have not.

9        Q   Does DeKalb Community Service Board currently

10  have a sustainability plan for its Apex Program?

11       A   I do not believe so.  I have not done one in my

12  current role.

13       Q   So in the four years that you've been child and

14  adolescent services director at DeKalb Community Service

15  Board, you have not worked on or submitted a

16  sustainability plan for the Apex Program to DBHDD?

17       A   No, I have not.

18       Q   Do you know whether a sustainability plan is a

19  requirement of the program deliverables for the Apex

20  Program as designed by DBHDD?

21       A   I am aware that they would like us to reach a

22  level of sustainability and not rely solely on grant

23  funding to run the program.  Yes, I am aware of that.

24       Q   Do you know whether DBHDD specifically requires

25  that providers of Apex have a sustainability plan in



1  place?

2       A    I don't know if a plan is required, but I know

3  that they like us to keep sustainability at the

4  forefront.

5       Q    And can you describe your understanding

6  of -- of that goal, of maximizing funds outside of the

7  DBHDD grant.  What's the purpose in that?

8       A    Well, the -- the purpose is if the funds, you

9  know, were not able to be renewed or supported by DBHDD

10  any longer, that we would still be able to keep the

11  program going even without the funds.

12       Q    And what specific funding outside of DBHDD

13  annual grants are you referring to that would help to

14  keep the program going if the grant funds were to expire?

15       A    Well, you would want to when there is no

16  identified other funding at this time, but it would be to

17  have a referral flow and consistent clients that would

18  support it at a sustainable level so you wouldn't need

19  any funding outside of DBHDD to support it.  So just to

20  get to the level of that threshold where, you know, you

21  would have the amount of clients to support that.

22       Q    Right.  And to make sure I understand, that the

23  sources of that funding would -- would principally be

24  third-party payers like Medicaid; is that accurate?

25       A    That's correct.



1    Q    Okay.  And do you know whether DeKalb CSB has

2    been able to expand the amount of third-party payer

3    funding that it brings into its Apex Program?

4    A    We have increased our level of services, yes,

5    but I can't say that we are sustainable quite yet, but it

6    has improved.

7    Q    And just to make sure, sustainable, as you're

8    using it in this context, means that if DBHDD were to

9    withdraw the annual grants, you would be able to continue

10   the program at current capacity, correct?

11   A    That is correct.

12   Q    Okay.  Does DeKalb Community Service Board have

13   a timeline or a target for when it wants to achieve

14   sustainability?

15   A    That's a -- that's an annual goal of ours.

16   That's a consistent goal.  I don't have a particular

17   timeline, but that's something that I monitor throughout

18   the year.

19   Q    Are you able to say or estimate for the last

20   calendar year or fiscal year how much funding through

21   third-party sources DeKalb Community Service Board

22   received in connection with its Apex Program?

23   A    Yes, we have that information.  I don't know it

24   offhand, but I do see that information.

25   Q    So that's information that you could access?



```
 1        A    Yes.
 2        Q    And do you know whether -- and recognizing that
 3   you don't have the exact figure in front of you, did
 4   DeKalb Community Service Board receive more in funding
 5   from third-party payer sources than it received from
 6   DBHDD for its Apex Program?
 7        A    No, I don't believe so.
 8        Q    So it's fair to say that the DBHDD annual grant
 9   is still the dominant source of funding for DeKalb
10   Community Service Board's Apex Program?
11        A    Yes.
12        Q    Is achieving sustainability a topic of
13   discussion between you and DBHDD staff?
14        A    Yes.
15        Q    And what guidance or recommendations does DBHDD
16   provide to DeKalb Community Service Board to assist you
17   in achieving sustainability?
18        A    To increase the amount of services we are
19   providing through the third payer source or to look for
20   other sources of funding, like directly from the school
21   district.
22        Q    So that sounds like a general goal that DBHDD
23   has set for DeKalb Community Service Board.  Have they
24   provided any kind of technical assistance on how to
25   achieve it?
```



1          A    Not direct technical assistance, but it's

2     just -- it's been -- well, I'm sorry, discussed in -- in

3     meetings that just didn't include our program.

4          Q    So this would be a topic of discussion with

5     Apex providers broadly?

6          A    That is correct.

7          Q    But to your knowledge, DBHDD hasn't provided

8     any specific technical assistance on how to provide or

9     bill for more services through Apex, and this is specific

10    to DeKalb Community Service Board?

11         A    Not specific to our agency, no.

12         Q    And what guidance has DBHDD provided to all

13    Apex providers as to how to expand the number of services

14    provided and billed?

15         A    In general, they just gave suggestions or

16    informed us about different services just to make sure

17    that we weren't missing opportunities to bill, so for

18    services that we were doing, to make sure that we knew

19    that those were billable services.  As I mentioned,

20    seeking out other, you know, community partners as

21    funding sources, including the school districts that you

22    serve.  Those were the main suggestions that they gave

23    us.

24         Q    Who is providing that -- this guidance on

25    behalf of DBHDD?



1      A    I believe in those meetings it was Layla.

2      Q    Layla Fitzgerald?

3      A    Fitzgerald, yes.

4      Q    What specific services did Ms. Fitzgerald focus

5  the community service boards on as opportunities for

6  expanding billables under Apex?

7      A    I can't recall specifically.  It was just a

8  general overview of services in general that we share --

9      Q    That could be --

10     A    -- the billing for.

11     Q    Understood.  So it was an overview of the

12 services that could be provided through Apex.  Is that

13 accurate?

14     A    Yes.

15     Q    But you've never had a conversation with anyone

16 at DBHDD about specific strategies for expanding billing

17 services through your Apex Program?

18     A    No, I have not.

19     Q    So I -- I recognize you didn't draft this

20 document and it's from 2018.  I want to direct you,

21 however, to an excerpt on page 3.  It starts with

22 "Lastly."  And the paragraph reads, "Lastly, it" -- being

23 Apex -- "has changed the method of services for children.

24 Providing therapeutic services within schools was largely

25 unchartered territory for DeKalb CSB before the Apex



 1  project.  Now it is seen as a viable option for meeting

 2  the needs of children in the county."

 3          Do you see that text?

 4      A   Yes, I do.

 5      Q   And do you agree that -- with this statement,

 6  that Apex has created a viable option for meeting the

 7  needs of the children in the county through their

 8  schools?

 9      A   Yes, I do.

10      Q   So under "New program activities to be added

11  within current schools" -- this is on page 4 -- I want to

12  direct you to a short paragraph that reads, "We have a

13  data sharing agreement with the school system where we

14  collect outcomes data on students including grades,

15  attendance and discipline referrals."

16          Do you see that text?

17      A   Yes.

18      Q   Is this the -- does this agreement facilitate

19  the access to the disciplinary referral data that we were

20  discussing earlier?

21      A   Yes.

22      Q   And this is an agreement that -- that DeKalb

23  Community Service Board has directly with the school

24  systems, correct?

25      A   That is correct, yes.



1      Q   DeKalb Community Service Board does not share

2   this data with DBHDD, correct?

3      A   No, we do not.

4      Q   DBHDD, to your knowledge, has not requested

5   this data in connection with DeKalb Community Service

6   Board's Apex Program, to the best of your knowledge,

7   correct?

8      A   To the best of my knowledge, no.

9      Q   Has the Georgia State University Center of

10  Excellence requested this data, to the best of your

11  knowledge?

12     A   No, they have not, to the best of my knowledge.

13     Q   And if -- would you expect if there were a

14  request by DBHDD or the Center of Excellence for the data

15  relating to grades, attendance, and discipline referrals,

16  that that request would be made to you as the lead for

17  the Apex Program at DeKalb Community Service Board?

18     A   I'm sorry, can you repeat that question?

19     Q   Absolutely.  If a request were made by DBHDD or

20  the Center of Excellence for this data, would you expect

21  that request to be made to you as the director of the

22  Apex Program?

23     A   Yes.

24     Q   Also on page 4 under "Expanding Your Project,"

25  the document references "a partnership with DeKalb County



1    Schools to expand current project -- our current project

2    to additional schools in order to increase

3    sustainability."

4         Do you see that text?

5    A    Yes.

6    Q    Does that remain a goal, for the DeKalb

7    Community Service Board to expand the Apex project to

8    include additional schools?

9    A    Yes, that is the goal.

10   Q    And has DeKalb Community Service Board set a

11   specific target for how many additional schools it would

12   like to add to its Apex Program?

13   A    No, not specifically, because that depends on

14   funding.

15   Q    Has DeKalb Community Service Board made a

16   specific proposal for adding schools to its Apex Program

17   since 2021?

