IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>*v.*<br><br>STATE OF GEORGIA,<br><br>DEFENDANT. | Civil Action No.<br><br>1:16-cv-03088-ELR |

**UNITED STATES' NOTICE OF FILING DEPOSITION TRANSCRIPT**

PLEASE TAKE NOTICE that pursuant to Local Rule 56.1(C), the United States files the following deposition transcript referenced in the United States' Motion for Partial Summary Judgment, Corrected Opposition to Defendant's Motion for Summary Judgment, and materials in support thereof:

- November 30, 2022 Deposition Transcript of Larry Winter

Respectfully submitted this 8th day of December 2023.

RYAN K. BUCHANAN
*United States Attorney*
Northern District of Georgia

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
GA Bar Number: 375505
Assistant United States Attorney
United States Department of Justice
Richard B. Russell Federal Building
75 Ted Turner Dr. SW, Suite 600
Atlanta, GA 30303-3309
(404) 581.6000
aileen.bell.hughes@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General

SHAHEENA A. SIMONS
Chief

KELLY GARDNER WOMACK
Deputy Chief

ANDREA HAMILTON WATSON
Special Litigation Counsel

CRYSTAL ADAMS
CLAIRE D. CHEVRIER
FRANCES COHEN
MATTHEW GILLESPIE
PATRICK HOLKINS
VICTORIA M. LILL
JESSICA POLANSKY
LAURA C. TAYLOE
MICHELLE L. TUCKER
Trial Attorneys
Educational Opportunities Section

*/s/ Kelly Gardner Womack*
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-4092
kelly.gardner@usdoj.gov

*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:16-CV-03088-ELR |
| STATE OF GEORGIA, | |
| DEFENDANT. | |

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

December 8, 2023.

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES