1              IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                       ATLANTA DIVISION

3

4   UNITED STATES OF AMERICA,
                              )CIVIL ACTION
5          Plaintiff,         )NO. 1:16-cv-03088-ELR
                              )
6   vs.                       )
                              )
7   STATE OF GEORGIA,         )
                              )
8          Defendants.        )
                              )
9   - - - - - - - - - - - - - - )

10

11            VIDEOTAPE DEPOSITION OF

12               LAYLA FITZGERALD

13

14      Friday, June 24, 2022, 9:00 a.m., EST

15

16

17

18

19

20        HELD AT:

21        Robbins Alloy Belinfante Littlefield LLC
          500 14th Street, N.W.
22        Atlanta, Georgia  30318

23        ------------------------------------------

24

25        WANDA L. ROBINSON, CRR, CCR, No. B-1973
          Certified Shorthand Reporter/Notary Public



```
 1                    APPEARANCES OF COUNSEL

 2

 3   Appearing on Behalf of the Plaintiff:

 4
          FRANCES COHEN, ESQUIRE
 5        PATRICK HOLKINS, ESQUIRE
          U.S. Department of Justice
 6        Civil Rights Division
          950 Pennsylvania Avenue, N.W.
 7        Washington, D.C. 20579
          T:  202.305.6630   F:
 8        E-mail:  fcohen@usdoj.gov
                   pholkins@usdoj.gov.
 9

10

11   Appearing on Behalf of the Defendant:

12
          ALEXA ROSS, ESQUIRE
13        MELANIE JOHNSON, ESQUIRE
          Robbins Alloy Belinfante Littlefield LLC
14        500 14th Street, N.W.
          Atlanta, Georgia  30318
15        T:  404.856.3261
          E-mail:  aross@robbinsfirm.com
16                 mjohnson@robbinsfirm.com

17

18   ALSO PRESENT:

19   VIA ZOOM:

20          MICHELE THACKER, ESQUIRE

21          ANDREA HAMILTON, ESQUIRE

22          LAURA TAYLOE, ESQUIRE

23          RENEE WOHLENHAUSE, ESQUIRE

24   ALSO PRESENT:

25          JASON SILLING, VIDEOGRAPHER
```



1              INDEX OF EXAMINATIONS

2

3    LAYLA FITZGERALD

4    By Ms. Cohen                                      Page 7

5

6                INDEX OF EXHIBITS

7    PLAINTIFF'S

8    NO.                DESCRIPTION              PAGE

9    Exhibit 176   1/16/2021 Email From Layla        14
                   Fitzgerald With Attached Resume
10                 GA04586206-GA04586209

11   Exhibit 177   11/6/2017 Email Chain From Layla   90
                   Fitzgerald To Belinda Hale
12                 With Attached Excel Spreadsheets
                   GA03222982-GA03222985
13

     Exhibit 178   5/23/2017 Email From Dante McKay  135
14                 To Layla Fitzgerald
                   Re: Stuff For Layla
15                 GA03117520

16   Exhibit 179   Native Format Spreadsheet        136
                   CYF Overview PowerPoint
17                 GA03117521

18   Exhibit 180   The Georgia Apex Program: Year One 142
                   Evaluation Report
19                 GA03117522-GA03117548

20   Exhibit 181   Document Produced in Native Format 145
                   MPR March 2017
21                 GA03117549

22   Exhibit 182   10/23/2017 Email From Nicole Wasdin 152
                   To Layla Fitzgerald
23                 Monthly Programmatic Report
                   GA03130008-GA03130010

24

25



1                    INDEX OF EXHIBITS (Continued)

2    PLAINTIFF'S

3    NO.                    DESCRIPTION                    PAGE

4    Exhibit 183   Document Produced in Native Format   155
                   Aspire Date For Apex
5                  GA03130011

6    Exhibit 184   Aspire APEX - School-Based Mental    159
                   Health Weekly Monitoring Report
7                  GA03130014-GA03130015

8    Exhibit 185   APEX Meeting Year 1 - 05/31/2017     159
                   GA03130022
9
     Exhibit 186   3/1/2019 Email Chain from Deana      172
10                 Farmer to Dante McKay
                   GA00636018-GA00636019
11
     Exhibit 187   3/5/2019 Email Chain From Marnie     178
12                 Braswell To Layla Fitzgerald
                   GA03176876-GA03176877
13
     Exhibit 188   3/6/2019 Email Chain From Layla      184
14                 Fitzgerald To Dante McKay
                   GA03176913-GA03176914
15

16   Exhibit 189   3/7/2019 Email From Deana Farmer     187
                   To Dante McKay
17                 GA00636138

18   Exhibit 190   Apex 3.0 FAQs                        196
                   GA00658846-GA00658848
19
     Exhibit 191   5/5/2020 Email Chain From Layla      203
20                 Fitzgerald to Dante McKay
                   GA03219489-GA003219491
21

22

23

24

25



```
 1              INDEX OF EXHIBITS (Previously Marked)

 2    PLAINTIFF'S

 3    NO.                   DESCRIPTION                    PAGE

 4    Exhibit 10   Georgia Uniform Application              65
                   FY 2020/2021 Community Mental Health
 5                 Services Block Grant

 6    Exhibit 20   Georgia Apex Program (Apex)             120
                   With Attachment
 7                 GA00130192-GA00130195

 8    Exhibit 153 2/11/2020 Email Chain From Wendy         105
                   Tiegreen To Recipients
 9                 With Attached PowerPoint
                   GA04292483-GA04292485.001
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1              THE VIDEOGRAPHER:  This is the video

2        deposition of Layla Fitzgerald, taken in the

3        matter of the United States of America versus

4        the State of Georgia.

5              Today's date is June 24th, 2022.

6              The time on the record is 9:00 a.m.

7              My name is Jason Silling.  I'm the

8        videographer.  The court reporter is Wanda

9        Robinson.

10             Counsel, please introduce yourselves,

11        after which the court reporter will swear the

12        witness.

13        MR. HOLKINS:  Fran Cohen for the United

14        States.

15        MS. COHEN:  Patrick Holkins for the United

16        States.

17        MS. ROSS:  Alexa Ross for the State of

18        Georgia.

19                    - - - - - - -

20                    LAYLA FITZGERALD,

21 being duly sworn, was examined and testified as

22 follows:

23        MS. COHEN:  Alexa, for stips we have

24        agreed that all objections except as to form --

25        MS. ROSS:  Sure.



1              MR. HOLKINS:  -- and motions to strike may

2     be reserved until time of trial.

3              MS. ROSS:  Okay.

4              MS. COHEN:  We will waive --

5              MS. ROSS:  And in the unlikely event of

6     instructing the witness not to answer.  Okay.

7              MS. COHEN:  We will waive signing before

8     typically a notary, and the transcript may be

9     signed if Ms. Fitzgerald wishes to pursuant to

10    28 U.S.C. 1746.

11             MS. ROSS:  Great.  That's very efficient.

12    I appreciate that.

13    EXAMINATION

14    BY MS. COHEN:

15        Q    Good morning, Ms. Fitzgerald.

16        A    Good morning.

17        Q    I represent the United States in this

18    action, which is the United States versus Georgia.

19        A    Okay.

20        Q    You've been sworn?

21        A    Yes.

22        Q    You understand your obligation to answer

23    fully and completely?

24        A    Yes.

25        Q    And do you know basically what the United



1  States is alleging?

2        A    No.

3        Q    The United States is alleging that GNETS

4  -- so are you familiar with GNETS?

5        A    I am.

6        Q    And if I say "GNETS," you know that I'm

7  referring to the Georgia Network for Education and

8  Therapeutic Supports?

9        A    Yes.

10       Q    The United States has alleged in this

11  action that the GNETS program violates the Americans

12  with Disabilities Act in that it unnecessarily

13  segregates students by reason of their disability,

14  emotional and behavioral disorder, and it deprives

15  them of benefits that are available in other schools

16  and other programs.

17       A    Okay.

18       Q    You understand that?

19       A    Yes.

20       Q    You've probably heard a little of it

21  before?

22       A    It's my language.

23       Q    Okay.  And have you had your deposition

24  taken before?

25       A    No.

9



1      Q     So the way it works is that the court

2   reporter is going to take down everything that

3   everyone says.

4      A     Okay.

5      Q     And she can only do that if one of us is

6   speaking at a time.  So I will ask you to let me

7   finish my questions, and I'll try to let you finish

8   your answers so the court reporter can take down

9   each of us separately.

10          Do you understand that?

11     A     Yes.

12     Q     And if you don't understand typically a

13  question, just ask me to repeat it or explain it.

14     A     Sure.

15     Q     In terms of responses, the court reporter

16  can only take down responses in words.  So if you

17  shake your head or nod your head, she can't get that

18  down.

19          Do you understand that?

20     A     Yes.

21     Q     And then you can take typically a break

22  any time.  I'm going to plan to take typically a

23  break roughly every hour or hour and a half, and we

24  will take an hour lunch break.

25          You understand that?



1      A    Yes.

2      Q    And you can request a break at any time.

3  I will ask that you not take a break while a

4  question is pending.

5           Do you understand that?

6      A    Yes.

7      Q    Do you -- are you represented by counsel

8  here today?

9      A    I am.

10     Q    Who are you represented by?

11     A    Ms. Alexa.

12     Q    And when did you first speak to Ms. Ross

13 about appearing here today?

14     A    Yesterday.  That was maybe two weeks ago

15 for Ms. Alexa.

16          It was from -- I'm trying to think of her

17 name.

18     Q    Was it two weeks ago that you received

19 information that your deposition would be taken on

20 this day?

21     A    No -- well, this day was changed.  I

22 received notification about a month ago about the

23 deposition, and I'm drawing a blank, I guess because

24 I'm setting in front of you all, of the person who I

25 was -- Monica Patel reached out to me, who is our



1  counsel at DBHDD, about the deposition that I needed

2  to have on June 22nd.

3      Q    And you asked for a continuous?

4      A    I did.

5      Q    Yes.

6      A    Yes.

7      Q    And we continued it to June 24th, today?

8      A    Correct.

9      Q    And when did you -- did you first speak to

10 Ms. Ross by telephone or in person?

11     A    By telephone.

12     Q    And how many times have you spoken with

13 Ms. Ross by telephone?

14     A    Once.

15     Q    And was it a long conversation or short

16 conversation?

17     A    It was short.

18     Q    How long was it?

19     A    An hour.

20     Q    An hour?

21     A    Uh-huh.  (Affirmative.)

22          That's short to me.  Our meetings go three

23 hours, so.

24     Q    And was it by telephone or Zoom or some

25 other remote connection?



1     A    By telephone.

2     Q    By telephone?

3     A    Correct.

4     Q    And after that did you speak to Ms. Ross

5  again on the telephone before your appearance here

6  today?

7     A    No.

8     Q    Did you meet with her in person?

9     A    No.

10    Q    Did Ms. Ross show you any documents?

11    A    No.

12    Q    Okay.  Have you discussed your appearance

13 here today with anyone?

14    A    Yes.

15    Q    Who?

16    A    My mother.

17    Q    Your mother?

18    A    And Ms. Monica Patel was on the call and

19 Dante McKay was on the call.

20    Q    Dante McKay was also on the call?

21    A    Correct.

22    Q    Was anyone else on the call other than

23 Monica Patel, Dante McKay, Alexa Ross, and yourself?

24    A    No.

25    Q    Other than your mother and that telephone



1  call, have you discussed the deposition with anyone

2  else?

3      A    No.

4      Q    Has anyone shown you any documents in

5  preparation for this deposition?

6      A    No.

7      Q    Did you meet with anyone from the Robbins

8  Firm?

9      A    No.

10      Q    Did you review anything in preparation for

11  this deposition, any documents?

12      A    My own documents, my deliverables of my

13  program, to make sure that I had everything, because

14  I knew I would be questioned about my program that I

15  oversee.

16      Q    When you speak of your program, what are

17  you speaking about?

18      A    The Georgia Apex program.  The

19  school-based mental health program that I oversee.

20      Q    Is it sometimes referred to as Apex?

21      A    Correct.

22      Q    And sometimes as GAP?

23      A    It's not supposed to be, but yes.

24      Q    Sometimes in documents?

25      A    Yes.



LAYLA FITZGERALD                                        June 24, 2022
UNITED STATES vs STATE OF GEORGIA                              14

1      Q    Why is it not supposed to be?

2      A    Because it's not an acronym.  It's

3  actually a full program name.  In the beginning they

4  used it as an acronym, before I started.  So I

5  changed the language so people understood.

6      Q    That was your work?

7      A    Yes.

8      Q    What were the deliverables that you

9  reviewed to refresh yourself in connection with your

10 appearance today?

11     A    Sort of the guidance that's given to

12 providers in their contract to abide by -- to

13 implement the program.

14     Q    Anything else?

15     A    No.

16     Q    Let's see.  I have a copy of your CV.

17         MS. COHEN:  Let's mark that as an exhibit.

18     I think the next exhibit is 176.  We'll mark

19     that.

20         We'll mark the email and the cover resume

21     as -- the cover email and the resume as a

22     single exhibit, and it's previously been given

23     the Bates Nos. GA4586206 and 207.

24         We'll mark it as a single exhibit.

25         (WHEREUPON, Plaintiff's Exhibit-176 was



1        marked for identification.)

2        A    Okay.

3        Q    And the resume was stamped confidential.

4   You'll see it in a minute.

5        A    Okay.

6             MS. COHEN:  Patrick, do you want to

7        explain about control in the deposition?

8             MR. HOLKINS:  Sure.

9             Ms. Fitzgerald, to allow you to review the

10       documents that we're going to be showing

11       electronically, I will use a feature on Zoom

12       called remote control.

13            THE WITNESS:  Yes.

14            MR. HOLKINS:  Where I will click your

15       computer, which is Jason, and this will allow

16       you to select the document and then scroll up

17       and down.  So if you use the cursor right now

18       to select the document that's on the screen,

19       you should be able to use the up and down

20       arrows to scroll.

21            Is that working for you?

22            THE WITNESS:  I have to move the Zoom box,

23       but yes.

24            MS. ROSS:  Can we go off the record for

25       just a moment?



1          MR. HOLKINS:  I'm sorry?

2          MS. ROSS:  Can we go off the record?

3          MR. HOLKINS:  Frannie, she's asking to go

4      off the record.

5          MS. COHEN:  Sure.

6          THE VIDEOGRAPHER:  Off record at 9:11.

7          (Discussion ensued off the record.)

8          THE VIDEOGRAPHER:  On the record at 9:12.

9          MS. COHEN:  Patrick was explaining about

10     control.

11         Did you finish, Patrick?

12         MR. HOLKINS:  I think so.

13         Were you able to access the document?

14         THE WITNESS:  I am.

15 BY MS. COHEN:

16     Q    You understand?

17     A    Yes.

18     Q    Is this a copy of a resume that you sent

19 out from your DBHDD account in January of 2021?

20     A    Yes.

21     Q    Is this resume current as of January 2021?

22     A    Yes.

23     Q    Have there been any changes since that

24 time?

25         MR. HOLKINS:  I'll give you control.



LAYLA FITZGERALD                                  June 24, 2022
UNITED STATES vs STATE OF GEORGIA                          17

1       A    No.

2       Q    No?

3       A    No.

4       Q    The cover email went with the copy of the
5   resume; is that right?

6       A    Yes.

7       Q    Now, let's scroll down to -- and, by the
8   way, just looking at the cover for one more minute,
9   it describes you as the program manager at DBHDD,
10  the Department of Behavioral Health and
11  Developmental Disabilities.

12           Do you call it DBHDD?

13      A    Yes.

14      Q    In the signature block on your email, it
15  describes you as program manager at DBHDD.  How long
16  had you held that position?

17      A    Since May of 2017.

18      Q    And was that your full title as of January
19  2021?

20      A    No.  I'm trying to think.  No.

21      Q    What was your title in January 2021?

22      A    Director of Community Programs.

23           MR. HOLKINS:  Fran, we still have some
24      feedback, Wanda is indicating.

25           MS. COHEN:  We're going to go off the



1      record and fix it.

2              THE VIDEOGRAPHER:  Off the record at 9:15.

3              (Discussion ensued off the record.)

4              THE VIDEOGRAPHER:  Back on the record at

5          9:16.

6              MS. COHEN:  So, Patrick, I'd like to look

7          at the page that's 206, the cover email.

8              Can you put that in front of Ms.

9          Fitzgerald.

10             MR. HOLKINS:  Absolutely.

11    BY MS. COHEN:

12         Q    This signature block identifies you as the

13    program manager of the Office of Children, Young

14    Adults and Families with the Georgia Department of

15    Behavioral Health and Developmental Disabilities,

16    which I'll try to abbreviate as DBHDD.

17             And this was sent on January 16, 2021; is

18    that correct?

19         A    Yes.

20         Q    And your title at that time had changed --

21    this was your title when you first came in May of

22    2017?

23         A    Yes.

24         Q    And your title changed to Director of

25    Community Programs?



1       A    Correct.

2       Q    Was that still with the Office of

3   Children -- of DBHDD?

4       A    Yes.

5       Q    And did you -- when did your title change?

6       A    November of 2020.

7       Q    November of 2020?

8       A    Yes.

9       Q    At that time, did you start a joint

10  position with the Georgia Department of Education

11  and DBHDD?

12      A    Yes.

13      Q    And was your title at DBHDD Director of

14  Community Programs?

15      A    Yes.

16      Q    Did you also have a title at the Georgia

17  Department of Education?

18      A    Yes.

19      Q    Was it the same title?

20      A    No.

21      Q    What was your title at the Georgia

22  Department of Education?

23      A    Mental Health Liaison.

24      Q    Mental Health Liaison?

25      A    Yes.



1      Q    And did your email signature block change?

2      A    No.

3      Q    Not for -- did it change for the

4  Department of Education?

5      A    I don't have an email with them.

6      Q    You don't have an email account there?

7      A    No.

8      Q    Your only email account with the Georgia

9  government is your DBHDD account?

10     A    Correct.

11     Q    And it's the one that we see here, Layla

12  Fitzgerald?

13     A    Correct.

14     Q    Okay.  Let's look at your resume.

15          So you did not, just to be clear, change

16  your signature block in either -- for either agency?

17     A    No.

18     Q    Have you since changed it?

19     A    Yes.

20     Q    When did you change it?

21     A    Like a month ago.

22     Q    A month ago?

23     A    When I realized -- when I realized my

24  signature was still saying program manager.

25     Q    And what made you realize it?



1     A     The new program manager.

2     Q     She wanted the title?

3     A     She changed hers and I recognized that.
4  So I was like I should probably change mine.

5     Q     Let's go to the bottom of your resume and
6  start with your education?

7     A     Sure.

8     Q     What year did you graduate from high
9  school?

10     A     1997.

11     Q     Then you started college at Clark College
12  here in Atlanta?

13     A     Clark Atlanta University.

14     Q     Clark Atlanta University?

15     A     Yes.

16     Q     And what were you majoring in there?

17     A     Psychology.

18     Q     And did you receive a degree from Clark
19  Atlanta?

20     A     No.

21     Q     Where did you go after Clark Atlanta?

22     A     I transferred to Millsaps College in
23  Jackson, Mississippi.

24     Q     Is that where you're from?

25     A     Yes.



1      Q     And what degree did you receive from

2   Millsaps College in Jackson, Mississippi?

3      A     Bachelor's of arts in psychology.

4      Q     And did you subsequently receive another

5   professional degree?

6      A     Yes.

7      Q     What was that?

8      A     Master of science in rehabilitation

9   counseling.

10     Q     Was that a program that you also pursued

11  in Jackson, Mississippi?

12     A     Yes, at Jackson State University.

13     Q     And is that in the psychology department,

14  a master of science and rehabilitation counseling,

15  or what department was that degree from?

16     A     I believe it's the counseling department.

17     Q     And did your courses have a particular

18  focus within rehabilitation counseling?

19     A     It was broad.

20     Q     Was it -- did you focus on physical

21  rehabilitation as well as psychological

22  rehabilitation, or was your course work mostly

23  concentrated on mental health?

24     A     It was physical, psychological, as well as

25  substance abuse.



1      Q    Did you qualify for any professional

2  license at the conclusion of that time?

3      A    No.

4      Q    In addition to your master's in

5  rehabilitation, have you also taken nondegree

6  courses since you received your master's from

7  Jackson?

8      A    No.

9      Q    Have you attended seminars?

10     A    Yes.

11     Q    And what has been the principal focus of

12  your seminars since you received your master of

13  science in rehabilitation counseling?

14     A    Mental health and leadership.

15     Q    Has your work been concentrated in the

16  mental -- largely in the mental health field since

17  you received your master's in rehabilitation

18  counseling?

19     A    I would say youth development.

20     Q    Youth development.  Very well.  Okay.

21          So let's scroll up.

22          Is it moving on your screen, too?

23     A    It is.

24     Q    It's like magic.

25          We'll start with 2005, when you received



1  your graduate degree.

2       A    Oh, boy.

3       Q    Although, actually, I'm going to ask you

4  about your internship.

5            You did an internship, is that right, at

6  the University Medical Center in Jackson?

7       A    Yes.

8       Q    And what was the focus of that internship?

9       A    Applied behavior analysis with children

10  with autism.

11       Q    What is applied behavior analysis?

12       A    A type of treatment that you do with the

13  child and the family in order to get them to build

14  their memory of daily routines.

15       Q    And how did you learn how to do it?  Did

16  you take course work in it or were you instructed in

17  it, or how did you learn?

18       A    I took course work as well as was trained.

19       Q    Where did you take your course work?

20       A    Millsaps.

21       Q    And what did you do during your

22  internship?

23       A    I worked with children with autism on

24  daily routines and helping families to find ways to

25  communicate with their nonverbal children.



1      Q    And did you also have a job working with
2    children with emotional and behavioral disorders at
3    the Spectrum Center while you were in school?
4      A    It was after school.
5      Q    After school?
6      A    Yes.
7      Q    After you got your bachelor's degree?
8      A    Correct.  I moved to California.
9      Q    And where did you work in California?
10     A    The Spectrum Center.
11     Q    And what was your job there?
12     A    Assistant teacher for the children with
13    autism classroom.
14     Q    And what were the ages of the children at
15    the Spectrum Center?
16     A    K through fifth grade.  So five to 10
17    years old.
18     Q    And I neglected to ask you about the ages
19    of the children you worked with during your
20    internship at the University Medical Center?
21     A    Ages four to 10.
22     Q    So you are familiar with that age-group?
23     A    Very.
24     Q    And then after that I see that you worked
25    at Brentwood Behavioral in Jackson for about a year?



1        A    Yes.

2        Q    What is the business of Brentwood

3   Behavioral?

4        A    It's a residential -- it's a short-term

5   residential facility for children with behavioral or

6   mental health disorders.

7        Q    And what were the ages of the children you

8   worked with there?

9        A    Three to 18 --

10       Q    Three to 18?

11       A    17.

12       Q    And what was your role?

13       A    I served as an assistant teacher and what

14  they called a mental health behavioral therapist.

15       Q    And what is the work of a mental health --

16       A    Behavioral therapist?

17       Q    Yeah.  Behavioral therapist.  Thank you.

18       A    Basically working with young people to

19  identify ways to copy -- to identify coping skills

20  and social skills to live independently with their

21  disorder.

22       Q    And after the Brentwood Behavioral work,

23  you were there for about a year?

24       A    Yes.

25       Q    And what was the reason you left there?



1        A     Financial.  Pay.

2        Q     And where did you work next?

3        A     I worked through a foundation at the

4    Jackson Medical Mall that helped service middle

5    school and high school students in Jackson,

6    Mississippi, as the truancy counselor working with

7    students who missed school on a regular basis to

8    identify reasons why and how -- and help them

9    connect back into the school world.

10       Q     It says plan strategic solutions for

11   decreasing the number of truant students on your

12   resume?

13       A     Yes.

14       Q     Were you successful in those strategies?

15       A     I was.

16       Q     Good for you.

17       A     Thank you.

18       Q     And then you went to work for the

19   Children's Defense Fund; is that correct?

20       A     Correct.

21       Q     And was that in connection with mental

22   health as well?

23       A     No.

24       Q     What were you doing for the Children's

25   Defense Fund?  Were you at the Southern Regional



 1  office in Jackson, Mississippi?

 2      A    Correct.

 3      Q    And what did your work focus on?

 4      A    Voter registration efforts in Mississippi.

 5      Q    And then why did you leave the Children's

 6  Defense Fund?

 7      A    It was a temporary position.

 8      Q    Did you receive a more permanent position

 9  with the Children's Defense Fund?

10      A    I did.

11      Q    What was that?

12      A    After Hurricane Katrina, I became a case

13  manager for families --

14      Q    My goodness.

15      A    -- that relocated from Louisiana to

16  Mississippi.

17      Q    And what did that involve?

18      A    Everything that you could possibly

19  imagine.  Helping with housing, helping with -- find

20  food, clothing, shelter, education.

21           It wasn't therapy in a clinical sense but

22  it was therapy in a human sense.

23      Q    More like a social worker than --

24      A    Yes.

25      Q    -- therapist?



1        A    Yes.

2        Q    And then after you had been working -- and

3    your title there was Katrina resources and case

4    manager?

5        A    Resource and referral case manager, yes.

6        Q    And after you had been working in that

7    capacity for a few years -- was it three years?

8        A    Yes.

9        Q    -- did your position change?

10        A    It did.

11        Q    And what did it change to?

12        A    I think I was a youth organizing manager,

13    but also over the Katrina Citizens Leadership Corps.

14    So I had like a dual role.

15             It doesn't reflect that on the resume but

16    I was still working with both sets.  After working

17    with the families, I decided to help coordinate the

18    children that came, and then and I was already

19    working with children in Jackson, Mississippi, and

20    decided to organize youth events for those

21    individuals.

22        Q    And what year did you leave the Children's

23    Defense Fund?

24        A    2013.

25        Q    And what was your reason for leaving?



1      A     The funding ceased for the Cradle to
2   Prison pipeline work, initiative work.
3      Q     What was the next job you took after that?
4      A     Boys and Girls Club of Central
5   Mississippi, as the unit director.
6      Q     And how long did you remain with the Boys
7   and Girls Club?
8      A     Three years.
9      Q     And what did you do as the unit director?
10     A     I oversaw the Capitol Street unit, which
11  housed anywhere from 150 children to 300 students,
12  and I oversaw and managed the different programs and
13  educational rooms that were inside the Clubhouse, as
14  well as the staff.
15     Q     And then did you move from Jackson,
16  Mississippi at the end of your time with the Boys
17  and Girls Club?
18     A     Yes.
19     Q     And was that your return to Atlanta?
20     A     It was.
21     Q     And how were you employed when you first
22  came to Atlanta?
23     A     I wasn't.  I slept on my sister's couch.
24     Q     Do you -- are you laughing?
25     A     I am.  I chose to move to Atlanta on a



1  whim.  I didn't have a job moving here but I decided

2  I no longer wanted to live in Mississippi.  So the

3  summer -- I also decided I didn't want to work with

4  children again in the summertime.  That was not my

5  calling.  So I decided to move myself and my

6  children to Atlanta, Georgia, and I wasn't working

7  when I first moved here, but then I gained

8  employment with Rickey Smilely Foundation.

9      Q    And what did you do for the Rickey Smiley

10 Foundation?

11     A    Sort of fundraiser and director of

12 development for the Cambridge Heights Academy, which

13 was a nonprofit organization.  They work with

14 at-risk children in Atlanta, Georgia.

15     Q    Are the dates correct on your resume, from

16 September '16 to May of 2017?

17     A    Yes.

18     Q    And then how did your job change in May of

19 2017?

20     A    I was offered a position at the DBHDD.

21     Q    How did you come to DBHDD?

22     A    I applied for several positions on Indeed,

23 looking for other employment.  I was interested in

24 getting back into the mental health work, as that

25 was my background in something I always wanted to



