1            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                    ATLANTA DIVISION

3
   UNITED STATES OF          )
4  AMERICA,                  )
                             )
5            Plaintiff,      )
                             )
6        vs.                 ) CASE NO. 1:16-CV-03088-ELR
                             )
7  STATE OF GEORGIA,         )
                             )
8            Defendant.      )

9

10

11

12

13

14

15      VIDEOTAPED DEPOSITION OF LISA OOSTERVEEN

16              ALBANY, GEORGIA

17          THURSDAY, FEBRUARY 23, 2023

18

19

20

21

22

23  REPORTED BY:  TANYA L. VERHOVEN-PAGE,
                  CCR-B-1790
24

25  FILE NO.  J9301723



```
 1                  February 23, 2023

 2                     9:09 a.m.

 3

 4          Videotaped deposition of

 5   LISA OOSTERVEEN, held at the offices

 6   of Watson Spence, LLP, 320 Residence

 7   Avenue, Albany, Georgia before

 8   Tanya L. Verhoven-Page, Certified Court

 9   Reporter and Notary Public of the State of

10   Georgia.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                    APPEARANCES OF COUNSEL

 2
      On behalf of the Plaintiff:
 3
             U.S. DEPARTMENT OF JUSTICE
 4           CIVIL RIGHTS DIVISION
             950 Pennsylvania Avenue
 5           Washington, D.C. 20579
             (858) 847-6700
 6           BY:  CRYSTAL ADAMS, ESQ.
                  e-mail: crystaladams@usdoj.gov
 7           BY:  FRANCES COHEN, ESQ.
                  e-mail: francescohen@usdoj.gov
 8

 9    ALSO PRESENT:  Sandra LeVert

10

11

12    On behalf of the Defendant:

13           ROBBINS ALLOY BELINFANTE LITTLEFIELD, LLC
             500 14th Street, N.W.
14           Atlanta, Georgia 30318
             (404) 856-3255
15           BY:  MELANIE JOHNSON, ESQ.
                  e-mail: mjohnson@robbinsfirm.com
16           BY:  DANIELLE HERNANDEZ, ESQ.
                  e-mail: dhernandez@robbinsfirm.com
17           (Via Zoom)

18

19

20

21

22

23

24

25
```



1                    APPEARANCES OF COUNSEL

2

     On behalf of the Witness:
3
            WATSON SPENCE, LLP
4           320 Residence Avenue
            Albany, Georgia 31701
5           (229) 436-1545
            BY:  ALFREDA SHEPPARD, ESQ.
6              e-mail: asheppard@watsonspence.com

7

8

9    ALSO PRESENT:  Bob Putnam

10   THE VIDEOGRAPHER:  Bailey Diaz

11

12                        -     -     -

13

14

15

16

17

18

19

20

21

22

23

24

25



1                          I N D E X

2

3                  WITNESS: LISA OOSTERVEEN

4

5       Examination                              Page

6    BY MS. ADAMS                                  9

7

8                          EXHIBITS:

9     Plaintiff's
      (Oosterveen)
10      Exhibit              Description          Page

11

12   Exhibit 781        Apex School List
                        and Years Entered         15

13   Exhibit 782        Subpoena to Testify
14                      at a Deposition in a
                        Civil Action              18

15   Exhibit 783        Curriculum vitae
                        for Lis Oosterveen        23

16
     Exhibit 784        State of Georgia
17                      Department of Behavioral
                        Health and Developmental
18                      Disabilities Contract     142

19   Exhibit 785        Document bearing Bates
                        numbers GA03130139
20                      through GA03130141        187

21   Exhibit 786        Document bearing Bates
                        numbers ASPIRE001200
22                      through ASPIRE001218      201

23   Exhibit 787        Document bearing Bates
                        numbers ASPIRE007437
24                      through ASPIRE007742      221

25



LISA OOSTERVEEN                                    February 23, 2023
UNITED STATES vs STATE OF GEORGIA                                6

1                          EXHIBITS:

2
     Plaintiff's
3   (Oosterveen)
      Exhibit            Description              Page
4

5   Exhibit 788       Document bearing Bates
                      numbers ASPIRE003217
6                     through ASPIRE003233      246

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1                          EXHIBITS:

2     Previously
      marked
3     Plaintiff's
       Exhibit            Description              Page
4

5   Exhibit 182       Document bearing Bates
                      numbers GA03130008
6                     through GA03130073         176

7   Exhibit 183       Document bearing Bates
                      number GA03130011          178
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1   ALBANY, GEORGIA; THURSDAY, FEBRUARY 23, 2023

 2                    9:09 A.M.

 3

 4              P R O C E E D I N G S

 5

 6        THE VIDEOGRAPHER:  Good morning.

 7   We're now on the record.  The time is now

 8   9:09 a.m. on Thursday, February 23rd,

 9   2023.

10        This begins the videotaped

11   deposition of Lisa Oosterveen, taken in

12   the matter of United States of America

13   versus the State of Georgia, filed in the

14   United States District Court for the

15   Northern District of Georgia; the case

16   number of which is 1:16-CV-03088-ELR.

17        The videographer today is Bailey

18   Diaz, and the court reporter is Tanya

19   Page, both representing Esquire

20   Deposition Solutions.

21        Counsel, will you please now state

22   for the record your name and who you

23   represent, after which the court reporter

24   will swear in the witness.

25        MS. ADAMS:  Crystal Adams for the
```



1        United States.

2            MS. COHEN:  Fran Cohen for the

3        United States.

4            MS. JOHNSON:  Melanie Johnson for

5        the State of Georgia.

6            MS. SHEPPARD:  Alfreda Sheppard,

7        that's fine.

8

9    Thereupon --

10            LISA OOSTERVEEN,

11    called as a witness, having been first duly sworn,

12    was examined and testified as follows:

13

14                    EXAMINATION

15  BY MS. ADAMS:

16        Q    Good morning.

17        A    Good morning.

18        Q    My name is Crystal Adams and I'll be

19  taking your deposition today.  I represent the United

20  States.

21            Would you please state and spell your

22  full name for the record?

23        A    Yes.  Lisa Oosterveen, L-I-S-A,

24  O-O-S-T-E-R-V-E-E-N.

25        Q    Thank you.  I will be asking you a series



1   of questions.  You are under oath and must provide

2   complete and honest answers to my questions.  The

3   oath you just took is the same oath that you would

4   take if you were testifying in a court of law.

5            Do you understand?

6      A    Yes.

7      Q    If you do not understand a question that

8   I ask, please just let me know and I will try to

9   rephrase the question.  Okay?

10     A    Okay.

11     Q    If you are not sure of an answer or do

12  not have a complete answer, you should still answer

13  the question to the extent you can.  Okay?

14     A    Yes.

15     Q    As you can see, the court reporter is

16  recording all that is said here.  Because she can

17  only record our words, please speak clearly and

18  answer each question with a verbal response.  For

19  example, if you respond with uh-huh or shaking your

20  head yes or no, the court reporter will have trouble

21  recording your answer.  Okay?

22     A    Yes.

23     Q    Also, to assist the court reporter in

24  capturing a complete and accurate record of our

25  conversation, we need to avoid talking over each



1    other.  I will try not to interrupt you when you are

2    answering and I'd ask that you do your best to do the

3    same before starting to answer.  Okay?

4          A    Yes.

5          Q    At certain points today you may give an

6    answer as completely as you can and then later on, it

7    might be five minutes, it might be an hour, you may

8    remember some additional information in response to

9    that earlier question.  If that happens, please just

10   tell me and we can make sure to add whatever you

11   wanted to for the record.  Okay?

12         A    Yes.

13         Q    Is there any reason you can think of that

14   you will not be able to answer my questions fully and

15   truthfully?

16         A    Not that I'm aware of.

17         Q    Am I correct that you are being

18   represented by Ms. Sheppard for purposes of your

19   deposition today?

20         A    Yes.

21         Q    If you need a break at any point, please

22   tell me or your attorney.  If you realize that you

23   need a break while you're in the midst of answering a

24   question, I will ask you to finish your question and

25   then we will discuss when or if to take a break.



1   Okay?

2        A     Yes.

3        Q     Your attorney may occasionally object to

4   my questions, and the State, who's represented by

5   Ms. Johnson on Zoom, may also do the same.  This is

6   to put their objections and the issue on the record.

7   It may take a moment for the court reporter to hear

8   the objection, especially if it's coming from Zoom,

9   so just know there might be a delay.

10             Unless your attorney tells you not to

11  answer a question, you can answer my question.  Okay?

12       A     Yes.

13       Q     I will note for the record that the

14  United States counsel for the witness and the State

15  of Georgia have agreed that all objections except as

16  to form and privilege will be reserved until trial.

17             Do you have any questions before we get

18  started?

19       A     Not at this time.

20       Q     Okay.  I am going to ask you a couple of

21  questions about your preparation for this deposition.

22  I want to make it clear that I am not going to ask

23  you to reveal the substance of communications that

24  you have had with your attorney.

25             What did you do to prepare for this



1   deposition?

2       A    I gathered a summary of our school-based

3   mental health services from the time that we started,

4   with a listing of, you know, what schools we added

5   and when, as well as the types of services that we've

6   provided.

7            MS. ADAMS:  Can we just go off the

8       record for a minute, please.

9            THE VIDEOGRAPHER:  One moment.  The

10      time is 9:14 a.m.  We're going off the

11      record.

12               (Brief pause.)

13           THE VIDEOGRAPHER:  The time is now

14      9:15 a.m.  We're back on the record.

15  BY MS. ADAMS:

16      Q    Thank you so much for telling me a bit

17  about what you did to prepare for this deposition.

18           You mentioned that you prepared a summary

19  of some of the services and you were noting some of

20  the schools that Aspire serves.  We would like to

21  have any of those documents that you brought with you

22  entered into the record.  Is there any concern with

23  that?

24           MS. SHEPPARD:  No, that's fine.

25           MS. ADAMS:  Great.



1  BY MS. ADAMS:

2        Q     Do you have them with you right now?

3        A     I have them here, yes.

4        Q     Is it one complete document?

5        A     It's one complete document.  If I

6  could -- if we could make copies, because I would

7  like to be able to reference it.

8        Q     Okay.

9        A     That would be fine.

10       Q     Sure.

11       A     Or I can it to you at the end, whichever

12  you prefer.

13             MS. ADAMS:  What do you think?  Do

14         you want to break for --

15             MS. JOHNSON:  Why don't we take a

16         brief break.

17             MS. SHEPPARD:  We can keep going

18         and I will have my paralegal come in and

19         make copies.

20             MS. ADAMS:  Thank you so much.

21             MS. SHEPPARD:  And we'll need to

22         send this to the State, also.

23             MS. ADAMS:  Yes.

24             MS. SHEPPARD:  So if someone can

25         provide me with an e-mail address, I'd



```
 1              appreciate that.
 2                   MS. JOHNSON:  I'll send it to you.
 3                   MS. SHEPPARD:  Okay.
 4                   MS. JOHNSON:  Thank you very much.
 5                   MS. COHEN:  You're welcome,
 6         Melanie.
 7                   MS. ADAMS:  So we will go ahead and
 8         mark the documents that the witness has
 9         brought with her as 781.
10                   (Plaintiff's (Oosterveen)
11         Deposition Exhibit No. 781 was marked for
12         the record.)
13                   MS. ADAMS:  Okay, thank you.
14    BY MS. ADAMS:
15                   Other than preparing that document, did
16    you meet with counsel to prepare for the deposition?
17         A    Yes.
18         Q    Who was present during that meeting?
19         A    Just she and I.
20         Q    How many times did you meet?
21         A    One time.
22         Q    How long was that meeting?
23         A    Thirty minutes, approximately.
24         Q    Did you speak to anyone else in
25    preparation for the deposition?
```



1        A      I spoke with some of my staff who've

2    provided the services in the schools.

3        Q      Which staff did you speak with?

4        A      Our current youth and young adult

5    services coordinator, Andrea Kromminga.

6        Q      Would you please spell her name, please?

7        A      A-N-D-R-E-A, K-R-O-M-M-I-N-G-A.

8        Q      Did you speak with anyone else?

9        A      Our Apex coordinator.  Her name is Hollis

10   Smith, H-O-L-I -- H-O-L-L-I-S.  I'm sorry, Smith,

11   S-M-I-T-H.

12       Q      Anyone else?

13       A      No.  I reached out to another CSB who was

14   also the youth services coordinator to ask if she had

15   participated in a deposition.  She said she had, but

16   that she could not disclose any information.  And her

17   name is Marnie Braswell, M-A-R-N-I-E,

18   B-R-A-S-W-E-L-L.

19       Q      Okay.  Thank you.  Do you regularly speak

20   with Ms. Braswell?

21       A      We're in weekly meetings together for

22   another program, yes.

23       Q      What is that program?

24       A      The program that we are meeting about

25   currently is called MC3.  It stands for moderate



 1  customized care.

 2      Q    Have you met with Ms. Braswell about

 3  other programs?

 4      A    Well, we have a friendship, so we meet

 5  regularly just to consult.  And it's over the phone.

 6  We may text or we may talk.  You know, like I said,

 7  we meet weekly.  So -- it's common practice.

 8      Q    Okay.  Other than the document that you

 9  mentioned earlier, did you review any other documents

10  in preparation for the deposition?

11      A    No.

12      Q    Did you do anything else to prepare for

13  today's deposition?

14      A    No.

15      Q    Have you ever had your deposition taken

16  before?

17      A    No.

18      Q    Have you ever been a plaintiff in a

19  lawsuit?

20      A    No.

21      Q    Have you ever been a defendant in a

22  lawsuit?

23      A    No.

24          MS. ADAMS:  I ask that the court

25      reporter mark this document as



1          Plaintiff's Exhibit 782.

2                (Plaintiff's (Oosterveen)

3          Deposition Exhibit No. 782 was marked for

4          the record.)

5     BY MS. ADAMS:

6          Q    I want to note for the record that the

7     documents today are marked as Government exhibits.

8     The Government is the Plaintiff in this case.  So I

9     will refer to those exhibits as Plaintiff's exhibit

10    and a corresponding number.

11               Some of the documents will also be

12    digital and we will display them on the computer in

13    front of you.  You will be able to control that

14    document and scroll through the document before we

15    discuss it.

16               Please take a moment to review the

17    document in front of you, which is Exhibit 782, and

18    you can let me know when you're finished.

19         A    Okay.  I'm finished.

20         Q    This is a subpoena to testify at a

21    deposition in a civil action.  The subpoena is

22    directed to Lisa Oosterveen, correct?

23         A    Yes.

24         Q    Have you seen this document before today?

25         A    Yes.  I received it from my attorney.



1      Q      Are you here today because of this
2    document?
3      A      Yes.
4      Q      Does the top of the document have the
5    case name, United States v Georgia?
6      A      Yes.
7      Q      Do you understand that the United States
8    is not suing you or your employer in this lawsuit?
9      A      Yes.
10     Q      Do you understand that this deposition is
11   being taken in connection with litigation against the
12   State of Georgia relating to the Georgia Network for
13   Educational and Therapeutic Support program?
14     A      Yes.
15     Q      Are you aware that this program is
16   commonly referred to as the GNETS program?
17     A      Yes.
18     Q      So if I use the term GNETS, you
19   understand that I'm referring to the Georgia Network
20   for Educational and Therapeutic Support program?
21     A      Yes.
22     Q      When did you first learn about the GNETS
23   litigation?
24     A      I'm not sure, but I think it was a couple
25   of months ago.



1      Q      Do you remember how you learned about it?

2      A      My boss, the CEO of our organization, had

3   mentioned that there was a potential lawsuit.  She

4   did not know a lot of the details around it, so she

5   was not able to provide me with very many details.

6      Q      What is your understanding of what the

7   lawsuit is about?

8      A      I think it is about a lack of providing

9   school-based supports and services in the GNET

10   schools.  That is my understanding.

11      Q      I may be using some acronyms today for

12   brevity.  I will explain a few of them now to make

13   sure that we're on the same page.

14             The first is Georgia DOE, or GDOE.  When

15   I say Georgia DOE or GDOE, will you understand that

16   I'm referring to Georgia Department of Education?

17      A      Yes.

18      Q      When I say DBHDD, will you understand

19   that I'm referring to Georgia Department of

20   Behavioral Health and Developmental Disabilities?

21      A      Yes.

22      Q      When I say DCH, will you understand that

23   I'm referring to Georgia Department of Community

24   Health?

25      A      Yes.



```
 1        Q     When I say LEA, will you understand that
 2   I'm referring to local education agency?
 3        A     Yes.
 4        Q     When I say CSB, will you understand that
 5   I'm referring to community service board?
 6        A     Yes.
 7        Q     When I say Aspire CSB or Aspire, will you
 8   understand that I'm referring to the Aspire or Albany
 9   Area Community Service Board?
10        A     Yes.
11        Q     When I say GNET centers, will you
12   understand that I'm referring to standalone GNETS
13   locations?
14        A     Yes.
15        Q     When I say GNETS school-based locations,
16   will you understand that I'm referring to GNETS
17   locations that are based in general education
18   settings?
19        A     Yes.
20        Q     When I say PBIS, will you understand that
21   I'm referring to positive behavioral interventions
22   and supports?
23        A     Yes.
24        Q     When I say EBD, will you understand that
25   I'm referring to emotional and behavioral
```



1  disabilities?

2          A     Yes.

3          Q     When I say general education settings,

4  will you understand that I'm referring to public

5  schools in Georgia where children with EBD and other

6  behavioral health conditions receive instruction and

7  services alongside children who do not have

8  disabilities?

9          A     Yes.

10         Q     In the course of this lawsuit, did the

11  Aspire CSB program receive a subpoena from the United

12  States requiring it to provide certain documents

13  about its Apex program?

14         A     Yes.

15         Q     Did Aspire prepare a response to the

16  subpoena?

17         A     We did.

18         Q     Who was primarily in charge of that

19  effort?

20         A     Our chief compliance officer, Eddie

21  Williams.

22         Q     Did you have any role in providing a

23  response?

24         A     I did not.

25         Q     Did you review any part of the response



1  before it was produced?

2       A    Prior to it being produced, no.

3            MS. ADAMS:  I'm going to ask the

4       court reporter to mark this document as

5       Plaintiff's Exhibit 783.

6            (Plaintiff's (Oosterveen)

7       Deposition Exhibit No. 783 was marked for

8       the record.)

9  BY MS. ADAMS:

10      Q    This is a copy of your resume that we

11 received from your attorney.  Do you recognize this

12 document?

13      A    Yes.

14      Q    Has your last name always been

15 Oosterveen?

16      A    No.

17      Q    What other last names have you had?

18      A    Spears.

19      Q    Would you please spell that?

20      A    S-P-E-A-R-S.

21      Q    During what time period were you known by

22 that last name?

23      A    Until 2021, of August.

24      Q    What is the highest level of education

25 that you obtained?



```
 1          A       A Master's degree.

 2          Q       Where did you receive your degree?

 3          A       Richmont University in Atlanta, Georgia.

 4          Q       When did you receive that degree?

 5          A       In 2004.

 6          Q       Did that degree have a focus or

 7    specialty?

 8          A       No.

 9          Q       What was the Master's in?

10          A       In counseling.

11          Q       Okay.  Do you have any other graduate or

12    professional degrees?

13          A       I have a Master's in Executive

14    Leadership.

15          Q       Where did you receive that?

16          A       Liberty University.

17          Q       When did you receive it?

18          A       In 2022.

19          Q       Did you have any specialty or focus for

20    that Master's?

21          A       No.

22          Q       Are there any other graduate or

23    professional degrees that you hold?

24          A       No.

25          Q       Your resume states that you attended
```



1  Stanislaus State University.  What degree did you

2  obtain there?

3         A     Psychology.

4         Q     And that was a Bachelor's degree?

5         A     Yes.

6         Q     And what year did you obtain that degree?

7         A     1999.

8         Q     Are you currently pursuing any other

9  degrees?

10        A     No.

11        Q     Do you have any professional licenses?

12        A     Yes.

13        Q     What are those?

14        A     I have the professional license for

15 counseling.

16        Q     Okay.  And when did you obtain that

17 license?

18        A     In 2007.

19        Q     Is that license current?

20        A     Yes.

21        Q     Do you have any professional

22 certificates?

23        A     No.

24        Q     In the Skills section of your resume, the

25 first bullet states CBT.



1         A      Uh-huh, yes.

2         Q      What is that?

3         A      That's cognitive behavior therapy.

4         Q      And how long have you had that skill?

5         A      Since I received my Master's degree.

6   It's a specialization that we're taught.

7         Q      And you're referring to the Master's in

8   counseling?

9         A      Yes.

10        Q      Is CBT an evidence-based skill?

11        A      It is.

12        Q      Can you tell me what that means, that

13  it's evidence based?

14        A      It means that it's measurable.  It means

15  that you can demonstrate that the person receiving

16  those services is progressing and you can identify

17  specific skill sets that they have established as a

18  result of that model of treatment.

19        Q      You said that you obtained this skill

20  when you were pursuing your Master's in counseling.

21  Can you tell me more about why it was important for

22  you to develop this skill?

23        A      It is one of the most important models of

24  treatment, I believe, when working with individuals

25  who have serious emotional disturbances.  It



1   addresses unhealthy thoughts or belief systems that a

2   person may be struggling with and helps to reform

3   those.

4        Q    The next term in the first bullet of the

5   Skills section of your resume states CTR.

6             What is that?

7        A    I can't remember the acronym for it.

8        Q    Okay.

9        A    But I can tell you what it's -- what it's

10  for.  Right now I can't think of it.  It is working

11  with individuals who have psychosis, and it is

12  utilizing skill sets to engage them and develop skill

13  building and goal setting of their own, which then

14  alleviates the symptoms of paranoia, hallucinations

15  and delusions.

16       Q    How long have you had this skill?

17       A    Let me look at my time line.  Around 2017

18  or 2018 is when I went through that training.

19       Q    Why did you go through that training?

20       A    Because at that time we had a new program

21  that was geared for young people between the ages of

22  16 and 30 who were in their first episode of

23  psychosis.

24       Q    And when you say we -- sorry.

25             When you say we had a new program, you're



```
 1   referring to Aspire?
 2        A     Yes.
 3        Q     Is CTR evidence based?
 4        A     It is.
 5        Q     The next term in the first bullet states
 6   TFCBT.
 7              What is that?
 8        A     Trauma-focused cognitive behavioral
 9   therapy.
10        Q     Have you had that skill the same amount
11   of time as you had CBT?
12        A     No.  I went through that training in 2016
13   or 2017.
14        Q     Who provided that training?
15        A     It was an organization out of Washington,
16   D.C., and I cannot remember the name of the
17   organization.
18        Q     Why did you develop this skill?
19        A     Because in the course of my work with
20   young people and with adults, a large number of them
21   have trauma, and trauma is often very difficult to
22   help an individual get through.  So this is a
23   specialization that helps individuals to identify
24   their trauma, learn about what trauma is, and to be
25   able to use their story to recover.
```



1      Q      Is that an evidence-based skill?

2      A      It is.

3      Q      Going back to the CTR skill, who provided

4   that training?

5      A      That was a training that was offered

6   through the Department of Behavioral Health with a

7   contracted organization.  And I cannot remember the

8   name of the contracted organization, just the names

9   of the folks who provided the trainings.

10      Q      And when you say Department of Behavioral

11   Health, you're talking about DBHDD?

12      A      Yes.

13      Q      The next term in the first bullet states

14   sensory modulation.

15             What is that?

16      A      That is a training that helps individuals

17   to be able to cope with -- when they become

18   disregulated or they're having some anxiety, it's a

19   way to use their senses to be able to become more

20   regulated.  Sometimes you use tools and resources,

21   you put them in the individual's hands and it helps

22   them to regulate.  It's something that we use very

23   commonly with children.

24      Q      And how long have you had that skill?

25      A      Since 2016, I believe.



1        Q      Why did you develop this skill?

2        A      Because at that time I was working

3    very -- very regularly with children who were on the

4    autism spectrum or they had ADHDD or they were -- you

5    know, they had other behavioral issues.

6        Q      Who provided that training?

7        A      I do not recall.

8        Q      Do you remember if Aspire provided that

9    training?

10       A      Oh, yes, it was through Aspire.

11       Q      Is this an evidence-based skill?

12       A      I'm not sure.

13       Q      The next term in the first bullet states

14   TIP.

15              What is that?

16       A      I can't remember the acronym, but I can

17   describe the training.  I think it has something to

18   do with transitional.  The word T is for

19   transitional.  But it is a skill set that is used

20   with young people who are in that transitional age

21   between, you know, 16 and 20s, and it provides skill

22   sets to help those young people to begin to

23   transition into adulthood.  So it uses a high level

24   of engagement, helping them to develop goals for

25   themselves that are achievable and kind of keeping

1   them focused on what those goals are.

2         Q     How long have you had this skill?

3         A     Around 2016 or 2017.

4         Q     Why did you develop this skill?

5         A     At that time, we were developing --

6   Aspire was developing a program for transitional age

7   youth that is called Emerge, and so that was an

8   additional skill set that I felt I needed to have to

9   work with that population.

10        Q     Who provided that training?

11        A     Aspire, through DBHDD.

12        Q     Is this an evidence-based skill?

13        A     I'm not sure.

14        Q     The next term in the first bullet states

15  Q -- I'm sorry.

16              (Discussion held off the record.)

17  BY MS. ADAMS:

18        Q     The next term in the first bullet states

19  QPR.

20              What is QPR?

21        A     Question, persuade and refer.

22        Q     And what does that skill do?

23        A     That is a suicide prevention training for

24  clinical and nonclinical individuals.  It's a

25  training that helps any person to be able to ask the



```
 1   right questions to a person who might be considering

 2   suicide and to begin to persuade them to get the help

 3   that they need and then to refer them to the

 4   appropriate supports.

 5           Q     Have you had this skill since the

 6   Master's in counseling or is it more recent?

 7           A     It's more recent.  I think that skill --

 8   I received that training, I think, in 2017.

 9           Q     Why did you develop this skill?

10           A     Because I work with a population who

11   often struggles with suicidality.

12           Q     Did Aspire provide that training or

13   someone else?

14           A     Yes.

15           Q     Aspire.  Would you describe that skill as

16   evidence based?

17           A     I'm not sure.

18           Q     Do you distinguish between the term

19   evidence based and evidence informed?

