```
 1                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
 2                         ATLANTA DIVISION

 3

 4   UNITED STATES OF AMERICA,
                                  )CIVIL ACTION
 5           Plaintiff,           )NO. 1:16-cv-03088-ELR
                                  )
 6   vs.                          )
                                  )
 7   STATE OF GEORGIA,            )
                                  )
 8           Defendants.          )
                                  )
 9   - - - - - - - - - - - - - -  )

10

11                   VIDEOTAPE DEPOSITION OF

12                   WILLIAM MATTHEW JONES

13

14        Tuesday, January 10, 2023, 9:06 a.m., EST

15

16

17

18

19

20           HELD AT:

21           Robbins Firm
             500 14th Street, N.W.
22           Atlanta, Georgia  30318

23           ----------------------------------------------

24

25           WANDA L. ROBINSON, CRR, CCR, No. B-1973
        Certified Shorthand Reporter/Notary Public
```



```
 1                     APPEARANCES OF COUNSEL

 2

 3    Appearing on Behalf of the Plaintiff:

 4

 5        LAURA CASSIDY TAYLOE, ESQUIRE
          MICHELLE L. TUCKER, ESQUIRE
 6        KELLY GARDNER, ESQUIRE
          U.S. Department of Justice
 7        Civil Rights Division
          950 Pennsylvania Avenue, N.W.
 8        Washington, D.C. 20579
          T:  202.305.6630  F:  202.305.3488
 9        E-mail:  Laura.Tayloe@usdoj.gov
                   Michelle.Tucker@usdoj.gov
10                 kelly.gardner@usdoj.gov

11

12

13    Appearing on Behalf of the Defendant and the
      Witness:
14

15        JOSH BELINFANTE, ESQUIRE
          Robbins Alloy Belinfante Littlefield LLC
16        500 14th Street, N.W.
          Atlanta, Georgia  30318
17        T:  404.856.3261
          E-mail:  jbelinfante@robbinsfirm.com
18

19

20

21

22

23

24

25
```



```
 1   ALSO PRESENT VIA ZOOM:

 2      U.S. Attorney's Office:

 3            FRANCES COHEN, ESQUIRE

 4            CLAIRE CHEVIER, ESQUIRE

 5            VICTORIA LILL, ESQUIRE

 6            SANDRA LeVERT, ESQUIRE

 7

 8      Robbins Firm

 9            DANIELLE HERNANDEZ, ESQUIRE

10            ANNA EDMONDSON, ESQUIRE

11

12

13            STACEY SUBER-DRAKE, ESQUIRE
              CHANTELL MULLEN
14            Georgia Department of Education

15

16

17

18

19

20

21

22   ALSO PRESENT:

23        BRANDON BRANTLEY, Videographer

24

25
```



```
 1              INDEX OF EXAMINATIONS

 2

 3   WILLIAM MATTHEW JONES

 4   By Ms. Tucker                           Page 9

 5

 6

 7              INDEX OF EXHIBITS

 8   PLAINTIFF'S

 9   NO.               DESCRIPTION              PAGE

10   Exhibit 819   Notice of Deposition of Matthew    12
                   Jones
11
     Exhibit 820   GaDOE Organizational Structure     55
12                 Web Page

13   Exhibit 821   5/25/2019 Email Thread from        66
                   Matt Jones To Karen Ward
14                 GA03522859 - GA03522860

15   Exhibit 822   8/10/2015 Email from Clara Keith    94
                   To Matt Jones With Attachment
16                 GA03463082 - GA03463083

17   Exhibit 823   9/16/2015 Email from Deborah Gay   100
                   To Jones/Peterson With Attachment
18                 GA03463406 - GA03463410

19   Exhibit 824   10/12/2015 Email Thread from       110
                   Deborah Gay To Matt Jones
20                 With Attachment
                   GA03463605 - GA03463609
21
     Exhibit 825   9/12/2016 Email from Matt Jones    135
22                 To Nakeba Rahming
                   GA03472903
23
     Exhibit 826   6/23/2016 Email from Nakeba Rahming 158
24                 To Matt Jones With Attachment and
                   Spreadsheet
25                 GA03468051 - GA03468053
```



```
 1                    INDEX OF EXHIBITS (Continued)

 2   PLAINTIFF'S

 3   NO.                  DESCRIPTION                  PAGE

 4   Exhibit 827  4/30/2019 Email Thread from Vickie   170
                  Cleveland To Jones/Beck
 5                With Attachment
                  GA03522299 - GA03522301
 6

 7   Exhibit 828  7/11/2016 Email from Nakeba Rahming 180
                  To Matt Jones With Attachment
 8                GA03468602 - GA03468604

 9   Exhibit 829  7/19/2016 Email from Nakeba Rahming 189
                  To Matt Jones With Attachments
10                GA03468710 - GA03468713
                  GA03468711.001 - GA03468711.010
11
     Exhibit 830  7/22/2016 Email from Matt Jones      199
12                To Nakeba Rahming
                  With Attachment
13                GA03468848 - GA03468850

14   Exhibit 831  7/29/2016 Email Thread from Nakeba   202
                  Rahming To Matt Jones
15                With Attachment
                  GA03469366 - GA03469367
16
     Exhibit 832  3/28/2017 Email Thread from Nakeba   206
17                Rahming To Matt Jones
                  With Attachment
18                GA03479096 - GA03479100

19   Exhibit 833  5/22/2017 Email from Matt Jones      220
                  To Barbara Hampton and Larry Winter
20                With Attachment
                  GA03481153 - GA03481156
21
     Exhibit 834  8/3/2016 Email from Nakeba Rahming   262
22                To Matt Jones
                  With Attachment
23                GA03469725 - GA03469726
                  GA03469726.001 - GA03469726.049
24

25
```



WILLIAM MATTHEW JONES                          January 10, 2023
UNITED STATES vs STATE OF GEORGIA                        6

```
 1              INDEX OF EXHIBITS (Continued)

 2    PLAINTIFF'S

 3    NO.              DESCRIPTION                  PAGE

 4    Exhibit 835  5/11/2017 Email Thread from      273
                   Geraldine Price To Matt Jones
 5                 With Attachment
                   GA03479610 - GA03479613
 6
      Exhibit 836  7/24/2018 Email Thread from      276
 7                 Matt Jones To IIIXVI
                   With Attachment
 8                 GA03512056 - GA03512058

 9    Exhibit 837  8/4/2020 Email from Matt Jones   281
                   To DOE Users With Attachment
10                 GA01004895 - GA01004897

11    Exhibit 838  8/24/2020 Email from Matt Jones  288
                   To DOE Users With Attachment
12                 GA01004898 - GA01004900

13    Exhibit 839  7/5/2016 Email from Nakeba Rahming 307
                   To Matt Jones With Attachment
14                 GA03468577 - GA03468582

15    Exhibit 840  9/16/2016 Email from Zelphine    311
                   Smith-Dixon To K12 Special Education
16                 Directors With Attachments
                   GA03473076 - GA03473078
17                 GA03473078.001 - GA03473078.033
                   GA03473079
18                 GA03473079.001 - GA03473079.043

19    Exhibit 841  6/9/2020 Email from Ashley Harris 317
                   To Stacey Suber-Drake
20                 With Attachments
                   GA03545055 - GA03545070
21
      Exhibit 842  7/31/2018 Email Thread from      326
22                 Gary Wenzel To Matt Jones
                   With Attachments
23                 GA03512298 - GA03512308

24    Exhibit 843  8/7/2015 Email Thread from Matt  332
                   Jones To Kenney Moore
25                 GA03463029
```



1              INDEX OF EXHIBITS (Previously Marked)

2    PLAINTIFF'S

3    NO.                    DESCRIPTION                    PAGE

4    Exhibit 82    GNETS 2017 State Board Rule            231

5    Exhibit 265   Inclusive Leadership Breakout          296
                   SPDG National Meeting
6                  October 14th

7    Exhibit 380   5/20/2019 Email Thread From Vickie     177
                   Cleveland To Lakesha Stevenson
8                  GA00346118 - GA00346121

9    Exhibit 390   4/24/2020 Email From Vickie            246
                   Cleveland To Owen/Smith-Dixon
10                 With Attachments
                   GA00054562 - GA00054567
11                 GA00054567.001 - GA00054567.020
                   GA00054568
12
     Exhibit 582   Organizational Charts                  51
13                 GEORGIA 000007 - GEORGIA 000032

14   Exhibit 621   9/18/2015 Email Thread From            108
                   Larry Winter To Matt Jones
15                 GA03463431

16   Exhibit 622   12/3/2015 Email Thread From            119
                   Larry Winter To Matt Jones
17                 GA03464539

18   Exhibit 623   2/16/2016 Email Thread From            130
                   Larry Winter To Matt Jones
19                 GA03465879

20   Exhibit 703   May 23, 2022 Letter From DOJ           253
                   Hamilton/Lill To Belinfante/Morris
21

22

23

24

25



1          THE VIDEOGRAPHER:  This is the video

2     deposition of William Matthew Jones, being

3     taken in the matter of the United States of

4     America versus the State of Georgia.

5          Today's date is January 10th, 2023.  The

6     time on the record is 9:06 a.m.

7          My name is Brandon Brantely.  I'm the

8     videographer.  Wanda Robinson is the court

9     reporter.

10         Counsel, please introduce yourselves for

11    the record, after which the court reporter will

12    swear in the witness.

13         MS. TUCKER:  Michelle Tucker for the

14    United States.

15         MS. GARDNER:  Kelly Gardner for the United

16    States.

17         MS. TAYLOE:  Laura Tayloe for the United

18    States.

19         MR. BELINFANTE:  Josh Belinfante for the

20    State of Georgia.

21              - - - - - - -

22         WILLIAM MATTHEW JONES,

23  being duly sworn, was examined and testified as

24  follows:

25



1   EXAMINATION

2   BY MS. TUCKER:

3       Q    Thank you.  Good morning, Mr. Jones.

4       A    Good morning.

5       Q    Thank you for coming in today.

6       A    Thank you.

7       Q    I know we just introduce ourselves but my

8   name is Michelle Tucker, and I am senior trial

9   attorney in the Educational Opportunity section of

10  the Civil Rights Division of the U.S. Department of

11  Justice, and I represent the United States in this

12  lawsuit and I will be taking your deposition today.

13       Would you please state and spell your full

14  name for the record.

15       A    Yeah.  It's William Matthew Jones.

16  W-I-L-L-I-A-M, MA M-A-T-T-H-E-W, J-O-N-E-S.

17       Q    Thank you.  And I'm sure your attorney has

18  explained much of this to you, but we are basically

19  going to have a conversation today.  I'm going to

20  ask you questions, and your job is to answer the

21  questions completely and truthfully.  Okay?

22       A    Okay.

23       Q    You were just sworn to tell the truth by

24  the court reporter.  The oath you took is the same

25  oath that you would take if you were testifying in a



1  court of law and puts you under the same obligations

2  that you would be in court.

3          Do you understand that?

4      A    I do.

5      Q    Okay.  My questions and your answers will

6  be recorded by the court reporter, so please

7  understand that you will need to speak clearly and

8  answer all the questions orally so that the court

9  reporter can capture your answers accurately.

10     A    Okay.

11     Q    So, for example, no nodding or head

12 shaking.

13     A    Okay.

14     Q    The other thing that you and I will need

15 to do is avoid talking over one another.  So I will

16 do my best not to interrupt your answers, and I will

17 ask that even if you think you know the answer to my

18 question that you let me get the full question out.

19     A    Sounds good.

20     Q    If at any point you do not understand my

21 question, just feel free to ask me to clarify.  I'll

22 be happy to do that.

23     A    Okay.

24     Q    For the record, the United States has come

25 to agreement with counsel with the State to reserve



1  all objections except as to form and privilege, but

2  note that your attorney may occasionally object to

3  my questions.  This is to put their objection and

4  issue on the record, but you can still answer unless

5  they explicitly direct you not to.

6        A    Okay.

7        Q    If you want to take a break for any

8  reason, that's fine.  I just ask if there's a

9  question pending or if you're in the middle of an

10 answer that we just wait until that ends.

11       A    Okay.

12       Q    And then sometimes I'll ask you a

13 question, you'll give me a little bit of an answer,

14 and then an hour later or even five minutes later

15 you'll remember something else that would have been

16 responsive.  Happy to go back to that.

17       A    Okay.

18       Q    How are you feeling today?

19       A    Feeling pretty good.

20       Q    Good.  Is there any reason that you would

21 not be able to answer my questions fully and

22 truthfully today?

23       A    There's no reason.

24       Q    Okay.  For example, are you taking any

25 medication that would inhibit your ability to answer



 1  my questions?

 2      A    I took an allergy pill this morning, but

 3  other than that, that's it.

 4      Q    Good.  Do you have any questions before we

 5  proceed?

 6      A    No questions.

 7           MS. TUCKER:  I'd like the court reporter

 8       to mark this document as Plaintiff's Exhibit

 9       819.

10           (WHEREUPON, Plaintiff's Exhibit-819 was

11        marked for identification.)

12  BY MS. TUCKER:

13      Q    She'll hand that to you in a second.

14      A    Okay.  Thank you.

15           MS. TUCKER:  Actually, before we begin,

16       just to confirm, Mr. Belinfante, you are

17       representing Mr. Jones in this?

18           MR. BELINFANTE:  That's correct.

19  BY MS. TUCKER:

20      Q    So, Mr. Jones, this is the deposition

21  notice that we served for your deposition in

22  connection with the lawsuit against the State of

23  Georgia related to the Georgia Network for

24  Educational and Therapeutic Supports Program,

25  commonly referred to as the GNETS program.

1            Have you seen this deposition notice
2    before?

3        A    I have.

4        Q    Okay.  When?

5        A    Um, prior to this.  Probably within the
6    last week it was sent to me.

7        Q    And who sent it to you?

8        A    Stacey Suber-Drake, I believe.

9        Q    And is Stacey --

10       A    She's our general counsel for the Georgia
11   Department of Education.

12       Q    Thank you.

13            What is your understanding of what this
14   lawsuit is about?

15       A    I believe it deals with IDEA and IDEA and
16   students that are served through GNETS in the State
17   of Georgia.

18       Q    And what is the basis for your
19   understanding?

20       A    Would you clarify that?

21       Q    Yeah.  How did you think about -- like
22   when you learned about the lawsuit, how did you
23   learn about it?

24            MR. BELINFANTE:  I would object to the
25        extent it calls for you to reveal conversations



1          with counsel about the lawsuit and instruct you

2          not to answer any questions that involve the

3          attorney-client communications.

4          A     One way that I heard about it initially

5     was through some news articles.

6          Q     Okay.  And have you read any court filings

7     in connection with this lawsuit?

8          A     Probably not in very detail.  They might

9     have been shared with me, but I haven't really

10    looked at them or really evaluated or examined them.

11         Q     Do you recall reviewing the complaint in

12    this lawsuit, the first thing the Department of

13    Justice --

14         A     Possibly.

15         Q     Did you receive a notice in connection

16    with this case advising you to not delete or destroy

17    relevant information?

18         A     Yes, I did.

19         Q     When did you receive that?

20         A     I can't remember the timeline but it

21    seemed fairly early on in the process.

22         Q     And were you asked to collect documents as

23    part of the State's efforts to respond to the

24    Department of Justice's discovery requests in this

25    lawsuit?



WILLIAM MATTHEW JONES                          January 10, 2023
UNITED STATES vs STATE OF GEORGIA                          15

1    A    Yes, I was asked to hold and collect.

2    Q    Who asked you?

3    A    Our general counsel, Stacey Suber-Drake.

4    Q    And what steps did you take?

5    A    First, I made sure that all those things

6  were secure and also made sure our staff had access

7  to those things as well.

8    Q    Did you review the State's responses to

9  DOJ before they were submitted?

10    A    I believe I've seen the responses but,

11  again, that's not something that I really delve into

12  or spend a lot of time looking at.

13    Q    And did you talk to anyone to prepare for

14  this deposition today?

15    A    I did.

16    Q    Who did you speak with?

17    A    Our lawyers.

18    Q    And by your lawyers, Mr. Belinfante?

19    A    That's correct.

20    Q    And Ms. Suber-Drake?

21    A    That's correct.

22    Q    Was anyone else present?

23    A    I believe someone on staff.  I think

24  another lawyer was present on that call.

25    Q    And how long did you all meet?



1      A    It was pretty short.  It was probably

2    below a half hour.  Maybe around 20 minutes, 15 or

3    20 minutes.

4      Q    Was it virtual?

5      A    Yes.

6      Q    Did you talk to anyone else about this

7    deposition?

8      A    I just told the superintendent I had the

9    deposition so he would know that I couldn't be

10   reached today.  But other than that, I didn't have

11   any discussions.

12     Q    Apart from any document shown to you by

13   counsel, did you look at any documents to prepare

14   for today's deposition?

15     A    I looked at a few, very few documents.

16   Just a few things I might have.  More like timeline

17   type of things because it's been about eight years.

18   So I was just trying in my mind just to organize

19   some key events.  But other than that, that's the

20   extent of the preparation for it.

21     Q    Which timelines would those be?

22     A    I was just really looking at kind of when

23   people came on board to the Georgia Department of

24   Education or -- that was, that was pretty much the

25   focus, was more kind of personnel, just because I



 1  know -- I had an idea there might be questions

 2  around certain individuals.  So I was just trying to

 3  get an idea of when they were at the agency or when

 4  they took on specific roles at the agency.

 5      Q    Thank you.

 6           Where did you find these documents?

 7      A    Through emails.

 8      Q    Did you look at any other documents

 9  besides timelines?

10      A    Not that I recall.

11      Q    Did you bring any documents with you

12  today?

13      A    I did not.

14      Q    Did you ask anyone about documents that

15  may be relevant for today?

16      A    Um, I asked our HR director when someone

17  left the department.

18      Q    And who was the someone you were asking

19  about?

20      A    Cindy Morley.  She was the chief of staff

21  early on in the superintendent's administration.

22      Q    Did you do anything else to prepare for

23  today?

24      A    No.  That's the extent of the preparation.

25      Q    Have you been deposed before, Mr. Jones?



1          A     I have.

2          Q     How many times?

3          A     Just once.

4          Q     And what was the underlying lawsuit about?

5          A     It was a lawsuit around our Federal

6    Programs, a whistleblower lawsuit.

7          Q     By "our Federal Programs whistleblower

8    lawsuit," are you referring to a lawsuit related to

9    the Georgia Department of Education?

10         A     Yes, that's correct.

11         Q     Okay.  And when was that?

12         A     It lasted several years.  I think it

13   wrapped up within the last year or two.

14         Q     Do you recall when your deposition was?

15         A     Probably within the last year or two.

16         Q     Have you ever been a plaintiff in a

17   lawsuit?

18         A     I don't believe I've been a plaintiff in a

19   lawsuit.

20         Q     Have you ever been a defendant in a

21   lawsuit?

22         A     No.

23         Q     So there are a few acronyms I'd like to go

24   over today before we start --

25         A     Okay.



1      Q    -- to make sure we have the same

2   understanding.

3          When I refer to the DOE or GaDOE, do you

4   understand that I mean the Georgia Department of

5   Education?

6      A    That's correct.  Yes.

7      Q    When I refer to GNETS or the GNETS

8   program, do you understand that I'm referring to the

9   Georgia Network for Educational and Therapeutic

10  Supports?

11     A    Yes.

12     Q    When I refer to the regional GNETS

13  program, you understand that I'm referring to one of

14  the 24 regional GNETS programs across the State of

15  Georgia?

16     A    Yes.

17     Q    When I refer to a GNETS center or a

18  center, you understand that I'm referring to a

19  standalone GNETS location?

20     A    Yes.

21     Q    When I refer to a GNETS school-based

22  location, you understand that I'm referring to a

23  GNETS location that is based in a general education

24  setting?

25     A    Yes.



1       Q     When I refer to a general education

2   setting, you understand that I am referring to a

3   public school in Georgia where students with

4   emotional and behavioral disorders and other

5   behavioral health conditions receive instruction and

6   services alongside students who do not have

7   disabilities?

8       A     Yes.

9       Q     When I refer to the State, you understand

10  I'm referring to the State of Georgia?

11      A     Yes.

12      Q     When I refer to EBD, do you understand

13  that I'm referring to emotional and behavior

14  disorders?

15      A     Yes.

16      Q     When I refer to LEA, you understand that

17  I'm referring to a local education agency?

18      A     Yes.

19      Q     When I refer to an SEA, you understand

20  that I'm referring to a state education agency?

21      A     Yes.

22      Q     When I refer to a RESA, you understand

23  that I'm referring to a Regional Education Service

24  Agency?

25      A     Yes.



1      Q    When I refer to an IEP, you understand
2   that I am referring to an Individual Education
3   Program?
4      A    Yes.
5      Q    When I refer to a BIP --
6      A    Did you say program or plan?
7      Q    I said program.
8      A    Okay.
9      Q    Do you agree?
10      A    Yes.
11      Q    When I refer to a BIP, you understand that
12   I am referring to Behavior Intervention Plan?
13      A    Yes.
14      Q    When I refer to an FBA, you understand
15   that I'm referring to a Functional Behavior
16   Assessment?
17      A    Yes.
18      Q    When I refer to DBHDD, you understand that
19   I'm referring to the Georgia Department of
20   Behavioral Health and Developmental Disabilities?
21      A    Yes.
22      Q    And when I refer to DCH, you understand
23   that I'm referring to the Georgia Department of
24   Community Health?
25      A    Yes.



1      Q    A lot of --

2      A    Yeah.  Welcome to the family.

3      Q    We have them in Federal Government, too.

4      A    I know.  You probably trump me on that

5    area.

6      Q    Thank you for going through that with me.

7      A    Absolutely.

8      Q    Mr. Jones, where do you currently live?

9      A    I live in Waycross, Georgia.

10     Q    And that's a bit far from Atlanta, right?

11     A    That's correct.

12     Q    How far a drive is that?

13     A    Four hours.

14     Q    And then where -- what county is that in?

15     A    It's in Ware County.

16     Q    And how long have you lived in Waycross?

17     A    Probably around four -- four years.

18     Q    Did you live in Atlanta before?

19     A    No.  I lived in Fitzgerald before that.

20     Q    Is that close to Waycross?

21     A    It's about 2-1/2 hours from here, from

22   Atlanta.

23     Q    I hope you didn't drive four hours this

24   morning.

25     A    I did not.  I have a place up in Atlanta



1   as well.  But my primary residence is in Waycross.

2       Q    Okay.  And GaDOE's office is in Atlanta,

3   right?

4       A    That's correct.

5       Q    How often do you come into the office?

6       A    Pretty regularly.

7       Q    Okay.

8       A    Prior to the pandemic, it was at least

9   four or five days a week, and then since the

10  pandemic I would say probably 70 percent of the

11  time, work time, I'm up in Atlanta.

12      Q    Is it a set schedule or do certain

13  meetings push you to come in?

14      A    Certain meetings push me to come in.

15      Q    What is your highest level of education?

16      A    Bachelor's degree.

17      Q    And where is your degree from?

18      A    Georgia Southern.

19      Q    And in what field?

20      A    Education.

21      Q    When did you graduate from Southern?

22      A    2007.

23      Q    Did you take any coursework in special

24  education while you were at Georgia Southern?

25      A    I did.



1      Q      What courses?

2      A      All teachers were required to take like an

3   introductory course to supporting exceptional

4   learners.

5      Q      Did you take any other special education

6   courses?

7      A      There were content woven in other like

8   introduct -- or education courses but no specific

9   course outside of that course.

10     Q      Do you hold any professional

11   certifications?

12     A      I do.

13     Q      What are they?

14     A      Teaching certificate.

15     Q      When did you receive that?

16     A      Should be around the same year I

17   graduated, so 2007.

18     Q      And it is still active?

19     A      It is still active.

20     Q      Do you have any certifications in special

21   education?

22     A      No.

23     Q      What is your current job title?

24     A      Chief of staff.

25     Q      And who is your employer?



1        A     The Georgia Department of Education.

2        Q     When did you officially assume this

3    position?

4        A     It would have been around 2015.

5    Technically '14.  I came in a few months before the

6    superintendent was sworn in.

7              So that November or December of 2014.

8        Q     Before the superintendent was sworn in in

9    January?

10       A     That's correct.

11       Q     And when we're referring to the

12   superintendent, are we referring to Superintendent

13   Richard Woods?

14       A     That's correct.

15       Q     Do you report to Superintendent Woods?

16       A     I do.

17       Q     Do you report to anyone else?

18       A     No.  Just Superintendent Woods.

19       Q     Does Superintendent Woods evaluate you?

20       A     I would say so.

21       Q     In a --

22       A     Not a formal way, but definitely provides

23   feedback.

24       Q     So you do not have formal job evaluations?

25       A     We do have job evaluations in the agency,



WILLIAM MATTHEW JONES                           January 10, 2023
UNITED STATES vs STATE OF GEORGIA                          26

1  | but I've never received a formal evaluation.

2  |       Q    How many direct reports do you have?

3  |       A    It's ebbed and flowed throughout the eight

4  | years of the department.

5  |       Q    How about right now?

6  |       A    I would say around 16 direct reports.

7  |       Q    That's a good amount of direct reports.

8  |       A    (Witness shakes head.)

9  |       Q    What's been the maximum of direct reports

10 | that you've had?

11 |       A    I would say about 16 direct reports.

12 |       Q    And then what's the low end?

13 |       A    Probably around seven or eight.

14 |       Q    Was that when you started?

15 |       A    That's correct.

16 |       Q    Do you currently have a deputy chief of

17 | staff?

18 |       A    No, I do not.

19 |       Q    Have you had a deputy chief of staff in

20 | the past?

21 |       A    Yes.

22 |       Q    How many?

23 |       A    Just one.

24 |       Q    And who was that?

25 |       A    Shaun Owen.



1       Q    And when did Shaun Owen serve as your

2   deputy chief of staff?

3       A    I can't remember specifically but it was

4   for a short -- about six, seven months.  It was

5   prior to her becoming deputy for -- or deputy

6   superintendent for Federal Programs.

7       Q    And did you select Shaun Owen as deputy

8   chief of staff?

9       A    I did.

10      Q    Did you interview her?

11      A    We definitely had a -- yeah, I mean I

12  asked her questions and things like that before the

13  selection was made.

14      Q    Did you already know her from working at

15  the department?

16      A    I did.

17      Q    Were you considering anyone else for that

18  position?

19      A    She was the top candidate in my mind for

20  the position.

21      Q    Why did you require a deputy chief of

22  staff at that time?

23      A    I think it was just evaluating the

24  workload and what was going on in the agency at the

25  time.  Also, some succession planning as well in



1  case anything ever happened to me, I would have

2  someone that had filled that role in some way and

3  could step into that role if needed.

4       Q    Are you looking to hire a deputy chief of

5  staff again?

6       A    Possibly.

7       Q    You said that Shaun is now deputy

8  superintendent for Federal Programs?

9       A    That's correct.

10      Q    And what led her to take that on after

11  being deputy chief of staff?

12      A    She had had experience doing consolidated

13  funds in Federal Programs, and through that work it

14  took working with lots of different programs within

15  the ESSA programs, the different types of Federal

16  Programs.  So she had already worked with a lot of

17  key individuals in the Federal Programs team.  She

18  had worked on how to coordinate different Federal

19  Programs together.  So when that position became

20  available, I thought she had already had some good

21  experience with the collaboration and coordination

22  piece for that, for that area.

23      Q    So did you suggest to Shaun Owen that she

24  take that position?

25      A    I believe she saw that position available



1  and she expressed interest to me about it given her
2  background.
3        Q    Thank you.  And what time was she deputy
4  chief of staff again?
5        A    It would be about six months before she
6  took the position.
7        Q    Okay.
8        A    As deputy superintendent of Federal
9  Programs.  I don't know the specific time.
10       Q    Thank you.
11            And a moment ago I think you mentioned a
12  name of someone who held the chief of staff position
13  directly before you?
14       A    That's correct.
15       Q    It was Sidney --
16       A    Cindy Morley.
17       Q    Did she serve as a chief of staff for
18  Superintendent Woods?
19       A    That's correct.
20       Q    So how long did she hold that position?
21       A    Probably about 8 to 10 months.
22       Q    Do you know why she left?
23       A    I don't know the specific details.  That
24  was a decision the superintendent made.
25       Q    So just to make sure I understand, you



1  said that you joined GaDOE a few months before

2  Superintendent Woods became superintendent in

3  January of 2015?

4       A    That's correct.

5       Q    So you were not automatically chief of

6  staff at that time?

7       A    No.  I was the chief academic officer.  So

8  at that time the organization was split between the

9  chief of staff and the chief academic officer.

10       Q    So you first began as chief academic

11  officer, and then later, in 2015, you became chief

12  of staff?

13       A    That's correct.  And the chief academic

14  officer position was dissolved.  There was just the

15  chief of staff.

16       Q    What month do you think you became -- what

17  month did you become chief of staff in 2015?

18       A    Um, possibly September.  October,

19  December, somewhere around there.  Prior to the

20  first of the year, I believe.

21       Q    And when you were chief academic officer,

22  did you report to Superintendent Woods?

23       A    Yes.

24       Q    Did you have direct reports at that time?

25       A    I did.



1      Q     About how many?

2      A     Probably four or five.

3      Q     And what, what positions reported to you

4   when you were chief academic officer?

5      A     It would be our School Improvement

6   position, our Assessment and Accountability

7   position, our Curriculum and Instruction position,

8   and our Federal Programs position.

9      Q     And then when that position dissolved, did

10  those four or five individuals continue reporting to

11  you when you were chief of staff?

12     A     That's correct.

13     Q     So you added on responsibilities?

14     A     Pretty significantly.

15     Q     Yeah.  What were your responsibilities as

16  chief academic officer?

17     A     Essentially tried to coordinate and ensure

18  a collaboration and alignment with the academic

19  components of the agency, and of course I worked

20  pretty closely with our chief of staff that handled

21  the nonacademic components at the agency.

22     Q     Did you work on special education at that

23  time?

24     A     It fell underneath Federal Programs, I

25  believe -- or, actually, it was under Curriculum and



 1   Instruction I believe at that time.  So it wasn't a

 2   direct report.

 3        Q    Prior to working as chief academic

 4   officer, did you hold any other roles at the Georgia

 5   Department of Education?

 6        A    I did not.  I believe -- I didn't hold a

 7   formal position, but I think they brought me on as a

 8   contractor during the transition before I took on

 9   the official role in the superintendent office.

10        Q    So in the December 2014?

11        A    That's correct.

12        Q    When you were chief academic officer, who

13   held the school improvement position?

14        A    Avis King.

15        Q    Then what about Federal Programs?

16        A    Actually, I think at that time it was

17   burried -- it was part of Federal Programs.  So I

18   believe Avis King was part of that, too.  So I don't

19   think they were two separate reporting.  I think

20   School Improvement and Federal Programs was under

21   the same umbrella initially.

22        Q    Thank you.

23        A    My apologies for that.  We've done some

24   restructuring over the years, so I'm trying to keep

25   it straight in my mind.



1        Q    No worries.

2             Working backwards, where did you work

3    prior to Georgia Department of Ed?

4        A    I worked for Toombs County schools.

5        Q    How long were you at Toombs County

6    schools?

7        A    Around seven years.  Toombs County

8    schools.

9        Q    And what positions did you hold at Toombs

10   County schools?

11       A    I was the chief information officer and

12   also a classroom teacher.

13       Q    Let's start with your role as chief

14   information officer.  Was that right before working

15   at Georgia Department of Ed?

16       A    That's correct.

17       Q    What years were you chief information

18   officer of Toombs County schools?

19       A    It would have been -- I joined the

20   department in 2015.  So probably around the '14,

21   '13.  So it's about a year prior to being at the

22   Department of Education.

23       Q    Okay.  And what were the major

24   responsibilities of that position?

25       A    Just oversee technology for the school



1  district.  So strategic planning, deployment of

2  technology, training around technology, purchasing

3  technology.

4       Q    And the Cedarwood Regional GNETS program

5  supports Toombs County, correct?

6       A    Yes, that's correct.

7       Q    Did you work with the Cedarwood Regional

8  GNETS program while you were CIO?

9       A    I did not.

10      Q    Did you have any direct reports in that

11 role?

12      A    One direct report, and we also worked

13 heavily with contractors.  We were a small school

14 district.

15      Q    Did others work -- others working on

16 technology work with the Cedarwood regional GNETS

17 program at that time?

18      A    I don't know if they fell within our

19 service model.  I know we provided direct services

20 to the schools.  I'm not sure what type of

21 technology services we provided to the program.  I

22 think it was in the county, so we might have

23 provided some.  If they had some technical issues,

24 we might have sent out a contractor to provide some

25 support there.



1    Q    And then you said you were a classroom

2    teacher before that.  Did you start as a classroom

3    teacher at Toombs County right after graduation?

4    A    I did.

5    Q    So from 2007 to about 2014?

6    A    That's correct.  I took about a year off

7    before coming on as the CIO role.  So I was a

8    teacher and then took a year, stepped away for a

9    year, and then came back as the chief information

10   officer for the school district.

11   Q    What did you do during your year away?

12   A    I was an executive director for a

13   nonprofit.

14   Q    What was the nonprofit?

15   A    It was called Empower Georgia.  It was an

16   education nonprofit.

17   Q    Why did you choose to leave the nonprofit?

18   A    My wife said I needed to get a real job

19   and start paying the bills, so I had to get a real

20   job and start paying the bills.

21   Q    Understand.

22   A    Nonprofits live up to their name

23   apparently.  They don't make a lot of profit.

24   Q    Understood.

25        So then were you a teacher in Toombs



1  County from 2007 to 2013-ish?

2      A    That's correct.

3      Q    And what schools did you teach at?

4      A    The high school primarily, and I also

5  taught at the middle school my last year that I was

6  there.

7      Q    What grade did you teach?

8      A    Seventh grade at the middle school, and

9  then ninth through twelfth at the high school.

10     Q    What subjects?

11     A    I taught Engineering Technology, English

12 Language Arts, American Government and Civics, and

13 World Geography.

14     Q    Did you interact with the Cedarwood

15 regional GNETS program when you were a teacher in

16 Toombs County?

17     A    No, not while I was a teacher in Toombs

18 County.

19     Q    Did you refer students to the Cedarwood

20 regional GNETS program at that time?

21     A    I did not.

22     Q    Did you hold any positions prior to

23 becoming a teacher in Toombs County in between that

24 and graduation from Georgia Southern?

25     A    I did some substitute teaching.  I also



1  was a -- worked at the public library, and that's

2  it.

3          Q     All in Toombs County?

4          A     Primarily in Toombs County.

5          Q     Did you work for the Cedarwood Regional

6  GNETS program?

7          A     I was a substitute there, but I wasn't a

8  formal employee.

9          Q     Was this a substitute after graduating

10  from Georgia Southern?

11          A     While I was in college.

12          Q     While you were in college.  Okay.

13                What years?

14          A     Probably around 2004.

15          Q     So during your sophomore --

16          A     Yeah, around about my sophomore in

17  college.

18          Q     Was that the only year you substituted at

19  Cedarwood Regional GNETS program?

20          A     That's correct.

21          Q     In which location?

22          A     It was the one that's located in Lyons.

23          Q     And was this a center or a school-based

24  location?

25          A     It was a center.



1    Q    And what type of substitute teacher were

2    you?  Were you on -- would you show up every day or

3    were you called in as necessary?

4    A    Called in as necessary.

5    Q    How often did that happen?

6    A    Well, my college schedule only allowed me

7    two days a week for me to be available to

8    substitute, and I would say I usually spent at least

9    one day a week substituting.

10   Q    Was this due to teachers not being

11   available?

12   A    That's correct.

13   Q    Did you also get class credit?

14   A    I did not.  I should have thought about it

15   at the time, though, shouldn't I?

16   Q    That's okay.

17        How many students did you work with?

18   A    Directly or -- can you clarify what

19   capacity?

20   Q    Yeah.  Did you sub mostly for one class or

21   --

22   A    Yes, one class.

23   Q    How many students were in that class?

24   A    Usually around 8 to 10 students.

25   Q    And were you the only teacher in the room?



1        A    No, I wasn't.

2        Q    How many other folks were there?

3        A    I would say around three to four

4   individuals at a time.

5        Q    And what age-group was this classroom?

6        A    I did different age-groups.  So I would

7   say I probably spanned the entire K-12 continuum.

8        Q    So just to make sure I understand, a

9   moment ago I think you said it was one class you

10  usually subbed for; is that correct?

11       A    One class at a time.

12       Q    One class at a time.  Okay.

13       A    So over the course of the time, I probably

14  hit every different grade band while I was there.

15       Q    I understand.  Thank you for clarifying.

16       A    Absolutely.

17       Q    And what type of disability eligibilities

18  did the students have?

19       A    EBD was the primary.

20       Q    What led you to become a sub at that time

21  in Cedarwood?

22       A    They were the first ones to call me.

23       Q    So you applied?

24       A    I was on a list and then they called me.

25  I got a call to ask if I would be interested in



1  subbing, and of course I'm not a person to say no,

2  so I said yes, and that's how I got started.

3       Q    What did they share during that phone call

4  when they described the opportunity to you?

5       A    They probably did but all I heard was

6  working with students, and that's what I wanted to

7  go into and was passionate about.  So I agreed to it

8  and I was excited to get started.

9       Q    Did you continue that with your junior and

10  senior year?

11       A    I did not.

12       Q    And why was that?

13       A    Just my class schedule.

14       Q    Did you report to a specific person when

15  you subbed at Cedarwood?

16       A    It depends on the situation.  If I was not

17  the teacher of record, then whoever the teacher of

18  record was is who I would work with and report to.

19  If I was the teacher of record, then the director

20  would be who I reported to.  So it depended -- it

21  depended on what role I was subbing in at that time.

22       Q    And who was the regional GNETS director of

23  the Cedarwood program at that time?

24       A    I can't remember her name.

25       Q    Do you know if that person is still the



1   regional GNETS director of Cedarwood?

2        A    I don't believe that they are.

3        Q    Do you know the regional director of

4   Cedarwood's name right now?

5        A    No, I don't.

6        Q    Did you receive any training while you

7   were at Cedarwood regional GNETS program?

8        A    No direct training, but essentially it was

9   if certain things were to occur, then I was supposed

10  to call on someone or have someone else in the

11  classroom take care of it, if something were to --

12  if something happened or something like that.

13       Q    What type of things?

14       A    Just if there was a behavior issue or

15  something like that.  I was there mostly on the

16  academic components of things, and so if things went

17  outside of the academic components, then they told

18  me to call on another professional that was there.

19       Q    Did that happen?

20       A    Yes, it did.

21       Q    Often?

22       A    I would say I felt like it was within the

23  norm.  It happened fairly regularly but I wouldn't

24  say it was all the time.

25       Q    How would you describe your experience at



1  the Cedarwood regional GNETS program?

2      A    Um, it was a positive experience.  The

3  people who worked there specifically, I didn't know

4  them prior to taking on that role but I gained a lot

5  of respect for them.

6          I could truly tell it was a calling for

7  those individuals.  They had the experience to do

8  lots of different things, and they chose to do that.

9          It actually also made me realize that they

10  were doing amazing things for those kids but it's

11  something I could not do because at the end of the

12  day I would just be like mentally and emotionally

13  exhausted.  So even though I wanted to be a teacher,

14  I knew that was not a specific path for me but I

15  also knew those individuals in my mind were

16  exceptional just by what I saw each and every day

17  while I was there and what they chose to do as

18  teachers.

19          So in a way they inspired my to stick with

20  the profession, but they also -- and in that

21  situation I understood that path was not one I could

22  take as a teacher.

23      Q    I understand.

24          So let's go back to your role as chief of

25  staff, and it was about October 2015, I think you



```
 1   said, you took that on officially?

 2        A    I believe so.

 3        Q    Did you apply for the chief of staff

 4   position?

 5        A    I did not.

 6        Q    How were you offered this position?

 7        A    The superintendent offered it to me.

 8        Q    And it was when the other individual was

 9   leaving?

10        A    That's correct.

11        Q    Did you apply for the chief academic

12   officer position?

13        A    The superintendent offered it to me.

14        Q    Did you know Superintendent Woods before?

15        A    I did.

16        Q    How did you know him?

17        A    We had -- when I was doing the nonprofit

18   work, we crossed paths then and we would talk about

19   education issues periodically.

20        Q    Had you worked with him prior, or is it

21   just more informal?

22        A    Informal.

23        Q    Before you joined, what did you understand

24   the chief of staff role to be, before you were

25   officially chief of staff?
```



1     A    Probably Leo off The West Wing is what I

2 assumed the chief of staff was going to be.

3     Q    Got it.  Understood.

4     A    Without the heart attack hopefully.

5     Q    Hopefully not.

6     Would you say your understanding has

7 matched the position in reality?

8     A    I don't think I can live up to Leo's

9 standards, but there might be some similarities

10 between the two.

11     Q    I don't know if anyone can.

12     In what ways has it been different?

13     A    I just think, you know, the shear totality

14 of the organization, it's a large organization.  I

15 think it connects lots of different things.  There's

16 lots of dynamics and governing structures to

17 navigate, different political structures to

18 navigate.

19     So it's just a -- it's a very complex

20 system.

21     Q    What are your job responsibilities as

22 chief of staff?

23     A    My primary job, I'll try to focus on, is

24 coordination and collaboration across the agency,

25 and also with our partners.



1          Also, try to push and promote the

2   superintendent's priorities.  Put out fires but also

3   make sure we're thinking strategically as well.

4          Q    With coordination and collaboration across

5   the agency, how do you complete that?

6          A    I try to make connections.  A lot of times

7   teams can get siloed, so I try to make sure they

8   have a perspective of what's going on in other

9   parts.

10          I kind of see the very big picture in my

11   role, so I try to make connections in their part of

12   that picture and other parts of the pictures, just

13   to point out areas for them to collaborate, make

14   sure they put in some structures for them to

15   communicate and coordinate among themselves.

16          Like I say, it's a very large

17   organization, so I feel like are the biggest

18   weaknesses of that are communication and

19   coordination across the agency.  So I try to really

20   support that and point out further opportunities for

21   them to further collaborate and coordinate, and also

22   remove barriers to their work.

23          Q    And you mentioned also working with

24   partners?

25          A    That's correct.



1          Q     Who are your partners?

2          A     I would say primarily the State Board of

3     Education.

4          Q     Okay.

5          A     And our state education groups and

6     policymakers.

7          Q     What do you mean by state education

8     groups?

9          A     Teacher organizations, the

10    principals/superintendents organization, school

11    board organizations.

12         Q     And what do you mean by policymakers?

13         A     Legislators, Governor's Office.

14         Q     You also said that you worked to ensure

15    that the superintendent's priorities are being met.

16    Is that correct?

17         A     That's correct.

18         Q     And how are these priorities communicated

19    to you?

20         A     By the superintendent.

21         Q     Do you discuss with him the priorities?

22    Are you part of that conversation?

23         A     Yes, I am.

24         Q     Have your responsibilities changed over

25    time?



1        A     I would say so.

2        Q     In what ways?

3        A     Just the initial change from chief

4    academic officer to chief of staff.  And then I

5    would just say the role's kind of ever changing.

6    There's always different dynamics and different

7    changes.  We get changes on the Board, we get

8    changes with the legislature, new governor.

9              So even though positions stay the same,

10   different personalities and priorities and dynamics

11   change, so.

12       Q     And describe a day for you as chief of

13   staff, a typical day.

14       A     My wife's been asking me that question for

15   the last eight years.

16       Q     So what do you tell her?

17       A     I don't really have a great answer to

18   that.

19             I wish I had a really good answer to that

20   but I really don't.  And it's when I've talked a lot

21   with my wife because she's asked me a lot to try to

22   describe it, but it's very hard to describe.

23       Q     Is it a lot of meetings?  It is a lot of

24   time at your desk?

25       A     A lot of -- I would say a good bit of



 1  meetings, emails, phone calls.

 2      Q    Earlier you said -- let's see -- was it 16

 3  people reported to you?

 4      A    That's correct, around 16.

 5      Q    How often are you communicating with those

 6  individuals?

 7      A    We have for the most part an established

 8  monthly meeting.  I do one-on-one with them.  And

 9  then I do just regular check-ins if things come up,

10  issues come up, or they need, they need me.

11          I have a pretty open door policy.  So they

12  feel very comfortable reaching out to me, and I try

13  to be very responsive to their needs, too.

14      Q    With the monthly meetings, is that your

15  meeting with all 16 together?

16      A    One-on-one.

17      Q    Are there other regularly scheduled

18  meetings that you have at GaDOE besides these

19  one-on-one check-ins?

20      A    There might be recurring meetings around

21  certain projects but the one-on-one's is what is

22  coming to mind.

23      Q    Do you attend any regular meetings within

24  GaDOE about the GNETS program?

25      A    I do not.



1    Q    Have you at any time?

2    A    Probably around 2016, but it probably

3    didn't last more than six to eight months.

4    Q    What changed?

5    A    And not since then.

6         We were -- we had a new person coming into

7    a position at that time.  We also -- the deputy's

8    position had not settled completely.  So once those

9    two positions were settled, I felt comfortable with

10   where Federal Programs was overall, and I didn't see

11   a need for me to be in a regular meeting past that

12   point.

13   Q    And just to make sure we're on the same

14   page, you said a new person started.  Who was that

15   new person?

16   A    Nakeba Rahming.

17   Q    And what was her position at that time?

18   A    I believe she was the manager for GNETS.

19   Q    GNETS program manager?

20   A    That's correct.

21   Q    And you said there was a deputy.  Were you

22   referring to Shaun Owen?

23   A    I believe it was Debbie Gay at the time,

24   but Debbie left that position.  She retired about a

25   year or two after that.



1    Q    And she was the deputy superintendent for

2  Federal Programs?

3    A    That's correct.

4    Q    How often are you meeting with

5  Superintendent Woods?

6    A    It depends on his schedule and my

7  schedule.  He has a more hectic schedule even than I

8  do, so we try to carve out some regular time, but

9  there's not a specific time on our calendars for

10  that to happen.

11    Q    Would you say you speak to him daily?

12    A    Um, probably -- again, it kind of ebbs and

13  flows depending on where we are in the year or

14  situation.  I would say a few times a week.

15    Q    Do you meet with Superintendent Woods

16  regarding the GNETS program?

17    A    No, I do not.

18    Q    Did you during that six- to eight-month

19  period where you had regular meetings on the GNETS

20  program?

21    A    I don't believe we had any specific

22  meetings regarding GNETS.  It might have come up in

23  a regular discussion, just as we were talking about

24  the agency overall.

25    Q    I'm going to show you what was previously



1   marked as Plaintiff's Exhibit 582.

2              (WHEREUPON, Plaintiff's Exhibit-582 was

3         previously marked for identification.)

4   BY MS. TUCKER:

5        Q    This is a 26-page document that was

6   produced by the State.  It's made up of GaDOE

7   organizational charts.

8              On the top left of the first page it reads

9   "GaDOE Organizational Chart," and the Bates number

10  on the bottom right of the first page reads GEORGIA

11  000007.

12             Do you see that?

13       A    I see that.

14       Q    Do you recognize this document, Mr. Jones?

15       A    Yes, I believe so.

16       Q    Do you want to flip through?

17       A    Yes, if you don't mind.

18             (Witness reviews exhibit.)

19       Q    There are several.

20       A    Okay.

21       Q    I'm happy for you if you want to just --

22  okay.

23             So let's look --

24       A    This explains my recollection.

25       Q    So there's been a lot of restructuring;



1  would that be correct?

2       A    That's correct.

3       Q    So let's look at the first page.  Do you

4  see in the bottom right corner that it reads this

5  page was revised on May 1st, 2015?

6       A    Yes.

7       Q    And you are the William M. Jones listed as

8  chief of staff?

9       A    I am.

10      Q    Let's go to the eleventh page.  It ends

11 with 17 on the bottom, GEORGIA, and then some zeros

12 and a 17.

13           Let me know when you're there.

14      A    I'm there.

15      Q    Would you agree this page represents the

16 GaDOE organizational structure as of May 1st, 2018?

17           It says right underneath the logo.

18      A    I see that, yes.

19      Q    Am I correct that Superintendent Woods is

20 at the top row of the organizational structure?

21      A    Yes.

22      Q    And then you're on the second row?

23      A    Yes.

24      Q    And that means that you directly report to

25 Superintendent Woods?



1     A    Yes.

2     Q    And then let's look to the third row.

3  There are several boxes.

4          Starting at the left, there's the Finance

5  and Business Operations Office, then the General

6  Counsel's Office, the Policy and External Affairs

7  Office, and so on.

8          Do you see those?

9     A    I do.

10     Q    And am I correct that these are all the

11  offices that directly report to you?

12     A    At this time.

13     Q    In 2018?

14     A    Yes.

15     Q    Then absent personnel changes, has this

16  structure changed?

17     A    It has.

18     Q    In what ways?

19     A    I believe we've added a few offices.  And

20  of course the people who occupy the positions have

21  changed.

22     Q    Do you know off the top of your head which

23  offices you've added?

24     A    I believe Office of the Whole Child, and

25  Office of Rural Education and Innovation.



1          Also, I believe that -- that's all the

2     changes that I see.

3          Q    Okay.  And these are all the individuals

4     you would have one-on-one meetings with, at that

5     time?

6          A    Um, yes.  Regular check-ins with those

7     people.

8          Q    The monthly check-ins?

9          A    For the -- I did not do it with each

10    individual.  I did it for the vast majority, but I

11    was in fairly regular communication with all of

12    them.

13         Q    Which offices take up most of your time

14    right now?

15         A    At this present of moment?

16         Q    The present moment.

17         A    I would say that Office of Rural

18    Education, Innovation, and Whole Child because they

19    are both new offices.

20         Q    How new are they?

21         A    Rural Education has only been there for a

22    year, and then the Whole Child has been there for

23    several years but they just had a leadership change

24    there, and also we pulled a team from another area

25    of the agency and put underneath them.  So there's



1  been some changes in that area.  So I spend some

2  additional time with that group to make sure

3  everything goes well with those changes.

4       Q    What team was put under Whole Child?

5       A    MTSS and PBIS.

6       Q    And what led to that change?

7       A    Just the -- MTSS had been under Whole

8  Child, and PBIS was under Federal Programs.  So we

9  were trying to create better coordination between

10  those two, and the person heading Whole Child, his

11  background is PBIS.  So we thought it would be not

12  only good for the work operationally but his

13  expertise would be a good fit for guiding that work.

14       Q    Who is that?

15       A    Justin Hill.

16       Q    How long has Justin Hill been with GaDOE?

17       A    He's been there in some capacity the whole

18  time that I've been at the Department of Education.

19            MS. TUCKER:  I'd like the court reporter

20       to mark the following document as Plaintiff's

21       Exhibit 820.

22            (WHEREUPON, Plaintiff's Exhibit-820 was

23        marked for identification.)

24  BY MS. TUCKER:

25       Q    Mr. Jones, this is a webpage from the



1  Georgia Department of Education's website titled,

2  "GaDOE's Organizational Structure."  It was captured

3  on November 29th, 2022.

4          Do you recognize this web page?  It was

5  printed a little odd, so if you go through the doc.

6     A    Okay.

7     Q    Does it look familiar to you?

8     A    I've seen this page before.

9     Q    Would you say that the structure

10  represented on this webpage is accurate?

11     A    No, it is not accurate.

12     Q    Okay.  And what's, what's inaccurate?

13     A    The people mentioned and their titles is

14  accurate but there's a lot of people missing.

15     Q    Do you know why the structure was selected

16  with individuals missing or --

17     A    We are actually in the process of doing a

18  huge update to our website, and we've been going

19  through the procurement process of that.  So we're

20  waiting for all that to happen for us to really take

21  a look closely at all the pages of our website.

22     Q    Okay, understood.

23          Do you see how you're listed under

24  Business Operations?

25          So on the second page it goes State School



1    Superintendent Richard Woods?

2        A    Yes.

3        Q    And then Business Operations, Chief of

4    Staff, Matt Jones?

5        A    Yes, I see that.

6        Q    And then there's a separate office or

7    separate fold that says Academic Affairs?

8        A    I see that.

9        Q    Would you not be over Academic Affairs?

10       A    I would say those headings aren't accurate

11   headings.

12       Q    All right.  Thank you.

13            Was it ever accurate?

14       A    I didn't check that page regularly, so I

15   can't tell you if it was or not.

16       Q    Was this structure that you see ever

17   accurate?

18       A    They're accurate in the positions they're

19   in, but it's not in the how, the totality of

20   capturing everything as part of the agency or the

21   reporting structure or the headings themselves.

22       Q    Okay, thank you.

23            Earlier you said there was a time where

24   you were meeting regularly on GNETS, correct?

25       A    Yes, that's correct.



1      Q     What is your relationship to the GNETS

2   program overall?

3      A     Could you be more specific?

4      Q     Yeah.  I know -- you said you met about it

5   regularly in the past, but are you still working on

6   matters related to the GNETS program?

7      A     Not directly.

8      Q     Do you still supervise individuals who are

9   working on matters related to the GNETS program?

10      A     They're not directly either.  So I

11   supervise the person over Federal Programs, but not

12   the GNETS person directly.

13      Q     The person -- who is the person that

14   reports to you?

15      A     Over Federal Programs?

16      Q     Uh-huh.

17      A     Shaun Owen.

18      Q     Shaun, okay.

19            Do you ever ask Shaun Owen about the GNETS

20   program during your check-ins?

21      A     Not that I recall.

22      Q     Have you in the past?

23      A     Yeah, probably early on when she just

24   assumed that role, I'm sure there was a discussion

25   that came up.  But since she's been in that role for



1    a while, I'm not sure that it has come up regularly.

2         Q    Has Shaun Owen raised questions or matters

3    related to the GNETS program to you?

4         A    She's mentioned -- she probably mentioned

5    some things around, you know, around it, but I can't

6    -- I'm trying to think of like specifics on that.

7    But to me it's like it's a list of things that they

8    -- so usually how we handle the check-ins is they

9    bring me a list of issues they want to discuss and

10   then there's like key issues that have come up from

11   my end.  So it's kind of a back-and-forth discussion

12   on that.

13        It could have been on her list or it would

14   have come up that way.

15        Q    Has GNETS been on her list in the last

16   year?

17        A    She's brought it up a few times, I

18   believe, but it has not been something that comes

19   out on -- in my mind as like a regular agenda item

20   that she's had.

21        Q    In the last year, what are the matters

22   that she would raise related to GNETS?

23        A    She's mentioned the site visits.  She's

24   mentioned just -- I'm trying to think of some

25   specifics.



1            The site visits are the things that come

2    to my mind initially.

3        Q    And when you say site visits, are you

4    referring to site visits that Shaun Owen is

5    completing independently, or with the Department of

6    Justice?

7        A    I think a little bit of both.

8        Q    Let's go back to the 26-page document.  It

9    was Plaintiff's Exhibit 582 previously introduced.

10           So, Mr. Jones, I don't see the GNETS

11   program appear on the organizational structures

12   until the April 1st, 2016 chart on Page 6.

13           Do you agree that it's not on the prior

14   pages?

15       A    Which number are you looking at?

16       Q    So starting with GEORGIA 07.

17       A    Yes.

18       Q    I don't see GNETS listed until the sixth

19   page.  Let me know if you agree, if it's showing up

20   on earlier pages.

21           The first time I see it is on the page

22   that ends in 12.

23       A    Okay.

24       Q    That was revised on April 1st, 2016.

25       A    And where is it on 12?  I'm looking for --



1  oh, I see it now.  My apologies.

2      Q    No problem.

3      A    Okay.

4      Q    So until April 2016, where did the GNETS

5  program fall since it's not on the organizational

6  charts?

7      A    It would have been under Federal Programs.

8  They're Special Education.  My apologies.

9      Q    So looking at this, you would think it

10  would have been under Special Education with Debbie

11  Gay -- Deborah Gay?

12      A    Which one are we looking at?  I'm sorry.

13      Q    The 12.  It's over here, but prior to that

14  in other years, where would it have fallen?

15      A    Yes, it would have been under Debbie Gay.

16      Q    So looking at Page 6 with the GEORGIA

17  000012, earlier we -- you mentioned Nakeba Rahming

18  and she was the GNETS program manager at that time?

19      A    Yes.

20      Q    And is she still at GaDOE?

21      A    She is not.

22      Q    When did she leave?

23      A    It's been several years.  I'm trying to

24  think of the specific time.  I would say at least

25  five years she's been gone.



1        Q     And what was her role when she left?

2        A     She was the deputy superintendent for

3    Federal Programs.

4        Q     And did she directly report to you at that

5    time?

6        A     She did.

7        Q     Did other program managers directly report

8    to you at that time?

9        A     Not program managers, but I did have

10   non-deputies report to me at that time.

11       Q     On this Page 12, the GEORGIA 000012, why

12   is GNETS separate from Special Education?

13       A     It was a request made by the State Board.

14       Q     And why was that?

15       A     I don't know their thought process.  They

16   just requested that it be a direct report.

17       Q     Let's turn to the 10th page.  That's with

18   the Bates number at the bottom that reads GEORGIA

19   000016, and it was revised December 1st, 2017.

20             Let me know when you see that.

21       A     Yes, I see it.

22       Q     Okay.  And then am I correct that on this

23   organizational chart GNETS is no longer on its own

24   and it's now under the Federal Programs office?

25       A     That's correct.



1      Q    Is 2017 when this change was made?

2      A    Should be around that time.

3      Q    And what brought about this change?

4      A    I think probably the role Nakeba had

5    stepped into.  So she had already previously been

6    part of GNETS, and it would make sense for that

7    program to be under her organizationally.

8           Also, fear of direct reports was not

9    something I was necessarily upset over as well.

10     Q    Understood.

11          Am I correct that on this organizational

12   chart the GNETS program did not fall under Special

13   Education Services and Supports?

14     A    It appears so.

15     Q    Does that match your recollection?

16     A    It does.

17     Q    But it's still under Federal Programs?

18     A    That's correct.

19     Q    Why was it independent from the Special

20   Education Service and Supports Office?

21     A    I believe that was a request Nakeba made,

22   and again I think given her history of the

23   department and what she had been under previously,

24   she had asked that it be set up that way, at least

25   temporarily.



1      Q    Was GNETS considered a special education
2    program?
3      A    I believe, yes.
4      Q    But it did not fall here under the Special
5    Education Services and Supports Office?
6      A    Yeah, and again I think that had more to
7    do with Nakeba's background as previously being over
8    that program and how that fell organizationally.
9      Q    Thank you, Mr. Jones.
10          When Nakeba first joined, and I think you
11    said -- was it 2016 or 2017?
12      A    I think around '17, I believe.
13      Q    How much of your week was spent working on
14    the GNETS program?
15      A    I would say it was probably a regular part
16    but not a significant part of my week.
17      Q    10 percent?
18      A    I would say probably more single digits.
19      Q    Who have you met with or conversed with
20    outside of GaDOE related to the GNETS program?
21      A    In the last eight years?
22      Q    Yes.  Maybe not every individual.  Are
23    there offices that you have spoken with and
24    agencies?
25      A    Within the --



WILLIAM MATTHEW JONES                         January 10, 2023
UNITED STATES vs STATE OF GEORGIA                          65

1        Q    Outside of GaDOE.

2             MR. BELINFANTE:  Object to form.

3             You can answer.

4        A    Office of Planning and Budget, DBHDD.

5   Those are all -- the only offices that come to mind.

6        Q    Where does the Office of Planning and

7   Budget sit?

8        A    Under the Governor's office.

9        Q    Were those conversations during that six-

10  to eight-month period when you were onboarding

11  Nakeba Rahming, or have they continued?

12       A    They've continued but there have not been

13  very many meetings with that topic.

14       Q    Do you meet with individuals in the

15  regional GNETS programs?

16       A    Not regularly.

17       Q    Once a year?

18       A    Probably less than that.

19       Q    Do you have contacts in all 24 regional

20  GNETS programs?

21            MR. BELINFANTE:  Object to form.

22            You can answer.

23       A    Like could you clarify specifically what

24  you mean by contacts?

25       Q    Do you have the names of individuals in



1   the 24 regional GNETS programs and know how to reach

2   out to them?

3        A    I would have to get that pulled together

4   for me to do that.  That's not information I have

5   readily available.

6             MS. TUCKER:  I'd like the court reporter

7        to mark this document as Plaintiff's Exhibit

8        821.

9             (WHEREUPON, Plaintiff's Exhibit-821 was

10         marked for identification.)

11  BY MS. TUCKER:

12       Q    This is an email thread produced by the

13  State between you and Karen Ward.  The subject

14  reads:  "Your kindness has overwhelmed us," and the

15  most recent date in the email thread is May 25,

16  2019.

17            The Bates number on the bottom of the

18  first page is GA03522859.

19            Mr. Jones, do you recognize this email

20  thread?

21       A    I do.

22       Q    Who is Karen Ward?

23       A    She is the administrative assistant at

24  Cedarwood GNETS.

25       Q    Did you work with her while you were



1  there?

2      A    Yes, I did.

3      Q    So she's been there for a bit?

4      A    Quite a bit.

5      Q    Looking at her email, what is Southern

6  Fields?

7      A    A restaurant.

8      Q    And were you there with the Cedarwood

9  regional GNETS staff?

10     A    I was having -- I took my mom out for

11 lunch and I noticed they were at another table and I

12 paid for their lunch.

13     Q    That was nice of you.

14          So this did not accompany a visit to the

15 Cedarwood regional GNETS program?

16     A    It did not.  It was supposed to be a

17 surprise, but I didn't get by with it apparently.

18     Q    When is the last time you visited the

19 Cedarwood regional GNETS program?

20     A    I want to say it was the last time I

21 substituted there.

22     Q    Okay.  So 2004?

23     A    I believe so.

24     Q    Do you speak with any RESAs?

25     A    I do.



1          Q     How often?

2          A     Specific directors or in totality, like

3     all the directors together?

4          Q     Let's start with specific directors.  Are

5     there certain directors you speak with more often

6     than others?

7          A     Not very regularly.  We have a person

8     that's our liaison with the RESAs.  So they field

9     most questions or concerns.  Occasionally, one of

10    them will come directly to me but most of them are

11    used to going to our liaison.

12         Q     And who is your liaison?

13         A     Matt Cardoza.

14         Q     And then collectively do you meet with

15    them?

16         A     I'll see them at professional meetings and

17    conferences and things like that.

18         Q     Put on by GaDOE?

19         A     No.  Through professional organizations.

20         Q     Have you spoken with RESAs about the GNETS

21    program?

22         A     There's been some conversations and emails

23    around GNETS.  Mostly it's them initiating a

24    discussion with me but, yes, there's been a few.

25         Q     In the last year?



 1        A    If there are any, it would be fairly --
 2    very few conversations.
 3        Q    What types of topics come up from the RESA
 4    related to GNETS?
 5             MR. BELINFANTE:  Object to form.
 6             You can answer.
 7        A    Essentially, where is the lawsuit going,
 8    but I tell them I don't really have a crystal ball
 9    on that one, so.
10        Q    Do you share --
11        A    No real specifics.
12        Q    Do you share anything else with the RESAs
13    on the lawsuit?
14        A    I do not.
15        Q    Do you coordinate with Governor Kemp's
16    office?
17        A    Could you --
18             MR. BELINFANTE:  Object to form.
19        A    -- specify that or clarify that?
20        Q    Sure.  Do you work regularly with Governor
21    Kemp's office in your role as chief of staff?
22        A    I'm in regular communications with them.
23        Q    Anyone specific?
24        A    His education policy advisor.
25        Q    And who is that?



WILLIAM MATTHEW JONES                                    January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                      70

```
 1       A    Miranda Bradford.  And his policy advisor.
 2       Q    Who is that?
 3       A    Ian.
 4       Q    Ian?
 5       A    Yes.  And I forgot Ian's name.  Don't tell
 6  him.
 7       Q    So Ian, the policy advisor?
 8       A    Caraway.  Sorry.  My apologies.
 9       Q    No problem.  He doesn't know.
10            How frequently do you speak with Miranda
11  and Ian?
12       A    Every other week.
13       Q    Is it a set meeting?
14       A    No, it's not.  As things come up.
15       Q    Have you had conversations with Miranda
16  related to the GNETS program?
17            MR. BELINFANTE:  Object to form.
18       A    There's none specifically I can think of.
19       Q    How about Ian?
20       A    There is none that I can think of
21  specifically with Ian as well.
22       Q    Has Governor Kemp's office requested
23  information from you about the GNETS program?
24       A    Specifically from me?
25       Q    We'll start with you.
```



WILLIAM MATTHEW JONES                              January 10, 2023
UNITED STATES vs STATE OF GEORGIA                          71

1        A     Not that I can remember.

2        Q     Have they requested information from

3    GaDOE?

4        A     Possibly our budget office.

5        Q     Would that request go through you?

6        A     No, not necessarily.

7        Q     Do you know of a request that they've made

8    to the budget office?

9              MR. BELINFANTE:   Object to form.

10       A     I believe we've gotten budget requests,

11   and it's more not requesting money but pulling

12   together information or data or numbers.

13       Q     Are these related about how the GNETS

14   program is funded?

15       A     Possibly.

16       Q     Do you not recall?

17       A     I didn't prepare them, and we receive lots

18   of those types of requests, so it would be abnormal

19   for me to be copied on an email or FYI because it's

20   pretty -- a standard occurrence that wouldn't really

21   stand out specifically because we get a lot of

22   requests from the legislature, budget offices, about

23   a bill or a program and the funding mechanisms or

24   data around that.

25       Q     Have you had conversations with either



 1   Miranda or Ian related to continuing the GNETS

 2   program?

 3        A    No.

 4        Q    Have you had conversations with anyone in

 5   the Governor's Office?

 6             MR. BELINFANTE:  Object to form.

 7        A    Not that I can recall.

 8        Q    Have you had conversations with anyone in

 9   Governor Kemp's office related to this lawsuit?

10        A    No, not that I can recall.

11        Q    How about with former Governor Deal's

12   office, did you have contacts there, too, that you

13   regularly spoke with?

14        A    We didn't have a very good relationship

15   with that governor, so I would say there was

16   probably minimal conversations.

17        Q    Do you recall any conversations with

18   Governor Deal's office about the GNETS program?

19        A    There could have been one with OPB, but we

20   were more invited.  We weren't really part of the

21   discussion or driving the discussion.

22        Q    What led to the challenging relationship

23   with Governor Kemp's office -- or what caused?

24             MR. BELINFANTE:  Object.

25        A    I don't know if the deposition is long



1   enough to go into it.

2             MR. BELINFANTE:  Object to form.

3        A    The previous superintendent ran for

4   governor against Governor Deal, and so there was

5   some, some bad blood between the department and the

6   superintendent's position and the Governor's Office

7   at that time.

8        Q    Do you recall speaking with Mary Hunter

9   Hipp in Governor Deal's office?

10       A    Possibly.  They were -- it was towards the

11  end of the Governor's tenure and they were churning

12  through lots of different people in that position

13  because people were exiting.  So it was -- it

14  changed quite a bit who to talk to.

15       Q    Or Alexis Oberg?

16       A    Possibly.  Several people filled that role

17  within a short span of time.  I wouldn't say we had

18  close relationships with any of them.

19       Q    Okay.  And then with the office of

20  planning and budget, what is your most -- what is

21  the most recent meeting you've had with them related

22  to GNETS funding?

23       A    It's been at least a year, possibly two

24  years.

25       Q    And what was discussed?



1        A    Just to make sure GNETS funding was

2   something that was on the top of their mind.  We

3   didn't delve into details.

4        Q    Why did it need to be on the top of their

5   minds?

6        A    I can actually remember it was at the

7   start of the pandemic.  The State was undergoing

8   austerity cuts and all programs were being cut, and

9   so we wanted to make sure that we brought specific

10  attention to the GNETS program during that

11  discussion.

12       Q    And why was that?

13       A    We just thought that if there was any

14  relief to restore austerity, we were trying to

15  prioritize where we thought the Governor's Office

16  should restore funding to cuts that were made across

17  the board.

18       Q    And who attended that meeting?

19       A    The Governor, the director of OPB, and

20  other support staff.  But it was a very brief

21  discussion.  It was at the end of the meeting.

22       Q    What is the Governor's Office of Student

23  Achievement?  Are you familiar with that office?

24       A    I am.

25       Q    Did that exist under Governor Deal?



WILLIAM MATTHEW JONES                                January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                    75

1       A     It did.

2       Q     And does it still exist under Governor

3  Kemp?

4       A     It does.

5       Q     How do you work with this office?

6       A     Very rarely work with the office.

7       Q     Has the Governor's Office of Student

8  Achievement asked you any questions related to the

9  GNETS program?

10      A     No, not that I can recall.

11      Q     Have you raised any issues related to the

12  GNETS program to the Governor's Office of Student

13  Achievement?

14      A     I have not.

15      Q     Earlier you mentioned you also coordinate

16  with DBHDD?

17      A     We had a meeting.  I believe I can think

18  of one to two meetings that we had with them.

19      Q     On GNETS?

20      A     I think it was just therapeutic services

21  overall, and GNETS came in as part of that

22  discussion.  I believe they had some leadership

23  changes, so it was more of a -- building a

24  partnership between the two organizations because

25  they underwent a leadership change.



1        Q     And when was that?

2        A     I can't -- it's been several years.

3        Q     Five years?

4        A     Probably at least four years.

5        Q     Do you coordinate with DBHDD on other

6   matters?

7        A     I do not.  And like I said, I think with

8   that -- that specific meeting, they're the ones that

9   reach out to us to set up meetings, to sit down with

10  their leader and the superintendent, and I was in on

11  that meeting.

12       Q     Do you coordinate with the Department of

13  Community Health?

14       A     I do not.

15       Q     Does anyone in GaDOE?

16       A     Probably certain programs and staff

17  members have a closer relationship than they do --

18  than I do.

19       Q     Do you know which office that would be?

20       A     I'm not sure what specific offices would

21  have that relationship.

22       Q     How about with DBHDD, are there certain

23  offices that do regularly coordinate with DBH --

24       A     Probably so.

25       Q     And which offices would that be?



WILLIAM MATTHEW JONES                                January 10, 2023
UNITED STATES vs STATE OF GEORGIA                            77

1        A    I'm not sure what specific offices would

2    have that relationship either.

3        Q    Do you coordinate with any other state

4    agencies in Georgia?

5             MR. BELIFANTE:  Object to form.

6        A    Can you clarify what you mean coordinate,

7    by coordinate?  Like regular meetings or --

8        Q    Yes, let's start with regular meetings.

9    Do you have regular meetings?

10       A    I do not.

11       Q    Are there matters that require GaDOE to

12   reach out to any other state agencies in Georgia?

13       A    I would say so.

14       Q    And what other agencies?

15       A    Typical that other education agencies in

16   the State.  So the University System, Technical

17   College System, Georgia Student Finance, and the

18   Professional Standards Commission.

19            I would say those are the ones that I work

20   the most closely with.

21       Q    Have you communicated --

22       A    And probably DECAL.  I'm sorry.  Our pre-K

23   system as well.

24       Q    What is that called again?

25       A    DECAL, Department of Early Care and



1  Learning.

2      Q    Have you spoken with DECAL related to the

3  GNETS program?

4      A    No.

5      Q    Have you spoken with the other agencies

6  related to the GNETS program?

7      A    I have not.

8      Q    Have you worked with DECAL regarding the

9  provision of mental or behavioral supports to

10  students?

11      A    I have not directly, but I'm sure our

12  agency has worked with them.

13      Q    Mr. Jones, what is the Georgia General

14  Assembly?

15      A    Our legislature, which is made up of

16  senators and representatives.

17      Q    How do you coordinate with the Georgia

18  General Assembly?

19      A    We have a policy team that is kind of the

20  point people that work directly with the

21  legislature.

22      Q    Who leads that team?

23      A    Currently it's Tiffany Taylor, who is our

24  deputy superintendent for policy.

25      Q    And how big is Tiffany's team?



1    A    They handle other things as well.  They're

2    not just the legislative team.

3         We do a lot of other duties as a side

4    sometimes.  So I would say she has probably about

5    20, 25 team members.

6    Q    And the legislative session started

7    yesterday, right?

8    A    I believe so, yes.

9    Q    Is your job as chief of staff different

10   during the legislative session?

11   A    I would say that it maybe take on more of

12   a policy focused role during the session, but other

13   than that it stays, stays the same.

14   Q    Okay.  Have you had conversations with the

15   Georgia General Assembly about funding for the GNETS

16   program?

17        MR. BELINFANTE:  Object to form.

18   A    Yes.

19   Q    With whom?

20   A    The chairman of the appropriations, Senate

21   Appropriations Committee.

22   Q    And who is that?

23   A    Chairman Blake Tillery.

24   Q    And when was that conversation?

25   A    Within the last year.



1      Q    Okay.  What was discussed?

2      A    We were trying to get an idea -- the

3   Senate had requested some information and had asked

4   us to pull together a report and we were trying to

5   get some specifics on what information they were

6   actually looking for because it was a pretty broad

7   ask.

8      Q    And what information were they looking

9   for?

10      A    He primarily clarified that it was more

11   just -- he was trying to learn more about the

12   programs.  So any like enrollment data, any other

13   kind of -- kind of a one-on-one type of situation

14   where he was just trying to get an idea of the

15   overview and outlook of the program.

16      Q    And what did he share was the reason for

17   this request?

18      A    He's only been the budget chair for a few

19   years and I think he's tried to become more up to

20   speed on the different -- or the different parts of

21   the budget.  Education is a large part of the

22   budget, and I'm sure he's heard about the GNETS

23   program.  So I think he was wanting some additional

24   information specifically about that program.

25      Q    And then this conversation you said was



1  about a year ago?

2      A    Within the last year.

3      Q    Within the last year?

4      A    Yes.

5      Q    And who else attended this conversation?

6      A    Tiffany Taylor.

7      Q    So you and Tiffany Taylor, and then Mr.

8  Tillery, and then who else?

9      A    He had a staff member with him.  I can't

10  recall.

11      Q    Had you requested information to prepare

12  for this meeting from someone in GaDOE?

13      A    No.  It was essentially just -- we were

14  just trying to get a sense of what information he

15  was requesting from us.

16      Q    And then did the conversation relate to

17  the finding for the GNETS program?

18      A    Yes, it did.

19      Q    Okay.  In what ways?

20      A    He was mostly asking the staff member that

21  joined us kind of what the current mechanics of the

22  funding is and how special education funding works

23  within QBE overall.

24          Like I said, it seemed to be most of him

25  just trying to learn more about the program and the



1    mechanics and get up to speed.

2        Q    Did he have any follow-up questions?

3        A    He did not.

4        Q    Have you spoken with him or anyone in his

5    office again related to the GNETS program and

6    funding?

7        A    I have not.

8        Q    Have you had conversations with the

9    Georgia General Assembly about other matters related

10   to the GNETS program?

11           MR. BELINFANTE:  Object to form.

12       A    No, not that I can recall.

13       Q    Your meeting with Mr. Tillery, was this

14   after the end of the 2022 legislative session?

15       A    Yes.

16       Q    Have you had conversations with anyone in

17   the Georgia General Assembly about this lawsuit?

18       A    Yes.

19       Q    Who?

20       A    Senator Tillery is aware of the lawsuit.

21       Q    Did it come up during that conversation?

22       A    Not that I can remember.  It really

23   focused more on the funding mechanisms.

24       Q    So you've had other conversations with

25   Senator Tillery about the lawsuit?



1    A    I think he, he has seen like in the news

2   and those types of things.  So I think he commented

3   probably in passing, like, hey, I've seen an article

4   about the GNETS lawsuit type of situation.

5           He's a lawyer, so he is interested in

6   those types of things.  But it has not become a

7   specific point of -- like a topic that we've

8   discussed.

9    Q    Anyone else in the Georgia General

10  Assembly?

11   A    No, not that I can think of.

12   Q    And then have you had conversations with

13  anyone in the Georgia General Assembly about the

14  advisability of continuing to maintain the GNETS

15  program?

16          MR. BELINFANTE:  Object to form.

17   A    No, I have not.

18   Q    Mr. Jones, earlier you mentioned the

19  Georgia State Board of Education?

20   A    Yes.

21   Q    How many members are on the Georgia State

22  Board of Education?

23   A    14 members.

24   Q    And what is the relationship between GaDOE

25  and the Georgia State Board of Education?  How do



1  you-all work together?

2      A    Formally or personality-wise?

3      Q    Let's stick with the formal.

4      A    Typically, they are oversight in policy

5  making, and we're over operations.

6           Now, they do have an operational role.

7  They can direct staff if needed to enact policies.

8      Q    And who leads the Georgia State Board of

9  Education?

10     A    Currently the chair.

11     Q    And who is the chair?

12     A    Jason Downey.

13     Q    How long has Jason Downey served as chair?

14     A    This is his second -- he's going into his

15  second year as chair.

16     Q    Are you evaluated --

17          MS. TUCKER:  Scratch that.

18  BY MS. TUCKER:

19     Q    Does the Georgia State Board of Education

20  provide feedback to you on your job?

21     A    In what ways?

22     Q    Do they advise you to take other -- have

23  they expressed any dissatisfaction with your work?

24          MR. BELINFANTE:  Object to form.

25     A    Not as a whole.



WILLIAM MATTHEW JONES                      January 10, 2023
UNITED STATES vs STATE OF GEORGIA                        85

1    Q    Have they directed you to take certain

2  actions?

3         MR. BELINFANTE:  Object to form.

4    A    It's not a formal direction.

5    Q    Does Superintendent Woods then report to

6  the Georgia State Board of Education?

7    A    He does not.

8         MR. BELINFANTE:  Object to form.

9    Q    Earlier you mentioned -- you asked if I

10  was talking about personalities with the Georgia

11  State Board of Education.

12         Can you elaborate with what you were

13  thinking, your relationship with personalities?

14    A    It's just 14 people, and so you just have

15  to not only work with them on the policy issues but

16  also get to know them as people and have good

17  relationships on that end as well.

18    Q    How often do the members change?

19    A    They have seven-year terms.

20    Q    Is it all at once or are they --

21    A    They're staggered, but they can be

22  reappointed.

23    Q    When you say the State Board of Education

24  has not expressed dissatisfaction with your

25  performance as a whole, have they expressed



 1  dissatisfaction on a certain project or assignment?

 2          MR. BELINFANTE:  Object to form.

 3      A    I can't think of a specific assignment or

 4  task.

 5      Q    Has any individual Board member expressed

 6  dissatisfaction with you?

 7      A    With me personally or around a program or

 8  a task that I was involved with?

 9      Q    Let's go with the latter.

10      A    No.

11      Q    With you personally then?

12      A    Probably so.

13      Q    And who was that?

14      A    Like specific Board members?

15      Q    Yeah.  Which Board members?

16      A    Ones that are currently on there or ones

17  that had been on there since I've been --

18      Q    Let's start with current.

19      A    Probably Mr. Mike Royal, Mrs. Helen Rice.

20      Q    Then what about past?

21      A    I wasn't done yet.

22      Q    Oh, I apologize.

23      A    Mrs. Lisa Kennemore.  That's it for the

24  current.

25          And then Mr. Larry Winter, Mrs. Barbara



1    Hampton, Mr. Kevin Boyd.

2              That's all I can recall at the moment.

3        Q    And were those concerns all around similar

4    issues or different issues?

5        A    They were just overall.  It was -- they

6    were appointed by the previous governor.  So those

7    -- the issues that were between the Governor's

8    Office and the agency was carried over with his

9    appointees for the Board.

10       Q    Has the State Board of Education advised

11   on certain priorities that the Georgia Department of

12   Education should take?

13       A    Yes.

14       Q    Have any of those priorities been the

15   GNETS program?

16       A    They've expressed it's important to them

17   but they have not made it a formal priority.

18       Q    How have they expressed it's important to

19   them?

20       A    I think just wanting to have -- and this

21   has kind of ebbed and flowed, too, I think.  Just

22   being able to have access to information if needed

23   to understand the program, the lawsuit, and other

24   dynamics.

25       Q    And how is that communicated to you?



1       A    Depending on the time frame, it was at a
2   point where they felt comfortable with calling
3   individuals within the agency to get the information
4   directly.  So I wasn't able -- I wasn't usually in
5   the loop on those requests.
6       Q    You were usually in the loop?
7       A    Usually not in the loop.
8       Q    Do your reports then let you know?
9       A    Not necessarily.
10      Q    When did you first become familiar with
11  the GNETS program?
12      A    The existence of the program?
13      Q    Uh-huh.
14      A    When I substitute taught.
15      Q    And can you describe the GNETS program?
16      A    It's a set of services for students that
17  have severe disabilities, typically EBD.
18      Q    And what purpose does it serve?
19      A    To provide those students with intensive
20  supports.
21      Q    And was that the same purpose when you
22  were working or subbing at Cedarwood?
23      A    That's what I was able to gather in that
24  situation.
25      Q    From your role as chief of staff, have you



1   -- do you think there's been any changes to the
2   purpose?
3          A    I think it still serves that purpose.
4          Q    What type of therapeutic services are
5   offered at GNETS?
6          A    When I was substitute in a GNETS or when I
7   was -- just in totality?
8          Q    We can start with your substituting.
9          A    I saw speech therapists, occupational
10  therapists, other therapists that would come in
11  regularly to support the students.
12         Q    How about in totality, is it the same?
13         A    Similar services.  I don't know from one
14  program to the next but similar services.
15         Q    Earlier we agreed there are 24 regional
16  GNETS programs, right?
17         A    I think some support specific districts,
18  though, correct?  Do they support a cluster of
19  districts?
20              I think typically other regional.
21         Q    Has that number of 24 regional programs
22  changed during your time at GaDOE?
23         A    I don't think the regional has changed.
24  It could have, but the number seems pretty familiar
25  to me.



1      Q    Okay.  I think this is a good time for a

2   quick little break, if that's okay.

3      A    Yes.

4           THE VIDEOGRAPHER:  We're off the record at

5      10:44 a.m.

6           (A recess was taken.)

7           THE VIDEOGRAPHER:  Back on the record at

8      11:08 a.m.

9   BY MS. TUCKER:

10     Q    Welcome back.

11          I just wanted to follow up on a few things

12  from earlier.

13     A    Okay.

14     Q    The Cedarwood regional GNETS center you

15  worked in, you said it was in Lyons, Georgia?

16     A    That's correct.

17     Q    And that's spelled L-Y-O-N-S?

18     A    That's correct.

19     Q    You also mentioned when you were chief

20  academic officer there were -- someone named Barry

21  reported to you?  Is that correct?

22     A    I don't recall that.

23     Q    Maybe we heard that wrong.

24          Who reported to you when you were chief

25  academic officer?



1        A    I believe it was Melissa Fincher, who was
2    over Assessment and Accountability.
3             Avis King, who was over School Improvement
4    Federal Programs.
5             Curriculum and Instruction, which was
6    Martha Rycraft.
7             And I feel like there's someone else.  I
8    apologize.  If I remember them, I'll let you know.
9    Thank you.
10       Q    Thank you.
11            You also mentioned a meeting with the
12   Office of Planning and Budget right around the start
13   of COVID, correct?
14       A    It was during the pandemic.
15       Q    During the pandemic?
16       A    Yes.
17       Q    So 2020.  Where you-all ID'ed the GNETS
18   program to be prioritized for relief for austerity;
19   is that correct?
20       A    That's correct.
21       Q    And why did you identify the GNETS program
22   as a priority?
23       A    We just felt like -- just prioritizing
24   where austerity cuts had been made in education,
25   that that program should be high on the list to get



1  austerity restored from the Governor's Office.

2      Q    And who made that decision?

3      A    The superintendent.

4      Q    Were you part of that decision making?

5      A    Yes.

6      Q    Anyone else at GaDOE?

7      A    Our CFO knew about it, but weren't really

8  involved in setting those priorities.

9      Q    And who was your CFO at that time?

10     A    Rusk Roam.

11     Q    How do you spell his last name?

12     A    R-O-A-M.

13     Q    Is he still with GaDOE?

14     A    He is.

15     Q    Did GaDOE identify other priorities office

16 -- programs at that time?

17     A    Yes, we did.

18     Q    How many?

19     A    Just a few.  Most of them had to do with

20 generally restoring austerity in the general QBE

21 budget.  And there might have been a few other

22 programs listed as well.

23     Q    Did OPB provide the GNETS program with the

24 relief you requested?

25     A    Yeah, eventually they did.



1    Q    You say eventually.  Was it --

2    A    In a supplement budget, so it came -- I

3  believe once the Governor's Office had a sense of

4  where the pandemic was going and the impact it was

5  going to have economically, they felt more

6  comfortable with restoring austerity, and they did

7  that across the board not only to GNETS but to the

8  general education formula as well.

9    Q    Why was GNETS high on your priority list?

10    A    Again, we just -- we felt like a program

11  like GNETS is one that we prioritize restoring

12  austerity, that that program should get the funding

13  restored, compared to like our own agency budget or

14  another agency.  We felt like it was a critical

15  program, so we wanted to make sure it didn't get a

16  funding cut.

17    Q    I just want to make sure I understand.

18    What about the program makes it -- made it

19  critical?

20    A    We tried to -- I think the decision-making

21  was anything that we felt directly impacted

22  students, we felt like those programs needed to get

23  austerity restored versus those that impacted

24  specifically adults.  So, for instance, we didn't

25  include our own agency's budget to be restored.  So

1   we kept our own austerity, and we wanted as much as

2   -- if there was a priority on what to be restored,

3   everyone but us be restored if that had to happen.

4        Q    Was GNETS identified over other programs

5   that directly impacted students?

6        A    No.  I think it was pretty much mentioned

7   -- all the programs that directly impacted students.

8        Q    Thank you.

9        MS. TUCKER:  I'd like the court reporter

10       to mark the following document as Plaintiff's

11       Exhibit 822.

12            (WHEREUPON, Plaintiff's Exhibit-822 was

13        marked for identification.)

14   BY MS. TUCKER:

15       Q    Mr. Jones, this is an August 10th, 2015

16   email produced to us by the State.  The email is

17   from Clara Keith to you with the subject "GaDOE

18   GNETS Job Description."

19            There's one attachment, and the Bates

20   number on the bottom first page reads GA03463082.

21            Do you recognize this email and the

22   attachment?

23       A    I do.

24       Q    Who is Clara Keith?

25       A    At this time she was -- she worked at the



1    Georgia Department of Education under our Race to

2    the Top program.

3        Q    You said at this time.  Does she work at

4    GaDOE still?

5        A    She left the agency.

6        Q    When?

7        A    After this, she worked for I believe

8    DBHDD, and then she retired from there, state

9    government.

10       Q    Did you know Clara Keith prior to working

11   at GaDOE?

12       A    I did not.

13       Q    In this email do you see where she writes,

14   quote:  "I promised you I would send you my thoughts

15   on a job description for the GNETS -- "GaDOE GNETS

16   Program Manager."

17            Do you see that?

18       A    I do.

19       Q    Have you -- did you ask Clara Keith to

20   draft a job description?

21       A    I believe the Board asked her to pull

22   together something, and she was keeping me in the

23   loop.

24       Q    So requests like that came directly from

25   the Board --



WILLIAM MATTHEW JONES                                    January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                      96

1      A    Yes, they could.

2      Q    -- to Clara Keith?  Okay.

3           And had you asked her to keep you in the

4    loop?

5      A    To the best of her abilities.

6      Q    On all of her job responsibilities or

7    related to GNETS?

8      A    All of her responsibilities, but

9    particularly I know Board members were reaching out

10   to her specifically to this one, and so I was trying

11   to keep in the loop as much as I could given the

12   dynamics.

13     Q    Earlier you said Clara worked for the Race

14   to the Top program?

15     A    That's correct.

16     Q    So why did the Board reach out to her to

17   create the GNETS program manager position?

18     A    They selected her as the point person on

19   the issue overall.

20     Q    Did it relate to Race to the Top?

21     A    Not to my knowledge.

22     Q    Are you often involved in overseeing the

23   drafting of job descriptions?

24     A    They're shared with me, but typically I

25   don't get into the crafting of job descriptions, but



 1   they're not a direct report necessarily position.

 2       Q    Let's look at the final two sentences.  Do

 3   you see where Clara Keith wrote, quote:  "You will

 4   notice that many of the duties from the performance

 5   reports.  It made sense to start with that report

 6   and recommendations."  End quote.

 7            Do you see that?

 8       A    I do.

 9       Q    What did you understand the performance

10   reports to refer to?

11       A    I would -- probably assumed at the time

12   the audit reports.

13       Q    And when you say audit reports, what do

14   you refer to?

15       A    The performance audit that was done on the

16   program by the Department of Audits.

17       Q    On the GNETS program?

18       A    Yes.

19       Q    And what did you understand that report

20   and recommendations refer to in her second -- her

21   last sentence?

22       A    The report itself, the performance audit

23   report and the recommendations that were included in

24   that report.

25       Q    So this is a 2010 audit of the GNETS



1  program?

2      A    That's correct.

3      Q    Had you shared that audit with Clara

4  Keith?

5      A    She had known about the audit before I

6  did.

7      Q    When were you made aware about it?

8      A    Very close to these events because it was

9  performed in 2010, and the report was shared with

10  the agency in 2010.  So it wouldn't have popped on

11  our radar, because we came in on 2015, and the

12  agency had responded back in 2010.  So we didn't

13  really know about the existence specifically of a

14  report until close to these events.

15      Q    Who shared the report to you?

16      A    I couldn't recall who specifically shared

17  it with me.

18      Q    Have you read the report in full?

19      A    I have.

20      Q    What did you think of it?

21      A    Seemed like a typical performance report

22  from auditors.

23      Q    Did you have any specific concerns after

24  reading the 2010 after the GNETS program?

25      A    I didn't receive any concerns from staff



WILLIAM MATTHEW JONES                              January 10, 2023
UNITED STATES vs STATE OF GEORGIA                              99

1    when I brought the report up, and I saw that the

2    agency had responded throughout the report to the

3    Department of Audits.

4        Q    Did you take any steps related to the 2010

5    audit report?

6             MR. BELINFANTE:  Object to form.

7        A    No, specifically I did not take any steps.

8        Q    Did Clara Keith right this first draft

9    that's attached?

10       A    I'm not sure.

11       Q    What role did you play once you received

12   this job description?  What did you do?

13       A    Probably told her it looked okay with me.

14       Q    Did you make any edits?

15       A    Not that I can recall.

16       Q    Did you share it with anyone else?

17       A    I believe I shared it with a Board member.

18       Q    A Board member?

19       A    Yes.

20       Q    And who was that?

21       A    I think Mr. Larry Winter.

22       Q    And why did you share it with Larry

23   Winter?

24       A    He had asked for it to be shared with him.

25       Q    Did he provide information on why he



1  wanted it to be shared with him?

2      A    No, he did not.

3      Q    Did you ask any follow-up?

4      A    I did not.  I just shared it with him.

5           MS. TUCKER:  I'd like the court reporter

6      to mark the following document as Plaintiff's

7      Exhibit 823.

8           (WHEREUPON, Plaintiff's Exhibit-823 was

9       marked for identification.)

10 BY MS. TUCKER:

11     Q    Mr. Jones, this is a September 16, 2015

12 email produced to DOJ by the State.

13          The email is from Deborah Gay to you and

14 Denise Peterson, with the subject "GNETS position."

15          And there are two attachments.

16          The Bates number on the bottom of the

17 first page reads GA03463406.

18          Do you recognize this email, Mr. Jones,

19 and the attachment?

20     A    Yes, I do.

21     Q    Earlier you spoke about Deborah Gay.  Can

22 you remind me what her position was at that time?

23     A    She was over our special education team.

24     Q    And then who is Denise Peterson?

25     A    She is over -- she was over HR at the



1    time, our HR director.

2         Q    Is she still at GaDOE?

3         A    She is not.

4         Q    When did she leave?

5         A    Probably around four to five years ago.

6         Q    Who holds that position?

7         A    Arveeta Turner.

8         Q    Can you spell that?

9         A    A-R-V-E-E-T-A, Turner.

10        Q    Looking at Deborah Gay's email, she says

11   that she, quote, "attached a revised GNETS job

12   posting."

13             Do you see that?

14        A    Yes, I see that.

15        Q    Is this a revised version of the earlier

16   document that Clara Keith shared with you?

17        A    I would have to compare the two.

18        Q    Would you agree that the job announcement

19   attachment is for the GNETS program manager

20   position?

21        A    Yes -- well, actually, this says

22   specialist position on it but...

23        Q    So was that different than the GNETS

24   program manager position?

25        A    It was probably an error that was



1   corrected before it was posted.

2       Q    Okay.  Did you have a GNETS program

3   specialist at that time?

4       A    I'm not sure.  I don't believe we have, in

5   title.  I believe we had some people supporting the

6   program but not someone with a specific title

7   related to the program.

8       Q    At that time, who were those individuals?

9       A    I'm not sure.

10      Q    Looking back at Deborah Gay's email, she

11  continued, quote, "Please let me know if you would

12  like me to move forward with reposting."

13           Do you see that?

14      A    Yes, now I do.

15      Q    What did you understand Deborah Gay to be

16  asking you?

17      A    With that specific sentence?

18      Q    Uh-hum.

19      A    I would, I would assume it probably would

20  have meant to Denise and not specifically a

21  statement made to me.

22      Q    And she's speaking about reposting,

23  correct?

24      A    Correct.

25      Q    Had this -- had the GNETS program manager



1  position or the specialist position been posted

2  already?

3      A    I'm not sure.

4      Q    Okay.  Do you recall if it had been posted

5  and taken down at any point?

6      A    It's a possibility, but I don't remember

7  that happening.

8      Q    Do you see in the last paragraph where

9  Deborah Gay writes, starting, quote:  "It has also

10 been suggested to me that a team be assembled rather

11 than a fulltime position.  Expertise in therapeutic

12 services, instruction and administrative rather than

13 a fulltime position."

14         Do you see that?

15     A    I do.

16     Q    That didn't happen, right?

17     A    That seems a lot for someone to add to

18 their plate versus someone fully focused on those

19 things.

20     Q    Well, it seems she's suggesting a team be

21 assembled.

22     A    Got it.

23     Q    Is that how you're reading it as well?

24     A    That's not how I read it just now.  I read

25 it for some reason as like someone on her team,



1   those duties being added, versus a full-time

2   position.

3          I'm not sure I could have possibly

4   interpreted it that way then as well.

5      Q    Was there ever a conversation that you had

6   about instead of hiring a GNETS program manager that

7   a team be assembled?

8      A    Not during this time.  And not to me

9   directly.

10     Q    How about at a different time?

11     A    I believe now the current structure

12  there's more than one person that's supporting

13  GNETS.  So over time we could see that a team has

14  been added because it's more than one.

15     Q    How many individuals support GNETS right

16  now?

17     A    I believe at least two.

18     Q    And who are those individuals?

19     A    Vickie --

20     Q    Cleveland?

21     A    Cleveland, yes.  Thank you.

22     Q    And who else?

23     A    I couldn't name the other individual.

24     Q    Does the other individual report to Vickie

25  Cleveland?



```
 1        A    That's my understanding.  God forgive me,
 2   we have 1,200 people that work at the department.
 3        Q    I understand.
 4             Does Lakesha Stevenson -- does that name
 5   ring a bell?
 6        A    That name rings a bell.
 7        Q    Okay.  So at that time you had not
 8   considered a team versus the GNETS program manager?
 9        A    I had not considered that and no one had
10   brought that to me.
11        Q    Let's look at the attachment, so the one
12   ending in 07.
13             Do you have that in front of you?
14        A    Yes.
15        Q    Under "Description of Duties," do you see
16   where it states, quote:  "Under limited supervision
17   and aligned to general supervision of the
18   Individuals with Disabilities Act, provide
19   leadership and general supervision to the Georgia
20   Network for Educational and Therapeutic Supports,"
21   and then in parenthesis "GNETS."
22             "This position requires leadership to the
23   GNETS program in the areas of effective management
24   and organizational structures.  Additionally, this
25   individual must possess knowledge of budget
```



1  development and fiscal accountability required to

2  review the facility funding application process in

3  conjunction with GaDOE staff."

4         Do you see that?

5    A    I do.

6    Q    Is this description in the job posting

7  accurate with the GNET program manager's role?

8         MR. BELINFANTE:  Object to form.

9    A    Yes, that describes what type of person

10 they were looking for to carry out those duties.

11   Q    Does it describe the GNETS program manager

12 role as of now?

13   A    I think it would describe it at this time.

14 I'm sure the role could have changed since then.

15   Q    Is there anything in this sentence that I

16 read that would not be applicable to that individual

17 today?

18   A    Not --

19        MR. BELINFANTE:  Object to the form.

20   A    Not to my knowledge.

21        MR. BELINFANTE:  Excuse me.

22   Q    Okay.  Let's look at the next sentence.

23        This -- quote:  "This position requires

24 the skills to collaborate with local school

25 districts, oversee the implementation of an



1  instructional program, the provision of therapeutic

2  supports to students and families and the

3  implementation of positive behavior supports at a

4  program wide level, targeted group and intensive

5  individual."

6          Do you see that?

7      A    Yes.

8      Q    Is that sentence consistent with the GNETS

9  program manager's current role?

10         MR. BELINFANTE:  Object to form.

11     A    Yes.

12     Q    Let's look at the next sentence.

13         Starting, quote:  "Oversight of compliance

14  with all requirements of federal regulations and

15  state board rules applicable to students with

16  disabilities."

17         Do you see that?

18     A    Yes.

19     Q    Is that description consistent with the

20  current GNETS program manager role?

21         MR. BELINFANTE:  Object to form.

22     A    Yes.

23     Q    Thank you.

24         Mr. Jones, I'm going to show you a

25  previously admitted exhibit.  I'll just pull it up.



1             This was an exhibit previously marked as

2     Plaintiff's Exhibit 621.

3             (WHEREUPON, Plaintiff's Exhibit-621 was

4         previously marked for identification.)

5     BY MS. TUCKER:

6         Q    This is an email thread between you and

7     Larry Winter with the subject reading: "GNETS

8     position."

9             The most recent email in the thread is

10    September 18, 2015, and the Bates number on the

11    bottom of the page reads GA03463431.

12            And this document was produced to us by

13    the State.

14            Do you recognize this email?

15        A    Yes.

16        Q    Earlier you said Larry Winter was a member

17    of the State Board of Education?

18        A    That's correct.

19        Q    Did he hold a specific position?

20        A    He was a chair of the Audits Committee, I

21    believe.

22        Q    And when did he leave that position?

23        A    Three years ago, possibly.

24        Q    Earlier -- a moment ago you said you

25    shared the job description with Larry Winter.  Was



1   this you sharing it?

2        A    That's correct.

3        Q    And this was the GNETS program manager

4   position, correct?

5        A    That's correct.

6        Q    And did you share this with any other

7   State Board of Education members?

8        A    Not to my knowledge.

9        Q    And I'm correct earlier you said you sent

10  this to Mr. Winter because he requested it?

11       A    That's correct.

12       Q    Is it typical for State Board of Education

13  members to review job postings for GaDOE personnel?

14       A    At this time it was not atypical for that

15  to happen.  It wasn't atypical for that to happen

16  during this time.

17       Q    When did that change?

18       A    Probably within the last three years.

19       Q    And why?

20       A    The changes on the Board.

21       Q    Was it generally Mr. Winter or other folks

22  on the State Board?

23       A    Other folks on the State Board.

24       Q    And from looking at that email -- yeah,

25  the Plaintiff's Exhibit 621, would you agree the



1  GNETS program manager position was posted on

2  September 18, 2015?

3       A    Yes, it looks like it.

4       Q    Okay.

5            MS. TUCKER:  I'd like the court reporter

6       to mark the following document as Plaintiff's

7       Exhibit 824.

8            (WHEREUPON, Plaintiff's Exhibit-824 was

9        marked for identification.)

10  BY MS. TUCKER:

11       Q    Mr. Jones, this is an email thread between

12  you, Deborah Gay, and Clara Keith.

13            This was produced to us by the State and

14  the subject reads "Interview Questions."

15            And there's one attachment.  The most

16  recent email on the thread is dated October 12,

17  2015.

18            The Bates number on the bottom of the

19  first page reads GA03463605.

20            Mr. Jones, do you recognize this email and

21  the attachment?

22       A    I do.

23       Q    Let's turn to the bottom email from Clara

24  Keith to Deborah Gay.

25            Do you see that?



 1        A     Yes.

 2        Q     It appears that Clara Keith has -- now has

 3   a DBHDD email address.  Is that correct?

 4        A     That's correct.

 5        Q     And the earlier email we look at, she had

 6   a GaDOE email address?

 7        A     Yes.

 8        Q     So did she work for both GaDOE and DBHDD

 9   at the same time?

10        A     I believe she was transitioning to that

11   new role at DBHDD.

12        Q     Is it typical for external agencies like

13   DBHDD to be involved with GaDOE hiring decisions?

14        A     Not typical, but it's been done before.

15   We've pulled in partners to be part of the interview

16   process.

17        Q     What other positions?

18        A     Um, I can't come up with any off the top

19   of my head, but I know we have done it in the past.

20        Q     Less than five positions?

21        A     My purview is only kind of top tier

22   candidates, so I'm not sure kind of what -- it could

23   happen a lot more than five, five times, for other

24   positions within the agency.

25        Q     From your experience, from what you know?



1      A    So from what I've been directly involved,

2   probably around that number.

3      Q    What was Clara Keith's role at DBHDD?

4      A    I'm not sure specifically what the role

5   was.

6      Q    How long did she transition and continue

7   working for both agencies?

8      A    I'm not sure.

9      Q    Who did Clara Keith report to?

10     A    She reported, I believe -- I believe she

11  reported to me at this -- while she was associate

12  superintendent the rest of the time.

13     Q    And then --

14     A    But I believe she reported to the

15  Commissioner while she was at DBHDD.

16     Q    At this time was she still reporting to

17  you?

18     A    I'm not sure.

19     Q    Do you see that she wrote to Debbie,

20  quote, "I picked up the resume from Linda."

21         Do you see that?

22     A    I do.

23     Q    Who is Linda?

24     A    Linda was Debbie's administrative

25  assistant.



1      Q    What's her last name?

2      A    Rawlins.

3      Q    Is she still at GaDOE?

4      A    Yes.

5      Q    Is she still administrative assistant for

6    the position that Debbie Gay held?  Or does she have

7    a different position?

8      A    I think she has a different position.

9      Q    And what is it?

10      A    I'm not sure, but she's still

11    administrative assistant.

12      Q    What did you understand Clara Keith to

13    mean by her picking up the resume?

14      A    I did not read down in this email thread.

15    I think I just read the very top, which was here's

16    the questions for the upcoming interview, and I saw

17    that it was handled, and I probably moved on to the

18    next email in my inbox.

19      Q    Thank you.  So at the top email, the one

20    that you looked at, do you see where Deborah Gay

21    writes she attached questions from Clara Keith?

22      A    Yes.

23      Q    And these are the interview questions for

24    the GNETS program manager position?

25      A    Yes.



1     Q    Okay.  Did you participate in the drafting

2   of these questions?

3     A    I believe they pulled that together.

4     Q    Did you provide any feedback on the

5   questions after you received them?

6     A    I don't believe I did.

7     Q    Did you okay them?

8     A    I don't believe that I did.  I felt like

9   they had a handle.  So it was more kind of just

10  keeping me in the loop as things progressed versus

11  weighing in for me as things happened.

12    Q    Did you ask to see the interview

13  questions?

14    A    I don't believe I did.  I think they were

15  just again trying to keep me in the loop on how

16  things were progressing.

17    Q    Let's look at the attachment, beginning

18  with GA03463606.

19         And these are the interview questions for

20  the GNETS program manager position, correct?

21    A    Correct.

22    Q    So looking at the attachment, there are

23  questions and room for the interviewer's comments

24  and the interviewer's scores, correct?

25    A    Correct.



WILLIAM MATTHEW JONES                                    January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                     115

1          Q    Was there a rubric to assess answers?

2              MR. BELINFANTE:  Object to form.

3          A    I couldn't recall if there was something

4      supplemental to this or not.

5          Q    Did more than one person interview the

6      GNETS position candidates?

7          A    Yes.

8          Q    How many folks joined the interview?

9          A    I believe it was three.

10         Q    And who?

11         A    Myself, it was Deborah, and I believe it

12     was Clara.

13         Q    Did you, Deborah and Clara discuss what

14     you were looking for in these answers from the

15     interview candidates?

16         A    I think there was probably more discussion

17     between Deborah and Clara because they knew kind of

18     the program.  I was looking more at the leadership

19     style and those type of competencies versus

20     programmatic competencies.

21         Q    Did you still assess folks on the

22     programmatic competencies?

23         A    I don't -- I don't remember doing that.

24         Q    Let's look at some of the questions.

25              On the first page do you see the question



1   that reads, quote:  "What is the State's role in

2   implementing the GNETS program?"

3           Do you see that?

4       A   Yes.

5       Q   Why was this asked to candidates?

6       A   I'm not sure.  I didn't develop that

7   question.

8       Q   Did you look for certain answers when

9   assessing candidates on that question?

10      A   I can't say that I did.

11      Q   Were there any conversations between you,

12  Deborah, and Clara Keith about what answers would be

13  best for candidates to respond to that question?

14      A   I don't remember that being a question we

15  really zeroed in on as a discussion point.

16      Q   Let's look down two questions.  Do you see

17  the question that reads:  "Share your thoughts on

18  the relationship between instruction and therapeutic

19  support."

20      A   Yes.

21      Q   Why was this question asked?

22      A   I think both are important -- important in

23  the setting for these students, and we wanted to

24  make sure our candidate had a balance of both.

25      Q   Was there a certain type of response that



1   you were looking for when assessing candidates?

2        A    Not that I recall.

3        Q    Do you recall conversations with Clara and

4   Deborah about candidates' answers to this question?

5        A    I do not.

6        Q    On the second page, do you see the

7   question that reads:  "What qualities do you think a

8   manager implementing a large school program with

9   political, local school/school district, state (and

10  perhaps national) interest should possess?"

11       A    Yes, I see it.

12       Q    Why was this question asked?

13       A    I think this would be a good question for

14  anybody that is in a leadership role at the

15  Department because they had to navigate all those

16  things to do their work.

17       Q    And I know you said you were looking to

18  assess a lot of the leadership questions.  So what,

19  what qualities were you looking for in candidates?

20       A    I think just a collaborative spirit and

21  consensus building, and just an approach that seems

22  supportive and not top-down.

23            That's a cultural change the

24  superintendent had kind of pushed across the agency

25  as serve and support versus top-down approach to our



 1   districts.  So I think we were looking to make sure

 2   we had a leader that was in that same vein and

 3   philosophy that we had.

 4       Q    And what did you discuss with Clara and

 5   Deborah related to candidates' answers to this

 6   question?

 7       A    I can't remember specifics to this

 8   question.

 9       Q    How many candidates did you interview for

10   this position?

11       A    I would assume at least three, but I

12   couldn't recall the specific number of candidates.

13       Q    Did you interview Nakeba Rahming?

14       A    Yes, I was in that interview.

15       Q    And were both Clara Keith and Deborah Gay

16   in that interview?

17       A    They were.

18       Q    Was Nakeba Rahming your top choice for the

19   position?

20       A    She was.

21       Q    Why?

22       A    From the -- my side of things, she seemed

23   to have the things we were looking for in a leader,

24   and then from the programmatic piece of things,

25   Clara and Deborah -- or Debbie, both agreed that she



1  had a good skill set and knowledge of that as well.

2  So she seemed like the perfect fit for the position.

3      Q    And what again were you looking for,

4  qualities in a leader?

5      A    Yeah, I think just, you know, overall

6  leadership style, the serve and support mentality,

7  the collaborative spirit.  Because this person would

8  have to work with a lot of different partners and

9  across the agency, in that instructional and

10  therapeutic background as well.

11      Q    What was her instructional and therapeutic

12  background?

13      A    She came from Florida and seemed to have a

14  strong resume from Florida.

15      Q    Earlier you mentioned she was your top

16  choice.  Was she also Debbie Gay's and Clara Keith's

17  top choice?

18      A    Yes.

19      Q    I'm going to show you what was previously

20  introduced as Plaintiff's Exhibit 622.

21          (WHEREUPON, Plaintiff's Exhibit-622 was

22       previously marked for identification.)

23  BY MS. TUCKER:

24      Q    This is a December 3rd, 2015 email thread

25  between you and Larry Winter, produced to us by the



1    State.   The subject reads "GNETS Position."

2              The Bates number on the bottom of the

3    first page of the document is GA03464539.

4              Do you recognize this email thread?

5         A    I do.

6         Q    Please look at your email to Larry Winter

7    at the bottom of the page.

8              Do you see that?

9         A    Yes.

10        Q    And then am I correct you're letting Larry

11   Winter know you plan to make a recommendation to

12   fill the GNETS program manager position?

13        A    Yes.

14        Q    And that recommendation was for Nakeba

15   Rahming?

16        A    Yes.

17        Q    Are State Board of Education members

18   alerted prior to submission of a formal

19   recommendation of a candidate to hire?

20        A    Yes.

21        Q    Still?

22        A    Sometimes.

23        Q    And --

24        A    They ultimately approve hire, so it's

25   important for them to be aware of possible personnel



1    recommendations.

2         Q    Do they approve all hires?

3         A    All but five.

4         Q    Which five do they not approve?

5         A    The ones that are politically appointed by

6    the superintendent.

7         Q    Which five of those?

8         A    Currently?

9         Q    Uh-hum.

10        A    It would be myself, Keith Osburn,

11   Stephanie Johnson, and Tiffany Taylor.

12        Q    So Tiffany Taylor works on policy?

13        A    That's correct.

14        Q    What does Keith Osburn work on?

15        A    He's our CIO of technology.

16        Q    Stephanie Johnson?

17        A    School improvement.

18        Q    That's one --

19        A    We have an open position.

20        Q    What's the open position?

21        A    It's just open.  So he can use that as

22   needed, but it hasn't been filled by anyone.

23        Q    Understood.

24             Had Larry Winter asked for an update at

25   that time?



1      A    He wanted to be kept in the loop on that

2   issue.

3      Q    Do all State Board of Education members

4   review all application -- all recommendations for

5   hire?

6      A    No.

7      Q    No, okay.

8           So is it certain individuals?

9      A    Yes, it can be certain individuals.

10     Q    So does HR regularly funnel these

11  recommendations to the State Board for their

12  approval?

13     A    Typically I do that because I work more

14  closely with the Board than the HR Department does.

15  So typically if they have an interest -- I know they

16  have an interest proactively or they've expressed an

17  interest in a certain position, I make sure they're

18  in the loop, so that when it's recommended to them,

19  they're not getting it in the moment and having

20  questions in the moment.

21     Q    Did Larry Winter have questions regarding

22  Nakeba Rahming's recommendation?

23     A    Not that I can recall.  I think he felt

24  satisfied with the recommendation.

25     Q    Okay.  Let's look at the bottom paragraph.



1          Do you see where you wrote, quote:

2    "Currently, we have someone occupying the cube

3    outside of Clara's office.  As promised, they will

4    be moved to the GNETS person has a clear space when

5    they start."

6          Do you see that?

7     A    Yes.

8     Q    And Clara is Clara Keith?

9     A    That's correct.

10     Q    She still had a space at GaDOE even though

11   she was at DBHDD at that time?

12     A    Yes, or transitioned to DBHDD.  I don't

13   know that specific timeline, but yes.

14     Q    Are State Board of Education members

15   involved in personnel office locations?

16     A    He specifically requested this.

17     Q    Why?

18     A    I didn't ask the reasoning behind it.

19   Didn't seem like an -- of all requests it didn't

20   seem like an employee's location was one to really

21   fuss about.  So it was an easy one to fulfill.  So

22   he requested it and we met that request.

23     Q    Have you had other State Board of

24   Education members request certain office locations

25   for personnel?



WILLIAM MATTHEW JONES                                        January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                        124

1      A      Yes, that has happened before.

2      Q      More than five times?

3      A      Probably within five times.

4      Q      Have you asked for reasons other times?

5      A      No.

6      Q      So Clara Keith had an office at GaDOE even

7   when she transitioned to DBHDD?

8      A      Did I think she had a spot?  Yes.

9      Q      And how long was that for?

10     A      I'm not sure.

11     Q      Do you as chief of staff typically

12   determine where GaDOE employees sit?

13     A      It depends on what level they are.  But

14   across the entire agency, no, I don't get into where

15   they sit.  It really doesn't matter to me where an

16   employee sits.

17     Q      Then the next sentence reads:  "Also, the

18   GNETS position made a direct report to me."

19            Do you see that?

20     A      Yes.

21     Q      I'm assuming there's a typo.  Did you mean

22   the GNETS position will make a direct report to me?

23     A      No.  I believe that we made them a direct

24   report.

25     Q      They were made a direct report to you?



WILLIAM MATTHEW JONES                           January 10, 2023
UNITED STATES vs STATE OF GEORGIA                        125

1          A     Yes.

2          Q     Okay.  And I know we've spoken about it a

3    little bit, but what does it mean to be a direct

4    report?

5          A     Just be directly supervised by me.

6          Q     Okay.  So does that mean that you evaluate

7    those positions?

8          A     Not necessarily.

9          Q     In what instances would you not evaluate

10   your direct report?

11         A     Sometimes it can be specific positions

12   that need to coordinate across the agency.  Putting

13   it within an office makes that coordination

14   difficult because they have to work with all the

15   other offices.

16               So we have pulled out people that, quote,

17   need to be more independent to pull different

18   offices together, to better collaborate and

19   coordinate.  So it's not necessarily an oversight or

20   supervisory or evaluation; it's more just a function

21   the agency.  They're, quote, independent so it's

22   easier for them to coordinate and collaborate across

23   the agency instead of being a part of a specific

24   established team.

25         Q     Okay.  And what prompted you to share this



1    information with Mr. Winter?

2         A    He had requested that reporting.

3         Q    And did he give a reason for that request?

4         A    No, he did not.

5         Q    Did you follow up?

6         A    No.

7         Q    You didn't question?

8              You didn't question Larry Winter?

9         A    No.

10        Q    Nakeba Rahming is no longer in this

11   position and you mentioned Vickie Cleveland holds

12   this position now?

13        A    Yes.

14        Q    Vickie Cleveland, you said, does not

15   report to you?

16        A    That's correct.

17        Q    Okay.  And did Larry Winter express

18   concern about the GNETS program manager position no

19   longer reporting to you?

20        A    He was either off the Board or on his way

21   off the Board.

22        Q    Did anyone else express concerns?

23        A    They did not.

24        Q    And you had Vickie Cleveland reporting to

25   Nakeba, correct?



1      A    I believe that's the recommendation Nakeba

2  made, so that's what we went with.

3      Q    Did you evaluate Nakeba Rahming?

4      A    Not formally.

5      Q    Not formally.

6           When she was a GNETS program manager?

7      A    I did not.

8      Q    Did you -- what do you mean by not

9  formally?

10      A    She doesn't -- there's not a -- I didn't

11  conduct a performance evaluation.

12      Q    Who would she have received a performance

13  evaluation from?

14      A    I don't believe she received a performance

15  evaluation.

16      Q    Are performance evaluations necessary for

17  bonuses or salary increases?

18      A    We don't really get bonuses in the agency,

19  and salary increases are usually dictated by a

20  documented increase in workload or the Governor's

21  Office provides state employees increases.

22      Q    And did you formally evaluate her when she

23  was deputy superintendent of Federal Programs?

24      A    I did not.

25      Q    So Nakeba Rahming did not receive formal



1  evaluations when she was with GaDOE?

2      A    She did not.

3      Q    Did you provide feedback to her?

4      A    Yes.

5      Q    Was there a set to that informal feedback,

6  a set schedule to that informal feedback or was it

7  --

8      A    Ongoing coaching and feedbook.

9      Q    Do you meet with Vickie Cleveland in her

10  role as GNETS program manager?

11      A    I do not.

12      Q    Have you?

13      A    Not that I can recall a one-on-one meeting

14  with Vickie Cleveland.

15      Q    Do you recall meetings with you, Vickie,

16  and Nakeba Rahming?

17      A    Maybe one.

18      Q    What was that meeting about?

19      A    I think it was more of everyone meeting

20  together because Nakeba had just taken on that role

21  and Vickie was going to -- there was going to be the

22  original structure, and then Vickie was new to the

23  team.  So I think it was more of a meeting everybody

24  type of a situation versus -- because I had not

25  known Vickie before, or really worked with her



WILLIAM MATTHEW JONES                                    January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                    129

1    before that.

2            So I think it was more orientation to me

3    than it was for anything else.

4        Q    Orientation, transition?

5        A    Yes.

6        Q    Were you involved in hiring Vickie

7    Cleveland?

8        A    No.

9        Q    Did -- was a recommendation made to you

10   before they offered the position?

11       A    I believe so, yes.

12       Q    Did you have any questions?

13       A    I try not to get involved in that level.

14       Q    And why is that?

15       A    I tend to hold the direct reports

16   accountable, and so I don't, I don't feel like it's

17   fair for me to get involved in their specific

18   personnel decisions when I'm holding them

19   accountable for what they do.

20           And so they have the latitude to hire who

21   they think is the best person with the expertise to

22   do the work, and I don't get involved with that,

23   that piece, very much.

24       Q    Is there any policy at GaDOE about which

25   employees do receive formal evaluations and those



1   that don't?

2       A    Possibly.

3       Q    Not that you can recall or --

4       A    It wasn't a common practice when I got to

5   this position.

6       Q    Okay.  As chief of staff, do you think

7   that would be a policy you would be aware of?

8       A    We have lots of policies, but, yes, I

9   would -- I'm pretty sure there is one.  I couldn't

10  say I've looked at it very recently.

11          But it's like I didn't inherit a common

12  practice of evaluating employees when I got into

13  this position.

14      Q    Thank you.

15          I'm going to show you an exhibit that was

16  previously marked as Plaintiff's Exhibit 623.

17          (WHEREUPON, Plaintiff's Exhibit-623 was

18       previously marked for identification.)

19  BY MS. TUCKER:

20      Q    This is an email thread including you and

21  Larry Winter and Mike Royal, that was produced to us

22  by the State.

23          The subject reads:  "GNETS."

24          And the most recent email in the thread is

25  dated February 16, 2016.



1           The Bates number on the bottom of the

2    document is GA03465879.

3           Do you recognize this email?

4    A    I do.

5    Q    And this is approximately two months after

6    the last email we just read, correct?

7    A    Yes.

8    Q    Am I correct that you and Larry Winter are

9    still discussing the office location for the GNETS

10   program manager?

11   A    Yes.  Seemed to be really important for

12   him.

13   Q    Do you see where Larry Winter writes,

14   quote:  "Personally, I think it will be/is important

15   that the new GNETS person and Clara's offices not be

16   in the special education area until all of this

17   shakes out.  I believe this will be important if we

18   have to make a case later on."

19          Do you see that?

20   A    I do.

21   Q    Why was it important that the new GNETS

22   person in Clara's offices not be in the special

23   education area?

24   A    I do not know.

25   Q    Did you ask?



1      A    I just read this and felt again like it

2   was more a discussion around location of work versus

3   anything else.

4      Q    I know earlier when we were looking at the

5   org chart you had mentioned Larry Winter wanted

6   GNETS separate in special education as well?

7      A    It was more -- I can recall that he wanted

8   it to be a direct report.

9      Q    Okay.

10     A    I think the -- later on, when it was

11  pulled out within Federal Programs, it was probably

12  more Nakeba and the background she has on that

13  change versus a request that came from Mr. Winter.

14     Q    Okay.  And you didn't ask him why these

15  offices shouldn't be in the special education area?

16     A    To me it was irrelevant.  Again, it didn't

17  matter where they were sitting.

18     Q    Got it.  And then what did you understand

19  Larry Winter to mean by "until all of this shakes

20  out"?

21     A    I didn't really read anything into that or

22  really cared what he thought on that regard.

23          Again, this whole email is more a topic of

24  where they would be sitting and nothing else, in my

25  mind.

1       Q     What do you assume he meant by "all of
2   this"?
3             MR. BELINFANTE:   Object to form.
4       A     I didn't do a very good job of answering
5   Mr. Winter, so I won't try to do that now.
6       Q     Were there any ongoing conversations that
7   would provide some context between you and Larry
8   Winter about what he meant?
9       A     I really don't -- from my view, it didn't
10  -- I didn't understand what he meant from it.  But
11  they're not educators, so you got to give them a
12  pass sometimes when they are talking about a
13  specific education issue and you're not -- they say
14  something that might not make specific sense on
15  something.
16      Q     The State Board of Education members?
17      A     Yes.
18      Q     What did you understand Mr. Winter to mean
19  when he said, "if we have to make a case later on"?
20      A     Again, honestly, I probably stopped at
21  Clara's office and just said, let's -- it doesn't
22  really matter where they sit, and kind of moved on.
23  I didn't really labor over this specific email or
24  request because a request at the heart of it for me
25  was the location of where the staff member was going



1   to be seated.

2        Q    And -- okay.

3             Where did Nakeba Rahming end up sitting?

4        A    I think we found her an office somewhere.

5   She didn't really care where she sat either, and I

6   didn't really care as well.  So it just -- it was

7   really kind of a nonissue at that point.

8        Q    Was it in the Special Education area?

9        A    I don't think there was an office on that

10  floor.  I think she -- I can't remember where she

11  ended up sitting, actually.

12            I think it was an instance -- I didn't

13  hear from Larry again after this, so I didn't really

14  -- I didn't investigate where her chair was after

15  that point.  It just seemed it worked its way out.

16       Q    So Mr. Winter is talking here about the

17  importance of being able to make a case later on,

18  and you're the chief of staff to the superintendent

19  of GaDOE, and you did not attempt to discern what he

20  meant?

21            MR. BELINFANTE:  Object to form.

22       A    I did not.

23       Q    Okay.  And how long did Nakeba Rahming

24  hold the GNETS program manager position?

25       A    Maybe a year or plus.



1    Q    And that's when she left to be deputy

2    superintendent for Federal Programs?

3    A    That's correct.

4    Q    Did she apply for that job?

5    A    I believe she did, yes.

6         MS. TUCKER:  I'd like the court reporter

7         to mark the following document as Plaintiff's

8         Exhibit 825.

9         (WHEREUPON, Plaintiff's Exhibit-825 was

10        marked for identification.)

11   BY MS. TUCKER:

12   Q    Mr. Jones, this is a September 12, 2016

13   email thread between you and Nakeba Rahming, that

14   was produced to us by the State.

15        The subject reads:  "GNETS Meetings."

16        The Bates number on the bottom of the

17   document reads GA03472903.

18        Do you recognize this email thread?

19   A    I do.

20   Q    Okay.  Let's take a look at the bottom

21   email.  Am I correct that you are asking Nakeba

22   Rahming to set up a GNETS meeting with yourself,

23   her, Zelphine Smith-Dixon, and Deborah Gay?

24   A    Yes.

25   Q    And that you want her to lead those



WILLIAM MATTHEW JONES                                January 10, 2023
UNITED STATES vs STATE OF GEORGIA                              136

1  meetings and focus on how you can support her

2  efforts?

3        A    That's correct.

4        Q    What efforts are you referring to?

5        A    Just her work around GNETS.

6        Q    And how often were those meetings

7  scheduled?

8        A    I would assume monthly.  That seems to be

9  the typical default.

10       Q    Do you recall those meetings?

11       A    I remember we had meetings.

12       Q    And who is Zelphine Smith-Dixon?

13       A    She was over Special Education at the

14  time.  She took Debbie's role when Debbie was moved

15  to deputy superintendent.

16       Q    Is Zelphine Smith-Dixon still in that

17  role?

18       A    No, she's not.

19       Q    Is she still with GaDOE?

20       A    She works for Rockdale County schools.

21       Q    And why did you identify these individuals

22  as the folks to meet with?

23       A    Nakeba had just mentioned to me about the

24  importance of coordination specifically around these

25  individuals, so I wanted to establish something on



1  the calendar to make sure that took place.

2      Q    And why --

3      A    And also that's why I wanted her to lead

4  those meetings.

5      Q    And did she express why these individuals

6  were important?

7      A    She did not.  She just requested that I do

8  that for her, and again it seemed like a simple

9  request.

10      Q    And then how else did you communicate with

11  Nakeba Rahming?

12      A    I would check in with her regularly just

13  to see how things were going.  And again more it was

14  seeing if there were any barriers that I could help

15  her remove within the agency, or promoting any

16  connections she needed to make within the agency,

17  too.

18          She was new to the agency, so I was just

19  trying to help her out there.

20      Q    From Florida, right?

21      A    That's correct.

22      Q    Did she identify barriers to you during

23  any check-ins?

24          MR. BELINFANTE:  Object to form.

25      A    That wasn't her style, but she, she



1  definitely conveyed that there were areas that it

2  was important to have a lot of collaboration, just

3  to make sure that that took place.  But it really

4  didn't -- she had such a personality and passion and

5  drive that really she made a lot of great

6  relationships and could do that on her own.  It took

7  pretty minimal attention and supports from me to

8  make that happen.

9      Q    What areas did she convey that there was a

10 need for collaboration?

11     A    Be specifically, and then I would just say

12 probably the more operational parts of the agency,

13 like around contracts or finances and those types of

14 things, just what's needed to do the work.

15     Q    So operations, contracts, finances, and

16 the Special Education Department?

17     A    Yes, but she worked -- really, she worked

18 across the agency with lots of different areas.  She

19 was -- that was a pretty natural thing for her to

20 do.

21     Q    Did you have one-on-one check-ins with

22 Nakeba Rahming when she was GNETS program manager?

23     A    I believe I did.

24     Q    And those continued when she was deputy

25 superintendent?



1        A    But within that capacity, as deputy

2    superintendent, yes.

3        Q    When she was deputy superintendent during

4    your check-ins, did you ask about GNETS?

5        A    At that point, given her background

6    already and knowledge of the program, it seemed like

7    that was not a specific issue.  It was more her

8    acclimating to that new role and division for

9    Federal Programs is a role and that was really the

10   drive of the discussions given what was happening at

11   the time.

12       Q    Did she report out about GNETS when she

13   was deputy superintendent?

14       A    She might have shared some details.  I

15   don't remember, but, like I said, the real focus

16   over our discussions were more the transitioning of

17   the office overall and where she wanted to take

18   things and when she needed to make that happen.

19       Q    Earlier you said you didn't formally

20   evaluate Nakeba in this position, but were you

21   pleased with her job performance?

22       A    Yes.

23       Q    Were there any areas that needed

24   improvement?

25       A    I think everyone can improve, but it would



1   have been hard to find areas with her to improve.

2   She was an exceptional leader.

3       Q    Did you provide any constructive feedback?

4       A    I'm sure I did.  But it probably took a

5   little work on my end to find something to find,

6   but, yes, I provided some feedback.

7       Q    Anything related specifically to managing

8   the GNETS program?

9       A    No.  It was more again navigating the

10  agency, because that's really my skill set, and

11  really trusting her on the programmatic side to

12  execute things on that end.

13      Q    I know we said that Vickie Cleveland now

14  holds the position of GNETS program manager?

15      A    That's correct.

16      Q    Did anyone hold the position between

17  Nakeba and Vickie?

18      A    Not that I'm aware of.

19      Q    And you mentioned that Vickie Cleveland

20  does not directly report to you?

21      A    That's correct.

22      Q    And who does she report to?

23      A    I believe Wina Low.

24      Q    And who is Wina Low?

25      A    She's over our Special Education Team.



1      Q    And then Wina Low reports to --

2      A    To Shaun.

3      Q    And this change happened, once Vickie

4   Cleveland not reporting to you, happened the minute

5   she was hired?

6      A    I don't think Vickie ever reported to me,

7   but when Nakeba filled her position, that's when the

8   --

9      Q    To clarify, the GNETS program manager not

10  reporting to you happened as soon as Nakeba Rahming

11  moved positions?

12     A    That's correct.

13     Q    Has the GNETS program manager role changed

14  since Vickie Cleveland has become in that position?

15     A    I'm not sure.

16     Q    How many students are in the --

17  approximately are in the GNETS program this year,

18  meaning the 2022-23 school year?

19     A    I believe a few thousand students.  I'm

20  not sure of the exact number.

21     Q    By a few thousand, do you mean --

22     A    Maybe two to three thousand.

23     Q    Do you receive information concerning

24  those figures?

25     A    Very rarely.



1    Q    When would you?

2    A    Maybe it's something they feel like I need

3    to know.  It's more an FYI or just sharing

4    situation.

5         So if they cross my -- I mean it's

6    typically shared through an email.  If they feel

7    like there's something I need to know, they pass

8    along that way, for me to just kind of be aware of

9    something.

10   Q    And who would "they" be?

11   A    My direct reports.  So Shaun might share

12   that with me.

13   Q    Is the GNETS program population maintained

14   in a database that you can access?

15   A    Possibly -- probably so, I would assume.

16   Q    Has the GNETS student population been

17   relatively stable during your time as chief of

18   staff?

19   A    I believe it's decreased.

20   Q    And why has the student population

21   decreased in GNETS?

22   A    I'm not sure what dynamics have led to

23   that specifically.

24   Q    Do you have any thoughts, ideas?

25        MR. BELINFANTE:  Object to form.



1        A    It's more, you know, LEA dynamics because

2   we're not necessarily in the business of -- we more

3   -- we count them as they're identified, not

4   necessarily part of the identification process.

5        Q    With the population decreasing in GNETS,

6   where do the students that were formally served by

7   GNETS now receiving services?

8        A    I would assume in a different setting.

9        Q    And what type of setting?

10        A    I would assume with the IEP or whatever

11   setting dictated that, whatever on the continuum of

12   service is where that falls.

13        Q    What's your basis for that thought?

14        A    Just high level knowledge of how IEPs

15   work.

16        Q    Do you think those students are receiving

17   their services in their home schools?

18        A    Likely.

19        Q    What is your understanding of LRE, Mr.

20   Jones?

21        A    Would does it stand for?

22        Q    Uh-hum.

23        A    What does it stand for?  I'm asking to

24   clarify.

25        Q    I wasn't sure.



1    A    Oh, least restrictive environment?

2    Q    Yes.  And what is your understanding of a

3    least restrictive environment?

4    A    Ensuring that students with disabilities

5    receive an educated -- education in the least

6    restrictive environment.

7    Q    So for the students that once had their

8    least restrictive environment in GNETS?

9    A    As determined by IEP.

10    I'm sorry.  I didn't add that part.

11    Q    So for the students that once had their

12    least restrictive environment in GNETS, those

13    students are now receiving -- are now in their least

14    restrictive environment in a GNETS setting?

15    A    If the IEP determined that.

16    Q    Has GaDOE provided guidance to the

17    regional GNETS programs regarding student population

18    size?

19    A    Probably, but I can't think of anything

20    specific around that issue that we provided.

21    Q    Has GaDOE provided guidance to regional

22    GNETS programs about reassessing their student

23    populations?

24    A    I believe so.

25    Q    What type of guidance was that?



1      A    I don't believe I saw the specifics of the

2  guidance, but I believe there was some guidance put

3  together.

4      Q    What is your general understanding of

5  their guidance?  I know you said you don't remember

6  the specifics but --

7      A    Probably walking them through what that

8  process would look like, with an IDEA.

9      Q    And how is this guidance provided to the

10  GNETS, regional GNETS programs?

11      A    Probably in the form of technical

12  assistance from our team.

13      Q    And by your team, you mean Vickie and

14  Lakesha?

15      A    At this time, yes.

16      Q    And in the past?

17      A    It could have been Nakeba.

18      Q    Are you aware of GaDOE providing guidance

19  related to eligibility criteria in GNETS?

20      A    Possibly that could be something we

21  provided.

22      Q    Have you attended any of the technical

23  assistance provided to the regional GNETS program?

24      A    I attended the one regional meeting, and

25  then I joined Nakeba on two visits, and that's the



 1  extent.

 2        Q    What two visits did you join Nakeba with?

 3        A    I believe I went to a GNETS program that

 4  was in Swainsboro, and a GNETS program that was in

 5  Dublin.

 6        Q    Swainsboro and Dublin.  And why did you

 7  attend those two?

 8        A    She was -- in her role, she was visiting

 9  all the GNETS programs, and I asked her to share her

10  schedule with me.  And as my schedule allowed, I was

11  going to try to join her.  So those were in the same

12  day, and I was able to make that happen.  So that's

13  how those two were selected.

14        Q    And why did you ask her to join?

15        A    I just thought it was more -- I took her

16  out to lunch between programs.  I just wanted to

17  make sure she felt supported and that I was there if

18  she needed anything in that new role.

19        Q    What did you think when you went to visit

20  the Swainsboro -- the site in Swainsboro?

21        A    I didn't really -- I was, I was kind of

22  letting her do what she needed to do.  So I spent

23  that time catching up, since I had been on the road

24  for quite a bit of time catching up on work.  So

25  they kind of found me a space and I was doing work



WILLIAM MATTHEW JONES                                      January 10, 2023
UNITED STATES vs STATE OF GEORGIA                              147

 1  during that time.

 2          And I did overhear some discussions but it

 3  was -- really what I picked up was more kind of is

 4  there anything you need from us, is there a way we

 5  can support you.

 6          So it came off as very coaching and

 7  supportive, her interaction with the staff.  And the

 8  same happened in Dublin.  And that's something we

 9  discussed during the lunch, is just, you know -- I

10  was grateful that was the approach she was taking,

11  as just again the service and support piece, and

12  that seemed to be kind of the tone of the discussion

13  she was having with them, is what can we do to

14  support your work and help what you're doing.

15      Q    Did she provide any feedback to the sites

16  she visited?

17      A    Not to me directly, but I believe she

18  provided feedback to them.

19      Q    And in Dublin you also found a space to

20  work?

21      A    That's correct.

22      Q    And you said you attended one meeting?

23      A    Yes, one collaborative meeting that was

24  held, I think, in Macon.

25      Q    In Macon?



```
 1        A    Yes.

 2        Q    And when was that?

 3        A    Um, it's on one of these.

 4             My apologies.

 5        Q    That's okay.

 6        A    I can't find it.  I'm sorry.

 7        Q    That's okay.  What was that meeting in

 8   Macon about?

 9        A    Nakeba had set up some regional meetings,

10   just to pull directors together and other related

11   staff together.  So she had asked me to attend that

12   meeting.

13        Q    Am I correct that --

14        A    Oh, it was the one right in front of me.

15   I apologize.  It was in September 2016.

16        Q    Thank you.

17             Which exhibit are you looking at?

18        A    825.

19        Q    And am I correct GNETS students are served

20   in centers and school-based locations?

21        A    That's correct.

22        Q    How many standalone centers are being used

23   this school year?

24        A    I know there's 24 -- I think 24 programs,

25   but I'm not sure of the breakdown past that.
```



1        Q      Do you know the breakdown of students

2     served in centers and students served in

3     school-based locations?

4        A      I do not.

5        Q      Is this information that you could find?

6        A      Yes.

7        Q      And how would you find it?

8        A      Probably request it from Shaun.

9        Q      Are you aware of any trends surrounding

10    students being served in centers or school-based

11    locations?

12       A      No, I haven't.

13       Q      Do you require Shaun to check this

14    information?

15       A      I do not.

16       Q      Have you asked Shaun for information like

17    this in the last three years?

18       A      With a breakdown like that?  Not that I

19    can recall, but I'm sure she probably has provided

20    some high-level information.

21       Q      Do students in centers have opportunities

22    to interact with their nondisabled peers?

23              MR. PICO PRATS:  Object to form.

24       A      Haven't been part of the day-to-day

25    operations of a center outside of that -- my



1  substitute teaching experience.  So I don't know if

2  I can really answer that.

3       Q    When you substituted at the Cedarwood

4  regional GNETS program, did those students have the

5  opportunity to interact with their nondisabled

6  peers?

7       A    We had some students go to the high school

8  and participate in programs and activities at that

9  time.

10       Q    They went to the high school for classes

11  or for -- for what?

12       A    I can remember one situation was a -- for

13  like a CTAE class or two a student was taking.  And

14  another one I know -- I can't remember the guy on

15  there but I know he tried out for the football team.

16  He was very interested in football.  So I remember

17  him telling us about that experience.  So I know he

18  tried out for the team.

19       Q    So those are two instances, right?

20       A    Yes.  Out of a class of eight.  Six or

21  eight.

22       Q    Did the students in school-based locations

23  have opportunities to interact with their

24  nondisabled peers?

25            MR. BELINFANTE:  Object to form.



1    A    From what I've experienced, yes.

2    Q    And then can you elaborate on from what

3  you've experienced?  What school based GNETS

4  experiences have you had?

5    A    Oh, I thought you were just talking in a

6  general ed environment.  I didn't know you meant --

7    Q    I'm sorry.  I meant the GNETS.  I

8  apologize?

9    A    No, I have not experienced in that model.

10    Q    Does GaDOE provide guidance to the

11  regional GNETS programs for opportunities for the

12  GNETS students to interact with their nondisabled

13  peers?

14        MR. BELINFANTE:  Object.

15    A    I'm not sure about that.

16    Q    Does GaDOE request any related data from

17  the regional GNETS programs about opportunities for

18  students, GNETS students to interact with their

19  nondisabled peers?

20    A    I'm not sure what specific data elements

21  is collected by us.

22    Q    Does GaDOE track how many students are in

23  GNETS for six daily segments?

24    A    Possibly with the funding, but I'm not

25  sure the mechanism behind that.  So it could be used



1   to generate the funding for GNETS but I'm not sure

2   what it is.

3        Q    Is that data you've seen before?

4        A    I've seen segments of students and

5   funding, but I'm not sure if that was specific GNETS

6   students or just students overall.

7        Q    With Cedarwood you mentioned two instances

8   of high schoolers having the opportunity to go to

9   the high school, correct?

10       A    Yes.

11       Q    What about the elementary and middle

12  school students?

13       A    I touched on those during that experience,

14  but I was primarily with the high school students

15  during that time.  So I had some experience in the

16  other grades, but I would say 90 percent of my time

17  was for the high schoolers at the program.

18       Q    At Cedarwood?

19       A    Yes.

20       Q    From your experience, did the elementary

21  and middle school students have opportunities to

22  interact with their nondisabled peers?

23            MR. BELINFANTE:  Object to form.

24       A    I didn't really have a viewpoint on that.

25       Q    So not from what you saw?



1      A     Not from what I saw.

2      Q     Do you review any data related to academic

3   outcomes for the GNETS program?

4      A     Yes, I believe so.

5      Q     What data have you reviewed related to

6   academic outcomes?

7      A     I believe just what was in the performance

8   audit report.

9      Q     The 2010 audit?

10      A     That's correct.

11      Q     You haven't seen data related to GNETS

12   academic outcomes since 2010?

13      A     Possibly but I don't know the specific

14   data elements that cross my desk.

15      Q     And that was since the 2010 audit.

16            Have you reviewed milestones data for the

17   GNETS program?

18      A     I think the performance audit at CRCT, it

19   was the whole test that we used.  So I'm not sure.

20   Again, that could have been a data element that's

21   been shared with me but I don't remember

22   specifically milestones data shared with me.

23      Q     Does anyone at GaDOE review milestones

24   data for the GNETS program?

25      A     Possibly Vickie does.  But I think they --



1    there was more value in the formative data than the

2    summative data.  It seemed like when Nakeba came on

3    board, she was interested in formative data.

4        Q    What did Nakeba tell you about the

5    formative data?

6        A    Just that growth was an important

7    component versus specifically proficiency.

8        Q    Did she identify growth in the GNETS

9    program?

10       A    She was working towards doing that.  I'm

11   not sure the progress she made on that end, but I

12   know that's something she had brought up to me.

13       Q    So it was a goal of Nakeba's to improve

14   the growth of academic --

15       A    Of individual student growth.  Where they

16   were academically in one place at the year versus

17   another place of the year.

18       Q    Was this data that she shared with you?

19       A    I think one time very high level.  I think

20   she was just implementing it at that time.  So I

21   don't really remember if I saw multiple data points

22   versus just the initial data point.

23       Q    Do you think that milestones data is

24   important to assess for GNETS students?

25            MR. BELINFANTE:  Object to form.



1        A    I, I think for all students' growth it's
2    more important than what we currently assess.
3        Q    Are you familiar with iReady?
4        A    I am.
5        Q    Have you reviewed iReady data for the
6    GNETS program?
7        A    I believe that's what the initial high
8    level data she shared with me was.
9        Q    Have you since then?
10       A    Not that I can recall.
11       Q    Have you reviewed post-secondary data
12   outcomes?  Outcomes data?
13       A    Not that I can recall.
14       Q    Do you think it would be helpful to see
15   post-secondary outcomes of the GNETS students?
16       A    I think multiple data points are always
17   helpful, but I also think you've got to have the
18   context of students, and then also drill down
19   individually to them, are they growing academically
20   or not, versus just an aggregate set of data.
21       Q    But do you think post-secondary outcomes
22   would be an important data point?
23       A    I think it's a data point to look at.
24       Q    What were the formative assessments used
25   that you were referring to?



1       A    I believe it was the iReady assessment.

2       Q    The iReady?

3       A    Yes.

4       Q    How is academic outcome data for the GNETS

5  programs reviewed since the students are reported

6  through their school districts?

7            MR. BELINFANTE:  Object to form.

8       A    I'm not sure of the mechanics of that.

9       Q    With the audit you said you saw, was it

10 the CRCT data?

11      A    That's correct.

12      Q    And what other academic data?

13      A    I believe graduation rates was the other

14 one.

15      Q    And what do the graduation rates look like

16 in the 2010 audit for the GNETS students?

17      A    I believe the report mentioned they were

18 low, but I also -- when I looked at it, I felt like

19 there was some significant context missing from what

20 the auditors put together.

21      Q    What's that context?

22      A    I think they looked at students with

23 disabilities as a whole subgroup versus the spectrum

24 of students, their individual disabilities and where

25 they are on that continuum of service, and making a



1    correlation with that versus just looking at a
2    student subgroup versus a similar student subgroup.
3         Q    So grouping all GNETS students together --
4         A    And comparing them to students with
5    disabilities when there's a spectrum of disability.
6              So they were, they were comparing a
7    subgroup that had a full spectrum of disability
8    versus another subgroup that might be -- leans
9    heavier on a certain side of the spectrum.
10             So I didn't think it was necessarily
11   apples to apples comparison in graduation rates.
12        Q    The GNETS program --
13        A    And I didn't know if it was a four-year
14   calculation versus what IDEA allows, which is up to
15   22, depending on an IEP.  So I didn't know how the
16   graduation rate was being calculated either.
17        Q    The GNETS program, when we spoke about it
18   earlier, you said it primarily serves EBD students;
19   is that correct?
20        A    That's my knowledge, yes.  The best of my
21   knowledge.
22        Q    So a moment ago you were talking about the
23   spectrum of disabilities of these students.  Would
24   it not mostly be EBD students?
25        A    That are identified for --



WILLIAM MATTHEW JONES                              January 10, 2023
UNITED STATES vs STATE OF GEORGIA                           158

1       Q    Uh-hum.

2       A    -- students with disabilities?

3       Q    Uh-hum.

4       A    Not necessarily.  In GNETS, yes.  But I

5    was talking about compared to -- compared to -- I

6    think the performance audit was making the State

7    level student with disabilities subgroup, which

8    would have a wide spectrum of students with

9    disabilities, versus the GNETS special -- or

10   students with disabilities subgroup, which would

11   have mostly EBD students.

12       Q    So you are saying that the audit looked at

13   all students with disabilities in Georgia?

14       A    Yes.

15            MS. TUCKER:  I'd like the court reporter

16       to mark the following document as Plaintiff's

17       Exhibit 826.

18            (WHEREUPON, Plaintiff's Exhibit-826 was

19        marked for identification.)

20   BY MS. TUCKER:

21       Q    This is a June 23rd, 2016 email produced

22   by the State.

23            The email is from Nakeba Rahming to you,

24   with the subject "No rush on documents to discuss."

25            There are two attachments.



1            The Bates number on the bottom of the
2    first page reads GA03468 to 51 Oi.
3            Do you recognize this email?
4       A    Yes.
5       Q    Let's look to the first sentence.  Do you
6    see where Nakeba Rahming wrote, quote:  "I gathered
7    more information on the ratios for the clinical
8    staff to students in GNETS programs"?
9            Do you see that?
10      A    I do.
11      Q    Did you ask Nakeba Rahming to collect this
12   information?
13      A    I believe that's information she thought
14   it was important on her own and she collected it.
15      Q    So you did not ask her?
16      A    No, I did not.
17      Q    Did she express why she thought it was
18   important?
19      A    I think she was looking at therapeutic
20   support services.
21      Q    Let's look to the middle paragraph.  Do
22   you see the sentence that reads, quote:  "The
23   attachment has a review of 3 therapeutic programs
24   outside of Georgia, the makeup of their clinical
25   staff to serve their enrolled students."



WILLIAM MATTHEW JONES                                          January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                          160

1                   Do you see that?

2        A    I see that.

3        Q    Did you ask Nakeba Rahming to review the

4   therapeutic programs outside of Georgia?

5        A    I did not.

6        Q    In that second paragraph, let's look to

7   the last sentence.

8                   Do you see where she wrote, quote:

9   "However, it is concerning when some 'GNETS," and

10  then it -- I think there's a word missing but then

11  it goes to "1 or no clinical/behavioral staff to

12  provide expected services to students."

13                  Do you see that?

14       A    I do.

15       Q    Did Nakeba Rahming talk to you about this

16  concern?

17       A    Yes, she did.

18       Q    And it was the concern that some regional

19  GNETS programs had one or no clinical or behavioral

20  staff?

21       A    She mentioned that, but I also remember

22  her -- she reached out to some of the GNETS programs

23  and some of them were offering contracted services

24  versus staff -- specific staff members.  So there

25  was some context to this initial data that she



WILLIAM MATTHEW JONES                                  January 10, 2023
UNITED STATES vs STATE OF GEORGIA                            161

```
 1   pulled.
 2        Q    Can you elaborate?
 3        A    They might, you know -- they might have an
 4   occupational therapist that's not on staff but they
 5   contract with a company or a service that provides
 6   occupational therapy.
 7        Q    Okay.  We're going to look at the first
 8   attachment, which should be the next page and the
 9   Bates number starts GA03468052.  The heading on the
10   top reads "Reviews for clinical staff within a
11   therapeutic setting to serve students."
12             Do you see that?
13        A    Yes.
14        Q    Do you recognize this document as well?
15        A    Yes.
16        Q    And this was prepared by Nakeba Rahming?
17        A    That is correct.
18        Q    Let's look at the first paragraph.
19             Do you see where it reads, quote:  "In an
20   effort to validate the decisions around GNETS
21   provision of therapeutic services for students, a
22   comprehensive review of other identified therapeutic
23   schools were researched."
24             Do you see that?
25        A    Yes.
```



1      Q    She continues:  "These schools were

2   researched to identify the staff needed to ensure

3   opportunities for therapeutic supports would be

4   provided for children as expected."

5           Do you see that?

6      A    I do.

7      Q    Did you discuss with Nakeba the schools

8   she identified and how she selected them?

9      A    I believe she called me or we had a brief

10  discussion about this, and it was more high level

11  about she ran the data, looked at the ratios.  As we

12  talked, we talked about contracted services.  So she

13  was going to go back and get more information about

14  that.

15          I also think she talked about possibly

16  some additional money from the Department to support

17  increasing therapeutic services in the program.

18          So she had already come up with kind of

19  some next steps on how to address this versus us

20  diving into individual programs and the make-up.

21     Q    Did she follow up with you with the

22  contracted services data?

23     A    She mentioned in passing that that was

24  something that was happening in the program.

25     Q    In all the programs?



1        A    She didn't go into specifics.  She just

2    said it was something that was occurring.

3        Q    Okay.  And you said that she was looking

4    to get increased funding for the regional GNETS

5    programs from GaDOE?

6        A    Possibly a grant or some other source to

7    provide some therapeutic services, specific supports

8    around therapeutic services.

9        Q    Did that happen?

10       A    I believe it did.

11       Q    Is it still happening?

12       A    I'm not sure.

13       Q    Let's look to the paragraph at the top and

14   the last sentence.  It reads:  "Based on this

15   comparison, it was determined whether or not

16   identified GNETS programs were staffed to provide

17   therapeutic/behavioral services to students with

18   significant Emotional/Behavioral needs like other

19   therapeutic programs."

20            Do you recall whether Nakeba Rahming

21   determined if these GNETS programs were

22   appropriately staffed after she received the

23   contracted information?

24       A    I think the focus was more on enhancement

25   versus judgment of where specific programs were at



 1  the time.

 2      Q    We're going to look at the next

 3  attachment, which will be shown to you

 4  electronically on the screen.  And we're going to

 5  make sure you can get control.

 6           Do you see it?

 7      A    Yes.

 8      Q    Do you want to try the mouse to see if

 9  you're able to move around.

10           It seems like you are, right?

11      A    Yes.

12      Q    I'll let you look at that spreadsheet for

13  a minute.

14           Do you recognize it?

15           (Witness reviews exhibit.)

16      A    I believe I glanced at this.  Yes, I've

17  seen it.

18      Q    And was this spreadsheet created by Nakeba

19  Rahming?

20      A    I believe so.

21      Q    Can you look to Column Y titled, "All

22  Clinical Staff"?

23      A    Yes.

24      Q    Do you see that the Cedarwood Regional

25  GNETS program has zero clinical staff?



1      A    I see that's what's on there, yes.

2      Q    And the Northwest Regional GNETS program

3  had zero clinical staff?

4      A    Yes.

5      Q    The Rutland Academy Regional GNETS program

6  had one therapy coach?

7      A    Yes.

8      Q    The Sand Hills Regional GNETS program had

9  one social worker?

10      A    Yes.

11      Q    Was this data surprising?

12      A    Yes, it was surprising.  I think that's

13  what spurred the discussion around contracted

14  services.

15      Q    Was it also concerning?

16      A    She labeled it as concerning and very

17  concerning, so.

18      Q    Did you share those concerns?

19      A    I think, again, we definitely wanted to

20  make sure that all programs were offering

21  therapeutic services.

22      Q    Do you know if that's currently happening?

23      A    I believe it is happening in some, some

24  method, whether that's specific personnel or

25  contracted services.



1       Q     If you scroll down to the bottom again,

2    where there was a paragraph.  Let me know when you

3    get there.

4             I see, okay.  Great.

5             Do you see where Nakeba Rahming wrote:

6    "Compared to other therapeutic models, many of the

7    GNETS programs are operating below the expected

8    student clinical staff ratio for therapeutic

9    services.  Some of the programs are therefore

10   challenged in providing the recommended amount of

11   therapeutic supports to facilitate optimal

12   turnaround in student's behaviors."

13        A     Yes, I see it.

14        Q     Did that finding concern you?

15        A     I didn't know what model she had compared

16   the programs to.  I likely didn't even zero in on

17   that specific paragraph on this.  I probably -- I

18   remember opening it and glancing at the specific

19   programs and what she had highlighted for further

20   discussion.  I don't remember getting to the very

21   bottom of the spreadsheet and diving into the things

22   that were added.

23        Q     This was attached with, you know, with

24   that email with the program review.  Do you think

25   she was referring to those programs maybe?



1      A     I'm not sure.

2      Q     And you didn't ask follow-up questions at

3   that point?

4      A     I did not.

5      Q     Let's look down a paragraph on the

6   spreadsheet.

7            Do you see where Nakeba Rahming wrote,

8   quote:  "Digging deeper, some of the expected

9   clinical services are being provided by

10  noncredentialed personnel trained by GNETS and are

11  credentialed in another without formal training or

12  certification to deliver counseling services."

13           Did you read that?

14     A     I just -- I just read it now, yes.

15     Q     Did this finding concern you?

16     A     This finding wasn't something I saw at the

17  time that she sent, sent this to me.  It was in the

18  attachment but, like I said, I kind of saw that

19  section more as like footnotes to explain what was

20  above and I didn't really dive into the footnotes.

21  I dived into the data and what she had highlighted

22  for me at the top.

23     Q     Did you have meetings with her following

24  this submission where you asked questions?

25     A     Essentially, she had already kind of



1   produced a next step, which again was getting

2   context around -- context around contracted services

3   and looking at funding streams we could provide to

4   shore that up in the program.

5        Q    Did you raise any of these concerns from

6   Nakeba to the superintendent?

7        A    I did not.

8        Q    To the State Board?

9        A    They -- it might have been shared with

10  them.  I don't know what discussions we were having

11  between other staff members and the State Board.

12       Q    Would GaDOE proactively share information

13  like this with the State Board of Education, without

14  being asked?

15       A    Not necessarily.  Limited information

16  shared with me, so that's limited information that

17  would even be shared with them.

18            Like I said, the dynamics at the time was

19  they could also call specific people up and get more

20  detailed information, and I'm not sure what those

21  discussions were.

22       Q    Earlier you said that you believe that

23  therapeutic services are provided in all GNETS

24  programs?  Is that correct?

25       A    I believe so, yes.



1      Q    And what is the basis for your belief?

2      A    That it should be provided in GNETS

3    programs.

4      Q    Your basis is it should be, so you think

5    that it's happening?

6      A    Yes.

7      Q    Have you followed up to ask anyone?

8      A    I have not heard anything from our staff

9    members to say anything different from that

10   expectation.

11     Q    Have you expressed that expectation to any

12   of your staff members?

13     A    I would say that's probably a shared

14   expectation with myself and the staff, staff

15   members.

16     Q    And that's an assumption?

17     A    Yes.

18     Q    Okay.  I'll show you another exhibit.

19          MS. TUCKER:  What time is it?

20          (Discussion ensued off the record.)

21          MS. TUCKER:  Let's do just a few more

22       pages and then we'll stop.

23     Q    Is that okay?

24     A    Yes, that's fine.

25          MS. GARDNER:  I'd like the court reporter



1          to mark the following document as Plaintiff's

2          Exhibit 827.

3                (WHEREUPON, Plaintiff's Exhibit-827 was

4           marked for identification.)

5    BY MS. TUCKER:

6          Q    Mr. Jones, this is an email thread

7    including you, Vickie Cleveland, Ted Beck, and

8    Rachel Spates, that was produced by the State.

9                The subject reads:  "Listening session

10   tomorrow."

11               The most recent email in the thread is

12   dated April 30, 2019.

13               The Bates number on the bottom of the

14   first page reads GA03522299.

15               Mr. Jones, do recognize this email thread?

16         A    Yes.

17         Q    Who is Ted Beck?

18         A    He was the chief financial officer at the

19   time.

20         Q    And does he still hold that role?

21         A    He does not.

22         Q    Let's look to the bottom email, which is

23   on the third page, the bottom email in the thread.

24         A    Okay.  Yes.

25         Q    Okay.  Who is Rachel Spates?  She's



1   emailing you.

2        A    She's the director of one of the RESAs.

3        Q    Which RESA?

4        A    West Georgia RESA.

5        Q    Is she still in that position?

6        A    She has since retired.

7        Q    And when -- do you know when that

8   happened, her retirement?

9        A    A few years ago but I'm not sure of the

10  specific time.

11       Q    And she's emailing you about a listening

12  session?

13       A    I believe one that they're holding the

14  next day, yes.

15       Q    And what was this listening session about?

16       A    It could have been around the Board rule

17  but I'm not sure of the nature of the listening

18  session.  I didn't participate in this.

19       Q    About the Board rule, do you mean the

20  GNETS State Board Rule?

21       A    That's correct.

22       Q    And you did not -- you attended?

23       A    I did not attend any of this.

24       Q    Have you attended any listening sessions

25  with RESAs?



1      A      Just that one collaborative meeting.

2      Q      Rachel Spates said she anticipated

3  questions about GNETS funding would be raised.  Do

4  you see that?

5      A      Yes.

6      Q      And you said you did not attend this, so

7  you don't know, were there questions raised?

8      A      I'm not sure what was raised.

9      Q      Okay.  Did Rachel Spates reach out to you

10  about other GNETS questions?

11      A      Possibly but this is the only one that I

12  remember.

13      Q      Did you get back to Rachel Spates?

14      A      I believe I just forwarded on to our --

15  certain people in the agency, so they would beware

16  that it could pop up at the session.

17      Q      Can you look to the bottom email on the

18  second page?

19      A      Yes.

20      Q      From you to Vickie and Ted, April 29th, at

21  8:57 a.m.

22      A      Yes, I see that now.

23      Q      Were you asking them for a high level

24  update regarding GNETS funding?

25      A      Yes.



1    Q    You were asking that independent of

2    Rachel's email if you didn't attend the listening

3    session?

4    A    I guess I probably assumed it was an issue

5    that was coming up, so I was trying to get somewhat

6    up to speed on the issue.  So asking them for

7    information just in case I heard it again from

8    someone.

9    Q    So not to prepare for the listening

10   session?

11   A    That's correct.

12   Q    Have other RESA employees reached out to

13   you with GNETS questions?

14   A    I can think of one other off the top of my

15   head.

16   Q    And who is that?

17   A    Greg Jacobs for Okefenokee RESA.

18   Q    Okefenokee?

19   A    Yes.

20   Q    What was his question about?

21   A    Just around GNETS funding.  I think it had

22   to do during the austerity cuts that all programs

23   were getting.

24   Q    Around COVID?

25   A    Yes.



1      Q    Let's look at the email from you that is

2   on -- it starts on the first page but continues to

3   the second page.

4           Do you see where you wrote, quote:  "I do,

5   however, think a core set of therapeutic and

6   academic services should be provided at every GNETS

7   with core funding allocated by the State --

8   enrollment would build additional funding for

9   additional services on top of that.  I know that

10  isn't necessarily the current model but I think it

11  is more of the ideal."

12          Do you see that?

13     A    Yes.

14     Q    Why did you describe this model as ideal?

15     A    I was just sharing my personal opinions on

16  the funding model.

17     Q    And what do you think is ideal about this

18  funding model?

19     A    I think any model, just not this one, but

20  even if you took a traditional school district,

21  small rural district, it takes a core amount of

22  money to operate.  It doesn't necessarily peg to the

23  size of the school.

24          So I think you're going to have to have a

25  base amount of money to function as a program or a



1  school district or a school.  Just a reality of

2  basic operations, not dependent on how many students

3  you have.  There are certain functions that you have

4  to provide no matter how many students are in a

5  program or a school.

6        I would advocate for a similar model for

7  rural districts, too, small rural districts.

8     Q    Do you still share this as a model you

9  would advocate for the GNETS program?

10    A    I'm not really in a position to write new

11 formulas for the State, but personally this would be

12 one that I think I would be supportive of.

13    Q    Did you share this model with anyone else

14 in addition to Vickie Cleveland and Ted Beck?

15    A    I don't believe -- I think it was just

16 shared with people on the thread.  Possibly Shaun

17 Owen at some point or whoever was the deputy.  I

18 think Shaun at this point -- or possibly Nakeba.  So

19 I'm not sure the time frame.  But I'm sure I shared

20 it with the deputy, too.

21    Q    Did you share this with anyone outside of

22 GaDOE?

23    A    Not that I can recall.

24    Q    Did you share these thoughts with the

25 State legislature?




1      A     No.

2      Q     How about the Governor's Office?

3      A     No, I did not.

4      Q     Look at the top email, Vickie Cleveland's

5   response to you on April 30, 2019.

6            Do you see where she wrote, quote:  "GaDOE

7   does provide the following core supports through

8   contracts"?  And then she lists some instructional

9   supports and therapeutic supports.

10           Do you see that?

11     A     I do.

12     Q     Are these the current instructional

13  supports provided by GaDOE that benefit the GNETS

14  program?

15     A     I'm not sure the current list but I'm sure

16  some still are in place.

17     Q     Do you know if GaDOE provides

18  instructional supports to the GNETS programs?

19     A     I believe so.

20     Q     And what about therapeutic supports?

21     A     I believe so.

22           MS. TUCKER:  I think this would be a good

23     time to break for lunch.

24     Q     Does that work for you?

25     A     Yes, it does.



1            THE VIDEOGRAPHER:  Off the record at 12:50

2      p.m.

3            (A luncheon recess was taken.)

4            THE VIDEOGRAPHER:  We're back on the

5      record at 1:35 p.m.

6    BY MS. TUCKER:

7      Q    Welcome back, Mr. Jones.

8            I'm going to show you an exhibit that was

9    previously introduced as Plaintiff's Exhibit 380.

10           (WHEREUPON, Plaintiff's Exhibit-380 was

11        previously marked for identification.)

12   BY MS. TUCKER:

13     Q    This was a document produced to us by the

14   State.

15           I'm going to ask you to turn to the third

16   page of the exhibit with Bates No. GA00346120.

17           This is a two-page handout titled,

18   "Georgia Network for Therapeutic Supports," and the

19   GaDOE logo is on the bottom left corner.

20           Do you see it?

21     A    I do.

22     Q    Do you recognize this handout?

23     A    Yes, it looks familiar.

24     Q    Did you review it?

25     A    I don't think I did.



1    Q    Who created the document?

2    A    I would assume Vickie Cleveland created

3  it.

4    Q    And then would I be correct that the top

5  box provides an overview of the GNETS program and

6  states that the regional programs, quote:  "Provide

7  comprehensive educational and therapeutic support

8  services to students who might otherwise require

9  residential or more -- "or other more restrictive

10  placements due to the severity of one or more of the

11  characteristics of the disability category of

12  emotional and behavioral disorders (EBD)."

13         Do you see that?

14    A    I do.

15    Q    Are you aware of any study that has

16  assessed the impact of GNETS services on the need

17  for residential or more restrictive placements for

18  students in Georgia?

19    A    Not that I'm aware of.

20    Q    Does GaDOE collect any data that reflects

21  the impact of GNETS services on the need for

22  residential or more restrictive placements for

23  students in Georgia?

24    A    Not that I'm aware of.

25    Q    Would you beware if GaDOE did collect that

1   information?

2       A    Could you restate that?

3       Q    As chief of staff, would you be aware if

4   GaDOE collected that type of information?

5       A    Not necessarily.  That's not information

6   I've seen.

7       Q    Do you know if any other state agency

8   provides -- requests that data?

9       A    Possibly around residential treatment

10  facilities, but I'm not sure.  Both of them, looking

11  at both the data within GNETS and residential

12  treatment facilities.

13      Q    What agency are you referring to that

14  could potentially look at it?

15      A    Possibly DBHDD.  I'm not sure what agency

16  that falls under.

17      Q    But that's not data that you're familiar

18  with?

19      A    That's correct.

20      Q    Do you know the basis of that statement

21  then?

22      A    Yes.  As stated, I know the basis of the

23  statement, yes.

24      Q    So what is the basis for the explanation

25  that GNETS serves students that might otherwise



1  require residential or more restrictive placements?

2      A    That they were being served by GNETS, so

3  it's like the same students could be placed in a

4  residential treatment facility.

5      Q    I understand, but a moment ago you said

6  you're not aware of any data to support that.  So

7  what supports the basis of that statement?

8      A    I guess we -- I'm not sure.

9          MS. GARDNER:  I'd like the court reporter

10     to mark the following document as Plaintiff's

11     Exhibit 828.

12          (WHEREUPON, Plaintiff's Exhibit-828 was

13      marked for identification.)

14  BY MS. TUCKER:

15     Q    This is a July 11, 2016 email from Nakeba

16  Rahming to you, that was produced to us by the

17  State.

18          The subject reads:  "GNETS Exit Strategy,"

19  and there's one attachment.

20          The Bates number on the bottom of the

21  first page of the document reads GA03468602.

22          Mr. Jones, do you recognize this email?

23     A    I do.

24     Q    Nakeba Rahming is speaking about an exit

25  strategy plan for GNETS and LEAs, correct?



WILLIAM MATTHEW JONES                          January 10, 2023
UNITED STATES vs STATE OF GEORGIA                          181

1        A    Yes.

2        Q    What is meant by an exit strategy plan for

3   GNETS and LEAs?

4        A    It seems like the facilities that surround

5   the facilities.

6        Q    And what facilities?

7        A    Specifically, facilities that house the

8   GNETS programs.

9        Q    What prompted this development of an exit

10  strategy plan?

11       A    I believe there was some discussions from

12  the Board around concerns about some of the state of

13  the facilities.

14       Q    Did you ask her to develop this plan?

15       A    I believe she developed it based on those

16  concerns that the Board members had.

17       Q    Were you a part of any conversations with

18  the Board where they were expressing their concerns?

19       A    Yes.

20       Q    What -- can you elaborate on their

21  concerns?

22       A    Just that some of their personal opinions

23  were that the facilities had some issues that needed

24  to be addressed to the extent of even closing the

25  facilities.



1      Q    And we're speaking about GNETS facilities?

2      A    That's correct.

3      Q    What did you respond to the Board when you

4   heard their concerns?

5      A    I believe we advocated for a third party

6   to go in there and assess all the facilities to kind

7   of match opinion with fact.

8      Q    Let's turn to the attachment, so it's the

9   next page.

10          On the top it reads "Overview of GNETS

11   facilities for identifying priority sites and exit

12   strategy."

13          Do you see that?

14      A    Yes.

15      Q    Do you recognize this document?

16      A    Yes.

17      Q    Did you ask Nakeba Rahming to create this

18   document?

19      A    She likely created it once it was decided

20   what to do with the facilities.

21      Q    And who made the decision of what to do?

22      A    The State Board.

23      Q    And this speaks to priority sites,

24   correct?

25      A    Yes.



1        Q     What are priority sites?

2        A     My assumption is how they were ranked on

3   that third party assessment.

4        Q     And who did the third party assessment?

5        A     I can't remember the firm but an

6   architectural firm did the assessment.

7        Q     Did you review the firm's assessments?

8        A     Yes.

9        Q     And together you identified priority

10  sites, or did the firm put forth priority sites?

11       A     I believe they had some recommendations,

12  and then our facilities team reviewed those

13  recommendations and decided on a priority --

14       Q     Did you --

15       A     -- list.

16       Q     Did GaDOE adopt their recommendations in

17  full?

18       A     I think we shared that with the Board.

19              Yes, I believe the Board agreed.

20       Q     So let's look at the top paragraph.  It

21  says:  "This document provides a strategy for

22  supporting Schools, LEAs, and GNETS, when the

23  leadership team at GaDOE determines that a facility

24  should no longer be considered as a site to support

25  instructional and therapeutic needs of students."



WILLIAM MATTHEW JONES                                      January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                      184

1              Do you see that?

2        A    I do.

3        Q    And then so if a site met that criteria,

4   was it a priority site?

5        A    Yes, the same site.

6        Q    Did you all provide guidance to the

7   architectural team about what they were to look for?

8              MR. BELINFANTE:  Object to the form.

9        A    I'm not sure what type of guidance was

10  provided to them.

11       Q    You said that there were conversations

12  with your facilities team within GaDOE?

13       A    That's correct.

14       Q    Who's on that?

15       A    At the time I believe it was Mike Rowland

16  was the facilities point person.

17       Q    Do you recall the criteria to determine

18  that the site would no longer support instructional

19  and therapeutic needs for students?

20       A    No.  He worked -- their team worked

21  directly with the firm to established that.

22       Q    Looking at this document, am I correct

23  that this exit strategy was in two phases?

24       A    Yes.

25       Q    Okay.  Let's look at the first phase.



```
1            In the first bullet, it reads:  "GaDOE

2    facilities department conducted facilities

3    assessment of all GNETS sites."

4            So that was done by GaDOE?

5      A    I believe so.

6      Q    Did you attend any of those?

7      A    I did not.

8      Q    Did Nakeba Rahming?

9      A    I'm not sure.

10     Q    Would she have reported that to you at

11   that time?

12     A    I don't believe she would have.

13     Q    Let's look at the second bullet.  This

14   assessment addressed "outstanding issues that

15   required immediate attention and also verified nine

16   sites that may no longer be suitable/conducive to

17   support instructional and therapeutic needs of

18   students."

19            Do you see that?

20     A    Yes, I do.

21     Q    Were you involved in any conversation

22   around these nine sites?

23     A    Just that they were the priority sites

24   based on the assessment of our team and the

25   contractor.
```



1    Q    Were you shown any photos?

2    A    Yes.  There were quite a few photos.  They

3  walked us through an all-day meeting where we looked

4  at every single facility.  To be honest, it started

5  kind of blending together because it was probably an

6  eight- or 10-hour day.  So...

7    Q    And who attended that meeting with you?

8    A    I was in and out of that meeting.  I

9  believe Nakeba was in that meeting.  I think

10  possibly Stacey was in that meeting, and then our

11  members of our facilities team was in that meeting

12  as well.

13    Q    And that would be Mike Rowland?

14    A    Yes.

15    Q    The photos that you saw, did you find them

16  concerning?

17    A    Yes.  I saw, yeah, definitely some issues

18  that needed to be addressed.

19    Q    What did you see?

20    A    Quite a wide range of just general upkeep

21  that needed to happen versus regular maintenance

22  that didn't seem to have been occurring, to more

23  substantial structural issues that needed to be

24  suggest -- or addressed.

25    Q    Let's look at the second phase on the next



1   page.

2           It reads:  "Phase II:  GNETS Facilities

3   Exit Strategy."

4           Do you see that?

5       A    Yes.

6       Q    Looking at what was identified, is this

7   consistent with what occurred?

8       A    Yes, it seems to be.

9       Q    It is?

10      A    Yes.

11      Q    Let's look under the header "What will be

12  the message and how will it be delivered?"

13          Do you see that?

14      A    Yes.

15      Q    Looking at the second bullet, it reads,

16  quote:  "GaDOE verified the conditions of the

17  priority sites and worked with the -- "or worked

18  with GSFIC to contract with an external contractor

19  to validate/invalidate the GaDOE findings."

20          Do you see that?

21      A    I do.

22      Q    What is GSFIC?

23      A    They're a state entity that handles

24  facility projects for state properties or other

25  entities.



1    Q    And then working with the external

2    contractor, would that be the architecture firm?

3    A    Yes.

4    Q    Okay.  And then to invalidate -- or

5    validate/invalidate GaDOE findings, are those --

6    what are those?

7    A    I believe that the facilities team did an

8    initial review, and then this was to provide a more

9    independent review of the facilities.

10   Q    Looking down to the fourth bullet, do you

11   see that it reads:  "Therefore, GaDOE will issue a

12   mandatory exit plan for all students receiving

13   services in any of the nine priority sites."

14   A    Yes.

15   Q    And did you work on the exit plan?

16   A    I believe the team worked on the exit

17   plan, our facilities team, and Nakeba worked on the

18   exit plan.

19   Q    Did you approve it?

20   A    I reviewed it but I didn't formally

21   approve it, but they did execute.

22   Q    But you reviewed it.  Did you provide

23   feedback?

24   A    I don't think I provided any additional

25   feedback than what was shared with me.



1      Q    Did you ask any questions?

2      A    I likely did but I can't recall specific

3  questions.

4           MS. TUCKER:  I'd like the court reporter

5      to mark the following document as Plaintiff's

6      Exhibit 829.

7           (WHEREUPON, Plaintiff's Exhibit-829 was

8       marked for identification.)

9  BY MS. TUCKER:

10     Q    This is a July 19th, 2016 email produced

11  by the State.

12          It's from Nakeba Rahming to you, with the

13  subject "Message Script and PPT."

14          There are two attachments, and the Bates

15  number on the first page of this document is

16  GA03468710.

17          Do you recognize this email?

18     A    I do.

19     Q    And PPT in the subject refers to

20  PowerPoint?

21     A    Yes.

22     Q    Let's turn to the first attachment, which

23  has the Bates No. GA03468711.

24          And this is the PowerPoint.

25          Do you see it?



WILLIAM MATTHEW JONES                                    January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                    190

1      A    Yes.

2      Q    The PowerPoint, do you recognize it?

3      A    I do.

4      Q    And the first -- the title page reads

5  "GNETS Facilities Online Meeting"?

6      A    Yes.

7      Q    Who created this PowerPoint?

8      A    I believe Nakeba pulled this PowerPoint

9  together.

10     Q    Did you ask her to?

11     A    I think it was part of the plan once the

12 decision was made around facilities to pull together

13 a meeting like this, and I think she created the

14 PowerPoint from there.

15     Q    Did you review it in advance of the

16 meeting?

17     A    I did, but I remember it being extremely

18 tight turnaround.

19     Q    Looking at the Slide 2 with the title

20 "GNETS Facilities Online Meeting," your name is

21 right under the title.

22          Did you lead the meeting?

23     A    I believe I opened the meeting.

24     Q    Did you join the meeting in its entirety?

25     A    Yes.



1     Q    Who lid the rest of the meeting?

2     A    I believe different staff members during

3  different sections.

4     Q    And who was included in that?

5     A    Possibly our facilities team, Mike, and

6  possibly Nakeba.

7     Q    And who attended this meeting?

8     A    I believe it was with the people who were

9  impacted with the nine sites that were identified.

10    Q    So --

11    A    So LEAs or fiscal agents that were...

12    Q    Did the regional GNETS programs attend the

13  meeting?

14    A    Yes, I believe so.

15    Q    So let's look to the fourth slide.  Let me

16  know when you're there.

17    A    I'm there.

18    Q    Am I correct that this represents findings

19  from DOJ's finding letter related to the GNETS

20  program?

21    A    Yes.

22    Q    Let's go to Slide 5.  See where it writes:

23  "The GNETS facilities have undergone a three-part

24  assessment"?

25    A    Yes.



WILLIAM MATTHEW JONES                                January 10, 2023
UNITED STATES vs STATE OF GEORGIA                              192

1       Q     The first one reads:  "A Program

2    Evaluation by the Office of Planning and Budget."

3             Do you see that?

4       A     Yes.

5       Q     Is that within GaDOE or the Governor's

6    Office?

7       A     I believe they meant the Department of

8    Audits.  I think that's that program evaluation that

9    was done in 2010.

10      Q     Got it.  Are you aware of any evaluation

11   by the Office of Planning and Budget?

12      A     No, not outside of the one that was

13   performed by the audits, the Department of Audits.

14      Q     And then two would be the Facilities

15   Condition Assessment by the GaDOE regional

16   facilities team?

17      A     Yes.

18      Q     That's the one led by Mike Rowland?

19      A     That's correct.

20      Q     And the Facilities Condition Assessments

21   by the architectural team?

22      A     That's correct.

23      Q     Were you part of the selection of this

24   architectural team?

25      A     No.



WILLIAM MATTHEW JONES                                    January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                     193

1       Q    Looking at Slide 7, when you're there.

2       A    Yes.

3       Q    Okay.  It reads, quote:  "Nine out of the

4   multiple sites will need to relocate students

5   immediately."  And then in parentheses "before the

6   beginning of school."  End parentheses, end quote.

7            Do you see that?

8       A    I do.

9       Q    Who made this decision?

10      A    The State Board.

11      Q    Were you part of conversations with the

12  State Board about this decision?

13      A    Very limited conversations.

14      Q    What do you mean by that?

15      A    It was essentially a directive.  They had

16  decided it.

17      Q    Were you there when they made the

18  decision?

19      A    I was there when it was communicated, not

20  necessarily the back and -- the discussions that

21  they had on their end.

22      Q    Did you ask follow-up questions?

23      A    We expressed that it would be more ideal

24  to close out the school year just to limit

25  disruptions to students.



1    Q    So this was before the 2016-17 school

2  year.  So just to make sure I understand, were you

3  saying to continue having these facilities open

4  during the 2016-17 school year and then closing out

5  the next year?

6    A    Yes.  I think it was in the -- let me see

7  the date.

8         Yes, it was just to be the start at the

9  school year.

10   Q    Right.

11   A    So I think we were trying not to disrupt

12  the start of the school year.  So I think it wasn't

13  -- my apologies.

14         Not to finish out the school year but at

15  least get through the first semester to minimize the

16  impact on students because a lot of schools were

17  just about to start within the next few weeks.

18   Q    And what did the State Board say back to

19  your proposal?

20   A    They wanted to move forward with the

21  current plan to shut -- relocate the students

22  immediately.

23   Q    Did they provide any additional context on

24  the immediacy?

25   A    No.



1      Q     Do you see where it reads on the same

2   slide:  "We are here to support you with this

3   timeline"?

4      A     Yes.

5      Q     Who is "we"?

6      A     The Department of Education.

7      Q     And who is "you"?

8      A     The districts served, GNETS directors, and

9   other entities that are impacted.

10     Q     Let's look at the next slide that starts

11  with "Steps Forward."

12           Do you see No. 2, quote:  "Transition

13  students out of these sites prior to the opening of

14  the school -- "opening of school per State Board of

15  Education policy decision."

16     A     Yes.

17     Q     This is the decision you were just

18  referring to?

19     A     That's correct.

20     Q     Do you know, was this policy decision made

21  through a vote?

22     A     Not that I'm aware of.

23     Q     How would it have been made?

24     A     I believe it was communicated by the chair

25  of the Board.



1    Q    And who was the chair at that time?

2    A    Mike Royal.

3    Q    Did you have conversations with Mike

4    Royal, or did you have conversations with the Board

5    in full?

6    A    Primarily Mike Royal.

7    Q    Who else?

8    A    On this issue.

9    Q    And who else?

10   A    Mostly Mike Royal.

11   Q    No. 3 reads:  "Review IEPs for the

12   impacted students to determine student services and

13   determine if the services can be delivered in the

14   least restrictive environment."

15        Do you see that?

16   A    Yes.

17   Q    And this was requested of the regional

18   GNETS programs?

19   A    I'm not sure the request, how it was made.

20   Q    Or who it was to?

21   A    Right.

22   Q    Let's go to the next page.

23        No. 4 reads:  "Contact GaDOE regional

24   facility staff if you require support with locating

25   alternate sites."



WILLIAM MATTHEW JONES                         January 10, 2023
UNITED STATES vs STATE OF GEORGIA                        197

1              Do you see that?

2        A    Yes.

3        Q    Did GaDOE regional facilities staff raise

4   these requests to you?

5        A    No, they did not.

6        Q    Are you aware of any requests?  Or any

7   context?

8        A    Just related to this issue or moving --

9        Q    Yeah, on No. 4.

10       A    Okay.  No, not around locating alternative

11  sites.

12       Q    How about No. 6, "Contact GaDOE facilities

13  department to approve relocation to another stand

14  alone facility"?

15       A    I know they were made, but I don't know

16  the details of what that would look like.

17       Q    Let's look at the second attachment.  It

18  has GA03468712 on the bottom.

19             Do you see it?

20       A    Yes.

21       Q    Do you recognize this document as well?

22       A    Yes.

23       Q    And this is -- these are the notes that

24  accompanied this PowerPoint?

25       A    Yes.



1    Q    Let's look to the second page under

2    closing remarks.

3         Do you see the first line that reads "we

4    appreciate the work of the GNETS programs and other

5    state agencies on this effort."

6    A    Yes.

7    Q    And that's something that you said,

8    correct?

9    A    Yes.

10    Q    What other state agencies assisted with

11    this effort?

12    A    The GSIC.

13    Q    And were there any others?

14    A    Not to my knowledge.

15    Q    And it's your sentence, so is that what

16    you meant?

17    A    Yes.  Uh-hum.

18    Q    And then how did the GNETS programs

19    participate in this effort?

20    A    I think it was more just appreciating all

21    the work that they've done in totality, not specific

22    to the facilities issue, but overall.

23    Q    What type of reactions did you receive

24    after this presentation?

25    A    You can imagine, a lot of questions, some



1    confusion.  Those were the initial reactions, but a

2    lot of that was immediately filtered to our team,

3    the facilities team, because that was kind of the

4    point of contact we were left with at the end of the

5    presentation.

6              MS. TUCKER:  I'd like the court reporter

7         to mark the following document as Plaintiff's

8         Exhibit 830.

9              (WHEREUPON, Plaintiff's Exhibit-830 was

10          marked for identification.)

11   BY MS. TUCKER:

12        Q    This is a July 22nd, 2016 email produced

13   by the State.

14             It's from you to Nakeba Rahming, with the

15   subject "Ltr State Board re 9 GNETS Facilities."

16             There's one attachment, and the Bates

17   number on the first page reads GA03468848.

18             Do you recognize this email?

19        A    Yes.

20        Q    It reads that you updated the FAQs and

21   they needed to be sent out, correct?

22        A    That's correct.

23        Q    And who were they being sent to?

24        A    The people who are impacted by the

25   facilities decision.



1       Q    So would that be the regional GNETS

2   programs?

3       A    Yes.

4       Q    And the LEAs?

5       A    Yes.

6       Q    Anyone else?

7       A    Fiscal agents if they don't fall into

8   those two categories.

9       Q    Let's look to the attachment that you

10  updated.

11           Do you recognize it?

12      A    Yes.

13      Q    And this was the document that you

14  updated?

15      A    I can't recall the specific updates.  It

16  looks like it was probably created by someone else,

17  and I might have reviewed it and provided some edits

18  to it.

19      Q    Let's look at the first Q&A, asking if

20  there's negotiable room on the timeline for moving

21  facilities.

22           And the answer refers to the State Board

23  of Education considering this an urgent matter.  Do

24  you see that?

25      A    That's correct, yes.



WILLIAM MATTHEW JONES                                    January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                    201

1      Q    Did the State Board of Education review

2   this Q&A before it went out?

3      A    I'm not sure if they did.  I know there

4   was probably discussions around that specific kind

5   of statement or stance from the State Board.

6      Q    If they did review it, would you have been

7   the one to send it to them after your review?

8      A    Possibly.

9      Q    Looking at the last question on this page,

10  it says, "The list is included below."

11          Do you see that?

12     A    Yes.

13     Q    Earlier we were speaking about nine sites,

14  and I only see seven here.  Do you agree?

15     A    I do.  I agree.

16     Q    What happened with the other two sites?

17     A    I'm not sure.

18     Q    Do you know if all nine sites closed?

19     A    I don't believe all nine closed.

20     Q    Do you think it was seven?

21     A    Probably.

22     Q    Potentially, the seven that are listed

23  here?

24     A    Possibly.

25     Q    Do you know why the other sites didn't



1  close?

2      A    I know there was -- I think it's Dougherty

3  County had developed a plan to address the concerns

4  that were initially flagged for their sites, and

5  that satisfied our facilities team, but more

6  importantly the Board.

7      Q    Did you review Dougherty County's

8  proposal?

9      A    I received copies but I didn't feel like

10  it was my thing to approve.  It was the Board's

11  decision, so it was the Board that needed to review

12  it and make that decision themselves.

13          MS. TUCKER:  I'd like the court reporter

14      to mark this document as Plaintiff's Exhibit

15      831.

16          (WHEREUPON, Plaintiff's Exhibit-831 was

17       marked for identification.)

18  BY MS. TUCKER:

19      Q    This is a July 29th, 2016 email thread

20  between you and Nakeba Rahming.  The email thread

21  was produced to us by the State.

22          The subject reads:  "FAQ for Facilities,"

23  and there's an attachment.

24          The Bates number on the bottom of the

25  first page reads GA03469366.



WILLIAM MATTHEW JONES                           January 10, 2023
UNITED STATES vs STATE OF GEORGIA                          203

```
1              Do you recognize this email?
2    A    Yes.
3    Q    Let's look at the attachment that starts
4    on the next page.
5    A    Okay.
6    Q    GA03469367.
7              Do you recognize the attachment?
8    A    Yes.
9    Q    Who was this document created by?
10   A    It appears Mike Rowland likely created the
11   document.
12   Q    And you were reviewing it for approval?
13   A    Probably review more than approval.  It
14   was more of a -- probably a heads-up versus
15   approving the content of it.
16   Q    Did you update it?
17   A    Not to my knowledge.
18   Q    Let's look at the first Q&A.  Am I correct
19   that there was a 12 million dollar bond
20   authorization that was included in the fiscal year
21   '16 budget to assist with GNETS facilities
22   improvements?
23   A    Yes.
24   Q    Was this to assist the closure of the
25   GNETS priority sites?
```



1    A    I don't believe so.

2    Q    What was it for?

3    A    For the other sites.

4    Q    Other regional GNETS program sites?

5    A    That's correct.

6    Q    All of them or certain ones?

7    A    I think there was -- yeah, there was an

8    application process.  I'm not sure if all of them

9    received.  I think it was based on identified needs

10   and other -- and their plans that they submitted.

11   Q    And then you just mentioned application

12   process?

13   A    Yes.

14   Q    Who developed the application process?

15   A    The facilities team would probable, with

16   probably input from Nakeba as well.

17   Q    Did you also provide input?

18   A    I don't believe so.

19   Q    Were you part of any decisions about who

20   was granted the funds?

21   A    No.  They decided that.

22   Q    Who's "they"?

23   A    The facilities team and Nakeba.

24   Q    Did the State Board participate in this?

25   A    On the approval of that, but not -- to my



1   knowledge, they weren't involved in the

2   identification or allocation to specific sites.

3        Q    Since the closure of priority sites, have

4   other GNETS sites been closed?

5        A    Not to my knowledge.

6        Q    Would you be made aware?

7        A    Not necessarily.

8        Q    What instances would you think you would

9   be, when you would be made aware?

10       A    If there was a timing issue, like

11  middle-of-the-year-type circumstance without a

12  transition plan, or some emergency happened at a

13  facility or something like that.

14       Q    Earlier today you mentioned visiting two

15  GNETS sites?

16       A    That's correct.

17       Q    Were those the last GNETS sites you

18  visited?

19       A    Yes.

20       Q    And when was that again?

21       A    It was pretty early on when Nakeba took on

22  the role.  I can't remember.  Probably '16 possibly,

23  2016.

24       Q    Have you been asked to visit any GNETS

25  sites since?



1       A    No, not directly.

2       Q    Have you been indirectly asked?

3       A    No, I don't think so.

4            MS. TUCKER:   I'd like the court reporter

5       to mark the following document as Plaintiff's

6       Exhibit 832.

7            (WHEREUPON, Plaintiff's Exhibit-832 was

8        marked for identification.)

9   BY MS. TUCKER:

10      Q    This is a March 28, 2017 email from Nakeba

11  Rahming to you that was produced by the State.

12           The exhibit reads:  "Systemic

13  Reintegration Planning Form," and there is one

14  attachment.

15           The bottom of the first page of the

16  document reads GA03479096.

17           Do you recognize this email?

18      A    Yes.

19      Q    What is systemic reintegration?

20      A    I think it's a process of students being

21  served in a GNETS site transitioning to a program

22  that LEA directly manages.

23      Q    And what is the basis for that

24  understanding?

25      A    Just some information from what I'm seeing



WILLIAM MATTHEW JONES                      January 10, 2023
UNITED STATES vs STATE OF GEORGIA                       207

1    and other information I've gathered over the years.

2         Q    Do you see where Nakeba writes in the

3    email:  "Stacey and I worked on finalizing the

4    document for LEAs that may consider opting out of

5    GNETS services."

6              Do you see that?

7         A    Yes.

8         Q    Did you ask Nakeba Rahming to create this

9    document?

10        A    I did not.

11        Q    Do you know who did?

12        A    No, I'm not sure.

13        Q    Would it have been the State Board?

14        A    Could have been the State Board.

15        Q    Were there LEAs opting out of GNETS?

16        A    I wouldn't -- I wouldn't have used GNETS

17   services.  I would have said GNETS sites instead of

18   services, because I didn't see it as them opting out

19   of GNETS services but where those services were

20   being delivered.

21        Q    I see.  Have any LEAs opted out of GNETS

22   services in full during your time as chief of staff?

23        A    To my -- to my knowledge, no.  I think

24   they're delivering therapeutic services in a

25   different model, but I would say it's still under a



1  GNETS therapeutic model.

2      Q    So different model but still GNETS?

3      A    I would view it that way personally.

4      Q    Would it still -- you're viewing it that

5  way personally, but do you think they're called

6  GNETS programs?

7      A    I'm not sure how they would label it

8  locally.

9      Q    Are there any LEAs that you're thinking of

10  specifically that use this other model?

11      A    No.  My view is GNETS is supposed to be

12  providing intensive therapeutic services.  So I

13  think that can happen in a variety of settings.  So

14  if students were getting those services at a site

15  versus coming back to an LEA, to me that's still a

16  GNETS model, even though the LEA might not call it

17  GNETS.

18      Q    So are you saying that any offering of

19  intensive therapeutic services in Georgia public

20  schools is GNETS even if it's outside the GNETS

21  program?

22      A    If the --

23          MR. BELINFANTE:  Object to the form.

24      A    If it was in the same vein as what they

25  were being delivered in their IEP at the GNETS



 1   sites, as long as the same services are being

 2   delivered elsewhere, I would see it as similar.

 3        Q    Let's look at this attachment.

 4             The Bates number on the bottom is

 5   GA03479097.

 6             The top of the document has the GaDOE logo

 7   and it's titled, "Local Education Agency Systemic

 8   Reintegration Planning."

 9             Do you recognize the attachment?

10        A    Yes.

11        Q    Did you provide input on this attachment?

12        A    It was shared with me, of course, but, no,

13   I did not provide feedback on this attachment.

14        Q    Looking at Pages 2 and 3, it seems there

15   was a need for a systemic reintegration plan that

16   would be submitted to GaDOE?

17        A    Yes.

18        Q    This was submitted to the GaDOE's -- or it

19   says to the state GNETS director.  Would that be the

20   GNETS program manager?

21        A    That's correct.

22        Q    So this was Nakeba Rahming or Vickie

23   Cleveland?

24        A    Yes.  Nakeba at the time.

25        Q    And then again at the top of Page 1 it



1    reads, on the first steps, "The purpose of this

2    document is to provide an overview of key indicators

3    that should be considered when LEAs plan to opt out

4    of receiving GNETS services and reintegrate all of

5    their students into their home districts."

6              Do you see that?

7        A    I do.

8        Q    Do you still believe systemic

9    reintegration refers to sites and not services?

10       A    Well, actually, it's the services, not the

11   sites is what I'm saying.  That it didn't matter

12   where they were receiving the services, whether they

13   were stand-alone sites or going back to the

14   district.

15       Q    It was all GNETS?

16       A    They're intensive therapeutic services.

17       Q    If intensive therapeutic services are

18   provided in -- at a general education school, in a

19   general education setting, is that funded through

20   the QBE on the GNETS formula?

21            MR. BELINFANTE:  Object to the form.

22       A    Could you restate that?

23       Q    Yeah.

24       A    Or -- yes, restate it, please.

25       Q    Sure.  So I believe you were saying that



1   if intensive therapeutic services are offered, even

2   if it's not under GNETS program, you still consider

3   it GNETS services?  You were saying that earlier,

4   correct?

5        A    Yes.

6        Q    So would those services still be funded

7   through the GNETS formula, if it's outside of a

8   GNETS program?

9        A    If they are at an LEA as part of their FTE

10  enrollment, then there could be another funding

11  stream, state funding stream.

12       Q    Through the QBE formula?

13       A    Yes.

14       Q    And not the GNETS formula?

15       A    That's correct.

16       Q    Does the GNETS program manager review the

17  therapeutic services provided in the general

18  education environment outside of the GNETS program?

19       A    Not to my knowledge.

20       Q    So does the GNETS program manager review

21  all intensive therapeutic services throughout all of

22  Georgia schools?

23       A    No, I don't believe that occurs.

24       Q    Let's go back to the Georgia State Board

25  of Education.  You said there were -- was it 14



1    individuals?

2        A    Yes.

3        Q    And how is the State Board of Education

4    organized?

5        A    There is a Board member for each

6    congressional district.  They serve seven-year terms

7    and they are appointed by the Governor.

8        Q    Are there committees?

9        A    Yes.

10       Q    How many?

11       A    They have changed quite a bit from year to

12   year.

13       Q    How many right now?

14       A    Five committees.

15       Q    And how is committee membership decided?

16       A    By the chair.

17       Q    Do members sit on more than one committee?

18       A    It's possible.  It's at the chair's

19   discretion.

20       Q    Do you have certain points of contact for

21   each committee?

22       A    It's changed -- that has changed over the

23   years as well.

24       Q    Whether you have points of contact?

25       A    Who the points of contact are.



1    Q    But you have always had points of contact

2    on each committee that was available?

3    A    In some instances it was just the chair,

4    and in other instances it could be the chair and

5    vice chair of the specific committees themselves.

6    Q    How regularly do they meet?

7    A    Monthly.  Typically monthly for two days.

8    Q    Do you attend those meetings?

9    A    Yes.

10   Q    All day?

11   A    Most of the day.

12   Q    Who else attends from GaDOE?

13   A    Other cabinet level staff, and in the past

14   quite a few program specialists and managers.  So

15   people that were lower in the organizational

16   structure attended this.

17   Q    Who makes up cabinet level staff?

18   A    Direct reports.

19   Q    Your direct reports?

20   A    That's correct.

21   Q    Does the superintendent attend?

22   A    Yes, he attends.

23   Q    In advance of those meetings, do you have

24   to prepare presentations?

25   A    Occasionally, yes.  Sometimes the requests



1  come in the moment.  Other times we have some notice

2  on preparing presentations.

3      Q    Is an agenda set in advance?

4      A    Yes.  A week in advance, at least.

5      Q    By the State Board?

6      A    We pull together an agenda but of course

7  it's at the Board's discretion, so they are allowed

8  to add additional items to the agenda.

9      Q    Has GNETS been on the agenda in the last

10  year?

11      A    Yes, there could have been Board items

12  related to the program, like therapeutic services or

13  other like contracts and things like that, but

14  nothing that I can recall past that, those part of

15  the committees.

16      Q    And what in this past year related to

17  therapeutic services in GNETS was discussed?

18      A    Just a Board item to contracted services.

19  I believe there was a Board item for funding,

20  additional funding for GNETS for therapeutic

21  services.

22      Q    Did that pass?

23      A    I believe so.

24      Q    Are there certain Board members that have

25  communicated with you more than others about the



1    GNETS program over your time as chief of staff?

2        A    Yes.

3        Q    And were they all in the same committee?

4        A    I would say that they were part of the

5    Board leadership.

6        Q    And who are they?

7        A    Mr. Larry Winter and Mr. Mike Royal.

8        Q    Anyone else?

9        A    Those were the predominant Board members.

10       Q    I apologize.  I know we said Larry Winter

11   is no longer on the Board.  Is Mike Royal?

12       A    Yes.

13       Q    Have you communicated with Mike Royal in

14   the last year about the GNETS program?

15       A    I have not.

16       Q    The last two years?

17       A    I don't believe so.

18       Q    Have you communicated with any Board

19   member about the GNETS program in the last year?

20       A    Nothing outside of the items that I

21   mentioned.

22       Q    The additional money for therapeutic

23   supports?

24       A    Yes.  And possibly the hiring of the

25   person that reports to Vickie.  I can't remember her



1    name.

2         Q    Lakesha Stevenson?

3         A    Lakesha, yes.

4         Q    Have you spoken with Board members about

5    the finding for GNETS in the last year?

6         A    No.

7         Q    In the last three years?

8         A    Possibly.

9         Q    What was discussed?

10        A    Probably there was a discussion during the

11   austerity reductions.

12        Q    In 2020?

13        A    Yes.

14        Q    And was there a discussion about GNETS

15   funding in general at that time?

16        A    It was a part of a larger discussion, just

17   about our agency's budget.

18        Q    Have you spoken with Board members about

19   the future of the GNETS program?

20        A    I would say yes.  Yes.

21        Q    And what was discussed?

22        A    Just -- I'm trying to think of the details

23   of the discussion, but I'm sure they had brought up

24   the outlook of the program.

25             Those conversations have typically just



1    been around ensuring the students get the best

2    education possible.  Like I said, they're not

3    necessarily educators.  They come from a variety of

4    backgrounds.  So it's typically very high level

5    discussion, not granular discussions.

6         Q    You said the outlook of the program.  So

7    what have they expressed about the outlook of the

8    program?

9         A    Just their personal opinion about the need

10   to have the program and the service that it provides

11   to students.

12        Q    And what have they said?

13        A    Just they felt like for students it

14   provides a critical need for them and for their

15   families.

16        Q    And who from the Board has expressed this?

17        A    The two that I mentioned, I've heard from

18   them.  And probably Ms. Helen Rice and Ms. Lisa

19   Kennemoore.

20        Q    And of those who are still on the Board

21   besides Mike Royal?

22        A    Ms. Lisa Kennemoore and Ms. Helen Rice.

23        Q    Okay.  Have you spoken with the Board

24   members you just identified about this lawsuit?

25        A    I've been part of the discussions around



 1  the lawsuit, but I haven't led any of the

 2  discussions or initiated conversation about the

 3  lawsuit itself.

 4      Q    Who's led the discussions that you've been

 5  a part?

 6      A    Usually it's done as executive session

 7  discussion and usually it's our general counsel or

 8  our main counsel to the case.

 9      Q    What does executive session mean?

10      A    Usually we take up personnel issues and

11  legal issues in executive session.  So it's a

12  nonpublic meeting, but we discuss those issues.

13      Q    And who attends those meetings?

14      A    The Board members, of course.  The

15  superintendent, and myself, and Stacey.

16      Q    Have you attended any of the State Board

17  of Education committee meetings?

18      A    Yes.

19      Q    Set committees or all of them?

20      A    Set committees.  It kind of just depends

21  on what type of items are coming up to the Board.

22  Also, there was time where the Board had concurrent

23  committee meetings, so you had to kind of choose

24  which one to be at.  And there were times they were

25  all spread out and you could attend.  So there were



1    kind of dynamics on what was possible to attend or

2    not attend.

3         Q    Are there committee meetings held outside

4    the two-day monthly meeting?

5         A    There's an annual Board retreat that's

6    held outside, but, no.  It's typically those two

7    meeting -- or two-day meetings once a month.

8         Q    If you had a question related to the GNETS

9    program --

10             MS. TUCKER:  Scratch that.

11   BY MS. TUCKER:

12        Q    What type of questions related to the

13   GNETS program would you raise to the Board?

14             MR. BELINFANTE:  Object to the form.

15        A    I can't think of any that I would raise to

16   the Board.

17        Q    Have you raised any in the last five

18   years?

19        A    Not within the -- no.  The only questions

20   I can think of specifically was around the

21   facilities, and it was more timing.  That was the

22   questioning that I had.  That's the last question I

23   can think that was directly to the Board.

24        Q    What about any concerns related to GNETS

25   program, have you raised any of those to the Board,



WILLIAM MATTHEW JONES                        January 10, 2023
UNITED STATES vs STATE OF GEORGIA                        220

1  your concerns?

2        A    No, none that I can think of, besides the

3  budget -- it was part of the budget discussion.  So

4  there was that concern raised then.

5        Q    Earlier you said the State Board has

6  reached out to GaDOE with questions related to

7  GNETS, correct?

8        A    Yes.  They've done that, yes.

9        Q    And what type of questions?

10       A    Generally, I wouldn't necessarily have a

11  line of sight to that because, again, they were used

12  to going directly to the program specialists or

13  managers to get answers to questions that they had.

14       Q    So meaning Nakeba?

15       A    Or Mike or other members of their team.

16       Q    Are there any that come to mind that you

17  were sent?

18       A    No, none that I can think of.

19            MS. GARDNER:  I'd like the court reporter

20       to mark the following document as Plaintiff's

21       Exhibit 833.

22            (WHEREUPON, Plaintiff's Exhibit-833 was

23        marked for identification.)

24  BY MS. TUCKER:

25       Q    This is a May 22nd, 2017 email from you to



1  Barbara Hampton and Larry Winter, that was produced

2  to us by the State.

3          The subject reads:  Teaching and

4  Learning," and there's one attachment.

5          The Bates number on the bottom of the

6  first page is GA03481153.

7          Do you recognize this email?

8      A    I do.

9      Q    We've spoken about Larry Winter and Mike

10 Royal, and Barbara Hampton was another State Board

11 member?

12     A    Yes.

13     Q    Is she still on the Board?

14     A    She is not.

15     Q    Do you see where you wrote "Attached is

16 the rationale for the most recent organizational

17 restructuring"?

18     A    Yes.

19     Q    Can you provide more context on why you

20 were sending this rationale to the State Board?

21     A    Yes.  They specifically had some issues

22 with the restructuring of the organization.

23     Q    How were those concerns expressed to you?

24     A    Pretty adamantly.

25     Q    Was it during a meeting?  Were there phone



WILLIAM MATTHEW JONES                                  January 10, 2023
UNITED STATES vs STATE OF GEORGIA                              222

1  calls?

2      A    I believe there were probably a mixture of

3  meeting and phone calls.

4      Q    What were their concerns?

5      A    Just that they felt like they should

6  approve any organizational change directly.

7      Q    And GaDOE was moving forward without such

8  approval?

9      A    That's correct.

10      Q    What type of organizational change were

11  you all moving forward with?

12      A    Just those outlined in the -- in this

13  letter to the Board members.  So just certain pieces

14  of the agencies pulled out as direct reports and

15  other pieces like that.

16      Q    Did they want further discussion on all

17  the changes?

18      A    They wanted approval on all the changes.

19      Q    Did they ultimately get approval on all

20  the changes?

21      A    No, they did not.

22      Q    So looking at the attachment, your letter,

23  why did you write the letter?

24      A    To just lay out a rationale that was

25  operational based and not personality based on the



1  direction we were going in.

2      Q    Let's look at the first paragraph.

3           Do you see where you wrote, quote:  "As

4  Chief of Staff for the Georgia Department of

5  Education, I do not see my role as micromanager, but

6  as a guide and goal setter.  My responsibility is to

7  communicate the vision, mission, and priorities of

8  the agency, leverage relationships and break down

9  barriers in meeting those priorities, and ensure an

10 effective and efficient organization."

11     A    Sounds pretty good, huh?

12     Q    Do you stand by your statement?

13     A    It sounds so good I have to stand by it.

14     Q    Do you --

15     A    I do.

16     Q    Let's look to the bottom paragraph on the

17 first page.  Do you see where you wrote:  "At the

18 request of the State Board and agreement of the

19 Superintendent, the GNETS Director became a direct

20 report to the Chief of Staff."

21     A    Yes.

22     Q    And is this the request from Larry Winter

23 we discussed earlier?

24     A    That's right.  And I was documenting that

25 it came from the Board and the superintendent



WILLIAM MATTHEW JONES                              January 10, 2023
UNITED STATES vs STATE OF GEORGIA                            224

1  agreed, but it ultimately came from the Board, that

2  request.

3       Q    And this refers to an earlier

4  organizational change, nothing related to 2017,

5  correct?

6       A    I believe there had been an organizational

7  change that had just taken place.

8       Q    Okay.

9       A    And that spurred some dissension, and then

10  that's what led to this.

11       Q    And this was an example of a way that you

12  have agreed to the Board in the past that you were

13  including?

14       A    Yes.  A little sugar with the vinegar.

15  Honey with the vinegar.

16       Q    I understand.

17            Let's look to Page 3 of the letter.  The

18  Bates on the bottom is GA03481156.

19            Looking at that, I'd be correct there have

20  been disagreements between you and the State Board

21  of Education?

22       A    Yes.

23       Q    And I understand this letter is related to

24  organizational changes.  What were the reasons for

25  other disagreements?



1       A    Just the role of the Board versus the role

2   of the superintendent.

3       Q    Do they -- does the State Board want more

4   of an approval --

5       A    They were used to running the agency.

6       Q    Prior to Superintendent Woods?

7       A    That's correct.

8       Q    Are these concerns still current?

9       A    Not to this degree.  There's been a lot of

10  improvement.

11      Q    How did the State Board respond to your

12  letter?

13      A    I'm still around.

14           MR. BELINFANTE:  Object to the form.

15      A    So -- I'm still around.

16      Q    Did --

17      A    They appreciated it being put into writing

18  and me explaining our position.

19      Q    So your letter was to Barbara and Larry?

20      A    Yes.

21      Q    Did Barbara and Larry and you have a

22  meeting after this?

23      A    I believe they mentioned it in passing,

24  but there was nothing -- there was no formal

25  follow-up from this from them.



1      Q    Was there a reply email?

2      A    Possibly.  Possibly.  I'm not sure.  I

3  don't remember anything significantly done with it,

4  from their end.

5      Q    After this letter, did they back down on

6  the request for approving the organizational change?

7      A    I would say no.

8      Q    No, they did not?

9           So they did not?

10     A    They did not.

11     Q    Earlier you mentioned the State Board

12  GNETS Rule?

13     A    Yes.

14     Q    And what is the purpose of that rule?

15     A    Just lay out expectations and parameters

16  for the GNETS program from the State.

17     Q    And this rule was approved by the State

18  Board of Education?

19     A    That is correct.

20     Q    And who's required to follow the GNETS

21  State Board Rule?

22     A    LEAs.

23     Q    Do the regional GNETS programs have to

24  follow it?

25     A    Yes, they would.



1     Q     Does GaDOE?

2     A     There's a -- I believe roles and

3   responsibilities for ourselves in there.  So, yes,

4   those we have to follow, but I think the intention

5   is more for LEAs.

6     Q     And has the GNETS State Board Rule changed

7   over time?

8     A     Yes.

9     Q     When was the last change?

10    A     I believe around '16 or '17.

11    Q     Any other changes during your time as

12  chief of staff to the State Board Rule?

13    A     No, not to that State Board Rule.

14    Q     What led to the GNETS State Board Rule

15  being revised in 2017?

16    A     I believe the Board expressed interest in

17  it being looked at.

18    Q     How did they express interest?

19    A     They asked us to look at The State Board

20  Rule.

21    Q     Did they give a reason why?

22    A     Not directly.  They just said -- they just

23  said that it had been on the books for a while and

24  that we needed to look at it again and make sure it

25  was up to date and just go -- we periodically do



1  that with other Board rules, and they specifically

2  pointed this Board rule out for to us carry through

3  that process.

4       Q    Did they indicate certain areas that they

5  wanted you all to focus on?

6       A    Not to me directly, but I'm sure there was

7  conversations between them and other staff members.

8       Q    Who else worked on the GNETS rule within

9  GaDOE staff?

10      A    I would assume it would be Nakeba, our

11 Special Education Team, and our -- likely our policy

12 team.

13      Q    Did you also participate?

14      A    Very limited.  I think it was more an FYI

15 versus involving in any of the language or anything.

16      Q    Does the superintendent have to approve

17 the rule before it goes to the State Board?

18           MR. BELINFANTE:  Object to the form.

19      A    There's a process, but the Board can take

20 up rules without the superintendent's

21 recommendation.

22      Q    Did the superintendent approve of the 2017

23 GNETS State Board Rule?

24      A    I don't know about his personal approval,

25 but he did move it forward.  He decided to move it



1   forward to the committee, for the committee to

2   review.

3        Q    Did you have discussions with the

4   superintendent about The State Board Rule for GNETS?

5        A    Very high level.  Just that our team had

6   been involved in pulling it together and that we had

7   public feedback sessions and it was high level

8   decisions.

9             The thought was since the Board was

10  requesting it, it was more something that they were

11  going to have discussion versus the superintendent,

12  but it wasn't necessarily a request that the

13  superintendent had made.

14       Q    In your experience is the 2017 GNETS State

15  Board Rule an improvement compared to the 2017 --

16  the pre-2017 rule?

17            MR. BELINFANTE:  Object to form.

18       A    I would hope any time we revise a rule

19  that it's going in -- is an improvement.

20            So, yes, in the situation I think that

21  would hopefully be an overall improvement to the

22  previous rule.

23       Q    Were there certain aspects that you wanted

24  included in the new rule?

25       A    No.  Like I said, it was really a request



1   from the Board, and then more of Board members

2   feeling satisfied with the proposed changes, and

3   that discussion between the staff and Board members.

4        Q    Have you received any feedback from your

5   staff related to the 2017 rule and its

6   effectiveness?

7        A    I think they felt like it has been -- it

8   was an improvement, but I haven't received any

9   additional feedback from them.

10       Q    How about from regional GNETS directors?

11       A    No direct feedback from them on the rule.

12  I haven't received anything from them.

13       Q    Have you heard anything not directly, like

14  indirectly through your GNETS program manager?

15       A    Not that I can think of.

16       Q    Have you received any feedback from the

17  public once it was passed, other stakeholders?

18            MR. BELINFANTE:  Object to form.

19            THE WITNESS:  It's on the wheel.  I

20       apologize for that.

21       A    Could you restate that question?

22       Q    Yeah.  I was curious if you received any

23  feedback from stakeholders related to the new rule

24  in 2017?

25       A    None that --



1              MR. BELINFANTE:  Object to form.

2        A    -- I received.

3        Q    Did you hear about feedback from your

4   staff that they received?

5        A    None.  There were no red flags that were

6   shared with me.

7        Q    Any positives?

8        A    I think a positive.  I think any time a

9   rule that's been around a long time, when you update

10  it, I think people appreciate kind of that.  But

11  nothing that stood out that made it specifically to

12  the topic.

13       Q    Thank you.

14             Mr. Jones, I'm going to show you what was

15  previously introduced as Plaintiff's Exhibit 82.

16  It's the 2017 State Board Rule.

17             (WHEREUPON, Plaintiff's Exhibit-82 was

18         previously marked for identification.)

19  BY MS. TUCKER:

20       Q    Do you agree this is the 2017 State Board

21  Rule?

22       A    Yes.

23       Q    I'd like us to turn to Page 4, under

24  Duties and Responsibilities for the SEA.

25             Do you see that?



WILLIAM MATTHEW JONES                              January 10, 2023
UNITED STATES vs STATE OF GEORGIA                            232

1        A    I do.

2        Q    What is meant by SEA here?

3        A    The State agency.  The Georgia Department

4    of Education.

5        Q    So it will be SEA shall, first, quote,

6    "Receive and disburse funds appropriated by the

7    Georgia General Assembly to support GNETS services."

8             Do you see that?

9        A    Yes.

10       Q    Who works on this responsibility within

11   GaDOE?

12       A    That would be our Financial Business Team,

13   with some effort of course with our GNETS person, or

14   team.

15       Q    Is there someone specifically in the

16   Financial Business Team?

17       A    I wouldn't know the specific staff that

18   supports that.

19       Q    Do you play a role?

20       A    I would say extremely limited role.

21       Q    And what would your extremely limited role

22   be?

23       A    More of a supervisory role of operations

24   that are taking place at the Department.

25       Q    How often are funds disbursed to the GNETS



WILLIAM MATTHEW JONES                          January 10, 2023
UNITED STATES vs STATE OF GEORGIA                          233

 1  programs?

 2      A    Typically annually.

 3      Q    Let's look at No. 2, "The SEA shall:

 4  Administer the grant funds by performing the

 5  following in collaboration with the GaDOE."

 6           So the first one, (i), is "Develop rules

 7  and procedures regulating the operation of the GNETS

 8  grant, including the application process."

 9           Do you see that?

10      A    Yes.

11      Q    Who works on this within GaDOE?

12      A    If I could make a correction now that I've

13  seen it.

14           I think in this instance the SEA is the

15  State Board of Education.

16      Q    Okay.  Thank you.

17           So then moving to -- back to this

18  question, "the SEA shall administer the grant funds

19  by performing the following collaboration with the

20  GaDOE," so that's Georgia Department of Ed?

21      A    Yes.

22      Q    First one is developing rules and

23  procedures regulating the operation of the GNETS

24  grant, including the application process.

25           Who works on this within GaDOE?



1    A    That would be primarily our GNETS people,

2   and then the mechanics would be probably our

3   financial business operation.

4    Q    By GNETS people, are you currently

5   referring to Vickie Cleveland and Lakesha Stevenson?

6    A    That's correct.

7    Q    And Nakeba Rahming in the past?

8    A    That's correct.

9    Q    Do you play a role?

10   A    Not outside of the one that I already

11  articulated.  Just a very high level role.

12   Q    And that was a high level role as

13  supervising the agency?

14   A    Yes.

15   Q    Are there other rules specific to

16  regulating the GNETS program in addition to The

17  State Board Rule?

18        MR. BELINFANTE:  Object to form.

19   A    To my knowledge, it's primarily The State

20  Board Rule.  I think there might be something in

21  statute, state statute.

22   Q    This also talks about developing

23  procedures.  Do you see that?

24   A    Yes.

25   Q    Are you familiar with those procedures?



WILLIAM MATTHEW JONES                                    January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                      235

1        A     I believe they're financial procedures,

2   yes.

3        Q     Are there other procedures?

4        A     Primarily it's a financial process.

5        Q     Primarily, but there are other procedures?

6        A     Yes.

7        Q     And what would those be?

8        A     Just the application to pull down the

9   funds, or receive and pull down the funds.

10       Q     The GNETS grant application?

11       A     That's correct.

12       Q     Anything else?

13       A     Not to my knowledge.

14       Q     Let's move to the next one:  "Notify the

15  fiscal agents regarding each fiscal year's

16  allocation and approve GNETS services budgets."

17             Do you see that?

18       A     Yes.

19       Q     Who works on this within GaDOE?

20       A     The same group, our GNETS staff and

21  financial business operations.

22       Q     Do you play the same role?

23       A     On this one I can safely say they do the

24  notification and approving themselves.  So I'm not

25  involved in that.



1        Q      Who approves the GNETS services for this?

2        A      Probably the same group of people.

3        Q      Within GaDOE?

4        A      Yes.

5        Q      And that would be Vickie Cleveland,

6    Lakesha Stevenson, and then the Financial Business

7    Team?

8        A      Yes.

9        Q      And when does this happen?

10       A      I'm not sure.

11       Q      Are you brought into conversations related

12   to the GNETS services budgets?

13       A      No.

14       Q      Were you part of these conversations when

15   Nakeba Rahming was the GNETS program manager?

16       A      Just very high level.

17       Q      Let's move to the next one.

18              "Monitor GNETS to ensure compliance with

19   Federal and state policies, procedures, rules, and

20   the delivery of appropriate instructional and

21   therapeutic services."

22              Do you see that?

23       A      Yes.

24       Q      How does GaDOE monitor GNETS to ensure

25   compliance with federal policies, procedures and



1    rules?

2         A    Probably the -- similar to other areas.

3    Pulling data, technical assistance, monitoring,

4    those types of activities.

5         Q    What federal policies, procedures and

6    rules is this referring to?

7         A    I would assume probably the statute, state

8    statute, and just generally federal law that deals

9    with students with disabilities.

10        Q    The next -- the State -- the next one is

11   how does GaDOE monitor --

12             MS. TUCKER:  One second.

13             Scratch that.

14   BY MS. TUCKER:

15        Q    How does GaDOE monitor GNETS to ensure

16   delivery of appropriate instructional and

17   therapeutic services?

18        A    I think some of the work that they've done

19   around identifying what services are currently in

20   place and then assisting GNETS programs with

21   addressing gaps in those services, both on the

22   instructional and therapeutic end.

23        Q    The "they" would be your GNETS program

24   manager?

25        A    That's correct.



1        Q    Is she the one who's making determinations

2   about whether instructional and therapeutic services

3   are appropriate?

4        A    I'm sure in consultation with other people

5   within the agency.

6        Q    And who else would she be consulting with?

7        A    Could be within our Special Education

8   Team.  It could also be within our Teaching and

9   Learning Team.

10       Q    What steps are taken if a regional GNETS

11  program does not comply with the GNETS rule?

12       A    I think the corrective action is typically

13  an action that we'll take if there's a finding that

14  can't be addressed through partnering or coaching.

15  We usually issue a corrective action.

16       Q    What does that look like?

17       A    Essentially, just an action plan, that

18  these are the -- these are the findings we've made

19  and these are the actions that they had to take to

20  address those findings.

21       Q    Are there any GNETS -- regional GNETS

22  programs under a corrective action plan right now?

23       A    I'm not sure if there are or not.  Those

24  aren't shared with me.

25       Q    Okay.  Would the same step be taken if a



 1  regional GNETS program was not complying with the

 2  federal policies, procedures and rules?

 3       A    Yes, and similar with any federal program.

 4       Q    What about if there was a finding that a

 5  regional GNETS program was not delivering

 6  appropriate instructional and therapeutic services?

 7            MR. BELINFANTE:  Object to form.

 8       A    I would have to know the context of that

 9  situation, and, again, lean on -- our team is the

10  one that makes that determination, so.

11       Q    The team being the GNETS program manager?

12       A    That's correct.  In consultation with

13  other entities in the agency.

14       Q    As chief of staff, what is your role with

15  GaDOE's budget as a whole?

16       A    Our budget is fairly defined by the

17  legislature.  So we don't get an overall budget

18  amount.  They're separated by programs and grants.

19            The vast majority of our budget is

20  flow-through, where it's allocated to us but then it

21  just goes right through us and allocated to partners

22  or LEAs.

23            So pretty limited discretion around our

24  agency's budget.  That's just the reality of how

25  it's set up.



1        Q     Got it.

2              Are you aware of a proposition during the

3    last legislative session to eliminate the line item

4    to fund the GNETS program in the annual

5    appropriations bill and instead to funnel through

6    the LEAs?

7        A     I was aware there was some decisions

8    around funding GNETS in an alternative manner, but

9    there was -- my understanding is there were a lot of

10   scenarios and ideas that were floating around.

11       Q     How were you made aware?

12       A     Just from -- I guess just like more

13   hearsay than any, not necessarily directly told.

14   Maybe our policy team might have mentioned it in an

15   update, but not really -- I would see our policy

16   team, and then a lot of hearsay just from people out

17   in the field.

18              It was pretty common knowledge, too.  Once

19   it was proposed, it was a pretty quick turnaround,

20   it seemed, from it becoming -- it was public, and I

21   think there was -- I kind of saw what was happening

22   then.

23              So that's kind of how it came to me.

24       Q     Did you have conversations with the State

25   legislature about the proposal?



1        A    I did not have direct conversations.  I

2    think our policy team might have been in some

3    discussions, but I wasn't in those discussions

4    during that time.

5        Q    Did you have discussions with the policy

6    team?

7        A    It was more -- I guess trying to get a

8    sense of where they were going to go.  It's honestly

9    very cryptic on what the legislature was wanting to

10   do.  If anything, I probably prodded them to try to

11   get some clarity because I know we were getting a

12   lot of questions once that document was out there,

13   and we couldn't really answer the questions because

14   we didn't really know the rationale or what was

15   happening behind the scenes.  I think our policy

16   team had very limited knowledge on what was going on

17   as well.

18       Q    Who were you getting the questions from?

19       A    Just GNETS directors or RESAs or LEAs.

20       Q    Were they coming to you?

21       A    A few, a few might have come to me.  I

22   think probably the superintendent was hearing some

23   things as well.  So it was just more kind of hearing

24   out in the field some questions that were coming out

25   once the document was out there, the proposal was



1   put out there.

2        Q    What was your view of the proposal?

3        A    I think the timing was a concern of mine,

4   and I think we just had not had a very thoughtful

5   discussion around it, and I was hoping that there

6   could be more time to have a more thoughtful

7   discussion with us and stakeholders and other people

8   who would be impacted before a proposal was made.

9            So I didn't necessarily have a viewpoint

10  or judgment on the proposal; it was more what led up

11  to that.  It seemed kind of out of nowhere and then

12  a lot of people weren't really engaged in putting

13  that proposal together.  Really, the question was

14  around the timing and the shock versus the merit of

15  the proposal itself.

16       Q    Do you anticipate this will be raised

17  during the current legislative session?

18            MR. BELINFANTE:  Object to form.

19       A    I'm not sure.

20       Q    Have you had any conversations with your

21  policy staff about a potential proposal?

22       A    Um, there's been conversations about, you

23  know, hopefully we can have that discussion that we

24  didn't have last session this session, but it hasn't

25  gone beyond, beyond that.



1          That there's some interest to talk about

2    funding, that, you know, we need to be at the table

3    hopefully with other stakeholders, but that's kind

4    of been the extent of that discussion.

5          Q    Has your team started preparing proposals

6    or documents to analyze this?

7          A    I think -- you know, we --

8               MR. BELINFANTE:  Objection to the extent

9          it requires you to reveal attorney-client

10         communications or instructions from counsel.

11         A    I think we've pulled together numbers in

12   the past around the funding mechanism, and that's,

13   that's really where we're starting from.

14         Q    Have you been in conversations about

15   changing the GNETS from a program to a school for

16   funding purposes?

17         A    I have not directly, no.  Those

18   discussions could have happened but I have not been

19   involved in those discussions.

20         Q    Were you involved in any discussions

21   related to the legislative directive to evaluate the

22   GNETS program in November of last year?

23         A    I was aware that once that proposal kind

24   of fell apart that the same legislator was

25   interested in that report being pulled together.



WILLIAM MATTHEW JONES                          January 10, 2023
UNITED STATES vs STATE OF GEORGIA                          244

1     Q    Who is that legislator?

2     A    Chairman Tillery.

3     Q    And was that report -- that evaluation

4  done?

5     A    Yes.

6     Q    When?

7     A    Probably within the last month.

8     Q    And it was sent to Senator Tillery?

9     A    Yes, that's correct.

10    Q    Did you work on that?

11    A    In a limited way.  A lot of it, what I

12  said earlier, we had a meeting with them to get a

13  sense of what they were looking for.  It was more

14  around the data points and how the program was laid

15  out more than anything else.  So our staff really

16  pulled that together.

17         So the majority of the report was, was

18  done in that manner.

19    Q    What type of evaluation was done?

20    A    I would say there wasn't a formal

21  evaluation done, just from a time frame.  We had

22  some limited discussion about getting an evaluator,

23  and it was going to take quite a bit of time and the

24  legislature was wanting something by January.  So

25  there just wasn't the time to go out and do an



1   independent evaluation or to contract with someone

2   else.

3          That's when we went to the senator to ask

4   for clarification.  We mentioned the barrier,

5   defining someone externally doing an evaluation.  He

6   said, well, I'm not, I'm not asking for a formal

7   evaluation, I'm asking for more kind of a one-on-one

8   about the program.  I'm just trying to learn more

9   about the program itself.

10         So that's how the report -- that's the

11  line the report went in.

12     Q     Did the report include recommendations for

13  moving forward?

14     A     It did.

15     Q     And what were those?

16     A     There was a variety of recommendations.  I

17  can't remember all of them.  I think it was some

18  mention aligning to the Governor's legislative

19  priority around counseling and other nonacademic

20  supports, modernizing QBE overall, and making sure

21  nonacademic supports are included in that

22  modernization, and I think there was a discussion

23  around including therapeutic services in the QBE

24  formula as well.

25     Q     Did the report involve any recommendations



1  specific to the GNETS program?

2      A   We considered all those as impacting the

3  GNETS program.

4      Q   Has the senator followed up with any

5  questions?

6      A   I have not received any questions.

7      Q   Do you anticipate receiving questions?

8      A   I'm not sure.  That's hard to predict.

9      Q   Is there a meeting scheduled to discuss?

10      A   There isn't.  We do not have regularly

11  scheduled meetings.

12      Q   Okay, got it.

13          I'm going to show you what was previously

14  introduced as Plaintiff's Exhibit 390.

15          (WHEREUPON, Plaintiff's Exhibit-390 was

16      previously marked for identification.)

17  BY MS. TUCKER:

18      Q   This is an April 24, 2020 email produced

19  to us by the State.  It's from Vickie Cleveland to

20  Shaun Owen and Zelphine Smith-Dixon.

21          The subject reads:  "Documents for

22  Tomorrow."  And there are four attachments.

23          Do you see that?

24      A   Yes.

25      Q   I'd like to turn to the last attachment, a



1    PowerPoint with the document named "GNETS Funding,"

2    4-29-2020.

3              It starts with Bates No. GA00054567.

4              Let me know when you get there.

5        A    Yes, I'm there.

6        Q    Do you recognize this PowerPoint?

7        A    No, I do not.

8        Q    Is this something you would have been

9    shown?

10       A    Not necessarily.

11       Q    Let's go to the fourth slide, the one that

12   ends in .004.

13             Do you see it?

14       A    Yes.

15       Q    This reads:  "GNETS FY20 Funding,"

16   correct?

17       A    Correct.

18       Q    And it reads that the state grant provides

19   $62,285,243 to GNETS for fiscal year '20?

20       A    Yes.

21       Q    Does this include funding at the State

22   level as well as funding that's eventually provided

23   to the regional GNETS programs?

24       A    I don't -- I don't know what's behind the

25   State finding.  I just know it's state funding.



1       Q    Is it a similar amount this year?

2       A    I believe so.

3       Q    Let's look to the 13th slide.

4            Do you see -- let me know when you're

5    there.

6       A    Yes.

7       Q    Do you agree with me this represents

8    fiscal year '20 contracts and grants for the GNETS

9    program?

10       A    I do.

11       Q    And it's provided by GaDOE?

12       A    Yes.

13       Q    Are these contracts paid for with state

14    grant money?  Or is it separate?

15       A    It could be IDEA funds.  I'm not sure what

16    the funding source is for these.

17       Q    Are these contracts that GaDOE still

18    offers the regional GNETS program?

19       A    I believe so, yes.

20       Q    And these are contracts that benefit the

21    regional GNETS program?

22       A    Yes, I would assume so.

23       Q    Mr. Jones, earlier you mentioned that you

24    haven't visited regional GNETS programs but Shaun

25    Owen had attended some site visits to regional GNETS



1    programs?

2         A    That's correct.

3         Q    At that time I asked whether you were

4    referring to site visits with DOJ team?

5         A    Yes.

6         Q    And you also said that she did some

7    independent site visits?

8         A    I believe so, yes.

9         Q    What led her to do those independent site

10   visits?

11        A    I believe when she took on that new role

12   as deputy, she knew GNETS was a program that she

13   needed to know a good bit about.  So I think she

14   took it upon herself to visit some of those

15   programs.

16        Q    Did she do that along with anyone else

17   from GaDOE?

18        A    I'm not sure.

19        Q    Has she done any of those independent

20   visits recently?

21        A    Possibly, but I'm not sure if she has.

22        Q    Are you aware of any other GaDOE employees

23   joining DOJ on site visits as part of this

24   litigation?

25        A    I believe Stacey Suber-Drake has joined



1    some of those.  And it's possible other staff

2    members have joined those.

3         Q    Do you play a role in determining which

4    GaDOE employees would join those visits?

5         A    I do not.

6         Q    Who does?

7         A    They themselves decide who needs to be

8    there.

9         Q    Are you advised before a GaDOE employee

10   joins the DOJ on a site visit?

11        A    No.  I think I'm informed but not

12   necessarily -- it's not an approval thing or

13   anything like that.

14        Q    I understand.  So you're informed before

15   they go on a site visit?

16        A    Yes.

17        Q    Who are you informed by?

18        A    Typically the staff member who will be

19   visiting, or they might include the other staff

20   members if I'm having a conversation with them.

21             So, for example, Shaun might say we're

22   doing a site visit and these people are going to be

23   joining us from our team.

24        Q    Did you request that GaDOE employees do

25   anything specific on these site visits?



1        A     I did not.

2        Q     Did you ask them to take photographs?

3        A     I did not.

4        Q     Take notes?

5        A     I did not.

6        Q     Have you reviewed any photographs that

7    they've taken?

8        A     I don't believe that I have.

9        Q     Have you reviewed any notes?

10       A     I don't think so.

11       Q     Have you had discussions with Shaun Owen

12   after a site visit with DOJ?

13       A     Yes.

14       Q     And what was the nature of those

15   conversations?

16       A     She likes to take a lot of pictures.  She

17   just talked about how she took a lot of pictures.

18   So that was pretty much the nature of that

19   discussion.

20       Q     But she did not share any pictures?

21       A     She did not.  Not to my knowledge, she did

22   not.  I don't remember receiving a picture from her.

23       Q     She just shared she took a lot of photos?

24       A     Yes, she did.

25       Q     Did she share anything else?



WILLIAM MATTHEW JONES                          January 10, 2023
UNITED STATES vs STATE OF GEORGIA                          252

1       A    No.

2       Q    Have you asked her questions about the

3   visits?

4       A    I think it was more making sure, you know,

5   we were attending those and from our end things were

6   going smoothly.  But other than that, we didn't

7   discuss the details.

8       Q    Has Shaun Owen raised any concerns about a

9   program following a visit?

10          MR. BELINFANTE:  Object to the extent it

11      requires you to reveal information revealed in

12      the presence of counsel and instruct you not to

13      answer that.

14      A    I'm trying to think of any specific

15  examples that she gave.  What I recall is just

16  really high level of a lot of visits, very long

17  visits, and taking a lot of pictures.  Just saying

18  that, you know, whatever there's a picture taken of,

19  I'm taking a picture, too.

20          That seemed to be where the discussion

21  really lied, and for me it was just really making

22  sure that we had someone there from the Department

23  and that we were just in the loop on how those

24  things were going.

25      Q    Why did you want to make sure there was



1    someone there from the Department?

2        A    Just to have a sense that, you know, what

3    was happening.  Just that there was anything that

4    was really brought to our attention that we would

5    know about it directly.  We weren't hearing it

6    through other means.

7        Q    Was anything brought to your attention?

8             MR. BELINFANTE:  Same objection.

9        A    I believe there was an issue at one of the

10   sites, but that's all that I can remember.  I think

11   there was a specific site where there were some

12   issues raised.

13       Q    Do you recall which site?

14       A    I believe it was Horizons, but I'm not

15   sure if I'm correct in that.

16       Q    I'm showing you what was previously

17   produced as Plaintiff's Exhibit 703.

18            (WHEREUPON, Plaintiff's Exhibit-703 was

19        previously marked for identification.)

20   BY MS. TUCKER:

21       Q    This is a May 23rd, 2022 letter from the

22   Department of Justice to counsel regarding the site

23   visit to the Horizon Academy on May 5, 2022.

24            Did you see this letter, Mr. Jones?

25       A    I knew about this letter.  I'm not sure



1   that I specifically saw it and read it, but I did

2   know about the letter.

3        Q    How did you know about the letter?

4        A    Um, again, I think I mentioned before

5   there was an issue brought to me around Horizon.  So

6   I think that was what tied into this letter

7   specifically.

8        Q    Okay.  What was your reaction to what

9   Shaun Owen shared about her visit to the Horizon

10  center in May of 2022?

11       A    Predominantly it was about some facility

12  concerns, and I believe the discussion was around

13  does our facilities team know about this, and she

14  said she already contacted the facilities team, and

15  they would have already reached out and started

16  trying to work with this particular program about

17  addressing some of these issues.

18       Q    Were you -- what was your reaction,

19  though, to the letter?

20       A    Well, I think it had already been conveyed

21  verbally before I saw the tangible letter.

22       Q    Okay.  Got it.

23       A    So I would say the letter didn't have as

24  much --

25       Q    Yeah.  What was your reaction to her



WILLIAM MATTHEW JONES                          January 10, 2023
UNITED STATES vs STATE OF GEORGIA                        255

1   bringing it to your attention the first time?

2       A    Just making sure our facilities team knew

3   about it and they were working to address the

4   concerns.

5       Q    Did you follow up with the facilities

6   team?

7       A    I did.  I had a brief discussion with

8   them.

9       Q    And what did they say?

10      A    They had said that they were working with

11  Shaun and that they were working with that program

12  to address the concerns that were in the letter.

13      Q    And who was this from the facilities team?

14      A    I believe it was -- we had a -- either Pat

15  Scoffield or our current facilities person.  Sorry.

16  He's fairly new.

17           I think his name is Mike, too.  But it was

18  one of the two.  They were in transition.  Pat was

19  about to retire and this guy was about to take Pat's

20  position, so it could have been the other person.

21      Q    When Shaun Owen brought this to your

22  attention, did you ask to see any of the relevant

23  photos for this visit?

24      A    I did not.

25      Q    And she did not share any?



1          A      That's correct.

2          Q      If you wanted to see the photos, are they

3    available on like a share drive for you to review?

4          A      I don't know where they're stored.

5          Q      Have you followed up again related to the

6    Horizon program?

7          A      At the time I had that discussion with our

8    facilities team, and they said they were comfortable

9    around the plan to address it, and I haven't heard

10   anything since then.  So that's my last reference

11   point, is that, that discussion.

12         Q      So do you know the current status of that

13   location?

14         A      No, not currently.

15         Q      Is that something that you're -- is it

16   something Shaun Owen would follow up with the

17   program about?

18         A      Yeah, I would assume so.

19         Q      And what did you understand the plan to be

20   from the facilities team?

21         A      They were -- my understanding was that the

22   facilities team -- or, sorry.  The facilities team

23   told me was they were going to work with that

24   program to address immediate concerns, and then work

25   on a long-term transitioning plan to a different



1  facility that was in that system.

2       Q    Do you know if that's still the plan?

3       A    I haven't heard anything different, so I

4  would assume that's still the plan.

5       Q    What is the GNETS grant application?

6       A    Could you specify that a little bit more?

7       Q    Yeah.  We spoke about it a little bit.

8            What does the GNETS grant application

9  provide to the regional GNETS programs?

10      A    The application is what they fill out to

11  receive the grant funds, and then they submit a

12  budget that's reviewed and approved by staff on how

13  to use -- expend those funds.

14      Q    Is it -- do each regional program complete

15  it annually?

16      A    I believe so.

17      Q    Have you reviewed GNETS grant

18  applications?

19      A    I have not.

20      Q    How about when you were directly working

21  with Nakeba Rahming?

22      A    I did not.

23      Q    Do you know anyone else who assesses the

24  GNETS grant applications?

25      A    Not outside the team.  I mentioned it



1  could be special education, our GNETS team, or

2  financial business operations.

3          MS. TUCKER:  Are you all okay taking a

4      five-minute break?

5          THE WITNESS:  Yes.

6          MR. BELINFANTE:  Can we make 10?

7          MS. TUCKER:  Of course.

8          THE VIDEOGRAPHER:  Off the record at 3:20

9      p.m.

10          (A recess was taken.)

11          THE VIDEOGRAPHER:  Back on the record at

12      3:44 p.m.

13  BY MS. TUCKER:

14      Q    Welcome back, Mr. Jones.

15          I want to follow up on a few things we

16  discussed earlier.

17      A    Okay.

18      Q    When we were talking about the Horizon

19  regional GNETS program and the site that was visited

20  in May 2022.

21      A    Yes.

22      Q    Do you recall that you said the team

23  shared that they would be transitioning out of that

24  site?

25      A    At that time, yes, that's what was



1   communicated to me.

2       Q    And what was the timeline for that?

3       A    They didn't mention a specific timeline

4   but I think they were saying that they were going to

5   work on a plan for that to take place.

6       Q    And you haven't received other updates?

7       A    I have not.

8       Q    Okay, thank you.

9            Earlier you also mentioned that the GaDOE

10  sent a report to Senator Tillery in the last month

11  or so?

12      A    Yes.

13      Q    What form was that report in?

14      A    Just a regular -- can you clarify that a

15  little bit?

16      Q    I'm happy to.

17           Was it in a Word document or was it a

18  verbal report?

19      A    It was Word document.

20      Q    Okay.

21      A    PDF, I believe.

22      Q    PDF.

23      A    I believe it was right before the holidays

24  or during the holidays.

25      Q    And how was it submitted to Senator



WILLIAM MATTHEW JONES                        January 10, 2023
UNITED STATES vs STATE OF GEORGIA                        260

1   Tillery?

2        A    Just through email.

3        Q    Email.  Who sent it?

4        A    I did.

5        Q    You did?

6        A    Yes.

7        Q    And who else was copied on that email?

8        A    Tiffany Taylor.

9        Q    Okay.

10       A    She pulled the report together and asked

11   for me to email it to Chairman Tillery.

12       Q    Understood.  Was anyone on the email

13   exchange in addition to you, Senator Tillery, and

14   Tiffany Taylor?

15       A    No, but I believe she shared it to some

16   additional people, I think like the House and Senate

17   offices.  I'm not sure who exactly they shared with,

18   but I know she shared it with others after I shared

19   it with him.

20       Q    Were you copied on those email exchanges?

21       A    I could have been.  I'm not sure.

22       Q    Did Senator Tillery send you a response to

23   that email?

24       A    No response.

25       Q    When we were talking about the proposal



1  during the last legislative session related to GNETS

2  funding, do you recall that?

3      A    I do.

4      Q    Okay.  I think -- I believe you mentioned

5  that you thought it was important for GaDOE to be at

6  the table and discuss this.  Is that correct?

7      A    Along with other stakeholders.

8      Q    Have you communicated this to the

9  legislature?

10     A    No, I haven't.  We have not.

11     Q    Have you communicated it to the Governor's

12  Office?

13     A    They didn't have any interest in that

14  topic, so there wouldn't have been a need to

15  communicate with them.  They weren't the one pushing

16  the proposal.

17     Q    I see.  So they weren't pushing the

18  proposal.  You also believe they have no interest in

19  the topic of GNETS funding?

20          MR. BELINFANTE:  Object to the form.

21     A    They have not shown that as a priority.

22     Q    If you could change how GNETS was funded,

23  how would you structure it?

24     A    I don't know if I have the expertise or

25  background to put together a funding proposal in a



 1  few seconds, but I don't have really anything to

 2  share on that.

 3            I think I had the email that we referenced

 4  earlier.  That's probably the extent of what my idea

 5  would be around the formula.

 6       Q    And just to confirm, you're speaking about

 7  the email to Vickie Cleveland and Ted Beck where you

 8  described the idea model?

 9       A    Yes.

10       Q    Ideal model?

11       A    Yes.

12       Q    Thank you.

13            MS. TUCKER:  I'd like the court reporter

14       to mark the following exhibit as Plaintiff's

15       Exhibit 834.

16            (WHEREUPON, Plaintiff's Exhibit-834 was

17         marked for identification.)

18  BY MS. TUCKER:

19       Q    This is an August 3rd, 2016 email from

20  Nakeba Rahming to you, with the subject "PowerPoint

21  presentation."

22            There's one attachment.

23            The Bates number on the bottom of the

24  first page reads GA03469725, and this was produced

25  to us by the State.



WILLIAM MATTHEW JONES                                    January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                    263

1                Mr. Jones, do you recognize this email?

2        A    Yes, I do.

3        Q    And am I correct that Nakeba Rahming is

4   sharing a PowerPoint from the day before?  Is that

5   --

6        A    Yes.

7        Q    It's labeled "EC PowerPoint."

8        A    Yes.

9        Q    What does EC stand for?

10       A    Executive Committee.

11       Q    And we spoke about this earlier, the

12  Executive Committee, right?

13       A    That's correct.

14       Q    And it's you, the superintendent --

15       A    And direct reports.

16       Q    Was the State Board also included?

17       A    No.

18       Q    So let's turn to the PowerPoint

19  attachment.  The number on the first page of this

20  attachment is GA03469726.

21            And on .001 is the first slide, which

22  reads:  "GaDOE's Executive Committee Updates on

23  GNETS."

24            Do you see that?

25       A    I do.



WILLIAM MATTHEW JONES                            January 10, 2023
UNITED STATES vs STATE OF GEORGIA                          264

1      Q    And again what's the difference between

2    the Executive Committee and the cabinet?

3      A    They're one -- well, technically, the

4    cabinet is a broader group in the agency.  They vet

5    items.  And the Executive Committee is just direct

6    reports.  I say cabinet because like a leadership

7    cabinet type of thing.

8      Q    You were in attendance at this August 2nd,

9    2016 meeting?

10     A    Likely so.

11     Q    Let's go to Slide 4.

12          MR. BELINFANTE:  Can I note something for

13     the record?

14          MS. TUCKER:  Yes.

15          MR. BELINFANTE:  And I saw it on one of

16     the other PowerPoints, too.  It looks like, if

17     you look at the bottom, and I'm looking at the

18     first slide but it's on the other ones, there's

19     a date of January 6, 2023.

20          I'm presuming that's when it was opened

21     and printed?

22          MS. TUCKER:  I see that.  Thank you, Josh.

23     Yes.

24          MR. BELINFANTE:  Okay.

25          MS. TUCKER:  That is correct.



WILLIAM MATTHEW JONES                        January 10, 2023
UNITED STATES vs STATE OF GEORGIA                        265

```
 1              MR. BELINFANTE:  Okay.  I just don't think
 2         it's part of the original.  I don't think
 3         there's an objection to be made.  We understand
 4         that kind of stuff happens but not a big deal.
 5              MS. TUCKER:  I apologize we missed that.
 6              MR. BELINFANTE:  Look, I have done that a
 7         hundred times easily.  And you've got the date
 8         on the thing.
 9              MS. TUCKER:  Okay.
10              MR. BELINFANTE:  I just for the record
11         will note that was not part of the slide but no
12         objection to the authenticity or anything like
13         that.
14              MS. TUCKER:  Thank you.
15    BY MS. TUCKER:
16         Q    And, again, this PowerPoint was from
17    August 2nd, 2016?
18         A    Yes.
19         Q    Okay, thank you.
20              Did Nakeba Rahming share this PowerPoint
21    with you in advance?
22         A    I don't believe so.
23         Q    Would she have shared with you what she
24    planned to discuss with the Executive Committee at
25    this meeting?
```



WILLIAM MATTHEW JONES                              January 10, 2023
UNITED STATES vs STATE OF GEORGIA                              266

1      A    Not necessarily.

2      Q    Would you have asked her to present at the

3   Executive Committee?

4      A    For her -- possibly, yes.  I'm not sure

5   the -- probably so, yeah.  Because she was reporting

6   directly to me.

7      Q    Let's go to Slide 4, GNETS Programs, and

8   do you see where it says, "Systems Level Change"?

9      A    Yes.

10     Q    And the first bullet reads:  "GaDOE's

11  Project Management plan to guide change at the state

12  level."

13         Do you see that?

14     A    I do.

15     Q    What is the Project Management Plan?

16     A    It was a document I believe Nakeba pulled

17  together to track her work.

18     Q    Did you ask her to do that?

19     A    She did that on her own.

20     Q    Did she share it with you regularly?

21     A    I think she would talk off it when we did

22  check-ins, but I don't think that was something she

23  formally shared with me.

24     Q    And the second bullet reads:  "The GNETS

25  Strategic Plan to guide change at the program



WILLIAM MATTHEW JONES                              January 10, 2023
UNITED STATES vs STATE OF GEORGIA                              267

1    level."

2            Do you see that?

3        A    Yes.

4        Q    What is the GNETS Strategic Plan?

5        A    A document that I think Nakeba -- I think

6    Debbie Gay had pulled something together and then

7    Nakeba updated that, revised that, and that -- that

8    informed the Project Management Plan and gave the

9    GNETS programs some I think guidance on the

10   direction that we were going.

11       Q    The guidance of the direction you were

12   going.  What does that mean?

13       A    Sorry.  It gave the GNETS programs an idea

14   where the State -- the direction the State was

15   heading in, in regard to the program.

16       Q    And what direction would that be?

17       A    Just I think around those four areas, and

18   I think my understanding is they also worked with

19   GNETS directors to develop that plan as well.  So it

20   was a collaborative effort.

21       Q    Let's go to the next slide.  Let me know

22   when you're there.

23            It's with the .005 at the end?

24       A    Yes.

25       Q    This is an excerpt from the GaDOE's



1    Project Management Plan, correct?

2         A    Sorry, I'm trying to understand how long

3    this meeting lasted.  There's 50 slides.  I'm having

4    a hard time thinking she actually presented this or

5    presented this all at the meeting.

6         Q    It was a marathon meeting.

7              MR. BELINFANTE:  GTA meeting.

8              THE WITNESS:  Must have been.

9    BY MS. TUCKER:

10        Q    Again, am I correct this is an excerpt

11   from the GaDOE's Project Management Plan?

12        A    Yes.

13        Q    And just a moment ago you said Nakeba

14   Rahming initiated the Project Management Plan?

15        A    She did.

16        Q    And when did she first create it?

17        A    I think it was one of the first things she

18   pulled together when she came on board to that

19   position, the GNETS manager position.

20        Q    Was it updated over time?

21        A    I believe so.

22        Q    By others in addition to Nakeba?

23        A    I think she was the primary author and

24   owner, but I'm sure she collaborated with others in

25   the agency, and for the contents of the plan.



WILLIAM MATTHEW JONES                                January 10, 2023
UNITED STATES vs STATE OF GEORGIA                              269

1        Q     Did you provide updates to the plan?

2        A     No.  She did all that herself.

3        Q     Is it still being updated?

4        A     I'm not sure if they're still using --

5    still using it.

6        Q     Who do you mean?

7        A     Vickie Cleveland.

8        Q     I know it's a little bit small on this

9    page, but it looks like there's ratings towards the

10   right.  Do you see that?

11       A     Yes.

12       Q     Who determined the ratings?

13       A     I believe she determined those ratings.

14       Q     Did you ever ask her any questions about

15   any of the ratings?

16       A     I did not.

17       Q     Did others at GaDOE?

18       A     I'm not sure.

19       Q     Did she also share this with the

20   superintendent?

21       A     It could have been shared with him, but I

22   don't recall a time when it was shared with him.

23       Q     Do you recall if he had questions about

24   it?

25       A     I did not.



1      Q     Let's go to the next slide, the one ending

2    in .006, and this is on the 2016-17 Strategic Plan.

3            Do you see that?

4      A     Yes.

5      Q     And when did you say the strategic plan

6    came about?

7      A     I think there was an earlier plan that had

8    been in existence prior to me coming on board to the

9    Department, and Nakeba had updated that plan as one

10   of the first things that she did when she took the

11   role.

12     Q     Do you know if the plan was active prior

13   to Nakeba updating it?

14     A     I'm not sure if it was active.

15     Q     Can you turn to the next slide ending in

16   .007.

17           Do you see that it reads:  "GNETS

18   Strategic Plan with embedded assessment"?

19     A     Yes.

20     Q     Was this assessment completed by GaDOE?

21     A     I would assume it was completed by the

22   DOE.

23     Q     And how were these ratings assessed?

24     A     Seems like she's developed some ratings

25   for each of the categories, and then she would be



1  part of rating each of those categories.

2     Q    Was this done in totality for all GNETS

3  programs together?

4     A    I believe it was for -- I don't know what

5  level it was used for.

6     Q    Would she share her results with you and

7  her ratings?

8     A    No.  I would -- I don't think she did

9  share the ratings with me.

10     Q    If you go to the 8th slide, which is

11  actually the page ending in .009.

12          Do you see that?

13     A    Yes.

14     Q    With the Self Assessment Report?

15     A    Yes.

16     Q    Was this self-assessment for regional

17  GNETS programs to complete?

18     A    Yes.

19     Q    And it was part of the strategic plan?

20     A    Yes.  I think all those things were tied

21  together.

22     Q    Do you know how often that the regional

23  programs complete this?

24     A    I would assume annually, but I don't know

25  the frequency that they completed it.



1      Q    Do you know if they're still completing

2   strategic plans?

3      A    I'm not sure.

4      Q    Who would know?

5      A    Vickie Cleveland.

6      Q    So let's look at the talking points, which

7   are below the Self Assessment Report.  Do you see

8   that --

9      A    Yes.

10      Q    -- slide?

11           It's -- the last sentence reads:  "When

12   the data is compiled across all of the GNETS

13   programs, it will show us what our priority areas

14   may look like across the entire network, which will

15   facilitate a process for continuous planning and

16   improvement as a whole."

17           Do you see that?

18      A    I do.

19      Q    So is it fair to say that GaDOE was using

20   the strategic plan data for improvements across the

21   State GNETS programs?

22      A    To me it read like it was a way for her to

23   identify areas that other parts of the agency could

24   collaborate with her on.  Say there was a gap in

25   instruction, that would be a good opportunity for



1  her to collaborate with our Teaching and Learning

2  Team.

3        Q    To improve --

4        A    A gap that had been identified.

5        Q    In the GNETS programs?

6        A    Yes.

7             MS. TUCKER:  I'd like the court reporter

8        to mark the following document as Plaintiff's

9        Exhibit 835.

10            (WHEREUPON, Plaintiff's Exhibit-835 was

11         marked for identification.)

12  BY MS. TUCKER:

13       Q    This is a May 11, 2017 email invite from

14  Geraldine Price to you with the subject "Nakeba -

15  Visit GNETS Sites."

16       A    Yes.

17       Q    And there's an email attachment.

18            This was produced to us by the State.

19            And the Bates number on the bottom of the

20  first page of the document reads GA03479610.

21            Do you recognize this invite?

22       A    I do.

23       Q    Who is Geraldine Price?

24       A    She's my administrative assistant.

25       Q    Is she still your administrative



WILLIAM MATTHEW JONES                                    January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                    274

1   assistant?

2        A     She is.

3        Q     Has she been your administrative assistant

4   your entire time at GaDOE?

5        A     Yes.

6        Q     This is an invite for you to join Nakeba

7   Rahming's sites for visits to GNETS?

8        A     Two specific visits.

9        Q     And this is what we were referring -- what

10  you referred to earlier?

11       A     That's correct.

12       Q     So if we go to the attachment, which

13  starts on GA03479611, the attachment is an email

14  thread, and this is you identifying that you had

15  planned to attend the Riverquest and Heartland

16  sites?

17       A     Yes.

18       Q     And those were the meetings that you

19  joined and sat in a room to do work?

20       A     Yes.

21       Q     Did you take tours of the facilities?

22       A     On my way to a room.  So they walked me

23  down the hallway on the way finding me a place to do

24  some work.  And I of course said hello and some of

25  those things.  But, yes, that's about the extent of



1   the facilities I saw at that time.

2        Q    If you look at the second attachment, it

3   has GA03479613 on the bottom.

4             Let me know when you get there.

5             At the top it says "GNETS Strategic Plan

6   Rubric Interviews and Ratings"?

7        A    Yes.

8        Q    So am I correct these are visits that

9   Nakeba Rahming planned to conduct in conjunction

10  with the GNETS Strategic Plan?

11       A    I think that was part of the meeting, yes.

12       Q    What else was the meeting?

13       A    I had not seen this attachment.  I just

14  saw the calendar invite.

15            This was attached to the calendar invite,

16  so I just saw it on my calendar.  I didn't go

17  further and look at the attachments at this point.

18       Q    You didn't open it up?

19       A    No, I didn't.

20       Q    Did you help determine any of the

21  strategic plan feedback given following those site

22  visits?

23       A    I did not.

24       Q    When you were at lunch with Nakeba Rahming

25  in the middle of the two visits, did she advise you



1  on how she thought the visits were going?

2      A    Just high level, she thought it was --

3  they were -- the discussions were going well and she

4  said the tone was positive and she seemed excited

5  about the work, and she said it was a lot to do in a

6  few days.  So she was talking about being on the

7  road so much and those types of things, but she

8  didn't dive into any of the metrics or any meat of

9  the discussions she had with them.

10     Q    Were you aware that she was assessing them

11 for the strategic plan at that time?

12     A    Yeah, I knew she was having discussions

13 with them to kind of -- we talked about earlier,

14 kind of where they were and identify areas of

15 improvement, areas of support.  So I know those

16 discussions were going on.

17         MS. GARDNER:  I'd like the court reporter

18     to mark this document as Plaintiff's Exhibit

19     836.

20         (WHEREUPON, Plaintiff's Exhibit-836 was

21     marked for identification.)

22 BY MS. TUCKER:

23     Q    This is an email thread with the most

24 recent email dated July 24, 2018, from you to Roman

25 Numeral IIIXVI with the subject "FY18 GNETS EOY



1   Strategic Plan Results," and there's one attachment.

2          The Bates number on the bottom of the

3   first page reads GA03512056, and this was an email

4   produced to us by the State.

5          Do you recognize this email?

6      A    Yes.

7      Q    Let's start at the bottom email from

8   Vickie Cleveland on this page.

9          Am I correct that she's sharing the

10  results of the Fiscal Year 18 strategic plan review?

11     A    Yes.

12     Q    Were you sent results in other years?

13     A    Not that I can recall.

14     Q    Were you sent results in the last two

15  years?

16     A    Not that I remember.

17     Q    Have you ever been briefed on the regional

18  GNETS program's strategic plan reviews?

19     A    Not specifically, not outside something

20  like this, to this level.

21     Q    Looking at the top email, who, who

22  receives the email to the Roman Numeral IIIXVI?

23     A    The superintendent.

24     Q    Does anyone else have access to that email

25  account?



1          A     Not that I know of.

2          Q     And why did you send this email and

3    document to the superintendent?

4          A     This is more just an FYI.

5          Q     Did he respond?

6          A     He did not.

7          Q     Did he raise it at any meetings or ask

8    questions?

9          A     He did not.

10          Q     Let's look at the attachment, with the

11    first page, the Bates number reading GA03512057.

12          Do you see that?

13          A     I do.

14          Q     At the top there's a GaDOE logo and the

15    heading reads "FY18 Year 2 Results for GNETS End of

16    Year Strategic Plan Compliance Review."

17          And then "Reviews conducted by the Georgia

18    Department of Education."

19          Do you recognize this?

20          A     Yes, I do.

21          Q     Let's look at the review process.

22          In the middle of that paragraph, do you

23    see where it reads:  "At the end of the school year,

24    the teams completed their final ratings and prepared

25    for an onsite review from the GNETS state program



WILLIAM MATTHEW JONES                                January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                279

 1    manager."
 2              Do you see that?
 3         A    I do.
 4         Q    And the GNETS state program manager would
 5    be Vickie Cleveland at this time?
 6         A    That's correct.
 7         Q    The next sentence reads:  "The goal of the
 8    review process was to determine how well each team
 9    implemented the strategic plan components with
10    fidelity."
11              Is that correct?
12         A    That's correct.
13         Q    And then this document continues to
14    identify the ratings that Vickie Cleveland was to
15    assign, correct?
16         A    That's correct.
17         Q    And on the second page these are the
18    scores that Vickie Cleveland assigned to the
19    regional GNETS programs?
20         A    That's correct.
21         Q    Did you ask any questions related to these
22    scores?
23         A    I don't think I really dived into it
24    because it was sent to Zelphine.  I was just copied
25    on the email.



WILLIAM MATTHEW JONES                              January 10, 2023
UNITED STATES vs STATE OF GEORGIA                              280

1           So typically that's more just a loop me

2   into something and not necessarily an action on my

3   part.  So I remember opening the attachment, but I

4   don't remember seeing any -- anything that jumped

5   out to me as a concern.

6       Q    Have you asked questions about ratings in

7   other years?

8       A    I have not.

9       Q    What -- are steps taken based on these

10  ratings?

11      A    I would assume so but I'm not -- I do not

12  know the specific steps that are taken.

13      Q    What is the status of the strategic plan

14  today?

15      A    I'm not sure of the status of the

16  strategic plan.  I would assume it's in place in

17  some capacity.

18      Q    Mr. Jones, earlier you mentioned PBIS.

19  Right at the beginning --

20      A    Okay.  Sorry.

21      Q    -- we were looking at the organizational

22  structures.  I know it's been a long day.

23           What is PBIS?

24      A    Positive Behavioral Intervention Supports.

25      Q    And how does that relate to school



1  climate?

2      A    It's a best practice to improve school

3  climate.

4      Q    And do you consider school climate to be

5  important?

6      A    I do, yes.

7      Q    Why is that?

8      A    I think students need to feel like they

9  can learn and staff can learn in a supportive

10  environment.

11      Q    Have you championed school climate

12  initiatives in Georgia?

13      A    Yes.

14      Q    In what ways?

15      A    Support for PBIS and support of other

16  initiatives, like classroom management strategies

17  and nonacademic programs.

18          MS. TUCKER:  I'd like the court reporter

19      to mark the attached document as Plaintiff's

20      Exhibit 837.

21          (WHEREUPON, Plaintiff's Exhibit-837 was

22       marked for identification.)

23  BY MS. TUCKER:

24      Q    This is an August 4, 2020 email from you

25  to DOE users with the subject "Agency Updates."



WILLIAM MATTHEW JONES                                   January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                    282

1                     There's one attachment.

2                     And the Bates number on the bottom of the

3       first page reads GA01004895.

4                     This was produced to us by the State.

5                     Do you recognize this email?

6            A     I do.

7            Q     Who receives emails at DOE users?

8            A     All staff members.

9            Q     Are you included on it?

10           A     Yes.

11           Q     The superintendent?

12           A     Yes.

13           Q     Let's look at the attachment.  So starting

14      with GA01004897.

15           A     Okay.

16           Q     Does this organization chart appear to

17      accurately reflect the organization of GaDOE as of

18      August 4th, 2020?

19           A     It does.

20           Q     This organization chart shows Garry

21      McGiboney as a deputy superintendent over School

22      Safety and Climate?

23           A     Yes.

24           Q     It's --

25           A     I see.



1    Q    Okay.  Am I correct that Garry McGiboney

2    directly reported to you?

3    A    That's correct.

4    Q    Does he still report to you?

5    A    He does not.

6    Q    Is he still with GaDOE?

7    A    No.  He retired.

8    Q    Retired.  When did he retire?

9    A    Probably around four years ago.  Four or

10   five years ago.

11   Q    Thank you.

12   A    Or actually -- sorry, my apologies.

13        Probably 2020 or 2021.

14   Q    A little more recently?

15   A    Yes.

16   Q    Some parts of 2020 were a blur.

17   A    I know.  It's all pre-pandemic or

18   post-pandemic.  That's the marker.

19   Q    Exactly.

20        Okay.  So under his name on this chart I

21   see both Safety and Climate bolded.  Do you see

22   that?

23   A    Yes.

24   Q    Okay.  I know we were speaking about

25   school climate earlier, but how would you define it?



1        A    Just again I think it's the environment,

2    the learning environment for students, staff and

3    support personnel.

4        Q    And at that time Garry McGiboney oversaw

5    school climate initiatives?

6        A    He did.

7        Q    What did those efforts look like?

8        A    Primarily, they were PBIS.  There were

9    some ancillary programs and initiatives, but I would

10   say the largest initiative or primary initiative was

11   PBIS.

12       Q    Was Garry McGiboney successful in his

13   efforts to improve school climate?

14       A    I believe so.

15       Q    Were there any ways in which you believed

16   he was not successful on school climate?

17       A    I think -- thinking of strategies outside

18   of PBIS.  He was a very strong champion of PBIS, so

19   it was a pretty limited focus and we tried to work

20   to broaden that focus.

21       Q    And what ways would you -- what other

22   initiatives would it be besides PBIS to broaden

23   school climate?

24       A    I think it was more just seeing what

25   programs and initiatives districts were investing



1    in, and some could be PBIS, some could be outside of

2    PBIS, and meeting them where they were and helping

3    them implement that program that they had identified

4    versus a program specific from the State around

5    school climate, which was PBIS at the time.

6        Q    I see.  So supporting efforts --

7        A    Local strategies for school climate

8    instead of just having one state strategy for school

9    climate.

10       Q    I understand.  Was he receptive to that

11   change?

12       A    I would see no.

13       Q    And why would you say no?

14       A    He was just very invested in PBIS.

15       Q    How did he express his not wanting to move

16   away from PBIS?

17       A    He didn't agree with the effectiveness of

18   other strategies, and he also I think

19   philosophically believed in more of a top-down

20   approach.

21       Q    Were you hearing from the school districts

22   about their efforts to expand school climate outside

23   of PBIS?

24       A    Yes.

25       Q    Did the superintendent have an opinion on



1   this?

2       A    I think he supported a more holistic

3   approach to school climate versus just the PBIS

4   approach.

5       Q    When you speak to the initiatives or

6   strategies that the local school districts were

7   using, did GaDOE take any steps to determine or see

8   if those were evidence-based approaches?

9       A    Some was more the focus.  PBIS is more of

10  a school level best practice, and we heard from a

11  lot of stakeholders that teachers needed some direct

12  support around what school climate looked like in

13  their classroom, particularly classroom management.

14       So I think it was more the level we were

15  pushing in, trying to broaden that, besides just the

16  school level best practice and get some classroom

17  level best practices, too.

18       PBIS just a school level intervention.

19       Q    Right, but did GaDOE take any steps to

20  ensure that -- to confirm whether the programs that

21  the school districts were using were valid or

22  evidence-based?

23       A    We helped them evaluate that.  There's

24  different clearinghouses and stuff that school

25  districts use as well.  So I'm sure we played a role



1   in those discussions.

2       Q    Did GaDOE provide any feedback expressing

3   concern about any of the initiatives the local

4   school districts were using?

5            MR. BELINFANTE:  Object to the form.

6       A    I'm not sure if those discussions took

7   place.

8       Q    Okay.

9       A    But again we're very local controlled, so

10  districts have a lot of leeway on what programs they

11  adopt.

12      Q    All right.  Did Garry McGiboney's role at

13  GaDOE shift before he retired?

14      A    It did.

15      Q    In what ways?

16      A    He -- when the pandemic hit we thought it

17  was important to have a position that liaisoned with

18  the Department of Public Health in school districts,

19  so we established a public health position, and he

20  occupied that role.

21      Q    At that time did he oversee school

22  climate?

23      A    He did not.

24      Q    So PBIS as well?

25      A    He did not oversee that at that time.



1          MS. TUCKER:  I'd like the court reporter

2      to mark this document as Plaintiff's Exhibit

3      838.

4          (WHEREUPON, Plaintiff's Exhibit-838 was

5       marked for identification.)

6   BY MS. TUCKER:

7      Q    This is an August 24, 2020 email produced

8   by the State to us.  It is from you, Matt Jones, to

9   DOE Users, with the subject "Announcements."

10         There is one attachment.

11         And the Bates number on the bottom of the

12  first page of the exhibit reads GA01004898.

13         Do you recognize this email, Mr. Jones?

14     A    I do.

15     Q    In the email you state that Dr. McGiboney

16  will be assuming the new public health liaison role?

17     A    That's correct.

18     Q    And that's what you were just referring

19  to?

20     A    That's correct.

21     Q    And that the school climate and PBIS team

22  will shift to Dr. Caitlin Dooley?

23     A    That's correct.

24     Q    And what was her experience with school

25  climate?



1    A    It was more the experience of Justin Hill.

2    So she had an opening for director of Curriculum and

3    Instruction, and Justin had applied and been

4    recommended for that and Justin's background was

5    PBIS.  So it was a natural fit to put that under him

6    as well.

7        Q    Is Justin Hill still working on PBIS?

8        A    He is.

9        Q    And school climate?

10       A    Yes.

11       Q    What is his title currently?

12       A    Associate superintendent.

13       Q    Is he still reporting to Dr. Dooley?

14       A    No.  He is over our Office of the Whole

15   Child, that newer office that I mentioned earlier

16   this morning.

17       Q    Right.  A moment ago you said when the

18   pandemic started you thought there was -- it was

19   important to have a position to coordinate with the

20   Department of Public Health?

21       A    That's correct.

22       Q    And did you make this decision to shift

23   Garry McGiboney into the public health liaison role?

24       A    The superintendent did.

25       Q    The superintendent.  And what prompted the



1  superintendent's decision?

2      A    Just as you can imagine how chaotic it was

3  during that time, we thought it would be good for

4  distribution to have a single point of contact from

5  the public health side of things to reach out to the

6  agencies, so they knew who to reach out to the

7  agency.  No one really wore that hat and he already

8  had some established relations with those other

9  agencies.  So it seemed like a natural fit.

10     Q    Did you discuss the shift in position with

11 Garry McGiboney in advance of this announcement?

12     A    Yes, I did.

13     Q    What did he say?

14     A    I think he had some concerns about it, but

15 we reiterated that this is what we needed and this

16 is what the superintendent was asking him to do.

17     Q    When you say "we," who else was at the

18 discussion?

19     A    It was only between him and I, but when I

20 mentioned "we," it was the superintendent.

21     Q    I understand.  And what were the concerns

22 that he expressed to you?

23     A    How much of the agency he was going to be

24 overseeing.  He wanted to have a larger role within

25 the agency, and he thought this was not a path to



1    increase what he was over.

2        Q    So he saw this as a more limited role?

3        A    And I think he wanted -- he wanted a more

4    expanded role, and I guess he did view this as a

5    more limited role.

6        Q    During that conversation with Garry

7    McGiboney, when you advised him about the public

8    health liaison role --

9        A    Yes.

10       Q    -- did you also share that he would no

11   longer be overseeing school climate and PBIS?

12       A    It was more specific about this needed to

13   be like a full-time focus and position.  With

14   everything going on, there was plenty for this

15   person to do and we didn't want the other items on

16   his plate during this time.

17           So it wasn't just around PBIS or the other

18   things he oversaw.

19       Q    Did you identify that someone else would

20   be taking over those responsibilities?

21           MR. BELINFANTE:  Object to form.

22       A    I'm not sure if that came up or not.

23       Q    Okay.

24       A    It was a pretty short decision.

25       Q    I understand.  After he took on the public



1    health liaison role, did he communicate any

2    dissatisfaction with you?

3        A    No.

4        Q    Did he reach out to you about the role and

5    wanting to discuss it?

6        A    I don't -- I don't believe so.

7        Q    Did Garry McGiboney express why he decided

8    to leave GaDOE and retire?

9        A    He did not.

10        Q    Earlier you said that there was a desire

11    to focus on practices that the local educational

12    agencies were completing to improve school climate?

13        A    That's correct.

14        Q    Are those programs eligible for state

15    funding?

16        A    They would be, yes.

17        Q    And Justin Hill is in favor of the local

18    educational agencies expanding this role?

19        A    Yes.  I would say he has a more broader

20    approach that's been there in the past.

21        Q    Has PBIS practice -- have the PBIS

22    practices changed in any other ways since Garry

23    McGiboney has left?

24        A    I think greater coordination with another

25    large program, MTSS.



1              So that was another I think barrier under
2    Dr. McGiboney, as there wasn't a lot of
3    collaboration with other areas of the agency.  So
4    under Justin there's been stronger collaboration
5    between those two groups.
6         Q    Who oversees MTSS?
7         A    He does now, but it was in a separate part
8    of the organization.  Now it's been pulled together
9    so that that collaboration can strengthen.  But even
10   before that restructure, he built a lot of
11   relationships between that team and his team.
12        Q    And what is MTSS?
13        A    Multitier systems of support.
14        Q    And how does it -- how does it work with
15   PBIS?  How does it --
16        A    So it's --
17             MR. BELINFANTE:  Object to the form.
18        A    In my opinion, it folds PBIS into a larger
19   framework.  MTSS is academic and nonacademic
20   interventions and supports and how those things work
21   together to support students, and PBIS is more
22   strictly a behavioral approach.  So it's one, one
23   part of that two-sided framework.
24        Q    Thank you.  Does Justin Hill work with the
25   regional GNETS programs related to MTSS and PBIS?



1       A    I'm sure there's some interaction but I

2  don't know the extent.

3       Q    Thank you.

4            Are you familiar with the term "inclusive

5  practices"?

6       A    I would not be.  That seems to be pretty

7  generic, so I have to have that one defined for me.

8       Q    Have you heard the term "inclusive

9  practice" in relation to students with disabilities?

10  Have you heard that as a phrase?

11       A    I have not.

12       Q    Have you worked to advance the inclusion

13  of students with disabilities in general education

14  environments in Georgia?

15       A    I believe so.

16       Q    In what ways?

17       A    There's a Universal Design for Learning.

18  That's an approach that's supposed to make academic

19  access broader for students with disabilities, and I

20  know that's something that we've tried to champion

21  across the agency in our curriculum team and also

22  our assessment team.

23            And also high leverage practices that

24  students with disabilities benefit -- benefit from.

25  That's something we try to embed in all of our --



1    most of our instructional resources, that gen ed

2    teachers receive as well.

3        Q    High leverage practices?

4        A    Yes.

5        Q    You said there was a Universal Design for

6    Learning?

7        A    Yes.

8        Q    Is that the name of it or are you

9    referring to a design?

10        A    That's the name of it.

11        Q    Thank you for clarifying.

12        A    No problem at all.

13        Q    How long have you -- has GaDOE bean using

14    this Universal Design for Learning?

15        A    It was in place before I arrived in this

16    position.  We just continued to strengthen that as I

17    am in this position.

18        Q    Who oversees this?

19        A    It falls in our Special Education Team but

20    it's definitely something we embedded in other teams

21    of the agency, like Teaching and Learning and

22    Assessment.

23        Q    And then the high leverage practice, who

24    oversees that?

25        A    That's in Special Education again, but



1  that's been a good collaboration between them,

2  School Improvement, Teaching and Learning.

3      Q    Have these been implemented in the

4  regional GNETS programs as well?

5      A    If they're using our resources, it's

6  embedded in a lot of our resources.

7      Q    Mr. Jones, I'm going to show you an

8  exhibit that was previously introduced as

9  Plaintiff's Exhibit 265.

10         MS. TUCKER:  The copy, on the record, does

11     not have a sticker, though, if you want to add

12     it.

13         (WHEREUPON, Plaintiff's Exhibit-265 was

14     previously marked for identification.)

15         (Discussion ensued off the record.)

16  BY MS. TUCKER:

17     Q    Mr. Jones, this is a PDF document that's

18  available online.  It's called the "Inclusive

19  Leadership Breakout."

20         Have you seen this document?

21     A    I'm aware of the program.  I'm not sure if

22  I've seen this specific document before.

23     Q    And what is this program?

24     A    I just know it was supported by CCSSO,

25  which is a professional organization for state



 1  school superintendents, and then it had to do with

 2  special education and leadership.

 3           That's the extent of my knowledge.

 4      Q    On the second page, do you see where it

 5  says, "Agenda, The Georgia Study and Case Study"?

 6      A    Yes.

 7      Q    With Zelphine Smith-Dixon and Wina Low?

 8      A    Yes.

 9      Q    And then a panel conversation?

10      A    Yes.

11      Q    Did Zelphine Smith-Dixon or Wina Low

12  discuss this with you prior to presenting?

13      A    I think, I think I knew they were

14  attending but they didn't tell me the details of the

15  event.

16      Q    Did they tell you --

17      A    Or what they -- the case study itself.

18      Q    Did you ask questions related to it?

19      A    I did not.

20      Q    How did Georgia come to be involved in

21  this initiative?

22      A    We regularly receive invitations for lots

23  of different things like that, like this, that CCSSO

24  sponsors on a wide variety of topics.

25      Q    Do you know if Georgia is still involved?



1      A      I don't believe we are still involved.

2      Q      Do you know when participation ended?

3      A      I think a year or two ago.

4      Q      And why?

5      A      I think it was -- one was the changing --

6    Zelphine was leaving.  It was more something she

7    personally pushed, and we wanted to give Wina Low,

8    who became the new director, an opportunity to

9    assess all the programs and initiatives that were

10   going on and decide which one to continue and which

11   ones not to continue.  That was the primary reason.

12     Q      Are there ways Georgia is still working to

13   advance inclusive leadership?

14     A      I'm sure there is.

15     Q      Do you have an example?

16     A      I don't know of any specific examples, but

17   I'm sure it's taking place.

18     Q      Thank you.

19            We spoke a little bit about DBHDD earlier.

20   Do you recall that?

21     A      I do.

22     Q      And I believe you recalled one meeting

23   related to the GNETS program and DBHDD?

24     A      Yes.  It came up in that meeting, but I

25   believe I said it was either a new agency head or



1    the new chief of staff was coming into the role.

2        Q    As chief of staff, how do you generally

3    coordinate with DBHDD?

4        A    Very limited coordination.

5        Q    On what issues?

6        A    I'm having a hard time thinking of issues

7    that I directly coordinate with.  Most of mine is

8    specifically around the P20 organizations that I

9    mentioned earlier, like the University System of

10   Georgia, the Technical College, the Professional

11   Standards Commission, DECAL.

12       Q    Any standing meetings that you and DBHDD

13   representatives both attend?

14       A    Yes.  There was one that I was a part of

15   for -- I only went to two meetings, but a System of

16   Care meeting.  It involves probably 20 or 30

17   agencies and organizations, and I know DBHDD is a

18   part of that, but I have pretty limited involvement.

19           Like I said, I think I sat in on two

20   meetings and identified a better person to sit in on

21   those meetings.

22       Q    Who is that person?

23       A    Mary Lauren Salvatore.

24       Q    What is her position?

25       A    She's over Integrated Wellness at the



WILLIAM MATTHEW JONES                                     January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                      300

 1  department.

 2      Q    She's someone that reports directly to

 3  you?

 4      A    She reports to Justin Hill and Whole

 5  Child.

 6      Q    What is the System of Care?

 7      A    It's supposed to be better coordination

 8  across state agencies to support nonacademic care

 9  for families in the State.

10      Q    Of the meetings you've attended with

11  DBHDD, has DBHDD leadership attended?

12      A    The one time there was, like I said, the

13  agency head or the chief of staff.  Other than that,

14  no.

15      Q    Can you remind me what was discussed

16  during that one time?

17      A    It was more of an introductory meeting.

18  Hey, I just came onto this new role, let's

19  strengthen our relationship, just wanted to make

20  sure you know who the point of contact is.  That

21  type of thing.

22           It was more just an orientation

23  relationship meeting than anything else.  We didn't

24  really get into specifics around anything.

25      Q    Would you say the relationship has been



1    strengthened since that meeting?

2        A    That person has moved on to another

3    agency, so I would say it started off with a

4    positive tone but did not last very long because

5    there were some changes within that agency as well.

6        Q    And their counterpart has not reached out

7    again?

8        A    That's correct.

9        Q    And GaDOE has not reached out?

10       A    I have not reached out.

11       Q    Okay.  During that meeting, the

12   orientation get-to-know-you meeting, was there a

13   discussion about providing mental health services to

14   public school students?

15       A    I believe so, yeah, at a very high level.

16       Q    Was the Apex program discussed?

17       A    Yes.

18       Q    And what's the Apex program?

19       A    A program through DBHDD where they work

20   with local districts to identify mental health

21   professionals to push into schools, to support

22   students.

23       Q    Does GaDOE generally collaborate with

24   DBHDD on providing mental health services in

25   schools?



1    A     It's a pretty limited collaboration.

2    Q     And where would that collaboration happen?

3    A     Um, between the office of the Whole Child

4    recently and DBHDD.

5    Q     What about with respect to Trauma Informed

6    Care?

7    A     Yeah, that could be another example as

8    well.

9    Q     Would that also be someone in the Whole

10   Child Office?

11   A     Yes.

12   Q     What about Mental Health First Aid?

13   A     Yes.

14   Q     Same --

15   A     That's the Whole Child as well, yes.

16   Q     What about Project AWARE?

17   A     Yes.  Whole Child as well.

18   Q     Any other mental health programs where

19   there's collaboration between the agencies?

20   A     I think Mental Health First Aid is another

21   collaborative.

22   Q     Any other?

23   A     That's all that I can recall.

24   Q     And why would you describe the

25   collaboration as limited?



1      A    I think it's just they've had a lot of

2    churn in their agency.  We've had some churn in our

3    agency as well.  So I think it's been difficult to

4    form a steady footing for that collaboration to take

5    place.

6          I think we have good relationships, but I

7    wouldn't say strong relationships, just because of

8    the situation and the time that it takes to build

9    those relationships.

10     Q    So just folks leaving and new folks coming

11   in?

12     A    Yes.

13     Q    Does anyone in GaDOE collaborate with

14   DBHDD related to GNETS?

15         MR. BELINFANTE:  Object to form.

16     A    I'm not sure if they do or not

17   specifically to that program.

18     Q    When Nakeba Rahming was GNETS program

19   manager, did she coordinate with DBHDD on GNETS?

20     A    I would assume there was some coordination

21   given Clara Keith's role at DBHDD.

22     Q    Would you say it's important that DBHDD

23   and GaDOE coordinate with respect to addressing the

24   mental health needs of students in Georgia?

25         MR. BELINFANTE:  Object to form.



1     A    I always think there's more room for
2  better collaboration and coordination.  I don't know
3  if that's specifically.  I would point out DBHDD as
4  an area that I think we're charged to continually to
5  grow relationships and strengthening collaboration,
6  and I think DBHDD could be an example, or an area
7  for us to focus on.
8     Q    Do you think there's a need to strengthen
9  collaboration related to mental health services for
10  students in Georgia?
11          MR. BELINFANTE:  Object to form.
12     A    I don't know if I -- I have the expertise
13  to really weigh in on that, but I would see the
14  primary charge of DBHDD is the mental health, so
15  they should be the ones spearheading specifically
16  those services because that's really their mission
17  to do so.
18     Q    And your charge relates and GaDOE relates
19  to students, right?
20     A    Or education.  Primarily educational and
21  instructional issues.
22     Q    What does GaDOE contribute toward
23  addressing the mental health needs of students in
24  Georgia?
25          MR. BELINFANTE:  Object to form.



1       A     Investment in some programs.  You

2  mentioned some of those programs and we're a

3  contributor of those.

4            I would say our ten year -- the last eight

5  years there's been more emphasis on mental health

6  than nonacademic needs of wellness.

7            The establishment of the Office of the

8  Whole Child was really to show that we were focused

9  on those nonacademic things because, quite frankly,

10  the typical in education reviewed as the educational

11  experts and not really supposed to be handling the

12  other things.  And so we wanted to kind of show that

13  those other pieces matter, those nonacademic pieces

14  matter, and so standing up that office and starting

15  to coordinate some of the programs we already had on

16  the books I think would also put us in a better

17  position of forming relationships with external

18  partners, because they would have one place to go to

19  within the agency besides it kind of being piecemeal

20  across the organizational structure.

21            So that's something we've done over the

22  last eight years.

23       Q    With the Whole Child Office, has there

24  been increased funding related to the mental health

25  needs of students within GaDOE?



WILLIAM MATTHEW JONES                          January 10, 2023
UNITED STATES vs STATE OF GEORGIA                          306

```
 1        A    Yes, I would say so.

 2        Q    Has there been guidance by GaDOE to the

 3   general education schools or all schools, public

 4   schools, let's say, related to mental health

 5   services for students?

 6        A    There --

 7             MR. BELINFANTE:  Object to form.

 8        A    I would say that the primary focus has

 9   been coordination and collaboration internally.

10   Like I said, it was kind of fragmented across the

11   agencies.  So our focus has been pulling that

12   together as one team.

13        Q    And then where is this increased funding

14   from?

15        A    Different sources.  State, federal.

16        Q    And what is the funding used for?

17        A    Mental health training, prevention

18   training, employee assistance programs for all the

19   teachers and education support staff in the State of

20   Georgia.

21             So it covers a lot of different areas

22   that's within wellness or mental health.

23        Q    Is it important that students are able to

24   access appropriate mental health services in their

25   schools?
```



1      A    I think it can't be on the schools to

2   provide those services because, to my point -- to be

3   the sole provider of those services because, to my

4   point, there's lots of other entities and partners

5   that their main mission is to provide those

6   services.

7           So it's important to pull them in and have

8   additional resources to provide those services to

9   students.

10      Q    Do you think there's any benefit of

11   offering those services within the school?

12      A    I think that's something that definitely

13   parents and families have to be involved with the

14   decision-making of that.

15      Q    Can you think of any examples of this

16   happening?

17      A    Yes, I can.

18      Q    Can you share?

19      A    The Apex program would be an example.

20           MS. TUCKER:  I'd like the court reporter

21       to mark this document as Plaintiff's Exhibit

22       839.

23           (WHEREUPON, Plaintiff's Exhibit-839 was

24        marked for identification.)

25



```
 1    BY MS. TUCKER:
 2        Q    This is a July 5th, 2016 email from Nakeba
 3    Rahming to you.  The subject reads:  "Trauma
 4    Informed Care Information," and there are three
 5    attachments.
 6            The Bates number on the bottom of the
 7    first page of the document reads GA03468577.
 8            Do you recognize this email, Mr. Jones?
 9        A    Yes, I do.
10        Q    Let's look at Nakeba Rahming's first
11    sentence.
12            Do you see where she wrote, quote:  "Here
13    are the documents that are guiding our planning for
14    implementation" -- excuse me -- "for implementing an
15    integrated approach for therapeutic and mental
16    health support."  The first sentence.
17        A    Yes.
18        Q    She is speaking about an integrated
19    approach for the GNETS program, correct?
20        A    I think it could be one that all, all
21    districts take advantage of, all LEAs.
22        Q    Looking at the bottom of the email, this
23    was sent when she was the GNETS program manager?
24        A    Yes.
25        Q    Does that -- does your answer remain the
```



WILLIAM MATTHEW JONES                                    January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                      309

1   same?

2        A    I think it could have -- it could be used

3   for all LEAs.  Yes, I think it would be an option

4   for LEAs.

5        Q    Okay.  You had directed her to look into

6   this integrated approach?

7        A    I had not.

8        Q    Was this something she raised to you

9   before she wrote this email?

10        A    Not that I can remember.

11        Q    And what is your understanding of the

12   phrase "approach for therapeutic and mental health

13   support"?

14        A    Just I think trying to get competing

15   service models and frameworks in a one service model

16   and one framework.  That's a challenge we have in

17   education.  We have lots of different programs.

18        Q    So trying to integrate --

19        A    Different programs and frameworks into

20   one.

21        Q    Different programs and frameworks based on

22   therapeutic and mental health supports?

23        A    Yes.

24        Q    Looking at the second sentence, it reads:

25   "We have attended the training, obtained significant



1   buy-in from the directors, and have been

2   collaborating with DBHDD and GaDOE Project Aware

3   team to support us with implementation."

4            Do you see that?

5       A    I do.

6       Q    Do you -- when she writes directors, who

7   is she referring to?

8       A    I would assume GNETS directors.

9       Q    The regional program directors?

10      A    Yes, that's correct.

11      Q    So this was collaboration with DBHDD to

12  provide integrated therapeutic and mental health

13  supports within GNETS?

14      A    That is correct.

15      Q    With whom from DBHDD did you all work on

16  this with?

17      A    I'm not sure who she was working with on

18  this.

19      Q    Did it happen?

20      A    Yes, I believe that program has continued.

21      Q    And what program is that?

22      A    The Trauma Informed Care.

23      Q    It has continued within the regional GNETS

24  programs?

25      A    Yes, and other school districts in the



1  State.

2      Q   Her -- the sentence we just read also

3  references GaDOE Project AWARE.  What is that?

4      A   Just a grant funded team, and Project

5  AWARE is a mental health grant we received from the

6  Federal Government.

7      Q   And do you believe this integrated trauma

8  informed care is ongoing in all regional GNETS

9  programs?

10     A   I believe it's happening in the State.

11  I'm not sure what specific sites or what specific

12  districts are using it.

13         MS. TUCKER:  I'd like the court reporter

14      to mark the following document as Plaintiff's

15      Exhibit 840.

16         (WHEREUPON, Plaintiff's Exhibit-840 was

17       marked for identification.)

18  BY MS. TUCKER:

19     Q   Mr. Jones, this is a September 16, 2016

20  email from Zelphine Smith-Dixon to the K12 special

21  education directors, and you and Deborah Gay are

22  copied.

23         The subject reads:  "Friday, September

24  16th E-mail Blast," and there are three attachments.

25         The Bates number on the bottom of the



1   first page is GA0347306.

2           And this was produced to us by the State.

3           Do you recognize this email?

4       A    Yes.

5       Q    And when it was sent, the email says it

6   was sent to the K12 Special Education Directors.

7   Does that mean -- what does that mean?

8       A    All the special education directors in the

9   State of Georgia.

10      Q    Looking at the first line of her email, do

11  you see where Zelphine Smith-Dixon wrote:  "It was

12  great seeing many of you at the LEA Collaborative

13  GNETS Meeting, SELDA Meeting, and Parent Mentor

14  Partnership Conference."

15      A    Yes.

16      Q    What is an LEA Collaborative GNETS

17  Meeting?

18      A    I believe it's similar to that regional

19  meeting that I attended in Macon.

20      Q    And how often are they held?

21      A    I'm not sure of the frequency at this

22  time.

23      Q    And you've attended the one --

24      A    Just the one.

25      Q    Did you attend this one as well?



1        A    I didn't.  That's not the one.  I did not

2   attend that one.

3        Q    What is SELDA, S-E-L-D-A?

4        A    I believe it's a national technical

5   assistance center, but I'm not sure.

6        Q    Okay.

7        A    I've not worked directly with them.

8        Q    And do you see where Zelphine Smith-Dixon

9   continued:  "Ms. Nakeba Rahming, GNETS Director, has

10  shared the LEA Collaborative presentation, which is

11  attached to the blast."

12       A    Yes.

13       Q    Okay.  Let's turn to that attachment.

14  It's the second attachment starting with Bates No.

15  GA0347308.

16            MS. TUCKER:  And for the record, like the

17       other PowerPoints, this reads -- this has the

18       wrong date in the left corner of the slides.

19       It should be 9/12/2016.

20       A    Okay.  And I did not open these

21  attachments when I received this email.

22            MS. TUCKER:  Josh, do you agree?

23            MR. BELINFANTE:  I agree with that.

24            If you'll hang on one second, it looks

25       like there's -- well -- all right.  Nevermind.



WILLIAM MATTHEW JONES                                    January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                    314

1          We're good.
2               MS. TUCKER:  Okay.
3     BY MS. TUCKER:
4          Q    So you did not open --
5          A    I did not.
6          Q    Have you seen this before?
7          A    No.  She sent these every Friday, so I
8     didn't pay specific attention to these.
9          Q    Let's actually turn to the second page.
10              It says Welcome message from Matt Jones.
11              I'm looking at the PowerPoint again with
12    GA03473078.
13         A    Okay.
14         Q    Do you see it?
15         A    Yes.
16         Q    And it says:  "Welcome to the LEA
17    Collaborative"?
18         A    So this is the one I attended.
19         Q    This is the one?
20         A    Yes.  This was the slot that I had.
21         Q    But you had not seen this before?
22    Meeting?
23         A    I only stayed for my part of that program,
24    the very beginning, then I left.  So I didn't have a
25    sense of what the rest of the slide said.



1      Q    Okay.  Well, let's still turn to the

2    fourth slide, the page that ends in .004.

3           Do you see it?

4      A    Yes.

5      Q    Okay.  And am I correct that this table

6    represents GNETS Challenges Identified?

7      A    From my few seconds looking at it --

8      Q    Okay.

9      A    -- I think it captures some, some

10   identified issues.

11     Q    Underneath Therapeutic Services, do you

12   see where it reads:  "Therapeutic services allegedly

13   available in GNETS regions are often not readily

14   available."

15     A    I do see that.

16     Q    Do you agree that was an identified

17   challenge that you -- do you agree that's an

18   identified challenge?

19          MR. BELINFANTE:  Object to form.

20     A    I would need to -- I mean to me this kind

21   of goes back to the evaluation Nakeba did on the

22   staffing and the follow-up discussions from that,

23   and where that is on the timeline with this point.

24     Q    Okay.  Had you heard outside of this

25   document or today that there were concerns about



1   therapeutic services being available in the GNETS

2   program?

3            MR. BELINFANTE:   Object to form.

4      A    I heard there were opportunities for those

5   to be enhanced in the program.

6      Q    Let's turn to the slide, the seventh

7   slide, so ending in .007.

8            Let me know when you're there.

9      A    Yes.

10     Q    Okay.  And you agree with me that the top

11  of the slide reads "State Level Solutions"?

12     A    Yes.

13     Q    Under Therapeutic Services, do you see

14  where it reads:  "The Department of Behavior Health

15  and Developmental Disabilities (DBHDD) and the

16  Georgia Department of Education collaborative

17  planning meetings"?

18     A    Yes.

19     Q    And are you aware of what those meetings

20  -- or how often those meetings were happening?

21     A    Not how often but I knew they were taking

22  place.

23     Q    Okay.  And who attended?

24     A    I would assume Nakeba from our end

25  attended that.  Probably other staff members that

1   were involved maybe in Project AWARE and some other

2   related initiatives, and I'm not sure who attended

3   from DBHDD.

4       Q    Okay.  Were any questions stemming from

5   those meetings raised to you?

6       A    No.  Just the -- those conversations -- or

7   discussions were occurring.

8            MS. TUCKER:  I'd like the court reporter

9       to mark the following document as Plaintiff's

10      Exhibit 841.

11           (WHEREUPON, Plaintiff's Exhibit-841 was

12        marked for identification.)

13  BY MS. TUCKER:

14      Q    This is a June 9, 2020 email from Ashley

15  Harris to Stacey Suber-Drake and you're copied.

16           The exhibit reads "DBHDD Contract," and

17  there are two attachments

18           The Bates number on the first page of

19  document is GA03545055.

20      A    Yes.

21      Q    Do you recognize this email?

22      A    I do.

23      Q    Who is Ashley Harris?

24      A    She was over the Office of the Whole Child

25  before Justin assumed that position.



1      Q     Did her position -- how did her position

2    work with the GNETS program?

3      A     She was just over coordinating nonacademic

4    support.  So I guess that would be the tie-in with

5    the GNETS program.

6      Q     Am I correct this email and the attachment

7    relate to a jointly funded position with GaDOE and

8    DBHDD?

9      A     Yes.

10     Q     What was the reason for this role?

11     A     I believe she had the idea as an

12   opportunity to strengthen the relationship between

13   the two agencies.  So this was a way for us to

14   provide funding in a position that could liaison

15   between our agency and DBHDD.

16     Q     And by she, you mean Ashley Harris?

17     A     That's correct.

18     Q     Did you concur with her thoughts to

19   strengthen the relationship?

20     A     I supported it.

21     Q     And who was hired for this joint position?

22     A     I believe it was Monique.  I can't

23   remember her name specifically.

24     Q     Is she still --

25     A     Yeah, Monique -- Monica Johnson.  I



1    apologize.

2        Q    It says Monica Johnson is the director of

3    the Division of Behavioral Health?

4        A    I think she -- I'm trying to remember the

5    dynamics, that we supported -- I think maybe it was

6    a Monique.  Maybe it sounded like Monica.  I

7    apologize for that.

8        Q    Does Layla Fitzgerald sound familiar?

9        A    Yes.  My apology.  It was Layla.

10       Q    No problem.

11       A    Hard enough with the DOE names, now you're

12   quizzing me on DBHDD's.

13       Q    Understood.

14            Did Layla Fitzgerald work on GNETS?

15       A    I'm not sure if she worked specifically

16   with GNETS.  I know there was just coordination

17   between her and DBHDD and Ashley.

18       Q    Do you recall any discussions surrounding

19   whether Layla Fitzgerald should work on GNETS?

20       A    I don't recall any decisions.

21       Q    If you turn to Part D of -- let me find

22   the page.  One second.

23            If you go to Attachment 3, the Bates

24   number reads GA03545064.

25            Do you see that page?



1        A     Yes.

2        Q     Looking to Part D under responsibilities

3   for this position, being the jointly funded

4   position, do you see that?

5        A     Yes.

6        Q     Do you see where the third bullet reads

7   "Identifying gaps, organize and facilitate training

8   for support for schools, districts in the GNETS

9   Programs"?

10       A     I do.

11       Q     Do you understand that is happening?

12       A     I believe so.  I don't know when this

13  contract expired.

14       Q     Is it expired?

15       A     June 30th, 2021.

16       Q     Is Layla Fitzgerald still working with

17  you, with GaDOE?

18       A     I believe so.

19       Q     So would that be under a new contract?

20       A     I believe so.

21       Q     And are you saying you're not sure if her

22  responsibilities changed?

23       A     That's correct.

24       Q     But in the past, this was part of her

25  responsibilities?



1        A    Yes, during this time period.

2        Q    Did -- earlier we spoke a little bit about

3    the Georgia Apex program?

4        A    Yes.

5        Q    What is your understanding of why it was

6    created?

7        A    Um, it was created before I arrived in

8    this position, and my understanding is just it had

9    support from the Governor.  He's increased the

10    amount of funding in his budget, and that's really

11    my understanding of the program.

12        Q    How did you learn of the program?

13        A    Really initially I had heard about it but

14    it really came on my radar when the Governor's

15    proposal to increase funding for the program,

16    because of course we were getting questions from

17    districts about what this would mean.  So I tried to

18    learn a little bit more about the program at that

19    point.

20        Q    And when was that?

21        A    Probably four years ago.

22        Q    And do you agree that the Apex program

23    provides school-based mental health services to

24    students in Georgia public schools?

25        A    That's my understanding.

1    Q    And do you agree that DBHDD is the Georgia

2    State agency with the primary responsibility over

3    the Apex program?

4    A    Yes.

5    Q    How do the Apex services and supports get

6    into the schools?

7    A    I don't have that knowledge.  They work

8    directly with the school systems.  We're not

9    involved in that process.

10   Q    Would you agree with me the program

11   involves a partnership between a Community Service

12   Board and the school?

13        MR. BELINFANTE:  Object to the form.

14   A    I don't know that specifically.

15   Q    Have you heard -- or do you have an

16   opinion whether Apex is an effective program?

17   A    The district seems supportive when the

18   funding announcement came.  The only other key

19   feedback I received is just a challenge of finding

20   professionals to fill those roles.

21   Q    And are the districts that were -- did you

22   hear directly from the districts?

23   A    Yes.

24   Q    From which districts?

25   A    I can't recall what specific districts.



1        Q    Does it help children to have access to

2    mental health services in their schools and

3    communities?

4        A    I think it's a positive when done

5    correctly.

6        Q    Have you heard that the Apex --

7             MS. TUCKER:  Scratch that.

8    BY MS. TUCKER:

9        Q    Are you aware that Georgia receives

10   federal funding through a mental health -- for

11   mental health services through a Substance Abuse and

12   Mental Health Services Administration grant?

13            MR. BELINFANTE:  Object to form.

14       A    I've heard of receiving grant funds but I

15   don't know the specific names of the grants.

16       Q    What is your understanding of GaDOE's role

17   with respect to Apex program?

18       A    I view it as a primary program from DBHDD,

19   that they run and administer the program.  For us

20   it's more informational.  So if we get questions

21   about the program, we can answer high level

22   questions, but its owned by the department, DBHDD.

23       Q    Is there an Apex contact that you -- that

24   the agency routes questions to?

25       A    Not at my level.  Not that I know of.



1    Q    What is the target population for the Apex

2  program?

3    A    I'm not sure what the target population

4  is.

5    Q    Would you agree that DBHDD does not allow

6  Apex services to be provided in the GNETS centers

7  within the regional GNETS programs?

8    A    I wouldn't know if they do or they don't.

9    Q    That's not something you've heard?

10    A    That's not something I've heard.

11    Q    Have you provided any input related to

12  Apex and GNETS centers?

13    A    No.  The only input I provided is just the

14  feedback we've heard around the difficulty in

15  finding professionals for those positions.  Because

16  that's the only feedback we've received.

17    Q    Are the services available through Apex

18  also available in the regional GNETS programs?

19    A    I'm not sure if they are or not.

20    Q    Do you think that GNETS students could

21  benefit from Apex services?

22        MR. BELINFANTE:  Object to form.

23    A    I think students can benefit from mental

24  health supports and services, but I know don't know

25  enough about the Apex program specifically to judge



1    that program and it's effectiveness.

2        Q    Are you aware the Apex program requires

3    its providers to provide evidence-based mental

4    health services?

5        A    No.

6        Q    Do regional GNETS programs require

7    providers to provide evidence-based mental health

8    services?

9        A    I'm not sure if they do.

10       Q    Are you aware the Apex program provides

11   mental health services during the summer?

12       A    I'm not aware of that.

13       Q    Is there an importance to continuing

14   services through the summer for students with EBD?

15       A    I'm not an expert in that.  I would have

16   to learn more about that.

17       Q    Does GNETS provide mental health services

18   during the summer?

19       A    I'm not sure if they do.

20       Q    Do you know if GNETS coordinates mental

21   health services for students during the summer?

22            MR. BELINFANTE:  Object to form.

23       A    I'm not sure if they do.

24            MS. TUCKER:  I'd like the court reporter

25       to mark the following document as Plaintiff's



```
 1        Exhibits 842.
 2               (WHEREUPON, Plaintiff's Exhibit-842 was
 3         marked for identification.)
 4    BY MS. TUCKER:
 5        Q    This is a July 31st, 2018 email thread
 6    between Gary Wenzel and you.  This was produced to
 7    us by the State.
 8               The subject reads:  "Georgia School
 9    Superintendent's Teacher Advisory Council scheduling
10    a meeting at the Georgia Aquarium."
11               The Bates number on the bottom of the
12    first page reads GA03512298.
13               Do you recognize this email thread?
14        A    I do.
15        Q    Who is Gary Wenzel?
16        A    He's currently part of our rural education
17    team.
18        Q    And what position did he hold at the time
19    of this email?
20        A    He was, I believe, in School Improvement.
21        Q    And when did he make the change to the
22    rural education team?
23        A    A year ago when that office was created.
24        Q    And is Gary Wenzel a direct report to you
25    currently?
```



WILLIAM MATTHEW JONES                                    January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                    327

1        A     He is not.

2        Q     Was he at this time of this email?

3        A     No, he wasn't.

4        Q     Let's look at his email dated July 27,

5    2018, sent at 5:41 p.m.

6              Do you see it?

7        A     Yes.

8        Q     Okay.  Look to No. 2.

9              Do you see where Gary Wenzel writes:

10   "Georgia's alternative schools reconceptualization -

11   I have researched other states -- Colorado and

12   Minnesota have in place area learning centers

13   equivalent to our GNETS - if this is a viable

14   direction in your estimation I will gather more

15   information and work up a perspective to consider

16   the pros and cons."

17             Do you see that?

18       A     I do.

19       Q     Did you ask Gary Wenzel to do research on

20   other states?

21       A     I did not.

22       Q     Okay.  Do you know why Gary Wenzel did

23   this research and sent it to you?

24       A     Gary is a great guy but he takes things

25   and runs with them sometimes.



1   Q    Did you ask him why he sent this point to

2   you?

3   A    You kind of get used to it with Gary.  So,

4   no, it didn't come up in a specific conversation on

5   why he chased that specific thing down.

6        That explains the next page with the fish,

7   just as flare.

8   Q    Understood.

9        So in the email with the No. 2, he writes

10  that he was looking at alternative schools

11  reconceptualization?

12  A    Yeah.

13  Q    And what did that mean?

14  A    He had heard -- the superintendent, one of

15  his experiences was head of an alternative school

16  and he had heard the superintendent express some

17  interest in that -- those schools and that model,

18  and he kind of took that and ran with it.

19  Q    Would that fall under the Office of School

20  Improvement where he sat?

21  A    Yes.

22  Q    Alternative schools.

23       And he mentions GNETS, right?

24  A    Yes.

25  Q    Would you classify GNETS as an alternative



1  school?

2       A    No.

3       Q    How would you characterize GNETS?

4       A    As a program, and that's centrally

5  services that are provided.

6       Q    And what are the area learning centers he

7  refers to?

8       A    I'm not sure.

9       Q    And he said that if it was a viable

10  direction, he would do more research, correct?

11       A    That's correct.

12       Q    Did he do more research?

13       A    I don't believe he did.  None was shared

14  with me.

15       Q    Let's look at your reply sent on July

16  31st, 2018, at 3:57 p.m.

17       A    Yes.

18       Q    Do you see where you write:  "Reach out to

19  Geri"?

20       A    Yes.

21       Q    And this says there's a No. 2 before it?

22       A    Yes.

23       Q    So was that your response to his Georgia

24  alternative schools reconceptualization?

25       A    I think it was not really giving him a



1    response to that.  I was really focused on his

2    sign-off with let's do lunch and I was just agreeing

3    to do lunch.

4        Q    And who's Geri?

5        A    Geri is the administrative assistant.  So

6    I was asking her to schedule us a lunch because he

7    left the email, let's do lunch.

8        Q    During that lunch did he discuss his

9    Georgia alternative school reconceptualization

10   research?

11       A    Not that I can recall.  It had -- from my

12   understanding, it had mostly to do with the Teacher

13   Advisory Council, because that was what was coming

14   up, and Celeta Thomas, who he was a friend with,

15   talking about her.

16            I don't think we got to No. 2 at that

17   lunch.

18       Q    Did you --

19       A    He can be a little chatty.

20       Q    Did you follow up with any questions in

21   the future?

22       A    I did not.

23       Q    And he did not raise this again?

24       A    He did not.

25       Q    Are you aware of other states with



1    programs comparable to GNETS?

2       A    I'm not -- all I have to go on is I guess

3    what Gary mentions here, and also I know the

4    communication Nakeba shared when she was doing an

5    evaluation as well.

6       Q    With Gary's email here, he was looking at

7    other alternative schools?

8       A    I'm not sure if he was looking at those or

9    -- he says equivalent to our GNETS.  So I'm not sure

10   if he was looking at alternative schools or what he

11   felt like was GNETS programs in other states.

12      Q    And you didn't correct him that GNETS was

13   not an alternative school?

14      A    I just skipped over No. 2 and went for the

15   lunch.

16      Q    I hope it was good.

17      A    It was, it was something.

18      Q    Mr. Jones, are you familiar with the

19   Atlanta-Journal Constitution doing a series of

20   articles related to the GNETS program?

21      A    I am.

22      Q    What did you think of those articles?

23      A    I can't say I had a strong opinion one way

24   or the other.  I mean my opinion, most of these

25   articles like to grab audiences.  So that was



1   probably my opinion with those specific articles.

2       Q    With reading those articles, did you have

3   any concerns from the contents?

4       A    I didn't -- I don't remember really

5   digging into them.  I saw the headline and just kind

6   of kept, kept on from there.  So I know there was

7   articles about the GNETS programs.  I might have

8   skimmed maybe the first one.

9            I think there were multiple articles, but

10  I kind of had an understanding of where the AJC was

11  going, so I didn't feel -- it wasn't -- I didn't

12  dive deeper after that point.

13           MS. TUCKER:  This is going to be

14       Plaintiff's Exhibit 843.

15           (WHEREUPON, Plaintiff's Exhibit-843 was

16        marked for identification.)

17  BY MS. TUCKER:

18       Q    The Bates number on the bottom document

19  reads GA03463029?

20       A    Yes.

21       Q    This is an August 7, 2015 email with you

22  and Kenney Moore with the subject "programming."

23           MR. BELINFANTE:  Can I get a copy?

24           MS. TUCKER:  I apologize.

25           I will reintroduce it.



1    Q    It's an August 7, 2015 email thread

2   between you and Kenney Moore with the subject

3   "programming."

4          The Bates number on the bottom of the

5   document reads GA03463029.

6          This was produced to us by the State.

7          Mr. Jones, do you recognize this email?

8    A    I do.

9    Q    Who is Kenney Moore?

10    A    He's our director at the State Schools.

11    Q    And what does that division do?

12    A    They support students that are blind and

13   deaf.

14    Q    Look at the bottom email from Kenney

15   Moore, and do you see in the first sentence where he

16   asks you to chat next week about the potential legal

17   issues with the GNETS student segregation issue?

18    A    Yes.

19    Q    And he then continues, he wants to chat

20   about the potential unattended consequences for the

21   State Schools?

22    A    Yes.

23    Q    Did you speak to Kenney Moore?

24    A    Um, possibly.  I can't remember if we

25   actually had a meeting because I think -- I think we



1    had a brief discussion after I received this, that I

2    didn't see how the two were connected, and I didn't,

3    I didn't share his concerns.  So I'm not sure if

4    that materialized into a meeting after that

5    discussion.

6         Q    And what -- what were his concerns?

7         A    Under the State Schools get to be seen as

8    -- essentially what he talked in the email, that he

9    was afraid that the State Schools could be labeled a

10   certain way.

11        Q    Do you see where you say I suggest we pull

12   in Jennifer?

13        A    Yes.  I'm trying to recall who Jennifer

14   is.

15        Q    That was my next question.

16        A    I don't know who a Jennifer is.

17        Q    Do recall whether you, Jennifer, and

18   Kenney Moore met?

19        A    I don't recall that.

20             MS. TUCKER:  Can we take a quick break.

21             MR. BELINFANTE:  Sure.

22             MS. TUCKER:  Thank you.

23             THE VIDEOGRAPHER:  Off the record at 5:18

24   p.m.

25             (A recess was taken.)



1              THE VIDEOGRAPHER:  Back on the record at

2      5:42 p.m.

3   BY MS. TUCKER:

4      Q    Earlier we were speaking about graduation

5   rates in GNETS --

6      A    Yes.

7      Q    -- and the 2010 audit, correct?

8      A    Correct.

9      Q    Have graduate rates in the GNETS programs

10  improved since 2010?

11     A    I'm not sure.

12     Q    Is this something that you've looked into?

13     A    I've not looked into that.

14     Q    Earlier you expressed concerns about the

15  comparative population in the audit?

16     A    That's correct.

17     Q    Has GaDOE considered pulling out data to

18  compare graduate rates for GNETS students with a

19  population that you believe is more appropriate?

20     A    We have not done that.

21     Q    So you had concerns about this in the 2010

22  audit but did not take steps to identify the

23  appropriate comparator?

24     A    I wasn't there in 2010, so I felt like

25  that part had been settled before I arrived.



1     Q     I understand, but when you read the audit

2   and had those concerns, you didn't take steps after?

3     A     That's correct.

4     Q     Earlier you referred to some churn at

5   DBHDD and GaDOE.  Do you remember that?

6     A     I do.

7     Q     And I'm confirming that you meant -- by

8   churn you meant employee turnover?

9     A     That's correct.

10    Q     And when you refer to churn at DBHDD,

11  which positions are you referring to?

12    A     I don't know specific positions.  That was

13  just the feedback I heard from my Secretary of

14  State's Office.  There had been a lot of changes

15  within that agency.

16    Q     Which staff?

17    A     I think some changes at the top level with

18  leadership, and also some changes at the program

19  level with people they were working with.

20    Q     Was there a turnover in the DBHDD

21  commissioner position?

22    A     I believe so.

23    Q     What about the head of Behavioral Health

24  Services within DBHDD?

25    A     Possibly.



1    Q    What about the head of the Office of Child

2    Young, Adults and Families?

3    A    Possibly.

4    Q    So were you not referring to specific

5    churn then?

6    A    No.  Just a trend overall and how it was

7    impacting the work in the department, from what I

8    was hearing from staff at the department.

9    Q    So by saying possibly, does that mean

10   you're not sure to those answers?

11   A    I'm not sure about the specific positions,

12   but overall I think there was a trend of people

13   coming in and out of that agency.

14   Q    And who in GaDOE expressed these churn

15   comments to you?

16   A    Ashley Harris did, and also I believe

17   Justin Hill also expressed that as well.

18   Q    And Justin Hill is head of the Office of

19   the Whole Child now?

20   A    That's correct.

21   Q    And what is the scope of that office?

22   A    As I mentioned earlier, really nonacademic

23   supports that existed within the agency, trying to

24   pull it up within one umbrella within the

25   organization for better collaboration and



WILLIAM MATTHEW JONES                    January 10, 2023
UNITED STATES vs STATE OF GEORGIA                        338

1   coordination.

2         Q    So what type of nonacademic supports?

3         A    School climate and safety, wellness,

4   mental health.  Those types of supports.

5         Q    How big is his team?

6         A    It's a fairly large team.  I would say

7   that there's probably 70 to 80 staff members.

8         Q    That is large.

9              You said there was turnover into the DBHDD

10  commissioner position?

11        A    I believe there was, yeah.

12        Q    Which commissioner?

13        A    I don't know the specific commissioner.  I

14  think there had been a commissioner there for quite

15  a long time and then there was a change in

16  leadership.

17        Q    And what was the basis for your belief?

18        A    I just remember seeing a press release or

19  announcement from the Governor's Office there had

20  been a retirement and change in the appointment to a

21  high level appointment at DBHDD.

22        Q    And what time period was this?

23        A    I believe there's been multiple changes.

24  I don't know at the commissioner level, but I would

25  say there's probably been one change within the last



 1  -- between now and the pandemic, and there was

 2  probably another change before the pandemic.

 3        Q    So two changes that --

 4        A    That I -- that I can recall.

 5        Q    And I'll just repeat that.

 6             Two changes during your time as chief of

 7  staff that you can recall?

 8        A    Yes.

 9        Q    Are you familiar with any SAMHSA grant

10  held by the State related to mental health services

11  for children and adolescents?

12        A    Yes, I'm aware of those.

13        Q    Which ones are you aware of?

14        A    I know we have multiple SAMHSA grants that

15  deal with that, and that's the extent of my

16  knowledge of the grants.

17        Q    And by "we," do you mean GaDOE?

18        A    Yes.

19        Q    You don't know which grants or what they

20  do?

21        A    I do not.

22        Q    Who would?

23        A    Likely someone on our Special Education

24  Team.  Now, it could be on the Office of Whole Child

25  because that just changed very recently.



1    Q    But you believe that -- or you -- GaDOE

2    does receive funding from SAMHSA?

3    A    Yes.

4    Q    In the course of your position, just from

5    today, it sounds like people send you a lot of

6    emails to keep you posted?

7    A    Yes, that's correct.

8    Q    Correct?  And keep you in the loop.

9         Is it fair to say that you would express

10   concerns if you had them after reading those emails?

11        MR. BELINFANTE:  Object to form.

12   A    Not necessarily.  I think concerns are

13   more raised directly from them.  Like explicitly

14   stated in the email or when we do a check-in or if

15   they reach out proactively to me.  Other than that,

16   it's more informational purposes and I treat it as

17   such.

18   Q    I understand.  If you had a concern from

19   reading an informational email, would you then write

20   back saying your concern or providing your feedback

21   if you were sent it as an FYI?

22        MR. BELINFANTE:  Object to form.

23   A    I think I would try to, but the shear

24   volume of emails I receive and information I

25   receive, I don't think that that's a practice that I



1    consistently apply.

2         Q    Is it your staff's assumption that they

3    provided, you know, an update to you as an FYI and

4    you don't respond that you don't have a concern?

5         A    I think that could be partial

6    interpretation.  I also think they also know the

7    volume of information I receive.  So that -- like I

8    say, there's other avenues they use to explicitly

9    express a concern.  And so I think that's an

10   acknowledgment than just sharing an email.  They

11   have to do a little bit more than that to share a

12   concern with me.

13        Q    What are those other avenues?

14        A    Bring an issue up in a regular check-in or

15   proactively reach out, or reach out to me directly

16   and raise a concern.

17        Q    And those are the one-on-one check-ins?

18        A    Yes.  Or a phone call or explicit email

19   with an ask or request in it.

20        Q    Are you satisfied with the GNETS program?

21             MR. BELIFANTE:  Object to form.

22        A    I always like continuous improvement

23   across the board.  I think if you talk to anyone I

24   supervise, I continue to push them and push all our

25   programs.  I never feel like where something is is



WILLIAM MATTHEW JONES                                      January 10, 2023
UNITED STATES vs STATE OF GEORGIA                                      342

1   where it needs to stay.

2          I feel like part of my job is to try to

3   make something the best it can be across the board,

4   and so to me that -- I don't think any program is at

5   the highest point it can be.  I want to continue to

6   push it in this role and make it the best that it

7   can be.

8      Q    So you're saying that all programs can be

9   improved?

10     A    A hundred percent.

11     Q    How could the GNETS program be improved?

12     A    I would have to think through that a

13  little bit.  I would also want to talk to our

14  content experts, because I also have a belief that

15  they're with a program 24/7, so to speak, and so

16  it's important to get -- I have a very high level

17  view but they have the day-to-day view of things.

18         So having an idea of their thoughts and

19  feedback, and then kind of my position would be

20  based heavily on the people that are closest to the

21  work around a specific program.

22     Q    What about when you were at the Cedarwood

23  Regional GNETS program, was there any area for

24  improvements from your day to day there that you

25  would recommend?



1        A    Not that I witnessed firsthand.

2        Q    So you thought the program was doing a

3   great job, no need for improvements?

4             MR. BELINFANTE:  Object to form.

5        A    Not at that time.  I don't recall thinking

6   of any specific improvements to the program.

7        Q    Would you call the GNETS program

8   successful?

9             MR. BELINFANTE:  Object to form.

10       A    Gauging conversations that I had

11  specifically during that time, when I was working

12  with the program and what I saw from the teachers

13  and support staff, and even conversations with the

14  program, I would say it was successful.

15       Q    The Cedarwood Regional GNETS program?

16       A    Yes.

17       Q    What about the GNETS program as a whole

18  right now?

19       A    I haven't had that level experience with

20  all the sites or programs, so I down know if I could

21  make that type of judgment.

22       Q    What about when -- in 2016, when Nakeba

23  Rahming joined, when you were more deeply involved

24  with the GNETS program, would you consider the GNETS

25  program at that time successful?



1      A    I feel like there were areas that were

2   being effective.  I think, too, what I mentioned,

3   there's always areas of improvement, and it seemed

4   like Nakeba was putting together a plan to support

5   that continuous improvement.

6      Q    And would that be the Project Management

7   Plan we looked at earlier?

8      A    That was part of that.

9      Q    And what improvements did you identify at

10  that time?

11     A    I think she identified those four areas

12  that were on the plan.  So I would be supportive --

13  I was supportive at that point for those to be the

14  focus areas of improving the program.

15     Q    And what were those four areas?

16     A    I would have to reference that.  I think

17  facilities was one, instructional, therapeutic

18  supports, and I think there was another area.

19     Q    What is your current plan for the GNETS

20  program in the future?

21         MR. BELINFANTE:  Object to form.

22     A    I think again that would be conversation

23  that I would want to have with our staff that's more

24  directly involved with that and getting input from

25  them, GNETS directors and other stakeholders on how



1   to move forward.

2            I do think that anything -- it's good to

3   periodically look at what's going on and refresh

4   that to look to the future.  So I think definitely

5   want to make sure the GNETS program, like other

6   programs, are on that sort of cycle, where we're

7   evaluating where we are, where we need to be.

8            But my personal philosophy is that's not a

9   Matt Jones or Superintendent Woods.  That's a path

10  that has to be charted by people that are impacted

11  by the work directly.

12       Q    So who would that be?

13       A    Our staff members:  Vickie; Shaun, who's

14  over Federal Programs; especially the GNETS

15  directors; families; other mental health providers.

16           So whoever touches that program or crosses

17  with that program, I think trying to pull them

18  together and figure out a path going forward.

19       Q    So am I correct in what you just said,

20  that you would wait for that to be brought to you?

21       A    Yes.

22       Q    Is it something that you would talk to

23  Shaun Owen about during her one-on-one's as an area

24  to look into?

25       A    That's typically something that's



1  initiated from their level up versus my level.

2      Q    Do you anticipate the need for any changes

3  in the near future?

4      A    That would be something I would have to

5  have a discussion with Shaun and Vickie about.

6      Q    And have you discussed this with Shaun or

7  Vickie in the last two years?

8      A    Nothing outside of those four buckets.  I

9  would say most of those discussions have stayed with

10  the four -- those four key areas that were

11  identified by Nakeba.

12      Q    A moment ago we spoke about the AJC

13  article series related to the GNETS program?

14      A    Yes.

15      Q    Are you also familiar with a 2017 Atlantic

16  article about the GNETS program?

17      A    I believe so.

18      Q    What about a New Yorker article about the

19  GNETS program?

20      A    Possibly.  I think I remember -- when you

21  say Atlantic, I couldn't remember if it was the

22  Atlantic or the New Yorker, so it could be both.

23      Q    Did you read those articles?

24      A    I remember I think reading one of those

25  articles.



1      Q    Do you recall which one?

2      A    No.

3      Q    Do you recall if you had any concerns

4    after reading the articles that you read?

5           MR. BELINFANTE:  Object to form.

6      A    I can't think of any specific concerns.

7      Q    Did anyone in the Governor's Office reach

8    out to GaDOE about the Atlantic article?

9      A    None of them reached out to me directly.

10   I'm not aware of any of them reaching out to anyone

11   else on our staff from the Governor's Office.

12     Q    How about any member of the state

13   legislature?

14     A    Reaching out to me directly about one of

15   the articles?

16     Q    Uh-hum.

17     A    I can't -- I don't remember a legislator

18   reaching out about the article.

19     Q    How about reaching out to someone else at

20   GaDOE and then you were alerted?

21     A    Not that I remember.

22     Q    Did anyone in the regional GNETS programs

23   reach out to you about any of the articles?

24     A    There was some chat around the articles,

25   but I don't remember any reaching out to me directly



1  about articles.  I think I heard that kind of -- it
2  was more hearsay or hearing from someone else who
3  heard it from someone else versus hearing from
4  someone directly about the articles.
5       Q    And who did you hear this from?
6       A    Probably, and I'm not sure, it could have
7  been Vickie or Shaun or Nakeba, whoever was in those
8  roles at the time.
9       Q    Do you recall any of the concerns they
10  raised from the articles?
11       A    They essentially just said that the
12  articles were out there and people were having
13  questions and had their own concerns more about the
14  perception of the program and questions it was going
15  to generate for them, at the local level.
16       Q    Did GaDOE provide any guidance to the
17  regional GNETS programs following the articles and
18  how they should respond to the public?
19       A    No, not that I'm aware of.
20       Q    Did GaDOE take any actions in response to
21  the Atlantic article?
22            MR. BELINFANTE:  Object to form.
23       A    I can't remember specifically.  I think
24  most of the articles were viewed mostly at a local
25  level lens of even though the programs were lumped



1    together, it was more what was happening locally

2    versus something that was occurring at the State

3    level.

4        Q    So no steps were taken following the

5    articles, related to the articles?

6            MR. BELINFANTE:  Object to form.

7        A    There could have been some discussions

8    around the articles but none that I can recall

9    specifically.

10           One of those could be the one -- the email

11   with Kenney.  I'm not sure we had a meeting on that

12   or something else following that specifically.

13       Q    Are you familiar with the AWARE SAMHSA

14   grant?

15       A    Project AWARE, yes.

16       Q    Are you familiar with the Mental Health

17   Community Block grant?

18       A    I'm not as aware.  I've heard of that

19   grant but I don't know as much about it as the

20   Project AWARE.

21       Q    How about the AIME SAMHSA grant?

22       A    I'm not aware of that grant.

23       Q    For the Project AWARE grant, GaDOE

24   receives funding?

25       A    Yes.



1      Q    The Mental Health Community Block grant,

2  does GaDOE receive funding?

3      A    I'm not sure.

4      Q    And the other one you weren't aware of?

5      A    Yes.

6           MS. TUCKER:  Thank you.

7           THE WITNESS:  Thank you.

8           MR. BELINFANTE:  No questions.

9           THE VIDEOGRAPHER:  We're off the record at

10      5:59 p.m.

11           (Whereupon, the deposition concluded at

12      5:59 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25



1                      C E R T I F I C A T E

2

3    STATE OF GEORGIA:

4    FULTON COUNTY:

5

6            I hereby certify that the foregoing

7    transcript of WILLIAM MATTHEW JONES was taken down,

8    as stated in the caption, and the questions and

9    answers thereto were reduced by stenographic means

10   under my direction;

11           That the foregoing Pages 1 through

12   350 represent a true and correct transcript of

13   the evidence given upon said hearing;

14           And I further certify that I am not of kin

15   or counsel to the parties in this case; am not in

16   the regular employ of counsel for any of said

17   parties; nor am I in anywise interested in the

18   result of said case.

19

20           IN WITNESS WHEREOF, I have hereunto

21   subscribed my name this 16th day of January, 2023.

22

23   _____

24        Wanda L. Robinson, CRR, CCR No. B-1973
              My Commission Expires 10/11/2023
25



1                 D I S C L O S U R E

2     STATE OF GEORGIA   ) VIDEOTAPE DEPOSITION OF
      FULTON COUNTY         WILLIAM MATTHEW JONES - 1/10/23
3                 Pursuant to Article 10.B of the Rules and

4     Regulations of the Board of Court Reporting

5     of the Judicial Council of Georgia, I make the

6     following disclosure:

7                 I am a Georgia certified court reporter.

8     I am here as a representative of Esquire Deposition

9     Solutions, LLC, and Esquire Deposition Solutions,

10    LLC was contacted by the offices of U.S. Attorney's

11    Office to provide court reporter services for this

12    deposition.  Esquire Deposition Solutions, LLC will

13    not be taking this deposition under any contract

14    that is prohibited by O.C.G.A. 9-11-28 (c).

15                Esquire Deposition Solutions, LLC has no

16    contract/agreement to provide court reporter

17    services with any party to the case, or any counsel

18    in the case, or any reporter or reporting agency

19    from whom a referral might have been made to cover

20    this deposition.

21                Esquire Deposition Solutions, LLC will

22    charge the usual and customary rates to all parties

23    in the case, and a financial discount will not be

24    given to any party to this litigation.

25

```
 1                ERRATA SHEET FOR THE TRANSCRIPT OF:

 2    Deponent Name:  WILLIAM MATTHEW JONES

 3    Case Caption:   United States of America vs. State
                      of Georgia, et al.
 4

 5    Case No. :  1:16-cv-03088-ELR

 6        I do hereby certify that I have read all
      questions propounded to me and all answers given by
 7    me on the 10th day of January, 2023, taken before
      Wanda L. Robinson, and that:
 8

 9    _____1) There are no changes noted.

10    _____2) The following changes are noted:

11        Pursuant to state rules of Civil Procedure
      and/or the Official Code of Georgia Annotated
12    9-11-30(e), both of which read in part:  Any changes
      in form or substance which you desire to make shall
13    be entered upon the deposition with a statement of
      the reason given for making them.
14        Accordingly, to assist you in effecting
      corrections, please use the form below:
15

16    CORRECTIONS:

17    _____

18    Page      Line          Change         Reason For Change

19    _____

20    _____

21    _____

22    _____

23    _____

24

25
```



1          CERTIFICATE  OF DEPONENT

2

3      I hereby certify that I have read and examined

4   the foregoing transcript, and the same is a true and

5   accurate record of the testimony given by me.  Any

6   additions or corrections that I feel are necessary,

7   I will attach on a separate sheet of paper to the

8   original transcript.

9

10                     _____

11                         Signature of Deponent

12

13      I hereby certify that the individual

14   representing himself/herself to be the above-named

15   individual, appeared before me this _____ day of

16   _____, 2023, and executed the above

17   certificate in my presence.

18

19

20                     _____

21                           NOTARY PUBLIC

22

23   MY COMMISSION EXPIRES:

24

25

