IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>*v.*<br><br>STATE OF GEORGIA,<br><br>DEFENDANT. | Civil Action No.<br><br>1:16-cv-03088-ELR |

**UNITED STATES' NOTICE OF FILING DEPOSITION TRANSCRIPT**

PLEASE TAKE NOTICE that pursuant to Local Rule 56.1(C), the United States files the following deposition transcript referenced in the United States' Motion for Partial Summary Judgment, Corrected Opposition to Defendant's Motion for Summary Judgment, and materials in support thereof:

- June 9, 2022 Deposition Transcript of Michael Rowland

Respectfully submitted this 8th day of December 2023.

| | |
|---|---|
| RYAN K. BUCHANAN<br>*United States Attorney*<br>Northern District of Georgia<br><br>*/s/ Aileen Bell Hughes*<br>AILEEN BELL HUGHES<br>GA Bar Number: 375505<br>Assistant United States Attorney<br>United States Department of Justice<br>Richard B. Russell Federal Building<br>75 Ted Turner Dr. SW, Suite 600<br>Atlanta, GA 30303-3309<br>(404) 581.6000<br>aileen.bell.hughes@usdoj.gov | KRISTEN CLARKE<br>Assistant Attorney General<br><br>SHAHEENA A. SIMONS<br>Chief<br><br>KELLY GARDNER WOMACK<br>Deputy Chief<br><br>ANDREA HAMILTON WATSON<br>Special Litigation Counsel<br><br>CRYSTAL ADAMS<br>CLAIRE D. CHEVRIER<br>FRANCES COHEN<br>MATTHEW GILLESPIE<br>PATRICK HOLKINS<br>VICTORIA M. LILL<br>JESSICA POLANSKY<br>LAURA C. TAYLOE<br>MICHELLE L. TUCKER<br>Trial Attorneys<br>Educational Opportunities Section<br><br>*/s/ Kelly Gardner Womack*<br>U.S. Department of Justice<br>Civil Rights Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 514-4092<br>kelly.gardner@usdoj.gov<br><br>*Attorneys for the United States* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:16-CV-03088-ELR |
| STATE OF GEORGIA, | |
| DEFENDANT. | |

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

December 8, 2023.

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES