IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| *v.* | 1:16-CV-03088-ELR |
| STATE OF GEORGIA, | |
| DEFENDANT. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MATERIALS OUT OF TIME**

WHEREAS Plaintiff has shown good cause as to why Plaintiff's "Motion For Leave To File Opposition to Defendant's Motion for Summary Judgment and Supporting Materials Out of Time " [Doc. 447] should be granted,

IT IS HEREBY ORDERED that the United States' "Motion For Leave To File Opposition to Defendant's Motion for Summary Judgment and Supporting Materials Out of Time" is **GRANTED**.  [Doc. 447].

SO ORDERED, this 14th day of December, 2023.

_____
ELEANOR L. ROSS
DISTRICT COURT JUDGE