UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| *Defendant.* ) | |

**[PROPOSED]**

**ORDER GRANTING STATE DEFENDANT'S
UNOPPOSED MOTION FOR ORAL ARGUMENT**

The Court has considered the State Defendant's Unopposed Motion for Oral Argument on Defendant's Motion for Summary Judgment, Doc. No. [429]; Defendant's Motion to Exclude Testimony of Dr. Amy McCart and Supporting Memorandum of Law, Doc. No. [431]; and Defendant's Motion to Exclude Testimony of Dr. Robert Putnam and Incorporated Memorandum of Law in Support Thereof, Doc. No. [428], and for good cause shown, the Motion is hereby GRANTED.

SO ORDERED this _____ day of _____, 202__.

_____
ELEANOR L. ROSS, JUDGE
UNITED STATES DISTRICT COURT