IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:16-CV-03088-ELR |
| | * | |
| STATE OF GEORGIA, | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

**O R D E R**
_____

On December 14, 2023, Defendant State of Georgia filed an "Unopposed Motion for Oral Argument" whereby it requests that this Court schedule a hearing regarding three (3) of Defendant's pending motions: (1) Defendant's "Motion for Summary Judgment" [Doc. 429], (2) Defendant's "Motion to Exclude Testimony of Dr. Amy McCart" [Doc. 431], and (3) Defendant's "Motion to Exclude Testimony of Dr. Robert Putnam" [Doc. 428].  [See Doc. 473].  Upon consideration and noting no objection from Plaintiff, the Court **GRANTS** Defendant's motion for oral argument.  [Doc. 473].

Thus, the Court hereby **SCHEDULES** a hearing on the above-specified motions to occur on **Thursday, April 18, 2024, at 10:00 a.m.** in Courtroom 1708, United States Courthouse, 75 Ted Turner Drive, Southwest, Atlanta, Georgia,

30303.  The Court will only hear oral argument from counsel at the hearing.  The Court further **ORDERS** the Parties to file on the docket, **no later than April 4, 2024**, a joint proposed schedule for the hearing that includes how much time each side requests for oral argument on each motion.

    **SO ORDERED**, this 9th day of January, 2024.

                                        */s/ Eleanor L. Ross*
                                        Eleanor L. Ross
                                        United States District Judge
                                        Northern District of Georgia