# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:16-cv-03088-ELR |

## UNITED STATES' MOTION IN LIMINE TO PARTIALLY EXCLUDE TESTIMONY OF DR. ANDREW WILEY, PH.D.

The United States of America, by and through its counsel of record, moves this Court pursuant to Federal Rule of Evidence 702 to partially exclude the testimony of Defendant State of Georgia's designated rebuttal expert, Dr. Andrew Wiley, Ph.D., to wit:

- All opinion testimony contained in, or related to, Section I of Dr. Wiley's Rebuttal Report, including all opinions of Dr. Wiley related to his understanding or analysis of the meaning of any legal requirements of the Individuals with Disabilities Education Act and the Americans with Disabilities Act; and

- All testimony on the Georgia Network for Educational and Therapeutic Support ("GNETS") Program, including any testimony

regarding regional GNETS programs, or the supports and services received by students placed in the GNETS Program in the State of Georgia.

The grounds for this motion are more particularly set forth in the accompanying memorandum of law and exhibits, attached hereto and filed contemporaneously herewith.

Dated: February 2, 2024.

Respectfully submitted:

| | |
|---|---|
| RYAN K. BUCHANAN<br>*United States Attorney*<br>Northern District of Georgia | KRISTEN CLARKE<br>Assistant Attorney General |
| /s/ *Aileeen Bell Hughes*<br>AILEEN BELL HUGHES<br>GA Bar Number: 375505<br>Assistant United States Attorney<br>United States Department of Justice<br>Richard B. Russell Federal Building<br>75 Ted Turner Dr. SW<br>Suite 600<br>Atlanta, GA 30303-3309<br>(404) 581.6000<br>aileen.bell.hughes@usdoj.gov | SHAHEENA A. SIMONS<br>Chief<br><br>KELLY GARDNER WOMACK<br>Deputy Chief<br><br>ANDREA HAMILTON WATSON<br>Special Litigation Counsel |

CRYSTAL ADAMS
CLAIRE CHEVRIER
FRANCES COHEN
MATTHEW GILLESPIE
PATRICK HOLKINS
VICTORIA M. LILL
JESSICA POLANSKY
LAURA C. TAYLOE
MICHELLE L. TUCKER
Trial Attorneys
Educational Opportunities Section

*/s/ Matthew Gillespie*
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 598-6368
Matthew.Gillespie2@usdoj.gov

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>DEFENDANT. | Civil Action No.<br><br>1:16-cv-03088-ELR |

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion has been prepared using Times New Roman, 14-point font.

February 2, 2024.

*/s/ Matthew Gillespie*
MATTHEW GILLESPIE

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>DEFENDANT. | Civil Action No.<br><br>1:16-CV-03088-ELR |

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

February 2, 2024.

/s/ Matthew Gillespie
MATTHEW GILLESPIE