# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## ERRATA TO REBUTTAL EXPERT REPORT OF
## ANDREW WILEY, Ph.D.

October 19, 2023

The following corrections are made to the Rebuttal Expert Report of Andrew Wiley, Ph.D., dated September 1, 2023:

- On pages 4-5 of the report, the first full sentence after roman numeral V should read, "My opinions in this report are based on the following:
    - The reports of Drs. Amy McCart and Robert Putnam produced by the Department of Justice in this litigation;
    - The "Findings Letter" from the Department of Justice;
    - A review of relevant research and professional literature in special education and related disciplines;
    - My training and expertise in special education research and practice for students with behavior-related disabilities;
    - Professional reasoning grounded in my experience working with and supporting students with behavior-related disabilities and their teachers in schools;
    - Conversations with Georgia Department of Education staff and current and former GNETS directors;
    - Depositions of Jason Byars, Wina Low, Brooke Cole, and Cassandra Holifield;
    - Complaint, dated August 23, 2016 [Doc. 1];
    - State of Georgia's Memorandum of Law in Support of Defendant's Renewed Motion to Dismiss, or in the Alternative, for Stay of Proceedings, dated November 6, 2019 [Doc. 47-1];
    - Order on Defendant's Motion to Dismiss, or in the Alternative, Motion to Stay Proceedings, dated May 13, 2020 [Doc. 61];
    - 2014 GNETS Manual; and
    - "Positive Behavioral Interventions and Supports," Georgia Department of Education, available at https://www.gadoe.org/Curriculum-Instruction-and-Assessment/Special-Education-Services/Pages/Positive-Behavioral-Interventions-and-Support.aspx."