# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:16-cv-03088-ELR |

## JOINT MOTION TO EXPAND ORAL ARGUMENT AND INCORPORATED BRIEF IN SUPPORT

Plaintiff United States of America ("United States") and Defendant State of Georgia ("State"), by and through below counsel of record, submit this Joint Motion to Expand Oral Argument and Incorporated Brief in Support seeking an expansion of the oral argument set by this Court's January 9, 2024 order to include the United States' Motion for Partial Summary Judgment [Doc. 395], Motion to Exclude the Declaration of Dante McKay [Doc. 439], and Motion in Limine to Partially Exclude Testimony of Dr. Andrew Wiley, Ph.D.[1] [Doc. 476].

On January 9, 2024, this Court entered an order [Doc. 475] granting the State's

---

[1] The Parties agree that the State's joinder to this Joint Motion is to promote judicial efficiency, and by so doing, the State does not waive any argument in opposition to the motions the United States seeks to argue before the Court.

1

Unopposed Motion for Oral Argument on its Motion for Summary Judgment [Doc. 429], Motion to Exclude Testimony of Dr. Amy McCart [Doc. 431], and Motion to Exclude Testimony of Dr. Robert Putnam [Doc. 428].  The January 9, 2024 order set oral argument for April 18, 2024 at 10:00 a.m. and directed the parties to file, no later than April 4, 2024, a joint proposed schedule for the hearing indicating the amount of time each side requests for oral argument on the motions at issue.  [Doc. 475].

This Court possesses broad discretion to determine whether to set an oral hearing on a motion and directs parties seeking such a hearing to "specify the particular reasons argument may be helpful to the Court and what issues will be the focus of the proposed argument."  *Instructions for Cases Assigned to the Honorable Eleanor L. Ross* at 8.

Both the State's Motion for Summary Judgment [Doc. 429] and the United States' Motion for Partial Summary Judgment [Doc. 395] address the contested issue of whether the State administers the Georgia Network for Educational and Therapeutic Support ("GNETS") Program for purposes of the Americans with Disabilities Act ("ADA").  Because both the State's Motion for Summary Judgment, which is slated to be heard during the April 18, 2024 oral argument, and the United States' Motion for Partial Summary Judgment address the same issue, the Parties agree that allowing oral argument on both will ensure that this Court has the benefit of argument on all of the factual and legal issues before it and that the Court can

hear and decide those issues in an efficient way.

Likewise, expanding oral argument to include the two motions in limine filed by the United States—the Motion to Exclude the Declaration of Dante McKay [Doc. 439] and the Motion in Limine to Partially Exclude Testimony of Dr. Andrew Wiley, Ph.D. [Doc. 476]—will not only help ensure the Court's complete understanding of the expert and other testimony the parties offer in this litigation, including for purposes of summary judgment, but will also facilitate the efficient resolution of challenges to that testimony.

For the reasons outlined above, the parties' Joint Motion to Expand Oral Argument should be granted.  A proposed order is attached.

Dated:  February 14, 2024

Respectfully submitted:

| | |
|---|---|
| RYAN K. BUCHANAN<br>United States Attorney<br>Northern District of Georgia | KRISTEN CLARKE<br>Assistant Attorney General |
| | SHAHEENA A. SIMONS<br>Chief |
| /s/ *Aileen Bell Hughes*<br>AILEEN BELL HUGHES<br>GA Bar Number: 375505<br>Assistant United States Attorney<br>United States Department of Justice<br>Richard B. Russell Federal Building<br>75 Ted Turner Dr. SW<br>Suite 600<br>Atlanta, GA 30303-3309<br>(404) 581.6000<br>aileen.bell.hughes@usdoj.gov | KELLY GARDNER WOMACK<br>Deputy Chief<br><br>ANDREA HAMILTON WATSON<br>Special Litigation Counsel<br><br>CRYSTAL ADAMS<br>CLAIRE CHEVRIER<br>FRANCES COHEN |

3

MATTHEW GILLESPIE
PATRICK HOLKINS
VICTORIA M. LILL
JESSICA POLANSKY
LAURA C. TAYLOE
MICHELLE L. TUCKER
Trial Attorneys
United States Department of Justice

*/s/Kelly Gardner Womack*
United States Department of Justice, Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 305-3753
kelly.gardner@usdoj.gov

Christopher M. Carr 112505
    *Attorney General*
Bryan Webb 743580
    *Deputy Attorney General*
Russell D. Willard 760280
    *Sr. Assistant Attorney General*
Susan R. Haynes 901269
    *Assistant Attorney General*
Office of Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

*/s/ Josh Belinfante*
Josh Belinfante 047399
Melanie Johnson 466759
Edward A. Bedard 926148
Danielle Hernandez 736830
Javier Pico Prats 664717
Anna Edmondson 289667
Robbins Alloy Belinfante
    Littlefield, LLC
500 14th St. NW
Atlanta, GA 30318
T:   (678) 701-9381
F:   (404) 856-3255
E:   jbelinfante@robbinsfirm.com
      mjohnson@robbinsfirm.com
      ebedard@robbinsfirm.com
      dhernandez@robbinsfirm.com
      jpicoprats@robbinsfirm.com
      aedmondson@robbinsfirm.com

                Alexa R. Ross 614986
                AlexaRossLaw, LLC
                2657 Danfroth Lane
                Decatur, Georgia 30033
                E:     alexarross@icloud.com

*Special Assistant Attorneys General*

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:16-cv-03088- |
| STATE OF GEORGIA, | ELR |
| DEFENDANT. | |

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion has been prepared using Times New Roman, 14-point font.

February 14, 2024.

*/s/ Kelly Gardner Womack*
KELLY GARDNER WOMACK

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>DEFENDANT. | Civil Action No.<br><br>1:16-CV-03088-ELR |

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

February 14, 2024.

*/s/ Kelly Gardner Womack*
KELLY GARDNER WOMACK