IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF GEORGIA,**<br><br>Defendant. | Civil Action No.<br><br>1:16-cv-03088-ELR |

## [PROPOSED] ORDER

On February 14, 2024, Plaintiff United States of America ("United States") and Defendant State of Georgia filed a Joint Motion to Expand Oral Argument in which they request that this Court expand the oral argument that a January 9, 2024 order set for April 18, 2024 at 10:00 a.m. to include the following three motions: (1) the United States' Motion for Partial Summary Judgment [Doc. 395], (2) the United States' Motion to Exclude the Declaration of Dante McKay [Doc. 439], (3) the United States' Motion in Limine to Partially Exclude Testimony of Dr. Andrew Wiley, Ph.D. [Doc. 476]. [See Doc. 477]  Upon consideration, the Court **GRANTS** the Joint Motion to Expand Oral Argument.  [Doc. 477]

Accordingly, the Court hereby **SCHEDULES** the above-specified motions to occur on **Thursday, April 18, 2024, at 10:00 a.m.** in Courtroom 1708, United States Courthouse, 75 Ted Turner Drive, Southwest, Atlanta, Georgia 30303.  The Court

will only hear argument from counsel at the hearing. The Court further **ORDERS** the Parties to file on the docket, **no later than April 4, 2024**, a joint proposed schedule for the hearing that includes how much time each side requests for oral argument on each motion.

**SO ORDERED**, this \_\_\_\_ day of February, 2024.

_____

Eleanor L. Ross
United States District Judge
Northern District of Georgia