IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| *Plaintiff*, | |
| v. | CIVIL ACTION FILE |
| STATE OF GEORGIA, | NO. 1:16-CV-03088-ELR |
| *Defendant*. | |

**JOINT PROPOSED SCHEDULE FOR APRIL 18, 2024 HEARING**

Plaintiff United States of America and Defendant State of Georgia together submit this Joint Proposed Schedule for the April 18, 2024 Hearing pursuant to the Court's Order dated February 16, 2024. [Doc. 478]. The Court ordered the Parties to file on the docket a joint proposal for the hearing to include how much time each side requests for oral argument on each motion. [*Id.*]

The Parties propose the following:

| Motion | Duration[1] |
|---|---|
| Defendant's Motion for Summary Judgment | 30 minutes per side |
| Plaintiff's Motion for Partial Summary Judgment | 30 minutes per side |
| Defendant's Motion to Exclude Testimony of Dr. Amy McCart | 30 minutes per side |
| Defendant's Motion to Exclude Testimony of Dr. Robert Putnam | 10 minutes per side |

---

[1] Including any rebuttal by the moving party.

| Plaintiff's Motion to Exclude Declaration of Dante McKay | 10 minutes per side |
|---|---|
| Plaintiff's Motion in Limine to Partially Exclude Testimony of Dr. Andrew Wiley | 10 minutes per side |

Respectfully submitted, this 4th day of April, 2024.

|  |  |
|---|---|
| Christopher M. Carr    112505<br>  *Attorney General*<br>Bryan Webb              743580<br>  *Deputy Attorney General*<br>Russell D. Willard     760280<br>  *Sr. Assistant Attorney General*<br>Susan R. Haynes        901269<br>  *Assistant Attorney General*<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334 | */s/ Josh Belinfante*<br>Josh Belinfante         047399<br>Melanie Johnson         466759<br>Edward A. Bedard        926148<br>Javier Pico Prats       664717<br>Danielle Hernandez      736830<br>Anna Edmondson          289667<br>ROBBINS ALLOY BELINFANTE<br>  LITTLEFIELD LLC<br>500 14th St. NW<br>Atlanta, GA 30318<br>T: (678) 701-9381<br>F: (404) 856-3255<br>E: jbelinfante@robbinsfirm.com<br>   mjohnson@robbinsfirm.com<br>   ebedard@robbinsfirm.com<br>   jpicoprats@robbinsfirm.com<br>   dhernandez@robbinsfirm.com<br>   aedmondson@robbinsfirm.com<br><br>Alexa R. Ross          614986<br>AlexaRossLaw, LLC<br>2657 Danforth Lane<br>Decatur, Georgia 30033<br>E: alexarross@icloud.com<br><br>*Special Assistant Attorneys General*<br><br>*Attorneys for Defendant* |

RYAN K. BUCHANAN
*United States Attorney*
Northern District of Georgia

*/s/ Aileeen Bell Hughes*
AILEEN BELL HUGHES
GA Bar Number: 375505
Assistant United States Attorney
United States Department of Justice
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303-3309
(404) 581.6000
aileen.bell.hughes@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General

SHAHEENA A. SIMONS
Chief

KELLY GARDNER WOMACK
Deputy Chief

ANDREA HAMILTON WATSON
Special Litigation Counsel

CRYSTAL ADAMS
CLAIRE CHEVRIER
FRANCES COHEN
MATTHEW GILLESPIE
VICTORIA M. LILL
JESSICA POLANSKY
LAURA C. TAYLOE
MICHELLE L. TUCKER
Trial Attorneys
Educational Opportunities Section

*/s/ Kelly Gardner Womack*
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 305-3753
kelly.gardner@usdoj.gov

*Attorneys for Plaintiff*