IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:16-CV-03088-ELR |
| STATE OF GEORGIA, | |
| DEFENDANT. | |

**Motion to Allow Electronic Equipment into the Courtroom**

NOW COMES the United States, by and through the United States Attorney for the Northern District of Georgia, and files this Motion to Allow Electronic Equipment into the Courtroom pursuant to Local Rule 83.4 for the Northern District of Georgia. Specifically, the United States hereby respectfully moves the Court for an Order allowing attorneys and support staff appearing on behalf of the United States to bring electronic equipment into Courtroom 1708.

The electronic equipment is necessary to assist counsel during the upcoming hearing scheduled before this Honorable Court on April 18, 2024. The United States requests that Kelly Gardner, Andrea Watson, Crystal Adams, Frances Cohen, Jessica Polansky, Michelle Tucker, Victoria Lill, and Matthew Gillespie attorneys with the Department of Justice, Civil Rights

1

Division, and Assistant United States Attorney Aileen Bell Hughes be allowed to bring laptop computers and phones into Courtroom 1708 on April 18, 2024. The United States also requests that Michael Denault, Litigation Support Staff, be allowed to bring a laptop and phone into the courtroom.

        Respectfully submitted,

        RYAN K. BUCHANAN
          *United States Attorney*
          *600 U.S. Courthouse*
          *75 Ted Turner Drive SW*
          *Atlanta, GA 30303*
          *(404) 581-6000   fax (404) 581-6181*

        /s/AILEEN BELL HUGHES
          *Assistant United States Attorney*
        Georgia Bar No. 375505
        Aileen.bell.hughes@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:16-CV-03088-ELR |
| STATE OF GEORGIA, DEFENDANT. | |

### [Proposed] Order

Having read and considered the United States' Motion to Allow Electronic Equipment into the Courtroom and for good cause shown, it is hereby ORDERED that the United States' Motion to Allow Electronic Equipment into Courtroom 1708 is hereby granted and Attorneys and Litigation Support Staff representing the United States shall be permitted to bring electronic equipment into Courtroom 1708 on April 18, 2024.

So ordered this _____ day of _____, 2024.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

Presented By:

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
*Assistant United States Attorney*
Georgia Bar No. 375505

1

**Certificate of Compliance**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Century Schoolbook, 13 point font.

/s/AILEEN BELL HUGHES
*Assistant United States Attorney*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies all parties and counsel of record.

April 10, 2024

                                      /s/ AILEEN BELL HUGHES
                                      AILEEN BELL HUGHES
                                      *Assistant United States Attorney*