IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　PLAINTIFF,<br><br>　　v.<br><br>STATE OF GEORGIA,<br>　　　　DEFENDANT. | Civil Action No.<br><br>1:16-CV-03088-ELR |

## Order

Having read and considered the United States' Motion to Allow Electronic Equipment into the Courtroom and for good cause shown, it is hereby ORDERED that the United States' Motion to Allow Electronic Equipment into Courtroom 1708 is hereby granted and Attorneys and Litigation Support Staff representing the United States shall be permitted to bring electronic equipment into Courtroom 1708 on April 18, 2024.

So ordered this 11th day of April, 2024.

_Eleanor L. Ross_
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

Presented By:
*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
*Assistant United States Attorney*
Georgia Bar No. 375505

1