IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:16-CV-03088-ELR |
| STATE OF GEORGIA, | |
| DEFENDANT. | |

**Unopposed Motion to Provide Zoom Link for April 18, 2024 Hearing**

NOW COMES the United States, by and through the United States Attorney for the Northern District of Georgia, and files this Motion to Provide Zoom Link for April 18, 2024 Hearing pursuant to Local Rule 83.4 for the Northern District of Georgia. A few counsels of record for the United States are unable to travel to Atlanta, Georgia for the upcoming hearing. These attorneys, who will not be speaking during the hearing, would like to observe the hearing. The undersigned counsel conferred with the attorney for the State of Georgia, and he has no objection to this Motion.

Accordingly, the United States respectfully requests a zoom link or telephone conference line be provided if it is not a burden on this Court.

Respectfully submitted,

RYAN K. BUCHANAN
   *United States Attorney*
   *600 U.S. Courthouse*
   *75 Ted Turner Drive SW*
   *Atlanta, GA 30303*
   *(404) 581-6000   fax (404) 581-6181*


/s/ AILEEN BELL HUGHES
   *Assistant United States Attorney*
   Georgia Bar No. 375505
   Aileen.bell.hughes@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>    v.<br><br>STATE OF GEORGIA,<br>    DEFENDANT. | Civil Action No.<br><br>1:16-CV-03088-ELR |

### [Proposed] Order

Having read and considered the United States' Motion to Provide Zoom Link for April 18, 2024 Hearing and for good cause shown, it is hereby ORDERED that the United States' Motion to Provide Zoom Link or a telephone conference line for April 18, 2024 Hearing is granted.

So ordered this _____ day of _____, 2024.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

Presented By:
 /s/ Aileen Bell Hughes
 AILEEN BELL HUGHES
 *Assistant United States Attorney*
 Georgia Bar No. 375505

1

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies all parties and counsel of record.

April 12, 2024

/s/ AILEEN BELL HUGHES
AILEEN BELL HUGHES
*Assistant United States Attorney*