IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>STATE OF GEORGIA,<br>DEFENDANT. | Civil Action No.<br><br>1:16-CV-03088-ELR |

**Order**

Having read and considered the United States' Motion to Provide Zoom Link for April 18, 2024 Hearing and for good cause shown, it is hereby ORDERED that the United States' Motion to Provide Zoom Link or a telephone conference line for April 18, 2024 Hearing is granted.

So ordered this 12th day of April, 2024.

*Eleanor L. Ross*
_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

Presented By:

*/s/ Aileen Bell Hughes*
_____
AILEEN BELL HUGHES
*Assistant United States Attorney*
Georgia Bar No. 375505

1