# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:16-cv-03088-ELR
### United States of America v. State of Georgia
### Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 04/18/2024.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 3:45 P.M.
TIME IN COURT: 5:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Elizabeth Cohn
CSO/DUSM: 1 CSO
DEPUTY CLERK: Michelle Beck

| ATTORNEY(S) PRESENT: | Crystal Adams representing United States of America |
|---|---|
| | Edward Bedard representing State of Georgia |
| | Joshua Belinfante representing State of Georgia |
| | Frances Cohen representing United States of America |
| | Anna Edmondson representing State of Georgia |
| | Kelly Gardner Womack representing United States of America |
| | Matthew Gillespie representing United States of America |
| | Danielle Hernandez representing State of Georgia |
| | Aileen Hughes representing United States of America |
| | Melanie Johnson representing State of Georgia |
| | Javier Pico-Prats representing State of Georgia |
| | Jessica Polansky representing United States of America |
| | Sydney Solomon representing Baldwin County School District |
| | Laura Tayloe representing United States of America |
| OTHER(S) PRESENT: | IT Specialist Denault with the Plaintiff |
| PROCEEDING CATEGORY: | Daubert Hearing; Motion Hearing (Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Court called to order Court heard arguments regarding outstanding motions. Court held the issues under advisement and will issue a ruling. Court adjourned. |
| HEARING STATUS: | Hearing Concluded |