# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:16-CV-03088-ELR |
| | ) | |
| STATE OF GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF CONSENT TO WITHDRAW

Pursuant to Local Rule 83.1(E), Crystal Adams files this Certificate of

Consent to Withdraw as counsel for the United States of America in this action.

The United States will continue to be represented by Aileen Bell Hughes, Kelly

Gardner Womack, Andrea Hamilton Watson, Claire D. Chevrier, Frances S.

Cohen, Matthew Gillespie, Victoria M. Lill, Jessica Polansky, Laura C. Tayloe,

and Michelle L. Tucker.

Dated:  June 21, 2024

/s/ Crystal Adams
CRYSTAL ADAMS
Trial Attorney
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, Suite 10.107
Washington, DC 20002
Telephone: (202) 598-6368
Fax: (202) 514-8337
Crystal.Adams@usdoj.gov


/s/ Aileen Bell Hughes
AILEEN BELL HUGHES
GA Bar Number: 375505
Assistant United States Attorney
United States Department of Justice
Richard B. Russell Federal Building
75 Ted Turner Dr. SW, Suite 600
Atlanta, GA 30303-3309
(404) 581-6000
aileen.bell.hughes@usdoj.gov


/s/ Kelly Gardner Womack
Deputy Chief
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, Suite 10.107
Washington, DC 20002
Telephone: (202) 598-9603
Kelly.Gardner@usdoj.gov

## **CERTIFICATE OF COMPLIANCE**

I certify that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this document has been prepared using 14-pt Times New Roman font.

/s/ Crystal Adams
Crystal Adams

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on this 21st day of June 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 21st day of June, 2024.


/s/ Crystal Adams
Crystal Adams