# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 1:16-CV-03088-ELR |

## CERTIFICATE OF CONSENT TO WITHDRAW

Pursuant to Local Rule 83.1(E)(3), Canon B. Hill files this Certificate of Consent to Withdraw as counsel for the Baldwin County School District, a non-party in this action. The Baldwin County School District will continue to be represented by Sydney M. Solomon in this matter.

The Superintendent of the Baldwin County School District, Dr. Noris F. Price, was provided with notice of Ms. Hill's withdrawal, advised of the items set forth in Local Rule 83.1(E)(2)(b)(B) through (H), and consents to Ms. Hill's withdrawal.

Dated: July 1, 2024

/s/ Canon B. Hill
Canon B. Hill
GA Bar Number: 143106
Jones Cork, LLP
435 2nd Street, Suite 500
Macon, Ga 31201
(478) 745-2821
canon.hill@jonescork.com

1

/s/ Sydney M. Solomon
Sydney M. Solomon
GA Bar Number: 125801
Jones Cork, LLP
435 2nd Street, Suite 500
Macon, Ga 31201
(478) 745-2821
sydney.solomon@jonescork.com

/s/ Noris F. Price
Dr. Noris F. Price
Superintendent, Baldwin County School District
110 North ABC Street
Milledgeville, GA 31061

## **CERTIFICATE OF COMPLIANCE**

I certify that this document has been prepared with one of the fonts and point selections approved by the Court in Local Rule 5.1(C). Specifically, this document has been prepared using 14-pt Times New Roman font.

/s/ Canon B. Hill
Canon B. Hill

## **CERTIFICATE OF SERVICE**

I certify that, on this 1st day of July 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 1st day of July, 2024.

/s/ Canon B. Hill
Canon B. Hill