# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:16-cv-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED]**
**ORDER GRANTING PLAINTIFF'S MOTION**
**FOR LEAVE TO FILE RESPONSE TO**
**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

WHEREAS Plaintiff has shown good cause as to why Plaintiff's Motion for Leave to File Response to Defendant's Notice of Supplemental Authority should be granted;

IT IS HEREBY ORDERED that the United States' Motion for Leave to File Response to Defendant's Notice of Supplemental Authority is GRANTED, and that the United States shall be permitted to file and separately docket its response, as filed at ECF No. 493-1, to Defendant's Notice of Supplemental Authority (ECF No. 492).

SO ORDERED, this _____ day of _____, 2024.

_____

Eleanor L. Ross
United States District Judge
Northern District of Georgia