# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF GEORGIA, )<br>)<br>Defendant. )<br>) | CIVIL ACTION FILE<br>NO. 1:16-CV-03088-ELR |

## DEFENDANT'S RESPONSE TO UNITED STATES' MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant State of Georgia (the "State" or "Defendant") files this Response to Plaintiff's Motion for Leave to File Response to Defendant's Notice of Supplemental Authority. The State does not oppose the Department of Justice's ("DOJ") request for leave to file a response to the State's Notice of Supplemental Authority. The State disagrees, however, with the substance and content of DOJ's [Proposed] Response to Defendant's Notice of Supplemental Authority, [Dkt. 493-1], and the State's non-opposition should not be construed as agreement with said contents.

Respectfully submitted this 2nd day of August, 2024.

|  |  | /s/ Josh Belinfante |  |
|---|---|---|---|
| Christopher M. Carr | 112505 | Josh Belinfante | 047399 |
| *Attorney General* | | Melanie Johnson | 466759 |
| Bryan K. Webb | 743580 | Edward A. Bedard | 926148 |
| *Deputy Attorney General* | | Danielle Hernandez | 736830 |
| Kristen P. Stoff | 536807 | Javier Pico Prats | 664717 |
| *Senior Assistant Attorney General* | | Anna Edmondson | 289667 |
| Kristen Settlemire Fuller | 919430 | | |
| *Assistant Attorney General* | | | |

Christopher M. Carr — 112505
*Attorney General*
Bryan K. Webb — 743580
*Deputy Attorney General*
Kristen P. Stoff — 536807
*Senior Assistant Attorney General*
Kristen Settlemire Fuller — 919430
*Assistant Attorney General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
T: (404) 458-4336

/s/ Josh Belinfante
Josh Belinfante — 047399
Melanie Johnson — 466759
Edward A. Bedard — 926148
Danielle Hernandez — 736830
Javier Pico Prats — 664717
Anna Edmondson — 289667
Robbins Alloy Belinfante Littlefield, LLC
500 14th St. NW
Atlanta, GA 30318
T: (678) 701-9381
F: (404) 856-3255
E: jbelinfante@robbinsfirm.com
   mjohnson@robbinsfirm.com
   ebedard@robbinsfirm.com
   dhernandez@robbinsfirm.com
   jpicoprats@robbinsfirm.com
   aedmondson@robbinsfirm.com

Alexa R. Ross — 614986
AlexaRossLaw, LLC
2657 Danfroth Lane
Decatur, Georgia 30033
E: alexarross@icloud.com

*Special Assistant Attorneys General*

*Attorneys for Defendant
State of Georgia*

## L.R. 7.1(D) CERTIFICATION

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

*/s/ Josh Belinfante*
Josh Belinfante

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **DEFENDANT'S RESPONSE TO UNITED STATES' MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 2nd day of August, 2024.

*/s/ Josh Belinfante*
Josh Belinfante