**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OF AMERICA,   )
                                   )
     Plaintiff,             )
                                   )
v.                            )     CIVIL ACTION FILE
                                 )     NO. 1:16-CV-03088-ELR
STATE OF GEORGIA,        )
                                 )
     Defendant.         )

**NOTICE FOR LEAVE OF ABSENCE**

In addition to those dates identified on Josh Belinfante's notice of leave of absence filed on June 3, 2024, COMES NOW Josh Belinfante, attorney for Defendant, and pursuant to Local Rule 83.1 respectfully notifies this Court, and counsel of record of the following Leave of Absence from the practice of law on the following dates:

1.     September 11-13, 2024:  Out of office to attend legal conference.

2.     October 3, 2024:  Leave to observe religious holiday.

3.     October 4, 2024:  Out of office to attend legal conference.

4.     October 17-18, 2024:  Out of the office for personal leave.

5.     November 14-15, 2024:  Out of office to attend legal conference.

All affected Judges and Opposing Counsel shall have ten (10) days from the date of this Notice of Leave of Absence to Object.  If no objections are filed, the leave shall be granted.

This 19th day of August, 2024.

/s/ Josh Belinfante
Josh Belinfante
Georgia Bar No. 047399
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, NW
Atlanta, Georgia 30318
Telephone:   (678) 701-9381
Facsimile:    (404) 856-3255

*Attorney for Defendant*

# **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

/s/ *Josh Belinfante*
Josh Belinfante

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE FOR LEAVE OF ABSENCE** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 19th day of August, 2024.

*/s/ Josh Belinfante*
Josh Belinfante
