# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. <br> 1:16-cv-03088-ELR |

## JOINT MOTION TO PERMANENTLY REDACT PORTIONS OF THE COURT'S AUGUST 16, 2024 ORDER

Pursuant to the Court's Order dated August 16, 2024 (the "Order"), Plaintiff United States of America and Defendant State of Georgia (the "Parties") hereby jointly move the Court to permanently redact specific portions of the Court's Order (*see* ECF No. 496). The Parties propose four permanent redactions to the Court's Order to protect the privacy of a student referenced in the Order who might otherwise be identified given the combination of the student's schools of attendance, disability designations, and other narrative information specific to that student. A proposed redacted copy of the Order is attached hereto as Exhibit A for the Court's consideration.

Dated: August 29, 2024

Respectfully submitted:

| | |
|---|---|
| RYAN K. BUCHANAN<br>*United States Attorney*<br>Northern District of Georgia | Christopher M. Carr    112505<br>   *Attorney General*<br>Bryan K. Webb         743580<br>   *Deputy Attorney General* |
| /s/ *Aileeen Bell Hughes*<br>AILEEN BELL HUGHES | Katherine P. Stoff      536807<br>   *Sr. Assistant Attorney General*<br>Kristen L. Settlemire   919430 |
| GA Bar Number: 375505<br>Assistant United States Attorney<br>United States Department of Justice<br>Richard B. Russell Federal Building<br>75 Ted Turner Dr. SW<br>Suite 600<br>Atlanta, GA 30303-3309<br>(404) 581.6000<br>aileen.bell.hughes@usdoj.gov | *Assistant Attorney General*<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334<br><br>/s/ Josh Belinfante<br>Josh Belinfante       047399<br>Melanie Johnson       466756<br>Edward A. Bedard      926148<br>Javier Pico Prats     664717<br>Danielle Hernandez    736830<br>Anna Edmondson        289667 |
| KRISTEN CLARKE<br>Assistant Attorney General | |
| SHAHEENA A. SIMONS<br>Chief | ROBBINS ALLOY BELINFANTE<br>LITTLEFIELD, LLC<br>500 14th St. NW |
| KELLY GARDNER WOMACK<br>Deputy Chief | Atlanta, GA 30318<br>T: (678) 701-9381<br>F: (404) 856-3255 |
| ANDREA HAMILTON WATSON<br>Special Litigation Counsel | E: jbelinfante@robbinsfirm.com<br>   mjohnson@robbinsfirm.com<br>   ebedard@robbinsfirm.com |
| CLAIRE CHEVRIER<br>FRANCES COHEN<br>MATTHEW GILLESPIE<br>VICTORIA M. LILL<br>JESSICA POLANSKY<br>LAURA C. TAYLOE<br>MICHELLE L. TUCKER | jpicoprats@robbinsfirm.com<br>   dhernandez@robbinsfirm.com<br>   aedmondson@robbinsfirm.com<br><br>Alexa R. Ross      614986<br>AlexaRossLaw, LLC<br>2657 Danforth Lane |

| | |
|---|---|
| Trial Attorneys<br>Educational Opportunities Section | Decatur, Georgia 30033<br>E: alexarross@icloud.com |
| */s/ Andrea Hamilton Watson*<br>United States Department of Justice<br>Civil Rights Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 514-4092<br>Andrea.Watson2@usdoj.gov | Special Assistant Attorneys General<br><br>Attorneys for Defendant<br>State of Georgia |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:16-cv-03088-ELR |
| STATE OF GEORGIA, | |
| DEFENDANT. | |

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion has been prepared using Times New Roman, 14-point font.

August 29, 2024.

/s/ *Aileeen Bell Hughes*
AILEEN BELL HUGHES

4

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:16-CV-03088-ELR |
| STATE OF GEORGIA, | |
| DEFENDANT. | |

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

August 29, 2024

/s/ *Aileeen Bell Hughes*
AILEEN BELL HUGHES

5