# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-03088-ELR |
| ) | |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION REQUESTING REFERRAL TO MAGISTRATE JUDGE**

NOW COME Plaintiff United States of America ("United States") and Defendant State of Georgia ("State"), pursuant to the Court's August 16, 2024 Order [Doc. 496 and 499] ("August 16 Order" or "Order"), and hereby file a Joint Motion Requesting Referral to Magistrate Judge.

Pursuant to the August 16 Order, this Court ordered the parties to attend mediation within sixty days of this Order. The parties have conferred and jointly request that this case be referred to a Magistrate Judge for mediation.

Respectfully submitted this 6th day of September 2024.

1

| | |
|---|---|
| RYAN K. BUCHANAN<br>*United States Attorney*<br>Northern District of Georgia<br><br>/s/ *Aileeen Bell Hughes*<br>AILEEN BELL HUGHES<br><br>GA Bar Number: 375505<br>Assistant United States Attorney<br>United States Department of Justice<br>Richard B. Russell Federal Building<br>75 Ted Turner Dr. SW<br>Suite 600<br>Atlanta, GA 30303-3309<br>(404) 581.6000<br>aileen.bell.hughes@usdoj.gov<br><br>KRISTEN CLARKE<br>Assistant Attorney General<br><br>SHAHEENA A. SIMONS<br>Chief<br><br>KELLY GARDNER WOMACK<br>Deputy Chief<br><br>ANDREA HAMILTON WATSON<br>Special Litigation Counsel<br><br>CLAIRE CHEVRIER<br>FRANCES COHEN<br>MATTHEW GILLESPIE<br>VICTORIA M. LILL<br>JESSICA POLANSKY<br>LAURA C. TAYLOE | Christopher M. Carr     112505<br>   *Attorney General*<br>Bryan K. Webb          743580<br>   *Deputy Attorney General*<br>Katherine P. Stoff      536807<br>   *Sr. Assistant Attorney General*<br>Kristen L. Settlemire   919430<br>   *Assistant Attorney General*<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334<br><br>/s/ Josh Belinfante<br>Josh Belinfante        047399<br>Melanie Johnson        466756<br>Edward A. Bedard       926148<br>Javier Pico Prats      664717<br>Danielle Hernandez     736830<br>Anna Edmondson        289667<br><br>ROBBINS ALLOY BELINFANTE<br>LITTLEFIELD, LLC<br>500 14th St. NW<br>Atlanta, GA 30318<br>T: (678) 701-9381<br>F: (404) 856-3255<br>E: jbelinfante@robbinsfirm.com<br>   mjohnson@robbinsfirm.com<br>   ebedard@robbinsfirm.com<br>   jpicoprats@robbinsfirm.com<br>   dhernandez@robbinsfirm.com<br>   aedmondson@robbinsfirm.com<br><br>Alexa R. Ross         614986<br>AlexaRossLaw, LLC |

| | |
|---|---|
| MICHELLE L. TUCKER<br>Trial Attorneys<br>Educational Opportunities Section | 2657 Danforth Lane<br>Decatur, Georgia 30033<br>E: alexarross@icloud.com |
| */s/ Kelly Gardner Womack*<br>United States Department of Justice<br>Civil Rights Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 514-4092<br>Kelly.Gardner@usdoj.gov | Special Assistant Attorneys General<br><br>Attorneys for Defendant<br>State of Georgia |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

Respectfully submitted this 6th day of September, 2024.

*s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
Assistant United States Attorney