# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-03088-ELR
## United States of America v. State of Georgia
## Honorable Regina D Cannon

Minute Sheet for proceedings held In Open Court on 11/21/2024.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 4:23 P.M.           TAPE NUMBER: Zoom
TIME IN COURT: 6:23                       DEPUTY CLERK: Phyllis Brannon
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:  Kimberly Anderson representing State of Georgia
                      Edward Bedard representing State of Georgia
                      Joshua Belinfante representing State of Georgia
                      Claire Chevrier representing United States of America
                      Frances Cohen representing United States of America
                      Anna Edmondson representing State of Georgia
                      Kelly Gardner Womack representing United States of America
                      Matthew Gillespie representing United States of America
                      Andrea Hamilton representing United States of America
                      Danielle Hernandez representing State of Georgia
                      Aileen Hughes representing United States of America
                      Melanie Johnson representing State of Georgia
                      Victoria Lill representing United States of America
                      Javier Pico-Prats representing State of Georgia
                      Andrea Watson representing United States of America

PROCEEDING CATEGORY: Settlement Conference;

MINUTE TEXT: Settlement Conference held. The parties were not able to reach a settlement agreement. Judge Cannon is terminated as the settlement judge.

HEARING STATUS: Hearing Concluded