UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE <br> NO. 1:16-CV-03088-ELR |

### JOINT NOTICE OF OUTCOME OF MEDIATION

NOW COME Plaintiff United States of America ("United States") and Defendant State of Georgia ("State"), pursuant to the Court's August 16, 2024 Order [Doc. Nos. 496 and 499] (the "August 16 Order" or "Order"), and hereby file this Joint Notice of Outcome of Mediation.

Pursuant to the August 16 Order, this Court referred the parties to attend mediation. The parties mediated before Hon. Magistrate Judge Regina D. Cannon on November 21, 2024. At the conclusion of those proceedings, Magistrate Judge Cannon made the following entry:

> Settlement Conference held. The parties were not able to reach a settlement agreement. Judge Cannon is terminated as the settlement judge.
>
> Hearing Concluded.

Doc. No. 508.

The Court's August 16 Order provides that, at the conclusion of the settlement

conference, if unsuccessful, the parties are to jointly file a notice informing the Court of the outcome of their mediation. Accordingly, the parties jointly file this notice advising the Court that mediation is unsuccessful.

Respectfully submitted this 27th day of November 2024.

| | |
|---|---|
| RYAN K. BUCHANAN<br>*United States Attorney*<br>Northern District of Georgia<br><br>/s/ *Aileen Bell Hughes*<br>AILEEN BELL HUGHES<br>GA Bar Number: 375505<br>Assistant United States Attorney<br>United States Department of Justice<br>Richard B. Russell Federal Building<br>75 Ted Turner Dr. SW<br>Suite 600<br>Atlanta, GA 30303-3309<br>(404) 581.6000<br>aileen.bell.hughes@usdoj.gov<br><br>KRISTEN CLARKE<br>Assistant Attorney General<br><br>SHAHEENA A. SIMONS<br>Chief<br><br>KELLY GARDNER WOMACK<br>Deputy Chief<br><br>ANDREA HAMILTON WATSON<br>Special Litigation Counsel<br><br>CLAIRE CHEVRIER<br>FRANCES COHEN<br>MATTHEW GILLESPIE<br>VICTORIA M. LILL | Christopher M. Carr 112505<br>*Attorney General*<br>Bryan K. Webb 743580<br>*Deputy Attorney General*<br>Katherine P. Stoff 536807<br>*Sr. Assistant Attorney General*<br>Kristen L. Settlemire 919430<br>*Assistant Attorney General*<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334<br><br>/s/ Josh Belinfante<br>Josh Belinfante 047399<br>Melanie Johnson 466756<br>Edward A. Bedard 926148<br>Javier Pico Prats 664717<br>Danielle Hernandez 736830<br>Anna Edmondson 289667<br>ROBBINS ALLOY BELINFANTE<br>LITTLEFIELD, LLC<br>500 14th St. NW<br>Atlanta, GA 30318<br>T: (678) 701-9381<br>F: (404) 856-3255<br>E: jbelinfante@robbinsfirm.com<br>mjohnson@robbinsfirm.com<br>ebedard@robbinsfirm.com<br>jpicoprats@robbinsfirm.com<br>dhernandez@robbinsfirm.com<br>aedmondson@robbinsfirm.com<br>Alexa R. Ross 614986 |

JESSICA POLANSKY  
LAURA C. TAYLOE  
MICHELLE TUCKER

/s/ Frances S. Cohen
United States Department of Justice  
Civil Rights Division  
950 Pennsylvania Avenue, NW  
Washington, DC 20530  
(202) 514-4092  
Frances.Cohen2@usdoj.gov

*Attorneys for Plaintiff*  
*United States of America*

AlexaRossLaw, LLC

*Attorneys for Defendant*  
*State of Georgia*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Motion has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

*/s/ Frances S. Cohen*
Frances S. Cohen

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 27th day of November, 2024.

*/s/ Frances S. Cohen*
Frances S. Cohen
