# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE |
|  | ) NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, | ) |
| Defendant. | ) |

## NOTICE OF LEAVE OF ABSENCE

COMES NOW, Melanie L. Johnson, attorney for Defendant, and pursuant to Local Rule 83.1, respectfully notifies this Court, and counsel of record of the following Leave of Absence from the practice of law on the following dates:

1. May 15, 2025 through May 19, 2025: vacation.

All affected Judges and Opposing Counsel shall have ten (10) days from the date of this Notice of Leave of Absence to object. If no objections are filed, the leave shall be granted.

This 10th day of December 2024.

>*/s/ Melanie L. Johnson*
>Melanie L. Johnson
>Georgia Bar No. 466756
>mjohnson@robbinsfirm.com
>Robbins Alloy Belinfante Littlefield LLC
>500 14th Street NW
>Atlanta, Georgia 30318

Telephone: (678) 701-9381
Facsimile: (404) 856-3255

*Attorneys for Defendant State of Georgia*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Notice has been prepared using 14-pt. Times New Roman Font.

>  */s/ Melanie L. Johnson*
>  Melanie L. Johnson

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **NOTICE OF LEAVE OF ABSENCE** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record an e-mail notification of such filing.

This 10th day of December, 2024.

*/s/ Melanie L. Johnson*
Melanie L. Johnson