IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>DEFENDANT. | Civil Action No.<br><br>1:16-cv-03088-ELR |

ORDER

Having read and considered the United States of America and the State of Georgia's Consent Motion To Modify the Form Pretrial Order and for good cause shown, it is hereby ORDERED that the United States of America and the State of Georgia's Consent Motion to Modify the Form Pretrial Order shall be granted as set forth below.

**Objections to Exhibits**.
- The parties shall file individual objections to the opposing party's trial exhibits no later than 30 days before the date of the pretrial conference.

**Deposition designations.**
- **Counter designations.** The parties reserve identifying counter designations per FRCP 32(a)(6). The parties shall exchange any counter designations to identified testimony 30 days before the pretrial conference (with the exception of unavailable witnesses identified below).
- **Unavailability.** Deposition designations based on unavailability will be reserved. No later than 30 days before the pretrial conference, the parties will meet and confer to discuss which witnesses they expect to be

unavailable, after which the parties will only be able to identify unavailable witnesses for good cause. 21 days before the pretrial conference, the parties will serve deposition designations for any identified unavailable witnesses; exchange counter designations 14 days before the pretrial conference; and exchange objections 7 days before the pretrial conference.

- **Objections to designations.** The parties shall exchange objections to all deposition designations and counter designations at least 7 days before the pretrial conference.
- **Joint filing.** The parties shall compile all deposition designations, counter designations, and objections and file them jointly on the record no later than the day before the pretrial conference.

**Proposed findings of fact/conclusions of law.**
- The parties shall file proposed findings of fact and conclusions of law after the conclusion of trial.

So ordered this 20th day of December, 2024.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

Presented By:

/s/ AILEEN BELL HUGHES
AILEEN BELL HUGHES
*Assistant United States Attorney*
Georgia Bar No. 375505

Consented To By:

*/s/ Edward Bedard*
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Melanie Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Edward Bedard
Georgia Bar No. 926148
ebedard@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
javier.picoprats@robbinsfirm.com
Danielle Hernandez
Georgia Bar No.  736830
dhernandez@robbinsfirm.com
Anna Edmondson
Georgia Bar No.  289667
aedmondson@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC 500 14th Street NW
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255

Alexa R. Ross
Georgia Bar No. 614986
alexarross@icloud.com
AlexaRossLaw, LLC
2657 Danforth Lane
Decatur, GA 30033

Special Assistant Attorneys General

Attorneys for Defendant