18   A    Not since 2021, no.

19   Q    What in -- let's just go back to the beginning

20   of your time as child and adolescent services director.

21   Have there been requests made by DeKalb Community Service

22   Board to add additional schools to its Apex Program?

23   A    Yes, when we applied for Apex 3.0.

24   Q    How many additional schools was DeKalb

25   Community Service Board looking to serve through its Apex



1  Program with that Apex 3.0 application?

2       A    I believe it was nine additional schools.

3       Q    And that application for Apex 3.0 funding,

4  which would allow DeKalb Community Service Board to

5  expand its Apex programs in nine schools, that

6  application was denied, correct?

7       A    That is correct.

8       Q    Has DeKalb Community Service Board since

9  reapplied for Apex 3.0 funding?

10      A    There haven't been additional opportunities to

11  reapply.

12      Q    And that initial application was submitted in

13  2020.  Is that accurate?

14      A    Yes, it was.

15      Q    What's --

16      A    I'm sorry, it was -- no, it was submitted in

17  2019.  Excuse me.  Correction.

18      Q    Thank you for that correction.

19           So the application for Apex 3.0 funding was

20  submitted by DeKalb Community Service Board in 2019?

21      A    Yes, that is correct.

22      Q    What's your understanding of why DeKalb

23  Community Service Board's application for Apex 3.0

24  funding in 2019 was denied?

25      A    The explanation given was that other providers



1  that applied had better applications that we did -- than

2  we did, and that with our current line of funding, that

3  we still had room to expand with our current line of

4  funding.

5      Q   So it was a competitive application process.

6  Is it fair to say that?

7      A   Yes.

8      Q   And DBHDD ultimately decided to award the grant

9  fund to other Apex providers?

10     A   To other providers, yes.

11     Q   And consequently, those nine schools are not

12  currently participating in Apex, correct?

13     A   That is correct.

14     Q   Could you describe the process the DeKalb

15  Community Service Board used for identifying the nine

16  schools that would have received Apex had this

17  application been granted?

18     A   When we let DeKalb schools know we were

19  applying for Apex 3.0 and asked for a letter of support,

20  which was required for the application, they provided the

21  nine schools to us that they would like to potentially

22  expand into.

23     Q   Was there any consultation with the -- the

24  school system about why they selected those nine schools?

25     A   No, there was not.



1        Q    Has DeKalb Community Service Board undertaken

2    any assessment of the need for Apex services countywide?

3        A    No, we have not.

4        Q    Do you think it's fair to say that there are

5    schools beyond those nine schools identified for this

6    2019 application that need and could benefit from Apex

7    services in DeKalb County?

8        A    Yes.

9        Q    Are you familiar with the term "System of

10   Care"?

11       A    Yes.

12       Q    I'm looking at page 5 of the sustainability

13   plan which references the System of Care efforts

14   undertaken by DeKalb Community Service Board.

15            First, before I ask you about the text here,

16   what's your understanding of what a System of Care is?

17       A    It's a philosophy, and I mentioned earlier,

18   it's identifying essentially the gaps in services for

19   children, adolescents and young adults, and working with

20   families and community partners to address those gaps in

21   the system.

22       Q    What are, in your view, the key participants in

23   the System of Care approach for children and adolescent

24   service recipients?

25       A    It's the -- it's the state -- you know, state



1   agencies, such as the local school districts, DFCS,

2   Department of Juvenile Justice.  It's the local county

3   agencies like juvenile court and other community partners

4   like Boys and Girls Club.  Any -- any community

5   stakeholder that has an interest in improving the lives

6   of children and adolescents and families would be

7   included in the System of Care.

8        Q   If hypothetically a child who had been

9   participating in Apex through DeKalb Community Service

10  Board was then placed in the GNETS program, would you

11  expect the GNETS program to be a -- a key participant in

12  the System of Care approach for that child's treatment?

13       A   Yes.

14       Q   I'm going to set this aside.  I'm going to show

15  you another document, Ms. Allen.  This will be 802.

16           (Plaintiff's Exhibit 802 was marked for

17  identification.)

18       Q   BY MR. HOLKINS:  For the record, this is

19  GA03147757.  It's an e-mail from Ms. Claybrooks, who at

20  the time was the director of child and adolescent

21  services in DeKalb Community Service Board, to Layla

22  Fitzgerald.  It's dated 5/15/2018.  The subject is

23  "Expansion of School Based Mental Health Services."

24           Ms. Allen, I know you did not receive or send

25  this e-mail.  I want to ask you whether this list of



 1  schools is the same -- identifies the same schools that

 2  you were referring to either -- earlier that would have

 3  received Apex services had DeKalb's Apex 3.0 been

 4  granted.

 5      A   No, it was not.

 6      Q   This is different?

 7      A   Yes, it's different.

 8      Q   Okay.  Can you describe -- so this is obviously

 9  in 2018, which predates that application.  Do you

10  understand -- and I can give you control of the document

11  if you need to take a look.  But do you understand this

12  to be a proposal to expand the schools participating in

13  Apex through DeKalb Community Service Board?

14      A   Yes, I do, based -- based on the -- the craft

15  of the e-mail, yes.

16      Q   And just let me know when you've finished

17  reviewing.  I do see a reference to the Apex Program in

18  an earlier e-mail that's read.

19          So let me just re-ask, does this appear to be a

20  proposal to expand DeKalb Community Service Board's Apex

21  Program by adding schools?

22      A   Yes.

23      Q   Okay.  I'm going to take control of the

24  document back.  Give me one second.

25          And it appears that this was a proposal that



 1 | was made in concert with representatives of DeKalb County

 2 | Schools.  Is that accurate?

 3 |     A   Yes.

 4 |     Q   So going back up to Ms. Claybrooks' e-mail from

 5 | May 2018 to Layla Fitzgerald, I want to ask you whether

 6 | any of the schools that are identified in this e-mail,

 7 | starting with John Lewis Elementary School through

 8 | Fairington Elementary School, are currently participating

 9 | in the Apex Program through DeKalb Community Service

10 | Board?

11 |     A   Yes.

12 |     Q   Which ones?

13 |     A   Redan Elementary School.

14 |     Q   And it looks like there are one, two, three,

15 | four, five, six -- seven other schools identified in that

16 | first list, and none of them are participating in Apex

17 | currently through DeKalb Community Service Board,

18 | correct?

19 |     A   That is correct.

20 |     Q   And this is a -- is there any overlap between

21 | this list and the list of nine schools that were

22 | identified in DeKalb Community Service Board's Apex 3.0

23 | application in 2019?

24 |     A   No, there is not.

25 |     Q   So if we added up about seven schools from this



1  list plus nine schools from the 2019 application, so 16

2  schools in total that had been identified as needing Apex

3  services but are not participating in that program

4  currently through DeKalb Community Service Board.  Is

5  that accurate?

6      A    That is correct.  This list, I believe,

7  actually pertains to 2.0, actually.  So there were

8  schools added but just not these schools.

9      Q    Not these schools.  Understood.

10         So this was a request under a separate funding

11  stream, Apex 2.0?

12      A    2.0, yes.

13      Q    But it still remains the case that there

14  were -- between these two applications, there were 16

15  schools that were identified as candidates -- good

16  candidates for Apex services which are not receiving them

17  currently through the DeKalb Community Service Board.  Is

18  that accurate?

19      A    That is correct.

20      Q    Just give me a second.  I'm going to pull up

21  another document.  This will be 802 (sic).

22         (Plaintiff's Exhibit 803 was marked for

23  identification.)

24      Q    BY MR. HOLKINS:  Ms. Allen, I have just

25  published what we are marking as Exhibit 802 (sic).  The





```
 1   Bates number is GA00130770.  This is a letter on the
 2   DeKalb Community Service Board letterhead dated November
 3   20, 2020.  I am going to give you control of the document
 4   so you can take a look at it.  Please let me know when
 5   you finish.
 6        A    Okay.
 7        Q    Ms. Allen, have you seen this document before?
 8        A    Yes, I have.
 9        Q    I note at the bottom on page 2 that it's signed
10   by the chief executive officer for the DeKalb Community
11   Service Board, correct?
12        A    Yes, that is correct.
13        Q    And did you review this document before it was
14   sent?
15        A    Yes, I did.
16        Q    Did you help to draft it?
17        A    Yes, I did.
18        Q    This letter of protest was sent to DBHDD,
19   correct?
20        A    That is correct.
21        Q    And what does the letter pertain to?
22        A    It pertains to the denial of our application
23   for Apex 3.0.
24        Q    Okay.  The letter reflects that the nine
25   additional schools that DeKalb Community Service Board
```



```
 1   proposed to serve through the Apex 3.0 grant have 11,000

 2   students in total.  Is that accurate, to the best of your

 3   knowledge?

 4        A   Yes.  To the best of my knowledge, yes.

 5        Q   Is it also accurate, as stated in this

 6   letter -- excuse me -- that DeKalb Community Service

 7   -- that DeKalb County School District is the third

 8   largest in the state?

 9        A   Yes, that is correct.

10        Q   I want to make sure I understand the total

11   service cost requests.  There's a reference to $323,790.

12   Is that amount -- is that the amount of grant funds that

13   DeKalb CSB was requesting through its Apex 3.0

14   application?

15        A   Yes.

16        Q   So that's the amount of money that would have

17   allowed DeKalb Community Service Board to expand the nine

18   schools that it served, in total 11,000 students?

19        A   Yes.

20        Q   In that same paragraph, this letter identifies

21   a population of 341 students the DeKalb Community Service

22   Board would propose to serve with Tier III services of

23   the 11,232 total students in the nine schools.

24            Do you see that text?

25        A   Yes.
```



1       Q    And how did DeKalb Community Service Board

2   arrive at that figure of 341 students out of 11,232?