```
 1  do, and there were several positions on Indeed, as I
 2  was an Indeed guru at that time, so I put in an
 3  application for another position but was offered
 4  another position.
 5          So I applied for one and I interviewed,
 6  but that position wasn't fit for me.  So they
 7  decided to offer me another position, which was
 8  program manager of the Office of Children, Young
 9  Adults and Families.
10      Q    Indeed is a job search platform?
11      A    Yes.
12      Q    You were hired as program manager?
13      A    Yes.
14      Q    Reporting to whom?
15      A    Dante McKay.
16      Q    And who did Mr. McKay report to?
17      A    Monica Johnson.
18      Q    And did anyone report to you as program
19  manager?
20      A    Not at the time.
21      Q    Did you have any peers on the org chart?
22      A    Yes.
23      Q    Who were they?
24      A    Adell Flowers, Toni Simms.  I think that's
25  it.
```



1       Q     What was Ms. Flowers' role?

2       A     Workforce development.

3       Q     And Mr. Simms'?

4       A     Mrs. Simms?

5       Q     Mrs. Simms.

6       A     She's over -- I'm not sure of her exact

7    title but she's over our bed board, which is the

8    able beds that are offered for children needing

9    long-term residential care.

10      Q     Now, as I understand your testimony, you

11   remained as program manager until November 2020; is

12   that correct?

13      A     Correct.

14      Q     During that time did you report

15   continuously to Mr. McKay?

16      A     Yes.

17      Q     And that's the Mr. McKay who joined your

18   telephone call to prepare for this deposition?

19      A     Yes.

20      Q     Did you request that he join the telephone

21   call?

22      A     I asked him.

23      Q     You asked him.  Did you call him?

24      A     No.

25      Q     How did you ask him?



1    A    Via text, I think.  Via text.

2    Q    You texted Mr. McKay?

3    A    Yes.

4    Q    And said that -- what did you say, in

5  words, or just the substance of it?

6    A    I need help for tomorrow.

7    Q    So was this this week that you texted him?

8    A    Yes.

9    Q    Was that the first communication you had

10  with Mr. McKay about the deposition?

11    A    No.

12    Q    When did you first communicate with Mr.

13  McKay about the deposition?

14    A    When they emailed me about being available

15  for the deposition.

16    Q    And between that time and the time when

17  you texted him and said you need help for tomorrow,

18  did you speak to Mr. McKay about the deposition?

19    A    No.  No.

20    Q    And what did he respond to you?

21    A    I will have to check if I can.

22    Q    And then what did -- when did you next

23  speak to him?

24    A    About the deposition or just speak to him?

25    Q    Either one.



1      A    I speak to him regularly all the time.  So
2  there were several conversations after that text
3  message about work.
4      Q    And when did you next speak to him about
5  the deposition?
6      A    The day -- yesterday.
7      Q    And was that on the telephone call with
8  counsel?
9      A    Yes.
10      Q    And apart from the telephone call with
11  counsel, did you have any conversation with Mr.
12  McKay about the deposition?
13      A    No.
14      Q    Now, you said that initially when you
15  became the program manager at DBHDD, you didn't have
16  anyone reporting to you?
17      A    No.
18      Q    Did that change over time?
19      A    Yes.
20      Q    When did that change?
21      A    I'm trying to remember when Danielle was
22  hired.  I think it was July of '19.
23          Danielle Jones Alexander is now the
24  current program manager, but I didn't look up when
25  she was hired before I came here, so I can't say



1  right off.  But it was in 2019 that she was hired.

2  I think it was in July.

3      Q    And when she was hired, that was reporting

4  to you?

5      A    Yes.

6      Q    And what was her other title or job

7  description?

8      A    Program coordinator.

9      Q    Program coordinator?

10     A    Correct.

11     Q    And she reported to you as program

12 manager?

13     A    Correct.

14     Q    And when did she become program manager?

15     A    November -- November of 2020.

16     Q    That was when you assumed the role as

17 Director of Community Programs?

18     A    Correct.

19     Q    Got it.  Now, I want to understand exactly

20 how you work for both the Department of Education

21 and DBHDD.

22     A    Okay.

23     Q    So do you -- are you an employee of each

24 agency?

25     A    No.



1       Q    Who is your formal employee?

2       A    DBHDD.

3       Q    DBHDD.  And is your position fully funded

4   through DBHDD?

5       A    No.

6       Q    Does the Georgia Department of Education

7   pay in part for your position?

8       A    Yes.

9       Q    And what part?

10      A    The part of the mental health liaison

11  portion.

12      Q    And approximately what percentage of your

13  salary is that?

14      A    I don't know percentage but it's $50,000.

15      Q    Is that --

16      A    -- of my salary.

17      Q    And what is your total salary?

18      A    Currently, $75,000.

19      Q    So it sounds like two-thirds of it is paid

20  for by the Department of Education?

21      A    It sounds like it, but it's -- I didn't

22  think of it in that way, but yes.

23      Q    And is there someone that you report to at

24  the Department of Education?

25      A    Yes.



1        Q    Who is that?

2        A    Ashley Harris.

3        Q    And what is Ms. Harris' title?

4        A    She's the director of the Whole Child

5   Support Office at Georgia Department of Education.

6        Q    And what is the work of the Whole Child

7   Support Office of the Georgia Department of

8   Education.

9        A    It's to coordinate and support services

10  for children, whether it be mental health, physical

11  health, safety.

12       Q    And who does Ms. Harris report to?

13       A    The superintendent.

14       Q    The superintendent of the Department of

15  Education?

16       A    Yes, which is Matthew, I think his name

17  is.

18            You're making me look really bad right

19  now.

20       Q    You can't remember his full name?

21       A    No, I can't.

22            MS. ROSS:  It's okay.

23       A    No one is going to see this, right?

24       Q    Have you met Matthew, superintendent

25  Matthew?



1      A    Once in person, been in several emails,

2  conversations, but not like I know Ashley Harris.

3      Q    Okay.  Who else do you work with at the

4  Department of Education?

5      A    Now she's retired but her name was Cheryl

6  Benefield.

7           I also work with Mary Lauren Salvatore.

8      Q    Between the two of us, we will drive Wanda

9  crazy, so you have to -- when you say a name, you

10  have to go really slow.

11           So you're referring to Cheryl Benefield,

12  who I think is C-H-E-R-Y-L?

13      A    Yes.  Benefield, B-E-N-E-F-I-E-L-D.

14           She's retired now.

15           Mary Lauren, L-A-U-R-E-N, Salvatore,

16  S-A-L-V-A-T-O-R-E.

17           As well as Lindsey Oliver, L-I-N-D-S-E-Y,

18  O-L-I-V-E-R.

19           As well as Molly Sims, M-O-L-L-Y, S-I-M-S.

20      Q    During the period when you worked with Ms.

21  Benefield before she retired, what was her role at

22  the Department of Education?

23      A    Mental health coordinator.  And I may be

24  wrong about that exact title.

25      Q    What was her -- what was her role?



1      A    Is to coordinate mental health services

2   for children within the K through 12.

3      Q    And when you speak of coordination, who is

4   she coordinating between or among?

5      A    An assumption of mine, it would be the

6   school systems, not necessarily an individual -- not

7   necessarily an individual person.

8           MS. COHEN:  Let's go off the record.

9           THE VIDEOGRAPHER:  Off the record at 9:42.

10          (A recess was taken.)

11          THE VIDEOGRAPHER:  Back on the record at

12      9:48.

13   BY MS. COHEN:

14      Q    And I apologize for the ring tone.

15          I wanted to -- I think we were talking

16   about Ms. Benefield, and you said she was a mental

17   health coordinator, you might be wrong about the

18   exact title, and I asked you who she was

19   coordinating between and among, and your answer is?

20      A    Schools.

21      Q    Schools?

22      A    Uh-hum.  (Affirmative.)

23      Q    Which schools?

24      A    The 2000 and some-odd schools she

25   coordinates with.



1           Individual schools on connecting services,
2     supports and programs.
3        Q    And what are the services, supports and
4     programs that she connects schools with?
5        A    Mental health.
6        Q    And which mental health programs?
7        A    Not a specific program.  It's anyone in
8     need of mental health support services, or a program
9     that offers mental health skills.
10       Q    So someone -- just to be concrete about
11    it, you have a child who is at a school that has a
12    mental health need, how do they connect -- get
13    connected with Ms. Benefield?
14       A    Through email.
15       Q    The child would email Ms. Benefield?
16       A    The school or whoever was in search of a
17    service or program.  Not the individual child.  An
18    adult.
19       Q    Okay.
20       A    I mean the title may vary.  It may be a
21    social worker.  It may be a school counselor.  It
22    may be a RESA director.
23            It wasn't a necessary referral platform to
24    happen on.
25       Q    And what was the role of Ms. Benefield in



1  making -- in responding to that outreach?

2      A    You would have to ask her, other than

3  emailing someone to ask do you have this service

4  that I can send over to a school to help a child

5  with.

6      Q    You don't know anymore about her role?

7      A    No.

8      Q    And then how about Salvatore, Ms.

9  Salvatore?

10     A    She oversees the nurses in the

11 school-based health centers.

12     Q    And Ms. Oliver?

13     A    She -- she is the social work specialist,

14 which is a new position.  It just started maybe

15 three months ago.

16     Q    And what is her work as social work

17 specialist?

18     A    Coordinating supports for social workers

19 that work within the school systems.

20     Q    I want to ask you about the mental health

21 programs that are available through the Georgia

22 Department of Education for children or young adults

23 with mental health issues.

24          What are the programs that are available

25 through the Department of Education?



1       A    I am not sure.

2       Q    Do you -- are you familiar with the GNETS

3   program?

4       A    I am.

5       Q    Does Ms. Benefield play any role with

6   regard to the GNETS?

7       A    Not to my knowledge.

8       Q    Do you -- are you familiar with Apex?

9       A    Yes.

10      Q    That's your program, right?  That's your

11  baby?

12      A    Yes.

13      Q    Does Ms. Benefield coordinate with regard

14  to the Apex program?

15      A    Outside of myself, no.

16      Q    Just with you?

17      A    Yes.

18      Q    And in your role as liaison, when you

19  assumed that in November 2020, how is your time

20  divided between DBHDD and the Department of

21  Education?

22      A    I'm not sure.

23           MS. ROSS:  Object to form.

24           You may answer.

25      A    I am not sure.



1      Q    What do you mean you're not sure?  Can you
2  give me an estimate or approximate?
3           MS. ROSS:  Same objection.
4      Q    You can answer.
5      A    No.
6      Q    Let me ask you this:  Where is your desk
7  located at the Department of Education?
8      A    I don't have one.
9      Q    And where is your desk located at DBHDD?
10     A    Two Peachtree, on the 23rd floor.
11     Q    So you are a hundred percent of the time
12 located at the department of DBHDD; is that correct?
13     A    Yes.
14     Q    Except when you travel on business?
15     A    Correct.
16     Q    In what way then did your responsibilities
17 change as liaison with regard to the Georgia
18 Department of Education work?
19           MS. ROSS:  Object to form.
20     A    I don't understand the question.
21     Q    My question is, when you became a liaison
22 in November of 2020 with the Georgia Department of
23 Education -- correct?
24     A    Yes.
25     Q    -- had you spoken to anyone at the Georgia



1  Department of Education when you were program

2  manager at DBHDD?

3       A    Yes.

4       Q    Who did you speak to on a regular basis in

5  your role as program manager for DBHDD prior to the

6  time that you became the liaison in November of

7  2020?

8       A    Ashley Harris, Cheryl Benefield.

9            Those two.  Before the liaison position?

10      Q    Yes.

11      A    Yes, those two.

12      Q    And then did the frequency of your

13 interactions with Ms. Benefield and Ms. Harris

14 increase after the liaison position?

15      A    Yes.

16      Q    And what was the nature of the increase?

17      A    I attended monthly meetings with the

18 Office of Whole Child Supports.

19      Q    And where did those take place?

20      A    They were virtually, as we were still in

21 the pandemic.

22      Q    And do they continue to be virtual to this

23 day?

24      A    We have held two in-person meetings since

25 the pandemic.



1      Q     And where were those held?

2      A     Department of Education.

3      Q     And who attends the standing meeting of

4  the Office of Whole Child Supports?

5      A     The Whole Child Supports office team.

6      Q     And how big is that team?

7      A     Approximately six or seven people.

8            When I started.  It has now grown to about

9  13 people, I think.

10     Q     And what is, what is the work of the

11  Office of Whole Child Supports?

12     A     Exactly what it says, it's the office of

13  supports for children with physical health or mental

14  health needs.

15     Q     And what role do you play in that office?

16     A     Mental health liaison for the DBHDD.

17     Q     And does that entail -- what does that

18  entail?

19     A     Coordinating with the mental health team

20  on the Whole Child Office of supports at DOE, with

21  program service and supports that we have at DBHDD.

22     Q     So in November 2020, did the nature of

23  your work with Georgia DOE change, or did it just

24  increase in frequency?

25     A     Increase in frequency.



1     Q     And you went to the standing meetings?

2     A     Correct.

3     Q     Anything else?

4     A     Outside of coordinating with Cheryl on

5   trainings available for staff and parents, no.

6     Q     Now, you're referring to coordinating with

7   Cheryl Benefield on trainings available to staff and

8   parents.  Were these generally available to all

9   staff at the Department of Education?

10    A     Yes.

11    Q     And to all teachers?

12    A     Yes.

13    Q     And since November of 2020, how many

14  trainings have you coordinated?

15    A     I don't know.

16    Q     Is it more than 10?

17    A     Way more than 10.

18    Q     And how about for parents?

19    A     I don't know an exact number, but more

20  than 10.

21    Q     And were there any trainings prior to the

22  time that you became the liaison?

23    A     I am not sure.

24    Q     You're not aware of it?

25    A     No.



1       Q     So is your role as liaison, it's partly to

2   coordinate the trainings; is that correct?

3       A     Yes.

4       Q     And your role as liaison also involves

5   connecting children served by the Department of

6   Education with supports?

7       A     Connecting the schools, not the children.

8       Q     The schools?

9       A     Correct.

10       Q     With supports?

11       A     Correct.

12       Q     Such as what kind of supports?

13       A     Mental health supports.

14       Q     Do you mean mental health supports for

15   students?

16       A     It can be for students, staff, or parents.

17       Q     And what, what -- who is the provider of

18   the mental health services that you connect the

19   Department of Education with in your role as liaison

20   for the DBHDD?

21       A     The local mental health providers.

22       Q     And when you refer to local mental health

23   providers, who are you talking about?

24       A     So DBHDD has a list of vetted providers

25   that are available in communities to provide



1  services.  I contract with 37 of them -- not myself.

2  DBHDD contracts with 37 of them to provide the

3  Georgia Apex program, and that's who I oversee, is

4  that 36 -- 37 providers.

5      Q    So in terms of your work with the

6  Department of Education, is everybody that you have

7  coordinated the schools that are seeking support,

8  are all of those supports from the 37 providers that

9  you work with in the Georgia Apex program?

10     A    Correct.

11     Q    Have you coordinated any supports outside

12  the Georgia Apex program?

13     A    Other than my -- I oversee six

14  organizations, and we consider them the System of

15  Care organizations, and those provide trainings, and

16  those organizations are NAMI --

17     Q    National Alliance --

18     A    NAMI, National Alliance for Mental

19  Illness.  Mental Health Association of Georgia,

20  Silence the Shame, VOX Teen Communications, Creative

21  Community Services, and Voices for Georgia's

22  Children.

23     Q    At the Georgia Department of Education, do

24  you have any involvement with individuals who are

25  working on the GNETS program?



LAYLA FITZGERALD                                      June 24, 2022
UNITED STATES vs STATE OF GEORGIA                              50

1      A    No.

2      Q    Do you have any involvement with the GNETS

3  program?

4      A    No.

5      Q    Have you been to any GNETS programs?

6      A    No.

7      Q    Have you visited any schools where there

8  are GNETS classrooms?

9      A    I am not sure.

10     Q    Have you ever visited a GNETS classroom?

11     A    No.

12     Q    Have you had any role with the GNETS

13 program as liaison to the Georgia Department of

14 Education?

15     A    No.

16     Q    Are you walled off from the GNETS program?

17          Do you understand that concept?

18     A    No.

19     Q    Walled off is kind of a legal term that we

20 use that means where you're not supposed to be

21 involved with the GNETS program, there is a formal

22 separation between your role at the Department of

23 Education and the GNETS program.

24     A    Then yes.

25     Q    And who arranged that?



1      A     It's just known when I got there, we don't
2   work with GNETS programs.
3      Q     Was Mr. McKay involved in that
4   conversation?
5      A     Yes.
6      Q     And was it one conversation or more than
7   one?
8      A     It was more than one.
9      Q     And who were the conversations between
10  about the limitations on your role in connection
11  with GNETS programs?
12     A     The persons?
13     Q     Uh-hum.
14           MS. ROSS:   Object to form.
15     A     Dante McKay, and the Center of Excellence
16  at the Georgia State University Center for Health
17  Policy.
18     Q     Anyone else?
19     A     The providers I oversee.
20     Q     Were there any conversations with anyone
21  at the Department of Education about the limitations
22  on your role as liaison vis-a-vis the GNETS program?
23     A     Not to my knowledge.
24     Q     Now, during this time when you've been a
25  liaison, were you able to continue your work as



1  program manager?

2      A    Yes.

3      Q    And during what period were you able to

4  continue to work as program manager until Ms. Jones

5  took over?

6      A    I sort of still manage.  We both manage

7  the program now.

8      Q    Now you jointly manage it?

9      A    Yes.

10     Q    So let's look at your resume and what it

11 says about your responsibilities as program manager.

12     A    Okay.

13     Q    Now, this resume actually lists you as

14 Mental Health Liaison Program Director, Office of

15 Children.

16          This is Exhibit 176.

17          So by this time you had changed your

18 position; is that right?

19     A    I changed it, yes.

20     Q    And it says that you oversee 37 mental

21 health providers that offer Georgia Apex, a

22 school-based mental health program, 18 mental health

23 resiliency clubhouses, as well as 10 community

24 innovation pilots with several nonprofit

25 organizations within the DBHDD System of Care?



1      A    Yes.

2      Q    So that has a lot of words in it that I'm

3   going to have to ask you what they mean.

4           First of all, the mental health providers,

5   are those individual providers or are they

6   affiliated with organizations?

7      A    They're affiliated with our Community

8   Service Boards.

9      Q    What is a Community Service Board?

10     A    I don't know.

11     Q    I mean I read something about it.  I read

12  that it was a public/private organization that

13  provides mental health.  Is that accurate?

14     A    So, yes, I know that, but I don't know why

15  they named it Community Service Boards.

16          Yes, they are local mental health

17  providers that provide services to children, youth

18  and families.  So they provide your comprehensive

19  mental health services, whether individualized or

20  group settings, for anyone.

21     Q    And are they -- are the Community Service

22  Boards entities under Georgia Law?

23     A    Yes.

24     Q    And are they exclusively in the business

25  of providing comprehensive mental health services,



1  or did they provide other services as well?

2          MS. ROSS:  Object to form.

3      A    They provide mental health and substance

4  abuse disorders.

5      Q    Understood.

6          And apart from mental health and substance

7  abuse disorder services, do they provide any other

8  services?

9      A    Developmental disabilities.

10     Q    And have you now listed the complete range

11 of the services that the Community Service Boards in

12 Georgia provide?

13     A    To my knowledge.

14     Q    And it's substance abuse, mental health,

15 and developmental disability services?

16     A    Correct.

17     Q    So the 37 mental health providers that you

18 refer to in Exhibit 176, your resume, that offer

19 Georgia Apex, those are the Community Service

20 Boards?

21     A    Yes.

22     Q    And are they located primarily in Atlanta,

23 or are they elsewhere in Georgia?

24     A    They're spread across the State of

25 Georgia.



1      Q    And then you refer to 18 mental health
2  resiliency clubhouses in your resume.
3           You had previous experience with mental
4  health clubhouses before coming to work for DBHDD;
5  is that correct?
6      A    So the Boys and Girls Club is not a mental
7  health clubhouse.
8      Q    Oh, it isn't?
9      A    No.  They serve any student.
10          The clubhouses I oversee specifically
11 serve students with mental health challenges and/or
12 disabilities.
13     Q    So did you first begin working with mental
14 health clubhouses when you came to DBHDD?
15     A    Correct.
16     Q    And with regard to the mental health
17 clubhouses, is that an after-school program?
18     A    They service an after-school and
19 summertime program.
20     Q    And are they analogous to the Boys and
21 Girls Club, but they have also have a mental health
22 slant?
23          MS. ROSS:  I'll object to form.
24     A    Yes.  They have similar programs like Boys
25 and Girls Club but all have a therapeutic foundation



1  to these programs.

2       Q    And are the clubhouses one of the types of

3  mental health supports that you coordinate in your

4  role as liaison to the Department of Education?

5       A    Yes.

6       Q    And then -- excuse me.

7            So my understanding is there are only 24

8  Community Service Boards in Georgia.  So does the 37

9  mental health providers refer to some providers who

10 are not Community Service Boards?

11      A    Yes.

12      Q    What type of providers are the ones who

13 are not Community Service Boards?

14      A    They're considered Tier II specialty

15 providers.

16      Q    And the Community Service Boards are Tier

17 I providers?

18      A    Yes.

19      Q    So am I correct that there are 24

20 Community Service Boards, or Tier I, providers in

21 Georgia?

22      A    I would have to check the actual number,

23 but I believe it's 24.

24      Q    In the Apex program, anyway, there are 24?

25      A    Yes.



 1      Q    And then the additional 13 providers are
 2 Tier II providers, providing more intense mental
 3 health supports?
 4      A    Yes.
 5      Q    And then you have 10 community innovation
 6 pilots?
 7      A    Now there's seven.
 8      Q    Seven?
 9      A    That number needs to change, yes.  We have
10 dropped a few.
11      Q    And are those grant funded?
12      A    We don't consider them grants, but we
13 provide funding for them to provide trainings.
14      Q    And when you say "we," you're referring to
15 DBHDD?
16      A    Yes.  Not me.  DBHDD, yes.
17      Q    And then it says they're nonprofit -- with
18 nonprofit organizations within the DBHDD System of
19 Care?
20      A    Yes.
21      Q    What is the System of Care?
22      A    The System of Care is a guideline that was
23 provided through a state plan of how to better
24 coordinate behavioral health services for the State
25 of Georgia.



1      Q    And who are the participants in the System

2  of Care?

3      A    There are several participants, and I

4  don't know them by name.

5      Q    That's fine.  Can you define them -- DBHDD

6  is one of the participants?

7      A    Yes.  And other state agencies and

8  nonprofit organizations.

9      Q    And which state agencies are in the System

10 of Care?

11     A    I can name those that I know that are

12 part.

13     Q    That's fine.

14     A    But there's a whole list.

15     Q    You can only answer what you know.

16     A    Yes.  So DFCS, D-F-C-S, which stands for

17 Department of Family and Children Services; DPH,

18 which is Department of Public Health; DCH, which is

19 Department of Community Health; the Department of

20 Education, DOE; GCAL, which is our Georgia Crisis

21 Access Line.

22          You said state agencies?

23     Q    Yes.

24     A    That's all that I can think of.

25     Q    And what are the community organizations



1  that you can remember that are a part of the System

2  of Care?

3      A    Oh, geez.

4           Mental Health Association, Georgia's

5  Federation of Families, Voices for Georgia's

6  Children, MAC, which is Multiagency Alliance for

7  Children, I think is what MAC stands for.  It's an

8  acronym.  MAC is the acronym.

9           There are -- it's a lot of us that goes to

10  that monthly call.

11      Q    There's a standing monthly System of Care

12  call?

13      A    It's a standard monthly interagency

14  directors call, which is the IDT call.

15      Q    Now, I just was confused about one thing.

16  On your resume it says within the DBHDD System of

17  Care.  You're referring to a System of Care that

18  encompasses various community agencies and state

19  agencies as well.  So is there a separate System of

20  Care within DBHDD apart from that System of Care

21  that you referred to with the other state agencies

22  and the community organizations?

23      A    Yes.  There is work that we do that is

24  connected to the larger system of care within DBHDD.

25      Q    I see.  And who works on that within



 1  DBHDD?

 2      A    Myself, Layla Fitzgerald.

 3          Matthew Clay is now the new director of

 4  System of Care.

 5          And then Tricia Mills, who is no longer

 6  with DBHDD, used to be over System of Care for the

 7  Office of Children, Young Adults and Families, but

 8  now that's now Matthew Clay.

 9      Q    Within the -- is the System of Care, is

10  that exclusively for mental health issues, or does

11  it also apply to more general health issues?

12      A    In its language it's for behavioral

13  health, but in the meetings we speak of all areas,

14  because all areas are affected by behavioral health

15  and mental health.

16      Q    So -- but it's primarily focused on -- is

17  it fair to say the System of Care is primarily

18  focused on behavioral health?

19      A    Yes.

20          MS. ROSS:  Is there a question pending?

21      If there's not a question pending, I'd like to

22      take a five-minute break.

23          MS. COHEN:  Sure.  We can take a

24      ten-minute break and have that be our official

25      break.



1          THE VIDEOGRAPHER:  Off record at 10:16.

2          (A recess was taken.)

3          THE VIDEOGRAPHER:  We're back on the

4     record at 10:41.

5          MS. COHEN:  Thank you.

6  BY MS. COHEN:

7     Q    I wanted to just go back to the

8  conversation we were having about System of Care for

9  a minute.

10    A    Yes.

11    Q    Is there a reason why the System of Care

12 relies on different agencies to coordinate responses

13 to behavioral health issues?

14         MS. COHEN:  That wasn't a good question at

15    all.  I'm going to withdraw it.

16    Q    I'm going to ask you this:  What are the

17 reasons that DBHDD participates in coordinating with

18 the other agencies, both state and nonprofit, that

19 you mentioned to provide behavioral health services?

20    A    There's a need to coordinate with other

21 state agencies as we don't do what other state

22 agencies do.  So we have to coordinate with those

23 other agencies to connect the work that each of us

24 are charged to do for children across the State.

25    Q    And is the Department of Education part of



1  the System of Care?

2       A    Yes.

3       Q    And is GNETS part of the System of Care?

4       A    Not to my knowledge.

5       Q    And I also wanted to ask you about OCYF,

6  which is the Office of Children, Youth and Families?

7       A    Children, Young Adults and Families.

8       Q    Young adults and families.  I knew I would

9  mess it up.  Thank you.

10      A    I was like, wait, that's not it.

11      Q    So the OCYF, what is the -- can you just

12  give me the exact target population of OCYF?

13      A    Ages four to 26.

14      Q    Got it.  And that is your home, OCYF

15  within DBHDD?

16      A    Yes.  That is my home office, yes.

17      Q    And that has continued even as you are a

18  liaison?

19      A    Yes.

20      Q    Now, what federal grants does DBHDD hold

21  with relation to behavioral health for children and

22  young adults?

23      A    I know we --

24      Q    Excuse me.  Children, youth and

25  adolescents.



1      A     Children, young adults and families.

2      Q     Children, young adults and families.

3            What grants does DBHDD hold relating to

4  children, youth and families?

5      A     The only grants I'm aware of for OCYF --

6  that is easier than children, youth and families --

7  that are provided through SAMAHSA, substance abuse

8  and Mental Health Services Administration.

9            S-A-M-A-H-S-A, Substance Abuse and Mental

10 Health Services Administration.

11     Q     And is there a Community Mental Health

12 Block Grant?

13     A     Yes.

14     Q     Does OCYF participate in that?

15     A     Yes.

16     Q     And were you involved in drafting that

17 grant or its extension at any time in your work for

18 DBHDD?

19     A     No.

20     Q     Have you reviewed drafts of the grant or

21 its extension in connection with your work?

22     A     Yes.

23     Q     And did you provide comments?

24     A     No.

25     Q     Did Mr. McKay provide comments?



1    A    To my knowledge, yes.

2    Q    Who, who was the primary author of the

3  Mental Health Block Grant?

4    A    I am not aware.

5    Q    Earlier this morning you mentioned COE,

6  the Center for Excellence.

7    A    Yes.

8    Q    Was the Center of Excellence involved in

9  the Community Mental Health Block Grant?