20           A     Yes.

21           Q     What is the difference to you?

22           A     Evidence informed would be that there --

23   you know, that there's research and there's

24   documented outcomes that demonstrate that the

25   training or that the modality is effective in
```



 1  decreasing or increasing the outcome that they're

 2  for.  And QPR has been demonstrated in that way.

 3       Q    Out of all of the skills that we've

 4  talked about so far, would you say that any of them

 5  are evidence informed?

 6       A    Sensory modulation, yes.  TIP, yes.

 7       Q    Any others?

 8       A    Well, TFCPT is evidence based, so it

 9  would also be evidence informed.  CTR, I believe, is

10  evidence informed, and CBT is evidence based and

11  evidence informed.  And then AMSR is certainly

12  evidence informed, and I'm not sure if it's evidence

13  based.

14       Q    That's the last skill that I want to

15  review with you.

16       A    Yes.

17       Q    So can you tell me AMSR is?

18       A    Assessing, management -- managing suicide

19  risk.

20       Q    Okay.  Did you develop this skill around

21  the same time as QPR?

22       A    I believe I received that training in

23  either 2018 or 2019.

24       Q    Did Aspire provide that training?

25       A    Yes, through DBHDD.



1       Q      When you say that Aspire provides

2    trainings through DBHDD, can you tell me more about

3    what that process looks like?

4       A      It means that DBHDD sponsors the training

5    and, through my employment with Aspire, I'm able to

6    attend those trainings.

7       Q      And when say DBHDD sponsors, does that

8    mean that they fund the training?

9       A      Yes.

10      Q      Are you currently employed at the Aspire

11   CSB?

12      A      Yes.

13      Q      What is your current job title?

14      A      Deputy director.

15      Q      Am I correct, according to your resume,

16   you have been deputy director since October 2021?

17      A      Yes.

18      Q      Your resume notes that one of your

19   responsibilities includes providing clinical

20   oversight to behavioral health and SUD programs.

21             What are SUD programs?

22      A      Substance use disorder programs.

23      Q      What does providing clinical oversight to

24   behavioral health and SUD programs involve?

25      A      It involves supervision of all of the



1  coordinators of the different programs throughout the

2  organization.

3      Q     Your resume notes that one of your

4  responsibilities includes providing clinical

5  oversight to residential and OP services.

6           What are OP services?

7      A     Outpatient services.

8      Q     What does providing clinical oversight to

9  residential and outpatient services involve?

10     A     That involves having the direct

11 supervisory oversight to the program managers of

12 those services, as well.

13     Q     Your resume notes that one of your

14 responsibilities includes development of agency and

15 program-specific policies and procedures.

16          What does the word agency refer to here?

17     A     Aspire.

18     Q     What does the word program refer to?

19     A     The individual programs of an

20 organization.

21     Q     What kinds of policies and procedures are

22 you responsible for developing?

23     A     Any new unit-specific procedures for a

24 program that is in developmental stages.  It also

25 includes updating those unit-specific procedures in



 1  partnership with the program managers, reviewing

 2  them, ensuring that they've been implemented.

 3        Q    Are you familiar with the Apex program?

 4        A    I am.

 5        Q    What is that?

 6        A    That is the -- it's DBHDD's school-based

 7  mental health services.

 8        Q    Does Aspire have its own Apex program?

 9        A    We do.

10        Q    Have you developed any policies and

11  procedures related to the Apex program?

12        A    I have.

13        Q    What kinds of policies and procedures?

14        A    Referral procedures, discharge

15  procedures.  Essentially, program flow.  I'm trying

16  to think of some of the other procedures that we've

17  developed -- that I've developed.  I can't -- I can't

18  recall, but several procedures for Apex, yes.

19        Q    Do you recall approximately when the last

20  time was that you updated or developed a procedure or

21  policy about Apex?

22        A    Our program procedures are updated

23  annually.  I don't recall if there were any changes

24  made to them in -- you know, in this last year.

25        Q    Your resume notes that one of your



 1  responsibilities includes program development and

 2  management.  What does that involve?

 3      A    That involves any new contract or program

 4  that Aspire receives.  I work on implementation of

 5  that new program, interviewing and hiring staff for

 6  that program, developing a time line for

 7  implementation and then follow through.

 8      Q    Can you tell me all of the programs that

 9  you have developed and managed at Aspire?

10      A    I can try.

11      Q    Okay.

12      A    I can try.  I developed the Mental Health

13  Clubhouse program.  I developed the Apex school-based

14  mental health services program.  I developed the

15  Evolve First Episode Psychosis program.  Emerge,

16  which is the Emerging Adult program.  I have

17  developed our co-response program.  I have developed

18  our In Reach jail programs.  I'm still thinking.

19  There's a lot.

20      Q    Take your time.

21      A    I have developed our Integrated Care

22  program.  I have developed our PAC program, which is

23  a peer-lead parent and youth program.  I'm going

24  through all the other sites.  I've developed our

25  First Episode Psychosis Crisis Respite program.



1           That's all that I can think of right now.

2     If I think of any others, I'll let you know.

3           Q     Okay.  Out of those programs that you

4     just listed, are any of those, in addition to Apex,

5     targeted to young people who have behavioral needs?

6           A     Yes.

7           Q     Which ones?

8           A     The Mental Health Clubhouse is.  The

9     Emerging Adult program is, the First Episode

10    Psychosis program is, the First Episode Psychosis

11    Respite program is.  I think that's all of them.  Oh,

12    the PAC.  That is also geared towards young people

13    with mental health and substance use disorders.

14          Q     Your resume notes that one of your

15    responsibilities includes overseeing budgets and

16    expenditures.  What does that involve?

17          A     That involves reviewing each budget for

18    each program and ensuring that the dollars are spent

19    appropriately, and also spent down so that we utilize

20    all of those dollars.

21          Q     Do you oversee any budgets or

22    expenditures related to Medicaid?

23          A     Yes.

24          Q     Which budgets or expenditures are those?

25          A     I believe all of those.  I mean, they're



1   all contracts with DBHDD and that does also include

2   children who -- children and adults who are on

3   Medicaid.

4        Q     Your resume notes that one of your

5   responsibilities includes participating in community,

6   regional and state collaboratives and partnerships.

7   What partnerships and collaboratives do you

8   participate in?

9        A     We partner -- at this point, I'm no

10  longer directly involved in all of them, but my staff

11  are.  And that includes LIPT, local interagency

12  planning team meetings; that involves MDT meetings,

13  which is multidisciplinary team meetings; that

14  involves CHINS meetings; that involves a regional

15  collaborative with behavioral health providers; that

16  involves the Family Literacy Connections team

17  meetings; the Child Vitality Review team meetings.

18            That's all that I can think of right now.

19  If I think of any others, I will let you know.  Those

20  are all meetings that I have historically been a part

21  of but I do not currently attend all of those

22  meetings.

23        Q     Okay.  Which of the ones that you just

24  listed have to do with supporting children with

25  behavioral health needs?



1        A       All of them.

2        Q       You mentioned -- I think you said --

3    CHINS.  Can you tell me what that stands for or what

4    that is about?

5        A       I can't recall what it stands for, but it

6    is for children who are engaged in the justice

7    system.

8        Q       How often do these collaboratives and

9    partnerships meet?

10        A       It varies.  Some of them -- a couple of

11    the meetings are -- must be requested.  So if there

12    is a child that is of interest and engaged in

13    multiple stakeholder settings, then one of the

14    stakeholders will request a meeting.  That takes

15    place with LIPT and CHINS.

16              And then the other meetings have a

17    standard time that they meet.  So the MDT meetings

18    meet every other week.  The regional meetings take

19    place quarterly.  The Family Literacy meetings take

20    place once a month.  Child Fatality meetings take

21    place when there's a fatality.

22        Q       You mentioned that for LIPT and CHINS,

23    those meet on a request-type basis?

24        A       Yes.

25        Q       Can you tell me which stakeholders are



1    involved in being able to make those requests?

2         A    Department of Justice, Department of

3    Education, Department of Family and Children's

4    Services.  The behavioral health provider, which is

5    Aspire, can make the requests.  There may be other --

6    others who can.  Those are the ones that come to my

7    mind.

8         Q    Is it common for Aspire to make requests

9    for those meetings to occur?

10        A    We have occasionally.

11        Q    Does Aspire ever make requests to meet

12   with either of those groups for students who receive

13   Apex services?

14        A    I would say yes.  I can't think of any

15   specific children right now, but it would be

16   something that we would do, yes.

17        Q    In these various collaboratives and

18   partnerships that we've discussed, do any of them

19   discuss Apex in particular?

20        A    I would say yes.  I can't recall

21   specifically, you know, having a meeting where we

22   discussed it, but yes.  Aspire very commonly talks

23   about our services and markets our services, and we

24   would do something like that in one of those

25   meetings, yes.



1      Q      Your resume notes that one of your

2    responsibilities includes grant writing and

3    oversight.  What does that involve?

4      A      That means when there is a proposal, a

5    statement of need that is sent out, if it fits the

6    mission and vision of our organization and it meets a

7    gap in a population that we serve, then I have

8    written those grants to propose that we receive those

9    programs.

10     Q      Have you written any grants related to

11   Apex?

12     A      I assisted with writing -- I believe, it

13   was a proposal for Apex 2.0, but I can't recall if it

14   was 2.0 or 3.0, with my -- the current staff person

15   who was the services coordinator.  We worked together

16   to write it.

17     Q      Do you recall when that occurred?

18     A      It depends on if it was 2.0 or 3.0.  If

19   it was 2.0, it would have been between 2016 and 2017.

20   I can't recall exactly.  If it was 3.0, it would have

21   been 2017, 2018.  Sorry.  I don't remember the dates.

22     Q      That's okay.  Thank you.

23            Does Aspire currently receive Apex 3.0

24   funding?

25     A      We do.



1       Q      Was that granted after the application
2  from 2017, 2018?
3       A      Yes.
4       Q      Do you write any grant applications
5  related to school-based mental health services for
6  children and adolescents with behavioral health needs
7  other than what we've just discussed?
8       A      Not other than that, no.
9       Q      Are there any responsibilities that you
10 currently hold in your role as deputy director that
11 we have not already discussed?
12      A      I do provide leadership training to the
13 managers; also, you know, redirection and
14 disciplinary actions if it requires it, corrective
15 action plans when there has been an identified issue
16 in our program.  I'm part of the executive leadership
17 team of the organization.  I think I said trainings,
18 so that about encompasses everything.
19      Q      When you say that you provide redirection
20 and corrective action plans, do you mean that you do
21 that for other Aspire staff members?
22      A      I will do it both personally with a staff
23 person, but then also if -- if we have had an audit
24 or an outside entity, like an investigation, then I'm
25 responsible for ensuring that the corrective action



 1   plan has been written or I write it myself.

 2        Q    When you say that you provide trainings,

 3   can you tell me if those are similar to what we

 4   talked about before where DBHDD has sponsored a

 5   training or how is that --

 6        A    So these would be trainings around our

 7   policies and procedures.  I also provide leadership

 8   development trainings to our staff.

 9        Q    Do you provide any evidence-based or

10   evidence-informed skill-based trainings?

11        A    No.

12        Q    Your resume states that, before you began

13   serving in your current role, you were the chief

14   clinical officer at Aspire?

15        A    Yes.

16        Q    You served in that role from April 2019

17   to October 2021?

18        A    Yes.

19        Q    Were your responsibilities in this role

20   any different from your current responsibilities?

21        A    Not really.  I just have more now.

22        Q    Which additional responsibilities did you

23   gain in your current role?

24        A    Specifically, the implementation of much

25   bigger grants that we've received through SAMHSA.  So



1  really oversight of those, which is more rigorous

2  than the Department of Behavioral Health programs.

3        Q      For the record, can you identify what

4  SAMHSA is?

5        A      It is Substance Abuse, Mental Health

6  Administration.

7        Q      These bigger grants that you just

8  referenced, are any of them or have any of them dealt

9  with Apex or behavioral health?

10       A      Behavioral health, yes; but Apex, no.

11       Q      What kind of behavioral health needs have

12  they addressed?

13       A      They -- they are -- currently, they are

14  more geared towards our adult population and through

15  -- like I started our co-response group through that

16  funding.  And we implemented -- I implemented the

17  living room model through our outpatient adult and

18  crisis center.

19       Q      Your resume states that before you were

20  the chief clinical officer, you were a youth and

21  young adult services coordinator at Aspire?

22       A      Yes.

23       Q      You served in that role from June 2011 to

24  March 2019?

25       A      Yes.



1      Q      One of your responsibilities was managing

2    a team of more than 30 professionals over six

3    programs in 17 counties?

4      A      Yes.

5      Q      What were the titles of the professionals

6    you managed?

7      A      I managed clinical staff, so therapists,

8    and community support individuals, clerical staff.  I

9    also had a nurse under my supervision.

10      Q      What services were those professionals

11    providing?

12      A      They were working in the different youth

13    programs, our outpatient youth program, our Mental

14    Health Clubhouse, our Emerging Adult program, our

15    First Episode Psychosis program.  All of the programs

16    that were listed previously, the Apex school-based

17    services.

18      Q      Were any of those professionals providing

19    any services in schools?

20      A      Yes.

21      Q      Which -- which programs were the services

22    provided in schools?

23      A      The Apex school-based services was in

24    schools, the Evolve First Episode Psychosis sometimes

25    takes place in schools, and then the Clubhouse --



1  some of Clubhouse community support individuals

2  provided -- provide services in the schools, as well.

3  And the Emerging Adult.  So case management services

4  will take place in the community and in the schools,

5  if that benefits the family.

6       Q     What was your particular role in terms of

7  Apex at that time?

8       A     In the beginning, in 2015 when we first

9  received the program, I helped to implement.  So that

10  included marketing the program, meeting with school

11  principals to talk about the services that we

12  provide.  It also included development of the

13  procedures, and then it involved hiring the staff and

14  determining, you know, the program flow.

15       Q     Okay.  You said that that was at the

16  beginning.  Did things change over time in terms of

17  your role?

18       A     Yes.  In the very beginning of the

19  program, I did not have a program coordinator.  I

20  served in that role and implemented the program, as I

21  do with most programs.  And then, as the program

22  began to grow, I was able to hire a youth -- an Apex

23  coordinator.

24       Q     One of your responsibilities in your role

25  at this time was providing direct service care to



1    individuals?

2         A    Yes.

3         Q    What direct service care did you provide?

4         A    I did provide school-based services to

5    youth and outpatient services, so in clinic, out of

6    clinic, as a clinician.

7         Q    Did you provide those services through

8    the Apex program?

9         A    Through Apex and non Apex, yes.

10        Q    Did any of the young people that you

11   served at that time need support or services related

12   to their behavior?

13        A    Yes.

14        Q    Did any of those young people have EBD?

15        A    Yes.  I can't recall a specific child,

16   but yes.

17        Q    Had any of those young people been

18   diagnosed with serious emotional disturbance?

19        A    Yes.

20        Q    Do you remember if any of those young

21   people participated in GNETS?

22        A    I do, yes, because I did provide care at

23   GNETS, at one of the GNET schools.

24        Q    Do you remember which school?

25        A    The school that I was involved with was



1  the GNET school that was located at Merry Acres

2  Middle School in Dougherty County.

3       Q    Do you recall how long you were working

4  with the students at that school?

5       A    I think probably a couple of years before

6  I really transitioned out of the role of providing

7  direct care on a high level.

8       Q    Do you recall how it came to be that you

9  were providing services to those particular students?

10      A    If I recall, the child was referred from

11 the school itself.

12      Q    Do you recall who in particular from the

13 school referred the children?

14      A    I don't recall.  I know I worked very

15 closely with a person named Josie, and I can't

16 remember her last name.

17      Q    Do you remember what her title was?

18      A    I believe -- I don't recall her title,

19 but I believe she was either a social worker or, you

20 know, someone in the mental health field, if not the

21 director of the school.  I'm sorry I can't remember

22 all those details.

23      Q    That's okay.

24           When you were providing care for children

25 who were in the GNETS program at Merry Acres, were



1  any of those students receiving Apex services?

2         A     No, I don't believe so.

3         Q     Your resume states that, before you

4  worked at Aspire, you were a child and adolescent

5  program manager at Morningstar Children's Services?

6         A     Yes.

7         Q     You served in that role from June 2008 to

8  May 2011?

9         A     Yes.

10         Q     One of your responsibilities was

11 supervising 12 professionals?

12         A     Yes.

13         Q     What were the titles of those

14 professionals?

15         A     Therapists and community support

16 individuals, clerical staff.

17         Q     What services were they providing?

18         A     Behavioral health assessments,

19 individual, family therapy, group therapy and skills

20 building.

21         Q     Were those professionals providing any

22 services in schools?

23         A     Yes.

24         Q     Were they serving students in Apex?

25         A     Apex -- I was not aware of Apex at that



1  time.

2      Q     Were the services being provided in

3  schools provided to students with behavioral health

4  needs?

5      A     Yes.

6      Q     One of your responsibilities was

7  attending local community stakeholder meetings?

8      A     Yes.

9      Q     What stakeholder meetings did you attend?

10      A     The same as I listed previously.

11      Q     So some of those had to do with Apex?

12      A     Yes, school-based services, yes.

13      Q     Why did you attend those meetings?

14      A     Because I was working directly with

15  children who had mental health and substance use

16  disorders.

17      Q     Your resume states that you also worked

18  part-time as a clinician at Providence Counseling?

19      A     Yes.

20      Q     And you served in that role from

21  February 2008 to December 2020?

22      A     Yes.

23      Q     You provided assessments, premarital,

24  marital and individual and family therapy?

25      A     Yes.



1        Q     Earlier, we talked about how you were

2   working at Aspire starting in June 2011?

3        A     Uh-huh.

4        Q     Were you always working full-time in each

5   of your roles at Aspire?

6        A     Yes.

7        Q     So in addition to your full-time

8   positions at Aspire, you worked part-time as a

9   clinician?

10       A     Yes, I had a small private practice.

11       Q     Have you ever been a State employee in

12  Georgia?

13       A     No.

14       Q     Are there any other credentials relevant

15  to Aspire's Apex program that we have not already

16  discussed?

17       A     I don't think so, no.

18            MS. ADAMS:  Let's go off the

19       record.

20            THE VIDEOGRAPHER:  The time is

21       10:10 a.m.  We're going off the record.

22                 (Brief pause.)

23            THE VIDEOGRAPHER:  The time is

24       10:23 a.m.  We are back on the record.

25  BY MS. ADAMS:



```
 1        Q     Welcome back.  I have a few questions
 2   that I would like to talk about based on the
 3   conversation that we were having earlier about your
 4   work experience.
 5              Earlier, we were discussing some of the
 6   skills that you've developed.
 7        A     Yes.
 8        Q     One of them is CBT?
 9        A     Yes.
10        Q     Can we talk a bit more about your
11   understanding of whether there are different types of
12   CBT?
13        A     Yes.  There are different types of CBT.
14   One example would be TFCBT.  CBT is kind of the
15   generalized modality of treatment that kind of gives
16   the foundation of the benefits of CBT, and then there
17   are specific trainings or certifications that
18   identifies and works with a specific population.
19        Q     And the specific training that you have
20   had, apart from CBT, is the trauma-focused CBT?
21        A     Yes.  Yes.
22        Q     We talked about you receiving trainings
23   from a number of different people and entities.  Do
24   you recall who in particular trained you on CBT and
25   trauma-focused CBT?
```



1     A    The CBT I received when I was in my

2   Master's program, and it was through a professor who

3   taught about the various modalities of treatment, and

4   I can't recall which professor that was.

5     Q    Okay.  And what about the trauma-focused?

6     A    The trauma-focused CBT, that came from an

7   organization in Washington, and I do not recall

8   who -- I can't remember the name of the organization.

9         And that training was offered, I believe,

10   through DBHDD.  So we were made aware of it, we could

11   sign up for it.  I did.  It was a week-long training

12   that I attended.

13     Q    Okay.  We also discussed some of the

14   stakeholder and collaborative meetings that you've

15   attended?

16     A    Yes.

17     Q    We talked about LIPT in particular?

18     A    Yes.

19     Q    What matters are usually discussed during

20   those meetings?

21     A    Usually, a child who is having functional

22   struggles, meaning that they are not doing well.  The

23   discussion is around additional support that that

24   child may need, additional services that may benefit

25   the family, who else needs to be brought in as a



1  stakeholder or as a support system to the family,

2  what other types of resources the family may need in

3  addition to services.  So it may be linkage to the

4  food pantry or --

5           And then it's, you know, identifying

6  goals with the youth and their family, in partnership

7  with those stakeholders, so that the youth can begin

8  to experience success.

9      Q    What does Aspire usually do during those

10 meetings?

11     A    So our current role with several of the

12 LIPTs in our catchment area is to be the LIPT chair.

13 I am not personally, but I have a staff member who

14 chairs the Dougherty County LIPT and a couple of

15 other counties.  I can't think of which ones they are

16 right now.

17     Q    What is your particular role as chair?

18     A    The role as chair is, when a request

19 comes in for an LIPT meeting, she is the one who

20 coordinates the specifics of when and where and how

21 the meeting will take place.  She will prepare the

22 agenda and then she will facilitate the actual

23 meeting itself.

24     Q    Can you tell me if LIPT meetings differ

25 in any way from IEP meetings?



1        A       Yes.

2        Q       How do they differ?

3        A       As far as my understanding, IEP meetings

4    take place in the school and it is a meeting that is

5    orchestrated by the school, in partnership with the

6    family, around the child's individual needs that are

7    specific to the school setting.  That may also

8    include any additional resources, services or

9    supports that the child needs, but it is more geared

10   towards IEP -- or towards the school-based setting.

11           The LIPT meetings really addresses the

12   child from a holistic standpoint.  So those are the

13   differences that I'm familiar with.

14       Q       And by holistic standpoint, do you mean

15   outside of the school setting, as well?

16       A       Right, in addition to the school setting,

17   uh-huh.

18       Q       Are any school staff members able to

19   request an LIPT meeting?

20       A       I believe so.  I'm not for sure, but I

21   believe anyone that, you know -- because there are

22   required entities, you know, the educational system,

23   the Department of Family and Children Services, if

24   they're involved, the Department of Justice system,

25   they are required to come to the table.  So anyone



1    who is, you know, part of that system can make a

2    request for a meeting.

3         Q     Is any entity required to request a

4    meeting at any time?

5         A     Required, no.

6         Q     Are family members allowed to make

7    requests for an LIPT meeting?

8         A     I believe so, but I'm not positive.  I

9    believe so.

10         Q     How are family members informed about the

11    existence of LIPT?

12         A     I -- I think that they are made aware by

13    any of the entities who may be involved with the

14    child.  If an LIPT meeting would be beneficial and

15    helpful, then the person initiating the meeting would

16    be the one to introduce kind of the meeting and

17    purpose of it.

18              What we have done as an organization

19    since, you know, my staff person is a chair, we have

20    an orientation that we have created that we have now

21    gone to the different organizations and kind of

22    talked with them about the meeting, purpose and

23    benefits of LIPT.

24              And then, I believe -- but I can't be

25    sure -- that my staff person has also provided those



1  types of meetings in the community, so that -- just

2  to raise awareness of the benefits of LIPT.

3       Q     Can you remind me the name of the staff

4  person who represents Aspire at the LIPT?

5       A     Angie Williams.

6       Q     And what is her title?

7       A     She is a system of care coordinator.

8       Q     We also discussed MDT.  I believe you

9  said multidisciplinary?

10      A     Uh-huh, yes.

11      Q     Can you tell me again exactly what that

12 group is about?

13      A     The MDT is -- it is -- originates from

14 the local child advocacy center, and it is in

15 reference to children who have been involved in child

16 advocacy.  So it -- maybe a child who has sexual

17 abuse or trauma.  And so it is a staffing with all of

18 the major stakeholders who would be involved with the

19 child and their family around the case of that child.

20 And that takes place here locally at The Lily Pad

21 every two weeks.

22            So, again, that's where the school system

23 would be in attendance, the, you know, Department of

24 Juvenile Justice if they are involved, DFACS and then

25 the behavior health provider.



1        Q      That group meets at The Lily Pad, you

2    said.

3        A      Yes.

4        Q      What is The Lily Pad?

5        A      That is a local child advocacy center

6    here in Dougherty County.  There are child advocacy

7    centers in other counties, as well, and we attend

8    those when they take place, but they do not take

9    place as regularly as the one locally here.

10       Q      So the MDT that you were referring to is

11   specific to Dougherty County?

12       A      It's specific to child advocacy centers

13   and, you know, the other stakeholders that come to

14   the table.  So it's -- in our area, that MDT is, you

15   know, in different locations, but the one here is in

16   Dougherty County.

17       Q      We also talked about one of Aspire's

18   programs.  I believe it was the Evolve First Episodes

19   Psychosis program?

20       A      Yes.  Yes.

21       Q      Does Aspire partner with any specific

22   entities around that program?

23       A      Can you ask me specifically what types of

24   entities you're looking for?

25       Q      Sure.  Are there any specific



 1  school-based partners?

 2        A     Well, Evolve does provide school-based

 3  services to youth in whatever school they're in, if

 4  it's -- if it's the goal of the family and the youth

 5  that that's a good place for the child to meet.  And

 6  so in those instances, yes, the staff would meet with

 7  the educators there, with the school social worker,

 8  with the school counselor, the principal, whomever is

 9  a major role player in that child's life.

10        Q     So that program can -- those -- the

11  services of that program can be provided at a school

12  setting?

13        A     Yes.  It's a community-based program.  So

14  very little of the program itself takes place in

15  clinic.

16        Q     We also talked about how, early on in

17  your time at Aspire, you provided direct services in

18  schools?

19        A     Yes.

20        Q     And we talked about how sometimes you

21  were providing services that were not specific to the

22  Apex program.

23        A     Right.

24        Q     Can you tell me which schools you served

25  in addition to the Merry Acres school that we talked



1  about earlier?

2       A    Sure.  I'll do my best.  I provided

3  direct care services in Lee County Ninth Grade

4  Academy, Lee County Elementary School, Lee County

5  High School.  TLC, which is a transitional learning

6  center, which is an alternative school.  I provided

7  services in Lake Park Elementary School, Alice

8  Coachman School.  I believe I provided services in

9  Lincoln Elementary School.  I believe Westover High

10  School.

11       And that's -- that's what I can think of

12  right now.  If I think of others, I'll let you know.

13       Q    In order to provide those services, what

14  communication had to happen with the school?

15       A    Yeah, at that time, what I would do --

16  and this was prior to or even after we started the

17  Apex program.  I would have communication with the

18  family and I would interact with the child.  It would

19  be determined that, you know, the child would rather

20  have services in the school, or the family requested

21  it because of work schedules.  It was just a

22  challenge for them to get to in-clinic services.

23       So we would agree upon that and then I

24  would reach out to the school itself, either to the

25  principal or the school counselor, to get that



 1   permission to come and provide those services in the
 2   schools.  Then we would agree on a location that I
 3   could meet confidentially with the child.
 4          And then I would also discuss with the
 5   child the best way that they would like to be pulled.
 6   Like the time, the -- you know, if they wanted me to
 7   come to their classroom or if they wanted to be
 8   called to the front.  And then we would, you know,
 9   agree on, you know, the best number of times to meet,
10   so how often.  And usually the schools were pretty
11   accommodating.
12      Q    How did you have those first interactions
13   with those families to begin with?
14      A    They would be referred to our
15   organization.  And this was even before I started
16   with Aspire.  This was when I was at the previous
17   location.  The child would be referred either through
18   the family or through another organization, and then
19   I would have that initial assessment with the family
20   and build that relationship and that rapport.
21          And then in the course of that time, you
22   know, we would come to learn of barriers and
23   challenges or needs.  So if the child was having
24   functional difficulties in the school, then it made
25   sense to be able to kind of see some of that behavior



1    or some of those concerns that were going on right

2    there in the school setting.

3        Q    We spoke about how you served some

4    students who were in the GNETS classroom at Merry

5    Acres?

6        A    Yes.

7        Q    Did you ever serve any other students who

8    participated in GNETS?

9        A    I'm -- I'm trying to think if I did

10   myself.  I don't recall serving any other children of

11   other GNET schools.  I think some of it had to do

12   that I had an established relationship with the

13   director there and so, you know, she would contact me

14   directly.  If I did, I don't recall.

15       Q    Can you tell me a bit more about how you

16   established that relationship with the director?

17       A    I can't recall specifically, but

18   oftentimes when I do establish a relationship with,

19   you know, a community stakeholder, it's through

20   attending those meetings.  It's -- you know, it's

21   being involved in the community, being engaged.

22   Sometimes it's when there is a problem with a child

23   and, you know, I'm trying to gather more information

24   or I'm trying to understand how to best serve that

25   child, then I really work to establish a relationship



 1 | with, you know, the -- those individuals.

 2 |          And in that situation, with that child,

 3 | he had a great deal of trouble at the school.  And so

 4 | I believe that the -- the director had finally

 5 | reached out to us, just asking for help and support

 6 | and so, of course, you know, we wanted to be

 7 | supportive.

 8 |      Q    Earlier, we speak about someone named

 9 | Josie, and you couldn't remember hear her last name.

10 |      A    Yes.

11 |      Q    Can you recall whether Josie worked

12 | within the GNETS classrooms?

13 |      A    Within the classroom, I'm not sure, but

14 | at the school, yes.  Yes.  And then there was another

15 | person -- I've just remembered her name -- her name

16 | was Loy Addison, and I worked very closely with her,

17 | as well.

18 |      Q    Can you spell that please.

19 |      A    L-O-Y, A-D-D-I-S-O-N.  And I don't recall

20 | her role, but she and Josie, they did work closely

21 | together.

22 |          And I do -- I did have a relationship

23 | also with the director of the local GNETS regional,

24 | and that's Dr. Kerri Miller.  We've worked very much

25 | with her.  If there was a specific child that, you

1  know, they were having some difficulties with or even

2  if there were, you know, trainings or supports that

3  they needed, she would reach out and we would help in

4  any way that we could.

5        Q    And to be clear, you do not recall

6  whether Loy Addison was based in the GNETS classroom

7  or just working at the school?

8        A    Right.

9        Q    Let's transition to talking more big

10  picture about Aspire overall.

11        A    Sure.

12        Q    What is a community service board?

13        A    A community service board is the safety

14  net provider for citizens in the community who have,

15  you know, serious mental health disorders or

16  substance use disorders; and we provide a full

17  spectrum of care to those individuals, ranging from

18  outpatient services all the way to crisis

19  stabilization services and everything in between.

20  We've got some specialty programs that really, you

21  know, address specific needs or populations within

22  that spectrum.

23        Q    When was Aspire CSB first formed?

24        A    I'm not sure.  I believe it was in the

25  '80s.



1        Q      Do you know why Aspire was created?

2        A      I think it was created because it was

3    determined that mental health was a -- a real need,

4    and it was developed to begin to meet the needs of,

5    you know, the underserved populations.  So it was the

6    underinsured, the -- and the indigent populations,

7    people homeless.  So we served the most at-risk

8    individuals who have mental health and substance use

9    disorders, and intellectual developmental

10   disabilities.

11       Q      What counties does Aspire serve?

12       A      We serve Dougherty County, Lee, Baker

13   Worth, Terrell, Early, Miller and Calhoun Counties.

14       Q      Has Aspire always served those counties?

15       A      Yes.  We have additional counties that we

16   serve as well that I cannot remember and list them

17   all, but those are through specialty contracts, like

18   that First Episode Psychosis program.  And then we

19   have just received another program, which is a high

20   fidelity wrap-around that has not launched yet, but

21   that will also serve Regions 4, 5 and 6, according to

22   the DBHDD regional map.

23       Q      When you say specialty contracts, can you

24   tell me more about how Aspire got those?

25       A      Usually it's through submitting a



 1   proposal or a grant for those.  So a Statement of
 2   Need will go out and we will apply.  Sometimes it
 3   does not have to happen in that way.  Sometimes it's
 4   through just DBHDD, you know, asking us if we would
 5   like to.  And I don't know the difference between,
 6   you know, when you have to apply versus when those
 7   services are offered.  I'm not sure how DBHDD
 8   determines that.
 9        Q     Are the specialty contracts that you
10   mentioned always through DBHDD?
11        A     Yes.
12        Q     Earlier before the break, you were
13   talking about Aspire and the region it serves.  Am I
14   correct that that region is also known as the
15   catchment area?
16        A     Yes.
17        Q     Do you know who or what entity decided
18   Aspire's catchment area?
19        A     I do not.
20        Q     Is Aspire's catchment area predominantly
21   urban or rural?
22        A     I would say predominantly rural.  The
23   only urban location that I -- and I think it would be
24   considered urban -- would be Dougherty County.  All
25   the other counties are rural.



1      Q      Do you know approximately how many school

2    districts are within the catchment area?

3      A      I'm not sure.

4      Q      Do you know approximately how many

5    schools are within the catchment area?

6      A      I'm not sure.

7      Q      Does Aspire maintain a list of the

8    schools in its catchment area?

9      A      We -- we have a list of the schools that

10   we serve, which is almost all of the schools in the

11   catchment area.  So I might be able to come up with

12   that information for you.  And I can get that

13   information for you if you'd like.

14     Q      Thank you.  Would you say that Aspire

15   serves at least 80 percent of the schools in its

16   catchment area?

17     A      I would say very close to that amount.

18   Very close to that amount.

19     Q      To whom do you report directly in your

20   role as deputy director?

21     A      The CEO.

22     Q      Who is that?

23     A      Dana Glass.

24     Q      Who is Dana Glass employed by?

25     A      Aspire Behavioral Health & Developmental



LISA OOSTERVEEN                                    February 23, 2023
UNITED STATES vs STATE OF GEORGIA                              69

1  Disabilities.

2      Q     What are her licensing and certification

3  qualifications?

4      A     She's a licensed clinical social worker.

5      Q     Does she have any other qualifications?

6      A     Not that I'm aware of.

7      Q     Do you report to anyone else?

8      A     I do not.

9      Q     Does anyone report to you?

10     A     Yes.

11     Q     And I'm going to ask if you can share who

12  those individuals are.  It might be a big list.

13     A     It's going to be a big list.  So I have

14  program directors.  They're called the outcomes

15  management team, and that is the youth and young

16  adult services coordinator, Andrea Kromminga; the

17  crisis clinical coordinator, his name is Mike

18  McCaskill, and then the outpatient -- the eastern

19  counties outpatient coordinator, the western counties

20  outpatient coordinator, the residential coordinator.

21          And then I have an IC3 coordinator,

22  utilization management coordinator.  And I'm missing

23  somebody.  Oh, I have a specialty services

24  coordinator.

25          And then all of their staff under them,



1   they're under my umbrella of supervision, and that's

2   many people, hundreds of people.

3        Q     Talking about the people who report

4   directly to you, those program directors and the

5   coordinators you mentioned.

6        A     Yes.

7        Q     What are their licensing and

8   certification qualifications?

9        A     All of the staff who I just named are

10  either a licensed professional counselor or a

11  licensed clinical social worker.  One of them has a

12  Master's degree in administration -- business

13  administration because her role is not clinical.  And

14  I have one staff person who's working towards

15  licensure.  She's not fully licensed yet.

16       Q     Who is that?

17       A     Her name is Meranda Bice and she works in

18  my IC3 coordinator role.

19       Q     Would you please spell her name?

20       A     M-E-R-A-N-D-A, B-I-C-E.  She's actually

21  transitioning from another state.  So she's working

22  on getting that licensure for the state of Georgia.

23  So it's not that she's not licensed, she's

24  transitioning licenses.

25       Q     And what's the name of the staff member



1  who has the MBA?

2      A    Sonya Taylor.

3      Q    Can you spell her name, as well.

4      A    S-O-N-Y-A, T-A-Y-L-O-R.

5      Q    Are there any Aspire staff, other than

6  your boss, who do not report to you?

7      A    Yes.  The executive leadership team,

8  which would be our chief personnel officer, our chief

9  financial officer, our chief compliance officer, our

10  chief operations officer, our IDD chief clinical

11  officer and then our employee experience and

12  engagement specialist coordinator.

13      Q    Who do they report to?

14      A    The CEO.

15      Q    In your role as deputy director, do you

16  communicate with anyone at DBHDD?

17      A    Yes.  Occasionally, yes.

18      Q    Who do you communicate with?

19      A    I have had communications with various

20  program directors for different programs and

21  contracts.

22      Q    Do you know the names of any of the

23  people you've spoken with or communicated with?

24      A    Sure, I can give you some.  I have

25  worked -- I've communicated with Tabatha Burke, with



1  Virginia Dixon.  I have communicated previously with

2  Teri Timberlake and Monica Johnson.  I have

3  communicated with the current clinical director,

4  Carol Caraballo -- I can't say her last name right --

5  Caraballo, with Dante McKay, Layla Fitzgerald, with

6  Sarepta Archila.  And I'm sure there's more.  I just

7  can't think right now.  Oh, with Joyava Bell.

8       Q     What is the main reason that you

9  communicate with them?

10      A     Communication can be anything along the

11 lines of submitting programmatic reports to them, if

12 there are questions or needs around program flow or

13 requests that they have about data, budgets.  They

14 may provide trainings or, you know, requests from us.

15 Yeah.

16      Q     Do you ever communicate with any of the

17 staff at DBHDD about Apex in particular?

18      A     Yes.  We have, yes.

19      Q     Do you submit any reports or data around

20 Apex?

21      A     Yes.  My Apex coordinator does, because

22 I'm no longer in that role.  My Apex coordinator does

23 submit monthly reports.  Those reports, I believe,

24 are submitted to the Center of Excellence and DBHDD

25 together.



1          Q     What is the Center of Excellence?

2          A     It is -- it is a -- the organization that

3    works alongside DBHDD for the purpose of data

4    collection, research, data analysis and also

5    trainings.

6          Q     How frequently do you communicate with

7    staff at DBHDD?

8          A     I communicate much less frequently than

9    my Apex coordinator or my other program directors

10   would be.  So it would -- it would be in program

11   implementation.

12               So when I'm -- when I am still very

13   involved in building a program and getting it

14   staffed, then I have that direct correspondence with

15   the program director at DBHDD.  And then once I hire

16   a program coordinator, then my interactions are much,

17   much less frequent.

18         Q     Your Apex coordinator communicates with

19   DBHDD staff at least on a monthly basis?

20         A     By submitting the report -- she may not

21   have like a conversation -- yes.

22         Q     In your role as deputy director, do you

23   communicate with employees at DCH?

24         A     Not -- no.

25         Q     Do you know if anyone at Aspire



 1 | communicates with --
 2 |     A     Not that I'm aware of, unless there is an
 3 | investigation or, you know, a specific request of
 4 | them, and that usually would go through our chief
 5 | compliance officer.
 6 |     Q     In your role as deputy director, do you
 7 | communicate with anyone at GDOE?
 8 |     A     No, unless it is in partnership with
 9 | DBHDD.  So there have been times where we have had
10 | collaborative calls linking, you know, someone at a
11 | local level with another partner at a local level.
12 | So we have had times where we have done that.  I
13 | cannot tell you who those people are.
14 |     Q     Prior to stepping into your role as
15 | deputy director, did you communicate with GDOE staff?
16 |     A     Yes, and around those occasions.  So it
17 | would be if there was a joint meeting.  There have
18 | been times where we have been asked to speak on
19 | panels where there were other individuals from GDOE
20 | that were there.  So that would be really the extent
21 | of it.
22 |     Q     In your role as deputy director, do you
23 | communicate with employees at the Oak Tree Regional
24 | GNETS program?
25 |     A     In my role as deputy director, no, not at



 1    this time, no.  My Apex coordinator, she has more of

 2    those interactions at this point.

 3         Q     Why does your Apex coordinator

 4    communicate with them?

 5         A     With the director over GNETS?  It would

 6    be for collaboration of care.  So it be if there is a

 7    child that is enrolled in GNETS, you know, just kind

 8    of discussion of the child's needs, you know, how to

 9    best serve them, school's concerns, how we can

10    support them.

11         Q     Are there any regular meetings that you

12    attend as deputy director that we have not already

13    discussed today?

14         A     Not that I'm aware of.

15         Q     Are there any other committees, working

16    groups, collaboratives that you participate in that

17    we haven't already discussed?

18         A     I am a part of a co-response

19    collaborative with the Georgia CSB Association.  I am

20    part of the clinical directors work group with the

21    Georgia CSB Association.  I am also part of what is

22    called the PAC, which is a -- an advisory group that

23    DBHDD had put together of professionals who are

24    considered to be experts in a certain field, just to

25    kind of help advise policies, procedures, you know.

1    Probably more of these at the state level.

2        Q    So when you say that this group advises

3    policies and procedures at the state level, is this a

4    group that is advising DBHDD about its own policies

5    and procedures?

6        A    It's around looking at standards that had

7    been in place and ways to improve them.  One example

8    that I can give you would be LIPT.  That was a

9    priority at the state level to really revitalize it

10   and to improve the outcomes from that meeting and, as

11   a result, we were able to put together, you know, an

12   orientation to LIPT.  And that was all kind of --

13   that came out of that advisory meeting.

14       Q    Did DBHDD select you and say we would

15   like you to participate in this group?

16       A    They invited me, yes.  They asked me to

17   be a part of it.

18       Q    Where are the other individuals with

19   expertise from?

20       A    Throughout the state of Georgia and the

21   CSBs.  So it is, you know, members of the various

22   CSBs.  And it may be in youth and young adults or it

23   may be crisis stabilization services, substance

24   abuse.

25       Q    When was the last time that this PAC



 1 | group met?

 2 |     A     We met very consistently prior to the

 3 | COVID pandemic and we met in-person, and that was on

 4 | a quarterly basis.  Since that time, I think we've

 5 | only met once, and I believe that was sometime in

 6 | 2022, and that was via a Zoom call.  And I can't

 7 | remember what month.  I think -- it was in the fall,

 8 | I believe, but I'm not quite sure.

 9 |     Q     Do you remember any of the agenda items

10 | for that conversation?

11 |     A     The agenda items were usually around the

12 | different categories.  So it would have been

13 | intervention and prevention; it would have been

14 | residential services, which includes crisis

15 | stabilization, youth and adults; adult behavioral

16 | health; and intellectual development disabilities.

17 | There may have been another category but I can't

18 | remember.

19 |     Q     Who at DBHDD is present for those

20 | conversations?

21 |     A     The different department heads for those

22 | areas.  So it would have been Dante McKay was

23 | involved for the youth; and then, at the time, it was

24 | Teri Timberlake for the adult side; and then the

25 | other program directors, as well.



1          Q     Has this PAC group ever discussed Apex?

2          A     I -- I don't recall it -- I don't recall.

3     It may have been one of the goals that, you know, was

4     a priority.  I recall most specifically the

5     discussion of LIPT.

6          Q     I'd like to transition to talking about

7     GNETS.

8                When did you first become familiar with

9     the GNETS program?

10         A     I think I first became familiar with it

11    probably right around the time that I started serving

12    a child in a school.  And so it was probably -- I'm

13    looking at my years -- maybe around 2015 or 2016.

14               I had always known that there were

15    alternative schools, but I did not know the

16    difference between an alternative school and a

17    psycho-educational behavioral school.

18         Q     What is your understanding now of that

19    difference?

20         A     My understanding now of that difference

21    is that your children who are in GNET schools have

22    severe persistent mental health disorders and

23    behavioral health disorders.  And those children

24    oftentimes have, you know, outbursts in such a way

25    that it's difficult for them to, you know -- to be



1  successful in a classroom setting, you know, that is

2  a larger sized public classroom setting.

3          And alternatives schools is children who

4  have had some behavioral disruptions, but the goal is

5  for them to transition back into their regular ed

6  school setting.

7      Q    Do you understand that students at the

8  GNETS program are meant to stay in the GNETS program

9  or is there a goal for them to also transition?

10     A    I'm not sure.  I'm not sure.

11     Q    Is it your understanding that the purpose

12 of the GNETS program has been the same since you

13 first learned about it?

14     A    I'm sorry.  Say that again?

15     Q    Is it your understanding that the purpose

16 of the GNETS program has remained the same since you

17 first learned about it?

18     A    I don't know.  I don't know.

19     Q    Do you consider GNETS placements to be

20 restricted?

21     A    I'm not -- I don't know if they're

22 restrictive or not.  The interactions that we had

23 had -- that I've had with the staff of the GNET

24 school that I was mostly interacted with was

25 supportive of the youth and really trying to serve



1   the youth in a safe environment that met their needs.

2           When I visited the classrooms, I did

3   not -- I did not get the sense that they were

4   restrictive, other than they were really trying to

5   ensure the safety of the children that were there.

6   The particular child that I worked with, you know,

7   could be very aggressive and so that was something

8   they were very conscious of.

9       Q    Are you familiar with any restrictive

10  educational placements for public school students in

11  Georgia?

12      A    I am not familiar with that, no.

13      Q    Are you familiar with any of the criteria

14  that exists for placing students in restrictive

15  educational places?

16      A    I have not seen the specific criteria for

17  that.  I can only speak to the -- to, you know, the

18  specific children that I saw, child that I saw.  And

19  that was that they had been in a public school

20  setting and had multiple suspensions, that they had

21  behaviorally acted out in such a way that it was

22  unsafe for themself and for the other children, that

23  they were not thriving academically, that, you know,

24  they were failing their classes or not doing their

25  work at all.

1            So that's my experience with the

2    children, you know, that I know of who've been at

3    GNET schools.

4        Q    Have you played any role in the process

5    of students being transitioned into more restrictive

6    education settings?

7        A    No.  Usually that decision was made and I

8    just supported the child wherever they were.

9        Q    Have you visited any GNET centers?

10       A    No.

11       Q    Have you ever worked in a public school

12   where GNETS placements were not available for

13   children?

14       A    In a public school?  I think there are

15   several.  Yeah, several of them that I listed did not

16   have a GNETS co-located with them.  Is that what

17   you're asking?

18       Q    I'm wondering if there were ever schools

19   that you worked in where children have no option to

20   be placed in GNETS at all.

21       A    Not that I'm aware of.

22       Q    Are you familiar with the term continuum

23   of care?

24       A    Yes.

25       Q    How would you define continuum of care?



1     A     I would define continuum of care, being

2   able to provide access to resources and care along a

3   full spectrum.  So being able to serve a -- an

4   individual at whatever level of need they had and

5   ensuring that there aren't any gaps in wherever that

6   person may be on that continuum.

7             So you may have someone who would benefit

8   from just outpatient behavioral health services, all

9   the way to someone who needs, you know, a higher

10   level of care, which would be like your crisis

11   stabilization or long-term residential.

12     Q     What are the higher levels of care within

13   the continuum that exist for young people?

14     A     So for the behavioral health continuum,

15   it would be -- and I'll speak for Aspire

16   specifically -- it would be your outpatient services

17   where a child or a young adult may just need, you

18   know, an assessment and therapy.  And then, you know,

19   a little higher level would be therapy and physician

20   services, so medication management.  And then a

21   community support individual, which is like case

22   management services for young people.

23             And then, if a child has additional needs

24   for us, it's the Mental Health Clubhouse, which is an

25   after-school program that really promotes skill



1    building and, you know, kind of addressing the mental

2    health challenges and reducing stigma.  And then

3    other specialty services.  So that could be, you

4    know, first episode psychosis services, or

5    transitional age services.  On the adult side, it

6    could be supportive employment services.

7              And then a higher level of care would be

8    you are -- it would be like first or crisis

9    stabilization, all the way to residential.

10   Residential would be a longer term care, but still

11   meant to be temporary.  So it's really only supposed

12   to be, you know, two to three months and then

13   transitioning back to the community.  It doesn't

14   always work that way.

15        Q    Would you say that any of the higher

16   levels of care that you just described are

17   restrictive?

18        A    No.  Our goal really is to provide

19   nonrestrictive environments.  There are times when

20   individuals -- and when I'm speaking to this, I'm

21   only speaking to the adult side because that's what

22   I'm familiar with at our agency -- where an

23   individual may be a threat to themselves or others,

24   in which, for a very short period of time, they may

25   have to be on -- you know, in seclusion until they



 1  are able to regulate.

 2          But our goal through our organization and

 3  also promoted through DBHDD is that we provide

 4  nonrestrictive care.

 5      Q    Are you familiar with self-contained

 6  classrooms?

 7      A    Vaguely, yes.  And my understanding of

 8  that, it is, you know, children that, you know, have

 9  to have a very small number or one-to-one kinds of

10  interactions with an educator.

11      Q    Would you say that a self-contained

12  classroom could be appropriate in terms of providing

13  a higher level of care?

14      A    I think that that really is dependent on

15  the child and on their -- their mental health

16  diagnosis and their ability to regulate their

17  emotions and their behaviors.  Some of the children I

18  have worked with have had a really challenging time

19  being able to be around other children because they,

20  you know, would really threaten to harm that other

21  child.

22          So think it really is dependent on each

23  child and their diagnosis and the severity of their

24  symptoms.

25      Q    Would you consider a GNETS placement more



1   restrictive than a self-contained classroom?

2        A      I can't speak to that.  I'm not sure.

3        Q      Do you know whether the continuum of care

4   requires some students to be placed in settings more

5   restrictive than self-contained classrooms?

6        A      I can't speak to that.  I'm not sure.

7        Q      Are you aware of any restrictions or

8   supports that are available in GNETS that are not

9   available in general education settings?

10       A      I'm not aware.

11       Q      Do you believe that it is important for

12  students to be served in their local school district?

13       A      Yeah, I believe that that's important.

14  That -- I believe that a child, you know, as much as

15  we are able, should be served in the community in

16  which they live, yes.

17       Q      Why is that important?

18       A      Well, I think because it fosters a sense

19  of support and stability, though I do recognize that

20  that is not always the case for a child.  I recognize

21  that there are times where the family struggles to be

22  a support system.  I recognize that sometimes there

23  are schools and other stakeholders that are not

24  supportive or -- you know, for various reasons.

25              But by and large I ascribe to, you know,



 1  the belief system that a child is best served in the

 2  community in which they live.

 3       Q     Do you think it is important that

 4  students have the opportunity to interact with

 5  neuro-typical peers?

 6       A     I think when they're able to, yes.

 7       Q     Why is that important?

 8       A     Well, I think sometimes children who

 9  struggle with typical behaviors, they can learn from

10  children who demonstrate typical behaviors.  I think

11  sometimes they can learn how to regulate themselves

12  by modeling what they see in other children.  I also

13  understand that this is not always a possibility, but

14  it's a standard.

15       Q     When you say it's a standard, is there a

16  particular basis for that?

17       A     No, it just -- it's human development.

18  You know, that children learn by, you know, modeling

19  what they see and mirroring, you know, those that are

20  around them.  So it is human growth and development,

21  you know, that that would happen.

22             It doesn't always happen that way, but --

23  but that is typically how we learn and grow.

24       Q     Do you recall whether you have worked

25  with any students who were placed in self-contained



1    classrooms?

2         A      I do not recall.

3         Q      When you served students in schools, did

4    you encounter any students who, if they were given

5    appropriate supports, could not attend a

6    self-contained classroom because of their behavior?

7         A      Will you ask that question again?

8         Q      Yes.  When you have had the experience of

9    serving children in schools, did you ever encounter a

10   student who you believed, even if they were given

11   appropriate supports, would not be able to attend a

12   self-contained classroom because of their behavior?

13        A      Yes.  I have two children, specifically,

14   that I worked -- one I worked directly with, the

15   other I worked as a supervisor of the staff for that

16   child.  And those children both started in regular ed

17   school settings and their behaviors included both

18   eloping from the classrooms or running out of the

19   classroom, running out of the school itself, and also

20   to harming themselves and other children.

21              And for those reasons, you know, my

22   understanding of a self-contained classroom, you

23   know, even with two staff in that room, I think it

24   would be extremely challenging for those children to

25   have been able to be in that classroom and remain



1  safe, and the safety of the other children being, you

2  know, a threat as well.

3      Q    Did those two students that you mentioned

4  attend GNETS?

5      A    They did.

6      Q    Were they at Merry Acres?

7      A    They were.

8      Q    In addition to eloping, self harm and

9  harm to others, are there any other behaviors that

10 you believe make it difficult for students to attend

11 self-contained classrooms?

12     A    I don't -- I think those are the most

13 extreme behaviors.  I think most of the other

14 behaviors that I've interacted with with children can

15 be shaped and be, you know, worked with, but in those

16 situations they were very dangerous.

17          MS. ADAMS:  We'll go ahead and go

18      off the record.

19          THE VIDEOGRAPHER:  The time is

20      11:18 a.m.  We're going off the record.

21                  (Brief pause.)

22          THE VIDEOGRAPHER:  The time is

23      11:38 a.m.  We are back on the record.

24 BY MS. ADAMS:

25     Q    Okay.  So I wanted to talk to you a bit



1  more about the two students that you mentioned who

2  were placed in GNETS.

3          A      Sure.

4          Q      So we talked about their particular

5  behaviors, elopement, self harm, harm to others, and

6  I wanted to talk about each of them individually and

7  just understand a bit more about their individual

8  experience.

9          A      Sure.

10         Q      So we don't need to reveal their names,

11 but if we can just have one of the children in

12 mind --

13         A      Sure.

14         Q      -- and talk about their experience first.

15                So at what point did you meet this young

16 person?  Were they currently in a general education

17 environment?

18         A      They -- yes, they were.

19         Q      Okay.  Do you know what services they

20 were receiving to support them when you first

21 encountered them?

22         A      I can't be sure, but I believe they had

23 received the IEP services and -- and some additional

24 supports in terms of -- I believe one had, like a

25 paraprofessional working, you know, with him.  I



```
 1   can't remember any other real specifics to that.
 2        Q    Do you know whether that student received
 3   any reinforcements as to what appropriate behavior
 4   looked like?
 5        A    Can you give me some examples?
 6        Q    Was that student ever told that their
 7   behavior was, in fact, appropriate or that their
 8   behavior wasn't appropriate and why?
 9        A    Yes, yes.
10        Q    Do you recall any specific examples of
11   when that student was told what appropriate behavior
12   looked like?
13        A    I can't remember exactly, but I do
14   believe -- I know that our -- you know, like myself
15   and my staff worked with him around, you know,
16   keeping his hands to himself, staying seated in his
17   seat, not running out of the classroom.  So just
18   redirecting those behaviors that, you know -- yes.
19             And in a way that -- you know, we did
20   offer -- I know for our organization, we did offer
21   reinforcements to that.  So we would look forward to
22   things that he could work towards that he would
23   identify himself, that were enjoyable to him.  And
24   the school looked to us to help kind of formulate
25   what those plans would be.
```



```
 1        Q    Do you know whether any behavioral
 2   assessments were conducted for that child?
 3        A    Yes.
 4        Q    Were those conducted prior to GNETS
 5   placement?
 6        A    Yes.
 7        Q    Was a functional behavioral assessment
 8   conducted?
 9        A    I believe so, but I can't be certain.
10        Q    What is a functional behavioral
11   assessment?
12        A    It is a very thorough assessment that
13   determines a child's, you know -- kind of confirms
14   their mental health diagnosis, but also determines
15   their level of need and, you know, identifies
16   barriers to what would meet those needs.  And also
17   gives some -- it gives a professional the ability to
18   give recommendations around the best continuum of
19   care that would benefit that child.
20        Q    If the child were to have received an
21   FBA, who would have conducted that FBA?
22        A    I believe it's a psychologist, but I'm
23   not quite sure, or the school -- the school
24   equivalent, like behavioral specialist, but I'm not
25   quite sure.
```



1      Q     Would any of the Aspire staff have been

2   involved in that FBA process?

3      A     We would have been involved in providing

4   documentation, you know, through release of

5   information, that would help, you know, I guess guide

6   that decision-making process.

7            In our world, with Aspire, you know, kind

8   of the process goes that a child receives a

9   behavioral health assessment.  We begin services, and

10   then if we believe that there are additional

11   functional issues, we often will refer a child for a

12   psychological evaluation.

13            And then as they begin -- you know, as

14   they begin to progress, needing additional needs,

15   that psychological, in addition to that functional

16   assessment, I believe, are what are used to inform

17   the decisions around placement educationally.  That's

18   my understanding.

19      Q     We were talking earlier about the types

20   of services that that child received in the general

21   education setting.

22      A     Yes.

23      Q     Do you recall kind of the percentage of

24   supports that were offered to the child that were

25   positive supports, where the child was encouraged or



1   affirmed in their behavior, as compared to corrective

2   type support?

3        A    So I can only speak to Aspire.  That is

4   really how we base our services.  We don't use, you

5   know, disciplinary or punishing behaviors because we

6   know that's not effective by and large for children.

7   So in the services that we provided, it was all

8   around, you know, the child and family identifying

9   goals and, you know, reinforcing him for meeting

10  those goals.

11            In terms of the school, you know, we did

12  work with them to help to develop some like behavior

13  goals, as well, that lined up with some of the goals

14  that we had.  And we gave them suggestions in terms

15  of how to reinforce that.  And I know the schools

16  stated that they tried, you know, those types of

17  interventions, but I also know that the child

18  experienced suspensions and, you know, those kinds

19  of, I guess, measures, as well.

20       Q    Did you observe any of the supports being

21  provided in the classroom setting?

22       A    I did not directly, no.

23       Q    When you talk about some of the services

24  that Aspire was offering, were any of those evidence

25  based or evidence informed?



1        A     Yes.  So cognitive behavior therapy, you

2    know, is one, you know, that is almost always used,

3    you know, and it's one that was used with these two

4    individuals.  With one of the other children, we did

5    use the CTR because he had some psychosis.  And so we

6    really did try to work with him to engage him and

7    reduce the hallucinations and the delusions.

8             I'm trying to think if there were any --

9    we also did implement some of the trauma-focused

10   because one of the children, particularly, had a

11   significant level of trauma that he had experienced

12   in his childhood.

13       Q     Did you find any of the evidence-based or

14   evidence-informed practices to be beneficial to that

15   first child that we're talking about?

16       A     Some -- some.  You know, some.  What we

17   found oftentimes and is the case with both of these

18   young men, was that their level of functioning often

19   did not give them the ability to -- to cognitively

20   process, you know, what their thoughts and their

21   feelings were to be able to apply that to changing

22   and reframing.

23             And so what we often found in our

24   treatment with these children is that behavior, you

25   know, therapy or behavior modification, if -- if it



1 | was going to work, that was going to be the modality

2 | of treatment that worked best with them, which is

3 | just really reinforcing when they make good choices

4 | versus, you know, when they're harming themselves or

5 | another child.

6 |     Q    How often did you meet with the student

7 | throughout, say, a given week?

8 |     A    Between myself and the other staff, we

9 | were -- we were meeting with that child multiple

10 | times a week.  So -- and -- and also engaging with

11 | the parents, you know, of each of those respective

12 | children.

13 |     Q    We talked just a little bit earlier about

14 | behavioral assessments that were conducted for this

15 | first child that we're talking about.

16 |     A    Yes.

17 |     Q    Do you know who conducted that behavioral

18 | assessment?

19 |     A    I can't recall.

20 |     Q    Who generally would be responsible for

21 | that?

22 |     A    It would be a licensed clinician.  I may

23 | have completed one of them, but I really can't

24 | recall.

25 |     Q    Could it have been a licensed clinician



1   at the school itself?

2        A    No, it would have been at Aspire.  The

3   behavioral health department assessment, certainly,

4   it was someone from Aspire that provided it.

5        Q    Okay.  What is the level of training or

6   expertise for a person --

7        A    They would have a Master's degree in

8   professional counseling or a related field and

9   typically, you know, either be fully licensed or

10  associate licensed and have experience around, you

11  know, providing those assessments.

12       Q    Let's talk about -- how long was Aspire

13  working with this first child before they were placed

14  in GNETS?

15       A    I want to say it was a school year.  I

16  believe that when we became involved with him, that

17  he was in that school setting for about a year prior

18  to being moved to a GNET school.

19       Q    During that year, are you aware of anyone

20  collecting data on that child's behavior over time?

21       A    What we -- what my understanding from,

22  you know, a behavioral health service is that we

23  wanted to make sure that he was receiving all of the

24  services and care that he needed in the school

25  setting, and so we helped the family through ensuring



1  that an IEP was in place, and then the behavioral

2  plan was also put in place.  And then I think as --

3  you know, as we realized that he was unable to reach

4  his goals, that's when they began moving towards

5  making that decision to move him to that higher level

6  of care.

7        Q    Do you know who in particular was

8  responsible for tracking changes in behavior or

9  collecting any kind of data points about him?

10       A    I think at the school level, I believe it

11 was the school counselor who was largely involved in

12 that process, and then maybe the I -- you know, the

13 IEP specialist.  You know, they work together.  I

14 think there was an IEP specialist there who was

15 helping to support the family in that way.

16            And if I recall, I remember there being

17 at least one or two meetings where we came to the

18 table and, you know, and they had the family there

19 and kind of discussed his progress or lack thereof.

20 And that's been my experience, not just with this

21 child, but in multiple school systems with different

22 children, that kind of was the progression that we

23 saw.

24       Q    Was there any discussion in particular

25 during these meetings about the function of the



1   child's behavior, in particular?

2        A    What do you mean by function?

3        Q    So kind of what was motivating the

4   behavior, not just the behaviors themselves?

5        A    They -- they would ask our -- you know,

6   Aspire's, you know, kind of thoughts around like, you

7   know, kind of the roots of this.  And for us, it

8   really -- you know, for me, looking, there were

9   several variables that I was able to point out as,

10  you know, kind of causes of or functions of the

11  behavior, which included everything from family

12  history of mental illness and it truly being a mental

13  health diagnosis, to lack of family stability and

14  support and those kinds of things, trauma.  One of

15  the children had a history of sexual abuse.

16       Q    We talked earlier about how you

17  personally did not observe the services that the

18  school was implementing in the classroom?

19       A    Right.

20       Q    Did anyone at Aspire observe services in

21  the classroom?

22       A    I can't recall.  It is very possible that

23  the community support individual who would have been

24  the one to create the behavior chart, for lack of

25  better words -- it could have been that that person,

1  you know, worked with the educator, but I don't

2  recall.

3       Q     What kinds of training do Aspire

4  clinicians have in conducting FBAs?

5       A     They don't have any training about

6  conducting FBAs.  They don't conduct those.  Yeah.

7  They only conduct the behavioral health assessment,

8  which is a clinical tool that we use just to kind of

9  determine the child's diagnosis and really get a

10  history of the child, yeah.

11       Q     Are you aware of the type of training

12  that school personnel have in --

13       A     I am not aware, no.

14       Q     Are you familiar with applied behavioral

15  analysis training?

16       A     I am.

17       Q     Do you know whether any Aspire staff have

18  training in that?

19       A     We do not.

20       Q     Is there any reason why Aspire's staff do

21  not have that particular training?

22       A     It is a separate licensure with the State

23  of Georgia and until, really, the last three or four

24  years, there have not been very many applied

25  behavioral analysis specialists, really in the state



1  of Georgia as a whole.  It's something that has been

2  a focus in terms of recruiting, and really a lot of

3  the schools did not offer it as a specialization.

4          And so, you know, when I was coming up

5  and until recently, you know, kind of taking that

6  counseling pathway was the way that you would serve

7  clients.  Now it's much more specialized and popular

8  and, you know, many of the universities offer it as

9  a -- as a track.  So that would be the reason why.

10         Also, it was a service that, you know,

11 had to have a separate authorization, you know, and

12 pay scale.  So --

13     Q     Let's transition to talking about the

14 second child that you mentioned.

15     A     Sure.

16     Q     -- who was placed -- I'm sorry, before we

17 do that.

18         Leading up to the actual placement of

19 this first child into GNETS, what, if any, role did

20 Aspire have in talking about whether the child was

21 going to be placed in GNETS?

22     A     I think we did meet with the school, with

23 the public school and, you know, heard their concerns

24 and we were able to see that the school felt very

25 overwhelmed about being able to meet the needs of



1  this child.  And so we did not offer any

2  recommendations, you know.  All they said is that

3  this was the pathway that they felt would be best

4  suited for this child.  And we really just wanted to

5  understand how we could continue our services, you

6  know, in that capacity.  And so we were able to --

7  when he transitioned, we transitioned with him.

8       Q    So the school did not ask for your

9  recommendation or your advice about whether the child

10 should be placed in GNETS?

11      A    Not that I recall.  They may have, you

12 know, and I -- I did not know -- at that time I did

13 not know enough about -- I knew that the school

14 itself, as it stood, was not supporting the child the

15 way that he needed.  And so that was -- my

16 recommendation is something's got to change, but, you

17 know, in terms -- I really -- I relied on the school

18 system to know best what pathway that child needed.

19      Q    Do you feel like the school had

20 sufficient resources and training and staff to

21 support that child?

22      A    I don't believe any of the Dougherty

23 County schools have adequate resources that they

24 need.  I think that's a struggle for -- I mean, this

25 community, particularly, is one of the ones in the



1   state of Georgia that struggles most.

2        Q      And going back to the topic of applied

3   behavioral analysis, would you say that that

4   particular skill set or specialization is more

5   popular now than it was when you were in your

6   educational training?

7        A      Say that again.  I'm sorry.

8        Q      The applied behavioral analysis

9   specialization, would you say that is now more

10  popular --

11       A      Yes.

12       Q      -- than when you were in school?

13       A      For sure, certainly.  I started my

14  graduate studies in the state of California, and at

15  that time they were far advanced in providing, you

16  know, those types of services and, you know,

17  specializations than when I moved to Georgia.  When I

18  moved to Georgia, it was not well known or heard of.

19  And it really hasn't been until the last probably

20  three or four years, you know, that -- like I said,

21  I'm seeing more of them offered at the universities

22  and --

23       Q      Okay.  Moving to the second child that

24  you mentioned was placed in GNETS?

25       A      Yes.



1        Q     I have a lot of the same questions --

2        A     Sure.

3        Q     -- about that young person.  So at what

4    point did you meet with that child?  Was that child

5    in a general education setting?

6        A     I believe when I -- if he was, it was for

7    a very brief period of time.  I can't recall.  I

8    think it was very brief, but not a very long period

9    of time before he was transitioned over.

10       Q     Okay.  And what understanding did you

11   have of the services that that child was receiving in

12   general education?

13       A     Very similar to what I shared with the

14   other child.  You know, some attempts at

15   reinforcement with behavior modification.  Kind of

16   your behavior charts and, you know, working

17   one-on-one with the child, you know, having that

18   additional staff available.  The school counselor,

19   you know, making some attempts to, you know, do some

20   psycho-education with him and, you know, emotion

21   regulation.

22       Q     Did you observe any of those services

23   being offered in the classroom?

24       A     I did not.

25       Q     Are you aware of any Aspire staff that



1    observed those services in the classroom?

2         A    I'm not sure.  Very similar to the last

3    situation.  It may have been a community support

4    individual who did, but I'm not sure.

5         Q    Do you know if a behavioral assessment

6    was conducted for that child?

7         A    At Aspire, yes.

8         Q    Do you know if an FBA was conducted?

9         A    I'm not sure.

10         Q    Do you know if any of the services that

11    that child received prior to being placed in GNETS

12    were evidence based or evidence informed?

13         A    Through our organization, yes.  With that

14    individual, we did work on some of the -- he is the

15    one that we used the CTR with and the cognitive

16    behavioral therapy and the trauma-informed therapy.

17    I think we even did some play therapy with him, as

18    well, because he had significant trauma.

19         Q    Would you say that your team worked with

20    that child for longer than three months prior to him

21    being placed in GNETS?

22         A    It may have been maybe at three months.

23    Yeah, maybe at three months.

24         Q    So you don't think that your team worked

25    with that child longer than three months,



LISA OOSTERVEEN                                    February 23, 2023
UNITED STATES vs STATE OF GEORGIA                              105