3       A    Yes.  There we follow the -- the Apex tier

4   model that's provided by DBHDD.  And according to that

5   tier model, 3 to 5 percent of the school's population

6   should be served on Tier III.  So we took the population

7   of each of the schools with that on the higher end being

8   that 5 percent, and then added that total number, and

9   that's how we came up with 341.

10      Q    And did DeKalb Community Service Board, either

11  for the purposes of this letter or other purposes, also

12  estimate the number of students who would have received

13  Tier II services had its application for Apex 3.0

14  services been granted?

15      A    Yes, we did.

16      Q    And what is that number; do you recall?

17      A    I do not recall.

18      Q    Was it more than 341?

19      A    It was, yes, because Tier II is a -- a greater

20  percentage than Tier III.

21      Q    The letter ends with the request that DBHDD

22  reconsider the recent intent to award decisions of the

23  Apex 3.0 grant and allocate funding to the DeKalb

24  Community Service Board.  Was that request for

25  reconsideration granted?



1      A    Yes, it was.  We had a meeting to discuss our

2   appeal.

3      Q    Okay.  Thank you.  And who participated in that

4   meeting for DBHDD?

5      A    Danté McKay, Layla Fitzgerald, Danielle Jones,

6   and some individuals from their finance department, but I

7   cannot recall their names.

8      Q    Who participated in that meeting on behalf of

9   DeKalb Community Service Board?

10      A    Myself, Fabio van der Merwe, and my direct

11   supervisor Renee Dryfoos.

12      Q    Were there representatives of the DeKalb County

13   Schools in that meeting?

14      A    No, they were not present.

15      Q    And what was the result of that meeting

16   regarding this request for reconsideration?

17      A    We were not awarded the funding.  It was

18   suggested to meet with DeKalb Schools.  Basically, in

19   DeKalb Schools to meet to reiterate the importance of

20   them increasing referrals at the current schools that we

21   had.

22      Q    To make sure I understand, was that

23   recommendation that DeKalb County Schools increase the

24   referrals identified as a problem with DeKalb Community

25   Service Board's application?  Did that contribute to the



1  denial of funds in this instance?

2      A    Yes.  That was part of -- they -- part of it

3  they felt like our current line of funding wasn't being

4  maximized and that we could serve more students with our

5  current line of funding, and so they wanted to bring the

6  school district in to -- into the next meeting to help

7  them understand how their level of referral can affect

8  the funding.

9      Q    Understood.  And has there been a subsequent

10 meeting regarding increasing the number of referrals by

11 DeKalb County Schools since this request for

12 reconsideration meeting?

13     A    No, there hasn't.

14     Q    And to be clear, the suggestion that DeKalb

15 County Schools refer more individuals to Apex, that would

16 only apply to the schools that are currently enrolled in

17 Apex and not the nine additional schools that were

18 identified in this application?

19     A    That is correct.

20          MR. HOLKINS:  Can we go off the record briefly.

21 There seems to be a question about which exhibit we are

22 on right now.  I want to resolve that before I move

23 forward.

24          THE VIDEOGRAPHER:  Okay.  Hearing no objection,

25 we are going off the record now at 11:41 a.m.



1          (A short recess ensued.)

2          THE VIDEOGRAPHER:  We are back on the record at

3   11:42 a.m.

4          Proceed.

5     Q   BY MR. HOLKINS:  Ms. Allen, give me one second,

6   and I'm going to pull back up the document that I was

7   just showing and then clear up a mistake that I made.

8          This is the November 20, 2020 letter from

9   DeKalb Community Service Board to DBHDD that we were just

10  discussing.  Again, the Bates number is GA00130770, and

11  we are publishing this as Exhibit 803.  I'm going to set

12  this aside.

13         Ms. Allen, I have a pair of documents I want to

14  show you.  The first is an e-mail that you sent.  The

15  second is an attachment to that e-mail.  Give me one

16  second.  This will be 804.

17         (Plaintiff's Exhibit 804 was marked for

18  identification.)

19    Q   BY MR. HOLKINS:  So I am introducing this as

20  Exhibit 804.  The Bates number is GA00472463.  Again,

21  this is a document produced by the State of Georgia to

22  the United States in this litigation, and it appears to

23  be an e-mail from you, Ms. Allen, to Danielle Jones dated

24  August 12, 2019.  There are a number of attachments to

25  the e-mail, including the school-based mental health



 1   referral form.

 2           Do you see that, Ms. Allen?

 3       A   Yes.  Yes.

 4       Q   It's the third -- the third attachment.  Do you

 5   see that?

 6       A   Yes.

 7       Q   So I now want to pull up the attachment, which

 8   will be 805.

 9           (Plaintiff's Exhibit 805 was marked for

10   identification.)

11       Q   BY MR. HOLKINS:  This is Exhibit 805.  For the

12   record, it's GA00472506 produced by the State of Georgia

13   to the United States.  This is the attachment to the

14   e-mail that we just looked at, Ms. Allen.

15           Have you seen this one before?

16       A   Yes.

17       Q   Is this the behavioral health referral form

18   that's currently in use for DB -- excuse me, DeKalb

19   Community Service Board's Apex Program?

20       A   Yes.  It's become a fillable PDF, but the

21   information is the same.

22       Q   So the expectation is that the counselor, or

23   whoever is providing the referral to Apex, would complete

24   this form and submit it to the Apex therapist.  Is that

25   accurate?



1        A    That is correct.

2        Q    And is there any additional information that's

3   collected at the point of referral beyond what's called

4   for on this form?

5        A    No, there is not.

6        Q    Ms. Allen, are you familiar with a recurring

7   meeting or call titled "Apex therapist network call"?

8        A    Yes, I am.

9        Q    Okay.  What is the Apex therapist network call?

10        A    It's a meeting that provides the therapist with

11   information, different topics.  I send a link out when I

12   give them to my therapists to attend, if they can, if

13   it's in their schedule to attend.

14        Q    Have you attended those meetings before?

15        A    I have attended one meeting in the past just to

16   get a sense of what it was like, but I have not since.

17        Q    Who organizes that Apex therapists network

18   call?

19        A    I am not sure.

20        Q    Are there -- is there a participation from

21   DBHDD on that meeting?

22        A    I believe there may have been in the past.  I'm

23   not sure if they attend every meeting.  I have -- I have

24   not attended in a few years.

25        Q    Well, let's just pull up a document that I



1   think will clear up a little bit of this.  This will be

2   806.

3            (Plaintiff's Exhibit 806 was marked for

4   identification.)

5        Q    BY MR. HOLKINS:  I have just published Exhibit

6   806, which is GA04588105.  It's an e-mail dated

7   September 27, 2021 from a -- an e-mail address assigned

8   to Apex Technical Assistance Response.  There are many,

9   many recipients on the e-mail.  I believe that you are

10  one of them, Ms. Allen, and I believe it's October Apex

11  therapists network call.

12           Is it fair to conclude from this e-mail that

13  the Apex therapists network calls are -- are organized by

14  the Georgia State University Center of Excellence?

15       A    Yes, it is.

16       Q    And is the purpose of this meeting to provide

17  technical assistance to Apex therapists?

18       A    Yes, it is.

19       Q    And what specific guidance or assistance is

20  provided by the Georgia State University Center of

21  Excellence to Apex therapists during these Apex

22  therapists network calls?

23       A    It varies.  The topics are different every

24  time.  It changes every month.  For example, I'm looking

25  at this one.  This was about suicide prevention.  So



 1    usually it's topics related -- relevant to providing

 2    school-based services for therapists.