10    A    No.

11    Q    Is that grant currently on extension?

12    A    I don't know.

13    Q    Do you know that it had an expiration date

14  of April 30, 2022?

15    A    No.

16    Q    Do you have occasion to read the block

17  grant?

18    A    Yes.

19    Q    From time to time you rely on it?

20    A    I've read it.

21        MS. COHEN:  I'm going to ask Patrick to

22        bring it up.

23    Q    I think we've marked it in this litigation

24  as Exhibit 10, and it's very long.  I'm not going to

25  ask you to look through the whole thing, unless



1  you'd like to, and then Patrick can give you

2  control.

3      A    Oh, no, I've reviewed enough documents.

4      Q    So let's look at Page 294.

5           MS. ROSS:  You have it?

6           THE WITNESS:  Yes, I have it.

7      Q    Now --

8           MS. ROSS:  Is the exhibit just the one

9      page?

10          MS. COHEN:  No.  The exhibit is all.

11          MS. ROSS:  My numbering is off.

12          MS. COHEN:  300 pages, okay.

13          (WHEREUPON, Plaintiff's Exhibit-10 was

14     previously marked for identification.)

15 BY MS. COHEN:

16     Q    Now -- now we're looking at Page 294 --

17 Page 94.  Excuse me.

18          MS. ROSS:  Does it begin with

19     "Particular," Page 94?

20          THE WITNESS:  Mine does.

21          MS. COHEN:  I'm going to move on from the

22     block grant, it's a little unwieldy for me

23     right now.

24 BY MS. COHEN:

25     Q    Is there also a System of Care grant that



1   DBHDD is involved in?

2        A    I don't know.

3        Q    Is there a grant of money that Apex --

4   that is involved with the Apex program?

5        A    Yes.

6        Q    What is that grant?

7        A    The Mental Health Block Grant, to my

8   knowledge.

9        Q    And that provides money for Apex?

10       A    Yes.

11       Q    I want to ask you a bit about Apex.  When

12   you came to DBHDD, had Apex already started, or were

13   you there at the inception?

14       A    It had already started.

15       Q    When did it start?

16       A    2015.

17       Q    And did it start as a pilot or as a full

18   program?

19       A    As a pilot.

20       Q    As a pilot.  And who funded the pilot?

21       A    DBHDD.

22       Q    And have you been involved with -- I think

23   you said you came to work at DBHDD in May of 2017?

24       A    Correct.

25       Q    And have you been involved with the Apex



1  program continuously since that time?

2       A    Yes.

3       Q    Is the Center of Excellence involved in

4  the Apex program?

5       A    Yes.

6       Q    What is its involvement?

7       A    They provide evaluation and monthly

8  reports to DBHDD about the data collected from the

9  providers monthly.

10      Q    The providers, being the 37 CSBs?

11      A    The 37 mental health providers, yes.

12      Q    And the 10 Tier II -- excuse me.  The 24

13 -- go ahead.  You say it.

14      A    The breakdown of the 24 CSBs, and the

15 additional Tier II mental health providers.

16      Q    And it is a particular office of the

17 Center of Excellence that is involved with the Apex

18 program?

19      A    Center of Excellence is under the Georgia

20 State Health Policy Office.

21      Q    Who are the individuals from the Center of

22 Excellence who are involved with the Apex program,

23 to your knowledge?

24      A    Dimple Desai, D-I-M-P-L-E.  Desai is

25 D-E-S-A-I.



 1            There is Ani, A-N-I -- what is Ani's last

 2   name?  She got married.

 3            Last name not coming to me right now.

 4            There is Georgina, G-E-O-R-G-I-N-A.

 5            There is Isis Nelson, I-S-I-S, Nelson.

 6            That's all the names that's coming.

 7   There's a team.  There's an Apex team at the Center

 8   of Excellence.

 9       Q    Now, the Apex team at the Center of

10   Excellence, are they all working on one project, or

11   there's different projects?

12       A    They work on the Apex project but they may

13   have other projects that they work on that I'm not

14   familiar with.

15       Q    With regard to the Apex project, is there

16   one, one task or more than one task?

17       A    There's more than one task.  They all have

18   specific tasks, whether it's evaluation or technical

19   assistance, or reporting.

20       Q    Is technical assistance sometimes referred

21   to in the documents as TA?

22       A    Yes.

23       Q    And is there specific funding for the work

24   of the Center of Excellence provided through the

25   Mental Health Block Grant?



1          MS. ROSS:  I object to form.

2     A     Not to my knowledge.

3     Q     Who funds -- what is the funding that the

4    Center of Excellence receives?  What is the funding

5    source for its Apex work?

6          MS. ROSS:  Same objection.

7     A     I just know it as --

8          MS. ROSS:  Same objection as to form.

9     A     I just know it as DBHDD.

10    Q     I see.

11    A     I'm not sure which fund source it comes

12   from.

13    Q     Okay.  And what, what data does the Center

14   of Excellence use in connection with its assessment

15   or evaluation of the Apex program?

16    A     So there is a monthly, a monthly report

17   that is provided through Qualtrics,

18   Q-U-A-L-T-R-I-C-S, that reports on services, types

19   of services, referral, entry, as well as payor

20   source, and payor source is insurance payor, and we

21   only work with children who are uninsured or

22   underinsured, and SSI Medicaid.

23          So we work with individuals who are

24   insured by CMOs, which are community management

25   organizations, I think is what CMOs stand for.



1      Q     I've heard it referred to as care
2  management?
3      A     Care management.
4      Q     Care management?
5      A     Care Management Organizations, yes.  I
6  know them as CMOs.  We speak in acronym language.
7      Q     So I guess roughly speaking my
8  understanding is that DBHDD provides some of the
9  data to the Center of Excellence; is that correct?
10     A     No.
11     Q     DBHDD doesn't provide any of the data?
12  Where do they draw their data from?
13     A     From the mental health providers
14  themselves.
15     Q     I see.  The CSBs, or the Tier II group?
16     A     Correct.
17     Q     And does DBHDD have access to that data?
18     A     Yes.
19     Q     Where does it get -- does it get access
20  through the Center of Excellence, or does it come
21  directly to DBHDD?
22     A     Initially, it came from the Center of
23  Excellence, but we now have signed on access to the
24  Qualtrics platform now.
25     Q     When did --



 1      A    As of -- I don't know exact date, but it's

 2 not been six months.

 3      Q    Got it.

 4           So it was some time in 2022?

 5      A    I would say latter 2021.

 6      Q    Got it.

 7           And the data that's available through the

 8 Qualtrics system to the Center of Excellence

 9 initially and now, too, to DBHDD as well, those are

10 for all services provided by community service

11 providers?

12      A    Yes.

13      Q    I meant -- I said community service

14 providers but I meant Community Service Boards.  Did

15 you understand that?

16      A    Yes.  The mental health providers, they're

17 not all Community Service Boards.  That's why we

18 just label it mental health providers.

19      Q    Now, with regard to that pool of data

20 that's in the Qualtrics system from the mental

21 health providers, does that include only services

22 that are provided through Apex or does it also

23 include services provided through other provider

24 systems?

25      A    Just through Apex.



1      Q    Does it include -- are any services

2  provided by the Community Service Boards to students

3  in the GNETS program?

4           MS. ROSS:  Object to form.

5      A    No, we don't receive individualized data.

6  It's aggregate data.

7      Q    I see.  So you don't receive client level

8  data?

9      A    No.

10     Q    And so you only receive aggregate data?

11     A    Yes.

12     Q    Do you know if the Center of Excellence is

13  able to see client level data?

14     A    They aren't.

15     Q    And who is your principal contact at the

16  Center of Excellence?

17     A    Dimple Desai.

18     Q    So my question was, do the Community

19  Service Boards provide any services to students in

20  GNETS, in the GNETS program?

21          MS. ROSS:  Object to form.

22     A    Not to my knowledge.

23     Q    Now I want to ask you about another

24  acronym.  You've alluded to it this morning.

25          The IDT?



1        A      Yes.

2        Q      What does that stand for?

3        A      Interagency Directors Team.

4        Q      And what is the Interagency Directors

5   Team?

6        A      It's the -- just giving a broad overview

7   of what it is, I don't know the exact definition.

8        Q      Yeah.

9        A      It's the governing board that ensures that

10  the System of Care state plan is done.

11       Q      So that is the entity that supervises --

12  that implements and executes the System of Care?

13       A      Correct.

14       Q      And are meeting notes kept for that?

15       A      Yes.

16       Q      And who keeps the notes?

17       A      I can give the director.  I'm not sure who

18  keeps the actual notes.

19       Q      Who is the director?

20       A      Renee Johnson.

21       Q      What is her title outside of the IDT?

22       A      I'm not sure.

23       Q      What agency does she work for?

24       A      The Center of Excellence -- I am not

25  completely sure her employer.



1      Q    When did you first start attending center
2   -- IDT meetings?
3      A    If I started in May of '17, I would assume
4   July of '17, right when I started working and got
5   acclimated to everything I was supposed to be
6   overseeing.
7      Q    Who was the DBHDD representative to the
8   IDT before you?
9      A    Dante McKay, and still is.
10     Q    And he has continued?
11     A    Yes.
12     Q    And how frequently does the IDT meet?  I
13  think you said monthly?
14     A    Monthly.
15     Q    And are there interim meetings that are
16  more frequent?
17     A    So there are work groups within the IDT
18  that meet on a regular basis.  Most are monthly.
19     Q    Are you involved in any work groups?
20     A    Yes.
21     Q    Which ones do you -- are you involved in?
22     A    I am the chair of the Workforce
23  Development Work Group.  I sit on the School Based
24  Behavioral Health Work Group, as well as the Peer
25  Support and Lived Experience Work Group.



1      Q    When you say school-based mental health

2  services, what does that refer to?

3      A    So initially it was around school-based

4  mental health programming within schools.  It has

5  branched out to be trainings as well as supports to

6  school-based mental health program.  Not just

7  specific to Apex.

8      Q    And when you say schools, you're referring

9  to the public school to which a child is assigned?

10      A    Correct.

11      Q    By virtue of where they live?

12      A    Correct.

13      Q    During your tenure on the IDT, attending

14  the IDT, both as the program manager for Apex and

15  more recently as the Director of Community Programs,

16  did you expand the role that DBHDD played in the

17  IDT?

18      A    No.

19      Q    You followed the role that Dante was

20  playing?

21      A    Yes.

22      Q    And what is the role that DBHDD plays in

23  the IDT?

24      A    As a team player of the IDT I don't know

25  specifically the language.



1    Q    What are some of the principal issues that
2  have occupied you since 2017, occupied the IDT since
3  2017, that DBHDD has been concerned with?
4    A    Access to services, mental health
5  services, coordination of mental health services,
6  and partnerships with others to educate and inform
7  others of services we provide.
8    Q    Are there particular changes that DBHDD
9  has advocated for during your time on the IDT?
10   A    Advocated for?  Not to my knowledge.
11   Q    Are there changes that DBHDD has been
12  involved in implementing with respect to the
13  delivery of mental health to children, youth and
14  families during your time on the IDT?
15   A    Not to my knowledge.
16   Q    What are the principal barriers to the
17  delivery of behavioral health services to children,
18  youth and families in Georgia?
19        MS. ROSS:  Object to form.
20   A    What I perceive as the barriers?
21   Q    Yes.
22   A    Agencies and organization working in
23  silos; the missed opportunity to have a coordinated
24  strategic plan across the state agencies; the lack
25  thereof or misunderstanding of needs of funds and



 1  how they have been distributed.

 2      Q    And what are the agencies that you say are

 3  working in silos with respect to Georgia State

 4  agencies?

 5      A    All of them.  DFCS I named before.  Can I

 6  name the same acronyms I did before?

 7          DFCS, DPH, DCH, DBHDD, DOE, DECAL.

 8      Q    And what work has DBHDD done on the issue

 9  of working in silos during your tenure?

10      A    Lots of work.  I attend many committees --

11  I sit on several committees and work with several

12  work groups to sort of break the silos that we have

13  been working.

14      Q    And have you worked on breaking silos to

15  improve connections between DOE and DBHDD?

16      A    Yes.  That's how the mental health liaison

17  role came about.

18      Q    And what were the principal issues of lack

19  of coordination between DBHDD and DOE?

20      A    There's no true referral system.  There

21  are many times turnover with staff who is not aware

22  of other state agencies program supports and

23  services.

24          For me, it was the creation of this

25  program without having input from other agencies



1  that it may affect.

2      Q    Which program are you referring to?

3      A    The Georgia Apex program.

4      Q    What problems did the silos cause?

5      A    In layman's terms, we were stepping on

6  their turf and not talking to the coach before

7  stepping on their turf.  So we were providing

8  services within their school buildings and not

9  necessarily talking to the state agency Department

10 of Education, but we were talking to local school --

11     Q    I see.

12     A    -- leadership.

13     Q    So one issue is coordination of the Apex

14 program services through the schools -- excuse me --

15 through the Department of Education, as well as

16 through the local educational agencies?

17     A    Correct.

18     Q    Was this a problem that persisted even

19 after you became the liaison?

20     A    Which problem?

21     Q    The problem of the lack of communication

22 between DBHDD and the Department of Education

23 regarding mental health services?

24     A    Nope, not after I came.

25     Q    Is that right?  You solved that?



1       A    Um, I didn't solve it.  They at least had

2   a person who they can directly connect to if they

3   had questions or if there was any uncertainties of

4   how to connect to our -- to the DBHDD system.

5       Q    So that's been helpful?

6       A    Yes, very.

7       Q    But that has not included GNETS?

8            MS. ROSS:  Object to form.

9       Q    That communication?

10      A    No.  I don't know.

11           I don't talk to GNETS programs.  I'm

12  trying to figure out -- there is -- no.

13           I'll leave my answer as no.

14      Q    Now, I think you said that there has been

15  a missed opportunity to have a unified strategic

16  plan.  Were you referring to a plan for mental

17  health services to children, youth and families?

18      A    Yes.

19      Q    And what is that nature of the missed

20  opportunity?

21      A    Working with other state agencies to

22  develop policies and procedures that would benefit

23  both state agencies by providing services to the

24  children of DOE, and the services coming from DBHDD.

25  Or the mental health providers of DBHDD.

LAYLA FITZGERALD                                    June 24, 2022
UNITED STATES vs STATE OF GEORGIA                              80

1      Q     And what is the opportunity that you see?

2            When you talked about a missed

3  opportunity, I was wondering whether there was a

4  specific opportunity or things to be done, or

5  whether you were speaking generally about a failure?

6      A     Developing sort of joint policies that

7  would benefit both and cover the liability of both.

8            A missed opportunity of developing an

9  actual referral platform for individuals coming from

10 the DOE to need mental health services.

11     Q     Have you spoken about that at DBHDD?

12     A     Yes.

13     Q     Have you spoken about that at the IDT?

14     A     Yes.

15     Q     And also at the Georgia DOE staff

16 meetings?

17     A     Yes.

18     Q     And is there a referral platform now?

19     A     No, but there are talks of building one.

20     Q     What is it referred to as?  Does it have a

21 specific project name or --

22     A     Oh, no.  It's just been us compiling notes

23 and seeing the need of a referral process.

24     Q     Is -- are you the principal person

25 involved in the project to build a referral platform



 1  for DBHDD?

 2          Let me, let me --

 3          MS. COHEN:  I'm going to revise that

 4      question because it was a little confusing.

 5  BY MS. COHEN:

 6      Q    Are you the principal person at DBHDD who

 7  is involved in the effort to build a referral

 8  platform?

 9      A    Yes, with DOE.

10      Q    And -- are you the principal person at DOE

11  who is involved in the effort to build a referral

12  platform with DBHDD?

13      A    No.

14      Q    Who is the principal person at DOE who is

15  involved in the effort to build a referral platform?

16      A    The mental health team of the whole child

17  -- the Office of Whole Child Supports.

18      Q    Ashley Harris?

19      A    Ashley Harris, and it was Cheryl

20  Benefield.

21      Q    And now it's Mary --

22      A    No.  They have yet to replace Cheryl

23  Benefield.

24      Q    I see.  Okay.

25          And then I think the other issue,



1  challenge or barrier to the delivery of mental

2  health services is a misunderstanding of the roles

3  of the different agencies?  Is that what you said?

4      A    Lack of knowledge and education about what

5  each agency provides.

6      Q    And during your time at DBHDD, from 2017

7  to the present, what steps have been taken with

8  regard to the lack of knowledge and education about

9  what DBHDD provides?

10     A    Through presentation, through

11  conversations, through what we consider one-pagers,

12  which are marketing documents about our programs.

13          There has been a -- since a System of Care

14  website created that houses a lot of information

15  about DBHDD and other state agency -- and I sit on

16  several committees and coalitions where I talk on a

17  regular basis about what we do at the department.

18     Q    And what committees are those?

19     A    That's not a real word, is it?  OMG.

20          (Laughter.)

21     Q    No, that's not a committee.

22     A    No, that's not a committee.

23          I sit on several committees.  I sit on the

24  Children and Adolescent Health Coalition.  I sit on

25  the Southeastern South Carolina School Conference



1  Committee.  I sit on the IDT Committee.  I sit on

2  Resilient Georgia's Committee.  I sit on the Georgia

3  Education Coalition Committee, which is called GECC,

4  G-E-C-C.

5        I sit on -- oh, goodness.  You are really

6  -- I think that's -- I mean I sit on several others,

7  but those are the main ones that I attend.

8     Q    Are those generally committees that are

9  formed of state agency and nonprofit personnel?

10    A    Yes.

11    Q    And what changes can have been discussed

12 with regard to alleviating the barrier created by

13 misunderstandings of what services are provided?

14    A    I don't understand your question.

15    Q    Let me ask you this:  How is it harmful to

16 the ultimate clients, the children and youth and

17 families, how is it harmful to them if a particular

18 agency is not aware of what services are provided?

19        MS. ROSS:  Object to form.

20    A    Very harmful.  If you do not know what is

21 out there, you're not able to connect a child with

22 what they may need in time of need or crisis.

23    Q    Now, are you familiar with the Behavioral

24 Health Coordinating Council?

25    A    I am.



1      Q     What is that?

2      A     It is a council of individuals who meet on

3  a regular basis to discuss the barriers to our

4  policies and procedures, and other opportunities to

5  connect our work with the other state agencies and

6  other councils.

7      Q     How often does it meet?

8      A     Monthly.  I don't go to those meetings,

9  nor do I sit on that council.

10     Q     Does anyone from DBHDD go to those

11 meetings or sit on their council?

12     A     Dante, McKay.  To my knowledge, that's the

13 only person that I know of from DBHDD.

14     Q     Is it required by state law?

15     A     I don't know.

16     Q     Did you ever hear that it resulted from a

17 settlement with the Department of Justice?

18     A     Yes.

19     Q     And does the Department of Behavioral

20 Health and Developmental Disabilities have primary

21 responsibility for planning, developing and

22 implementing a coordinated System of Care for

23 severely emotionally disturbed children?

24     A     Yes.

25     Q     And what are the respective roles, in your



1  understanding, of the Department of Education and

2  DBHDD with respect to severely emotionally disturbed

3  children?

4      A    I don't understand your question.

5      Q    Well, there are severely emotionally

6  disturbed children attending schools, right?

7      A    Yes.

8      Q    And Apex's mission is to look after them

9  in the Apex program, right?

10         MS. ROSS:  Object to form.

11     A    It is not our program's responsibility to

12  look after those children.

13     Q    Is it your program's responsibility to

14  provide mental health services for those children,

15  the severely emotionally disturbed children?

16     A    Not primarily, no.

17     Q    What is your responsibility primarily with

18  regard to severely emotionally disturbed children?

19     A    So we do provide services for children who

20  are referred to our program, but we are not

21  providing it to all children who may be severely

22  emotionally disturbed.

23     Q    A referral is necessary first?

24     A    Yes.

25     Q    And the children must be in the public



1  schools; is that correct?

2        A    Correct.

3        Q    And receive public insurance?

4        A    Yes.  Medicaid insurance.  Medicaid or --

5  or underinsured or uninsured children.

6        Q    Yes.  And the uninsured you're reminding

7  me.

8        A    Yes.

9        Q    What is the responsibility of the

10  Department of Education with regard to the severely

11  emotionally disturbed children in that group?

12        A    I don't know.

13             MS. ROSS:  Object to form.

14        Q    You don't know?

15        A    No.

16        Q    Have you discussed it with them?

17        A    No.

18        Q    Do you want to add something to your

19  answer?

20        A    Yes, because it's not directly to them,

21  but I discuss the need of services, supports and

22  programs on mental health challenges or illnesses,

23  but not necessarily for that specific age group.  It

24  will be for all children.

25        Q    For all children?



1      A     Correct.

2      Q     And you discuss that with the Department

3  of Education?

4      A     Correct.

5      Q     And does the Department of Education, to

6  your knowledge, provide mental health services?

7      A     No.

8      Q     Does it coordinate mental health services?

9      A     Yes.

10      Q     Who are its partners in that coordination?

11      A     Mental health providers and/or DBHDD.  The

12  state agencies.

13      Q     Does the GNETS system provide mental

14  health services?

15      A     I don't know.

16      Q     When you're talking about school-based

17  mental health services, is there national research

18  that supports the use of school-based mental health

19  services for severely emotionally disturbed

20  children?

21           MS. ROSS:  Object to form.

22      A     Yes, there is national data out.

23      Q     And what in general are the conclusions of

24  that research?

25      A     That it -- that having school-based



1  services in the -- having mental health services in

2  the schools provides an easier access and better

3  coordination of mental health services to connect to

4  children and families.

5      Q    And is that the reason the Apex program

6  was developed?

7      A    Yes.

8      Q    And the Apex program is part of Georgia's

9  System of Care for children, children, youth and

10  adolescents, correct?

11      A    Is the Apex program a part of the System

12  of Care?

13      Q    Yes.

14      A    Yes.

15      Q    Through DBHDD?

16      A    Yes.

17      Q    Okay.  Now, with regard to the Apex

18  program, does it hold any grants -- I think you said

19  it receives assistance from the Mental Health Block

20  Grant; is that correct?

21      A    Correct.

22      Q    The Federal Mental Health Block Grant

23  through SAMAHSA?

24      A    SAMAHSA, yes.

25      Q    Does it also receive grants from the State



1  of Georgia?

2      A    Does the Georgia Apex program receive

3  funding from the State of Georgia?

4      Q    Yes.

5      A    Yes.

6      Q    And is -- are there other funding sources

7  as well that the Apex program draws on in providing

8  mental health services?

9      A    Yes, through Medicaid billing.

10     Q    And in terms of the features of the Apex

11 program, the basic principle is to provide access to

12 mental health services based in schools; is that

13 right?

14     A    Yes.

15     Q    And do you know whether the Georgia System

16 of Care has been identified for the purpose of

17 coordinating mental health services in the Mental

18 Health Block Grant?

19     A    I don't know.

20     Q    I'm venturing into dangerous territory

21 here because I think I'm going to ask you about

22 things that are really within your knowledge, which

23 is --

24         MS. ROSS:  That are within --

25     Q    I know you said you refreshed yourself on



 1  some of the contracts, and I'm going to try to

 2  develop that now.

 3          MS. COHEN:  So I'm going to ask Patrick to

 4      mark as Exhibit 177.

 5          MS. ROSS:  I just got a message from our

 6      receptionist saying that our lunch is here.

 7      When you want a break will be fine with us.

 8          MS. COHEN:  Let's go off the record.

 9          THE VIDEOGRAPHER:  Off the record at

10      11:24.

11          (A recess was taken.)

12          (Discussion ensued off the record.)

13          THE VIDEOGRAPHER:  Back on the record at

14      11:24.

15          MS. COHEN:  Thank you.

16  BY MS. COHEN:

17      Q    I'm going to ask Patrick to mark as -- or

18  put up on the screen, so you can see, exhibits with

19  -- that have been given the document numbers in this

20  litigation GA0322982.  That's one number.  GA0322984

21  and GA0322985, which we will mark as a single

22  Exhibit 177.

23          (WHEREUPON, Plaintiff's Exhibit-177 was

24  marked for identification.)

25



1              MS. COHEN:  I apologize.  I'm just getting

2        used to using Zoom for these electronic

3        exhibits.  When I started practice, we had

4        reams of paper that we would bring in

5        litigation bags.  Believe me, it was easier.

6              So let's put up the cover email first.

7              I'll let Patrick work his magic.

8              MS. ROSS:  Can we go off the record?

9              THE VIDEOGRAPHER:  Going off the record.

10             (Discussion ensued off the record.)

11             (A luncheon recess was taken.)

12             THE VIDEOGRAPHER:  Back on the record at

13        12:21.

14   BY MS. COHEN:

15        Q    All right.  So I wanted to go take a look

16   with you at the contract documents.

17             MS. COHEN:  It is easier to mark them

18        separately or together?

19             MR. HOLKINS:  What would you like to show?

20             MS. COHEN:  177.

21             MR. HOLKINS:  We can do it all together.

22   BY MS. COHEN:

23        Q    We'll put in front of you three separate

24   documents whose Bates numbers I gave previously as

25   177.



1            Ms. Fitzgerald, is this an email exchange

2     that you were a part of in June of 2020?

3          A     Yes.

4          Q     And what did this email exchange relate

5     to?

6          A     It looks like it's the budget and proposed

7     staff for Albany CSP as it relates to a -- contract

8     paperwork for the Georgia Apex program.

9          Q     I see references to Aspire, Avita, and

10    Gateway, and Unison.

11           Were those associated with Albany?

12         A     They are other providers for the Apex

13    program, but, no, not associated with the Aspire

14    contract.

15         Q     So even though the re line of this email

16    relates to Albany, Avita, Gateway, and Unison, this

17    cover email and the attachments relate exclusively

18    to Aspire?

19         A     Correct.

20         Q     And then who is Belinda Hail?

21         A     Belinda Hale is contract specialist in the

22    contracts office for DBHDD.

23         Q     And scrolling down to the bottom of the

24    email, there is some paperwork that you are

25    returning to Aspire.  Is that correct?



1      A    I'm only seeing -- I don't see the

2  paperwork you're referencing.

3      Q    You see the cover letters for the

4  paperwork?

5      A    I see the emails, yes.

6      Q    And your email at May 29, 2020, at 3:20

7  p.m., do you see that?

8      A    Yes.

9      Q    You begin a little colloquial?

10     A    Yes.  Contract season is very amusing to

11  us, I should say.  It's a lot of paperwork.

12     Q    So you worked closely with Belinda Hale?

13     A    Yes.

14     Q    And so you have a kind of colloquial style

15  in your email with her?

16     A    Yes.

17     Q    And who is Cedric Bryan?

18     A    Cedric Bryan is the Behavioral Health

19  Division sort of office manager, but he reports

20  directly to Monica Johnson.

21     Q    And Danielle Jones is your assistant?

22     A    Correct.

23     Q    And who are Belinda Hale and Stacey Stith?

24     A    Both members of the contracts office for

25  DBHDD.



1      Q    So what transaction does this relate to?

2      A    The actual contract for the Georgia Apex

3  program.

4      Q    Is that for calendar year 2020?

5      A    We have fiscal years from --

6      Q    Excuse me.

7      A    -- June to July.

8      Q    So is this for fiscal year '21?

9      A    I am assuming by looking at the paperwork

10  it is for fiscal year '21, if it was done in 2020.

11      Q    Now, we're going to look at the

12  attachments to this email.  First, we'll look at

13  GA0322984.  These are still part of Exhibit 177.

14          Now, I know you said before you came in

15  today you refreshed yourself with contract

16  paperwork?

17      A    Uh-huh.  (Affirmative.)

18      Q    Is this --

19      A    Yes.

20      Q    Is this the type of contract paperwork

21  that you're referring to?

22      A    Yes.

23      Q    What is this that we've put up on the

24  screen?  It's Page 3222984.

25      A    This is a copy of -- if you can scroll up



1  to the top, I want to see whose name -- yes.

2          This is a budget provided to us by Albany

3  Community Service Board on how they would allocate

4  funding provided to them for the Georgia Apex

5  program.

6      Q    So it says vendor provider name, Albany

7  Area Community Service Board.  This is the Albany

8  CSB?