```
 1   approximately --
 2        A    Before he was placed in GNETS?
 3        Q    -- before?
 4        A    I really can't recall.  I'm not sure.
 5        Q    Do you think that your team had worked
 6   with that child longer than six months prior to the
 7   child being in GNETS?
 8        A    I don't know.  Yeah, I don't know.
 9        Q    Do you recall any of the school staff
10   collecting any data on that child's behavior prior to
11   GNETS placement?
12        A    I don't recall.
13             MS. ADAMS:  Let's go off the
14        record.
15             THE VIDEOGRAPHER:  The time is
16        12:01 p.m.  We're going off the record.
17                   (Brief pause.)
18             THE VIDEOGRAPHER:  The time is
19        12:45 p.m.  We're back on the record.
20             MS. ADAMS:  Okay.  Welcome back.
21        So I have a few more questions about some
22        of what we talked about before the break.
23             THE WITNESS:  Okay.
24             MS. ADAMS:  But before I dive back
25        into substance, just to put on the
```



```
1              record.  For the videographer, of the
2              total seven hours that we have for today,
3              how long have we been on the record?
4                   THE VIDEOGRAPHER:  Currently we're
5              at two hours and 18 minutes on the
6              record.
7                   MS. ADAMS:  Okay.  Thank you.
8    BY MS. ADAMS:
9         Q    So we had been talking about two students
10   who you had worked with who eventually were placed in
11   GNETS, and we talked about the fact that there were
12   IEP team meetings.
13             I just wanted to clarify, was anyone from
14   Aspire ever at those meetings?
15        A    Yes.
16        Q    Was that you?
17        A    I was at one of the meetings, and I think
18   at that point I had transitioned into the -- a
19   different role and so then the direct clinician was
20   involved from that point on.
21        Q    Okay.  Which schools did these two
22   students attend?
23        A    The Dougherty County middle school GNETS.
24   So it would have been at Merry Acres Middle School.
25        Q    Were those students always at Merry Acres
```



1  even before they went to the GNETS?

2       A    I don't recall the schools that they were

3  at before.

4       Q    Do you know whether the schools that they

5  were at prior to GNETS were participating in PBIS?

6       A    I don't recall.

7       Q    I have a question about how you and other

8  Aspire staff ended up working with students in

9  schools.

10           We talked about how sometimes you would

11  be referred to work with these students and you would

12  meet with the family first and build a rapport.

13       A    Yes.

14       Q    Can I clarify.  Did you ever receive a

15  referral directly from a school to work with a child?

16       A    I do not recall how those referrals came

17  in, but it is common practice for us to receive

18  referrals directly from a school, and that includes

19  public schools and GNET schools.

20       Q    When you receive referrals from schools,

21  how does that process usually work?

22       A    We have a streamlined process for anyone

23  who wants to make a referral, including schools, and

24  that is we have a standard referral form that is

25  e-mailed to a centralized e-mail, and then it is



LISA OOSTERVEEN                                February 23, 2023
UNITED STATES vs STATE OF GEORGIA                         108

```
1    processed at our intake office.
2              And then, you know, an initial assessment
3    is set up based on the type of referral that it is.
4    So if it is from an Apex school, then we understand
5    that the assessment will take place in the school.
6    We also give the family voice a choice.  So if
7    preference is that it be a school assessment or a
8    in-clinic assessment, they have that choice.
9         Q    Do schools ever share any data about
10   students when they make referrals?
11        A    Only that is on the referral form, which
12   would be the child's name, date of birth, any
13   demographic information that will help us to be able
14   to then contact the family to be able to set up that
15   initial assessment.
16        Q    Do schools ever share any behavioral
17   referral data with you?
18        A    They will give symptoms that kind of
19   validate the need for the referral, but other than
20   that, not in that initial referral.  Once the child
21   is established in services with us, we will complete
22   our release of information and then data can be
23   exchanged.
24        Q    Can you give me some examples of what you
25   mean by symptoms?
```



1      A      Symptoms of a behavioral health disorder.

2   It could include impulsivity, hyperactivity, mood

3   swings, behaviorally acting out.  It can include self

4   harmful behavior, it could include elopement from the

5   home or the classroom.  It can include harm to

6   animals.  Any -- anything like that, that would

7   describe a behavioral health disorder.  Mood swings,

8   anger outbursts.

9      Q      Once data is shared, what kind of data is

10  shared from the school?

11     A      From the school, it can be grade reports,

12  behavioral reports.  It can be, you know, information

13  from an IEP.  It can be teacher conference

14  information.  Really, any information that's

15  pertinent to the treatment of the child.

16     Q      We were talking about behavioral

17  assessments earlier when we were talking about those

18  two students?

19     A      Yes.

20     Q      And when we talk about behavioral

21  assessments, I just want to clarify, were you

22  referring to behavioral health assessments?

23     A      Yes.

24     Q      Are there any other types of assessments

25  that were conducted for those two students?



1        A       Our organization standard, we -- as a

2   standard, we complete behavioral health assessments,

3   suicide risk assessments.  There -- we have other

4   scales that we use, like an ADHDD -- an ADHD scale.

5   We may -- I think we have a trauma scale that is used

6   from time to time.  And then a CANS, which is

7   assessment of needs scale, is also completed.

8               But standard scales, every -- with every

9   single child includes the CANS, the suicide

10  assessment and the behavioral health assessment.

11       Q       Are you aware of any other assessments

12  that the school conducted for those children?

13       A       I'm not aware.

14       Q       We were also talking about applied

15  behavioral analysis?

16       A       Yes.

17       Q       And I'm wondering if DBHDD or any other

18  State entity offers any training around that

19  particular expertise?

20       A       I'm not aware of any.

21       Q       Would Aspire be interested in attending

22  that type of training?

23       A       Yes.

24       Q       When we were talking about at least one

25  of the students and their particular experience, I



 1  believe you mentioned that Aspire determined that
 2  that child would primarily benefit from behavior
 3  modification services?
 4       A    Yes.
 5       Q    Does Aspire have staff that are formally
 6  trained in behavior modification?
 7       A    Other than training from like our
 8  licensure, we -- there may be occasional trainings
 9  that are offered, but none that I am formally aware
10  of.
11       Q    Are any Aspire staff formally trained in
12  designing reinforcement systems?
13       A    Sensory modulation, the training that we
14  discussed earlier, that was a training that did give
15  some instruction around that.  I'm -- I don't
16  think -- I'm not aware of any others that come to
17  mind right now.
18       Q    Do you know which Aspire staff, other
19  than you, attended that training?
20       A    At the time that we took it, all of the
21  youth and young adult staff were in that training,
22  but since that time we've had staff that have left.
23  We have occasionally provided that retraining because
24  we were able to receive, you know, the presentation
25  from that and we were able to provide that



1  retraining.

2      Q    I believe that -- when we were talking

3  about the two students who were placed into GNETS, I

4  believe that you said that there was an Aspire staff

5  member who, I think, had a title around community

6  support?

7      A    Yes.

8      Q    Is that staff member trained in behavior

9  modification?

10     A    So we have -- we have agency trainings

11 that discuss the types of services that they can

12 provide to a child, and part of that training

13 includes skill development and skill building, and

14 part of that also includes assistance like with

15 creating different types of charts and systems to

16 help children to be successful.  That can include a

17 chore chart, you know, a behavior chart.  So

18 that's -- that's part of that.

19     Q    The individual who serves as a community

20 support staff member, what is their educational

21 background?

22     A    They can be anything from high school

23 with some experience in a related field, all the way

24 up to Bachelor's a degree or even a Master's degree.

25 But to be at the high school level, they've got to



1  have some other similar experience.  So maybe, you

2  know, working in a school system or working in

3  another mental health related agency.

4       Q     Do any of the individuals who have served

5  as community support staff had education experience

6  beyond a Bachelor's a degree?

7       A     They may.  I mean, it's a possibility for

8  them to have it.  It just is a lower level of a job

9  so you don't see often people with a Master's degree

10  operating in that role.

11       Q     We have talked about some of the

12  different types of programs that Aspire offers, and I

13  think we've talked a bit about therapy in particular.

14             Can you tell me whether Aspire uses any

15  specific evidence-based or evidence-informed

16  curriculums when it's implementing any particular

17  therapy?

18       A     Actual curriculums?  Let me think for a

19  second.  We have used ART, which is aggression

20  replacement treatment.  We are in the process of

21  implementing the Seven Challenges curriculum.  We

22  have utilized also -- I just lost my mind --

23  conscious discipline.  That is another curriculum

24  that we have used.  If I think of any others, I will

25  let you know.



1        Q     Are Aspire's staff trained in any of

2    those curriculums?

3        A     I was trained in the ART, and then my

4    current youth services coordinator is trained in the

5    conscious discipline curriculum, and they are also

6    working on getting the training for the Seven

7    Challenges, as well.

8              And the other thing that I did want to

9    note is that our staff does implement -- I don't know

10   that it's evidence based, but our staff does

11   implement, in our Apex summer camps, the PBIS

12   concepts.  So it's something that we integrate into

13   the services that we provide.

14       Q     You mentioned that you and the, I think,

15   youth coordinator --

16       A     Yes.

17       Q     -- are trained in a few curriculums.  Are

18   any of the therapists that are providing therapy

19   trained in the curriculum?

20       A     Yes.  I believe there's -- the staff are

21   currently going through CPP, which is a -- it's a

22   model that services children from infancy all the way

23   up, and I believe that there are several of the staff

24   that are being trained in that, as well.

25             And I -- I think that the conscious





1   discipline is also integrated into that, which is

2   where -- and there are several of the staff currently

3   that are trained -- being trained in that.

4        Q    So there are several staff being trained

5   in that currently --

6        A    Yes.

7        Q    -- but they're not already trained in it?

8        A    Right.

9        Q    We also talked about CBT and

10  trauma-focused CBT.  We talked about your training in

11  that.

12       A    Yes.

13       Q    Have any other Aspire staff been trained

14  in that?

15       A    Yes.  The current youth services

16  coordinator has been trained in the trauma-focused

17  CBT.  I -- I'm not sure, but one other clinician may

18  have gone through that, as well, but I'm not sure of

19  that.  And there's a myriad of other evidence-based

20  curriculums that staff have gone through on their

21  own, I just can't recall them at this time.

22            I think -- I know I've got at least one

23  clinician who has been through play therapy.  I just

24  can't recall right now.

25       Q    We talked about how the two students that



1   you worked with ended up in GNETS, and their

2   behaviors included elopement and self harm and harm

3   to others.

4           A    Yes.

5           Q    What are the other reasons that students

6   can be referred to GNETS?

7           A    I am not aware of other reasons why a

8   child would be referred.

9           Q    If a student engaged in property

10  destruction, would they be required to or be at risk

11  of being placed in GNETS?

12          A    I don't know.

13          Q    If a student was perceived as aggressive,

14  would they be required to be placed or at risk --

15          A    I don't know.

16          Q    And sorry, just for the court reporter,

17  we'll try not to talk over each other.

18               If a student was perceived as defiant,

19  would they be required to be placed in or at risk of

20  being placed in GNETS?

21          A    I don't know.

22          Q    If a student was perceived as severely

23  disruptive, would they be required to be placed in

24  GNETS or at risk of being placed in GNETS?

25          A    I don't know.



1        Q      Are students who are sent to the office

2    frequently typically the kinds of students who would

3    benefit from Apex?

4        A      That is a possibility, yes.  I mean, if

5    there are, you know, functional disruptions in the

6    classroom setting and it could be, you know, because

7    of hyperactivity or impulsivity or it could be, you

8    know, acting out towards the teacher or other

9    students, yes.

10       Q      If school staff are unable to manage a

11   student, could Apex be an appropriate service for

12   that student?

13       A      It -- it depends.  It's possible.  It

14   just depends on, really, you know, what the situation

15   is between that teacher and that student.

16       Q      Are there any particular factors or

17   considerations that you would consider in that

18   particular situation?

19       A      It would need to be mental health

20   related.  So it would -- it would need to be that

21   there's likely a mental health disturbance that is,

22   you know, preventing that child to be able to

23   function in the classroom and not be sent to the

24   office.  So that would be the factor.

25       Q      Has any Aspire staff member ever referred





1    anyone to GNETS?

2          A      I don't know.

3          Q      Does Aspire have any kind of procedure or

4    policy in place for doing so?

5          A      No.

6          Q      Do you have any belief as to whether

7    Aspire staff members should or should not be

8    referring students to GNETS?

9          A      I don't think that that is within the

10   scope of the function and the role that we play in a

11   child's life.  We really are designed to support the

12   youth and family around their mental health diagnosis

13   and serve them in whatever setting they find

14   themselves in.

15         Q      Can students with EBD benefit from Apex?

16         A      I think they can, yes.

17         Q      Is there anything in particular that is

18   especially beneficial about Apex for that student

19   population?

20         A      I think being able to address a child's

21   needs and barriers to learning and barriers to

22   growing and developing as a young person in multiple

23   settings is important, including in the academic

24   setting.

25         Q      Do GNETS staff ever refer students to



```
 1   receive services from Aspire?
 2        A     They have the ability to and I have
 3   received referrals, yes, from GNET schools.
 4        Q     How often does that occur?
 5        A     I don't know now.
 6        Q     Do you know when the last time a GNET
 7   staff member referred a student to Aspire was?
 8        A     I don't know the last time that a child
 9   was referred, but I can tell you we are currently
10   serving children in GNET schools.
11        Q     Are any of those children receiving Apex
12   services?
13        A     They are providing -- they are receiving
14   school-based services.
15        Q     But not Apex services?
16        A     There's really not a difference.  They
17   are receiving -- they receive the behavioral health
18   assessment, the individual therapy, family therapy if
19   the family is engaged, and community support
20   individual.  I -- we have Apex schools that are
21   co-located with GNET schools and so all of the same
22   services are offered in those schools.
23              I think there's only one school that we
24   serve -- that we do not serve that is a GNET school
25   and that's because it is also not an Apex school.
```



1       Q      Does Aspire partner with any standalone

2   GNET centers?

3       A      No.  I don't believe there are any in our

4   catchment area.

5       Q      Do the students participating in GNETS

6   that Aspire serves receive Aspire services at their

7   school or somewhere else?

8       A      Say that question again.  I'm sorry.

9       Q      So I'm trying to understand if the

10  students who are placed in GNETS that Aspire

11  serves --

12      A      Yes.

13      Q      -- are receiving those Aspire services at

14  their school or elsewhere?

15      A      They're receiving the services at their

16  school.

17      Q      Let's transition to talking about the

18  Apex program more broadly.

19             Do you know when the Apex program was

20  created?

21      A      My first introduction to the Apex program

22  in the state of Georgia is in -- was in 2015 or

23  shortly before that time.

24      Q      Do you know whether it existed before

25  then?



1        A        I don't know.

2        Q        You joined Aspire in June 2011; is that

3    right?

4        A        Right.

5        Q        And so during the time that you were at

6    Aspire from 2011 through 2015, you had not heard of

7    Apex?

8        A        I had not.

9        Q        What is your understanding as to why Apex

10   was created?

11       A        My understanding as to why Apex was

12   created was that it was identified that there were

13   gaps in service care to children and their families,

14   and that it -- research had determined that it was

15   beneficial for children to be offered and to receive

16   school-based mental health services.  And so, at that

17   time, DBHDD made this an available program throughout

18   the state of Georgia and it was offered to us.

19            Aspire and myself -- from 2011 all the

20   way up until 2015, I and my staff, were already

21   providing school-based services.  So it was a

22   formality in terms of just changing the name of it

23   and then having a little bit more formal of a process

24   developed.

25       Q        Does Aspire provide manualized



1  treatments?

2         A     Can you explain what that is?

3         Q     Are there any specific manuals that

4  Aspire follows to provide its services?

5         A     We have program manuals that kind of

6  outline each program and the deliverables that will

7  take place within that.

8         Q     Are there any other types of manuals for

9  specific types of therapies or other types of

10  services?

11         A     No.

12         Q     Was Aspire's catchment area experiencing

13  any of the problems that Apex was created to address?

14         A     I would say yes.  Yes.

15         Q     What are some of the problems that the

16  catchment area was experiencing?

17         A     Our catchment area has a high prevalence

18  of mental health and substance use disorder, so we

19  have a high prevalence of children who are in the

20  foster care system.

21               This region struggles with mental health

22  stigma, and therefore individuals feeling comfortable

23  with accessing mental health and substance use

24  services.  And our catchment area also has struggled

25  with families feeling reticent to engage in the



1    mental health system due to that sigma.  And so

2    engagement with care has been a challenge and

3    school-based services offer to change some of that.

4         Q    How do you know that these are some of

5    the problems that the catchment area has been

6    experiencing?

7         A    Well, our community has a community needs

8    assessment and, you know, mental health challenges is

9    one of the number one needs in the community.  And

10   just living in this community for, you know, almost

11   16 years, I've seen it in the children and the

12   families that I've served over the course of that

13   time.

14        Q    Were any staff at DBHDD involved in the

15   creation of Apex?

16        A    I believe so, yes.

17        Q    Do you know any of the particular

18   individuals who were involved?

19        A    The two that I know who have been engaged

20   in conversation and discussion around the Apex -- you

21   know, development of the Apex program are Layla

22   Fitzgerald and Dante McKay.

23        Q    Were you involved in the creation of the

24   Apex program?

25        A    Only at our local level.  So I have been



1  involved in development of the program, expansion to

2  the schools, those types of things.

3       Q    Is one of the requirements of the Apex

4  program that CSBs partner with schools to provide

5  services?

6       A    Yes.

7       Q    How are the partnerships between CSBs and

8  schools documented around Apex?

9       A    How is it documented?  Through formalized

10  MOUs.

11       Q    When Apex was first being created, did

12  you participate in any meetings about how CSBs would

13  provide school-based mental health services through

14  Apex?

15       A    Yes.

16       Q    What were those meetings?

17       A    When Apex was originally created, there

18  was some orientation trainings, really around like

19  what Apex was, the deliverables that would take

20  place, you know.  It was very generalized.  And so

21  really the development of the program itself, here

22  locally, I kind of found my way to make it, you know

23  -- to develop those procedures myself.

24       Q    The meetings that we're talking about,

25  were those facilitated by DBHDD?



1        A     Yes.

2        Q     Do you know whether any community

3   stakeholders were invited to those meetings?

4        A     There have been community stakeholder

5   meetings that discussed Apex, yes.  In the beginning,

6   the meetings that I was referencing was directly

7   between DBHDD and the community service boards that

8   were going to receive the Apex funding.

9        Q     Are you aware of whether any community

10  stakeholders were invited to speak with DBHDD at the

11  time that Apex was first getting off the ground?

12       A     I'm not aware.

13       Q     Does Aspire sometimes refer to the

14  individuals it serves as consumers?

15       A     Yes.

16       Q     How do Aspire's con -- how do Aspire's

17  consumers arrange to pay for services?

18       A     We offer -- we provide services

19  regardless of ability to pay.  So if a person has

20  insurance, then we will collect their insurance

21  information and we will pursue any prior

22  authorizations or authorizations that are needed.  If

23  the individual does not have ability to pay, then we

24  have what's called state contracted services.  And so

25  that person -- we'll complete an authorization for



```
 1   that person and still provide those services.
 2              And then some -- some of our specialty
 3   services our what we consider non-billable services,
 4   and those are paid for through the contracts that we
 5   hold.
 6        Q    Are some of Aspire's Apex services funded
 7   through Medicaid?
 8        A    I believe so, yes.
 9        Q    Do you know approximately how many school
10   districts Aspire partners with to provide Apex
11   services?
12        A    Yes.  We are partnered with Worth County,
13   Dougherty County, Early County --
14              THE WITNESS:  Do you have that all?
15              MS. COHEN:  I have the list.  I was
16         wondering if Crystal wanted to mark this.
17              THE WITNESS:  I can go through them
18         if you'd like me to.
19              MS. ADAMS:  Thank you, this is
20         helpful.
21   BY MS. ADAMS:
22        Q    So this first page on Exhibit 781 lists
23   all the schools that Apex is -- that Aspire is
24   providing Apex services?
25        A    Yes.
```



1    Q      What are the job titles of the Aspire

2    staff who serve Apex schools?

3    A      They are clinicians and community support

4    individuals.  And then the children also benefit from

5    physician services, but they are not in the school.

6    So they would come to our clinic to be able to

7    receive those services.

8    Q      Is Aspire currently over capacity in

9    terms of its ability to serve its Apex partners?

10   A      No.

11   Q      Does Aspire currently have excess

12   capacity to provide services?

13   A      No.  We've got just enough.

14   Q      Has Aspire experienced any staff

15   vacancies in the past four years?

16   A      Yes.

17   Q      How many vacancies has Aspire experienced

18   in the past four years?

19   A      I think, at the height in the last three

20   years, we had a 30 percent vacancy, and that was

21   during the pandemic.  In our youth and young adults

22   program currently, we are 100 percent staffed minus

23   one clerical staff person.  So we are in very good

24   shape.

25   Q      So you do not currently have any



1   vacancies specific to the Apex program?

2       A    No.

3       Q    Are there any reasons why it can be

4   difficult to fill vacancies specific to the Apex

5   program?

6       A    Yes.  We live in a rural community.  So,

7   in general, not just specifically to Apex, it is

8   harder for us to find licensed clinicians.  The one

9   specific way that is difficult for us to keep staff

10  that are licensed serving schools has to do with the

11  fact that we've had schools to recruit some of our

12  staff.  So that has been an issue.  And then pay is

13  sometimes a barrier, as well.

14      Q    Do you know who sets Aspire's staff

15  salaries?

16      A    So my understanding is that it is a State

17  set standard.  There's a range of pay.  And that's

18  based on our contracts that we hold, so.

19      Q    Do you know if there have been any

20  changes made to that set State rate for salaries?

21      A    I'm not aware.

22      Q    Does Aspire offer mental health services

23  through the Apex program year-round?

24      A    Yes.

25      Q    Has that always been the case since its



1  Apex program was created?

2       A    Yes.  For Aspire, yes.

3       Q    Does Aspire coordinate with senior

4  administrators at each school that it serves?

5       A    Yes.

6       Q    How do you know that that happens?

7       A    Initially, I was involved in those

8  meetings and I have written that into kind of the

9  standards of our Apex procedures, that that is how we

10 enter into a school is first by meeting with the

11 school superintendent, the school district

12 superintendent, to discuss and kind of orient them to

13 Apex.  And then to meet individually with the schools

14 that, you know, we would like to partner with, to

15 meet with their administrative staff first, which

16 would -- it mostly consists of the school principal

17 or principals and the school counselors and the

18 school social worker, if there is one, or district

19 social worker.

20      Q    How often do Aspire staff communicate

21 with senior administrators?

22      A    When senior administrators, when we're

23 talking senior administrators, we're talking about

24 the principal and like the school counselor.  At a

25 minimum -- but I know much more than this -- at a



1   minimum, twice a year.  Once is at the beginning of

2   the year to prepare for the school year and to kind

3   of do some planning for the school year because we

4   provide trainings, and at the end of the year, as

5   well, to kind of to do a wrap-up to discuss barriers

6   and challenges.  But I assure you, it's more than

7   twice, but those are the two formalized times.

8        Q    Do you have a sense of -- do you have a

9   sense of whether there is a best practice in terms of

10  how frequently Aspire staff communicate with those

11  types of senior administrators?

12       A    I -- I mean, yes, and that is kind of

13  what we established would be -- there's also the --

14  I'm trying to think.  I just lost my train of

15  thought.

16            But the best practice that I established

17  was a minimum of those two times a year, and then

18  they -- the staff are interacting very closely with

19  the school counselor on a much more regular basis

20  than that, yeah.

21       Q    What are some of the topics that Aspire

22  staff discuss with those people?

23       A    So needs of the school and the school

24  staff.  So that can be anything from needs in terms

25  of, you know, resources and curriculums around, you



 1    know, mental health or substance use; trainings that

 2    they would like to have for their teachers or their

 3    families; if they -- types of groups that they would

 4    benefit from for their children.  With the school

 5    counselor, we will staff children regularly.

 6              And then, you know, with the school

 7    principal, it's, you know, very similarly, if there's

 8    a specific need with a child, you know, we can

 9    discuss that at any time.

10        Q    Is it important for Aspire staff to

11    coordinate with the senior administrators at the

12    school?

13        A    Certainly.

14        Q    Why is that important?

15        A    Well, one, you know, it establishes a

16    mutual trust and a relationship with the school that

17    is supportive in nature.  It keeps an open dialogue

18    around the needs of the school, the needs of the

19    children, the needs also of Aspire staff.

20              It allows us to have really important

21    discussion around, you know, maybe some changes that

22    need to be made around how we're providing services

23    or what can be improved, as well as like certain

24    issues that that culture -- that school culture is

25    having, whether it's bullying or suicidality or self



1  harm.  When we have the discussion with school

2  administration, then we can begin to gear our

3  services that we're providing towards those needs.

4      Q    Do Aspire staff attend parent events at

5  each school that it serves?

6      A    Yes.

7      Q    How do you that that is happening?

8      A    It is our standard that we attend the

9  open houses for each school.  We also attend any of

10  the major events that the school hosts.  And each

11  school district is very different about how they plan

12  their events, but our staff are -- you know, they

13  understand and are expected that, you know, those are

14  times that they're going to participate.

15           If a family liaison or a family partner,

16  parent partner, has kind of an event that's going on,

17  then the Apex staff, the Aspire staff attend.

18      Q    Do you believe that Aspire staff could

19  attend events even more frequently than they do?

20      A    I -- I feel confident that our staff are

21  very much in attendance to the important events that

22  are going on at the schools.  And I have staff, too,

23  that attend individual children's events, sporting

24  events and, you know, chorus events, those kinds of

25  things, as well.



1    Q    Is there anything that limits a staff

2    member's availability from attending parent events?

3    A    I think probably just, you know,

4    maintaining a schedule of kids to see.  There may be

5    barriers there.

6    Q    Can you tell me more about what you mean

7    by that?

8    A    Well, you know, our staff have case loads

9    of children that they see based on the number of

10   referrals that are, you know, received from the

11   school and so, you know, being able to balance that I

12   think sometimes can be a challenge.  If you've got,

13   you know, several children on your case load, there

14   may be conflicts in timing and those kinds of things.

15   Q    Why is it important for Aspire staff to

16   attend parent events?

17   A    I think it's important because the

18   parents then can begin to see us as a support system

19   to the family and that we are genuinely invested in

20   not only their child's success, but their success as

21   well.  I think that we often can serve as advocates

22   on behalf of the family when there's a

23   misunderstanding, you know, about the child or the

24   family system as a whole.

25          And I think, all the way around, you



1  know, when we have the capacity to wrap around a

2  family, they do much better.

3       Q    Do parent events offer Aspire staff an

4  opportunity to identify additional students with

5  behavioral needs that could benefit from Apex?

6       A    So an open house, absolutely.  At each

7  school, we have a table set up and we have referral

8  forms there and the school -- the staff who are the

9  clinicians and the case managers in the schools are

10  there to answer any questions, to engage with family

11  members to discuss, you know, how they could, you

12  know, follow through with the referral process.

13           And there's other events throughout the

14  year where we have the same capacity to be able to do

15  that.

16       Q    Are you familiar with the terms Apex 1.0,

17  2.0 and 3.0?

18       A    Yes.

19       Q    Can you explain what those three

20  different concepts are?

21       A    My understanding of that is really just

22  the funding that is set aside for each of those

23  programs.  And so Apex 1.0 was the very first, you

24  know, initiation of funding to begin Apex services.

25  2.0 was the expansion of that and 3.0 was the



1    expansion again.

2         Q    And I believe earlier we talked about how

3    Aspire was approved for Apex 3.0, correct?

4         A    Yes.

5         Q    Do you know whether any of the schools

6    that Aspire serves are implementing PBIS?

7         A    Yes.

8         Q    What is your understanding of PBIS?

9         A    It's positive behavioral intervention.  I

10   don't -- I think it's services.  I don't know what

11   the S stands for.  But, essentially, it is a

12   whole movement, a whole curriculum that really

13   supports positive behaviors in the school setting.

14        Q    Do you know approximately what percentage

15   of the schools that Aspire serves are participating

16   in PBIS?

17        A    One entire school district, which

18   consists of, I think, five schools, and then there

19   are -- I know -- there's one other school that I know

20   of that is engaged in PBIS, and then I'm not sure of

21   the rest.

22             So all of Lee County School System

23   engages in PBIS, all their schools do, and we are in

24   all of the Lee County schools as Apex providers.  And

25   then Lake Park Elementary School in Dougherty County



1   also utilized PBIS, and we are an Apex school

2   provider there, as well.

3        Q    What is your understanding of the PBIS

4   tier system?  Do you know that there are multiple

5   tiers?

6        A    I'm not as familiar with that, no.

7        Q    Do Aspire's staff play a role in

8   supporting the schools in their kind of tiered

9   process?

10       A    Yes.  Yes.  And if I -- if I understand

11  you correctly, I think the tiered system is really

12  based on the level of need that a child has and, yes,

13  we are a part of that.  We come in when it's

14  identified that a child could benefit from additional

15  services around potential mental health or behavioral

16  issues.

17       Q    Do you ever communicate with a school

18  PBIS team?

19       A    My staff do.  I do not, but, yes, my Apex

20  coordinator is -- I believe she's -- I know she's a

21  part of the Lee County team, so she attends those

22  meetings.

23       Q    That's Hollis Smith?

24       A    Yes.

25       Q    Thank you.  What are the benefits of



1   school-based mental health services that are provided

2   through the Apex program?

3        A     The benefits to schools that are

4   partnered with Apex school-based includes

5   school-based services offering, include behavioral

6   health assessments, individual therapy, family

7   therapy, community support individual, and then, of

8   course, access to our physician and medication

9   management.  There are also offerings of trainings,

10  any specialized trainings that the school feels that

11  they need.

12            Also, you know, we can offer some

13  resources to the schools that are mental health

14  related.  So in one school we had created a sensory

15  room where anyone in school could access at any time.

16  In other schools we've provided, you know, emotional

17  and behavioral, you know, books around like grief or

18  around managing your mental health.  Those kinds of

19  things.  In one school we had gotten some pedal desks

20  for children who have ADHD or who have anxiety and so

21  movement for them was helpful.  Those were all some

22  things that we've been able to support schools with.

23       Q     And if we're thinking more broadly or

24  maybe at kind of a higher level in terms of those

25  benefits, in terms of the positive outcomes, the



1   positive impacts, what would you say some of those

2   benefits are?

3        A     So some of the measures that we have been

4   able to track with children who are enrolled in Apex

5   schools is an improvement in grades, a decrease in

6   out-of-school suspensions and in-school suspensions,

7   a decrease in truancy and just an overall increase in

8   mental health stability.  You know, we've even had

9   children to indicate, you know, that they feel like

10  they have an increased ability to have connections

11  with their peers, those kinds of things.

12       Q     That's wonderful.  How difficult is it

13  for young people in Aspire's catchment area to access

14  mental health services if they do not receive those

15  services through Apex?

16       A     I don't believe, for our organization, it

17  is a -- as much of a challenge as it is in other --

18  maybe other counties.  We provide school-based

19  services even if we are not in an Apex school.  So we

20  still will be able to provide the clinical and the

21  case management services there.

22            And our organization is -- also has a

23  physical location in every county that we serve,

24  whereas some of the other community service boards do

25  not have a physical outpatient clinic in every



1  county.  We do that.  In a couple of our counties we

2  share a location with the health department, but we

3  are in every county that we serve.

4        Q     You were just mentioning that you feel

5  like maybe Aspire might be able to serve young people

6  even if not through the Apex program --

7        A     Right.

8        Q     -- but that maybe other CSBs might not be

9  able to do the same?

10        A     Right.

11        Q     Can you tell me a little bit more about

12  why it is that maybe they might have a harder time?

13        A     Right.  I -- I think, really, it was a

14  goal of mine when we -- when I moved into the role,

15  that access to care should, you know, be minimized --

16  the barriers, a minimal barrier.  And so I have

17  worked really hard to find ways that children and

18  their families can access care with us.

19              And I had noted that transportation in

20  our rural community seems to be a real challenge.  We

21  only have one public transit system in all of the

22  eight counties that we serve.  So it was just a

23  priority of mine, and also of the CEO's, that we

24  reduce those barriers.  And so, like I said, before

25  we even -- before I even knew what Apex was, I was



 1  providing school-based services and the clinicians

 2  under me were, as well.  The case managers were also

 3  in the schools.  So I was already working on those

 4  partnerships.

 5          I can't speak to the other CSBs in terms

 6  of, you know, for them, you know, what their barriers

 7  may be.  I'm just speaking for us.

 8      Q    What were some of the ways that you

 9  leveraged partnerships and resources to overcome some

10  of the potential barriers to providing services?

11      A    So I was very focused on building

12  relationships with our school partners, you know,

13  spending time getting to know them and letting them

14  know what our services were and how we could help

15  them and support them.  And so it was development of

16  those relationships, I think, that kind of opened the

17  door even more when Apex wasn't offering, to be able

18  going to into schools.

19          And then every year that we offered Apex,

20  I worked to really maximize how we went in a school,

21  why we would go into that school, to make sure that

22  we were utilizing those funds as best as, you know,

23  we could.  And then, when offered the opportunity for

24  expansion, to expand in as many schools as we could.

25      Q    How would Aspire utilize or benefit from



1  further expansion of Apex so that it could serve

2  potentially even more students?

3      A    I think one of the ways would be to -- to

4  be able to have a moderate case load.  Sometimes

5  staff do have to serve a couple of schools, you know,

6  in order to -- you know, to be able to -- in order to

7  be able to bring in revenue, in order to -- I mean,

8  really, because at the end of the day we are a

9  business.  So I think being able to have, you know,

10 more capacity, for one staff person to be -- you

11 know, more staff, more capacity, you know.  But I

12 feel like our agency does a really good job with the

13 staff and the capacity that we have.

14     Q    We've talked about how Aspire has a

15 contract with DBHDD for its Apex program.

16     A    Yes.

17     Q    Do you recall when Aspire first entered

18 into a contract?

19     A    I believe the first year was 2015.

20     Q    Okay.

21         MS. ADAMS:  Actually, yes, let's go

22     off the record.

23         THE WITNESS:  You're fine.

24         THE VIDEOGRAPHER:  The time is

25     1:39 p.m. we're going off the record.