 3         Q    To your knowledge, has there ever been an Apex

 4    therapists network call on the topic of serving youth who

 5    are enrolled in GNETS programs?

 6         A    Not that I am aware of.  I -- I can't recall.

 7         Q    And I think you said that participation in

 8    these meetings is optional for your Apex staff.  Is that

 9    accurate?

10         A    Yes, if it's -- if they are able to accommodate

11    it in their schedule, but they, you know, of course,

12    prioritize seeing the children.

13         Q    Beyond this Apex therapists network call, are

14    there other opportunities for direct care staff in your

15    Apex Program to receive technical assistance from the

16    Georgia State University Center of Excellence?

17         A    No, not that I've ever been made aware of.

18         Q    I'm going to run through just a couple more

19    documents quickly before we break for -- for lunch.

20             (Plaintiff's Exhibit 807 was marked for

21    identification.)

22         Q    BY MR. HOLKINS:  Ms. Allen, I've just published

23    Exhibit 807.  This is GA03256694.  It's an al- -- it's an

24    e-mail from you dated March -- excuse me -- April 13,

25    2021 to Layla Fitzgerald with the subject, "Budget



 1   Question."

 2           I want to direct you to an earlier e-mail in

 3   this thread where you asked Ms. Fitzgerald whether it's

 4   possible to fund a monitoring tool built in for

 5   evaluation of progress for Apex clients.

 6           Do you see that text?

 7       A   Yes.

 8       Q   And what were you proposing to do here?

 9       A   Yes.  I was proposing to have our data

10   engineering department essentially come up or build a

11   monitoring -- moni -- monitoring school -- excuse me --

12   for Apex clients, just to have our own internal

13   additional data to -- and actually get away from using

14   those spreadsheets and have it more formalized and

15   easy -- more easily accessible to other individuals, not

16   just me, in the agency.

17       Q   Would this be kind of like a data board?

18       A   I'm sorry, say that again.

19       Q   So are you familiar with the term "data

20   dashboard"?

21       A   Yes.  Yes.

22       Q   Is that what you were hoping to build here?

23       A   Yes.

24       Q   And this would -- would this dashboard be

25   showing or reflecting data beyond what DeKalb Community



 1  Service Board is already collecting -- or was already

 2  collecting at the time of this e-mail?

 3       A   Yes, potentially.  I was exploring other data

 4  points that we would want to internally collect.

 5       Q   What specific data points were you exploring

 6  collecting beyond the ones that were already being

 7  collected?

 8       A   How many family sessions were done each month.

 9  Just a point of reference, one -- one place for all of

10  the data for Apex to be, so anyone beyond me can have

11  access to it, essentially.

12          And there were some other -- other data points

13  that I still was considering that I hadn't finalized yet,

14  that I am still considering currently.

15       Q   And what was the result of this request?

16       A   I believe she told me that other providers have

17  done that and that is something that I could include in

18  the budget.

19       Q   And so was this for the FY 2022 application

20  that you were considering this?

21       A   Yes.  This would have been for our FY '22

22  budget.

23       Q   For the budget for that year, okay.

24       A   Yes.

25       Q   And did you, in fact, include a line item for a



1  monitoring tool in the FY 2022 proposed budget?

2      A    Yes.

3      Q    And was that budget approved?

4      A    Yes, it was.

5      Q    And so at present, does DeKalb Community

6  Service Board have a monitoring tool as you can see

7  embedded in this e-mail?

8      A    Yes.  We -- yes, we do, and it's still

9  improvements being made.  But yes, we did develop one.

10     Q    And so that tool, once it's finalized, it will

11 allow any Apex Program staff to access complete data on

12 this student from a physical source.  Is that accurate?

13     A    It won't be per student; it will be per school.

14     Q    Okay.  So it would not be student-level data;

15 it would only be school-level data?

16     A    That's correct.  So all the -- all of the

17 students at that particular school, all of their data

18 would be together.

19     Q    Is there any discussion about meeting in

20 student-level data reporting for this monitoring tool?

21     A    Not at this -- not at this time.

22     Q    Give me a second.  I want to pull back up a

23 document that we discussed earlier.  I believe this was

24 798, Exhibit 798, and you will recall this was the

25 monthly progress report that you submitted for E.L.



1  Miller Elementary from March of 2022.

2          Do you recall this document?

3      A   Yes.

4      Q   I want to scroll back to the list of Tier III

5  services that we were discussing.  So in this reporting,

6  there is an indication that two children received

7  behavioral health assessments during the reporting

8  period, correct?

9      A   Yes.

10     Q   Does this reporting indicate how many units of

11 that service were provided for the students who received

12 it during the reporting period?

13     A   Can you clarify "units"?

14     Q   So is it your understanding that the DBHDD

15 program manual for behavioral health services describes

16 service unit values for each of the relevant services

17 identified on this Tier III list?

18     A   Yes, I'm aware.

19     Q   Okay.  And so that's -- that's the

20 understanding I'm approaching this question with.  And so

21 my question to you is whether this reporting, the monthly

22 progress reporting that you provide to the Center of

23 Excellence and DBHDD, includes any indication of the

24 units of service provided for the students receiving, for

25 example, behavioral health assessment during this



1  reporting period?

2       A    No, it does not.

3       Q    And this reporting, your monthly progress

4  reporting to the Center of Excellence and DBHDD,

5  likewise, does not indicate the length of service for

6  children receiving, for example, behavioral health

7  assessment?

8       A    No, it does not.

9       Q    And the monitoring tool that we just discussed

10  that DeKalb Community Service Board is implementing

11  currently, that also wouldn't reflect data on service

12  units for Apex services provided by DeKalb Community

13  Service Board?

14       A    The -- just to clarify, are you referring to

15  the -- the one that was created?

16       Q    Yeah, to -- you talked about a monitoring tool

17  specific to the Apex Program the DeKalb Community Service

18  Board is implementing currently, and my question is

19  whether that tool would be used to track units of service

20  at the student level?

21       A    Not at the student level.  At the program

22  level, it does have that information.

23       Q    So it would show for -- by school what the

24  average number of service units was per -- per student?

25       A    No.  It's actually for the entire Apex Program,



 1  so all of the schools together on a monthly basis has the

 2  amount of units billed for the entire program.

 3      Q   Okay.  It wouldn't be specific to, for

 4  instance, behavioral health assessment?

 5      A   No, it would not.

 6          MR. HOLKINS:  Okay.  I think this is a good

 7  time for us to take a break.  I would suggest -- first

 8  off, we can go off the record.

 9          THE VIDEOGRAPHER:  Okay.  Hearing no objection,

10  we will go off the record now at 12:01 p.m.

11          (The deposition was at recess from 12:01 p.m.

12  to 12:49 p.m.)

13          THE VIDEOGRAPHER:  We are back on the record at

14  12:49 p.m.

15          Please proceed.

16      Q   BY MR. HOLKINS:  Welcome back, Ms. Allen.  I

17  just wanted to ask you a couple of follow-up questions on

18  things we talked about in the morning before we move to

19  some new topics.

20          The first concerns the denial of DeKalb

21  Community Service Board's application for Apex 3.0 funds,

22  and one of the reasons I believe you stated was offered

23  for that denial is that there were insufficient referrals

24  being made by schools currently being served relative to

25  the Apex Program.  Is that accurate?

1        A    Specifically they stated that we had to

2   maximize our current funding.

3        Q    Understood.  And the way to do that is by

4   increasing referrals from those schools to the Apex

5   Program and providing more services to those students

6   once enrolled.  Is that accurate?

7        A    Yes, that's correct.

8        Q    Okay.  What -- have you sought to identify any

9   obstacles?  Or let me put this differently.  How -- how

10  would you explain what appears to be DBHDD's assessment

11  that there were not enough students being referred to

12  Apex by the schools currently participating for DeKalb

13  Community Service Board?

14       A    I'm sorry, can you repeat that question again,

15  just to make sure I understand?

16       Q    No, not a problem.  Let me try again.

17            Let me just first ask you, do you think that

18  there are -- that schools are not referring enough

19  students who need Apex services to Apex through DeKalb

20  Community Service Board's existing Apex Program?

21       A    Well, specifically at that time, that was

22  during COVID, and the schools were not open at the time,

23  and so that was a major contributing factor to low

24  referrals at that particular point in time.

25            They have since significantly increased their



1   referrals.  We have some schools that still have -- seem

2   to have some challenges, but overall there has been

3   significant improvement.  Always room for improvement,

4   but, I mean, they have improved tremendously since then.

5        Q    Thank you.

6             And for the schools that are still experiencing

7   some challenges, what are those challenges?