9      A    Correct.

10     Q    And then below that it says, in Line 5,

11 "Contract Term" 70 -- 7/1/2020 to 6/30/2021.

12          Does that allow you to confirm it's for

13 school year 2021?

14     A    Yes, for fiscal year '21.

15     Q    Excuse me.  Fiscal year?

16     A    Yes.

17     Q    And then it has a reference to Approved

18 Schools.  What is that?

19     A    Those are schools that they have proposed

20 to provide mental health services in.

21     Q    And is this a mix of elementary school and

22 middle, high school and alternative schools detailed

23 here?

24     A    Yes.

25     Q    And how many schools was Aspire serving



 1  during the billing period, in total?

 2      A    Eleven.

 3      Q    And these were all Georgia public schools;

 4  is that correct?

 5      A    Yes.

 6      Q    And did Aspire have separate agreements

 7  with the local educational authority agencies for

 8  these schools?

 9      A    Yes.  Here in the State of Georgia our

10  schools are locally controlled.  So the state agency

11  is really a guidance.  The state agency of the

12  Department of Education is really a guidance agency.

13  Our schools are locally controlled by local school

14  boards, so our local mental health providers go into

15  an MOU with our local school districts of what those

16  services or what the Apex should be implementing.

17      Q    So my question to you is, does Aspire have

18  separate agreements with the local educational

19  agencies for these schools?  And your answer is yes?

20      A    Yes.

21      Q    Okay.  Now, in Line 15 there are headings

22  for the next portion of this invoice.  What are

23  they?

24      A    The Approved Budget, the Prior Cumulative

25  Expenses, the Current Month Expenses, and the



 1  Contract Balance.

 2          It's a tracking system for us to track

 3  monthly invoices as they come through.

 4      Q    So am I correct that the invoices for the

 5  school -- for fiscal year '21 will be applied

 6  against the $245,000 approved budget?

 7      A    I think below the approved budget is

 8  $330,000.  I think that's what I saw.  You're

 9  looking at a personnel line.

10      Q    Thank you.

11          Line 16, Personal Services, starts with

12  $245,000?

13      A    Yes.

14      Q    What is that for?

15      A    That is to supply funding for staff that

16  are providing these services.

17      Q    And are these payments separate and apart

18  from whatever reimbursement was made through

19  Medicaid or other fees?

20      A    Yes.

21      Q    And what was the purpose of these personal

22  services for $245,000?

23      A    To provide individual group therapy

24  sessions.  For the clinicians or staff admin who

25  provide services for the Apex program.



1            So it can be a clinician or for an admin
2    cost to collect data for report reasons.
3         Q    And are these infrastructure costs?
4         A    No.
5         Q    These --
6         A    Well, yes, they're infrastructure.
7    They're not for building.  They are infrastructure
8    costs, yes.
9         Q    They are not service reimbursement for
10   services to individual students?
11        A    They are service reimbursement, yes.
12        Q    I see.  Okay.  I think we'll come to an
13   itemization.
14           So $245,000, what this is this allows the
15   school to bill against an approved budget of
16   $245,000 for personal services --
17        A    It will --
18        Q    -- in the Apex program?
19        A    It allows for the provider to bill.  The
20   school does not bill.
21        Q    Excuse me.  Okay.
22           So what this provides for is $245,000 for
23   the provider to bill personal services for the
24   fiscal year '21?
25        A    Yes.



1      Q     And then there is additional funding to
2   cover other costs; is that right?
3      A     Correct.
4      Q     And that brings the total contract to
5   $330,000?
6      A     Yes.
7      Q     All right.  And so this was the contract
8   amount for Aspire for fiscal year '21?
9      A     Correct.
10     Q     How is the personal services amount set?
11     A     That is set by the provider.
12     Q     And what does it reflect?
13     A     Nonbillable and some billable times that
14  is spent providing services for their clinicians
15  and/or staff member.
16     Q     So the $245,000 is nonbillable services
17  provided by the CSB to the Apex program?
18     A     Yes.
19     Q     And those -- when you said nonbillable,
20  you're referring to services for which the CSB
21  cannot bill for Medicaid reimbursement?
22     A     Correct.
23     Q     Or I guess in the case of uninsured
24  individuals for DBHDD reimbursement?
25     A     Yes.



1      Q    And you said there were some billable

2  items included in the $245,000?

3      A    No.

4      Q    No.  So it's entirely for nonbillable or

5  nonreimbursable items provided by the CSB to the

6  Apex program?

7      A    Correct.

8      Q    And it's based on an amount that was

9  estimated by the CSB and submitted to you and Mr.

10 McKay in a budget?

11     A    Correct.

12     Q    As what it would cost them to place

13 clinicians in the Apex program?

14     A    Correct.

15     Q    And in addition to this, the CSB expected

16 to get reimbursement for -- from Medicaid --

17          MS. ROSS:  Object to form.

18     Q    -- for services performed?

19          MS. ROSS:  Sorry.

20          Object to form.

21          Sorry I interrupted.

22     A    Repeat your question.

23     Q    In addition to the $245,000, which was

24 provided for nonreimbursable services, the provider

25 expected to provide to students served by the Apex



1  program reimbursable services that would be billed

2  through Medicaid or to DBHDD directly; is that

3  correct?

4        A    Correct.

5        Q    Now, let's look at the second attachment,

6  which is GA03222985, and these are all part of

7  Exhibit 177.

8             What is this sheet?

9        A    This is the Aspire Apex staffing

10 breakdown.

11       Q    And does this relate to the amount of

12 full-time equivalents that each of the participants

13 was expected to devote to the Apex program services?

14       A    Yes.

15       Q    And I see the first entry is for an Apex

16 coordinator?

17       A    Yes.

18       Q    And was a coordinator one of the

19 requirements of the Apex agreements with the CSB?

20       A    It is a position that we encourage for the

21 providers to have, yes.

22       Q    And what is the role of the coordinator in

23 the Apex program?

24       A    It's to help coordinate the clinicians

25 with the schools and other school districts' needs



1  from the Apex program.

2       Q    So does the coordinator handle

3  coordination between the school districts and the

4  CSB?

5       A    Yes.

6       Q    And then I see in the next column is the

7  Title?

8       A    Yes.

9       Q    And what does that refer to?

10      A    The position this person holds at the CSB.

11      Q    And then we have the Credentials column?

12      A    Yes.

13      Q    Are those the professional credentials

14  recognized by the State of Georgia Licensing Boards?

15      A    Yes.  And/or their degree level, because

16  it looks like some of them are just B.A. hold --

17  regular undergraduate degrees.

18      Q    And I see the billing code CSI.  What is

19  that?  Or the title?

20      A    That's Community Support Individual.  I

21  think.

22      Q    Could it be Community Services Individual?

23      A    It might be services, yes.

24      Q    And how -- is that a title of a

25  professional or is it a title of a kind of service?



1      A     It's a title of a professional within the

2    mental health provider level.

3      Q     Who provides individual community services

4    or community services to individuals?

5      A     Yes.

6      Q     That person -- the CSI designation

7    indicates someone hired by the CSB to provide

8    community services to the individual?

9      A     Correct.

10     Q     And where -- and is that a Medicaid code?

11     A     I am not sure.

12     Q     Where are the services delivered?

13     A     In the school.

14     Q     Now, there's a footnote on this chart that

15   says:  "Apex Coordinator."

16           Do you see it with the asterisk?

17     A     Yes, I do.

18     Q     Apex coordinator therapists in CSI are

19   only dedicated in part to Apex 2.0 based funding

20   based on the schools they serve, between 15 percent

21   and 75 percent.

22           What does that refer to?

23     A     So Apex has three cohorts:  1.0, 2.0, and

24   3.0.

25     Q     And what are the three -- each of the



1    three cohorts?

2        A    They're all the same program.  They are

3    all funded through different funding sources, and

4    that being said, that 1.0 comes from our base state

5    funding, 2.0 was an allocation from Governor Deal,

6    and 3.0 was an allocation from Governor Kemp.

7        Q    Thank you.

8        A    And because the funding sources came three

9    different ways, we track them different -- on the

10   same things but track -- and track the funding

11   differently to be able to report on.

12       Q    Now, are these services that Aspire is

13   listing, are they provided only in schools, or are

14   some of them provided at a clinic?

15       A    No services are being listed here.

16       Q    Yes.

17       A    So what services?

18       Q    Oh, I'm sorry.  Good point.

19            Is the work that's being done by Aspire

20   pursuant to the Apex program, is it the services

21   that they provide, is it only in the school or is it

22   also in a clinic?

23       A    As it relates to the Georgia Apex program,

24   it's only in the school.

25       Q    Only in the school?



1      A    Correct.

2      Q    You only reimburse for school-based

3  program --

4      A    Correct.

5      Q    -- services?

6           And then attached to that is a list of

7  schools.  Are these the schools that Aspire had

8  committed to serve?

9      A    Yes.

10     Q    And this is to provide Tier I services,

11 correct?

12     A    No.  This is Tier I through Tier III

13 services.

14     Q    Okay.  Aspire was providing all three

15 tiers?

16     A    Correct.

17     Q    Thanks.

18          (WHEREUPON, Plaintiff's Exhibit-153 was

19     previously marked for identification.)

20 BY MS. COHEN:

21     Q    And now let's look at Exhibit 153, which

22 is marked -- it's two documents, Georgia 04393483

23 and Georgia 04393485.

24          The first is an email chain.

25          Do you have that in front of you?



LAYLA FITZGERALD                                    June 24, 2022
UNITED STATES vs STATE OF GEORGIA                          106

1        A    Yes.

2        Q    And that's marked 83 and 84.

3             And if we go to the bottom, that's an

4   email from Dimple Desai, who you said was one of

5   your contacts at the Center for Excellence?

6        A    Yes.

7        Q    And was Ms. Desai working at this time

8   with Wendy Tiegreen on a presentation on Apex

9   billing and reimbursement?

10       A    Yes.

11       Q    And did you review this in anticipation of

12  the presentation to the CSBs?

13       A    Yes.

14       Q    And was this email chain part of your

15  review?

16       A    I don't understand your question.

17       Q    As part of your role in reviewing it, did

18  Ms. Desai send it to you in anticipation of the

19  presentation -- I mean Ms. Tiegreen send it to you

20  in anticipation of the presentation?

21       A    Yes.

22       Q    Okay.  And it says: "Attachments:  Billing

23  Claims -- "Billing and Claims Improvement

24  Opportunities 2020 Final."

25            Do you see that?



1      A    I do.

2      Q    And did you review that at the time you

3  got this email?

4      A    I did.

5      Q    And when it says final, does that indicate

6  you had reviewed prior drafts?

7      A    I did not.

8      Q    You did not?

9      A    No.

10     Q    You're just seeing it for the first time?

11     A    Yes.

12     Q    So let's, let's look at now the same

13  Exhibit 153, Georgia 04393485 at Pages -- well,

14  let's look at the first page first.

15          This is Ms. Tiegreen's presentation?

16     A    Yes.

17     Q    And this was for the Apex program, of

18  which you are program manager?

19     A    Correct.

20     Q    Let's look at Page 4 of the PowerPoint.

21  And this was a presentation that was intended for

22  representatives of the Community Service Boards?

23     A    Yes.

24     Q    Now, this is very small.

25     A    And I left my glasses.



1      Q    Can you read it now?

2      A    Yes.

3      Q    And this is describing the Georgia Apex

4  program, and it talks about the Apex program goals,

5  which are:  Prevention and early detection of child

6  and adolescent behavioral health needs; increase

7  statewide access to behavioral health services for

8  children and adolescents; and encouraging

9  sustainable coordination between Georgia's community

10  behavioral health providers and their local

11  counterparts.

12          Do you see that?

13      A    Yes.

14      Q    Does that accurately state the goal of the

15  Apex program?

16      A    It does.

17      Q    And it says that the Apex program helps to

18  support program development, relationship building,

19  and embedding providers in schools, and aligning

20  behavioral health supports, such as Positive

21  Behavioral Interventions and Supports.

22          Do you see that?

23      A    Yes.

24      Q    And the reference to embedding providers,

25  is that a reference to placing the Aspire staff --



1  excuse me -- the CSB staff actually in the schools?

2      A    Yes.

3      Q    And that was a feature of the Apex

4  program?

5      A    Yes.

6      Q    And did that include placing the

7  coordinator in the schools, or was the coordinator

8  based elsewhere?

9      A    It varies.

10     Q    And it says:  Aligning with behavioral

11 support programs, such as Positive Behavioral

12 Intervention and Supports.

13         Do you see that?

14     A    Yes.

15     Q    Is that a reference to PBIS?

16     A    It is.

17     Q    Were all of the Apex program schools --

18 did they all have a PBIS system or only some?

19     A    Only some.

20     Q    So Apex worked with other school -- other

21 school programs that did not have PBIS?

22     A    Yes.

23     Q    And it goes on to say that the program is

24 a multitierd system of support framework for

25 delivering services to students, and while providers



1  implement services across all three tiers, they

2  provide prioritized delivery of the MTSS Tier III?

3       A    Yes.

4       Q    So were all the Apex programs MTSS

5  schools?  Did they all use multitiered system of

6  support, or only those that had PBIS?

7       A    They all used it.

8       Q    Now, it goes on to describe the three

9  multitierd system support tiers, and it says:

10  Within these three tiers, providers may implement

11  preventative community outreach and educational

12  activities related to behaviors with the provision

13  of early intervention services for youth and family

14  and risk factors for early indications of emerging

15  behaviors, in addition to prevention and early

16  intervention.

17            Was it anticipated that the implementation

18  of preventative community outreach and educational

19  activities would be part of every Apex program?

20       A    Yes.

21       Q    And was it -- were those services

22  generally services that were not reimbursable?

23       A    Yes.

24       Q    And then the multitierd system of

25  supports, Tier II and Tier III were supports based



1    on individual need; is that right?

2        A    Correct.

3        Q    And those were more often services for

4    which reimbursement was provided, either by Medicaid

5    or DBHDD directly?

6        A    Correct.

7        Q    Okay.  And then it lists the allowable

8    DBHDD behavioral health services for each of the

9    services listed below.

10            Do you see that?

11       A    Yes.

12       Q    So these services are each things that, in

13   essence, in layman's terms, could be billed to

14   Medicaid?

15       A    Yes.

16       Q    Or else could be charged to DBHDD on a fee

17   for service basis?

18       A    Yes.

19       Q    And the payment for them was overseen by

20   Care Management Organizations to the extent that

21   DBHDD was not the payor?

22       A    Correct.

23       Q    Okay.  Now, on the next page of this

24   document, which is Page 5 of the PowerPoint, on

25   Georgia 04393485, is a presentation about the Apex



1  Program Implementation of Additional Developments.

2  Is that right?

3        A    Yes.

4        Q    And it indicates what the criteria are --

5        A    Correct.

6        Q    -- for enrollment in the Apex program?

7        A    Yes.

8        Q    These must be enrolled in a designated

9  public school setting; is that correct?

10       A    Correct.

11       Q    And they must meet the core customer

12 criteria for child and adolescent services in the

13 DBHDD's provider manual for care providers; is that

14 right?

15       A    Yes.

16       Q    And were all the services that -- in the

17 Apex program keyed off of the DBHDD provider manual

18 for care providers?

19       A    Yes.

20       Q    And so -- and then the third criteria is

21 the youth, and when this says "youth," it's

22 referring to the individual student with the mental

23 health problem?

24       A    Correct.

25       Q    The more challenged.



1            "The youth's level of functioning does not

2    preclude the provision of services in an outpatient

3    milieu."

4            Was that -- does that refer to a

5    requirement for receiving services through the Apex

6    program?

7        A    I am not aware.

8        Q    You don't know?

9        A    No.

10       Q    With regard to the first two criteria in

11   this box, youth must be enrolled in designated

12   public schools and then has to meet the core

13   customer criteria for child and adolescent services,

14   those had been features of the Apex program from the

15   beginning, correct?

16       A    Correct.

17       Q    They weren't just being implemented by

18   virtue of this presentation?

19       A    No.

20       Q    And then referring to the box that has

21   eight numbers in it, do you see that?

22       A    Yes.

23       Q    Okay.  It says -- No. 1 we've talked

24   about, that it can only be implemented in designated

25   public school settings.



1              No. 2, it is a requirement of the program
2    that it be administered only by approved DBHDD
3    service providers?
4         A    Yes.
5         Q    And was that to ensure the quality of the
6    services provided?
7         A    Yes.
8         Q    And the satisfaction of the criteria in
9    the provider manual?
10        A    Correct.
11        Q    And then it goes on to say:  DBHDD
12   services provided via the Apex Program must utilize
13   evidenced based informed practices where these
14   exist?
15        A    Yes.
16        Q    What are evidence-based informed
17   practices?
18        A    Practices -- so there are interventions
19   and programs that have been proven by evidence that
20   they work.  That they work.
21        Q    And was this something that you had
22   learned about evidence-based practices even before
23   you came to DBHDD?
24        A    Yes.
25        Q    It was something you studied in school?



LAYLA FITZGERALD                                    June 24, 2022
UNITED STATES vs STATE OF GEORGIA                          115

1        A    Correct, and through my career, life.

2        Q    It's broadly accepted practice to require

3    evidence -- an evidence basis for a treatment

4    practice?

5        A    Yes.

6        Q    Now, it also says that each Apex program

7    must have an established referral process documented

8    by the provider.

9             Was that a requirement that you

10   instituted?

11       A    It was here before I got here.

12       Q    And what's the purpose of that

13   requirement?

14       A    To provide a document that shows how the

15   individual became part of the program.

16       Q    And what is -- why is that important?

17       A    Because a student has to be referred to

18   our program.  So previous knowledge needs to be had

19   of the student before being referred to our program,

20   and that is usually someone within the school system

21   who knows that child.

22       Q    How is the referral requirement different

23   at all from what you're working on now as the mental

24   health liaison?

25       A    It's individualized by each provider.



1  It's not a universal referral --

2      Q    I see.

3      A    -- system or form that is used across all

4  providers.

5      Q    So is a fair summary to say you don't tell

6  the providers how they should -- how they have to

7  implement their referral system, but you do say they

8  have to have a referral system that is documented?

9      A    Correct.

10     Q    And it says the Apex Program must be

11  offered year-round including during the summer.

12         Was that a feature of the Apex program

13  that existed prior to your arrival as program

14  manager?

15     A    Yes.

16     Q    And has it continued --

17     A    Yes.

18     Q    -- since then?

19     A    Yes.

20     Q    And what is the reason that a summer

21  program, summer services are required?

22     A    Because you don't want to interrupt the

23  flow of services being provided by a child two

24  months without services, can be very detrimental to

25  an individual who is receiving mental health



 1 | counseling.

 2 |      Q    And it says then, at Bullet 7:  Providers

 3 | must obtain and maintain commitment by the school

 4 | leadership to support school based behavioral health

 5 | services, as well as confidential file storage,

 6 | communication plan for parents, and certain

 7 | requirements for teachers.

 8 |           Why, why did the Apex program require the

 9 | commitment of school leadership?

10 |      A    As I stated earlier, it's sort of making

11 | sure that you're talking to the necessary people

12 | when going on someone else's playing field.  Making

13 | sure that you are talking to the school leadership

14 | to coordinate the efforts that are being brought

15 | into their building.

16 |      Q    Does that apply even for schools that have

17 | only a very small percentage of students in the Apex

18 | system?

19 |      A    Yes.  For all schools.

20 |      Q    And were -- what is the relevance of the

21 | commitment of the entire school to participate in

22 | the Apex system?

23 |      A    I don't understand your question.

24 |      Q    Okay.  What this talks about is commitment

25 | by school leadership to support school-based



1  behavioral health, and that's for the entire school;

2  is that correct?

3       A    Yes.

4       Q    And is there -- does the school offer --

5  does the Apex program offer services to students who

6  are not students with severe emotional disabilities?

7       A    Yes.  Our Tier I services are offered to

8  anyone, which are universal prevention and education

9  about mental health.

10      Q    And why is that an aspect of DBHDD's

11 program?

12      A    Because we know that many children don't

13 receive services because they lack their knowledge

14 of mental health challenges or concerns.

15           So we like to educate the entire community

16 about the need to provide prevention for mental

17 health so that you don't need Tier III service,

18 which is more intensive -- more intensive services

19 and/or a crisis doesn't happen.

20      Q    You're referring to Tiers II and III?

21      A    Yes, I am.

22      Q    And it goes on, at the box that has one,

23 two, three, right below the one through eight.  Do

24 you see that?

25      A    I do.



1      Q    It says that a full-time program

2   coordinator is required.  Is that a full-time

3   program coordinator for each school or for each

4   Community Service Board?

5      A    Each Community Service Board.

6      Q    Then it also says that it has to comply

7   with the staffing requirements from the provider

8   manual?

9      A    Yes.

10     Q    And does that mean that the Apex program

11  providers providing services have to have whatever

12  certification is required by the provider manual for

13  that service?

14     A    Correct.

15     Q    And that certification and classification

16  is generally furnished by the Medicaid program?

17     A    I don't know.

18     Q    But it's in the manual in any case?

19     A    Yes.

20     Q    And then there is a Line 3, refers to

21  supervisees and trainees.  What is the requirement

22  with regard to supervisees and trainees?

23     A    What is their requirement?

24     Q    What is required if you have a supervisee

25  or trainee working?



1    A    That they're supervised by someone who is

2    licensed and in the position to supervise.

3         MS. COHEN:  Let's take a short break.

4         (A recess was taken.)

5         THE VIDEOGRAPHER:  Back on the record at

6    1:09.

7         MS. COHEN:  We just talked about Exhibit

8    153.

9         Now we're going to move to Exhibit 20.

10        (WHEREUPON, Plaintiff's Exhibit-20 was

11     previously marked for identification.)

12   BY MS. COHEN:

13        Q    You should be looking at Exhibit 20.

14        A    I assume I'm looking at the Georgia Apex

15   Program Deliverables.

16        Q    Okay.  Is this part of what you looked

17   back at when you prepared yourself for this ordeal?

18        A    This is the exact document I looked at,

19   yes.

20        Q    All right.  So what is this document?

21        A    This document was created by DBHDD to

22   provide a guidance for mental health providers to

23   implement the Georgia Apex program.

24        Q    I don't see a date on this.  Do you know

25   the approximate date it was created?



1    A    Originally, 2015, but we revised and
2  update every year.
3         Some years there has been no revisions to
4  it and it's just updated, and then year '20 --
5  either 2018 or 2019 we revised it and added a
6  deliverable about training.
7    Q    Who are the individuals from DBHDD who
8  contributed to the revisions to the Georgia Apex
9  program document that was revised every year?
10        MS. ROSS:  Object to form.
11        You can answer.
12   A    Myself, Layla Fitzgerald, and Dante McKay.
13   Q    Now, looking at the first paragraph on
14 Page 1 -- I think it comes after the nice literature
15 references.  Scroll down.
16        Okay.  Do you see on the page Community
17 Provider there's a bold heading that relates to
18 Community Provider Responsibility?
19   A    Yes, I see.
20   Q    Does this outline the responsibilities and
21 deliverables that were expected from Community
22 Service Boards?
23   A    Yes.
24   Q    And it says it's updated for fiscal year
25 2021?



1        A    Yes.

2        Q    So this is a reasonably current one, but

3    there is actually a further updated one; is that

4    right?

5        A    We did not update it this year.

6        Q    You didn't?

7        A    No.

8        Q    Why not?

9        A    There was nothing that needed to be

10   updated in the deliverables.

11       Q    So this is the current, Exhibit 20 is the

12   current guidance for CSBs on the Apex program?

13       A    For mental health providers on the Apex

14   program, yes.

15       Q    And thank you for the mental health

16   providers.  You're adding in the Tier II people.

17            And remember I asked you whether it was

18   sometimes referred to as GAP?

19            I think I probably was referring to this.

20   Under Responsibilities, the first paragraph says:

21   "G.A.P. funds are designed to provide

22   infrastructure/seed funding to cover expenses that

23   providers cannot bill as providers establish and

24   grow their school based mental health programs."

25            Do you see that?



1      A    Yes.

2      Q    And G-A-P, or GAP, refers to the Georgia

3  Apex program, of course?

4      A    Correct.

5      Q    And the fund -- it refers to funds for

6  infrastructure/seed programming.  Those are the

7  nonreimbursable funds that we discussed previously?

8      A    Correct.

9      Q    And that was the $330,000 in Exhibit 177

10  for Aspire for fiscal year '21?

11      A    Yes.

12      Q    And that was for the infrastructure?

13      A    Yes.

14      Q    And it says the providers are also

15  "required to maximize utilization of alternative

16  funding streams, including third party payers (such

17  as, Medicaid or private insurance) public targeted

18  and competitive grants, and private foundation

19  funds."

20         Is this a uniform requirement of the Apex

21  system?

22      A    Yes.

23      Q    And it says, in Paragraph 3:  "Targeted

24  schools will be selected based on factors including,

25  but not limited to, Title I status, attendance data,



1  CCRPI score, PBIS status, and school climate star

2  rating."

3          Do you see that?

4     A    Yes.

5     Q    What is CCRPI?

6     A    I am not familiar with the correct

7  acronym.

8     Q    And I am not either.

9     A    It's a DOE acronym.  DOE.

10    Q    The United States Department of Education,

11 or Georgia Department of Education?

12    A    To my knowledge, Georgia Department of

13 Education.

14    Q    Thank you.

15         And then it says that -- how do each --

16         MS. COHEN:  Strike that.

17 BY MS. COHEN:

18    Q    How do each of these factors delineated in

19 Paragraph 3 here, how do they come into play in

20 selecting schools by CSBs?

21    A    I am not sure.

22    Q    But it is required these factors be

23 considered in the selection of schools?

24    A    Yes.

25    Q    And then Paragraph 4 says:  "As a best



1  practice, approximately 70 percent of time is

2  dedicated to billable direct services."

3          And then it itemizes DHA, diagnostic

4  assessment, crisis intervention, psychiatric

5  treatment, community supports, and individual

6  services, individual outpatient therapy, group

7  outpatient therapy, family outpatient therapy, and

8  others.

9          So is it a fair summary of Paragraph 4 to

10  say the best practice encouraged for Apex programs

11  CSBs was that they spend 70 percent of their time on

12  reimbursable direct services?

13     A    Yes.

14     Q    And the service categories are itemized in

15  that paragraph?

16     A    Correct.

17     Q    And then moving down the sheet to the next

18  page, Paragraph 5:  "As a best practice,

19  approximately 30 percent of time is dedicated to

20  nonbillable services such as prevention, education

21  and early intervention services."  And these include

22  faculty consultation, student services, team

23  staffing, support groups for students, parent

24  education, staff meetings, and in-service trainings.

25          Do you see that?



1      A    Yes.

2      Q    And with respect to this 30 percent of the

3  time described in Paragraph 5, that's what was the

4  best practice for the Apex program CSBs and mental

5  health providers?

6      A    Yes.

7      Q    Thank you.

8           And do services such as prevention,

9  education and early intervention, do those take

10 place in segregated settings that are for only

11 students with severe emotional disturbances, or do

12 they take place in settings that involve general

13 education students as well?

14     A    It involves general education students as

15 well.

16     Q    And is that an important principle of the

17 Apex program?

18     A    Yes.

19     Q    Why is that?

20     A    The more knowledge and education you have

21 about a topic, the better you are in receiving

22 services or therapies around that specific

23 challenge.

24          It's to break the stigma.

25     Q    The stigma of mental health?