```
 1                    (Brief pause.)
 2              THE VIDEOGRAPHER:  The time is
 3        1:46 p.m.  We are back on the record.
 4              MS. ADAMS:  Sorry.  I forgot to
 5        ask.  Melanie, are you back?
 6              MS. JOHNSON:  I am back.
 7              MS. ADAMS:  Okay.  Great.
 8              MS. COHEN:  Are you miked up?
 9              THE WITNESS:  I am, yes.
10              MS. ADAMS:  I'd like to ask the
11        court reporter to mark this next document
12        as Exhibit 784.
13              (Plaintiff's (Oosterveen)
14        Deposition Exhibit No. 784 was marked for
15        the record.)
16   BY MS. ADAMS:
17        Q    You have been handed what has been marked
18   Plaintiff's Exhibit 784.  This is a copy of the
19   fiscal year 2022 Apex contract between DBHDD and
20   Aspire.  Aspire produced this document to the United
21   States in response to a subpoena.  The internal
22   temporary reference that DOJ has assigned to this
23   document is R0078853.  The document is 30 pages long.
24              I'm not going to ask you about every
25   single page.  I will guide you so we'll look at
```



1    specific pages.

2         A     Okay.

3         Q     But you can certainly take a moment to

4    review and let me know when you're finished.

5         A     Okay.

6         Q     Are you familiar with this document?

7         A     Yes.

8         Q     Is Aspire operating under a more current

9    contract than the one that we are looking at?

10        A     No.

11        Q     Does Aspire renew its contract for Apex

12   every year?

13        A     Yes.

14        Q     Let's turn to the fifteenth page.  The

15   bottom half of that page has the heading Section 2,

16   Special Terms and Conditions.  Do you see that page?

17        A     Yes.

18        Q     Underneath that heading is Paragraph

19   Number 201, Department and Contractor Agreements.  Do

20   you see that?

21        A     Yes.

22        Q     A bit further down the page there is a

23   provision labeled A.  Do you see that?

24        A     Yes.

25        Q     Provision A states:  The contractor



1   agrees that the deliverables approved by the

2   Department is by reference made a part of this

3   contract and is attached hereto as Annex B.

4           Do you see that?

5       A    Yes.

6       Q    Let's look at Annex B, which is on the

7   twenty-second page.  On that page, there is a heading

8   Georgia Apex Program Deliverables, correct?

9       A    Yes.

10      Q    Looking at the second paragraph, the

11  second sentence of that paragraph states:  Mental

12  health concerns such as

13  attention-deficit/hyperactivity disorder, anxiety,

14  depression and family difficulties are -- often are

15  the root causes of poor academic performance,

16  disciplinary matters and school absenteeism and

17  truancy.  Research shows that emotional behavioral

18  concerns present significant barriers to learning and

19  academic achievement.

20          Did I read that correctly?

21      A    Yes.

22      Q    The last sentence of that paragraph

23  states:  This same research shows that mental health

24  interventions are effective and can significantly

25  improve academic performance scores.



1              Did I read that correctly?

2       A     Yes.

3       Q     Are you familiar with the findings like

4  the one I just read?

5       A     Yes.

6       Q     Do you agree with these findings?

7       A     Yes.

8       Q     Let's look at the last full paragraph at

9  the bottom of the page.  The second clause of the

10  first sentence of that paragraph states:  DBHDD aims

11  to support the creation of statewide infrastructure

12  for school-based mental health programming.

13              Is that right?

14       A     Yes.

15       Q     Is the statement that I just read

16  consistent with your understanding of DBHDD's

17  intentions?

18       A     Yes.

19       Q     Below that paragraph there are three Apex

20  program goals listed.  The goals are to:  One,

21  provide for early detection of children and

22  adolescent mental health needs; two, increase access

23  to mental health services for children and youth;

24  and, three, increase coordination between community

25  mental health providers and their local schools and



1  school districts.  The hoped-for result will include

2  a reduction of children and youth in Georgia with

3  unmet mental health needs, fewer discipline referrals

4  and increased academic performance among the children

5  and youth who receive this school-based mental health

6  services -- excuse me -- service.

7            Is that correct?

8       A    Yes.

9       Q    Do you believe that these three goals are

10  obtainable through the Apex program?

11       A    Yes.

12       Q    Does Apex need or would Apex benefit from

13  any additional support or resources to ensure that

14  these three goals are achieved?

15       A    Yes.

16       Q    What additional support or resources

17  would Aspire benefit from?

18       A    Additional funding and, potentially,

19  having some input in some of the responsibilities or

20  deliverables.

21       Q    When you say potentially having some

22  input in the responsibilities or deliverables, can

23  you share more about what you mean by that?

24       A    Some of the deliverables that were

25  expected of the Apex staff or the providers can



1  become cumbersome and can sometimes but barriers in

2  place of the organization and the staff being able to

3  adequately provide care for the youth and their

4  families.

5       Q    Are there any specific examples that you

6  have in mind?

7       A    The 40 percent floor level time that's

8  dedicated to billable and direct services, that has

9  been a challenge to some of our staff, yes.

10      Q    How has that been challenging?

11      A    Because a great deal of the services that

12 we provide to youth and their families is considered

13 non-billable.

14      Q    Is the State the entity that determines

15 what services are billable versus non-billable?

16      A    Yes, and it's outlined here in the

17 contract.

18      Q    Are there any particular factors that

19 could make it difficult for Aspire to achieve the

20 three goals that are outlined in the report?

21      A    Not beyond what I just shared.

22      Q    And I apologize, I meant are there any --

23 are there any factors that would make it difficult

24 for Aspire to achieve the goals outlined in the

25 contract?  I said report.



1              Do you believe that school-based mental

2    health services like Apex are critical to the

3    improvement of outcomes for children with mental

4    health needs?

5        A    Yes.

6        Q    Do you believe that school-based mental

7    health services like Apex are critical to reducing

8    students discipline referrals?

9        A    Yes.

10       Q    Does Aspire collect discipline referral

11   data?

12       A    Yes.

13       Q    How does Aspire do that?

14       A    Through the report that is in the back of

15   the contract.  There's a number of data elements that

16   we are expected to collect.  We actually were already

17   collecting that information prior to Apex because we

18   wanted to be able to demonstrate, you know, that the

19   services were effective, and one of those is

20   disciplinary referrals.

21       Q    What does Aspire do with that data?

22       A    We -- we collect it internally so that we

23   can share that information to our executive

24   leadership team, to our board members, also to -- in

25   community meetings, just to demonstrate that the



 1  effectiveness of the services that we're providing.

 2  And then with we also send that report in to DBHDD.

 3       Q     We touched on this a little bit, but can

 4  you remind me again why collecting student discipline

 5  referral data is important?

 6       A     It's important because it shows evidence

 7  to Apex school-based services being an effective

 8  outcome for children with mental health challenges.

 9       Q     Are there any other reasons why the data

10  is important?

11       A     It has helped us to pursue other funding,

12  to -- also to be able to share with other school

13  administrative staff in other districts to show them,

14  you know, the ways that school-based services has

15  been effective, really to kind of get them on board

16  with our ability to come into their schools.

17       Q     Do you believe that school-based mental

18  health services like Apex are critical do improving

19  students' academic performance?

20       A     Yes.

21       Q     Let's turn to Page 23 of the contract.

22  There is a heading Community Provider

23  Responsibilities and Deliverables, Updated for Fiscal

24  Year 2022.  Do you see that?

25       A     Yes.



1      Q     The first responsibility listed below the

2   heading states:  Georgia Apex program funds are

3   designed to provide infrastructure seed funding to

4   cover expenses that providers cannot bill as

5   providers establish and grow their school-based

6   mental health programs.

7            Is that correct?

8      A     Yes.

9      Q     Is Aspire engaged in any infrastructure

10  or seed projects that cannot be billed through

11  alternative funding streams?

12     A     Can you just explain that question?

13     Q     Sure.  So looking at this first

14  responsibility, I see that there are these particular

15  funds that are designed to provide infrastructure

16  seed funding.

17     A     Yes.

18     Q     So I'm wondering what, if any, activities

19  Aspire is engaged in that would benefit from this

20  infrastructure seed funding.

21     A     We are engaged in them, yes.  Yes.

22     Q     And are there any particular programs or

23  projects that you can talk about?

24     A     Apex has been one of them.  The Mental

25  Health Clubhouse was one, as well.  And I'm trying to



1  think of other seed funding.  That's all I'm aware of

2  right now.

3      Q    Are there any infrastructure or seed

4  programs that Aspire would like to implement but is

5  not able to?

6      A    Not currently.

7      Q    Are there any of those types of projects

8  in the past that Aspire wasn't able to implement when

9  it wanted to?

10     A    Around youth and families, not that I'm

11  aware of.  I think we are in -- I think we provide a

12  spectrum of care pretty well, yeah.

13     Q    The next paragraph contains the second

14  responsibility which is:  To expand current

15  school-based mental health services or initiate

16  school-based mental health services among targeted

17  local schools within respective service area.

18          Do you see that?

19     A    Yes.

20     Q    Has Aspire been able to expand its

21  service -- excuse me.

22          Has Aspire been able to expand its

23  services to additional schools within its service

24  area?

25     A    Yes.



1        Q      Did it do so through Apex 2.0 and Apex

2    3.0?

3        A      Yes.

4        Q      Are there particular additional schools

5    that you recall Aspire expanding its services to?

6        A      Through Apex 2.0 and 3.0?  Yes, and that

7    is right here on your list.  So Apex 1.0 was 2015 and

8    '16.  I believe 2017 is 2.0 and I -- and 2018 is 2.0,

9    I think, and 2019, and then I believe '20, '21 and

10   '22 is 3.0.

11       Q      Okay.

12              MS. COHEN:  You're referring to

13          Exhibit 782?

14              THE WITNESS:  Yes, '81.

15              MS. COHEN:  '81.  Excuse me.

16              THE WITNESS:  Yes.

17   BY MS. ADAMS:

18       Q      So looking at Exhibit 781, the schools

19   that were a part of Apex 1.0 were the schools under

20   2015, 2016, and the Apex 2.0 schools were between

21   2017 and 2019?

22       A      I believe so.

23       Q      And then the Apex 3.0 schools were the

24   '20, '21, 2022 schools?

25       A      I believe so, yes.



1    Q    Thank you.  The next paragraph contains

2  the third responsibility, which states:  Targeted

3  schools will be selected based on factors including,

4  but not limited to, Title I status, attendance data,

5  CCRPI score, PBIS status, and School Climate Star

6  Rating.

7            Is that right?

8    A    Yes.

9    Q    What is the CCRPI score?

10    A    I believe that is the school -- kind

11  of -- scoring, but I'm not familiar with anything

12  more than that.  My Apex coordinator would know much

13  more of that.

14    Q    Does Aspire consider any factors other

15  than the factors listed in this paragraph?

16    A    Yes.  We consider also the school's

17  desire to have a partnership with us because that

18  indicates that we will have a strong partnership and

19  collaboration, and also the number of referrals that

20  we receive from that school.

21    Q    How does the number of referrals received

22  from a school impact the decision to target that

23  school?

24    A    For us, historically, that has indicated

25  level of engagement in the school with mental health



1   services as a whole.  So when we do not get any

2   referrals or very few referrals, traditionally it has

3   demonstrated a real difficult time continuing to get

4   referrals from that school, which also goes back to

5   school partnership and collaboration.

6        Q     Are there any other factors that you --

7   that Aspire considers?

8        A     Not in addition to these.

9        Q     Are there any factors in this paragraph

10  or the two additional factors that you mentioned that

11  Aspire considers more important or given more weight

12  in deciding which schools to partner with?

13       A     We really do look at the School Climate

14  Star Rating.  We look at their -- of course we look

15  at their Title I status.  Really, I mean, just to

16  kind of sum it up, we look at a school's need, you

17  know, and, for us, all of those things are in

18  alignment oftentimes.  You know, you have a lower

19  attendance rating generally from the students.  You

20  know, it's just the culture of the school.  It really

21  is struggling, yeah.

22       Q     Does a school's data in terms of their

23  disciplinary referrals impact whether Aspire is more

24  likely to target them for partnership?

25       A     That's not necessarily information that



 1   we have access to prior going into a school.  It

 2   certainly impacts how we serve the school in terms of

 3   really trying to work with the staff around some

 4   different interventions and different ways of, you

 5   know, managing a child, but it hasn't necessarily

 6   been a determining factor for entering a school.

 7        Q     If you -- if Aspire had more access to a

 8   school's behavior referral data when considering

 9   whether to target that school, would that be

10   something that Aspire would consider?

11        A     Sure.  Sure.

12        Q     Why would that be helpful for Aspire in

13   its decision making?

14        A     Because it let's us know that, you know,

15   there are certainly children who, you know, have the

16   potential for some mental health diagnoses and some

17   need for some support and services.  And, also, the

18   offering of some trainings to the staff around

19   understanding trauma and ACEs, which adverse

20   childhood experiences, and teaching, you know, the

21   staff around more positive interventions.

22        Q     Is there any other data or information

23   that would improve Aspire's ability to identify which

24   schools it partners with?

25        A     Not that I am aware of.



1      Q    The next paragraph contains the fourth

2   responsibility, and this is something that you

3   already raised earlier.

4      A    Right.

5      Q    It states:  As a best practice, there is

6   a 40 percent floor level of time is dedicated to

7   billable direct services.  These include behavioral

8   health assessments, diagnostic assessment, crisis

9   intervention, psychiatric treatment, community

10  supports and individual services, individual

11  outpatient therapy, group outpatient therapy, family

12  outpatient therapy and other.

13          Is that right?

14     A    Yes.

15     Q    You mentioned that this particular

16  responsibility can be a challenge for some of your

17  staff.  Can you tell me a bit more about how this

18  particular responsibility impacts Aspire's work and

19  its staff's capacity?

20     A    Sure.  One, like I mentioned previously,

21  there's a large number of what would be considered

22  non-billable services that a clinician or a case

23  manager would need to be engaged in, and that's

24  including, you know, meeting with and interacting

25  with school staff.  It includes providing, you know,



 1   resources or tools.  It also means maybe spending an

 2   additional amount of time that's not billable with

 3   the student or with their family members.

 4          It's a complex formula -- it really is a

 5   complex formula to -- to make Apex services work.

 6   And that includes everything from having to negotiate

 7   around a student's academic and non-academic

 8   schedule, to how long to bill for a child, to

 9   offering multiple services in one day to a child.  I

10   mean, it's a very complex process that you have to

11   really think through for it to be successful.

12      Q     This paragraph lists a number of direct

13   services.  Are any of these services particularly

14   beneficial to students in Apex?

15      A     Yes.

16      Q     Are there any in particular or would you

17   say all of them are equally beneficial?

18      A     Well, the -- the individual therapy is

19   very beneficial, group outpatient therapy is very

20   beneficial, family outpatient therapy and the

21   community supports individual, those -- and crisis

22   intervention, those, to me, are the most important to

23   take place in the school-based setting.

24          The behavioral health assessment is a

25   means to an end.  It's really a matter of initiating



1   those services in a formality.

2            And the diagnostic assessment,

3   psychiatric treatment could be beneficial.  It's just

4   not something that we offer in the schools because

5   it's another very complicated process of getting a

6   physician's time lined up with every single child.

7   It's -- so we do that in clinic.

8        Q    I see.  Okay.  Are all of the services

9   listed either evidence based or evidence informed?

10       A    Yes.

11       Q    What kind are of training have Aspire

12   staff had with respect to each of these services

13   listed?

14       A    So each of the respective staff who

15   function in those roles would have a formalized --

16   well, they would either have a formalized education

17   whereby they would receive the training and education

18   that they need, in addition to agency-specific

19   trainings to enhance their specialization, and then

20   also receive trainings from DBHDD or a DBHDD related

21   organization around that particular program itself.

22            And -- and then if there are, like, other

23   specializations, like play therapy specializations,

24   they would have those as well.  Some of them do.

25       Q    I have a similar question about this that



1    I asked before.

2              Has Aspire used any particular curriculum

3    for any of these particular services?

4         A    So we integrate the trauma-informed

5    therapies and practices in these the services.  The

6    cognitive behavioral therapy, the trauma-focused,

7    cognitive behavioral therapy, play therapy.  I do

8    have some staff who have taken some trainings around

9    dialectical behavior therapy, which is used sometimes

10   with children.  The CTR that I referenced earlier.

11             And then, with our community supports, we

12   have a training that we have put together for those

13   staff to know how to provide those services, as well.

14        Q    Does Aspire use any manuals that are

15   specific to any of these services or any of the

16   particular treatments?

17        A    No manuals.

18        Q    The next paragraph contains the fifth

19   responsibility and that states:  As a best practice,

20   there is a -- excuse me -- as a best practice,

21   approximately 30 percent of time is dedicated to

22   non-billable services such as prevention, education

23   and early intervention services.  These include, but

24   are not limited to, faculty consultation, student

25   services team staffing, support groups for students,



1  parent education, staff meetings and in-service

2  trainings.

3          Is that correct?

4      A     Yes.

5      Q     We've talked a bit already about the

6  types of non-billable services that Aspire provides.

7          Can you tell me, are there any particular

8  services in this paragraph that are particularly

9  beneficial to Apex students?

10     A     Yes.  Faculty consultation is extremely

11 beneficial.  The student services team staffing are

12 very beneficial.  Support groups, certainly.  And

13 then the parent education and in-service training.

14 So really all of them, honestly, but particularly the

15 faculty consultation and the team staffings.

16     Q     Can you explain what faculty consultation

17 involves?

18     A     So that would be interactions with either

19 the teacher or the paraprofessional or the school

20 counselor around specific interventions or discussion

21 that will benefit the student and their family.

22     Q     What training do staff members at Aspire

23 receive in order to provide faculty consultation?

24     A     Nothing outside of the trainings that I

25 previously discussed with you.



1      Q      What is involved in team staffing -- or

2   excuse me -- student services team staffing?

3      A      So that would be similar to like an IEP

4   meeting or a behavioral -- behavioral plan meeting.

5   And that would be when the teachers and the school

6   counselor, potentially the school social worker or

7   system social worker, principal and the behavioral

8   health provider at the table, and family members of

9   course.  That would include the family.

10      Q      Does Aspire offer all of the non-billable

11   services listed in this paragraph to each of the

12   schools that it partners with?

13      A      Yes.

14      Q      Who at Aspire oversees the non-billable

15   services that are provided?

16      A      The Apex coordinator and then the

17   individual clinicians who are at each of the schools.

18   So the individual clinicians would be the ones to --

19   to initiate, and then they would have that dialogue

20   with the Apex coordinator about the outcomes.

21      Q      Is there anything that Aspire would

22   benefit from to help Aspire provide these

23   non-billable services?

24      A      I just think more ability -- you know, a

25   higher percentage of ability to provide those, you



1   know, higher than the 30 percent.

2        Q      The next paragraph contains the sixth

3   responsibility, which is:  To develop or expand

4   comprehensive intake referral and case management

5   processes.

6            Did I read that correctly?

7        A      Yes.

8        Q      Who at Aspire oversees this

9   responsibility?

10       A      I did initially, and then it's something

11  that I continue to review with the current Apex

12  coordinator and her direct supervisor, the youth

13  services coordinator.

14       Q      How does Aspire fulfill this particular

15  responsibility?

16       A      We already had some standardized

17  assessment processes that were in place, the intake

18  procedures that were in place.  We looked at how to

19  make it practical in the school setting.  So we

20  adapted those processes somewhat.  We also discussed,

21  you know, it with the schools to just make sure that

22  they were comfortable with the processes.

23            And initially, like with the referral

24  processes and the case management processes, that was

25  all with the school's feedback in terms of what their



1   preferences are.  Like who's going to be the one to

2   submit the referrals, when a child can be pulled for

3   services, what their comfort level was with -- with

4   that.

5              So in the beginning, for Aspire, the

6   school's highly engaged in what those processes look

7   like.

8        Q    Moving to the eighth paragraph, which

9   states:  Ensure mental health services should be

10  offered year round, including a summer program, so

11  there is no disruption in services.

12             Did I read that correctly?

13       A    Yes.

14       Q    Who at Aspire oversees this

15  responsibility?

16       A    The Apex coordinator, Hollis Smith.

17       Q    Is there anything that Aspire would

18  benefit from so that it could fulfill this

19  responsibility even more effectively?

20       A    I don't think so, no.

21       Q    In the ninth paragraph, the

22  responsibility is:  Obtain and maintain commitment by

23  the school leadership to support school-based mental

24  health services.

25             Is that right?



1      A      Yes.

2      Q      Who at Aspire oversees this

3  responsibility?

4      A      The Apex coordinator.

5      Q      And how does Aspire fulfill that

6  responsibility?

7      A      The way that we obtain commitment

8  initially is by setting up an introductory meeting

9  with the school administrative staff and then kind of

10  orienting them to what Apex school-based services are

11  and then getting a formalized MOU in place.  And then

12  we would orient the entire school staff and faculty

13  and then we would begin implementation of the

14  services.

15      Q      Is there anything that could help improve

16  Aspire's ability to fulfill this responsibility?

17      A      No.

18      Q      In Paragraph 11, the responsibility is:

19  Participate in all technical assistance opportunities

20  provided by the Georgia DBHDD Office of Children,

21  Young Adults and Families.

22             Correct?

23      A      Yes.

24      Q      What technical assistance opportunities

25  does the Office of Children, Young Adults and



1   Families offer Aspire?

2        A    They offer collaborative calls.  And I

3   can't recall -- they either take place quarterly or

4   monthly.  I am no longer on those calls, but the Apex

5   coordinator attends those calls.  And that is a time

6   when the program managers of Apex are on that call,

7   along with all of the other Apex providers in the

8   state of Georgia.  And, you know, there are, at

9   times, various trainings that are offered or

10  questions that are raised from the field, you know,

11  from other community service boards around barriers

12  and challenges.  It's just a time for that technical

13  assistance to take place.  Reviewing the programmatic

14  reporting and those kinds of things.

15       Q    Is there anything that would be helpful

16  for Aspire to be able to fulfill this responsibility

17  even more effectively?

18       A    No.

19       Q    The next paragraph, 12, states:

20  Participate in all evaluation activities as

21  facilitated by the DBHDD Office of Children, Young

22  Adults and Families.

23            What kinds of evaluation activities does

24  this office facilitate?

25       A    I believe this is in reference to the



 1  programmatic report that has to be completed on a
 2  monthly basis.
 3      Q     Who at Aspire oversees this
 4  responsibility?
 5      A     The individual clinicians complete the
 6  reports for their schools and then they submit them
 7  to Hollis.  Hollis then combines all of that data
 8  into the one report and sends it up on a monthly
 9  basis.
10      Q     Let's turn back to the very first page of
11  this document.  Do you see the heading Departmental
12  Administrative Information?
13      A     Yes.
14      Q     Underneath the heading are the words
15  Total Obligation, correct?
16      A     Yes.
17      Q     Does this contract establish a 234,144
18  total obligation for fiscal year 2022?
19      A     Yes.
20      Q     Let's turn to the sixteenth, page.  At
21  the top of the page, there is the heading Section 3,
22  Contract Payment Provisions.  Do you see that?
23      A     Yes.
24      Q     Do you see Paragraph Number 301,
25  Department Payment to Contractor?



1    A    Yes.

2    Q    That paragraph states:  The total

3 approved budget for this contract is $234,144.  The

4 Department will make payments to the contractor based

5 upon reimbursement for actual expenses incurred which

6 are within the approved budget.

7         Did I read that correctly?

8    A    Yes.

9    Q    Let's turn to the thirteenth page.

10 Toward the top of the page, there's the heading

11 Paragraph 136, Medicaid Reimbursable Services.  Do

12 you see that?

13    A    Yes.

14    Q    That paragraph states:  The contractor

15 agrees to comply fully with the Medicaid Policy and

16 Procedure -- and Procedures Manual and the DBHDD

17 Provider Manuals governing the categories of service

18 in which the contractor has been certified to

19 provide.  The contractor agrees to fully comply with

20 the terms and services -- excuse me -- with the terms

21 and conditions set forth in Annex A.

22         Is that correct?

23    A    Yes.

24    Q    Let turn to Page 21, which is the first

25 page of Annex A.  Do you see that first page?



1        A        Yes.

2        Q        Towards the middle of the page there is a

3    sentence that begins with Therefore.  Do you see

4    that?

5        A        Yes.

6        Q        That sentence states:  Therefore, the

7    above-named provider does hereby agree as follows.

8              Did I read that correctly?

9        A        Yes.

10        Q        And then there is a list of provisions

11    labeled A through J below that sentence, right?

12        A        Yes.

13        Q        Toward the bottom of the page, Provision

14    H states:  Assure that a claim is submitted for all

15    services eligible for reimbursement.

16              Correct?

17        A        Yes.

18        Q        Below that, Provision I states:  Assure

19    that claims are reimbursed and that rejected claims

20    are pursued until resolution or final determination.

21              Correct?

22        A        Yes.

23        Q        Turning back to Page 16, do you see

24    Paragraph Number 304, Programmatic Report?

25        A        Yes.



1          Q      The paragraph states:  The contractor

2    agrees to submit a monthly programmatic performance

3    statistical report not later than the tenth working

4    day after the end of each month during the term of

5    this contract.

6                 Is that correct?

7          A      Yes.

8          Q      And, later on, that paragraph states that

9    the report form to be used is attached as Annex D,

10   correct?

11         A      Yes.

12         Q      We talked about how Hollis Smith submits

13   these monthly reports, correct?

14         A      Yes.

15         Q      Do you serve any role in preparing or

16   submitting these reports?

17         A      No.

18         Q      Have you ever served a role in preparing

19   or submitting these reports?

20         A      When Apex 1 was first initiated, yes.

21         Q      Let's turn to Annex D, which is on Page

22   26.  This page contains the heading Office of

23   Children, Young Adults and Families, Georgia Apex

24   Programmatic Report, correct?

25         A      Yes.



LISA OOSTERVEEN                                    February 23, 2023
UNITED STATES vs STATE OF GEORGIA                              170

1       Q     Does Aspire submit this form to DBHDD on

2   a monthly basis?

3       A     Yes.

4       Q     Does Aspire submit to DBHDD any other

5   monthly reports than this one?

6       A     I'm not sure.

7       Q     I believe about maybe 30 minutes ago we

8   were talking about the monthly reports that Aspire

9   submits, and one of the things that we were talking

10  about was data around behavioral referrals?

11      A     Uh-huh.

12      Q     And I think we had been talking about

13  whether Aspire submitted any behavioral referral data

14  to DBHDD.  Let's take a look at this entire annex,

15  and can you let me know if you see any place in the

16  form that requests behavior referral data?

17      A     I don't see that, which is what makes me

18  raise the question if there's additional information

19  that I -- I do believe that Hollis submits additional

20  information than just this reporting.  I would just

21  have to verify that with her.

22      Q     Okay.

23      A     Because the data that we discuss her

24  having to submit is pretty intensive, so much more

25  than this.  So I can't confirm currently that this is



1    the only report.

2        Q    But to confirm, you do not see anywhere

3    in this document --

4        A    No.

5        Q    -- any request for behavioral referral

6    information?

7        A    That's right.

8        Q    Do you see anything in this annex that

9    requests information about the percentage of students

10   who are receiving a higher level of care?

11       A    No.

12            MS. ADAMS:  I'm going to ask the

13       court reporter to mark this next exhibit

14       as Plaintiff's' Exhibit 785.

15            (Plaintiff's (Oosterveen)

16       Deposition Exhibit No. 785 was marked for

17       the record -- withdrawn.)

18   BY MS. ADAMS:

19       Q    You have been handed what's been marked

20   Plaintiff's Exhibit 785.

21            This is a copy of an e-mail from Nicole

22   Wasdin to Layla Fitzgerald and copying Lisa Spears.

23   The e-mail is dated October 23rd, 2017.  The subject

24   is Aspire Apex Program.  The bottom of the first page

25   is stamped GA03130008.



LISA OOSTERVEEN                                    February 23, 2023
UNITED STATES vs STATE OF GEORGIA                             172

1               There are numerous attachments to this

2    e-mail, but for now we will just focus on the e-mail

3    itself.

4          A     Yes.

5          Q     I am not going to ask you about every

6    single one of these pages.

7          A     Sure.

8          Q     You can take a moment to review and let

9    me know when you're ready.

10         A     Okay.

11         Q     Are you familiar with this e-mail?

12         A     Vaguely.

13         Q     Do you have any reason to doubt that

14   Ms. Wasdin e-mailed Ms. Fitzgerald and copied you?

15         A     No.

16         Q     Who is Ms. Wasdin?

17         A     She was the current Apex coordinator at

18   the time.

19         Q     Does she still work at Aspire?

20         A     She does not.

21         Q     And does Hollis Smith fill her position?

22         A     Yes.

23         Q     What was your professional relationship

24   with Ms. Wasdin at the time?

25         A     I was her direct supervisor.



LISA OOSTERVEEN                                        February 23, 2023
UNITED STATES vs STATE OF GEORGIA                                   173

1      Q     Did Ms. Wasdin copy you on other e-mails
2   that she sent to DBHDD?
3      A     Yes.
4      Q     Why did she do that?
5      A     As a proper chain of command, making sure
6   that I was informed of her communications.
7      Q     Who was Layla Fitzgerald?
8      A     She was the program -- she is the program
9   director for -- she oversees Apex.
10     Q     Did she oversee Apex at the time of this
11  e-mail?
12     A     I believe so.
13     Q     What was your professional relationship
14  with Ms. Fitzgerald at the time?
15     A     I interacted with her in the same manner
16  that Nicole did.
17     Q     In the e-mail, Ms. Wasdin writes:  Hi
18  Layla.  Hopefully this is a good start to the
19  information you were asking for.  The attachments
20  above, explained below, are specific to Apex and how
21  we have chosen to develop the program.  There is also
22  a list of schools that we are currently providing
23  services in that are not covered under Apex funding.
24           Is that correct?
25     A     Yes.



1        Q     Do you remember the information that

2   Ms. Fitzgerald was asking for that prompted

3   Ms. Wasdin to send this e-mail?

4        A     I do not.

5        Q     Looking at the list of schools Ms. Wasdin

6   provided, at the top of the third page of this

7   document, Ms. Wasdin wrote:  GNETS Oak tree located

8   in Early County --

9              I'm sorry, I want to make sure you can

10  see.  So I'm talking about the third page of this

11  packet.

12             MS. SHEPPARD:  They are Bates

13        stamped at the bottom, if you want --

14             THE WITNESS:  I see it.  I see it.

15  BY MS. ADAMS:

16       Q     And that page number is Bates stamped

17  GA03130010?

18       A     Yes.

19       Q     At the top of that third page, Ms. Wasdin

20  wrote:  GNET's Oak Tree located in Early County but

21  comprised of Early, Miller and Calhoun students.

22             Is that right?

23       A     Yes.

24       Q     Why were Aspire's services at Oak Tree

25  GNETS not covered under Apex funding?



1        A    At that time, I'm not sure.  I'm not sure

2    why they were not provided at that time.  I know we

3    did serve the children in the schools.

4        Q    But you just were not providing the

5    services through the Apex program?

6        A    Right.  I'm looking to see -- that would

7    have been -- Oak Tree would have been middle -- would

8    have been -- that one would have been Merry Acres.

9    I'm looking to see if we had become Apex schools with

10   them yet.  We went into Merry Acres as an Apex school

11   in 2021.

12       Q    Okay.

13            MS. LEVERT:  I'm sorry to

14       interrupt, but the exhibit that you're

15       looking at, was that one previously

16       marked, Crystal?

17            MS. COHEN:  Yes, Sandra, it was.

18            MS. LEVERT:  We don't readmit the

19       same exhibit because it throws off our

20       tracking system.  You just would -- I

21       would just include it in your documents,

22       but you don't readmit it as a new

23       exhibit.  So can we change that on the

24       record, please?

25            MS. ADAMS:  Yes, I'm sorry, Sandra.



1    I had known that but I just forgot to

2    flag that for myself.  I apologize.

3          MS. LEVERT:  Thank you.

4          MS. ADAMS:  So, I apologize.  That

5    exhibit that we're looking at now should

6    not be marked Exhibit 785.  That exhibit

7    was actually previously marked Exhibit

8    182.  I apologize for that.

9          Thank you so much for jumping in,

10   Sandra.

11         (Previously marked Plaintiff's

12   Exhibit No. 182 was identified for the

13   record.)

14   BY MS. ADAMS:

15   Q     Do you recall what funding source Aspire

16   relied on to serve Oak Tree GNETS during that time?

17   A     Any non-Apex schools we either funded

18   through payment through our Medicaid, you know,

19   billable services or through another grant that we

20   had, which was called the System of Care grant.  So