8        A    For some reason they just have a -- I guess

9   some difficulty identifying kids that are in need of

10  services, and I think that's more of an internal issue at

11  those particular schools.  It's something that we are

12  still continuing to monitor, and also the district has

13  intervened and provided some assistance in how to

14  identify or potentially identify some additional

15  students.

16       Q    Does DeKalb Community Service Board take any

17  kind of steps to help schools with identifying students

18  who may need Apex services?

19       A    Yes.  So some things that the therapists can do

20  are trying to attend like events that they know their

21  parents will be at, just so the parent community knows

22  that the services are available in the school.  We have

23  asked the school to send our program fliers out through

24  the -- you know, the parent e-mail blast.  And then also

25  connecting with specific like parent liaisons that have

1  more like informal contact with the parents as well.

2      Q   Do you know whether for the schools that are

3  participating in Apex through the DeKalb Community

4  Service Board, the school staff as a matter of course

5  will identify to DeKalb Community Service Board as a --

6  as really a referral for Apex students who are being

7  considered for GNETS placement through an IEP process?

8      A   Okay.  So just to clarify, you're asking if

9  there's an identification process for kids who are being

10 referred to GNETS?

11     Q   Right.  What I'm asking about is, as a matter

12 of course, students that are being considered for GNETS

13 placement through the IEP process are referred to Apex to

14 see whether those services would be sufficient to meet

15 their needs.

16     A   Okay.  Are you asking if that has happened?

17     Q   I'm asking whether that happens currently as a

18 matter of course?

19     A   Not to my knowledge, and that hasn't happened

20 in the past.  We haven't had any students on that

21 trajectory.

22     Q   Right.  To be clear, I'm not just talking about

23 students who are currently enrolled in Apex but any

24 students enrolled in school that participates in Apex who

25 may be -- who is being considered for placement in GNETS



 1  and whether the schools ever identified those students to

 2  the Apex Program.

 3      A    To my knowledge, none of my staff have reported

 4  any students at the school that they have been referred

 5  to that were being -- that they were referred to that

 6  were being referred to GNETS.

 7      Q    Okay.  Thank you.

 8          You described a monitoring tool that DeKalb

 9  Community Service Board is in the process of

10  implementing, and as I understand it, this data dashboard

11  of sorts would allow the community service board to

12  collect and show some new data points in addition to data

13  that the community service board has long been

14  collecting.  And I think you identified one of those data

15  points as family services.  Is that correct?

16      A    Yes, so how many family therapy services have

17  been provided in the month -- or a particular data point,

18  rather.

19      Q    Okay.  Are there other new data points that the

20  community service board is seeking to collect and track

21  through this monitoring tool?

22      A    I would -- one thing I wanted to add was

23  data -- the number of data collection for the strength

24  and difficulty questionnaire, which currently is just

25  information in their individual charts but not



1  information currently that we could pull as far as

2  numbers.  So I would like to aggregate that data into

3  that dashboard.

4        Q   Anything else that you would like to include

5  through this monitoring tool?

6        A   The data that's already being reported

7  currently.

8        Q   Okay.  So I want to now show you a document.

9  Give me a second and I will pull it up.

10            Actually, hold on.  Before we jump into the

11  document, Ms. Allen, do your Apex's therapists receive

12  any training currently on PBIS?

13       A   Well, we've had an in service on PBIS from

14  DeKalb County School District.

15       Q   What does "in service" mean?

16       A   They're the districts that PBIS staff attended

17  our staff meeting and presented on what PBIS services

18  were and how Apex could be incorporated into the PBIS

19  model.

20       Q   What does "PBIS" stand for?

21       A   Positive behavior intervention supports.

22       Q   When was this in-service training provided to

23  your Apex staff?

24       A   I cannot recall the -- the date, but it was in

25  2021.



1        Q    And was there another similar training in 2022?

2        A    No, there has not been.  I'm sorry, no, it was

3    in 2022.  I'm sorry.

4        Q    No worries.

5        A    I forgot we were in 2023 now.  It was in 2022,

6    not 2021.

7        Q    I understand.

8             So was that the first PBIS training offered to

9    your Apex staff that you can recall?

10       A    Yes, it was.

11       Q    And to be clear, your Apex team has not

12   received any training on PBIS from DBHDD or the Georgia

13   State Center of Excellence.  Is that accurate?

14       A    No specific training, just an overview of -- of

15   the models.

16       Q    You have received an overview of the PBIS model

17   from Center of Excellence or from DBHDD?

18       A    It was in a meeting moderated by the Center of

19   Excellence, but DBHDD was on that call.

20       Q    Okay.  When was that?

21       A    I -- I do not remember.

22       Q    Was it in 2022 as well?

23       A    I believe it was, yes.

24       Q    How would you describe the model of PBIS?  What

25   does it seek to achieve?



1       A    Essentially to reinforce positive behaviors

2    within the student population.  So each school has

3    different acronyms that they use that the students and --

4    and also the teachers.  It's not just for the students.

5    PBIS is also for the teachers as well.  And it's just to

6    encourage, essentially, positive behavior, so it looks --

7    it's different things.

8            So every school has -- like one school has an

9    acronym of SOAR, because I believe their mascot is the

10   eagle.  And I don't know what the acronym means, but all

11   of the students and the staff know exactly what it means.

12   So they strive to carry out the acronyms of their

13   particular PBIS model.

14       Q    Okay.  What is the role of your Apex staff in

15   implementing PBIS in their schools?

16       A    So it's going to vary.  You know, they -- they

17   have a lot of creativity in how they can implement it.

18   It could be different things.  You know, if positive

19   behavior is in force in a session, they can advocate for

20   that student to get points towards, you know, their PBIS

21   rewards.  It could be different activities, so the

22   therapist could come up with different activities with

23   them as a reward for the students.  And this is just not

24   for the students we serve in the Apex Program; this would

25   be, you know, for students at the particular school.

1      Q    Uh-huh.  Does DeKalb Community Service Board

2   collect or analyze any data with respect to

3   implementation of PBIS in the schools where it's

4   implementing Apex?

5      A    No.  We don't collect any data specifically to

6   PBIS.

7      Q    And does DeKalb Community Service Board have

8   access to data the school is maybe collecting with

9   respect to implementation of PBIS?

10     A    If we request it, it's a possibility, but I

11  cannot say for sure.

12     Q    Has DeKalb Community Service Board, since

13  you've been director of child and adolescent services,

14  ever requested PBIS data from a school?

15     A    No, we have not.

16     Q    Have you been instructed or advised to collect

17  that data by DBHDD or the Center of Excellence?

18     A    No, we have not.

19     Q    Give me one second.  I just published what I

20  would like to mark as Exhibit 808.  This is a document

21  produced by DeKalb Community Service Board in response to

22  the United States' subpoena for documents.  It's roughly

23  43 pages.  It starts with some aggregate data, and then

24  there are some forms.

25             (Plaintiff's Exhibit 808 was marked for



1  identification.)

2      Q   BY MR. HOLKINS:  And I'm going to give you a

3  second or, you know, a minute or two, Ms. Allen, to take

4  a quick look at this document.  Let me first ask you

5  whether you had any role in assembling this document for

6  the community service board's response?

7      A   Yes.  Some of the documents in this, yes.

8      Q   You have control.  If you want to scroll

9  through, there is no need to read this line by line, but

10 if you want to familiarize yourself with this document,

11 please scroll through.

12     A   Just this document or all 43 pages?

13     Q   So I'm gonna be -- I'm not going to ask you

14 about every single document.  I do want to give you an

15 opportunity to see what's in the package.

16     A   Okay.

17     Q   If you want to scroll through the full package,

18 please go for it.

19     A   Okay.  Okay.

20     Q   All right.  So I'm going to take control back.

21 Let's scroll to the top.

22         As I understand it, and correct me if I am

23 misstating anything, this is aggregate data showing the

24 number of each assessment -- how many of each of the

25 assessments identified were provided to children and



1   adolescents for fiscal years 2020, 2021 and 2022.  Is

2   that right?

3        A   Yes.

4        Q   And is this an accurate list of all the

5   assessments -- accurate and complete list of the

6   assessments currently in use at DeKalb Community Service

7   Board for children and adolescents?

8        A   Yes, it is.

9        Q   Did you help with assembling this data for the

10  community service board's response to the United States'

11  subpoena?

12       A   Not this specific document, no.

13       Q   Okay.

14       A   This particular aggregate data, no.

15       Q   "SDQ" here stands for Strength and Difficulties

16  Questionnaire, correct?

17       A   Yes.

18       Q   And could you describe the distinction between

19  the initial and follow-up SDQ?