```
1        A    Yes.

2        Q    So that is part of the philosophy of the

3    office of OCYF?

4        A    Yes.

5        Q    That services be delivered in integrated

6    settings?

7        A    Yes.

8        Q    And the purpose that serves -- one purpose

9    that serves, among others, is to break the stigma of

10   mental health that might occur through segregated

11   mental health service treatment?

12       A    It's to break the stigma around mental

13   health for all, whether it's a segregated program or

14   the general population.

15       Q    I didn't ask that very well.  So let me

16   just try again.

17       A    Okay.

18       Q    You require -- it is recommended for Apex

19   providers that services be provided in an integrated

20   setting across the whole school for prevention and

21   education to break the stigma of mental health?

22       A    Yes.

23       Q    Now, I'm paging down to the next bold

24   heading where it says "Deliverables."

25       A    Uh-huh.  Yes.
```



1    Q    And these -- are these deliverables that

2  DBHDD required of mental health providers working in

3  the Apex program?

4    A    Yes.

5    Q    And it says in Paragraph 1:  "Complete all

6  surveys developed by G.A.P administrative partner."

7         That's Georgia Apex Program Administrative

8  Partner, the Center of Excellence, within stated

9  deadlines.

10         What does that deliverable refer to?

11    A    The monthly reports that come from the COE

12  to the mental health providers.

13    Q    So one of the deliverables that DBHDD

14  expected from its Apex program mental health

15  providers was to complete surveys disseminated by

16  the Center of Excellence within stated deadlines?

17    A    Yes.

18    Q    And how frequently were those surveys

19  distributed?

20    A    So these are actually monthly reports that

21  go in -- that are submitted monthly to COE.

22    Q    So data was required to be submitted on a

23  monthly basis?

24    A    Yes.

25    Q    Okay.  And then it says -- and so those



1   were monthly progress reports; is that correct?

2        A    Evaluation.

3        Q    Monthly evaluation?

4        A    Yes.

5        Q    And then the next paragraph, Paragraph 2,

6   says:  Submit 12 monthly progress reports (MPR) to

7   the Center for Excellence.

8             What is -- what are monthly progress

9   reports?

10       A    Reports on progress of staff, development

11  retention, not necessarily to the implementation of

12  services provided to the child.

13       Q    Why was this information required as the

14  deliverable in the Apex program?

15       A    To understand the needs of the provider

16  and employee by -- during implementation of the

17  program.

18       Q    And then Paragraph 3, it refers to monthly

19  programmatic reports, which it says supplement the

20  monthly progress reports.

21            Do you see that?

22       A    Yes.

23       Q    And that -- what needs to be included in

24  that is then itemized in the paragraph?

25       A    Yes.



1      Q    And there are metrics; is that correct?

2      A    Yes.

3      Q    What are some of the metrics?

4      A    A number of services provided, number of

5  schools served, types of services provided, staff

6  utilized to provide those services, trainings needed

7  for staff and/or for schools.

8           There's several things.  I wasn't even

9  looking at this.

10          And then there's some data that we request

11  from the school district that relates to attendance

12  and disciplinary referrals.

13     Q    What was the purpose of requiring

14  information regarding attendance?

15     A    To show the impact of the program.

16     Q    Whether or not it was having a positive

17  effect on attendance?

18     A    Yes.

19     Q    Attendance is something that the Apex

20  program hopes to encourage, right?

21     A    Correct.

22     Q    And then -- because it's quite common if

23  individuals have mental health problems that

24  attendance may lag?

25     A    Yes.



1        Q     And why, why was the Apex program tracking

2   information regarding disciplinary referrals?

3        A     Same reason.  It is common knowledge that

4   children who have mental health challenges and/or

5   illnesses have astronomical numbers of disciplinary

6   referrals.

7        Q     So you were really establishing a

8   numerical base, baseline, to determine whether there

9   was improvement over a period?

10       A     Correct.

11       Q     And did you tell the -- did the Apex

12  program tell the mental health providers what

13  metrics to use, or was that left up to the

14  providers?

15       A     No.  We told them.  We provide that.

16       Q     Were those designed by the Center of

17  Excellence to study the results of the Apex program?

18       A     In tandem with DBHDD, yes.

19       Q     With you and Dante from DBHDD?

20       A     So initially with Dante, and when I came

21  on I've helped to revise and review them on an

22  ongoing basis.

23       Q     Understood.

24             And then in Paragraph 4 it says:

25  "Coordinate a minimum of two Mental Health First Aid



1    trainings with Mental Health America Georgia."

2            Why was that required?

3        A    The same reason as to provide information

4    and education to break the stigma in those schools

5    by providing mental health first aid.  So it gives

6    staff, teachers, if parents were invited, a baseline

7    of how to -- for signs and recognition for mental

8    health challenges.

9        Q    In Paragraph 5 it says:  "Increase

10   visibility for the Apex program by" -- and I guess

11   this is the CSB, or other mental health provider

12   needs, to participate in a minimum of one status

13   update meeting for period, et cetera, and provide

14   remarks during a school board meeting?

15       A    Yes.

16       Q    And then there is equipment furnished, and

17   then Paragraph 7:  "To monitor proper implementation

18   of the model according to fidelity."

19           Do you see that?

20       A    Uh-huh.  Yes.

21       Q    What was required there?

22       A    Completing the surveys that were provided

23   through the Center of Excellence.

24       Q    And that was because DBHDD recognized

25   participating community behavioral health providers



1  needed to have evaluation and technical assistance?

2      A    Yes.

3      Q    To achieve the best possible outcomes?

4      A    Yes.

5      Q    And what was the access of providers in

6  CSB to ask questions of the Center of Excellence?

7      A    What was the --

8      Q    If CSBs had questions about metrics or

9  evaluations, did they have access to the Center of

10  Excellence to ask those questions?

11     A    Yes.  Initially, they were connected to an

12  actual individual who oversaw a cohort of our

13  providers.  So there were four to five -- my brain

14  is not servicing me well right now.

15          There were four to five individuals who

16  were overseeing the technical assistance, and each

17  person had a group of providers that they kept in

18  constant contact with, when we first started -- when

19  I first started, for technical assistants.

20          After 2018, 2019 year, we decided to move

21  to a more peer technical assistance.  So they don't

22  have an actual one person to reach out to but they

23  sort of reach out to each other, and then any

24  questions that come out of that are then posed to

25  the Center of Excellence team to bring to the larger



1  group for us to try to inform and educate our

2  program.

3      Q    Has that been effective?

4      A    Very.

5      Q    So looking at -- why did, why did DBHDD

6  make that change to the peer system from having a

7  direct advisor system at COE?

8      A    So before this last cohort, which would

9  have been Apex 3.0, most of our providers had been

10 on since 2015.  So they weren't needing the

11 individualized technical assistance, and we were

12 wanting them to learn on a more broader basis for

13 the Apex program.

14          But we have and since brought on new

15 providers who need one-on-one assistance, who

16 receives it -- who receives it currently through an

17 individual, but it's not our full layout for

18 technical assistance for the providers.

19     Q    Understood.

20          So looking at Exhibit 20, which we've just

21 talked our way through --

22     A    Yes.

23     Q    -- are these the requirements and

24 deliverables necessary to provide effective mental

25 health services to schools in the judgment of DBHDD?

1     A     Yes.

2     Q     Okay.  We can put that exhibit aside.

3           We are making some progress here.

4     A     Perfect.

5     Q     The next section is Stuff for Layla, which

6  is the title I think that Dante McKay put on your

7  introductory package.  So let's pull that up

8           This was in May of 2017; is that right?

9     A     Yes.  This is the everyday list that comes

10 from Dante, the Layla's pile.

11          MS. COHEN:  We're going to mark all 10

12     pieces as the same exhibit.

13          I'd like to mark them as one exhibit but I

14     could also mark them separately.

15          (Discussion ensued off the record.)

16          MS. COHEN:  We'll work our way through

17     this one document at a time.

18          So the next exhibit, 178, is an email from

19     Dante McKay to Layla Fitzgerald, subject line:

20     "Stuff for Layla."

21          (WHEREUPON, Plaintiff's Exhibit-178 was

22      marked for identification.)

23 BY MS. COHEN:

24     Q     Do you see this?

25     A     Yes.



1       Q    Do you recall receiving this in May of

2  2017?

3       A    Yes.

4       Q    And was this an introductory package

5  essentially to give you information that was

6  necessary to you as program manager for Apex?

7       A    For all of the programs I was overseeing.

8       Q    And none has attachments, and we will go

9  first to the CYF Overview, which is PowerPoint

10  presentation with Jewell Gooding's name on it, and

11  it has the Bates numbers Georgia 03117521.

12           While we're pulling that up --

13           MS. ROSS:  I don't have that one.  Is that

14      one of the tabs?

15           MS. COHEN:  It's 179.

16           So that will be Exhibit 179.

17           (WHEREUPON, Plaintiff's Exhibit-179 was

18       marked for identification.)

19  BY MS. COHEN:

20       Q    Who is Jewell Gooding?

21       A    Jewell Gooding was the previous person who

22  over -- who was the program manager for OCYF before

23  I was.

24       Q    She had your job before?

25       A    Yes.



1      Q      And where is she now?

2      A      She's now executive director of Silence

3  the Shame.  Silence the Shame.

4              MS. COHEN:  That's 179, GA03117521.

5              MS. ROSS:  Could we please go off the

6      record for a second.

7              THE VIDEOGRAPHER:  Off the record at 1:33.

8              (Discussion ensued off the record.)

9              THE VIDEOGRAPHER:  Back on the record,

10      1:34.

11              MS. COHEN:  Here is the exhibit, Alexa.

12              MS. ROSS:  Thank you.  As clear as can be.

13  BY MS. COHEN:

14      Q      This was a presentation that Dante sent

15  you in May of 2017?

16      A      Yes.

17      Q      And you weren't there for that

18  presentation, were you?

19      A      No.

20      Q      But this -- but you read through it when

21  Dante sent it to you?

22      A      Yes.

23      Q      And it relates to the standard of care

24  system as it affects the Apex program; is that

25  right?



```
 1        A    I'll have to -- I haven't reviewed it
 2    since May of 2017.
 3        Q    Would you like us to give you control?
 4        A    Sure.
 5        Q    And I meant System of Care in my question.
 6        A    Do I now have control?  Yes.
 7             (Witness reviews exhibits.)
 8        A    It's just all of our stuff.  Okay.
 9        Q    Okay?  Feel ready to answer questions
10    about it?
11        A    Sure.
12        Q    Okay.  So this slide presentation is --
13             MS. COHEN:  Let's go back to the second
14        page.
15        Q    You have control?
16        A    Are you taking over now?
17        Q    I'll take it back.  Okay.
18             So this describes the System of Care that
19    is an integrated system of service delivery where
20    more than one agency works in partnership to deliver
21    mental health services?
22        A    Yes.
23        Q    And this is the system -- this
24    implementation of the System of Care by DBHDD was
25    intended to fulfill the requirement of the Georgia
```



 1  statute; isn't that right?

 2      A    Correct.

 3      Q    And, in fact, in school-age children's

 4  behavioral research systems of care have been found

 5  to decrease behavioral and emotional problems?

 6           MS. ROSS:  Object to form.

 7      A    Yes.

 8      Q    And also suicide rates?

 9      A    Yes.

10      Q    And substance use?

11      A    Yes.

12      Q    And involvement with Juvenile Justice?

13      A    Yes.

14      Q    And it's also been shown that a System of

15  Care for behavioral health will increase school

16  attendance in grades?

17      A    That's what --

18           MS. ROSS:  Object to form.

19      A    That's what research shows.

20      Q    And part of the guiding principles of the

21  System of Care are the availability of and access to

22  a broad array of services?

23      A    Yes.

24      Q    And individualized service delivery?

25      A    I am not sure if it states it like that.



 1      Q    And it's based on evidence-based or
 2   promising practices?
 3      A    Yes.
 4      Q    And it is delivered in the least
 5   restrictive environment --
 6           MS. ROSS:  Object to form.
 7      Q    -- of mental health services?
 8           MS. ROSS:  Sorry.
 9           Object to form.
10      A    To my knowledge.
11      Q    And least restrictive is really a
12   shorthand for saying that services should be
13   provided in the least restrained or restricted
14   environment appropriate to the student?
15           MS. ROSS:  Object to form.
16      A    Yes.
17      Q    And it's a principle of the System of Care
18   to work -- the agency's working in partnership both
19   with the youth and family?
20      A    Yes.
21      Q    Do you personally agree with each of these
22   principles?
23      A    I do.
24           MS. ROSS:  Object to form.
25      Q    Now, looking at Slide 5, this is the



1  office of -- this is -- next one.

2          This describes a partnership between the

3  Department of Community Health and the Department of

4  Behavioral Health and Developmental Disabilities,

5  right?

6      A    Yes.

7      Q    And that partnership was developed to

8  provide comprehensive mental health services in

9  schools to children?

10     A    This partnership?

11     Q    Yeah.

12     A    Not to my knowledge.

13     Q    What is this -- the point of this

14 partnership?

15     A    DCH oversees the payors of services

16 provided.  This has -- that is not -- that's outside

17 of the Georgia Apex program.  Like that's a

18 connection between the two departments.

19     Q    Got it.

20     A    DCH oversees Medicaid.  Department of

21 Behavioral Health provides the service.

22     Q    And looking at Page 6, this is the target

23 population.  This accurately describes the target

24 population for the System of Care?

25     A    No.  For DBHDD Office of Children and



1  Young --

2      Q    For DBHDD?

3      A    Yes.

4      Q    Then slide 10 describes the Georgia Apex

5  project as it was in February of 2017?

6          Do you see that?

7      A    Yes.  I was reading.

8      Q    Yeah.  And it includes a number of

9  providers awarded and the services that are provided

10  in school, and then the aims of the program, early

11  detection access, and increased coordination between

12  community mental health providers and the local

13  schools?

14     A    Correct.

15     Q    All right.  Now, the next document

16  attached to Mr. McKay's email is the Year One Apex

17  evaluation, and that had just been completed when

18  you came on board; is that correct?

19     A    Yes.

20         MS. COHEN:  So we'll mark as Exhibit 180

21     the Apex Year One Report, GA03117522.

22         (WHEREUPON, Plaintiff's Exhibit-180 was

23     marked for identification.)

24  BY MS. COHEN:

25     Q    Are you able to see it?



1      A    Yes.

2            MS. COHEN:  Are you able to see it, Alexa?

3  BY MS. COHEN:

4      Q    And this is a -- why don't you tell us in

5  your language what this is?

6      A    This is the year one report of an overview

7  of the data collected by the Center of Excellence

8  for the first year of the Georgia Apex program.

9      Q    What was the tool that the Center of

10  Excellence used to evaluate the schools?

11      A    The platform or the tool?

12      Q    The tool?

13      A    There was an evaluation, tools, survey,

14  report created in tandem with DBHDD that was sent

15  out to the providers from the Center of Excellence.

16      Q    Was that the Mental Health Planning and

17  Evaluation tool?

18      A    It's the MHPT, the Mental Health

19  Evaluation --

20      Q    MHPT?

21      A    -- Platform.  Yes.  MH -- yes, that's it.

22            You said it out.  I'm used to saying MHPT,

23  and you stated the full name.  So, yes, it is the

24  tool.

25      Q    MHPT?



```
 1        A    Yes.

 2        Q    We can see that.

 3             We're on Page 24 of this exhibit.

 4             If you look at the last paragraph on Page

 5   24, it says:  "The Center of Excellence utilized the

 6   Mental Health Planning and Evaluation Tool?

 7        A    Yes.

 8        Q    The MHPT, to examine program

 9   implementation and partnership efforts?

10        A    Correct.

11        Q    That's the tool that you've talked about

12   that was jointly develop between DBHDD and the

13   Center of Excellence?

14        A    Yes.

15        Q    In this first evaluation report, the

16   Center of Excellence essentially developed a process

17   that it has used in critical respects each year to

18   evaluate the performance of the Apex program; is

19   that right?

20        A    Yes.

21        Q    And is that the performance of the program

22   as a whole?