21   either -- it was both, actually.

22         So if we wanted to provide a training in

23   a school that was non-Apex, we would use the System

24   of Care funds, otherwise we would directly bill the

25   services to that child's insurance.  That's how we



1  continue to operate now.

2       Q    Excuse me.  Ms. Wazden's e-mail included

3  the phrase -- on the first page, going back to the

4  first page -- how we have chosen to develop the

5  program.

6            In what ways did Aspire have autonomy in

7  developing its Apex program?

8       A    We had autonomy in that we knew our

9  school, our school systems, and the culture of each

10  county that we served.  And so we had that autonomy

11  to determine, you know, the best pathways to be able

12  to enter into a school, which schools we knew we

13  already had a good standing relationship with,

14  therefore better outcomes in terms of referrals and

15  students being able to be served.

16       Q    Are there any other ways that Aspire had

17  autonomy in developing its program?

18       A    Well, we were the first ones to develop a

19  summer program.  That was something that had not been

20  done previously.  It was not something that was

21  originally in the contract until DBHDD learned that

22  we were providing a summer camp, and so then it was

23  added to the contract after the fact.  Also,

24  implementation of the PBIS curriculums in how we

25  interacted with the schools, that was something that

1   we had autonomy to do.  And I'm trying to think of

2   other ways.

3          It really became the situation where

4   DBHDD looked to us in how we were structuring our

5   Apex program to dictate in the future how they asked

6   other community service boards to do the same in

7   their deliverables.

8      Q    Looking at the list of attachments to

9   this e-mail on this first page in the actual e-mail

10  itself?

11     A    Yes.

12     Q    Do you see the attachment labeled Aspire

13  Apex School-Wide Data 2016, 2017?

14     A    I'm looking for it.

15     Q    It's the first attachment listed in the

16  e-mail attachments.

17     A    Yes.

18     Q    In a moment I am going show you that

19  attachment using the computer, and I'll ask you some

20  questions.

21     A    Okay.

22          (Previously marked Plaintiff's

23          Exhibit No. 183 was identified for the

24          record.)

25  BY MS. ADAMS:



1    Q    So this next exhibit is also one that has

2    been previously marked.  This was previously marked

3    Exhibit 183.  So I'm going to share my screen and

4    then I'm going to give you control in just a moment.

5    So you should now have control of the document on the

6    computer and we're just going to set you up so that

7    you can actually use the computer.

8              So, again, this is one of the attachments

9    to Ms. Wazden's October 23rd, 2017 e-mail to

10   Ms. Fitzgerald.  It is an Excel spreadsheet with the

11   file name Aspire Apex School-Wide Data --

12   A    Yes.

13   Q    -- 2016, 2017.  The -- this entire Excel

14   spreadsheet is stamped GA03130011.

15             So go ahead and familiarize yourself with

16   that and let me know when you're ready.

17   A    I'm familiar with it.

18   Q    Okay.  So am I correct that in the sheet

19   there are five tabs containing data for five

20   different schools, Lee County Elementary School, Lee

21   County Middle School East, Robert H. Harvey

22   Elementary School, Worth County Primary School, and

23   Worth County Elementary School?

24   A    Yes.

25   Q    Am I correct that each tab contains data



LISA OOSTERVEEN                                    February 23, 2023
UNITED STATES vs STATE OF GEORGIA                            180

1    for the 2015/2016 and 2016/2017 school years?

2         A      Yes.

3         Q      Does Aspire serve each of the schools in

4    this sheet?

5         A      Yes.

6         Q      Let's look at the second tab in the

7    sheet, which contains data for Lee County Middle

8    School East.

9         A      Okay.

10        Q      Toward the top of the sheet, there is a

11   heading Nine Weeks Comparison, correct?

12        A      Yes.

13        Q      Below the heading there are graphs

14   containing data about absences, behavior referrals

15   and grade point average, correct?

16        A      Yes.

17        Q      The first graph for each category

18   displays data for the first nine weeks of the

19   2015/2016 and 2016/2017 school years, correct?

20        A      Right.

21        Q      Then the second graph displays data for

22   the next nine weeks, the third graph displays data

23   for the nine weeks after that and the fourth graph

24   displays data for the final nine weeks of the two

25   school years, correct?



1        A    Yes.

2        Q    Looking at the behavior referral data on

3   the second tab, during the first nine weeks of the

4   2015/2016 school year, the school had an average of

5   1.41 referrals, correct?

6        A    Yes.

7        Q    In the first nine weeks of the 2016/2017

8   school year, the school had an average of .47

9   referrals, correct?

10       A    Yes.

11       Q    How did Aspire obtain the data in this

12  spreadsheet?

13       A    I believe we requested that data from the

14  school itself.

15       Q    Did each school -- I'm sorry.

16            How was this data relevant to Aspire's

17  Apex program?

18       A    It was data that we believed would

19  demonstrate positive outcomes to the services that we

20  were providing to the school.

21       Q    Why would this data be helpful in talking

22  about positive outcomes?

23       A    We wanted the school to be able to see

24  the impacts that our services were having for them in

25  that school individually, to the children



1   individually.  And then we wanted to use this data,

2   as well, to show other schools some of the positive

3   impacts that our services have provided, or at least

4   hypothesize that, you know, our services were

5   helpful.

6        Q    So, for example, in terms of behavior

7   referrals, you thought that this data could show that

8   Apex services were possibly having a positive impact

9   on reducing behavior referrals; is that right?

10       A    Right.  That's right.

11       Q    How could this data be useful to Aspire

12  in terms of identifying students who needed Aspire's

13  services?

14       A    Well, I think whenever the school, you

15  know, identified a child that had multiple behavioral

16  referrals, then that would certainly be, I think,

17  grounds for a referral.  You know, just depending on

18  what types of behaviors the child was exhibiting.  So

19  be able to identify students who were having multiple

20  behavioral referrals was a good way of supporting

21  them getting the services that they needed.

22       Q    Is it possible to disaggregate the data

23  that we see in this sheet by student, so on the

24  student level?

25       A    I am not sure.  I don't think so.



1     Q    I'm just going off of what you were

2   saying earlier in terms of how it could be helpful

3   when a school could identify if a student had several

4   behavior referrals.

5     A    Sure.

6     Q    Can you tell me more about --

7     A    I'm talking about, I think, from at the

8   beginning.  So if a -- if a student has multiple

9   behavior referrals and, you know, the school

10   counselor or the principal is aware of that, then

11   that would be an indicator that they could benefit

12   from our services.  At which point, then, they would

13   be referred and then we would be gathering

14   information about the number of referrals -- you

15   know, behavior referrals they had prior to and then

16   once they were engaged in services with us.

17         Does that make sense?

18     Q    Yes, it does.

19         So, in addition to this data that we see

20   in front of us, Aspire also is doing individualized

21   data tracking to see the change over time of students

22   and their behavior?

23     A    I don't know if we currently are.  I'm

24   not sure.

25     Q    If the data in front of us was



 1  disaggregated to identify more on a student level

 2  basis, would that be useful for Aspire to identify

 3  specific students who had behavioral needs?

 4       A    Yes.

 5       Q    Could the markers that are displayed in a

 6  disaggregated student level form in terms of behavior

 7  referrals, attendance, other types of data points,

 8  help a clinician at Aspire identify the specific

 9  supports that a student would benefit from?

10       A    Yes.

11       Q    Do you know whether Aspire still has --

12  excuse me.

13            Do you know whether Aspire still has

14  access to the type of data that is contained in this

15  sheet?

16       A    The -- no.  I don't think we do.

17       Q    Do you know why that is?

18       A    Are you talking about this particular

19  data or are you talking about data for the schools in

20  general?  I'm sorry.

21       Q    I'm wondering whether Aspire has the type

22  of data that is contained in this sheet for schools

23  currently.  So not -- I'm not talking about this

24  particular time period, but as of today --

25       A    Yes.



1          Q       -- do you have data specific to behavior
2     referrals over time?
3          A       I believe we are still collecting that
4     data, yes.
5          Q       And who is responsible for collecting and
6     maintaining the data?
7          A       Hollis Smith.
8          Q       Does she share that data with anyone
9     outside of Aspire?
10         A       She would share that data -- I believe
11    she's still collecting that data and submitting it to
12    DBHDD, but I would need to get confirmation on that.
13    And, again, this would be information that we share
14    with the school itself at -- you know, at the end of
15    the year, as well as in stakeholders meetings when
16    we're talking about Apex school-based services.  In
17    the same -- in the same vein that I talked about
18    previously.
19         Q       Do you know whether Aspire is currently
20    relying on this -- the current version of this data
21    to identify the supports that students need or to
22    identify specific students who need supports?
23         A       Yes.
24         Q       And how do you know that that's
25    happening?



1    A    Because those are the conversations that

2    the individual clinical staff have with the school

3    counselor or other administrative staff in terms of

4    for referral purposes and then in ongoing service

5    care, yes.

6    Q    Is there any kind of requirement in the

7    MOUs that Aspire has with schools that the school

8    would provide this level of data?

9    A    I believe it's in the MOU, it's stated

10   that there is an exchange of information.  I will

11   tell you that there are some schools that give easy

12   access to it, and then we've had some other schools

13   that have put some barriers up in terms of us being

14   able to have that access.

15         Some of the school systems really give us

16   the access to the child's like -- it's called

17   Infinite Campus, so their on-line portal, so we can

18   see everything from grades to attendance and those

19   kinds of things.

20   Q    Are you familiar with the data tool

21   Swiss?

22   A    I am not.

23         MS. ADAMS:  Okay.  Let's go off the

24      record.

25         THE VIDEOGRAPHER:  The time is



1       2:55 p.m.  We're going off the record.

2                   (Brief pause.)

3            THE VIDEOGRAPHER:  The time is

4       3:04 p.m.  We're back on the record.

5    BY MS. ADAMS:

6       Q    Okay.  So before we took our break, we

7    had been talking about how Aspire has been able to

8    collect data about behavior referrals and other types

9    of data that can be helpful to Aspire in figuring out

10   what students need in terms of services and other

11   types of benefits.

12              And one of the things that you mentioned

13   was that some schools are more willing or provide

14   that information easier or more easily than other

15   schools, correct?

16      A    Yes.

17              MS. ADAMS:  So we will return to

18         that computer at some point, but we're

19         going to leave it alone for now.  So I'm

20         going to go ahead and stop sharing my

21         screen.

22              I would like the court reporter to

23         mark the next exhibit as Plaintiff's

24         Exhibit 785.

25              (Plaintiff's (Oosterveen)



1          Deposition Exhibit No. 785 was marked for

2          the record.)

3    BY MS. ADAMS:

4          Q     You have been handed Plaintiff's Exhibit

5    785.  This is a copy of an e-mail thread between

6    Ms. Wasdin and Ms. Fitzgerald, copying Lisa Spears.

7    The thread is dated October 23rd, 2017.  The subject

8    is Re Aspire Apex Program.  The bottom of the first

9    page is stamped GA03130139.

10          You can take a moment to review and let

11   me know when you are finished.

12          A     Okay.

13          Q     Are you familiar with this e-mail thread?

14          A     Vaguely.

15          Q     Do you have any reason to doubt that

16   Ms. Wasdin e-mailed Ms. Fitzgerald and copied you?

17          A     No.

18          Q     This e-mail appears to be a continuation

19   of the e-mail thread we reviewed earlier, correct?

20          A     Yes.

21          Q     As shown on the second page, which is

22   marked GA03130140, earlier that same day, at

23   3:25 p.m., Ms. Fitzgerald responded to Ms. Wazden's

24   e-mail and copied you.  Ms. Fitzgerald's response

25   states:  Including regarding TA.



1            Correct?

2       A    Yes.

3       Q    Ms. Wasdin responded to Ms. Fitzgerald at

4  8:00 p.m. on the first page, copying you.  And the

5  body of the e-mail begins Aspire Apex

6  Barriers/Challenges, correct?

7       A    Yes.

8       Q    The first paragraph below that heading

9  states:  Lack of full school cooperation with data

10  collection.

11           Correct?

12      A    Yes.

13      Q    Am I correct that Ms. Wasdin offered the

14  following solution recommendation.  Increase buy-in

15  through various means, such as PBIS team member and

16  sponsorship?

17      A    Yes.

18      Q    What do you understand Ms. Wasdin to have

19  meant by lack of full school cooperation with data

20  collection?

21           MS. JOHNSON:  Object to form.

22           MS. ADAMS:  You may answer.

23           THE WITNESS:  Okay.  I take that to

24      mean that, at the time, we were having

25      difficulty with all of the schools



1          providing the data that we were

2          requesting of them or providing -- or

3          some of the schools were providing all of

4          the data and other schools were not.

5          Either way, we were having difficulty

6          getting the data that was being requested

7          of them.

8    BY MS. ADAMS:

9          Q     And do you remember anything about why

10   you were experiencing that difficulty?

11         A     Because it was data that was requested on

12   every single student that was engaged in care with

13   us, and it was a pretty intensive amount of data, as

14   well.

15         Q     Did you -- I'm sorry.  I didn't mean to

16   interrupt.

17         A     I don't have anything else to say.

18         Q     Do you remember whether schools provided

19   any feedback to Aspire about the specific reasons why

20   they were --

21         A     That reason.

22         Q     That specific reason?

23         A     It really was because it would be

24   required of the school counselor to provide that

25   information, and the time that it took to do that was



1  extremely cumbersome.

2      Q    Do you know whether Ms. Wazden's

3  recommendation was implemented?

4      A    I do not know.

5      Q    Is Aspire still experiencing the

6  challenge that Ms. Wasdin identified around data

7  collection?

8      A    Not that I'm aware of.

9      Q    Who would know whether Aspire is still

10  experiencing this challenge?

11      A    Hollis Smith.

12      Q    Has she communicated with you about

13  whether this is still an issue at all?

14      A    Not recently, no.

15      Q    Do you remember the last time that you

16  learned about this data collection being an issue?

17      A    I don't recall.

18      Q    The fourth paragraph in this e-mail

19  states:  DBHDD data requested.

20          Correct?

21      A    Yes.

22      Q    Am I correct that Ms. Wasdin offered the

23  following recommendation:  Utilize other forms of

24  consistent data, grade average, number of behavior

25  referrals and number of absences, where a baseline



1  can be obtained and data can be compared measuring

2  how well individually, per student, school-wide and

3  district-wide before and after Apex.

4        Did I read that correctly?

5     A    Yes.

6     Q    Do you know why Ms. Wasdin made this

7  recommendation?

8     A    I believe that this was data that we were

9  collecting and we found it to be helpful, and so she

10  was making that recommendation to DBHDD as well.

11     Q    Do you know why Aspire was collecting

12  that information?

13     A    Because anytime I develop and implement a

14  new program, I want to have outcome measures that we

15  can track and follow, and so from the beginning of

16  that program those were outcome measures that we had

17  started tracking.  So it was a recommendation given

18  to DBHDD.

19     Q    When you say that the recommendation was

20  made to DBHDD, what was the hope in terms of how

21  DBHDD would respond?

22     A    That these data points would be included

23  in some of the measures that we were reporting on.

24     Q    Was the hope that all CSBs would report

25  on these same measures?



1      A      Yes.

2      Q      Do you know whether Ms. Wazden's

3  recommendation was implemented?

4      A      I am not sure.

5      Q      Do you know who at DBHDD would have

6  decided whether to implement that recommendation or

7  not?

8      A      I believe it would have been Layla and

9  the team of people that she worked with.

10      Q      The third paragraph states:  Changes to

11  DBHDD data reporting, monthly versus quarterly.

12          Correct?

13      A      Yes.

14      Q      Am I correct that Ms. Wasdin offered the

15  following solution recommendation:  Continue monthly

16  programmatic, but report on new data in collaboration

17  with school reporting every nine weeks to maintain

18  overall fidelity and consistency.

19          Is that right?

20      A      Yes.

21      Q      Do you know why Ms. Wasdin made this

22  recommendation?

23      A      I do not.

24      Q      What is your understanding of the

25  recommendation that Ms. Wasdin made?



1            MS. JOHNSON:  Object to form.

2            THE WITNESS:  I think this is in

3        reference to the data collected on that

4        graph that demonstrates kind of nine-week

5        reporting.  So it would be in line with

6        school reporting, as well.  So it would

7        kind of mirror some of the reporting that

8        the school systems had in place and it

9        would show fidelity with our services in

10       line with the school's reporting

11       mechanisms.

12  BY MS. ADAMS:

13       Q    And when you say that graph, are you

14  referring to the exhibit previously -- the previously

15  marked Exhibit 183 that we showed digitally?

16       A    Yes.

17       Q    And just as a reminder for the record,

18  that was stamped GA03130011.

19            How, if at all, does Aspire maintain

20  overall fidelity and consistency in its data reports

21  to DBHDD?

22       A    We have standard processes for how we

23  collect the data, and it's something that's trained

24  to -- in all of the staff who are reporting on that

25  data.



1     Q     Is that something that Aspire does
2   internally?
3     A     It is.
4     Q     Does DBHDD require Aspire to take any
5   specific measures to maintain fidelity and
6   consistency in its data reports?
7     A     Not other than the reporting itself, no.
8     Q     Is there anything else that you can think
9   of as to why Ms. Wazden's recommendation about this
10  data reporting could be beneficial to Aspire, as well
11  as other CSBs?
12    A     No, other than all of these
13  recommendations were things that she and I had
14  discussed previously.  Some of them were practices
15  that we already had in place that we had found
16  beneficial and helpful in the service delivery and
17  reporting.  Some of these suggestions were based on
18  some of the experiences that we had, both with the
19  technical assistance and interacting with the
20  reporting itself that was not helpful.  And so we
21  were just making recommendations on how to improve,
22  overall, the functionality of the Apex program.
23    Q     Do you recall Ms. Wasdin or any other
24  Aspire staff member telling you whether this
25  particular recommendation was accepted or



1    implemented?

2         A    I -- I don't recall us having that

3    conversation, but I do have the sense that, you know,

4    much of this was considered.  And, to date, I'm not

5    sure what level of this is still in practice or, you

6    know, how many of these pieces were changed as a

7    result of this feedback.

8         Q    The fifth paragraph states:  Usefulness

9    of TA calls.

10             Do you see that?

11        A    Yes.

12        Q    Am I correct that Ms. Wasdin offered the

13   following solution recommendation:  Reduce TA calls,

14   have face-to-face collaborative meetings once

15   quarterly with other Apex providers, provide

16   trainings around interventions and evidence-based

17   tools for school-based services, what we learned at

18   the conference.

19             Is that correct?

20        A    Yes.

21        Q    Do you understand what Ms. Wasdin was

22   communicating when she made this recommendation?

23        A    Yes.

24             MS. JOHNSON:  Object to form.

25



1    BY MS. ADAMS:

2        Q    What is your understanding of what she

3    was recommending?

4        A    That the collaborative meetings, the way

5    that they were being conducted currently were not

6    helpful, and oftentimes they were redundant in the

7    information that was provided or in the conversations

8    that were had.  And that our suggestion or her

9    suggestion, with my feedback also, was that they be

10    moved to face-to-face meetings and be more structured

11    and offer more trainings.

12            And the conference that she's referencing

13    in this e-mail is the National School-Based Mental

14    Health Conference that we had attended together.

15        Q    So you and Ms. Wasdin spoke about ways to

16    improve technical assistance?

17        A    Yes.

18        Q    And this solution that she has put in

19    this e-mail is something that the two of you

20    discussed together?

21        A    Yes.

22        Q    Ms. Wasdin wrote:  Provide trainings

23    around interventions.

24            Do you know who Ms. Wasdin believed

25    should provide trainings?



LISA OOSTERVEEN                                    February 23, 2023
UNITED STATES vs STATE OF GEORGIA                              198

1        A      I don't think she had any certain person
2    in mind, but I can't speak to that.
3        Q      Do you know whether it would be useful
4    for DBHDD to provide trainings around interventions
5    and evidence-based tools?
6        A      Yes.
7        Q      Do you know whether Ms. Wazden's
8    recommendation was implemented?
9        A      I do not.
10       Q      The last paragraph in the e-mail states:
11   Lack of mental health awareness, slash, reducing
12   stigma in school curriculum.
13              Correct?
14       A      Yes.
15       Q      Am I correct that Ms. Wasdin offered the
16   following recommendation:  Aspire will implement the
17   Recovery Project initiative in January 2018 to bring
18   students, parents, school staff together for the
19   purpose of raising awareness, strengthening school
20   and mental health provider relationships and to unite
21   community school districts for one cause.
22              Correct?
23       A      Yes.
24       Q      Did you and Ms. Wasdin discuss this
25   particular recommendation?



1    A    Yes.

2    Q    Can you tell me what led you to discuss

3  this recommendation?

4    A    That was something else that we had seen

5  in the School-Based conference.  There was another

6  school district in another state that had developed a

7  collaborative and they united all of the school

8  systems together, and we saw that they had shown that

9  they had really good outcomes as a result of that

10 effort.

11      And so we discussed doing that, and we

12 were successfully able to implement that and it is

13 still taking place now, where we bring all of our

14 school -- we invite all of our school systems

15 together.  And not just the school systems, but other

16 youth-serving agencies are invited, as well.  And we

17 use that time as both a lunch-and-learn.  So we may

18 provide trainings around mental health, but it's also

19 a time where the schools can provide feedback to us

20 about ways that we can improve our delivery of care

21 or barriers that they're experiencing in the

22 community as a whole.

23    Q    Do you know whether DBHDD applied or

24 accepted your recommendation?

25    A    I do not know.



1        Q     But Aspire has --

2        A     We continue to do it.  We had one last

3   month, yes.

4        Q     And just to make sure I understand.

5              Ms. Wasdin provided a number of

6   recommendations specific to the Apex program in this

7   e-mail, and you have testified that this set of

8   recommendations are recommendations that you

9   discussed with her --

10       A     Yes.

11       Q     -- based on your own observations of the

12  program?

13       A     Yes.

14             MS. SHEPPARD:  Wait for the

15        question.

16             THE WITNESS:  I'm sorry.

17  BY MS. ADAMS:

18       Q     Looking at this full list of barriers and

19  challenges with Apex, as well as solutions, are you

20  aware as to whether Aspire is still experiencing any

21  of the challenges in this e-mail?

22       A     With the schools that we provide Apex

23  services to, I'm not familiar with any barriers that

24  are listed here.  I would have to confirm with the

25  Apex coordinator about if the data is still -- if



1   they're still having difficulty, but she has not

2   raised that to me recently.  So I am not aware of any

3   ongoing challenges with the schools that we're

4   providing services to around these issues.

5        Q    One of the issues that you mentioned a

6   bit in terms of the catchment area, in particular,

7   was around stigma and kind of engaging families

8   around mental health.  Is that something that Aspire

9   is still working on?  Is that an ongoing concern?

10       A    Yes, that's an ongoing priority for us.

11  Every year, during Children's Mental Health Awareness

12  Month, we have a big event where we are really

13  focused on reducing that stigma and raising

14  awareness.  And then throughout the year, as well, we

15  have different ways that we are engaging the

16  community around reducing stigma.

17       Q    And is all of that work categorized as

18  non-billable services?

19       A    I would say most of it, yes.

20            MS. ADAMS:  Okay.  I'm going to

21       move to another exhibit.  I would like

22       the court reporter to mark this as

23       Plaintiff's Exhibit 786.

24            (Plaintiff's (Oosterveen)

25       Deposition Exhibit No. 786 was marked for



1          the record.)

2    BY MS. ADAMS:

3          Q      You have been handed what has been marked

4    Plaintiff's Exhibit 786.  This is a copy of Aspire's

5    2019 Contract Programmatic Report.  Aspire produced

6    this document to the United States in response to a

7    subpoena.  The first page is stamped ASPIRE001200.

8    The document is 19 pages long.

9               I'm not going to ask you about every

10   single page and I will guide you through this the

11   specific pages we will discuss, but please take a

12   moment to review and let me know when you're ready.

13         A      I'm ready.

14         Q      Are you familiar with this document?

15         A      Yes.

16         Q      What is a contract programmatic report?

17         A      The contract programmatic report would

18   look like this report here (indicating).  So that is

19   my understanding of what the contract programmatic

20   report is.

21         Q      And you are gesturing to other pages

22   within the document?

23         A      Yes.  Yes.

24         Q      Is there a particular page where the

25   document starts looking familiar as the contract



1    programmatic report?

2          A    It may be -- specifically where the data

3    is collected, that is what -- and that's what I was

4    referring to previously when I was talking to the

5    very rigorous data that staff have to collect per

6    school.  So that is my recollection of the

7    programmatic report.

8          Q    And, for the record, you were pointing, I

9    believe, to the first page of the chart

10   information --

11         A    Yes.

12         Q    -- which is stamped ASPIRE001203?

13         A    Yes.

14         Q    Have you ever played a role in preparing

15   this report?

16         A    Not this report.  The report when I

17   started providing Apex services was very small.  I

18   can't even remember what it looked like, but not this

19   report, no.

20         Q    Who was responsible for preparing this

21   report?

22         A    I believe Nicole Wasdin would have

23   completed this report.

24         Q    Okay.  Do you know whether the template

25   for this report was provided in Annex C of Aspire's



LISA OOSTERVEEN                                     February 23, 2023
UNITED STATES vs STATE OF GEORGIA                                204

1    Apex contract for fiscal year 2019?

2         A    I don't recall.

3         Q    Do you see in the upper hand -- upper

4    right-hand corner of each page of this document the

5    words FY19 --

6         A    Yes.

7         Q    -- dash Georgia Apex Project?

8         A    Yes.

9         Q    Does that give you any sense as to

10   whether this report was provided in Annex C of the

11   contract for fiscal year 2019?

12        A    Yes.

13        Q    So just to confirm, do you believe that

14   this is the template that was provided in that

15   contract?

16        A    Yes.

17        Q    Do you know whether Aspire still submits

18   monthly programmatic reports using this same format?

19        A    I do not know.

20        Q    Do you review any of the information that

21   is prepared when the monthly programmatic reports are

22   compiled?

23        A    The data that I review, it comes through

24   our outcomes management reporting and it is not as

25   detailed as this information.  So the data that is



1  reported to me is like a total number of students who

2  are in the Apex services, the number that have been

3  referred, that level of data.

4          The youth and young adult services

5  coordinator reviews the programmatic data with Hollis

6  Smith.

7      Q    On the first page of this report, the

8  front states at the top, Narrative Analysis of

9  Project Accomplishments, right?

10     A    Yes.

11     Q    Below that prompt there are numerous

12 headings and I'd like to discuss some of them.

13         The first heading is Stakeholder

14 Meetings; is that right?

15     A    Yes.

16     Q    Under the heading, a paragraph states

17 that:  Aspire staff attended approximately 46

18 stakeholder meetings in the month of September, and

19 the meetings included MDT, LIPT, CHINS Court, DBHDD

20 Region 4 Community Collaborative, school

21 administrative board meetings, PTO, regular teacher

22 faculty meetings, law enforcement and foster care

23 collaborative and/or family connections.

24         Is that right?

25     A    Yes.



1          Q      Why did Aspire staff attend these

2     meetings?

3          A      It is customary for our staff to do that

4     as part of being engaged in our community and with

5     our different stakeholders.

6          Q      Is it your understanding that Aspire

7     staff still attend similar stakeholder meetings?

8          A      Yes.

9          Q      Do you know who else attends these

10    meetings?

11         A      As far as Aspire's staff or non Aspire

12    staff?

13         Q      I'm sorry.  Non Aspire staff.

14         A      Okay.  So it would be law enforcement,

15    Department of Family and Children's Services, other

16    behavioral health providers, Department of Education

17    staff.  For CHINS Court, it is the judge.  Family

18    members in some of these meetings.  There may be

19    faith community involvement.  Family connections

20    would be like your Family Literacy Center, your food

21    bank representatives, your FQHC representatives.

22                And then in the MDT meetings would be

23    your child advocacy center and law enforcement.

24         Q      What was the acronym you used, FQ --

25         A      FQHC is the federally qualified health



1   centers.  So it would be your local health providers.

2         Q     Okay.  Do any state agency officials

3   attend?

4         A     The only state officials would be the

5   DBHDD Region 4 Community Collaborative, and then

6   State employees for the region would be at those

7   meetings.

8         Q     Do you know the names of any of those

9   employees that would attend?

10        A     Todd Jones, he is over the youth and

11  family services, or Jennifer Dunn, who at the time

12  was the regional director.

13        Q     And I believe you also mentioned

14  Department of Family --

15        A     -- and Children's Services.

16        Q     -- and Children's Services?

17        A     Yes.

18        Q     Is that a State entity?

19        A     Yes.

20        Q     Are you aware of any of the individuals

21  who attend from that agency?

22        A     I do not.  I'm not sure.

23        Q     Is Apex discussed at any of these

24  meetings?

25        A     Yes.



1  Q    Is Apex a key agenda item on any of these

2  particular collaboratives?

3  A    Particularly in the school administrative

4  board meetings and the PTO meetings, the regular

5  teacher and faculty meetings, yes.  The IEP, 504 and

6  PBIS meetings, yes.  And it's possible that they

7  were -- that Apex was talked about in some of the

8  other meetings, as well.

9  Q    And, I apologize, I can't remember if you

10 said what PTO is?

11 A    Parent-teacher -- it's the parent-led --

12 the parent-led organization within the school system.

13 It might be parent teacher organization.  I'm not

14 sure.

15 Q    Why would Apex be a subject of

16 conversation at school administrative board meetings?

17 A    Just to talk about the services that are

18 offered and provided and the benefits of those

19 services.

20 Q    Why would Apex be discussed during

21 regular teacher faculty meetings?

22 A    Again, how those services may -- may

23 benefit the students and their classrooms.  Also,

24 ways that Apex providers can assist the teachers and

25 the faculty through trainings and other resources.



1       Q      The second heading, going back to the

2   programmatic report, is Camp Apex Summer Program; is

3   that right?

4       A      Yes.

5       Q      We mentioned this a little bit earlier

6   today, and I think you said that Aspire was the first

7   CSB to create a summer program?

8       A      Yes.

9       Q      Can you tell me a little bit more about

10  how the summer program is beneficial for students

11  with behavioral needs?

12      A      Yes.  It was a structured environment for

13  children who have mental health and behavioral needs,

14  for them to -- to be in a therapeutic environment and

15  to develop skills.  We also had time set aside really

16  to continue working on some of their academic needs

17  in that setting, as well.  It was -- it is set up to

18  have like a schedule that we follow that includes,

19  you know, group skills and then also some academic

20  time, and then some real recreational and fun time

21  there.

22             It was a way for us to keep children and

23  their families engaged during the summertime because

24  that is a time where families really drop off in

25  accessing their services with us, and it was also a



1   time where parents, especially if they've got

2   children of behavioral needs, could have some

3   respite.  So it's been very beneficial for our

4   families.

5          Q     Do students who receive Apex services

6   benefit from the summer program, as well?

7          A     Yes.

8          Q     Does Aspire still hold the camp every

9   summer?

10         A     Yes.

11         Q     Let's turn to the third page of this

12  report, which is stamped ASPIRE001202.  This page

13  contains Apex totals.  The first total is the total

14  enrolled for the month of July, correct?

15         A     Yes.

16         Q     That total enrollment is listed as 450,

17  right?

18         A     Yes.

19         Q     Does this total refer to the total number

20  of students enrolled in Aspire's Apex program during

21  the month of July 2018?

22         A     I believe that to be true, yes.

23         Q     What does this total enrollment number

24  mean?

25         A     That means that that's the total number



1  of children who are receiving services in all of our

2  different Apex schools in the course of the year --

3  or the course of -- well, that month, and then the

4  other totals talk about the other months.

5        Q     Okay.  So the second total is the total

6  served from July 2018 to 2019, which is listed as

7  614, correct?

8        A     That's right.

9        Q     So how was that total calculated?

10       A     Through the monthly -- we gathered that

11 data on a monthly basis and then it was accumulated.

12       Q     The third total is the total referrals

13 for the month of June 2019, which is listed as zero,

14 correct?

15       A     Yes.

16       Q     And this total is referring to June 2019?

17       A     Yes.

18       Q     How was that total calculated?

19       A     Total number of referrals that come in,

20 which we don't usually get school-based referrals

21 coming in in the summer months.  So usually the

22 number that we have are the number of children that

23 were with us throughout the school year.  We really

24 work to try to retain that number.  And then we begin

25 receiving referrals again about late August to



LISA OOSTERVEEN                                    February 23, 2023
UNITED STATES vs STATE OF GEORGIA                               212