20       A   Yes.  So for the SDQ youth, which is a

21  self-report from the client, and they have to be at least

22  11 years old to self-report, the initial is done at

23  intake, during the intake assessment, which is the

24  baseline, and the follow-up is the one that's done every

25  six months after.



JANEL ALLEN                                        January 09, 2023
UNITED STATES vs STATE OF GEORGIA                          121

1    Q   Is SDQ, The Strength and Difficulties

2  Questionnaire, is that based on an evidence-based

3  intervention?

4    A   It's not based on an evidence-based

5  intervention.  It's an evidence-based outcome measure for

6  children and adolescents.

7    Q   Okay.  And I think if we scroll down to the

8  bottom here, you will see examples of the SDQ

9  questionnaires.  This appears to be a follow-up Strengths

10  and Difficulties Questionnaire.  Is that accurate?

11    A   Yes, that's correct.

12    Q   Is this for the parent or for the child?

13    A   That one is for the parent.

14    Q   For the parent.

15        And so there are SDQs which are directed both

16  to the child and to the parent, and there are both

17  initial and follow-up SDQs for each.  Is that right?

18    A   Yes, but they're only for the child if they are

19  at least 11 years old.

20    Q   11 or older?

21    A   Uh-huh.

22    Q   Understood.

23        How does DeKalb Community Service Board use the

24  data that it collects from the Strengths and Difficulties

25  Questionnaire?



1       A    So right now individually at the -- when it's

2    entered into our medical records system, it has a score.

3    And so what we do is, at the follow-up, we compare the

4    scores, or just from even the last SDQ that was done, and

5    we like to see the scores go down, which indicates a

6    decrease in difficulties in certain areas.

7            So when it's scored, it breaks it down into

8    different emotional sub scales like hyperactivity,

9    conduct issues, emotional challenges, prosocial behavior,

10   and so on.

11      Q    Thank you.

12           Is this a questionnaire that you would expect

13   to be completing for all students enrolled in Apex?

14      A    Yes, it is.

15      Q    If they are 11 and older?

16      A    For the youth one version, yes.

17      Q    Right.  And so for youth under 11, it would

18   just be the parents that would submit the questionnaire?

19      A    That is correct.

20      Q    So there are other assessments that are

21   identified -- I should say template forms that are

22   provided in this package that appear to be specific to

23   Apex.

24           This is one here, Violence Risk Assessment, the

25   client's name, "Test Apex."  Is this an Apex specific



1    assessment or it's something that DeKalb Community

2    Service Board uses across its child and adolescent

3    service programs?

4         A   That's actually not just for children and

5    adolescents.  That's also for adults.  It's used

6    agency-wide for all clients.

7         Q   Okay.  I'm going to just scroll through some of

8    the other ones and make sure it's -- is your answer the

9    same for the substance abuse assessment on page 37?

10        A   That is correct.

11        Q   Okay.  And this risk assessment?

12        A   The same, yes, for adults as well.

13        Q   Okay.  I now want to direct you to the

14   assessment form that begins on page 5 of the document.

15   This looks like the CANS-Trauma Comprehensive Assessment;

16   is that right?

17        A   That is correct.

18        Q   How does DeKalb Community Service Board use

19   this assessment for children who are enrolled in this

20   Apex Program?

21        A   I'm sorry, can you repeat that?  You said how?

22        Q   Let me just first ask, does the DeKalb

23   Community Service Board use this assessment for children

24   enrolled in the Apex Program?

25        A   Yes.



1        Q    For what purpose?

2        A    Well, it -- it tracks or it gives you a sense

3   of what traumatic experiences they've had and their

4   reaction to specific trauma over time, and then also it

5   asks about their family members' mental health, history

6   with substance use, anything that -- that affects their

7   quality of life.  So it just had different domains and

8   areas that we look at that essentially can affect the

9   child's development and progress.

10       Q    How often does DeKalb Community Service Board

11  complete this assessment for children enrolled in Apex?

12       A    Every three months.

13       Q    So it would start upon entry in Apex, and then

14  every three months after that point there would be a

15  reassessment.  Is that accurate?

16       A    That is correct.

17       Q    Does the assessment generate an overall score?

18       A    It does not.  Each -- you look at each

19  category.

20       Q    For each category, okay.

21       A    Uh-huh.

22       Q    So in other words, there would be a score

23  generated by child risk behaviors.  Is that right?

24       A    No.  So what I mean by that -- I'm sorry --

25  each item you would see the scores, for example, going



1  from three to two to one at each specimen.  That's how

2  you would know that their CAN scores are changing, or

3  improving, rather.

4      Q   And that's reported for each one of these, it

5  looks like there is 110 items, correct?

6      A   Yes, that's correct.

7      Q   So you are going to be looking at trends in

8  these scores every three months for 110 items?

9      A   Yes.

10     Q   Are there particular items or categories that

11 DeKalb Community Service Board is focused on in assessing

12 progress for children enrolled in Apex?

13     A   Not -- not specifically, because any -- any

14 change in scores indicates progress.  And some of

15 these -- I'm sorry, can you go -- scroll down?

16     Q   Uh-huh.  Some of them are age specific?

17     A   Yes, some of them are age specific, and I

18 thought I saw one for labor and delivery, and I was

19 trying to point out that one, but I don't know where it

20 went.

21     Q   Delivery?

22     A   Oh, okay.  Yeah, there.  Some of these items we

23 don't have on there, so it's not 100 and -- all 100 and

24 however many there are.  Some of these are not included

25 on our CANS assessment.



1    Q    Okay.  So when you are trying to get an overall

2  snapshot of the child's progress, is there a measure that

3  you are using across these, you know, 110 metrics to

4  track overall progress?

5    A    So we're looking, especially as it relates to

6  trauma, we're just -- we're looking at their response to

7  trauma, traumatic stress.  So we're looking for some of

8  those symptoms to decrease over -- over time.  So they're

9  essentially some of the responses, like hypervigilance,

10  numbing, avoidance, we are looking at some of those.  And

11  then, of course, if they have a history of self-harming

12  behaviors or suicidal ideation, we are looking for that

13  risk level to decrease in those areas, too.

14    Q    So on some level, and correct me if I'm

15  mistaken, the priorities are going to be child specific;

16  if there is a clear indication that a child is struggling

17  with, you know, certain metrics, then the focus will be

18  on improving performance in those specific metrics.  Is

19  that right?

20    A    That is correct.  And there's also a measure

21  that -- that rates the caregiver as well.  So we look at

22  that as a focus, to see if there is things going on with

23  the caregiver's needs that may be affecting the child's

24  progress as well.

25    Q    Does DeKalb Community Service Board report



 1   student-level CANS data to the Center of Excellence or

 2   DBHDD?

 3        A    Yeah, that's part of the monthly progress

 4   report.  It's not student specific or school specific.

 5   We report on how many baseline CANS we've done, how many

 6   students were eligible for reassessment, how many

 7   reassessments were done, and how many had improved

 8   scores.

 9        Q    Okay.  Improved scores overall?

10        A    Yes.

11        Q    Okay.  But there is no student-level

12   reporting -- to make sure I understand, there is no

13   student-level reporting to the Center of Excellence or

14   DBHDD for the CANS measures?

15        A    No.

16        Q    Do you know whether this CANS assessment tool

17   is used to assess progress for students who are enrolled

18   in GNETS facilities?

19        A    I do not.

20        Q    Do you know whether the Strengths and

21   Difficulties Questionnaire that we looked at previously

22   is used to assess progress for students enrolled in GNETS

23   programs?

24        A    I do not.

25        Q    Okay.  Let's set this aside.



1           I want to pull up another document, 809.

2           (Plaintiff's Exhibit 809 was marked for

3    identification.)

4      Q   BY MR. HOLKINS:   Ms. Allen, I just published

5    what we are marking as Exhibit 809.   This is another

6    document produced by DeKalb Community Service Board to

7    the United States in response to our documents subpoena.

8    The beginning Bates stamp is DEKALB006115.

9           The first document is -- it appears to be a

10   overview of DeKalb CSB's Apex Program.   I will give you a

11   moment to review this specific document.   And to be

12   clear, I'm only asking you to take a look at pages 1

13   through 5 at this time.

14          I will give you control.   I am going to take

15   control of the document back.   Give me one second.   I

16   will scroll to the top.   Back on page 1.

17          Ms. Allen, have you seen this document before?

18     A   Yes.

19     Q   Did you have any hand in drafting it?

20     A   There was one already in place.   I just made a

21   few adjustments, but it was pretty much already in place

22   when I became the director.

23     Q   So I note that this was revised as of

24   August 2019.   Is it current as of this date?

25     A   Yes, it is.



1      Q    Is this something that DeKalb Community Service

2   Board, this document, is this provided to parents,

3   schools?  How do you use this document?