23        A    As a whole and individually.

24        Q    As a whole and then broken down by CSBs is

25   what you mean by -- mental health providers is what
```



1  you mean by individually?

2      A    Yes.

3      Q    Thank you.

4          And providers were annually required to

5  submit midpoint and year end evaluations?

6      A    Yes.

7          MS. COHEN:  Let's now look at Exhibit 181,

8      which is GA03117549.

9          It's titled "MPR March 2017."

10         (WHEREUPON, Plaintiff's Exhibit-181 was

11      marked for identification.)

12  BY MS. COHEN:

13     Q    Can you tell us what we're looking at once

14  we put it up?

15     A    Yes.

16         MS. COHEN:  Exhibit 181 -- no, I'm sorry.

17         We'll do GA03117549, as I said previously.

18         Let's put that up.

19  BY MS. COHEN:

20     Q    Can you identify Exhibit 181, Ms.

21  Fitzgerald?

22     A    I am -- this seems to be a list of schools

23  -- I was trying to figure out what this was.

24         This seems to be a list of schools per

25  provider report.



1       Q    Do you see --

2       A    I can't see the title of this.

3       Q    We're going to give you control so you can

4    flip through it.

5       A    Okay.  This is a list of schools per

6    provider.

7       Q    Let's see if we can get a better picture.

8       A    Something weird is happening on my side.

9    I think I maximized it and it's not showing.

10      Q    Do you know how to toggle this with the

11   bars at the bottom?

12      A    Uh-hum.  (Affirmative.)

13      Q    The scroll bars won't allow you to see

14   other columns to the right.

15      A    Now, my Zoom screen won't allow me to get

16   to where I can toggle across.  I can go up and down.

17   I can't go across.

18           But it looks like the list of schoolings

19   per provider.

20      Q    It says on the tab GAP MPR Year Two --

21      A    Yes, so it's the --

22      Q    -- for the month of March.

23      A    It's the list of schools per provider

24   that's provided through the CEO.  So each provider

25   has -- reports on a specific school and this is the



 1  list that's provided from the COE.

 2      Q    Can I take control back.

 3           Now, I'm going to toggle across, if I'm

 4  able to do that.

 5      A    Or is this -- the word referral.

 6      Q    You see I have my cursor at the bottom?

 7      A    Yeah, but I can't get to -- what you're

 8  doing, I'm only able to be on my Zoom controls.

 9      Q    Understood.  Understood.

10      A    So this looks like the list of schoolings

11  and referral sources per each school.

12      Q    You'll see that it has the name, the way

13  this chart reads, and the tab at the bottom says

14  "GAP," which refers to Georgia Apex Program?

15      A    Uh-hum.  (Affirmative.)

16      Q    And "MPR," which refers to Monthly

17  Progress Report?  Do you see that?

18           And it has the list of schools, and then

19  in Column Z through AG, it has objective A:  Include

20  the number of students by referral source?

21      A    This is the breakdown of the MHPT into an

22  Excel spreadsheet.  So this has all -- it looks --

23  if you keep scrolling across -- keep going.  If you

24  keep scrolling, yeah.

25           It sort of shows all of the questions that



1  are asked on the MHPT and it's dropped down in a

2  report like this.

3      Q    I see.  So Column AI, for example, has

4  Behavioral Health Assessment.  This is the number of

5  students per school that received behavioral health

6  assessment?

7      A    Correct.

8      Q    And then the next column is Diagnostic

9  Assessment --

10     A    Correct.

11     Q    -- for those schools?

12          And then Crisis Intervention?

13     A    Correct.

14     Q    Psychiatric Treatment?

15     A    Correct.

16     Q    And what is CSIS?

17     A    Community supports for individual --

18  community services for individual -- it's confusing.

19  Sorry for you.

20          Community supports -- Community Support

21  for Individual Services.

22     Q    And then IOS, in Column BJ is what?

23     A    Not familiar with the acronym.  I would

24  have to review the report.

25     Q    Is it intensive --



1      A     Outpatient services.

2      Q     -- outpatient services?

3            It's intensive outpatient.

4      A     Oh, sorry, we're at the same time.

5      Q     And the next category in columns BN and BO

6   is Group Outpatient?

7      A     Yes.

8      Q     And then scrolling across, it has a

9   section on billing --

10     A     Yes.

11     Q     -- in Column CD through CL?

12     A     Yes.

13     Q     And what does this column ask the provider

14  to report?

15     A     What type of billing the provider utilized

16  for the services provided to the child.

17     Q     And then the next column has CANS Data.

18  What is CANS?

19     A     CANS is our individual assessment that

20  shows improvement for individual after ongoing

21  treatment services.

22     Q     Then Objective 2, "provide for early

23  detection of students with mental health needs."

24           Do you see that?

25     A     Yes.



1     Q    And this indicates the number of first

2   time students referred for mental health treatment?

3     A    Yes.

4     Q    And including some of the services that we

5   just talked about a moment ago?

6     A    For that first time group, yes.

7     Q    Then I think -- okay.

8          Now, this is a report that the Center of

9   Excellence kicked out monthly?

10    A    The current one we're looking at?

11    Q    Yes.

12    A    Yes.

13    Q    And this is for March, in fact, of 2017?

14    A    I cannot see the document, so I'm

15  assuming.

16    Q    But you received one of these -- received

17  one of these every month; is that correct?

18    A    Yes.

19    Q    And the -- providing these reports by the

20  individual mental health providers is one of the

21  deliverables that is required?

22    A    Yes.

23         MS. COHEN:  And now we'll mark GA3117550

24     the Monthly Programmatic Report.

25         Let's hold it for a second.



LAYLA FITZGERALD                                          June 24, 2022
UNITED STATES vs STATE OF GEORGIA                              151

1  BY MS. COHEN:

2      Q    And so what we're looking at and attached

3  to this email is the monthly reporting from the

4  Center of Excellence, right?

5      A    Yes.

6      Q    And that was a monthly roll-up of data

7  provided by individual Community Service Boards?

8      A    Mental health providers.

9      Q    And mental health providers.  Thank you.

10          So we looked also at the Stuff For Layla

11  package.

12          At some point in your first six months at

13  DBHDD, you reached out to the providers directly to

14  get more information about the program; is that

15  right?

16     A    Yes.

17     Q    Was Nicole Wasdin one of those?

18     A    Yes.

19     Q    Who is Ms. Wasdin?

20     A    Ms. Wasdin used to be the Apex therapist

21  at Albany Community Service Board.

22     Q    And was she -- did she provide you with

23  information?

24     A    Yes.

25          MS. COHEN:  Let's mark as Exhibit 182



1       GA031008 an email dated October 23rd, 2017,

2       from Nicole Wasdin to you.

3            (WHEREUPON, Plaintiff's Exhibit-182 was

4        marked for identification.)

5            MS. COHEN:  Why don't we take a short

6       break.  No need for you guys to sit here while

7       we're having technical problems.

8            THE VIDEOGRAPHER:  Off record at 2:00 p.m.

9            (A recess was taken.)

10            THE VIDEOGRAPHER:  On record at 2:11.

11            MS. COHEN:  What is the elapsed time,

12       Jason?

13            THE VIDEOGRAPHER:  3 hours and 21 minutes.

14            MS. COHEN:  Okay.

15   BY MS. COHEN:

16       Q    So first I'm going to show you an email

17   chain with the top email being an email from Nicole

18   Wasdin, who we were referring to.

19       A    Yes.

20       Q    Dated October 23rd, 2017.

21            Do you recognize this as an email chain

22   you received?

23       A    Yes.

24       Q    And you had asked her for some

25   information; is that right?



 1      A    It appears to be.

 2      Q    Because she says:  "Here is some of the

 3 information that you asked for."

 4           And this relates -- Ms. Wasdin was -- is

 5 an employee of the Aspire CSB?

 6      A    Yes.

 7      Q    And this relates to the Aspire program?

 8      A    Correct.

 9      Q    In fact, Ms. Wasdin says:  "The

10 attachments above explained below are specific to

11 Apex and how we have chosen to develop the program,"

12 and she's referring to how Aspire had chosen to

13 develop the Apex program?

14      A    Yes.

15      Q    And then she also says that there's a list

16 of schools that they're providing services to that

17 are not covered by Apex?

18      A    Yes.

19      Q    And so the CSBs weren't restricted by the

20 Apex program where they could provide services?

21      A    No.  Many of our providers were doing

22 school-based mental health prior to the Georgia Apex

23 Program's inception.

24      Q    And did some of them continue providing

25 school-based mental health outside of the Apex



1  program?

2      A    To my knowledge, yes.

3      Q    By doing so, they would forego the

4  infrastructure money; is that right?

5      A    Yes.

6      Q    But at the same time I suppose they

7  wouldn't have the reporting requirements?

8      A    They do not have the reporting

9  requirements, no.

10      Q    And then the attachment, she goes on to

11  say -- do you see that?  "Include an example of

12  school data independently collected and chartered"?

13      A    Yes.

14      Q    And Aspire Apex consent form and

15  individualized cover letter for Apex, a weekly

16  monitoring report, a monthly progress report, a

17  first year school collaborative meeting, and other

18  documents relating to their delivery of Apex

19  services?

20      A    Yes.  Created by Aspire.

21      Q    Now, I'm not going to look at all 16 of

22  these exhibits, but I would like to look at a couple

23  of them.

24          MS. COHEN:  First, let's look at the

25      school wide data, which is GA03130011.



 1              We'll mark that as Exhibit No. 183.

 2              (WHEREUPON, Plaintiff's Exhibit-183 was

 3        marked for identification.)

 4              MS. COHEN:  Can we give Ms. Fitzgerald

 5        control.

 6    BY MS. COHEN:

 7         Q    I'm going to let you flip through and

 8    familiarize yourself with this.

 9              (witness reviews exhibit.)

10         Q    I'm going to take control back and

11    navigate it with you.

12         A    I went through the different tabs, and

13    then I went --

14         Q    I see.

15         A    Yes, I've reviewed.  They're the same on

16    each tab, just different schools.

17         Q    The tabs refer to different schools served

18    by Aspire in the Apex program?

19         A    Yes.

20         Q    And is this a monthly data tracking report

21    provided by Aspire with regard to these schools?

22         A    It's not provided to us, no.

23         Q    Provided by Aspire to collect -- excuse

24    me.  Okay.

25              MS. COHEN:  Strike that.



 1  BY MS. COHEN:

 2      Q    Is this data collected by Aspire as part

 3  of the Apex program for these schools at different

 4  time intervals?

 5      A    Yes.

 6      Q    And, for example, it tracks attendance at

 7  nine-week intervals throughout the school year?

 8      A    Yes.

 9      Q    And it tracks grade point average?

10      A    Yes.

11      Q    Why are these metrics included?

12      A    These are metrics that are looked at to

13  see that the implementation of the Georgia Apex

14  Program has impact on the child, in these specific

15  areas.

16      Q    And it also tracks absences?

17      A    Yes.

18      Q    And how does this -- do you receive these

19  charts directly from the CSB?

20      A    Not in this format, but this same

21  information is included in the impact that they

22  answer questions on.

23      Q    And does this -- the information comes to

24  you periodically in the evaluation from the Center

25  of Excellence?



1       A    Yes.

2       Q    And it also includes the behavioral

3    referral numbers?

4       A    Yes.

5       Q    And by toggling from tab to tab, can you

6    see the different school -- the same data for the

7    different schools served by Aspire, correct?

8       A    Correct.

9       Q    Okay.  And this is one of the deliverables

10   that we just -- from the Georgia Apex Program

11   guidance that we just looked at?

12      A    Yes.

13      Q    I'm also going to look with you at a -- do

14   you need to take a break?

15      A    No.  I'm loving the break.

16      Q    It also tracks in the cc's --

17           MS. COHEN:  Let's put up the cover email

18      182 again.

19   BY MS. COHEN:

20      Q    I'm going to put back up 182.  If you look

21   at 182, you can see that she has sent you various

22   forms, including school-wide data, referral letter,

23   the consent form, the weekly monitoring report, the

24   monthly progress report, and Apex meeting reports,

25   and consent forms, and then the RHH mid-year



1  meeting, mid-year Apex meeting, and the DBHDD Apex

2  presentation.

3           Do you see that?

4       A    I don't see it but I read it before.  I

5  don't see it currently.  I just see the top of the

6  email right now.

7       Q    I was referring to the attachments that

8  are listed at the top of the email.

9           Do you see that?

10      A    On my side I only see -- oh, yes, yes.  I

11 do see.  I'm sorry.  My video box was over that.

12      Q    And those are the attachments you received

13 from Nicole Wasdin in October of 2017?

14      A    According to this email, yes.

15      Q    And these are the deliverables that were

16 provided as part of the Apex program on a periodic

17 basis as required --

18      A    No.

19      Q    -- to COE?

20      A    No.

21      Q    No?

22      A    These documents were asked in reference to

23 what documents they used with schools.

24      Q    I see.  To collect information?

25      A    Correct.



1      Q    Got it.

2           MS. COHEN:  Now, let's look at and mark as

3      Exhibit 183 GA03130014.

4           184.  Thank you.

5           (WHEREUPON, Plaintiff's Exhibit-184 was

6       marked for identification.)

7  BY MS. COHEN:

8      Q    This is one of the forms you're referring

9  to, the weekly monitoring report form?

10     A    That I'm referring to?

11     Q    Excuse me.  That Ms. Wasdin sent to you?

12     A    Yes.

13     Q    And this is a form that was required by

14  Aspire from each school to track referrals and

15  students receiving Apex services?

16     A    Yes.  This was created by Aspire.

17     Q    And that was to supply the reporting that

18  Aspire then provided to the Center of Excellence,

19  which in turn provided it to DBHDD?

20     A    Yes.

21          MS. COHEN:  Let's look at Exhibit 185,

22      which is GA03130022.

23          (WHEREUPON, Plaintiff's Exhibit-185 was

24       marked for identification.)

25



LAYLA FITZGERALD                                    June 24, 2022
UNITED STATES vs STATE OF GEORGIA                             160