```
 1   September.
 2        Q     Let's turn to the fourth page, which is
 3   stamped ASPIRE001203.  There is a heading Lee County
 4   School District and a list of metrics below it,
 5   correct?
 6        A     Yes.
 7        Q     The first metric is District Total,
 8   eight, correct?
 9        A     Yes.
10        Q     What does that mean?
11        A     I believe that's the number of schools in
12   that district.
13        Q     The second metric is School-Based
14   Serving, eight, correct?
15        A     Yes.
16        Q     What does that mean?
17        A     The number of schools that we're
18   providing school-based mental health services to.
19        Q     The third metric is Apex Serving, seven,
20   correct?
21        A     Yes.
22        Q     What does that mean?
23        A     The number of Apex schools that we are
24   serving.
25        Q     In that particular district?
```



```
 1        A    Yes.

 2        Q    So if I'm understanding this information

 3   correctly, that means that there was one school that

 4   was receiving school-based services, but not Apex

 5   services?

 6        A    Correct.

 7        Q    Why might that be the case?

 8        A    It -- it might have been that we just had

 9   not added them as an Apex school yet.  It might have

10   been dependent on funding.  It also, again, you know,

11   like I had said, we were very systematic about how we

12   would enter into schools, making sure that we had the

13   staffing, making sure that the funding availability

14   was there, and making sure that the school was

15   agreeable to us coming in.  So --

16        Q    When you say that it could have been

17   related to funding, is that an indication that, if

18   you had -- if Aspire had even more funding at the

19   time, you might have been able to bring on that

20   school --

21        A    Possibly.  Possibly.  Depending on

22   staffing.

23        Q    The fourth metric is Total Number of

24   Students Enrolled, 82, correct?

25        A    Yes.
```



1      Q     How was that number calculated?

2      A     Based on the monthly reporting of -- from

3   the individual schools.

4      Q     So that is the total number of students

5   enrolled in Apex during that time?

6      A     Yes.

7      Q     The fifth metric is Total Year-to-date

8   Served or -- I'm sorry.  Is that the fifth?  I'm

9   losing count.  One, two, three, four, five.

10          The fifth metric is Total Year-to-date

11  Served, 140, correct?

12     A     Yes.

13     Q     And what does this mean?

14     A     That is the total number of Apex students

15  served in the course of that year.

16     Q     The sixth metric is Total Number of

17  Students District-Wide, 6,547.  Is this just the

18  total number of students in the school district?

19     A     Yes.

20     Q     Let's turn to the sixth page, which is

21  stamped ASPIRE001205.  The top half of the page

22  provides data for Lee County Middle School East,

23  correct?

24     A     Yes.

25     Q     Next to Lee County Middle School East are



1    the words Enrolled, 20, Served 40, correct?

2         A    Yes.

3         Q    What does that mean?

4         A    That means the total number of youth who

5    are enrolled in Aspire services versus the total

6    number of students that were served.  So we may have

7    been providing a group where a child was

8    participating in the group but not enrolled in our

9    services.

10        Q    Okay.  Is that common?

11        A    It is.

12        Q    How -- how does a child end up receiving,

13   for example, group services but not actually

14   enrolling in Aspire services?

15        A    So to reference your -- the discussion of

16   tiers previously, the PBIS tiers, if we were

17   providing a skills-based group or perhaps a grief

18   group, and the child doesn't necessarily have a

19   mental health diagnosis but, you know, they could

20   benefit from a group service that we're providing,

21   then they would be able to be referred into that

22   group through the school counselor or the teacher.

23             Another example would be if we -- if

24   there was a death in the community -- which we've

25   had, we've had suicides previously -- then we would

1    provide services to any students or faculty who would

2    benefit from those services without having to be

3    enrolled with us.

4          Q    I see.

5          A    Yes.

6          Q    And so those individuals who are served

7    but not enrolled, are they provided those services

8    and then are those services viewed as non-billable

9    services?

10         A    Yes.

11         Q    Further down the page, there's a red and

12   gray chart with three columns.  The first column says

13   Differences Made, the second column says Number For

14   Current Reporting Month September, and the third

15   column says Number for Fiscal Year July 2019, 2020 --

16   excuse me -- June 2020, correct?

17         A    Yes.

18         Q    The first row, Higher Level of Care,

19   displays the number four in the third column

20   July 2019, June 2020, correct?

21         A    Yes.

22         Q    What does that number four mean?

23         A    That means four individuals in this

24   school had to go to a higher level of care, including

25   like a crisis stabilization unit.



1    Q    Does this number only count each student
2  one time?  So, for example, could the same student be
3  reflected in this four times because that student was
4  transferred to a higher level of care on four
5  different occasions?
6    A    I believe this is by individual.
7    Q    Okay.  What higher level placements were
8  those students transferred to?
9    A    I can't be certain, but typically it's a
10  crisis stabilization unit.  So it would be a youth
11  crisis stabilization unit.
12    Q    Are students who receive higher level
13  placements ever placed in GNETS as a higher level
14  placement?
15    A    That is not the data that we collect
16  here.  So this higher level of care in this instance
17  is talking about a mental health higher level of
18  care.
19    Q    Does Aspire track referrals to GNETS or
20  transitions to GNETS?
21    A    We do not.
22    Q    And I apologize, I believe we have talked
23  about this earlier, but if you can refresh my memory.
24        Do you have any memory of an Aspire staff
25  member ever referring a student to GNETS?



1       A       No.

2       Q       Thank you.

3               Have students who receive Apex services

4  ever been placed in higher levels of care?

5       A       Yes.

6       Q       Do students in Apex sometimes receive

7  higher level placements in crisis placements, like

8  you referred to?

9       A       Yes.

10      Q       Are there any other types of higher level

11 placements that students in Apex -- sorry, I'm just

12 trying to understand.

13              Are there any other types of higher level

14 placements that students in Apex go to, in

15 particular?

16      A       No, the only two higher levels of care

17 that would be beyond outpatient would be the crisis

18 stabilization unit and then long-term residential

19 care.  So it is not very often that a child goes to

20 long-term residential.  It really takes a lot for a

21 child to be placed there.  So these are more than

22 likely referencing a crisis stabilization, which is

23 usually seven days or less.

24      Q       Do the higher level of care -- does this

25 indication of higher level of care ever refer to a



 1   short-term stay at a hospital?

 2        A    Crisis stabilization unit, yes.  So not a

 3   medical hospital, but yes.

 4        Q    The second row, Disciplinary Referrals,

 5   displays the number 34 in the July 2019, June 2020

 6   column, correct?

 7        A    Yes.

 8        Q    What does that 20 -- excuse me -- what

 9   does that 34 mean?

10        A    That refers to all of the students that

11   are in Apex school-based services, the number of

12   students that had disciplinary referrals.  Not the

13   number of referrals, but the number of students who

14   had referrals.

15        Q    And like the earlier conversation we had,

16   is your understanding that these are unique students?

17        A    Yes.

18        Q    How is the information in this chart that

19   we are looking at relevant to identifying students

20   with behavioral needs that would benefit from

21   Aspire's services?

22        A    Well, this is all data that indicates,

23   number one, that we are truly serving the population

24   that is in need of the services, and it also

25   demonstrates that our interventions are helpful in



1  reducing these numbers.

2      Q    Do Aspire staff track any visits that

3  Apex students have in the ER?

4      A    No.  And let me just give you one caveat

5  to that.  The reason why we don't is because our

6  local emergency centers do not admit children for

7  crisis stabilization.  They medically clear them, but

8  then they have to go to an actual child and

9  adolescent crisis stabilization unit.  So tracking

10  that data isn't -- it's not possible.  It's not

11  useful.

12      Q    Okay.  Thank you for that clarification.

13      A    Uh-huh.  Yes.  You're welcome.

14          MS. ADAMS:  Can we go off the

15      record just briefly?

16          THE VIDEOGRAPHER:  The time is

17      3:53 p.m.  We're going off the record.

18              (Brief pause.)

19          THE VIDEOGRAPHER:  The time is

20      4:02 p.m.  We're back on the record.

21          MS. ADAMS:  Okay.  I am done with

22      that exhibit.  And we will move on to the

23      next.  Okay.  This is going to be very

24      heavy, but I promise we are not looking

25      through all of it.



1          I would like the court reporter to

2       mark this as Plaintiff's Exhibit 787 --

3       are we on?

4               MS. LEVERT:  We're on 787.

5               MS. ADAMS:  Yes, thank you.

6               MS. LEVERT:  Okay.

7               (Plaintiff's (Oosterveen)

8       Deposition Exhibit No. 787 was marked for

9       the record.)

10  BY MS. ADAMS:

11      Q    You have been handed what has been marked

12  Plaintiff's Exhibit 787.  This is a copy of Aspire's

13  November 2021 monthly progress reports.  Aspire

14  produced this document to the United States in

15  response to a subpoena.  The first page is stamped

16  Aspire 007437.  This document is over 300 pages.  As

17  I said, it's very large.

18          I am not going to be asking you about

19  every single page or even most of the pages.  I'll

20  guide you to look at specific pages, but please take

21  a moment to review and let me know when you are

22  ready.

23      A    I'm ready.

24      Q    Are you familiar with this document?

25      A    Yes, this is the document that I was



1  referencing previously about the data that is

2  cumbersome that I knew the staff was reporting on.

3       Q    Okay.

4       A    That's why I gave you that confused look

5  earlier when I saw that very small report, because

6  that's not what I'm familiar.  It's this.

7       Q    Okay.  Thank you.  And we've talked about

8  the Center of Excellence for Children's Behavioral

9  Health?

10      A    Yes.

11      Q    And we talked about how the center

12  partners with DBHDD to collect the information about

13  Apex?

14      A    Yes.

15      Q    Does Aspire ever meet with the Center of

16  Excellence?

17      A    Yes.

18      Q    Why does Aspire meet with the center?

19      A    They are on those technical assistance

20  calls, and they provide direction in terms of the

21  reporting and answer any questions that we have

22  around, you know, how the data is being collected

23  or -- you know, like that.

24      Q    Do you know whether Aspire is submitting

25  the monthly progress report that is in front of us



LISA OOSTERVEEN                                February 23, 2023
UNITED STATES vs STATE OF GEORGIA                          223

1  here in this exhibit in addition to a similar monthly
2  contract programmatic report that we reviewed
3  earlier, this document that was the red and gray?
4       A    I am not sure if they are submitting both
5  of them.  I do have reason to believe that this is
6  what they are submitting on a monthly basis.
7       Q    Okay.  So you have reason to believe that
8  they are submitting this Center of Excellence monthly
9  report, but you are not sure whether they are still
10 submitting the report that we looked at earlier which
11 is the red and gray charts?
12      A    Right.  It's possible.
13      Q    Okay.
14      A    I can confirm that with Hollis Smith.
15      Q    Okay.  So let's go ahead and turn to the
16 fifth page of this report, which is stamped Aspire
17 007441.
18           Who at Aspire completed the monthly
19 progress report for this school?
20      A    Hollis Smith.
21      Q    Does Aspire coordinate with each school
22 to complete these reports?
23      A    Yes.
24      Q    How does Aspire coordinate with these
25 schools?



1    A    Through -- usually through the school

2    counselor or the point of contact, and that

3    information is provided through that person.

4    Q    Do you review these reports before they

5    are submitted?

6    A    I do not.

7    Q    Do you review high level aggregate data

8    before they are submitted?

9    A    Yes.

10    Q    To the best of your knowledge, does the

11    information contained in this report provide an

12    accurate reflection of the services provided at each

13    school?

14    A    To the best of my knowledge.

15    Q    Let's turn to the Bates stamped Aspire

16    007493.  Do you see that page?

17    A    I see Aspire 00749.

18    Q    And I'm looking for Aspire 007493.

19    A    Give me just a second.

20    Q    Yes.  Absolutely.

21    A    I see 593.  Can you give me some

22    direction as to what it looks like?

23    Q    Yes.  So I've pulled out about that much

24    of my report, and this page looks like this

25    (indicating)?



1          A     Okay.  I've got it.

2          Q     Great.  This section of the report

3     provides information about Lee County Middle School

4     East, correct?

5          A     Yes.

6          Q     On the prior page stamped ASPIRE007492,

7     the text indicates that Meagan Cannon submitted this

8     school's report; is that right?

9          A     Yes.

10         Q     Who was Meagan Cannon?

11         A     She was a clinician providing services in

12    that school.

13         Q     A bit further down on this page, the text

14    indicates that November 2021 was the time period for

15    the report, correct?

16         A     Yes.

17         Q     Turning back to Aspire 007493, so the

18    page we were looking at initially, the school is a

19    part of the Apex 1.0 cohort, correct?

20         A     Yes.

21         Q     And I believe we talked a bit about the

22    differences in the cohort funding, and you confirmed

23    that Aspire applied for and received Apex 3.0

24    funding, correct?

25         A     Yes.



1          Q      Turning to the next page, stamped Aspire

2     007494, at the top of the page is Objective 1A, which

3     states:   Indicate the total number of unique students

4     who received school-based mental health services at

5     the school during November of 2021.

6               Correct?

7          A      Yes.

8          Q      The report shows that ten unique students

9     received Aspire's services that month, correct?

10         A      Yes.

11         Q      How was that number determined?

12         A      It would be the number of total students

13    on that clinician's case load in that month in that

14    school.

15         Q      Under Objective 1B, the report shows that

16    four students were referred by a school counselor in

17    November, correct?

18         A      Yes.

19         Q      In your experience, what are the most

20    common referral sources in schools for Aspire's Apex

21    services?

22         A      They typically come through the school

23    counselor.  Now, they -- it may have been that

24    someone else on the staff recommended that child for

25    referral, but our internal processes is that the



1  school counselor be the person who provides that

2  referral.  That way we know that the school counselor

3  has had interactions about the child, knows about the

4  child's situation and feels confidently that they are

5  an appropriate fit for referral.

6        Q     On the next page, Aspire 007495, under

7  Objective 1C, the report shows that no students were

8  admitted to a higher level of care for the first

9  time, stepped down from a higher level of care for

10 the first time, or returned to a higher level of

11 care, correct?

12       A     Yes.

13       Q     Under Objective 1D, the report shows that

14 Aspire provided psychiatric treatment to three

15 students, correct?

16       A     Yes.

17       Q     What is psychiatric treatment?

18       A     That would be a physician appointment

19 with our nurse -- our psychiatric nurse practitioner

20 or a psychiatrist, for medication management

21 purposes.

22       Q     Can that treatment be offered in a school

23 setting or via telehealth?

24       A     It can be offered via telehealth, yes.

25 It is not -- our services are not offered in a school



1  setting.

2       Q    And I believe we talked about this a

3  little bit in terms of that being a difficult --

4       A    Yes.

5       Q    -- thing?  Can you explain why that's a

6  different thing to arrange for a school?

7       A    It's very challenging to be able to -- to

8  get a full schedule of children to be seen with a

9  psychiatrist on that day, and it -- and it would be

10  productive, both in a billing standpoint and also

11  just having the time of a provider.  Provider time is

12  even less abundant than our clinical time.

13            We only have three dedicated -- four

14  dedicated psychiatrists or psychiatrist equivalent

15  staff in all -- versus all of the schools that we

16  serve.

17       Q    Is there anything that could make it

18  easier for Aspire to provide psychiatric treatment at

19  a school?

20       A    More psychiatrists.

21       Q    And how would Aspire be able to access

22  more psychiatrists?

23       A    Being able to recruit them.  But this is

24  a very difficult community.  We don't have a lot of

25  providers who are interested in moving to this



1  community, so we would have to pay a higher level of

2  salary.  Our local hospital has the same kinds of

3  troubles with recruitment and retention.

4      Q    How would Aspire be able to pay a higher

5  level salary?  Where would that money eventually come

6  from?

7      A    If it -- I mean, if it came from grant

8  funding or through other funding opportunities.  We

9  have been able to sustain our medical staff

10 through -- we contract with a medical provider

11 company, and that's helped tremendously.  Before that

12 time we had a very difficult time keeping

13 psychiatrists locally.

14     Q    So you could potentially obtain more

15 money for physician salary through a grant --

16     A    Yes.

17     Q    -- through DBHDD, for example?

18     A    Yes.

19     Q    And going back to this chart that we're

20 looking at.  Aspire provided nine students community

21 support individual services?

22     A    Yes.

23     Q    And we've talked about those services a

24 little bit.  Can you tell me a bit more about what

25 those services involve?



1    A    Those services are case management-like
2    services that are individual interactions with the
3    youth or with their family members, providing skills,
4    teaching and skills building, linkage to resources,
5    assistance in the classroom with behavior management,
6    those kinds of things.
7    Q    Who at Aspire provides those services?
8    A    Community support individual staff do.
9    Q    What training do those individuals
10   receive to provide those services?
11   A    Well, they have a high school level or
12   higher, up to a Bachelor's a level.  We provide an
13   internal training around their job duties and
14   responsibilities.
15   Q    Can those services be offered in a school
16   setting or via telehealth?
17   A    Yes.
18   Q    Looking back to the chart, Aspire
19   provided six students individual outpatient services,
20   correct?
21   A    Yes.
22   Q    Who at Aspire provides those services?
23   A    The clinicians, the therapists.
24   Q    Can those services be offered in a school
25   setting or via telehealth?



1          A     Yes, and let me make a caveat here.  The

2    CSI services and the clinician services in this

3    year -- what year was this, 2019?

4          Q     This was 2021, I believe.

5          A     Oh, this is '21?

6          Q     Yes.

7          A     Then, yes, all of that could have been

8    provided via telehealth.  Some of those services

9    prior to the pandemic we could not provide via

10   telehealth and bill for them.

11         Q     Is there a particular reason why you were

12   not allowed to do that?

13         A     Medicaid wouldn't approve telehealth

14   services.

15              MS. COHEN:  We all learned a lot

16         during the pandemic.

17              THE WITNESS:  We did learn a lot.

18         I'm hoping that will continue to be a

19         positive change, even after the state of

20         emergency.

21   BY MS. ADAMS:

22         Q     And then turning back to the chart again,

23   Aspire provided several students family outpatient

24   services?

25         A     Yes.



1      Q      Who at Aspire provides those services?

2      A      The clinical staff.

3      Q      Can those services be offered in a school

4    setting or via telehealth?

5      A      Yes.

6      Q      Turning to the next page, stamped Aspire

7    007496, Aspire provided six students service plan

8    development, correct?

9      A      Yes.

10     Q      What is service plan development?

11     A      It is the -- it's updating their -- the

12   child's treatment plan and their treatment goals, and

13   in some situations it's also updating their

14   authorization for provision of services.

15     Q      Who at Aspire provides that service?

16     A      The clinician.

17     Q      Can that service be offered in a school

18   setting or via telehealth?

19     A      Yes.

20     Q      Turning to the next page, Aspire 007497,

21   under Objective E -- sorry -- 1E, the report shows

22   that Aspire did not provide any Tier 3 school-based

23   mental health services to students at the school in

24   November 2021, correct?

25     A      That's what it looks like, yes.



 1      Q     What is your understanding of Tier 3
 2   services?
 3      A     I'm not sure.  Oh, it refers to
 4   individualized interventions for students living with
 5   a behavioral health diagnosis.  So that's any of our
 6   services.  I'm sorry.
 7      Q     That's okay.  Turning to page -- to just
 8   the next page, Aspire 007498, under Objective 1F,
 9   Aspire billed services to private insurance for one
10   unique student, correct?
11      A     Yes.
12      Q     Aspire billed services to Medicaid for
13   one unique student, correct?
14      A     Yes.
15      Q     Aspire billed services to DBHDD
16   fee-for-service for two unique students, correct?
17      A     Yes.
18      Q     What is DBHDD fee-for-service?
19      A     Those are children who either have no
20   insurance or they have a private insurance that
21   rejected one of the services that we offer, and then
22   we were able to bill them under the State contract
23   services.  So, for instance, some private insurances
24   refuse to pay for CSI services, in which case then we
25   can get authorization for those services through the



1    State contract.

2         Q    Aspire did not bill any services to the

3    Apex grant during this period, correct?

4         A    That's what it looks like.

5         Q    What kinds of services would qualify to

6    be charged to the Apex grant?

7         A    The non-billable services.  So it would

8    be a training or a form of resources offered.  Some

9    other CSBs would perhaps charge some of these other

10   individual services or group services, but we don't

11   have that.  We bill all of our services to the

12   child's payor source or to insurance.

13        Q    On this topic of billing, before our most

14   recent break we had been talking about the types of

15   services that Aspire serves, and there was one

16   particular data point on the last exhibit where we

17   were talking about Aspire enrolled students and then

18   students who might be able to partake in a group, for

19   example --

20        A    Right.

21        Q    -- even if they're not enrolled?

22        A    Right.

23        Q    So I'm wondering, why is it that those

24   students who are referred to participate in a group,

25   why is it that they're not able to be billed under



1  Medicaid?

2       A    More than likely, they -- they weren't

3  enrolled in services with us because they maybe

4  didn't have a mental health diagnosis, they don't

5  meet our admission criteria, or it could have been

6  that the family was not interested in receiving

7  services from us, in which that behavioral health

8  assessment would initiate an authorization to be able

9  to bill for those services.

10      Q    I see.  Under Objective 1G, the report

11 shows that Aspire provided Tier 1 services that it

12 was unable to bill to any payor, correct?

13      A    Yes.

14      Q    And as shown on the next page under

15 Objective 1H -- and that's on page Aspire 007499 --

16 Aspire's non-billable Tier 1 services included

17 faculty consultation or classroom observation and

18 staff meetings, correct?

19      A    Yes.

20      Q    I know we've talked about faculty

21 consultations and staff meetings.  Can you tell me

22 what Aspire staff do when they provide classroom

23 observation?

24      A    They would be monitoring a child in their

25 classroom setting to identify behavioral concerns or



1 | needs, and also to be able to provide support to the
2 | teacher in that classroom if the child has behavioral
3 | disruptions.  And can also be able to give some
4 | feedback to the teacher about ways that that teacher
5 | can better interact, engage and support the child.
6 |     Q     Which Aspire staff provide those
7 | services?
8 |     A     Predominantly, it would be the clinician.
9 | It may be the CSI staff person, particularly around
10 | skill building, for the child like being able to sit
11 | in their seat and working on those kinds of skills.
12 |     Q     And by CSI person, you're talking about
13 | community support individual services?
14 |     A     Yes.  Yes.
15 |     Q     Aspire covered the cost of these
16 | non-billable services through seed funding; is that
17 | correct?
18 |     A     Yes.
19 |     Q     Under Objective 1I, the report shows that
20 | Aspire completed a baseline CANS assessment for three
21 | students, correct?
22 |     A     Yes.
23 |     Q     What is a CANS assessment?
24 |     A     It is the Child and Adolescent Needs
25 | Assessment.



LISA OOSTERVEEN                          February 23, 2023
UNITED STATES vs STATE OF GEORGIA                     237

1      Q     Who at Aspire conducts that assessment?

2      A     The clinician.

3      Q     Can these assessments be provided at

4  school or via telehealth?

5      A     Yes.

6      Q     Can any student receive this assessment?

7      A     No.  This is a part of our behavioral

8  health assessment and reassessment process.

9      Q     Are there any circumstances in which a

10  student would not receive a CANS assessment?

11      A     No.

12      Q     Further down, it says that nine students

13  were eligible for CANS reassessments, correct?

14      A     Yes.

15      Q     How does a student become eligible for a

16  reassessment?

17      A     CANS have to be completed, I believe,

18  every three months.  So these children would have

19  been up for a reassessment.

20      Q     Then it says that only three students who

21  were eligible for a CANS reassessment actually

22  received a reassessment; is that right?

23      A     Yes.

24      Q     Why wouldn't all eligible students

25  receive reassessments?



1          A     I can't be certain, but it could have

2    anything to do with the child not being at school

3    when the clinician was there to complete the

4    reassessment, or the clinician not being able to

5    complete that assessment -- that reassessment in that

6    30-day time period.

7          Q     Is there anything that would make it

8    easier for Aspire staff to complete reassessments

9    within the time period that they would like to?

10         A     No.

11         Q     What are some of the reasons why a

12   clinician is not able to complete a reassessment

13   within the 30-day window, apart from a child not

14   being present?

15         A     It could be that, you know, another child

16   needed to be seen as an emergency or there was, you

17   know, some kind of a priority.  It could have been

18   that the staff person wasn't able to be at the school

19   the number of days that it would take, you know, for

20   all of assessments to get completed.

21         Q     If Aspire was able to hire an additional

22   clinician or two at this particular school, would it

23   maybe easier for clinicians to complete reassessments

24   within the 30 days?

25         A     Yes.



1    Q    Let's turn to the next page, Aspire

2    007500.  Under Objective 1J, the report shows that

3    none of Aspire's students were discharged during this

4    month, correct?

5    A    Yes.

6    Q    What does discharge mean?

7    A    That means that they would have been

8    discharged from our services.

9    Q    Are there any common reasons that

10   students receiving Apex services are discharged?

11   A    Yes.  One would be if the child has

12   achieved their goals and are no longer in need of

13   mental health services.

14          Another would be if we have had a lack of

15   engagement with the family, which really means that,

16   you know, it's only the clinical staff that is seeing

17   the child and we can't ever reach out to the family

18   or engage them in care.  That's not true engagement

19   or treatment.  So in those situations, you know,

20   after making every effort, we would discharge that

21   child.

22          Those are really the two reasons.  Or if

23   the family declined services.  If they don't -- they

24   no longer want services with us, then we would

25   discharge a child.



1        Q      Going back to the report, under Objective

2    2A, the report shows that Aspire served three

3    students for the first time during this month,

4    correct?

5        A      Yes.

6        Q      Under Objective 2B, three students

7    received first time referrals for Apex, correct?

8        A      Yes.

9        Q      Turning the page to Aspire 007501, under

10   Objective 2C, the report shows that three first time

11   referred students received behavioral health

12   assessments, correct?

13       A      Yes.

14       Q      What does first time referred student

15   mean?

16       A      That means the very first time that

17   they've ever been referred for services with us.

18       Q      Who at Aspire conducts the behavioral

19   health assessment?

20       A      The clinician.

21       Q      And these can be provided at school or

22   via telehealth?

23       A      Yes.

24       Q      And all children who enter Apex receive a

25   behavioral health assessment?



LISA OOSTERVEEN                                    February 23, 2023
UNITED STATES vs STATE OF GEORGIA                            241

1      A      Yes.

2      Q      We've talked a bit about functional

3  behavioral assessments in early conversation today.

4  Can you tell me what the difference is between a

5  functional behavioral assessment and a behavioral

6  assessment?

7      A      I cannot.  I don't know the real

8  difference.

9      Q      Do you know what percentage of students

10  who enroll in Aspire receive a functional behavioral

11  assessment?

12      A      I do not.

13      Q      And as we've been going through this

14  report, is functional behavioral assessment a service

15  that is offered through Aspire?

16      A      It is not.

17      Q      Looking at Page Aspire 007501, am I

18  correct that one first time referred student received

19  a diagnostic assessment?

20      A      Yes.

21      Q      We've talk a very little bit about

22  diagnostic assessment so far.  Can you remind me what

23  that involves?

24      A      Sure.  The diagnostic assessment is the

25  initial assessment that a child receives with a



1    psychiatrist or a psychiatric nurse practitioner.  So

2    that's an initial appointment with a physician.

3         Q    And as we've talked about before, those

4    are not available at school given the scheduling

5    challenges?

6         A    Right.

7         Q    Looking back at the chart, there were two

8    first time students -- first time referred students

9    receiving individual outpatient services this month,

10   correct?

11        A    Yes.

12        Q    And turning the page to Aspire 007502,

13   there was one first time referred student who

14   received a nursing service assessment, correct?

15        A    Yes.

16        Q    What is that?

17        A    That is a -- it's a nursing assessment

18   that takes place prior to the psychiatric

19   appointment.  So we take the height, weight, blood

20   pressure, just kind of do just a short little

21   physical of the child.  And the nurse also assists

22   the physician with authorization for orders for

23   medication and those kinds of things.

24        Q    Is that something that can take place at

25   the school or via telehealth?



LISA OOSTERVEEN                                February 23, 2023
UNITED STATES vs STATE OF GEORGIA                          243

1        A      Via telehealth, yes; at the school, no.

2        Q      Under Objective 2D, the report shows that

3   no first time referred students received any Tier 3

4   services, correct?

5        A      Yes.

6        Q      So at the beginning of this school

7   report, a couple pages back, we identified that there

8   were ten total students who received services from

9   Aspire during this month.  And we've been talking

10  about a number of different types of services that

11  were provided, and if we added up all of those

12  services, we would get over ten.

13       A      Uh-huh.

14       Q      So I'm trying to get a sense of how many

15  service sections each individual student receives.

16  Is that something that Aspire tracks?

17       A      No.

18       Q      Okay.  So your reporting is about each

19  individual service that's provided?

20       A      That's right.

21       Q      And so there were ten unique students

22  that received services, one student could have

23  received maybe three different types of services?

24       A      That's right.  That's right.

25       Q      And when we talk about some of the



1  different services that are listed in this report,

2  are there some services where it would be beneficial,

3  or even best, if a student had maybe three or four

4  sessions as opposed to just one session in a given

5  month?

6        A     Yes.

7        Q     What are some of the reasons why a

8  student might not be able to or does not receive

9  multiple sessions within a given month?

10       A     One reason could be, you know, staff's

11 time in the school versus the capacity to see all the

12 children.  It could also be, you know, pulling a

13 child during academic versus nonacademic time and,

14 you know, and really trying to be careful around

15 that.  Those are the main reasons.

16             Typically, if children need to be seen

17 more often, then the staff are able to prioritize

18 that.

19       Q     We've reviewed a lot of the different

20 services that Aspire provides.  Do the services that

21 we've talked about help students manage their

22 behavioral health needs in their home, schools and

23 communities?

24       A     Yes.

25       Q     And how do you know that?



1       A     We know that by evidence of the children

2    that we do see.  You know, they have fewer -- fewer

3    hospital stabilization visits.  You know, they -- we

4    see a decrease in, you know, behavioral outbursts

5    and, you know, school referrals and those kinds of

6    things, and we see an improvement in their overall

7    mental health and well being.  Their CANS scores

8    improve, typically.  And report by the family that

9    the child is improving.

10      Q     Earlier today, we discussed how

11   monitoring disciplinary referrals could help identify

12   students with behavioral health needs?

13      A     Yes.

14      Q     We just reviewed the November 2021

15   progress report for Lee County Middle School East,

16   and you testified that it is your understanding that

17   this is the format that Aspire is submitting to

18   report on each school that it services?

19      A     Yes.

20      Q     Did you see in this report any discussion

21   of disciplinary referrals?

22      A     I did not, but I can't confirm that

23   they're not also submitting that other he report.

24      Q     Absolutely.  I just wanted to make sure

25   we're focused on this one.