4      A    It is provided to the parents at the intake.

5      Q    At intake?

6      A    Yes.

7      Q    So I want to talk a bit about community support

8   as it's described here, and I know we previously

9   discussed community support in the context of the monthly

10  progress report.  There was a reference on this page,

11  page 2 of Exhibit 809, to linkage to resources in the

12  community.  What does that mean?

13     A    Yeah, so just, for example, a family needed a

14  resource for food pantry or clothing or after-school

15  programming; any resource that the child or the family

16  may need, that's what -- that's what "linkage to

17  resources" refers to.

18     Q    And is it the responsibility of Apex therapists

19  to offer this community support?

20     A    No.  So if they see that a family has needs

21  that are outside of the school building, they will refer

22  to our community support program specifically.

23     Q    Understood.  So it would be the case managers

24  in the community support program that would principally

25  be responsible for providing services outside of the



1  school setting?

2       A   That is correct.

3       Q   Do you track data -- does DeKalb Community

4  Service Board track data on the number of Apex

5  participating students that are referred for community

6  support?

7       A   We currently do not.

8       Q   Is that something that DBHDD or the Center of

9  Excellence has ever required DeKalb Community Service

10  Board to collect or report data on?

11      A   We do report in on the monthly report how

12  many -- how many services or community support were

13  provided in that month, yes.

14      Q   And so that would be capturing service

15  provision by case managers, not Apex therapists, outside

16  of the school setting?

17      A   It would be both.

18      Q   Both?

19      A   Yes.

20      Q   Just to make sure I understand, Apex therapists

21  can also provide community support; it would just be

22  within the school setting?

23      A   Yes, and more so focused on the skill-building

24  side of community support, not necessarily the linkage,

25  the linkage part.



1    Q   Okay.  And so if there is a need for linkage to

2   community resources outside the school setting, that

3   would typically trigger a referral to the community

4   support team?

5    A   Yes.

6    Q   And it's just the referrals that the community

7   service board is not tracking data on currently?

8    A   No.

9    Q   Right?

10    A   No, it's not broken down by specifically to

11   Apex, because that program serves both outpatient and

12   school-based.

13    Q   So one service that you didn't talk about

14   earlier is peer support.  If you can describe what peer

15   support is?

16    A   Yes.  So it's a program that is based on lived

17   experience, so a parent -- a certified parent -- peer --

18   certified peer specialist parent is a parent that has a

19   child with a mental health diagnosis, and they've gone

20   through training to help parents navigate kind of the

21   mental health system, connect them to natural supports,

22   link them to parenting resources specifically for parents

23   with children with emotional behavior disorders in the

24   community.

25        So it's -- it's not a -- you know, a therapist.



1  It's not a case manager.  This is a peer.  This is

2  someone who's essentially walked in their shoes.

3      Q   And peer support services are offered both

4  directly to youth participating in Apex and to their

5  parents.  Is that accurate?

6      A   Yes.  So there's a -- a youth version of the

7  parent, and it's a young person with live to experience

8  with a mental health diagnosis.  So the youth specialist,

9  we currently don't have one on -- on staff right now, but

10  in the past, we started that service at age 12 just

11  because, you know, younger than that, that's not really a

12  peer.

13         So it's a young -- it's essentially a young

14  person, so I believe they have to be at least 18 to be

15  certified as a youth, up until age 30, is when they are

16  no longer a youth, a CPS-Y.

17      Q   So I want to ask you the same question that I

18  posed regarding all the Tier III services we discussed

19  previously, except this is just about peer support.  You

20  think that peer support services can help children with

21  behavioral health conditions cope with their behavioral

22  health needs and remain in their home schools and

23  communities?

24      A   Yes.

25      Q   So stepping away from this document -- I'm



1   going to keep it up for now -- but I want to go back to

2   something we were talking about a little bit earlier,

3   which was PBIS.  And I believe you testified that there

4   was a role -- that your Apex therapists can play a role

5   in implementing PBIS within their schools, correct?

6       A   Yes.  With supporting the program, yes.

7       Q   In supporting the program.

8           Is that something that DeKalb Community Service

9   Board can bill third-party payers for, or would that be

10  reimbursed through the DB -- the DBHDD grant?

11      A   That would be through -- mostly through the

12  grant.

13      Q   Okay.  And are there any actual Medicaid or

14  other third-party billable services that the community

15  service board could -- could use to get reimbursement for

16  implementation of PBIS?

17      A   Yes, it's -- it's possible.  It's possible, but

18  mainly PBIS services are what we call universal supports,

19  which is actually Tier I, and those are generally

20  nonbillable supports.

21      Q   And so what would be examples of billable

22  supports that would be in furtherance of the PBIS

23  implementation?

24      A   Possibly maybe a group, but they all would have

25  to be clients to be able to do that.  We ethically cannot



1   bill for some and not for others.

2       Q   So I want to scroll down to the second piece of

3   this package, which is Exhibit 809.  This is the

4   Behavioral Health Clinical Documentation Guide for DeKalb

5   Community Service Board.  Have you seen this document or

6   some version of it, Ms. Allen?

7       A   Yes.

8       Q   So it's a fairly lengthy document, close to 80

9   pages.  I'm not going to ask that you review it page by

10  page, but I do want to confirm that this is the current

11  version of the Behavioral Clinical Documentation Guide in

12  use at the DeKalb Community Service Board?

13          And I will give you control of the document if

14  you need a second to confirm.

15      A   Yes, this is the current document.

16      Q   Thank you.  I am going to take control of the

17  document back.

18          On page 7 there's a part titled "Evidence-based

19  treatment."  Do you see where I am?

20      A   Yes.

21      Q   And this appears to be a list of all the

22  evidence-based treatments that are available through

23  DeKalb Community Service Board; is that correct?

24      A   That is correct.

25      Q   That's -- this is inclusive of both adults and



1   child and adolescents?

2        A    That is correct.

3        Q    Are there any evidence-based services or

4   practices specifically relating to children and

5   adolescents that DeKalb Community Service Board utilizes

6   that are not listed on this page?

7        A    No.

8        Q    Are you aware of any additional evidence-based

9   services or practices that the DeKalb Community Service

10  Board is hoping or looking to implement specific to

11  child -- to children and adolescents beyond the ones that

12  are on this list?

13       A    None that are specific to children and

14  adolescents at this time, no.

15       Q    Okay.  If you had a child that was exhibiting

16  aggressive behavior in the classroom, which

17  evidence-based treatments available to DeKalb Community

18  Service Board would you seek to utilize to address that

19  behavior?

20       A    Well, are you asking after an assessment is

21  done or just in general?

22       Q    I'm thinking in general.  Obviously, it's gonna

23  vary from child to child, but in general, what

24  evidence-based services or practices would you expect to

25  be helpful in addressing that kind of behavior?



1        A   So depending on the age of a child, if it was a

2   young child, several of these.  You know, in --

3   generally, in practice, therapists have a toolbox, and we

4   use different interventions from different modalities,

5   because essentially sometimes you can't just use one

6   modality for a client and expect behavior change.  You

7   have to implement different things.

8            And so for a younger child, family systems,

9   play therapy, trauma-focused CBT, would be the main ones

10  I would use for a younger child.

11       Q   Can you describe what family systems therapy

12  is?

13       A   So essentially we are looking at how the family

14  functions.  So we are also looking at the -- the

15  emotional function of the parents, specifically when

16  they're experiencing some of these emotions or behaviors

17  for their -- from their child, how are they reacting.  We

18  are looking at their overall emotional stability, how

19  that affects their parenting communication styles.

20           Just overall their relationship between the

21  parent and the child -- or the caregiver, rather, and the

22  child, and anyone else in the home that plays a part in

23  the child's emotional function -- functioning.  So that

24  could include siblings in the home as well.

25       Q   And could family systems, as a matter of



1   practice, is that a component of a service that the CSB

2   can receive reimbursement for Medicaid or other

3   third-party payers?

4          A    Yes.

5          Q    Which specific billable service would you use?

6          A    Family therapy.

7          Q    Could you briefly describe what play therapy

8   is?

9          A    Yeah, so it's a -- also an evidence-based

10   modality where essentially the child plays or we observe

11   them playing, and it actually -- depending on the type of

12   play -- so there are different types of play.  There is

13   directive play.  There is mastery play.  And so based on

14   how a child plays, it tells us what emotions they are

15   trying to process, and so the therapist is there just

16   kind of pointing out certain things.