```
 1   BY MS. COHEN:
 2        Q    And these are notes titled, "Apex Meeting
 3   Year One, Saudia Powell and Nicole Wasdin."
 4             MS. COHEN:  S-A-U-D-I-A.  Saudia.
 5        Q    And these record a -- one of the required
 6   meetings of the CSB; is that right?
 7        A    As I review the information, it looks like
 8   it came from one of the meetings, yes.
 9        Q    It was a meeting by Aspire with the Worth
10   County schools?
11        A    Yes.
12        Q    And it refers to office space for the Apex
13   program?
14        A    I'm assuming that it refers to
15   implementing the Apex program in Worth County
16   schools and what all is needed to implement that
17   program in the school.
18        Q    But this is the type of information that
19   Apex providers were required to collect and track?
20        A    They were required to have the meetings.
21   They weren't required to track the --
22        Q    To have the meetings?
23        A    Yes.
24        Q    And this documents the meetings and the
25   subjects that were discussed at the meeting?
```



 1      A    This is the -- yes, minutes from -- again,

 2  this was not done by myself.  It was done by an

 3  individual provider.

 4      Q    It was provided to you --

 5      A    From --

 6      Q    -- by Ms. Wasdin?

 7      A    Yes.

 8      Q    And you understood it to be minutes of the

 9  meeting with the school system?

10      A    Yes.

11      Q    As required by the Apex program

12  deliverables?

13      A    Yes.

14      Q    Now, had you heard of the GNETS program

15  before you joined DBHDD?

16      A    No.

17      Q    When did you first -- who are the

18  principal people who first told you about it?

19      A    Dante McKay.

20      Q    And what did he say to you?

21           Was this shortly after you arrived at

22  DBHDD, or prior to your arrival?

23      A    After I arrived.

24      Q    After you arrived?

25      A    Yes.



1    Q    And during your first six months at DBHDD

2    did you have one conversation or more than one

3    conversation with Mr. McKay that referred to the

4    GNETS program?

5    A    I am not sure of how many times that

6    happened in the first six months, but I am sure we

7    had a conversation about the GNETS program.

8    Q    Did you have one or more than one?

9    A    I'm sure it was more than one.

10    Q    And as best you can recall, what comments

11    did Mr. McKay make about the GNETS program?

12    A    That the Apex --

13    Q    I'm sorry.

14         With Mr. McKay, did you have a

15    conversation about the GNETS program during your

16    first six months at DBHDD?

17    A    Yes.

18    Q    Okay.  And was that one conversation or

19    more than one?

20    A    More than one.

21    Q    Are you able to recall any specific

22    conversation?

23    A    Sure.

24    Q    When was the first conversation?

25    A    Time frame, I'm not sure.  Within the



1  first six months of my employment, I assume.

2      Q    What did Mr. McKay say to you about the

3  GNETS program?

4      A    That the Apex program should not serve a

5  GNETS school.

6      Q    And did you ask him why not?

7      A    I did.

8      Q    And what did he say?

9      A    That the GNETS program is a separate

10  entity that comes with its own funding source to

11  provide mental health services to children in its

12  programs.

13      Q    Did he say anything else about the GNETS

14  program?

15      A    To make sure to inform providers of that

16  information as well.

17      Q    And were there other comments that he

18  made?

19      A    No.

20      Q    Did he tell you whether or not that was a

21  school-based mental health program?

22      A    No.

23      Q    Or whether children were required to

24  commute?

25      A    No.



1    Q    With respect to the GNETS program, did
2    DBHDD receive the kind of reporting that it received
3    for the Apex program?
4         MS. ROSS:  Object to the form.
5    A    No.
6    Q    Did, did you talk about the GNETS program
7    with others during that first six-month period?
8    A    Other than relaying that information to
9    providers, no.
10   Q    You didn't talk about GNETS with anyone
11   else at DBHDD during your first six months?
12   A    No.
13   Q    Did you understand that the students in
14   the GNETS program were individuals for whom DBHDD
15   had responsibility?
16        MS. ROSS:  Object to the form.
17   A    Repeat the question.
18   Q    Yeah.  Did you understand that the
19   students in the GNETS program were students for whom
20   DBHDD had responsibility?
21        MS. ROSS:  Same objection.
22        Object to form.
23   A    I know that DBHDD services all children
24   across the State of Georgia regardless of what
25   program you're in, outside of the Apex program.  The



1  DBHDD itself services children.  The Apex program

2  has specific criteria for the program itself.

3      Q    And what steps did you take as the program

4  manager of the Apex program to ascertain whether

5  students attending the GNETS program met the

6  criteria for the Apex program?

7      A    I did not.  I don't deal with individual

8  students.  I deal with the provider themselves.

9           So other than relaying the information

10 that we do not service a GNETS school, I had no

11 other communication about the GNETS program.

12     Q    Did you -- did you hear that the GNETS

13 program used different practices from the practices

14 that were required in the Apex program?

15     A    No.

16     Q    Did you learn whether or not GNETS used

17 evidence-based practices?

18     A    No.

19     Q    Did you hear that students who went to

20 GNETS centers did not attend their home school?

21     A    I did know --

22          MS. ROSS:  Object to form.

23     A    I did know that.

24     Q    What did you know about that?

25     A    That students were sent from their home



1  schools to GNETS programs.

2      Q    And they were in classrooms that were

3  segregated from other students?

4          MS. ROSS:  Object to form.

5      A    I did not know that.

6      Q    Did you -- did you learn that students in

7  GNETS classrooms at schools that had general

8  education classes had little contact with other

9  students?

10     A    I did not.

11     Q    Did you know that GNETS was a program for

12  emotionally and behaviorally challenged children?

13         MS. ROSS:  Object to form.

14     A    At what time did I know that?

15     Q    Well, let's do it by time period.

16     A    Okay.

17     Q    How about in the first six months?

18     A    I did not.

19     Q    When did you learn that GNETS was a mental

20  health program?

21         MS. ROSS:  Object to form.

22     A    Not sure on exact time, but I would say

23  around -- in the second or third year of my being at

24  DBHDD.

25     Q    And how did it come to your attention?



1        A    My own research.  Through my own research

2    of wondering what GNETS programs provided.

3        Q    When did you do that research?

4        A    2018, 2019, I would say.  Just thinking.

5    My brain -- just think of where my brain was at that

6    time, trying to figure out the DOE system, if you

7    would say.

8        Q    What did you learn through your research

9    about the GNETS program?

10       A    That it was a very isolated program

11   serviced by the Georgia Department of Education.

12       Q    Was -- I think you previously said that

13   GNETS was not part of the System of Care that DBHDD

14   was part of?

15       A    Not to my knowledge, no.

16       Q    And when you say isolated, you mean that

17   it was only served by a single agency?

18            MS. ROSS:  Object to form.

19       A    No.  That it was isolated within the

20   Department of Education.  Like you had your

21   quote-unquote, regular school program building, and

22   then you had a totally separate GNETS building for

23   students who were referred from their home school to

24   the GNETS program because of behavior infractions.

25       Q    So you learned that it was a program for



1  behavioral infractions?

2      A    From understanding the research and what I

3  read, yes.  Not giving that as that was the

4  description of the actual program.

5      Q    Did you discuss that information with

6  anyone at DBHDD?

7      A    No.

8      Q    Did you discuss it with Mr. McKay when you

9  were doing the research?

10     A    I did not.

11     Q    Did you hear that GNETS students used

12 separate playgrounds or the same playgrounds at

13 different times from other students in general

14 education settings?

15     A    No.

16     Q    Did you -- other than the conversation in

17 which Mr. McKay told you as the project manager of

18 the Apex program that the GNETS program was

19 separate, did he -- you have any other conversations

20 with him about the GNETS program?

21     A    No.

22     Q    How did you learn the entrance criteria

23 for admission into GNETS?

24         MS. ROSS:  Objection to form.

25     A    Through research, and I still don't know



1  the admission criteria for GNETS.

2       Q    But you understand that it's for children

3  with behavioral infractions?

4            MS. ROSS:   Same objection.

5       A    Yes.

6       Q    What differentiates those students from

7  the students in the Apex program?

8            MS. ROSS:   Object to form.

9       A    What differentiates that student from a

10 student in the Apex program?  They're the same

11 student in need of services.  I don't think

12 anything, in my eye, differentiates them from either

13 program.  Other than the Apex program does not

14 provide treatment service for behavior.  We provide

15 treatment services for mental health challenges

16 and/or illnesses.

17      Q    Do you understand the GNETS students to

18 have different or more serious behavioral challenges

19 than the population served by Apex?

20           MS. ROSS:   Object to form.

21      A    No.

22      Q    Do you understand the GNETS students to

23 have different or more serious emotional challenges

24 than the population served by Apex?

25           MS. ROSS:   Object to form.



 1       A     No.

 2       Q     Were any students referred by an Apex

 3   program to GNETS?

 4       A     No.

 5       Q     Are you aware of any circumstances in

 6   which Apex services were insufficient to support a

 7   child in a school and they were referred elsewhere?

 8           MS. ROSS:  I'm sorry.  Could you read back

 9       the question.  I didn't hear it.

10           (The record was read by the reporter as

11        follows:  "Are you aware of any circumstances

12        in which Apex services were insufficient to

13        support a child in a school and they were

14        referred elsewhere?")

15       A     To either short-term or long-term

16   residential, yes.  Not to another program.

17       Q     So referrals out of GNETS because of the

18   services were insufficient to support the child --

19           MS. ROSS:  Object to the form.

20       Q     -- on occasions when that occurred, that

21   was not to GNETS programs; is that right?

22       A     No, not to my knowledge, no.

23       Q     It was to either a short-term or long-term

24   mental health facility?

25       A     Correct.



LAYLA FITZGERALD                                      June 24, 2022
UNITED STATES vs STATE OF GEORGIA                             171

1      Q    What did you learn when you did your
2  research were the therapeutic supports that GNETS
3  provided?
4           MS. ROSS:  Object to form.
5      A    Occupational, vocational, therapeutic and
6  therapy sessions is an overview of what I found in
7  my research.
8      Q    And did you discover whether or not those
9  were evidence-based practices?
10     A    I did not.
11     Q    What did you learn about the credentials
12  of the personnel working with students with mental
13  health needs at GNETS?
14          MS. ROSS:  Object to form.
15     A    I did not know of them.
16     Q    Do you know whether or not the services
17  provided in GNETS are services that qualify under
18  the DBHDD provider manual?
19     A    I do not.
20     Q    Now I'm going to ask you about the period
21  2019 to 2021 with regard to relationship between
22  DBHDD and the Department of Education.
23          You understand that?
24     A    Okay.  Yes.
25          MS. COHEN:  And let's mark as Exhibit 186,



1          thank you, GA00636018, an email string between

2          Mr. McKay and Deana Farmer with Layla

3          Fitzgerald as a cc.

4               (WHEREUPON, Plaintiff's Exhibit-186 was

5           marked for identification.)

6    BY MS. COHEN:

7          Q    While we're pulling that up, can you tell

8    me, who is Ms. Farmer?

9          A    Ms. Deana was the previous Dimple Desai at

10   the Center of Excellence.  So she was a Senior

11   Research Associate.  But she's no longer at Center

12   of Excellence.

13         Q    Do you recall that Mr. McKay was asked in

14   late February or early March of 2019 to make a

15   presentation to DBHDD leadership regarding

16   collaboration between GNETS and Apex?

17         A    I remember.

18         Q    And what meeting was that in connection

19   with?  Was that a standing meeting or was it a

20   meeting that had been called for that purpose?

21         A    I know there is a standing meeting.  I'm

22   not sure if that meeting was specifically called for

23   this information.

24         Q    So there was a standing meeting among

25   DBHDD leadership?



1    A    Yes, there is a monthly meeting.

2    Q    And was the occasion when Mr. Dante -- Mr.

3  McKay was asked to make a presentation about

4  collaboration between Apex and GNETS?

5    A    Yes.

6    Q    And was that a meeting at which the GNETS,

7  state GNETS director was expected to attend?

8    A    I am not sure.

9    Q    Do you know who the state GNETS director

10  was at that time?

11    A    I don't know then, and I don't know now.

12    Q    Do you know how frequently the DBHDD

13  leadership met with the GNETS direction?

14    A    No.

15    Q    Director?  Excuse me.

16    A    No.

17    Q    Do you know whether the leadership had a

18  standing meeting with the GNETS, state GNETS

19  director?

20    A    No.

21    Q    Okay.  Let's look at this email and we'll

22  go to the bottom of the chain first.

23         This is Exhibit 186.

24         The email at the very bottom of the page

25  that's dated Thursday, February 28, 2019, and it's



1  to -- how do you pronounce it, Deena?

2       A    Deana.

3       Q    -- Deana Farmer from Dante Fitzgerald with

4  a cc: -- excuse me.  Dante McKay.  I guess I am

5  getting a little tired.

6            With a cc: to Layla Fitzgerald, that being

7  you?

8       A    Yes.

9       Q    And the subject line was Apex and GNETS?

10      A    Yes.

11      Q    And it says:  Hi, Deana, The State GNETS

12 Director has standing meetings with DBHDD Enterprise

13 Leadership.  I also participate in the meetings.

14 The next meeting is scheduled for March 7, 2019.  I

15 have been asked to provide an update on the status

16 of Apex and GNETS collaboration.  I would like

17 assistance from the technical assistance team with

18 answering the following questions.

19           "Are any Apex programs still collaborating

20 with standalone GNETS programs?  If yes, which

21 ones?"

22           "The names of Apex programs collaborating

23 with GNETS programs embedded within the main school

24 building," and "the name of the schools?"

25           And the "Names of Apex programs



1  collaborating with GNETS programs on school grounds?

2  Name of schools?"

3          Do you see -- how did you understand when

4  you researched this the difference between

5  standalone GNETS programs, GNETS programs embedded

6  within the main school building, and GNETS programs

7  located on school grounds?

8      A    My understanding of that information is

9  there are several different types of GNETS programs.

10  Some of them have their own building.  Some of them

11  have a classroom within the main building, and some

12  of them work out of like trailer portals on the

13  school grounds of the main school campus, or home

14  school campus.

15      Q    What do you mean when you say home

16  schools?

17      A    So if I'm Georgia elementary -- let's not

18  say elementary.

19          Middle school, and my building sits on a

20  property, there may be a trailer on the same

21  property as the Georgia elementary school that is a

22  GNETS program.

23          And then other instances the building is

24  nowhere near an actual, quote-unquote, regular

25  school.





1          And then in some terms there is a GNETS

2   room within the actual Georgia elementary school, if

3   we are just making an assumption of the name of the

4   school.

5          Q    And did Mr. McKay ask you to ask the same

6   questions that he was asking of Ms. Farmer directly

7   to the CSBs?

8          A    He asked Ms. Farmer to ask those

9   questions, as that was during the time we were still

10  doing one-on-one TA with the providers.  So there

11  was a team of TA -- there was a team of TA at COE

12  who would in turn inquire this information with

13  their cohort of mental health providers.

14         Q    And by TA, you were referring to technical

15  assistance?

16         A    Yes.

17         Q    Was the information Mr. McKay sought

18  readily available to you on February 28th, 2019?

19         A    Was it readily available to me?

20         Q    Yeah.

21         A    The information that they sent back?

22         Q    No.  Did you have this information in your

23  file as to Apex -- which Apex programs were

24  collaborating with GNETS programs, whether

25  stand-alone, embedded, or on school grounds?



LAYLA FITZGERALD                                          June 24, 2022
UNITED STATES vs STATE OF GEORGIA                                      177

1      A    No.   That was the first time that question
2  had been asked since my employment.
3      Q    So you had not previously asked the Apex
4  programs to provide you with that information?
5      A    No.
6      Q    And who was your main point of contact at
7  GNETS in late February 2019?
8      A    I didn't have a primary contact.
9      Q    So you reached out to the CSBs through Ms.
10  Farmer?
11      A    Yes.
12      Q    And did you reach out to some of them
13  directly?
14      A    I do not recall.
15      Q    Did you follow up with some of them
16  directly?
17      A    I'm pretty sure I had follow-up, depending
18  on the answers they sent back out of that survey
19  questions, to gain clarification of who they were
20  serving.
21      Q    Did you ultimately help Mr. McKay to make
22  a presentation for the leadership meeting?
23      A    I did not.
24      Q    Did he ultimately go forward with the
25  leadership meeting?



1      A    My assumption is yes.  I don't recall.

2  That was four -- three years ago.

3      Q    All right.

4          MS. COHEN:  Let's mark as Exhibit 187

5      GA03176876, an email from you to Marnie

6      Braswell and a reply from Ms. Braswell, dated

7      March 5th, 2019.

8          (WHEREUPON, Plaintiff's Exhibit-187 was

9       marked for identification.)

10  BY MS. COHEN:

11     Q    Let's look at the bottom email first, and

12  perhaps you can tell me who Ms. Braswell is.

13     A    She is the program coordinator for our

14  Community Service Board of Middle Georgia.

15     Q    And do you work -- were you working with

16  her frequently in this time period?

17     A    Oh, yes.  Still do.

18     Q    Now, the bottom email is addressed to a

19  number of people.  Are those all individuals at CSB?

20     A    Those are my primary contacts at the

21  mental health provider.

22     Q    At the mental health providers.

23          And this email is signed by you?

24     A    It is.

25     Q    And it has the questions that Dante was



 1  asking?

 2        A    It does.

 3        Q    So does that refresh your recollection as

 4  to whether you reached out directly to mental health

 5  providers with these questions?

 6        A    It does.

 7        Q    And did Ms. Farmer also, or did you do it

 8  exclusively?

 9        A    I'm assuming we both sent information as

10  we probably didn't get the response we needed from

11  one of us sending it.  And it looks like Deana

12  didn't get the response, because mine was sent out

13  after Deana.

14        Q    And Ms. Braswell provided to you the

15  response of Middle Georgia?

16        A    Yes.

17        Q    And she said that Apex programs were not

18  collaborating with stand-alone GNETS programs?

19        A    Correct.

20        Q    And a GNETS was embedded within one of the

21  school systems?  Do you see that?

22        A    I do.

23        Q    And that mainstream students also attend

24  GNETS classrooms?

25        A    Yes.



1      Q     And she said that they do not have a

2   therapist that is housed within the GNETS program?

3      A     Yes.

4      Q     Are you familiar with the Dodge County

5   School System?

6      A     I am not.

7      Q     And was this a school system where the

8   Apex program was collaborating with the entire

9   school?

10     A     Yes.

11     Q     For the schools that were part of the Apex

12   program?

13     A     Yes.

14     Q     And then Ms. Braswell says:  "We have

15   always tried to abide by what Dante advised

16   concerning the GNETS programs."

17     A     Yes.

18     Q     What did Mr. McKay advise Ms. Braswell

19   concerning the GNETS program?

20           MS. ROSS:  Object to form.

21     A     As he's advised all mental health

22   providers, is that we don't serve GNETS programs.

23   We serve children that attend regular schools.

24     Q     Well, one thing I'm not quite

25   understanding is the difference between



1  collaboration and service.  Your question related to

2  Apex programs collaborating with GNETS programs?

3      A    Okay.  Which part of it don't you

4  understand?

5      Q    What did -- did Mr. McKay advise Ms.

6  Braswell that Apex programs could not collaborate

7  with GNETS programs?

8      A    I wouldn't say collaborate with GNETS

9  programs.  I would say the Apex program could not

10 service -- provide mental health services to the

11 GNETS program.

12     Q    Could Apex programs provide mental health

13 services to GNETS students?

14     A    The only way that an Apex program would

15 serve a GNET student is if the Apex program has

16 followed that -- if the student became an Apex

17 student prior to GNETS, being referred to the GNETS

18 program.

19          So the Apex therapist would follow that

20 child into the GNETS program to not discontinue

21 services for that individual child, but they didn't

22 service the entire GNETS program, if I'm clear.

23     Q    So did Apex have any partnerships with

24 GNETS programs where the programs collected and

25 charted information relating to absences or office



 1  referrals?

 2      A    No.

 3      Q    No?

 4      A    No.

 5      Q    There were none?

 6      A    Not to my knowledge.

 7      Q    Did -- if an Apex classroom was embedded

 8  within a school -- excuse me.

 9          MS. COHEN:  Strike that.  Let's start a

10      new question.

11  BY MS. COHEN:

12      Q    If a GNETS program was embedded in a

13  classroom within a school that had -- was in the

14  Apex program, did Apex provide -- did the Apex

15  program provider provide services to GNETS students?

16      A    No.

17      Q    Where did the GNETS students get their

18  mental health services?

19          MS. ROSS:  Object to form.

20      A    I am not sure.

21      Q    Did they receive mental health services?

22      A    I am not sure.

23      Q    When you received this note from Ms.

24  Braswell, where she said "We've always tried to

25  abide by what Dante advised concerning the GNETS



1  program," did you ask her what Dante advised?

2      A    No.

3      Q    Did you ask Mr. McKay?

4      A    I knew prior to this email what he

5  advised.

6      Q    That that was the line on GNETS programs?

7      A    Yes.

8      Q    Did you show this comment to Mr. McKay?

9      A    If you can scroll, I think he's cc'ed, but

10  I'm not sure.

11          I didn't necessarily show this email but I

12  compiled all information received from providers and

13  provided him a report of what all providers said

14  about servicing GNETS programs.

15      Q    Did you have a conversation with Dante

16  about why he was asking you about collaboration when

17  you had told Apex providers that they did not serve

18  GNETS students?

19      A    I don't understand your question.

20      Q    What type of collaboration was --

21          MS. COHEN:  New question.

22  BY MS. COHEN:

23      Q    As you described the Apex programs, they

24  had been told by Mr. McKay that Apex did not serve

25  GNETS programs; is that right?



LAYLA FITZGERALD                                    June 24, 2022
UNITED STATES vs STATE OF GEORGIA                              184

1        A    Correct, prior to me being employed.

2        Q    And during your employment?

3        A    And during my employment, yes.

4        Q    Up to late February or early March of

5   2019; is that right?

6        A    Till this day, yes.

7        Q    So why were you asking the school -- the

8   providers whether they collaborated with GNETS

9   schools?

10        A    First and foremost, because Dante asked.

11             My second assumption was that we were

12   trying to figure out if we were providing services

13   to schools that we shouldn't have been providing

14   services to, according to how the Georgia Apex

15   program was set up and the GNETS program is supposed

16   to be providing for their students.

17        Q    And was it your expectation that you would

18   not hear about any collaboration in response to this

19   question?

20        A    Yes.

21             MS. COHEN:  Let's mark as exhibit -- is it

22        Exhibit 188?  Thank you.

23             Georgia 03176913.

24             (WHEREUPON, Plaintiff's Exhibit-188 was

25          marked for identification.)



LAYLA FITZGERALD                                      June 24, 2022
UNITED STATES vs STATE OF GEORGIA                          185

1              MS. ROSS:  Can we please take a restroom

2       break?

3              MS. COHEN:  Sure.

4              MS. ROSS:  Thank you.

5              THE VIDEOGRAPHER:  Off record at 2:58.

6              (A recess was taken.)

7              THE VIDEOGRAPHER:  Back on the record at

8       3:06.

9              MS. COHEN:  Let's put up Exhibit 189,

10      which is --

11             MR. HOLKINS:  GA03176913.

12             (Discussion ensued off the record.)

13             MS. COHEN:  188.  I'm sorry.

14  BY MS. COHEN:

15      Q    Is this an email exchange that you had

16  with one of the CSBs in March of 2019?

17      A    Yes.

18      Q    And you had sent a note to Cathy Ganther

19  Cooper with Dante's inquiry?

20      A    Yes.

21      Q    And who is Ms. Ganther Cooper?

22      A    The COO of Avita Community Partners.

23  A-V-I-T-A Community Partners.

24      Q    And did she respond to you?

25      A    Yes.



1       Q    What did she say?

2       A    The only schools who are involved with

3   GNETS that we support through Apex are the Dawson

4   County -- uh-oh, it moved on me -- the Dawson County

5   schools, GNETS is embedded in the school building.

6       Q    Did you receive similar responses from

7   every other provider?

8       A    Not all.

9       Q    No?

10      A    No.

11      Q    You didn't hear back from all your

12  providers?

13      A    I did not.

14      Q    But at some point from all the providers

15  that you heard back from, you did not become aware

16  of any collaboration between Apex and GNETS; is that

17  right?

18      A    Correct.

19      Q    And -- but at a certain point Ms. Farmer

20  decided to dig deeper into this matter?

21      A    I think Ms. Farmer's email was before

22  mine.  I'm not sure of the time frame of when we did

23  a deeper dive, and I don't know that it was

24  different from the email questions that were sent to

25  me.



1      Q    What -- did Ms. Farmer tell you she had

2  done a deeper dive into the question asked by Mr.

3  McKay?

4      A    I don't recall.

5           (WHEREUPON, Plaintiff's Exhibit-189 was

6      marked for identification.)

7  BY MS. COHEN:

8      Q    Let me show you Exhibit 190 -- 189, excuse

9  me, which is GA 00636138, which is an email from

10  Deana Farmer to Dante McKay, cc: to Layla

11  Fitzgerald, dated March 7, 2019.

12     A    That's not on my screen.

13     Q    It isn't?

14     A    I have an email from Michelle Nunez, not

15  from -- I mean...

16     Q    Who is Michelle Ruiz?

17     A    I have to go back and look at it.  I don't

18  know everybody names.

19     Q    But she was at one of the --

20     A    One of providers, yes.

21     Q    And she was responding to your inquiry?

22     A    It looks like, yes.

23          I used to know all of them.

24     Q    Is this an email from Deana Farmer to you

25  and Dante relating to this inquiry?



1      A    Yes.

2      Q    And the subject line on the email is "10

3  total services year-to-date for GNETS schools, all

4  CSI."

5      A    Yes.

6      Q    And what does that refer to?

7      A    That Georgia Pines is a mental health

8  provider that provided seven Community Support -

9  Individual services to the pathway center in

10  Thomasville.

11      Q    And what are CSI services?

12      A    Support services to their individual

13  therapy.  It could be about life skills, social

14  skills.  It's not an actual clinical therapeutic

15  session.

16      Q    Let me see if I understand that.

17          Let's go down to the bottom of the email

18  chain, and it's an email from Ms. Farmer, and you

19  had written to Ms. Farmer saying that there were no

20  collaborations with Apex, although some services

21  were provided in general education schools that had

22  embedded GNETS classrooms, right?

23      A    I presume.

24      Q    And Ms. Farmer writes:  "After reading

25  through all the provider responses Layla sent this



1  morning, I decided to dive a little deeper into

2  services provided to GNETS schools listed by Apex

3  providers."

4          What did Ms. Farmer look through?

5      A    I am not sure.

6      Q    Did you ask her at the time?

7      A    I did not.

8      Q    Were you curious as to how she got the

9  information?

10     A    I assume through questioning individual

11 providers.

12     Q    And she found that there were two

13 instances in which CSBs had provided -- excuse me.

14         She found two CSBs that had provided

15 services to embedded classrooms in -- embedded GNETS

16 classrooms in schools served by Apex?

17     A    CSI services would not be given to a

18 classroom.  It would be given to an individual.

19     Q    An individual student?

20     A    Correct.

21     Q    What is a CSI service?

22     A    Community Support Individual Service.

23     Q    Do you know why an Apex provider was

24 providing Community Support Services to individuals

25 in a GNETS classroom?



1      A    Yes.  As I mentioned earlier, our Apex

2  providers follow the students.  So I'm assuming they

3  were continuing service with that student, who was

4  then referred or went now at the two -- I'm assuming

5  those two are actual GNETS programs.

6      Q    And she concludes:  "That is all

7  school-based services showing for Apex for Year 4"?

8      A    Yes.

9      Q    So that was out of all the Apex programs,

10  she was only able to find these 10 services to GNETS

11  students?

12     A    Correct.

13     Q    Did you believe that was accurate?

14     A    I did.

15     Q    So you don't think she had data that was

16  available to her that wasn't available to you, you

17  think she just reached out directly to providers and

18  had conversations?

19     A    Correct.  To gain better clarification of

20  the responses they sent to Dante and I before.

21     Q    Did she tell you that, or is that your

22  sophisticated assumption?

23     A    My sophisticated assumption.

24     Q    Did you and Dante discuss her conclusion

25  after you received her email?



LAYLA FITZGERALD                              June 24, 2022
UNITED STATES vs STATE OF GEORGIA                       191

1        A    Only to better explain to me how our
2   providers could have serviced these schools.
3        Q    So your answer is yes, that you and Dante
4   did discuss her email after you both received it?
5        A    Yes.
6        Q    And what did he say to you?
7        A    The sophisticated assumption that I just
8   gave you is that the provider followed the child,
9   not the program.
10       Q    What did you say to him?
11       A    Understood.  I can see how that happened
12  -- could happen.
13       Q    And since March 7th, 2019, when you
14  researched this issue at Mr. McKay's request, did
15  you learn of Apex students in any Apex programs in
16  any schools that have collaborated with GNETS
17  programs?
18       A    No.
19       Q    Is it -- is the Apex program incompatible
20  with the GNETS program?
21       A    No.
22       Q    Is it compatible with the GNETS program?
23       A    No.  The GNETS program, from my research,
24  should be providing educational, therapeutic,
25  physical health, like all services.  We just provide



 1  mental health services.

 2      Q    So as far as you know, GNETS is not

 3  providing mental health services?

 4      A    I don't know.

 5      Q    And do you know whether Dante made a

 6  presentation at the leadership meeting?

 7      A    I do not know if the actual presentation

 8  was made.

 9      Q    Was there a written document, whether a

10  PowerPoint or another document, prepared in

11  connection with the presentation by Dante to the

12  leadership meeting with the GNETS director on this

13  subject?

14      A    I do not recall if one was made.

15      Q    Do you recall -- did he prepare a draft of

16  any kind of presentation or summary of this topic?

17      A    I never saw a draft of the presentation,

18  no.

19      Q    So the sum total of what you found on the

20  subject of collaboration is that although Apex

21  providers may have provided services to students in

22  GNETS classrooms, there was no collaboration between

23  the Apex program and GNETS -- Apex provider and the

24  GNETS program?

25      A    They were not provided, no.  Correct, that



1  is my assumption -- my understanding of our

2  providers.

3      Q    There were just 10 instances in Year 4 in

4  which Apex provided community services individual to

5  GNETS students?

6          MS. ROSS:  Object to form.

7      A    To the student that was referred to the

8  GNETS program.  Not a GNETS student.

9      Q    Excuse me.  To a student referred to the

10 GNETS program?

11     A    Yes.

12     Q    Now, part of the Apex suite of services is

13 prevention and education?

14     A    Yes.

15     Q    Was Apex ever asked -- or was the

16 Department of Behavioral Health ever asked to

17 provide education and prevention services in the

18 GNETS classrooms?

19     A    No.

20     Q    Is your answer the same with regard to the

21 GNETS program?

22     A    It is the same answer.

23     Q    Was there ever any discussion of whether

24 CSB Apex providers would provide trainings in the

25 GNETS classrooms?



1      A      No.

2      Q      Did you hear anything else that Dante had

3   said to any CSB about GNETS, other than that Apex

4   does not work with GNETS?

5      A      No.

6      Q      When you say Apex does not -- the Apex

7   program does not work with GNETS, did you know

8   whether individual providers who provided services

9   through Apex also collaborated with GNETS programs?

10          MS. ROSS:  Object to form.

11     A      No, I do not know that information.

12     Q      Was there a policy or practice at DBHDD

13   with respect to providers that collaborated with

14   GNETS as to whether they could participate in the

15   Apex program?

16     A      I have never seen a policy or procedure

17   that outlined that information, no.

18     Q      Did you ever hear of that being the policy

19   or practice?

20     A      No.

21     Q      Did you ever visit a GNETS facility since

22   that time?

23          MS. ROSS:  Object to form.

24     A      No, I have never visited a GNETS facility.

25     Q      And you haven't visited a GNETS facility



1  since you went to work for the Department of

2  Education?

3          MS. ROSS:  Object to form.

4     A    No.

5     Q    Do you know Clara Keith?

6     A    No.  Clara Keif?

7     Q    Keith.  K-E-I-T-H?

8     A    No.  I don't know Keith or Keif.

9     Q    That settles it.

10         Did you know that there was a DOE employee

11 who was stationed at DBHDD --

12    A    No.

13    Q    -- as a liaison?

14    A    No.  Other than me?

15    Q    Uh-hum.  No, the other way.  A Department

16 of Education employee stationed at DBHDD?

17    A    No.

18    Q    So there was long a policy that Apex

19 couldn't be provided to GNETS stand-alone

20 facilities; is that right?

21         MS. ROSS:  Object to form.

22    A    There's no policy written.

23    Q    Well, are you familiar with frequently

24 asked questions that are provided by DBHDD to Apex

25 providers?



1      A    Yes, but that's not a -- it's not written

2   in policy form.  It was just questions that we

3   developed to share out with providers about the

4   program itself.  But it's not a policy.

5      Q    Is it an answer to a frequently asked

6   question?

7      A    Yes.

8      Q    Is it distributed in the form of FAQs to

9   Apex providers?

10     A    Yes.

11     Q    And that is to guide them with regard to

12  the expectations of DBHDD with regard to Apex

13  providers?

14     A    Yes.

15     Q    And it states that Apex providers may not

16  provide services to GNETS stand-alone facilities?

17         MS. ROSS:  Object to form.

18     A    Yes.

19     Q    Let me show you the exact language.

20         MS. COHEN:  Are we up to 190 now?

21         Mark as Exhibit 190 GA00658846.

22         (WHEREUPON, Plaintiff's Exhibit-190 was

23      marked for identification.)

24  BY MS. COHEN:

25     Q    Is this a copy of the FAQs?



1    A    Yes.

2    Q    Let's scroll down.

3    A    This is not the final draft.

4    Q    You're right.  I don't have the final

5    draft handy, and I do want to finish up in time to

6    let Patrick make his plane, so let's work off this

7    draft.

8    A    I believe that question never got changed,

9    though.

10   Q    I believe you're right.

11        So if we're looking at Exhibit 190, the

12   last FAQ on the page relates to GNETS schools --

13   excuse me.  Not the last.

14   A    I believe it's on the page before that, if

15   I'm familiar with it.

16   Q    What language are you pointing to in

17   GA00658847 -- 6.  Excuse me.

18        What language are you pointing to?

19   A    Me?

20   Q    Uh-hum.

21   A    Oh.  I was trying to get -- you tried to

22   get to where we were talking about GNETS schools?

23   Q    Yes.

24   A    So in the paragraph where it says what

25   types of schools can Apex services be implemented



 1  in.

 2      Q    And what is the answer?

 3      A    Georgia public schools K through 12

 4  excluding GNETS programs.  Charter schools and

 5  private.

 6      Q    And the FAQ, the answer part of it, in

 7  response to what types of schools can Apex be --

 8  services be implemented, states:  "Apex services

 9  cannot be provided in private charter schools, GNETS

10  standalone facilities, private schools, or home

11  schooled/cyber public school students."

12      A    Correct.

13      Q    That, as far as you know, has been the

14  rule as long as you've been associated with the

15  program?

16      A    Yes.

17      Q    And similar information appears at this

18  time on the DBHDD website?

19      A    Yes.

20      Q    And what is the reason that Apex services

21  could not be provided to standalone GNETS centers?

22          MS. ROSS:  Object to form.

23      A    As stated earlier, when I became employed,

24  I was instructed that GNETS program -- or informed

25  that GNETS program comes with its own set of funding



1  to provide all services to students that came

2  through its door, whether it was educational,

3  physical health or mental health.

4      Q    And that was the only reason you were ever

5  given as to why Apex providers could not collaborate

6  with GNETS schools?

7      A    Apex program could not collaborate.

8      Q    Thank you.

9      A    Uh-huh.

10     Q    Did Apex programs --

11          MS. COHEN:  Excuse me.  Strike that.

12  BY MS. COHEN:

13     Q    If GNETS standalone centers wanted to

14  collaborate with the Apex program, they would have

15  had to provide the deliverables that were required

16  by the Apex program?

17          MS. ROSS:  Object to form.

18     A    No.

19     Q    They wouldn't have been allowed to

20  collaborate?

21     A    Correct.  The Apex program, not the

22  provider.

23     Q    Now, did there come a time when a joint

24  funded position was discussed between the DBHDD and

25  the Department of Education?



1      A    Yes.

2      Q    And was that proposed by the Department of

3  Education in the first instance, or by DBHDD?

4      A    By the Department of Education.

5      Q    And did the Department of Education

6  request -- was that made orally or in writing?

7      A    Orally between Garry McGiboney,

8  M-C-G-I-B-O-N-E-Y, and Dante McKay.

9      Q    And did Mr. McKay relay that conversation

10 to you?

11     A    Yes.

12     Q    And what did he say that Mr. McGiboney had

13 said to him and that he had responded?

14     A    That he thought there needed to be a

15 liaison role between the two state agencies to help

16 better coordinate mental health services.

17     Q    Did Dr. McGiboney say -- is it Mr. -- I

18 think it's doctor.

19     A    I think it's Mr.

20     Q    Mr.?

21     A    I think it's Mr.

22     Q    Did Mr. McGiboney relate that the

23 Department of Education would like greater

24 visibility into the Apex program?

25     A    I am not fully aware of what the full



1  conversation was about.

2       Q    Did you understand that that was a piece

3  of it?

4       A    Yes.

5       Q    And did you also understand that a piece

6  of it was that Mr. McGiboney -- that the Department

7  told Dante that the Department of Education would

8  like greater visibility into the mental health

9  services provided by DBHDD?

10      A    I do not understand your question.

11      Q    Did he tell you they wanted to -- they

12  thought a liaison was a good idea because education

13  wanted to know more about the mental health services

14  that OCYF was providing?

15      A    Yes.

16      Q    Okay.  And did DBH -- excuse me.

17           Did the Department of Education --

18           MS. COHEN:  Strike that.

19  BY MS. COHEN:

20      Q    Did the next approach come from Ashley

21  Harris?

22      A    So timeline.  Initial conversation with

23  Mr. McGiboney and McKay happened maybe a year and a

24  half prior to the role being even spoken about, and

25  in between that time Garry McGiboney left the



1  Department of Education, and that's when we started

2  having more conversations who was now -- well, she

3  was hired or moved from one office to another to be

4  the director of Whole Child Support.  So the

5  conversation got picked up again.

6       Q    Did Mr. McGiboney and Mr. McKay have one

7  conversation regarding creating liaison or more than

8  one?

9       A    It was more than one.

10       Q    And how many conversations was it?

11       A    I am not sure.

12       Q    Was it over a period of time in 2018?

13       A    I am not sure of the actual year.

14       Q    But, in any case, it was prior to Mr.

15  McGiboney's departure from the Department of

16  Education?

17       A    Yes.

18       Q    And then it was picked up by Ashley Harris

19  in 2020?

20       A    Yes.

21       Q    And did she and Mr. McKay have

22  conversation about this?

23       A    Yes.

24       Q    By telephone or face-to-face?

25       A    It would have been by telephone.  We were



1  in the pandemic by then.

2      Q    Did you participate in those

3  conversations?

4      A    Not the ones privy to him and Ashley, no.

5      Q    Did you participate in the conversations

6  between Mr. McKay and Mr. McGiboney?

7      A    I did not.  Not as it relates to the

8  liaison position.

9      Q    Let me show you an email chain.

10          MS. COHEN:  We'll mark this -- what number

11      are we up to?

12          THE COURT REPORTER:  191.

13          MS. COHEN:  191, an email chain with the

14      stamp GA03219489.

15          (WHEREUPON, Plaintiff's Exhibit-191 was

16       marked for identification.)

17  BY MS. COHEN:

18      Q    This is a string of emails between Dante

19  and Ms. Harris, and Dante and you.

20          You've seen these emails before?

21      A    You're moving quite fast, but, yes, I'm

22  sure I have.

23      Q    You're laughing.

24          Let's see what that relates to.

25          I'm looking at the bottom email from



1   Ashley Harris.

2           "Good afternoon, Dante.  I hope this email

3   finds you safe and well.  I wanted to reach out to

4   you with a little more context to our conversation

5   last week regarding a joint funded position between

6   the Georgia Department of Education and DBHDD."

7           And she includes a summary of the

8   reporting structure and general responsibilities,

9   and the DOE staff will work together collaboratively

10  to support this coordination.

11          Do you recall this email at the time it

12  was sent?

13      A    I recall Dante forwarding this information

14  to give me context of the timeline of the position

15  that was being created.

16      Q    Did you understand when this -- Dante

17  forwarded this email to you that you were being

18  talked about for that position?

19      A    Yes.

20      Q    Was that a request from the Department of

21  Education?

22      A    Yes.

23      Q    That you become the liaison?

24      A    Correct.

25      Q    And did you discuss with Mr. McKay whether



1  you were willing to assume that position?

2      A    Yes.

3      Q    And what did you tell him?

4      A    Yes.

5      Q    What did you tell him before you told him

6  yes?

7      A    What did I tell him before?  Here goes

8  another shithole you're sending me in.  Sorry.  I'm

9  sorry.

10         I swore that -- I gave my hand, my right

11  hand when coming in here that I would tell the

12  truth.

13     Q    And why did you use that term to refer to

14  the Department of Education at that time?  This was

15  in spring of 2020.

16     A    Dante has a bunch of special projects, and

17  I seem to be the one he comes to for special

18  projects.  So I was being very funny of another

19  special project that he was sending me down, not

20  necessarily speaking towards the Department of

21  Education themselves.  I knew nothing of them.

22     Q    Did you tell Mr. McKay that you had

23  reservations about going to the Department of

24  Education --

25     A    Only --



1      Q     -- in this position?

2      A     Only that I was unaware of the Department

3  of Education's work environment or expectations of

4  me as an employee.

5      Q     Did Mr. McKay, as a result, inquire who

6  you would report to at the Department of Education?

7      A     He did.

8      Q     And did he also put limits on your

9  participation?

10      A     Did he put limits on my participation at

11  the Department of Education?

12      Q     Yes.

13      A     They developed a set of responsibilities

14  that I would be over at the Department of Education,

15  and the only restrictions I remember us talking

16  about was around special education, and that doesn't

17  fall within the Department of Whole Child Support.

18  So I was -- I asked him would I be working with

19  special education students, and he stated no, that

20  it would just be for the Office of Whole Child

21  Supports.

22      Q     Did you ask him whether you would be

23  working with GNETS?

24      A     I did not specify GNETS, no.

25      Q     You said that it was communicated that you



1  would be walled off from GNETS; is that right?

2      A    I did, but I have a question about that

3  question --

4      Q    I'm sure you do.

5      A    -- that you asked me.

6      Q    You had several meetings with Ms. Ross

7  since that answer.

8          MS. ROSS:  That's not fair.  We didn't

9      talk about that.  No.

10     A    You know, it was that question and another

11 question you asked me that I just had -- when I

12 answered it, I didn't know if I gave the right -- or

13 not necessarily the right answer but fully

14 explained.

15     Q    I'm going to ask some questions.

16     A    Okay.

17         MS. ROSS:  I'll get on the record that I

18     did not talk to the witness about her

19     testimony.  I didn't do that and I wouldn't do

20     it.

21     A    We talked about -- you don't want to know.

22     Q    Since you gave the testimony, let me ask

23 you this:  You have not worked on any GNETS matters

24 at the Department of Education in your role as

25 mental health liaison?



1        A    No.

2        Q    And you have communicated to the

3   Department of Education that you are not going to

4   work on any GNETS matters?

5        A    I have.

6        Q    And you've communicated to them that you

7   are not going to collaborate with any GNETS program,

8   correct?

9        A    Correct.

10       Q    And that was you --

11       A    That was me.

12       Q    -- making the communication?

13       A    Yes.

14       Q    Did Mr. McKay similarly make it?

15       A    Not to my -- not to my knowledge.

16       Q    Have you discussed it with Ashley Harris?

17       A    About not servicing the GNETS programs?

18       Q    Yes.

19       A    Yes.

20       Q    What did you say to Ms. Harris?

21       A    That the Apex program could not serve the

22   GNETS program because it came with its own set of

23   funding.

24       Q    Is your work for the Department of

25   Education as liaison confined to the Apex program?



1     A    No.

2     Q    Did you tell her that you were available

3  to collaborate with the GNETS program outside -- for

4  mental health needs outside of the Apex program?

5     A    No.

6     Q    Did you tell her you were not willing to

7  collaborate with the GNETS programs for any purpose?

8     A    I did.

9     Q    And what was the reason that you told her

10 that?

11    A    Same reason I've given before.  That's

12 what I was told when I came to the Department, that

13 the Georgia Apex Program does not service the GNETS

14 program.

15    Q    My question does not just relate to the

16 Georgia Apex Program.  My question relates to the

17 full work that you were doing at the Department of

18 Education, and my understanding is that that work

19 was broader than just the Apex program, based on

20 your testimony.  Have I misunderstood?

21    A    No, you did not misunderstand, but it's

22 not tailored to the GNETS program.  It's tailored to

23 any student who is in need of mental health

24 services.

25    Q    What is not tailored to the GNETS program?



1    A    My liaison role.  Like I do not work --

2  the GNETS program does not sit within that office

3  that I serve on, as well as there is no

4  collaboration that I know of between that office and

5  the GNETS programs.

6    Q    Where do the students in the GNETS program

7  -- do they have mental health needs?

8        MS. ROSS:  Object to form.

9    A    I don't know.

10    Q    Where do they receive their services?

11    A    I --

12        MS. ROSS:  Object to form.

13    Q    Their mental health services?

14        MS. ROSS:  Object to form.

15    A    I don't know.

16    Q    Are you aware of any restrictions in

17  Georgia's Medicaid rules in reimbursing behavioral

18  health services provided through Apex?

19    A    Please explain your question.

20    Q    I will in a second.

21    A    Okay.

22    Q    Is there any restriction in the Georgia

23  Medicaid program on reimbursing behavioral health

24  services provided to GNETS through Apex?

25    A    There are no services provided to GNETS



1  through Apex, and I am not aware of any Medicaid

2  billable anything that is provided to GNETS.

3       Q    Is there any plan to expand the

4  cooperation between DBHDD and the Department of

5  Education?

6       A    Yes.

7       Q    What are those plans?

8       A    To develop the referral platform as well

9  as a better way of communicating needs of children,

10 young adults and families from the Department of

11 Education.

12      Q    Now, you were laughing at the top email?

13      A    Yes.

14      Q    Let's look at that.

15           So there's an email before your email,

16 which is the top email, which is an email from Dante

17 McKay to Ashley Harris.

18           Do you see that?

19      A    Yes.

20      Q    And he makes certain comments taking apart

21 what Ms. Harris had said to him?

22      A    Yes.

23      Q    And he -- she had said that while she

24 would be the primary contact, a team of Georgia DOE

25 staff will work together collaboratively to support



LAYLA FITZGERALD                                      June 24, 2022
UNITED STATES vs STATE OF GEORGIA                              212

1  this role by coordination of the chief of staff.

2            What did that refer to, as you understood

3  it?

4       A    That I would report to Ashley Harris but I

5  would work with other team members at the Department

6  of Education to better do the mental health liaison

7  work.  That she would not be the sole person I would

8  be working with.

9       Q    Were you happy with that arrangement?

10      A    Sure.

11      Q    Dante says:  I'm sorry, I don't understand

12 this statement.  Per discussion, please forward the

13 GO -- Georgia education org chart.  It's important

14 for us to know and show the liaison's placement and

15 the reporting lines.

16      A    Yes.

17      Q    And then he has marked up the work

18 description --

19      A    Yes.

20      Q    -- that Ms. Harris had provided?

21      A    Yes.

22      Q    The last paragraph of this email refers to

23 you, although you hadn't come up -- been mentioned

24 by name previously in this exchange, but it's your

25 understanding that they were talking about obtaining



1  your expertise in particular?

2       A    Yes.

3       Q    And what mental health services was the

4  Department of Education providing at that time?

5            MS. ROSS:  Object to the form.

6       A    The Department of Education does not

7  provide services.

8       Q    The Department of Education has licensed

9  mental health professionals in the schools; is that

10 correct?

11           MS. ROSS:  Object to form.

12      A    Yes.

13      Q    And is it your testimony that those

14 individuals do not provide mental health services?

15           MS. ROSS:  Object to the form.

16      A    I do not know.

17      Q    They do not provide school-based mental

18 health services?

19           MS. ROSS:  Object to form.

20      Q    As you understand the term to be used in

21 the Apex program?

22      A    No, they don't.

23      Q    What is the difference?

24      A    Between?

25      Q    Between school-based mental health



1  services as provided according to the Apex program

2  and what the mental health professionals provide in

3  the Department of Education public schools?

4       A    I do not know that the DOE, Department of

5  Education, employs individuals that provide mental

6  health services.  They have individuals on staff who

7  are licensed, such as social workers and school

8  counselors.  However, they do not provide mental

9  health services to children within the schools.

10      Q    Let's look at the top email.

11      A    Okay.

12      Q    Actually, we won't go all the way to the

13 top.

14      A    Please don't.

15      Q    We'll go -- we won't go there right this

16 second.

17           And then Mr. McKay flips this

18 correspondence with Ashley to you in the email part

19 of this chain dated 5/4/20, 11:12 p.m.?

20      A    Yes.

21      Q    It looks like he waited five minutes after

22 he had written to Ashley, and then he sent it on to

23 you?

24      A    Yes.

25      Q    And you understood when you got it that he



1   was close to arranging for this jointly funded

2   position and that he intended for you to take it?

3        A    Yes.

4        Q    And are you a music fan?

5        A    I am.  Of all genres.

6        Q    Is Mr. McKay a music fan?

7        A    He is.

8        Q    Are you both fans of DJ Screw?

9        A    We are both aware and fans of DJ Screw, a

10  known artist from Texas, yes.

11       Q    Mr. Screw is an artist who takes music and

12  stretches it out?

13       A    Yes.

14       Q    Very slow?

15       A    Yes.

16       Q    And then he chops it up, almost like an

17  attack?

18       A    Yes.

19       Q    And you say in your email, "thanks."

20            Was that sarcastic?

21       A    Yes.

22       Q    And then you say, "lol," referring to

23  laughing out loud?

24       A    Yes.

25       Q    And you're referring to your situation,



1  chopped and screwed DJ Screw style?

2      A    Yes.

3      Q    And that was a reference to your being

4  stretched out and chopped up and attacked?

5      A    No.

6      Q    Well, it was a reference to your having to

7  undergo a difficult assignment?

8      A    Nope.

9      Q    What was it a reference to?

10      A    The way he edited the responsibilities

11  that Ashley sent over; that he chopped and screwed

12  up what she wanted me to oversee due to the -- my

13  capacity at DBHDD.

14      Q    And when you say "DJ Screw style," what

15  are you referring to?

16      A    Just making sure he knew what I meant by

17  chopped and screwed.  Just putting a reference is

18  that's who -- the type of --

19      Q    And in what way was it like the DJ Screw

20  style?

21      A    It was just -- it wasn't necessarily like

22  his specific style.  I just was making a reference

23  to the chopped and screwed language per se.  But it

24  wasn't any negative connotation or -- there wasn't

25  any negative connotation to what he did below as...



1      Q    You were looking forward --

2      A    Yes.

3      Q    -- to assuming the liaison position?

4      A    Yes.  Very much so.

5      Q    Did you look for work outside of DBHDD in

6  the six months following these conversations?

7      A    No.

8      Q    Because the first exhibit that we referred

9  to was a copy of your resume?

10      A    Yes.

11      Q    Did you prepare that for the purpose of

12  looking for work outside of DBHDD?

13      A    No.  My brother asked for my resume and I

14  sent it to him.

15      Q    When did you become liaison, November of

16  2020?

17      A    Yes.  To my knowledge, that's when it

18  became official.  I have to look back at my

19  paperwork of the actual date, but it took a while

20  after this email exchange to get through all of the

21  legal ramifications of making a liaison position

22  between the two state agencies.

23      Q    And what percent of your time do you spend

24  on Department of Education matters now?

25      A    I don't know actual percent.



1    Q    What's an approximation?  How many hours a

2  week do you work?  50 or 60?

3    A    Do I work?  I don't stop working.  My

4  phone is always on.  I'm always checking and

5  responding to emails.

6         I say I work a 70-hour week, I would say,

7  and out of that 70 hours I probably spend about 30

8  of them with DOE, I would say.

9         Recently, that has changed because there

10  has been some shifts in structure at DOE.  So it

11  decreased just a little bit, until they hire a new

12  person and gather their team again, but it has not

13  stopped, and I still provide liaison-type activities

14  for the Department of Education currently.

15    Q    And the liaison activities are principally

16  confined to trainings and building a referral

17  platform?

18    A    No.  It relates to coordination of

19  services programs and trainings with students,

20  staff, as well as parents.

21    Q    So it's those two functions, coordinating

22  referral services and trainings?

23    A    Yes.

24    Q    Have any GNETS personnel attended your

25  trainings?



1      A     Not to my knowledge.

2      Q     Do you attend the trainings?

3      A     The majority of them I do.

4            MS. COHEN:  All right.  Let's take a short

5      break.

6            THE VIDEOGRAPHER:  Off record at 3:55.

7            (A recess was taken.)

8            THE VIDEOGRAPHER:  Back on the record at

9      4:09.

10   BY MS. COHEN:

11     Q     Ms. Fitzgerald, are you involved in any

12   efforts currently to expand school-based mental

13   health services in Georgia other than through Apex?

14     A     Yes.

15     Q     What are they?

16     A     Through the IDT school-based mental health

17   work group, and it's to expand the services that we

18   provide through Apex to more schools across the

19   State.

20     Q     And what is the mechanism that you would

21   do that through?

22           It would not be an Apex program?  How

23   would it work?

24     A     That hasn't been determined.  It's just a

25   work group talking about how to expand.



1    Q    And who are the members of the work group?

2    A    They're several members that come from

3    different agencies.  I can't name them right off of

4    my head right now.

5    Q    Is there anyone from the Department of

6    Education?

7    A    Yes.

8    Q    Who is it?

9    A    It was Cheryl Benefield.  We're waiting to

10   fill -- actually, now it's Lindsey Oliver.

11   Q    Lindsey?

12   A    Oliver.  And she -- she is the social work

13   specialist for the Office of Whole Child Supports at

14   the Georgia Department of Education.

15   Q    And are there any CSBs participating in

16   that discussion?

17   A    Not to my knowledge.  Again, it's a group

18   of us.  So I'm trying to remember who all is on the

19   group.

20   Q    Who are the principal players in the

21   group?

22   A    There's no principal player.  We're all

23   part of a working group to help expand school-based

24   mental health.

25   Q    That sounds like a --



1    A    Dimple Desai is the chair.  There's

2 members from Voices for Georgia's Children.  There

3 are members from DOE, Department of Education,

4 DBHDD, myself.  There's a member from the Georgia

5 Parents Support Network.

6         There's several.  I don't know them all

7 offhand, but it's a very robust group of individuals

8 who work around or within mental health and

9 school-based work.

10    Q    Can you give us any sense of the timing of

11 that expansion?

12    A    No.

13    Q    Apart from the Apex program and the data

14 collection and charting effort that's led by the

15 Center of Excellence that we talked about today, are

16 you aware of any data collection reporting or

17 analysis by mental health providers in connection

18 with Apex other than what's required by the Apex

19 provider protocols?

20    A    No.

21    Q    Well, we've discussed earlier the reports

22 for the Apex program.  Have you seen other reports

23 by other CSBs?

24    A    To my knowledge, there is no other report.

25 No one else is collecting data like the Apex



 1 | program.

 2 |     Q    That answers my question, I think.

 3 |         MS. COHEN:  Okay.  Well, thank you very

 4 |     much.  Much appreciated.

 5 |         MS. ROSS:  I have a couple of follow-up

 6 |     questions, maybe a few.  Not many.  Very short.

 7 | EXAMINATION

 8 | BY MS. ROSS:

 9 |     Q    Layla, you were asked whether the DOE, or

10 | Department of Ed, I'm not sure what term was used,

11 | has mental health professionals in various public

12 | schools, and you answered yes?

13 |     A    Yes.

14 |     Q    Do you know that it is the Department of

15 | Education that has them in the schools, or whether

16 | the individual school district has them in the

17 | schools?  Or do you know the distinction?

18 |     A    No, I don't know the distinction, if it's

19 | a local school district or the state agency

20 | themselves.

21 |     Q    Thank you.  Okay.

22 |         MS. COHEN:  I think when -- are you

23 |     finished?

24 |         MS. ROSS:  No.

25 |         MS. COHEN:  Go ahead.