```
1          A     Yes.

2          Q     And, you know, feel free to look back.

3          A     No, I did not see it, no.

4                MS. ADAMS:  Okay.  We can close

5          this very large document up for now.

6                I would like the court reporter to

7          mark this next exhibit as Plaintiff's

8          Exhibit 788.

9                (Plaintiff's (Oosterveen)

10         Deposition Exhibit No. 788 was marked for

11         the record.)

12               MS. ADAMS:  Sorry for the pause

13         there.

14               MS. SHEPPARD:  And this is 788?

15               MS. ADAMS:  Yes.

16    BY MS. ADAMS:

17         Q     Okay.  So this is similar to the report

18    we were just looking at, but this is the

19    September 2020 monthly report.  So this is still the

20    Center of Excellence format, and the Bates number is

21    R -- oh, I'm sorry.  That might not actually be the

22    number.  Let me make sure I get it in front of me.

23    The Bates number at the bottom is Aspire 003217.

24               So let's turn to -- toward the back of

25    this document.  So let's go to Aspire 003228.  And
```



1   there's a heading that says Mental Health Planning

2   and Evaluation Template.  Are you familiar with that

3   template?

4          A    Yes.

5          Q    What is the purpose of this template?

6          A    This is the reporting mechanism, I

7   believe, that was in place at the time.

8          Q    Is it your understanding that DBHDD and

9   the Center of Excellence coordinated to create this

10  template?

11         A    Yes.

12         Q    Let's turn the page until we find item

13  13, which is on Page Aspire 003230.  That item

14  states:  Mental health service providers work with

15  the school to effectively identify youth who present

16  or are at risk for presenting emotional and/or

17  behavioral difficulties.

18              Is that right?

19         A    Yes.

20         Q    And there is a scale here where, one is

21  not at place -- not at all in place, and the other

22  side of the scale is six, fully in place; is that

23  right?

24         A    Yes.

25         Q    It appears that Aspire has marked number



1   five to indicate how in place this particular item

2   is; is that right?

3        A    Yes.  Hold on just a second.

4        Q    Sure.

5        A    This may be the -- actually -- the

6   schools actually complete this report, I believe.

7   Let me make sure.  I think this is the report that

8   schools submit on an annual basis about the services

9   that are being provided for them.

10       Q    And we can actually take a look at the

11  page marked Aspire 003221.  If you find that page,

12  then it shows that Hollis Smith did submit this.

13       A    Yes, you're right.

14       Q    And this is for Robert H. Harvey

15  Elementary School, correct?

16       A    Yes.

17       Q    I apologize for the confusion.

18       A    No, that's fine.

19       Q    So is it your understanding that Hollis

20  coordinated with the school to submit this report?

21       A    Yes.

22       Q    So turning back to the page that we were

23  looking at, with item 13, we see that number five has

24  been marked for this particular item.

25            What is your understanding of how



1  students who are placed in GNETS are -- I'm sorry.

2  Hold on one second.  Okay.  So looking at this item

3  number 13, Aspire and the school have marked that

4  number five has been selected so that this particular

5  item is close to fully in place, but not 100 percent

6  fully in place.

7            Can you describe the process through

8  which you -- through which Aspire identifies students

9  who are presenting or at risk of presenting emotional

10  and/or behavioral difficulties?

11      A    The clinical staff predominantly have a

12  close working relationship with the school

13  counselors.  And so, if there is a youth that is in

14  question or is needing to be referred, there can be

15  that collaboration between the school counselor and

16  the clinician prior to a referral being submitted.

17  And there are other situations where, you know,

18  there's no need for that consultation at all.  The

19  referral is just submitted.

20      Q    Would you say that students who are

21  placed in GNETS or who are at risk of being placed in

22  GNETS are likely to present emotional and behavioral

23  difficulties?

24      A    Yes.

25      Q    And so the process you just described



LISA OOSTERVEEN                                    February 23, 2023
UNITED STATES vs STATE OF GEORGIA                            250

1    would be applied for students who might be placed in

2    GNETS?

3         A    Yes.

4         Q    Can you remind me to what extent Aspire

5    uses data to identify students who are likely to

6    present emotional and behavioral difficulties?

7         A    How we use data?  Can you say that again?

8    I'm sorry.

9         Q    Yeah.  So this item is about mental

10   health service providers working to identify youth

11   who present or are at risk of presenting emotional

12   and/or behavioral difficulties, and I'm wondering to

13   what extent data is used to identify those students.

14        A    Sure.  So if we were to have a

15   consultation with a school counselor, of course we

16   would be talking about the number of office

17   referrals.  We would talk about their grade point

18   average, out of school suspensions.  And those

19   certainly would be data points that would be

20   considered in terms of referring a child.

21        Q    Looking down further on the same page at

22   item 19, it states:  Mental health prevention and

23   intervention services are empirically supported or

24   based on evidence of positive impact.

25             And Aspire and the school have marked



 1   this as number four on the scale, so not fully in

 2   place, but also not at all in place.  It's somewhere

 3   in the middle.

 4        A     Sure.

 5        Q     Can you tell me what evidence-based

 6   services Aspire is using to support students with

 7   behavioral needs?

 8        A     So that would be our cognitive behavior

 9   therapy, our trauma-focused behavior therapy, play

10   therapy, the dialectical behavioral therapy, sensory

11   modulation.  All of the therapies that we talked

12   about previously would be some of those modalities

13   that we would be utilizing.

14             And -- and I can speak to it being at a

15   four, and that is that we always believe that we can

16   have additional trainings and opportunities to learn

17   about how to provide early intervention and

18   prevention.

19             MS. ADAMS:  Let's go ahead and go

20        off the record.

21             THE VIDEOGRAPHER:  The time is

22        4:49 p.m.  We're going off the record.

23                  (Brief pause.)

24             THE VIDEOGRAPHER:  The time is

25        5:12 p.m.  We're back on the record.



1    BY MS. ADAMS:

2        Q    We spoke a while ago about PBIS, and you

3    mentioned that some of the schools that Aspire works

4    with have been implementing PBIS.

5             What are some of the benefits of working

6    in schools that implement PBIS?

7        A    Some of the benefits in working in

8    schools that incorporate PBIS is that they are

9    consistently teaching all the children in the school

10   about different characteristics and traits that are

11   adaptive, helpful and that lead the children towards

12   success.

13            PBIS and, you know, the schools even that

14   my own children attend, like my kids come back and

15   they kind of talk about some of the skills that

16   they've learned as a result of those curriculums.

17       Q    Do you know whether any of the schools

18   that Aspire services do mental health screenings for

19   all of their students?

20       A    They do.

21       Q    Do you know if certain schools do or is

22   that true for all of the schools that you work with?

23       A    I cannot speak to all of the schools, but

24   I do know that some of the schools do provide the

25   mental health screenings.  They provide health



1  screenings in general, and mental health is in with

2  that.

3       Q    Do you know of any particular schools by

4  name that provide these screenings?

5       A    I know that the -- several of the Lee

6  County schools provide those screenings because I've

7  actually completed them for my own children.  Yes.

8  So the middle school -- the middle school and I

9  believe the elementary school does, as well.

10      Q    Do you know if that's the East or West

11 Middle School?

12      A    The West campus.

13      Q    Do you know about the East campus?

14      A    I am not sure.

15      Q    We have talked about functional

16 behavioral assessments a few times today and we

17 talked about how that is not a service that Aspire's

18 staff currently provide.

19           Do you believe it would be helpful for

20 Aspire staff to receive training to provide those

21 assessments?

22      A    I'm not sure.  I'm not sure how it would

23 be beneficial in terms of the services that we

24 provide.

25      Q    Okay.  And what -- what are you not sure



1    about or why are you not sure if it would be helpful?

2          A     I'm not sure of everything that comprises

3    a functional assessment, so I don't know the

4    different elements in it and if that's in line with,

5    you know, the types of services that we offer.  It

6    may be something that a psychological service may

7    offer better than us, because we are a mental health

8    provider.

9          Q     Okay.

10               MS. SHEPPARD:  Counsel, did you

11         want me to know it's six hours?

12               MS. ADAMS:  We're good now.  Thank

13         you.

14   BY MS. ADAMS:

15         Q     We also talked about applied behavioral

16   analysis?

17         A     Yes.

18         Q     And how that wasn't necessarily something

19   that folks were being trained on when you were first

20   coming into the field, but now it is more popular and

21   it is being offered in more schools.

22         A     Yes.

23         Q     Do you believe that Aspire would benefit

24   from hiring a behavioral analyst that's trained in

25   applied behavioral analysis?



1       A      Yes.

2       Q      Do you know whether Aspire's Apex

3   contract precludes Aspire from making that hire?

4       A      I don't know that it precludes us from

5   being able to hire a behavior analyst.  It's not

6   something that has been in the budget line item

7   previously.

8       Q      And I think we had talked about how there

9   are just not a ton of behavioral analysts --

10      A      Right.

11      Q      -- in this particular region and that can

12  be something that presents a challenge?

13      A      Right.

14      Q      But you do think it would be valuable for

15  Aspire to have someone like that on staff?

16      A      Yes.

17      Q      And why would that be helpful?

18      A      To really work with children who may be

19  on the autism spectrum, and also to work with

20  children who have behavioral disorders where our

21  traditional therapeutic approaches have not been as

22  successful.

23      Q      We have talked about Aspire's practices

24  in terms of fidelity with its data reporting and how

25  that's something that Aspire does internally.



1           Is there anything that Aspire does to

2    ensure fidelity with regard to its evidence-based or

3    evidence-informed services in particular?

4           A    Can you give me some examples?

5           Q    I'm just wondering, given that you do

6    have this policy or practice in place for data

7    reporting, I'm wondering if there's anything similar

8    that's specific to your services around -- that are

9    evidence-based.

10          A    Sure.  Our personnel department does

11   track the clinical staff who receive additional

12   trainings.  Well, they track staff, we have all

13   trainings, but they also track staff who've received

14   like additional specialty types of trainings.  That

15   can include those evidence-based practices.

16          Q    We spoke a bit about some students who

17   have been placed in GNETS and have received services

18   from Aspire, and we spoke about two individual

19   students in particular that you worked with, but you

20   mentioned that you did not observe certain services

21   being provided to those students in the GNETS

22   classroom; is that right?

23          A    Right.

24          Q    Have you ever observed a GNETS classroom

25   when students are in their -- in their learning



1 | environment?

2 |     A     No.

3 |     Q     Do you know if any Aspire staff are ever

4 | been in a GNETS classroom for --

5 |     A     I'm not sure.

6 |     Q     Sorry.  I'm just going to make sure

7 | that's clear for the record for the reporter.  I

8 | apologize.

9 |         Have you -- do you know of any other

10 | Aspire staff who have ever been in a GNETS classroom

11 | for classroom observation purposes?

12 |     A     I'm not sure.

13 |     Q     Thank you.  We spoke earlier about some

14 | of the collaboratives and meetings, the stakeholder

15 | meetings that Aspire staff attend.  And one meeting

16 | that CSBs have been invited to is this PAC meeting

17 | that DBHDD invited you and some other CSB experts to

18 | attend.

19 |         And I believe you mentioned that the LIPT

20 | meeting was a focus of the work of the PAC and how

21 | basically it had a bit of a resurgence and that was

22 | something that was accomplished through those PAC

23 | meetings.  Am I remembering that correctly?

24 |     A     Yes.

25 |     Q     Can you tell me more about what compelled



1  that effort to revitalize LIPT?  Why was that an

2  important thing to do?

3       A     I think the -- the -- the real goal was

4  for the system of care, in general, to -- to become a

5  little bit more cohesive, and one part of that is the

6  re -- the revitalization of the LIPT.

7            So I think -- and this is just, you know,

8  my observation.  I think the Department of Behavioral

9  Health had recognized that the system of care,

10  Georgia's system of care, had become fragmented in

11  some ways.  Meaning that the different child-serving

12  entities were siloed in how they served children.

13  And so one of the ways of really bringing those

14  entities back together again was through LIPT.

15            Currently, one of the other initiatives

16  is really to get the local mental health provider

17  connected with an FQHC, which is that healthcare

18  entity.  That's another way of really kind of getting

19  that system of care connected again.

20       Q    We spoke a bit about how some of the work

21  that Aspire does, especially in kind of collaborative

22  type settings, are non-billable services.

23            Is the time that Aspire staff spend in

24  the LIPT meetings something that could be billed to

25  something like Medicaid?



1        A     That -- that is a non -- traditionally

2    it's a non-billable service.

3        Q     Okay.  And is it your understanding that

4    DBHDD has established that to be the practice for

5    that particular service?

6        A     I'm sorry.  How do you mean?

7        Q     So is it your understanding that the

8    reason why Aspire staff cannot bill time in LIPT

9    meetings is because DBHDD does not allow the staff to

10   bill that time?

11       A     Not that DBHDD won't, but that it's not

12   considered a Medicaid billable service.

13       Q     Okay.  I believe you mentioned someone

14   named Angie Williams earlier who serves as a system

15   of care coordinator?

16       A     Yes.

17       Q     What are some of the benefits of

18   participating in a system of care kind of approach?

19   What are some of the benefits for the actual

20   provider?

21       A     The benefits from a provider standpoint

22   is that we develop a closer working relationship with

23   those different entities.  When we have barriers with

24   any of those service providers, then we can go to

25   them and have a better ability to remove those



 1   barriers to better serve the children and their

 2   families.

 3              And in this instance with having that

 4   system of care coordinator, she is kind of the

 5   liaison by which all of those entities can come to

 6   her, and then she can also provide information about

 7   all of our services and also can provide educations

 8   and trainings, as well.

 9        Q    Okay.  And what are some of the benefits

10   of that system of care approach for the young person?

11        A    It gives that young person a higher level

12   of access to care, a higher level of linkage to the

13   different resources that they and their families may

14   need.  It offers advocacy, because sometimes those

15   other providers stigmatize or have conflicting

16   relationships with the children and their families.

17   And so we have the offering of being able to advocate

18   for and on behalf of that child and their family

19   members.

20        Q    Does Angie have any communication with

21   GNETS in her role as system of care coordinator?

22        A    She would have communication through any

23   trainings that they request and any community

24   stakeholders meetings that she's in attendance with.

25   So she's had some in those ways.



1          And then Hollis Smith has some

2    communication through our school-based services with

3    Dr. Kerri Miller, who is the director of the region.

4          Q    Okay.  We have talked about the term

5    community based throughout the day, and I just want

6    to clarify.

7          When you say community based, are you

8    saying that that is referring to services that are

9    not provided in a clinical setting?

10         A    That's right.

11         Q    In terms of the LIPT meetings, do you

12   know how many of those meetings have been held this

13   calendar year?

14         A    I do not.

15         Q    Do you know if any of those meetings have

16   been held for this calendar year?

17         A    Yes.

18         Q    Do you know if there have been more than

19   one?

20         A    I'm not sure.

21         Q    We also talked about a program called

22   Evolve, I believe?

23         A    Yes.

24         Q    Do you know approximately how many

25   service -- excuse me.



1              Do you know approximately how many

2       children have been served in that program?

3              A       Since the beginning of the program, I'm

4       not certain.  That program started in 2016.  But I

5       believe we currently have around 30 young people who

6       are enrolled in that program.

7              Q       Okay.

8              A       And that's an approximation.

9              Q       Does that number, 30, seem about the

10      average that you've had since the program started in

11      2016?

12             A       Yes.  It is intended to keep a smaller

13      case load because the youth being served are higher

14      acuity.

15             Q       Are there any particular medical partners

16      that are prescribing medications for this program?

17             A       We have a psychiatrist who is the medical

18      team lead for that program.

19             Q       We talked about how sometimes students

20      who receive Apex services and are enrolled in Aspire

21      sometimes need to be placed in a higher level of

22      care, and you mentioned that sometimes, in rare

23      circumstances, residential placement is an option.

24             Are there specific criteria that are

25      required to be placed in residential?



 1        A    I'm not exactly sure of all of the

 2   specifics, but they would have to have multiple

 3   crisis stabilization stays; they would, you know,

 4   have to have some -- what we consider like functional

 5   difficulties, which would mean that there's not

 6   stability in the home in terms of their ability to

 7   stay in the home safely, and some other disruptions,

 8   perhaps, like in the school setting.

 9              So those are typically requirements, but

10   I'm not sure of the actual admission criteria right

11   now.

12        Q    Is it your understanding that a child

13   could be placed in a residential placement for any

14   reason other than risk of harm to themselves or to

15   others?

16        A    No.

17        Q    So it's your understanding that that is

18   the primary reason that they would be placed --

19        A    Right.  It is not safe for them to remain

20   in -- you know, in their home and in the community by

21   which they are living.

22        Q    We talked a bit about your actual direct

23   service to students in schools, and we talked a

24   little bit about self-contained classrooms.  And I

25   know you weren't necessarily able to recall if you



1    had had a ton of time working with students who were

2    in those types of settings.  Is it -- was it at the

3    time -- sorry.  I'll start over.

4              When you were providing direct services

5    to students in schools, was it your practice to

6    observe students who had serious behavioral needs in

7    the classroom?

8        A    I have done that, yes.

9        Q    We talked about the importance of Aspire

10   staff meeting with school leadership, like senior

11   administrator type folks.  And I just wanted to make

12   sure I understood who, in particular, at Aspire is

13   meeting with school leadership.

14             What are the titles of those Aspire

15   staff?

16       A    So when we are first going into a school,

17   like introducing the school-based mental health

18   services, we are requesting a meeting with the

19   principal of the school and the school counselor.

20   And then, when we begin to educate the staff about

21   the services themselves, then that would include all

22   of the faculty and staff, including the teachers and

23   any other specialists in the school, as well.

24       Q    And during all of that communication, who

25   at Aspire is involved in those conversations?



1        A      So it would -- initially, it would be

2     the -- the Apex coordinator, and then when that

3     orientation of all of the staff is there, it would be

4     the Apex coordinator and the clinician who's

5     providing the services in that school.

6        Q      Okay.  And I apologize if we already

7     covered this, but I just want to make sure I'm

8     remembering correctly.

9            The Apex coordinator is Hollis Smith.

10       A      Yes.

11       Q      And what are her specific credentials

12    again?

13       A      So she -- she is working towards a

14    Master's in counseling, yes.

15       Q      Okay.  And does she have any other

16    credentials besides that?

17       A      No.

18       Q      And as Aspire is establishing

19    relationships with the school, if that school has a

20    PBIS structure in place, which Aspire staff are

21    participating in those kinds of PBIS-specific

22    conversations?

23       A      It would be the clinical staff person,

24    the clinician who is providing services at the

25    school.



1       Q      Okay.  Going back to my question earlier

2    about classroom observation again.

3              So is it Aspire's regular practice for

4    the staff who provide direct student-based mental

5    health services to conduct classroom observations of

6    students?

7       A      It depends on each child's circumstances.

8    So if, for instance, a child is having behavioral

9    disruptions in the classroom and the teacher is

10   struggling with ways to manage that child, then

11   absolutely it is practice for the staff to do that.

12   If the child, for instance, is struggling with

13   generalized anxiety or they're covering from grief,

14   they've had death in the family, then that not

15   necessarily would be something that would be

16   required.

17              MS. ADAMS:  Okay.  We can go off

18         the record.

19              THE VIDEOGRAPHER:  The time is

20         5:33 p.m.  We're going off the record.

21                  (Brief pause.)

22              THE VIDEOGRAPHER:  The time is

23         5:34 p.m.  We are back on the record.

24              MS. ADAMS:  Those are all the

25         questions that I have for you.  I really



1  appreciate you spending this day with us

2  and --

3       THE WITNESS:  Thank you.

4       MS. ADAMS:  -- and it's just been

5  such a pleasure getting to know about all

6  the amazing work you do.

7       THE WITNESS:  Thank you.

8       MS. ADAMS:  So thank you so much

9  for your time.

10       THE WITNESS:  Thank you.

11       MS. ADAMS:  Melanie, I'm turning it

12  over to you.

13       MS. JOHNSON:  Thank you so much.  I

14  don't have any questions for you, so you

15  are all finished.

16       THE WITNESS:  Thank you.

17       MS. JOHNSON:  Thank you.

18       MS. ADAMS:  Okay.  We can close the

19  record.

20       THE VIDEOGRAPHER:  Counsel, just

21  before we do go off the record, I just

22  wanted to go over, does anyone need video

23  or transcript orders?

24       MS. ADAMS:  We need both, and we

25  have a standing order.



1          MS. COHEN:  We have a standing with

2    them.

3          THE REPORTER:  Ms. Johnson?

4          MS. JOHNSON:  The State does not

5    need video, but we'll take an eTrans.

6          THE REPORTER:  Thank you.  And

7    exhibits, Ms. Johnson?

8          MS. JOHNSON:  Yes, please.

9          THE VIDEOGRAPHER:  Just to close

10   the video, with no further questions, the

11   time is 5:35 p.m. on February 23rd, 2023

12   and we're going off the record.

13

14          (Thereupon, the deposition was

15   concluded at approximately 5:35 p.m.)

16

17

18

19

20

21

22

23

24

25



1            D I S C L O S U R E

2        The following representations and disclosures

3    are made in compliance with Georgia Law, more

4    specifically:

5        Article 10(B) of the Rules and Regulations of

6    the Board of Court Reporting (disclosure forms).

7        OCGA 9-11-28(c (disqualification of reporter for

8    financial interest).  OCGA 15-14-37(a) and (b)

9    (prohibitions against contracts except on a

10   case-by-case basis.)

11       I am a certified court reporter in the State of

12   Georgia.  I am a subcontractor for Esquire Deposition

13   Solutions.  I have been assigned to make a complete

14   and accurate record of these proceedings.

15       I have no relationship of interest in the matter

16   on which I am about to report which would disqualify

17   me from making a verbatim record or maintaining my

18   obligation of impartiality in compliance with the

19   Code of Professional Ethics.

20       I have no direct contract with any party in this

21   action and my compensation is determined solely by

22   the terms of my subcontractor agreement.

23       This 7th day of March, 2023.

24   _____
     *Tanya L. Verhoven*
     Tanya L. Verhoven-Page,

25   B-1790.



800.211.DEPO (3376)
EsquireSolutions.com

```
1                  C E R T I F I C A T E

2

3    STATE OF GEORGIA:

4    FULTON COUNTY:

5

6              I hereby certify that the foregoing

7         deposition was reported, as stated in the

8         caption, and the questions and answers

9         thereto were reduced to written page

10        under my direction, that the preceding

11        pages represent a true and correct

12        transcript of the evidence given by said

13        witness.

14             I further certify that I am not of

15        kin or counsel to the parties in the

16        case, am not in the regular employ of

17        counsel for any of said parties, nor am I

18        in any way financially interested in the

19        result of said case.

20             Dated this 7th day of March, 2023.

21
                        Tanya L. Verhoven
22        _____
          Tanya L. Verhoven-Page,
23        Certified Court Reporter,
          B-1790.

24

25
```