17          So we don't direct a child or tell them how to

18   play; unless it has something to do with safety in the

19   particular environment, then we can kind of give them

20   directives.  But other than that, we are just pointing

21   out, noticing how they are playing with certain items,

22   and we may sometimes ask -- ask them to describe what are

23   the dolls doing here and things like that.

24          Q    Uh-huh.  In play therapy, can the

25   evidence-based service you just described be provided



 1  through a billable service like individual therapy?

 2      A   Yes.

 3      Q   And can that service be provided in school

 4  settings?

 5      A   Yes.

 6      Q   Is that true also for family systems therapy,

 7  or would that be in a home setting?

 8      A   That would be telehealth or in a school.

 9      Q   Telehealth or a school?

10      A   Yes.  Telehealth or school, yes.

11      Q   Thank you.

12          Can you describe what trauma-focused CBT or

13  cognitive behavioral therapy is?

14      A   Yeah.  So CBT by itself is a modality that

15  focuses on thoughts or cognitions and how those play a

16  role into behavior.  So, you know, identifying distorted

17  thinking that contributes to maladaptive behaviors.  And

18  then trauma-focused is understanding how their adverse

19  childhood experiences play a role into their -- the

20  thoughts and cognitions which then leads to maladaptive

21  behavior.  So you are not just only focused on changing

22  their thoughts, but then also helping process how their

23  trauma contributed to those distorted thoughts.

24      Q   And can trauma-focused cognitive behavioral

25  therapy be incorporated as an element of the Medicaid



1  reimbursable service like individual therapy?

2      A   Yes.

3      Q   Is that a service that can be provided in

4  schools?

5      A   Yes.

6      Q   And for the services that we just discussed,

7  play therapy, family systems therapy, trauma focused CBT,

8  in your view, are these services effective in helping to

9  meet children's behavioral health needs and maintain them

10  in their home schools and communities?

11      A   Yes, it is.

12      Q   Ms. Allen, I'm going to ask you a few questions

13  now about your preparation for the deposition.  I want to

14  be very clear that in asking these questions, I am not

15  asking you to disclose the substance of any

16  communications that you've had with your attorney in

17  preparing for today's deposition.

18         Do you understand?

19      A   Yes.

20      Q   So with that understanding, what did you do to

21  prepare for today's deposition?

22      A   I met with my attorney.

23      Q   And that's Mr. Andrew Kim; is that correct?

24      A   Yes.

25      Q   Did you meet with him once or more than once?



1       A    Once.

2       Q    For about how long?

3       A    I don't recall.

4       Q    Did you review any documents in preparation for

5    this deposition?

6       A    Yes.

7       Q    Which documents did you review?

8       A    The one that you just presented.

9       Q    The clinical documentation guide?

10      A    Yes.

11      Q    Anything else?

12      A    No.

13      Q    Did you talk with any State agency officials in

14   preparation for this deposition?

15      A    No, I did not.

16      Q    Did you communicate with counsel for the State

17   of Georgia in preparing for today's deposition?

18      A    No, I did not.

19           MR. HOLKINS:  So I want to take just a quick

20   break.  Can we go off the record.

21           THE VIDEOGRAPHER:  Okay.  Hearing no objection,

22   we are off the record at 1:41 p.m.

23           (The deposition was at recess from 1:41 p.m. to

24   1:48 p.m.)

25           THE VIDEOGRAPHER:  We are back on the record at



1    1:48 p.m.

2              Please proceed.

3         Q    BY MR. HOLKINS:  Ms. Allen, I just have a few

4    more questions for you before we wrap up.

5              I want to pull back up Exhibit 809.  Give me

6    one second.

7              So this was the list of evidence-based

8    treatments that DeKalb Community Service Board, that we

9    were discussing previously on page 7 of Exhibit 809.  I

10   want to ask you, we discussed a couple of these DBTs in

11   particular, namely, play therapy, family systems therapy,

12   trauma-focused CBT, correct?

13        A    (No oral response.)

14        Q    So my question to you is whether -- I was

15   asking specifically about a child that's exhibiting

16   aggression in the classroom.  And my question to you,

17   Ms. Allen, is whether in -- in your view, these kinds of

18   evidence-based treatments, including the ones you

19   identified specifically, are affecting -- effective in

20   helping children who exhibit those kinds of symptoms,

21   aggression in the classroom, to remain in their home

22   schools and communities?

23        A    Yes, they do.

24        Q    Let's set this one aside.

25             I now want to pull up another document that we



1   have already looked at.  Give me one second.

2          Ms. Allen, this is Exhibit 808, which we

3   discussed previously, showing the aggregate data with

4   respect to assessments, and then templates for the

5   assessment forms that DeKalb Community Service Board

6   uses.

7          I want to ask you a -- a general question about

8   the assessment tools that are used here -- that are

9   listed in this document.  Is it accurate that these

10  assessments are directed to parents and not teachers?

11      A   Are you asking about this specific one that

12  we're looking at?

13      Q   I am actually asking about all of the

14  assessments that are in this packet, and if you need --

15      A   Okay.

16      Q   -- to take control of the document, you are

17  most welcome to.

18      A   Okay.

19      Q   And the question I posed, for all of the

20  assessments in this packet, is whether any of them are

21  directed to teachers?

22      A   No, they are not.

23      Q   And this is the complete list of assessments

24  currently used by the DeKalb Community Service Board for

25  children and adolescents, correct?



```
1        A    Yes.

2             MR. HOLKINS:   Okay.  With that, I think that

3   United States is done with its questioning.

4             Andrew, do you have any questions you would

5   like to ask?

6             MR. KIM:   No.

7             MR. HOLKINS:   We can go off the record.

8             Thank you very much for your time, Ms. Allen.

9             THE VIDEOGRAPHER:   Okay.  This will conclude

10  the deposition as of 1:51 p.m.

11            MS. JOHNSON:   We only need the transcript.  We

12  don't need a copy of the video.

13            (The deposition concluded at 1:51 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                  CERTIFICATE OF REPORTER

 2   STATE OF GEORGIA      )
                           )
 3   COUNTY OF DEKALB      )

 4

 5          I, Marcella Daughtry, a Certified Reporter in
     the State of Georgia and State of California, do hereby
 6   certify that the foregoing deposition was taken before me
     in the County of DeKalb, State of Georgia; that an oath
 7   or affirmation was duly administered to the witness,
     JANEL ALLEN; that the questions propounded to the witness
 8   and the answers of the witness thereto were taken down by
     me in shorthand and thereafter reduced to typewriting;
 9   that the transcript is a full, true and accurate record
     of the proceeding, all done to the best of my skill and
10   ability;

11          The witness herein, JANEL ALLEN, has requested
     signature.
12
            I FURTHER CERTIFY that I am in no way related
13   to any of the parties nor am I in any way interested in
     the outcome hereof.
14

15          IN WITNESS WHEREOF, I have set my hand in my
     office in the County of DeKalb, State of Georgia, this
16   20th day of January, 2023.

17

18

19

20          _____
            Marcella Daughtry, RPR, RMR
21          GA License No. 6595-1471-3597-5424
            California CSR No. 14315
22

23

24

25
```



1  United States of America v. State of Georgia

2  Our Assignment No. J9066992

3          DECLARATION UNDER PENALTY OF PERJURY

4

5              I declare under penalty of perjury that I

6  have read the entire transcript of my deposition taken in

7  the above-captioned matter or the same has been read to

8  me, and the same is true and accurate, save and except

9  for changes and/or corrections, if any, as indicated by

10  me on the DEPOSITION ERRATA SHEET hereof, with the

11  understanding that I offer these changes as if still

12  under oath.

13

14  Signed on the_____day

15  of _____2023.

16

17

18

19  _____

20  JANEL ALLEN

21

22

23

24

25



1            DEPOSITION ERRATA SHEET

2    Page No._____Line No._____Change to:_____

3    _____

4    Reason for change:_____

5    Page No._____Line No._____Change to:_____

6    _____

7    Reason for change:_____

8    Page No._____Line No._____Change to:_____

9    _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23

24   SIGNATURE:_____DATE:_____

25            JANEL ALLEN



```
                    DEPOSITION ERRATA SHEET

 Page No._____Line No._____Change to:_____

 _____

 Reason for change:_____

 Page No._____Line No._____Change to:_____

 _____

 Reason for change:_____

 Page No._____Line No._____Change to:_____

 _____

 Reason for change:_____

 Page No._____Line No._____Change to:_____

 _____

 Reason for change:_____

 Page No._____Line No._____Change to:_____

 _____

 Reason for change:_____

 Page No._____Line No._____Change to:_____

 _____

 Reason for change:_____

 Page No._____Line No._____Change to:_____

 _____

 Reason for change:_____


 SIGNATURE:_____DATE:_____

              JANEL ALLEN
```