```
 1  BY MS. ROSS:
 2      Q    Is it correct that Apex services of
 3  coordinating the mental health third-party providers
 4  and the students, those services are available to
 5  students who qualify under the Individuals with
 6  Disabilities Education Act as having disabilities,
 7  right, needing special Ed, and those who to not need
 8  special Ed; is that correct?
 9            Let me ask a better question.
10            Does the -- does -- does eligibility for
11  Apex services require that the student is qualified
12  for special education?
13      A    No.
14      Q    Now, GNETS students, are you aware that
15  GNETS students are all special education students?
16      A    I am not aware.
17      Q    Okay.  We talked a lot about the
18  separation of provider services between GNETS and
19  Apex.  Now, is it correct that individual students
20  who receive GNETS services also receive Apex
21  services if the Apex services to that student
22  preceded the GNETS services?
23      A    Yes.
24      Q    Is that correct?  Okay.
25            So the initiation of GNETS services does
```



1  not preclude the continuation of Apex services,

2  correct?

3       A    Not to my knowledge.

4       Q    Okay.  You were asked whether you told the

5  DOE that you were not willing to work on GNETS

6  matters, and you said I did.

7            If you are not willing -- do you mean that

8  you have a personal aversion to working on GNETS

9  matters, or were you referring to the separation of

10  the two means, that you had been talking about?  I

11  don't --

12           MS. COHEN:  Objection.

13      Q    Go ahead.

14           MS. COHEN:  Go ahead.

15      A    I don't have a personal bias with working

16  with GNETS.  I was told that my program -- I was

17  told by DBHDD that my program should not work with a

18  GNETS program, standalone program.

19      Q    Does your work with Apex or with DBHDD

20  overall require you to have any training in

21  Individuals with Disabilities Education Act, or

22  other law regarding educating students with

23  disabilities?

24           MS. COHEN:  Objection.

25      A    No.



1      Q    Do you have in your role again, either

2   with Apex or more broadly with DBHDD, do you have

3   regular interface with the Department of Education

4   individuals who oversee education of students with

5   disabilities?

6      A    No.

7           MS. ROSS:  I don't have any other

8      questions.

9           MS. COHEN:  Nothing from us.  Thank you

10     very much.

11          THE VIDEOGRAPHER:  Off record at 4:17.

12          (Whereupon, the deposition concluded at

13     4:17 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25



1                    C E R T I F I C A T E

2

3   STATE OF GEORGIA:

4   FULTON COUNTY:

5

6           I hereby certify that the foregoing

7   transcript of LAYLA FITZGERALD was taken down, as

8   stated in the caption, and the questions and answers

9   thereto were reduced by stenographic means under my

10  direction;

11          That the foregoing Pages 1 through

12  225 represent a true and correct transcript of

13  the evidence given upon said hearing;

14          And I further certify that I am not of kin

15  or counsel to the parties in this case; am not in

16  the regular employ of counsel for any of said

17  parties; nor am I in anywise interested in the

18  result of said case.

19

20          IN WITNESS WHEREOF, I have hereunto

21  subscribed my name this 26th day of July, 2022.

22                          *Wanda L. Robinson*

23          _____

24          Wanda L. Robinson, CRR, CCR No. B-1973
                My Commission Expires 10/11/2023

25



800.211.DEPO (3376)
EsquireSolutions.com

1               D I S C L O S U R E

2    STATE OF GEORGIA  ) VIDEOTAPE DEPOSITION OF
     FULTON COUNTY     ) LAYLA FITZGERALD - 6/24/22
3               Pursuant to Article 10.B of the Rules and

4    Regulations of the Board of Court Reporting

5    of the Judicial Council of Georgia, I make the

6    following disclosure:

7               I am a Georgia certified court reporter.

8    I am here as a representative of Esquire Deposition

9    Solutions, LLC, and Esquire Deposition Solutions,

10   LLC was contacted by the offices of U.S. Attorney's

11   Office to provide court reporter services for this

12   deposition.  Esquire Deposition Solutions, LLC will

13   not be taking this deposition under any contract

14   that is prohibited by O.C.G.A. 9-11-28 (c).

15              Esquire Deposition Solutions, LLC has no

16   contract/agreement to provide court reporter

17   services with any party to the case, or any counsel

18   in the case, or any reporter or reporting agency

19   from whom a referral might have been made to cover

20   this deposition.

21              Esquire Deposition Solutions, LLC will

22   charge the usual and customary rates to all parties

23   in the case, and a financial discount will not be

24   given to any party to this litigation.

25



1                ERRATA SHEET FOR THE TRANSCRIPT OF:

2   Deponent Name:  LAYLA FITZGERALD

3   Case Caption:   United States of America vs. State
                    of Georgia
4

5   Case No. :  1:16-cv-03088-ELR

6        I do hereby certify that I have read all
    questions propounded to me and all answers given by
7   me on the 24th day of June 2022, taken before Wanda
    L. Robinson, and that:
8

9   _____1) There are no changes noted.

10  _____2) The following changes are noted:

11       Pursuant to state rules of Civil Procedure
    and/or the Official Code of Georgia Annotated
12  9-11-30(e), both of which read in part:  Any changes
    in form or substance which you desire to make shall
13  be entered upon the deposition with a statement of
    the reason given for making them.
14       Accordingly, to assist you in effecting
    corrections, please use the form below:
15

16  CORRECTIONS:

17  _____

18  Page       Line           Change        Reason For Change

19  _____

20  _____

21  _____

22  _____

23  _____

24

25



1                  CERTIFICATE  OF DEPONENT

2

3      I hereby certify that I have read and examined

4  the foregoing transcript, and the same is a true and

5  accurate record of the testimony given by me.  Any

6  additions or corrections that I feel are necessary,

7  I will attach on a separate sheet of paper to the

8  original transcript.

9

10                     _____

11                      Signature of Deponent

12

13      I hereby certify that the individual

14  representing himself/herself to be the above-named

15  individual, appeared before me this _____ day of

16  _____, 2022, and executed the above

17  certificate in my presence.

18

19

20                     _____

21                          NOTARY PUBLIC

22

23  MY COMMISSION EXPIRES:

24

25



800.211.DEPO (3376)
EsquireSolutions.com