# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:16-cv-03088- |
| | ) | ELR |
| STATE OF GEORGIA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Conference is requested |

## PROPOSED CONSOLIDATED PRETRIAL ORDER

1.

There are no motions or other matters pending for consideration by the court except as noted:

**Defendant's Motion for Clarification or, in the Alternative, Reconsideration of the Court's Order on Summary Judgment (ECF No. 501) and Defendant's Motion to Certify an Order of Interlocutory Appeal of Several Conclusions in the August 16, 2024 Order and for Potential Stay of Litigation (ECF No. 505) are currently pending for consideration by the Court. Additionally, the parties may file motions in limine that would be pending prior to the pretrial conference.**

2.

All discovery has been completed, unless otherwise noted, and the court will not consider any further motions to compel discovery. Provided there is no resulting delay in readiness for trial, the parties shall, however, be permitted to take the depositions of any persons for the preservation of evidence and for use at trial.

3.

Unless otherwise noted, the names of the parties as shown in the caption to this Order and the capacity in which they appear are correct and complete, and there is no question by any party as to the misjoinder or non-joinder of any parties.

4.

Unless otherwise noted, there is no question as to the jurisdiction of the court; jurisdiction is based upon the following code sections:

**United States' position:**

- **28 U.S.C. § 1331 for the following claims:**

  - **Claim 1: Failing to serve students in the Georgia Network for Educational and Therapeutic Support Program ("GNETS") in the most integrated setting appropriate to their needs and failing to reasonably**

> modify the State's policies, practices, and procedures to avoid such discrimination and unnecessary segregation in violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12131 *et seq.*

- o **Claim 2:** Providing unequal educational opportunities to students in the GNETS Program and failing to reasonably modify policies, practices, and procedures to avoid such discrimination in violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12131 *et seq.*

**State of Georgia's position:**

- **The State disputes that the Court has subject-matter jurisdiction over this case because the United States lacks Article III standing. As discussed in more detail in its motion for summary judgment, the State contends that the United States has failed to provide individualized evidence that any particular student has suffered any particularized injury that is traceable to the State and that can be redressed by a judgment against the State.**

- **Though not a jurisdictional issue, the State further disputes that the United States has statutory standing to bring claims under Title II of the Americans with Disabilities Act, 42 U.S.C. § 12133.**

5.

The following individually-named attorneys are hereby designated as lead counsel for the parties:

**Plaintiff:**

**Kelly Gardner Womack, Deputy Chief***
**Andrea Hamilton Watson, Special Litigation Counsel**
**Claire Chevrier, Trial Attorney**
**Frances Cohen, Trial Attorney**
**Matthew Gillespie, Trial Attorney**
**Victoria M. Lill, Trial Attorney**
**Jessica Polansky, Trial Attorney**
**Laura C. Tayloe, Trial Attorney**
**Michelle L. Tucker, Trial Attorney**
**Civil Rights Division, Educational Opportunities Section**
**United States Department of Justice**

**Aileen Bell Hughes, Assistant United States Attorney**
**U.S. Attorney's Office for the Northern District of Georgia**

**Defendant:**

**Josh Belinfante***
**Melanie Johnson**
**Edward Bedard**
**Javier Pico Prats**
**Danielle Hernandez**
**Anna Edmondson**
**Robbins Alloy Belinfante Littlefield LLC**

**Alexa R. Ross**
**AlexaRossLaw, LLC**

**Special Assistant Attorneys General**

***Lead counsel**

6.

Normally, the plaintiff is entitled to open and close arguments to the jury. State below the reasons, if any, why the plaintiff should not be permitted to open arguments to the jury.

**N/A**

7.

The captioned case shall be tried (_____) to a jury or (__**X**___) to the court without a jury, or (_____) the right to trial by jury is disputed.

8.

State whether the parties request that the trial to a jury be bifurcated, i.e. that the same jury consider separately issues such as liability and damages. State briefly the reasons why trial should or should not be bifurcated.

**N/A**

9.

Attached hereto as Attachment "A" and made a part of this order by reference are the questions which the parties request that the court propound to the jurors concerning their legal qualifications to serve.

**N/A**

10.

Attached hereto as Attachment "B-1" are the general questions which

plaintiff wishes to be propounded to the jurors on voir dire examination.

**N/A**

Attached hereto as Attachment "B-2" are the general questions which defendant wishes to be propounded to the jurors on voir dire examination.

**N/A**

The court shall question the prospective jurors as to their address and occupation and as to the occupation of a spouse, if any. Counsel may be permitted to ask follow-up questions on these matters. It shall not, therefore, be necessary for counsel to submit questions regarding these matters. The determination of whether the judge or counsel will propound general voir dire questions is a matter of courtroom policy which shall be established by each judge.

## 11.

State any objections to plaintiff's voir dire questions:

**N/A**

State any objections to defendant's voir dire questions:

**N/A**

State any objections to the voir dire questions of the other parties, if any:

**N/A**

## 12.

All civil cases to be tried wholly or in part by jury shall be tried before a jury consisting of not less than six (6) members, unless the parties stipulate otherwise.  The parties must state in the space provided below the basis for any requests for additional strikes.  Unless otherwise directed herein, each side as a group will be allowed the number of peremptory challenges as provided by 28 U.S.C. § 1870.  See Fed.R.Civ.P. 47(b).

**N/A**

13.

State whether there is any pending related litigation.  Describe briefly, including style and civil action number.

**While not formally denoted as a related case, the Georgia Advocacy Office, The Arc of the United States, and individually-named plaintiffs have also filed an action against the State of Georgia pertaining to the State's operation of the GNETS Program.  *Georgia Advocacy Office v. State of Georgia*, 1:17-cv-03999-MLB (N.D. Ga.).  That action involves claims brought, *inter alia*, under Title II of the Americans with Disabilities Act.**

14.

Attached hereto as Attachment "C" is plaintiff's outline of the case which includes a succinct factual summary of plaintiff's cause of action and which shall be neither argumentative nor recite evidence.  All relevant rules,

7

regulations, statutes, ordinances, and illustrative case law creating a specific legal duty relied upon by plaintiff shall be listed under a separate heading.  In negligence cases, each and every act of negligence relied upon shall be separately listed.  For each item of damage claimed, plaintiff shall separately provide the following information:  (a) a brief description of the item claimed, for example, pain and suffering; (b) the dollar amount claimed; and (c) a citation to the law, rule, regulation, or any decision authorizing a recovery for that particular item of damage.  Items of damage not identified in this manner shall not be recoverable.

15.

Attached hereto as Attachment "D" is the defendant's outline of the case which includes a succinct factual summary of all general, special, and affirmative defenses relied upon and which shall be neither argumentative nor recite evidence.  All relevant rules, regulations, statutes, ordinances, and illustrative case law relied upon as creating a defense shall be listed under a separate heading.  For any counterclaim, the defendant shall separately provide the following information for each item of damage claimed: (a) a brief description of the item claimed; (b) the dollar amount claimed; and (c) a citation to the law, rule, regulation, or any decision authorizing a recovery for that particular item of damage.  Items of damage not identified in this manner shall

not be recoverable.

16.

Attached hereto as Attachment "E" are the facts stipulated by the parties. No further evidence will be required as to the facts contained in the stipulation, and the stipulation may be read into evidence at the beginning of the trial or at such other time as is appropriate in the trial of the case.  It is the duty of counsel to cooperate fully with each other to identify all undisputed facts.  A refusal to do so may result in the imposition of sanctions upon the noncooperating counsel.

17.

The legal issues to be tried are as follows:

**United States' position:**

> **a) Whether Defendant State of Georgia's administration of the GNETS Program violates the mandate, embodied within Title II of the Americans with Disabilities Act ("ADA") and recognized in *Olmstead*, that public entities "administer services, programs, and activities in the most integrated setting appropriate to the needs of qualified individuals with disabilities."**
>
> **b) Whether the State violates the ADA by failing to ensure equal educational opportunities for students in the GNETS Program.**

    c) **Whether Plaintiff is entitled to declaratory and injunctive relief to redress the foregoing violations.**

**State of Georgia's position:**

    a) **Constitutional Standing**

        (1) **Whether the United States has established that any student has suffered an injury-in-fact for purposes of Article III standing by receiving services in a GNETS program;**

        (2) **Whether any such injuries are traceable to the acts of the State of Georgia for purposes of Article III standing;**

        (3) **Whether any such injuries are redressable by a judgment against the United States;**

    b) **Claims Arising Under 42 U.S.C. § 12132**

        (1) **Whether any student receiving GNETS services is subject to "unjustified isolation," per *Olmstead v. L.C. ex rel. Zimring*, 527 U.S. 581 (1999).**

        (2) **Whether the acts of the State of Georgia are the but-for cause of any such "unjustified isolation."**

        (3) **Whether the acts of the State of Georgia are the proximate cause of any such "unjustified isolation."**

        (4) **Whether the United States' proposed remedy is a "reasonable accommodation."**

        (5) **Whether the United States' proposed remedy would fundamentally alter the nature of GNETS services or the GNETS program.**

        (6) **Whether the United States' proposed remedy is commensurate with the scope of any purported violation of 42 U.S.C. § 12132.**

**c) Claims Arising Under 35 C.F.R. § 130(b)**

**(1)** **Whether any individual student currently receiving GNETS services is not receiving educational opportunities equal to those received by other, comparable students in different educational settings;**

**(2)** **Whether, but for the Defendant State of Georgia's administration of services, individual students receiving GNETS services would be afforded equal opportunities as those who do not receive GNETS services.**

**(3)** **Whether the acts of the State of Georgia are the proximate cause of such unequal treatment.**

**(4)** **Whether a modification of the State of Georgia's policies, practices, or procedures would end such unequal treatment by providing such opportunities to such students receiving GNETS services.**

**(5)** **Whether such a modification would be "reasonable."**

**(6)** **Whether such a modification would fundamentally alter the nature of GNETS services or the GNETS program.**

**(7)** **Whether the United States' proposed remedy is commensurate with the scope of any purported violation of 35 C.F.R § 130(b).**

18.

Attached hereto as Attachment "F-1" for the plaintiff and Attachment "F-2" for the defendant is a list of all the witnesses and their addresses for each party.  The list must designate the witnesses whom the party will have present at trial and those witnesses whom the party may have present at trial.  Expert

(any witness who might express an opinion under Rule 702), impeachment and rebuttal witnesses whose use as a witness can be reasonably anticipated must be included.  Each party shall also attach to the list a reasonable specific summary of the expected testimony of each expert witness.

All of the other parties may rely upon a representation by a designated party that a witness will be present unless notice to the contrary is given ten (10) days prior to trial to allow the other party(s) to subpoena the witness or to obtain the witness' testimony by other means.  Witnesses who are not included on the witness list (including expert, impeachment and rebuttal witnesses whose use should have been reasonably anticipated) will not be permitted to testify, unless expressly authorized by court order based upon a showing that the failure to comply was justified.

19.

Attached hereto as Attachment "G-1" for the plaintiff and Attachment "G-2" for the defendant are the typed lists of all documentary and physical evidence that will be tendered at trial.  Learned treatises which are expected to be used at trial shall not be admitted as exhibits.  Counsel are required, however, to identify all such treatises under a separate heading on the party's exhibit list.

Each party's exhibits shall be numbered serially, beginning with 1, and

without the inclusion of any alphabetical or numerical subparts. Adequate space must be left on the left margin of each party's exhibit list for court stamping purposes. A courtesy copy of each party's list must be submitted for use by the judge.

Prior to trial, counsel shall mark the exhibits as numbered on the attached lists by affixing numbered yellow stickers to plaintiff's exhibits, numbered blue stickers to defendant's exhibits, and numbered white stickers to joint exhibits. When there are multiple plaintiffs or defendants, the surname of the particular plaintiff or defendant shall be shown above the number on the stickers for that party's exhibits.

Specific objections to another party's exhibits must be typed on a separate page and must be attached to the exhibit list of the party against whom the objections are raised. Objections as to authenticity, privilege, competency, and, to the extent possible, relevancy of the exhibits shall be included. Any listed document to which an objection is not raised shall be deemed to have been stipulated as to authenticity by the parties and shall be admitted at trial without further proof of authenticity.

Unless otherwise noted, copies rather than originals of documentary evidence may be used at trial. Documentary or physical exhibits may not be submitted by counsel after filing of the pretrial order, except upon consent of all

the parties or permission of the court.  Exhibits so admitted must be numbered, inspected by counsel, and marked with stickers prior to trial.

Counsel shall familiarize themselves with all exhibits (and the numbering thereof) prior to trial.  Counsel will not be afforded time during trial to examine exhibits that are or should have been listed.

## 20.

The following designated portions of the testimony of the persons listed below may be introduced by deposition:

**See Attached ("Plaintiff's Deposition Designations" and "Defendant's Deposition Designations").**

Any objections to the depositions of the foregoing persons or to any questions or answers in the depositions shall be filed in writing no later than the day the case is first scheduled for trial.  Objections not perfected in this manner will be deemed waived or abandoned.  All depositions shall be reviewed by counsel and all extraneous and unnecessary matter, including non-essential colloquy of counsel, shall be deleted.  Depositions, whether preserved by stenographic means or videotape, shall not go out with the jury.

## 21.

Attached hereto as Attachments "H-1" for the plaintiff and "H-2" for the defendant are any trial briefs which counsel may wish to file containing

citations to legal authority concerning evidentiary questions and any other legal issues which counsel anticipate will arise during the trial of the case. Limitations, if any, regarding the format and length of trial briefs is a matter of individual practice which shall be established by each judge.

**Given the extensive briefing that has already occurred in this case, the parties do not foresee any need for trial briefs.  In the event either party's view changes, however, that party agrees to provide notice of their intent to file a trial brief and to meet and confer with the opposing party about setting a reasonable schedule for doing so.**

22.

In the event this is a case designated for trial to the court with a jury, requests for charge must be submitted no later than 9:30 a.m. on the date on which the case is calendared (or specially set) for trial.  Requests which are not timely filed and which are not otherwise in compliance with LR 51.1, will not be considered.  In addition, each party should attach to the requests to charge a short (not more than one (1) page) statement of that party's contentions, covering both claims and defenses, which the court may use in its charge to the jury. Counsel are directed to refer to the latest edition of the Eleventh Circuit District Judges Association's Pattern Jury Instructions and Devitt and Blackmar's Federal Jury Practice and Instructions in preparing the requests to

charge.  For those issues not covered by the Pattern Instructions or Devitt and Blackmar, counsel are directed to extract the applicable legal principle (with minimum verbiage) from each cited authority.

**N/A**

23.

If counsel desire for the case to be submitted to the jury in a manner other than upon a general verdict, the form of submission agreed to by all counsel shall be shown in Attachment "I" to this Pretrial Order.  If counsel cannot agree on a special form of submission, parties will propose their separate forms for the consideration of the court.

**N/A**

24.

Unless otherwise authorized by the court, arguments in all jury cases shall be limited to one-half hour for each side.  Should any party desire any additional time for argument, the request should be noted (and explained) herein.

**The parties request ninety (90) minutes per side for arguments in this non-jury case.**

25.

Counsel are directed to submit proposed findings of fact and conclusions

16

of law not later than the opening of trial.

26.

Pursuant to LR 16.3, lead counsel and persons possessing settlement authority to bind the parties met on November 21, 2024, to discuss in good faith the possibility of settlement of this case. The court (__**X**__) has or (_____) has not discussed settlement of this case with counsel. It appears at this time that there is:

(_____) A good possibility of settlement.

(_____) Some possibility of settlement.

(___**X**____) Little possibility of settlement.

(_____) No possibility of settlement.

27.

Unless otherwise noted, the Court will not consider this case for a special setting, and it will be scheduled by the clerk in accordance with the normal practice of the Court.

28.

Plaintiff United States estimates that it will require **ten (10) days** to present its evidence. Defendant State of Georgia estimates that it will require **5 (five) days** to present its evidence. It is estimated that the total trial time is **fifteen (15) days**.

29.

IT IS HEREBY ORDERED that the above constitutes the pretrial order for the above captioned case (_____) submitted by stipulation of the parties or (_____) approved by the Court after conference with the parties.

IT IS FURTHER ORDERED that the foregoing, including the attachments thereto, constitutes the pretrial order in the above case and that it supersedes the pleadings, which are hereby amended to conform hereto and that this pretrial order shall not be amended except by Order of the Court to prevent manifest injustice.  Any attempt to reserve a right to amend or add to any part of the pretrial order after the pretrial order has been filed shall be invalid and of no effect and shall not be binding upon any party or the Court, unless specifically authorized in writing by the Court.

IT IS SO ORDERED this _____ day of _____, 20__.


_____
UNITED STATES DISTRICT JUDGE

Each of the undersigned counsel for the parties hereby consents to entry of the foregoing pretrial order, which has been prepared in accordance with the form pretrial order adopted by this Court.

**Counsel for Plaintiff:**

Shaheena A. Simons
Chief
Educational Opportunities Section

Kelly Gardner Womack
Deputy Chief

Andrea Hamilton Watson
Special Litigation Counsel

Claire Chevrier
Frances Cohen
Matthew Gillespie
Victoria M. Lill
Jessica Polansky
Laura C. Tayloe
Michelle L. Tucker
Trial Attorneys

*/s/ Andrea Hamilton Watson*
Andrea Hamilton Watson
NC Bar Number: 42878
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202)514-4092
andrea.hamilton@usdoj.gov

*/s/ Aileen Bell Hughes*
Aileen Bell Hughes
GA Bar Number: 375505
Assistant United States Attorney
United States Department of Justice
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600

**Counsel for Defendant:**

Christopher M. Carr          112505
 *Attorney General*

Bryan K. Webb               743580
 *Deputy Attorney General*

Katherine P. Stoff          536807
 *Sr. Assistant Attorney General*

Kristen L. Settlemire       919430
 *Assistant Attorney General*

Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334

*/s/ Josh Belinfante*
Josh Belinfante          047399
Melanie Johnson          466756
Edward A. Bedard         926148
Danielle Hernandez       736830
Javier Pico Prats        664717
Anna Edmondson           289667
ROBBINS ALLOY BELINFANTE
LITTLEFIELD, LLC
500 14th St. NW
Atlanta, GA 30318
T: (678) 701-9381
F: (404) 856-3255
E: jbelinfante@robbinsfirm.com
   mjohnson@robbinsfirm.com
   ebedard@robbinsfirm.com
   dhernandez@robbinsfirm.com
   jpicoprats@robbinsfirm.com
   aedmondson@robbinsfirm.com

Alexa R. Ross           614986
AlexaRossLaw, LLC

Atlanta, GA 30303-3309                    2657 Danfroth Lane
(404) 581.6000                            Decatur, Georgia 30033
aileen.bell.hughes@usdoj.gov              E: alexarross@icloud.com

                                          *Special Assistant Attorneys General*

**ATTACHMENT C**
(Plaintiff United States' Outline of Case)

This civil action is brought by the United States under Title II of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12131 *et seq.*, alleging that the State of Georgia discriminates against thousands of public school students with behavior-related disabilities through the State's operation, administration, and funding of the Georgia Network for Educational and Therapeutic Support ("GNETS") Program. The Complaint alleges that students in the GNETS Program receive services in classrooms and centers where they are unnecessarily segregated from their non-disabled peers. It further alleges that 1) the State administers its behavioral health and therapeutic educational service system in a manner that fails to serve students in the GNETS Program in the most integrated setting appropriate to their needs and puts other students with behavior-related disabilities at serious risk of unnecessary segregation in the GNETS Program, and 2) the State could reasonably modify its service delivery system to provide students in the GNETS Program access to services in more integrated settings appropriate to their needs. Additionally, the United States alleges that the State fails to ensure that students in the GNETS Program have access to educational opportunities equal to those available to students in general education settings.

Relevant rules, regulations, statutes, ordinances, and illustrative case law creating a specific legal duty pertinent to the United States' cause of action include the following:

### *Statutes/Regulations/Other Legal Authority*

- 42 U.S.C. §§ 12131 *et seq.*
- 28 C.F.R. Part 35
- GA. CONST. art. VIII, §§1, 5
- Ga. Comp. R. & Regs. § 160-4-7-.15
- Ga. Code Ann. § 20-2-152(a)
- Ga. Code Ann. §§ 31-2-1, 31-2-4
- Ga. Code Ann. §§ 37-1-20, 37-1-21
- Ga. Code Ann. § 49-5-220(a)-(b)

### *Illustrative Case Law*

- *Olmstead v. L.C.*, 527 U.S. 581 (1999)
- *J.S. v. Houston Cnty. Bd. of Educ.*, 877 F.3d 979 (11th Cir. 2017)
- *Fisher v. Okla. Health Care Auth.*, 335 F.3d 1175 (10th Cir. 2003)
- *Frederick L. v. Dep't of Pub. Welfare of Pa.*, 364 F.3d 487 (3d Cir. 2004)
- *Helen L. v. DiDario*, 46 F.3d 325 (3d Cir. 1995)
- *Henrietta D. v. Bloomberg*, 331 F.3d 261 (2d Cir. 2003)
- *Pa. Prot. & Advocacy, Inc. v. Pa. Dep't of Pub. Welfare*, 402 F.3d 374 (3d Cir. 2005)
- *Radaszewski ex rel Radaszewski v. Maram*, 383 F.3d 599 (7th Cir. 2004)
- *United States v. Florida*, 682 F. Supp. 3d 1172 (S.D. Fla. 2023)
- *Disability Advocates, Inc. v. Paterson*, 653 F. Supp. 2d 184 (E.D.N.Y. 2009), *vacated on other grounds sub nom Disability Advocates, Inc. v. New York Coalition for Quality Assisted Living, Inc.*, 675 F.3d 149 (2d Cir. 2012)
- *Messier v. Southbury Training School*, 562 F. Supp. 2d 294 (D. Conn. 2008)

- *Murphy v. Minn. Dep't of Human Servs.*, 260 F. Supp. 3d 1084 (D. Minn. 2017)
- *Timothy B. v. Kinsley*, No. 1:22-CV-1046, 2024 WL 1350071 (M.D.N.C. Mar. 29, 2024)

**Attachment D**

**Attached hereto as Attachment "D" is the State's outline of the case which includes a succinct factual summary of all general, special, and affirmative defenses relied upon and which shall be neither argumentative nor recite evidence. All relevant rules, regulations, statutes, ordinances, and illustrative case law relied upon as creating a defense shall be listed under a separate heading.**

The United States brings one cause of action under Title II of the Americans with Disabilities Act ("ADA" or "Title II"). See 42 U.S.C. § 12132; Olmstead v. L.C. ex rel. Zimring, 527 U.S. 581 (1999)[1]. The single cause of action raises two legal theories. The defensive and illustrative case law cited herein apply both to claims of discrimination against any qualified individual with a disability and to claims of systemic discrimination.

1. The Olmstead Claim

The first is made pursuant to a Department of Justice regulation, 28 C.F.R. § 35.130(d), which provides that a "public entity shall administer services, programs, and activities in the most integrated setting appropriate to the needs of qualified individuals with disabilities" (the "Integration Mandate"). The Supreme Court applied the Integration Mandate in Olmstead, but it specifically reserved judgment as to whether the regulation exceeds congressional authorization. 527 U.S. at 592 (plurality op.). As a traditional ADA claim, this Court decided that the United

---

[1] The parties do not dispute that Justice Kennedy's concurring opinion in Olmstead is controlling. See Marks v. United States, 430 U.S. 188, 193 (1977).

States bears the burden of "show[ing] the availability of a reasonable accommodation." [Doc. No. 499 at 65 (citing Olmstead, 527 U.S. at 607; 28 C.F.R. § 35.130(b)(7)(i)).] Based on the Integration Mandate, the United States must show that the requested "modifications are necessary to avoid discrimination on the basis of disability." 28 C.F.R. § 35.130(b)(7)(i) (emphasis added).

This claim, known as the "Olmstead" claim contains two additional affirmative elements: "(1) a determination by the State's treatment professionals that such placement is appropriate; [and] (2) the individuals to receive such treatment do not oppose it." United States v. Florida, 938 F.3d 1221, 1250 (11th Cir. 2019) (citing Olmstead, 527 U.S. at 607 (plurality op)). As discussed more below, and in addition to standard defenses, an Olmstead claim also provides an additional affirmative defense, known as the "fundamental alteration" defense. Olmstead, 527 U.S. at 604-07.

2. The Equal Opportunity Claim

The United States's second theory of liability also stems from its regulation, and it is that the State of Georgia does not (itself) provide an equal educational opportunity for students who are receiving GNETS services as compared to those who do not. The United States's complaint explains this claim is based on the Integration Mandate as well. [Doc. No. 1 at 25, ¶ 69.] The United States appears to base this claim on allegations about the use of computer-based instruction, access

2

to electives, extracurricular activities, and physical plant matters like gymnasiums, cafeterias, libraries, and playgrounds. [Id. at 17, ¶¶ 47-49.]

As with the Olmstead claim, the United States bears the burden of showing, among other things, that the State of Georgia is "afford[ing] a qualified individual with a disability an opportunity to participate in or benefit from the aid, benefit, or service that is not equal to that afforded others;" or is as "effective in affording equal opportunity to obtain the same result, to gain the same benefit, or to reach the same level of achievement as that provided to others." 28 C.F.R. § 35.130(b)(1)(ii) and (iii).

### 3. General, Special, and Affirmative Defenses

The State intends to assert numerous defenses. Some apply to both theories of liability, and others are unique to one or the other.

#### a. *General Defenses*

##### i.    Standing

The United States lacks Article III standing to bring its claims against the State of Georgia. TransUnion LLC v. Ramirez, 594 U.S. 413, 430–31 (2021) (relying on Lujan v. Defenders of Wildlife, 504 U.S. 555, 561 (1992). Here, the United States must demonstrate at trial that it has alleged an (1) injury in fact; that (2) is traceable to the Defendant State of Georgia, and (3) redressable by a judicial

order against the State of Georgia alone. See Lujan, 504 U.S. at 561. These

showings will not be made for several reasons.

On the Olmstead claim, the United States has neither shown that any

qualified individual with a disability has experienced discrimination. Consequently,

it lacks standing for purposes of Article III standing. This precludes its claims for

both students who are currently recommended for and receiving GNETS services,

as well as those students who merely have a diagnosis of EBD and may be

recommended for GNETS services by his or her IEP Team. The United States will

also be unable to demonstrate that any alleged discrimination is redressable by

what the Court determined was the administration of certain services. Finally, the

United States cannot show that an order against only the State of Georgia will

remedy any alleged discrimination. See generally Olmstead, 527 U.S. at 581

(plurality op., and Kennedy, J., concurring); Florida, 938 F.3d at 1250; Jacobson v.

Fla. Sec'y of State, 974 F.3d 1236 (11th Cir. 2020); Georgia Advocacy Office v.

Georgia, 1:17-CV-3999-MLB, 2024 WL 4340034 (N.D. Ga. Sept. 27, 2024)

("GAO"); 42 U.S.C. §§ 12131 through 12134; 28 C.F.R. § 35.130; Gwinnett Cnty.

Sch. Dist. v. Cox, 289 Ga. 265, 710 S.E.2d 773 (2011); Ga. Const. Art. VIII, Sec. I-

III; O.C.G.A. §§ 20-2-50, 20-2-152, 20-2-240, 20-2-270 through 20-2-272, 20-2-

274; Ga. Comp. R. & Regs. 160-4-7-.01 through 160-4-7-.21.

On the equal opportunity claim, the United States cannot show that any of the alleged incidents of discrimination are traceable to the State of Georgia's administration of certain services, nor can it show that its concerns would be addressed by an order against the State of Georgia alone. See Olmstead, 527 U.S. at 581 (plurality op., and Kennedy, J., concurring); Florida, 938 F.3d at 1250; Jacobson, 974 F.3d at 1236; GAO, 2024 WL 4340034; 42 U.S.C. §§ 12131 through 12134; 28 C.F.R. § 35.130; Cox, 289 Ga. at 265, 710 S.E.2d at 773; Ga. Const. Art. VIII, Sec. I-III; O.C.G.A. §§ 20-2-50, 20-2-152, 20-2-240, 20-2-270 through 20-2-272, 20-2-274; Ga. Comp. R. & Regs. 160-4-7-.01 through 160-4-7-.21.

   ii.  Statutory Cause of Action

The United States has not demonstrated that any act or omission of the State of Georgia violates the text of the ADA, and the Integration Mandate exceeds the authority granted to the executive branch by Congress. See Loper Bright Enters. V. Raimondo, 14 S. Ct. 2244 (20204); Kisor v Wilkie, 588 U.S. 558 (2019); United States v. Mississippi, 82 F. 4th 387 (5th Cir. 2023); GAO, 2024 WL 4340034; 42 U.S.C. §§ 12131 through 12134.

The United States has not identified any statute, regulation, or policy of the State of Georgia that is facially violative of the ADA. See Olmstead, 527 U.S. at 581 (plurality op., and Kennedy, J., concurring); Florida, 938 F.3d at 1250; Jacobson, 974 F.3d at 1236; GAO, 2024 WL 4340034; 42 U.S.C. §§ 12131 through

12134; 28 C.F.R. § 35.130; <u>Cox</u>, 289 Ga. at 265, 710 S.E.2d at 773; Ga. Const. Art. VIII, Sec. I-III; O.C.G.A. §§ 20-2-50, 20-2-152, 20-2-240, 20-2-270 through 20-2-272, 20-2-274; Ga. Comp. R. & Regs. 160-4-7-.01 through 160-4-7-.21.

iii.    Causation

The United States has not and will not demonstrate that what the Court described as the State's administration of certain services actually caused any alleged discrimination against any qualified individual with a disability. <u>See</u> <u>Olmstead</u>, 527 U.S. at 581 (plurality op., and Kennedy, J., concurring); <u>Florida</u>, 938 F.3d at 1250; <u>Jacobson</u>, 974 F.3d at 1236; <u>GAO</u>, 2024 WL 4340034; 42 U.S.C. §§ 12131 through 12134; 28 C.F.R. § 35.130; <u>Cox</u>, 289 Ga. at 265, 710 S.E.2d at 773; Ga. Const. Art. VIII, Sec. I-III; O.C.G.A. §§ 20-2-50, 20-2-152, 20-2-240, 20-2-270 through 20-2-272, 20-2-274; Ga. Comp. R. & Regs. 160-4-7-.01 through 160-4-7-.21.

The United States cannot show that any such administration by the State of Georgia excludes or denies a qualified individual with a disability from the services, programs, or activities administered by the State of Georgia. <u>Olmstead</u>, 527 U.S. at 581 (plurality op., and Kennedy, J., concurring); <u>Florida</u>, 938 F.3d at 1250; <u>Jacobson</u>, 974 F.3d at 1236; <u>GAO</u>, 2024 WL 4340034; 42 U.S.C. §§ 12131 through 12134; 28 C.F.R. § 35.130; <u>Cox</u>, 289 Ga. at 265, 710 S.E.2d at 773; Ga. Const. Art. VIII, Sec. I-III; O.C.G.A. §§ 20-2-50, 20-2-152, 20-2-240, 20-2-270

6

through 20-2-272, 20-2-274; Ga. Comp. R. & Regs. 160-4-7-.01 through 160-4-7-.21.

The United States has not shown that the State of Georgia has the authority to modify, change, amend, alter, mandate, or otherwise compel or cause any changes to, among others: (A) the recommendations of an individual student's IEP Team; (B) an individual facility's physical plant (ranging from the choice of posters on the wall to the inclusion of a gymnasium); (C) the method of teaching in locally-controlled schools (e.g., online versus in-person); or (D) the availability of electives and/or extracurricular activities. See Olmstead, 527 U.S. at 581 (plurality op., and Kennedy, J., concurring); Florida, 938 F.3d at 1250; Jacobson, 974 F.3d at 1236; GAO, 2024 WL 4340034; 42 U.S.C. §§ 12131 through 12134; 28 C.F.R. § 35.130; Cox, 289 Ga. at 265, 710 S.E.2d at 773; Ga. Const. Art. VIII, Sec. I-III; O.C.G.A. §§ 20-2-50, 20-2-152, 20-2-240, 20-2-270 through 20-2-272, 20-2-274; Ga. Comp. R. & Regs. 160-4-7-.01 through 160-4-7-.21.

The United States has not shown that any statute, regulation, or policy of the State of Georgia violates the ADA on its face. See Olmstead, 527 U.S. at 581 (plurality op., and Kennedy, J., concurring); Florida, 938 F.3d at 1250; Jacobson, 974 F.3d at 1236; GAO, 2024 WL 4340034; 42 U.S.C. §§ 12131 through 12134; 28 C.F.R. § 35.130; Cox, 289 Ga. at 265, 710 S.E.2d at 773; Ga. Const. Art. VIII,

Sec. I-III; O.C.G.A. §§ 20-2-50, 20-2-152, 20-2-240, 20-2-270 through 20-2-272, 20-2-274; Ga. Comp. R. & Regs. 160-4-7-.01 through 160-4-7-.21.

The United States has not shown that any statute, regulation, or policy of the State of Georgia violates the ADA as applied to any qualified individual with a disability. See Olmstead, 527 U.S. at 581 (plurality op., and Kennedy, J., concurring); Florida, 938 F.3d at 1250; Jacobson, 974 F.3d at 1236; GAO, 2024 WL 4340034; 42 U.S.C. §§ 12131 through 12134; 28 C.F.R. § 35.130; Cox, 289 Ga. at 265, 710 S.E.2d at 773; Ga. Const. Art. VIII, Sec. I-III; O.C.G.A. §§ 20-2-50, 20-2-152, 20-2-240, 20-2-270 through 20-2-272, 20-2-274; Ga. Comp. R. & Regs. 160-4-7-.01 through 160-4-7-.21.

### iv.    Remedies Generally

The United States has not identified the remedies it seeks, much less that they are "limited" as required by precedent. See Tennessee v. Lane, 541 U.S. 509 (2004); Olmstead, 527 U.S. at 581.

The remedies the United States may seek must be "congruent and proportional" to Title II's objective and purposes. Lane, 541 U.S. at 531. Having neither identified nor provided evidence supporting the remedies it seeks, the United States cannot make this showing at trial.

The United States's refusal to identify its proposed remedies precluded the State of Georgia from engaging in discovery or seeking summary judgment on its

affirmative defense of a fundamental alteration. Imposing a remedy without such procedural safeguards is unconstitutional. See Nat'l Union Fire Ins. Co. of Pitt. v. City Sav., 28 F.3d 376 (3d Cir. 1994).

The United States has not shown that any injunctive remedy it seeks (in large part because it has refused to identify any remedy or remedies) are "narrowly tailored to the proven legal violations and restrain no more conduct than is reasonable necessary." Fin Info. Techs., LLC v. iCongrol Sys., USA, LLC, 21 F. 4th 1267 (11th Cir. 2021). See also Ga. v. President of the United States, 46 F.4th 1283 (11th Cir. 2022).

The United States has not identified any state statute, regulation, or policy that state actors should be restrained from enforcing and, therefore, has not demonstrated that it is entitled to a remedy. This is particularly, but not exclusively, true in the light of the federalism and comity issues present in this case. See generally Horne v. Flores, 557 U.S. 433 (2009); Olmstead, 527 U.S. at 612 (Kennedy, J., concurring); Badaracco v. Comm'r, 464 U.S. 386 (1984); Jacobson, 974 F.3d at 1236; United States v. Missouri, 535 F.3d 844 (8th Cir. 2008); Consumer Party v. Davis, 778 F.2d 140 (3d Cir. 1985); Morrow v. Harwell, 768 F.2d 619 (5th Cir. 1985).

The United States cannot obtain a remedy that requires legislation, including legislation to appropriate public funds. See generally Jacobson, 974 F.3d at 1236;

Mi Familia Vota v. Abbott, 977 F.3d 461 (5th Cir. 2020); Smith & Lee Assocs., Inc. v. City of Taylor, 102 F.3d 781 (6th Cir. 1996); GAO, 2024 WL 4340034.

The United States cannot obtain a remedy that is specifically authorized by or violates the IDEA, which it lacks jurisdiction to enforce. 20 U.S.C. § 1400 through 1409.

v.    Reasonable Accommodation

The United States has not identified any reasonable accommodation that the State itself could implement that is "necessary to avoid [alleged] discrimination on the basis of disability." 28 C.F.R. § 35.130(b)(7).

The United States has not identified any reasonable accommodation that the State itself could implement that is "necessary to avoid [alleged] discrimination on the basis of disability" for any qualified individual with a disability who has been recommended for GNETS services by his or her IEP Team and is currently receiving GNETS services. 28 C.F.R. § 35.130(b)(7); Bircoll v. Mia.-Dade Cnty., 480 F.3d 1072, 1083 (11th Cir. 2007).

The United States has not identified any reasonable accommodation that the State itself could implement that is "necessary to avoid [alleged] discrimination on the basis of disability" for any qualified individual with a disability who has not been recommended for GNETS services by his or her IEP Team. 28 C.F.R. § 35.130(b)(7); Bircoll, 480 F.3d at 1083.

10

The United States has not demonstrated that any proposed accommodation(s) it may have identified is reasonable, because the United States has not provided any cost analysis, workforce analysis, or provided any evidence or indicia that such a policy would be obtainable. 28 C.F.R. § 35.130(b)(7).

The United States has not demonstrated that any proposed accommodation(s) it may have identified is reasonable, because the United States has not shown the availability of Medicaid providers to offer the types of services—on a statewide basis—that it prefers. See generally, Alexander v. Mayhew, 451 F. Supp. 3d 1293 (N.D. Fla. 2020); 28 C.F.R. § 35.130(b)(7).

The United States has not demonstrated that any proposed accommodation(s) it may have identified is reasonable, because the United States has not shown the cost of expanding Medicaid services in the manner it appears to prefer. 28 C.F.R. § 35.130(b)(7).

The United States has not shown that any of the reasonable accommodation(s) it may have identified would or could impair the discretion of nor lead to a different conclusion of any IEP Team. See Olmstead, 527 U.S. at 581 (plurality op., and Kennedy, J., concurring); Florida, 938 F.3d at 1250; Jacobson, 974 F.3d at 1236; GAO, 2024 WL 4340034; 42 U.S.C. §§ 12131 through 12134; 20 U.S.C. § 1400 through 1409; 28 C.F.R. § 35.130; Cox, 289 Ga. at 265, 710 S.E.2d at 773; Ga. Const. Art. VIII, Sec. I-III; O.C.G.A. §§ 20-2-50, 20-2-152, 20-

2-240, 20-2-270 through 20-2-272, 20-2-274; Ga. Comp. R. & Regs. 160-4-7-.01

through 160-4-7-.21.

The United States has not demonstrated that any proposed

accommodation(s) it may have identified is reasonable, because it has not

articulated how any decision of the State to override an IEP Team's

recommendation complies with the Individuals with Disabilities in Education Act.

See generally 20 U.S.C. § 1400 through 1409.

   b. *Specific Defenses to the* <u>*Olmstead*</u> *Claim*

> "(1) a determination by the State's treatment professionals that such
> placement is appropriate; (2) the individuals to receive such treatment do not
> oppose it." <u>United States v. Florida</u>, 938 F.3d 1221, 1250 (11th Cir. 2019)
> (citing <u>Olmstead</u>, 527 U.S. at 607 (plurality op)).

   i. Appropriate Placement

The United States has not shown that the State of Georgia made any

decision—appropriate or inappropriate—to recommend that a qualified individual

with a disability receive GNETS services. <u>Olmstead</u>, 527 U.S. at 607 (plurality

op); <u>Florida</u>, 938 F.3d at 1250.

The United States has not shown that any recommendation by the IEP Team

of a qualified individual with a disability was inappropriate based on the qualified

individual's unique needs. <u>Olmstead</u>, 527 U.S. at 602 (plurality op).

The United States has not overcome the "greatest of deference" which must

be applied to treating professionals, including IEP Teams who make

recommendations for each qualified individual. See generally Olmstead, 527 U.S. at 581 (plurality op., and Kennedy, J., concurring); Florida, 938 F.3d at 1250; Jacobson v. Fla. Sec'y of State, 974 F.3d 1236 (11th Cir. 2020); Georgia Advocacy Office v. Georgia, 1:17-CV-3999-MLB, 2024 WL 4340034 (N.D. Ga. Sept. 27, 2024) ("GAO"); 42 U.S.C. §§ 12131 through 12134; 28 C.F.R. § 35.130; Gwinnett Cnty. Sch. Dist. v. Cox, 289 Ga. 265, 710 S.E.2d 773 (2011); Ga. Const. Art. VIII, Sec. I-III; O.C.G.A. §§ 20-2-50, 20-2-152, 20-2-240, 20-2-270 through 20-2-272, 20-2-274; Ga. Comp. R. & Regs. 160-4-7-.01 through 160-4-7-.21.

The United States has not shown that any qualified individual with a disability, who is not currently receiving GNETS services, will be recommended for GNETS services in the future or that such a recommendation would be inappropriate. See generally Olmstead, 527 U.S. at 581 (plurality op., and Kennedy, J., concurring); Florida, 938 F.3d at 1250; Jacobson v. Fla. Sec'y of State, 974 F.3d 1236 (11th Cir. 2020); Georgia Advocacy Office v. Georgia, 1:17-CV-3999-MLB, 2024 WL 4340034 (N.D. Ga. Sept. 27, 2024) ("GAO"); 42 U.S.C. §§ 12131 through 12134; 28 C.F.R. § 35.130; Gwinnett Cnty. Sch. Dist. v. Cox, 289 Ga. 265, 710 S.E.2d 773 (2011); Ga. Const. Art. VIII, Sec. I-III; O.C.G.A. §§ 20-2-50, 20-2-152, 20-2-240, 20-2-270 through 20-2-272, 20-2-274; Ga. Comp. R. & Regs. 160-4-7-.01 through 160-4-7-.21.

13

The United States has not shown that any statute, regulation, or policy mandates inappropriate recommendations for GNETS services for qualified individuals with a disability. See generally Olmstead, 527 U.S. at 581 (plurality op., and Kennedy, J., concurring); Florida, 938 F.3d at 1250; Jacobson v. Fla. Sec'y of State, 974 F.3d 1236 (11th Cir. 2020); Georgia Advocacy Office v. Georgia, 1:17-CV-3999-MLB, 2024 WL 4340034 (N.D. Ga. Sept. 27, 2024) ("GAO"); 20 U.S.C. § 1400 through 1409; 42 U.S.C. §§ 12131 through 12134; 28 C.F.R. § 35.130; Gwinnett Cnty. Sch. Dist. v. Cox, 289 Ga. 265, 710 S.E.2d 773 (2011); Ga. Const. Art. VIII, Sec. I-III; O.C.G.A. §§ 20-2-50, 20-2-152, 20-2-240, 20-2-270 through 20-2-272, 20-2-274; Ga. Comp. R. & Regs. 160-4-7-.01 through 160-4-7-.21.

The United States has not shown that, categorically, a recommendation for GNETS services is always inappropriate. See generally Olmstead, 527 U.S. at 581 (plurality op., and Kennedy, J., concurring); Florida, 938 F.3d at 1250; Jacobson v. Fla. Sec'y of State, 974 F.3d 1236 (11th Cir. 2020); Georgia Advocacy Office v. Georgia, 1:17-CV-3999-MLB, 2024 WL 4340034 (N.D. Ga. Sept. 27, 2024) ("GAO"); 42 U.S.C. §§ 12131 through 12134; 28 C.F.R. § 35.130; Gwinnett Cnty. Sch. Dist. v. Cox, 289 Ga. 265, 710 S.E.2d 773 (2011); Ga. Const. Art. VIII, Sec. I-III; O.C.G.A. §§ 20-2-50, 20-2-152, 20-2-240, 20-2-270 through 20-2-272, 20-2-274; Ga. Comp. R. & Regs. 160-4-7-.01 through 160-4-7-.21.

14

ii.    Non-Opposition

The United States has not demonstrated that any individual student for whom his or her IEP Team determined that GNETS services are appropriate opposed receiving GNETS services. See generally Olmstead, 527 U.S. at 581 (plurality op., and Kennedy, J., concurring); Florida, 938 F.3d at 1250; Jacobson v. Fla. Sec'y of State, 974 F.3d 1236 (11th Cir. 2020); Georgia Advocacy Office v. Georgia, 1:17-CV-3999-MLB, 2024 WL 4340034 (N.D. Ga. Sept. 27, 2024) ("GAO"); 20 U.S.C. § 1400 through 1409; 42 U.S.C. §§ 12131 through 12134; 28 C.F.R. § 35.130; Gwinnett Cnty. Sch. Dist. v. Cox, 289 Ga. 265, 710 S.E.2d 773 (2011); Ga. Const. Art. VIII, Sec. I-III; O.C.G.A. §§ 20-2-50, 20-2-152, 20-2-240, 20-2-270 through 20-2-272, 20-2-274; Ga. Comp. R. & Regs. 160-4-7-.01 through 160-4-7-.21.

The United States has not demonstrated that any qualified individual with a disability currently receiving GNETS services could appropriately be served in a less restrictive environment and does not oppose a more integrated setting. See generally Olmstead, 527 U.S. at 581 (plurality op., and Kennedy, J., concurring); Florida, 938 F.3d at 1250; Jacobson v. Fla. Sec'y of State, 974 F.3d 1236 (11th Cir. 2020); Georgia Advocacy Office v. Georgia, 1:17-CV-3999-MLB, 2024 WL 4340034 (N.D. Ga. Sept. 27, 2024) ("GAO"); 20 U.S.C. § 1400 through 1409; 42 U.S.C. §§ 12131 through 12134; 28 C.F.R. § 35.130; Gwinnett Cnty. Sch. Dist. v.

Cox, 289 Ga. 265, 710 S.E.2d 773 (2011); Ga. Const. Art. VIII, Sec. I-III;

O.C.G.A. §§ 20-2-50, 20-2-152, 20-2-240, 20-2-270 through 20-2-272, 20-2-274;

Ga. Comp. R. & Regs. 160-4-7-.01 through 160-4-7-.21.

     The United States has not demonstrated that any act or omission of the State
of Georgia prevents any qualified individual with a disability or his or her legal
guardian from expressing opposition to an IEP Team's recommendation to receive
GNETS services or to continue to receive GNETS services. See generally
Olmstead, 527 U.S. at 581 (plurality op., and Kennedy, J., concurring); Florida,
938 F.3d at 1250; Jacobson v. Fla. Sec'y of State, 974 F.3d 1236 (11th Cir. 2020);
Georgia Advocacy Office v. Georgia, 1:17-CV-3999-MLB, 2024 WL 4340034
(N.D. Ga. Sept. 27, 2024) ("GAO"); 20 U.S.C. § 1400 through 1409; 42 U.S.C. §§
12131 through 12134; 28 C.F.R. § 35.130; Gwinnett Cnty. Sch. Dist. v. Cox, 289
Ga. 265, 710 S.E.2d 773 (2011); Ga. Const. Art. VIII, Sec. I-III; O.C.G.A. §§ 20-2-
50, 20-2-152, 20-2-240, 20-2-270 through 20-2-272, 20-2-274; Ga. Comp. R. &
Regs. 160-4-7-.01 through 160-4-7-.21.

     The United States has not demonstrated—nor does it have the jurisdiction to
claim—that any act or omission of the State of Georgia has prevented, hampered,
limited, or otherwise wrongfully impaired a qualified individual with a disability or
his or her legal guardian's ability to seek redress for an IEP Team's
recommendation(s). See generally Olmstead, 527 U.S. at 581 (plurality op., and

16

Kennedy, J., concurring); <u>Florida</u>, 938 F.3d at 1250; <u>Jacobson v. Fla. Sec'y of State</u>, 974 F.3d 1236 (11th Cir. 2020); <u>Georgia Advocacy Office v. Georgia</u>, 1:17-CV-3999-MLB, 2024 WL 4340034 (N.D. Ga. Sept. 27, 2024) ("<u>GAO</u>"); 20 U.S.C. § 1400 through 1409; 42 U.S.C. §§ 12131 through 12134; 28 C.F.R. § 35.130; <u>Gwinnett Cnty. Sch. Dist. v. Cox</u>, 289 Ga. 265, 710 S.E.2d 773 (2011); Ga. Const. Art. VIII, Sec. I-III; O.C.G.A. §§ 20-2-50, 20-2-152, 20-2-240, 20-2-270 through 20-2-272, 20-2-274; Ga. Comp. R. & Regs. 160-4-7-.01 through 160-4-7-.21.

iii.    Fundamental Alteration Defense

If necessary, the State of Georgia will show that the reasonable accommodation(s) identified by the United States constitute a fundamental alteration of state services. <u>See</u> <u>generally</u> <u>Olmstead</u>, 527 U.S. at 581 (plurality op., and Kennedy, J., concurring); <u>Florida</u>, 938 F.3d at 1250; <u>Jacobson v. Fla. Sec'y of State</u>, 974 F.3d 1236 (11th Cir. 2020); <u>Georgia Advocacy Office v. Georgia</u>, 1:17-CV-3999-MLB, 2024 WL 4340034 (N.D. Ga. Sept. 27, 2024) ("<u>GAO</u>"); 20 U.S.C. § 1400 through 1409; 42 U.S.C. §§ 12131 through 12134; 28 C.F.R. § 35.130; <u>Gwinnett Cnty. Sch. Dist. v. Cox</u>, 289 Ga. 265, 710 S.E.2d 773 (2011); Ga. Const. Art. VIII, Sec. I-III; O.C.G.A. §§ 20-2-50, 20-2-152, 20-2-240, 20-2-270 through 20-2-272, 20-2-274; Ga. Comp. R. & Regs. 160-4-7-.01 through 160-4-7-.21.

The United States has not identified what it seeks as a remedy, and therefore the State of Georgia has been deprived of the ability to engage in discovery on

what the United States proposes as a remedy or remedies. Consequently, the United States should not be permitted to proffer any remedies, if any, beyond those identified in this Court's order of August 16, 2024.

# ATTACHMENT E
(Joint Statement of Stipulated Facts)

1.    As of the March 2023 close of fact discovery, the following 24

regional GNETS programs (the "Regional GNETS Programs") existed:

- Burwell
- Cedarwood
- Coastal Academy
- Coastal Georgia Comprehensive Academy
- DeKalb-Rockdale
- Elam Alexander Academy
- Flint Area Learning
- Futures
- Harrell Learning Center
- H.A.V.E.N. Academy
- Heartland Academy
- Horizon Academy
- Mainstay Academy
- North Metro
- NorthStar Educational and Therapeutic Services
- Northwest Georgia Educational
- Oak Tree
- GNETS of Oconee
- Pathways Educational
- River Quest
- Rutland Academy
- Sand Hills
- South Metro
- Woodall

2.    In October 2010, the Georgia Department of Audits and Accounts

published the findings of its performance audit of the GNETS Program, which

appears in the record at GA05045681- GA05045722 ("2010 Audit").

3.    Pursuant to its statutory authority, the State Board of Education promulgated Ga. Comp. R. & Regs. 160-4-7-.15, commonly referred to as the "GNETS Rule."

4.    The GNETS Rule was most recently revised in June 2017, and the revised Rule took effect in July 2017.

5.    The Georgia Department of Education ("GaDOE") hired Nakeba Rahming in 2016 with the title "GNETS Program Manager."  She was later promoted to "GNETS Program Director."

6.    Prior to Ms. Rahming's hire, GaDOE employed other personnel who spent part of their professional time on matters involving GNETS.  This included Ginny O'Connell, a GaDOE employee who spent part of her professional time on matters involving GNETS and Positive Behavior Interventions and Supports ("PBIS").

7.    During the time Nakeba Rahming was the GNETS Program Manager and GNETS Program Director, she collaborated with a Department of Behavioral Health and Developmental Disabilities ("DBHDD") Director named Clara Keith on matters related to GNETS.

8.    Nakeba Rahming stopped serving as GNETS Program Director in 2017.

9.    The current GNETS Program Manager is Vickie Cleveland, who has

served in that role since 2018.

10.     GaDOE hired Lakesha Stevenson in 2018 with the title "GNETS

Program Specialist."

11.     Lakesha Stevenson continues to hold the position of GNETS Program

Specialist.

12.     Lakesha Stevenson reports directly to the GNETS Program Manager.

13.     As of the date of their depositions in this matter, the following

individuals were directors of Regional GNETS Programs ("GNETS Directors"):

David Ackerman (Coastal Georgia Comprehensive Academy), Whitney Braddock

(Cedarwood), Samuel Clemons (Horizon Academy), Brooke Cole (Elam

Alexander Academy), Lisa Futch (Coastal Academy), Derrick Gilchrist (South

Metro), Cassandra Holifield (North Metro), Haley Livingston (Harrell Learning

Center), Jacqueline Neal (NorthStar Educational and Therapeutic Services),

Talithia Newsome (Sand Hills), Celest Ngeve (Rutland Academy), and Patricia

Wolf (GNETS of Oconee).

14.     The State of Georgia's fiscal year begins on July 1.

15.     The Georgia General Assembly commences its annual regular

legislative session on the second Monday in January, and it meets for no more than

40 legislative days during such time.  *See* Ga. Const. Art. III, Sec. IV, Par. I.

16.     Each year, the Georgia General Assembly appropriates state and, in

some cases, federal funds for the operations of the State's departments and agencies through a State appropriations bill. In each legislative session, the Georgia General Assembly typically passes two appropriations bills. One identifies appropriations for the upcoming fiscal year, and the other makes any needed adjustments to the appropriations bill passed during the previous legislative session.

17.    The State appropriations bill approved by the Georgia General Assembly becomes law either with the signature of the Governor or in the absence of a veto, including line-item vetoes, by the Governor within a prescribed period. *See* Ga. Const. art. 3, § 5, ¶ XIII.

18.    In recent years, the annual State appropriations bills have designated a "Total Funds" amount for the GaDOE. For FY2024, this "Total Funds" amount was $13,989,743,634.

19.    Since at least 2015, annual State appropriations bills have included a specific line item for GNETS grants.

20.    The following are the "Total Funds" or "Total Public Funds" amounts for the GNETS grant line item as listed in the original appropriations bill for the corresponding year:

- FY2015 ($70,121,479): state - $62,081,479; federal - $8,040,000
- FY2016 ($70,406,538): state - $62,246,538; federal - $8,160,000
- FY2017 ($72,086,561): state - $63,926,561; federal - $8,160,000
- FY2018 ($74,402,830): state - $66,142,788; federal - $8,260,042

- FY2019 ($72,081,380): state - $63,821,338; federal - $8,260,042
- FY2020 ($75,069,567): state - $63,746,765; federal - $11,322,802
- FY2021 ($64,122,733): state - $52,799,931; federal - $11,322,802
- FY2022 ($64,688,732): state - $53,365,930; federal - $11,322,802
- FY2023 ($65,427,745): state - $54,104,943; federal -$11,322,802
- FY2024 ($64,131,220): state - $52,808,418; federal - $11,322,802

*See* H.B. 76, 153rd Gen. Assemb., Reg. Sess. (see p. 93 at 134.100) (Ga. 2015);

H.B. 751, 153rd Gen. Assemb., Reg. Sess. (see p. 54 at 24.9) (Ga. 2016); H.B. 44,

154th Gen. Assemb., Reg. Sess. (see p. 96 at 142.100) (Ga. 2017); H.B. 684, 154th

Gen. Assemb., Reg. Sess. (see p. 50 at 24.10) (Ga. 2018); H.B. 31, 155th Gen.

Assemb., Reg. Sess. (see p. 100 at 146.100) (Ga. 2019); H.B. 793, 155th Gen.

Assemb., Reg. Sess. (see p. 63 at 24.9) (Ga. 2020); H.B. 81, 156th Gen. Assemb.,

Reg. Sess. (see p. 80 at 142.100) (Ga. 2021); H.B. 911, 156th Gen. Assemb., Reg.

Sess. (see p. 65 at 24.8) (Ga. 2022); H.B. 19, 157th Gen. Assemb., Reg. Sess. (see

p. 105 at 151.100) (Ga. 2023).

21.    In GA00000001-GA00000005, the field labeled

"SENDING_SYSTEM_ID" reflects the district or county where each student's

home school is located as of the year identified in the field labeled

"SCHOOL_YEAR," with some exceptions to this general rule.

22.    In GA00000001-GA00000005, the field labeled

"SENDING_SCHOOL_ID" reflects where each student's home school is located

as of the year identified in the field labeled "SCHOOL_YEAR," with some

exceptions to this general rule.

23.    In GA00000001-GA00000005, each entry for a student reflects a student entry in a Regional GNETS Program.

24.    In GA00000001-GA00000005, the entries in the field labeled "SCHOOL_YEAR" correspond with the year the spring semester took place: an entry of "2016" corresponds with the 2015-16 school year, an entry of "2017" corresponds with the 2016-17 school year, an entry of "2018" corresponds with the 2017-18 school year, an entry of "2019" corresponds with the 2018-19 school year, and an entry of "2020" corresponds with the 2019-20 school year.

25.    In GA00000001-GA00000005, the field labeled "PRIMARY_AREA" reflects a student's primary exceptionality (i.e., disability) as identified on their IEP.

26.    The spreadsheets Bates-stamped GA00000006-GA00000016 contain definitions that identify the meaning for certain codes that appear in the spreadsheets GA00000001-GA00000005.

27.    The spreadsheets Bates stamped GA05242789 and GA05242790 cover the 2020-21 and 2021-22 school years, respectively, and contain the same types of information about students served in the GNETS Program as the spreadsheets Bates stamped GA00000001-GA00000005.

28.    The field names in GA05242789 and GA05242790 have the same meanings as those in GA00000001-GA00000005.

29.    The spreadsheet Bates stamped GA00265967 contains data for students who received GNETS services from the 2015-16 school year through the 2019-20 school year, including whether the students listed were enrolled in Medicaid or PeachCare for Kids.  The spreadsheet reflects Medicaid or PeachCare for Kids enrollment by quarter, beginning in September 2015 and ending in March 2020.

30.    The spreadsheet Bates stamped GA05559839 contains data for students who received GNETS services from the 2015-16 school year through the 2021-22 school year, including whether the students listed were enrolled in Medicaid or PeachCare for Kids.  The spreadsheet reflects Medicaid or PeachCare for Kids enrollment by quarter, beginning in September 2015 and ending in June 2022.

31.    In GA00265967 and GA05559839, where "MCD" is listed in connection with a student entry, it denotes that the specific student was enrolled in Medicaid during that quarter.  In GA00265967 and GA05559839, where "PCK" is listed in connection with a student entry, it denotes that the specific student was enrolled in PeachCare for Kids during that quarter.

32.    In GA00265967, the entries in the column labeled "School_Yr" correspond with the year the spring semester took place: an entry of "2016" corresponds with the 2015-16 school year, an entry of "2017" corresponds with the

2016-17 school year, an entry of "2018" corresponds with the 2017-18 school year, an entry of "2019" corresponds with the 2018-19 school year, and an entry of "2020" corresponds with the 2019-20 school year.

33.    In GA05559839, the entries in the column labeled "School Year" correspond with the year the spring semester took place: an entry of "2016" corresponds with the 2015-16 school year, an entry of "2017" corresponds with the 2016-17 school year, an entry of "2018" corresponds with the 2017-18 school year, an entry of "2019" corresponds with the 2018-19 school year, an entry of "2020" corresponds with the 2019-20 school year, an entry of "2021" corresponds with the 2020-21 school year, and an entry of "2022" corresponds with the 2021-22 school year.

34.    The spreadsheet Bates stamped GA05240431 contains information about the Medicaid services billed for students who received GNETS services during the 2019-2020 school year.  The spreadsheet reflects all claims paid for Medicaid services that were provided to those children from calendar year 2017 through calendar year 2022.

35.    The spreadsheet Bates stamped GA05242791 contains information about the Medicaid services billed for students who received GNETS services during the 2021-2022 school year.  The spreadsheet reflects all claims paid for Medicaid services that were provided to those children from calendar year 2017

through calendar year 2022.

36.    The following services are eligible for reimbursement by Georgia's Medicaid and PeachCare for Kids programs when provided to enrolled children with emotional or behavioral disabilities:

- Behavioral Health Assessment
- Group Outpatient Services-Group Training
- Behavioral Health Clinical Consultation
- Individual Counseling
- Community Support
- Medication Administration
- Crisis Intervention
- Nursing Assessment and Health Services
- Diagnostic Assessment
- Psychiatric Treatment
- Family Outpatient Services-Family Counseling
- Psychological Testing
- Family Outpatient Services-Family Training
- Service Plan Development
- Group Outpatient Services-Group Counseling
- Crisis Stabilization Unit Services
- Parent Peer Support-Individual
- Intensive Customized Care Coordination
- Substance Abuse Intensive Outpatient Program
- Intensive Family Intervention
- Youth Peer Support-Group
- Parent Peer Support-Group
- Youth Peer Support-Individual

37.    The spreadsheet Bates stamped GA05201251 contains information about all Medicaid claims paid for the services identified in the supplemental response to Interrogatory 17 that were provided to children in Georgia in calendar

years 2016 through 2021.  The spreadsheet reflects, among other things, the total number of unique children receiving each service, the total number of units paid for, and the amount paid per claim, and also provides that information by provider.

## ATTACHMENT F-1
(Plaintiff United States' Witness List)

### *Will Call*

1. Amy McCart, Ph.D.
   c/o United States Attorney's Office
   Richard B. Russell Building
   75 Ted Turner Drive SW
   Atlanta, GA 30303

   Dr. Amy McCart will testify about the degree and nature of the segregation of students served in the GNETS Program and the quality and range of educational opportunities afforded to students within the GNETS Program as compared to those afforded to their general education peers.  Dr. McCart will also testify about the lack of necessity for the segregation of students within the GNETS Program and the Program's failure to deliver effective behavioral and therapeutic supports.  Finally, Dr. McCart will testify about the State of Georgia's ability to support students in the GNETS Program in more integrated settings with appropriate services and supports for their needs and her recommendations for how the State can eliminate the statewide systemic segregation of students with behavior-related disabilities in the GNETS Program and ensure fair and equal access to educational opportunities for students with behavior-related disabilities.

2. Robert Putnam, Ph.D., L.P., LABA, BCBA-D
   c/o United States Attorney's Office
   Richard B. Russell Building
   75 Ted Turner Drive SW
   Atlanta, GA 30303

   Dr. Robert F. Putnam is expected to testify about therapeutic services that can effectively serve students with behavior-related disabilities in general education settings; his assessment of the therapeutic services the State of Georgia has made available for students with behavior-related disabilities and whether these services are diverting students from unnecessary placement in GNETS; and the ways the State of Georgia can make reasonable changes to its service system, including expanding existing therapeutic services and supports, improving coordination and

data collection across the State's child-serving agencies and community partners, and providing robust training and technical assistance.

### *May Call*

| | | |
|---|---|---|
| 1. | David | Ackerman |
| 2. | P. | Adams |
| 3. | D. | Ahlin |
| 4. | Janel | Allen |
| 5. | C. | Anderson |
| 6. | T. | Anderson |
| 7. | A. | Bailey |
| 8. | K. | Barnes |
| 9. | C. | Barrera |
| 10. | James (Ted) | Beck |
| 11. | J. | Beem |
| 12. | Geronald | Bell |
| 13. | C. | Berry |
| 14. | Frank | Berry |
| 15. | P. | Berry |
| 16. | A. | Bolden |
| 17. | T. | Booker |
| 18. | D. | Boothe |
| 19. | R. | Bowdoin |
| 20. | M. | Bowling |
| 21. | Whitney | Braddock |
| 22. | Marnie | Braswell |
| 23. | T. | Brewer |
| 24. | D. | Burack |
| 25. | Jason | Byars |
| 26. | T. | Chase |
| 27. | Samuel | Clemons |
| 28. | Vickie | Cleveland |
| 29. | Brooke | Cole |
| 30. | R. | Combs |
| 31. | T. | Combs |
| 32. | V. | Coxon |
| 33. | A. | Craig Smith |

| 34. | C. | Davis |
|-----|----|----|
| 35. | Dimple | Desai |
| 36. | H. | Devulpalli |
| 37. | Ann | DiGirolamo |
| 38. | Brian | Dowd |
| 39. | T. | Dukes |
| 40. | S. | Ebersole |
| 41. | C. | Egeland |
| 42. | M. | Egeland |
| 43. | K. | Elliott |
| 44. | M. | Exline |
| 45. | T. | Facente |
| 46. | Judith | Fitzgerald |
| 47. | Layla | Fitzgerald |
| 48. | T. | Fowler |
| 49. | Lisa | Futch |
| 50. | Deborah | Gay |
| 51. | P. | Germain |
| 52. | Derrick | Gilchrist |
| 53. | C. | Glazier |
| 54. | M. | Glazier |
| 55. | R. | Golden |
| 56. | K. | Grant |
| 57. | G. | Gray |
| 58. | D. | Griggs |
| 59. | D. | Gud |
| 60. | G. | Hafer |
| 61. | N. | Hafer |
| 62. | A. | Hall |
| 63. | N. | Hall |
| 64. | S. | Hall |
| 65. | Nicholas | Handville |
| 66. | C. | Harshbarger |
| 67. | E. | Hensley |
| 68. | R. | Herrington |
| 69. | Jennifer | Hibbard |
| 70. | M. | Higgins |
| 71. | C. | Hill |

| 72.  | Justin         | Hill       |
|------|----------------|------------|
| 73.  | E.             | Hodges     |
| 74.  | Cassandra      | Holifield  |
| 75.  | S.             | Hudgins    |
| 76.  | A.             | Hurst      |
| 77.  | V.             | Jeffrey    |
| 78.  | K.             | Johnson    |
| 79.  | M.             | Johnson    |
| 80.  | Monica         | Johnson    |
| 81.  | R.             | Johnson    |
| 82.  | K.             | Jones      |
| 83.  | William (Matt) | Jones      |
| 84.  | Samuel (Chad)  | Jones      |
| 85.  | Clara          | Keith      |
| 86.  | C.             | Lally      |
| 87.  | J.             | Lang       |
| 88.  | A.             | Law        |
| 89.  | V.             | Leslie     |
| 90.  | Haley          | Livingston |
| 91.  | E.             | Louder     |
| 92.  | Wina           | Low        |
| 93.  | P.             | Mace       |
| 94.  | H.             | Markward   |
| 95.  | C.             | Marney     |
| 96.  | J.             | Marshall   |
| 97.  | L.             | Martin     |
| 98.  | P.             | Martin     |
| 99.  | C.             | Mastin     |
| 100. | J.             | McAdams    |
| 101. | Amber          | McCollum   |
| 102. | J.             | McCray     |
| 103. | Garry          | McGiboney  |
| 104. | Dante          | McKay      |
| 105. | Susan          | McLaren    |
| 106. | A.             | Morris     |
| 107. | K.             | Moss       |
| 108. | Jacqueline     | Neal       |
| 109. | Talithia       | Newsome    |

| 110. | Celest | Ngeve |
|------|--------|-------|
| 111. | Lisa | Oosterveen |
| 112. | Sonia (Shaun) | Owen |
| 113. | J. | Owens |
| 114. | K. | Owens |
| 115. | D. | Owens-Howard |
| 116. | Stephanie | Pearson |
| 117. | H. | Pelham |
| 118. | C. | Pittman |
| 119. | P. | Poole |
| 120. | K. | Powell |
| 121. | J. | Prince |
| 122. | T. | Qualls |
| 123. | John | Quesenberry |
| 124. | K. | Reilly |
| 125. | N. | Richard |
| 126. | L. | Rigney |
| 127. | T. | Ringold |
| 128. | Rusk | Roam |
| 129. | J. | Rogers |
| 130. | J. | Romano |
| 131. | Michael | Rowland |
| 132. | K. | Ruark |
| 133. | H. | Ruffin |
| 134. | J. | Sampson |
| 135. | V. | Scott |
| 136. | K. | Seabrook |
| 137. | L. | Self |
| 138. | D. | Smith |
| 139. | K. | Smith |
| 140. | K. | Smith |
| 141. | Zelphine | Smith Dixon |
| 142. | J. | State |
| 143. | T. | Steney |
| 144. | E. | Stennes |
| 145. | L. | Stennes |
| 146. | LaKesha | Stevenson |
| 147. | M. | Taylor |

| 148. | Tiffany | Taylor |
| 149. | T. | Terry |
| 150. | S. | Teston |
| 151. | L. | Thompson |
| 152. | Wendy | Tiegreen |
| 153. | K. | Tomlin |
| 154. | T. | Tyree |
| 155. | Fabio | Van Der Merwe |
| 156. | T. | Wilds |
| 157. | A. | Wilhelm |
| 158. | A. | Williams |
| 159. | L. | Williams |
| 160. | S. | Williams |
| 161. | T. | Williams |
| 162. | T. | Winston |
| 163. | Larry | Winter |
| 164. | Patricia | Wolf |

Plaintiff reserves the right to call additional witnesses for purposes of rebuttal or impeachment and to call any individual listed on Defendant's witness list.

**ATTACHMENT F-2**
**DEFENDANTS' WITNESS LIST**

 **Defendant will have the following witnesses present at trial. All witnesses can be contacted through the undersigned counsel.**

- Cleveland, Vickie
- Jones, Matt
- McKay, Dante
- Roam, Rusk
- Royal, Mike

 **Defendant may have the following witnesses present at trial. All witnesses can be contacted through the undersigned counsel except where otherwise indicated.**

- Beck, Ted
- Bell, Geronald
- Berry, Frank
- Brown, Clara Keith
- Byars, Jason
- Dowd, Brian
- Fitzgerald, Judith
- Fitzgerald, Layla
- Hill, Justin
- Low, Wina
- McCollum, Amber
- Owen, Shaun
- Rowland, Michael
- Smith Dixon, Zelphine
- Stevenson, Lakesha
- Winter, Larry
- Ackerman, David
    - Can be contacted through Brian Dennison, Esq., Asst. School Board Attorney for Savannah-Chatham County Public School System, brian.dennison@sccpss.com

- Braddock, Whitney
  - Can be contacted through Hieu M. Nguyen, Esq., Pereira, Kirby, Kinsinger & Nguyen, LLP, hnguyen@pkknlaw.com
- Clemons, Samuel
  - Can be contacted through Hieu M. Nguyen, Esq., Pereira, Kirby, Kinsinger & Nguyen, LLP, hnguyen@pkknlaw.com
- Cole, Brooke
  - Can be contacted through Sydney M. Solomon, Esq., Jones Cork, LLP, sydney.solomon@jonescork.com
- Futch, Lisa
  - Can be contacted through Hieu M. Nguyen, Esq., Pereira, Kirby, Kinsinger & Nguyen, LLP, hnguyen@pkknlaw.com
- Gilchrist, Derrick
  - Can be contacted through Dasha Jackson, Esq., Gregory, Doyle, Calhoun & Rogers, LLC, djackson@gdcrlaw.com
- Holifield, Cassandra
  - Can be contacted through Beth Morris, Esq., Parker Poe, bethmorris@parkerpoe.com
- Livingston, Haley
  - Can be contacted through Hieu M. Nguyen, Esq., Pereira, Kirby, Kinsinger & Nguyen, LLP, hnguyen@pkknlaw.com
- Neal, Jacqie
  - Can be contacted through Hieu M. Nguyen, Esq., Pereira, Kirby, Kinsinger & Nguyen, LLP, hnguyen@pkknlaw.com
- Newsome, Talithia
  - Can be contacted through Kim Fletcher Bowden, Esq., Richmond County School System, Fletcher, Harley & Fletcher LLP, Kim@fhflaw.com
- Ngeve, Celeste
  - Can be contacted through Daniel Murphy, Esq., Northeast Georgia RESA, Daniel R. Murphy, P.C., danmurphy_1@msn.com
- Wolf, Patricia
  - Can be contacted through Hieu M. Nguyen, Esq., Pereira, Kirby, Kinsinger & Nguyen, LLP, hnguyen@pkknlaw.com

Defendant reserves the right to call any witness on Plaintiff's witness list.

**Defendant will have the following expert witness present at trial. He can be contacted through the undersigned counsel.**

- Dr. Andrew Wiley. Dr. Wiley will testify as a rebuttal expert as to the opinions and conclusions of the Department of Justice's experts, Dr. Amy McCart and Dr. Robert Putnam. A specific summary of the expected testimony of Dr. Wiley follows below.

- (1) Because the Department of Justice's experts do not consider IDEA's processes and their effect on decisions related to a child's placement in their analysis, their assertions of "unnecessary segregation" of students is unsubstantiated.

- (2) The generalized statement that the "vast majority" of students with behavior-related disabilities can be effectively taught in general education discounts or underestimates the diversity, complexity, and severity of the educational difficulties experienced by these students. DOJ's experts did not examine individual students' needs or explain how individual differences ought to influence programming and placement decisions (i.e., who are the "vast majority," who are not?)

- (3) Research does not show that inclusion (placement in general education) is categorically more beneficial than placement in specialized settings (e.g., self contained classroom, separate school) for students with behavior-related disabilities. To the contrary, placement in general education can be associated with negative outcomes.

- (4) Educational services and supports intended to make general education appropriate and effective for students with behavior-related disabilities have substantial limitations related to both evidence and implementation in schools that are not addressed in the DOJ reports. These limitations cast doubt on whether these practices (e.g., multi-tiered systems of support) will allow the "vast majority" of students with behavior-related disabilities to "succeed" in general education or prevent placement in separate settings.

- (5) Separate placements (self-contained classrooms, separate schools) can be more appropriate and effective than general education for some students with behavior related disabilities.

## **ATTACHMENT G-1**
### (Plaintiff United States' Exhibit List)

Plaintiff identifies the following documentary and physical evidence that will be tendered at trial. Plaintiff reserves the right to use any exhibit on Defendant's exhibit list, regardless of whether Defendants seeks to admit such exhibit.

| **Exhibit No.** | **Marked** | **Admitted** | **Exhibit Description** | **Deposition Ex. No. / Bates No.** |
|---|---|---|---|---|
| 1 | | | Declaration and Expert Disclosure of Dr. Amy McCart | |
| 2 | | | Declaration and Expert Disclosure of Dr. Robert Putnam | |
| 3 | | | GNETS Rule | Dep. Ex. 82 |
| 4 | | | Regional GNETS program map | |
| 5 | | | FY 23 GNETS Directory (Updated June 2022) | |
| 6 | | | FY 24 GNETS Directory (Updated July 2023) | |
| 7 | | | DBHDD Organizational Structure | Dep. Ex. 4 |
| 8 | | | Budget Tracking Summary, Updated 7.10.2020; DBHDD Estimated Budget Reduction by Subprogram - FY2020 Base Budget | Dep. Ex. 5 |
| 9 | | | February 12, 2021 Letter From Alexa Ross to Hamilton/Lill re: United States of America v. Georgia, Civil Action File No. 1:16-CV-03088-ELR, Northern District of Georgia | Dep. Ex. 8 |

| | | | | |
|---|---|---|---|---|
| 10 | | | Georgia DBHDD Provider Manual For Community Behavioral Health Providers For The DBHDD - Fiscal Year 2022 Quarter 1 Effective Dates 7/1/2021 to 9/30/21 | Dep. Ex.  9 |
| 11 | | | Georgia Uniform Application FY 2020/2021 Community Mental Health Services Block Grant | Dep. Ex.  10 |
| 12 | | | 5/14/2018 Email from Dante McKay to Wendy Tiegreen et al. re High Fidelity Wraparound | Dep. Ex.  11 |
| 13 | | | Apex FAQ for Agency Leadership | Dep. Ex.  12 |
| 14 | | | 6/27/2016 Email from Dante McKay to Stephanie Pearson et al.re GA APEX | Dep. Ex.  13 |
| 15 | | | 3/1/2019 Email from Deana Farmer to Dante McKay re Apex & GNETS | Dep. Ex.  14 |
| 16 | | | The Georgia Collaborative ASO - Active Provider By Service | Dep. Ex.  15 |
| 17 | | | The Georgia Collaborative ASO - Provider Report (7/1/2017-6/30/2018) | Dep. Ex.  16 |
| 18 | | | 2/5/2019 Email from Wendy Farmer to John Quesenberry re FW: Data Request from Javona Daniels on Mobile Crisis Dispatches to Schools | Dep. Ex.  17 |
| 19 | | | Measurement Areas Draft, SOC State Plan Areas | Dep. Ex.  18 |
| 20 | | | 10/19/2016 Email from Dante McKay to Monica Johnson et al. re FW: COE Data Sources | Dep. Ex.  19 |
| 21 | | | Georgia APEX Program | Dep. Ex.  20 |

| | | | | |
|---|---|---|---|---|
| 22 | | | DBHDD- Gateway Behavioral Health Services FY2021 Georgia Apex Project Contract | Dep. Ex.  21 |
| 23 | | | Georgia APEX Program Annual Evaluation Results July 2019 - June 2020 | Dep. Ex.  22 |
| 24 | | | APEX year end survey 2019-2020 | Dep. Ex.  23 |
| 25 | | | 1/17/2020 APEX COE/DBHDD Updates | Dep. Ex.  24 |
| 26 | | | 2/12/2019 Email from Garry McGiboney to Judy Fitzgerald RE: Quick note | Dep. Ex.  25 |
| 27 | | | APEX COE/DBHDD Team Meeting 6.9.20 | Dep. Ex.  26 |
| 28 | | | 8/20/2020 Email from Dante McKay to Danielle Jones et al. re Apex Schools' List | Dep. Ex.  27 |
| 29 | | | "Question: 40% Productivity - How will this be implemented? How much does each APEX contract receive in total?" | Dep. Ex.  28 |
| 30 | | | 5/27/2016 email from Dante McKay to Nakeba Rahming re Trauma Informed Care | Dep. Ex.  29 |
| 31 | | | DBHDD PowerPoints | Dep. Ex.  30 |
| 32 | | | 1/29/2020 email from Danielle Jones to Dante McKay re MHTTC Info | Dep. Ex.  31 |
| 33 | | | ACER Collaborative Meeting Minutes 11/17/2020 | Dep. Ex.  33 |
| 34 | | | BH Quality Management Framework | Dep. Ex.  34 |
| 35 | | | 2/19/2018 email from Stephanie Pearson to Amy Hightower et al. re Agenda for today's PRTF meeting | Dep. Ex.  35 |

| | | | | |
|---|---|---|---|---|
| 36 | | | 7/5/2016 Email from Stephanie Pearson to Dante McKay re GNETS Site Visit | Dep. Ex.  36 |
| 37 | | | GNETS Strategic Plan Activities for FY12 | Dep. Ex.  37 |
| 38 | | | OPB Status_FY.20 OPB Performance Measures_Details_update 7_28_20 spreadsheet | Dep. Ex.  38 |
| 39 | | | APEX Monthly Programmatic Report | Dep. Ex.  39 |
| 40 | | | Provider Reports 2020 | Dep. Ex.  40 |
| 41 | | | Provider Report YTD May 2020 | Dep. Ex.  41 |
| 42 | | | DBHDD - Georgia State University FY2020 Center of Excellence Contract | Dep. Ex.  43 |
| 43 | | | 1/19/2021 email from Dante McKay to Ann DiGirolamo et al. re Please hold for a meeting with COE and DBHDD Project Leads | Dep. Ex.  44 |
| 44 | | | COE Scope of Work Status Review | Dep. Ex.  45 |
| 45 | | | Elam Alexander GNETS FY18 Grant Application | Dep. Ex.  46 |
| 46 | | | 6/11/2020 Email from Dimple Desai to Dante McKay et al. re Apex: Follow-up to 6.9 DBHDD/COE Team Meeting | Dep. Ex.  47 |
| 47 | | | Georgia Apex Monthly Programmatic Report | Dep. Ex.  48 |
| 48 | | | Georgia Apex - School-Based Mental Health Monthly Progress Report | Dep. Ex.  49 |

| | | | | |
|---|---|---|---|---|
| 49 | | | 6/30/2020 Email from Dimple Desai to Dante McKay et al. re Apex - May 2020 Monthly Reports | Dep. Ex.  50 |
| 50 | | | 4/10/2020 Email from Dimple Desai to Dante McKay et al. re Apex Quarterly TA Executive Summary - Q1 | Dep. Ex.  53 |
| 51 | | | 5/28/2020 Email from Dante McKay to Dimple Desai et al. re GGA Brief - for your review | Dep. Ex.  54 |
| 52 | | | 3/15/2016 email from Clara Keith to Nakeba Rahming re CPI Training | Dep. Ex.  56 |
| 53 | | | 10/2/2015 email from Clara Keith to Scott Austensen re Clara's Contact Info | Dep. Ex.  58 |
| 54 | | | 3/9/2018 email from Debbie Caputo to Clara Keith re Fwd: Returning to Retirement | Dep. Ex.  59 |
| 55 | | | 2/3/2016 Calendar Invitation from Nakeba Rahming to Clara Keith re: GNETS Planning Meeting | Dep. Ex.  60 |
| 56 | | | 11/15/2017 email from Clara Keith to Judy Fitzgerald et al. re Meeting on December 7 | Dep. Ex.  61 |
| 57 | | | 10/15/2015 email from Clara Keith to Deborah Gay et al. re Interview | Dep. Ex.  62 |
| 58 | | | 10/6/2015 email from Clara Keith to Deborah Gay re: Interview Questions | Dep. Ex.  63 |
| 59 | | | 11/19/2015 email from Nakeba Rahming to Clara Keith re Thank You | Dep. Ex.  64 |

| | | | | |
|---|---|---|---|---|
| 60 | | | 12/4/2015 email from Clara Keith to Scarlet Brown re Catching Up | Dep. Ex. 67 |
| 61 | | | 2/3/2016 email from Jewell Gooding to Clara Keith et al. re: Follow Up with Apex Providers_Schools_WORKING DRAFT 2.2.16 | Dep. Ex. 68 |
| 62 | | | 3/1/2016 email from Clara Keith to Nakeba Rahming re Meeting scheduled for April | Dep. Ex. 69 |
| 63 | | | 3/6/2018 email from Cassandra Holifield to Clara Keith re GNETS Questions | Dep. Ex. 70 |
| 64 | | | 6/24/2016 email from Nakeba Rahming to Clara Keith re Therapeutic Supports | Dep. Ex. 71 |
| 65 | | | 7/13/2017 email from Nakeba Rahming to Clara Keith re: FY18 Therapeutic Staff Assurance | Dep. Ex. 72 |
| 66 | | | 8/16/2017 email from Clara Keith to Nakeba Rahming re: SBOE templates | Dep. Ex. 73 |
| 67 | | | 8/22/2017 email from Nakeba Rahming to Clara Keith re Please provide feedback | Dep. Ex. 74 |
| 68 | | | 9/26/2017 email from Clara Keith to Larry Winter re GNETS | Dep. Ex. 75 |
| 69 | | | 9/30/2016 email from Nakeba Rahming to Clara Keith re Medicaid and education | Dep. Ex. 76 |
| 70 | | | 5/12/2016 email from Larry Winter to Matt Jones et al. re GNETS | Dep. Ex. 77 |

| | | | | |
|---|---|---|---|---|
| 71 | | | 5/12/2016 email from Nakeba Rahming to Clara Keith re Responses for Mr. Winter Questions | Dep. Ex. 78 |
| 72 | | | 2/12/2016 email from Nakeba Rahming to Clara Keith re draft #2 strategic plan | Dep. Ex. 79 |
| 73 | | | 10/17/2016 email from Clara Keith to Nakeba Rahming re: Guidance for Completing Strategic Plan and Self Assessment | Dep. Ex. 80 |
| 74 | | | 6/21/2017 email from Nakeba Rahming to Clara Keith re Revised Version with Revised FY17 GNETS Strategic Plan Results | Dep. Ex. 81 |
| 75 | | | GNETS State Board of Education Rule Adopted June 15, 2017 | Dep. Ex. 82 |
| 76 | | | 7/26/2017 email from Clara Keith to Nakeba Rahming re: First Draft of Guidance | Dep. Ex. 83 |
| 77 | | | 8/29/2017 email from Clara Keith to Nakeba Rahming re: please review | Dep. Ex. 84 |
| 78 | | | 12/6/2017 email from Vickie Cleveland to Nakeba Rahming et al. re: Final Copy of LEA Presentation with FY18 Winter LEA Collaborative ppt | Dep. Ex. 85 |
| 79 | | | 12/1/2015 email from Michael Rowland to Ted Beck et al. re: GNETS Update | Dep. Ex. 86 |
| 80 | | | 4/20/2017 email from Michael Rowland to Clara Keith et al. re: GNETS Grant FOGA | Dep. Ex. 87 |

| | | | | |
|---|---|---|---|---|
| 81 | | | 3/30/2017 email from Michael Rowland to Stacey Benson et al. re: GNETS Facilities Letter of Assurance | Dep. Ex. 88 |
| 82 | | | 2/17/2016 email from Michael Rowland to Clara Keith re: GNETS Facilities Reviews | Dep. Ex. 89 |
| 83 | | | 7/11/2016 email from Nakeba Rahming to Clara Keith re: try it | Dep. Ex. 90 |
| 84 | | | Burwell GNETS Facility Closure Notice Letter and 7/25/2016 cover email from Stacey Suber-Drake to Nakeba Rahming | Dep. Ex. 91 |
| 85 | | | 7/28/2016 email from Nakeba Rahming to Matt Jones et al. re: Updates on the nine facilities | Dep. Ex. 92 |
| 86 | | | 7/5/2017 email from Clara Keith to Lolli Meunier re Hi there | Dep. Ex. 93 |
| 87 | | | 9/9/2016 email from Garry McGiboney to Marilyn Watson re Please | Dep. Ex. 95 |
| 88 | | | 1/12/2020 email from Garry McGiboney to Camille Pendley et al. re: Voices' School-Based Behavioral Health Report for your review | Dep. Ex. 96 |
| 89 | | | Children's Mental Health, Adult Outcomes, Workforce Issues, and Recommendations and 12/8/2018 cover email from Garry McGiboney | Dep. Ex. 97 |
| 90 | | | Book: The Psychology of School Climate 2nd Edition.draft October19 | Dep. Ex. 98 |

| | | | | |
|---|---|---|---|---|
| 91 | | | 6/26/2020 email from Garry McGiboney to Miriam Gudenrath re FY '21 Budget | Dep. Ex.  100 |
| 92 | | | 9/10/2015 email from Garry McGiboney to Sue Smith re DOJ Finds State of Georgia Violates Federal Law etc. | Dep. Ex.  101 |
| 93 | | | 2/9/2017 email from Matt Jones to Garry McGiboney re Bill | Dep. Ex.  103 |
| 94 | | | 8/13/2020 email re GNETS | Dep. Ex.  104 |
| 95 | | | 9/8/2017 email from Garry McGiboney to Myrel Seigler re Cabinet minutes for September 7, 2017 | Dep. Ex.  105 |
| 96 | | | 9/9/2015 email from Garry McGiboney to Roma Amin et al. re: House Study Committee on Children's Mental Health | Dep. Ex.  106 |
| 97 | | | 3/7/2019 email from Garry McGiboney to Gail Smith Re: Apex Funding and Counselors | Dep. Ex.  107 |
| 98 | | | 6/11/2019 Email from Garry McGiboney to Gail Smith re Apex counselors | Dep. Ex.  108 |
| 99 | | | 12/8/2018 email from Garry McGiboney to Kevin Tanner re: Children's Mental and Adult Outcomes | Dep. Ex.  109 |
| 100 | | | Book: A Journey with Children and Characters | Dep. Ex.  110 |
| 101 | | | 12/29/2018 email from Garry McGiboney to Talley Wells re: ? | Dep. Ex.  111 |
| 102 | | | 8/20/2019 email from Garry McGiboney to Vickie Cleveland re: very important: Expansion of school Nursing Services | Dep. Ex.  112 |

| | | | | |
|---|---|---|---|---|
| 103 | | | 8/28/2020 email from Talley Wells to Dante McKay RE: [External] RE: Greetings from North Carolina and a Favor | Dep. Ex. 113 |
| 104 | | | 1/7/2016 email from Michael Rowland to Doug Suits re: GNETS visit: Cobb County (HAVEN Academy) | Dep. Ex. 115 |
| 105 | | | Facility Condition Assessment Checklist SBE-GNETS 2015_11_19 | Dep. Ex. 117 |
| 106 | | | 5/31/2016 email from Michael Rowland to Ted Beck et al. re GNETS Update | Dep. Ex. 118 |
| 107 | | | 7/15/2016 email from Sarah Paul to Nakeba Rahming et al. RE: Facilities report | Dep. Ex. 119 |
| 108 | | | 2/24/2017 email from Michael Rowland to Kerri Miller et al. re GNETS Facilities Condition Assessment - Final Report | Dep. Ex. 121 |
| 109 | | | Facility Conditions Assessments of GNETS - GSFIC, Executive Summary & Scope of Services and Document Review | Dep. Ex. 122 |
| 110 | | | 11/8/2017 email from Michael Rowland to Mark Morgan et al. re FW: GNETS Facility Condition Remediation Plan | Dep. Ex. 124 |
| 111 | | | 8/10/2016 email from Michael Rowland to Leonard McCoy re: Pathways GNETS | Dep. Ex. 125 |
| 112 | | | 2/26/2018 email from Michael Rowland to Todd Cason et al. re GNETS Facility Approval | Dep. Ex. 126 |

| 113 | | | GSFIC Request for Qualifications Project No. E-414-FY16-GNET DP | Dep. Ex.  129 |
|---|---|---|---|---|
| 114 | | | 3/1/2017 email from Michael Rowland to Marilyn Dryden re: questions about phone conference | Dep. Ex.  132 |
| 115 | | | 8/16/2017 email from Michael Rowland to Nakeba Rahming re: Flint Area Learning Program GNETS - Crisp County Middle Facility | Dep. Ex.  133 |
| 116 | | | 2016 State of Our Schools: America's K-12 Facilities | Dep. Ex.  135 |
| 117 | | | Wendy Tiegreen Bio and Resume with 3/18/2020 cover email | Dep. Ex.  137 |
| 118 | | | 8/25/2016 email from Wendy Tiegreen to Marcey Alter re: CMO Work with 2015 RFP DCH CMO Briefing PPT 2016 01 11 | Dep. Ex.  138 |
| 119 | | | 9/23/2015 email from Wendy Tiegreen to Jana Aldrich Pruett et al. re: APEX  billing webinar | Dep. Ex.  139 |
| 120 | | | 1/3/2018 email from Wendy Tiegreen to Dante McKay re: Somewhat urgent request involving CMOs | Dep. Ex.  140 |
| 121 | | |  8/21/2017 email from Wendy Tiegreen to Rebecca Blanton et al. re: Medicaid question | Dep. Ex.  141 |
| 122 | | | 5/4/2020 email from Tricia Mills to Wendy Tiegreen et al. re: Supported Education/Supported Employment (SEED) | Dep. Ex.  142 |
| 123 | | | Approved Medicaid Providers List - Behavioral Health (C&A) | Dep. Ex.  143 |

| | | | | |
|---|---|---|---|---|
| 124 | | | 4/14/2020 email from Wendy Tiegreen to Melissa Sperbeck re: DCH Paper with DBHDD Proposal for DCH 2020 04 14 wwt | Dep. Ex. 144 |
| 125 | | | 1/23/2020 email from Wendy Tiegreen to Jeffrey Minor et al. re: Document 2 - Compatibility Mode | Dep. Ex. 145 |
| 126 | | | 1/3/2018 email from Wendy Tiegreen to Melissa Sperbeck re: 1115 brainstorming: Values/Drivers | Dep. Ex. 146 |
| 127 | | | 4/18/2018 email from Amy Howell to Wendy Tiegreen et al. re: Appointment Request: Update on GNETS | Dep. Ex. 147 |
| 128 | | | SOC State Plan 2020 Final Draft with 7/31/2020 cover email from Dante McKay to Diana Aspinwall et al. | Dep. Ex. 150 |
| 129 | | | SOC_State_Plan_Brief_2-7-18 with 5/13/2020 calendar invitation from Breyanna Marshay Mikel re: SOC State Plan - Access Session | Dep. Ex. 151 |
| 130 | | | 5/27/2020 SOC State Plan: School Based Mental Health Year 3 Survey Results | Dep. Ex. 152 |
| 131 | | | 2/11/2020 email from Wendy Tiegreen to Dimple Desai et al. re: Billing & Reimbursement Webinar tomorrow with Billing and Claims Improvement Opportunities 2020 FINAL ppt | Dep. Ex. 153 |
| 132 | | | 10/9/2019 email from Jeffrey Minor to Dante McKay et al. re Georgia AAP Board meeting October 10, 2019 | Dep. Ex. 154 |

| | | | | |
|---|---|---|---|---|
| 133 | | | 1/7/2018 email from Wendy Tiegreen to Dante McKay et al. re: DCH, CMQ Invitation to Peer Learning Event | Dep. Ex.  155 |
| 134 | | | 11/6/2017 email from Linda McCall to Brian Dowd re FW: Behavioral Health SPA | Dep. Ex.  157 |
| 135 | | | 2/24/2020 email from Catherine Ivy to Rachel Kappel re: [External] School based services | Dep. Ex.  158 |
| 136 | | | 9/26/2019 email from Brian Dowd to Susan Goico re: Thank you! | Dep. Ex.  159 |
| 137 | | | DCH Part II Policies and Procedures for Children's Intervention School Services (CISS) (Revised 4/1/2022) | Dep. Ex.  161 |
| 138 | | | 9/8/2017 email from Brian Dowd to Sandra Middlebrooks re: Medicaid question | Dep. Ex.  162 |
| 139 | | | 2/3/2020 email from Rachel Kappel to Catherine Ivy re: [External] re: conversation on Financing for School-Based Mental Health | Dep. Ex.  163 |
| 140 | | | DCH Part II Policies and Procedures for Community Behavioral Health and Rehabilitation Services (Revised 4/1/2022) | Dep. Ex.  164 |
| 141 | | | DCH Part II Policies and Procedures for Early and Periodic Screening, Diagnostic and Treatment (EPSDT) Services (Revised 10/1/2020) | Dep. Ex.  165 |

| | | | | |
|---|---|---|---|---|
| 142 | | | DCH Part II Policies and Procedures for Autism Spectrum Disorder (ASD) Services (Revised 7/1/2020) | Dep. Ex.  166 |
| 143 | | | DCH Part II Policies and Procedures for Community Based Alternatives for Youth (Revised 7/1/2020) | Dep. Ex.  167 |
| 144 | | | 2/5/2018 email from Brian Dowd to Wendy Tiegreen et al. re BH Services | Dep. Ex.  169 |
| 145 | | | 8/13/2018 email from Blake Fulenwider to Mason Thomas et al. re Response to your request from Georgia Medicaid - BH Services survey and CMO contract | Dep. Ex.  170 |
| 146 | | | 9/7/2018 DBHDD Autism Spectrum Disorder Services and Supports: Informational Guide | Dep. Ex.  171 |
| 147 | | | 10/22/2018 email from Shardae Bunche to Dante McKay et al. re APEX Provider | Dep. Ex.  172 |
| 148 | | | 9/11/2019 email from Wendy Tiegreen to Melissa Sperbeck et al. re DCH: Apex Briefing | Dep. Ex.  173 |
| 149 | | | 1/8/2020 email from Sandra Middlebrooks to Catherine Ivy re FW: Medicaid Strategic Plan Update- 2nd quarter | Dep. Ex.  174 |
| 150 | | | DBHDD 1/14/19 Meeting Agenda and Minutes - CYF/DCH Collaborative Meeting | Dep. Ex.  175 |
| 151 | | | 1/16/2021 email from Layla Fitzgerald to Yusef Fitzgerald re Layla's Resume | Dep. Ex.  176 |

| | | | | |
|---|---|---|---|---|
| 152 | | | Aspire GA Apex 2.0 FY21 Budget and Proposed Staffing with 6/1/2020 cover email from Layla Fitzgerald to Belinda Hale | Dep. Ex. 177 |
| 153 | | | 5/23/2017 email from Dante McKay to Layla Fitzgerald re Stuff for Layla | Dep. Ex. 178 |
| 154 | | | February 2017 DBHDD Office of Children, Young Adults and Families Overview PowerPoint | Dep. Ex. 179 |
| 155 | | | Georgia Apex Program: Year One Evaluation Report | Dep. Ex. 180 |
| 156 | | | Apex MPR March 2017 spreadsheet | Dep. Ex. 181 |
| 157 | | | 10/23/2017 email from Nicole Wasdin to Layla Fitzgerald et al. re Aspire APEX Program | Dep. Ex. 182 |
| 158 | | | 2016-2017 Aspire Apex Data Spreadsheet | Dep. Ex. 183 |
| 159 | | | Aspire APEX - School Based Mental Health Weekly Monitoring Report | Dep. Ex. 184 |
| 160 | | | 5/31/2017 Apex Meeting Year 1 - Saudia Powell and Nicole Wasdin | Dep. Ex. 185 |
| 161 | | | 3/1/2019 email from Deana Farmer to Dante McKay Re: Apex & GNETS | Dep. Ex. 186 |
| 162 | | | 3/5/2019 email from Marnie Braswell to Layla Fitzgerald et al. RE: APEX & GNETS Schools | Dep. Ex. 187 |
| 163 | | | 3/6/2019 email from Layla Fitzgerald to Dante McKay re Fwd: APEX & GNETS Schools | Dep. Ex. 188 |

| | | | | |
|---|---|---|---|---|
| 164 | | | 3/7/2019 email from Deana Farmer to Dante McKay et al. re 10 total services ytd for GNETS "schools"-- all CSI | Dep. Ex.  189 |
| 165 | | | Draft Apex 3.0 FAQs | Dep. Ex.  190 |
| 166 | | | 5/5/2020 email from Layla Fitzgerald to Dante McKay re: Joint Funded Position | Dep. Ex.  191 |
| 167 | | | Talithia Newsome Resume | Dep. Ex.  193 |
| 168 | | | Sand Hills GNETS, Process in Place and Description of the Process | Dep. Ex.  194 |
| 169 | | | 2021-2022 Student Roster - Sand Hills GNETS Thomson Site (redacted) | Dep. Ex.  195 |
| 170 | | | 2021-2022 Student Roster - Sand Hills GNETS Richmond Site (redacted) | Dep. Ex.  196 |
| 171 | | | Sand Hills Staff Spreadsheet | Dep. Ex.  197 |
| 172 | | | Consideration of Services Packet | Dep. Ex.  198 |
| 173 | | | Guiding Questions for Consideration of GNETS services | Dep. Ex.  199 |
| 174 | | | GNETS Services Flow Chart | Dep. Ex.  201 |
| 175 | | | Request for GNETS Consultation | Dep. Ex.  202 |
| 176 | | | Sand Hills level system | Dep. Ex.  203 |
| 177 | | | Sand Hills list of service providers | Dep. Ex.  206 |
| 178 | | | Program Letter of Agreement between Medical College of Georgia and County Board of Education of Richmond County | Dep. Ex.  207 |
| 179 | | | 12/1/2020 email from Talithia Newsome to Joanna Mock et al. re APEX participation | Dep. Ex.  208 |
| 180 | | | Celest Ngeve Curriculum Vitae | Dep. Ex.  210 |
| 181 | | | Rutland Academy Pamphlet | Dep. Ex.  211 |

| 182 | | | 2019-2020 Rutland Academy Student Roster (redacted) | Dep. Ex.  214 |
| 183 | | | 2020-2021 Rutland Academy Student Roster (redacted) | Dep. Ex.  215 |
| 184 | | | Rutland Academy Graduation Data (redacted) | Dep. Ex.  216 |
| 185 | | | Rutland Academy Drop Out Data by District and Year (redacted) | Dep. Ex.  217 |
| 186 | | | 12/14/2018 email from Celest Ngeve to Vickie Cleveland re enrollment info | Dep. Ex.  218 |
| 187 | | | 12/18/2018 email from Celest Ngeve to Vickie Cleveland Re: Clarification on enrollment info | Dep. Ex.  219 |
| 188 | | | GNETS Request for Consultation as of 8-23-18.docx.pdf | Dep. Ex.  221 |
| 189 | | | GNETS Confidential Student Information Packet as of 9-6-18 (1).docx.pdf | Dep. Ex.  222 |
| 190 | | | GNETS Services Flow Chart.pdf | Dep. Ex.  223 |
| 191 | | | 10/25/2019 email from Celest Ngeve to Vickie Cleveland re J.B. | Dep. Ex.  224 |
| 192 | | | 1/3/2020 email from Celest Ngeve to Vickie Cleveland re Chat? | Dep. Ex.  226 |
| 193 | | | 10/6/2020 email from Celest Ngeve to Vickie Cleveland re SDQ/BASC Follow Up | Dep. Ex.  227 |
| 194 | | | 12/2/2020 email from Celest Ngeve to Vickie Cleveland et al. Re: File review | Dep. Ex.  228 |
| 195 | | | Rutland Grant Application FY 2021 | Dep. Ex.  229 |
| 196 | | | 7/6/2020 email from Celest Ngeve to Vickie Cleveland re Fwd: FY21 Preliminary GNETS State and Federal Grant Allocations | Dep. Ex.  230 |

| 197 | | | 6/17/2019 email from Celest Ngeve to Vickie Cleveland re Board Items | Dep. Ex. 231 |
|---|---|---|---|---|
| 198 | | | 5/20/2019 email from Celest Ngeve to Vickie Cleveland re: School Social Worker Candidate | Dep. Ex. 232 |
| 199 | | | 1/17/2019 email from Celest Ngeve to Shanta Rishi Dube et al re Site Visits with GNETS | Dep. Ex. 233 |
| 200 | | | 12/7/2020 Letter from Vickie Cleveland to Celest Ngeve re: GNETS Strategic Plan | Dep. Ex. 234 |
| 201 | | | Rutland Academy 2020 Strategic Plan Results | Dep. Ex. 235 |
| 202 | | | GNETS Strategic Plan Implementation Fidelity Checklist & Self-Assessment Rubric (Updated 2020) | Dep. Ex. 236 |
| 203 | | | 8/3/2018 email from Celest Ngeve to Keith Everson et al. re: Updated invitation: Meeting to Discuss Rutland Advisory Board Processes @ Wed Aug 15, 2018 10am - 11am (EDT) (vcleveland@doe.k12.ga.us) | Dep. Ex. 237 |
| 204 | | | 5/15/2019 Rutland Academy Advisory Meeting Notes | Dep. Ex. 238 |
| 205 | | | 8/16/2019 Rutland Academy Updates LSEAC | Dep. Ex. 239 |
| 206 | | | 8/24/2020 Rutland Academy Updates Board of Control | Dep. Ex. 241 |
| 207 | | | 12/11/2020 Rutland Academy Updates LSEAC | Dep. Ex. 242 |

| | | | | |
|---|---|---|---|---|
| 208 | | | 9/26/2018 email from Celest Ngeve to Vickie Cleveland et al. Re: Monthly Log for Therapeutic Services | Dep. Ex.  245 |
| 209 | | | 3/29/2019 email from Celest Ngeve to Vickie Cleveland re LCSW log | Dep. Ex.  246 |
| 210 | | | Whitney Braddock Resume | Dep. Ex.  249 |
| 211 | | | 3/12/2018 email from Whitney Braddock to Vickie Cleveland re System moves | Dep. Ex.  250 |
| 212 | | | Student Roster - Cedarwood GNETS Lyons Site (redacted) | Dep. Ex.  251 |
| 213 | | | Student Roster - Cedarwood GNETS Statesboro Site (redacted) | Dep. Ex.  252 |
| 214 | | | Staff List - Cedarwood GNETS | Dep. Ex.  253 |
| 215 | | | 12/6/2017 email from Whitney Braddock to Vickie Cleveland Re: Iready student transfer | Dep. Ex.  254 |
| 216 | | | Cedarwood Student Information Spreadsheet | Dep. Ex.  255 |
| 217 | | | 4/20/2018 email from Whitney Braddock to Vickie Cleveland re: Open Records Request Cedarwood | Dep. Ex.  256 |
| 218 | | | Cedarwood GNETS Lyons Daily Schedule | Dep. Ex.  257 |
| 219 | | | Statesboro Middle/High Bell Schedule FY22 | Dep. Ex.  258 |
| 220 | | | 12/10/2018 email from Whitney Braddock to Vickie Cleveland re Fwd: FW: School district to temporarily relocate therapeutic services | Dep. Ex.  259 |

| | | | | |
|---|---|---|---|---|
| 221 | | | 6/13/2019 email from Pat Schofill to Michael Rowland re FW: GNETS Facility Grant | Dep. Ex. 260 |
| 222 | | | 7/23/2020 email from Cassandra Holifield to Zelphine Smith-Dixon et al. re: South Metro GNETS . | Dep. Ex. 262 |
| 223 | | | 4/24/2020 email from Geronald Bell to Zelphine Smith-Dixon re: Liberty County's Call | Dep. Ex. 263 |
| 224 | | | 1/18/2017 email from Zelphine Smith-Dixon to Nakeba Rahming re FW: reconnecting | Dep. Ex. 264 |
| 225 | | | Inclusive Leadership Breakout SPDG National Meeting | Dep. Ex. 265 |
| 226 | | | 7/22/2016 email from Miriam Gudenrath to Zelphine Smith-Dixon Re: GNETS Facilities | Dep. Ex. 268 |
| 227 | | | 3/27/2019 email from Vickie Cleveland to Zelphine Smith-Dixon re Facilities update | Dep. Ex. 269 |
| 228 | | | 9/9/2016 email from Nakeba Rahming to Zelphine Smith-Dixon re: ppt with LEA Collaborative PowerPoint | Dep. Ex. 270 |
| 229 | | | 9/13/2019 email from Vickie Cleveland to Zelphine Smith-Dixon and Lakesha Stevenson re: FY19 Strategic Plan Compliance Review Results | Dep. Ex. 272 |
| 230 | | | 10/14/2020 email from Vickie Cleveland to Zelphine Smith-Dixon and Shaun Owen re: Eligibility Numbers | Dep. Ex. 273A |
| 231 | | | Eligibility Numbers 10-14-2020 | Dep. Ex. 273B |

| | | | | |
|---|---|---|---|---|
| 232 | | | 10/28/2020 email from Vickie Cleveland to Zelphine Smith-Dixon and Shaun Owen re: Data | Dep. Ex.  274A |
| 233 | | | EBD Data 2019-20 10-27-2020 | Dep. Ex.  274B |
| 234 | | | 10/30/2020 email from Vickie Cleveland to Zelphine Smith-Dixon re Regional Meetings and attached presentation | Dep. Ex.  275A |
| 235 | | | 10/30/2020 email attachment re Directors meeting schedule | Dep. Ex.  275B |
| 236 | | | 2/23/2017 email from Zelphine Smith-Dixon to Justin Hill Re: Unit meeting | Dep. Ex.  276 |
| 237 | | | 7/26/2016 email from Nakeba Rahming to Zelphine Smith-Dixon re questions | Dep. Ex.  277 |
| 238 | | | February 2017 Winter LEA Collaborative Presentation - Macon | Dep. Ex.  278 |
| 239 | | | 10/19/2018 email from Vickie Cleveland to Zelphine Smith-Dixon re Coastal Plains RESA Presentation | Dep. Ex.  279A |
| 240 | | | Coastal Plains RESA Presentation 10-25-18 | Dep. Ex.  279B |
| 241 | | | Deborah Gay revised resume and 3/23/2016 cover email | Dep. Ex.  282 |
| 242 | | | 2/15/2015 email from Deborah Gay to RESA Directors re updates from GaDOE | Dep. Ex.  283 |
| 243 | | | 9/1/2015 email from Deborah Gay to John Eisenberg re: Request | Dep. Ex.  284 |
| 244 | | | 8/7/2015 email from Deborah Gay to Denise Peterson re GNETS position | Dep. Ex.  285 |

| | | | | |
|---|---|---|---|---|
| 245 | | | 8/21/2015 email from Deborah Gay to Matt Jones and Clara Keith re: position | Dep. Ex.  286 |
| 246 | | | 9/16/2015 email from Deborah Gay to Matt Jones and Denise Peterson re Fwd: GNETS position | Dep. Ex.  287 |
| 247 | | | 12/11/2015 email from Clara Keith to Debbie Gay re Fwd: December 2015 State Board of Education Personnel Nomination(s) | Dep. Ex.  288 |
| 248 | | | 4/21/2016 email from Deborah Gay to Virginia Oconnell re Fwd: Research | Dep. Ex.  289 |
| 249 | | | 2/8/2016 email from Nakeba Rahming to Derrick Gilchrist et al. re: Draft Strategic Plan | Dep. Ex.  290 |
| 250 | | | 1/15/2016 email from Sally Kemph to Deborah Gay RE: Strategic plan | Dep. Ex.  291 |
| 251 | | | 2/3/2016 Email from Nakeba Rahming to Cassandra Holifield et al. re GNETS Strategic Plan Work Session | Dep. Ex.  292 |
| 252 | | | IDT Meeting Notes - 7 22 15 and cover email | Dep. Ex.  293 |
| 253 | | | IDT Meeting Notes - 06.15.16 and cover email | Dep. Ex.  294 |
| 254 | | | 6/16/2016 email from Nakeba Rahming to Deborah Gay Re: SOC State Plan Work | Dep. Ex.  295 |
| 255 | | | 7/8/2016 email from Deborah Gay to Jana Aldrich Pruett, et al. re: Upcoming Meetings | Dep. Ex.  296 |

| | | | | |
|---|---|---|---|---|
| 256 | | | 8/25/2016 email from Rebecca Blanton to Deborah Gay RE: IDT SOC Plan for students with SED | Dep. Ex. 297 |
| 257 | | | 6/16/2016 email from Deborah Gay to Sandra DeMuth Re: ISF Training dates | Dep. Ex. 298 |
| 258 | | | 8/12/2016 email from Justin Hill to Deborah Gay re: Invitation to Advancing School Mental Health ESSA Pre-Conference Meeting 2016 | Dep. Ex. 299 |
| 259 | | | 2/21/2017 email from Garry McGiboney to Jon Cooper et al. re Senate Budget Office | Dep. Ex. 300 |
| 260 | | | 12/19/2016 email from Nakeba Rahming to Deborah Gay et al. re Edits to Board ltem | Dep. Ex. 301A |
| 261 | | | FY17 GNETS Grants Amendment | Dep. Ex. 301B |
| 262 | | | 10/13/2016 email from Nakeba Rahming to Deborah Gay RE: GNETS Fed - Bibb County - DEADLINE 10/1.9 | Dep. Ex. 302 |
| 263 | | | 12/1/2015 email from Michael Rowland to Ted Beck et al. re: GNETS Update with Planning Meeting Minutes and Facility Condition Assessment Checklist | Dep. Ex. 303 |
| 264 | | | 2/24/2016 email from Whitney Braddock to Ted Beck Re: Follow Up on Facilities Assessment | Dep. Ex. 304 |
| 265 | | | 7/29/2016 email from Nakeba Rahming to Deborah Gay and Matt Jones re FW: GNETS of Oconee Update | Dep. Ex. 305 |

| | | | | |
|---|---|---|---|---|
| 266 | | | 7/29/2016 email from Deborah Gay to Nakeba Rahming Re: Worked through Oconee's Request | Dep. Ex. 306 |
| 267 | | | 9/22/2016 email from Zelphine Smith Dixon to Deborah Gay Re: Follow up from budget committee | Dep. Ex. 307 |
| 268 | | | 5/12/2016 email from Debbie Caputo to Deborah Gay et al. re GNETS | Dep. Ex. 308 |
| 269 | | | GNETS Strategic Plan & Self-Assessment Rubric (6/20/2016) | Dep. Ex. 309 |
| 270 | | | 4/8/2016 email from Nakeba Rahming to Clara Keith re FW: GNETS Dashboard Updates | Dep. Ex. 310 |
| 271 | | | Georgia State University Faculty Annual Report for Susan McLaren | Dep. Ex. 313 |
| 272 | | | 8/17/2021 email from Susan McLaren to Giselle Philicia Moses re A few housekeeping items | Dep. Ex. 314 |
| 273 | | | COE Scope of Work and Budget Justification for FY22 | Dep. Ex. 315 |
| 274 | | | 9/30/2021 email from Susan McLaren to Karla Williams et al. RE: Onboarding Margaret Major | Dep. Ex. 316 |
| 275 | | | Building systems of care PRIMER_CompleteBook (1).pdf | Dep. Ex. 317 |
| 276 | | | Center of Excellence for Children's Behavioral Health Brochure | Dep. Ex. 318 |
| 277 | | | Center of Excellence for Children's Behavioral Health: Policy & Financing | Dep. Ex. 319 |
| 278 | | | Center of Excellence for Children's Behavioral Health: Training & Workforce Development | Dep. Ex. 320 |

| | | | | |
|---|---|---|---|---|
| 279 | | | Center of Excellence for Children's Behavioral Health - Evaluation and Research | Dep. Ex. 321 |
| 280 | | | Using a Theory of Change to Drive Human Resource Development for Wraparound | Dep. Ex. 322 |
| 281 | | | 10/27/2021 email from Susan McLaren to Wendy Tiegreen et al. re IC3 Slides presented at ACER | Dep. Ex. 323 |
| 282 | | | Center of Excellence IC3 Access & Outcomes Update (10/27/2021) | Dep. Ex. 324 |
| 283 | | | 4/26/2017 email from Susan McLaren to Derrick Gilchrist et al. re Revised South Metro GNETS Wraparound Evaluation Proposal | Dep. Ex. 325 |
| 284 | | | Fidelity Monitoring and Evaluation of High Fidelity Wraparound in South Metro GNETS Schools, Prepared for Derrick Gilchrist, South Metro Director (4/26/2017) | Dep. Ex. 326 |
| 285 | | | 5/9/2018 Email from Susan McLaren to Derrick Gilchrist Re: Include GNETS Pilot in Presentation at Carter Center | Dep. Ex. 327 |
| 286 | | | 6/22/2018 Email from Susan McLaren to Melissa Haberlen re: Gnets | Dep. Ex. 328 |
| 287 | | | South Metro GNETS Therapeutic Services and Intervention Tiers | Dep. Ex. 329 |
| 288 | | | Evaluation of the South Metro Georgia Network for Education Therapeutic Supports (GNETS) Program Final Report | Dep. Ex. 330 |

| | | | | |
|---|---|---|---|---|
| 289 | | | 2/11/2021 email from Susan McLaren to Dimple Desai et al. re: Follow up on DFCS Apex referrals | Dep. Ex. 331 |
| 290 | | | 12/18/2018 email from Ann DiGirolamo to Rebecca Blanton et al. re Project Aware Grant Sections | Dep. Ex. 334 |
| 291 | | | Ann DiGirolamo biographical sketch | Dep. Ex. 335 |
| 292 | | | 11/17/2021 email from Ann DiGirolamo to Susan McLaren re FW: Board of Regents GSU FY22 CC 173872 | Dep. Ex. 336 |
| 293 | | | DBHDD FY2022 System of Care Coordination Contract with Board of Regents of the University System of Georgia | Dep. Ex. 337 |
| 294 | | | 6/12/2020 email from Ann DiGirolamo to Ashley Harris et al. RE: Grants.gov Opportunities Update | Dep. Ex. 338 |
| 295 | | | 12/2/2019 email from Ann DiGirolamo to Dante McKay et al. re FW: Sending brief outlies to DBHDD | Dep. Ex. 339 |
| 296 | | | The Georgia APEX Program, Rural Workforce | Dep. Ex. 340 |
| 297 | | | Georgia APEX Program Best Practices for Assessing Implementation | Dep. Ex. 341 |
| 298 | | | Georgia APEX Program and School Climate | Dep. Ex. 342 |
| 299 | | | 9/20/2019 email from Ann DiGirolamo to Dante McKay et al re: Touch Base | Dep. Ex. 343 |

| | | | | |
|---|---|---|---|---|
| 300 | | | 9/29/2021 email from Ann DiGirolamo to Dimple Desai et al. re FW: Annual Conference on Advancing School Mental Health - Live Presentations | Dep. Ex.  344 |
| 301 | | | Results from a state-wide school-based mental health program in Georgia - effects on school climate | Dep. Ex.  345 |
| 302 | | | 10/26/2015 email from Ann DiGirolamo to Deborah Gay et al. re Slides for New Orleans presentation | Dep. Ex.  346 |
| 303 | | | The Georgia School Based Mental Health Initiative: Utilizing System of Care Approaches, Community-level Partnerships, and Research to Further School Based Mental Health | Dep. Ex.  347 |
| 304 | | | Agenda from System of Care Conference | Dep. Ex.  348 |
| 305 | | | Georgia System of Care State Plan 2017 | Dep. Ex.  349 |
| 306 | | | Ga. Code 37-1-20 | Dep. Ex.  350 |
| 307 | | | GNETS Letter of Findings | Dep. Ex.  351 |
| 308 | | | 7/16/2015 email from Amy Howell to Frank Berry et al. re DOE and ADA | Dep. Ex.  352 |
| 309 | | | Final Report of Youth Mental Health and Substance Use Disorders Senate Study Subcommittee | Dep. Ex.  353 |
| 310 | | | 12/1/2014 Georgia Mental Health Block Grant Annual Report | Dep. Ex.  354 |
| 311 | | | Georgia DCH CBAY Waiver 2015 Public Notice | Dep. Ex.  355 |
| 312 | | | CBAY Fact Sheet | Dep. Ex.  356 |

| 313 | | | Center of Excellence Description of CBAY Waiver | Dep. Ex.  357 |
|---|---|---|---|---|
| 314 | | | DBHDD website download of FAQs regarding APEX | Dep. Ex.  358 |
| 315 | | | 7/3/2019 email from Erica Fener Sitkoff to Polly McKinney re GA-CALL "closed door" panel on the current landscape of child abuse & neglect prevention | Dep. Ex.  359 |
| 316 | | | GNETS Program Evaluation | Dep. Ex.  360 |
| 317 | | | Behavioral Health Planning and Advisory Council - Evergreen Conference Center  7/14/2015 | Dep. Ex.  361 |
| 318 | | | 9/16/2016 email from Judy Fitzgerald to Nakeba Rahming et al. re DBHDD participation in meetings | Dep. Ex.  362 |
| 319 | | | 10/6/2016 email from Dante McKay to Nakeba Rahming RE: GNETS Meeting | Dep. Ex.  363 |
| 320 | | | SOC State Plan Pocket Guide Terms_IDT review.docx | Dep. Ex.  364 |
| 321 | | | 6/19/2019 email from Monica Johnson to Judy Fitzgerald Re: Conversations in CYF | Dep. Ex.  365 |
| 322 | | | 5/28/2019 email from Dante McKay to Judy Fitzgerald et al. RE: Conversations in CYF | Dep. Ex.  366 |
| 323 | | | 9/4/2020 email from Judy Fitzgerald to Monica Johnson Re: Garry McGiboney Comments | Dep. Ex.  367 |
| 324 | | | Georgia Code Title 73 Mental Health Section 37-1-2 | Dep. Ex.  368 |
| 325 | | | Georgia Code Title 37 - Mental Health Chapter 1, Article 2 Section 37-1-20 | Dep. Ex.  369 |

| | | | | |
|---|---|---|---|---|
| 326 | | | 2/12/2019 email from Garry McGiboney to Judy Fitzgerald RE: Quick note | Dep. Ex. 370 |
| 327 | | | Georgia Uniform Application FY 20/21 Community Mental Health Services Block Grant | Dep. Ex. 371 |
| 328 | | | DBHDD OCYF Behavioral Health Continuum of Care Phases & Services Provided | Dep. Ex. 372 |
| 329 | | | Georgia APEX program annual evaluation resualts July 2019-June 2020 presented by COE Leadership meeting | Dep. Ex. 374 |
| 330 | | | GNETS Program Manager Activities-Cleveland 2-23-2018 (002).docx | Dep. Ex. 375 |
| 331 | | | 2/1/2018 email from Nakeba Rahming to Mary Ann Seay et al. re GNETS Program Manager | Dep. Ex. 376 |
| 332 | | | 10/14/2020 email from Vickie Cleveland to Zelphine Smith-Dixon et al. re Eligibility numbers | Dep. Ex. 378 |
| 333 | | | Eligibility Numbers | Dep. Ex. 378A |
| 334 | | | GNETS One Pager for SBOE Therapeutic Supports.docx | Dep. Ex. 380 |
| 335 | | | 5/24/2018 email from Vickie Cleveland to Linda Castellanos Re: Exit Criteria for GNETS | Dep. Ex. 382 |
| 336 | | | GNETS Services FlowChart as of 8-23-18 (1).pdf | Dep. Ex. 383 |
| 337 | | | 12/14/2017 email from Jacqie Neal to Vickie Cleveland et al. re FW: Assurance - RESA-NS-StaffRehab | Dep. Ex. 384 |

| | | | | |
|---|---|---|---|---|
| 338 | | | 7/25/2018 email from Vickie Cleveland to Keith Everson RE: Social Worker Update? | Dep. Ex. 385 |
| 339 | | | 12/2/2020 email from Vickie Cleveland to A. Beaver et al. re file review | Dep. Ex. 386 |
| 340 | | | GaDOE Student Information Checklist FY21.docx | Dep. Ex. 387 |
| 341 | | | GNETS Strategic Plan-Updated Jan 2020 (August 2020) (002) | Dep. Ex. 388 |
| 342 | | | GNETS Reporting Savannah 11-14-18.pptx | Dep. Ex. 389 |
| 343 | | | Assurances FY20 GNETS from RESA Fiscal Agent.pdf | Dep. Ex. 390 |
| 344 | | | 11/15/2019 email from Vickie Cleveland to Amber Todd RE: Performance Measure Review/Questions | Dep. Ex. 391 |
| 345 | | | GNETS Assessment Data Summary - 2016-2019.xlsx | Dep. Ex. 391A |
| 346 | | | Copy of FY21 DOE_Performance Measures OPB Feedback Review and Questions | Dep. Ex. 391B |
| 347 | | | 2/23/2018 email from Vickie Cleveland to Vickie Cleveland re Dante McKay | Dep. Ex. 392 |
| 348 | | | 3/1/2019 email from Dante McKay to Vickie Cleveland re Information on Apex | Dep. Ex. 393 |
| 349 | | | 12/19/2017 email from Clara Keith to Vickie Cleveland et al. RE: Deal announces release of Commission on Children's Mental Health | Dep. Ex. 394 |

| | | | | |
|---|---|---|---|---|
| 350 | | | 9/19/2018 email from Interagency Directors Team to Interagency Directors Team et al. re October IDT Meeting | Dep. Ex.  395 |
| 351 | | | 9/4/2019 email from Kelvin Pruitt to Vickie Cleveland Re: SEDNET | Dep. Ex.  396 |
| 352 | | | 9/25/2018 email from Vickie Cleveland to A. Beaver et al. re FW: Georgia's Separate and Unequal Special-Education System I The New Yorker | Dep. Ex.  397 |
| 353 | | | David Ackerman Curriculum Vitae | Dep. Ex.  399 |
| 354 | | | Savannah Morning re News Article New Jenkins High School Offers Inclusive Possibilities | Dep. Ex.  403 |
| 355 | | | Map of HV Jenkins Floor Plan | Dep. Ex.  404 |
| 356 | | | Map of HV Jenkins with Highlights | Dep. Ex.  405 |
| 357 | | | CGCA Subpoena Response Attachment A p. 4 | Dep. Ex.  408 |
| 358 | | | CGCA Subpoena Response Attachment A p. 3 | Dep. Ex.  409 |
| 359 | | | Coastal Georgia Comprehensive Academy Brochure | Dep. Ex.  410 |
| 360 | | | CGCA Subpoena Response Attachment A p. 5 | Dep. Ex.  411 |
| 361 | | | CGCA Subpoena Response Attachment p. 6 - Referral WJ | Dep. Ex.  412 |
| 362 | | | Floor Plan - facility map | Dep. Ex.  414 |
| 363 | | | Color Photograph of CGCA Therapy Room 1 | Dep. Ex.  415 |
| 364 | | | Color Photograph of CGCA Therapy Room 2 | Dep. Ex.  416 |
| 365 | | | GNETS - CGCA Strategic Plan self assessment | Dep. Ex.  417 |

| | | | | |
|---|---|---|---|---|
| 366 | | | 7/30/2018 email from Lakesha Stevenson re: Job Announcement # 18-77 | Dep. Ex. 419 |
| 367 | | | 7/29/2018 email from Crystal Albright to Karen Flowers et al. re: Permission to Post - New Position GNETs | Dep. Ex. 420 |
| 368 | | | 10/29/2019 email from Vickie Cleveland to Lakesha Stevenson re: GNETS Program Specialist Responsibilities | Dep. Ex. 421 |
| 369 | | | 11/8/2019 email from Lakesha Stevenson to GNETS Directors re FW: Grant app PP | Dep. Ex. 423 |
| 370 | | | 11/18/2020 email. From LaKesha Stevenson to Vickie Cleveland RE: SM grant Application | Dep. Ex. 424 |
| 371 | | | 5/15/2019 email from Cleveland to Andrea Riley et al. re Assurances | Dep. Ex. 425 |
| 372 | | | 9/9/2020 email from Lakesha Stevenson to J. Mayhall et al. re State requested revision on action items for Pathways Educational Program GNETS Strategic Plan | Dep. Ex. 427 |
| 373 | | | 11/30/2020 email from Lakesha Stevenson to Mourya Lanka et al. RE: Draft -- Coastal Academy FY20 Strategic Plan Results | Dep. Ex. 428 |
| 374 | | | 5/26/2020 email from Vickie Cleveland to Lakesha Stevenson re: draft responses | Dep. Ex. 429 |
| 375 | | | 9/4/2019 email from Lakesha Stevenson re: Social Worker Logs | Dep. Ex. 431 |
| 376 | | | 5/14/2020 email from Lakesha Stevenson to Vickie Cleveland re: Question from Helen | Dep. Ex. 432 |

| | | | | |
|---|---|---|---|---|
| 377 | | | 9/11/2020 email from Lakesha Stevenson to Dante McKay et al. re GoToMeeting Invitation - GNETS/DBHDD Collaboration Meeting | Dep. Ex. 435 |
| 378 | | | 11/12/2019 email from Lakesha Stevenson to Lisa Futch RE: GNETS/APEX | Dep. Ex. 436 |
| 379 | | | 4/23/2020 email from Lakesha Stevenson to Vickie Cleveland re: Copy of Therapeutic Services Other States | Dep. Ex. 439 |
| 380 | | | Derrick Gilchrist.resume | Dep. Ex. 447 |
| 381 | | | 12/12/2019 email from Derrick Gilchrist to Vickie Cleveland Re: Funding Summary | Dep. Ex. 448 |
| 382 | | | Excel Spreadsheet of SY 2021-2022 Student List - SouthMetro (redacted) | Dep. Ex. 449 |
| 383 | | | Guidance and Planning Document for Student Reintegration from South Metro GNETS | Dep. Ex. 450 |
| 384 | | | South Metro GNETS and View Point Health High Fidelity wraparound | Dep. Ex. 451 |
| 385 | | | 2/15/2016 email from Derrick Gilchrist to Nakeba Rahming re partnership with DBHDD | Dep. Ex. 452 |
| 386 | | | 7/2/2016 email from Derrick Gilchrist to Nakeba Rahming RE: GNETS Site Visit | Dep. Ex. 453 |
| 387 | | | 11/16/2016 email from Derrick Gilchrist to Nakeba Rahming RE: SDQ and climate study follow up activities | Dep. Ex. 454 |

| | | | | |
|---|---|---|---|---|
| 388 | | | South Metro GNETS_WFI_Dashboards_FINAL.pdf | Dep. Ex. 455 |
| 389 | | | South Metro GNETS Therapeutic Service and Intervention Tiers | Dep. Ex. 456 |
| 390 | | | 12/16/2020 email from Derrick Gilchrist to Dante McKay Re: South Metro GNETS - Clubhouse services | Dep. Ex. 457 |
| 391 | | | 4/11/2017 email from Derrick Gilchrist to Nakeba Rahming RE: PT Psychologist | Dep. Ex. 458 |
| 392 | | | GNETS Staffing Pattern - SouthMetro | Dep. Ex. 459 |
| 393 | | | 8/16/2018 email from Vickie Cleveland to Lakesha Stevenson re Items to copy for meeting | Dep. Ex. 460 |
| 394 | | | Self-Assessment Outcomes and Improvement Summary Plan | Dep. Ex. 461 |
| 395 | | | 8/17/2017 email from Derrick Gilchrist to Michael Rowland et al. RE: South Metro GNETS (Forest Park) - Ash Street Program | Dep. Ex. 462 |
| 396 | | | Resume of Patricia Wolf  9-29-22 | Dep. Ex. 464 |
| 397 | | | 1/5/2018 email from Pat Wolf to Vickie Cleveland Re: GNETS Systemic Reintegration Planning | Dep. Ex. 465 |
| 398 | | | 4/8/2019 email from Pat Wolf to Vickie Cleveland re Fwd: Possible Regional GNETS Center Visit | Dep. Ex. 466 |
| 399 | | | #2 - GNETS of Oconee Total Students Served by Year.docx | Dep. Ex. 467 |
| 400 | | | 9/12/2019 email from Pat Wolf to Vickie Cleveland et al. re Fwd: Funding ratios | Dep. Ex. 469 |

| | | | | |
|---|---|---|---|---|
| 401 | | | FY 2022 GNETS Grant Application - GNETS of Oconee | Dep. Ex. 470 |
| 402 | | | Board update for 8/10/21 RESA Board of Control Meeting - GNETS Students Served | Dep. Ex. 471 |
| 403 | | | GNETS of Oconee Professionally Qualified Status All Staff Spreadsheet | Dep. Ex. 472 |
| 404 | | | Board Update for 7-9-19 RESA Board Meeting | Dep. Ex. 473 |
| 405 | | | 9/27/2017 email from Pat Wolf to Nakeba Rahming re: Needs Statement | Dep. Ex. 476 |
| 406 | | | 5/23/2017 email from Pat Wolf to Amber McCollum Re: Question about carryover | Dep. Ex. 477 |
| 407 | | | 6/13/2018 email from Vickie Cleveland to Pat Wolf RE: Social workers | Dep. Ex. 478 |
| 408 | | | 7/24/2018 email from Vickie Cleveland to Pat Wolf re: Therapeutic Services Reimbursement for Social Workers | Dep. Ex. 479 |
| 409 | | | Enrollment Rosters FY20-22 - Oconee GNETS (redacted) | Dep. Ex. 480 |
| 410 | | | GNETS Confidential Student Information Packet Revised 10/2020 | Dep. Ex. 482 |
| 411 | | | GNETS Guiding Questions for Consideration of GNETS Services Revised June 2018 | Dep. Ex. 483 |
| 412 | | | GNETS Services Flow Chart Revised October 2020 | Dep. Ex. 484 |
| 413 | | | Request for GNETS Consultation Revised October 2020 | Dep. Ex. 485 |

| | | | | |
|---|---|---|---|---|
| 414 | | | 9/6/2017 email from Pat Wolf to Steve Derr et al. re: Consideration of Services | Dep. Ex.  486 |
| 415 | | | 10/4/2017 email from Pat Wolf to Nakeba Rahming et al. re: Consideration for Services | Dep. Ex.  487 |
| 416 | | | 10/4/2017 email from Pat Wolf to Jeanene Wallace et al. re: Consideration for GNETS Services Draft of Forms | Dep. Ex.  488 |
| 417 | | | 10/24/2017 email from Pat Wolf to Nakeba Rahming Re: Consideration for GNETS Services Meeting today at 1pm | Dep. Ex.  489 |
| 418 | | | 11/7/2017 email from Pat Wolf to Nakeba Rahming re: Upcoming LEA Collaborative Meeting for GNETS -- December 7th | Dep. Ex.  490 |
| 419 | | | 11/16/2017 email from Pat Wolf to Nakeba Rahming et al. re PowerPoint for LEA Collaborative December 7th on Consideration of Services | Dep. Ex.  491 |
| 420 | | | 12/11/2017 email from Nakeba Rahming to Pat Wolf et al. RE: Consideration of Services - Revised | Dep. Ex.  492 |
| 421 | | | 6/20/2018 email from Pat Wolf to Vickie Cleveland re: Finalized Consideration of Services Forms | Dep. Ex.  493 |
| 422 | | | 6/21/2018 email from Pat Wolf to Vickie Cleveland re Consideration | Dep. Ex.  494 |
| 423 | | | 7/16/2018 email from Pat Wolf to Vickie Cleveland et al. re Consideration of Services forms are ready!!! | Dep. Ex.  495 |

| | | | | |
|---|---|---|---|---|
| 424 | | | 1/17/2017 email from Pat Wolf to Nakeba Rahming re: Final recommended Agenda | Dep. Ex.  496 |
| 425 | | | 11/18/2016 email from Pat Wolf to Nakeba Rahming Re: 4 year old | Dep. Ex.  497 |
| 426 | | | 8/2/2016 email from Nakeba Rahming to Pat Wolf re: Jasper County | Dep. Ex.  498 |
| 427 | | | 6/14/2018 email from Pat Wolf to Vickie Cleveland re: Suggestion | Dep. Ex.  499 |
| 428 | | | GNETS of Oconee Mid-Year Strategic Plan Review 1-14-21 | Dep. Ex.  502 |
| 429 | | | 12/31/2015 email from Pat Wolf to Deborah Gay re: As requested with GNETS Strategic Plan Year 4 - Recommendations from Wolf | Dep. Ex.  503 |
| 430 | | | 2/1/2016 email from Pat Wolf to Nakeba Rahming re: Rubric with GNETS Standards of Practice Rubric - Draft | Dep. Ex.  504 |
| 431 | | | 11/12/2019 email from Pat Wolf to Lakesha Stevenson Re: GNETS/APEX | Dep. Ex.  505 |
| 432 | | | 12/19/2017 email from Vickie Cleveland to Pat Wolf re iReady Data Week ending 12-8-2017 | Dep. Ex.  506 |
| 433 | | | 9/14/2018 email from Pat Wolf to Vickie Cleveland and Joanna Mock re Fwd: GNETS Meeting Info / Info Needed | Dep. Ex.  507 |
| 434 | | | View Point Health Overview | Dep. Ex.  511 |
| 435 | | | View Point Health Strategic Plan | Dep. Ex.  512 |
| 436 | | | 3/14/2016 email from Chad Jones to Adell Flowers re View Point Health CME Reports for February 2016 | Dep. Ex.  513 |

| | | | | |
|---|---|---|---|---|
| 437 | | | View Point Health System of Care Coordination Encounter Report | Dep. Ex.  514 |
| 438 | | | Non-APEX services and staff, schools, settings & times of services | Dep. Ex.  515 |
| 439 | | | South Metro GNETS School and Staffing | Dep. Ex.  516 |
| 440 | | | DBHDD - Viewpoint Health APEX Contract | Dep. Ex.  517 |
| 441 | | | Voices of Georgia's Children, Supporting Children's Mental Health June 2020 | Dep. Ex.  518 |
| 442 | | | Office of Children, Young Adults, and Families Georgia APEX Programmatic Report | Dep. Ex.  519 |
| 443 | | | 2/11/2020 email from Tricia Mills to Giselle Lynch et al. RE: HFW Benchmarking F2F (Part 4) | Dep. Ex.  520 |
| 444 | | | WISS spreadsheet 2020 | Dep. Ex.  521 |
| 445 | | | GNETS.CME.ReferralForm.docx | Dep. Ex.  523 |
| 446 | | | Wraparound Fidelity Index-short form | Dep. Ex.  524 |
| 447 | | | 6/15/2017 email from Chad Jones to Dante McKay et al. re CME Requests/Updates | Dep. Ex.  525 |
| 448 | | | Wraparound Implementation Standards System (WISS) | Dep. Ex.  526 |
| 449 | | | 3/15/2021 email from Ebony Johnson to Adam Klein et al. re SBMH Workgroup (IDT) Meeting - Monday, March 15, 2021 | Dep. Ex.  527 |
| 450 | | | School-based mental health workgroup | Dep. Ex.  528 |

| | | | | |
|---|---|---|---|---|
| 451 | | | 6/21/2021 email from Emily Graybill to Ebony Johnson et al. re Survey of SBMH services for students with co-occurring MH/DD diagnoses | Dep. Ex. 529 |
| 452 | | | Mental Health Supports for Students with I/DD Survey Flow | Dep. Ex. 530 |
| 453 | | | Notes re IDT Telehealth Subgroup 8/17/2021 | Dep. Ex. 531 |
| 454 | | | GECC Spring Quarterly Meeting 8.19.21 | Dep. Ex. 532 |
| 455 | | | 6/29/2021 email from Camille Pendley Hau to L. Wilburn et al. re Child and Adolescent Health Coalition Meeting | Dep. Ex. 533 |
| 456 | | | Child and Adolescent Health Coalition American Rescue Plan Act Funding Priorities.docx | Dep. Ex. 534 |
| 457 | | | 10/18/2018 email from Chad Jones to Adrienne Boisson et al. re Newton County System of Care Site Visit | Dep. Ex. 535 |
| 458 | | | 4/16/2021 email from Chad Jones to Danielle Jones re FAN: OCYF FY22 Funding Recommendations - View Point | Dep. Ex. 536 |
| 459 | | | 3/11/2021 email from Dante McKay to Chad Jones et al. re Provider Utilization Review - View Point | Dep. Ex. 537 |
| 460 | | | View Point Health Overview Trainings for Apex staff | Dep. Ex. 538 |
| 461 | | | Lisa Futch CV/Resume | Dep. Ex. 540 |
| 462 | | | GNETS Strategic Plan | Dep. Ex. 541 |

| | | | | |
|---|---|---|---|---|
| 463 | | | 3/21/2019 email from Lisa Futch to Vickie Cleveland et al. re: Wayne County School System GNETS Relocation FY 20 | Dep. Ex. 542 |
| 464 | | | Student Enrollment Spreadsheet 2021-2022 - Coastal Academy | Dep. Ex. 543 |
| 465 | | | Student Enrollment Spreadsheet 2021-2022 - Hinesville Liberty Facility (redacted) | Dep. Ex. 544 |
| 466 | | | Student Enrollment Spreadsheet 2021-2022 - Glynn Facility (redacted) | Dep. Ex. 545 |
| 467 | | | 10/13/2017 email from Lisa Futch to Samuel Clemons et al. re Reintegration committee meeting | Dep. Ex. 546 |
| 468 | | | 1/30/2017 email from Lisa Futch to Nakeba Rahming re: Proposal for transition classes in Glynn County | Dep. Ex. 547 |
| 469 | | | 11/14/2017 email from Lisa Futch to Nakeba Rahming et al. re: GNETS Reintegration Plan | Dep. Ex. 548 |
| 470 | | | 1/12/2018 email from Lisa Futch to Jacqueline Neal et al. re GNETS Reintegration Plan | Dep. Ex. 549 |
| 471 | | | Guidance and Planning Document for Student Reintegration from GNETS to LEA Setting | Dep. Ex. 550 |
| 472 | | | FY 22 Grant Application - Coastal Academy GNETS | Dep. Ex. 551 |
| 473 | | | 3/15/2018 email from Lisa Futch to Vickie Cleveland et al. re: Aroma Therapy for emotional support | Dep. Ex. 552 |

| | | | | |
|---|---|---|---|---|
| 474 | | | 1/20/2020 email from Lisa Futch to Vickie Cleveland re: Project Based Learning | Dep. Ex. 553 |
| 475 | | | 3/30/2018 email from Lisa Futch to Zelphine Smith-Dixon et al. Re: Multi-Tiered System of Supports (MTSS) - Opportunity to Apply for Participation | Dep. Ex. 554 |
| 476 | | | 2/26/2020 email from Lisa Futch to Vickie Cleveland re Therapeutic Services Grant | Dep. Ex. 555 |
| 477 | | | #7 - GNETS Services FlowChart.pdf | Dep. Ex. 556 |
| 478 | | | #7 - GNETS Request for Consultation.pdf | Dep. Ex. 557 |
| 479 | | | #7 - GNETS Confidential Student Information Packet .pdf | Dep. Ex. 558 |
| 480 | | | Guidance Questions for Consideration for GNETS Services | Dep. Ex. 559 |
| 481 | | | Elam Alexander Academy Administration Team | Dep. Ex. 561 |
| 482 | | | Elam Alexander FY 2022 GNETS Grant Application | Dep. Ex. 563 |
| 483 | | | Elam Alexander FY 2021 GNETS Grant Application | Dep. Ex. 564 |
| 484 | | | Student Count - Elam Alexander | Dep. Ex. 565 |
| 485 | | | 5/16/2018 email from Brooke Cole to Vickie Cleveland Re: GAA Guidance | Dep. Ex. 566 |
| 486 | | | 1/15/2019 email from Brooke Cole to Vickie Cleveland Re: ID Enrollment info | Dep. Ex. 567 |

| | | | | |
|---|---|---|---|---|
| 487 | | | 10/30/2017 email from Brooke Cole to Nakeba Rahming re Accepted: Save the Date: GNETS Guidance on Assessing Low Functioning and ASD Students | Dep. Ex.  568 |
| 488 | | | 7/6/2017 email from Brooke Cole to Nakeba Rahming re School Psychologist | Dep. Ex.  569 |
| 489 | | | GNETS Grant Information FY 2022 - Elam Alexander Supplement | Dep. Ex.  570 |
| 490 | | | 8/25/2017 email from Brooke Cole to Nakeba Rahming re Teacher Qualifications | Dep. Ex.  571 |
| 491 | | | 1/9/2019 email from Brooke Cole to Vickie Cleveland re Question | Dep. Ex.  573 |
| 492 | | | 2018-2019 PBIS Distinguished Schools | Dep. Ex.  574 |
| 493 | | | 10/14/2016 email from Booke Cole to Sandra DeMuth re PBIS recognition | Dep. Ex.  575 |
| 494 | | | Elam Alexander FY 2020 GNETS Grant Application | Dep. Ex.  577 |
| 495 | | | 11/5/2020 email from Brooke Cole to Vickie Cleveland et al. re regional TA meeting/link | Dep. Ex.  578 |
| 496 | | | 3/8/2017 email from Brooke Cole to Nakeba Rahming re facilities | Dep. Ex.  579 |
| 497 | | | 7/1/2019 Letter from Vickie Cleveland to Brooke Cole | Dep. Ex.  580 |
| 498 | | | GaDOE organizational chart | Dep. Ex.  582 |
| 499 | | | GaDOE earnings sheet for FY 2023 | Dep. Ex.  583 |
| 500 | | | HB 911 FY2023 Appropriations Bill | Dep. Ex.  584 |

| | | | | |
|---|---|---|---|---|
| 501 | | | 6/29/2018 email from Fran Whitfield to Jacqueline Neal et al. re FY19 GNETS Grant Application | Dep. Ex.  585 |
| 502 | | | Consolidated Application - GNETS State Grant - First District RESA | Dep. Ex.  586 |
| 503 | | | 8/30/2016 email from Amber McCollum to Geronald Bell et al. re: GNETS Student Enrollment Count with FY2017 GNETS FAQ | Dep. Ex.  587 |
| 504 | | | 3/11/2016 email from Amber McCollum to Stacey Benson Re: Draft FY17 GNETS Allocations | Dep. Ex.  588 |
| 505 | | | 2/26/2018 email from Amber McCollum to Vickie Cleveland et al. re three year averages | Dep. Ex.  589 |
| 506 | | | 3/15/2016 email from Amber McCollum to Derrick Gilchrist re Draft FY17 GNETS Allocations | Dep. Ex.  590 |
| 507 | | | 3/16/2016 email from Cassandra Holilfield to Amber McCollum re GNETS meeting | Dep. Ex.  591 |
| 508 | | | GNETS Budget Formula Information | Dep. Ex.  592 |
| 509 | | | 3/21/2016 email from Amber McCollum to Mary Ann Seay re Draft FY17 GNETS Allocations | Dep. Ex.  593 |
| 510 | | | 3/20/2018 email from Amber McCollum to self re GNETS training | Dep. Ex.  595 |
| 511 | | | 3/15/2018 email from Amber McCollum to Lisa Futch re Aroma Therapy for emotional support | Dep. Ex.  596 |

| | | | | |
|---|---|---|---|---|
| 512 | | | 5/25/2017 email from Amber McCollum to Zelphine Smith-Dixon re Question about carryover | Dep. Ex.  597 |
| 513 | | | 10/13/2016 email from Amber McCollum to Deborah Gay Re: GNETS Fed - Bibb County - DEADLINE 10/19 | Dep. Ex.  599 |
| 514 | | | 6/7/2018 email from Amber McCollum to Vickie Cleveland RE: Budget amendment | Dep. Ex.  600 |
| 515 | | | GNETS Performance Audit Dated October 2010 | Dep. Ex.  601 |
| 516 | | | Georgia Board of Education Bylaws | Dep. Ex.  603 |
| 517 | | | 10/21/2016 email from Matt Cardoza to self re State Board of Education to Hold Retreat October 25-26 | Dep. Ex.  604 |
| 518 | | | 5/22/2018 email from Larry Winter to Matt Jones et al. re FW: Orientation Agenda | Dep. Ex.  605 |
| 519 | | | 5/11/2016 email from Larry Winter to Linda Myers re A summary of the GNETS facilities assessment. | Dep. Ex.  606 |
| 520 | | | 7/28/2016 email from Larry Winter to Clara Keith Re: GNETS Article | Dep. Ex.  607 |
| 521 | | | 7/23/201email from Larry Winter to Clara Keith re GNETS student files memo | Dep. Ex.  608 |
| 522 | | | 4/10/2017 email from Larry Winter to M. Royal et al. with response to GNETS Atlantic article | Dep. Ex.  609 |

| | | | | |
|---|---|---|---|---|
| 523 | | | 5/1112016 email from Larry Winter to Garry McGiboney RE: GNETS | Dep. Ex. 611 |
| 524 | | | 10/5/2016 email from Larry Winter to Clara Keith RE: Draft Rule | Dep. Ex. 612 |
| 525 | | | 10/13/2016 email from Larry Winter to Clara Keith Re: Supporting Documents for the GNETS Rule 169-4-7.15 Feedback Sessions | Dep. Ex. 613 |
| 526 | | | June 13, 2019 State Board Meeting Agenda (full agenda) | Dep. Ex. 614 |
| 527 | | | Georgia Department of Education Item for State Board of Education Approval - Grant - GNETS State and Federal Allocations | Dep. Ex. 615 |
| 528 | | | GaDOE Item for State Board of Education Approval - Grant - FY20 GNETS Grant for Supplemental Instruction | Dep. Ex. 616 |
| 529 | | | GaDOE Item for State Boad of Education Approval - Grant - FY20 State Allocation | Dep. Ex. 617 |
| 530 | | | 9/28/2017 email from Ted Beck to Larry Winter re FW: Item Requested by Mr. Winter in Budget Committee Meeting | Dep. Ex. 618 |
| 531 | | | 9/21/2016 email from Deborah Gay to Larry Winter et al. re Follow up from budget committee | Dep. Ex. 619 |
| 532 | | | 5/14/2018 email from Larry Winter to Garry McGiboney RE: Mental Health Grant | Dep. Ex. 620 |

| | | | | |
|---|---|---|---|---|
| 533 | | | 9/18/2015 email from Larry Winter to Matt Jones Re: GNETS position | Dep. Ex. 621 |
| 534 | | | 12/3/2015 email from Larry Winter to Matt Jones Re: GNETS Position | Dep. Ex. 622 |
| 535 | | | 2/16/2016 email from Larry Winter to Matt Jones re GNETS | Dep. Ex. 623 |
| 536 | | | 8/29/2017 email from Larry Winter to Nakeba Rahming RE: Milo Robot for students with Autism | Dep. Ex. 624 |
| 537 | | | 2/16/2016 email from Garry McGiboney to Larry Winter RE: Case # 16-0021 | Dep. Ex. 625 |
| 538 | | | Cassandra Holifield Resume | Dep. Ex. 627 |
| 539 | | | #7 - North Metro GNETS Brochure.pdf | Dep. Ex. 628 |
| 540 | | | 4/9/2016 email from Cassandra Holifield to Nakeba Rahming RE: GNETS Dashboard Updates | Dep. Ex. 629 |
| 541 | | | 7/22/2016 email from Cassandra Holifield to Nakeba Rahming RE: FY 17 GNETS Data Management Tool | Dep. Ex. 630 |
| 542 | | | North Metro GNETS FY22 Grant Application | Dep. Ex. 631 |
| 543 | | | 3/29/2019 email from Cassandra Holifield to Vickie Cleveland RE: GNETS Setup | Dep. Ex. 632 |
| 544 | | | 5/9/2018 email from Cassandra Holifield to Vickie Cleveland RE: Format for interventions | Dep. Ex. 634 |
| 545 | | | 10/7/2016 email from Cassandra Holifield to Nakeba Rahming RE: "Why Try" SEL Curriculum | Dep. Ex. 635 |

| | | | | |
|---|---|---|---|---|
| 546 | | | 8/2/2017 email from Cassandra Holifield to Nakeba Rahming re: GNETS RBT MOU | Dep. Ex. 636 |
| 547 | | | 9/18/2017 email from Nakeba Rahming to Cassandra Holifield re: RBT Notice | Dep. Ex. 637 |
| 548 | | | 12/1/2016 email from Cassandra Holifield to Nakeba Rahming re GNETS Reintegration/Transition Coach | Dep. Ex. 639 |
| 549 | | | 12/8/2016 email from Cassandra Holifield to Nakeba Rahming re North Metro GNETS Reintegration Plan - DRAFT | Dep. Ex. 640 |
| 550 | | | North Metro GNETS Student Tiers of Support in the Least Restrictivie Environment (LRE) | Dep. Ex. 641 |
| 551 | | | 2/9/2016 email from Cassandra Holifield to Nakeba Rahming et al. Re: Draft Strategic Plan | Dep. Ex. 642 |
| 552 | | | 2/5/2016 email from Cassandra Holifield to Nakeba Rahming re: GNETS GCIMP Plan - Blank | Dep. Ex. 643 |
| 553 | | | North Metro GNETS BOY Strategic Plan Rating Rubric 8/17/2021 | Dep. Ex. 644 |
| 554 | | | 4/26/2018 email from Cassandra Holifield to Vickie Cleveland RE: State Charter Schools | Dep. Ex. 645 |
| 555 | | | 2/19/2019 email from Cassandra Holifield to Vickie Cleveland Re: ASSISTANCE NEEDED Fwd: GNETS Referral by ICSAtlanta | Dep. Ex. 646 |
| 556 | | | 8/9/2016 email from Cassandra Holifield to Nakeba Rahming re GNETS | Dep. Ex. 647 |

| | | | | |
|---|---|---|---|---|
| 557 | | | 7/26/2016 email from Cassandra Holifield to Kathy Lewis et al RE: GaDOE's Update to DOJ | Dep. Ex.  648 |
| 558 | | | 5/17/2019 email from Cassandra Holifield to Vickie Cleveland re North Metro GNETS Strategic Plan Review | Dep. Ex.  649 |
| 559 | | | 3/4/2016 email from Cassandra Holifield to Nakeba Rahming re Agenda | Dep. Ex.  650 |
| 560 | | | 3/30/2016 email from Cassandra Holifield to Nakeba Rahming re March 2016 GaDOE GNETS Directors Meeting in Milledgeville | Dep. Ex.  652 |
| 561 | | | 1/14/2018 email from Cassandra Holifield to Lisa Futch et al. Re: GNETS Reintegration Plan | Dep. Ex.  654 |
| 562 | | | 1/31/2018 email from Cassandra Holifield to Nakeba Rahming et al. RE: Consideration of Services Pilot | Dep. Ex.  655 |
| 563 | | | 10/27/2017 email from Cassandra Holifield to Nakeba Rahming re FW: Reintegration committee meeting | Dep. Ex.  656 |
| 564 | | | 7/6/2020 email from Cassandra Holifield to Zelphine Smith-Dixon re FW: FY21 Preliminary GNETS State and Federal Grant Allocations | Dep. Ex.  657 |
| 565 | | | 3/12/2017 email from Cassandra Holifield to Nakeba Rahming Re: GNETS Draft Funding Formula | Dep. Ex.  658 |

| | | | | |
|---|---|---|---|---|
| 566 | | | 6/7/2019 email from Cassandra Holifield to Vickie Cleveland RE: GNETS Continuum of Services, Student Level Record, & Funding | Dep. Ex. 659 |
| 567 | | | 2/14/2018 email from Cassandra Holifield to Nakeba Rahming et al. re FW: Independence HS location | Dep. Ex. 660 |
| 568 | | | 4/12/2018 email from Cassandra Holifield to Vickie Cleveland Re: Independence HS-Fulton County | Dep. Ex. 661 |
| 569 | | | Letter to Senator Albers regarding "No Teachers in North Metro GNETS" and 12/11/2019 cover email from Cassandra Holifield to Vickie Cleveland | Dep. Ex. 662 |
| 570 | | | 5/24/2018 email from Cassandra Holifield to Troy Keller et al. RE: APS - GNETS Classroom at Long Middle School | Dep. Ex. 663 |
| 571 | | | North Metro GNETS Program Documentation of Services FY22 | Dep. Ex. 664 |
| 572 | | | North Metro GNETS Student Enrollment Spreadsheets for School Years 2019-2020, 2020-2021, 2021-2022 (redacted) | Dep. Ex. 665 |
| 573 | | | 9/26/2018 email from Cassandra Holifield to Vickie Cleveland et al. re: North Metro GNETS Requested Data | Dep. Ex. 666 |
| 574 | | | 2/16/2016 email from Cassandra Holifield to Nakeba Rahming RE: Attorney-Client Privilege Document | Dep. Ex. 667 |
| 575 | | | 11/14/2018 email from Vickie Cleveland to A. Beaver et al. re 2017-18 Milestone data | Dep. Ex. 670 |

| | | | | |
|---|---|---|---|---|
| 576 | | | 8/16/2019 email from Jason Byars to Garry McGiboney RE: Advance copy of presentation | Dep. Ex. 672 |
| 577 | | | 5/17/2019 email from Jason Byars to Garry McGiboney RE: Disproportionality Forum Presentation | Dep. Ex. 673 |
| 578 | | | Georgia PBIS Implementation Process for Districts and Schools | Dep. Ex. 674 |
| 579 | | | 2/10/2020 PBIS Presentation at Hall County Schools | Dep. Ex. 675 |
| 580 | | | 11/18/2019 email from Jason Byars to Lara Sims re: Tier 2 | Dep. Ex. 676 |
| 581 | | | 2/5/2020 email from Jason Byars to Anthony Feldmann et al. re: another presentation and January 9 2020 MTSS Meeting Presentation | Dep. Ex. 677 |
| 582 | | | District Guidance for PBIS Implementation (Updated 9/17/22) | Dep. Ex. 678 |
| 583 | | | 10/3/2019 email from Jason Byars to Tamara Etterling Re: PBIS Involvement | Dep. Ex. 679 |
| 584 | | | 12/17/2019 email from Jason Byars to Kent McIntosh RE: PBIS recognition and corporal punishment | Dep. Ex. 680 |
| 585 | | | 7/2/2020 email from Jason Byars to Garry McGiboney re Behavior Specialist Courses and Community Forum | Dep. Ex. 681 |
| 586 | | | 8/22/2019 email from Sandra DeMuth to Tammi Clarke re Jot Form | Dep. Ex. 682 |

| | | | | |
|---|---|---|---|---|
| 587 | | | 5/27/2019 email from Sandra DeMuth to Ashley Beaver et al. re FW: We have received a response from abc | Dep. Ex. 683 |
| 588 | | | 5/31/2019 email from Sandra DeMuth to Benjamin Moore et al. re Jot Form | Dep. Ex. 684 |
| 589 | | | 4/18/2020 email from Tammi Clarke to Jason Byars et al. RE: Draft FY21 Criteria & GNETS Question for Jason | Dep. Ex. 685 |
| 590 | | | 7/25/2019 email from Tammi Clarke to Sandra DeMuth et al. RE: FY 20 Training | Dep. Ex. 686 |
| 591 | | | 1/25/2019 email from Sandra DeMuth to Jason Byars RE: Copy of Home.m4a | Dep. Ex. 687 |
| 592 | | | 9/17/2020 email from Justin Hill to Jason Byars re FW: ISF Training dates | Dep. Ex. 688 |
| 593 | | | 3/10/2020 email from Jason Byars to Garry McGiboney re Project AWARE 2020 White Paper Working Draft | Dep. Ex. 689 |
| 594 | | | 6/30/2016 email from Jason Byars to Cheryl Benefield et al. re GCASE Conference Presentation Proposal | Dep. Ex. 690 |
| 595 | | | 1/16/2019 email from Terence Wilson to Talley Wells re Help Needed with Bridges to Behavioral Health Project | Dep. Ex. 691 |
| 596 | | | 5/11/2020 email from Jason Byars to Curlandra Smith re Invitation to Participate in the SCTG | Dep. Ex. 692 |

| | | | | |
|---|---|---|---|---|
| 597 | | | 8/6/2020 email from Jason Byars to Miriam Gudenrath RE: Preview EOY email to SCS and DC | Dep. Ex.  693 |
| 598 | | | 6/23/2020 email from Jason Byars to Emily Graybill et al. re FW: 5184F180O24-Webinar Tomorrow on New Mental Health Grant Opportunity | Dep. Ex.  694 |
| 599 | | | Shaun Owen Resume/CV December 2019 | Dep. Ex.  696 |
| 600 | | | 10/9/2020 GaDOE Org Chart and cover email from Matt Jones | Dep. Ex.  697 |
| 601 | | | 9/1/2016 GaDOE Org and FY 17 GaDOE Strategic Plan with cover email from Richard Woods | Dep. Ex.  698 |
| 602 | | | 3/31/2019 email from Matt Jones to Shaun Owen re FW: To Do List | Dep. Ex.  699 |
| 603 | | | 1/28/2020 email from Shaun Owen to Vickie Cleveland RE: Introduction and Next Steps | Dep. Ex.  700 |
| 604 | | | 4/29/2020 email from Shaun Owen to Jaquenetta Dugger RE: GNETS | Dep. Ex.  701 |
| 605 | | | 8/19/2020 email from Vickie Cleveland to Shaun Owen re Weekly agenda | Dep. Ex.  702 |
| 606 | | | 5/23/22 Letter re Physical Condition of Horizon Center at Valdosta | Dep. Ex.  703 |
| 607 | | | Resume- Samuel Clemons | Dep. Ex.  705 |
| 608 | | | 5/7/2018 email from Samuel Clemons to Vickie Cleveland Re: Federal Programs Conference | Dep. Ex.  706 |
| 609 | | | Horizon GNETS Brochure | Dep. Ex.  707 |

| | | | | |
|---|---|---|---|---|
| 610 | | | 6/11/2018 email from Samuel Clemons to Vickie Cleveland re Fwd: Preliminary Allocations and Adjustments for Coastal P!ains RESA and Thomas County | Dep. Ex.  709 |
| 611 | | | 7/17/2018 email from Samuel Clemons to Vickie Cleveland Re: Student enrollment info needed | Dep. Ex.  710 |
| 612 | | | 1/5/2018 email from Vickie Cleveland to Samuel Clemons re FW: GNETS Systemic Reintegration Planning | Dep. Ex.  711 |
| 613 | | | 8/24/2016 email from Samuel Clemons to Nakeba Rahming re Fwd: Horizon Academy | Dep. Ex.  712 |
| 614 | | | 8/27/2018 email from Samuel Clemons to Vickie Cleveland re: Budget | Dep. Ex.  718 |
| 615 | | | 4/14/2017 email from Nakeba Rahming to Samuel Clemons RE: GNETS Attorney | Dep. Ex.  719 |
| 616 | | | Horizon Academy School Handbook | Dep. Ex.  720 |
| 617 | | | 9/5/2019 email from Samuel Clemons to Lakesha Stevenson re: Fwd: Funding Ratios document | Dep. Ex.  721 |
| 618 | | | Horizon Grant Application FY22 | Dep. Ex.  722 |
| 619 | | | Horizon Academy Collaboration with Community Agencies | Dep. Ex.  723 |
| 620 | | | Horizon Student Enrollment Chart | Dep. Ex.  724 |
| 621 | | | GNETS Confidential Student Information Packet | Dep. Ex.  725 |
| 622 | | | 8/3/2017 email from Nakeba Rahming to Samuel Clemons RE: Questions | Dep. Ex.  726 |

| | | | | |
|---|---|---|---|---|
| 623 | | | 9/19/2016 email from Nakeba Rahming to Samuel Clemons RE: Referral | Dep. Ex.  727 |
| 624 | | | 3/8/2017 email from Samuel Clemons to Nakeba Rahming Re: Question | Dep. Ex.  728 |
| 625 | | | 8/24/2020 email from Vickie Cleveland to Samuel Clemons re GNETS Calendar | Dep. Ex.  729 |
| 626 | | | 8/31/2020 email from Samuel Clemons to Zelphine Smith-Dixon Re: August 31 Email Blast | Dep. Ex.  732 |
| 627 | | | 6/7/2018 email from Vickie Cleveland to Samuel Clemons re: Meeting Monday | Dep. Ex.  733 |
| 628 | | | 7/3/2018 email from Samuel Clemons to Vickie Cleveland re: Improvement Summary Plan | Dep. Ex.  734 |
| 629 | | | 7/3/2018 email from Samuel Clemons to Vickie Cleveland Re: Improvement Summary Plan | Dep. Ex.  735 |
| 630 | | | 7/3/2018 email from Samuel Clemons to Vickie Cleveland Re: Improvement Summary Plan | Dep. Ex.  736 |
| 631 | | | 7/20/2018 email from Vickie Cleveland to Zelphine Smith-Dixon et al. re: FY18 GNETS EOY Strategic Plan Results | Dep. Ex.  737 |
| 632 | | | 7/21/2018 email from Samuel Clemons to Vickie Cleveland Re: FY18 GNETS EOY Strategic Plan Results | Dep. Ex.  738 |
| 633 | | | 5/31/2017 email from Samuel Clemons to Nakeba Rahming et al. re: Strategic Plan Summary | Dep. Ex.  739 |

| | | | | |
|---|---|---|---|---|
| 634 | | | 7/29/2016 email from Nakeba Rahming to Samuel Clemons re: Horizon Academy Preliminary Report | Dep. Ex. 740 |
| 635 | | | 5/23/22 Letter re Physical Condition of Horizon Center at Valdosta | Dep. Ex. 741 |
| 636 | | | June 3, 2022 email from Beth Morris to Victoria Lill, et al. re GNETS - Letter re Physical Condition of Horizon Center at Valdosta | Dep. Ex. 742 |
| 637 | | | 11/20/2020 email from Samuel Clemons to Vickie Cleveland re Apex Services | Dep. Ex. 743 |
| 638 | | | Georgia Department of Education Job Announcements | Dep. Ex. 746 |
| 639 | | | 3/3/2016 email from Jon Cooper to Randy Trowell et al. re: Updated Formula Assignments | Dep. Ex. 747 |
| 640 | | | FY23 Appropriations Bill - HB911 | Dep. Ex. 748 |
| 641 | | | Georgia State Department of Education Earnings Sheet for FY23 | Dep. Ex. 749 |
| 642 | | | 4/5/2019 email from John Wight to DOE Users RE: ALL DOE Update Webinar - Friday, April 5 | Dep. Ex. 750 |
| 643 | | | 7/22/2020 email from Geronald Bell to Leigh Ann Putman et al. RE: South Metro GNETS | Dep. Ex. 751 |
| 644 | | | FY23 Weights for FTE Funding Formula | Dep. Ex. 752 |

| | | | | |
|---|---|---|---|---|
| 645 | | | 1/14/2016 email from Ted Beck to Brian Hampton et al. re: FY AFY 2016 and FY 2017 DOE Formulas and related spreadsheets | Dep. Ex.  753 |
| 646 | | | 1/12/2017 email from Geronald Bell to Ted Beck re: GNETS Counts and FY18 GNETS Count.xlsx | Dep. Ex.  754 |
| 647 | | | 5/30/2018 email from Geronald Bell to Vickie Cleveland and Amber McCollum re: GNETS 2018 Board Items | Dep. Ex.  755 |
| 648 | | | July 21, 2016 Letter from Josh Belinfante to Principal Deputy Assistant Attorney General Vanita Gupta re: GNETS | Dep. Ex.  756 |
| 649 | | | 10/12/2016 email from Geronald Bell to Ted Beck re FW: DOE Roles and Responsibilities | Dep. Ex.  757 |
| 650 | | | 1/8/2019 email from Teresa MacCartney to House/Senate Personnel re: Embargoed AFY 19 and FY 20 Budgets | Dep. Ex.  758 |
| 651 | | | 2/6/2020 email from Geronald Bell to Sara Arroyo and Jon Cooper re GNETS Source Data with GNETS program enrollment demographics | Dep. Ex.  760 |
| 652 | | | 1/24/2017 email from Geronald Bell to Natalie Quaranto re FW: AFY17 & FY18 Budget changes | Dep. Ex.  761 |
| 653 | | | Resume H. Livingston.ppt | Dep. Ex.  763 |
| 654 | | | 10/30/2019 email from Haley Livingston to Vickie Cleveland et al. re: Canceled: Harrell Visit | Dep. Ex.  764 |

| | | | | |
|---|---|---|---|---|
| 655 | | | 5/17/2018 email from Haley Livingston to Cassandra Holifield et al. re: FY19 Assurances | Dep. Ex. 765 |
| 656 | | | 12/14/2018 email from Haley Livingston to Vickie Cleveland Re: GNETS Enrollment info | Dep. Ex. 768 |
| 657 | | | 12/17/2018 email from Haley Livingston to Vickie Cleveland Re: IEP services | Dep. Ex. 769 |
| 658 | | | FY20-FY22 Harrell GNETS Grant Applications | Dep. Ex. 770 |
| 659 | | | 4/9/2018 email from Haley Livingston to Vickie Cleveland Re: FW: GNETS Webinar Link | Dep. Ex. 771 |
| 660 | | | 5/2/2018 email from Haley Livingston to Vickie Cleveland re ABAS | Dep. Ex. 772 |
| 661 | | | 6/15/2018 email from Haley Livingston to Vickie Cleveland Re: FY 19 GNETS Budget Allocations | Dep. Ex. 773 |
| 662 | | | 8/12/2020 email from Haley Livingston to Darlene Todd Re: [External] IC | Dep. Ex. 774 |
| 663 | | | 6/4/2019 email from Haley Livingston to Vickie Cleveland Re: FW: Coordinator and SW survey | Dep. Ex. 775 |
| 664 | | | 7/21/2017 email from Haley Livingston to Nakeba Rahming Re: GNETS Calendar and SDQ data | Dep. Ex. 777 |
| 665 | | | 6/12/2019 email from Haley Livingston to Vickie Cleveland Re: LCSW Grant | Dep. Ex. 778 |

| | | | | |
|---|---|---|---|---|
| 666 | | | 5/30/2019 email from Haley Livingston to Vickie Cleveland Re: RBT status | Dep. Ex.  779 |
| 667 | | | 10/7/2019 email from Haley Livingston to Vickie Cleveland Re: FW: Information on Apex | Dep. Ex.  780 |
| 668 | | | Aspire School List and Years Entered | Dep. Ex.  781 |
| 669 | | | Lisa Oosterveen Resume/Curriculum Vitae | Dep. Ex.  783 |
| 670 | | | Albany Area CSB FY22 Apex Contract (ASPIRE008480) | Dep. Ex.  784 |
| 671 | | | 10/23/2017 email from Nicole Wasdin to Layla Fitzgerald et al. RE: Aspire APEX Program | Dep. Ex.  785 |
| 672 | | | Albany Area CSB Apex Contract Programmatic Report- September 2019 (ASPIRE001200-ASPIRE001218) | Dep. Ex.  786 |
| 673 | | | Aspire November 2021 Apex Report (ASPIRE007437-ASPIRE007742) | Dep. Ex.  787 |
| 674 | | | Aspire September 2020 Apex Report (ASPIRE003217-ASPIRE003233) | Dep. Ex.  788 |
| 675 | | | DeKalb List of School Names | Dep. Ex.  797 |
| 676 | | | DeKalb CSB March 2022 Apex Report | Dep. Ex.  798 |
| 677 | | | 10/17/2019 email from Danielle Jones to Christie Brooksher et al. re Follow up from All CYF Consortium | Dep. Ex.  799 |
| 678 | | | 3/30/2018 email from Ashunte Clayrooks to Layla Fitzgerald et al. re DeKalb CSB Sustainability Plan | Dep. Ex.  800 |

| | | | | |
|---|---|---|---|---|
| 679 | | | Georgia Apex Progam Sustainability Plan for DeKalb CSB | Dep. Ex.  801 |
| 680 | | | 5/15/2018 email from Ashunte Claybrooks to Layla Fitzgerald RE: Expansion of School Based Mental Health Services (CSB) | Dep. Ex.  802 |
| 681 | | | 11/20/2020 Letter from DeKalb CSB re intent to award decisions | Dep. Ex.  803 |
| 682 | | | 8/12/2019 email from Janel Allen to Danielle Jones RE: DBHDD APEX - Requested Information | Dep. Ex.  804 |
| 683 | | | Behavioral Health Referral DCSB, School Counselor and Social Worker Use Only | Dep. Ex.  805 |
| 684 | | | 9/27/2021 email from Apex Technical Assistance Response to Dimple Desai et al. re October Apex Therapist Network Call | Dep. Ex.  806 |
| 685 | | | 4/13/2021 email from Janel Allen to Layla Fitzgerald RE: Budget Question | Dep. Ex.  807 |
| 686 | | | DeKalb CSB Assessments for FY2020, FY2021, FY2022 | Dep. Ex.  808 |
| 687 | | | DeKalb CSB School Based Mental Health Services (Apex Program) | Dep. Ex.  809 |
| 688 | | | Fabio Van Der Merwe Resume | Dep. Ex.  812 |
| 689 | | | DeKalb CSB Strategic Plan 2022-2025 | Dep. Ex.  813 |
| 690 | | | DeKalb CSB FY2022 Georgia Apex Project Contract | Dep. Ex.  814 |
| 691 | | | 3/5/2021 Memorandum of Understanding Between City Schools of Decatur and DeKalb CSB | Dep. Ex.  815 |

| | | | | |
|---|---|---|---|---|
| 692 | | | 9/19/2018 email from Robert Dorr to Monica Johnson re Fwd: DeKalb consultation report | Dep. Ex. 816 |
| 693 | | | DeKalb CSB- Clayton CSB Consultation 9/7/2018 | Dep. Ex. 817 |
| 694 | | | DBHDD and Provider Network Joint Provider Advisory Council Meeting Presentation 3/23/2021 | Dep. Ex. 818 |
| 695 | | | 9/16/2015 email from Deborah Gay to Matt Jones et al. re GNETS position | Dep. Ex. 823 |
| 696 | | | 10/12/2015 email from Deborah Gay to Matt Jones and Clara Keith re FW: Interview Questions | Dep. Ex. 824 |
| 697 | | | 9/12/2016 email from Matt Jones to Nakeba Rahming RE: GNETS Meetings | Dep. Ex. 825 |
| 698 | | | 6/23/2016 email from Nakeba Rahming to Matt Jones re Clinical Staff and Therapeutic Services for GNETS | Dep. Ex. 826 |
| 699 | | | 4/30/2019 email from Vickie Cleveland to Matt Jones et al. RE: Listening session tomorrrow? | Dep. Ex. 827 |
| 700 | | | 7/11/2016 email from Nakeba Rahming to Matt Jones re GNETS Exit Strategy | Dep. Ex. 828 |
| 701 | | | 7/19/2016 email from Nakeba Rahming to Matt Jones re Message Script and PPT | Dep. Ex. 829 |
| 702 | | | 7/29/2016 email from Nakeba Rahming to Matt Jones re FAQ for Facilities | Dep. Ex. 831 |

| | | | | |
|---|---|---|---|---|
| 703 | | | 3/28/2017 email from Nakeba Rahming to Matt Jones re Systemic Reintegration Planning Form | Dep. Ex. 832 |
| 704 | | | 5/22/2017 email from Matt Jones to Barbara Hampton et al. re Organizational Restructuring | Dep. Ex. 833 |
| 705 | | | 8/3/2016 email from Nakeba Rahming to Matt Jones re Executive Committee Powerpoint Presentation | Dep. Ex. 834 |
| 706 | | | 7/24/2018 email from Matt Jones re Fw: FY18 GNETS EOY Strategic Plan Results | Dep. Ex. 836 |
| 707 | | | 8/24/2020 email from Matt Jones to DOE Users re Announcements with GaDOE Org Chart 08-24-2020 | Dep. Ex. 838 |
| 708 | | | 7/5/2016 email from Nakeba Rahming to Matt Jones re Trauma Informed Care Information | Dep. Ex. 839 |
| 709 | | | 9/16/2016 email from Zelphine Smith-Dixon to K12 Special Education Directors and Matt Jones et al. re Friday, September 16th Email Blast | Dep. Ex. 840 |
| 710 | | | 6/9/2020 email from Ashley Harris to Stacey Suber-Drake and Matt Jones re DBHDD Contract | Dep. Ex. 841 |
| 711 | | | Northstar GNETS Service Locations FY20, FY21, FY22 | Dep. Ex. 846 |
| 712 | | | 12/12/2017 email from Jacqie Neal to Vickie Cleveland re DOE Therapeutic Position | Dep. Ex. 847 |
| 713 | | | Northstar GNETS Grant Application FY22 | Dep. Ex. 848 |

| | | | | |
|---|---|---|---|---|
| 714 | | | 7/31/2017 email from Jacqie Neal to Nakeba Rahming RE: RESUME - Kate, LMSW | Dep. Ex.  849 |
| 715 | | | 9/28/2018 email from Jacqie Neal to Vickie Cleveland RE: Monthly Log for Therapeutic Services | Dep. Ex.  850 |
| 716 | | | GNETS Request for GNETS Consultation | Dep. Ex.  851 |
| 717 | | | 11/5/2020 email from Jacqie Neal to Vickie Cleveland Re: EXTERNAL MAIL: LEAs | Dep. Ex.  853 |
| 718 | | | Northstar ETS Contracted Services/Scope of Work 2021-2022 | Dep. Ex.  855 |
| 719 | | | Northstar Educational and Therapeutic Services Mental Health Collaboration 2021-2022 | Dep. Ex.  856 |
| 720 | | | 5/25/2017 email from Jacqie Neal to Nakeba Rahming re Thank You | Dep. Ex.  857 |
| 721 | | | 9/9/2015 email from Jacqie Neal to Sandra DeMuth re SWIS Facilitator | Dep. Ex.  858 |
| 722 | | | 9/22/2017 email from Jacqie Neal to Nakeba Rahming Re: Therapeutic Service | Dep. Ex.  859 |
| 723 | | | 9/19/2016 email from Jacqie Neal to Nakeba Rahming RE: Question | Dep. Ex.  860 |
| 724 | | | Northstar GNETS Grant Application FY2021 | Dep. Ex.  861 |
| 725 | | | 6/25/2018 email from Jacqie Neal to Vickie Cleveland RE: Restraint Data | Dep. Ex.  862 |
| 726 | | | 8/22/2016 email from Jacqie Neal to Nakeba Rahming re Budget Amendment | Dep. Ex.  863 |

| | | | | |
|---|---|---|---|---|
| 727 | | | 5/9/2018 email from Jacqie Neal to Nakeba Rahming re Interventions | Dep. Ex. 864 |
| 728 | | | 2/8/2016 email from Jacqie Neal to Nakeba Rahming RE: Draft Strategic plan | Dep. Ex. 865 |
| 729 | | | Northstar GNETS Strategic Plan and Self-Assessment 2022 | Dep. Ex. 866 |
| 730 | | | Georgia Association of Community Service Boards Coverage by County | Dep. Ex. 867 |
| 731 | | | 4/27/2016 email from Tonya Spaulding to Nakeba Rahming RE: Dublin-Apex support | Dep. Ex. 869 |
| 732 | | | 10/17/2019 email from Danielle Jones to Christie Brooksher et al. re Follow up from All CYF Consortium | Dep. Ex. 870 |
| 733 | | | 3/5/2019 email from Layla Fitzgerald to G. Howe et al. re APEX & GNETS Schools | Dep. Ex. 871 |
| 734 | | | 3/5/2019 email from Marnie Braswell to Layla Fitzgerald et al. re APEX & GNETS Schools | Dep. Ex. 872 |
| 735 | | | FY18 Georgia APEX Project Budget Narrative - CSB of Middle Georgia | Dep. Ex. 873 |
| 736 | | | CSB of Middle Georgia Apex April 2021 Monthly Progress Report | Dep. Ex. 874 |
| 737 | | | CSB of Middle Georgia Training Documents | Dep. Ex. 875 |
| 738 | | | COE Georgia Apex Program Annual Evaluation Results July 2020-June 2021 | Dep. Ex. 876 |

| | | | | |
|---|---|---|---|---|
| 739 | | | AFY 2021 & FY 2022 Governor's Budget Report | Dep. Ex.  878 |
| 740 | | | 2/4/206 email from Sara Arroyo to Ted Beck re: FY 2017 House Appropriations Education Subcommittee Tracking Document | Dep. Ex.  880 |
| 741 | | | 2/8/2016 email from Ted Beck to Executive Cabinet re: Amended FY 2016 Budget | Dep. Ex.  881 |
| 742 | | | 3/22/2016 email from Jon Cooper to Brian Hampton et al. re: 2017 Budget | Dep. Ex.  882 |
| 743 | | | 12/6/2018 email from Kerri Wilson to Richard Woods et al. re: FY 2020 Performance Measures Report | Dep. Ex.  884 |
| 744 | | | 1/14/2016 email from Kerri Wilson to Ted Beck et al. re: AFY 2016 and FY 2017 DOE Formulas with FY17 GNETS Formula Spreadsheet | Dep. Ex.  885 |
| 745 | | | 12/2/2015 email from Jon Cooper to Ted Beck et al. re FW: Roles and Responsibilities and Organization Chart | Dep. Ex.  886 |
| 746 | | | 12/2/2015 email from Ted Beck to Jon Cooper et al. re: Roles and Responsibilities and Organization Chart | Dep. Ex.  887 |
| 747 | | | 12/2/2015 email from Jon Cooper to Kerri Wilson et al. re: Roles and Responsibilities and Organization Chart | Dep. Ex.  888 |

| | | | | |
|---|---|---|---|---|
| 748 | | | 5/15/2019 email from Ted Beck to Matt Jones et al. re Budget meetings with SBOE: May 20 and 21 | Dep. Ex.  890 |
| 749 | | | 5/21/2019 email from Ted Beck to Matt Jones re Recap | Dep. Ex.  892 |
| 750 | | | 2/19/2019 email from Ted Beck to Vickie Cleveland et al. re FW: GNETS Program Reconfiguration and Budget Allocation Request for FY 2020 | Dep. Ex.  896 |
| 751 | | | 2/20/2019 email from Ted Beck to Kelly Farr re: GNETS Program Reconfiguration and Budget Allocation Request for FY 2020 | Dep. Ex.  897 |
| 752 | | | 12/1/2015 email from Ted Beck to Michael Rowland re: GNETS Update | Dep. Ex.  898 |
| 753 | | | 5/31/2016 email from Michael Rowland to Ted Beck et al. re: GNETS Update | Dep. Ex.  899 |
| 754 | | | 7/27/2016 email from Ted Beck to Melody DeBussey re: GNETS | Dep. Ex.  901 |
| 755 | | | 8/10/2016 email from Michael Rowland to Nakeba Rahming et al. re Burwell GNETS - Carrollton | Dep. Ex.  902 |
| 756 | | | 7/11/2017 email from Ted Beck to Pat Schofill re: GNETS Funding Applications | Dep. Ex.  903 |
| 757 | | | 2/22/2016 email from Ted Beck to Dave Lakly re: GNETS Program Manager | Dep. Ex.  904 |
| 758 | | | 6/14/2016 email from Ted Beck to Jon Cooper re: AOB Questions | Dep. Ex.  905 |

| | | | | |
|---|---|---|---|---|
| 759 | | | 9/28/2017 email from Ted Beck to Larry Winter re: FW: Item Requested by Mr. Winter in Budget Committee Meeting | Dep. Ex. 906 |
| 760 | | | 9/26/2017 email from Garry McGiboney to Ted Beck re: FW: Update to Board Item | Dep. Ex. 907 |
| 761 | | | 9/27/2017 email from Ted Beck to Nakeba Rahming re Budget Committee questions | Dep. Ex. 908 |
| 762 | | | 11/8/2017 email from Miram Caldwell to Nakeba Rahming re signed with Jigsaw Learning contract | Dep. Ex. 909 |
| 763 | | | 11/28/2017 email from Nakeba Rahming to Manny Ferrer re: ABA Pro signed contract | Dep. Ex. 910 |
| 764 | | | 1/12/2018 email from Geronald Bell to Kerri Wilson and Ted Beck re FW: GNETS support budget | Dep. Ex. 911 |
| 765 | | | 10/24/2016 email from Miriam Caldwell to Linda Crawford et al. re: signed with Developmental Therapy Institute contract | Dep. Ex. 912 |
| 766 | | | 10/17/2016 email from Linda Crawford re: Executed contract with Curriculum Associates contract | Dep. Ex. 913 |
| 767 | | | 10/17/2016 email from Linda Crawford re: Executed contract with Pearson contract | Dep. Ex. 914 |
| 768 | | | 10/10/2018 email from Vickie Cleveland to Joseph McLeod et al. with GA State signed contract | Dep. Ex. 915 |

| | | | | |
|---|---|---|---|---|
| 769 | | | 4/12/2018 email from Nakeba Rahming to Carolyn Williams et al. re: Vendor on Behalf of GLRS MOA and Supporting Documents | Dep. Ex. 917 |
| 770 | | | 6/6/2018 email from Zelphine Smith-Dixon to Jaquenetta Dugger et al. re: FY 2019 GLRS Contract | Dep. Ex. 918 |
| 771 | | | 9/4/2018 email from Leigh Ann Cross to Zelphine Smith-Dixon re FW: signed with GLRS contracts | Dep. Ex. 919 |
| 772 | | | 8/2/2015 email from Wina Low to Stacey Benson re: New SLO Contact Information | Dep. Ex. 922 |
| 773 | | | 4/10/2018 email from Wina Low to Paula Gibson re: Dispute - Resolution Letter Requirements / Butts County | Dep. Ex. 927 |
| 774 | | | 9/28/2017 Email from Monica Henderson to Wina Low re Teleworking today | Dep. Ex. 928 |
| 775 | | | 8/31/2021 email from Matt Jones to Wina Low et al. re: This Afternoon | Dep. Ex. 929 |
| 776 | | | 9/1/2021 email from Shaun Owen to Wina Low re GNETS weekly meeeting | Dep. Ex. 930 |
| 777 | | | 9/8/2021 email from Wina Low to Jaquenetta Dugger and Shaun Owen re: GNETS ARP Board Item | Dep. Ex. 931 |
| 778 | | | 10/19/2021 email from Wina Low to Linda Castellanos re: clarification on data request | Dep. Ex. 932 |
| 779 | | | 10/22/2021 email from Vickie Cleveland to Shaun Owen et al. re: Clinical Support | Dep. Ex. 933 |

| | | | | |
|---|---|---|---|---|
| 780 | | | 9/9/2021 email from Wina Low to Linda Castellanos et al. re: students who transferred from RTF to GNETS | Dep. Ex. 934 |
| 781 | | | 11/10/2016 email from Nakeba Rahming to Wina Low et al. re: GVRA Services (2 minute survey) | Dep. Ex. 936 |
| 782 | | | 2/19/2019 email from Vickie Cleveland to Wina Low and Lakesha Stevenson re: SELDA Agenda update | Dep. Ex. 938 |
| 783 | | | 3/20/2018 email from Monica Henderson to Wina Low re FW: Serious civil rights violations in Henry, Clayton and Hall counties | Dep. Ex. 941 |
| 784 | | | Georgia Code 37-1-2 | Dep. Ex. 942 |
| 785 | | | CSB of Middle Georgia FY 2022 Georgia Apex Project Contract | Dep. Ex. 943 |
| 786 | | | CSB of Middle Georgia FY 2022 Georgia Apex Project Contract | Dep. Ex. 944 |
| 787 | | | Georgia System of Care State Plan 2017 Summary | Dep. Ex. 945 |
| 788 | | | CCP Standard 22 Evidence Based Treatment, 01-222 | Dep. Ex. 946 |
| 789 | | | Georgia System of Care State Plan 2020 | Dep. Ex. 947 |
| 790 | | | APEX 3.0 FAQs | Dep. Ex. 948 |
| 791 | | | 019/2019 email from Monica Johnson to Judy Fitzgerald re: Conversations in CYF | Dep. Ex. 949 |
| 792 | | | 5/29/2020 email from Dante McKay to Monica Johnson re FW: Grants.gov Opportunities Update | Dep. Ex. 950 |

| | | | | |
|---|---|---|---|---|
| 793 | | | 8/15/2019 email from Dante McKay to Monica Johnson re Fwd: Apex - DOE Data Elements of Interest | Dep. Ex.  951 |
| 794 | | | 8/15/2019 email from Monica Johnson to Dante McKay re: Apex - DOE Data Elements of Interest | Dep. Ex.  952 |
| 795 | | | 8/13/2019 email from Dimple Desai to Ashley Harris et al. re Apex - DOE Data Elements of Interest | Dep. Ex.  953 |
| 796 | | | Georgia Department of Education SY18-19 Student Data Elements | Dep. Ex.  954 |
| 797 | | | 5/13/2016 email from Nakeba Rahming to Monica Johnson et al. re Thank You | Dep. Ex.  955 |
| 798 | | | 3/6/2018 email from Monica Johnson to Vickie Cleveland et al. re: Contact info | Dep. Ex.  956 |
| 799 | | | 9/4/2020 email from Monica Johnson to Judy Fitzgerald re Fwd: Garry McGiboney Comments | Dep. Ex.  958 |
| 800 | | | 3/10/2016 email from Cedric Bryant to Monica Parker et al. re Follow-up Meeting | Dep. Ex.  959 |
| 801 | | | 12/2/2016 email from Nakeba Rahming to Dante McKay et al. re: GNETS Directors Meeting | Dep. Ex.  962 |
| 802 | | | 3/7/2019 email from Dante McKay to Ruth Rogers et al. re: Vickie Cleveland / DBHDD Leadership | Dep. Ex.  963 |
| 803 | | | 3/7/2019 email from Ruth Rogers to Dante McKay et al. re: Vickie Cleveland / DBHDD Leadership | Dep. Ex.  964 |

| | | | | |
|---|---|---|---|---|
| 804 | | | 3/1/2023 30(b)(6) Deposition Notice to the State of Georgia | Dep. Ex. 965 |
| 805 | | | Defendant's Objections and Responses to Plaintiff's First Requests for Admission | Dep. Ex. 966 |
| 806 | | | 4/5/2022 email from Jon Cooper to Barbara Wall et al. re FY23 HB 911 Conference Committee | Dep. Ex. 967 |
| 807 | | | 3/23/2022 email from Jon Cooper to Rusk Roam et al. re Senate Rec HB911 FY23. | Dep. Ex. 968 |
| 808 | | | GA00000001_CONFIDENTIAL INFORMATION – SUBJECT TO PROTECTIVE ORDER.XLSX (redacted) | Dep. Ex. 969 |
| 809 | | | Positive Behavioral Interventions and Supports of Georgia Strategic Plan 2014 - 2024 (Updated November 2018) | Dep. Ex. 970 |
| 810 | | | 2/22/2017 email from Justin Hill to Anthony Feldmann et al. re Justin: Draft Tiered Timeline | Dep. Ex. 971 |
| 811 | | | 2/21/2017 email from Justin Hill to Garry McGiboney et al. re: Important ASAP | Dep. Ex. 972 |
| 812 | | | 12/5/2017 email from Nakeba Rahming to Sandra DeMuth et al. Re: PBIS and GNETS | Dep. Ex. 973 |
| 813 | | | GaDOE Office of Whole Child Supports webpage | Dep. Ex. 974 |
| 814 | | | Office of Whole Child, Tiered Supports Team Staff List | Dep. Ex. 975 |
| 815 | | | 2/24/2023 Letter re GaDOE Tier 1 and Tier 2 Systems Training | Dep. Ex. 976 |

| | | | | |
|---|---|---|---|---|
| 816 | | | GaDOE PBIS Levels of School Recognition for 2022-2023 School Year | Dep. Ex. 977 |
| 817 | | | DBHDD website screen capture of Apex 3.0 FAQs | Dep. Ex. 978 |
| 818 | | | ABH000004 - APEX contract FY 2020.pdf | US0013064 |
| 819 | | | Question 9 FY 2020-2021 Burwell Handbook2MAIN.pdf 1 (1).pdf | US0135025 |
| 820 | | | Question 14 20-21 Grant application.pdf | US0135182 |
| 821 | | | Question 14 2021-2022 Grant Application.pdf | US0135204 |
| 822 | | | #5 g - FY21 Student Info Chart.xlsx | US0142788 |
| 823 | | | #6 - FY21 Staff List Grant Application LYONS SBORO.pdf | US0144009 |
| 824 | | | #6 - FY22 Staff List Grant Application LYONS SBORO.pdf | US0144021 |
| 825 | | | #3 - Camden August FY 21Classlist_Redacted.pdf | US0144948 |
| 826 | | | #3 - Camden Classlist Aug SY 20-21.pdf | US0144950 |
| 827 | | | #3 - Camden Classlist Final FY 20_Redacted.pdf | US0144954 |
| 828 | | | #3 - Camden Classlist Final FY 21_Redacted.pdf | US0144958 |
| 829 | | | #3 - FY 20 Final CALiberty Class List_Redacted.pdf | US0144959 |
| 830 | | | #3 - FY 21 CA Liberty Class List_Redacted.pdf | US0144960 |
| 831 | | | #3 - FY 21 Final CALiberty Class List_Redacted.pdf | US0144961 |

| | | | #3 - Glynn Classlist August FY 20.pdf | US0144965 |
|---|---|---|---|---|
| 832 | | | | |
| 833 | | | #3 - Glynn Classlist August FY 21.pdf | US0144967 |
| 834 | | | #3 - Glynn Classlist Final FY 20.pdf | US0144970 |
| 835 | | | #3 - Glynn Classlist Final FY 21.pdf | US0144972 |
| 836 | | | #3 - Liberty Site August FY 20 Classlist_Redacted.pdf | US0144973 |
| 837 | | | #5 - CamdenSI5s.pdf | US0145232 |
| 838 | | | #9 - FY22 Coastal Academy Staff Handbook All Sites  revised.docx | US0148816 |
| 839 | | | #13 - FY 21 CA GNETS Grant App.pdf | US0148948 |
| 840 | | | #18 - CA GNETS Statement DOJSI18.pdf | US0149127 |
| 841 | | | EWA Staff Handbook 2021-22 (2).PDF | US0149324 |
| 842 | | | FY21 Grant Application (DCBOE 000052-000074).PDF | US0149464 |
| 843 | | | FY22 Grant Application (DCBOE 000075-000097).PDF | US0149487 |
| 844 | | | 9.29.19 - BS 0006-0017.pdf | US0150059 |
| 845 | | | 2.25.20 - BS 0030-0041.pdf | US0150083 |
| 846 | | | 4.27.20 - BS 0042-0053.pdf | US0150095 |
| 847 | | | Elam.K █ F █.StudRec.pdf | US0151559 |
| 848 | | | #1 -  ConApp 2022 with Assurance Letter.pdf | US0158317 |
| 849 | | | #1 - ConApp 2021 with Assurance Letter.pdf | US0158378 |
| 850 | | | #9 - Faculty and Staff Handbook.pdf | US0158759 |

| | | | | |
|---|---|---|---|---|
| 851 | | | FY21 GNETS Grants Application (H422425x7AAC2).PDF | US0179017 |
| 852 | | | FY22 Futures Gnets Application (H422595x7AAC2).PDF | US0179045 |
| 853 | | | 2019-2020 IEP M███████, M.pdf | US0184588 |
| 854 | | | GA00000001_CONFIDENTIAL INFORMATION – SUBJECT TO PROTECTIVE ORDER.XLSX | GA00000001 |
| 855 | | | GA00000002_CONFIDENTIAL INFORMATION – SUBJECT TO PROTECTIVE ORDER.XLSX | GA00000002 |
| 856 | | | GA00000003_CONFIDENTIAL INFORMATION – SUBJECT TO PROTECTIVE ORDER.XLSX | GA00000003 |
| 857 | | | GA00000004_CONFIDENTIAL INFORMATION – SUBJECT TO PROTECTIVE ORDER.XLSX | GA00000004 |
| 858 | | | GA00000005_CONFIDENTIAL INFORMATION – SUBJECT TO PROTECTIVE ORDER.XLSX | GA00000005 |
| 859 | | | GA00000006.XLSX | GA00000006 |
| 860 | | | GA00000007.XLSX | GA00000007 |
| 861 | | | GA00000008.XLSX | GA00000008 |
| 862 | | | GA00000009.XLSX | GA00000009 |
| 863 | | | GA00000010.XLSX | GA00000010 |
| 864 | | | GA00000011.XLSX | GA00000011 |
| 865 | | | GA00000012.XLSX | GA00000012 |
| 866 | | | GA00000013.XLSX | GA00000013 |
| 867 | | | GA00000014.XLSX | GA00000014 |
| 868 | | | GA00000015.XLSX | GA00000015 |
| 869 | | | GA00000016.XLSX | GA00000016 |
| 870 | | | GA00000017.XLSX | GA00000017 |
| 871 | | | GA00000018.XLSX | GA00000018 |
| 872 | | | Attachment K_ROG 18 Apex Schools List_2017-2018_May.xlsx | GA00000039 |

| | | | | |
|---|---|---|---|---|
| 873 | | | Attachment L_ROG 18 Apex Schools List_2018-2019_May.xlsx | GA00000040 |
| 874 | | | Attachment M_ROG 18 Apex Schools List_2018-2019_August.xlsx | GA00000041 |
| 875 | | | Attachment N_ROG 18 Apex Schools List_2019-2020_May.xlsx | GA00000042 |
| 876 | | | Attachment O_ROG 18 Apex Schools List_2019-2020_May_2.0.xlsx | GA00000043 |
| 877 | | | Attachment P_ROG 18 Apex Schools List_2019-2020_August.xlsx | GA00000044 |
| 878 | | | Attachment Q_ROG 18 Apex Schools List_2019-2020_August_2.0.xlsx | GA00000045 |
| 879 | | | Attachment R_ROG 18 APEX YEAR 1 REPORT_FINAL_.docx | GA00000046 |
| 880 | | | Attachment S_ROG 18 Apex Year 2 Evaluation Report_Final.docx | GA00000065 |
| 881 | | | Attachment T_ROG 18 APEX-Yr2-Brief_Final.indd | GA00000114 |
| 882 | | | Attachment U_ROG 18 Apex_Year3_Report_Final.docx | GA00000115 |
| 883 | | | Attachment V_ROG 18 Apex Y3 Brief.indd | GA00000274 |
| 884 | | | Attachment X_ROG 18 APEX_Year 4 Brief_02.2020.indd | GA00000276 |
| 885 | | | Attachment Y_ROG 18 Apex Y4 Executive Summary_FINAL.docx | GA00000277 |
| 886 | | | DBHDD Organization Charts 01-16-2019.pptx | GA00000334 |
| 887 | | | ROG 12 -- GNETS Facility Information.xlsx | GA00000368 |

| | | | | |
|---|---|---|---|---|
| 888 | | | ROG 17 August 2015-2016 (Y1) School List.xlsx | GA00000369 |
| 889 | | | ROG 17 August 2016-2017 (Y2) School List.xlsx | GA00000370 |
| 890 | | | ROG 17 August 2017-2018 (Y3) School List.xlsx | GA00000371 |
| 891 | | | ROG 17 August 2018-2019 (Y4) School List.xlsx | GA00000372 |
| 892 | | | ROG 17 August 2019-2020 (Y5) School List.xlsx | GA00000373 |
| 893 | | | ROG 17 May 2015-2016 (Y1) School List.xlsx | GA00000374 |
| 894 | | | ROG 17 May 2016-2017 (Y2) School List.xlsx | GA00000375 |
| 895 | | | ROG 17 May 2017-2018 (Y3) School List.xlsx | GA00000376 |
| 896 | | | ROG 17 May 2018-2019 (Y4) School List.xlsx | GA00000377 |
| 897 | | | ROG 17 May 2019-2020 (Y5) School List.xlsx | GA00000378 |
| 898 | | | ROG 12 Supp. Response.xlsx | GA00000478 |
| 899 | | | ROG 18 2018 Apex SON.pdf | GA00000479 |
| 900 | | | 00000000F88D3B3374F1C246BD7F35362307754EE4FCC000.MSG | GA00002241 |
| 901 | | | Apex Expansion - Statewide Cost Estimates.xlsx | GA00002242 |
| 902 | | | 00000000F88D3B3374F1C246BD7F35362307754E64569F00.MSG | GA00002736 |
| 903 | | | AFY19 Senate Appropriations Subcommittee- Human Development  Public Health.pdf | GA00002872 |
| 904 | | | AFY2019 Senate Appropriations Subcommittee - Final With Notes.pptx | GA00002873 |

| | | | | |
|---|---|---|---|---|
| 905 | | | 02.11.2019_AFY2019 Senate Appropriations Subcommittee - Final With Notes.pdf | GA00002874 |
| 906 | | | 00000000F88D3B3374F1C246BD 7F35362307754E4495BD00.MSG | GA00003149 |
| 907 | | | FY2020 House Appropriations Subcommittee - Draft 1.pptx | GA00003150 |
| 908 | | | 00000000F88D3B3374F1C246BD 7F35362307754EE4229700.MSG | GA00003156 |
| 909 | | | FY2020 House Appropriations Subcommittee - Draft 1.pptx | GA00003157 |
| 910 | | | 00000000F88D3B3374F1C246BD 7F35362307754EA4198700.MSG | GA00003451 |
| 911 | | | SBMH Statistics.png | GA00003452 |
| 912 | | | BHPAC Office of Federal Grant Programs 3.12.19.pdf | GA00003632 |
| 913 | | | BHPAC Office of Children Young Adults and Families 3.12.19.pdf | GA00003635 |
| 914 | | | 00000000F88D3B3374F1C246BD 7F35362307754E04FB7000.MSG | GA00003749 |
| 915 | | | 00000000F88D3B3374F1C246BD 7F35362307754EA49D6C00.MSG | GA00003829 |
| 916 | | | Meeting February 28 2019 MINUTES.pdf | GA00003877 |
| 917 | | | Resilient Georgia_2PG Flyer.pdf | GA00003891 |
| 918 | | | 00000000F88D3B3374F1C246BD 7F35362307754EC4A15300.MSG | GA00004085 |
| 919 | | | 00000000F88D3B3374F1C246BD 7F35362307754E64C95300.MSG | GA00004164 |

| 920 | | | 1115 MH and SUD Waiver Sampling 4.2019.pdf | GA00004165 |
|-----|--|--|------------------------------------------------|------------|
| 921 | | | 1115 MH or SUD Waiver Sampling 4.2019.docx | GA00004168 |
| 922 | | | 00000000F88D3B3374F1C246BD7F35362307754E24844F00.MSG | GA00004332 |
| 923 | | | BHPAC Office of Children Young Adults and Families 5.14.19.pdf | GA00004376 |
| 924 | | | BHPAC Office of Federal Grant Programs 5.14.19.pdf | GA00004379 |
| 925 | | | MHBG_FY20 CYFMH_PROPOSED SPEND PLAN.pdf | GA00004387 |
| 926 | | | Proposed Revised Vision Statement.pdf | GA00004388 |
| 927 | | | 00000000F88D3B3374F1C246BD7F35362307754E44734400.MSG | GA00004461 |
| 928 | | | 00000000F88D3B3374F1C246BD7F35362307754E64714400.MSG | GA00004463 |
| 929 | | | Mental Health Month Op-Ed - Draft.docx | GA00004466 |
| 930 | | | 00000000F88D3B3374F1C246BD7F35362307754E84A74500.MSG | GA00004470 |
| 931 | | | DBHDD OCYF_Array.pdf | GA00004651 |
| 932 | | | Cost Proposal_Score Summary - Matt Carter 08242020.xlsx | GA00005432 |
| 933 | | | Avita Community Partners APEX FY18 (Executed).pdf | GA00006312 |
| 934 | | | FY19 APEX Deliverables.docx | GA00006702 |
| 935 | | | 000000002C172342D5F5B34ABF6E7AE61985F50E446C2100.MSG | GA00006880 |

| | | | | |
|---|---|---|---|---|
| 936 | | | FY'19 APEX Contract Budget Expenditure Report-LMCS.docx | GA00006883 |
| 937 | | | Apex May 2018 FY18 (1-2018 to 6-2018) for LMCS.docx | GA00006884 |
| 938 | | | APEX FY'19 Grant Budget Proposal for LMCS.xlsx | GA00006953 |
| 939 | | | RE_ STATEMENT OF NEED FOR GEORGIA APEX PROGRAM | GA00006954 |
| 940 | | | SAP Presentation May 2.pptx | GA00008363 |
| 941 | | | FY18 Winter LEA Collaborative ppt Final 12-6-2017-.pdf | GA00013646 |
| 942 | | | 00000000F88D3B3374F1C246BD7F35362307754E44C0C500.MSG | GA00017470 |
| 943 | | | 00000000F88D3B3374F1C246BD7F35362307754E242B8D00.MSG | GA00018584 |
| 944 | | | 000000006C8AEE8608460C42A25E63E540F1D2AAC4A92200.MSG | GA00018870 |
| 945 | | | Memo re Teacher Qualifications (10-3-16).docx | GA00018922 |
| 946 | | | 000000006C8AEE8608460C42A25E63E540F1D2AAA4A62200.MSG | GA00018932 |
| 947 | | | Georgia.docx | GA00018934 |
| 948 | | | 000000006C8AEE8608460C42A25E63E540F1D2AA44C12200.MSG | GA00018978 |
| 949 | | | 000000006C8AEE8608460C42A25E63E540F1D2AA447F2200.MSG | GA00018995 |
| 950 | | | 1314_SSI_D2820_151920151113.pdf | GA00018997 |

| | | | | |
|---|---|---|---|---|
| 951 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AAC45F2200.MS G | GA00019032 |
| 952 | | | Draft LEA SNS Comment Guide.docx | GA00019090 |
| 953 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AA24572200.MSG | GA00019102 |
| 954 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AA64A32200.MS G | GA00019105 |
| 955 | | | 1pager.docx | GA00019121 |
| 956 | | | GA ESSA Meeting notes.docx | GA00019130 |
| 957 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AAE4762200.MS G | GA00019133 |
| 958 | | | FY17 FALL PBIS newsletter_FINAL.pub | GA00019143 |
| 959 | | | Object 0 | GA00019144 |
| 960 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AAA47F2200.MS G | GA00019145 |
| 961 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AAA4732200.MS G | GA00019216 |
| 962 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AA04412200.MSG | GA00019273 |
| 963 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AAA4BC2200.MS G | GA00019306 |
| 964 | | | StateDirectorSurveyFinalYear5Pap er.pdf | GA00019434 |
| 965 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AAA45E2100.MS G | GA00019440 |

| | | | | |
|---|---|---|---|---|
| 966 | | | IDT Operating Guidelines_2016_DRAFT.docx | GA00019443 |
| 967 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AA44012100.MSG | GA00019529 |
| 968 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AA84AA2100.MS G | GA00019641 |
| 969 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AAC42F2100.MS G | GA00019759 |
| 970 | | | GaDOE GVRA Partnership - November 2016 - Integration into Collab_Comm .pdf | GA00019762 |
| 971 | | | SEEDS Webinar Flyer.pdf | GA00019795 |
| 972 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AA242B2200.MS G | GA00019839 |
| 973 | | | PBIS Booklet 11-2016.pub | GA00019840 |
| 974 | | | Object 0 | GA00019841 |
| 975 | | | Object 1 | GA00019842 |
| 976 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AAA4BD2100.MS G | GA00019849 |
| 977 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AAE4A32100.MS G | GA00019859 |
| 978 | | | PBIS Booklet 11-2016.pub | GA00019861 |
| 979 | | | Scanned from a Xerox Multifunction Printer.pdf | GA00019865 |
| 980 | | | Object 1 | GA00019871 |
| 981 | | | IDT MOU_SIGNED.pdf | GA00019890 |
| 982 | | | IDT Operating Guidelines_2016_final.pdf | GA00019895 |
| 983 | | | PBIS Legislator Booklet_Fall 2016 FINAL.pdf | GA00019954 |

| | | | | |
|---|---|---|---|---|
| 984 | | | IDT Operating Guidelines_2016_December.docx | GA00020264 |
| 985 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AA04BB2200.MS G | GA00020716 |
| 986 | | | GNETS Directors Meeting 3-18-19.pptx | GA00027309 |
| 987 | | | RE_ Apex related question | GA00031380 |
| 988 | | | 0000000078A4EB087B96BF4B95 E74654224943B7E48E5E00.MSG | GA00031477 |
| 989 | | | Apex 3.0 FAQs.docx | GA00034767 |
| 990 | | | Commissioner Fitzgerald or Dante Questions.docx | GA00035833 |
| 991 | | | IDT Meeting Notes - 06.15.16.docx | GA00037283 |
| 992 | | | NASDSE MTB GA & OH.ppt | GA00037319 |
| 993 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AA041B2400.MS G | GA00037326 |
| 994 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AAE40B2400.MS G | GA00037328 |
| 995 | | | NASDSE MTB GA  OH 8-24-16.ppt | GA00037346 |
| 996 | | | GaDoe Slide 2.pptx | GA00037349 |
| 997 | | | NOA R July 2016.pdf | GA00037428 |
| 998 | | | GaDoe Slide 2.pptx | GA00037432 |
| 999 | | | Discipline Data.xlsx | GA00037433 |
| 1000 | | | Star Ratings.xlsx | GA00037434 |
| 1001 | | | FY17 SAMHSA Project AWARE Board Item (003).docx | GA00037435 |
| 1002 | | | Powerpoint SPDG FY16Kimdata.ppt | GA00037519 |
| 1003 | | | 21 Tuition Multi-Handicapped FY18.xlsx | GA00037551 |

| 1004 | | | GNETS Student Progress 2015-16pdf.docx | GA00037575 |
| 1005 | | | 000000006C8AEE8608460C42A25E63E540F1D2AA042C2400.MSG | GA00037755 |
| 1006 | | | School Data Profile FY16.docx | GA00037757 |
| 1007 | | | ESS Results 2015-16.pdf | GA00038279 |
| 1008 | | | GA Beck Initiative Report May 2016.docx | GA00039866 |
| 1009 | | | DBHDD Division of BH PowerPoint Presentation.pptx | GA00039933 |
| 1010 | | | 2019 BH Symposium Awards - FULL Script 092319.pdf | GA00040349 |
| 1011 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD139446D2500.MSG | GA00041155 |
| 1012 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD139C4282400.MSG (and attachments) | GA00041747 |
| 1013 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD13964282400.MSG (and attachments) | GA00041752 |
| 1014 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD13904282400.MSG (and attachments) | GA00041757 |
| 1015 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD139641A2400.MSG (and attachment) | GA00041911 |
| 1016 | | | SOC_Pocket Guide Terms_Draft 41818.docx | GA00043843 |
| 1017 | | | 08192020114159-0001.pdf | GA00049644 |
| 1018 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4164CB2100.MSG (and attachments) | GA00049830 |

| | | | | |
|---|---|---|---|---|
| 1019 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD13984052500.MSG | GA00052256 |
| 1020 | | | 0000000025CCCE807DEF6A41A17FE313EB9BCDCC64FC6D00.MSG | GA00055576 |
| 1021 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD13904092600.MSG (and attachment) | GA00061973 |
| 1022 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD13984462400.MSG (and attachments) | GA00063269 |
| 1023 | | | FY17 Grant _Woodall.pdf | GA00063754 |
| 1024 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD13924282300.MSG (and attachment) | GA00065483 |
| 1025 | | | Booklet - Families_5-1-19b.pdf | GA00070492 |
| 1026 | | | cfa_budget_Comparison_Year.xlsx | GA00117567 |
| 1027 | | | 2019 BH Symposium - Award Nominations.xlsx | GA00125537 |
| 1028 | | | 000000005ED9A159448FBA49B278862BEB85B1FCE4562A00.MSG | GA00128813 |
| 1029 | | | 000000005ED9A159448FBA49B278862BEB85B1FC44CE2900.MSG | GA00128860 |
| 1030 | | | RE_ Apex_ Evaluation Advisory Group | GA00128874 |
| 1031 | | | Apex Evaluation and TA_Year 5_OCYF Meeting_10.2.19.pptx | GA00129210 |
| 1032 | | | 000000005ED9A159448FBA49B278862BEB85B1FC84F12800.MSG | GA00129412 |

| | | | | |
|---|---|---|---|---|
| 1033 | | | 000000005ED9A159448FBA49B278862BEB85B1FC64A62600.MSG (and attachment) | GA00129988 |
| 1034 | | | Apex SON Combined Scoring Matrix_2nd Rd_DM_LF wReasons.xlsx | GA00140806 |
| 1035 | | | SOC Coordinator Roles_General Overview.pptx | GA00146442 |
| 1036 | | | Avita Apex 1.0 May - signed.pdf | GA00147138 |
| 1037 | | | Apex Monthly Progress Report (MPR) Y6_DRAFT_CLO (2).docx | GA00149352 |
| 1038 | | | APEX July_Invoice_2.0.pdf | GA00149396 |
| 1039 | | | S. GA.Legacy Jul 20 APEX 1.0 -LF.pdf | GA00150241 |
| 1040 | | | Cobb APEX 1.0 Jul 20 -LF.pdf | GA00150245 |
| 1041 | | | Cobb_EMERGENCY COVID-19 GRANT PROPOSAL.pdf | GA00150919 |
| 1042 | | | Legacy BHS_APEX Staffing_09.16.2020.xlsx | GA00151121 |
| 1043 | | | 000000005ED9A159448FBA49B278862BEB85B1FC44FF2F00.MSG (and attachment) | GA00151392 |
| 1044 | | | 2020_Apex Programmatic Report - Updated.docx | GA00151401 |
| 1045 | | | 000000009E814F72CDA0DD44AAE69C76FF5DFFAC64762200.MSG (and attachment) | GA00152189 |
| 1046 | | | New Provider Orientation (BH) - September 2016.pptx | GA00173838 |
| 1047 | | | FY18 Contracts_Provider Utilization 8.1.17.xlsx | GA00182219 |
| 1048 | | | Aspire BHDD Budget Letter.pdf | GA00191542 |
| 1049 | | | Legacy BHS Contract Notification Letter.pdf | GA00191587 |

| | | | | |
|---|---|---|---|---|
| 1050 | | | 000000009E814F72CDA0DD44A AE69C76FF5DFFACA4BE2100. MSG | GA00196856 |
| 1051 | | | 000000009E814F72CDA0DD44A AE69C76FF5DFFAC04262100.M SG (and attachment) | GA00198519 |
| 1052 | | | 180130 ELAM ALEXANDER ACAD ELA.xlsx | GA00200495 |
| 1053 | | | 2020_Apex Programmatic Report - Updated.docx | GA00219008 |
| 1054 | | | Apex Utilization as of 050120.xlsx | GA00224099 |
| 1055 | | | GA Apex 3.0 Budget Aspire.xlsx | GA00225765 |
| 1056 | | | Aspire BHDD GA Apex 2.0 Proposed Staffing and School List FY21 Template 04 01 2020.xlsx | GA00249577 |
| 1057 | | | FY20 Aspire GA APEX Expansion Partially Executed.pdf | GA00250912 |
| 1058 | | | Apex. External.Eval. Survey.02.18.20.DRAFT.pdf | GA00258888 |
| 1059 | | | 2020_Apex Programmatic Report - Aspire Nov 2020.docx | GA00262121 |
| 1060 | | | November 2020_Apex Programmatic Report.docx | GA00262616 |
| 1061 | | | Interrogatory 13vx - revised and sent 8.23.21.xlsx | GA00265967 |
| 1062 | | | 0000000043601EDAD27FA646A5 80425C163C53DB24332E00.MSG | GA00305793 |
| 1063 | | | 0000000043601EDAD27FA646A5 80425C163C53DB04EF2B00.MS G (and attachment) | GA00307769 |
| 1064 | | | 000000000F19757C3AFE4E47AE E43A0590FCCA41A4CB3200.MS G (and attachments) | GA00321621 |

| | | | | |
|---|---|---|---|---|
| 1065 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA41C4293000.MSG (and attachments) | GA00329508 |
| 1066 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4184482C00.MSG (and attachment) | GA00363540 |
| 1067 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA41243A2C00.MSG (and attachment) | GA00363549 |
| 1068 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA41042F2C00.MSG (and attachment) | GA00363552 |
| 1069 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4164622B00.MSG (and attachments) | GA00363639 |
| 1070 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4104FD2A00.MSG (and attachments) | GA00363709 |
| 1071 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA41C4962A00.MSG (and attachments) | GA00363804 |
| 1072 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4164F82900.MSG (and attachments) | GA00363870 |
| 1073 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4124A52900.MSG (and attachments) | GA00363912 |
| 1074 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4104942900.MSG (and attachments) | GA00363919 |
| 1075 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA41C4572900.MSG (and attachments) | GA00363947 |
| 1076 | | | GaDOE FY18 CNA School Report - Dougherty - Merry Acres MS.pdf | GA00428282 |

| | | | | |
|---|---|---|---|---|
| 1077 | | | 00000000A90DC0648B3A7B4CB11AC5282F61F9BCE4D12E00.MSG (and attachments) | GA00511849 |
| 1078 | | | 00000000A90DC0648B3A7B4CB11AC5282F61F9BC04C22E00.MSG (and attachments) | GA00511894 |
| 1079 | | | 00000000A90DC0648B3A7B4CB11AC5282F61F9BCE4C12E00.MSG (and attachments) | GA00511899 |
| 1080 | | | 00000000A90DC0648B3A7B4CB11AC5282F61F9BCC4C12E00.MSG (and attachments) | GA00511904 |
| 1081 | | | 00000000A90DC0648B3A7B4CB11AC5282F61F9BCC4BD2E00.MSG (and attachments) | GA00511915 |
| 1082 | | | 00000000A90DC0648B3A7B4CB11AC5282F61F9BCA4BD2E00.MSG (and attachments) | GA00511920 |
| 1083 | | | 00000000A90DC0648B3A7B4CB11AC5282F61F9BC84BD2E00.MSG (and attachments) | GA00511927 |
| 1084 | | | 00000000A90DC0648B3A7B4CB11AC5282F61F9BC64BD2E00.MSG (and attachments) | GA00511932 |
| 1085 | | | 00000000A90DC0648B3A7B4CB11AC5282F61F9BC24BD2E00.MSG (and attachments) | GA00511942 |
| 1086 | | | 0000000092D40B104256A74FAEA09257602F7A4D64CF2500.MSG | GA00904409 |
| 1087 | | | GNETS Assessment Data Summary - 2016-2019.xlsx | GA00904411 |
| 1088 | | | Copy of FY21 DOE_Performance Measures OPB Feedback Review and Questions.xlsx | GA00904412 |

| | | | |
|---|---|---|---|
| 1089 | | | Apex Y4 Executive Summary_FINAL.pdf | GA00964333 |
| 1090 | | | SOC-State-Plan-2020-Final.pdf | GA01079284 |
| 1091 | | | Training for Providers by Organization and Type.xlsx | GA01183995 |
| 1092 | | | 00000000172E22985DF11540B47 247143EC6773744442200.MSG (and attachments) | GA01277144 |
| 1093 | | | 000000006C8AEE8608460C42A2 5E63E540F1D2AAA4E02200.MS G (and attachments) | GA01286674 |
| 1094 | | | 2019 BH Symposium - CFP Submittals for Review including workshops not selected for Vets Conf and SOCA.xlsx | GA01459666 |
| 1095 | | | Copy of Book1- POC for CSBMG Apex 1.0 Region 1 and 2 and Apex 2.0 Region 2.xlsx | GA01476434 |
| 1096 | | | CSBMG - POC for Apex 1.0 Region 1 and 2 and Apex 2.0 Region 2.xlsx | GA01477391 |
| 1097 | | | July MPR 2019.xlsx | GA01477802 |
| 1098 | | | August MPR 2019.xlsx | GA01478725 |
| 1099 | | | GA Apex August 2019 Base 1.0 Schools and Districts.pdf | GA01478812 |
| 1100 | | | September MPR 2019.xlsx | GA01479427 |
| 1101 | | | October MPR 2019.xlsx | GA01479513 |
| 1102 | | | November MPR 2019.xlsx | GA01479634 |
| 1103 | | | December MPR 2019.xlsx | GA01479930 |
| 1104 | | | January MPR 2020.xlsx | GA01480290 |
| 1105 | | | February MPR 2020.xlsx | GA01480645 |
| 1106 | | | March MPR 2020.xlsx | GA01481148 |
| 1107 | | | April MPR 2020.xlsx | GA01481561 |
| 1108 | | | May 1.0 Schools and Systems.pdf | GA01482783 |
| 1109 | | | May 2.0 School and Systems.pdf | GA01482794 |
| 1110 | | | June MPR 2020.xlsx | GA01483474 |

| 1111 | | | Apex_YES_Y6.csv | GA05240425 |
|---|---|---|---|---|
| 1112 | | | August MPR 2020.xlsx | GA05559719 |
| 1113 | | | September MPR 2020.xlsx | GA05559720 |
| 1114 | | | October MPR 2020.xlsx | GA05559721 |
| 1115 | | | December MPR 2020.xlsx | GA05559722 |
| 1116 | | | November MPR 2020.xlsx | GA05559723 |
| 1117 | | | January MPR 2021.xlsx | GA05559724 |
| 1118 | | | February MPR 2021.xlsx | GA05559725 |
| 1119 | | | March MPR 2021.xlsx | GA05559726 |
| 1120 | | | April MPR 2021.xlsx | GA05559727 |
| 1121 | | | CSBMG - POC for Apex 1.0 Region 1 and 2 and Apex 2.0 Region 2.xlsx | GA01484763 |
| 1122 | | | Apex Y4 Annual Evaluation Slide Deck_FINAL.pdf | GA01745688 |
| 1123 | | | DBHDD_Data_Warehouse_Extract_-_2019-04-24 DRAFT.xlsx | GA01909424 |
| 1124 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD139242C2400.MSG (and attachments) | GA01925756 |
| 1125 | | | Copy of provider reval past due 2019 plus additional info.xlsx | GA02218242 |
| 1126 | | | GA BNF revised 08.15.18.pdf | GA02488876 |
| 1127 | | | PNM Initial Load 07 09 15 (Update) JQ review.xlsx | GA02495446 |
| 1128 | | | 00000000CBCB27561AB5554BBDBF5C52C80F1B17845B5F00.MSG (and attachments) | GA02741513 |
| 1129 | | | 00000000E4374E65B007584EB3C0EBAAA077414E84183600.MSG (and attachments) | GA02748826 |
| 1130 | | | 00000000E4374E65B007584EB3C0EBAAA077414E24183600.MSG (and attachments) | GA02748836 |

| | | | | |
|---|---|---|---|---|
| 1131 | | | 00000000E4374E65B007584EB3C0EBAAA077414E84423600.MSG (and attachments) | GA02765543 |
| 1132 | | | 00000000E4374E65B007584EB3C0EBAAA077414EA4443600.MSG (and attachments) | GA02765550 |
| 1133 | | | 00000000E4374E65B007584EB3C0EBAAA077414E64F62100.MSG (and attachments) | GA02769500 |
| 1134 | | | 00000000E4374E65B007584EB3C0EBAAA077414E244C3600.MSG (and attachments) | GA02771091 |
| 1135 | | | 00000000E4374E65B007584EB3C0EBAAA077414E64B92100.MSG (and attachments) | GA02773191 |
| 1136 | | | 00000000E4374E65B007584EB3C0EBAAA077414E84242000.MSG (and attachments) | GA02777678 |
| 1137 | | | 00000000E4374E65B007584EB3C0EBAAA077414E046B3600.MSG (and attachments) | GA02778586 |
| 1138 | | | 00000000E4374E65B007584EB3C0EBAAA077414E646F3600.MSG (and attachments) | GA02779207 |
| 1139 | | | 00000000A5F69C12B51F8B408B81A649D55BB91064B82E00.MSG (and attachments) | GA02780630 |
| 1140 | | | 00000000A5F69C12B51F8B408B81A649D55BB91064792E00.MSG (and attachments) | GA02782900 |
| 1141 | | | 00000000CBCB27561AB5554BBDBF5C52C80F1B17C4155700.MSG (and attachments) | GA02795900 |
| 1142 | | | 00000000A5F69C12B51F8B408B81A649D55BB91064002900.MSG (and attachments) | GA02796011 |

| | | | | |
|---|---|---|---|---|
| 1143 | | | 00000000A5F69C12B51F8B408B81A649D55BB91024AC2700.MSG (and attachment) | GA02797208 |
| 1144 | | | 00000000A5F69C12B51F8B408B81A649D55BB91044B22600.MSG (and attachments) | GA02801036 |
| 1145 | | | 00000000A5F69C12B51F8B408B81A649D55BB910C4EF2500.MSG (and attachments) | GA02802588 |
| 1146 | | | 00000000A5F69C12B51F8B408B81A649D55BB910243A2500.MSG (and attachments) | GA02804180 |
| 1147 | | | 00000000CBCB27561AB5554BBDBF5C52C80F1B17A47B5B00.MSG (and attachments) | GA02805522 |
| 1148 | | | 00000000A5F69C12B51F8B408B81A649D55BB91024C02400.MSG (and attachments) | GA02807083 |
| 1149 | | | 00000000A5F69C12B51F8B408B81A649D55BB910A4A22300.MSG (and attachments) | GA02811386 |
| 1150 | | | 00000000A5F69C12B51F8B408B81A649D55BB910E4F92200.MSG (and attachments) | GA02812891 |
| 1151 | | | 00000000A5F69C12B51F8B408B81A649D55BB91064362200.MSG (and attachments) | GA02814664 |
| 1152 | | | APEX SCHOOL REFERRAL LETTER.docx | GA03130012 |
| 1153 | | | APEX consent for school-based services.doc | GA03130013 |
| 1154 | | | Monthly Progress Report (revised 9.12.17)_FINAL.docx | GA03130016 |
| 1155 | | | APEX Meeting 5 16 17 LCMSE.docx | GA03130023 |

| 1156 | | | APEX Meeting 5 30 17 LCES.docx | GA03130024 |
|------|--|--|--------------------------------|------------|
| 1157 | | | APEX DoCo MOU.pdf | GA03130025 |
| 1158 | | | Aspire Email Ad.jpg | GA03130026 |
| 1159 | | | Aspire Email Ad.pdf | GA03130027 |
| 1160 | | | APEX Parent Workshop Flyer.pptx | GA03130028 |
| 1161 | | | Empathy Parent Workshop Prezi.pdf | GA03130029 |
| 1162 | | | School Counseling Consent Form.docx | GA03130059 |
| 1163 | | | RHH Mid-Year APEX Meeting 12.9.16.docx | GA03130060 |
| 1164 | | | DBHDDApexPrezi.pdf | GA03130061 |
| 1165 | | | 00000000DF08B122A1B0FD4DBC1FBE0723AA9D8AE4C72700.MSG | GA03176856 |
| 1166 | | | Copy of Book1- POC for CSBMG Apex 1.0 Region 1 and 2 and Apex 2.0 Region 2.xlsx | GA03190829 |
| 1167 | | | 00000000DF08B122A1B0FD4DBC1FBE0723AA9D8A24B82400.MSG (and attachment) | GA03193311 |
| 1168 | | | CSBMG - POC for Apex 1.0 Region 1 and 2 and Apex 2.0 Region 2.xlsx | GA03203809 |
| 1169 | | | MidPoint_Data_03.15.2017.csv | GA03888751 |
| 1170 | | | year 2 midpoint wide.csv | GA03890317 |
| 1171 | | | year 2 midpoint long.csv | GA03890318 |
| 1172 | | | 000000004625D85CA7580A4085DD281AD1F143A644473000.MSG | GA04087505 |
| 1173 | | | 074f12fcf1a94c20b622ab08e5f0a581.csv | GA04476813 |

| | | | | |
|---|---|---|---|---|
| 1174 | | | 00000000E4374E65B007584EB3C0EBAAA077414E44ED3200.MSG (and attachment) | GA04488708 |
| 1175 | | | 00000000E4374E65B007584EB3C0EBAAA077414E84063700.MSG (and attachments) | GA04488745 |
| 1176 | | | 00000000E4374E65B007584EB3C0EBAAA077414EE4043700.MSG (and attachments) | GA04488752 |
| 1177 | | | 00000000E4374E65B007584EB3C0EBAAA077414E84113700.MSG (and attachments) | GA04488759 |
| 1178 | | | 00000000A25D27B3CF4F0647B20020DCA79CFDCC04233100.MSG (and attachments) | GA04488765 |
| 1179 | | | 00000000E4374E65B007584EB3C0EBAAA077414EC4143700.MSG (and attachments) | GA04490019 |
| 1180 | | | 00000000E4374E65B007584EB3C0EBAAA077414E841A3700.MSG (and attachments) | GA04490027 |
| 1181 | | | 00000000E4374E65B007584EB3C0EBAAA077414E241F3700.MSG (and attachments) | GA04490320 |
| 1182 | | | 00000000E4374E65B007584EB3C0EBAAA077414EA41C3700.MSG (and attachments) | GA04490329 |
| 1183 | | | 00000000E4374E65B007584EB3C0EBAAA077414EC41C3700.MSG (and attachments) | GA04490334 |
| 1184 | | | 00000000A25D27B3CF4F0647B20020DCA79CFDCC44332F00.MSG (and attachments) | GA04490349 |
| 1185 | | | 00000000A25D27B3CF4F0647B20020DCA79CFDCC64122C00.MSG (and attachments) | GA04491047 |

| | | | | |
|---|---|---|---|---|
| 1186 | | | 00000000E4374E65B007584EB3C0EBAAA077414E047A3100.MSG (and attachments) | GA04491168 |
| 1187 | | | 00000000E4374E65B007584EB3C0EBAAA077414EC4523100.MSG (and attachments) | GA04491341 |
| 1188 | | | 00000000A25D27B3CF4F0647B20020DCA79CFDCC449E2B00.MSG (and attachment) | GA04491533 |
| 1189 | | | 00000000E4374E65B007584EB3C0EBAAA077414E244F3700.MSG (and attachments) | GA04491784 |
| 1190 | | | 00000000E4374E65B007584EB3C0EBAAA077414E64263100.MSG (and attachments) | GA04491925 |
| 1191 | | | 00000000E4374E65B007584EB3C0EBAAA077414EA45B3700.MSG (and attachments) | GA04492510 |
| 1192 | | | 00000000E4374E65B007584EB3C0EBAAA077414EC4CB3000.MSG (and attachments) | GA04492633 |
| 1193 | | | 00000000E4374E65B007584EB3C0EBAAA077414E04113600.MSG (and attachments) | GA04493049 |
| 1194 | | | 00000000E4374E65B007584EB3C0EBAAA077414EA4083600.MSG (and attachments) | GA04493057 |
| 1195 | | | 00000000CBCB27561AB5554BBDBF5C52C80F1B17645A5F00.MSG (and attachments) | GA04493070 |
| 1196 | | | 00000000CBCB27561AB5554BBDBF5C52C80F1B1724535F00.MSG (and attachments) | GA04493723 |
| 1197 | | | 00000000E4374E65B007584EB3C0EBAAA077414E847D3500.MSG (and attachments) | GA04493988 |

| | | | | |
|---|---|---|---|---|
| 1198 | | | 00000000E4374E65B007584EB3C0EBAAA077414E442C3600.MSG (and attachments) | GA04494060 |
| 1199 | | | 00000000E4374E65B007584EB3C0EBAAA077414EE4253600.MSG (and attachments) | GA04494100 |
| 1200 | | | 00000000E4374E65B007584EB3C0EBAAA077414E04343600.MSG (and attachments) | GA04494860 |
| 1201 | | | 00000000E4374E65B007584EB3C0EBAAA077414EE4333600.MSG (and attachments) | GA04494869 |
| 1202 | | | 00000000E4374E65B007584EB3C0EBAAA077414E64363600.MSG (and attachments) | GA04494877 |
| 1203 | | | 00000000E4374E65B007584EB3C0EBAAA077414EE4373400.MSG (and attachments) | GA04497092 |
| 1204 | | | 00000000E4374E65B007584EB3C0EBAAA077414E84043400.MSG (and attachments) | GA04497887 |
| 1205 | | | 00000000E4374E65B007584EB3C0EBAAA077414E046C3600.MSG (and attachments) | GA04498075 |
| 1206 | | | 00000000E4374E65B007584EB3C0EBAAA077414E446C3600.MSG (and attachments) | GA04498082 |
| 1207 | | | 00000000E4374E65B007584EB3C0EBAAA077414E84D93700.MSG (and attachments) | GA04498826 |
| 1208 | | | 00000000E4374E65B007584EB3C0EBAAA077414E64E43700.MSG (and attachments) | GA04498833 |
| 1209 | | | 00000000E4374E65B007584EB3C0EBAAA077414E24E03700.MSG (and attachments) | GA04499235 |

| | | | | |
|---|---|---|---|---|
| 1210 | | | 00000000E4374E65B007584EB3C0EBAAA077414EA4E83700.MSG (and attachments) | GA04499393 |
| 1211 | | | 00000000E4374E65B007584EB3C0EBAAA077414EA4153400.MSG (and attachments) | GA04499652 |
| 1212 | | | 00000000E4374E65B007584EB3C0EBAAA077414EE4F53700.MSG (and attachments) | GA04499688 |
| 1213 | | | 00000000E4374E65B007584EB3C0EBAAA077414E24003800.MSG (and attachments) | GA04499698 |
| 1214 | | | 00000000E4374E65B007584EB3C0EBAAA077414EA4FF3700.MSG (and attachments) | GA04501415 |
| 1215 | | | GNETS Audit Report.pdf | GA05045681 |
| 1216 | | | CJ v. Richmond 9-25-15.pdf | GA05198602 |
| 1217 | | | DeKalb 1620937.pdf | GA05198609 |
| 1218 | | | Fulton B███ Complaint 3-25-16 001.pdf | GA05198660 |
| 1219 | | | Fulton B███ Resolution ltr 6-8-16.pdf | GA05198666 |
| 1220 | | | Forsyth C███ complaint 11-3-16 001.pdf | GA05198685 |
| 1221 | | | IP v. International Charter of ATL DPH Decision.pdf | GA05198694 |
| 1222 | | | IP v. International Charter of ATL DPH Request.pdf | GA05198771 |
| 1223 | | | Tift 1723226A.pdf | GA05198812 |
| 1224 | | | Tift 1723226B.pdf | GA05199263 |
| 1225 | | | Butts C███ (Tate) Complaint 11-7-17.pdf | GA05199700 |
| 1226 | | | Butts W███ (Tate) Complaint 11-22-17.pdf | GA05199710 |
| 1227 | | | Butts W███ (Tate) Complaint Addendum 11-28-17.pdf | GA05199718 |

| 1228 | | | Butts C███ (Tate) 2 Complaint.pdf | GA05199722 |
|------|--|--|-----------------------------------|------------|
| 1229 | | | Butts W███ (Tate)2 Complaint.pdf | GA05199734 |
| 1230 | | | Butts C███ (Tate) FINAL Resolution Letter.pdf | GA05199738 |
| 1231 | | | Butts G███ (Davenport_Tate) Complaint 1-17-18.pdf | GA05199751 |
| 1232 | | | Butts W███ (Tate) FINAL Resolution Letter 1-19-18.pdf | GA05199767 |
| 1233 | | | Butts C███ (Tate) 2 FINAL Resolution Letter.pdf | GA05199884 |
| 1234 | | | Butts W███ (Tate)2 FINAL Resolution Letter.pdf | GA05199891 |
| 1235 | | | Butts G███ (Davenport_Tate) FINAL Resolution  3-16-18 001.pdf | GA05199902 |
| 1236 | | | Macon F███ (J███) Complaint.pdf | GA05199928 |
| 1237 | | | Breman City T███ (S███) Formal Complaint 6-8-18.pdf | GA05199933 |
| 1238 | | | D.P. v. Cobb County School District DPH request and resolution.pdf | GA05199942 |
| 1239 | | | D.P. v. CCSD.docx | GA05200018 |
| 1240 | | | DPH P███ 8-3-18 Part 3.pdf | GA05200073 |
| 1241 | | | J.B. v. Cobb County School District DPH request.pdf | GA05200075 |
| 1242 | | | J.F. v. Fulton County School District DPH request.pdf | GA05200125 |
| 1243 | | | A.G. v. Butts County School District DPH request and decision.pdf | GA05200158 |
| 1244 | | | G███ Due Process Hearing Request 8-6-18.pdf | GA05200188 |
| 1245 | | | MB v. Sumter County DPH Request.pdf | GA05200793 |

| 1246 | | | JS v. Haralson County DPH Request.pdf | GA05200927 |
|---|---|---|---|---|
| 1247 | | | P███ C███ (Williams) 20-339022 Complaint .pdf | GA05200951 |
| 1248 | | | Formal Compl with sig 2.pdf | GA05200958 |
| 1249 | | | RD v. Cobb County DPH Request.pdf | GA05200962 |
| 1250 | | | P███ C███ 20-339002 Resolution Letter .pdf | GA05200977 |
| 1251 | | | CB v. Fulton County DPH Request.pdf | GA05201000 |
| 1252 | | | AG v Butts 1808487 DPH Request.pdf | GA05201012 |
| 1253 | | | CW v Butts 1837308 1839276 DPH Request.pdf | GA05201023 |
| 1254 | | | JW v Forsyth 1826581 DPH Request.pdf | GA05201028 |
| 1255 | | | cobb 1623114.pdf | GA05201047 |
| 1256 | | | C_00001859 GNETS Services 2016-2021.xlsx | GA05201251 |
| 1257 | | | 0000000029E06413380C5A4C883EBB43530EF09E845E2000.MSG | GA05202433 |
| 1258 | | | 0000000029E06413380C5A4C883EBB43530EF09E045D2000.MSG | GA05202435 |
| 1259 | | | 0000000029E06413380C5A4C883EBB43530EF09E645B2000.MSG | GA05202437 |
| 1260 | | | 0000000029E06413380C5A4C883EBB43530EF09E040B2000.MSG | GA05202443 |
| 1261 | | | 0000000029E06413380C5A4C883EBB43530EF09EA4082000.MSG | GA05202446 |

| | | | | |
|---|---|---|---|---|
| 1262 | | | 0000000029E06413380C5A4C883EBB43530EF09EE4052000.MSG | GA05202449 |
| 1263 | | | 0000000029E06413380C5A4C883EBB43530EF09EA4002000.MSG | GA05202452 |
| 1264 | | | 0000000029E06413380C5A4C883EBB43530EF09E04742000.MSG | GA05202455 |
| 1265 | | | 0000000029E06413380C5A4C883EBB43530EF09EE45A2000.MSG | GA05202463 |
| 1266 | | | 0000000029E06413380C5A4C883EBB43530EF09E04592000.MSG | GA05202465 |
| 1267 | | | 0000000029E06413380C5A4C883EBB43530EF09EC4542000.MSG | GA05202472 |
| 1268 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4184473500.MSG | GA05202485 |
| 1269 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA41843B3500.MSG | GA05202509 |
| 1270 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA41043B3500.MSG | GA05202510 |
| 1271 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4164333500.MSG | GA05202583 |
| 1272 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4144333500.MSG | GA05202586 |
| 1273 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4144323500.MSG | GA05202603 |

| | | | | |
|---|---|---|---|---|
| 1274 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4124323500.MSG | GA05202605 |
| 1275 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA41A4313500.MSG | GA05202614 |
| 1276 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4144313500.MSG | GA05202617 |
| 1277 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4124313500.MSG | GA05202621 |
| 1278 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4184763400.MSG | GA05202853 |
| 1279 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA41A4623400.MSG | GA05202855 |
| 1280 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4104623400.MSG | GA05202857 |
| 1281 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA41C4603400.MSG | GA05202861 |
| 1282 | | | 000000000F19757C3AFE4E47AEE43A0590FCCA4104603400.MSG | GA05202864 |
| 1283 | | | 0000000015549E6E56930E428B346CE64DE97BB404CC2600.MSG | GA05203814 |
| 1284 | | | 0000000015549E6E56930E428B346CE64DE97BB4C41A2600.MSG | GA05203819 |
| 1285 | | | 0000000015549E6E56930E428B346CE64DE97BB4A41A2600.MSG | GA05203820 |

| | | | | |
|---|---|---|---|---|
| 1286 | | | 0000000015549E6E56930E428B3 46CE64DE97BB444112600.MSG | GA05203821 |
| 1287 | | | 0000000015549E6E56930E428B3 46CE64DE97BB444D12500.MSG | GA05203827 |
| 1288 | | | 0000000015549E6E56930E428B3 46CE64DE97BB4A4CF2500.MSG | GA05203830 |
| 1289 | | | 0000000015549E6E56930E428B3 46CE64DE97BB444C42500.MSG | GA05203833 |
| 1290 | | | 000000001A4AAAF351964E4DA 129CEA62C6A1DC264102800.M SG (and attachments) | GA05203888 |
| 1291 | | | 00000000172E22985DF11540B47 247143EC67737644A2C00.MSG | GA05203918 |
| 1292 | | | 000000001A4AAAF351964E4DA 129CEA62C6A1DC284ED2600.M SG | GA05204111 |
| 1293 | | | 00000000AA62FCD9BDFC3347B 878E5892F70583284842A00.MSG (and attachment) | GA05204578 |
| 1294 | | | 00000000EAEEF3649C8D044A85 B16651C340EB5764612E00.MSG (and attachment) | GA05204640 |
| 1295 | | | 00000000AA62FCD9BDFC3347B 878E5892F705832A4ED2400.MS G (and attachment) | GA05204997 |
| 1296 | | | 00000000AA62FCD9BDFC3347B 878E5892F705832A4B42300.MS G (and attachments) | GA05205107 |

| | | | | |
|---|---|---|---|---|
| 1297 | | | 00000000AA62FCD9BDFC3347B878E5892F70583284D02300.MSG (and attachment) | GA05205116 |
| 1298 | | | 00000000AA62FCD9BDFC3347B878E5892F70583244ED2300.MSG | GA05205146 |
| 1299 | | | 00000000AA62FCD9BDFC3347B878E5892F705832C4ED2300.MSG | GA05205162 |
| 1300 | | | 000000008D300835671359419C816EA906B31E0D04D45000.MSG | GA05205168 |
| 1301 | | | 00000000AA62FCD9BDFC3347B878E5892F70583284532300.MSG (and attachment) | GA05205195 |
| 1302 | | | 00000000EAEEF3649C8D044A85B16651C340EB57E4A82C00.MSG (and attachment) | GA05205217 |
| 1303 | | | 00000000EAEEF3649C8D044A85B16651C340EB5704A92C00.MSG (and attachment) | GA05205233 |
| 1304 | | | 00000000AA62FCD9BDFC3347B878E5892F705832A4012300.MSG (and attachment) | GA05205248 |
| 1305 | | | 00000000EAEEF3649C8D044A85B16651C340EB57E4562C00.MSG (and attachment) | GA05205254 |
| 1306 | | | 00000000AA62FCD9BDFC3347B878E5892F705832E4912200.MSG (and attachment) | GA05205268 |
| 1307 | | | 00000000AA62FCD9BDFC3347B878E5892F705832C44D2000.MSG (and attachment) | GA05205334 |

| | | | | |
|---|---|---|---|---|
| 1308 | | | 000000008D300835671359419C8<br>16EA906B31E0D24214F00.MSG | GA05205347 |
| 1309 | | | 00000000EAEEF3649C8D044A85<br>B16651C340EB57E4603600.MSG | GA05205364 |
| 1310 | | | 00000000DC7573964AAED64181<br>33D2EEB600910604B32000.MSG<br>(and attachment) | GA05205688 |
| 1311 | | | 00000000C2FF21B544BE3C488A<br>3186EDA42E1DBC44502C00.MS<br>G | GA05205758 |
| 1312 | | | 00000000C2FF21B544BE3C488A<br>3186EDA42E1DBC24A22B00.MS<br>G | GA05205812 |
| 1313 | | | 00000000C2FF21B544BE3C488A<br>3186EDA42E1DBC44A32B00.MS<br>G | GA05205816 |
| 1314 | | | 00000000C2FF21B544BE3C488A<br>3186EDA42E1DBC248A2B00.MS<br>G | GA05205986 |
| 1315 | | | 00000000EAEEF3649C8D044A85<br>B16651C340EB5784E13200.MSG<br>(and attachment) | GA05206015 |
| 1316 | | | 00000000EAEEF3649C8D044A85<br>B16651C340EB57C4E13200.MSG<br>(and attachment) | GA05206040 |
| 1317 | | | 00000000EAEEF3649C8D044A85<br>B16651C340EB57641B3300.MSG<br>(and attachment) | GA05206065 |
| 1318 | | | 00000000C2FF21B544BE3C488A<br>3186EDA42E1DBCA47C2700.MS<br>G | GA05206304 |

| | | | | |
|---|---|---|---|---|
| 1319 | | | 00000000EAEEF3649C8D044A85B16651C340EB5704642200.MSG | GA05206306 |
| 1320 | | | 00000000EAEEF3649C8D044A85B16651C340EB57C4E13100.MSG | GA05206308 |
| 1321 | | | 00000000C2FF21B544BE3C488A3186EDA42E1DBC64AE2500.MSG (and attachment) | GA05206342 |
| 1322 | | | 00000000C2FF21B544BE3C488A3186EDA42E1DBC84B42500.MSG (and attachment) | GA05206401 |
| 1323 | | | 00000000C2FF21B544BE3C488A3186EDA42E1DBC440D2400.MSG (and attachment) | GA05206432 |
| 1324 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD139C4462300.MSG (and attachments) | GA05206596 |
| 1325 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD139C48C2200.MSG (and attachment) | GA05206659 |
| 1326 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD13944102600.MSG | GA05206686 |
| 1327 | | | 000000008E13344C4E72E14999B417C0361FFBC484812700.MSG | GA05206740 |
| 1328 | | | 000000008E13344C4E72E14999B417C0361FFBC4C45D2700.MSG | GA05206770 |
| 1329 | | | 000000008E13344C4E72E14999B417C0361FFBC4848A2500.MSG | GA05207131 |
| 1330 | | | 000000008E13344C4E72E14999B417C0361FFBC4C4892500.MSG | GA05207135 |

| | | | | |
|---|---|---|---|---|
| 1331 | | | 000000008E13344C4E72E14999B417C0361FFBC4640B2500.MSG (and attachments) | GA05207164 |
| 1332 | | | 000000008E13344C4E72E14999B417C0361FFBC404182500.MSG | GA05207190 |
| 1333 | | | 000000008E13344C4E72E14999B417C0361FFBC464DD2300.MSG (and attachment) | GA05207246 |
| 1334 | | | 000000008E13344C4E72E14999B417C0361FFBC4E49C2300.MSG | GA05207387 |
| 1335 | | | 000000008E13344C4E72E14999B417C0361FFBC484712300.MSG | GA05207390 |
| 1336 | | | 000000008E13344C4E72E14999B417C0361FFBC4C4902300.MSG | GA05207392 |
| 1337 | | | 000000008E13344C4E72E14999B417C0361FFBC4C41E2000.MSG | GA05207613 |
| 1338 | | | 000000008E13344C4E72E14999B417C0361FFBC4C40F2000.MSG | GA05207621 |
| 1339 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD13904C03C00.MSG | GA05207653 |
| 1340 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD13964CB3800.MSG | GA05207912 |
| 1341 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD139A4BA3800.MSG | GA05207916 |
| 1342 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD139A49F3800.MSG (and attachment) | GA05207930 |

| | | | |
|---|---|---|---|
| 1343 | | 0000000034064EC826FF9E47A4 BBDFFD5C7CD13964F53600.MS G | GA05208111 |
| 1344 | | 000000001E75FF1C1D983045BF3 37D4699F96C3CE4D82700.MSG (and attachment) | GA05208199 |
| 1345 | | 000000001E75FF1C1D983045BF3 37D4699F96C3C04412000.MSG | GA05208342 |
| 1346 | | 000000004333C3EED608454CBC 83849CBCF6B13884F22B00.MSG (and attachments) | GA05208353 |
| 1347 | | 0000000092D40B104256A74FAE A09257602F7A4DE4E42400.MSG | GA05208775 |
| 1348 | | 0000000092D40B104256A74FAE A09257602F7A4D847D2300.MSG (and attachments) | GA05208780 |
| 1349 | | 000000003D77DBE8865B3B4DA 900F980E2E6FD8584962100.MS G (and attachments) | GA05209489 |
| 1350 | | 000000000FEF52DD52828F469C 482CC01C05499A048F2000.MSG (and attachments) | GA05209622 |
| 1351 | | 00000000F1B32F93E9B1E54DA2 82F44DAB2226C604A42800.MS G (and attachments) | GA05209717 |
| 1352 | | July 2020 1.0 Schools and Systems.pdf | GA05239930 |
| 1353 | | July 2020 2.0 Schools and Systems.pdf | GA05239941 |
| 1354 | | May 2022 1.0 Schools and Systems.pdf | GA05240326 |
| 1355 | | May 2022 2.0 Schools and Systems.pdf | GA05240341 |

| | | | | |
|---|---|---|---|---|
| 1356 | | | May 2022 3.0 Schools and Systems.pdf | GA05240347 |
| 1357 | | | July 2021 1.0 Schools and Systems.pdf | GA05240406 |
| 1358 | | | July 2021 2.0 Schools and Systems.pdf | GA05240415 |
| 1359 | | | July 2021 3.0 Schools and Systems.pdf | GA05240419 |
| 1360 | | | 00002116 GNET Student Claims.xlsx | GA05240431 |
| 1361 | | | 000000007DE33A7E2860414C8F 45A0987F1FA151E4132000.MSG | GA05240438 |
| 1362 | | | FACILITY CONDITIONS ASSESSMENTS OF GNETS.pdf | GA05240501 |
| 1363 | | | GNETS-data-file-code-tables.xlsx | GA05242021 |
| 1364 | | | gnets-institution-list.xlsx | GA05242022 |
| 1365 | | | FY22 State and Federal (Initial).pdf | GA05242081 |
| 1366 | | | sr-sc-2021_system_code_list.xlsx | GA05242082 |
| 1367 | | | GNETS Director Meeting 8-17-21.pptx | GA05242121 |
| 1368 | | | GNETS presentation _9-28-21.pdf | GA05242192 |
| 1369 | | | GNETS Funding Presentation 10-13-2021.pptx | GA05242241 |
| 1370 | | | FY23 State and Federal (Initial).pdf | GA05242428 |
| 1371 | | | sr-sc-2022_school_code_list.xlsx | GA05242429 |
| 1372 | | | sr-sc-2021_school_code_list.xlsx | GA05242430 |
| 1373 | | | sr-sc-2022_system_code_list.xlsx | GA05242431 |
| 1374 | | | BH Mapping_Presentation Slides_for IDT 7.27.22.pptx | GA05242432 |
| 1375 | | | GNETS Legislative Report (HB 911).pdf | GA05242582 |
| 1376 | | | Fw Report - HB 911.msg (and attachment) | GA05242661 |
| 1377 | | | FY23 GNETS (GADOE).xlsx | GA05242730 |

| 1378 | | | fy2019_gnets_milestones-eoc.xlsx | GA05242731 |
|---|---|---|---|---|
| 1379 | | | fy2019_gnets_milestones-eog.xlsx | GA05242732 |
| 1380 | | | fy2022_gnets_milestones-eoc.xlsx | GA05242733 |
| 1381 | | | fy2022_gnets_milestones-eog.xlsx | GA05242734 |
| 1382 | | | C. Keith.pdf | GA05242735 |
| 1383 | | | p13_sr2021_gnets-student-detail.xlsx | GA05242789 |
| 1384 | | | p13_sr2022_gnets-student-detail.xlsx | GA05242790 |
| 1385 | | | 00002226 2022 GNETS Student Claims with Summary.xlsx | GA05242791 |
| 1386 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD139C4F72500.MSG | GA05242805 |
| 1387 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD139A4F52500.MSG | GA05242806 |
| 1388 | | | Oconee Student 1-GNETS Directors privileged attorney.docx | GA05242809 |
| 1389 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD139C46F2700.MSG | GA05242815 |
| 1390 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD139A46B2700.MSG | GA05242826 |
| 1391 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD13984FE2500.MSG | GA05242830 |
| 1392 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD13944662700.MSG | GA05242844 |
| 1393 | | | 0000000034064EC826FF9E47A4BBDFFD5C7CD139C4632700.MSG | GA05242848 |

| | | | | |
|---|---|---|---|---|
| 1394 | | | 0000000034064EC826FF9E47A4 BBDFFD5C7CD13944592700.MS G | GA05242861 |
| 1395 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form (00048524xB7B30).docx | GA05242865 |
| 1396 | | | 0000000034064EC826FF9E47A4 BBDFFD5C7CD139E4F52500.MS G | GA05242874 |
| 1397 | | | 5975.docx | GA05243036 |
| 1398 | | | 7575.docx | GA05243042 |
| 1399 | | | student 2.pdf | GA05243062 |
| 1400 | | | student 1.pdf | GA05243066 |
| 1401 | | | CH9274.docx | GA05243078 |
| 1402 | | | File Review - 8474.docx | GA05243098 |
| 1403 | | | File Review - 8983.docx | GA05243101 |
| 1404 | | | File Review -0746.docx | GA05243104 |
| 1405 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form (00048524xB7B30) (2) #9283.docx | GA05243109 |
| 1406 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form (00048524xB7B30) 8717.docx | GA05243118 |
| 1407 | | | 2743.docx | GA05243128 |
| 1408 | | | 3748.docx | GA05243134 |
| 1409 | | | 6453.docx | GA05243144 |
| 1410 | | | 4135.docx | GA05243172 |
| 1411 | | | 4721.docx | GA05243175 |
| 1412 | | | 6S5Q.docx | GA05243182 |
| 1413 | | | 0519.docx | GA05243199 |
| 1414 | | | 6S5Q.docx | GA05243202 |
| 1415 | | | 0000000034064EC826FF9E47A4 BBDFFD5C7CD139C4B12200.M SG | GA05243260 |

| | | | | |
|---|---|---|---|---|
| 1416 | | | 0000000034064EC826FF9E47A4 BBDFFD5C7CD13924B12200.MS G | GA05243261 |
| 1417 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form_NMGNETS_NP_6969_02.12 .16.docx | GA05243266 |
| 1418 | | | Student 4.docx | GA05243327 |
| 1419 | | | Student 5.docx | GA05243330 |
| 1420 | | | Student 2.docx | GA05243529 |
| 1421 | | | 0000000034064EC826FF9E47A4 BBDFFD5C7CD139E4E82500.MS G | GA05243636 |
| 1422 | | | Cedarwood Student 0495.docx | GA05243695 |
| 1423 | | | Cedarwood Student 2342.docx | GA05243698 |
| 1424 | | | Cedarwood Student 4467.docx | GA05243705 |
| 1425 | | | Cedarwood Student 8857.docx | GA05243718 |
| 1426 | | | GNETS Director Attorney Priv_NM GNETS_BRIDGE_6562_02.17.16 _R.docx | GA05243730 |
| 1427 | | | GNETS Director Attorney Priv_NM GNETS_Ind. HS_2910_02.18.16_R.docx | GA05243739 |
| 1428 | | | Student5-7576.docx | GA05243765 |
| 1429 | | | Student4-9967.docx | GA05243768 |
| 1430 | | | Student 3-9514.docx | GA05243771 |
| 1431 | | | Student 1-6133.docx | GA05243774 |
| 1432 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form (00048524xB7B30) - 3317.docx | GA05243832 |
| 1433 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form (00048524xB7B30)  9382.docx | GA05243838 |
| 1434 | | | 6449.docx | GA05243845 |
| 1435 | | | 1667.docx | GA05243877 |

| 1436 | | | 1253.docx | GA05243880 |
|------|--|--|-----------|------------|
| 1437 | | | 0486.docx | GA05243883 |
| 1438 | | | 5492.docx | GA05243886 |
| 1439 | | | 0802 GNETS Directors privileged attorney-client form.docx | GA05243939 |
| 1440 | | | 2027 GNETS Directors privileged attorney-client form.docx | GA05243945 |
| 1441 | | | 5344 GNETS Directors privileged attorney-client form.docx | GA05243951 |
| 1442 | | | 8642 GNETS Directors privileged attorney-client.docx | GA05243957 |
| 1443 | | | 2486 GNETS Directors privileged attorney-client form.docx | GA05243963 |
| 1444 | | | 6281.docx | GA05243982 |
| 1445 | | | student 9 WCL.docx | GA05243998 |
| 1446 | | | Student 7499.docx | GA05244464 |
| 1447 | | | 2542 GNETS Directors privileged attorney-client form.docx | GA05244500 |
| 1448 | | | 3929 GNETS Directors privileged attorney-client form.docx | GA05244506 |
| 1449 | | | 5904 GNETS Directors privileged attorney-client form.docx | GA05244512 |
| 1450 | | | 8184 GNETS Directors privileged attorney-client form.docx | GA05244518 |
| 1451 | | | 9288GNETS Directors privileged attorney-client form.docx | GA05244524 |
| 1452 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form_NMGNETS_NP_6003_02.25.16.docx | GA05244675 |
| 1453 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form_NMGNETS_OM_9706_02.23.16.docx | GA05244684 |
| 1454 | | | 8369.docx | GA05244697 |
| 1455 | | | File Review - 8572.docx | GA05244707 |

| | | | | |
|---|---|---|---|---|
| 1456 | | | File Review - 8257.docx | GA05244713 |
| 1457 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form (00048524xB7B30) 5641.docx | GA05244729 |
| 1458 | | | 8474.docx | GA05244764 |
| 1459 | | | 1227.docx | GA05244767 |
| 1460 | | | 3462.docx | GA05244770 |
| 1461 | | | 4582.docx | GA05244773 |
| 1462 | | | 4754.docx | GA05244776 |
| 1463 | | | Student 9-8367.docx | GA05244784 |
| 1464 | | | Student 8-8655.docx | GA05244787 |
| 1465 | | | Student 7-1296.docx | GA05244790 |
| 1466 | | | Student 2-7529.docx | GA05244793 |
| 1467 | | | Student#5 DB.docx | GA05244820 |
| 1468 | | | Student  17 TG.docx | GA05244823 |
| 1469 | | | Student 11 JJ.docx | GA05244826 |
| 1470 | | | 8803.docx | GA05244833 |
| 1471 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form (00048524xB7B30) 1879.docx | GA05245313 |
| 1472 | | | Attorney Client March 4.pdf | GA05245404 |
| 1473 | | | 1573.docx | GA05245439 |
| 1474 | | | 6467.docx | GA05245445 |
| 1475 | | | Student 15-7973.docx | GA05245452 |
| 1476 | | | Student 14-2249.docx | GA05245455 |
| 1477 | | | Student 13-9024.docx | GA05245458 |
| 1478 | | | Student 12-1617.docx | GA05245461 |
| 1479 | | | 0518 GNETS Directors privileged attorney-client form.docx | GA05245486 |
| 1480 | | | 4415 GNETS Directors privileged attorney-client form.docx | GA05245492 |
| 1481 | | | 4537 GNETS Directors privileged attorney-client form.docx | GA05245498 |
| 1482 | | | 6341 GNETS Directors privileged attorney-client form.docx | GA05245504 |

| | | | | |
|---|---|---|---|---|
| 1483 | | | 7948 GNETS Directors privileged attorney-client form.docx | GA05245510 |
| 1484 | | | File Review - 0401.docx | GA05245581 |
| 1485 | | | File Review - 1861.docx | GA05245593 |
| 1486 | | | Student 14 ST.docx | GA05245603 |
| 1487 | | | Student 18 GB.docx | GA05245615 |
| 1488 | | | 3083.docx | GA05245641 |
| 1489 | | | smp.file.audit.doc.d.ro.docx | GA05245660 |
| 1490 | | | smp.file.audit.doc.d.cl.docx | GA05245666 |
| 1491 | | | 3297.docx | GA05245686 |
| 1492 | | | 9206.docx | GA05245692 |
| 1493 | | | 3278.docx | GA05245695 |
| 1494 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form_NMGNETS_BR_1770_03.01.16.docx | GA05246201 |
| 1495 | | | 3134 GNETS Directors privileged attorney-client form.docx | GA05246217 |
| 1496 | | | 6496 GNETS Directors privileged attorney-client form.docx | GA05246223 |
| 1497 | | | 7545 GNETS Directors privileged attorney-client form.docx | GA05246235 |
| 1498 | | | 9291 GNETS Directors privileged attorney-client form.docx | GA05246241 |
| 1499 | | | 5778.docx | GA05246279 |
| 1500 | | | 3685.docx | GA05246282 |
| 1501 | | | 2854.docx | GA05246286 |
| 1502 | | | 5955.docx | GA05246289 |
| 1503 | | | 4574.docx | GA05246298 |
| 1504 | | | 8292.docx | GA05246397 |
| 1505 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form_NMGNETS_IHS_5393_03.08.16.docx | GA05246439 |

| | | | |
|---|---|---|---|
| 1506 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form_NMGNETS_NP_7599_03.09.16.docx | GA05246442 |
| 1507 | | | 2279.docx | GA05246521 |
| 1508 | | | 6016.docx | GA05246527 |
| 1509 | | | Scan 001.pdf | GA05246975 |
| 1510 | | | Student 16-6826.docx | GA05246991 |
| 1511 | | | Student 17-8426.docx | GA05246994 |
| 1512 | | | Student 18-8015.docx | GA05246997 |
| 1513 | | | Student 19-2426.docx | GA05247000 |
| 1514 | | | Student 20-1629.docx | GA05247003 |
| 1515 | | | student 5_week5.pdf | GA05247039 |
| 1516 | | | File Review - 4583.docx | GA05247511 |
| 1517 | | | 1934 GNETS Directors privileged attorney-client form.docx | GA05247518 |
| 1518 | | | 2795 GNETS Directors privileged attorney-client form.docx | GA05247524 |
| 1519 | | | 3643 GNETS Directors privileged attorney-client form.docx | GA05247530 |
| 1520 | | | 5323 GNETS Directors privileged attorney-client form.docx | GA05247536 |
| 1521 | | | 0017.docx | GA05247569 |
| 1522 | | | 3413.docx | GA05247575 |
| 1523 | | | 2921.docx | GA05247636 |
| 1524 | | | 0913 (1).docx | GA05247645 |
| 1525 | | | Student 21-1883.docx | GA05247678 |
| 1526 | | | Student 22-1108.docx | GA05247681 |
| 1527 | | | Student 23-9657.docx | GA05247684 |
| 1528 | | | Student 24-9571.docx | GA05247687 |
| 1529 | | | Student 25-9514.docx | GA05247690 |
| 1530 | | | J█████.docx | GA05247749 |
| 1531 | | | lj.docx | GA05247768 |
| 1532 | | | 4352-GNETS Directors form.docx | GA05247790 |
| 1533 | | | 4812 -GNETS Directors privileged attorney-client form.docx | GA05247793 |

| 1534 | | | 6749_GNETS Directors form.docx | GA05247796 |
| 1535 | | | 8405_GNETS Directors-1.docx | GA05247799 |
| 1536 | | | 8502 -GNETS Directors form.docx | GA05247802 |
| 1537 | | | Student 26-5721.docx | GA05248841 |
| 1538 | | | Student 27-3327.docx | GA05248845 |
| 1539 | | | Student 28-5678.docx | GA05248849 |
| 1540 | | | Student 29-6136.docx | GA05248853 |
| 1541 | | | Student 30-4169.docx | GA05248857 |
| 1542 | | | File Review - 8562.docx | GA05248890 |
| 1543 | | | 1784  GNETS Directors privileged attorney-client form.docx | GA05248955 |
| 1544 | | | 5204  GNETS Directors privileged attorney-client form.docx | GA05248961 |
| 1545 | | | 6508.docx | GA05248989 |
| 1546 | | | 2384.docx | GA05248992 |
| 1547 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form_NMGNETS_IHS_2664_03.21.16.docx | GA05249033 |
| 1548 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form_NMGNETS_OG_5714_03.21.16.docx | GA05249042 |
| 1549 | | | 1749 GNETS Directors privileged attorney-client form.docx | GA05249416 |
| 1550 | | | 6591 GNETS Directors privileged attorney-client form.docx | GA05249422 |
| 1551 | | | 7536 GNETS Directors privileged attorney-client form.docx | GA05249434 |
| 1552 | | | 7691 GNETS Directors privileged attorney-client form.docx | GA05249440 |
| 1553 | | | 19-Student GNETS Directors privileged attorney-client form (00048524xB7B30).docx | GA05249459 |
| 1554 | | | JP4321.docx | GA05249483 |

| 1555 | | KP9546.docx | GA05249486 |
| 1556 | | JS1275.docx | GA05249489 |
| 1557 | | JW6196.docx | GA05249492 |
| 1558 | | 5787.docx | GA05249504 |
| 1559 | | 6228.docx | GA05249511 |
| 1560 | | 2622 GNETS Directors privileged attorney-client form.docx | GA05249567 |
| 1561 | | 8315 GNETS Directors privileged attorney-client form.docx | GA05249579 |
| 1562 | | 9727 GNETS Directors privileged attorney-client form.docx | GA05249585 |
| 1563 | | 9779 GNETS Directors privileged attorney-client form.docx | GA05249591 |
| 1564 | | 3781.docx | GA05249621 |
| 1565 | | 4271.docx | GA05249624 |
| 1566 | | 1233.docx | GA05249627 |
| 1567 | | Revised 2-3-16 -GNETS Directors privileged attorney-client form_NMGNETS_IHS_2742_03.3 1.16.docx | GA05249651 |
| 1568 | | Student 37-5893.docx | GA05249758 |
| 1569 | | Student 38-3672.docx | GA05249762 |
| 1570 | | Student 39-9645.docx | GA05249766 |
| 1571 | | Student 41-3489.docx | GA05249770 |
| 1572 | | Student 42-1044.docx | GA05249774 |
| 1573 | | B1-9.docx | GA05249779 |
| 1574 | | Scan 001.pdf | GA05249823 |
| 1575 | | 0054.docx | GA05249865 |
| 1576 | | 6432.docx | GA05249868 |
| 1577 | | 3284.docx | GA05249871 |
| 1578 | | Revised 2-3-16 -GNETS Directors privileged attorney-client form_NMGNETS_IHS_2742_03.3 1.16.docx | GA05250025 |
| 1579 | | 7373.docx | GA05250215 |
| 1580 | | Heartland Student file 27.docx | GA05250264 |

| 1581 | | | Cedarwood Student 2628.docx | GA05250277 |
|------|--|--|------------------------------|------------|
| 1582 | | | Cedarwood Student 7915.docx | GA05250289 |
| 1583 | | | 0201 GNETS Directors privileged attorney-client form.docx | GA05250293 |
| 1584 | | | 1088 GNETS Directors privileged attorney-client form.docx | GA05250299 |
| 1585 | | | 3584 GNETS Directors privileged attorney-client form.docx | GA05250305 |
| 1586 | | | 6594 GNETS Directors privileged attorney-client form.docx | GA05250311 |
| 1587 | | | 8586 GNETS Directors privileged attorney-client form.docx | GA05250317 |
| 1588 | | | 3983.docx | GA05250405 |
| 1589 | | | 7733.docx | GA05250412 |
| 1590 | | | GNETS Directors privileged attorney-client formA█ M█████.docx | GA05250416 |
| 1591 | | | GNETS Directors privileged attorney-client form J█ M█████.docx | GA05250434 |
| 1592 | | | GNETS Directors privileged attorney-client form K. F█████.docx | GA05250440 |
| 1593 | | | GNETS Directors privileged attorney-client form D. P█████.docx | GA05250446 |
| 1594 | | | 1823GNETS Directors privileged attorney.docx | GA05250452 |
| 1595 | | | 0199_GNETS Directors privileged attorney.docx | GA05250455 |
| 1596 | | | Student 40-8926.docx | GA05250459 |
| 1597 | | | Student 43-9518.docx | GA05250463 |
| 1598 | | | Student 44-5776.docx | GA05250467 |
| 1599 | | | Student 45-8778.docx | GA05250471 |

| | | | | |
|---|---|---|---|---|
| 1600 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form_NMGNETS_OG_8177_04.15.16.docx | GA05250499 |
| 1601 | | | Revised 2-3-16 -GNETS Directors privileged attorney-client form_NMGNETS_OM_8047_04.15.16.docx | GA05250508 |
| 1602 | | | 1237.docx | GA05250515 |
| 1603 | | | 6929.docx | GA05250518 |
| 1604 | | | 9641.docx | GA05250524 |
| 1605 | | | 4566.docx | GA05250527 |
| 1606 | | | 7805.docx | GA05250595 |
| 1607 | | | 0236 GNETS Directors privileged attorney-client form.docx | GA05250714 |
| 1608 | | | 2892 GNETS Directors privileged attorney-client form.docx | GA05250720 |
| 1609 | | | 5003 GNETS Directors privileged attorney-client form.docx | GA05250726 |
| 1610 | | | 8199 GNETS Directors privileged attorney-client form.docx | GA05250732 |
| 1611 | | | 9779 GNETS Directors privileged attorney-client form.docx | GA05250738 |
| 1612 | | | Student 47-0957.docx | GA05250780 |
| 1613 | | | Student 52-8216.docx | GA05250784 |
| 1614 | | | 23-Student GNETS Directors privileged attorney-client form (00048524xB7B30).docx | GA05250796 |
| 1615 | | | 22-Student GNETS Directors privileged attorney-client form (00048524xB7B30).docx | GA05250800 |
| 1616 | | | 21-Student GNETS Directors privileged attorney-client form (00048524xB7B30).docx | GA05250803 |
| 1617 | | | 0919 GNETS Directors privileged attorney-client form.docx | GA05250807 |

| | | | | |
|---|---|---|---|---|
| 1618 | | | 6452 GNETS Directors privileged attorney-client form.docx | GA05250816 |
| 1619 | | | 7282 GNETS Directors privileged attorney-client form.docx | GA05250825 |
| 1620 | | | 0689 GNETS Directors privileged attorney-client form.docx | GA05250834 |
| 1621 | | | 6453 GNETS Directors privileged attorney-client form.docx | GA05250852 |
| 1622 | | | 8549.docx | GA05250860 |
| 1623 | | | 3834.docx | GA05250863 |
| 1624 | | | 6733.docx | GA05250866 |
| 1625 | | | 9031.docx | GA05250869 |
| 1626 | | | 8655.docx | GA05250872 |
| 1627 | | | 1195-GNETS Directors_WW.docx | GA05250950 |
| 1628 | | | 1236_GNETS Directors privileged_SC.docx | GA05250953 |
| 1629 | | | 4093_GNETS Directors privileged_SR.docx | GA05250956 |
| 1630 | | | 5298_GNETS Directors_DW.docx | GA05250959 |
| 1631 | | | Student 53-9636.docx | GA05251692 |
| 1632 | | | Student 54-5859.docx | GA05251696 |
| 1633 | | | Student 55-2632.docx | GA05251700 |
| 1634 | | | Student 56-6171.docx | GA05251704 |
| 1635 | | | Student 57-8498.docx | GA05251708 |
| 1636 | | | 3487.docx | GA05251789 |
| 1637 | | | 1267 GNETS Directors privileged attorney-client form.docx | GA05251814 |
| 1638 | | | 1607 GNETS Directors privileged attorney-client form.docx | GA05251820 |
| 1639 | | | 9518 GNETS Directors privileged attorney-client form.docx | GA05251826 |
| 1640 | | | 9638 GNETS Directors privileged attorney-client form.docx | GA05251832 |

| | | | |
|---|---|---|---|
| 1641 | | 9779 GNETS Directors privileged attorney-client form.docx | GA05251838 |
| 1642 | | File Review -0696.docx | GA05251854 |
| 1643 | | File Review - 5382.docx | GA05251857 |
| 1644 | | File Review - 8054.docx | GA05251860 |
| 1645 | | GNETS attorney client May 6, 2016.pdf | GA05251881 |
| 1646 | | Student 58-6457.docx | GA05251946 |
| 1647 | | Student 59-2748.docx | GA05251950 |
| 1648 | | Student 60-4075.docx | GA05251954 |
| 1649 | | Student 61-3182.docx | GA05251958 |
| 1650 | | NM GNETS Directors privileged attorney-client form_NMGNETS_IHS_0737_04.22.16.docx | GA05251982 |
| 1651 | | NM GNETS Directors privileged attorney-client form_NMGNETS_IHS_9472_04.22.16.docx | GA05251985 |
| 1652 | | NM GNETS Directors privileged attorney-client form_NMGNETS_SAES_4062_04.22.16.docx | GA05251991 |
| 1653 | | Student 32-4928.docx | GA05252049 |
| 1654 | | Student 48-9251.docx | GA05252052 |
| 1655 | | Student 51-7133.docx | GA05252055 |
| 1656 | | Student 62-7967.docx | GA05252058 |
| 1657 | | Student 63-0287.docx | GA05252061 |
| 1658 | | File Review - 8642.docx | GA05252134 |
| 1659 | | File Review - 3631.docx | GA05252137 |
| 1660 | | 2253 GNETS Directors privileged attorney-client form.docx | GA05252185 |
| 1661 | | 3908 GNETS Directors privileged attorney-client form.docx | GA05252191 |
| 1662 | | 6675 GNETS Directors privileged attorney-client form.docx | GA05252197 |

| | | | | |
|---|---|---|---|---|
| 1663 | | | 9365 GNETS Directors privileged attorney-client form.docx | GA05252209 |
| 1664 | | | 0198-GNETS Directors privileged_BG.docx | GA05252426 |
| 1665 | | | 3676-GNETS Directors privileged_JW.docx | GA05252432 |
| 1666 | | | 4093_GNETS Directors privileged_SR.docx | GA05252435 |
| 1667 | | | 4352-GNETS Directors form.docx | GA05252438 |
| 1668 | | | 4371_GNETS Directors privileged_RM.docx | GA05252441 |
| 1669 | | | 6176_GNETS Directors privileged_EB.docx | GA05252444 |
| 1670 | | | 7969_GNETS Directors privileged_RV.docx | GA05252447 |
| 1671 | | | 8047_GNETS Directors privileged_JD.docx | GA05252450 |
| 1672 | | | 8405_GNETS Directors_SG.docx | GA05252453 |
| 1673 | | | 0348 GNETS Directors privileged attorney-client form.docx | GA05252563 |
| 1674 | | | 4032 GNETS Directors privileged attorney-client form.docx | GA05252569 |
| 1675 | | | 4137GNETS Directors privileged attorney-client form.docx | GA05252575 |
| 1676 | | | 9882 GNETS Directors privileged attorney-client form.docx | GA05252581 |
| 1677 | | | 9922 GNETS Directors privileged attorney-client form.docx | GA05252587 |
| 1678 | | | File Review - 1381.docx | GA05252609 |
| 1679 | | | Student 67-2133.docx | GA05252657 |
| 1680 | | | Student 68-2113.docx | GA05252661 |
| 1681 | | | Student 69-0689.docx | GA05252665 |
| 1682 | | | Student 70-4517.docx | GA05252669 |
| 1683 | | | Student 71-4807.docx | GA05252673 |
| 1684 | | | Student 72-5979.docx | GA05253729 |
| 1685 | | | Student 73-5175.docx | GA05253733 |

| 1686 | | | Student 74-0816.docx | GA05253737 |
|------|---|---|---|---|
| 1687 | | | Student 75-0583.docx | GA05253741 |
| 1688 | | | Student 76-5598.docx | GA05253745 |
| 1689 | | | 2335 GNETS Directors privileged attorney-client form.docx | GA05253788 |
| 1690 | | | 9745 GNETS Directors privileged attorney-client form.docx | GA05253813 |
| 1691 | | | 5529 GNETS Directors privileged attorney-client form.docx | GA05253819 |
| 1692 | | | 2506 GNETS Directors privileged attorney-client form.docx | GA05253825 |
| 1693 | | | 1947 GNETS Directors privileged attorney-client form.docx | GA05253831 |
| 1694 | | | 0976 GNETS Directors privileged attorney-client form.docx | GA05253837 |
| 1695 | | | 3916 GNETS Directors privileged attorney-client form.docx | GA05253860 |
| 1696 | | | 5821 GNETS Directors privileged attorney-client form.docx | GA05253866 |
| 1697 | | | 5939 GNETS Directors privileged attorney-client form.docx | GA05253872 |
| 1698 | | | 7588 GNETS Directors privileged attorney-client form.docx | GA05253878 |
| 1699 | | | 8855 GNETS Directors privileged attorney-client form.docx | GA05253884 |
| 1700 | | | NM GNETS Directors privileged attorney-client form_NMGNETS_NP_1445_05.23.16.docx | GA05253930 |
| 1701 | | | NM GNETS Directors privileged attorney-client form_NMGNETS_NP_4765_05.23.16.docx | GA05253939 |

| 1702 | | | NM GNETS Directors privileged attorney-client form_NMGNETS_NP_7908_05.23.16.docx | GA05253942 |
|---|---|---|---|---|
| 1703 | | | Student 77-6332.docx | GA05253962 |
| 1704 | | | Student 78-6017.docx | GA05253966 |
| 1705 | | | Student 79-2901.docx | GA05253970 |
| 1706 | | | Student 80-0146.docx | GA05253974 |
| 1707 | | | Student 81-8951.docx | GA05253978 |
| 1708 | | | 0228 GNETS Directors privileged attorney-client form.docx | GA05254067 |
| 1709 | | | 0625 GNETS Directors privileged attorney-client form.docx | GA05254073 |
| 1710 | | | 1775 GNETS Directors privileged attorney-client form.docx | GA05254079 |
| 1711 | | | 5346 GNETS Directors privileged attorney-client form.docx | GA05254085 |
| 1712 | | | 9215 GNETS Directors privileged attorney-client form.docx | GA05254091 |
| 1713 | | | Student 82-2668.docx | GA05254115 |
| 1714 | | | Student 83-5186.docx | GA05254118 |
| 1715 | | | Student 84-6464.docx | GA05254121 |
| 1716 | | | Student 85-2953.docx | GA05254124 |
| 1717 | | | Student 86-9427.docx | GA05254127 |
| 1718 | | | 6348 GNETS Directors privileged attorney-client form.docx | GA05254165 |
| 1719 | | | 1238 GNETS Directors privileged attorney-client form.docx | GA05254171 |
| 1720 | | | 2242 GNETS Directors privileged attorney-client form.docx | GA05254177 |
| 1721 | | | 3757 GNETS Directors privileged attorney-client form.docx | GA05254183 |
| 1722 | | | 7174 GNETS Directors privileged attorney-client form.docx | GA05254189 |
| 1723 | | | 7727 GNETS Directors privileged attorney-client form.docx | GA05254195 |

| | | | | |
|---|---|---|---|---|
| 1724 | | | 0237 GNETS Directors privileged attorney-client form.docx | GA05254201 |
| 1725 | | | 1423 GNETS Directors privileged attorney-client form.docx | GA05254207 |
| 1726 | | | 4928 GNETS Directors privileged attorney-client form.docx | GA05254213 |
| 1727 | | | 9963 GNETS Directors privileged attorney-client form (00000002).docx | GA05254220 |
| 1728 | | | 0135 GNETS Directors privileged attorney-client form.docx | GA05254227 |
| 1729 | | | 8531 GNETS Directors privileged attorney-client form.docx | GA05254239 |
| 1730 | | | 2394 GNETS Directors privileged attorney-client form.docx | GA05254245 |
| 1731 | | | 8352 GNETS Directors privileged attorney-client form.docx | GA05254251 |
| 1732 | | | 1961 GNETS Directors privileged attorney-client form.docx | GA05254257 |
| 1733 | | | 4238 GNETS Directors privileged attorney-client form.docx | GA05254263 |
| 1734 | | | 4668 GNETS Directors privileged attorney-client form.docx | GA05254269 |
| 1735 | | | 7001GNETS Directors privileged attorney-client form.docx | GA05254275 |
| 1736 | | | 9448 GNETS Directors privileged attorney-client form.docx | GA05254281 |
| 1737 | | | 0392 GNETS Directors privileged attorney-client form.docx | GA05254288 |
| 1738 | | | 1348 GNETS Directors privileged attorney-client form.docx | GA05254294 |
| 1739 | | | 1749 GNETS Directors privileged attorney-client form.docx | GA05254300 |
| 1740 | | | 3812 GNETS Directors privileged attorney-client form.docx | GA05254306 |

| | | | |
|---|---|---|---|
| 1741 | | 9523 GNETS Directors privileged attorney-client form.docx | GA05254312 |
| 1742 | | 9764 GNETS Directors privileged attorney-client form.docx | GA05254318 |
| 1743 | | 2424 GNETS Directors privileged attorney-client form.docx | GA05254325 |
| 1744 | | 5506 GNETS Directors privileged attorney-client form.docx | GA05254331 |
| 1745 | | 7076 GNETS Directors privileged attorney-client form.docx | GA05254343 |
| 1746 | | Student 87-6907.docx | GA05254350 |
| 1747 | | Student 88-9507.docx | GA05254354 |
| 1748 | | Student 89-9692.docx | GA05254358 |
| 1749 | | Student 90-6193.docx | GA05254362 |
| 1750 | | Student 91-1285.docx | GA05254366 |
| 1751 | | B3-34.docx | GA05254477 |
| 1752 | | Cedarwood Student 7272.docx | GA05254528 |
| 1753 | | Student 103-8565.docx | GA05254584 |
| 1754 | | Student 104-6366.docx | GA05254588 |
| 1755 | | Student 105-8947.docx | GA05254592 |
| 1756 | | Student 106-1878.docx | GA05254596 |
| 1757 | | Student 107-5235.docx | GA05254600 |
| 1758 | | Student 110-6257.docx | GA05254605 |
| 1759 | | Student 111-9574.docx | GA05254609 |
| 1760 | | Student 112-0352.docx | GA05254613 |
| 1761 | | Student 113-1903.docx | GA05254617 |
| 1762 | | Student 114-0482.docx | GA05254621 |
| 1763 | | P█████D█████ALN.pdf | GA05254626 |
| 1764 | | Student 115-2392.docx | GA05254635 |
| 1765 | | Student 116-1536.docx | GA05254638 |
| 1766 | | Student 117-4619.docx | GA05254641 |
| 1767 | | Student 118-5372.docx | GA05254644 |
| 1768 | | Student 119-0313.docx | GA05254647 |
| 1769 | | Student 120-1534.docx | GA05254736 |
| 1770 | | Student 121-2187.docx | GA05254740 |
| 1771 | | Student 122-2624.docx | GA05254744 |

| 1772 | | | Student 123-3150.docx | GA05254748 |
|------|---|---|----------------------|------------|
| 1773 | | | Student 124-4762.docx | GA05254752 |
| 1774 | | | Student  125-2554.docx | GA05254945 |
| 1775 | | | Student  126-8828.docx | GA05254949 |
| 1776 | | | Student  127-5047.docx | GA05254953 |
| 1777 | | | Student  129-2833.docx | GA05254961 |
| 1778 | | | Student 130-8649.docx | GA05254969 |
| 1779 | | | Student 131-2642.docx | GA05254973 |
| 1780 | | | Student 132-7948.docx | GA05254977 |
| 1781 | | | Student 133-9927.docx | GA05254981 |
| 1782 | | | Student 134-8567.docx | GA05254985 |
| 1783 | | | Student 137-7508.docx | GA05256041 |
| 1784 | | | Student 138-2984.docx | GA05256045 |
| 1785 | | | Student 139-0362.docx | GA05256049 |
| 1786 | | | Student 140-9369.docx | GA05256053 |
| 1787 | | | Student 141-2792.docx | GA05256057 |
| 1788 | | | Student 147-5762.docx | GA05256124 |
| 1789 | | | Student 148-8708.docx | GA05256127 |
| 1790 | | | Student 149-3283.docx | GA05256130 |
| 1791 | | | Student 150-7335.docx | GA05256133 |
| 1792 | | | Student 151-5673.docx | GA05256136 |
| 1793 | | | Student 152-7942.docx | GA05256156 |
| 1794 | | | Student 153-8647.docx | GA05256159 |
| 1795 | | | Student 154-4227.docx | GA05256162 |
| 1796 | | | Student 155-9635.docx | GA05256165 |
| 1797 | | | Student 156-7103.docx | GA05256168 |
| 1798 | | | A█ M█ .docx | GA05256188 |
| 1799 | | | A█ M█ .docx | GA05256191 |
| 1800 | | | Student 158-7978.docx | GA05256269 |
| 1801 | | | Student 159-9145.docx | GA05256272 |
| 1802 | | | Student 160-4721.docx | GA05256275 |
| 1803 | | | Student 161-9414.docx | GA05256278 |
| 1804 | | | Student 164-3413Updated.docx | GA05256298 |
| 1805 | | | Student 167-2664.docx | GA05256321 |
| 1806 | | | Student 168-8639.docx | GA05256324 |
| 1807 | | | Student 171-6404.docx | GA05256333 |

| 1808 | | | Student 172-9164.docx | GA05256356 |
| 1809 | | | Student 173-1864.docx | GA05256359 |
| 1810 | | | Student 174-2202.docx | GA05256362 |
| 1811 | | | Student 175-3094.docx | GA05256365 |
| 1812 | | | Student 176-6679.docx | GA05256368 |
| 1813 | | | GNETS ATTorney Client October.pdf | GA05256372 |
| 1814 | | | Cedarwood Student 0131.docx | GA05256424 |
| 1815 | | | Cedarwood Student 2643.docx | GA05256436 |
| 1816 | | | Cedarwood Student 2828.docx | GA05256442 |
| 1817 | | | Cedarwood Student 2846.docx | GA05256445 |
| 1818 | | | Cedarwood Student 6752.docx | GA05256460 |
| 1819 | | | File Review - 3429.docx | GA05256486 |
| 1820 | | | Student 187-1301.docx | GA05256644 |
| 1821 | | | Student 188-8491.docx | GA05256647 |
| 1822 | | | Student 189-8163.docx | GA05256650 |
| 1823 | | | Student 190-9249.docx | GA05256653 |
| 1824 | | | Student 191-5462.docx | GA05256656 |
| 1825 | | | File Review - 8599.docx | GA05256663 |
| 1826 | | | File Review - 1764.docx | GA05256666 |
| 1827 | | | File Review - 5439.docx | GA05256669 |
| 1828 | | | Cedarwood Student 0627.docx | GA05256677 |
| 1829 | | | Cedarwood Student 1551.docx | GA05256680 |
| 1830 | | | Cedarwood Student 4971.docx | GA05256695 |
| 1831 | | | Cedarwood Student 5873.docx | GA05256701 |
| 1832 | | | Student 192-7789.docx | GA05256730 |
| 1833 | | | Student 193-7609.docx | GA05256733 |
| 1834 | | | Student 194-9211.docx | GA05256736 |
| 1835 | | | Student 195-0544.docx | GA05256739 |
| 1836 | | | student 196-4718.docx | GA05256742 |
| 1837 | | | Student 197-3215.docx | GA05256791 |
| 1838 | | | Student 198-8119.docx | GA05256794 |
| 1839 | | | Student 199-5477.docx | GA05256797 |
| 1840 | | | File Review - 1328.docx | GA05256807 |
| 1841 | | | File Review - 7609.docx | GA05256820 |
| 1842 | | | 0939 (1).docx | GA05256902 |

| 1843 | | | 1064.docx | GA05256905 |
| 1844 | | | 0000000034064EC826FF9E47A4 BBDFFD5C7CD13964692B00.MSG | GA05256953 |
| 1845 | | | File Review - 4997.docx | GA05257894 |
| 1846 | | | File Review - 9882.docx | GA05257897 |
| 1847 | | | File Review - 4833.docx | GA05257900 |
| 1848 | | | Brief Report Apex Y7 FINAL.pdf | GA05558490 |
| 1849 | | | Apex Y7 Annual Evaluation Slide Deck FINAL UPDATED.pdf | GA05558501 |
| 1850 | | | July MPR 2020.xlsx | GA05559718 |
| 1851 | | | June MPR 2021.xlsx | GA05559728 |
| 1852 | | | May MPR 2021.xlsx | GA05559729 |
| 1853 | | | Apex Y6 Exec Summary_FINAL.pdf | GA05559730 |
| 1854 | | | Apex Y6 Annual Evaluation Slide Deck_FINAL.pdf | GA05559744 |
| 1855 | | | _Student_Information_Checklist-2023-05-03_11_08_16.xlsx | GA05559838 |
| 1856 | | | Rog 13 May 2023.xlsx | GA05559839 |
| 1857 | | | 000000006D825B7B14EF114BBF 38C092633CCE09242A3C00.MSG (and attachments) | GA04307324 |
| 1858 | | | 00000000172E22985DF11540B47 247143EC6773744882E00.MSG (and attachment) | GA05203897 |
| 1859 | | | Attachment F, CRCT Comparison.pdf | GADOE001615 |
| 1860 | | | | GNET000381 |
| 1861 | | | M█ 200910.pdf | GNET036633 |
| 1862 | | | | GNET040287 |
| 1863 | | | # 9 Copy of 2021-2022 HLC EMPLOYEE HANDBOOK FINAL.docx | US0191524 |
| 1864 | | | # 2, 3, 5 and 12 - Cummulative Roster 2019-2021.pdf | US0197883 |

| | | | | |
|---|---|---|---|---|
| 1865 | | | Horizon Academy 11.22.zip?# 2, 3, 5 and 12 - Cummulative Roster 2019-2021.pdf | US0198751 |
| 1866 | | | Horizon Academy 11.22.zip?# 1, 3 and 4 - School-based GNETS Classroom_wi.pdf | US0199055 |
| 1867 | | | 21-22 GNETS Grant Application.pdf | US0200351 |
| 1868 | | | 2019-2020 MAINSTAY STUDENT DATA.xlsx | US0200397 |
| 1869 | | | 2020-2021 MAINSTAY STUDENT DATA.xlsx | US0200398 |
| 1870 | | | 2021-2022 MAINSTAY STUDENTS.xlsx | US0200399 |
| 1871 | | | Dalton Student Info Spreadsheet 2019-2020 (RR).xlsx | US0207445 |
| 1872 | | | Dalton Student Spreadsheet 2021-2022 (1) (6).xlsx | US0207447 |
| 1873 | | | NorthStar Handbook 21-22 Blue Ridge.docx | US0207620 |
| 1874 | | | GCPS GNETS ORR 9-13-2021.xlsx | US0212909 |
| 1875 | | | #1 - FY 21 NM GNETS Grant Application_06.30.20.doc | US0214596 |
| 1876 | | | #3 - FY 20 NM GNETS Combined Class List_05.31.20.xlsx | US0214754 |
| 1877 | | | #3 - FY 21 NM GNETS Class List_Combined_05.31.21.xlsx | US0214755 |
| 1878 | | | #3 - FY 22 Combined Class List_Aug_08.30.21.xlsx | US0214756 |
| 1879 | | | #4 - FY2022 GNETS FAQ.pdf | US0214757 |
| 1880 | | | #9 - FY 22 NM GNETS Staff Handbook.pdf | US0215799 |
| 1881 | | | #5 - GNETS Students.xlsx | US0216017 |
| 1882 | | | #1 - Grant Application 20-21.pdf | US0230502 |

| 1883 | | | #1 - Grant Application 21-22.pdf | US0230536 |
|------|--|--|----------------------------------|-----------|
| 1884 | | | GNETS of Oconee 2021 Grant Proposal (H423995x7AAC2).PDF | US0282553 |
| 1885 | | | (0001-0076) #1, 2, 3.pdf | US0282589 |
| 1886 | | | (0086-0108) - Student information #5.pdf | US0282674 |
| 1887 | | | 5 - 19-20 - Blakely Sites.xlsx | US0286790 |
| 1888 | | | 5 - 19-20 Merry Acres MS.xlsx | US0286791 |
| 1889 | | | 5 - 19-20 Oak Tree Elementary.xlsx | US0286792 |
| 1890 | | | 5 - 19-20 Westover HS.xlsx | US0286793 |
| 1891 | | | 5 - 20-21 - Blakely Sites.xlsx | US0286794 |
| 1892 | | | 5 - 20-21 - Merry Acres MS.xlsx | US0286795 |
| 1893 | | | 5 - 20-21 - Oak Tree Elementary.xlsx | US0286796 |
| 1894 | | | 5 - 20-21 - Westover HS.xlsx | US0286797 |
| 1895 | | | 5 - 21-22 - Merry Acres MS.xlsx | US0286798 |
| 1896 | | | 5 - 21-22 - Oak Tree Elementary.xlsx | US0286799 |
| 1897 | | | 5 - 21-22 - Westover HS.xlsx | US0286800 |
| 1898 | | | 5 - 21-22 Blakely Sites.xlsx | US0286801 |
| 1899 | | | 6-Professional Staff Information 19-20 (1).xlsx | US0286802 |
| 1900 | | | 6-Professional Staff Information 20-21 (1).xlsx | US0286803 |
| 1901 | | | 6-Professional Staff Information 21-22 (1).xlsx | US0286804 |
| 1902 | | | #13 - Con App 2020-2021.pdf | US0286993 |
| 1903 | | | #13 - Con App 2021-2022.pdf | US0287016 |
| 1904 | | | #5 Pathways Students by Year.xlsx | US0287633 |
| 1905 | | | 5-CGCA Excel 5 Studnet List with Supplemental data.xlsx | US0289568 |
| 1906 | | | _6 Avita Progress Monitoring Relating to ServicesOutcomes.pdf | US0043188 |
| 1907 | | | APR-FY21-R2.pdf | US0043281 |

| 1908 | | | APR-FY21-R5.pdf | US0043324 |
|------|--|--|-----------------|-----------|
| 1909 | | | APR-FY22-R2.pdf | US0043377 |
| 1910 | | | APR-FY22-R5.pdf | US0043441 |
| 1911 | | | DOJ Overview Exec Leadership Org Charts.pdf | US0043499 |
| 1912 | | | FY 21 Apex Contracts-Cover.pdf | US0043509 |
| 1913 | | | MPR-01-07-20-R5.pdf | US0043692 |
| 1914 | | | MPR-02-08-20-R5.pdf | US0044136 |
| 1915 | | | MPR-05-11-20-R2.pdf | US0046301 |
| 1916 | | | MPR-05-11-20-R5.pdf | US0046565 |
| 1917 | | | MPR-07-01-21-R5.pdf | US0047605 |
| 1918 | | | Strategic Plan FY20-22 Review.pdf | US0049246 |
| 1919 | | | Strategic Plan FY20-22 Final 2.pdf | US0049260 |
| 1920 | | | All CYF Consortium PowerPoint 8.21.20.pdf | US0049300 |
| 1921 | | | APEX Data YTD FY 20.xls | US0049425 |
| 1922 | | | APEX Programmatic Report 01.20.pdf | US0049520 |
| 1923 | | | APEX Programmatic Report 02.20.pdf | US0049522 |
| 1924 | | | APEX Programmatic Report 04.20.pdf | US0049524 |
| 1925 | | | APEX Programmatic Report 05.20.pdf | US0049527 |
| 1926 | | | Apex Programmatic Report 06.20.pdf | US0049531 |
| 1927 | | | Apex Programmatic Report 07.20.pdf | US0049537 |
| 1928 | | | APEX Programmatic Report 08.20.pdf | US0049540 |
| 1929 | | | Apex Programmatic Report 09.20.docx | US0049543 |
| 1930 | | | APEX programmatic report 10 19.pdf | US0049545 |

| 1931 | | | Apex Programmatic Report 10.20.docx | US0049547 |
|------|--|--|--|----------|
| 1932 | | | Apex Programmatic Report 10.20.pdf | US0049550 |
| 1933 | | | APEX programmatic report 7 19.pdf | US0049553 |
| 1934 | | | APEX Programmatic Report 8 19.pdf | US0049555 |
| 1935 | | | April 2022_Apex Programmatic Report.docx | US0049581 |
| 1936 | | | August 2021_Apex Programmatic Report.docx | US0049584 |
| 1937 | | | December 2021_Apex Programmatic Report.docx | US0049610 |
| 1938 | | | February 2022_Apex Programmatic Report.docx | US0049616 |
| 1939 | | | January 2022_Apex Programmatic Report.docx | US0049683 |
| 1940 | | | July 2021_Apex Programmatic Report.docx | US0049697 |
| 1941 | | | May 2022_Apex Programmatic Report.docx | US0049701 |
| 1942 | | | November 2021_Apex Programmatic Report.docx | US0049822 |
| 1943 | | | October 2021_Apex Programmatic Report.docx | US0049825 |
| 1944 | | | September 2021_Apex Programmatic Report.docx | US0049952 |
| 1945 | | | Pineland BHDD Progress Monitoring Relating to Services_Outcomes_0001.pdf | US0053350 |
| 1946 | | | 7 - youth and young adult quarterly July-Sept 2019 Programmatic (ASPIRE001478-ASPIRE001487).pdf | US0100753 |

| | | | | |
|---|---|---|---|---|
| 1947 | | | 13 - youth and young adult quarterly Oct-Dec 2019 Programmatic (ASPIRE001568-ASPIRE001577).pdf | US0100763 |
| 1948 | | | Apex Narrative- September  2019 (ASPIRE001200-ASPIRE001218).docx | US0100773 |
| 1949 | | | 10 - youth and young adult Quarterly Comparison Jul 2020-Sept 2020 Programmatic (ASPIRE003472-ASPIRE003481).pdf | US0100811 |
| 1950 | | | 12 - youth and young adult quarterly Jan-Mar 2020 Programmatic (ASPIRE003494-ASPIRE003504).pdf | US0100833 |
| 1951 | | | APEX Programmatic Report April 2021 (1) (ASPIRE001578).docx | US0100844 |
| 1952 | | | Aug 2020 Programmatic Report (ASPIRE001592-ASPIRE001594).pdf | US0100848 |
| 1953 | | | 2020_Apex Programmatic Report - Aspire JAN 2021 (ASPIRE001801).docx | US0100851 |
| 1954 | | | APEX Programmatic Report Feb 2021 (1) (ASPIRE001802-ASPIRE001804).docx | US0100854 |
| 1955 | | | LCES Feb 2021 error name w LPES (ASPIRE001865-ASPIRE001879).pdf | US0100860 |
| 1956 | | | 2020_Apex Programmatic Report - Aspire Jan 2021 (ASPIRE002045-ASPIRE002047).docx | US0100875 |
| 1957 | | | Apex Narrative- July 2020 (ASPIRE002280-ASPIRE002299).odt | US0100881 |

| | | | | |
|---|---|---|---|---|
| 1958 | | | Apex Narrative- July 2020 (ASPIRE002280-ASPIRE002299).pdf | US0100901 |
| 1959 | | | APEX Programmatic Report June 2021 (ASPIRE002512-ASPIRE002515).pdf | US0100937 |
| 1960 | | | APEX Programmatic Report March 2021 (ASPIRE002607-ASPIRE002610).pdf | US0100945 |
| 1961 | | | APEX Programmatic Report May 2021 (ASPIRE002611-ASPIRE002614).docx | US0100949 |
| 1962 | | | AMS Sept 2020Apex Reports (ASPIRE003061-ASPIRE003077).pdf | US0100969 |
| 1963 | | | Apex Narrative- September 2020 (ASPIRE003078-ASPIRE003097).pdf | US0101006 |
| 1964 | | | ECAS Sept 2020 Apex Report (ASPIRE003098-ASPIRE003114).pdf | US0101026 |
| 1965 | | | ECES Sept 2020 Apex Report (ASPIRE003115-ASPIRE003131).pdf | US0101043 |
| 1966 | | | ECHS Sept 2020 Apex Report (ASPIRE003132-ASPIRE003148).pdf | US0101060 |
| 1967 | | | ECMS Sept 2020 Apex Report (ASPIRE003149-ASPIRE003165).pdf | US0101077 |
| 1968 | | | KPS Sept 2020 Apex Report (ASPIRE003166-ASPIRE003182).pdf | US0101094 |
| 1969 | | | LCME Sept 2020 Apex Report (ASPIRE003183-ASPIRE003199).pdf | US0101111 |

| | | | | |
|---|---|---|---|---|
| 1970 | | | LCMW Sept 2020 Apex Report (ASPIRE003200-ASPIRE003216).pdf | US0101128 |
| 1971 | | | TLC Sept 2020 Apex Report (ASPIRE003234-ASPIRE003250).pdf | US0101162 |
| 1972 | | | WCES Sept 2020 Apex Reports (ASPIRE003251-ASPIRE003267).pdf | US0101179 |
| 1973 | | | WCPS Sept 2020 Apex Report (ASPIRE003302-ASPIRE003318).pdf | US0101196 |
| 1974 | | | Policy 930 - Nonviolent Practices - Seclusion and Restraint-signed (ASPIRE008666-ASPIRE008680).pdf | US0101523 |
| 1975 | | | Albany Area CSB  GA APEX Contract (ASPIRE008454-ASPIRE008479).pdf | US0101538 |
| 1976 | | | Albany FY21 GAP 3.0 160088 - signed (ASPIRE008481).pdf | US0101594 |
| 1977 | | | Apex 1.0 Executed (ASPIRE008482-ASPIRE008509).pdf | US0101625 |
| 1978 | | | FY 2023 Georgia Apex 1 Project (GAP) 44100-026-0000166345 - signed (ASPIRE008510).pdf | US0101653 |
| 1979 | | | Activity sheet APEX (ASPIRE008613-ASPIRE008615).pdf | US0101785 |
| 1980 | | | APEX STAFF CREDENTIALS (ASPIRE008616).xlsx | US0101788 |
| 1981 | | | C&A CANS Children (ASPIRE008681).pdf | US0101922 |
| 1982 | | | C&A CANS Core (ASPIRE008682).pdf | US0101924 |

| | | | | |
|---|---|---|---|---|
| 1983 | | | Progress Note and MSE (ASPIRE008684).pdf | US0101957 |
| 1984 | | | DeKalb Response 6072-6114.pdf | US0110792 |
| 1985 | | | R.F. Documents.pdf | US0306845 |
| 1986 | | | RQGNETS000005 (2019-2020 Student Enrollment Roster).xls | US0289618 |
| 1987 | | | RQGNETS000006 (2020-2021 Student Enrollment Roster).xls | US0289619 |
| 1988 | | | RQGNETS000007 (2021-2022 Student Enrollment Rosters).xls | US0289620 |
| 1989 | | | RQGNETS000024 (2021 Grant Application).pdf | US0289870 |
| 1990 | | | RQGNETS000025 (2022 Grant Application).pdf | US0289900 |
| 1991 | | | FY22 Fiscal Agent Assurance.pdf | US0295859 |
| 1992 | | | FY 19-20 Clayton Class List.XLSX | US0301326 |
| 1993 | | | FY 19-20 Fulton Class List.XLSX | US0301327 |
| 1994 | | | FY 19-20 Henry Class List.XLSX | US0301328 |
| 1995 | | | FY 20-21 Clayton Class List.XLSX | US0301329 |
| 1996 | | | FY 20-21 Henry Class List.XLSX | US0301330 |
| 1997 | | | FY19-20 Fulton SouthMetro GNETS Class Lists (1).XLSX | US0301331 |
| 1998 | | | smp.grant.app.fy19.doc | US0301492 |
| 1999 | | | 000000001990933EF85C654E9F041DA0B45E64B6C4332200.MSG | US0011498 |
| 2000 | | | 000000001990933EF85C654E9F041DA0B45E64B6A4382200.MSG | US0011502 |
| 2001 | | | 000000001990933EF85C654E9F041DA0B45E64B604782200.MSG | US0011511 |

| | | | | |
|---|---|---|---|---|
| 2002 | | | 00000000900B61EE7E4E124799D61759BE2FE47024522100.MSG | US0011525 |
| 2003 | | | 00000000900B61EE7E4E124799D61759BE2FE470C4562100.MSG | US0011538 |
| 2004 | | | 00000000900B61EE7E4E124799D61759BE2FE470E4572100.MSG | US0011549 |
| 2005 | | | Memo to DOJ on Autism and GNETS.docx | US0011550 |
| 2006 | | | 00000000900B61EE7E4E124799D61759BE2FE470045A2100.MSG | US0011559 |
| 2007 | | | 00000000900B61EE7E4E124799D61759BE2FE470445B2100.MSG | US0011566 |
| 2008 | | | 00000000900B61EE7E4E124799D61759BE2FE470845B2100.MSG | US0011568 |
| 2009 | | | 00000000900B61EE7E4E124799D61759BE2FE470E4662100.MSG | US0011610 |
| 2010 | | | 00000000900B61EE7E4E124799D61759BE2FE470046A2100.MSG | US0011614 |
| 2011 | | | 00000000900B61EE7E4E124799D61759BE2FE470E4842100.MSG (and attachments) | US0011642 |
| 2012 | | | 00000000900B61EE7E4E124799D61759BE2FE470E4302300.MSG | US0011661 |
| 2013 | | | 00000000F839CD900D07EF4CA5B9D5F5354D728C64E72000.MSG | US0011665 |

| | | | | |
|---|---|---|---|---|
| 2014 | | | 00000000C15E0A3D6214BC479C15B9866BB392E9C4D32800.MSG (and attachment) | US0011714 |
| 2015 | | | 00000000C15E0A3D6214BC479C15B9866BB392E944062200.MSG (and attachments) | US0011740 |
| 2016 | | | 0000000053186C24A9A47A42A6D3FD8C4E5D37B084EE3E00.MSG | US0011980 |
| 2017 | | | 0000000053186C24A9A47A42A6D3FD8C4E5D37B0643F3F00.MSG | US0011995 |
| 2018 | | | 0000000053186C24A9A47A42A6D3FD8C4E5D37B004713200.MSG (and attachments) | US0012042 |
| 2019 | | | 0000000024A43C8F80A234449FAD4D79A5491D5344D33000.MSG | US0012117 |
| 2020 | | | 00000000866671F07E943B4DB838BB25A4E81F00E4E02400.MSG | US0012243 |
| 2021 | | | 00000000866671F07E943B4DB838BB25A4E81F0064262D00.MSG | US0012247 |
| 2022 | | | 000000007C1283C65B21F24BA4642A3A2F68F13384432B00.MSG | US0012366 |
| 2023 | | | 000000007C1283C65B21F24BA4642A3A2F68F133E43F2700.MSG (and attachments) | US0012606 |
| 2024 | | | 000000007C1283C65B21F24BA4642A3A2F68F133C45C2B00.MSG | US0012673 |
| 2025 | | | 000000007C1283C65B21F24BA4642A3A2F68F133248D2B00.MSG | US0012687 |

| | | | |
|---|---|---|---|
| 2026 | | | 000000007C1283C65B21F24BA4 642A3A2F68F133A40A2C00.MS G | US0012763 |
| 2027 | | | DeKalb Response 6115-6199.pdf | US0315290 |
| 2028 | | | R0020685 MG00036 - APR SY 2022.pdf | US0317199 |
| 2029 | | | R0022900 MG000845 MPR data for October 2021.pdf | US0317264 |
| 2030 | | | DBHDD Comprehensive Community Provider (CCP) ...pdf | US0317901 |
| 2031 | | | R0026176 MPR MG 002079-2453 Reduced Size.pdf | US0317909 |
| 2032 | | | [EXTERNAL] RE_ GNETS_ data clarification.msg | US0320018 |
| 2033 | | | April 25, 2023 Correspondence Response to DOJ regarding April 21 Letter.pdf | US0320119 |
| 2034 | | | 2023.03.10 Omnibus Discovery Ltr to State.pdf | US0320132 |
| 2035 | | | FY21 GA APEX Expansion  2.0 View Point - signed_05_11_21.pdf | US0122077 |
| 2036 | | | FY22 View Point GAP 2.0 - signed_05.20.22.pdf | US0122083 |
| 2037 | | | ViewPoint FY22 GAP 3#1 - signed.pdf | US0122128 |
| 2038 | | | VPH FY21 GA Apex Project 1.0 (GAP) - 081820.pdf | US0122142 |
| 2039 | | | VPH FY21 GA Apex Project 3.0 (GAP) - 01222021.pdf | US0122172 |
| 2040 | | | VPH_APEX 2.0 Invoices_FY21.pdf | US0122202 |
| 2041 | | | VPH_Georgia Apex_07.01.20 - 06.30.21.pdf | US0122214 |
| 2042 | | | VPH_Georgia APEX_07.01.21 - 06.30.222.pdf | US0122238 |

| | | | | |
|---|---|---|---|---|
| 2043 | | | Viewpoint Health Apex 2.0 Budget and Invoice Template FY22_Jun_2022 ver 2.pdf | US0122266 |
| 2044 | | | ViewPoint Health 3.0 MAY_2022.pdf | US0122286 |
| 2045 | | | Conyers May 2021.pdf | US0122381 |
| 2046 | | | Feb 2021_Apex Programmatic Report - Updated. VPH 2.0.docx | US0122396 |
| 2047 | | | Jan 2021_Apex Programmatic Report - Updated. VPH 2.0.docx | US0122400 |
| 2048 | | | July 2020_Apex Programmatic Report - Updated. VPH 2.0.docx | US0122404 |
| 2049 | | | June 2021_Apex Programmatic Report - Updated. VPH 2.0.docx | US0122408 |
| 2050 | | | Mar 2021_Apex Programmatic Report - Updated. VPH 2.0.docx | US0122412 |
| 2051 | | | May 2020_Apex Programmatic Report - Updated. VPH 2.0.docx | US0122416 |
| 2052 | | | Nov 2020_Apex Programmatic Report - Updated. VPH 2.0.docx | US0122420 |
| 2053 | | | Oct 2020_Apex Programmatic Report - Updated. VPH 2.0.docx | US0122424 |
| 2054 | | | Sept 2020_Apex Programmatic Report - Updated. VPH 2.0.docx | US0122428 |
| 2055 | | | Apex Programmatic Report 1.0 21 Dec.docx | US0122432 |
| 2056 | | | Apex Programmatic Report 1.0 21 Nov.docx | US0122436 |
| 2057 | | | Apex Programmatic Report 1.0 21 Oct.docx | US0122440 |
| 2058 | | | Apex Programmatic Report 1.0 21 Sept.docx | US0122459 |
| 2059 | | | Apex Programmatic Report 1.0 22 Apr.docx | US0122463 |
| 2060 | | | year end 2020-2021 ATL.pdf | US0122548 |
| 2061 | | | year end 2020-2021 VPH.pdf | US0122558 |

| 2062 | | | YEAR END VPH 2022.pdf | US0122568 |
|---|---|---|---|---|
| 2063 | | | YEAR END VPH ATL 2022.pdf | US0122575 |
| 2064 | | | Berkmar.pdf | US0132110 |
| 2065 | | | Apr 2021_Apex Programmatic Report - Updated. VPH 1_0.docx | US0132402 |
| 2066 | | | June 2021_Apex Programmatic Report - Updated. VPH 1_0.docx | US0132426 |
| 2067 | | | Dec 2020_Apex Programmatic Report - Updated. VPH 2.0.docx | US0132458 |
| 2068 | | | VPH Assessments Screenings Billables -Y6 AND Y7.xlsx | US0132471 |
| 2069 | | | VPH Assessments Screenings Billables -Y6 AND Y7.xlsx | US0132515 |
| 2070 | | | Protocols_tools for monitoring social-behavioral-emotional functioning and progress.pdf | US0132517 |
| 2071 | | | VPH Aggregate Data - Outcomes Tools.xlsx | US0132555 |
| 2072 | | | Selected documents produced by Burwell in response to subpoena | US0134823-US0142642, US0303495-US0303523 |
| 2073 | | | Selected documents produced by Cedarwood in response to subpoena | US0142643-US0144882 |

| | | | | |
|---|---|---|---|---|
| | | | Selected documents produced by CGCA in response to subpoena | US0132556-US0134822, US0144883-US0144947, US0150025-US0150053, US0153606-US0153616, US0191113-US0191118, US0199814-US0200248, US0203235-US0203243, US0289458-US0289586, US0289596-US0289605, US0300883-US0300890, US0301575-US0301712, US0303489-US0303494 |
| 2074 | | | | |
| 2075 | | | Selected documents produced by Coastal Academy in response to subpoena | US0144948-US0149192 |
| 2076 | | | Selected documents produced by Dekalb-Rockdale in response to subpoena | US0149193-US0150024 |
| 2077 | | | Selected Documents produced by Elam Alexander in response to subpoena | US0150054-US0153605, US0289410-US0289457, US0289587-US0289595 |

| | | | | |
|---|---|---|---|---|
| 2078 | | | Selected documents produced by Flint Area Learning in response to subpoena | US0153617-US0164967 |
| 2079 | | | Selected documents produced by Futures in response to subpoena | US0164968-US0191112 |
| 2080 | | | Selected documents produced by GNETS of Oconee in response to subpoena | US0239596-US0282588 |
| 2081 | | | Selected documents produced by H.A.V.E.N. in response to subpoena | US0193871-US0197672 |
| 2082 | | | Selected documents produced by Harrell in response to subpoena | US0191119-US0193870 |
| 2083 | | | Selected documents produced by Heartland Academy in response to subpoena | US0197673-US0197881 |
| 2084 | | | Selected documents produced by Horizon in response to subpoena | US0197882-US0199813 |
| 2085 | | | Selected documents produced by Mainstay in response to subpoena | US0200249-US0203234 |
| 2086 | | | Selected documents produced by North Metro in response to subpoena | US0210281-US0215996 |
| 2087 | | | Selected documents produced by Northstar in response to subpoena | US0203244-US0210280 |
| 2088 | | | Selected documents produced by Northwest Georgia Educational Program in response to subpoena | US0215997-US0239595 |
| 2089 | | | Selected documents produced by Oak Tree GNETS in response to subpoena | US0282589-US0286804 |
| 2090 | | | Selected documents produced by Pathways GNETS in response to subpoena | US0286805-US0289409 |

| | | | | |
|---|---|---|---|---|
| 2091 | | | Selected documents produced by River Quest GNETS in response to subpoena | US0289606-US0295133 |
| 2092 | | | Selected documents produced by Rutland GNETS in response to subpoena | US0295134-US0298068 |
| 2093 | | | Selected documents produced by Sand Hills GNETS in response to subpoena | US0298069-US0300882 |
| 2094 | | | Selected documents produced by South Metro GNETS in response to subpoena | US0300891-US0301574 |
| 2095 | | | Selected documents produced by Woodall GNETS Program in response to subpoena | US0301713-US0303488 |
| 2096 | | | Compendium of Photographs Taken by Dr. Amy McCart at Oak Tree GNETS Program and any related general education facilities | |
| 2097 | | | Compendium of Photographs Taken by Dr. Amy McCart at Woodall GNETS Program and any related general education facilities | |
| 2098 | | | Compendium of Photographs Taken by Dr. Amy McCart at Elam Alexander GNETS Academy and any related general education facilities | |
| 2099 | | | Compendium of Photographs Taken by Dr. Amy McCart at South Metro GNETS Program and any related general education facilities | |

| | | | | |
|---|---|---|---|---|
| 2100 | | | Compendium of Photographs Taken by Dr. Amy McCart at Coastal Georgia Comprehensive Academy and any related general education facilities | |
| 2101 | | | Compendium of Photographs Taken by Dr. Amy McCart at Rutland GNETS Center and any related general education facilities | |
| 2102 | | | Compendium of Photographs Taken by Dr. Amy McCart at DeKalb-Rockdale GNETS Program and any related general education facilities | |
| 2103 | | | Compendium of Photographs Taken by Dr. Amy McCart at Oconee GNETS Program and any related general education facilities | |
| 2104 | | | Compendium of Photographs Taken by Dr. Amy McCart at Futures GNETS Program and any related general education facilities | |
| 2105 | | | Compendium of Photographs Taken by Dr. Amy McCart at HAVEN Academy GNETS and any related general education facilities | |
| 2106 | | | Compendium of Photographs Taken by Dr. Amy McCart at Cedarwood GNETS and any related general education facilities | |
| 2107 | | | Compendium of Photographs Taken by Dr. Amy McCart at Coastal Academy GNETS and any related general education facilities | |

| | | | | |
|---|---|---|---|---|
| 2108 | | | Compendium of Photographs Taken by Dr. Amy McCart at Pathways GNETS and any related general education facilities | |
| 2109 | | | Compendium of Photographs Taken by Dr. Amy McCart at Horizon GNETS and any related general education facilities | |
| 2110 | | | Compendium of Photographs Taken by Dr. Amy McCart at Flint Area GNETS and any related general education facilities | |
| 2111 | | | Compendium of Photographs Taken by Dr. Amy McCart at Northwest GNETS and any related general education facilities | |
| 2112 | | | Compendium of Photographs Taken by Dr. Amy McCart at North Metro GNETS and any related general education facilities | |
| 2113 | | | Compendium of Photographs Taken by Dr. Amy McCart at South Metro GNETS Program and any related general education facilities | |
| 2114 | | | Compendium of Photographs Taken by Dr. Amy McCart at Sand Hills GNETS and any related general education facilities | |
| 2115 | | | Compendium of Photographs Taken by Dr. Amy McCart at NorthStar GNETS and any related general education facilities | |
| 2116 | | | FY 2023 DBHDD Provider Manual for Community Behavioral Health Providers for Quarters 1-4 | |

| | | | | |
|---|---|---|---|---|
| 2117 | | | FY 2022 DBHDD Provider Manual for Community Behavioral Health Providers for Quarters 1-4 | |
| 2118 | | | FY 2021 DBHDD Provider Manual for Community Behavioral Health Providers for Quarters 1-4 | |
| 2119 | | | FY 2020 DBHDD Provider Manual for Community Behavioral Health Providers for Quarters 1-4 | |
| 2120 | | | FY 2019 DBHDD Provider Manual for Community Behavioral Health Providers for Quarters 1-4 | |
| 2121 | | | FY 2018 DBHDD Provider Manual for Community Behavioral Health Providers for Quarters 1-4 | |
| 2122 | | | FY 2017 DBHDD Provider Manual for Community Behavioral Health Providers for Quarters 1-4 | |
| 2123 | | | FY 2016 DBHDD Provider Manual for Community Behavioral Health Providers for Quarter 4 | |
| 2124 | | | 2014 Georgia Community Mental Health Services Block Grant Application | |
| 2125 | | | 2015 Georgia Community Mental Health Services Block Grant Application | |
| 2126 | | | 2016 Georgia Community Mental Health Services Block Grant Application | |
| 2127 | | | 2019 Georgia Community Mental Health Services Block Grant Application | |
| 2128 | | | 2021 Georgia Community Mental Health Services Block Grant Application | |

| | | | | |
|---|---|---|---|---|
| 2129 | | | Defendant's Responses to Plaintiff's First Set of Interrogatories | |
| 2130 | | | Defendant's Objections and Responses to Plaintiff's Second Set of Interrogatories | |
| 2131 | | | Defendant's Objections and Responses to Plaintiff's Third Set of Interrogatories | |
| 2132 | | | Defendant's Interrogatory Verifications | |
| 2133 | | | Defendant's Objections and Responses to Plaintiff's First Request for Production of Documents | |
| 2134 | | | Defendant's Objections and Responses to Plaintiff's Second Request for Production of Documents | |
| 2135 | | | Defendant's Objections and Responses to Plaintiff's Third Request for Production of Documents | |
| 2136 | | | Defendant's Objections and Responses to Plaintiff's Fourth Request for Production of Documents | |
| 2137 | | | Defendant's Objections and Responses to Plaintiff's Fifth Request for Production of Documents | |
| 2138 | | | Oct. 12, 2020 Discovery Letter from J. Saul re: United States of America v. Georgia, Civil Action No. 1:16-cv-03088-ELR, Northern District of Georgia | |

| | | | | |
|---|---|---|---|---|
| 2139 | | | Dec. 7, 2020 Discovery Letter from A. Ross re: United States of America v. Georgia, Civil Action File No. 1:16-cv-03088-ELR, Northern District of Georgia | |
| 2140 | | | Dec. 11, 2020 Discovery Letter from J. Saul re: United States of America v. Georgia, Civil Action No. 1:16-cv-03088-ELR, Northern District of Georgia | |
| 2141 | | | Jan. 25, 2021 Discovery Letter from A. Ross re: United States of America v. Georgia, Civil Action File No. 1:16-CV-03088-ELR, ND Georgia | |
| 2142 | | | Apr. 22, 2021 Discovery Letter from J. Belinfante re: U.S. District Court, Northern District of Georgia, Civil Action File No. 1:16-CV-03088-ELR, United States of America v. State of Georgia | |
| 2143 | | | April 28, 2021 Discovery Letter from J. Saul re: United States of America v. Georgia, Civil Action No. 1:16-cv-03088-ELR, Northern District of Georgia | |
| 2144 | | | May 6, 2021 Discovery Letter from A. Ross re: United States of America v. Georgia, Civil Action File No. 1:16-CV-03088-ELR, Northern District of Georgia | |

| | | | | |
|---|---|---|---|---|
| 2145 | | | June 1, 2021 Discovery Letter from J. Saul re: United States of America v. Georgia, Civil Action No. 1:16-cv-03088-ELR, Northern District of Georgia | |
| 2146 | | | June 17, 2021 Discovery Letter from J. Belinfante re: United States of America v. Georgia, U.S. District Court, Northern District of Georgia, Civil Action File No. 1:16-CV-03088-ELR | |
| 2147 | | | Aug. 23, 2021 Discovery Email from M. Johnson re: GNETS I - interrogatory 13 and location listing | |
| 2148 | | | Sept. 1, 2021 Discovery Letter from A. Ross re: United States of America v. Georgia, Civil Action File No. 1:16-CV-03088-ELR, Northern District of Georgia | |
| 2149 | | | Apr. 21, 2023 Discovery Letter from J. Belinfante re: United States of America v. State of Georgia, No. 1:16-CV-03088-ELR (N.D. Ga.) DOJ Letters Dated March 10 and 24, 2023 | |
| 2150 | | | Apr. 27, 2023 Discovery Letter from K. Gardner to J. Belinfante | |

| | | | | |
|---|---|---|---|---|
| 2151 | | | May 5, 2023 Discovery Letter from M. Johnson re: United States of America v. Georgia, Northern District of Georgia<br>Civil Action No. 1:16-cv-03088-ELR,<br>REPRODUCTION AND NOTICE OF RECALL OF INADVERTENTLY PRODUCED DOCUMENTS | |
| 2152 | | | U.S. Dept. of Education August 1, 2016 Dear Colleague Letter | |
| 2153 | | | April 5, 2023 Joint Stipulation re: Nakeba Rahming | |
| 2154 | | | GaDOE, Georgia Milestones Assessment System, https://gadoe.org/assessment-accountability/georgia-milestones/ | |
| 2155 | | | GaDOE, Georgia Alternate Assessment 2.0, https://gadoe.org/assessment-accountability/gaa-2-0/ | |
| 2156 | | | Ask DOE - Schools and Districts | |
| 2157 | | | Georgia Department of Community Health's Peach Care for Kids website | |
| 2158 | | | Governor's Office of Planning & Budget, Budget Process | |
| 2159 | | | GA DBHDD, Hospital Services, https://dbhdd.georgia.gov/be-caring | |

| | | | | |
|---|---|---|---|---|
| 2160 | | | The Kaiser Family Foundation: The Kaiser Commission on Medicaid and the Uninsured, "5 Key Questions About Medicaid and Its Role in State/Federal Budgets and Health Reform," https://www.kff.org/wp-content/uploads/2013/01/8139-02.pdf (last accessed November 27, 2023) | |
| 2161 | | | Georgia Department of Community Health, Medicaid Managed Care, https://dch.georgia.gov/medicaid-managed-care (last accessed Nov. 27, 2023) | |
| 2162 | | | Federal Medical Assistance Percentage (FMAP) for Medicaid and Multiplier, KFF | |
| 2163 | | | K-12 Student Discipline Dashboard, State of Georgia Governor's Office of Student Achievement, available at https://public.gosa.ga.gov/noauth/extensions/ DisciplineDASHV1/DisciplineDASHV1.ht | |
| 2164 | | | Student Discipline, Georgia Department of Education, available at https://www.gadoe.org/wholechild/Pages/Student-Discipline.aspx | |

| | | | | |
|---|---|---|---|---|
| 2165 | | | Mindworks Georgia, "Our Funding Framework for Children: Understanding How We Measure Spending Across Georgia's Behavioral Health System of Care," https://mindworksga.org/download/funding-framework-report | |
| 2166 | | | DCH Community Behavioral Health Rehabilitation Services | |
| 2167 | | | Positive Behavioral Interventions and Supports | |
| 2168 | | | Georgia Department of Education, Health and Physical Education Program: https://www.gadoe.org/Curriculum-Instruction-and-Assessment/Curriculum-and-Instruction/Documents/New%20Curriculum%20Directors/Health-Physical%20Education%20Summary.pdf#:~:text=Each%20school%20containing%20any%20grade%20K-5%20shall%20provide,unit%20of%20credit%20in%20health%20and%20physical%20education | |
| 2169 | | | The MindSet Safety Management website, available at https://mindsetinstructortraining.com/mindset-faq/ | |

| | | | | |
|---|---|---|---|---|
| 2170 | | | Nonviolent Crisis Intervention, CPI (2010), Georgia Department of Education Rule 160-5-1-.35 Seclusion and Restraint for all Students; Correlation to Nonviolent Crisis Intervention Training (2010), available at: https://www.crisisprevention.com/ CPI/media/Media/Resources/align ments/10-CPI-LEG-017_Georgia_DOE_Alignment.pdf | |
| 2171 | | | 6 key takeaways from The State of School Transportation 2022 Report. (n.d.). Hop Skip Drive. https://www.hopskipdrive.com/blo g/6-key-takeaways-from-the-state-of-schooltransportation-2022-report | |
| 2172 | | | https://gaawards.gosa.ga.gov/analyt ics/K12ReportCard | |
| 2173 | | | https://gaawards.gosa.ga.gov/analyt ics/saw.dll?dashboard | |
| 2174 | | | Federal Medical Assistance Percentage (FMAP) for Medicaid and Multiplier, KFF, Exhibit 4, Opp'n to Mot. for Summ. J. | |
| 2175 | | | SAMHSA's July 1, 2019 "Guidance to States and School Systems on Addressing Mental Health and Substance Use Issues in Schools" *available at* https://www.medicaid.gov/sites/def ault/files/Federal-Policy-Guidance/Downloads/cib20190701 .pdf | |

| | | | | |
|---|---|---|---|---|
| 2176 | | | Supporting Child and Student Social, Emotional, Behavioral, and Mental Health Needs, US Department of Education, *available at* https://www2.ed.gov/documents/students/supporting-child-student-social-emotional-behavioral-mental-health.pdf | |
| 2177 | | | Center on PBIS. (January 2023), PBIS State Systems Fidelity Inventory (SSFI). University of Oregon, *available at* https://cdn.prod.website-files.com/5d3725188825e071f1670246/63cb13b8d7632e16ad2b72a9_PBIS%20State%20Systems%20Fidelity%20Inventory%20(SSFI).pdf | |
| 2178 | | | GaDOE Comprehensive Needs Assessment, 2022-2023 District Report, Lee County, *available at* https://resources.finalsite.net/images/v1667996379/leek12gaus/p345mvsralaudt5yhgk2/Consolidated_LEA_PLAN_FY2023.pdf | |

| | | | | |
|---|---|---|---|---|
| | | | Positive, Proactive, Approaches to Supporting Children with Disabilities: A Guide for Stakeholders, US Department of Education, Office of Special Education and Rehabilitative Services, July 19, 2022, *available at* https://sites.ed.gov/idea/files/guide-positive-proactive-approaches-to-supporting-children-with-disabilities.pdf | |
| 2179 | | | | |
| 2180 | | | GNETS Letter of Findings, *available at* https://www.justice.gov/sites/default/files/crt/legacy/2015/07/15/gnetslof.pdf | |
| 2181 | | | GACSB_CSB_Map_090122, revised Sept. 1, 2022, *available at* https://www.gacsb.org/assets/site/GACSB_CSB_Map_090122%20Final.pdf | |
| 2182 | | | GACSB Network Coverage by County Map and Georgia Association of Community Service Boards Leadership Directory July 2022, Georgia Association of Community Service Boards, revised July 1, 2022, *available at* https://www.gacsb.org/assets/images/GACSB_CSB_Map_070122.pdf | |

| | | | | |
|---|---|---|---|---|
| 2183 | | | Positive Behavioral Interventions and Supports, Georgia Department of Education, Exhibit 54 to Opp'n to Mot. for Summ. J. | |
| 2184 | | | Biden-Harris Administration Announces Nearly $100 Million in Continued Support for Mental Health and Student Wellness Through Bipartisan Safer Communities Act," U.S. Department of Education, *available at* https://www.ed.gov/about/news/press-release/biden-harris-administration-announces-nearly-100-million-in-continued-support-for-mental-health-and-student-wellness-through-bipartisan-safer-communities-act | |
| 2185 | | | https://www.ed.gov/about/news/press-release/us-department-of-education-approves-georgias-plan-use-of-american-rescue#:~:text=Today%2C%20the%20U.S.%20Department%20of%20Education%20%28Department%29%20announced,and%20distributed%20remaining%20ARP%20ESSER%20funds%20to%20them. | |

| | | | | |
|---|---|---|---|---|
| 2186 | | | 2021: The State of Mental Health in America, Mental Health America, *available at* https://mhanational.org/sites/default/files/2021%20State%20of%20Mental%20Health%20in%20America_0.pdf | |
| 2187 | | | Ga. Code Ann., § 37-2-6, Community service boards | |
| 2188 | | | Medicaid: Putting Georgia Children on a Path to Success, *available at* https://downloads.aap.org/AAP/PDF/CHIP%20Fact%20Sheets/GeorgiaSnapshot2019.pdf | |
| 2189 | | | Medicaid Managed Care Penetration Rates by Eligibility Group, *available at* https://www.kff.org/medicaid/state-indicator/managed-care-penetration-rates-by-eligibility-group/ | |
| 2190 | | | Georgia: 2019 CHIP Fact Sheet, *available at* https://www.nashp.org//wp-content/uploads/2019/12/2019CHIPFactSheet_Georgia_Final.pdf | |
| 2191 | | | Key CHIP Design Features, Jan. 11, 2021, *available at* https://www.macpac.gov/subtopic/key-design-features/ | |

| | | | | |
|---|---|---|---|---|
| 2192 | | | Progress in Children's Coverage Continued to Stall Out in 2018, Oct. 2020 (corrected Oct. 2020, Jan. 2021, and July 2021) *available at* https://www.urban.org/sites/default/files/publication/102983/progress-in-childrens-coverage-continued-to-stall-out-in-2018_0.pdf | |
| 2193 | | | Supporting Children's Mental Health in Georgia Schools, Voices for Georgia's Children, June 2020, *available at* https://www.georgiavoices.org/_files/ugd/024d26_b8e64d4981fb40908bb737dd767eabc4.pdf | |
| 2194 | | | Robert Putnam et al., Cost-Efficacy Analysis of Out-Of-District Special Education Placements: An Evaluative Measure of Behavior Support Intervention in Public Schools (2002) | |
| 2195 | | | Holt et al., Paths Toward Sustainable State and County Systems of Care, 48 J. Behavioral Health Services Research (2021) | |
| 2196 | | | Deposition Transcript of Amber McCollum, dated 11/9/2022 | |
| 2197 | | | Deposition Transcript of Ann DiGirolamo, dated 7/28/2022 | |
| 2198 | | | Deposition Transcript of Brian Dowd, dated 6/23/2022 | |
| 2199 | | | Deposition Transcript of Brooke Cole, dated 10/27/2022 | |

| | | | | |
|---|---|---|---|---|
| 2200 | | | Deposition Transcript of Cassandra Holifield, dated 12/1/2022 | |
| 2201 | | | Deposition Transcript of Celest Ngeve, dated 7/15/2022 | |
| 2202 | | | Deposition Transcript of Clara Keith Brown, dated 6/7/2022 | |
| 2203 | | | Deposition Transcript of Dante McKay, dated 1/27/2022 | |
| 2204 | | | Deposition Transcript of David Ackerman, dated 8/31/2022 | |
| 2205 | | | Deposition Transcript of Deborah Gay, dated 7/27/2022 | |
| 2206 | | | Deposition Transcript of Derrick Gilchrist, dated 9/29/2022 | |
| 2207 | | | Deposition Transcript of Dimple Desai, dated 3/29/2022 | |
| 2208 | | | Deposition Transcript of Fabio van der Merwe, dated 1/9/23 | |
| 2209 | | | Deposition Transcript of Frank Berry, dated 7/29/2022 | |
| 2210 | | | Deposition Transcript of Garry McGiboney, dated 6/8/2022 | |
| 2211 | | | Deposition Transcript of Geronald Bell, dated 1/9/2023 | |
| 2212 | | | Deposition Transcript of Haley Livingston, dated 1/30/2023 | |
| 2213 | | | Deposition Transcript of Jacqueline Neal, dated 1/19/2023 | |
| 2214 | | | Deposition Transcript of James Theodore Beck, dated 1/27/2023 | |
| 2215 | | | Deposition Transcript of Janel Allen, dated 1/9/23 | |
| 2216 | | | Deposition Transcript of Jason Byars, dated 12/2/2022 | |

| | | | |
|---|---|---|---|
| 2217 | | Deposition Transcript of Jennifer Hibbard, dated 10/20/2022 | |
| 2218 | | Deposition Transcript of John Quesenberry, dated 3/28/2022 | |
| 2219 | | Deposition Transcript of Judith Fitzgerald, dated 8/16/2022 | |
| 2220 | | Deposition Transcript of Lakesha Stevenson, dated 9/22/2022 | |
| 2221 | | Deposition Transcript of Larry Winter, dated 11/30/2022 | |
| 2222 | | Deposition Transcript of Layla Fitzgerald, dated 6/24/2022 | |
| 2223 | | Deposition Transcript of Lisa Futch, dated 10/25/2022 | |
| 2224 | | Deposition Transcript of Lisa Oosterveen, dated 2/23/2023 | |
| 2225 | | Deposition Transcript of Marnie Braswell, dated 1/26/2023 | |
| 2226 | | Deposition Transcript of Michael Rowland, dated 6/9/2022 | |
| 2227 | | Deposition Transcript of Monica Johnson, dated 3/2/2023 | |
| 2228 | | Deposition Transcript of Patricia Wolf, dated 10/6/2022 | |
| 2229 | | Deposition Transcript of Samuel (Chad) Jones, dated 10/21/2022 | |
| 2230 | | Deposition Transcript of Samuel Clemons, Sr. dated 12/15/2022 | |
| 2231 | | Deposition Transcript of Sonia Shaun Owen, dated 12/12/2022 | |
| 2232 | | Deposition Transcript of Stephanie Pearson, dated 3/28/2022 | |
| 2233 | | Deposition Transcript of Susan McLaren, dated 7/28/2022 | |

| | | | | |
|---|---|---|---|---|
| 2234 | | | Deposition Transcript of Talithia Newsome, dated 7/12/2022 | |
| 2235 | | | Deposition Transcript of Vickie Cleveland, dated 8/17/2022 | |
| 2236 | | | Deposition Transcript of Wendy Tiegreen, dated 6/21/2022 | |
| 2237 | | | Deposition Transcript of Whitney Braddock, dated 7/18/2022 | |
| 2238 | | | Deposition Transcript of William Matthew Jones, dated 1/10/2023 | |
| 2239 | | | Deposition Transcript of Wina Low, dated 2/28/2023 | |
| 2240 | | | Deposition Transcript of Zelphine Smith Dixon, dated 7/26/2022 | |
| 2241 | | | 30(b)(6) Deposition Transcript of Dante McKay, dated 3/9/2023 | |
| 2242 | | | 30(b)(6) Deposition Transcript of Justin Hill, dated 3/6/2023 | |
| 2243 | | | 30(b)(6) Deposition Transcript of Nicholas Handville, dated 3/6/2023 | |
| 2244 | | | 30(b)(6) Deposition Transcript of Rusk Roam, Jr., dated 3/6/2023 | |
| 2245 | | | 30(b)(6) Deposition Transcript of Tiffany Taylor, dated 3/6/2023 | |

## Learned Treatises

Daniel J. Losen & Paul Martinez, Lost Opportunities, The Center for Civil Rights Remedies (Oct. 2020) https://civilrightsproject.ucla.edu/research/k-12-education/school discipline/lost-opportunities-how-disparate-school-discipline-continues-to-drive-differences-in-the-opportunity-to-learn/Lost-Opportunities-REPORT-v17.pdf.

Daniel J. Losen, Discipline Policies, Successful Schools, and Racial Justice, National Education Policy Center (Oct. 2011) https://nepc.colorado.edu/sites/default/files/NEPC-SchoolDiscipline.pdf.

Kittelman, et al., Allocating Resources for Tier 2 and 3 Implementation Within Positive Behavioral Interventions and Supports, Teaching Exceptional Children (2022)

Barbra Trader et al., Promoting inclusion through evidence-based alternatives to restraint and seclusion, 42 Research Practice Persons Severe Disabilities (2017)

Regina M. Oliver & Daniel J. Reschly, Special Education Teacher Preparation in Classroom Management, 35 Behavioral Disorders (2010)

School and Community Healing Collaborative (2023). A Pathway to Recovery and Resilience for our Children and Youth. Seattle: University of Washington School Mental Health Assessment, Research, and Training (UW SMART) Center [https://smartcenter.uw.edu]

Timothy J. Lewis, Susan Barrett, George Sugai, Robert H. Horner, Barbar Timothy J. Lewis, Susan Barrett, George Sugai, Robert H. Horner, Barbara S. Mitchell, & Danielle Starkey, https://www.pbis.org/resource/training-and-professional-development-blueprint-for-pbis

Center on Positive Behavioral Interventions and Supports (December 2020). Positive Behavioral Interventions and Supports (PBIS) Evaluation Blueprint. University of Oregon. www.pbis.org., https://files.pbis.org/pub/PBIS-Evaluation-Blueprint.pdf

Eber, L., Barrett, S., Perales, K., Jeffrey-Pearsall, J., Pohlman, K., Putnam, R., & Splett, J. Advancing Education Effectiveness: Interconnecting School Mental Health and School-Wide PBIS. Volume 2: An Implementation Guide

McIntosh, K., Herman, K., Bradshaw, C., & Simonsen, B. (2023). IES MTSS-B trial: Key takeaways for district and state leaders. Center on PBIS, University of Oregon. www.pbis.org.

Turnbull III, H. R., Wilcox, B. L., Stowe, M., & Turnbull, A. P. (2001). IDEA requirements for use of PBS: Guidelines for responsible agencies. Journal of Positive Behavior Interventions, 3(1), 11-18.

Horner, R. H., Ward, C. S., Fixsen, D. L., Sugai, G., McIntosh, K., Putnam, R., & Little, H. D. (2019). Resource leveraging to achieve large-scale implementation of effective educational practices. Journal of Positive Behavior Interventions, 21(2), 67-76.

U.S. Department of Education, Functional Behavioral Assessment-based Interventions, WWC Intervention Report (Dec. 2016)

Kari N. Nahgahgwon et al., *Function-Based Planning for Young Children at Risk for Emotional and Behavioral Disorders* . 33 Education and Treatment of Children (4th ed. 2010).

Daniel M. Maggin et al., *Intensive Interventions for Students With Emotional and Behavioral Disorders: Issues, Theory, and Future Directions* , 24 Journal of Emotional and Behavioral Disorders (Hammill Institute Issue No. 3, 2016).

Jonathan R. Olson et al, *Systematic Review and Meta-analysis: Effectiveness of Wraparound Care Coordination for Children and Adolescents* , (J Am Acad Child Adolesc Psychiatry 2021).

Lucille Eber & Rush Osuch, *School-based applications of the Wraparound process: Early results on service provision and student* outcomes. 5 J. Children Family Studies, (1996). https://doi.org/10.1007/BF02234680.

Amelie Nikstat & Rainer Riemann, *On the etiology of internalizing and externalizing problem behavior: A twin-family study,* National Library of Medicine (Mar 23, 2020) https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7089526/#:~:text=Internalizing%20an d%20Externalizing%20are%20two,with%20the%20social%20environment%20(e.g.%2 C

Frank Gresham,  Evidence-based social skills interventions for students at risk for EBD, 36 Remedial and Special Education (Issue 2, 2015).

Karen Bierman & Michael Sanders, *Teaching explicit social-emotional skills with contextual supports for students with intensive intervention needs* , 29 Journal of Emotional and Behavioral Disorders (Issue 1, 2021).

Wendy Reinke, et al., Supporting children's mental health in schools: Teacher perceptions of needs, roles, and barriers, 26 School Psychology Quarterly (2011)

Tracey Silveira-Zaldivara & Heidi Curtis, *"I'm Not Trained for This!" And Other Barriers to Evidence-Based Social Skills Interventions for Elementary Students with High Functioning Autism in Inclusion* , 12 International Electronic Journal of Elementary Education. (2019).

Hirokazu Yoshikawa et al., *Investing in our future: The evidence base on preschool education* , Society for Research in Child Development (2013)

Leah J. Hunter et al., *Assessing Noncognitive Aspects of School Readiness:* The Predictive Validity of Brief Teacher Rating Scales of Social–Emotional Competence and Approaches to Learning, 29 Early Education and Development (2018).

Julie Causton-Theoharis et al., Does Self-Contained Special Education Deliver on Its Promises? A Critical Inquiry into Research and Practice, 24 Journal of Special Education Leadership (2011).

Thomas J. Dishion, & Jessica M. Tipsord, Peer Contagion in Child and Adolescent Social and Emotional Development, 62 Annual Rev. Psychology (2010).

American Psychiatric Association's Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision (*DSM -5 -*TR)

Regina M. Oliver & Daniel J. Reschly, Effective Classroom Management: Teacher Preparation and Professional Development. *TQ Connection Issue Paper* , National Comprehensive Center for Teacher Quality (2007).

Denise A. Soares, et al., Practice-to-Research: Responding to the Complexities of Inclusion for Students with Emotional and Behavioral Disorders with Recommendations for Schools, 106 NASSP Bulletin (Issue 2, May 9, 2022).

Andrew Bacher-Hicks et al., *Proving the School-to-Prison Pipeline: Stricter middle schools raise the risk of adult arrest.* 21 Education Next (No. 4, Jul. 2021)

Kade R. Downs, et al., *Teacher Praise and Reprimands: The Differential Response of Students at Risk of Emotional and Behavioral Disorders*, 21 Journal of Positive Behavior Interventions (No. 3, 2019)

Paul Caldarella, et al., *Teacher Praise-to-Reprimand Ratios: Behavioral Response of Students at Risk for EBD Compared with Typically Developing Peers*, 42 Education and Treatment of Children (No. 4, Nov. 2019).

Kent McIntosh & Steve Goodman, *Integrated* Multi-Tiered Systems of Support *Blending RTI and PBIS*, Guilford Press (Mar. 15, 2016).

Barrett S. Eber, et al., Fact Sheet-Interconnected Systems Framework 101: An Introduction, (2019) https://www.pbis.org/resource/fact-sheet-interconnected-systems-framework-101-an-introduction

Mark D. Weist, et al., A randomized controlled trial on the interconnected systems framework for school mental health and PBIS: Focus on proximal variables and school discipline. 94 Journal of School Psychology (Oct. 2022)

Michael Petrasek, et al., *Enhancing motivation and engagement within a PBIS framework*, 25 Improving Schools (2022)

Martin Agran et al., Why aren't students with severe disabilities being placed in general education classrooms: examining the relations among classroom placement, learner outcomes, and other factors, 45 Research Practice Persons Severe Disabilities (2020)

Agran, M., Jackson, L., Kurth, J. A., Ryndak, D., Burnette, K., Jameson, M., Zagina, A., Fitzpatrick, H., & Wehmeyer, M. (2020). Why aren't students with severe disabilities being placed in general education classrooms: Examining the relations among classroom placement, learner outcomes, and other factors. *Research and Practice for Persons with Severe Disabilities*, *45*(1), 4-13. https://doi.org/10.1177/1540796919878134

Ain, G. I. (2018). What is the appropriate curriculum for students with disabilities? Standards-based curriculum versus functional curriculum for students with disabilities. Ball State University. https://files.eric.ed.gov/fulltext/ED593728.pdf

Albright, M. (2023). *Interactive: Georgia GNETS students mostly black, male*. The Atlanta Journal-Constitution. https://www.ajc.com/state-regional-govt-politics/georgia-gnets-programs/

Annamma, S. A. & Handy, T. (2019). DisCrit solidarity as curriculum studies and transformative praxis. *Curriculum Inquiry*, *49*(4), 442-463. https://doi.org/10.1080/03626784.2019.1665456

Artiles, A. & Kozleski, E., (2007). Beyond convictions: Interrogating culture, history, and power in inclusive education. *Language Arts*, *84*(4), 357-364. https://kuscholarworks.ku.edu/bitstream/handle/1808/10881/KozleskiBeyondConvictions Medium.pdf?seq

Aviv, R. (2018, October 1). *Georgia's separate and unequal special-education system. A statewide network of schools for disabled students has trapped black children in neglect and isolation.* The New Yorker. Georgia's Separate and Unequal Special-Education System. https://www.newyorker.com/magazine/2018/10/01/georgias-separate-and- unequal-special-education-system

Butler, A. (2018, December 11). *Hidden but prevalent racism in Georgia's special education programs. Project Censored.* Validated Independent News. https://www.projectcensored.org/hidden-but-prevalent-racism-in-georgias-special-education-programs/

Calabrese Barton, A., & Tan, E. (2020). Beyond equity as inclusion: A framework of "Rightful Presence" for guiding justice-oriented studies in teaching and learning. *Educational Researcher, 49*(6), 433–440. https://doi.org/10.3102/0013189X20927363

Center on PBIS. (2022). Supporting and Responding to Student's Social, Emotional, and Behavioral Needs: Evidence-Based Practices for Educators (Version 2). Center on PBIS, University of Oregon. www.pbis.org

Choi, J. H., McCart, A. B., & Sailor, W. (2020). Achievement of Students with IEPs and Associated Relationships with an Inclusive MTSS Framework. *Journal of Special Education*. https://doi.org/10.1177/0022466919897408

Choi, J. H., McCart, A. B., & Sailor, W. (2020). Reshaping educational systems to realize the promise of inclusive education. In *FIRE: Forum for International Research in Education*, *6*(1), 8-23.https://doi.org/10.32865/fire202061179

Codrington, J., & Fairchild, H. H. (2012). *Special education and the miseducation of African American children: A call to action*. Washington, DC: Association of Black Psychologists. https://www.abpsi.org/pdf/specialedpositionpaper021312.pdf

Cooc, N. (2017). Examining racial disparities in teacher perceptions of student disabilities. *Teachers College Record*, *119*, 1-32. https://journals.sagepub.com/doi/abs/10.1177/016146811711900703?journalCode=tcza

Cook, B. G., & Schirmer, B. R. (2003). What is special about special education? Overview and analysis. *The Journal of Special Education*, *37*(3), 200-205. https://journals.sagepub.com/doi/abs/10.1177/00224669030370031001

Cordes, S. A., Christopher, R., and Schwartz, A. (2021). *Do long bus rides drive down academic outcomes?*. (EdWorkingPaper: 21-504). Annenberg Institute at Brown University. https://doi.org/10.26300/5v2d-5p08

Cornett, J., & Knackstedt, K. M. (2020). Original sin(s): lessons from the US model of special education and an opportunity for leaders. *Journal of Educational Administration,58(5),* 507-520. https://www.emerald.com/insight/content/doi/10.1108/JEA-10-2019-0175/full/html

Cortiella, C. (2008). *Understanding the standards-based individualized education program (IEP)*. National Center for Learning Disabilities. (Advocacy Brief from National Center for Learning Disabilities). https://www.advocacyinstitute.org/resources/UnderstandingStandards-basedIEPs

Cosier, M., Causton-Theoharis, J., & Theoharis, G. (2013). Does access matter? Time in general education and achievement for students with disabilities. *Remedial and Special Education*, *34*(6), 323-332. https://journals.sagepub.com/doi/abs/10.1177/0741932513485448

Dalton, M. (2019). Forgotten children: Rethinking the individuals with disabilities education act behavior provisions. *American University Journal of Gender, Social Policy, and the Law, 27*(2), Article 3. https://digitalcommons.wcl.american.edu/jgspl/vol27/iss2/3

DeMatthews, D. (2014). Deconstructing systems of segregation: Leadership challenges in an urban school. *Journal of Cases in Educational Leadership, 17(1) 17-31.* https://doi.org/10.1177/1555458913518537

Dent, N. (2019, February 15). Georgia's segregated special education system: How alternative schools became a means to combat integration. Yorktown Sentry. https://yorktownsentry.com/6640/opinion/georgias-segregated-special-education-system/

Dynamic Learning Maps. (2021). *Mini-map for ELA.EE.RL.3.1.* https://dynamiclearningmaps.org/sites/default/files/documents/ELA_EEs/ELA.EE.RL.3.1_Instructions.pdf

Ennis, R. P., & Katsiyannis, A. (2018). Avoiding unwarranted segregation of students with behavioral needs: Lessons learned. *Intervention in School and Clinic*, *53*(4), 212-215. https://doi.org/10.1177/1053451217712954

Ennis, R. P., Blanton, K., & Katsiyannis, A. (2017). Child find activities under the individuals with disabilities education act: Recent case law. *Teaching Exceptional Children*, *49*(5), 301-308. https://journals.sagepub.com/doi/abs/10.1177/0040059916685063?journalCode=tcxa

Fain, K. C. (2017). Segregation of Georgia Schoolchildren with Disabilities: A Violation of International Law. *Ga. J. Int'l & Comp. L.*, *46*, 715. https://digitalcommons.law.uga.edu/cgi/viewcontent.cgi?article=2431&context=gjicl

Ferri, B. A., & Connor, D. J. (2005a). In the shadow of *Brown*: Special education and over-representation of students of color. *Remedial and Special Education*, *26(2)*, 93–100. https://doi.org/10.1177/07419325050260020401

Fisher, M., & Meyer, L. H. (2002). Development and social competence after two years for students enrolled in inclusive and self-contained educational programs. *Research and Practice for Persons with Severe Disabilities*, *27*(3), 165-174. https://journals.sagepub.com/doi/abs/10.2511/rpsd.27.3.165

Fixsen, D., Blase, K., Horner, R., Sims, B. & Sugai, G. (2013). *Scaling-up Brief, No. 1*. State Implementation & Scaling-up of Evidence-based Practices, University of North Carolina at Chapel Hill. https://nirn.fpg.unc.edu/projects/state-implementation-and-scaling-evidence-based-practices-sisep-center

Garwood, J. D., & Ampuja, A. A. (2019). Inclusion of students with learning, emotional, and behavioral disabilities through strength-based approaches. *Intervention in School and Clinic*, *55*(1), 46-51. https://doi.org/10.1177%2F1053451218767918\

Gee, K. (2020). Why Indeed?. *Research and Practice for Persons with Severe Disabilities*, *45*(1), 18-22. https://doi.org/10.1177/1540796919900951

Georgia Network for Educational and Therapeutic Support (GNETS), Georgia Compilation of Rules & Regulations, Rule 160-4-7-.15. (2010). https://casetext.com/regulation/georgia-administrative-code/department-160-rules-of-georgia-department-of-education/chapter-160-4/subject-160-4-7-special-education/rule-160-4-7-15-georgia-network-for-educational-and-therapeutic-support-gnets

Gilmour, A. F., Fuchs, D., & Wehby, J. H. (2019). Are students with disabilities accessing the curriculum? A meta-analysis of the reading achievement gap between students with and without disabilities. *Exceptional Children*, *85*(3), 329-346. https://journals.sagepub.com/doi/abs/10.1177/0014402918795830

Goodman, S., Ward, C., & McIntosh, K. (2019). *Four key actions for State Education Agency teams to support implementation of Multi-Tiered Systems of Support*. National Implementation Research Network, University of North Carolina at Chapel Hill.

Graham, B. C., Keys, C. B., McMahon, S. D., & Brubacher, M. R. (2014). Transportation challenges for urban students with disabilities: Parent perspectives. *Journal of prevention & intervention in the community*, *42*(1), 45-57. https://doi.org/10.1080/10852352.2014.855058

Gross, A. (2015, July 30). *Georgia is illegally segregating students with behavioral problems. There's a better way*. Mother Jones. https://www.motherjones.com/politics/2015/07/behavior-segregation-georgia-doj/

Harrison, J. R., Soares, D. A. & Joyce, J. (2019) Inclusion of students with emotional and behavioural disorders in general education settings: a scoping review of research in the US. *International Journal of Inclusive Education, 23(12)*, 1209-1231. https://doi.org/10.1080/13603116.2018.1444107

Jackson, L. B. (2014). What legitimizes segregation? The context of special education discourse: A response to Ryndak et al. *Research and Practice for Persons with Severe Disabilities, 39*(2), 156-160. https://doi.org/10.1177/1540796914545960

Judd, A. (2009, July 27). *Death highlights lack of regulation at Georgia 'psychoeducational' schools.* The Atlanta-Constitution. https://www.ajc.com/news/local/death-highlights- lack-regulation-georgia-psychoeducationalschools/

Judd, A. (2016, April 28). *Georgia psychoeducational students segregated by disability, race. Part one of a three-part series: Schools send disproportionate number of black children to programs already under fire for warehousing student with behavioral disorders*. The Atlanta Journal-Constitution. http://specials.myajc.com/psychoeducation/

Judd, A. (2016, May 5). *Part two of a three-part series: Educators wanted to subject Libby Bean to behavioral experimentation in Georgia's unique system of psychoeducational schools. A courtroom showdown would determine Libby's fate*. The Atlanta Journal-Constitution. http://specials.myajc.com/psychoeducation/#

Judd, A. (2016, May 8). Physical restraint common in psychoeducational schools. Part three of a three-part series: With a tiny sliver of students, special behavioral programs record five times more restraints that all other Georgia schools combined. The Atlanta Journal-Constitution. http://specials.myajc.com/psychoedrestraint/

Kamali, B., Mason, S. & Pohl, E. (2013). An analysis of special needs student busing. *Journal of Public Transportation, 16*(1). https://creativecommons.org/licenses/by-nc/4

Kern, L., Evans, S. W., Lewis, T. J., State, T. M., Weist, M. D., & Wills, H. P. (2015). CARS comprehensive intervention for secondary students with emotional and behavioral problems: Conceptualization and development. *Journal of Emotional and Behavioral Disorders*, *23*(4), 195-205. https://doi.org/10.1177/1063426615578173

Kleinert, H., Towles-Reeves, E., Quenemoen, R., Thurlow, M., Fluegge, L., Weseman, L., & Kerbel, A. (2015). Where students with the most significant cognitive disabilities are taught: Implications for general curriculum access. *Exceptional Children*, *81*(3), 312-328. https://doi.org/10.1177/0014402914563697

Knoester, M., & Au, W. (2015). Standardized testing and school segregation: like tinder for fire? *Race Ethnicity, and Education,* 20:1, 1-14, https://doi.org/10.1080/13613324.2015.1121474

Kohli, R., Pizarro, M., & Nevárez, A. (2017). The "new racism" of K–12 schools: Centering critical research on racism. *Review of Research on Education*, *41*, 182–202. https://journals.sagepub.com/doi/pdf/10.3102/0091732X16686949

Kozleski, E., Artiles, A., & Waitoller, F. (2014). Equity in inclusive education: A cultural historical comparative perspective. In L. Florian (Ed.), The Sage handbook of special education (2nd ed., Vol. 1, pp. 231250). Los Angeles, CA: Sage.

Kurth, J. A., Lyon, K. J., & Shogren, K. A. (2015). Supporting students with severe disabilities in inclusive schools: A descriptive account from schools implementing inclusive practices. *Research and Practice for Persons with Severe Disabilities*, *40*(4), 261-274. https://doi.org/10.1177/1540796915594160

Kurth, J. A., Lyon, K., & Shogren, K. A. (2015). Supports provided to students with severe disabilities in inclusive schools: Lessons learned from schools implementing inclusive practices. https://doi.org/10.1177/1540796915594160

Kurth, J. A., Morningstar, M. E., Hicks, T. A., & Templin, J. (2018). Exploring the relationship between school transformation and inclusion: A Bayesian multilevel longitudinal analysis. *Inclusion*, *6*(1), 19-32.https://doi.org/10.1352/2326-6988-6.1.19

Lanterman, C., Lockwood, A. B., Sealander, K., Winans, S., & Novelli, M. (2021) Expanding the gaze and moving the needle: Inclusion for students with EBD, Preventing School Failure: Alternative Education for Children and Youth, 65:3, 185-193. https://doi.org/10.1080/1045988X.2020.1852526

Lory, C., Mason, R. A., Davis, J. L., Wang, D., Kim, S. Y., Gregori, E., & David, M. (2020). A meta-analysis of challenging behavior interventions for students with developmental disabilities in inclusive school settings. *Journal of autism and developmental disorders*, *50*(4), 1221-1237. https://link.springer.com/article/10.1007/s10803-019-04329-x

MacDonald, A., McGill, P., & Murphy, G. (2018). An evaluation of staff training in positive behavioural support. *Journal of Applied Research in Intellectual Disabilities*, *31*(6), 1046-1061. https://doi.org/10.1111/jar.12460

McCart, A. B., & Miller, D. (2019). *Leading equity based MTSS for all students.* Thousand Oaks, CA: Corwin Press. (ISBN 9781544372853).

McCarthy, M. R., Wiener, R., & Soodak, L. C. (2012). Vestiges of segregation in the implementation of inclusion policies in public high schools. *Educational Policy*, *26*(2), 309-338. https://doi.org/10.1177/0895904810386596

McKenna, J. W., Garwood, J., & Parenti, M. (2021). Inclusive instruction for students with emotional/behavioral disorders: Service in the absence of intervention research. *Intervention in School and Clinic*, *56*(5), 316-321.https://doi.org/10.1177%2F1053451220963084

McKenna, J. W., Newton, X, & Bergman, E. R. (2021). Inclusive instruction for students receiving special education services for emotional disturbance: A survey development study. *Assessment for Effective Intervention, 46(3),* 207-216. https://doi.org/10.1177/1534508419895085

McKenna, J. W., Solis, M., Brigham, F., & Adamson, R. (2019). The responsible inclusion of students receiving special education services for emotional disturbance: Unraveling the practice to research gap. *Behavior modification*, *43*(4), 587-611. https://doi.org/10.1177/0145445518762398

Meindl, J. N., Delgado, D., & Casey, L. B. (2020). Increasing engagement in students with autism in inclusion classrooms. *Children and Youth Services Review*, *111*, 104854. https://www.sciencedirect.com/science/article/pii/S0190740919312538?casa_token=lI0Kzg6A2xEAAAAA:aXKiAtS_IAxai7pO6M6PO4u8fkF-kLRYDyIPlBysLVmdIHFs8sF5hHHaVLJ06k9wofjXLj9LSQ

Mitchell, B. S., Kern, L., & Conroy, M. (2019). Supporting students with emotional or behavioral disorders: State of the field. *Behavioral Disorders, 44(2),* 70-84. https://doi.org/10.1177/0198742918816518

Morgan, P. L., Woods, A. D., Wang, Y., Hillemeier, M. M., Farkas, G., & Mitchell, C. (2020). Are Schools in the US South Using Special Education to Segregate Students by Race?. *Exceptional Children*, *86*(3), 255-275. https://doi.org/10.1177%2F0014402919868486

National Implementation Research Network (2008). Active Implementation Formula, Active Implementation Hub. https://nirn.fpg.unc.edu/module-2/implementation-drivers. Charlotte, NC: Author.

National Association of State Mental Health Program Directors Research Institute, Inc. (NRI). (2015, July). *Tracking the history of state psychiatric hospital closures from 1997 to 2015*. NRI Analytics Improving Behavioral Health. https://www.nri-inc.org/media/1111/2015-tracking-the-history-of-state-psychiatric-hospital-closures-lutterman.pdf

Nighswander, M., & Blair, P. (2022). From institutions to inclusion: How children with disabilities gained educational rights in the U.S. *The Journal of School Nursing,* 1-11. https://doi.org/10.1177/10598405221105054

Oh-Young, C. & Filler, J. (2015). A meta-analysis of the effects of placement on academic and social skill outcome measures of students with disabilities. *Research in Developmental Disabilities, 47,* 80-92. https://doi.org/10.1016/j.ridd.2015.08.014

Oliver, K. (2015, July 18). State behavioral program serving Gainesville, hall student under federal scrutiny. The Gainesville Times. https://www.gainesvilletimes.com/news/state-behavioral-program-serving-gainesville-hallstudents-under-federal-scrutiny/

Ordway, D. (2023, March 1). *Corporal punishment in schools: Research and reporting tips to guide your coverage.* The Journalist's Resource, Informing the news. https://journalistsresource.org/education/corporal-punishment-schools-discipline- research/

Orozco, R., & Jaime Diaz, J. (2016). "Suited to Their Needs": White Innocence as a Vestige of Segregation. *Multicultural Perspectives*, *18*(3), 127-133. https://doi.org/10.1080/15210960.2016.1185610

Pratt, T. (2017, March 21). The separate, unequal education of students with special needs. Hechinger Report. https://hechingerreport.org/georgia-program-children-disabilities-separate-unequaleducation/

Sadler, N. (2022, September 12). Forsyth co paraprofessional arrested for striking a student with her purse. AccessWDUN. https://accesswdun.com/article/2022/9/1130901/forsyth-co-paraprofessional-arrested-forstriking-a-student-with-her-purse

Savransky, B. (2023, April 13). Collapsing roofs, broken toilets, flooded classrooms; Inside the worst-funded schools in the nation. *Idaho Statesman.* https://www.propublica.org/article/idaho-deteriorating-schools-repair-bonds

Scott, N., Lakin, C., & Larson, S. (2008). The 40th anniversary of deinstitutionalization in the united states: Decreasing state institutional populations, 1967- 2007. *Intellectual and Developmental Disabilities, 46*(5), 402-405. https://doi.org/10.1352/2008.46:402-405

Scott, T. M., & Burt, J. L. (2018). The continuing evolution of a science for students with behavioral disorders: Who, what, when, where, and how. *Rural Special Education Quarterly*, *37*(3), 132-139. https://doi.org/10.1177%2F8756870518764381

Skiba, R. J., Artiles, A. J., Kozleski, E. B., Losen, D. J., & Harry, E. G. (2016). Risks and consequences of oversimplifying educational inequities: A response to Morgan et al.(2015). *Educational Researcher*, *45*(3), 221-225. https://doi.org/10.3102/0013189X16644606

SWIFT Education Center. (2020). Schoolwide Integrated Framework for Transformation Fidelity Integrity Assessment, Version 2.1. Lawrence, KS: Author.

Technical Assistance ALLIANCE for Parent Centers. (2023). *Transportation and children with Disabilities*. (Pacer Center-ALLIANCE ACTion Sheet: ALL-55). Partners Resource Network. https://prntexas.org/transportation-and-children-with-disabilities/

Thompson, K. (2013). Is separate always unequal? A philosophical examination of ideas of equality in key cases regarding racial and linguistic minorities in education. *American Educational Research Journal.* 50(6), 1249-1278. https://doi.org/10.3102/0002831213502519

United States Department of Education, Office of Special Education and Rehabilitative Services, Office of Special Education Programs. (2018). 40th annual report to Congress on the implementation of the Individuals with Disabilities Education Act. https://www2.ed.gov/about/reports/annual/osep/2018/parts-b-c/40th-arc-for-idea.pdf

Wehmeyer, M., Shogren, K., Kurth, J., Morningstar, M., Kosleski, E., Argan, M., Jackson, L., Jameson, J., McDonnell, J., & Ryndak, D (2016). Including students with extensive and pervasive needs. *Advances in Special Education.* 31, 129-155. ISSN: 0270-4013/doi:10.1108/S0270-401320160000031009

Wiey, A. L., Brigham, F. J., Kauffman, J. M., & Bogan, J. E. (2013). Disproportionate poverty, conservatism, and the disproportionate identification of minority students with emotional and behavioral disorders. *Education and Treatment of Children*, *36(4)*, 29–50. https://muse.jhu.edu/pub/20/article/524142/pdf

Williams, J., Pazey, B., Fall, A., Yates, J., & Roberts, G. (2015). Avoiding the threat: An exploratory study into a theoretical understanding of the de facto segregation of students with disabilities. *NAASP Bulletin*, 99(3) 233-253. https://doi.org/10.1177/0192636515601491

Zigmond, N. (2003). Where should students with disabilities receive special education services? Is one place better than another?. *The Journal of special education*, *37*(3), 193-199. https://doi.org/10.1177/00224669030370030901

Zimmer, A. & Gonen, Y. (2019, October 17). *Special needs students are plagued by an increasing number of school bus delays*. Chalkbeat New York. https://ny.chalkbeat.org/2019/10/17/21109079/special-needs-students-are-plagued-by-an-increasing-number-of-school-bus-delays

| | | **Attachment G-2** | |
|---|---|---|---|
| Ex. No. | Source | Exhibit No. Within Source and/or Document Description | Bates No. Start |
| 1 | Dante McKay Deposition | Ex. 2 - Job Listing - Director Of Children, Young Adults and Families Job Posting Dec 22, 2015 | GA00000022 |
| 2 | | Ex. 3 - Increase Review/Request, Dante McKay 4/27/20 | GA00249775 |
| 3 | | Ex. 4 - DBHDD Organizational Struture GEORGIA 000009 | |
| 4 | | Ex. 5 - Budget Tracking Summary, Updated 7.10.2020 - DBHDD Estimated Budget Reduction by Subprogram - FY2020 Base Budget | GA00051873 |
| 5 | | Ex. 6 - OCYF Book of Business Last Updated - 8/24/20 | GA1748346 |
| 6 | | Ex. 7 - OCYF Staff Plan Draft 5/12/20 | GA00250329 |
| 7 | | Ex. 8 - February 12, 2021 Robbins Letter From Alexa Ross To Hamilton/Lill | |
| 8 | | Ex. 9 - Georgia DBHDD Provider Manual ForCommunity Behavioral Health Providers For The DBHDD - FY2022 Quarter 1 - Effective Dates: 7/2021 to 9/30/21 | |
| 9 | | Ex. 10 - Georgia Uniform Application FY 2020/2021 Community Mental Health Services Block Grant | |
| 10 | | Ex. 11 - 5/14/2018 Email Chain From Dante McKay To Wendy Tiegreen | GA0006288 |
| 11 | | Ex. 12 - FAQ For Agency Leadership | GA00653209 |
| 12 | | Ex. 13 - 6/27/2016 Email Chain From Dante McKay To Pearson, Dempsey | GA00582723 |
| 13 | | Ex. 14 - 3/1/2019 Email Chain From Deana Farmer To Dante McKay | GA00636018 |
| 14 | | Ex. 15 - Active Provider By Service The Georgia Collaborative ASO | GA00023273 |
| 15 | | Ex. 16 - Provider Report Between 01/01/2017 and 06/30/2018 The Georgia Collaborative ASO | GA00023586 |
| 16 | | Ex. 17 - 2/5/2019 Email Chain From Wendy Farmer To John Quesenberry | GA00157048 |
| 17 | | Ex. 18 - Document Entitled "Measurement Areas Draft, SOC State Plan Areas" | GA00637089 |
| 18 | | Ex. 19 - 10/19/2016 Email Chain From Dante McKay To Recipients | GA00174388 |
| 19 | | Ex. 20 - Georgia Apex Program (Apex) | GA00130192 |
| 20 | | Ex. 21 - State of Georgia DBHDD Contract | GA01472050 |
| 21 | | Ex. 22 - The Georgia Apex Program Annual Evaluation Results July 2019 - June 2020 | GA01749707 |
| 22 | | Ex. 23 - Apex Year End Survey 2019-2020 | GA00655695 |
| 23 | | Ex. 24 - Apex COE/DBHDD Updates: January 17, 2020 | GA00656683 |
| 24 | | Ex. 25 - 2/12/2019 Email Chain From Garry McGiboney To Judy Fitzgerald | GA00003148 |
| 25 | | Ex. 26 - Apex: COE/DBHDD Team Meeting 6.9.20 | GA00672136 |
| 26 | | Ex. 28 - Document Entitled:· "Question: 40% Productivity - How will this be Implemented?· How much does each Apex contract receive in total?" | GA00250659 |
| 27 | | Ex. 29 - 5/27/2016 Email Chain From Dante McKay To Nakeba Rahming | GA00581815 |
| 28 | | Ex. 30 - DBHDD PowerPoints | GA01749504 |
| 29 | | Ex. 31 - 1/29/2020 Email Chain From Danielle Jones To Dante McKay | GA00129622 |
| 30 | Stephanie Pearson Deposition | Ex. 35 - February 19, 2015 - Email Pearson to recipients | |
| 31 | | Ex. 36 - July 5, 2016 - Email from Pearson to McKay | GA00583025 |
| 32 | | Ex. 37- GNETS Strategic Plan Activities for FY12 | GA_DOE_001620 |
| 33 | John Queensberry Deposition | Ex. 38 - Spreadsheet | GA00772736 |
| 34 | | Ex. 39 - Apex Monthly Programmtic Report | GA001483745 |
| 35 | | Ex. 40 - Provider Reports | GA01482779 |
| 36 | | Ex. 41 - Spreadsheet - Providers Reports | GA01482780 |
| 37 | Clara Keith Brown Deposition | Ex. 56 - March 15, 2015 Email Chain From Clara Keith To Nakeba Rahming | GA00481564 |
| 38 | | Ex. 60 - February 8, 2016 Appointment Invitation | GA00481563 |
| 39 | | Ex. 61 - November 15, 2017 Email From Clara Keith To Judy Fitzgerald | GA00481727 |
| 40 | | Ex. 62 - October 15, 2015 Email Chain From Clara Keith To Deborah Gay | GA00481511 |
| 41 | | Ex. 63 - October 6, 2015 Email From Clara Keith To DGay@doe.k12.ga.us with Attachment | GA00481478 |
| 42 | | Ex. 65 - 12/29/2015 Email Chain From Clara Keith To nakeba74@gmail.com with Attachment | GA0019627 |
| 43 | | Ex. 66 - 12/19/2017 Email Chain From Clara  Keith To Jaquenetta Dugger | GA00481759 |
| 44 | | Ex. 67- 12/4/2015 Email Chain From Clara Keith To Scarlet Brown | GA00481536 |
| 45 | | Ex. 68 - 2/3/2016 Email Chain From Jewelln Gooding To Clara Keith With Attached Electronic Document | GA00196859 |
| 46 | | Ex. 69 - 3/1/2016 Email From Clara Keith To Nakeba Rahming | GA00040841 |
| 47 | | Ex. 70 - 3/6/2018 Email Chain From Cassandra Holifield To Clara Keith | GA00152939 |
| 48 | | Ex. 71- 6/24/2016 Email Chain From Nakeba Nahming To Clara Keith with Attached Document | GA00197223 |
| 49 | | Ex. 72 - 7/13/2017 Email Chain From Nakeba Nahming To Clara Keith with Attached Document | GA00198908 |
| 50 | | Ex. 73 - 8/16/2017 Email Chain From Clara Keith To Nakeba Nahming with Attached Documents | GA00792054 |
| 51 | | Ex. 74 - 8/22/2017 Email From Nakeba Nahming To Clara Keith | GA00198949 |
| 52 | | Ex. 75 - 9/26/2017 Email From Clara Keith To Larry Winter | GA00481996 |
| 53 | | Ex. 76 - 9/30/2016 Email Chain From Nakeba Nahming To Clara Keith With Attached Document | GA00197763 |
| 54 | | Ex. 77 - 5/12/2016 Email From Larry Winter To Matt Jones/Clara Keith/M Royal | GA00197127 |
| 55 | | Ex. 78 - 5/12/2016 Email From Nakeba Nahming To Clara Keith With Attached Document | GA00197151 |
| 56 | | Ex. 79 - 2/12/2016 Email From Nakeba Nahming To Clara Keith with Attached Document | GA00196865 |

| # | Deposition | Exhibit Description | Bates |
|---|---|---|---|
| 57 | | Ex. 80 - 10/17/2016 Email Chain From ClaraKeith To Nakeba Rahming with Attached Document | GA00053667 |
| 58 | | Ex. 81 - 6/21/2017 Email Chain From Nakeba Nakeba Rahming To Clara Keith with Attached Document | GA00152557 |
| 59 | | Ex. 82 - 160-4-7-.15 Georgia Network For Educational And Therapeutic Support With Attached Document | |
| 60 | | Ex. 83 - 7/26/2017 Email From Clara Keith To Nakeba Rahming With Attached Document | GA00152602 |
| 61 | | Ex. 84 - 8/29/2017 Email Chain From Clara  Keith To Nakeba Rahming with Attached Documents | GA00481679 |
| 62 | | Ex. 85 - 12/6/2017 Email From Vickie Cleveland To Nakeba Rahming With Attached Electronic Document | GA00199183 |
| 63 | | Ex. 86 - 12/1/2015 Email From Michael Rowlan To Ted Beck with Attached Documents | GA00196569 |
| 64 | | Ex. 87 - 4/20/2017 Email From Michael Rowland To Clara Keith With Attached Document | GA001488847 |
| 65 | | Ex. 88 - 3/30/2017 Email From Michael Rowland To Recipients With Attached Document | GA00198597 |
| 66 | | Ex. 89 - 2/17/2016 Email From Michael Rowland To Keith Clara With Attached Documents | GA00196895 |
| 67 | | Ex. 90 - 7/11/2016 Email From Nakeba Rahming To Keith Clara With Attached Document | GA00197241 |
| 68 | | Ex. 91 - 7/25/2016 Email Chain From Stacey Suber-Drake To Nakeba Rahming With Attached Document | GA01486054 |
| 69 | | Ex. 92 - 7/28/2016 Email From Nakeba Rahming To Matt Jones With Attached Document | GA01486137 |
| 70 | | Ex. 93 - 7/5/2017 Email Chain From Clara Clara To Lolli_Meunier@Gwinnett. k12.ga.us | GA00198883 |
| 71 | Gary McGiboney Deposition | Ex. 95 - 9/9/2016 Email Chain From Garry McGiboney To Marilyn Watson | GA00513208 |
| 72 | | Ex. 96 - 1/12/2020 mail Chain From Garry McGiboney To Camille Pendley With Attachment | GA01624607 |
| 73 | | Ex. 97 - 12/8/2018 Email Chain From Garry McGiboney To Kevin With Attachment | GA01603055 |
| 74 | | Ex. 98 - Book Entitled "The Psychology of School Climate 2nd Edition." Electronically Produced | GA01577636 |
| 75 | | Ex. 99 - 1/12/2020 Email From Garry McGiboney To Diane Durrence | GA02485396 |
| 76 | | Ex. 100 - 6/26/2020 Email Chain From Garry McGiboney To Miriam Gudenrath | GA00572801 |
| 77 | | Ex. 101 - 9/10/2015 Email Chain From Garry McGiboney To Sue Smith | GA00501979 |
| 78 | | Ex. 102 - Undated Email From Garry McGiboney To Senators and Representatives | GA00511814 |
| 79 | | Ex. 103 - 2/9/2017 Email Chain From Matt Jones To Garry McGiboney | GA00519154 |
| 80 | | Ex. 104 - 8/13/2020 Message Subject: GNETS | GA01640573 |
| 81 | | Ex. 105 - 9/8/2017 Email Chain From Garry  McGiboney To Myrel Seigler | GA00528290 |
| 82 | | Ex. 106 - 9/9/2015 Email Chain From Garry  McGiboney To Roma Amin With Attachment | GA02479129 |
| 83 | | Ex. 107 - 3/7/2019 Email Chain From Garry McGiboney  To Gail Smith | GA00552974 |
| 84 | | Ex. 108 - 6/11/2019 Email Chain From Garry  McGiboney To Gail Smith | GA00557687 |
| 85 | | Ex. 109 - 12/8/2018 Email From Garry McGiboney To Kevin Tanner | GA01603064 |
| 86 | | Ex. 110 - Book Entitled "A Journey with Children an Characters" | GA0163061 |
| 87 | | Ex. 111 - 12/29/2018 Email From Garry  McGiboney To Talley Wells | GA00549038 |
| 88 | | Ex. 112 - 8/20/2019 Email From Garry  McGiboney To Vickie Cleveland | GA00561590 |
| 89 | | Ex. 113 - 8/28/2020 Email Chain From Talley Wells To Dante McKay | GA00007169 |
| 90 | Michael Rowland Deposition | Ex. 115 - 1/7/2016 Email From Michael Rowland To Doug Suits | GA00196767 |
| 91 | | Ex. 116 - 1/19/2016 Email From Michael Rowland To Clara Keith | GA00196789 |
| 92 | | Ex. 117- Facility Condition Assessment Checklist SBE/DOE GNETS Program | GA00196790 |
| 93 | | Ex. 118 - 5/31/2016 Email From Michael Rowland To Ted Beck | GA00279624 |
| 94 | | Ex. 119 - 7/15/2016 Email Chain From Sarah Paul To Nakeba Rahming/Gregory Snapp Electronic Attachment | GA00197246 |
| 95 | | Ex. 120 - 1/20/2017 Email From Michael Rowland To Keith and Recipients | GA01929308 |
| 96 | | Ex. 121 - 2/24/2017 Email From Michael Rowland To Kerri Miller/David Mosely | GA01486553 |
| 97 | | Ex. 122 - Facility Conditions Assessments of GNETS -GSFIC | GA01486555 |
| 98 | | Ex. 123 - 3/14/2017 Email From Michael Rowland To Recipients Electronic Attachment | GA01488731 |
| 99 | | Ex. 124 - 11/8/2017 Email From Michael Rowland To Mark Morgan With Attached Email To Morgan | GA00132718 |
| 100 | | Ex. 125 - 8/10/2016 Email Chain From Michael Rowland To Leonard McCoy | GA04088751 |
| 101 | | Ex. 126 - 2/26/2018 Email Chain From Michael Rowland To Todd Cason | GA00315849 |
| 102 | | Ex. 127 - 5/18/2016 Email Chain From Michael Rowland To Nakeba Rahming - Electronic Production | GA00041561 |
| 103 | | Ex. 128 - 3/3/2016 Email Chain From Michael Rowland To Emily Jones Electronic Production | GA00196912 |
| 104 | | Ex. 129 - GSFIC Request For Qualifications Project No. E-414-FY16-GNET Electronic Production | GA00196913 |
| 105 | | Ex. 130 - 1/8/2017 Email From Michael Rowland To Pat Schofill Electronic Production | GA04089636 |
| 106 | | Ex. 131 - Facilities List - Excel Spreadsheet | GA04089637 |

| No. | Deposition | Exhibit | GA No. |
|---|---|---|---|
| 107 | | Ex. 132 - 3/1/2017 Email From Michael Rowland To Marilyn Dryden Electronic Production | GA04092894 |
| 108 | | Ex. 133 - 8/16/2017 Email Chain From Michael Rowland To Nakeba Rahming | GA00791991 |
| 109 | | Ex. 134 - 6/9/2017 Email Chain From Michael Rowland To Stacey Suber-Drake, et al | GA02546048 |
| 110 | | Ex. 135 - 2016 State of Our Schools America's K-12 Facilities | GA00985661 |
| 111 | Wendy Tiegreen Deposition | Ex. 137- 3/18/2020 Email From Wendy Tiegreen To Erika Stinson With Attachments | GA04295422 |
| 112 | | Ex. 138 - 8/25/2016 Email From Wendy Tiegreen To Marcey Alter | GA04199954 |
| 113 | | Ex. 139 - 9/23/2015 Email From Wendy Tiegreen To Alrich, Yancey With Attachments | GA04179924 |
| 114 | | Ex. 140 - 1/3/2018 Email From Wendy TiegreenTo Dante McKay | GA05023066 |
| 115 | | Ex. 141- 8/21/2017 Email Chain From Wendy Tiegreen To Recipients | GA00381117 |
| 116 | | Ex. 142 - 5/4/2020 Email From Tricia Mills To Tiegreen, Quesenberry With Attachment | GA04301608 |
| 117 | | Ex. 143 - Approved Medicaid Provider List Behavioral Health (C&A) Confidential Information | GA05027310 |
| 118 | | Ex. 144- 4/14/2020 Email Chain From Wendy Tiegreen To Melissa Sperbeck With Attachments | GA04298133 |
| 119 | | Ex. 145 - 1/23/2020 Email Chain From Wendy Tiegreen To Recipients With Attachments | GA04288334 |
| 120 | | Ex. 146 - 1/3/2018 Email From Wendy Tiegreen To Melissa Sperbeck With Attachment | GA04225637 |
| 121 | | Ex. 147 - 4/18/2018 Email Chain From Amy Howell To Wendy Tiegreen | GA04234690 |
| 122 | | Ex. 148 - 10/28/2020 Email From Wendy Tiegreen To Melissa Sperbeck | GA04324126 |
| 123 | | Ex. 149 - 5/15/2017 Email From Wendy Tiegreen To Marcey Alter | GA04205173 |
| 124 | | Ex. 150 - 7/31/2020 Email Chain From Dante McKay To Recipients With Attachments | GA04312715 |
| 125 | | Ex. 151 - 5/13/2020 Email From Breyanna Marshay Mikel To Recipients With Attachments | GA04303079 |
| 126 | | Ex. 152 - SOC State Plan: School Based Mental Health Year 3 Survey Results | GA04307352 |
| 127 | | Ex. 153 - 2/11/2020 Email From Wendy Tiegreen To Recipients With Attached PowerPoint | GA04292483 |
| 128 | | Ex. 154 - 10/9/2019 Email Chain From Jeffrey Minor To Dante McKay With Attachments | GA04278558 |
| 129 | | Ex. 155 - 1/7/2018 Email Chain From Wendy Tiegreen To Dante McKay | GA04225691 |
| 130 | Brian Dowd Deposition | Ex. 157 - 11/6/2017 Email Chain From Linda McCall To Brian Dowd | GA00381679 |
| 131 | | Ex. 158 - 2/24/2020 Email Chain From Catherine Ivy To Rachel Kappel | GA00462643 |
| 132 | | Ex. 159 - 9/26/209 Email Chain From Brian Dowd To Susan Goico With Attachment | GA00390087 |
| 133 | | Ex. 160 - March 2020 Organization Chart | GA000005 |
| 134 | | Ex. 161 - Part II Policies and Procedures For Children's Intervention School Services (CISS) Revised: April 1, 2022 | |
| 135 | | Ex. 162 - 9/8/2017 Email Chain From Brian Dowd to Sandra Middlebrooks | GA00381603 |
| 136 | | Ex. 163 - 2/3/2020 Email From Rachel Kappel to Catherine Ivy | GA00461590 |
| 137 | | Ex. 164 - Part II - Policies and Procedures For Community Behavioral Health and Rehabilitation Services - DCH Revised April 1, 2022 | |
| 138 | | Ex. 165 - Part II - Policies and Procedures For Early And Periodic Screening, Diagnostic and Treatment Services Revised October 1, 2020 | GA00396806 |
| 139 | | Ex. 166- Part II - Polices and Procedures For Autism Spectrum Disorder (ASD) Services - DCH - Revised July 1, 2020 | GA0312140 |
| 140 | | Ex. 167 - Part II - Polices and Procedures For Community Based Alternatives For Youth - DCH Revised July 1, 2020 | GA01166102 |
| 141 | | Ex. 168- Contract Between Georgia DCH And Contractor For Provision of Services To Georgia Families | |
| 142 | | Ex. 169- 2/5/2018 Email From Brian Dowd To Tiegreen, McCall, Carter With Attachment | GA00382036 |
| 143 | | Ex. 170- 8/13/2018 Email Chain From Blake Fulenwider To Recipients With Attachment | GA01125480 |
| 144 | | Ex. 171- Autism Spectrum Disorder Services & Supports Informational Guide September 7, 2018 | GA00387001 |
| 145 | | Ex. 172 - 10/22/2018 Email From Shardae Bunche To Dante McKay | GA00756593 |
| 146 | | Ex. 173- 9/11/2019 Email From Wendy Tiegreen To Melissa Sperbeck | GA04276792 |
| 147 | | Ex. 174 - 1/8/2020 Email Chain From Sandra Middlebrooks To Catherine Ivy With Attachments | GA00460601 |
| 148 | | Ex. 175 - 01/14/19 DBHDD Meeting Agenda and Minutes - CYF/DCH Collaborative Meeting | GA00384390 |
| 149 | Layla Fitzgerald Deposition | Ex. 177- 11/6/2017 Email Chain From Layla Fitzgerald To Belinda Hale With Attached Excel Spreadsheets | GA03222982 |
| 150 | | Ex. 178 - 5/23/2017 Email From Dante McKay To Layla Fitzgerald Re: Stuff For Layla | GA03117520 |
| 151 | | Ex. 179 - Native Format Spreadsheet CYF Overview PowerPoint | GA03117521 |
| 152 | | Ex. 180 - The Georgia Apex Program: Year One Evaluation Report | GA03117522 |
| 153 | | Ex. 181 - Document Produced in Native Format MPR March 2017 | GA03117549 |
| 154 | | Ex. 182 - 10/23/2017 Email From Nicole Wasdin To Layla Fitzgerald Monthly Programmatic Report | GA03130008 |
| 155 | | Ex. 183 - Document Produced in Native Format Aspire Date For Apex | GA03130011 |
| 156 | | Ex. 184 - Aspire APEX - School-Based Mental Health Weekly Monitoring Report | GA03130014 |
| 157 | | Ex. 185 - APEX Meeting Year 1 - 05/31/2017 | GA03130022 |
| 158 | | Ex. 186 - 3/1/2019 Email Chain from Deana Farmer to Dante McKay | GA00636018 |

| | | | |
|---|---|---|---|
| 159 | | Ex. 187 - 3/5/2019 Email Chain From Marnie Braswell To Layla Fitzgerald | |
| 160 | | Ex. 188 - 3/6/2019 Email Chain From Layla Fitzgerald To Dante McKay | GA03176913 |
| 161 | | Ex. 189 - 3/7/2019 Email From Deana Farmer To Dante McKay | GA00636138 |
| 162 | | Ex. 191 - 5/5/2020 Email Chain From Layla Fitzgerald to Dante McKay | GA03219489 |
| 163 | Talitha Newsome Deposition | Ex. 194 - Sand Hills GNETS, Process in Place and Description of the Process document 000782-783 | |
| 164 | | Ex. 195 - 8/20/21 Student Enrollment Spreadsheet for the Thomson Program | |
| 165 | | Ex. 196 - Student Enrollment Spredsheet for the Richmond program for the '21-'22 school year | |
| 166 | | Ex. 197 - Staff Spreadsheet 000315 to 000317 | |
| 167 | | Ex. 198 - Consideration of Services packet 000347-359 | |
| 168 | | Ex. 199 - Guiding Questions for Consideration of GNETS Services 000361-362 | |
| 169 | | Ex. 200 - GNETS Confidential Student Information Packet | |
| 170 | | Ex. 201 - "GNETS Services Flow Chart." | |
| 171 | | Ex. 202 - Request for GNETS Consultation | |
| 172 | | Ex. 203 - Sand Hills Level System 000363-364 | |
| 173 | | Ex. 204 - Sand Hills GNETS DIP 2020-2022 000754-756 | |
| 174 | | Ex. 205 - GNETS Program Strategic Plan Improvement Plan FY 2020 000757-781 | |
| 175 | | Ex. 206 - Sand Hills list of service providers document labeled Item 19 Numbered 002 | |
| 176 | | Ex. 207 - Program Letter of Agreement Between MCG and County Board of Education re Londino 002804-2807 | |
| 177 | | Ex. 208 - 12-1-20 Email from newsome to group, Subject APEX participation GA0093618 | GA00963618 |
| 178 | Celest Ngeve Deposition | Ex. 211 - Rutland Academy flyer | Rutland 000108 |
| 179 | | Ex. 212 - List of Teachers and coordinator info | Rutland 000281 |
| 180 | | Ex. 213 - Current and previous staff members | Rutland 000277 |
| 181 | | Ex. 214 - Rutland enrollment roster '19-'20 | Rutland 002932 |
| 182 | | Ex. 215 - Rutland enrollment roster '20-'21 | Rutland 002934 |
| 183 | | Ex. 216 - Rutland Academy Graduation Data | Rutland 000609 |
| 184 | | Ex. 217 - Rutland Academy Drop-out Data by District and Year | Rutland 000606 |
| 185 | | Ex. 218 - Email thread 12/14/18 | GA000338047 |
| 186 | | Ex. 219 - Email thread 12/18/18 | GA00338196 |
| 187 | | Ex. 220 - Email 1/3/19 | GA00338315 |
| 188 | | Ex. 221 - GNETS Request for GNETS Consultation | Rutland 000297 |
| 189 | | Ex. 222 - GNETS Confidential Student Information Packet | Rutland 000291 |
| 190 | | Ex. 223 - GNETS Services Flow Chart | Rutland 000299 |
| 191 | | Ex. 225 - Rutland Academy Initial Referral Tracking Form | Rutland 000584 |
| 192 | | Ex. 226 - Email 1/3/20 | GA00356905 |
| 193 | | Ex. 227 - Email thread 10/6/20 | GA00362585 |
| 194 | | Ex. 229 - Grants Information Fiscal Year: 2021 | Rutland 002910 |
| 195 | | Ex. 230 - Email thread 7/6/20; attachments | GA01075799 |
| 196 | | Ex. 231 - Email thread 6/14/19-6/17-19 | GA00348031 |
| 197 | | Ex. 232 - Email 5/20/19; attachment | GA02427574 |
| 198 | | Ex. 233 - Email thread 12/7/18-1/17/19 | GA00339166 |
| 199 | | Ex. 234 - Letter dated 12/7/20 to Celest Ngeve | Rutland 000610 |
| 200 | | Ex. 235 - Rutland Academy 2020 Strategic Plan Results | Rutland 000611 |
| 201 | | Ex. 236 - GNETS Strategic Plan Implementation Fidelity CHecklist & Self-Assessment Rubric | Rutland 000614 |
| 202 | | Ex. 237 - Email thread 7/25/18-8/3/18 | GA000330515 |
| 203 | | Ex. 238 - Rutland Advisory Metting 5/15/19 | Rutland 000090 |
| 204 | | Ex. 239 - Rutland Academy Updates LSEAC 8/16/19 | Rutland 000047 |
| 205 | | Ex. 240 - Rutland Academy Updates LSEAC - 1/24/20 | Rutland 0000013 |
| 206 | | Ex. 241 - Rutland Academy Updates Board of Control 8/4/20 | Rutland 0000002 |
| 207 | | Ex. 242 - Rutland Academy Updates LSEAC 12/11/20 | Rutland 000071 |
| 208 | | Ex. 243 - Rutland Academy Updates LSEAC - 1/15/21 | Rutland 000007 |
| 209 | | Ex. 244 - Rutland Academy Updates LSEAC 5/21/21 | Rutland 000040 |
| 210 | | Ex. 245 - Email thread 9/26/18 | GA00334101 |
| 211 | | Ex. 246 - Email thread 3/29/19 | GA00343329 |
| 212 | | Ex. 247 - Rutland Academy School Improvement Plan | Rutland 000579 |
| 213 | Whitney Braddock Deposition | Ex. 250 - Email from Whitney Braddock to Vickie Cleveland dated 3/12/18 | GA00317244 |
| 214 | | Ex. 251 - Report Card Document for Lyons Site | |
| 215 | | Ex. 252 - Report card document for Statesboro site | |
| 216 | | Ex. 253 - Staff Document | |
| 217 | | Ex. 255 - Excel Spreadsheet | |
| 218 | | Ex. 257 - Cedarwood GNETS Lyons Daily Schedule FY22 | |
| 219 | | Ex. 258 - Statesboro Middle/High Bell Schedule FY222 | |
| 220 | | Ex. 259 - Email from Whitney Braddock to Vickie Cleveland dated 12/10/18 | GA00337565 |
| 221 | | Ex. 260 - Email from Troy Brown to Pat Schofill, cc Scott Wilson dated 4/11/19 | GA04103131 |
| 222 | Zelphine Smith Dixon Deposition | Ex. 262 - 7/23/2020 Email Chain from Cassandra Holifield to Zelphine-Smith Dixon | GA00210980 |
| 223 | | Ex. 263 - 4/24/2020 Email Chain From Geronald Bell to Zelphine Smith-Dixon | GA02317577 |
| 224 | | Ex. 264 - January 18, 2018 Email Chain From Zelphine Smith-Dixon to Nakeba | GA00879356 |
| 225 | | Ex. 265 - Inclusive Leadership Breakout SPDG National Meeting Wednesday, October 14th | |
| 226 | | Ex. 266 - 8/22/2019 Email From Vickie Cleveland to Zelphine Smith-Dixon | GA0120783 |
| 227 | | Ex. 267 - 7/23/2018 Email From Vickie Cleveland to Zelphine Smith-Dixon With Attachment | GA0018937 |

| | | | |
|---|---|---|---|
| 228 | | Ex. 268 - 7/22/2016 Email Chain From Miriam Gudenrath to Zelphine Smith-Dixon | GA00874118 |
| 229 | | Ex. 269 - 3/27/2019 Email From Vickie Cleveland to Zelphine Smith-Dixon With Attachment | GA00027833 |
| 230 | | Ex. 270 - 9/9/2016 Email From Nakeba Rahming to Zelphine Smith-Dixon With Attachment | GA00875547 |
| 231 | | Ex. 271 - 2/1/2017 Email From Zelphine Smith-Dixon to Jamila Pollard With Attachment | GA00880020 |
| 232 | | Ex. 272 - 9/13/2019 Email From Vickie Cleveland to Zelphione Smith-Dixon With Attachment | GA00901798 |
| 233 | | Ex. 273A- 10/14/2020 Email From Vickie Cleveland to Zelphine Smith-Dixon With Attached Excel Spreadsheet | GA00096292 |
| 234 | | Ex. 273B | |
| 235 | | Ex. 274A - 10/28/2020 Email From VIckie Cleveland to Zelphine Smith-Dixon With Attached Excel Spreadsheet | GA02337136 |
| 236 | | Ex. 274B | |
| 237 | | Ex. 275A - 10/30/2020 Email From Vickie Cleveland to Zelphine Smith-Dixon and Shaun Owen With Attachment | GA02338856 |
| 238 | | Ex. 275B | |
| 239 | | Ex. 276 - 2/23/2017 Email Chain From Zelphine Smith-Dixon to Justin Hill | GA00880746 |
| 240 | | Ex. 277 - 7/26/2016 Email Chain From Nakeba Rahming to Zelphine Smith-Dixon | GA00874409 |
| 241 | | Ex. 278 - February 23, 2017 Winter LEA Collaborative Presentation - Macon | GA03477541 |
| 242 | | Ex. 279A - 10/19/2018 Email From Vickie Cleveland to Zelphine Smith-Dixon With Attachment | GA00089559 |
| 243 | | Ex. 279B - GNETS Updates Coastal Plains RESA | |
| 244 | | Ex. 280 - 8/29/2019 Email From Vickie Cleveland to Zelphine Smith-Dixon | GA02298853 |
| 245 | Deborah Gay Deposition | Ex. 282 - 3/32/2016 Email Chain From Deborah Gay to Nancy Reder - With Attachment | GA00168051 |
| 246 | | Ex. 283 - 2/15/2016 Email From Deborah Gay To RESA Directors - With Attachment | GA00040637 |
| 247 | | Ex. 284 - 9/1/2015 Email Chain From Deborah Gay to John Eisenberg - With Attachment | GA01258636 |
| 248 | | Ex. 285 - 8/7/2015 Email From Deboray Gay to Denise Peterson | GA00165372 |
| 249 | | Ex. 286 - 8/21/2015 Email From Deborah Gay To Matt Jones. Clara Keith With Attachment | GA00165748 |
| 250 | | Ex. 287 - 9/16/2015 Email Chain From Deborah Gay to Matt Jones - With Attachment | GA00166277 |
| 251 | | Ex. 288 - 12/11/2015 Email Chain From Clara Keith TO Debbie Gay - With Attachment | GA00481539 |
| 252 | | Ex. 289 - 4/21/2016 Email Chain From Deborah Gay to Virginia O'Connell With Attachment | GA00168517 |
| 253 | | Ex. 290 - 2/8/2016 Email From Nakeba Rahming To Derrick Gilchrist, et al. with Attachment | GA00776953 |
| 254 | | Ex. 291 - 1/15/2016 Email Chain From Sally Kemph to Deboray Gay With Attachment | GA00404365 |
| 255 | | Ex. 292 - 2/3/2016 Email From Nakeba Rahming To Cassandra Holifield, et al. With Attachment | GA00404901 |
| 256 | | Ex. 293 - 8/10/2015 Email From Jana Aldrich Pruett To Recipients With Attachment | GA00399459 |
| 257 | | Ex. 294 - 8/23/2016 Email From Jana Aldrich Pruett To Recipients With Attachment | GA00411441 |
| 258 | | Ex. 295 -  6/16/2016 Email Chain From Nakeba·Rahming To Deborah Gay | GA00409226 |
| 259 | | Ex. 296 - 7/8/2016 Email Chain From Deborah Gay to Jana Aldrich Pruett, et al. | GA00410145 |
| 260 | | Ex. 297 - 8/25/2016 Email From Rebecca Blanton to Deborah Gay | GA00037361 |
| 261 | | Ex. 298 - 6/16/2016 Email Chain From Deborah Gay To Sandra DeMuth | GA00169861 |
| 262 | | Ex. 299 - 8/12/2016 Email Chain From Justin Hill to Deborah Gay | GA00036663 |
| 263 | | Ex. 300 - 2/21/2017 Email From Garry McGiboney to Jon Cooper, Ted Beck | GA00138373 |
| 264 | | Ex. 301A - 12/19/2016 Email From Nakeba·Rahming to Deborah Gay With Attachment and Excel Spreadsheet | GA00020428 |
| 265 | | Ex. 301B - FY17 GNETS Grants Amendment | n/a |
| 266 | | Ex. 302 - 10/13/2016 Email Chain From Nakeba Rahming to Deborah Gay | GA00019237 |
| 267 | | Ex.303 - 12/1/2015 Email From Michael Rowland to Ted Beck With Attachment | GA00402776 |
| 268 | | Ex. 304 - 2/24/2016 Email From Whitney Braddock to Nakeba Rahming | GA00040756 |
| 269 | | Ex. 305 - 7/29/2016 - Email Chain From Nakeba·Rahming to Deborah Gay With Attachments | GA00411300 |
| 270 | | Ex. 306 - 7/29/2016 Email From Deborah Gay To Nakeba Rahming | GA00411328 |
| 271 | | Ex. 307 - 9/22/2016 Email Chain From Zelphine Smith-Dixon To Deborah Gay | GA00038177 |
| 272 | | Ex. 308 - 5/12/2016 Email From Debbie Caputo To Deborah Gay/Nakeba Rahming | GA00408139 |
| 273 | | Ex. 309 - GNETS Strategic Plan & Self-Assessment Rubric  June 20, 2016 | GA00221993 |
| 274 | | Ex. 310 - 4/8/2016 Email Chain From Nakeba Rahming To Clara Keith | GA00197079 |

| | | | |
|---|---|---|---|
| | | Ex. 312 - 3/17/2021 Email From Susan McLaren To Angela Snyder | |
| 275 | Susan McLaren Deposition | | GA004983416 |
| | | Ex. 313 - Georgia State University Faculty Annual Report (Attachment to 312) | |
| 276 | | | GA004983427 |
| 277 | | Ex. 314 - 8/17/2021 Email From Susan McLaren | GA03963428 |
| | | Ex. 315 - COE Scope of Work and Budget Justification for FY22 | |
| 278 | | (Attachment to 314) | GA03963429 |
| 279 | | Ex. 316 - 9/30/2021 Email From Susan McLaren | GA03965402 |
| 280 | | Ex. 317 - Building System of Care, A Primer Attachment to 316) | GA03965404 |
| 281 | | Ex. 318 - COE Services Provided·(Attachment to 316) | GA03965610 |
| 282 | | Ex. 319 - COE for Children's Behavioral Health: Policy & Financing (Attachment to 316) | GA03965612 |
| 283 | | Ex. 320 - COE for Children's Behavioral Health: Training & Workforce Development (Attachment to 316) | GA03965614 |
| 284 | | Ex. 321 - COE for Children's Behavioral Health: Evaluation and Research (Attachment to 316) | GA03965615 |
| 285 | | Ex. 322 - Article Entitled "Using a Theory of· 70 Change to Drive Human Resource Development for Wraparound" (Attachment to 316) | GA03965617 |
| 286 | | Ex. 323 - 10/27/2021 Email From Susan McLaren· To Tiegreen, Mills, Dante | GA03966468 |
| 287 | | Ex. 324 - COE IC3 Access & Outcomes Update October 27, 2021 (Attachment to 323) GA03966469-GA03966484 | GA03966469 |
| 288 | | Ex. 325 - 4/26/2017 Email From Susan McLaren To Derrick Gilchrist With Attachment | GA03890979 |
| 289 | | Ex. 326 - Fidelity Monitoring and Evaluation· of High Fidelity Wraparound in South Metro GNETS Schools, Prepared For Derrick Gilchrist, South Metro Director - April 26, 2017 25 (Attachment to 325) | GA03890980 |
| 290 | | Ex. 327 - 5/9/2018 Email Chain From Susan McLaren To Derrick Gilchrist | GA03908988 |
| 291 | | Ex. 328 - 6/22/2018 Email Chain From Susan McLaren To Melissa Haberlen | GA03910734 |
| 292 | | Ex. 329 - South Metro GNETS Therapeutic Services and Intervention Tiers (Attachment to 328) | GA03910736 |
| 293 | | Ex. 330 - Evaluation of the South Metro Georgia Network for Educational Therapeutic Supports (GNETS) Program Final Report | GA03945134 |
| 294 | | Ex. 331 - 2/11/2020 Email Chain From Susan McLaren to Recipients | GA03250129 |
| 295 | | Ex. 332 - Document Produced in Native Format· (Attachment to 331) | GA03250143 |
| 296 | Ann DiGirolamo Deposition | Ex. 334 - 12/18/2018 Email Chain From Ann Digirolamo To Rebecca Blanton | GA02771743 |
| 297 | | Ex. 336 - 11/17/2021 Email Chain From Ann DiGirolamo To McLaren, Carleton | GA03967230 |
| 298 | | Ex. 337 - DBHDD Contract With Board of Regents Of the University System of Georgia (Attachment to 336) | GA03967232 |
| 299 | | Ex. 338 - 6/12/2020 Email Chain From Ann DiGirolamo To Ashley Harris | GA00572261 |
| 300 | | Ex. 339 - 12/2/2019 Email Chain From Ann DiGirolamo To Dante McKay | GA00654336 |
| 301 | | Ex. 340 - The Georgia Apex Program: Rural Workforce (Attachment to 339) | GA00654337 |
| 302 | | Ex. 341 - Georgia Apex Program:Best Practices for Assessing Implementation Readiness (Attachment to 339) | GA00654338 |
| 303 | | Ex. 342 - Georgia Apex Program + School Climate (Attachment to 339) | GA00654339 |
| 304 | | Ex. 343 - 9/20/2019 Email Chain From Ann DiGirolamo To McKay/Snyder | GA00649808 |
| 305 | | Ex. 344 - 9/29/2021 Email Chain From Ann DiGirolamo To Recipients | GA03270155 |
| 306 | | Ex. 345 - Results from a State-wide School-based Mental Health Program in Georgia: Effects on School Climate October 15, 2021 PowerPoint Slides . (Attachment to 344) | GA03270157 |
| 307 | | Ex. 346 - 10/26/2015 Email From Ann DiGirolamo To Gay/Yancey | GA00401660 |
| 308 | | Ex. 347 - The Georgia School Based Mental Health Initiative: Utilizing System of Care Approaches, Community-Level Partnerships, and Research to Further School Based Mental Health 20th Annual Conference on Advancing School Mental Health November 5, 2015 PowerPoint Slides (Attachment to 346) | GA00401661 |
| 309 | Frank Berry Deposition | Ex. 348 - Agenda from System of Care Conference | GA00499893 |
| 310 | | Ex. 349 - Georgia System of Care State Plan, 2017 | GA04245177 |
| 311 | | Ex. 350 - Georgia Statute Section 37-1-20, Powers, Duties and Obligations of the DBHDD | |
| 312 | | Ex. 351 - Letter of findings, July 15, 2015 | US0010042 |
| 313 | | Ex. 354 - 2015 Mental Health Block Grant Annual Report | |
| 314 | | Ex. 355 - CBAY waiver 2015 Public Notice | |
| 315 | | Ex. 356 - CBAY fact sheet | |
| 316 | | Ex. 357 - Center of Excellence description of CBAY waiver | |
| 317 | | Ex. 358 - DBHDD website download of FAQs regarding APEX | |
| 318 | | Ex. 360 - Georgia Network for Educational and Therapeutic Support, Program Evaluation, Executive Summary, January 2015 | GA1258658 |
| 319 | Judy Fitzgerald Deposition | Ex. 361 - Behavioral Health Planning and Advisory Council - Evergreen Conference Center - July 14, 2015 PowerPoints | GA00099111.001 |
| 320 | | Ex. 362 - 9/16/2016 Email From Judy Fitzgerald to Nakeba Rahming | GA01184034 |
| 321 | | Ex. 363 - October 2016 Email From Nakeba Rahming to Dante McKay | GA00585313 |
| 322 | | Ex. 364 - SOC State Plan Pocket Guide Terms 4.12.18 | GA00043612 |
| 323 | | Ex. 365 - 6/19/2019 Email Chain From Monica Johnson To Judy Fitzgerald | GA00004807 |
| 324 | | Ex. 366 - 5/28/2019 Email From Dante To Judy Fitzgerald | GA00125561 |
| 325 | | Ex. 367 - 9/4/2020 Email Chain From Judy Fitzgerald To Monica Johnson | GA00018599 |

| | | | |
|---|---|---|---|
| 326 | | Ex. 368 - Georgia Code Title 73 Mental Health 160 Section 37-1-2 | |
| 327 | | Ex. 369 - 2020 Georgia Code Title 37 - Mental 175 Health Chapter 1, Article 2, Section 37-1-20 | |
| 328 | | Ex. 370 - 2/12/2019 Email From Garry McGiboney To Judy Fitzgerald | GA00003148 |
| 329 | | Ex. 371 - Georgia Uniform Application FY 2020/2021 Community Mental Health Services Block Grant | |
| 330 | | Ex. 372 - DBHDD OCYF Behavioral Health Continuum of Care Phases & Services Provided | GA00056438 |
| 331 | | Ex. 374 - The Georgia Apex Program Annual Evaluation Results July 2019-June 2020 PPT Presented by COE Leadership Meeting April 12, 2021 | GA04896745 |
| 332 | Vickie Cleveland Deposition | Ex. 375 - 3/16/2018 Email Chain From Vickie Cleveland to vcleve01@comcast.net with Attached Chart | GA00317569 |
| 333 | | Ex. 376 - 2/1/2018 Email From Nakeba Rahming to GNETS Program Directors | GA00016072 |
| 334 | | Ex. 377 - 10/14/2020 Email From Vickie Cleveland To Zelphine Smith-Dixon With Electronic Attachments | GA00362824 GA00362825 GA00362827 |
| 335 | | Ex. 377A | |
| 336 | | Ex. 377B | |
| 337 | | Ex. 377C | |
| 338 | | Ex. 378 - 10/14/2020 Email From Vickie Cleveland To Zelphine Smith-Dixon With Electronic Attachments | GA00362869 |
| 339 | | Ex. 378A | |
| 340 | | Ex. 380 - 5/20/2019 Email Chain From Vickie Cleveland To Lakesha Stevenson With Attachment | GA00346118 |
| 341 | | Ex. 381 - Request for GNETS Consultation | GA00030542 |
| 342 | | Ex. 382 - 5/24/2018 Email Chain From Vickie Cleveland To Linda Castellanos | GA00323024 |
| 343 | | Ex. 383 - 10/19/2018 Email From Lakesha Stevenson To Harold Chambers With Attachment | GA00335698 |
| 344 | | Ex. 384 - 12/14/2017 Email From Jacqie Neal To Vickie Cleveland With Attachment | GA00014291 |
| 345 | | Ex. 385 - 7/25/2018 Email Chain From Vickie Cleveland To Keith Everson | GA00329605 |
| 346 | | Ex. 388 - 8/28/2020 Email From Vickie Cleveland To Smith-Dixon, Owen With Attachment | GA00362004 |
| 347 | | Ex. 389 - 11/29/2018 Email From Vickie Cleveland To Recipients With Attachments | GA00337236 |
| 348 | | Ex. 390 - 4/24/2020 Email From Vickie Cleveland To Owen, Smith-Dixon With Attachment - GNETS Funding | GA00054562 |
| 349 | | Ex. 391 - 11/15/2019 Email Chain From Vickie Cleveland To Amber Todd With Electronic Attachment | GA00355886 |
| 350 | | Ex. 391A | |
| 351 | | Ex. 391B | |
| 352 | | Ex. 392 - 2/223/2018 Email Chain From Vickie Cleveland To Vickie Cleveland | GA00315836 |
| 353 | | Ex. 393 - 3/1/2019 Email Chain From Dante McKay To Vickie Cleveland | GA01063871 |
| 354 | | Ex. 394 - 12/19/2017 Email Chain From Clara Keith To Cleveland, Rahming | GA01054180 |
| 355 | | Ex. 395 9/19/2018 Email From Interagency Directors Team To Recipients With Attachment | GA00030905 |
| 356 | | Ex. 396 - 9/4/2019 Email From Kelvin Pruitt To Vickie Cleveland | GA00352005 |
| 357 | David Ackerman Deposition | Ex. 402 - Attachment A; Documents 1 Page 3 1-CGCA000001 to 16 | |
| 358 | | Ex. 404 - Floor plan | |
| 359 | | Ex. 405 - Floor plan | |
| 360 | | Ex. 406 - Attachment A; Documents 22-CGCA000001 to 4 | |
| 361 | | Ex. 407 - Attachment A; Document 15 Page 7 15-CGCA000001 to 2 | |
| 362 | | Ex. 408 - Attachment A; Document 4 | |
| 363 | Lakesha Stevenson Deposition | Ex. 419 - Email chain | GA02598820 |
| 364 | | Ex. 420 - Email chain | GA00119322 |
| 365 | | Ex. 421 - Email chain | GA00953298 |
| 366 | | Ex. 422 - Email chain | GA00946193 |
| 367 | | Ex. 423 - Email chain | GA00953689 |
| 368 | | Ex. 424 - Email chain | GA00963291 |
| 369 | | Ex. 425 - Email chain | GA00946723 |
| 370 | | Ex. 426 - Email chain | GA00955852 |
| 371 | | Ex. 427 - Email chain | GA00960449 |
| 372 | | Ex. 428 - Email chain | GA00963511 |
| 373 | | Ex. 429 - Email chain | GA00956689 |
| 374 | | Ex. 430 - Email chain | GA00942899 |
| 375 | | Ex. 431 - Email chain | GA00951657 |
| 376 | | Ex. 432 - Email chain | GA00956503 |
| 377 | | Ex. 433 - Email chain | GA00961618 |
| 378 | | Ex. 434 - Email chain | GA00954277 |
| 379 | | Ex. 435 - Email chain | GA02409892 |
| 380 | | Ex. 436 - Email chain | GA00953806 |
| 381 | | Ex. 437 - Email chain | GA00951662 |
| 382 | | Ex. 438 - Email chain | GA00956103 |
| 383 | | Ex. 439 - Email chain | GA00956213 |
| 384 | | Ex. 441 - Email chain | GA00944717 |
| 385 | | Ex. 443 - Email chain | GA00957939 |
| 386 | | Ex. 444 - Email chain | GA00952856 |
| 387 | | Ex. 445 - Email chain | GA00958932 |

| | | | |
|---|---|---|---|
| 388 | Derrick Gilchrist Deposition | Ex. 448 - E-mail chain ending with e-mail from Derrick Gilchrist to Vickie Cleveland 12/12/19 "Subject: Re: Funding Summary" | GA00356682 |
| 389 | | Ex. 449 - Excel Document | |
| 390 | | Ex. 450 - Guidance and Planning Document for Student Reintegration from South Metro GNETS | |
| 391 | | Ex. 451 - South Metro GNETS and View Point Health Fidelity Wraparound | |
| 392 | | Ex. 452 - Email from Derrick Gilchrist to Nakeba Rahming 2/15/16 "Subject: Partnership with DBHDD" | GA00040636 |
| 393 | | Ex. 453 - E-mail chain ending with e-mail from Derrick Gilchrist to Nakeba Rahming 7/2/16, "Subject: RE: GNETS site visit" | GA00062394 |
| 394 | | Ex. 454 - E-mail chain from Derrick Gilchrist to Nakeba Rahming 11/16/16 "Subject: RE: SDQ and climate study" | GA00042459 |
| 395 | | Ex. 455 - E-mail from Dimple Desai to Derrick Gilchrist 7/31/2020 "Subject: Final South Metro GNETS Project Report" | GA03945133 |
| 396 | | Ex. 456 - South Metro GNETS Therapeutic Service and Intervention Tiers | |
| 397 | | Ex. 457 - E-mail chain ending with E-mail chain from Derrick Gilchrist to Danté McKay 12/16/20, "Subject: Re: South Metro GNETS - clubhouse services" | GA00262820 |
| 398 | | Ex. 458 - E-mail chain ending with e-mail from Derrick Gilchrist to Nakeba Rahming 4/11/17, "Subject: RE: PT Psychologist" | GA00785867 |
| 399 | | Ex. 459 - Staffing Pattern | |
| 400 | | Ex. 460 - E-mail from Vickie Cleveland to Lakesha Stevenson 8/16/18 "Subject: Items to copy for meeting" | GA00030538 |
| 401 | | Ex. 461 - Self-Assessment Outcomes and Improvement Summary Plan | |
| 402 | | Ex. 462 - E-mail chain ending from Derrick Gilchrist to Michael Rowland 8/17/17 "Subject: RE: South Metro GNETS - Ash Street Program" | GA00995478 |
| 403 | Patricia Wolf Deposition | Ex. 465 - Email chain, top from Wolf to Cleveland 1-5-18, GA 14956-57 | |
| 404 | | Ex. 466 - Email chain, top from Wolf to Cleveland 4-8-19, GA 343802-803 | |
| 405 | | Ex. 467 - GNETS of Oconee Total Students Served by Year, FY20-FY22 as of 9-22-21, 1 page· | |
| 406 | | Ex. 468 - GNETS of Oconee brochure, 4 pages | |
| 407 | | Ex. 469 - Email chain, top from Wolf to Cleveland 9-12-19, GA 952013-16 with attachment | |
| 408 | | Ex. 470 - Grants Proposal by GNETS of Oconee Fiscal Year 2022 | |
| 409 | | Ex. 471 - Board update for 8-10-21 RESA Board of Control Meeting, 4 pages· | |
| 410 | | Ex. 472 - GNETS of Oconee Professionally Qualified Status All Staff spreadsheet | |
| 411 | | Ex. 473 - Board update for 7-9-19 RESA board meeting | |
| 412 | | Ex. 475 - Email chain, top from Wolf to Cleveland 5-14-18 | GA00321938 |
| 413 | | Ex. 476 - Email chain, top from Wolf to Rahming 9-29-17 | GA00794101 |
| 414 | | Ex. 477 - Email chain, top from Wolf to McCollum 5-23-17 | GA03817180 |
| 415 | | Ex. 478 - Email chain, top from Cleveland to Wolf 6-13-18 | GA00326123 |
| 416 | | Ex. 479 - Email chain, top from Cleveland to Wolf 7-24-18 | GA00329465 |
| 417 | | Ex. 480 - Enrollment rosters FY20-22 | |
| 418 | | Ex. 481 - Email chain, top from Cleveland to Wolf 12-14-18, GA 337910-911 with attachment | GA00337910 |
| 419 | | Ex. 482 - GNETS Confidential Student Information Packet Revised 10/2020 | |
| 420 | | Ex. 483 - Consideration of GNETS Services GNETS Guiding Questions for Revised June 2018, 2 pages | |
| 421 | | Ex. 484 - GNETS Services Flow Chart Revised October 2020, 1 page | |
| 422 | | Ex. 485 - Request for GNETS Consultation Revised October 2020, 2 pages | |
| 423 | | Ex. 486 - Email from Wolf to Derr, et al. 9-6-17 with attachment | GA00793042 |
| 424 | | Ex. 487 - Email from Wolf to Rahming 10-4-17 with attachment | GA00794159 |
| 425 | | Ex. 488 - Email from Wallace, et al. 10-4-17 with attachment | GA00794197 |
| 426 | | Ex. 489 - Email chain, top from Wolf to Rahming 10-24-17 | GA00132036 |
| 427 | | Ex. 490 - Email chain, top from Wolf to Rahming 11-7-17 with attachment | GA01941385 |
| 428 | | Ex. 491 - Email from Wolf to Rahming 11-16-17 with attachment | GA00013170 GA00013131 |
| 429 | | Ex. 492 - Email chain, top from Rahming to Wolf, et al. 12-11-17 | GA00014016 |
| 430 | | Ex. 493 - Email from Wolf to Cleveland 6-20-18 with attachment | GA00327280 |
| 431 | | Ex. 494 - Email from Wolf to Cleveland 6-21-18 | GA00327446 |
| 432 | | Ex. 495 - Email from Wolf to Cleveland et al. 7-16-18 | GA00328367 |
| 433 | | Ex. 496 - Email chain, top from Wolf to Rahming 1-17-17 with attachment | GA00130964 |
| 434 | | Ex. 497 - Email chain, top from Wolf to Rahming 11-18-16 | GA00042505 |
| 435 | | Ex. 498 - Email chain, top from Rahming to Wolfe 8-2-16 | GA00781443 |
| 436 | | Ex. 499 - Email from Wolf to Cleveland 6-14-18 with attachment | GA00326222 |
| 437 | | Ex. 500 - Email chain, top from Wolf to Cleveland 6-14-18 | GA00326259 |
| 438 | | Ex. 502 - GNETS of Oconee Mid-Year Strategic Plan Review 1-14-21, 20 pages | |
| 439 | | Ex. 503 - Email chain, top from Wolf to Gay 12-31-15 with attachment | GA00403823 |
| 440 | | Ex. 504 - Email from Wolf to Rahming 2-1-16 with attachment | GA00062023 |
| 441 | | Ex. 505 - Email from Wolf to Stevenson 11-12-19 | GA00953836 |
| 442 | | Ex. 506 - Email from Cleveland to Wolf 12-19-17 with attachment and 2 additional pages | GA00014432 |
| 443 | | Ex. 507 - Email from Wolf to Cleveland 9-14-18 with attachment and one additional page | GA00332753 |
| 444 | | Ex. 508 - Email from Wolf to Rahming 1-19-17 | GA00130985 |
| 445 | Jennifer Hibbard Deposition | Ex. 511 - View Point Health Overview related to Strategic Plan | VPH000003 |
| 446 | | Ex. 512 - View Point Health Overview Strategic Plan | VPH000002 |
| 447 | | Ex. 513 - E-mail from Chad Jones to Adell Flowers 3/14/16 | GA00578758 |

| | | | |
|---|---|---|---|
| 448 | | Ex. 514 - View Point Health System of Care Coordination Encounter Data Report February 2016 | GA00578761 |
| 449 | | Ex. 515 - Non-Apex Services and Staff: Schools, Settings & Times of Services | VPH000009 |
| 450 | | Ex. 516 - South Metro GNETS School and Staffing | |
| 451 | | Ex. 517 - State of Georgia Department of Behavioral Health and Developmental Disabilities Contract | |
| 452 | | Ex. 518 - Voices for Georgia's Children,"Supporting Children's Mental Health" June 2020 | |
| 453 | | Ex. 519 - Office of Children, Young Adults, and Families Georgia Apex Programmatic Report | |
| 454 | | Ex. 520 - E-mail from Tricia Mills to Giselle Lynch, et al., 2/11/20 "Subject: RE: HFW Benchmarking F2F" | GA04292495 |
| 455 | | Ex. 521 | GA04292504 |
| 456 | Samuel Jones Deposition | Ex. 523 - GNETS Referral Form | GA03909236 |
| 457 | | Ex. 524 - Wraparound Fidelity Index -Short Form | GA03930524 |
| 458 | | Ex. 525 - E-mail from Chad Jones to Dante McKay 6/15/17 | GA00597506 |
| 459 | | Ex. 526 - Wraparound Implementation Standards System (WISS) | GA04292505 |
| 460 | | Ex. 527 - E-mail from Ebony Johnson to Adam Klein, et al., 3/15/21 | GA02806605 |
| 461 | | Ex. 528 - School-Based Mental Health Workgroup | GA02806608 |
| 462 | | Ex. 529 - E-mail from Emily Graybill to Ebony Johnson 6/21/21 | GA03411245 |
| 463 | | Ex. 530 - Mental Health Supports for Students with I/DD Survey Flow | GA03411246 |
| 464 | | Ex. 531 - Notes: IDT Telehealth Subgroup 8/17/2021 | GA02819076 |
| 465 | | Ex. 532 - GECC Spring Quarterly Meeting 8/19/21 | GA04890357 |
| 466 | | Ex. 533 - E-mail from Camille Pendley to L. Wilburn 6/29/21 | GA04587476 |
| 467 | | Ex. 534 - Child and Adolescent Health Coalition American Rescue Plan Act Funding Priorities June 2021 | GA04587484 |
| 468 | | Ex. 535 - E-mail from Chad Jones to Adrienne Boisson, et al., 10/18/18 | GA03166464 |
| 469 | | Ex. 536 - E-mail from Chad Jones to Danielle Jones 4/16/21 | GA03256987 |
| 470 | | Ex. 537 - E-mail from Danté McKay to Chad Jones 3/11/21 | GA03253410 |
| 471 | | Ex. 538 - View Point Health Overview Trainings for Apex Staff | VPH000004 |
| 472 | Lisa Futch Deposition | Ex. 541 - Georgia Network for Educational and Therapeutic Support Strategic Plan (20 Pages) | |
| 473 | | Ex. 542 - E-mail dated March 21, 2019 (7 pages) | GA01064131 |
| 474 | | Ex. 543 - student enrollment spreadsheet from the 2021 to '22 school year (1 page) | |
| 475 | | Ex. 544 - student enrollment spreadsheet from the 2021 to '22 school year for the Hinesville Liberty facility (2 pages) | |
| 476 | | Ex. 545 - student enrollment spreadsheet from the 2021 to '22 school year for the Glynn facility (1 page) | |
| 477 | | Ex. 546 - GA00794669 (1 page) | GA00794669 |
| 478 | | Ex. 547 - GA00131256 (1 page) | GA00131256 |
| 479 | | Ex. 548 - GA00227998·(1 page) | GA00227998 |
| 480 | | Ex. 549 - GA00015229 | GA00015229 |
| 481 | | Ex. 550 - Guidance and Planning Documents for Student Reintegrations from GNETS to an LEA Setting (4 pages) | |
| 482 | | Ex. 551 - Coastal Academy Temp_000250 (34 pages) | |
| 483 | | Ex. 552 - GA00082998·(3 pages) | GA00082998 |
| 484 | | Ex. 553 - GA00357358 (2 pages) | GA00357358 |
| 485 | | Ex. 554- GA00083733·(3 pages) | GA00083733 |
| 486 | | Ex. 555 - GA00097408·(1 page) | GA00097408 |
| 487 | | Ex. 556 - GNETS Services Flow Chart·(1 page) | |
| 488 | | Ex. 557 - Request for GNETS Consultation (2 pages) | |
| 489 | | Ex. 558 - Confidential Student Information·Packet for GNETS (4 pages) | |
| 490 | | Ex. 559 - GNETS Guiding Questions for·Considerations for GNETS Services (2 pages) | |
| 491 | Brooke Cole Deposition | Ex. 561 - Elam Alexander Academy Administration team | |
| 492 | | Ex. 563 -Grants information fiscal year 2022 - Bibb County Elam-09-21-21-0005 | |
| 493 | | Ex. 564 - Grants information fiscal year 2021 - Bibb County Elam-09-21-21-0003 to 4 | |
| 494 | | Ex. 565 - Class Roster Elam-09-20-21-0100 to 0108 | |
| 495 | | Ex. 566 - E-mail chain from Brooke Cole to·Vickie Cleveland 5/16/18 "Subject: Re: GAA Guidance" GA00322208 | GA00322208 |
| 496 | | Ex. 567 - E-mail chain from Brooke Cole to Vickie Cleveland 1/15/19 "Subject: Re: ID enrollment info" GA00338963 to 964 | GA00338963 |
| 497 | | Ex. 568 - E-mail from Brooke Cole to Nakeba Rahming 10/30/17 "Subject: Accepted: Save the Date" GA00132578 | GA00132578 |
| 498 | | Ex. 569 - E-mail from Brooke Cole to Nakeba Rahming 7/6/17, "Subject: School Psychologist" GA00790074 | GA00790074 |
| 499 | | Ex. 570 - Grants information fiscal year 2022 Bibb County Elam 3.18.22 Supplement 3467 to 3491 | |
| 500 | | Ex. 571 - E-mail from Brooke Cole to Nakeba Rahming 8/25/17 "Subject: Teacher Qualifications" GA00792442 | GA00792442 |
| 501 | | Ex. 572 - GNETS Referral/Consult 2019/20 Elam - 10-01-21 Supplement 1260 to 1275 | |
| 502 | | Ex. 573 - E-mail from Brooke Cole to Vickie Cleveland 1/9/19 "Subject: Question" GA00338582 | GA00338582 |

| | | | |
|---|---|---|---|
| 503 | | Ex. 574 - 2018-2019 PBIS Distinguished Schools Elam-09-20-21-0223 to 0237 | |
| 504 | | Ex. 575 - E-mail chain from Brooke Cole to Sandra DeMuth 10/14/16 "Subject: Re: PBIS recognition" GA03007811 | GA03007811 |
| 505 | | Ex. 576 - Table representing Elam Alexander Academy's school-based GNETS locations outside of Bibb County Elam - 10-01-21 Supplement 3414 | |
| 506 | | Ex. 577 - Grants information fiscal year 2020 - Bibb County Elam 3.18.22 Supplement 3415 to 3441 | |
| 507 | | Ex. 578 - E-mail chain from Brooke Cole to Vickie Cleveland 11/5/2020 "Subject: Re: Regional TA Meeting/Link" GA00363717 to 718 | GA00363717 |
| 508 | | Ex. 579 - E-mail from Brooke Cole to Nakeba Rahming 3/8/17 "Subject: Facilities" GA00784347 | GA00784347 |
| 509 | | Ex. 580 - Letter to Brooke Cole from Vickie Cleveland 7/1/19 | |
| 510 | Amber McCollum Deposition | Ex. 582 - GaDOE Organizational Chart GEORGIA 000007 to 000032 | |
| 511 | | Ex. 583 - Georgia State Department of Education Earnings Sheet for FY 2023 | |
| 512 | | Ex. 584 - Letter to "Gentlemen" from Brian Kemp dated 5/12/22 | |
| 513 | | Ex. 585 - E-mail from Fran Whitfield to Jacqueline Neal 6/29/18 "Subject: FY 19 GNETS GrantApplication" GA04957978 to 7997 (Confidential, subject to protective order) | GA04957978 |
| 514 | | Ex. 586 - Consolidated Application First District RESA GA00031045 to 31048 | GA00031045 |
| 515 | | Ex. 587 - E-mail from Amber McCollum to Geronald Bell 8/30/16 "Subject: GNETS Student Enrollment Count" GA03806083 to 6093 | GA03806083 |
| 516 | | Ex. 588 - E-mail chain from Amber McCollum to Stacey Benson 3/11/16 "Subject: RE: Draft FY17 GNETs Allocations" GA03803300 to 3301 | GA03803300 |
| 517 | | Ex. 589 - E-mail chain from Amber McCollum to Vickie Cleveland 2/26/18 22 "Subject: RE: Three year averages" GA00315851 to 5852 | GA00315851 |
| 518 | | Ex. 590 - E-mail chain from Amber McCollum to Derrick Gilchrist 3/15/16 "Subject: RE: Draft FY17 GNETS allocations" GA03803376 to 3377 | GA03803376 |
| 519 | | Ex. 591 - E-mail chain from Cassandra Holifield 3/16/16, "Subject: RE: GNETS meeting" GA03803401 to 3403 | GA03803401 |
| 520 | | Ex. 592 - GNETS Budget Formula Information GA00041019 | GA00041019 |
| 521 | | Ex. 593 - E-mail chain from Amber McCollum to May Ann Seay 3/21/16 "Subject: RE: Draft FY17 GNETS Allocations" GA03803423 to 3425 | GA03803423 |
| 522 | | Ex.594 - E-mail chain from Vickie Cleveland to Amber McCollum "Subject: Re: Bibb County GNETS" GA04957967 to 7970 (Confidential, subject to protective order) | GA04957967 |
| 523 | | Ex. 595 - E-mail chain from Amber McCollum to Amber McCollum 3/20/18 "Subject: GNETS training" GA04957908 (Confidential, subject to protective order) | GA04957908 |
| 524 | | Ex. 596 - E-mail chain from Amber McCollum to Lisa Futch 3/15/18 "Subject: RE: Aroma Therapy for emotional support" GA00317500 to 317501 | GA00317500 |
| 525 | | Ex. 597 - E-mail chain from Amber McCollum to Zelphine Smith-Dixon 5/25/17 "Subject: RE: Question about carryover" GA00885099 to 885101 | GA00885099 |
| 526 | | Ex.598 - E-mail chain from Amber McCollum to Vickie Cleveland 7/11/19  "Subject: Re: Grant App" GA03838390 to 392 | GA03838390 |
| 527 | | Ex. 599 - E-mail chain from Amber McCollum to Deborah Gay 10/13/16 "Subject: Re: GNETS Fed-Bibb County Deadline 10/19" GA00019233 to 19236 | GA00019233 |
| 528 | | Ex. 600 - E-mail chain from Amber McCollum to Vickie Cleveland 6/7/18 "Subject: RE: Budget amendment" GA03826080 to 082 | GA03826080 |
| 529 | Larry Winter Deposition | Ex. 603 - Bylaws of the State Board of Education | |
| 530 | | Ex. 605 - E-mail chain from Larry Winter to Matt Jones 5/22/18 GA03510889 to 10893 | GA03510889 |
| 531 | | Ex. 606 - E-mail from Larry Winter to Linda Myers 5/11/16 GA00279424 | GA00279424 |
| 532 | | Ex. 611 - E-mail chain from Larry Winter to Garry McGiboney 5/11/16 GA00510340 to 341 | GA00510340 |
| 533 | | Ex. 612 - E-mail chain from Larry Winter to Clara Keith 10/5/16 GA00197817 to 7818 | GA00197817 |
| 534 | | Ex. 613 - E-mail from Larry Winter to Clara Keith 10/13/16 25 GA01486305 to 306 | GA01486305 |
| 535 | | Ex. 614 - June State Board Meeting dated 6/13/19 | |
| 536 | | Ex. 615 - Georgia Department of Education Item for State Board of Education Approval Grant - GNETS state and Federal Allocations | |
| 537 | | Ex. 616 - Georgia Department of Education Item for State Board of Education Approval - FY20 GNETS Grant for Supplemental Instruction | |
| 538 | | Ex. 617 - Georgia Department of Education Item for State Board of Education Approval - FY20 State 11 Allocation | |
| 539 | | Ex. 618 - E-mail from Ted Beck to Larry Winter 9/28/17 GA04450268 to 50269 | GA04450268 |
| 540 | | Ex. 619 - E-mail from Deborah Gay to Larry Winter 9/21/16 GA04450250 to 50251 | GA04450250 |
| 541 | | Ex. 620 - E-mail from Larry Winter to Garry McGiboney 5/14/2018 GA00540344 to 0345 | GA00540344 |
| 542 | | Ex. 621 - E-mail from Larry Winter to Matt Jones 9/18/15 GA03463431 | GA03463431 |
| 543 | | Ex. 623 - E-mail from Larry Winter to Matt Jones 2/16/16 GA03465879 | GA03465879 |
| 544 | | Ex. 624 - E-mail from Larry Winter to Nakeba Rahming 8/29/17 GA00792589 to 2590 | GA00792589 |

| 545 | | Ex. 625 - E-mail chain from Garry McGiboney to Larry Winter 2/16/16 GA00506530 to 506531 | GA00506530 |
|---|---|---|---|
| 546 | Cassandra Holifield Deposition | Ex. 628 - North Metro GNEGS Program Brochure Updated August 2020 | |
| 547 | | Ex. 629 - 4/9/2016 Email Thread from Cassandra Holifield To Nakeba Rahming GA00041282 - GA00041284 | GA00041282 |
| 548 | | Ex. 630 - 7/22/2016 Email Thread From Cassandra Holifield To Nakeba Rahming With Electronic Attachment GA00041656 - GA00041657 | GA00041656 |
| 549 | | Ex. 631 - North Metro GNETS FY22 Grant Application | |
| 550 | | Ex. 632 - 3/29/2019 Email Thread From Cassandra Holifield To Vickie Cleveland GA00343281 - GA00343282 | GA00343281 |
| 551 | | Ex. 633 - FY 22 GNETS Employment Status | |
| 552 | | Ex. 634 - 5/9/2018 Email Thread From Cassandra Holifield To Vickie Cleveland With Attached Word Document GA00321183 - GA00321187 | GA00321183 |
| 553 | | Ex. 635 - 10/7/2016 Email Thread From Cassandra Holifield To Nakeba Rahming GA00065489 | GA00065489 |
| 554 | | Ex. 636 - 8/2/2017 Email Thread From Cassandra Holifield To Nakeba Rahming With Attached Word Document GA00791440 - GA00791442 | GA00791440 |
| 555 | | Ex. 637 - 9/18/2017 Email From Nakeba Rahming To Cassandra Holifield With Attached Word Document GA00793645 - GA00793646 | GA00793645 |
| 556 | | Exhibit 638 - 9/19/2017 Email Thread From Cassandra Holifield To Nakeba Rahming GA00793696 | GA00793696 |
| 557 | | Ex. 639 - 12/1/2016 Email Thread From Cassandra Holifield To Nakeba Rahming GA00042647 | GA00042647 |
| 558 | | Ex. 640 - 12/8/2016 Email Thread From Cassandra Holifield To Nakeba Rahming With Attached Word Document GA00042977 - GA00042987 | GA00042977 |
| 559 | | Ex. 641 - North Metro GNETS Student Tiers of Support in the Least Restrictive Environment (LRE) North Metro_Temp_005047 | |
| 560 | | Ex. 642 - 2/9/2016 Email Thread From Cassandra Holifield to Nakeba Rahming and Recipients With Attached Strategic Plan GA00040621 - GA00040626 | GA00040621 |
| 561 | | Ex. 643 - 2/5/2016 Email From Cassandra Holifield To Nakeba Rahming With Attachment GA00062065 - GA00062070 | GA00062065 |
| 562 | | Ex. 644 - GNETS North Metro GNETS BOY Strategic Plan Rating Rubric 08-17-21 North Metro_Temp_005656 | |
| 563 | | Ex. 645 - 4/26/2018 Email Thread From Cassandra Holifield To Vickie Cleveland GA00319999 - GA00320000 | GA00319999 |
| 564 | | Ex. 646 - 2/19/2019 Email Thread From Cassandra Holifield To Vickie Cleveland GA00094762 - GA00094765 | GA00094762 |
| 565 | | Ex. 647 - 8/9/2016 Email Thread From Cassandra Holifield To Nakeba Rahming GA00063361 - GA00063362 | GA00063361 |
| 566 | | Ex. 648 - 7/26/2016 Email Thread From Cassandra Holifield To Recipients GA00063211 - GA00063213 | GA00063211 |
| 567 | | Ex. 649 - 5/17/2016 Email Thread From Cassandra Holifield To Vickie Cleveland GA00345934 | GA00345934 |
| 568 | | Ex. 651 - 3/16/2016 Email Thread From Cassandra Holifield To Nakeba Rahming GA00041055 - GA00041057 | GA00041055 |
| 569 | | Ex. 652 - 3/30/2016 Email From Cassandra Holifield To Nakeba Rahming GA00041160 - GA00041161 | GA00041160 |
| 570 | | Ex. 653 - 3/31/2016 Email Thread From Cassandra Holifield To Recipients GA00041177 - GA00041178 | GA00041177 |
| 571 | | Ex. 654 - 1/14/2018 Email Thread From Cassandra Holifield To Lisa Futch and Recipients GA00015236 | GA00015236 |
| 572 | | Ex. 655 - 1/31/2018 Email Thread From Cassandra Holifield To Nakeba Rahming and Recipients With Attachment GA00015983 - GA00016052 | GA00015983 |
| 573 | | Ex. 656 - 10/27/2017 Email Thread From Cassandra Holifield To Nakeba Rahming With Attachments GA00132302 - GA00132322 | GA00132302 |
| 574 | | Ex. 657 - 7/6/2020 Email Thread From Cassandra Holifield To Zelphine Smith-Dixon and Recipients With Attachments  GA02326483 - GA02326486 | GA02326483 |
| 575 | | Ex. 658 - 3/12/2017 Email Thread From Cassandra Holifield To Nakeba Rahming GA00784542 | GA00784542 |
| 576 | | Ex. 659 - 6/7/2019 Email Thread From Cassandra Holifield To Vickie Cleveland GA00347596 - GA00347600 | GA00347596 |
| 577 | | Ex. 660 - 2/14/2018 Email Thread From Cassandra Holifield To Rahming,Cleveland GA00201024 - GA00201026 | GA00201024 |
| 578 | | Ex. 661- 6/7/2019 Email Thread From Cassandra Holifield To Vickie Cleveland GA00319313 - GA00319314 | GA00319313 |
| 579 | | Ex. 662 - 12/11/2019 Email Thread From Cassandra Holifield To Vickie Cleveland GA00356478 - GA00356481 | GA00356478 |
| 580 | | Ex. 663 - 5/24/2018 Email Thread From Cassandra Holifield To Keller and Recipients GA00322900 - GA00322902 | GA00322900 |
| 581 | | Ex. 664 - GNETS Documentation of Services FY 22 North Metro GNETS Program | |
| 582 | | Ex. 665 - Spreadsheets North Metro_Temp_002628 | |
| 583 | | Ex. 666 - 9/26/2018 Email Thread From Cassandra Holifield To Vickie Cleveland With Attached Spreadsheet GA00333801 - GA00333802 | GA00333801 |

| | | | |
|---|---|---|---|
| 584 | | Ex. 670 - 11/14/2018 Email From Vickie Cleveland To Recipients With Attached Spreadsheets GA00336618 | GA00336618 |
| 585 | Jason Byars Deposition | Ex. 672 - 8/16/2019 Email Thread From Jason Byars To Garry McGiboney GA00303633 - GA00303634 | GA00303633 |
| 586 | | Ex. 673 - 5/17/2019 Email Thread From Jason Byars To Garry McGiboney GA01029947 - GA01029951 | GA01029947 |
| 587 | | Ex. 674 - Georgia PBIS Implementation Process For Districts and Schools | |
| 588 | | Ex. 675 - February 10, 2020 Hall County Schools Presentation GA00308255.001 - GA00308255.079 | GA00308255.001 |
| 589 | | Ex. 676 - 11/18/2019 Email Thread From Jason Byars To Lara Sims With Attachment GA00305518 - GA00305526 | GA00305518 |
| 590 | | Ex. 677 - 2/5/2020 Email Thread From Jason Byars To Feldmann, Patterson With Attachment GA00307145 - GA00307146 24 ; GA00307146.001 - GA00307146.011 | GA00307145 GA00307146.0011 |
| 591 | | Ex.678 - District Guidance for PBIS Implementation - Updated 9.17.22 | |
| 592 | | Ex. 679 - 10/3/2019 Email Thread From Jason Byars To Tamara Etterling GA00304824 - GA00304827 | GA00304824 |
| 593 | | Ex. 680· 12/17/2019 Email Thread From Jason Byars To Kent McIntosh With Attachment GA00305809 - GA00305814 | GA00305809 |
| 594 | | Ex. 681 - 7/2/2020 Email Thread From Jason Byars To Garry McGiboney GA00311038 GA00311040 | GA00311038 |
| 595 | | Ex. 682 - 8/22/2019 Email From Sandra DeMuth To Tammi Clarke With Attached Spreadsheet GA00303767 - GA00303768 | GA00303767 |
| 596 | | Ex. 683 - 5/27/2019 Email Thread From Sandra DeMuth To Ashley Beaver and Recipients GA00301609 - GA00301612 | GA00301609 |
| 597 | | Ex. 684 - 5/31/2019 Email Thread From Sandra DeMuth To Benjamin Moore and Recipients GA00301756 - GA00301757 | GA00301756 |
| 598 | | Ex. 685 - 4/18/2020 Email Thread From Tammi Clarke To Jason Byars and Recipients GA00308757 - GA00308758 | GA00308757 |
| 599 | | Ex. 686 - 7/25/2019 Email Thread From Tammi Clarke To Sandra DeMuth and Recipients GA00302987 - GA00302988 | GA00302987 |
| 600 | | Ex. 687 - 1/25/2019 Email Thread From Sandra DeMuth To Jason Byars GA00298913 - GA00298914 | GA00298913 |
| 601 | | Ex. 688 - 9/17/2020 Email Thread From Justin Hill To Jason Byars GA01045886 - GA01045887 | GA01045887 |
| 602 | | Ex. 689 - 3/10/2020 Email Thread From Jason Byars To Garry McGiboney With Attachment GA00307769 - GA00308255 | GA00307769 |
| 603 | | Ex. 690 - 6/30/2016 Email From Jason Byars To Sarah West GA02616081 | GA02616081 |
| 604 | | Ex. 691 - 1/16/2019 Email From Terrence Wilson To Talley Wells GA00298789 - GA00298790 | GA00298789 |
| 605 | | Ex. 692 - 5/11/2020 Email From Jason Byars To Curlandra Smith With Attachment GA00309926 - GA00309930 | GA00309926 |
| 606 | | Ex. 693 - 8/6/2020 Email Thread From Jason Byars To Miriam Gudenrath GA00311700 - GA00311702 | GA00311700 |
| 607 | | Ex. 694 - 6/23/2020 Email Thread From Jason Byars To Emily Graybill GA00310731 - GA00310732 | GA00310731 |
| 608 | Shaun Owen Deposition | Ex. 697 - E-mail from Matt Jones to Matt Jones 10/9/2020 "Subject: Announcements" | GA01852181 |
| 609 | | Ex. 698 - E-mail from Richard Woods to DOE Users 9/9/16 "Subject: Revised Organizational Chart and Strategic Plan" GA01764366 to 392 | GA01764366 |
| 610 | | Ex. 699 - E-mail from Matt Jones to Shaun Owen 3/31/19  "Subject: Fw: To Do List" GA00697832 to 7836 | GA00697832 |
| 611 | | Ex. 701 - E-mail from Shaun Owen to Jaquenetta Dugger 4/29/20 "Subject: RE: GNETS" GA00707281 to 282 | GA00707281 |
| 612 | | Ex. 702 - E-mail from Vickie Cleveland to Shaun Owen 8/19/20 "Subject: Weekly agenda" GA05057496 to 7499 | GA05057496 |
| 613 | | Ex. 703 - Letter to Mr. Belinfante and Ms. Morris dated 5/23/22 from  Andrea Hamilton | |
| 614 | Samuel Clemons Deposition | Ex. 706 - May 7, 2018 Email Thread From Samuel Clemons To Vickie Cleveland | GA00320913 |
| 615 | | Ex. 707- Horizon GNETS Brochure | |
| 616 | | Ex. 708 - December 11, 2019 Email Thread From Samuel Clemons To Vickie Cleveland | GA00356588 |
| 617 | | Ex. 709 - June 11, 2018 Email Thread From Samuel Clemons To Vickie Cleveland | GA00325435 |
| 618 | | Ex. 710 - July 17, 2018 Email Thread From Samuel Clemons To Vickie Cleveland | GA00328721 |
| 619 | | Ex. 711 - January 5, 2018 Email Thread From Vickie Cleveland To Samuel Clemons With Attachment | GA00001659 |
| 620 | | Ex. 712 - August 24, 2016 Email Thread From Samuel Clemons To Nakeba Rahming | GA00063752 |
| 621 | | Ex. 713 - January 24, 2018 Email Thread From Samuel Clemons To Vickie Cleveland | GA00014898 |
| 622 | | Ex. 714 - January 4, 2018 Email Thread From Samuel Clemons To Nakeba Rahming | GA02300899 |
| 623 | | Ex. 715 - January 31, 2018 Email From Harold Chambers To Nakeba Rahming | GA00200331 |
| 624 | | Ex. 716 - October 4, 2018 Email Thread From Samuel Clemons To Vickie Cleveland | GA00334548 |
| 625 | | Ex. 717 - August 7, 2018 Email Thread From Samuel Clemons To Vickie Cleveland | GA00330657 |
| 626 | | Ex. 718 - August 27, 2018 Email Thread From Samuel Clemons To Vickie Cleveland | GA00332100 |
| 627 | | Ex. 719 - April 14, 2017 Email Thread From Nakeba Rahming To Samuel Clemons | GA01935164 |
| 628 | | Ex. 720 - Horizon Academy School Hand | |

| | | | |
|---|---|---|---|
| 629 | | Ex. 721 - September 5, 2019 Email Thread From Samuel Clemons To Lakesha Stevenson With Attached Excel File | GA00951685 |
| 630 | | Ex. 722 - Horizon Grant Application FY 22 | |
| 631 | | Ex. 723 - Document With Organizations | |
| 632 | | Ex. 724 - October 15, 2021 Horizon Enrollment Chart | |
| 633 | | Ex. 725 - GNETS Confidential Student Information Packet | |
| 634 | | Ex. 726 - August 3, 2017 Email Thread From Nakeba Rahming To Samuel Clemons | GA00791553 |
| 635 | | Ex. 727 - September 19, 2017 Email Thread From Nakeba Rahming To Samuel Clemons | GA00226017 |
| 636 | | Ex. 728 - August 3, 2017 Email Thread From Samuel Clemons To Nakeba Rahmi | GA00784317 |
| 637 | | Ex. 729 - August 24, 2020 Email Thread From Vickie Cleveland To Samuel Clemons | GA00361784 |
| 638 | | Ex. 730 - May 14, 2019 Email Thread From  Samuel Clemons To Vickie Cleveland | GA00345579 |
| 639 | | Ex. 731 - October 30, 2020 Email Thread From Samuel Clemons To Lakesha Stevenson | GA00962362 |
| 640 | | Ex. 732 - August 31, 2020 Email Thread From Samuel Clemons To Zelphine Smith-Dixon | GA00916243 |
| 641 | | Ex. 733 - June 7, 2018 Email Thread From  Vickie Cleveland To Samuel Clemons With Attachment | GA00324971 |
| 642 | | Ex. 734 - July 3, 2018 Email Thread From Samuel Clemons To Vickie Cleveland With Attached PDF | GA00327998 |
| 643 | | Ex. 735 - July 3, 2018 Email Thread From Samuel Clemons To Vickie Cleveland | GA00328013 |
| 644 | | Ex. 736 - July 3, 2018 Email Thread From Samuel Clemons To Vickie Cleveland With Attached PDF | GA00328016 |
| 645 | | Ex. 737 - July 20, 2018 Email Thread From Vickie Cleveland To Delphine Smith-Dixon With Attached PDF | GA00185505 |
| 646 | | Ex. 738 - July 21, 2018 Email Thread From Samuel Clemons To Vickie Cleveland | GA00329184 |
| 647 | | Ex. 739 - May 31, 2017 Email Thread From Samuel Clemons To Nakeba Rahming With Attached PDF | GA00788011 |
| 648 | | Ex. 740 - July 29, 2016 Email Thread From Nakeba Rahming To Samuel Clemons With Attached PDF | GA00781027 |
| 649 | | Ex. 741 - May 23, 2022 U.S. DOJ Letter From Hamilton/Lill To State of Georgia Belifante/Morris | |
| 650 | | Ex. 742 - May 23, 2022 U.S. DOJ Letter From Hamilton/Lill To State of Georgia Belifante/Morris | |
| 651 | | Ex. 743 - May 23, 2022 U.S. DOJ Letter From Hamilton/Lill To State of Georgia Belifante/Morris | GA00364202 |
| 652 | | Ex. 744 - July 13, 2016 Email Thread From Samuel Clemons To Nakeba Rahming | GA00062781 |
| 653 | Geronald Bell Deposition | Ex. 746 - Job Announcements | GA000024 |
| 654 | | Ex. 747 - March 2,016 Email Thread from Jon Cooper To Randy Trowell With Excel Spreadsheet | GA00278716 |
| 655 | | Ex. 748 - FY23 Appropriations Bill - HB 911 | |
| 656 | | Ex. 749 - Allotment Sheet FY23 | |
| 657 | | Ex. 750 - April 5, 2019 Email Thread from Don White to DOE Users With Attachments | GA00007217 |
| 658 | | Ex. 751 - 7/22/2020 Email Thread from Geronald Bell To Leigh Ann Putman | GA00914269 |
| 659 | | Ex. 752 - Weights For FTE Funding Formula | |
| 660 | | Ex. 753 - January 14, 2016 Email Thread from Ted Beck to Geronald Bell With Excell Spreadsheets | GA00278336 |
| 661 | | Ex. 754 - 1/12/2016 Email Thread from Geronald Bell To Ted Beck With Excel Spreadsheet | GA00282006 |
| 662 | | Ex. 755 - 5/30/2018 Email from Geronald Bell To Vickie Cleveland With Attachments | GA00323476 |
| 663 | | with attachments | |
| 664 | | Ex. 757 - 10/12/2019 Email Thread from Geronald Bell To Beck Cooper With Attachment | GA00280852 |
| 665 | | Ex. 758 - 1/8/2019 Email Thread from Teresa MacCartney To House/Senate Personnel | GA00498712 |
| 666 | | Ex. 759 - 8/19/2020 Email Thread from Geronald Bell To Cleveland/Handville With Attachments | GA00444299 |
| 667 | | Ex. 760 - 2/6/2020 Email from Geronald Bell To Sara Arroy With Excel Spreadsheets | GA00378152 |
| 668 | | Ex. 761 - 1/24/2017 Email Thread from Geronald Bell To Natalie Quaranto | GA00131067 |
| 669 | Hayley Livingston Deposition | Ex. 764 - Email thread dated 10/30/19 subject Re Canceled Harrell Visit | GA00355023 |
| 670 | | Ex. 765 - Email thread dated May 2018 subject Re FY19 Assurances | GA00322368 |
| 671 | | Ex. 766 - Email thread dated 6/19/18 subject Re Academic Team | GA00327226 |
| 672 | | Ex. 767 - Enrollment numbers for three school terms | |
| 673 | | Ex. 768 - Email thread dated 12/14/18 subject Re GNETS Enrollment Info | GA00337967 |
| 674 | | Ex. 769 - Email thread dated 12/17/18 subject Re IEP Services | GA00338096 |
| 675 | | Ex. 770 - GNETS grant application | |
| 676 | | Ex. 771 - Email thread with subject Re Forward GNETS Webinar Link | GA00318852 |
| 677 | | Ex. 772 - Email thread with the subject ABAS | GA00320618 |
| 678 | | Ex. 773 - Email thread with the subject FY19 GNETS Budgets Allocations | GA00326832 |
| 679 | | Ex. 774 - Email thread dated August 2020 with subject Re IC | GA04509328 |
| 680 | | Ex. 775 - Email thread dated June 2019 with the subject Re Forward Coordinator and Social Worker Survey | GA00347397 |
| 681 | | Ex. 776 - Staff roster for Harrell from fiscal years 2020, 2021, 2022 | |
| 682 | | Ex. 777 - Email thread with the subject Re GNETS Calendar and SDQ Data | GA00790800 |
| 683 | | Ex. 778 - Email thread with the subject Re LCSW Grant | GA00347755 |
| 684 | | Ex. 779 - Email thread dated May 2019 with subject Re RBT Status | GA00347076 |

| | | | |
|---|---|---|---|
| 685 | | Ex. 780 - Email thread with the subject Re Forward Information on APEX | GA00353909 |
| 686 | Lisa Oosterveen Deposition | Ex. 781 - Apex School List and Years Entered | |
| 687 | | Ex. 782 - Subpoena to Testify at a Deposition in a Civil Action | |
| 688 | | Ex. 784 - State of Georgia Department of Behavioral Health and Developmental Disabilities Contract | |
| 689 | | Ex. 785 - GA03130139 - GA03130141 | GA03130139 |
| 690 | | Ex. 786 - ASPIRE001200 - ASPIRE001218 | ASPIRE001200 |
| 691 | | Ex. 787 - ASPIRE007437 - ASPIRE007742 | ASPIRE007437 |
| 692 | | Ex. 788 - ASPIRE003217 - ASPIRE003241 | ASPIRE003217 |
| 693 | Janel Allen Deposition | Ex. 797 - List of names | DEKALB005045 |
| 694 | | Ex. 798 - Center of Excellence for Children's Behavioral Health Integrating Research, Policy and Practice | DEKALB003588 |
| 695 | | Ex. 799 - E-mail from Danielle Jones to Christie Brooksher 10/17/19 | GA00129218 |
| 696 | | Ex. 800 - E-mail from Ashunte Claybrooks to Layla Fitzgerald 3/30/18 | GA03142380 |
| 697 | | Ex. 801 - Georgia Apex Program Sustainability Plan | GA03142381 |
| 698 | | Ex. 802 - E-mail chain from Ashunte Claybrooks to Layla Fitzgerald 5/15/18 | GA03147757 |
| 699 | | Ex. 803 - Letter To Whom It May Concern dated 11/20/20 | GA00130770 |
| 700 | | Ex. 804 - E-mail chain from Janel Allen to Danielle Jones 8/12/19 | GA00472463 |
| 701 | | Ex. 805 - ·Behavioral Health Referral DCSB, School Counselor and Social Worker Use Only | GA00472506 |
| 702 | | Ex. 806 - E-mail from Apex Technical Assistance Response to Dimple Desai 9/27/21 | GA04588105 |
| 703 | | Ex. 807 - E-mail chain from Janel Allen to Layla Fitzgerald 4/13/21 | GA03256694 |
| 704 | | Ex. 808 - Document produced by DeKalb Community Service Board in response to the United States' subpoena | DEKALB006072 |
| 705 | | Ex. 809 - School-Based Mental Health Services Apex Program What to Expect in Outpatient Treatment | DEKALB006115 |
| 706 | | Ex. 811 - E-mail from Joseph Colette to Judy Fitzgerald 7/28/20 | GA00215160 |
| 707 | Fabio van der Merwe Deposition | Ex. 813 - Strategic Plan 2022 to 2025 | DEKALB000040 |
| 708 | | Ex. 814 - State of Georgia, Department of Behavioral Health and Developmental Disabilities Contract | DEKALB005015 |
| 709 | | Ex. 815 - Memorandum of Understanding dated 3/5/21 | DEKALB004911 |
| 710 | | Ex. 816 - E-mail chain from David Sofferin to Jeffrey Minor 9/19/18 | GA01451409 |
| 711 | | Ex. 817 - Clayton CSB Consultation dated 9/7/2018 | GA01451412 |
| 712 | | Ex. 818 - Document Produced in Native Format - redacted | GA03979855 |
| 713 | Matt Jones Deposition | Ex. 820 - GaDOE Organizational Structure Web Page | |
| 714 | | Ex. 821 - 5/25/2019 Email Thread from Matt Jones To Karen Ward | GA03522859 |
| 715 | | Ex. 822 - 8/10/2015 Email from Clara Keith To Matt Jones With Attachment | GA03463082 |
| 716 | | Ex. 823 - 9/16/2015 Email from Deborah Gay To Jones/Peterson With Attachment | GA03463406 |
| 717 | | Ex. 824 - 10/12/2015 Email Thread from Deborah Gay To Matt Jones With Attachment | GA03463605 |
| 718 | | Ex. 825 - 9/12/2016 Email from Matt Jones To Nakeba Rahming | GA03472903 |
| 719 | | Ex. 826 - 6/23/2016 Email from Nakeba Rahming To Matt Jones With Attachment and Spreadsheet | GA03468051 |
| 720 | | Ex. 827 - 4/30/2019 Email Thread from Vickie Cleveland To Jones/Beck With Attachment | GA03522299 |
| 721 | | Ex. 828 - 7/11/2016 Email from Nakeba Rahming To Matt Jones With Attachment | GA03468602 |
| 722 | | Ex. 829 - 7/19/2016 Email from Nakeba Rahming To Matt Jones With Attachments | GA03468710 |
| 723 | | Ex. 830 - 7/22/2016 Email from Matt Jones To Nakeba Rahming With Attachment | GA03468848 |
| 724 | | Ex. 831 - 7/29/2016 Email Thread from Nakeba Rahming To Matt Jones With Attachment | GA03469366 |
| 725 | | Ex. 832 - 3/28/2017 Email Thread from Nakeba Rahming To Matt Jones With Attachment | GA03479096 |
| 726 | | Ex. 833 - 5/22/2017 Email from Matt Jones To Barbara Hampton and Larry Winter With Attachment | GA03481153 |
| 727 | | Ex. 834 - 8/3/2016 Email from Nakeba Rahming To Matt Jones With Attachment | GA03469725 |
| 728 | | Ex. 835 - 5/11/2017 Email Thread from Geraldine Price To Matt Jones With Attachment | GA03479610 |
| 729 | | Ex. 836 - 7/24/2018 Email Thread from Matt Jones To IIIXVI With Attachment | GA03512056 |
| 730 | | Ex. 837 - 8/4/2020 Email from Matt Jones To DOE Users With Attachment | GA01004895 |
| 731 | | Ex. 838 - 8/24/2020 Email from Matt Jones To DOE Users With Attachment | GA01004898 |
| 732 | | Ex. 839 - 7/5/2016 Email from Nakeba Rahming To Matt Jones With Attachment | GA03468577 |
| 733 | | Ex. 840 - 9/16/2016 Email from Zelphine Smith-Dixon To K12 Special Education Directors With Attachments | GA03473076 |
| 734 | | Ex. 841 - 6/9/2020 Email from Ashley Harris To Stacey Suber-Drake With Attachments | GA03545055 |
| 735 | | Ex. 842 - 7/31/2018 Email Thread from Gary Wenzel To Matt Jones With Attachments | GA03512298 |
| 736 | | Ex. 843- 8/7/2015 Email Thread from Matt Jones To Kenney Moore | GA03463029 |
| 737 | | Ex. 380 - 5/20/2019 Email Thread From Vickie Cleveland To Lakesha Stevenson | GA00346118 |
| 738 | | Ex. 390 - 4/24/2020 Email From Vickie Cleveland To Owen/Smith-Dixon With Attachments | GA00054562 |
| 739 | | Ex. 621 - 9/18/2015 Email Thread From Larry Winter To Matt Jones | GA03463431 |
| 740 | Jacqie Neal Deposition | Ex. 846 - NorthStar Service Locations | |
| 741 | | Ex. 847 - Email from Jacqie Neal to Vickie Cleveland | |
| 742 | | Ex. 848 - Grants Information - GNETS Site Location | |
| 743 | | Ex. 849 - Email from Jacqie Neal to Nakeba Rahming | GA00791263 |

| 744 | | Ex. 850 - Email from Jacqie Neal to Vickie Cleveland | GA00334246 |
| 745 | | Ex. 851 - Request for GNETS Consultation | |
| 746 | | Ex. 852 - Email from Jacqie Neal to Nakeba Rahming | GA00791070 |
| 747 | | Ex. 853 - Email from Jacqie Neal to Vickie Cleveland | GA00363752 |
| 748 | | Ex. 854 - Email from Jacqie Neal to Lakesha Stevenson | GA00946172 |
| 749 | | Ex. 855 - NorthStar ETS Contracted Services / Scope of Work 2021-2022 | |
| 750 | | Ex. 856 - NorthStar Educational and Therapeutic Services Mental Health Collaboration 2021-2022 | |
| 751 | | Ex. 857 - Email from Jacqie Neal to Nakeba Rahming | GA00787553 |
| 752 | | Ex. 858- Email from Jacqie Neal to Sandra DeMuth | GA02996440 |
| 753 | | Ex. 859 - Email from Jacqie Neal to Nakeba Rahming | GA01940204 |
| 754 | | Ex. 860 - Email from Jacqie Neal to Nakeba Rahming | GA00064879 |
| 755 | | Ex. 861 - Grants Information - GNETS Site Location | |
| 756 | | Ex. 862 - Email from Jacqie Neal to Vickie Cleveland | GA00327496 |
| 757 | | Ex. 863 - Email from Jacqie Neal to Nakeba Rahming | GA00063584 |
| 758 | | Ex. 864 - Email from Jacqie Neal to Vickie Cleveland | GA00321257 |
| 759 | | Ex. 865 - Email from Jacqie Neal to Nakeba Rahming | GA00040610 |
| 760 | | Ex. 866- GNETS Strategic Plan | |
| 761 | | Ex. 384 - Email from Jacqie Neal to Vickie Cleveland | GA00014291 |
| 762 | Marnie Braswell Deposition | Ex. 867 - GACSB Network Coverage by County REV. 07.01.22 | |
| 763 | | Ex. 868 - Child, Adolescent & Emerging Adult Outpatient FY22 Org | |
| 764 | | Ex. 869 - 4/27/2016 Email Chain From Tonya Spaulding To Nakeba Rahming | GA00041440 |
| 765 | | Ex. 870 - 10/17/2019 Email From Danielle Jones To Recipients With Attachment | GA00129208 |
| 766 | | Ex. 871 - 3/5/2019 Email From Layla Fitzgerald To Recipients | GA03176699 |
| 767 | | Ex. 872 - 3/5/2019 Email From Marnie Braswell To Recipients | GA03176876 |
| 768 | | Ex. 873 - FY18 Georgia Apex Project Budget Narrative - CSB of Middle GA | GA01660177 |
| 769 | | Ex. 874 - Center of Excellence For Children's Behavioral Health Integrating research, policy, and practice Monthly Progress Report | MG001708 |
| 770 | | Ex. 875 - CSBMG CBS Training Documents | MG00071 |
| 771 | | Ex. 876 - The Georgia Apex Program Annual Evaluation Results July 2020 - June 2021 Pages 1-93 | |
| 772 | Ted Beck Deposition | Ex. 878 -  The Governor's Budget Repor Amended Fiscal Year 2021 and Fiscal Year 2022 | |
| 773 | | Ex. 879 - Conference Committee Substitute to H.B. 81, A Bill To Be Entitled An Act | GA00041440 |
| 774 | | Ex. 880 -  2/4/2016 Email From Sara Arroyo To Ted Beck With Attachment | GA00278503 |
| 775 | | Ex. 881 - 2/8/2016 Email From Ted Beck To Executive Cabinet With Attachment | GA00278561 |
| 776 | | Ex. 882 - 3/22/2016 Email From Jon Cooper To Brian Hampton With Attachment | GA00279195 |
| 777 | | Ex. 883 - 1/12/2017 Email From Jon Cooper To Garry McGiboney | GA00282052 |
| 778 | | Ex. 884 - 12/6/2018 Email From Kerri Wilson To Richard Woods, Beck, Meyer, Jones With Attachment | GA00290290 |
| 779 | | Ex. 885 - 1/14/2016 Email From Kerri Wilson To Ted Beck and Recipients With Attached Excel Spreadsheets | GA00278329 |
| 780 | | Ex. 886 - 12/2/2015 Email From Jon Cooper To Ted Beck and Brian Hampton With Attachment | GA00277973 |
| 781 | | Ex. 887 - 12/2/2015 Email From Ted Beck To Jon Cooper, With Attachment | GA00277977 |
| 782 | | Ex. 888 - 12/2/2015 Email From Jon Cooper To Kerri Wilson, With Attachment | GA00277981 |
| 783 | | Ex. 889 - 4/15/2020 Email From Matt Jones To Ted Beck | GA00296106 |
| 784 | | Ex. 890 - 5/15/2019 Email From Ted Beck To Matt Jones and Recipients | GA00009066 |
| 785 | | Ex. 891 - 5/17/2019 Email From Ted Beck To Vickie Cleveland and Recipients | GA00293101 |
| 786 | | Ex. 892 - 5/21/2019 Email From Ted Beck To Matt Jones | GA00293151 |
| 787 | | Ex. 893 - 1/12/2018 Email From Geronald Bell To Ted Beck With Attached Excel Spreadsheet | GA00285718 |
| 788 | | Ex. 894 - 1/12/2018 Email From Geronald Bell To Ted Beck With Attached Excel Spreadsheets | GA00285720 GA00285727 |
| 789 | | Ex. 895 - 8/7/2018 Email Thread From Ted Beck To Richard Woods | GA00289072 |
| 790 | | Ex. 896 - 2/19/2019 Email Thread From Ted Beck To Vickie Cleveland With Attachment | GA00094863 |
| 791 | | Ex. 897 - 2/20/2019 Email Thread From Ted Beck To Kelly Farr | GA00291183 |
| 792 | | Ex. 898 - 12/1/2015 Email From Ted Beck To Michael Rowland | GA00277967 |
| 793 | | Ex. 899 - 5/31/2016 Email From Michael Rowland To Ted Beck With Attached Excel and Word Doc | GA00279624 |
| 794 | | Ex. 900 - 7/27/2016 Email Thread From Matt Jones To Matt Cardoza and Ted Beck | GA00280189 |
| 795 | | Ex. 901 - 7/27/2016 Email Thread From Ted Beck To Melody DeBussey | GA00280192 |
| 796 | | Ex. 902 - 8/10/2016 Email Thread From Michael Rowland To Nakeba Rahming | GA00280331 |
| 797 | | Ex. 903 -  7/11/2017 Email Thread From Ted Beck To Pat Schofill | GA00284214 |
| 798 | | Ex. 904 - 2/22/2016 Email Thread From Ted Beck To Dave Lakly | GA00278665 |
| 799 | | Ex. 905 - 6/14/2016 Email Thread From Ted Beck To Jon Cooper | GA00279686 |
| 800 | | Ex. 906 - 9/28/2017 Email Thread From Ted Beck To Larry Winter With Attachment | GA00284672 |
| 801 | | Ex. 907 -9/26/2017 Email From Garry McGiboney To Ted Beck With Attachment | GA00284657 |
| 802 | | Ex. 908 - 9/27/2017 Email From Ted Beck To Nakeba Rahming | GA00284668 |
| 803 | | Ex. 909 - 11/8/2017 Email Thread From Miriam Caldwell To Nakeba Rahming With Attachment | GA01941763 |
| 804 | | Ex. 910 - 11/28/2017 Email From Nakeba Rahming To Manny Ferrer With Attachment | GA01944379 |
| 805 | | Ex. 911 - 1/12/2018 Email Thread From Geronald Bell To Kerri Wilson With Attach | GA00285726 |
| 806 | | Ex. 912 - 10/24/2016 Email Thread From Miriam Caldwell To Linda Crawford, Rahming With Attachments | GA00053789 |

| | | | |
|---|---|---|---|
| 807 | | Ex. 913 - 10/17/2016 Email From Linda Crawford To scherryA@cainc.com With Attachment | GA00066194 |
| 808 | | Ex. 914 - 10/17/2016 Email From Linda Crawford To maggie.kjer@person.com With Attachment | GA00066184 |
| 809 | | Ex. 915 - 10/10/2018 Email Thread From Vickie Cleveland To Joseph McLeod With Attachment | GA00334996 |
| 810 | | Ex. 916 - 8/15/2018 Email Thread From Larry Winter To Hampton, Beck, Rowell With Attachment | GA00289120 |
| 811 | | Ex. 917 - 4/2/2018 Email From Nakeba Rahming To Carolyn Williams and Recipients With Attachments | GA00287432 |
| 812 | | Ex. 918 - 6/6/2018 Email From Zelphine Smith-Dixon To Jaquenetta Dugger With Attachments | GA00288292 |
| 813 | | Ex. 919 - 9/4/2018 Email From Leigh Ann Cross To Zelphine Smith-Dixon With Attachments | GA02273585 |
| 814 | Wina Low Deposition | Ex. 921 - 7/10/2015 Email Thread From Wina Low To Desiree Woods | GA03549245 |
| 815 | | Ex. 922 - 8/2/2015 Email Thread From Wina Low To Stacey Benson GA03549486 - GA03549488 | GA03549486 |
| 816 | | Ex. 923 - 11/30/2015 Email Thread From Linda Castellanos To Wina Low GA03552093-GA03552094 | GA03552093 |
| 817 | | Ex. 924 - 4/10/2018 Email Thread From Vickie Cleveland To Wina Low GA03584228 | GA03584228 |
| 818 | | Ex. 925 - 8/2/2018 Email Thread From Wina Low To Vickie Cleveland With Attachment GA00330300 - GA00330305 | GA00330300 |
| 819 | | Ex. 926 - 8/17/2018 Email From Vickie Cleveland To Peavy, Low With Attachment GA03590706 - GA03590707 | GA03590706 |
| 820 | | Ex. 927 - 4/10/2018 Email Thread From Wina Low To Paula Gibson GA03584360 - GA03584361 | GA03584360 |
| 821 | | Ex. 928 - 9/28/2017 Email From Monica Henderson To Wina Low GA03575906 | GA03575906 |
| 822 | | Ex. 929 - 8/31/2021 Email Thread From Matt Jones To Wina Low GA03670897 - GA03670898 | GA03670897 |
| 823 | | Ex. 930 - 9/1/2021 Email Invite From Shaun Owen To Wina Low GA03670906 | GA03670906 |
| 824 | | Ex. 931 - 9/8/2021 Email From Wina Low To Jaquenetta Dugger With Attachments GA03671090 - GA03671094 | GA03671090 |
| 825 | | Ex. 932 - 10/19/2021 Email Thread From Wina Low To Linda Castellanos GA03676946 - GA03676948 | GA03676946 |
| 826 | | Ex. 933 - 10/22/2021 Email From Vickie Cleveland To Owen, Low With Attachments and Spreadsheet GA03677596 - GA03677601 2, GA03677601 3 | GA03677596 |
| 827 | | Ex. 934 - 9/9/2021 Email Thread From Wina Low To Castellanos, White, Cleveland GA02892188 - GA02892189 | GA02892188 |
| 828 | | Ex. 935 - 8/17/2016 Email Thread From Lynn Holland To Wina Low GA03558135 - GA03558138 | GA03558135 |
| 829 | | Ex. 936 - 11/10/2016 Email From Nakeba Rahming To Recipients With Attachment GA03559361 - GA03559364 | GA03559361 |
| 830 | | Ex. 937 - 10/4/2018 Email From Glenda Henderson To Wina Low GA03593480 - GA03593482 | GA03593480 |
| 831 | | Ex. 938 - 2/19/2019 Email From Vickie Cleveland To Wina Low With Attachment GA03601209 - GA03601211 | GA03601209 |
| 832 | | Ex. 939 - 3/2/2021 Email From Annette Murphy To Wina Low With Attachments GA03655014 - GA03655022 | GA03655014 |
| 833 | | Ex. 940 - 9/18/2020 Email Thread From Paula Gumpman To Wina Low GA03644534 - GA03644535 | GA03644534 |
| 834 | | Ex. 941 - 3/20/2018 Email Thread From Monica Henderson To Wina Low GA04918894 - GA04918896 | GA04918894 |
| 835 | Monica Johnson | Ex. 942 - Georgia Code Title 37 Mental Health 37-1-2 | |
| 836 | | Ex. 943 - State of Georgia Department of Behavioral Health and Developmental Disabilities Contract | |
| 837 | | Ex. 944 - Document bearing Bates numbers US0040522 through US0040610 | US0040522 |
| 838 | | Ex. 945 - Document bearing Bates numbers GA01299795 through GA01299861 | GA01299795 |
| 839 | | Ex. 946 - CCP Standard - Evidence Based Treatment, 01-222 | |
| 840 | | Ex. 947 - Georgia System of Care State Plan 2020 | |
| 841 | | Ex. 949 - E-mail: from Monica Johnson to JudyFitzgerald, dated 6/19/2019 | |
| 842 | | Ex. 950 - Document bearing Bates numbers GA00223643 through GA00223644 | GA00223643 |
| 843 | | Ex. 951 - Document bearing Bates numbers GA01461335 through GA01461338 | GA01461335 |
| 844 | | Ex. 952 - Document bearing Bates numbers GA01461339 through GA01461342 | GA01461339 |
| 845 | | Ex. 953 - Document bearing Bates number GA03193311 | GA03193311 |
| 846 | | Ex. 954 - Document bearing Bates numbers GA03193312 through GA03193320 | GA03193312 |
| 847 | | Ex. 955 - Document bearing Bates number GA00222442 | GA00222442 |
| 848 | | Ex. 956 - Document bearing Bates number GA00051015 | GA00051015 |
| 849 | | Ex. 957 - Document bearing Bates numbers GA02600537 through GA02600539 | GA02600537 |
| 850 | | Ex. 958 - Document bearing Bates numbers GA00217977 through GA00217980 | GA00217977 |
| 851 | | Ex. 959 - Document bearing Bates number GA00172587 | GA00172587 |
| 852 | | Ex. 961 - Document bearing Bates numbers GA00174295 through GA00174298 | GA00174295 |
| 853 | | Ex. 962 - Document bearing Bates numbers GA00175100 through GA00175102 | GA00175100 |
| 854 | | Ex. 963 - Document bearing Bates number GA01458072 | GA01458072 |
| 855 | | Ex. 964 - Document bearing Bates numbers GA01458073 through GA01458074 | GA01458073 |
| 856 | Nicholas Handville Deposition | Ex. 969 - Electronic File GA00000001 | |

| | | | |
|---|---|---|---|
| 857 | Tiffany Taylor Deposition | Ex. 967 - 4/5/2020 Email From Jon Cooper To Recipients Confidential | GA05229260 |
| 858 | | Ex. 968 - 3/23/2022 Email From Jon Cooper To Roam, Taylor Confidential | GA05228582 |
| 859 | Justin Hill Deposition | Ex. 970 - GaDOE PBIS Strategic Plan 2014-2024 (Updated November 2018) | |
| 860 | | Ex. 971· 2/27/2017 Email From Justin Hill To Recipients - With Attachments | GA03425967 |
| 861 | | Ex.972 - 2/21/2017 Email Thread From Justi Hill To Garry McGiboney | GA03425886 |
| 862 | | Ex. 973 - 12/5/2017 Email From Nakeba Rahming To Sandra DeMuth | GA03429605 |
| 863 | | Ex. 974 - GA DOE, Office of Whole Child Supports, Screenshot webpage | |
| 864 | | Ex. 975 -School Climate Salaries Spreadsheet | |
| 865 | | Ex. 976 - PBIS Training Word Document | |
| 866 | | Ex. 977 - GaDOE PBIS Levels of School Recognition for 2022-2023 School Year | |
| 867 | Robert Putnam Deposition | Ex. 1 - Declaration and Expert Disclosure | |
| 868 | | Ex. 2 - May Institute Document - Screenshot of Mission and Vission | |
| 869 | | Ex. 3 - Article - Volume 15, Number 1 - Journal of Special Education Leadership - Educating Students With Disabilities From Diverse Backgrounds | |
| 870 | | Ex. 4 - Article - Teaching Explicit Social-Emotional Skills With Contextual Supports for Students With Intensive Intervention Needs | |
| 871 | | Ex. 5 - Article - Peer Contagion in Child and Adolescent Social and Emotional Development | |
| 872 | | Ex. 6 - Article - National Education Policy Center - Discipline, Policies, Successful Schools, and Racial Justice | |
| 873 | | Ex. 7 - Article - Mental Health Technology Transfer Center Network - Fact Sheet - Interconnected Systems Framework 101: An Introduction | |
| 874 | | Ex. 8 - Article - Education Statistics: Facts About American Schools | |
| 875 | | Ex. 9 - Article - Georgia Project AWARE State Education Agency Grant | |
| 876 | | Ex. 10 - GNETS rule - 160.-4-7-15 | |
| 877 | | Ex. 11 - Binder of documents - DBHDD - 2023 Provider Manual | |
| 878 | | Ex. 12 - State of Georgia DBHDD Contract with Advantage Behavioral Health Systems | |
| 879 | | Ex. 13 - Email from Garry McGiboney to Justin Hill and Deborah Gay | |
| 880 | | Ex. 14 - Document entitled "A pathway to Recovery and Resilience for our Children and Youth." | |
| 881 | Amy McCart Deposition | Ex. 1 - Declaration and Expert Disclosure of Dr. Amy McCart | |
| 882 | | Ex. 2 - Appendix E, Materials Considered by Amy McCart in the Preparation of her Expert Report | |
| 883 | | Ex. 3 - Article, KU Experts Write Guide to Transforming Schools Based on Research in Education, Disability | |
| 884 | | Ex. 4 - Article, Why Aren't Students with Severe Disabilities Being Placed in General Education Classrooms: Examining the Relations Among Classroom Placement, Learner Outcomes, and Other Factors | |
| 885 | | Ex. 5 - Article, Child Find Activities Under the Individuals With Disabilities Education Act, Recent Case Law | |
| 886 | | Ex. 6 - Article, Individual Education Plan Goals and Services for Adolescents With Autism: Impact of Age and Educational Setting | |
| 887 | | Ex. 7 - 160-4-7-.15, Georgia Network for Educational and Therapeutic Support (GNETS) | |
| 888 | | Ex. 8 - Journal of School Leadership 2022, Article, Issues in Statewide Scale up of a Multi-Tiered System of Support | |
| 889 | | Ex. 9 - Article, Stars in Alignment | |
| 890 | | Ex. 10 - Article, Reshaping Educational Systems to Realize the Promise of Inclusive Education | |
| 891 | | Ex. 11 - Excerpt, Build Equity, Join Justice, a Paradigm for School Belonging | |
| 892 | | Ex. 12 - Excerpt, page 71, Build Equity, Join Justice | |
| 893 | | Ex. 13 - Excerpt, page 110, Build Equity, Join Justice | |
| 894 | | Ex. 14 - Excerpt, page 111, Build Equity, Join Justice | |
| 895 | | Ex. 15 - SWIFT Education Center, "Our Team" | |
| 896 | Andrew Wiley Deposition | Ex. 979 - Errata to Rebuttal Expert Report of Andrew Wiley, Ph.D. | |
| 897 | | Ex. 980 - 8/23/2023 Interview Notes | |
| 898 | | Ex. 981 - 8/24/2023 GNETS Interview Notes | |
| 899 | | Ex. 982 - 8/25/2023 Interview Notes | |
| 900 | | Ex. 983 - Response to U.S. Department of Justice Expert Reports of Dr. Amy McCart and Dr. Robert Putnam, Rebuttal Expert Report Prepared by Andrew Wiley, Ph.D., September 1, 2023 | |
| 901 | | Ex. 984 - The Washington Post article | |
| 902 | DOJ's Motion in Limine to Partially Exclude Testimony of Dr. Andrew Wiley | Ex. 1 - Wiley Rebuttal Report | |
| 903 | | Ex. 2 - Errata to Wiley Report | |
| 904 | | Ex. 3 - Deposition of Dr. Andrew Wiley, Ph.D | |
| 905 | Defendant's Motion to Exclude Testimony of Dr. Robert Putnam | Ex. 3 - Article - GPB News - Health care workforce shortage in 'state of emergency' DBHDD commissioner says | |
| 906 | | Ex. 5 - PPT. - Georgia Apex Program Annual Evaluation Results - July 2021 - June 2022 | |
| 907 | DOJ's Opposition to Defendant's Motion to Exclude Testimony of Dr. Robert Putnam | Ex. 1 - Article - Systematic Review and Meta-analysis: Effectiveness of Wraparound Care Coordination for Children and Adolescents | |

| | | | |
|---|---|---|---|
| 908 | | Ex. 2 - Contract between State of Georgia DBHDD and Advantage Behavioral Health Systems | |
| 909 | | Ex. 3 - Journal of School Psychology - A randomized controlled trial on the interconnected systems framework for school mental health and PBIS: Focus on proximal variables and school discipline | |
| 910 | State's Motion for Summary Judgment | Exhibit B AskDOE, Schools and Districts available at https://www.gadoe.org/External-Affairs-andPolicy/AskDOE/Pages/Schools-and-Districts.aspx#:~:text=There%20are%20currently%20181%20school,in%20the%20state%20of%20Georgia | |
| 911 | | Exhibit C Press Release, U.S. Dep't of Justice, Justice Department Sues Georgia for Unnecessarily Segregating Students with Disabilities (August 23, 2016), available at https://www.justice.gov/opa/pr/justice-department- sues-georgia-unnecessarily-segregating-students-disabilities | |
| 912 | | Exhibit D United States v. Mississippi | |
| 913 | | Exhibit F 44th Annual Report to Congress on the Implementation of the Individuals with Disabilities Education Act, 2022 available at https://sites.ed.gov/idea/files/44th-arc-for-idea.pdf | |
| 914 | | Exhibit H Georgia Apex Program Annual Evaluation Results July 2021-June 2022 | GA05558501 |
| 915 | | Exhibit J Apex 3.0 Frequently Asked Questions, In which types of schools can Apex services be implemented? available at https://dbhdd.georgia.gov/be-supported/mental-health-children-young-adults-and-families/apex-3-faqs | |
| 916 | | Exhibit K General Appropriations Act FY2019 Amended | |
| 917 | | Exhibit L General Appropriations Act FY2020 | |
| 918 | | Exhibit M General Appropriations Act FY2020 Amended | |
| 919 | | Exhibit N General Appropriations Act FY2021 | |
| 920 | | Exhibit O General Appropriations Act FY2021 Amended | |
| 921 | | Exhibit P General Appropriations Act FY2022 | |
| 922 | | Exhibit Q General Appropriations Act FY2022 Amended | |
| 923 | | Exhibit R General Appropriations Act FY2023 | |
| 924 | | Exhibit S General Appropriations Act FY2024 | |
| 925 | | Exhibit T State Funds Appropriated FY2010-FY2024 | |
| 926 | | Exhibit U GNETS Strategic Plan | GA00362005 |
| 927 | | Exhibit V USDOE Letter | |
| 928 | DOJ's PMSJ Motion | Exhibit 1 GA DBHDD, Hospital Services, https://dbhdd.georgia.gov/be-caring | |
| 929 | | Exhibit 2 The Kaiser Family Foundation: The Kaiser Commission on Medicaid and the Uninsured, "5 Key Questions About Medicaid and Its Role in State/Federal Budgets and Health Reform," https://www.kff.org/wp- content/uploads/2013/01/8139-02.pdf (last accessed November 27, 2023) | |
| 930 | | Exhibit 3 Georgia Department of Community Health, Medicaid Managed Care, https://dch.georgia.gov/medicaid-managed-care (last accessed Nov. 27, 2023) | |
| 931 | | Exhibit 4 Federal Medical Assistance Percentage (FMAP) for Medicaid and Multiplier, KFF | |
| 932 | | Exhibit 5 Email from C. Holifield to V. Cleveland et al re: GNETS Continuum of Services, Student Level Record, & Funding | GA00347596 |
| 933 | | Exhibit 7 GNETS Site: North Metro Program Student Demographics (Provisionally Sealed) | GA05250025 |
| 934 | | Exhibit 8 Email from V. Cleveland to S. Benson re: Question regarding Futures Program (Provisionally Sealed) | GA05202437 |
| 935 | | Exhibit 9 Email from Parent re: GNETS (Provisionally Sealed) | US0012047 |
| 936 | | Exhibit 10 Email from Parent re: USDOJ – GNETS Lawsuit (Provisionally Sealed) | US0012763 |
| 937 | | Exhibit 11 Email from Parent re: GNET Concerns (Provisionally Sealed) | US0011494 |
| 938 | | Exhibit 12 Email from Parent re: GNETS (Provisionally Sealed) | US0011511 |
| 939 | | Exhibit 14 Email Attachment from Parent (Provisionally Sealed) | US0011550 |
| 940 | | Exhibit 15 Formal Complaint Form (Provisionally Sealed) | GA05199933 |
| 941 | | Exhibit 16 Formal Complaint Form (Provisionally Sealed) | GA05200951 |
| 942 | | Exhibit 17 Formal Complaint Form (Provisionally Sealed) | GA05199710 |
| 943 | | Exhibit 18 Due Process Hearing Request (Provisionally Sealed) - Excerpt | GA05200962 |
| 944 | | Exhibit 19 Due Process Hearing Request (Provisionally Sealed) | GA05201028 |
| 945 | | Exhibit 20 Individualized Education Program (IEP) (Provisionally Sealed) - Excerpt | US0151559 |
| 946 | | Exhibit 21 Individualized Education Program (IEP(Provisionally Sealed) - Excerpt | US0184588 |
| 947 | | Exhibit 22 Email re: Avoiding GNETS (Provisionally Sealed) | US0011522 |
| 948 | | Exhibit 23 Email from Parent re: Henry County Meeting (Provisionally Sealed) | US0011538 |
| 949 | | Exhibit 24 Email from B. Cole to V. Cleveland re: GAA Guidance | GA00322208 |
| 950 | | Exhibit 25 Email from C. Keith to N. Rahming re: CPI Training | GA00481564 |
| 951 | | Exhibit 26 Email from C. Keith to D. Gay re: Interview Questions | GA00481478 |
| 952 | | Exhibit 27 Email from C. Keith to D. Gay re: Interview Questions | GA00197223 |
| 953 | | Exhibit 28 Email from B. Cole to V. Cleveland re: ID Enrollment Info (Provisionally Sealed) | GA00338963 |
| 954 | | Exhibit 29 Georgia FY 2020/2021 Community Mental Health Services Block Grant Plan | |
| 955 | | Exhibit 30 FY 23 Provider Manual for Community Behavioral Health Providers (January 1, 2023) | |
| 956 | | Exhibit 31 GA DBHDD Contract FY2021 | US0013064 |
| 957 | | Exhibit 32 Email to Gail Smith re: APEX counselors | GA00557687 |
| 958 | | Exhibit 33 DBHDD estimated Budget Reduction by Subprogram FY2020 | GA00051873 |

| | | | |
|---|---|---|---|
| 959 | | Exhibit 34 Email from P. Wolf to V. Cleveland re: Possible Regional GNETS Center Visit | GA00343802 |
| 960 | | Exhibit 35 NWGA Student Demographics 4/15/2016 (Provisionally Sealed) | GA05250459 |
| 961 | | Exhibit 36 NWGA Student Demographics 4/8/2016 (Provisionally Sealed) | GA05249762 |
| 962 | | Exhibit 37 Northstar Student Demographics 4/18/2016 (Provisionally Sealed) | GA05250869 |
| 963 | | Exhibit 38 Elam Alexander Academy Student Demographics 11/14/2016 (Provisionally Sealed) | GA05256666 |
| 964 | | Exhibit 39 Letter from treating physician (Provisionally Sealed) - Excerpt | US0306845 |
| 965 | | Exhibit 40 Email from Parent re: USDOJ – GNETS Lawsuit (Provisionally Sealed) | US0012687 |
| 966 | | Exhibit 41 Email regarding scheduling a time to discuss your GNETS experience (Provisionally Sealed) | US0011665 |
| 967 | | Exhibit 42 Coastal Comprehensive Academy Student Demographics 4/8/2016 (Provisionally Sealed) | GA05249823 |
| 968 | | Exhibit 43 K-12 Student Discipline Dashboard, State of Georgia Governor's Office of Student Achievement, available at https://public.gosa.ga.gov/noauth/extensions/ DisciplineDASHV1/DisciplineDASHV1.html | |
| 969 | | Exhibit 44 Student Discipline, Georgia Department of Education, available at https://www.gadoe.org/wholechild/Pages/Student-Discipline.aspx | |
| 970 | | Exhibit 46 Mindworks Georgia, "Our Funding Framework for Children: Understanding How We Measure Spending Across Georgia's Behavioral Health System of Care," https://mindworksga.org/download/funding-framework-report | |
| 971 | | Exhibit 47 2020 Georgia System of Care Plan | GA01079284 |
| 972 | | Exhibit 48 Interview Questions GNETS Position | GA00481479 |
| 973 | | Exhibit 49 Sand Hills level system | US0298431 |
| 974 | | Exhibit 50 #7 - GNETS Services FlowChart.pdf | US0147946 |
| 975 | | Exhibit 51 #7 - GNETS Request for Consultation.pdf | US0147944 |
| 976 | | Exhibit 52 #7 - GNETS Confidential Student Information Packet.pdf | US0147940 |
| 977 | | Exhibit 53 DCH Community Behavioral Health Rehabilitation Services | |
| 978 | | Exhibit 54 Positive Behavioral Interventions and Supports | |
| 979 | DOJ's Reply in support of PMSJ | | GA00347596 |
| 980 | n/a | Plaintiff United States' Objections and responses to Defendant's First Set of Interrogatories | |
| 981 | n/a | Plaintiff United States' Supplemental Objections and Responses to Defendant's First Set of Interrogatories | |
| 982 | n/a | Exhibit B to the United States' Supplemental Objections and Responses to Defendant's First Set of Interrogatories | |
| 983 | n/a | Plaintiff United States' Objections and Responses to Defendant's First Request for Production of Documents | |
| 984 | n/a | Plaintiff United States' Objections and Responses to Defendant's Second Request for Production of Documents | |
| 985 | n/a | General Appropriations Act FY 2023 Amended | |
| 986 | n/a | 2014 GNETS Manual | |
| 987 | n/a | 2017-2018 PBIS End-of-Year Report: GNETS | |
| 988 | n/a | IEP - Student: ES | US0135402 |
| 989 | n/a | IEP - Student: RC | US0135422 |
| 990 | n/a | IEP - Student: TC | US0135454 |
| 991 | n/a | IEP - Student: KF | US0135637 |
| 992 | n/a | IEP - Student: SP | US0136330 |
| 993 | n/a | IEP - Student: LS | US0137062 |
| 994 | n/a | IEP - Student: JC | US0138774 |
| 995 | n/a | IEP - Student: CM | US0139797 |
| 996 | n/a | IEP - Student: TS | US0140067 |
| 997 | n/a | Email from GNETS Parent DC to Nekeba Rahming | GA05472268 |
| 998 | Dkt. 428-4 | Dante McKay affidavit - The State recognizes the significance of the Court's order on summary judgment as it relates to this document. The State includes it, however, out of an abundance of caution for at least the two following reasons.  First, the document could be offered to support a proffer made at trial. Second, the document remains part of the record, and its use and subsequent admissibility may be addressed, if at all, at trial. | |

# United States v. State of Georgia
## 1:16-cv-03088-ELR

# *Plaintiff's Deposition Designations*

# *Plaintiff's Deposition Designations*

1.  [8/31/2022] Ackerman, David                                    5

2.  [1/27/2023] Beck, James Theodore                             12

3.  [1/9/2023] Bell, Geronald D.                                 16

4.  [7/18/2022] Braddock, Whitney                                22

5.  [1/26/2023] Braswell, Marnie                                 31

6.  [12/15/2022] Clemons, Sr., Samuel                            36

7.  [8/17/2022] Cleveland, Vickie                                43

8.  [3/29/2022] Desai, Dimple                                    48

9.  [7/28/2022] Digirolamo, Ann                                  52

10.   [6/23/2022] Dowd, Brian                                    55

11.   [8/16/2022] Fitzgerald, Judith                             60

12.   [6/24/2022] Fitzgerald, Layla                              66

13.   [10/25/2022] Futch, Lisa                                   73

14.   [7/27/2022] Gay, Deborah                                   80

15.   [3/6/2023] Handville, Nicholas 30(b)(6)                    86

16.   [3/6/2023] Hill, Justin 30(b)(6)                           89

17.  [1/10/2023] Jones, William Matthew                    92

18.  [1/30/2023] Livingston, Haley                         95

19.  [2/28/2023] Low, Wina                                 100

20.  [11/9/2022] McCollum, Amber                           104

21.  [1/27/2022] Mckay, Dante                              110

22.  [3/9/2023] McKay, Dante 30(b)(6)                      116

23.  [7/28/2022] Mclaren, Susan                            119

24.  [7/12/2022] Newsome, Talithia                         123

25.  [7/15/2022] Ngeve, Celest                             130

26.  [2/23/2023] Oosterveen, Lisa                          138

27.  [12/12/2022] Owen, Sonia Shaun                        143

28.  [3/28/2022] Pearson, Ph.D., Stephanie                 147

29.  [3/28/2022] Quesenberry, John                         150

30.  [3/6/2023] Roam, Jr. Rusk 30(b)(6)                    153

31.  [9/22/2022] Stevenson, Lakesha                        156

32.  [3/6/2023] Taylor, Tiffany 30(b)(6)                   160

33.  [6/21/2022] Tiegreen, Wendy                           163

34.  [10/6/2022] Wolf, Patricia                            169

# United States v. State of Georgia
## 1:16-cv-03088-ELR

# *Ackerman, David*

*8/31/2022*

## TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**    [8/31/2022] Ackerman, David 083122

---

**Pg: 8 Ln: 16 - 19**

**Pg: 10 Ln: 3 - Pg: 11 Ln: 20**

**Pg: 19 Ln: 11 - 19**

**Pg: 20 Ln: 1 - 9**

**Pg: 20 Ln: 12 - 25**

**Pg: 21 Ln: 1 - 14**

**Pg: 22 Ln: 2 - 14**

**Pg: 23 Ln: 5 - 7**

**Pg: 23 Ln: 8 - 24**

**Pg: 24 Ln: 14 - 19**

**Pg: 24 Ln: 24 - Pg: 25 Ln: 2**

**Pg: 25 Ln: 11 - 15**

**Pg: 25 Ln: 16 - 18**

**Pg: 25 Ln: 19 - Pg: 26 Ln: 1**

**Pg: 28 Ln: 5 - Pg: 29 Ln: 3**

**Pg: 29 Ln: 18 - Pg: 30 Ln: 6**

**Pg: 30 Ln: 9 - 22**

**Pg: 31 Ln: 4 - 5**

**Pg: 31 Ln: 6 - Pg: 32 Ln: 2**

**Pg: 32 Ln: 14 - 22**

**Pg: 33 Ln: 15 - Pg: 34 Ln: 20**

**Pg: 35 Ln: 9 - 12**

**Pg: 35 Ln: 24 - Pg: 38 Ln: 6**

**Pg: 40 Ln: 1 - 19**

**Pg: 42 Ln: 17 - Pg: 43 Ln: 7**

**Pg: 44 Ln: 20 - 24**

**Pg: 44 Ln: 25 - Pg: 45 Ln: 8**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [8/31/2022] Ackerman, David 083122

**Pg: 45 Ln: 21 - Pg: 46 Ln: 5**

**Pg: 47 Ln: 25 - Pg: 48 Ln: 19**

**Pg: 48 Ln: 24 - Pg: 49 Ln: 22**

**Pg: 54 Ln: 9 - 16**

**Pg: 54 Ln: 17 - 22**

**Pg: 55 Ln: 12 - 17**

**Pg: 55 Ln: 18 - Pg: 56 Ln: 21**

**Pg: 57 Ln: 8 - 18**

**Pg: 59 Ln: 19 - 24**

**Pg: 60 Ln: 7 - 16**

**Pg: 60 Ln: 22 - Pg: 61 Ln: 7**

**Pg: 61 Ln: 8 - Pg: 62 Ln: 3**

**Pg: 62 Ln: 7 - 16**

**Pg: 63 Ln: 4 - 16**

**Pg: 63 Ln: 17 - Pg: 64 Ln: 2**

**Pg: 64 Ln: 3 - 5**

**Pg: 65 Ln: 5 - 18**

**Pg: 67 Ln: 7 - 24**

**Pg: 68 Ln: 10 - 17**

**Pg: 69 Ln: 2 - 12**

**Pg: 78 Ln: 2 - Pg: 79 Ln: 5**

**Pg: 80 Ln: 5 - Pg: 81 Ln: 14**

**Pg: 82 Ln: 5 - 10**

**Pg: 82 Ln: 22 - Pg: 83 Ln: 3**

**Pg: 93 Ln: 23 - Pg: 94 Ln: 7**

**Pg: 94 Ln: 17 - 21**

**Pg: 95 Ln: 3 - 8**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**    [8/31/2022] Ackerman, David 083122

**Pg: 96 Ln: 12 - 24**

**Pg: 99 Ln: 23 - 25**

**Pg: 100 Ln: 1 - 22**

**Pg: 100 Ln: 23 - Pg: 101 Ln: 4**

**Pg: 102 Ln: 4 - 19**

**Pg: 103 Ln: 16 - 22**

**Pg: 104 Ln: 6 - Pg: 105 Ln: 1**

**Pg: 105 Ln: 2 - Pg: 106 Ln: 12**

**Pg: 107 Ln: 17 - Pg: 110 Ln: 13**

**Pg: 110 Ln: 24 - Pg: 111 Ln: 15**

**Pg: 111 Ln: 23 - 25**

**Pg: 116 Ln: 1 - 21**

**Pg: 117 Ln: 5 - 11**

**Pg: 117 Ln: 17 - Pg: 118 Ln: 4**

**Pg: 121 Ln: 24 - Pg: 122 Ln: 14**

**Pg: 126 Ln: 22 - Pg: 127 Ln: 17**

**Pg: 130 Ln: 13 - Pg: 132 Ln: 7**

**Pg: 132 Ln: 8 - 18**

**Pg: 136 Ln: 6 - Pg: 139 Ln: 11**

**Pg: 140 Ln: 8 - 23**

**Pg: 140 Ln: 24 - Pg: 141 Ln: 7**

**Pg: 141 Ln: 11 - Pg: 142 Ln: 2**

**Pg: 144 Ln: 5 - 20**

**Pg: 145 Ln: 2 - 9**

**Pg: 146 Ln: 4 - Pg: 147 Ln: 12**

**Pg: 153 Ln: 23 - Pg: 154 Ln: 4**

**Pg: 154 Ln: 22 - Pg: 155 Ln: 10**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [8/31/2022] Ackerman, David 083122

**Pg: 155 Ln: 17 - 19**

**Pg: 156 Ln: 7 - 23**

**Pg: 157 Ln: 18 - Pg: 158 Ln: 6**

**Pg: 161 Ln: 2 - 17**

**Pg: 161 Ln: 18 - Pg: 162 Ln: 12**

**Pg: 162 Ln: 13 - Pg: 163 Ln: 22**

**Pg: 165 Ln: 22 - Pg: 166 Ln: 20**

**Pg: 167 Ln: 10 - Pg: 168 Ln: 4**

**Pg: 168 Ln: 25 - Pg: 169 Ln: 11**

**Pg: 169 Ln: 14 - 23**

**Pg: 170 Ln: 11 - 25**

**Pg: 172 Ln: 8 - Pg: 173 Ln: 3**

**Pg: 176 Ln: 15 - 22**

**Pg: 178 Ln: 16 - Pg: 180 Ln: 2**

**Pg: 180 Ln: 11 - Pg: 181 Ln: 7**

**Pg: 181 Ln: 10 - 17**

**Pg: 181 Ln: 18 - Pg: 182 Ln: 6**

**Pg: 182 Ln: 7 - 25**

**Pg: 184 Ln: 25 - Pg: 185 Ln: 15**

**Pg: 186 Ln: 6 - 17**

**Pg: 186 Ln: 25 - Pg: 187 Ln: 10**

**Pg: 189 Ln: 11 - 17**

**Pg: 190 Ln: 2 - 19**

**Pg: 192 Ln: 17 - Pg: 193 Ln: 3**

**Pg: 194 Ln: 1 - 25**

**Pg: 195 Ln: 21 - 24**

**Pg: 195 Ln: 25 - Pg: 196 Ln: 7**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [8/31/2022] Ackerman, David 083122

---

**Pg: 196 Ln: 8 - 18**

**Pg: 196 Ln: 19 - 22**

**Pg: 196 Ln: 23 - Pg: 197 Ln: 13**

**Pg: 198 Ln: 2 - Pg: 201 Ln: 3**

**Pg: 201 Ln: 11 - 21**

**Pg: 202 Ln: 4 - 6**

**Pg: 203 Ln: 2 - 24**

**Pg: 203 Ln: 25 - Pg: 204 Ln: 12**

**Pg: 204 Ln: 13 - Pg: 205 Ln: 11**

**Pg: 205 Ln: 12 - 14**

**Pg: 205 Ln: 17 - Pg: 207 Ln: 5**

**Pg: 209 Ln: 3 - 21**

**Pg: 209 Ln: 22 - Pg: 210 Ln: 12**

**Pg: 210 Ln: 13 - Pg: 212 Ln: 20**

**Pg: 214 Ln: 10 - Pg: 216 Ln: 14**

**Pg: 218 Ln: 25 - Pg: 219 Ln: 21**

**Pg: 220 Ln: 10 - Pg: 221 Ln: 14**

**Pg: 222 Ln: 22 - Pg: 225 Ln: 19**

**Pg: 226 Ln: 9 - Pg: 227 Ln: 23**

**Pg: 227 Ln: 24 - Pg: 228 Ln: 15**

**Pg: 228 Ln: 16 - Pg: 230 Ln: 5**

**Pg: 230 Ln: 15 - Pg: 231 Ln: 1**

**Pg: 239 Ln: 7 - 22**

**Pg: 241 Ln: 7 - 18**

**Pg: 241 Ln: 18 - Pg: 242 Ln: 3**

**Pg: 241 Ln: 18 - Pg: 242 Ln: 3**

**Pg: 243 Ln: 18 - Pg: 244 Ln: 19**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**    [8/31/2022] Ackerman, David 083122

**Pg: 245 Ln: 18 - Pg: 248 Ln: 14**

**Pg: 248 Ln: 18 - 24**

**Pg: 249 Ln: 3 - 6**

**Pg: 249 Ln: 9 - Pg: 250 Ln: 14**

**Pg: 251 Ln: 6 - 19**

**Pg: 251 Ln: 20 - Pg: 252 Ln: 10**

**Pg: 253 Ln: 14 - Pg: 254 Ln: 5**

**Pg: 254 Ln: 6 - Pg: 256 Ln: 13**

**Pg: 257 Ln: 5 - 8**

**Pg: 257 Ln: 9 - 12**

**Pg: 259 Ln: 15 - 22**

**United States v. State of Georgia
1:16-cv-03088-ELR**

*Beck, James Theodore*

*1/27/2023*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [1/27/2023] Beck, James Theodore 012723

---

**Pg: 10 Ln: 3 - 7**

**Pg: 14 Ln: 10 - 20**

**Pg: 15 Ln: 11 - 20**

**Pg: 17 Ln: 2 - Pg: 18 Ln: 2**

**Pg: 18 Ln: 3 - Pg: 19 Ln: 6**

**Pg: 19 Ln: 9 - Pg: 20 Ln: 18**

**Pg: 20 Ln: 22 - Pg: 21 Ln: 12**

**Pg: 23 Ln: 4 - Pg: 24 Ln: 2**

**Pg: 24 Ln: 20 - Pg: 25 Ln: 6**

**Pg: 25 Ln: 10 - Pg: 27 Ln: 9**

**Pg: 27 Ln: 10 - Pg: 29 Ln: 16**

**Pg: 29 Ln: 21 - Pg: 32 Ln: 13**

**Pg: 32 Ln: 14 - Pg: 33 Ln: 8**

**Pg: 33 Ln: 9 - Pg: 34 Ln: 6**

**Pg: 36 Ln: 15 - 23**

**Pg: 38 Ln: 10 - Pg: 39 Ln: 18**

**Pg: 39 Ln: 19 - Pg: 40 Ln: 3**

**Pg: 40 Ln: 4 - Pg: 41 Ln: 19**

**Pg: 41 Ln: 20 - Pg: 43 Ln: 16**

**Pg: 45 Ln: 23 - Pg: 46 Ln: 6**

**Pg: 48 Ln: 12 - Pg: 53 Ln: 18**

**Pg: 53 Ln: 19 - Pg: 54 Ln: 16**

**Pg: 54 Ln: 17 - Pg: 55 Ln: 6**

**Pg: 55 Ln: 7 - 19**

**Pg: 57 Ln: 2 - Pg: 58 Ln: 22**

**Pg: 58 Ln: 23 - Pg: 59 Ln: 24**

**Pg: 61 Ln: 17 - Pg: 64 Ln: 6**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [1/27/2023] Beck, James Theodore 012723

---

**Pg: 64 Ln: 7 - 21**

**Pg: 67 Ln: 6 - 14**

**Pg: 68 Ln: 10 - 24**

**Pg: 68 Ln: 25 - Pg: 69 Ln: 17**

**Pg: 69 Ln: 18 - Pg: 77 Ln: 21**

**Pg: 78 Ln: 8 - Pg: 79 Ln: 23**

**Pg: 79 Ln: 24 - Pg: 82 Ln: 20**

**Pg: 82 Ln: 21 - Pg: 94 Ln: 23**

**Pg: 95 Ln: 25 - Pg: 96 Ln: 8**

**Pg: 96 Ln: 12 - Pg: 98 Ln: 7**

**Pg: 98 Ln: 8 - 16**

**Pg: 98 Ln: 17 - Pg: 100 Ln: 5**

**Pg: 100 Ln: 6 - Pg: 101 Ln: 21**

**Pg: 104 Ln: 8 - Pg: 105 Ln: 23**

**Pg: 105 Ln: 24 - Pg: 108 Ln: 18**

**Pg: 108 Ln: 25 - Pg: 111 Ln: 22**

**Pg: 113 Ln: 22 - Pg: 117 Ln: 21**

**Pg: 117 Ln: 22 - Pg: 118 Ln: 9**

**Pg: 127 Ln: 16 - Pg: 131 Ln: 10**

**Pg: 131 Ln: 21 - Pg: 132 Ln: 12**

**Pg: 132 Ln: 13 - 16**

**Pg: 133 Ln: 10 - Pg: 135 Ln: 4**

**Pg: 135 Ln: 5 - Pg: 137 Ln: 15**

**Pg: 138 Ln: 11 - Pg: 141 Ln: 19**

**Pg: 141 Ln: 23 - Pg: 142 Ln: 19**

**Pg: 147 Ln: 9 - Pg: 149 Ln: 4**

**Pg: 150 Ln: 22 - Pg: 152 Ln: 13**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**  [1/27/2023] Beck, James Theodore 012723

**Pg: 153 Ln: 20 - Pg: 156 Ln: 9**

**Pg: 157 Ln: 5 - 8**

**Pg: 157 Ln: 9 - Pg: 161 Ln: 2**

**Pg: 161 Ln: 3 - Pg: 163 Ln: 24**

**Pg: 165 Ln: 24 - Pg: 166 Ln: 20**

**Pg: 166 Ln: 21 - Pg: 172 Ln: 8**

**Pg: 172 Ln: 9 - Pg: 174 Ln: 9**

**Pg: 174 Ln: 14 - Pg: 176 Ln: 11**

**Pg: 176 Ln: 15 - Pg: 177 Ln: 17**

**Pg: 177 Ln: 18 - Pg: 180 Ln: 24**

**Pg: 181 Ln: 14 - 19**

**Pg: 181 Ln: 22 - Pg: 184 Ln: 2**

**Pg: 184 Ln: 3 - Pg: 185 Ln: 17**

**Pg: 185 Ln: 18 - Pg: 188 Ln: 21**

**Pg: 188 Ln: 22 - Pg: 190 Ln: 22**

**Pg: 190 Ln: 23 - Pg: 192 Ln: 17**

**Pg: 196 Ln: 25 - Pg: 199 Ln: 13**

**Pg: 199 Ln: 14 - Pg: 201 Ln: 18**

**Pg: 203 Ln: 3 - Pg: 204 Ln: 14**

United States v. State of Georgia
1:16-cv-03088-ELR

# *Bell, Geronald D.*

*1/9/2023*

# TextMap Annotation Digest Report

**Case Name:**  United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**   [1/9/2023] Bell, Geronald D. 010923

---

**Pg: 8 Ln: 12 - 15**

**Pg: 15 Ln: 20 - Pg: 16 Ln: 4**

**Pg: 17 Ln: 15 - Pg: 19 Ln: 19**

**Pg: 20 Ln: 3 - 20**

**Pg: 20 Ln: 21 - Pg: 21 Ln: 6**

**Pg: 21 Ln: 7 - 11**

**Pg: 21 Ln: 12 - 19**

**Pg: 22 Ln: 3 - 25**

**Pg: 23 Ln: 6 - Pg: 24 Ln: 6**

**Pg: 24 Ln: 7 - 11**

**Pg: 24 Ln: 12 - 17**

**Pg: 25 Ln: 7 - Pg: 26 Ln: 1**

**Pg: 26 Ln: 16 - Pg: 27 Ln: 4**

**Pg: 28 Ln: 18 - Pg: 29 Ln: 20**

**Pg: 30 Ln: 2 - 17**

**Pg: 30 Ln: 23 - Pg: 31 Ln: 24**

**Pg: 31 Ln: 25 - Pg: 33 Ln: 2**

**Pg: 33 Ln: 3 - 22**

**Pg: 34 Ln: 14 - 22**

**Pg: 39 Ln: 19 - Pg: 40 Ln: 2**

**Pg: 40 Ln: 3 - 18**

**Pg: 41 Ln: 7 - Pg: 42 Ln: 6**

**Pg: 42 Ln: 25 - Pg: 43 Ln: 11**

**Pg: 43 Ln: 16 - Pg: 44 Ln: 17**

**Pg: 44 Ln: 20 - 22**

**Pg: 45 Ln: 9 - 12**

**Pg: 46 Ln: 3 - 14**

---

## TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [1/9/2023] Bell, Geronald D. 010923

**Pg: 51 Ln: 1 - Pg: 52 Ln: 8**

**Pg: 52 Ln: 9 - 19**

**Pg: 52 Ln: 20 - Pg: 53 Ln: 1**

**Pg: 53 Ln: 2 - 17**

**Pg: 55 Ln: 3 - 11**

**Pg: 60 Ln: 2 - 24**

**Pg: 61 Ln: 24 - Pg: 62 Ln: 3**

**Pg: 62 Ln: 24 - Pg: 64 Ln: 22**

**Pg: 67 Ln: 17 - Pg: 68 Ln: 7**

**Pg: 69 Ln: 5 - 16**

**Pg: 70 Ln: 11 - 25**

**Pg: 71 Ln: 17 - Pg: 72 Ln: 8**

**Pg: 72 Ln: 9 - 12**

**Pg: 72 Ln: 17 - Pg: 73 Ln: 12**

**Pg: 73 Ln: 13 - Pg: 75 Ln: 21**

**Pg: 75 Ln: 22 - Pg: 76 Ln: 15**

**Pg: 76 Ln: 16 - Pg: 77 Ln: 15**

**Pg: 80 Ln: 25 - Pg: 83 Ln: 6**

**Pg: 83 Ln: 24 - Pg: 84 Ln: 8**

**Pg: 85 Ln: 1 - 13**

**Pg: 85 Ln: 14 - 22**

**Pg: 88 Ln: 3 - 22**

**Pg: 88 Ln: 23 - Pg: 89 Ln: 5**

**Pg: 89 Ln: 6 - 19**

**Pg: 93 Ln: 16 - Pg: 94 Ln: 10**

**Pg: 94 Ln: 21 - Pg: 95 Ln: 16**

**Pg: 97 Ln: 2 - 22**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [1/9/2023] Bell, Geronald D. 010923

**Pg: 108 Ln: 7 - 13**

**Pg: 108 Ln: 24 - Pg: 110 Ln: 2**

**Pg: 114 Ln: 1 - Pg: 115 Ln: 6**

**Pg: 116 Ln: 25 - Pg: 117 Ln: 21**

**Pg: 117 Ln: 22 - Pg: 118 Ln: 8**

**Pg: 120 Ln: 18 - Pg: 121 Ln: 10**

**Pg: 121 Ln: 11 - Pg: 122 Ln: 15**

**Pg: 122 Ln: 16 - 20**

**Pg: 122 Ln: 21 - Pg: 125 Ln: 1**

**Pg: 125 Ln: 2 - 6**

**Pg: 129 Ln: 3 - 22**

**Pg: 130 Ln: 1 - 18**

**Pg: 132 Ln: 3 - Pg: 133 Ln: 11**

**Pg: 135 Ln: 4 - 24**

**Pg: 140 Ln: 2 - Pg: 141 Ln: 16**

**Pg: 143 Ln: 16 - Pg: 144 Ln: 24**

**Pg: 144 Ln: 25 - Pg: 145 Ln: 11**

**Pg: 146 Ln: 12 - Pg: 147 Ln: 16**

**Pg: 150 Ln: 14 - Pg: 151 Ln: 12**

**Pg: 151 Ln: 25 - Pg: 153 Ln: 2**

**Pg: 153 Ln: 11 - Pg: 154 Ln: 1**

**Pg: 154 Ln: 2 - 13**

**Pg: 154 Ln: 17 - Pg: 155 Ln: 4**

**Pg: 160 Ln: 15 - 20**

**Pg: 160 Ln: 21 - Pg: 161 Ln: 12**

**Pg: 161 Ln: 13 - Pg: 162 Ln: 4**

**Pg: 162 Ln: 14 - Pg: 163 Ln: 11**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**  [1/9/2023] Bell, Geronald D. 010923

**Pg: 165 Ln: 9 - 23**

**Pg: 166 Ln: 12 - 22**

**Pg: 166 Ln: 23 - Pg: 167 Ln: 20**

**Pg: 168 Ln: 4 - 10**

**Pg: 168 Ln: 15 - Pg: 170 Ln: 11**

**Pg: 171 Ln: 10 - 21**

**Pg: 173 Ln: 9 - 24**

**Pg: 175 Ln: 15 - Pg: 176 Ln: 4**

**Pg: 177 Ln: 3 - 9**

**Pg: 181 Ln: 10 - 25**

**Pg: 182 Ln: 20 - Pg: 183 Ln: 3**

**Pg: 183 Ln: 14 - Pg: 185 Ln: 19**

**Pg: 187 Ln: 15 - 19**

**Pg: 187 Ln: 22 - Pg: 188 Ln: 14**

**Pg: 190 Ln: 9 - Pg: 191 Ln: 22**

**Pg: 194 Ln: 18 - Pg: 195 Ln: 6**

**Pg: 196 Ln: 8 - Pg: 197 Ln: 11**

**Pg: 204 Ln: 17 - Pg: 205 Ln: 17**

**Pg: 205 Ln: 22 - Pg: 206 Ln: 2**

**Pg: 206 Ln: 3 - 22**

**Pg: 206 Ln: 23 - Pg: 207 Ln: 6**

**Pg: 211 Ln: 23 - Pg: 212 Ln: 13**

**Pg: 220 Ln: 7 - 24**

**Pg: 220 Ln: 25 - Pg: 221 Ln: 16**

**Pg: 222 Ln: 5 - Pg: 223 Ln: 7**

**Pg: 226 Ln: 20 - Pg: 227 Ln: 17**

**Pg: 227 Ln: 18 - Pg: 228 Ln: 1**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**    [1/9/2023] Bell, Geronald D. 010923

**Pg: 228 Ln: 13 - Pg: 229 Ln: 10**

**Pg: 234 Ln: 20 - Pg: 235 Ln: 15**

**Pg: 235 Ln: 16 - Pg: 236 Ln: 25**

**Pg: 241 Ln: 16 - 25**

**Pg: 243 Ln: 3 - 9**

**Pg: 244 Ln: 20 - Pg: 245 Ln: 9**

**Pg: 245 Ln: 10 - Pg: 248 Ln: 1**

**Pg: 248 Ln: 25 - Pg: 250 Ln: 6**

# United States v. State of Georgia
## 1:16-cv-03088-ELR

# *Braddock, Whitney*

### *7/18/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [7/18/2022] Braddock, Whitney 071822

---

**Pg: 7 Ln: 1 - 10**

**Pg: 12 Ln: 25 - Pg: 15 Ln: 10**

**Pg: 15 Ln: 11 - 15**

**Pg: 15 Ln: 16 - Pg: 16 Ln: 4**

**Pg: 16 Ln: 19 - Pg: 17 Ln: 6**

**Pg: 17 Ln: 7 - 12**

**Pg: 17 Ln: 13 - 15**

**Pg: 17 Ln: 16 - Pg: 18 Ln: 13**

**Pg: 18 Ln: 14 - 22**

**Pg: 18 Ln: 23 - Pg: 19 Ln: 1**

**Pg: 19 Ln: 2 - 22**

**Pg: 19 Ln: 23 - Pg: 20 Ln: 1**

**Pg: 20 Ln: 2 - 19**

**Pg: 20 Ln: 20 - 22**

**Pg: 20 Ln: 23 - Pg: 21 Ln: 8**

**Pg: 21 Ln: 9 - 12**

**Pg: 21 Ln: 13 - Pg: 22 Ln: 1**

**Pg: 22 Ln: 2 - 10**

**Pg: 22 Ln: 14 - 18**

**Pg: 22 Ln: 19 - Pg: 23 Ln: 6**

**Pg: 25 Ln: 11 - 24**

**Pg: 25 Ln: 25 - Pg: 26 Ln: 8**

**Pg: 26 Ln: 12 - 25**

**Pg: 27 Ln: 1 - 9**

**Pg: 27 Ln: 19 - 22**

**Pg: 27 Ln: 23 - Pg: 28 Ln: 12**

**Pg: 28 Ln: 13 - 21**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [7/18/2022] Braddock, Whitney 071822

---

**Pg: 28 Ln: 22 - Pg: 29 Ln: 6**

**Pg: 29 Ln: 7 - 17**

**Pg: 29 Ln: 18 - Pg: 30 Ln: 9**

**Pg: 30 Ln: 25 - Pg: 31 Ln: 13**

**Pg: 31 Ln: 14 - 24**

**Pg: 32 Ln: 4 - 7**

**Pg: 32 Ln: 8 - 20**

**Pg: 32 Ln: 21 - 23**

**Pg: 32 Ln: 24 - Pg: 33 Ln: 1**

**Pg: 33 Ln: 2 - 11**

**Pg: 34 Ln: 6 - 22**

**Pg: 35 Ln: 7 - 11**

**Pg: 35 Ln: 12 - Pg: 36 Ln: 4**

**Pg: 36 Ln: 20 - 24**

**Pg: 36 Ln: 25 - Pg: 37 Ln: 2**

**Pg: 37 Ln: 3 - Pg: 38 Ln: 9**

**Pg: 38 Ln: 16 - 20**

**Pg: 38 Ln: 21 - Pg: 39 Ln: 5**

**Pg: 39 Ln: 6 - 22**

**Pg: 41 Ln: 12 - 13**

**Pg: 41 Ln: 15 - Pg: 42 Ln: 2**

**Pg: 42 Ln: 3 - 23**

**Pg: 43 Ln: 7 - Pg: 44 Ln: 2**

**Pg: 47 Ln: 3 - Pg: 48 Ln: 2**

**Pg: 48 Ln: 5 - 6**

**Pg: 48 Ln: 15 - 16**

**Pg: 48 Ln: 17 - Pg: 49 Ln: 7**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [7/18/2022] Braddock, Whitney 071822

**Pg: 49 Ln: 8 - 10**

**Pg: 49 Ln: 11 - 20**

**Pg: 50 Ln: 13 - 16**

**Pg: 50 Ln: 17 - 21**

**Pg: 52 Ln: 4 - 12**

**Pg: 53 Ln: 2 - 7**

**Pg: 53 Ln: 13 - 18**

**Pg: 55 Ln: 10 - Pg: 56 Ln: 6**

**Pg: 56 Ln: 9 - 25**

**Pg: 58 Ln: 3 - 6**

**Pg: 59 Ln: 2 - 14**

**Pg: 59 Ln: 15 - 18**

**Pg: 59 Ln: 19 - 22**

**Pg: 59 Ln: 23 - Pg: 60 Ln: 7**

**Pg: 60 Ln: 11 - 17**

**Pg: 61 Ln: 13 - Pg: 62 Ln: 7**

**Pg: 62 Ln: 14 - 17**

**Pg: 62 Ln: 18 - Pg: 63 Ln: 8**

**Pg: 63 Ln: 23 - Pg: 64 Ln: 6**

**Pg: 64 Ln: 17 - 19**

**Pg: 67 Ln: 13 - 19**

**Pg: 67 Ln: 23 - Pg: 68 Ln: 6**

**Pg: 68 Ln: 23 - Pg: 69 Ln: 1**

**Pg: 69 Ln: 2 - 12**

**Pg: 69 Ln: 13 - 17**

**Pg: 71 Ln: 7 - Pg: 72 Ln: 11**

**Pg: 72 Ln: 21 - Pg: 73 Ln: 5**

# TextMap Annotation Digest Report

**Case Name:**   United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**   [7/18/2022] Braddock, Whitney 071822

**Pg: 74 Ln: 21 - Pg: 75 Ln: 10**

**Pg: 75 Ln: 23 - Pg: 76 Ln: 18**

**Pg: 76 Ln: 19 - Pg: 77 Ln: 2**

**Pg: 77 Ln: 25 - Pg: 78 Ln: 12**

**Pg: 80 Ln: 25 - Pg: 81 Ln: 25**

**Pg: 83 Ln: 4 - 21**

**Pg: 84 Ln: 18 - 21**

**Pg: 84 Ln: 22 - Pg: 85 Ln: 5**

**Pg: 85 Ln: 6 - 21**

**Pg: 86 Ln: 22 - 25**

**Pg: 88 Ln: 3 - 17**

**Pg: 88 Ln: 18 - Pg: 89 Ln: 2**

**Pg: 90 Ln: 4 - 9**

**Pg: 90 Ln: 10 - 23**

**Pg: 90 Ln: 24 - Pg: 91 Ln: 1**

**Pg: 91 Ln: 2 - 10**

**Pg: 91 Ln: 21 - Pg: 92 Ln: 5**

**Pg: 96 Ln: 11 - 22**

**Pg: 97 Ln: 9 - 22**

**Pg: 103 Ln: 15 - Pg: 104 Ln: 16**

**Pg: 104 Ln: 24 - Pg: 105 Ln: 17**

**Pg: 106 Ln: 7 - 10**

**Pg: 106 Ln: 15 - 18**

**Pg: 106 Ln: 19 - Pg: 107 Ln: 1**

**Pg: 107 Ln: 11 - Pg: 108 Ln: 4**

**Pg: 108 Ln: 5 - 19**

**Pg: 108 Ln: 20 - Pg: 109 Ln: 8**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [7/18/2022] Braddock, Whitney 071822

---

**Pg: 114 Ln: 3 - Pg: 115 Ln: 13**

**Pg: 116 Ln: 11 - 12**

**Pg: 116 Ln: 21**

**Pg: 117 Ln: 13 - 14**

**Pg: 117 Ln: 15 - Pg: 118 Ln: 9**

**Pg: 120 Ln: 1 - 5**

**Pg: 120 Ln: 17 - Pg: 121 Ln: 17**

**Pg: 121 Ln: 19 - Pg: 122 Ln: 5**

**Pg: 122 Ln: 6 - Pg: 123 Ln: 11**

**Pg: 124 Ln: 12 - 16**

**Pg: 124 Ln: 17 - Pg: 129 Ln: 1**

**Pg: 129 Ln: 2 - 25**

**Pg: 130 Ln: 7 - 20**

**Pg: 132 Ln: 8 - 16**

**Pg: 133 Ln: 7 - 12**

**Pg: 133 Ln: 23 - 25**

**Pg: 134 Ln: 1 - 23**

**Pg: 134 Ln: 24 - Pg: 136 Ln: 12**

**Pg: 140 Ln: 20 - Pg: 141 Ln: 2**

**Pg: 142 Ln: 22 - Pg: 143 Ln: 5**

**Pg: 144 Ln: 18 - Pg: 145 Ln: 1**

**Pg: 145 Ln: 7 - 18**

**Pg: 146 Ln: 17 - Pg: 147 Ln: 9**

**Pg: 147 Ln: 21 - Pg: 148 Ln: 13**

**Pg: 148 Ln: 19 - 23**

**Pg: 149 Ln: 15 - Pg: 150 Ln: 24**

**Pg: 150 Ln: 25 - Pg: 151 Ln: 21**

---

# TextMap Annotation Digest Report

**Case Name:**  United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**  [7/18/2022] Braddock, Whitney 071822

---

**Pg: 151 Ln: 22 - Pg: 152 Ln: 17**

**Pg: 152 Ln: 22 - Pg: 154 Ln: 4**

**Pg: 154 Ln: 13 - 24**

**Pg: 159 Ln: 3 - 10**

**Pg: 161 Ln: 13 - 25**

**Pg: 166 Ln: 2 - 14**

**Pg: 167 Ln: 22 - Pg: 168 Ln: 13**

**Pg: 170 Ln: 1 - Pg: 171 Ln: 3**

**Pg: 171 Ln: 4 - 8**

**Pg: 171 Ln: 9 - Pg: 172 Ln: 15**

**Pg: 172 Ln: 16 - Pg: 173 Ln: 1**

**Pg: 173 Ln: 7 - 15**

**Pg: 174 Ln: 3 - Pg: 175 Ln: 12**

**Pg: 175 Ln: 13 - Pg: 176 Ln: 5**

**Pg: 176 Ln: 25 - Pg: 177 Ln: 8**

**Pg: 177 Ln: 9 - 16**

**Pg: 178 Ln: 16 - Pg: 180 Ln: 6**

**Pg: 180 Ln: 23 - Pg: 181 Ln: 4**

**Pg: 181 Ln: 5 - Pg: 182 Ln: 14**

**Pg: 182 Ln: 15 - 22**

**Pg: 182 Ln: 23 - Pg: 183 Ln: 22**

**Pg: 183 Ln: 23 - Pg: 184 Ln: 7**

**Pg: 185 Ln: 20 - Pg: 186 Ln: 19**

**Pg: 186 Ln: 20 - Pg: 187 Ln: 9**

**Pg: 190 Ln: 18 - 20**

**Pg: 191 Ln: 20 - 25**

**Pg: 192 Ln: 1 - 9**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [7/18/2022] Braddock, Whitney 071822

**Pg: 193 Ln: 7 - 12**

**Pg: 193 Ln: 13 - 18**

**Pg: 194 Ln: 4 - 18**

**Pg: 194 Ln: 19 - Pg: 195 Ln: 5**

**Pg: 195 Ln: 6 - 19**

**Pg: 196 Ln: 14 - Pg: 197 Ln: 1**

**Pg: 197 Ln: 2 - 6**

**Pg: 197 Ln: 7 - 17**

**Pg: 197 Ln: 18 - Pg: 198 Ln: 9**

**Pg: 199 Ln: 10 - 17**

**Pg: 200 Ln: 5 - 12**

**Pg: 200 Ln: 17 - Pg: 201 Ln: 3**

**Pg: 202 Ln: 2 - 18**

**Pg: 202 Ln: 19 - Pg: 203 Ln: 2**

**Pg: 203 Ln: 13 - 24**

**Pg: 203 Ln: 25 - Pg: 204 Ln: 24**

**Pg: 206 Ln: 1 - 9**

**Pg: 206 Ln: 10 - Pg: 207 Ln: 2**

**Pg: 208 Ln: 25 - Pg: 209 Ln: 21**

**Pg: 210 Ln: 5 - 14**

**Pg: 210 Ln: 23 - Pg: 211 Ln: 18**

**Pg: 212 Ln: 3 - 6**

**Pg: 213 Ln: 8 - Pg: 214 Ln: 2**

**Pg: 214 Ln: 25 - Pg: 215 Ln: 5**

**Pg: 215 Ln: 6 - 13**

**Pg: 215 Ln: 24 - Pg: 216 Ln: 13**

**Pg: 216 Ln: 14 - Pg: 217 Ln: 8**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [7/18/2022] Braddock, Whitney 071822

**Pg: 217 Ln: 9 - 14**

**Pg: 219 Ln: 1 - 11**

**Pg: 219 Ln: 21 - Pg: 221 Ln: 1**

**Pg: 221 Ln: 8 - 13**

**Pg: 221 Ln: 20 - Pg: 222 Ln: 2**

**Pg: 222 Ln: 15 - 22**

**Pg: 222 Ln: 23 - Pg: 223 Ln: 4**

**Pg: 223 Ln: 5 - Pg: 224 Ln: 19**

**Pg: 225 Ln: 3 - 12**

**Pg: 225 Ln: 13 - Pg: 226 Ln: 6**

**Pg: 226 Ln: 14 - 17**

**Pg: 226 Ln: 22 - Pg: 227 Ln: 5**

**Pg: 227 Ln: 6 - 11**

**Pg: 227 Ln: 12 - 15**

**Pg: 227 Ln: 16 - Pg: 228 Ln: 5**

# United States v. State of Georgia
## 1:16-cv-03088-ELR

# *Braswell, Marnie*

### *1/26/2023*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [1/26/2023] Braswell, Marnie 012623

**Pg: 7 Ln: 24 - Pg: 8 Ln: 3**

**Pg: 9 Ln: 13 - 21**

**Pg: 11 Ln: 7 - 22**

**Pg: 12 Ln: 4 - Pg: 13 Ln: 23**

**Pg: 13 Ln: 24 - Pg: 14 Ln: 13**

**Pg: 14 Ln: 14 - 24**

**Pg: 15 Ln: 2 - Pg: 16 Ln: 7**

**Pg: 16 Ln: 11 - Pg: 17 Ln: 20**

**Pg: 17 Ln: 25 - Pg: 18 Ln: 5**

**Pg: 18 Ln: 21 - Pg: 20 Ln: 6**

**Pg: 20 Ln: 13 - Pg: 21 Ln: 12**

**Pg: 21 Ln: 23 - Pg: 22 Ln: 21**

**Pg: 24 Ln: 10 - 25**

**Pg: 25 Ln: 1 - Pg: 26 Ln: 4**

**Pg: 26 Ln: 14 - Pg: 27 Ln: 3**

**Pg: 34 Ln: 15 - Pg: 36 Ln: 12**

**Pg: 36 Ln: 13 - Pg: 37 Ln: 3**

**Pg: 43 Ln: 8 - Pg: 44 Ln: 14**

**Pg: 44 Ln: 24 - Pg: 45 Ln: 13**

**Pg: 47 Ln: 6 - 14**

**Pg: 53 Ln: 10 - Pg: 54 Ln: 21**

**Pg: 54 Ln: 22 - Pg: 55 Ln: 10**

**Pg: 56 Ln: 15 - Pg: 57 Ln: 2**

**Pg: 58 Ln: 11 - Pg: 59 Ln: 1**

**Pg: 59 Ln: 2 - 22**

**Pg: 60 Ln: 24 - Pg: 61 Ln: 22**

**Pg: 63 Ln: 20 - Pg: 64 Ln: 24**

# TextMap Annotation Digest Report

**Case Name:**   United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [1/26/2023] Braswell, Marnie 012623

---

**Pg: 65 Ln: 22 - Pg: 67 Ln: 6**

**Pg: 68 Ln: 24 - Pg: 69 Ln: 1**

**Pg: 71 Ln: 12 - Pg: 72 Ln: 18**

**Pg: 72 Ln: 19 - Pg: 73 Ln: 24**

**Pg: 73 Ln: 25 - Pg: 77 Ln: 4**

**Pg: 77 Ln: 21 - Pg: 79 Ln: 8**

**Pg: 79 Ln: 9 - Pg: 80 Ln: 4**

**Pg: 80 Ln: 22 - 25**

**Pg: 82 Ln: 8 - 19**

**Pg: 83 Ln: 13 - Pg: 84 Ln: 25**

**Pg: 85 Ln: 1 - 25**

**Pg: 86 Ln: 1 - 22**

**Pg: 87 Ln: 15 - Pg: 89 Ln: 2**

**Pg: 89 Ln: 21 - Pg: 90 Ln: 1**

**Pg: 94 Ln: 3 - 10**

**Pg: 97 Ln: 16 - Pg: 98 Ln: 15**

**Pg: 99 Ln: 21 - Pg: 100 Ln: 20**

**Pg: 106 Ln: 17 - 25**

**Pg: 108 Ln: 14 - 17**

**Pg: 108 Ln: 18 - Pg: 109 Ln: 9**

**Pg: 109 Ln: 10 - Pg: 110 Ln: 7**

**Pg: 110 Ln: 23 - Pg: 111 Ln: 10**

**Pg: 111 Ln: 11 - Pg: 112 Ln: 10**

**Pg: 119 Ln: 11 - 17**

**Pg: 119 Ln: 24 - Pg: 120 Ln: 8**

**Pg: 120 Ln: 18 - 23**

**Pg: 121 Ln: 1 - 6**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [1/26/2023] Braswell, Marnie 012623

**Pg: 121 Ln: 10 - 16**

**Pg: 121 Ln: 17 - Pg: 122 Ln: 1**

**Pg: 122 Ln: 19 - Pg: 123 Ln: 21**

**Pg: 124 Ln: 10 - 16**

**Pg: 124 Ln: 25 - Pg: 125 Ln: 7**

**Pg: 125 Ln: 23 - Pg: 126 Ln: 4**

**Pg: 126 Ln: 5 - 17**

**Pg: 127 Ln: 2 - 14**

**Pg: 139 Ln: 7 - 20**

**Pg: 142 Ln: 17 - 20**

**Pg: 147 Ln: 5 - 16**

**Pg: 147 Ln: 22 - Pg: 148 Ln: 7**

**Pg: 149 Ln: 6 - 15**

**Pg: 150 Ln: 10 - 22**

**Pg: 152 Ln: 11 - 22**

**Pg: 157 Ln: 3 - 14**

**Pg: 157 Ln: 15 - Pg: 158 Ln: 2**

**Pg: 158 Ln: 14 - 20**

**Pg: 158 Ln: 21 - Pg: 159 Ln: 6**

**Pg: 159 Ln: 12 - Pg: 160 Ln: 10**

**Pg: 161 Ln: 13 - Pg: 162 Ln: 4**

**Pg: 163 Ln: 12 - Pg: 164 Ln: 1**

**Pg: 164 Ln: 5 - 20**

**Pg: 165 Ln: 16 - Pg: 166 Ln: 5**

**Pg: 166 Ln: 15 - 18**

**Pg: 167 Ln: 2 - 20**

**Pg: 167 Ln: 21 - Pg: 168 Ln: 2**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**    [1/26/2023] Braswell, Marnie 012623

**Pg: 168 Ln: 3 - 8**

**Pg: 170 Ln: 24 - Pg: 171 Ln: 20**

**Pg: 172 Ln: 3 - 25**

**Pg: 173 Ln: 9 - Pg: 174 Ln: 8**

**Pg: 176 Ln: 18 - Pg: 177 Ln: 2**

**Pg: 177 Ln: 7 - Pg: 178 Ln: 2**

**Pg: 181 Ln: 1 - 10**

**Pg: 181 Ln: 20 - Pg: 183 Ln: 14**

**Pg: 185 Ln: 1 - 4**

**Pg: 185 Ln: 11 - Pg: 186 Ln: 24**

**Pg: 189 Ln: 12 - Pg: 190 Ln: 2**

**Pg: 191 Ln: 24 - Pg: 192 Ln: 20**

**Pg: 192 Ln: 25 - Pg: 193 Ln: 19**

**Pg: 193 Ln: 20 - Pg: 194 Ln: 18**

**Pg: 194 Ln: 19 - 21**

**Pg: 194 Ln: 22 - 25**

**Pg: 196 Ln: 1 - 9**

**Pg: 196 Ln: 13 - Pg: 197 Ln: 13**

**Pg: 197 Ln: 17 - 21**

**Pg: 197 Ln: 24 - Pg: 199 Ln: 7**

**Pg: 201 Ln: 17 - Pg: 203 Ln: 1**

**Pg: 203 Ln: 14 - Pg: 204 Ln: 10**

**Pg: 206 Ln: 21 - Pg: 207 Ln: 5**

**Pg: 208 Ln: 2 - Pg: 211 Ln: 11**

# United States v. State of Georgia
## 1:16-cv-03088-ELR

# *Clemons, Sr., Samuel*

### *12/15/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [12/15/2022] Clemons, Sr., Samuel 121522

---

**Pg: 10 Ln: 5 - 7**

**Pg: 15 Ln: 20 - Pg: 16 Ln: 5**

**Pg: 16 Ln: 14 - Pg: 17 Ln: 24**

**Pg: 18 Ln: 4 - 19**

**Pg: 21 Ln: 11 - Pg: 22 Ln: 24**

**Pg: 22 Ln: 25 - Pg: 23 Ln: 8**

**Pg: 23 Ln: 12 - Pg: 24 Ln: 13**

**Pg: 27 Ln: 12 - Pg: 29 Ln: 25**

**Pg: 31 Ln: 7 - Pg: 32 Ln: 7**

**Pg: 32 Ln: 8 - Pg: 34 Ln: 7**

**Pg: 34 Ln: 8 - Pg: 35 Ln: 16**

**Pg: 38 Ln: 13 - Pg: 43 Ln: 22**

**Pg: 44 Ln: 20 - Pg: 46 Ln: 15**

**Pg: 46 Ln: 16 - Pg: 47 Ln: 3**

**Pg: 51 Ln: 21 - Pg: 52 Ln: 6**

**Pg: 54 Ln: 1 - Pg: 61 Ln: 19**

**Pg: 61 Ln: 20 - Pg: 62 Ln: 19**

**Pg: 62 Ln: 25 - Pg: 63 Ln: 7**

**Pg: 63 Ln: 8 - 11**

**Pg: 63 Ln: 16 - Pg: 64 Ln: 17**

**Pg: 64 Ln: 18 - Pg: 65 Ln: 13**

**Pg: 68 Ln: 22 - Pg: 70 Ln: 10**

**Pg: 73 Ln: 19 - Pg: 74 Ln: 20**

**Pg: 74 Ln: 21 - Pg: 76 Ln: 12**

**Pg: 78 Ln: 4 - Pg: 80 Ln: 19**

**Pg: 80 Ln: 23 - Pg: 81 Ln: 11**

**Pg: 82 Ln: 12 - 22**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia 1:16-cv-03088-ELR
**Transcript:** [12/15/2022] Clemons, Sr., Samuel 121522

---

**Pg: 83 Ln: 14 - Pg: 84 Ln: 11**

**Pg: 84 Ln: 15 - Pg: 85 Ln: 9**

**Pg: 85 Ln: 24 - Pg: 86 Ln: 3**

**Pg: 86 Ln: 6 - Pg: 89 Ln: 24**

**Pg: 91 Ln: 8 - Pg: 92 Ln: 25**

**Pg: 93 Ln: 3 - 21**

**Pg: 93 Ln: 22 - Pg: 95 Ln: 2**

**Pg: 95 Ln: 3 - 10**

**Pg: 109 Ln: 5 - 14**

**Pg: 117 Ln: 12 - Pg: 120 Ln: 7**

**Pg: 120 Ln: 8 - 19**

**Pg: 122 Ln: 19 - Pg: 125 Ln: 4**

**Pg: 132 Ln: 3 - Pg: 133 Ln: 10**

**Pg: 133 Ln: 14 - Pg: 138 Ln: 20**

**Pg: 140 Ln: 5 - 21**

**Pg: 142 Ln: 2 - Pg: 143 Ln: 23**

**Pg: 145 Ln: 2 - Pg: 146 Ln: 14**

**Pg: 147 Ln: 13 - Pg: 150 Ln: 12**

**Pg: 152 Ln: 8 - Pg: 154 Ln: 8**

**Pg: 154 Ln: 9 - 21**

**Pg: 154 Ln: 22 - Pg: 156 Ln: 19**

**Pg: 156 Ln: 25 - Pg: 157 Ln: 19**

**Pg: 157 Ln: 20 - Pg: 158 Ln: 15**

**Pg: 158 Ln: 16 - Pg: 159 Ln: 13**

**Pg: 159 Ln: 14 - Pg: 160 Ln: 2**

**Pg: 160 Ln: 3 - 9**

**Pg: 161 Ln: 12 - Pg: 164 Ln: 6**

---

# TextMap Annotation Digest Report

**Case Name:**   United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**   [12/15/2022] Clemons, Sr., Samuel 121522

---

**Pg: 164 Ln: 7 - 13**

**Pg: 164 Ln: 14 - Pg: 165 Ln: 13**

**Pg: 165 Ln: 14 - 20**

**Pg: 166 Ln: 2 - 24**

**Pg: 166 Ln: 25 - Pg: 167 Ln: 8**

**Pg: 167 Ln: 9 - Pg: 168 Ln: 17**

**Pg: 171 Ln: 7 - Pg: 172 Ln: 12**

**Pg: 172 Ln: 13 - Pg: 173 Ln: 8**

**Pg: 173 Ln: 9 - 18**

**Pg: 173 Ln: 19 - Pg: 174 Ln: 2**

**Pg: 174 Ln: 3 - 10**

**Pg: 174 Ln: 15 - Pg: 176 Ln: 6**

**Pg: 176 Ln: 7 - 17**

**Pg: 182 Ln: 17 - Pg: 184 Ln: 5**

**Pg: 184 Ln: 6 - 16**

**Pg: 185 Ln: 10 - Pg: 186 Ln: 18**

**Pg: 187 Ln: 25 - Pg: 189 Ln: 23**

**Pg: 190 Ln: 6 - 24**

**Pg: 191 Ln: 4 - Pg: 193 Ln: 20**

**Pg: 193 Ln: 21 - Pg: 195 Ln: 1**

**Pg: 199 Ln: 18 - Pg: 200 Ln: 1**

**Pg: 204 Ln: 5 - Pg: 205 Ln: 10**

**Pg: 205 Ln: 11 - 21**

**Pg: 206 Ln: 2 - 15**

**Pg: 206 Ln: 16 - Pg: 207 Ln: 7**

**Pg: 207 Ln: 25 - Pg: 210 Ln: 7**

**Pg: 210 Ln: 8 - Pg: 212 Ln: 11**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [12/15/2022] Clemons, Sr., Samuel 121522

---

**Pg: 212 Ln: 12 - Pg: 213 Ln: 17**

**Pg: 213 Ln: 18 - Pg: 214 Ln: 10**

**Pg: 216 Ln: 5 - Pg: 218 Ln: 11**

**Pg: 218 Ln: 12 - 25**

**Pg: 219 Ln: 5 - Pg: 220 Ln: 8**

**Pg: 220 Ln: 24 - Pg: 221 Ln: 18**

**Pg: 221 Ln: 22 - Pg: 222 Ln: 21**

**Pg: 222 Ln: 25 - Pg: 225 Ln: 20**

**Pg: 225 Ln: 21 - Pg: 226 Ln: 5**

**Pg: 227 Ln: 13 - Pg: 229 Ln: 2**

**Pg: 229 Ln: 3 - 5**

**Pg: 230 Ln: 11 - Pg: 235 Ln: 1**

**Pg: 241 Ln: 3 - Pg: 242 Ln: 6**

**Pg: 243 Ln: 10 - Pg: 248 Ln: 21**

**Pg: 249 Ln: 9 - Pg: 252 Ln: 2**

**Pg: 253 Ln: 6 - Pg: 254 Ln: 2**

**Pg: 254 Ln: 7 - Pg: 255 Ln: 3**

**Pg: 255 Ln: 4 - Pg: 258 Ln: 17**

**Pg: 259 Ln: 14 - Pg: 264 Ln: 4**

**Pg: 264 Ln: 8 - Pg: 265 Ln: 21**

**Pg: 266 Ln: 3 - 23**

**Pg: 267 Ln: 2 - Pg: 271 Ln: 10**

**Pg: 271 Ln: 14 - Pg: 272 Ln: 20**

**Pg: 272 Ln: 24 - Pg: 275 Ln: 17**

**Pg: 275 Ln: 21 - Pg: 276 Ln: 14**

**Pg: 278 Ln: 8 - Pg: 279 Ln: 10**

**Pg: 279 Ln: 14 - 23**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [12/15/2022] Clemons, Sr., Samuel 121522

**Pg: 279 Ln: 24 - Pg: 280 Ln: 16**

**Pg: 280 Ln: 17 - Pg: 282 Ln: 15**

**Pg: 283 Ln: 14 - 25**

**Pg: 284 Ln: 1 - Pg: 285 Ln: 4**

**Pg: 287 Ln: 14 - Pg: 290 Ln: 1**

**Pg: 290 Ln: 2 - Pg: 291 Ln: 12**

**Pg: 291 Ln: 13 - Pg: 292 Ln: 5**

**Pg: 292 Ln: 11 - 25**

**Pg: 293 Ln: 1 - Pg: 294 Ln: 6**

**Pg: 295 Ln: 7 - 24**

**Pg: 296 Ln: 3 - Pg: 297 Ln: 2**

**Pg: 297 Ln: 23 - Pg: 298 Ln: 12**

**Pg: 299 Ln: 10 - Pg: 300 Ln: 13**

**Pg: 300 Ln: 14 - Pg: 302 Ln: 6**

**Pg: 302 Ln: 7 - Pg: 303 Ln: 1**

**Pg: 303 Ln: 2 - Pg: 304 Ln: 10**

**Pg: 304 Ln: 11 - Pg: 305 Ln: 23**

**Pg: 305 Ln: 24 - Pg: 306 Ln: 12**

**Pg: 306 Ln: 20 - Pg: 307 Ln: 18**

**Pg: 307 Ln: 19 - Pg: 309 Ln: 3**

**Pg: 309 Ln: 4 - 24**

**Pg: 309 Ln: 25 - Pg: 310 Ln: 16**

**Pg: 312 Ln: 9 - Pg: 315 Ln: 6**

**Pg: 316 Ln: 7 - Pg: 317 Ln: 2**

**Pg: 317 Ln: 6 - Pg: 318 Ln: 1**

**Pg: 318 Ln: 2 - 20**

**Pg: 323 Ln: 1 - Pg: 324 Ln: 12**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**    [12/15/2022] Clemons, Sr., Samuel 121522

**Pg: 325 Ln: 19 - Pg: 326 Ln: 1**

**Pg: 326 Ln: 2 - 10**

**Pg: 328 Ln: 6 - Pg: 329 Ln: 15**

# United States v. State of Georgia
## 1:16-cv-03088-ELR

# *Cleveland, Vickie*

### *8/17/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [8/17/2022] Cleveland, Vickie 081722

**Pg: 9 Ln: 5 - 14**

**Pg: 14 Ln: 4 - 12**

**Pg: 18 Ln: 13 - Pg: 20 Ln: 24**

**Pg: 20 Ln: 25 - Pg: 23 Ln: 11**

**Pg: 23 Ln: 12 - 23**

**Pg: 23 Ln: 24 - Pg: 24 Ln: 23**

**Pg: 25 Ln: 17 - Pg: 26 Ln: 14**

**Pg: 26 Ln: 15 - Pg: 30 Ln: 20**

**Pg: 30 Ln: 21 - Pg: 34 Ln: 5**

**Pg: 36 Ln: 12 - Pg: 38 Ln: 14**

**Pg: 38 Ln: 19 - Pg: 39 Ln: 14**

**Pg: 39 Ln: 21 - Pg: 40 Ln: 14**

**Pg: 41 Ln: 13 - 24**

**Pg: 42 Ln: 15 - Pg: 44 Ln: 5**

**Pg: 45 Ln: 21 - Pg: 46 Ln: 18**

**Pg: 47 Ln: 12 - 15**

**Pg: 47 Ln: 16 - Pg: 50 Ln: 16**

**Pg: 50 Ln: 17 - Pg: 52 Ln: 5**

**Pg: 52 Ln: 11 - 22**

**Pg: 58 Ln: 24 - Pg: 61 Ln: 15**

**Pg: 61 Ln: 22 - Pg: 62 Ln: 4**

**Pg: 62 Ln: 5 - Pg: 63 Ln: 1**

**Pg: 63 Ln: 2 - Pg: 65 Ln: 5**

**Pg: 65 Ln: 6 - Pg: 66 Ln: 14**

**Pg: 66 Ln: 15 - 17**

**Pg: 67 Ln: 2 - Pg: 68 Ln: 3**

**Pg: 68 Ln: 11 - 16**

# TextMap Annotation Digest Report

**Case Name:**  United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [8/17/2022] Cleveland, Vickie 081722

**Pg: 69 Ln: 25 - Pg: 72 Ln: 3**

**Pg: 72 Ln: 19 - 25**

**Pg: 73 Ln: 1 - Pg: 74 Ln: 5**

**Pg: 81 Ln: 19 - Pg: 82 Ln: 1**

**Pg: 90 Ln: 12 - Pg: 91 Ln: 21**

**Pg: 94 Ln: 17 - Pg: 95 Ln: 10**

**Pg: 97 Ln: 2 - Pg: 100 Ln: 16**

**Pg: 101 Ln: 2 - Pg: 102 Ln: 10**

**Pg: 102 Ln: 15 - 25**

**Pg: 103 Ln: 21 - Pg: 106 Ln: 3**

**Pg: 106 Ln: 4 - 20**

**Pg: 107 Ln: 22 - Pg: 109 Ln: 7**

**Pg: 109 Ln: 8 - Pg: 110 Ln: 12**

**Pg: 111 Ln: 22 - Pg: 112 Ln: 17**

**Pg: 116 Ln: 14 - 20**

**Pg: 119 Ln: 21 - Pg: 120 Ln: 13**

**Pg: 121 Ln: 4 - 18**

**Pg: 122 Ln: 5 - 20**

**Pg: 123 Ln: 2 - 9**

**Pg: 124 Ln: 9 - Pg: 126 Ln: 2**

**Pg: 131 Ln: 3 - 20**

**Pg: 132 Ln: 5 - Pg: 133 Ln: 6**

**Pg: 133 Ln: 7 - 16**

**Pg: 133 Ln: 21 - Pg: 136 Ln: 2**

**Pg: 136 Ln: 3 - 15**

**Pg: 136 Ln: 16 - Pg: 137 Ln: 8**

**Pg: 138 Ln: 22 - Pg: 141 Ln: 11**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [8/17/2022] Cleveland, Vickie 081722

---

**Pg: 141 Ln: 17 - Pg: 142 Ln: 9**

**Pg: 145 Ln: 17 - Pg: 146 Ln: 4**

**Pg: 147 Ln: 17 - Pg: 149 Ln: 12**

**Pg: 151 Ln: 2 - Pg: 152 Ln: 18**

**Pg: 153 Ln: 21 - Pg: 154 Ln: 15**

**Pg: 155 Ln: 6 - Pg: 156 Ln: 3**

**Pg: 157 Ln: 14 - 24**

**Pg: 158 Ln: 15 - Pg: 169 Ln: 22**

**Pg: 170 Ln: 2 - 12**

**Pg: 171 Ln: 5 - Pg: 172 Ln: 10**

**Pg: 173 Ln: 1 - Pg: 174 Ln: 8**

**Pg: 174 Ln: 20 - Pg: 176 Ln: 5**

**Pg: 176 Ln: 6 - 17**

**Pg: 177 Ln: 5 - 7**

**Pg: 177 Ln: 20 - Pg: 178 Ln: 9**

**Pg: 179 Ln: 23 - Pg: 180 Ln: 18**

**Pg: 181 Ln: 7 - Pg: 182 Ln: 21**

**Pg: 182 Ln: 24 - Pg: 183 Ln: 16**

**Pg: 184 Ln: 9 - 17**

**Pg: 184 Ln: 21 - Pg: 185 Ln: 8**

**Pg: 185 Ln: 9 - Pg: 186 Ln: 2**

**Pg: 186 Ln: 14 - Pg: 187 Ln: 2**

**Pg: 187 Ln: 10 - 18**

**Pg: 187 Ln: 19 - Pg: 188 Ln: 9**

**Pg: 189 Ln: 12 - Pg: 190 Ln: 1**

**Pg: 190 Ln: 21 - Pg: 192 Ln: 16**

**Pg: 192 Ln: 17 - Pg: 193 Ln: 7**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [8/17/2022] Cleveland, Vickie 081722

**Pg: 194 Ln: 8 - Pg: 204 Ln: 14**

**Pg: 204 Ln: 21 - Pg: 210 Ln: 4**

**Pg: 210 Ln: 5 - Pg: 227 Ln: 12**

**Pg: 228 Ln: 11 - 25**

**Pg: 229 Ln: 14 - Pg: 234 Ln: 23**

**Pg: 235 Ln: 12 - Pg: 249 Ln: 21**

**Pg: 250 Ln: 24 - Pg: 251 Ln: 14**

**Pg: 251 Ln: 15 - Pg: 252 Ln: 22**

**Pg: 254 Ln: 10 - 17**

**Pg: 254 Ln: 22 - Pg: 255 Ln: 10**

**Pg: 256 Ln: 13 - Pg: 259 Ln: 13**

**Pg: 260 Ln: 9 - 13**

**Pg: 260 Ln: 14 - Pg: 264 Ln: 14**

**Pg: 265 Ln: 3 - 11**

**Pg: 267 Ln: 18 - Pg: 269 Ln: 21**

**Pg: 270 Ln: 12 - Pg: 271 Ln: 24**

**Pg: 271 Ln: 25 - Pg: 272 Ln: 18**

**Pg: 273 Ln: 20 - Pg: 276 Ln: 21**

**Pg: 285 Ln: 8 - Pg: 288 Ln: 8**

**Pg: 289 Ln: 3 - 16**

**Pg: 293 Ln: 17 - Pg: 295 Ln: 10**

# United States v. State of Georgia
## 1:16-cv-03088-ELR

# *Desai, Dimple*

### *3/29/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [3/29/2022] Desai, Dimple 032922

---

**Pg: 8 Ln: 5 - 9**

**Pg: 13 Ln: 6 - Pg: 15 Ln: 3**

**Pg: 15 Ln: 4 - Pg: 16 Ln: 7**

**Pg: 17 Ln: 3 - Pg: 18 Ln: 3**

**Pg: 18 Ln: 4 - Pg: 19 Ln: 1**

**Pg: 20 Ln: 16 - Pg: 21 Ln: 1**

**Pg: 21 Ln: 2 - Pg: 22 Ln: 4**

**Pg: 22 Ln: 5 - 7**

**Pg: 22 Ln: 8 - Pg: 23 Ln: 9**

**Pg: 23 Ln: 13 - Pg: 24 Ln: 5**

**Pg: 25 Ln: 3 - Pg: 26 Ln: 3**

**Pg: 27 Ln: 15 - Pg: 28 Ln: 9**

**Pg: 28 Ln: 20 - Pg: 30 Ln: 22**

**Pg: 30 Ln: 23 - Pg: 31 Ln: 11**

**Pg: 31 Ln: 12 - Pg: 32 Ln: 8**

**Pg: 35 Ln: 13 - 19**

**Pg: 40 Ln: 16 - Pg: 41 Ln: 15**

**Pg: 50 Ln: 18 - 24**

**Pg: 50 Ln: 25 - Pg: 51 Ln: 3**

**Pg: 52 Ln: 17 - 21**

**Pg: 52 Ln: 22 - Pg: 53 Ln: 4**

**Pg: 53 Ln: 5 - 14**

**Pg: 53 Ln: 24 - Pg: 54 Ln: 23**

**Pg: 57 Ln: 17 - Pg: 58 Ln: 4**

**Pg: 61 Ln: 13 - Pg: 64 Ln: 13**

**Pg: 66 Ln: 2 - Pg: 68 Ln: 2**

**Pg: 72 Ln: 10 - 22**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [3/29/2022] Desai, Dimple 032922

---

**Pg: 73 Ln: 18 - Pg: 74 Ln: 5**

**Pg: 74 Ln: 6 - 18**

**Pg: 93 Ln: 24 - Pg: 94 Ln: 16**

**Pg: 96 Ln: 7 - 14**

**Pg: 99 Ln: 11 - 17**

**Pg: 100 Ln: 4 - Pg: 101 Ln: 14**

**Pg: 101 Ln: 15 - 22**

**Pg: 103 Ln: 1 - Pg: 104 Ln: 5**

**Pg: 104 Ln: 15 - Pg: 105 Ln: 2**

**Pg: 105 Ln: 3 - 8**

**Pg: 106 Ln: 4 - 21**

**Pg: 107 Ln: 19 - Pg: 108 Ln: 4**

**Pg: 108 Ln: 11 - 21**

**Pg: 108 Ln: 22 - Pg: 109 Ln: 8**

**Pg: 109 Ln: 9 - Pg: 110 Ln: 4**

**Pg: 110 Ln: 5 - 21**

**Pg: 110 Ln: 22 - Pg: 111 Ln: 17**

**Pg: 112 Ln: 7 - 18**

**Pg: 113 Ln: 11 - Pg: 114 Ln: 11**

**Pg: 114 Ln: 12 - Pg: 116 Ln: 15**

**Pg: 123 Ln: 22 - Pg: 124 Ln: 6**

**Pg: 141 Ln: 23 - Pg: 143 Ln: 24**

**Pg: 143 Ln: 25 - Pg: 146 Ln: 12**

**Pg: 149 Ln: 1 - Pg: 150 Ln: 11**

**Pg: 150 Ln: 17 - Pg: 151 Ln: 24**

**Pg: 151 Ln: 25 - Pg: 152 Ln: 8**

**Pg: 155 Ln: 14 - 17**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [3/29/2022] Desai, Dimple 032922

**Pg: 161 Ln: 9 - 15**

**Pg: 162 Ln: 6 - 10**

**Pg: 166 Ln: 11 - Pg: 167 Ln: 14**

**Pg: 168 Ln: 5 - 24**

**Pg: 181 Ln: 9 - Pg: 184 Ln: 22**

**Pg: 190 Ln: 20 - Pg: 191 Ln: 6**

**Pg: 191 Ln: 7 - 19**

**Pg: 191 Ln: 23 - Pg: 194 Ln: 18**

**Pg: 194 Ln: 19 - Pg: 196 Ln: 10**

**Pg: 200 Ln: 5 - Pg: 201 Ln: 4**

**Pg: 202 Ln: 13 - Pg: 203 Ln: 4**

**Pg: 205 Ln: 18 - Pg: 206 Ln: 25**

**Pg: 209 Ln: 5 - 24**

**Pg: 209 Ln: 25 - Pg: 210 Ln: 8**

**Pg: 213 Ln: 25 - Pg: 215 Ln: 18**

**United States v. State of Georgia
1:16-cv-03088-ELR**

# *DiGirolamo, Ann*

### *7/28/2022*

# TextMap Annotation Digest Report

**Case Name:**   United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [7/28/2022] Digirolamo, Ann 072822

---

**Pg: 6 Ln: 5 - 10**

**Pg: 10 Ln: 8 - Pg: 12 Ln: 3**

**Pg: 12 Ln: 4 - Pg: 14 Ln: 7**

**Pg: 15 Ln: 3 - 24**

**Pg: 16 Ln: 20 - Pg: 17 Ln: 16**

**Pg: 17 Ln: 17 - Pg: 18 Ln: 1**

**Pg: 18 Ln: 11 - Pg: 19 Ln: 2**

**Pg: 19 Ln: 17 - 23**

**Pg: 20 Ln: 8 - 18**

**Pg: 20 Ln: 19 - Pg: 21 Ln: 13**

**Pg: 21 Ln: 14 - 22**

**Pg: 23 Ln: 3 - Pg: 25 Ln: 21**

**Pg: 25 Ln: 22 - Pg: 26 Ln: 13**

**Pg: 27 Ln: 23 - Pg: 28 Ln: 23**

**Pg: 33 Ln: 25 - Pg: 35 Ln: 2**

**Pg: 35 Ln: 19 - 25**

**Pg: 36 Ln: 1 - 7**

**Pg: 37 Ln: 8 - Pg: 38 Ln: 2**

**Pg: 41 Ln: 18 - Pg: 42 Ln: 24**

**Pg: 42 Ln: 25 - Pg: 44 Ln: 2**

**Pg: 44 Ln: 13 - 25**

**Pg: 45 Ln: 13 - Pg: 48 Ln: 19**

**Pg: 48 Ln: 24 - Pg: 49 Ln: 16**

**Pg: 50 Ln: 3 - 25**

**Pg: 52 Ln: 18 - Pg: 53 Ln: 19**

**Pg: 54 Ln: 6 - Pg: 55 Ln: 4**

**Pg: 55 Ln: 14 - 25**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [7/28/2022] Digirolamo, Ann 072822

**Pg: 56 Ln: 6 - 17**

**Pg: 56 Ln: 18 - Pg: 57 Ln: 11**

**Pg: 60 Ln: 6 - 18**

**Pg: 63 Ln: 21 - Pg: 64 Ln: 20**

**Pg: 64 Ln: 21 - Pg: 68 Ln: 14**

**Pg: 68 Ln: 15 - Pg: 71 Ln: 9**

**Pg: 71 Ln: 10 - Pg: 72 Ln: 14**

**Pg: 73 Ln: 4 - 20**

**Pg: 73 Ln: 21 - Pg: 74 Ln: 7**

**Pg: 75 Ln: 9 - Pg: 76 Ln: 13**

**Pg: 76 Ln: 14 - 23**

**Pg: 76 Ln: 24 - Pg: 77 Ln: 10**

**Pg: 77 Ln: 11 - 14**

**Pg: 77 Ln: 15 - 22**

**Pg: 77 Ln: 23 - Pg: 78 Ln: 8**

**Pg: 80 Ln: 9 - Pg: 81 Ln: 22**

**Pg: 81 Ln: 23 - Pg: 82 Ln: 22**

**Pg: 82 Ln: 23 - Pg: 83 Ln: 18**

**Pg: 83 Ln: 19 - Pg: 84 Ln: 14**

**Pg: 84 Ln: 15 - 19**

**Pg: 85 Ln: 5 - 17**

**Pg: 86 Ln: 19 - Pg: 87 Ln: 3**

**Pg: 87 Ln: 13 - Pg: 88 Ln: 15**

**Pg: 88 Ln: 16 - Pg: 89 Ln: 15**

**Pg: 90 Ln: 12 - 25**

**Pg: 91 Ln: 1 - 21**

United States v. State of Georgia
1:16-cv-03088-ELR

# *Dowd, Brian*

*6/23/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**    [6/23/2022] Dowd, Brian 062322

---

**Pg: 7 Ln: 5 - 7**

**Pg: 14 Ln: 2 - Pg: 17 Ln: 1**

**Pg: 17 Ln: 2 - Pg: 18 Ln: 25**

**Pg: 19 Ln: 1 - Pg: 20 Ln: 7**

**Pg: 20 Ln: 8 - Pg: 21 Ln: 2**

**Pg: 22 Ln: 4 - 19**

**Pg: 22 Ln: 22 - Pg: 23 Ln: 9**

**Pg: 23 Ln: 10 - Pg: 24 Ln: 9**

**Pg: 24 Ln: 13 - Pg: 25 Ln: 9**

**Pg: 26 Ln: 2 - Pg: 27 Ln: 7**

**Pg: 27 Ln: 8 - 24**

**Pg: 27 Ln: 25 - Pg: 28 Ln: 15**

**Pg: 28 Ln: 16 - Pg: 29 Ln: 8**

**Pg: 29 Ln: 20 - Pg: 30 Ln: 13**

**Pg: 31 Ln: 6 - Pg: 32 Ln: 19**

**Pg: 40 Ln: 22 - 25**

**Pg: 41 Ln: 1 - 23**

**Pg: 44 Ln: 18 - Pg: 45 Ln: 6**

**Pg: 45 Ln: 7 - Pg: 46 Ln: 3**

**Pg: 46 Ln: 4 - 16**

**Pg: 46 Ln: 17 - Pg: 48 Ln: 1**

**Pg: 48 Ln: 20 - Pg: 49 Ln: 2**

**Pg: 50 Ln: 21 - Pg: 51 Ln: 7**

**Pg: 51 Ln: 8 - 24**

**Pg: 51 Ln: 25 - Pg: 52 Ln: 22**

**Pg: 52 Ln: 23 - Pg: 53 Ln: 10**

**Pg: 53 Ln: 11 - 14**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [6/23/2022] Dowd, Brian 062322

---

**Pg: 53 Ln: 15 - 21**

**Pg: 56 Ln: 24 - Pg: 57 Ln: 13**

**Pg: 62 Ln: 21 - Pg: 64 Ln: 10**

**Pg: 64 Ln: 11 - Pg: 65 Ln: 8**

**Pg: 65 Ln: 24 - Pg: 66 Ln: 13**

**Pg: 66 Ln: 20 - Pg: 67 Ln: 10**

**Pg: 67 Ln: 11 - Pg: 69 Ln: 11**

**Pg: 70 Ln: 11 - 18**

**Pg: 71 Ln: 16 - 19**

**Pg: 79 Ln: 9 - Pg: 81 Ln: 4**

**Pg: 81 Ln: 5 - 25**

**Pg: 87 Ln: 1 - 16**

**Pg: 90 Ln: 24 - Pg: 91 Ln: 23**

**Pg: 91 Ln: 24 - Pg: 92 Ln: 7**

**Pg: 92 Ln: 14 - 17**

**Pg: 92 Ln: 18 - 24**

**Pg: 95 Ln: 15 - Pg: 96 Ln: 8**

**Pg: 96 Ln: 9 - Pg: 97 Ln: 22**

**Pg: 100 Ln: 17 - Pg: 101 Ln: 10**

**Pg: 102 Ln: 13 - 23**

**Pg: 104 Ln: 9 - 23**

**Pg: 105 Ln: 25 - Pg: 106 Ln: 18**

**Pg: 108 Ln: 12 - Pg: 109 Ln: 5**

**Pg: 109 Ln: 13 - Pg: 110 Ln: 15**

**Pg: 110 Ln: 23 - Pg: 111 Ln: 17**

**Pg: 114 Ln: 6 - 19**

**Pg: 114 Ln: 20 - Pg: 115 Ln: 23**

---

# TextMap Annotation Digest Report

**Case Name:**    United States v. State of Georgia   1:16-cv-03088-ELR
**Transcript:**    [6/23/2022] Dowd, Brian 062322

---

**Pg: 116 Ln: 22 - Pg: 117 Ln: 5**

**Pg: 117 Ln: 6 - 18**

**Pg: 117 Ln: 19 - 25**

**Pg: 119 Ln: 5 - Pg: 120 Ln: 22**

**Pg: 124 Ln: 1 - 20**

**Pg: 128 Ln: 21 - Pg: 129 Ln: 17**

**Pg: 130 Ln: 22 - Pg: 131 Ln: 5**

**Pg: 133 Ln: 15 - 24**

**Pg: 135 Ln: 4 - Pg: 136 Ln: 8**

**Pg: 136 Ln: 20 - Pg: 138 Ln: 14**

**Pg: 138 Ln: 23 - Pg: 139 Ln: 3**

**Pg: 139 Ln: 17 - Pg: 140 Ln: 2**

**Pg: 140 Ln: 3 - 9**

**Pg: 140 Ln: 16 - Pg: 141 Ln: 17**

**Pg: 141 Ln: 18 - 24**

**Pg: 142 Ln: 14 - 17**

**Pg: 142 Ln: 18 - Pg: 143 Ln: 8**

**Pg: 144 Ln: 21 - Pg: 145 Ln: 15**

**Pg: 145 Ln: 16 - Pg: 147 Ln: 10**

**Pg: 147 Ln: 18 - 22**

**Pg: 148 Ln: 19 - Pg: 149 Ln: 16**

**Pg: 151 Ln: 14 - 23**

**Pg: 152 Ln: 3 - 6**

**Pg: 152 Ln: 7 - Pg: 153 Ln: 13**

**Pg: 153 Ln: 24 - Pg: 154 Ln: 3**

**Pg: 154 Ln: 9 - Pg: 156 Ln: 22**

**Pg: 156 Ln: 23 - Pg: 157 Ln: 1**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [6/23/2022] Dowd, Brian 062322

**Pg: 157 Ln: 9 - 15**

**Pg: 164 Ln: 15 - Pg: 165 Ln: 1**

**Pg: 165 Ln: 5 - Pg: 166 Ln: 7**

**Pg: 166 Ln: 8 - Pg: 167 Ln: 12**

**Pg: 167 Ln: 13 - 24**

**Pg: 167 Ln: 25 - Pg: 168 Ln: 4**

**Pg: 168 Ln: 13 - 20**

**Pg: 169 Ln: 12 - Pg: 170 Ln: 19**

**Pg: 171 Ln: 14 - 17**

**Pg: 182 Ln: 14 - Pg: 183 Ln: 23**

# United States v. State of Georgia
## 1:16-cv-03088-ELR

# *Fitzgerald, Judith*

### *8/16/2022*

# TextMap Annotation Digest Report

**Case Name:**  United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**  [8/16/2022] Fitzgerald, Judith 081622

---

Pg: 8 Ln: 4 - 6

Pg: 8 Ln: 23 - Pg: 9 Ln: 3

Pg: 17 Ln: 3 - Pg: 18 Ln: 13

Pg: 24 Ln: 25 - Pg: 26 Ln: 8

Pg: 29 Ln: 20 - Pg: 30 Ln: 8

Pg: 30 Ln: 16 - 24

Pg: 32 Ln: 18 - 25

Pg: 33 Ln: 20 - Pg: 34 Ln: 17

Pg: 35 Ln: 11 - 18

Pg: 35 Ln: 19 - 23

Pg: 35 Ln: 24 - Pg: 36 Ln: 11

Pg: 36 Ln: 24 - Pg: 37 Ln: 25

Pg: 38 Ln: 1 - 12

Pg: 38 Ln: 13 - Pg: 39 Ln: 8

Pg: 43 Ln: 22 - Pg: 44 Ln: 13

Pg: 44 Ln: 14 - Pg: 46 Ln: 20

Pg: 46 Ln: 21 - Pg: 47 Ln: 1

Pg: 48 Ln: 2 - 7

Pg: 48 Ln: 11 - 17

Pg: 50 Ln: 7 - 11

Pg: 51 Ln: 8 - 15

Pg: 51 Ln: 16 - Pg: 52 Ln: 3

Pg: 52 Ln: 4 - 13

Pg: 52 Ln: 21 - Pg: 53 Ln: 11

Pg: 53 Ln: 12 - 19

Pg: 53 Ln: 20 - Pg: 54 Ln: 8

Pg: 54 Ln: 14 - 20

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**   [8/16/2022] Fitzgerald, Judith 081622

---

**Pg: 54 Ln: 21 - Pg: 55 Ln: 6**

**Pg: 55 Ln: 20 - Pg: 56 Ln: 6**

**Pg: 56 Ln: 7 - 13**

**Pg: 57 Ln: 3 - 16**

**Pg: 57 Ln: 17 - Pg: 58 Ln: 1**

**Pg: 58 Ln: 2 - Pg: 59 Ln: 7**

**Pg: 59 Ln: 8 - Pg: 60 Ln: 2**

**Pg: 60 Ln: 7 - 17**

**Pg: 61 Ln: 1 - 8**

**Pg: 62 Ln: 17 - Pg: 63 Ln: 8**

**Pg: 66 Ln: 19 - Pg: 67 Ln: 1**

**Pg: 67 Ln: 2 - 7**

**Pg: 67 Ln: 8 - 19**

**Pg: 68 Ln: 4 - 10**

**Pg: 68 Ln: 11 - 21**

**Pg: 68 Ln: 22 - Pg: 69 Ln: 7**

**Pg: 69 Ln: 8 - 14**

**Pg: 73 Ln: 20 - Pg: 74 Ln: 14**

**Pg: 74 Ln: 15 - Pg: 75 Ln: 12**

**Pg: 75 Ln: 13 - Pg: 76 Ln: 1**

**Pg: 76 Ln: 2 - Pg: 77 Ln: 4**

**Pg: 77 Ln: 5 - Pg: 78 Ln: 22**

**Pg: 78 Ln: 23 - Pg: 80 Ln: 2**

**Pg: 80 Ln: 3 - 13**

**Pg: 80 Ln: 14 - 24**

**Pg: 80 Ln: 25 - Pg: 81 Ln: 12**

**Pg: 81 Ln: 13 - 21**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [8/16/2022] Fitzgerald, Judith 081622

**Pg: 82 Ln: 16 - Pg: 83 Ln: 6**

**Pg: 83 Ln: 7 - 9**

**Pg: 83 Ln: 10 - Pg: 84 Ln: 3**

**Pg: 84 Ln: 10 - 14**

**Pg: 84 Ln: 20 - Pg: 85 Ln: 18**

**Pg: 88 Ln: 4 - 22**

**Pg: 90 Ln: 5 - 8**

**Pg: 90 Ln: 9 - Pg: 91 Ln: 1**

**Pg: 99 Ln: 11 - 19**

**Pg: 99 Ln: 20 - Pg: 100 Ln: 4**

**Pg: 103 Ln: 6 - Pg: 104 Ln: 5**

**Pg: 111 Ln: 13 - Pg: 112 Ln: 4**

**Pg: 112 Ln: 13 - Pg: 114 Ln: 1**

**Pg: 115 Ln: 21 - Pg: 116 Ln: 1**

**Pg: 116 Ln: 13 - 17**

**Pg: 119 Ln: 20 - Pg: 120 Ln: 5**

**Pg: 120 Ln: 6 - 10**

**Pg: 121 Ln: 3 - 10**

**Pg: 121 Ln: 11 - 15**

**Pg: 121 Ln: 21 - Pg: 122 Ln: 11**

**Pg: 124 Ln: 24 - Pg: 125 Ln: 8**

**Pg: 125 Ln: 20 - Pg: 126 Ln: 13**

**Pg: 126 Ln: 14 - 24**

**Pg: 127 Ln: 7 - 23**

**Pg: 127 Ln: 24 - Pg: 128 Ln: 4**

**Pg: 129 Ln: 21 - Pg: 130 Ln: 2**

**Pg: 130 Ln: 17 - Pg: 131 Ln: 4**

# TextMap Annotation Digest Report

**Case Name:**   United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [8/16/2022] Fitzgerald, Judith 081622

---

**Pg: 131 Ln: 8 - 23**

**Pg: 138 Ln: 7 - 22**

**Pg: 138 Ln: 25 - Pg: 140 Ln: 9**

**Pg: 146 Ln: 1 - 7**

**Pg: 148 Ln: 15 - 17**

**Pg: 149 Ln: 22 - 24**

**Pg: 160 Ln: 21 - Pg: 161 Ln: 15**

**Pg: 162 Ln: 1 - 3**

**Pg: 162 Ln: 10 - 23**

**Pg: 163 Ln: 14 - 22**

**Pg: 164 Ln: 1 - Pg: 165 Ln: 4**

**Pg: 165 Ln: 5 - 13**

**Pg: 165 Ln: 24 - Pg: 166 Ln: 2**

**Pg: 166 Ln: 3 - Pg: 167 Ln: 2**

**Pg: 167 Ln: 3 - 9**

**Pg: 167 Ln: 10 - 20**

**Pg: 169 Ln: 6 - 10**

**Pg: 169 Ln: 11 - 20**

**Pg: 169 Ln: 22 - Pg: 170 Ln: 13**

**Pg: 173 Ln: 23 - Pg: 174 Ln: 6**

**Pg: 174 Ln: 7 - 11**

**Pg: 174 Ln: 12 - 16**

**Pg: 175 Ln: 12 - Pg: 176 Ln: 7**

**Pg: 176 Ln: 13 - 22**

**Pg: 178 Ln: 1 - 7**

**Pg: 179 Ln: 20 - Pg: 180 Ln: 15**

**Pg: 182 Ln: 20 - Pg: 184 Ln: 10**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [8/16/2022] Fitzgerald, Judith 081622

**Pg: 185 Ln: 2 - Pg: 186 Ln: 6**

**Pg: 187 Ln: 14 - Pg: 188 Ln: 10**

**Pg: 188 Ln: 11 - 14**

**Pg: 188 Ln: 22 - Pg: 189 Ln: 4**

**Pg: 191 Ln: 11 - Pg: 193 Ln: 19**

**Pg: 194 Ln: 11 - 23**

**Pg: 195 Ln: 3 - 10**

**Pg: 195 Ln: 21 - Pg: 197 Ln: 1**

**Pg: 197 Ln: 25 - Pg: 198 Ln: 6**

**Pg: 201 Ln: 3 - 7**

**Pg: 201 Ln: 8 - 9**

**Pg: 201 Ln: 25 - Pg: 202 Ln: 3**

**Pg: 202 Ln: 12 - Pg: 203 Ln: 18**

**Pg: 203 Ln: 21 - Pg: 204 Ln: 6**

**Pg: 204 Ln: 11 - Pg: 205 Ln: 25**

**Pg: 206 Ln: 1 - 21**

**Pg: 207 Ln: 25 - Pg: 209 Ln: 19**

**Pg: 209 Ln: 23 - Pg: 210 Ln: 23**

**Pg: 211 Ln: 11 - 16**

**Pg: 213 Ln: 23 - Pg: 214 Ln: 6**

**Pg: 214 Ln: 12 - 21**

**Pg: 217 Ln: 23 - Pg: 218 Ln: 8**

**Pg: 220 Ln: 13 - 18**

**Pg: 228 Ln: 5 - Pg: 229 Ln: 5**

**Pg: 229 Ln: 19 - Pg: 231 Ln: 11**

**Pg: 235 Ln: 4 - 10**

**Pg: 241 Ln: 11 - 16**

United States v. State of Georgia
1:16-cv-03088-ELR

*Fitzgerald, Layla*

*6/24/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**    [6/24/2022] Fitzgerald, Layla 062422

**Pg: 8 Ln: 2 - 8**

**Pg: 13 Ln: 16 - 25**

**Pg: 14 Ln: 16 - Pg: 15 Ln: 2**

**Pg: 16 Ln: 18 - 22**

**Pg: 17 Ln: 7 - 17**

**Pg: 17 Ln: 21 - 22**

**Pg: 18 Ln: 12 - Pg: 19 Ln: 12**

**Pg: 19 Ln: 13 - 23**

**Pg: 22 Ln: 1 - 12**

**Pg: 23 Ln: 24 - Pg: 27 Ln: 17**

**Pg: 28 Ln: 8 - Pg: 30 Ln: 14**

**Pg: 31 Ln: 18 - 20**

**Pg: 32 Ln: 12 - 17**

**Pg: 33 Ln: 10 - 16**

**Pg: 35 Ln: 14 - Pg: 36 Ln: 15**

**Pg: 36 Ln: 16 - 18**

**Pg: 37 Ln: 1 - Pg: 38 Ln: 5**

**Pg: 44 Ln: 11 - 15**

**Pg: 46 Ln: 10 - 21**

**Pg: 48 Ln: 4 - Pg: 49 Ln: 4**

**Pg: 49 Ln: 5 - Pg: 50 Ln: 24**

**Pg: 52 Ln: 13 - 19**

**Pg: 53 Ln: 21 - Pg: 54 Ln: 16**

**Pg: 56 Ln: 6 - Pg: 57 Ln: 10**

**Pg: 60 Ln: 9 - 19**

**Pg: 61 Ln: 16 - Pg: 62 Ln: 4**

**Pg: 72 Ln: 18 - 22**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**    [6/24/2022] Fitzgerald, Layla 062422

**Pg: 72 Ln: 23 - Pg: 73 Ln: 13**

**Pg: 76 Ln: 1 - 7**

**Pg: 76 Ln: 16 - Pg: 77 Ln: 17**

**Pg: 77 Ln: 18 - Pg: 78 Ln: 1**

**Pg: 78 Ln: 2 - 3**

**Pg: 78 Ln: 4 - 17**

**Pg: 78 Ln: 18 - Pg: 79 Ln: 13**

**Pg: 79 Ln: 14 - Pg: 80 Ln: 19**

**Pg: 81 Ln: 6 - 17**

**Pg: 81 Ln: 24 - Pg: 82 Ln: 17**

**Pg: 83 Ln: 15 - 22**

**Pg: 83 Ln: 23 - Pg: 84 Ln: 6**

**Pg: 85 Ln: 8 - Pg: 86 Ln: 8**

**Pg: 87 Ln: 5 - 15**

**Pg: 87 Ln: 16 - 22**

**Pg: 87 Ln: 23 - Pg: 88 Ln: 16**

**Pg: 89 Ln: 10 - 14**

**Pg: 90 Ln: 17 - 24**

**Pg: 91 Ln: 23 - Pg: 92 Ln: 19**

**Pg: 94 Ln: 1 - 10**

**Pg: 94 Ln: 11 - Pg: 95 Ln: 5**

**Pg: 95 Ln: 17 - Pg: 96 Ln: 2**

**Pg: 96 Ln: 3 - 5**

**Pg: 96 Ln: 17 - Pg: 97 Ln: 13**

**Pg: 97 Ln: 14 - Pg: 98 Ln: 2**

**Pg: 98 Ln: 9 - 11**

**Pg: 98 Ln: 12 - Pg: 99 Ln: 9**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [6/24/2022] Fitzgerald, Layla 062422

**Pg: 99 Ln: 10 - 25**

**Pg: 100 Ln: 1 - Pg: 101 Ln: 4**

**Pg: 101 Ln: 5 - Pg: 103 Ln: 9**

**Pg: 103 Ln: 12 - 13**

**Pg: 103 Ln: 14 - Pg: 104 Ln: 6**

**Pg: 104 Ln: 7 - 11**

**Pg: 104 Ln: 18 - Pg: 105 Ln: 5**

**Pg: 105 Ln: 6 - 17**

**Pg: 105 Ln: 18 - 24**

**Pg: 107 Ln: 12 - Pg: 108 Ln: 16**

**Pg: 109 Ln: 10 - 22**

**Pg: 109 Ln: 23 - Pg: 110 Ln: 7**

**Pg: 110 Ln: 8 - Pg: 111 Ln: 6**

**Pg: 111 Ln: 23 - Pg: 112 Ln: 19**

**Pg: 114 Ln: 11 - Pg: 115 Ln: 5**

**Pg: 115 Ln: 6 - 21**

**Pg: 116 Ln: 20 - Pg: 117 Ln: 1**

**Pg: 119 Ln: 1 - 14**

**Pg: 120 Ln: 7 - 11**

**Pg: 120 Ln: 20 - Pg: 121 Ln: 12**

**Pg: 124 Ln: 25 - Pg: 125 Ln: 16**

**Pg: 126 Ln: 7 - Pg: 127 Ln: 1**

**Pg: 127 Ln: 2 - 14**

**Pg: 127 Ln: 18 - 22**

**Pg: 130 Ln: 13 - Pg: 131 Ln: 10**

**Pg: 133 Ln: 8 - Pg: 134 Ln: 4**

**Pg: 134 Ln: 19 - Pg: 135 Ln: 1**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [6/24/2022] Fitzgerald, Layla 062422

**Pg: 135 Ln: 5 - 20**

**Pg: 135 Ln: 21 - Pg: 136 Ln: 7**

**Pg: 138 Ln: 18 - Pg: 139 Ln: 8**

**Pg: 139 Ln: 9 - 19**

**Pg: 139 Ln: 20 - 23**

**Pg: 140 Ln: 1 - 10**

**Pg: 140 Ln: 17 - 23**

**Pg: 142 Ln: 15 - 23**

**Pg: 143 Ln: 4 - 8**

**Pg: 144 Ln: 15 - Pg: 145 Ln: 6**

**Pg: 151 Ln: 25 - Pg: 152 Ln: 4**

**Pg: 152 Ln: 16 - 23**

**Pg: 154 Ln: 24 - Pg: 155 Ln: 3**

**Pg: 155 Ln: 17 - 19**

**Pg: 156 Ln: 2 - 17**

**Pg: 159 Ln: 1 - 20**

**Pg: 159 Ln: 21 - Pg: 160 Ln: 8**

**Pg: 160 Ln: 9 - 23**

**Pg: 163 Ln: 2 - 16**

**Pg: 164 Ln: 1 - 5**

**Pg: 164 Ln: 6 - 12**

**Pg: 164 Ln: 18 - Pg: 165 Ln: 11**

**Pg: 165 Ln: 12 - Pg: 166 Ln: 10**

**Pg: 169 Ln: 6 - 16**

**Pg: 169 Ln: 17 - 21**

**Pg: 169 Ln: 22 - Pg: 170 Ln: 4**

**Pg: 170 Ln: 5 - 16**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [6/24/2022] Fitzgerald, Layla 062422

**Pg: 171 Ln: 16 - 19**

**Pg: 171 Ln: 24 - Pg: 172 Ln: 5**

**Pg: 172 Ln: 18 - Pg: 173 Ln: 5**

**Pg: 173 Ln: 21 - Pg: 174 Ln: 2**

**Pg: 174 Ln: 3 - Pg: 177 Ln: 2**

**Pg: 177 Ln: 3 - 11**

**Pg: 178 Ln: 3 - Pg: 181 Ln: 22**

**Pg: 181 Ln: 23 - Pg: 182 Ln: 2**

**Pg: 182 Ln: 11 - 22**

**Pg: 183 Ln: 22 - Pg: 184 Ln: 6**

**Pg: 184 Ln: 7 - 20**

**Pg: 185 Ln: 9 - Pg: 186 Ln: 18**

**Pg: 187 Ln: 5 - 11**

**Pg: 187 Ln: 24 - Pg: 188 Ln: 10**

**Pg: 189 Ln: 12 - Pg: 190 Ln: 5**

**Pg: 191 Ln: 19 - Pg: 192 Ln: 1**

**Pg: 192 Ln: 19 - Pg: 193 Ln: 22**

**Pg: 195 Ln: 5 - 17**

**Pg: 195 Ln: 23 - Pg: 196 Ln: 18**

**Pg: 196 Ln: 19 - Pg: 198 Ln: 12**

**Pg: 198 Ln: 13 - 19**

**Pg: 198 Ln: 20 - Pg: 199 Ln: 7**

**Pg: 199 Ln: 13 - 22**

**Pg: 199 Ln: 23 - Pg: 200 Ln: 16**

**Pg: 200 Ln: 22 - Pg: 201 Ln: 4**

**Pg: 201 Ln: 11 - 15**

**Pg: 203 Ln: 9 - 22**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [6/24/2022] Fitzgerald, Layla 062422

**Pg: 207 Ln: 22 - Pg: 208 Ln: 13**

**Pg: 208 Ln: 16 - Pg: 209 Ln: 8**

**Pg: 209 Ln: 9 - 24**

**Pg: 210 Ln: 22 - Pg: 211 Ln: 2**

**Pg: 217 Ln: 15 - 25**

**Pg: 218 Ln: 1 - 23**

**Pg: 221 Ln: 13 - Pg: 222 Ln: 1**

**Pg: 223 Ln: 2 - 13**

# United States v. State of Georgia
## 1:16-cv-03088-ELR

# *Futch, Lisa*

### *10/25/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**    [10/25/2022] Futch, Lisa 102522

**Pg: 7 Ln: 15 - 20**

**Pg: 12 Ln: 18 - Pg: 13 Ln: 6**

**Pg: 16 Ln: 21 - Pg: 18 Ln: 21**

**Pg: 18 Ln: 22 - Pg: 19 Ln: 8**

**Pg: 19 Ln: 16 - Pg: 21 Ln: 25**

**Pg: 22 Ln: 1 - 14**

**Pg: 24 Ln: 14 - 20**

**Pg: 26 Ln: 17 - 24**

**Pg: 26 Ln: 25 - Pg: 27 Ln: 20**

**Pg: 31 Ln: 20 - Pg: 32 Ln: 16**

**Pg: 36 Ln: 17 - Pg: 37 Ln: 3**

**Pg: 37 Ln: 4 - Pg: 39 Ln: 10**

**Pg: 39 Ln: 11 - Pg: 41 Ln: 13**

**Pg: 42 Ln: 8 - Pg: 47 Ln: 13**

**Pg: 48 Ln: 22 - Pg: 51 Ln: 11**

**Pg: 51 Ln: 18 - Pg: 52 Ln: 16**

**Pg: 53 Ln: 9 - 16**

**Pg: 60 Ln: 7 - Pg: 61 Ln: 8**

**Pg: 64 Ln: 6 - Pg: 65 Ln: 10**

**Pg: 65 Ln: 23 - Pg: 66 Ln: 1**

**Pg: 76 Ln: 18 - Pg: 77 Ln: 1**

**Pg: 78 Ln: 11 - Pg: 79 Ln: 20**

**Pg: 79 Ln: 21 - Pg: 80 Ln: 1**

**Pg: 80 Ln: 2 - 18**

**Pg: 80 Ln: 19 - Pg: 81 Ln: 1**

**Pg: 81 Ln: 2 - 21**

**Pg: 82 Ln: 1 - 18**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [10/25/2022] Futch, Lisa 102522

**Pg: 82 Ln: 19 - Pg: 85 Ln: 19**

**Pg: 85 Ln: 20 - Pg: 88 Ln: 12**

**Pg: 88 Ln: 13 - Pg: 90 Ln: 4**

**Pg: 90 Ln: 5 - 8**

**Pg: 90 Ln: 9 - Pg: 93 Ln: 19**

**Pg: 93 Ln: 20 - Pg: 95 Ln: 9**

**Pg: 95 Ln: 10 - 23**

**Pg: 96 Ln: 5 - 8**

**Pg: 96 Ln: 24 - Pg: 98 Ln: 14**

**Pg: 98 Ln: 15 - Pg: 99 Ln: 18**

**Pg: 100 Ln: 11 - Pg: 102 Ln: 16**

**Pg: 102 Ln: 17 - Pg: 104 Ln: 3**

**Pg: 104 Ln: 13 - Pg: 105 Ln: 11**

**Pg: 106 Ln: 13 - Pg: 108 Ln: 20**

**Pg: 112 Ln: 5 - 23**

**Pg: 115 Ln: 10 - Pg: 118 Ln: 6**

**Pg: 118 Ln: 10 - Pg: 119 Ln: 1**

**Pg: 119 Ln: 2 - Pg: 120 Ln: 2**

**Pg: 120 Ln: 3 - Pg: 122 Ln: 13**

**Pg: 122 Ln: 18 - Pg: 123 Ln: 6**

**Pg: 125 Ln: 24 - Pg: 126 Ln: 7**

**Pg: 127 Ln: 8 - Pg: 131 Ln: 22**

**Pg: 131 Ln: 23 - Pg: 132 Ln: 1**

**Pg: 133 Ln: 12 - Pg: 134 Ln: 6**

**Pg: 134 Ln: 12 - Pg: 135 Ln: 1**

**Pg: 135 Ln: 11 - 19**

**Pg: 136 Ln: 3 - 14**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [10/25/2022] Futch, Lisa 102522

**Pg: 138 Ln: 8 - Pg: 139 Ln: 21**

**Pg: 142 Ln: 5 - 17**

**Pg: 143 Ln: 14 - Pg: 144 Ln: 5**

**Pg: 144 Ln: 6 - 22**

**Pg: 149 Ln: 1 - 21**

**Pg: 150 Ln: 11 - Pg: 152 Ln: 9**

**Pg: 152 Ln: 20 - 23**

**Pg: 155 Ln: 9 - Pg: 156 Ln: 2**

**Pg: 156 Ln: 3 - Pg: 157 Ln: 2**

**Pg: 157 Ln: 25 - Pg: 159 Ln: 8**

**Pg: 159 Ln: 9 - 17**

**Pg: 162 Ln: 4 - Pg: 163 Ln: 7**

**Pg: 165 Ln: 11 - 14**

**Pg: 165 Ln: 15 - 19**

**Pg: 167 Ln: 19 - Pg: 168 Ln: 11**

**Pg: 173 Ln: 20 - Pg: 174 Ln: 6**

**Pg: 176 Ln: 8 - 24**

**Pg: 178 Ln: 9 - 25**

**Pg: 179 Ln: 1 - Pg: 181 Ln: 17**

**Pg: 181 Ln: 18 - Pg: 182 Ln: 2**

**Pg: 182 Ln: 3 - Pg: 183 Ln: 20**

**Pg: 183 Ln: 21 - Pg: 192 Ln: 7**

**Pg: 192 Ln: 8 - Pg: 194 Ln: 2**

**Pg: 194 Ln: 7 - 22**

**Pg: 195 Ln: 18 - Pg: 198 Ln: 12**

**Pg: 198 Ln: 13 - Pg: 199 Ln: 19**

**Pg: 199 Ln: 20 - Pg: 201 Ln: 10**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [10/25/2022] Futch, Lisa 102522

**Pg: 201 Ln: 11 - Pg: 203 Ln: 4**

**Pg: 203 Ln: 5 - Pg: 206 Ln: 15**

**Pg: 206 Ln: 16 - Pg: 208 Ln: 8**

**Pg: 208 Ln: 9 - Pg: 211 Ln: 24**

**Pg: 211 Ln: 25 - Pg: 213 Ln: 1**

**Pg: 213 Ln: 2 - Pg: 214 Ln: 2**

**Pg: 214 Ln: 3 - Pg: 218 Ln: 6**

**Pg: 218 Ln: 7 - Pg: 220 Ln: 6**

**Pg: 220 Ln: 7 - Pg: 222 Ln: 18**

**Pg: 222 Ln: 19 - Pg: 223 Ln: 17**

**Pg: 228 Ln: 21 - Pg: 231 Ln: 13**

**Pg: 231 Ln: 14 - Pg: 233 Ln: 11**

**Pg: 238 Ln: 16 - Pg: 239 Ln: 1**

**Pg: 239 Ln: 2 - Pg: 241 Ln: 16**

**Pg: 241 Ln: 17 - Pg: 245 Ln: 6**

**Pg: 245 Ln: 23 - Pg: 248 Ln: 23**

**Pg: 248 Ln: 24 - Pg: 251 Ln: 15**

**Pg: 251 Ln: 16 - Pg: 252 Ln: 7**

**Pg: 252 Ln: 15 - 22**

**Pg: 252 Ln: 23 - Pg: 254 Ln: 24**

**Pg: 255 Ln: 15 - Pg: 257 Ln: 19**

**Pg: 258 Ln: 18 - Pg: 260 Ln: 14**

**Pg: 260 Ln: 23 - Pg: 261 Ln: 20**

**Pg: 263 Ln: 3 - Pg: 264 Ln: 9**

**Pg: 265 Ln: 18 - Pg: 266 Ln: 6**

**Pg: 266 Ln: 12 - 20**

**Pg: 266 Ln: 21 - Pg: 268 Ln: 2**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [10/25/2022] Futch, Lisa 102522

**Pg: 268 Ln: 8 - Pg: 269 Ln: 25**

**Pg: 270 Ln: 1 - 16**

**Pg: 270 Ln: 17 - Pg: 272 Ln: 8**

**Pg: 272 Ln: 9 - Pg: 273 Ln: 21**

**Pg: 273 Ln: 22 - Pg: 274 Ln: 13**

**Pg: 274 Ln: 14 - Pg: 275 Ln: 15**

**Pg: 279 Ln: 15 - Pg: 280 Ln: 19**

**Pg: 280 Ln: 20 - Pg: 281 Ln: 4**

**Pg: 281 Ln: 18 - 24**

**Pg: 281 Ln: 25 - Pg: 282 Ln: 12**

**Pg: 282 Ln: 13 - Pg: 284 Ln: 7**

**Pg: 284 Ln: 8 - Pg: 289 Ln: 3**

**Pg: 289 Ln: 4 - 24**

**Pg: 294 Ln: 21 - Pg: 298 Ln: 25**

**Pg: 299 Ln: 1 - Pg: 301 Ln: 5**

**Pg: 301 Ln: 6 - 13**

**Pg: 301 Ln: 14 - Pg: 303 Ln: 13**

**Pg: 303 Ln: 14 - Pg: 305 Ln: 5**

**Pg: 305 Ln: 6 - Pg: 306 Ln: 10**

**Pg: 306 Ln: 11 - Pg: 308 Ln: 19**

**Pg: 309 Ln: 8 - Pg: 310 Ln: 15**

**Pg: 313 Ln: 2 - Pg: 314 Ln: 23**

**Pg: 316 Ln: 2 - Pg: 317 Ln: 12**

**Pg: 318 Ln: 7 - Pg: 322 Ln: 2**

**Pg: 322 Ln: 3 - Pg: 325 Ln: 2**

**Pg: 325 Ln: 3 - Pg: 326 Ln: 25**

**Pg: 328 Ln: 11 - 23**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**    [10/25/2022] Futch, Lisa 102522

---

**Pg: 328 Ln: 24 - Pg: 329 Ln: 24**

**Pg: 330 Ln: 11 - Pg: 333 Ln: 4**

**Pg: 333 Ln: 5 - Pg: 334 Ln: 1**

**Pg: 334 Ln: 2 - 25**

**Pg: 335 Ln: 7 - Pg: 336 Ln: 9**

**Pg: 338 Ln: 17 - Pg: 339 Ln: 7**

**Pg: 339 Ln: 8 - Pg: 340 Ln: 25**

**Pg: 341 Ln: 20 - Pg: 342 Ln: 2**

**Pg: 349 Ln: 20 - Pg: 350 Ln: 14**

**Pg: 350 Ln: 23 - Pg: 353 Ln: 5**

**Pg: 353 Ln: 6 - 18**

# United States v. State of Georgia
## 1:16-cv-03088-ELR

# *Gay, Deborah*

### *7/27/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [7/27/2022] Gay, Deborah 072722

---

**Pg: 8 Ln: 1 - 6**

**Pg: 13 Ln: 14 - 22**

**Pg: 16 Ln: 18 - Pg: 18 Ln: 6**

**Pg: 18 Ln: 7 - Pg: 20 Ln: 2**

**Pg: 20 Ln: 6 - Pg: 21 Ln: 15**

**Pg: 21 Ln: 20 - Pg: 22 Ln: 22**

**Pg: 26 Ln: 9 - 25**

**Pg: 27 Ln: 1 - Pg: 30 Ln: 3**

**Pg: 30 Ln: 20 - Pg: 31 Ln: 11**

**Pg: 31 Ln: 12 - 15**

**Pg: 32 Ln: 5 - 8**

**Pg: 32 Ln: 20 - Pg: 33 Ln: 5**

**Pg: 34 Ln: 9 - 23**

**Pg: 36 Ln: 4 - Pg: 37 Ln: 3**

**Pg: 37 Ln: 4 - 22**

**Pg: 37 Ln: 23 - Pg: 38 Ln: 4**

**Pg: 39 Ln: 15 - Pg: 40 Ln: 7**

**Pg: 40 Ln: 8 - Pg: 43 Ln: 10**

**Pg: 43 Ln: 11 - Pg: 46 Ln: 4**

**Pg: 46 Ln: 5 - 16**

**Pg: 46 Ln: 20 - 25**

**Pg: 47 Ln: 1 - Pg: 48 Ln: 4**

**Pg: 48 Ln: 5 - Pg: 49 Ln: 11**

**Pg: 50 Ln: 8 - 23**

**Pg: 50 Ln: 24 - Pg: 51 Ln: 20**

**Pg: 51 Ln: 21 - Pg: 53 Ln: 6**

**Pg: 54 Ln: 11 - Pg: 55 Ln: 17**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**    [7/27/2022] Gay, Deborah 072722

---

**Pg: 56 Ln: 25 - Pg: 57 Ln: 7**

**Pg: 62 Ln: 9 - Pg: 63 Ln: 14**

**Pg: 68 Ln: 23 - Pg: 69 Ln: 9**

**Pg: 69 Ln: 10 - Pg: 70 Ln: 1**

**Pg: 70 Ln: 2 - Pg: 71 Ln: 9**

**Pg: 71 Ln: 10 - Pg: 72 Ln: 17**

**Pg: 74 Ln: 7 - Pg: 75 Ln: 17**

**Pg: 75 Ln: 25 - Pg: 76 Ln: 12**

**Pg: 76 Ln: 20 - Pg: 77 Ln: 14**

**Pg: 78 Ln: 5 - Pg: 79 Ln: 19**

**Pg: 79 Ln: 20 - Pg: 84 Ln: 7**

**Pg: 85 Ln: 15 - Pg: 86 Ln: 20**

**Pg: 86 Ln: 21 - Pg: 89 Ln: 13**

**Pg: 92 Ln: 9 - Pg: 94 Ln: 15**

**Pg: 94 Ln: 16 - Pg: 95 Ln: 21**

**Pg: 97 Ln: 5 - Pg: 98 Ln: 22**

**Pg: 99 Ln: 12 - Pg: 100 Ln: 11**

**Pg: 100 Ln: 12 - Pg: 101 Ln: 12**

**Pg: 101 Ln: 13 - Pg: 102 Ln: 6**

**Pg: 102 Ln: 7 - 25**

**Pg: 103 Ln: 1 - 19**

**Pg: 103 Ln: 20 - Pg: 104 Ln: 19**

**Pg: 104 Ln: 20 - Pg: 105 Ln: 11**

**Pg: 105 Ln: 12 - Pg: 106 Ln: 6**

**Pg: 106 Ln: 7 - Pg: 108 Ln: 10**

**Pg: 108 Ln: 11 - Pg: 113 Ln: 23**

**Pg: 114 Ln: 4 - 24**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**  [7/27/2022] Gay, Deborah 072722

---

**Pg: 114 Ln: 25 - Pg: 116 Ln: 7**

**Pg: 116 Ln: 19 - Pg: 118 Ln: 21**

**Pg: 121 Ln: 13 - Pg: 122 Ln: 6**

**Pg: 124 Ln: 3 - Pg: 125 Ln: 1**

**Pg: 125 Ln: 2 - 14**

**Pg: 125 Ln: 15 - Pg: 126 Ln: 20**

**Pg: 126 Ln: 21 - Pg: 128 Ln: 10**

**Pg: 128 Ln: 11 - Pg: 129 Ln: 20**

**Pg: 129 Ln: 21 - Pg: 144 Ln: 25**

**Pg: 145 Ln: 16 - Pg: 147 Ln: 15**

**Pg: 147 Ln: 16 - Pg: 148 Ln: 15**

**Pg: 149 Ln: 2 - Pg: 153 Ln: 5**

**Pg: 153 Ln: 6 - Pg: 154 Ln: 9**

**Pg: 154 Ln: 10 - Pg: 155 Ln: 5**

**Pg: 156 Ln: 3 - Pg: 157 Ln: 9**

**Pg: 157 Ln: 10 - Pg: 158 Ln: 9**

**Pg: 158 Ln: 18 - Pg: 161 Ln: 6**

**Pg: 161 Ln: 7 - Pg: 162 Ln: 25**

**Pg: 163 Ln: 1 - Pg: 167 Ln: 1**

**Pg: 167 Ln: 4 - 16**

**Pg: 167 Ln: 19 - Pg: 168 Ln: 4**

**Pg: 168 Ln: 19 - Pg: 169 Ln: 2**

**Pg: 169 Ln: 3 - 10**

**Pg: 169 Ln: 11 - Pg: 171 Ln: 6**

**Pg: 171 Ln: 7 - Pg: 173 Ln: 20**

**Pg: 174 Ln: 22 - Pg: 175 Ln: 16**

**Pg: 175 Ln: 17 - Pg: 176 Ln: 19**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [7/27/2022] Gay, Deborah 072722

**Pg: 176 Ln: 20 - Pg: 177 Ln: 19**

**Pg: 177 Ln: 24 - Pg: 179 Ln: 1**

**Pg: 179 Ln: 15 - 22**

**Pg: 180 Ln: 23 - Pg: 182 Ln: 13**

**Pg: 182 Ln: 14 - Pg: 183 Ln: 5**

**Pg: 183 Ln: 23 - Pg: 185 Ln: 22**

**Pg: 185 Ln: 23 - Pg: 187 Ln: 6**

**Pg: 187 Ln: 7 - Pg: 190 Ln: 21**

**Pg: 192 Ln: 19 - Pg: 193 Ln: 7**

**Pg: 193 Ln: 8 - Pg: 194 Ln: 2**

**Pg: 194 Ln: 8 - 23**

**Pg: 194 Ln: 24 - Pg: 196 Ln: 12**

**Pg: 196 Ln: 13 - 25**

**Pg: 197 Ln: 1 - 9**

**Pg: 197 Ln: 10 - Pg: 198 Ln: 2**

**Pg: 199 Ln: 1 - Pg: 201 Ln: 7**

**Pg: 201 Ln: 17 - 25**

**Pg: 202 Ln: 1 - 18**

**Pg: 203 Ln: 3 - Pg: 204 Ln: 5**

**Pg: 204 Ln: 6 - Pg: 205 Ln: 7**

**Pg: 207 Ln: 20 - Pg: 208 Ln: 5**

**Pg: 213 Ln: 3 - 16**

**Pg: 213 Ln: 17 - Pg: 216 Ln: 8**

**Pg: 216 Ln: 9 - Pg: 218 Ln: 14**

**Pg: 218 Ln: 15 - Pg: 219 Ln: 24**

**Pg: 221 Ln: 20 - Pg: 222 Ln: 10**

**Pg: 222 Ln: 11 - Pg: 223 Ln: 8**

# TextMap Annotation Digest Report

**Case Name:**   United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [7/27/2022] Gay, Deborah 072722

**Pg: 223 Ln: 14 - Pg: 225 Ln: 7**

**Pg: 225 Ln: 8 - Pg: 228 Ln: 14**

**Pg: 229 Ln: 5 - Pg: 230 Ln: 23**

**Pg: 230 Ln: 24 - Pg: 232 Ln: 24**

**Pg: 232 Ln: 25 - Pg: 236 Ln: 18**

**Pg: 236 Ln: 19 - Pg: 238 Ln: 13**

**Pg: 238 Ln: 14 - Pg: 239 Ln: 18**

**Pg: 239 Ln: 19 - Pg: 240 Ln: 11**

**Pg: 240 Ln: 12 - Pg: 241 Ln: 2**

**Pg: 241 Ln: 3 - Pg: 245 Ln: 13**

**Pg: 245 Ln: 14 - Pg: 246 Ln: 7**

**Pg: 247 Ln: 4 - Pg: 248 Ln: 15**

**Pg: 249 Ln: 21 - Pg: 250 Ln: 17**

**Pg: 251 Ln: 8 - Pg: 252 Ln: 2**

**Pg: 252 Ln: 21 - Pg: 253 Ln: 6**

**Pg: 253 Ln: 7 - 25**

**Pg: 255 Ln: 3 - Pg: 257 Ln: 1**

**Pg: 257 Ln: 8 - 24**

**Pg: 261 Ln: 13 - 23**

**Pg: 262 Ln: 8 - 13**

**United States v. State of Georgia**
**1:16-cv-03088-ELR**

*Handville, Nicholas 30(b)(6)*

*3/6/2023*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [3/6/2023] Handville, Nicholas 030623 30b6

---

**Pg: 6 Ln: 13 - 24**

**Pg: 9 Ln: 24 - Pg: 11 Ln: 19**

**Pg: 11 Ln: 20 - Pg: 12 Ln: 17**

**Pg: 13 Ln: 4 - 14**

**Pg: 13 Ln: 15 - Pg: 14 Ln: 7**

**Pg: 14 Ln: 8 - Pg: 21 Ln: 18**

**Pg: 26 Ln: 3 - Pg: 27 Ln: 3**

**Pg: 30 Ln: 10 - Pg: 34 Ln: 16**

**Pg: 38 Ln: 7 - 11**

**Pg: 38 Ln: 18 - Pg: 39 Ln: 18**

**Pg: 39 Ln: 19 - 23**

**Pg: 40 Ln: 18 - Pg: 41 Ln: 18**

**Pg: 41 Ln: 19 - Pg: 46 Ln: 25**

**Pg: 47 Ln: 1 - Pg: 48 Ln: 18**

**Pg: 49 Ln: 11 - 17**

**Pg: 49 Ln: 18 - Pg: 50 Ln: 6**

**Pg: 50 Ln: 11 - 25**

**Pg: 51 Ln: 10 - Pg: 53 Ln: 6**

**Pg: 53 Ln: 14 - Pg: 54 Ln: 3**

**Pg: 55 Ln: 5 - 22**

**Pg: 57 Ln: 24 - Pg: 58 Ln: 21**

**Pg: 59 Ln: 2 - 23**

**Pg: 59 Ln: 23 - Pg: 60 Ln: 22**

**Pg: 61 Ln: 3 - 19**

**Pg: 62 Ln: 10 - 13**

**Pg: 62 Ln: 14 - Pg: 63 Ln: 14**

**Pg: 64 Ln: 22 - 24**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [3/6/2023] Handville, Nicholas 030623 30b6

**Pg: 65 Ln: 17 - 22**

**Pg: 66 Ln: 2 - 18**

**Pg: 66 Ln: 19 - 25**

**Pg: 68 Ln: 4 - 10**

United States v. State of Georgia
1:16-cv-03088-ELR

*Hill, Justin 30(b)(6)*

*3/6/2023*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**   [3/6/2023] Hill, Justin 030623 30b6

**Pg: 6 Ln: 10 - 20**

**Pg: 9 Ln: 22 - Pg: 11 Ln: 11**

**Pg: 12 Ln: 10 - 15**

**Pg: 12 Ln: 25 - Pg: 13 Ln: 20**

**Pg: 13 Ln: 21 - Pg: 17 Ln: 16**

**Pg: 20 Ln: 24 - Pg: 21 Ln: 13**

**Pg: 21 Ln: 14 - Pg: 22 Ln: 25**

**Pg: 25 Ln: 23 - Pg: 26 Ln: 20**

**Pg: 26 Ln: 21 - Pg: 27 Ln: 13**

**Pg: 28 Ln: 19 - 25**

**Pg: 29 Ln: 16 - Pg: 32 Ln: 5**

**Pg: 32 Ln: 6 - Pg: 33 Ln: 10**

**Pg: 33 Ln: 11 - 23**

**Pg: 34 Ln: 11 - Pg: 35 Ln: 6**

**Pg: 35 Ln: 17 - 24**

**Pg: 35 Ln: 25 - Pg: 36 Ln: 2**

**Pg: 36 Ln: 20 - Pg: 37 Ln: 25**

**Pg: 40 Ln: 13 - Pg: 41 Ln: 16**

**Pg: 41 Ln: 17 - Pg: 42 Ln: 4**

**Pg: 42 Ln: 22 - 25**

**Pg: 43 Ln: 9 - 15**

**Pg: 43 Ln: 16 - Pg: 46 Ln: 8**

**Pg: 49 Ln: 12 - 20**

**Pg: 52 Ln: 2 - 13**

**Pg: 52 Ln: 14 - Pg: 53 Ln: 10**

**Pg: 55 Ln: 9 - Pg: 57 Ln: 17**

**Pg: 57 Ln: 18 - Pg: 58 Ln: 1**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia 1:16-cv-03088-ELR
**Transcript:** [3/6/2023] Hill, Justin 030623 30b6

**Pg: 58 Ln: 15 - Pg: 59 Ln: 11**

**Pg: 60 Ln: 19 - Pg: 61 Ln: 19**

**Pg: 63 Ln: 10 - Pg: 65 Ln: 14**

**Pg: 65 Ln: 15 - Pg: 69 Ln: 3**

**Pg: 76 Ln: 19 - Pg: 80 Ln: 10**

**Pg: 80 Ln: 20 - Pg: 82 Ln: 10**

**Pg: 82 Ln: 15 - Pg: 85 Ln: 10**

**Pg: 85 Ln: 20 - Pg: 86 Ln: 1**

**Pg: 90 Ln: 25 - Pg: 91 Ln: 12**

**Pg: 92 Ln: 13 - 18**

**Pg: 99 Ln: 1 - 12**

**Pg: 101 Ln: 13 - Pg: 102 Ln: 18**

**Pg: 103 Ln: 13 - Pg: 105 Ln: 4**

**Pg: 105 Ln: 5 - Pg: 107 Ln: 4**

**Pg: 107 Ln: 5 - Pg: 113 Ln: 2**

**Pg: 113 Ln: 3 - Pg: 114 Ln: 1**

**Pg: 115 Ln: 25 - Pg: 116 Ln: 7**

**Pg: 118 Ln: 9 - Pg: 124 Ln: 9**

**Pg: 126 Ln: 8 - 24**

**Pg: 126 Ln: 25 - Pg: 131 Ln: 2**

**Pg: 131 Ln: 3 - 21**

**United States v. State of Georgia
1:16-cv-03088-ELR**

*Jones, William Matthew*

*1/10/2023*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [1/10/2023] Jones, William Matthew 011023

---

**Pg: 9 Ln: 7 - 16**

**Pg: 18 Ln: 23 - Pg: 21 Ln: 25**

**Pg: 23 Ln: 15 - Pg: 25 Ln: 16**

**Pg: 29 Ln: 25 - Pg: 30 Ln: 23**

**Pg: 32 Ln: 3 - Pg: 40 Ln: 21**

**Pg: 44 Ln: 21 - Pg: 50 Ln: 24**

**Pg: 59 Ln: 2 - Pg: 60 Ln: 7**

**Pg: 64 Ln: 19 - Pg: 65 Ln: 5**

**Pg: 73 Ln: 19 - Pg: 75 Ln: 6**

**Pg: 75 Ln: 15 - Pg: 76 Ln: 4**

**Pg: 79 Ln: 14 - Pg: 83 Ln: 11**

**Pg: 87 Ln: 10 - 24**

**Pg: 91 Ln: 11 - Pg: 94 Ln: 3**

**Pg: 100 Ln: 5 - 20**

**Pg: 104 Ln: 5 - Pg: 107 Ln: 22**

**Pg: 107 Ln: 23 - Pg: 109 Ln: 11**

**Pg: 110 Ln: 5 - 22**

**Pg: 115 Ln: 5 - Pg: 118 Ln: 3**

**Pg: 119 Ln: 19 - Pg: 120 Ln: 16**

**Pg: 124 Ln: 17 - Pg: 125 Ln: 5**

**Pg: 135 Ln: 6 - Pg: 136 Ln: 11**

**Pg: 138 Ln: 21 - Pg: 139 Ln: 18**

**Pg: 144 Ln: 21 - Pg: 147 Ln: 14**

**Pg: 147 Ln: 22 - Pg: 148 Ln: 15**

**Pg: 153 Ln: 23 - Pg: 155 Ln: 2**

**Pg: 158 Ln: 15 - Pg: 168 Ln: 4**

**Pg: 168 Ln: 22 - Pg: 169 Ln: 15**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [1/10/2023] Jones, William Matthew 011023

**Pg: 169 Ln: 25 - Pg: 170 Ln: 16**

**Pg: 172 Ln: 17 - Pg: 176 Ln: 21**

**Pg: 180 Ln: 9 - Pg: 188 Ln: 21**

**Pg: 189 Ln: 4 - Pg: 198 Ln: 12**

**Pg: 202 Ln: 13 - Pg: 204 Ln: 23**

**Pg: 206 Ln: 4 - 18**

**Pg: 209 Ln: 3 - 24**

**Pg: 220 Ln: 5 - 18**

**Pg: 220 Ln: 19 - Pg: 221 Ln: 8**

**Pg: 223 Ln: 2 - Pg: 224 Ln: 2**

**Pg: 226 Ln: 11 - Pg: 229 Ln: 2**

**Pg: 231 Ln: 13 - Pg: 239 Ln: 13**

**Pg: 243 Ln: 20 - Pg: 246 Ln: 3**

**Pg: 250 Ln: 9 - 23**

**Pg: 253 Ln: 16 - Pg: 255 Ln: 20**

**Pg: 262 Ln: 12 - Pg: 273 Ln: 6**

**Pg: 276 Ln: 17 - Pg: 278 Ln: 1**

**Pg: 278 Ln: 10 - Pg: 280 Ln: 17**

**Pg: 301 Ln: 23 - Pg: 303 Ln: 12**

**Pg: 303 Ln: 18 - Pg: 307 Ln: 19**

**Pg: 307 Ln: 20 - Pg: 311 Ln: 12**

**Pg: 344 Ln: 19 - Pg: 346 Ln: 11**

# United States v. State of Georgia
## 1:16-cv-03088-ELR

# *Livingston, Haley*

### *1/30/2023*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**   [1/30/2023] Livingston, Haley 013023

---

**Pg: 7 Ln: 12 - 15**

**Pg: 13 Ln: 16 - Pg: 14 Ln: 2**

**Pg: 16 Ln: 7 - Pg: 17 Ln: 21**

**Pg: 18 Ln: 16 - Pg: 20 Ln: 23**

**Pg: 21 Ln: 7 - 12**

**Pg: 21 Ln: 16 - 23**

**Pg: 21 Ln: 24 - Pg: 22 Ln: 8**

**Pg: 24 Ln: 23 - Pg: 26 Ln: 4**

**Pg: 27 Ln: 1 - Pg: 28 Ln: 18**

**Pg: 29 Ln: 20 - Pg: 30 Ln: 10**

**Pg: 30 Ln: 14 - Pg: 31 Ln: 22**

**Pg: 31 Ln: 23 - Pg: 33 Ln: 22**

**Pg: 34 Ln: 1 - Pg: 36 Ln: 17**

**Pg: 37 Ln: 12 - Pg: 38 Ln: 15**

**Pg: 39 Ln: 17 - Pg: 46 Ln: 25**

**Pg: 47 Ln: 9 - Pg: 51 Ln: 8**

**Pg: 52 Ln: 2 - 19**

**Pg: 52 Ln: 20 - Pg: 53 Ln: 25**

**Pg: 54 Ln: 7 - 17**

**Pg: 56 Ln: 5 - 11**

**Pg: 56 Ln: 12 - Pg: 57 Ln: 3**

**Pg: 61 Ln: 25 - Pg: 63 Ln: 13**

**Pg: 63 Ln: 14 - 19**

**Pg: 63 Ln: 22 - Pg: 65 Ln: 5**

**Pg: 68 Ln: 12 - Pg: 71 Ln: 12**

**Pg: 75 Ln: 3 - 17**

**Pg: 75 Ln: 18 - 25**

---

# TextMap Annotation Digest Report

**Case Name:**   United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [1/30/2023] Livingston, Haley 013023

**Pg: 76 Ln: 9 - Pg: 78 Ln: 9**

**Pg: 79 Ln: 4 - Pg: 80 Ln: 22**

**Pg: 80 Ln: 25 - Pg: 81 Ln: 17**

**Pg: 81 Ln: 22 - Pg: 82 Ln: 13**

**Pg: 82 Ln: 16 - Pg: 84 Ln: 8**

**Pg: 86 Ln: 18 - Pg: 88 Ln: 21**

**Pg: 89 Ln: 7 - 9**

**Pg: 89 Ln: 13 - Pg: 90 Ln: 13**

**Pg: 90 Ln: 17 - 24**

**Pg: 91 Ln: 11 - Pg: 92 Ln: 11**

**Pg: 92 Ln: 12 - Pg: 93 Ln: 15**

**Pg: 93 Ln: 16 - Pg: 96 Ln: 14**

**Pg: 96 Ln: 15 - Pg: 98 Ln: 10**

**Pg: 98 Ln: 11 - Pg: 100 Ln: 7**

**Pg: 107 Ln: 1 - Pg: 111 Ln: 11**

**Pg: 111 Ln: 12 - Pg: 112 Ln: 19**

**Pg: 115 Ln: 23 - Pg: 116 Ln: 12**

**Pg: 118 Ln: 11 - 21**

**Pg: 118 Ln: 22 - Pg: 120 Ln: 9**

**Pg: 120 Ln: 21 - Pg: 125 Ln: 3**

**Pg: 125 Ln: 4 - Pg: 128 Ln: 25**

**Pg: 129 Ln: 11 - Pg: 131 Ln: 11**

**Pg: 131 Ln: 13 - 22**

**Pg: 131 Ln: 23 - Pg: 133 Ln: 15**

**Pg: 136 Ln: 14 - Pg: 139 Ln: 5**

**Pg: 142 Ln: 1 - 14**

**Pg: 148 Ln: 15 - Pg: 149 Ln: 5**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**     [1/30/2023] Livingston, Haley 013023

**Pg: 149 Ln: 21 - Pg: 150 Ln: 3**

**Pg: 150 Ln: 13 - 22**

**Pg: 153 Ln: 12 - Pg: 155 Ln: 4**

**Pg: 155 Ln: 22 - Pg: 156 Ln: 7**

**Pg: 167 Ln: 2 - Pg: 169 Ln: 8**

**Pg: 169 Ln: 9 - Pg: 170 Ln: 9**

**Pg: 171 Ln: 17 - Pg: 172 Ln: 4**

**Pg: 172 Ln: 5 - Pg: 173 Ln: 10**

**Pg: 173 Ln: 21 - Pg: 174 Ln: 22**

**Pg: 174 Ln: 23 - Pg: 177 Ln: 14**

**Pg: 177 Ln: 20 - Pg: 180 Ln: 15**

**Pg: 182 Ln: 1 - Pg: 183 Ln: 2**

**Pg: 183 Ln: 3 - Pg: 185 Ln: 10**

**Pg: 186 Ln: 12 - Pg: 187 Ln: 24**

**Pg: 187 Ln: 25 - Pg: 190 Ln: 4**

**Pg: 190 Ln: 5 - 16**

**Pg: 191 Ln: 22 - Pg: 192 Ln: 24**

**Pg: 198 Ln: 15 - Pg: 199 Ln: 1**

**Pg: 199 Ln: 10 - 17**

**Pg: 199 Ln: 21 - Pg: 200 Ln: 13**

**Pg: 200 Ln: 22 - Pg: 201 Ln: 1**

**Pg: 201 Ln: 7 - Pg: 204 Ln: 14**

**Pg: 204 Ln: 15 - Pg: 205 Ln: 22**

**Pg: 205 Ln: 23 - Pg: 206 Ln: 11**

**Pg: 206 Ln: 25 - Pg: 210 Ln: 2**

**Pg: 210 Ln: 10 - Pg: 212 Ln: 1**

**Pg: 212 Ln: 2 - 7**

# TextMap Annotation Digest Report

**Case Name:**  United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**  [1/30/2023] Livingston, Haley 013023

**Pg: 212 Ln: 8 - Pg: 213 Ln: 9**

**Pg: 215 Ln: 11 - 16**

**Pg: 217 Ln: 9 - 23**

**Pg: 218 Ln: 12 - Pg: 219 Ln: 12**

**Pg: 220 Ln: 11 - Pg: 221 Ln: 24**

**Pg: 222 Ln: 8 - Pg: 223 Ln: 20**

**Pg: 224 Ln: 4 - 21**

**Pg: 224 Ln: 25 - Pg: 225 Ln: 4**

**Pg: 225 Ln: 5 - Pg: 226 Ln: 13**

**Pg: 227 Ln: 8 - Pg: 228 Ln: 19**

**Pg: 233 Ln: 22 - Pg: 236 Ln: 4**

**Pg: 236 Ln: 9 - Pg: 239 Ln: 22**

**Pg: 240 Ln: 17 - 24**

**Pg: 241 Ln: 11 - Pg: 244 Ln: 6**

**Pg: 245 Ln: 16 - Pg: 248 Ln: 3**

**Pg: 249 Ln: 7 - Pg: 251 Ln: 16**

**Pg: 252 Ln: 1 - Pg: 253 Ln: 8**

**Pg: 253 Ln: 9 - Pg: 256 Ln: 7**

**Pg: 256 Ln: 16 - Pg: 258 Ln: 20**

**Pg: 258 Ln: 21 - Pg: 261 Ln: 7**

**Pg: 263 Ln: 15 - Pg: 264 Ln: 5**

**Pg: 264 Ln: 6 - Pg: 265 Ln: 14**

**Pg: 265 Ln: 22 - Pg: 268 Ln: 2**

**Pg: 268 Ln: 17 - Pg: 269 Ln: 12**

**Pg: 269 Ln: 18 - Pg: 271 Ln: 8**

**Pg: 271 Ln: 13 - Pg: 276 Ln: 15**

# United States v. State of Georgia
## 1:16-cv-03088-ELR

# *Low, Wina*

### *2/28/2023*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**  [2/28/2023] Low, Wina 022823

---

**Pg: 8 Ln: 18 - 20**

**Pg: 20 Ln: 25 - Pg: 24 Ln: 6**

**Pg: 25 Ln: 22 - Pg: 29 Ln: 5**

**Pg: 41 Ln: 25 - Pg: 44 Ln: 18**

**Pg: 45 Ln: 10 - 14**

**Pg: 46 Ln: 18 - Pg: 48 Ln: 10**

**Pg: 48 Ln: 17 - Pg: 49 Ln: 18**

**Pg: 50 Ln: 4 - Pg: 51 Ln: 1**

**Pg: 51 Ln: 10 - 19**

**Pg: 52 Ln: 21 - Pg: 54 Ln: 24**

**Pg: 55 Ln: 3 - 24**

**Pg: 56 Ln: 19 - Pg: 58 Ln: 18**

**Pg: 67 Ln: 23 - Pg: 70 Ln: 14**

**Pg: 84 Ln: 5 - Pg: 88 Ln: 4**

**Pg: 93 Ln: 5 - Pg: 98 Ln: 7**

**Pg: 98 Ln: 23 - Pg: 99 Ln: 13**

**Pg: 99 Ln: 14 - Pg: 101 Ln: 6**

**Pg: 111 Ln: 15 - Pg: 112 Ln: 21**

**Pg: 115 Ln: 23 - Pg: 117 Ln: 20**

**Pg: 117 Ln: 21 - Pg: 118 Ln: 5**

**Pg: 119 Ln: 15 - 21**

**Pg: 119 Ln: 22 - Pg: 121 Ln: 5**

**Pg: 124 Ln: 1 - 6**

**Pg: 126 Ln: 25 - Pg: 127 Ln: 5**

**Pg: 132 Ln: 22 - Pg: 133 Ln: 15**

**Pg: 133 Ln: 22 - 24**

**Pg: 134 Ln: 5 - Pg: 149 Ln: 4**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [2/28/2023] Low, Wina 022823

---

**Pg: 149 Ln: 16 - Pg: 154 Ln: 11**

**Pg: 154 Ln: 20 - Pg: 155 Ln: 23**

**Pg: 159 Ln: 7 - 14**

**Pg: 159 Ln: 15 - Pg: 160 Ln: 1**

**Pg: 160 Ln: 10 - Pg: 161 Ln: 5**

**Pg: 166 Ln: 8 - 18**

**Pg: 167 Ln: 19 - Pg: 168 Ln: 2**

**Pg: 168 Ln: 11 - 13**

**Pg: 171 Ln: 16 - Pg: 172 Ln: 10**

**Pg: 172 Ln: 17 - Pg: 173 Ln: 15**

**Pg: 173 Ln: 16 - 25**

**Pg: 174 Ln: 1 - 15**

**Pg: 175 Ln: 11 - Pg: 176 Ln: 24**

**Pg: 178 Ln: 3 - Pg: 179 Ln: 16**

**Pg: 179 Ln: 17 - Pg: 180 Ln: 10**

**Pg: 180 Ln: 11 - Pg: 181 Ln: 9**

**Pg: 181 Ln: 18 - Pg: 182 Ln: 2**

**Pg: 183 Ln: 5 - Pg: 184 Ln: 15**

**Pg: 184 Ln: 16 - Pg: 186 Ln: 10**

**Pg: 187 Ln: 2 - Pg: 189 Ln: 16**

**Pg: 189 Ln: 17 - Pg: 190 Ln: 7**

**Pg: 190 Ln: 24 - Pg: 191 Ln: 10**

**Pg: 191 Ln: 15 - Pg: 192 Ln: 5**

**Pg: 192 Ln: 6 - Pg: 218 Ln: 21**

**Pg: 220 Ln: 22 - Pg: 221 Ln: 1**

**Pg: 227 Ln: 22 - Pg: 232 Ln: 3**

**Pg: 239 Ln: 6 - 22**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [2/28/2023] Low, Wina 022823

**Pg: 244 Ln: 19 - Pg: 245 Ln: 12**

**Pg: 246 Ln: 1 - 14**

**Pg: 255 Ln: 14 - 20**

**Pg: 259 Ln: 2 - 21**

**Pg: 260 Ln: 1 - 12**

**Pg: 265 Ln: 19 - Pg: 269 Ln: 24**

**Pg: 269 Ln: 25 - Pg: 271 Ln: 14**

**Pg: 289 Ln: 18 - Pg: 297 Ln: 22**

**Pg: 298 Ln: 5 - Pg: 301 Ln: 3**

**Pg: 301 Ln: 4 - 13**

**Pg: 303 Ln: 5 - Pg: 304 Ln: 20**

**Pg: 306 Ln: 19 - Pg: 307 Ln: 7**

**United States v. State of Georgia**
**1:16-cv-03088-ELR**

*McCollum, Amber*

*11/9/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [11/9/2022] McCollum, Amber 110922

---

**Pg: 8 Ln: 1 - 11**

**Pg: 15 Ln: 24 - Pg: 18 Ln: 17**

**Pg: 19 Ln: 3 - 17**

**Pg: 19 Ln: 18 - Pg: 20 Ln: 10**

**Pg: 21 Ln: 20 - Pg: 23 Ln: 14**

**Pg: 23 Ln: 15 - 19**

**Pg: 23 Ln: 20 - Pg: 24 Ln: 10**

**Pg: 24 Ln: 15 - Pg: 25 Ln: 10**

**Pg: 26 Ln: 14 - 24**

**Pg: 30 Ln: 13 - 20**

**Pg: 30 Ln: 25 - Pg: 31 Ln: 2**

**Pg: 32 Ln: 1 - 8**

**Pg: 32 Ln: 17 - 21**

**Pg: 34 Ln: 9 - 18**

**Pg: 34 Ln: 19 - Pg: 35 Ln: 2**

**Pg: 36 Ln: 5 - Pg: 37 Ln: 11**

**Pg: 39 Ln: 16 - Pg: 40 Ln: 7**

**Pg: 41 Ln: 5 - 15**

**Pg: 42 Ln: 7 - 15**

**Pg: 42 Ln: 16 - Pg: 43 Ln: 5**

**Pg: 43 Ln: 13 - 23**

**Pg: 45 Ln: 9 - 25**

**Pg: 46 Ln: 16 - Pg: 47 Ln: 4**

**Pg: 56 Ln: 25 - Pg: 57 Ln: 8**

**Pg: 58 Ln: 2 - Pg: 59 Ln: 2**

**Pg: 59 Ln: 3 - Pg: 62 Ln: 9**

**Pg: 66 Ln: 7 - 11**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [11/9/2022] McCollum, Amber 110922

**Pg: 67 Ln: 8 - 15**

**Pg: 67 Ln: 16 - Pg: 68 Ln: 1**

**Pg: 69 Ln: 6 - 10**

**Pg: 69 Ln: 11 - Pg: 70 Ln: 1**

**Pg: 72 Ln: 10 - 17**

**Pg: 72 Ln: 22 - Pg: 73 Ln: 4**

**Pg: 75 Ln: 16 - Pg: 76 Ln: 10**

**Pg: 78 Ln: 4 - 19**

**Pg: 79 Ln: 21 - Pg: 80 Ln: 5**

**Pg: 80 Ln: 6 - 11**

**Pg: 80 Ln: 23 - Pg: 81 Ln: 8**

**Pg: 81 Ln: 20 - Pg: 82 Ln: 18**

**Pg: 83 Ln: 4 - 25**

**Pg: 84 Ln: 11 - Pg: 85 Ln: 2**

**Pg: 87 Ln: 11 - 19**

**Pg: 98 Ln: 11 - Pg: 99 Ln: 6**

**Pg: 101 Ln: 4 - 11**

**Pg: 102 Ln: 14 - Pg: 103 Ln: 9**

**Pg: 103 Ln: 10 - 24**

**Pg: 105 Ln: 16 - Pg: 106 Ln: 15**

**Pg: 106 Ln: 16 - Pg: 107 Ln: 20**

**Pg: 109 Ln: 16 - 22**

**Pg: 111 Ln: 8 - Pg: 112 Ln: 11**

**Pg: 112 Ln: 15 - Pg: 113 Ln: 18**

**Pg: 113 Ln: 19 - 25**

**Pg: 119 Ln: 13 - Pg: 120 Ln: 17**

**Pg: 121 Ln: 20 - Pg: 122 Ln: 4**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [11/9/2022] McCollum, Amber 110922

**Pg: 122 Ln: 5 - 24**

**Pg: 122 Ln: 25 - Pg: 123 Ln: 16**

**Pg: 123 Ln: 17 - Pg: 124 Ln: 7**

**Pg: 125 Ln: 3 - 12**

**Pg: 129 Ln: 24 - Pg: 130 Ln: 7**

**Pg: 130 Ln: 18 - 24**

**Pg: 140 Ln: 10 - 13**

**Pg: 140 Ln: 14 - Pg: 142 Ln: 14**

**Pg: 142 Ln: 15 - 24**

**Pg: 144 Ln: 5 - 23**

**Pg: 145 Ln: 20 - Pg: 146 Ln: 19**

**Pg: 147 Ln: 16 - Pg: 148 Ln: 16**

**Pg: 148 Ln: 17 - Pg: 149 Ln: 5**

**Pg: 149 Ln: 21 - Pg: 150 Ln: 5**

**Pg: 150 Ln: 13 - 16**

**Pg: 151 Ln: 8 - 23**

**Pg: 152 Ln: 21 - Pg: 153 Ln: 4**

**Pg: 153 Ln: 5 - 18**

**Pg: 154 Ln: 17 - Pg: 155 Ln: 2**

**Pg: 155 Ln: 13 - 21**

**Pg: 156 Ln: 11 - 17**

**Pg: 157 Ln: 2 - Pg: 158 Ln: 15**

**Pg: 158 Ln: 16 - Pg: 159 Ln: 9**

**Pg: 162 Ln: 24 - Pg: 163 Ln: 9**

**Pg: 163 Ln: 18 - 23**

**Pg: 163 Ln: 24 - Pg: 164 Ln: 7**

**Pg: 165 Ln: 1 - 5**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [11/9/2022] McCollum, Amber 110922

**Pg: 165 Ln: 13 - Pg: 166 Ln: 3**

**Pg: 166 Ln: 18 - 23**

**Pg: 167 Ln: 21 - Pg: 168 Ln: 17**

**Pg: 169 Ln: 12 - 24**

**Pg: 170 Ln: 24 - Pg: 171 Ln: 11**

**Pg: 171 Ln: 12 - Pg: 172 Ln: 3**

**Pg: 179 Ln: 13 - Pg: 180 Ln: 9**

**Pg: 180 Ln: 10 - Pg: 181 Ln: 3**

**Pg: 183 Ln: 15 - 25**

**Pg: 184 Ln: 1 - 14**

**Pg: 184 Ln: 15 - Pg: 185 Ln: 9**

**Pg: 186 Ln: 4 - Pg: 187 Ln: 5**

**Pg: 187 Ln: 15 - Pg: 188 Ln: 16**

**Pg: 188 Ln: 20 - Pg: 189 Ln: 10**

**Pg: 189 Ln: 11 - 21**

**Pg: 189 Ln: 22 - Pg: 190 Ln: 7**

**Pg: 190 Ln: 8 - Pg: 191 Ln: 2**

**Pg: 198 Ln: 3 - 16**

**Pg: 199 Ln: 3 - 24**

**Pg: 200 Ln: 16 - Pg: 201 Ln: 6**

**Pg: 201 Ln: 20 - Pg: 202 Ln: 21**

**Pg: 202 Ln: 22 - 25**

**Pg: 203 Ln: 1 - 13**

**Pg: 203 Ln: 16 - Pg: 204 Ln: 5**

**Pg: 205 Ln: 11 - Pg: 207 Ln: 3**

**Pg: 208 Ln: 15 - Pg: 209 Ln: 7**

**Pg: 210 Ln: 6 - 13**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [11/9/2022] McCollum, Amber 110922

**Pg: 210 Ln: 14 - Pg: 212 Ln: 14**

**Pg: 212 Ln: 15 - Pg: 213 Ln: 4**

**Pg: 213 Ln: 5 - 14**

**Pg: 213 Ln: 23 - Pg: 214 Ln: 8**

**Pg: 214 Ln: 9 - 15**

**Pg: 215 Ln: 7 - Pg: 216 Ln: 3**

**Pg: 216 Ln: 4 - 12**

**Pg: 216 Ln: 13 - Pg: 217 Ln: 5**

**Pg: 218 Ln: 2 - 12**

**Pg: 220 Ln: 16 - Pg: 221 Ln: 16**

**Pg: 224 Ln: 16 - Pg: 225 Ln: 4**

**Pg: 225 Ln: 12 - Pg: 226 Ln: 5**

**Pg: 228 Ln: 1 - 21**

**Pg: 229 Ln: 3 - 9**

**Pg: 229 Ln: 15 - Pg: 231 Ln: 7**

**Pg: 231 Ln: 18 - Pg: 232 Ln: 8**

**United States v. State of Georgia
1:16-cv-03088-ELR**

# *McKay, Dante*

*1/27/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [1/27/2022] Mckay, Dante 012722

---

**Pg: 9 Ln: 25 - Pg: 10 Ln: 3**

**Pg: 14 Ln: 8 - Pg: 16 Ln: 3**

**Pg: 16 Ln: 4 - 25**

**Pg: 17 Ln: 1 - 10**

**Pg: 18 Ln: 20 - Pg: 19 Ln: 8**

**Pg: 19 Ln: 20 - Pg: 20 Ln: 1**

**Pg: 20 Ln: 2 - 18**

**Pg: 21 Ln: 2 - Pg: 22 Ln: 24**

**Pg: 23 Ln: 21 - Pg: 24 Ln: 21**

**Pg: 32 Ln: 11 - Pg: 33 Ln: 12**

**Pg: 35 Ln: 3 - Pg: 36 Ln: 24**

**Pg: 36 Ln: 25 - Pg: 38 Ln: 4**

**Pg: 38 Ln: 20 - Pg: 39 Ln: 18**

**Pg: 41 Ln: 11 - Pg: 42 Ln: 16**

**Pg: 44 Ln: 25 - Pg: 45 Ln: 22**

**Pg: 47 Ln: 14 - Pg: 49 Ln: 14**

**Pg: 50 Ln: 12 - Pg: 52 Ln: 23**

**Pg: 53 Ln: 16 - Pg: 54 Ln: 24**

**Pg: 55 Ln: 21 - Pg: 56 Ln: 21**

**Pg: 63 Ln: 22 - Pg: 64 Ln: 12**

**Pg: 64 Ln: 16 - Pg: 65 Ln: 8**

**Pg: 66 Ln: 10 - 16**

**Pg: 66 Ln: 21 - Pg: 67 Ln: 7**

**Pg: 74 Ln: 22 - Pg: 75 Ln: 18**

**Pg: 77 Ln: 25 - Pg: 78 Ln: 3**

**Pg: 79 Ln: 11 - 14**

**Pg: 79 Ln: 21 - Pg: 80 Ln: 20**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [1/27/2022] Mckay, Dante 012722

---

**Pg: 80 Ln: 21 - 23**

**Pg: 81 Ln: 20 - Pg: 82 Ln: 5**

**Pg: 85 Ln: 2 - 15**

**Pg: 86 Ln: 3 - Pg: 87 Ln: 9**

**Pg: 88 Ln: 12 - Pg: 89 Ln: 8**

**Pg: 89 Ln: 9 - Pg: 91 Ln: 2**

**Pg: 91 Ln: 20 - Pg: 92 Ln: 8**

**Pg: 92 Ln: 9 - Pg: 93 Ln: 4**

**Pg: 94 Ln: 2 - Pg: 95 Ln: 7**

**Pg: 97 Ln: 14 - Pg: 98 Ln: 7**

**Pg: 98 Ln: 17 - Pg: 99 Ln: 7**

**Pg: 101 Ln: 16 - Pg: 102 Ln: 3**

**Pg: 102 Ln: 13 - Pg: 104 Ln: 11**

**Pg: 105 Ln: 5 - Pg: 107 Ln: 3**

**Pg: 107 Ln: 18 - Pg: 109 Ln: 9**

**Pg: 111 Ln: 3 - Pg: 112 Ln: 21**

**Pg: 113 Ln: 14 - 25**

**Pg: 114 Ln: 8 - Pg: 115 Ln: 3**

**Pg: 115 Ln: 10 - Pg: 116 Ln: 3**

**Pg: 117 Ln: 14 - 19**

**Pg: 118 Ln: 1 - Pg: 119 Ln: 4**

**Pg: 119 Ln: 15 - Pg: 120 Ln: 17**

**Pg: 120 Ln: 18 - Pg: 122 Ln: 25**

**Pg: 123 Ln: 13 - 20**

**Pg: 124 Ln: 13 - Pg: 127 Ln: 1**

**Pg: 129 Ln: 20 - Pg: 130 Ln: 9**

**Pg: 131 Ln: 21 - Pg: 132 Ln: 12**

---

## TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [1/27/2022] Mckay, Dante 012722

**Pg: 132 Ln: 13 - Pg: 133 Ln: 14**

**Pg: 133 Ln: 23 - Pg: 135 Ln: 6**

**Pg: 135 Ln: 7 - 13**

**Pg: 137 Ln: 14 - 16**

**Pg: 137 Ln: 17 - Pg: 139 Ln: 1**

**Pg: 139 Ln: 2 - 20**

**Pg: 140 Ln: 2 - 11**

**Pg: 140 Ln: 20 - Pg: 142 Ln: 5**

**Pg: 143 Ln: 4 - 17**

**Pg: 144 Ln: 9 - 24**

**Pg: 145 Ln: 4 - 15**

**Pg: 149 Ln: 8 - 20**

**Pg: 149 Ln: 21 - Pg: 150 Ln: 16**

**Pg: 150 Ln: 25 - Pg: 151 Ln: 14**

**Pg: 152 Ln: 19 - Pg: 153 Ln: 4**

**Pg: 153 Ln: 24 - Pg: 154 Ln: 12**

**Pg: 154 Ln: 13 - Pg: 155 Ln: 8**

**Pg: 155 Ln: 9 - 16**

**Pg: 156 Ln: 19 - Pg: 157 Ln: 15**

**Pg: 158 Ln: 2 - 16**

**Pg: 159 Ln: 2 - 5**

**Pg: 159 Ln: 12 - Pg: 160 Ln: 7**

**Pg: 160 Ln: 18 - Pg: 165 Ln: 4**

**Pg: 165 Ln: 17 - Pg: 167 Ln: 12**

**Pg: 167 Ln: 13 - Pg: 168 Ln: 3**

**Pg: 168 Ln: 4 - Pg: 169 Ln: 16**

**Pg: 170 Ln: 4 - 7**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [1/27/2022] Mckay, Dante 012722

---

**Pg: 171 Ln: 4 - Pg: 172 Ln: 7**

**Pg: 174 Ln: 16 - 22**

**Pg: 175 Ln: 3 - 8**

**Pg: 175 Ln: 18 - Pg: 176 Ln: 4**

**Pg: 176 Ln: 9 - 17**

**Pg: 179 Ln: 18 - Pg: 180 Ln: 12**

**Pg: 180 Ln: 13 - Pg: 181 Ln: 9**

**Pg: 181 Ln: 16 - Pg: 182 Ln: 3**

**Pg: 182 Ln: 18 - Pg: 183 Ln: 3**

**Pg: 184 Ln: 4 - 7**

**Pg: 184 Ln: 22 - Pg: 185 Ln: 10**

**Pg: 185 Ln: 21 - Pg: 186 Ln: 16**

**Pg: 186 Ln: 17 - Pg: 187 Ln: 12**

**Pg: 189 Ln: 5 - Pg: 191 Ln: 4**

**Pg: 191 Ln: 17 - Pg: 192 Ln: 15**

**Pg: 195 Ln: 11 - 18**

**Pg: 197 Ln: 5 - 12**

**Pg: 198 Ln: 3 - 13**

**Pg: 198 Ln: 17 - Pg: 199 Ln: 7**

**Pg: 200 Ln: 4 - 18**

**Pg: 200 Ln: 19 - Pg: 201 Ln: 12**

**Pg: 202 Ln: 12 - 22**

**Pg: 203 Ln: 16 - Pg: 204 Ln: 5**

**Pg: 204 Ln: 16 - Pg: 206 Ln: 10**

**Pg: 206 Ln: 14 - 24**

**Pg: 212 Ln: 2 - 21**

**Pg: 213 Ln: 10 - 19**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [1/27/2022] Mckay, Dante 012722

**Pg: 214 Ln: 2 - 13**

**Pg: 216 Ln: 3 - Pg: 217 Ln: 1**

**Pg: 217 Ln: 11 - 19**

**Pg: 219 Ln: 20 - 24**

**Pg: 221 Ln: 18 - Pg: 223 Ln: 6**

**Pg: 223 Ln: 15 - Pg: 224 Ln: 14**

**Pg: 224 Ln: 15 - Pg: 225 Ln: 3**

**Pg: 225 Ln: 7 - 20**

**Pg: 226 Ln: 18 - Pg: 227 Ln: 2**

**Pg: 229 Ln: 17 - Pg: 230 Ln: 5**

**United States v. State of Georgia**
**1:16-cv-03088-ELR**

*McKay, Dante 30(b)(6)*

*3/9/2023*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [3/9/2023] McKay, Dante 030923

---

**Pg: 7 Ln: 15 - 25**

**Pg: 10 Ln: 23 - Pg: 12 Ln: 2**

**Pg: 12 Ln: 7 - Pg: 13 Ln: 13**

**Pg: 13 Ln: 14 - Pg: 14 Ln: 17**

**Pg: 16 Ln: 8 - Pg: 17 Ln: 1**

**Pg: 17 Ln: 7 - Pg: 18 Ln: 5**

**Pg: 18 Ln: 6 - 10**

**Pg: 23 Ln: 14 - Pg: 24 Ln: 2**

**Pg: 25 Ln: 5 - 20**

**Pg: 25 Ln: 21 - Pg: 26 Ln: 3**

**Pg: 26 Ln: 5 - Pg: 27 Ln: 4**

**Pg: 27 Ln: 5 - 11**

**Pg: 29 Ln: 1 - 23**

**Pg: 30 Ln: 24 - Pg: 32 Ln: 4**

**Pg: 32 Ln: 6 - Pg: 33 Ln: 11**

**Pg: 33 Ln: 19 - Pg: 34 Ln: 9**

**Pg: 34 Ln: 25 - Pg: 36 Ln: 7**

**Pg: 36 Ln: 9 - Pg: 37 Ln: 20**

**Pg: 38 Ln: 6 - 24**

**Pg: 39 Ln: 9 - 19**

**Pg: 39 Ln: 20 - 25**

**Pg: 45 Ln: 3 - Pg: 48 Ln: 4**

**Pg: 48 Ln: 14 - Pg: 49 Ln: 25**

**Pg: 50 Ln: 23 - Pg: 52 Ln: 5**

**Pg: 52 Ln: 25 - Pg: 54 Ln: 15**

**Pg: 55 Ln: 11 - Pg: 56 Ln: 8**

**Pg: 61 Ln: 15 - Pg: 62 Ln: 15**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [3/9/2023] McKay, Dante 030923

**Pg: 62 Ln: 16 - 24**

**Pg: 63 Ln: 7 - 15**

**Pg: 63 Ln: 17 - 22**

**Pg: 66 Ln: 12 - Pg: 67 Ln: 21**

**Pg: 70 Ln: 9 - Pg: 71 Ln: 25**

**Pg: 72 Ln: 2 - 24**

**Pg: 73 Ln: 2 - 11**

**Pg: 74 Ln: 6 - Pg: 75 Ln: 6**

**Pg: 76 Ln: 18 - Pg: 77 Ln: 5**

**Pg: 80 Ln: 15 - Pg: 81 Ln: 1**

**Pg: 94 Ln: 13 - Pg: 95 Ln: 12**

**Pg: 99 Ln: 3 - 25**

**Pg: 101 Ln: 16 - Pg: 102 Ln: 24**

**Pg: 106 Ln: 5 - 12**

**Pg: 106 Ln: 14 - Pg: 107 Ln: 18**

**Pg: 107 Ln: 19 - Pg: 108 Ln: 10**

**Pg: 108 Ln: 12 - Pg: 109 Ln: 14**

**Pg: 109 Ln: 16 - Pg: 111 Ln: 13**

**Pg: 114 Ln: 12 - Pg: 115 Ln: 15**

**Pg: 117 Ln: 22 - Pg: 121 Ln: 5**

# United States v. State of Georgia
## 1:16-cv-03088-ELR

# *McLaren, Susan*

### *7/28/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**    [7/28/2022] Mclaren, Susan 072822

---

**Pg: 7 Ln: 5 - 8**

**Pg: 15 Ln: 5 - Pg: 16 Ln: 18**

**Pg: 18 Ln: 20 - Pg: 21 Ln: 1**

**Pg: 22 Ln: 10 - Pg: 24 Ln: 4**

**Pg: 24 Ln: 8 - Pg: 25 Ln: 10**

**Pg: 25 Ln: 11 - Pg: 26 Ln: 17**

**Pg: 27 Ln: 4 - 8**

**Pg: 28 Ln: 11 - 19**

**Pg: 28 Ln: 25 - Pg: 29 Ln: 5**

**Pg: 31 Ln: 17 - Pg: 32 Ln: 10**

**Pg: 38 Ln: 4 - Pg: 39 Ln: 5**

**Pg: 39 Ln: 23 - Pg: 40 Ln: 12**

**Pg: 46 Ln: 10 - 24**

**Pg: 50 Ln: 3 - Pg: 51 Ln: 13**

**Pg: 52 Ln: 15 - 24**

**Pg: 62 Ln: 22 - Pg: 63 Ln: 16**

**Pg: 64 Ln: 11 - 21**

**Pg: 72 Ln: 19 - Pg: 73 Ln: 6**

**Pg: 74 Ln: 5 - Pg: 77 Ln: 6**

**Pg: 77 Ln: 22 - Pg: 78 Ln: 16**

**Pg: 80 Ln: 3 - 7**

**Pg: 80 Ln: 8 - 10**

**Pg: 80 Ln: 11 - 17**

**Pg: 80 Ln: 18 - Pg: 81 Ln: 12**

**Pg: 90 Ln: 2 - Pg: 91 Ln: 23**

**Pg: 91 Ln: 24 - Pg: 92 Ln: 25**

**Pg: 93 Ln: 1 - 14**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**    [7/28/2022] Mclaren, Susan 072822

**Pg: 97 Ln: 9 - Pg: 100 Ln: 2**

**Pg: 100 Ln: 3 - 14**

**Pg: 100 Ln: 15 - Pg: 101 Ln: 7**

**Pg: 106 Ln: 9 - 24**

**Pg: 108 Ln: 6 - 17**

**Pg: 108 Ln: 18 - Pg: 109 Ln: 7**

**Pg: 109 Ln: 8 - Pg: 110 Ln: 9**

**Pg: 116 Ln: 17 - Pg: 117 Ln: 1**

**Pg: 117 Ln: 6 - Pg: 118 Ln: 10**

**Pg: 118 Ln: 11 - 16**

**Pg: 120 Ln: 25 - Pg: 123 Ln: 8**

**Pg: 125 Ln: 8 - Pg: 126 Ln: 16**

**Pg: 127 Ln: 25 - Pg: 128 Ln: 9**

**Pg: 129 Ln: 7 - Pg: 130 Ln: 17**

**Pg: 132 Ln: 12 - 24**

**Pg: 139 Ln: 8 - 23**

**Pg: 140 Ln: 6 - Pg: 141 Ln: 3**

**Pg: 141 Ln: 4 - 17**

**Pg: 141 Ln: 18 - 25**

**Pg: 143 Ln: 14 - 23**

**Pg: 146 Ln: 22 - Pg: 148 Ln: 7**

**Pg: 160 Ln: 16 - Pg: 161 Ln: 7**

**Pg: 162 Ln: 21 - Pg: 163 Ln: 4**

**Pg: 164 Ln: 1 - 11**

**Pg: 167 Ln: 18 - 22**

**Pg: 169 Ln: 20 - Pg: 171 Ln: 5**

**Pg: 171 Ln: 25 - Pg: 172 Ln: 4**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**    [7/28/2022] Mclaren, Susan 072822

**Pg: 172 Ln: 5 - 23**

**Pg: 172 Ln: 24 - Pg: 173 Ln: 8**

**Pg: 173 Ln: 9 - 16**

**Pg: 173 Ln: 17 - 24**

**Pg: 173 Ln: 25 - Pg: 174 Ln: 3**

**Pg: 174 Ln: 4 - 16**

**Pg: 174 Ln: 22 - Pg: 176 Ln: 5**

**Pg: 176 Ln: 24 - Pg: 177 Ln: 25**

**Pg: 181 Ln: 8 - Pg: 183 Ln: 2**

**Pg: 184 Ln: 8 - 18**

**Pg: 187 Ln: 10 - Pg: 188 Ln: 3**

**Pg: 191 Ln: 4 - 17**

**United States v. State of Georgia
1:16-cv-03088-ELR**

*Newsome, Talithia*

*7/12/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [7/12/2022] Newsome, Talithia 071222

---

**Pg: 7 Ln: 15 - 20**

**Pg: 10 Ln: 24 - Pg: 11 Ln: 11**

**Pg: 14 Ln: 7 - Pg: 15 Ln: 22**

**Pg: 16 Ln: 3 - 12**

**Pg: 16 Ln: 13 - Pg: 17 Ln: 21**

**Pg: 17 Ln: 22 - Pg: 18 Ln: 20**

**Pg: 18 Ln: 21 - Pg: 21 Ln: 14**

**Pg: 21 Ln: 15 - 22**

**Pg: 23 Ln: 22 - Pg: 24 Ln: 23**

**Pg: 24 Ln: 24 - Pg: 26 Ln: 6**

**Pg: 26 Ln: 7 - Pg: 27 Ln: 4**

**Pg: 27 Ln: 5 - 10**

**Pg: 27 Ln: 23 - Pg: 28 Ln: 6**

**Pg: 28 Ln: 7 - Pg: 29 Ln: 15**

**Pg: 29 Ln: 17 - Pg: 31 Ln: 1**

**Pg: 31 Ln: 2 - Pg: 33 Ln: 6**

**Pg: 34 Ln: 1 - 14**

**Pg: 36 Ln: 10 - 13**

**Pg: 37 Ln: 20 - Pg: 38 Ln: 12**

**Pg: 40 Ln: 1 - Pg: 41 Ln: 24**

**Pg: 42 Ln: 18 - Pg: 44 Ln: 18**

**Pg: 44 Ln: 19 - Pg: 45 Ln: 14**

**Pg: 45 Ln: 15 - Pg: 46 Ln: 2**

**Pg: 46 Ln: 10 - 25**

**Pg: 50 Ln: 14 - Pg: 51 Ln: 6**

**Pg: 54 Ln: 25 - Pg: 55 Ln: 18**

**Pg: 56 Ln: 6 - Pg: 57 Ln: 18**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [7/12/2022] Newsome, Talithia 071222

**Pg: 57 Ln: 19 - Pg: 59 Ln: 11**

**Pg: 59 Ln: 12 - Pg: 62 Ln: 16**

**Pg: 62 Ln: 17 - Pg: 65 Ln: 22**

**Pg: 66 Ln: 5 - 12**

**Pg: 66 Ln: 16 - 20**

**Pg: 66 Ln: 23 - Pg: 68 Ln: 8**

**Pg: 70 Ln: 24 - Pg: 71 Ln: 21**

**Pg: 73 Ln: 18 - Pg: 77 Ln: 6**

**Pg: 78 Ln: 11 - Pg: 79 Ln: 19**

**Pg: 81 Ln: 4 - 23**

**Pg: 81 Ln: 24 - Pg: 82 Ln: 1**

**Pg: 82 Ln: 2 - 25**

**Pg: 84 Ln: 8 - 16**

**Pg: 85 Ln: 2 - 18**

**Pg: 86 Ln: 8 - Pg: 87 Ln: 17**

**Pg: 88 Ln: 21 - Pg: 89 Ln: 13**

**Pg: 89 Ln: 20 - Pg: 91 Ln: 23**

**Pg: 96 Ln: 11 - Pg: 101 Ln: 12**

**Pg: 101 Ln: 13 - Pg: 102 Ln: 4**

**Pg: 105 Ln: 19 - Pg: 106 Ln: 2**

**Pg: 106 Ln: 7 - 16**

**Pg: 111 Ln: 24 - Pg: 112 Ln: 10**

**Pg: 112 Ln: 14 - 17**

**Pg: 113 Ln: 23 - Pg: 114 Ln: 7**

**Pg: 114 Ln: 18 - Pg: 115 Ln: 15**

**Pg: 118 Ln: 16 - 19**

**Pg: 119 Ln: 1 - 4**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [7/12/2022] Newsome, Talithia 071222

**Pg: 119 Ln: 5 - 15**

**Pg: 123 Ln: 6 - Pg: 125 Ln: 8**

**Pg: 127 Ln: 22 - Pg: 128 Ln: 16**

**Pg: 129 Ln: 16 - Pg: 132 Ln: 5**

**Pg: 132 Ln: 25 - Pg: 134 Ln: 17**

**Pg: 134 Ln: 25 - Pg: 135 Ln: 19**

**Pg: 139 Ln: 3 - 25**

**Pg: 140 Ln: 1 - 7**

**Pg: 140 Ln: 8 - Pg: 141 Ln: 4**

**Pg: 142 Ln: 5 - 23**

**Pg: 143 Ln: 2 - 24**

**Pg: 144 Ln: 5 - Pg: 146 Ln: 8**

**Pg: 147 Ln: 3 - Pg: 149 Ln: 22**

**Pg: 150 Ln: 3 - Pg: 151 Ln: 1**

**Pg: 152 Ln: 19 - Pg: 153 Ln: 3**

**Pg: 155 Ln: 7 - 11**

**Pg: 159 Ln: 1 - 5**

**Pg: 159 Ln: 6 - 25**

**Pg: 160 Ln: 18 - 23**

**Pg: 162 Ln: 7 - 12**

**Pg: 162 Ln: 21 - Pg: 163 Ln: 5**

**Pg: 163 Ln: 6 - Pg: 164 Ln: 3**

**Pg: 164 Ln: 7 - 11**

**Pg: 164 Ln: 12 - Pg: 165 Ln: 3**

**Pg: 165 Ln: 25 - Pg: 166 Ln: 2**

**Pg: 168 Ln: 16 - 21**

**Pg: 173 Ln: 23 - Pg: 174 Ln: 23**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [7/12/2022] Newsome, Talithia 071222

**Pg: 175 Ln: 22 - Pg: 176 Ln: 15**

**Pg: 179 Ln: 6 - 15**

**Pg: 179 Ln: 25 - Pg: 180 Ln: 15**

**Pg: 181 Ln: 3 - 14**

**Pg: 181 Ln: 15 - Pg: 182 Ln: 4**

**Pg: 182 Ln: 5 - Pg: 183 Ln: 10**

**Pg: 185 Ln: 23 - Pg: 186 Ln: 16**

**Pg: 186 Ln: 17 - Pg: 187 Ln: 11**

**Pg: 193 Ln: 4 - 20**

**Pg: 195 Ln: 2 - 8**

**Pg: 198 Ln: 2 - 17**

**Pg: 208 Ln: 1 - 8**

**Pg: 208 Ln: 24 - Pg: 209 Ln: 1**

**Pg: 209 Ln: 2 - Pg: 212 Ln: 10**

**Pg: 213 Ln: 10 - 23**

**Pg: 214 Ln: 21 - Pg: 215 Ln: 9**

**Pg: 216 Ln: 20 - 24**

**Pg: 217 Ln: 2 - Pg: 219 Ln: 3**

**Pg: 219 Ln: 19 - Pg: 220 Ln: 8**

**Pg: 220 Ln: 13 - 15**

**Pg: 221 Ln: 9 - 16**

**Pg: 224 Ln: 3 - 5**

**Pg: 228 Ln: 21 - 25**

**Pg: 229 Ln: 15 - 21**

**Pg: 234 Ln: 7 - Pg: 235 Ln: 8**

**Pg: 236 Ln: 14 - 22**

**Pg: 237 Ln: 19 - Pg: 238 Ln: 21**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [7/12/2022] Newsome, Talithia 071222

---

**Pg: 238 Ln: 22 - Pg: 239 Ln: 16**

**Pg: 239 Ln: 17 - Pg: 242 Ln: 13**

**Pg: 242 Ln: 24 - Pg: 243 Ln: 13**

**Pg: 243 Ln: 14 - Pg: 245 Ln: 11**

**Pg: 247 Ln: 9 - 25**

**Pg: 248 Ln: 22 - Pg: 253 Ln: 17**

**Pg: 254 Ln: 7 - Pg: 257 Ln: 3**

**Pg: 257 Ln: 22 - Pg: 262 Ln: 2**

**Pg: 267 Ln: 21 - Pg: 268 Ln: 20**

**Pg: 268 Ln: 21 - Pg: 269 Ln: 9**

**Pg: 270 Ln: 1 - 14**

**Pg: 270 Ln: 15 - Pg: 271 Ln: 12**

**Pg: 274 Ln: 9 - Pg: 275 Ln: 14**

**Pg: 275 Ln: 15 - Pg: 277 Ln: 23**

**Pg: 277 Ln: 24 - Pg: 279 Ln: 3**

**Pg: 282 Ln: 9 - Pg: 283 Ln: 13**

**Pg: 284 Ln: 8 - Pg: 285 Ln: 24**

**Pg: 285 Ln: 25 - Pg: 288 Ln: 11**

**Pg: 288 Ln: 12 - Pg: 289 Ln: 17**

**Pg: 289 Ln: 18 - Pg: 291 Ln: 4**

**Pg: 291 Ln: 24 - Pg: 292 Ln: 23**

**Pg: 293 Ln: 2 - 21**

**Pg: 294 Ln: 4 - Pg: 297 Ln: 1**

**Pg: 297 Ln: 2 - 9**

**Pg: 297 Ln: 10 - 20**

**Pg: 299 Ln: 21 - Pg: 300 Ln: 14**

**Pg: 304 Ln: 2 - 11**

# TextMap Annotation Digest Report

**Case Name:**  United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**  [7/12/2022] Newsome, Talithia 071222

**Pg: 305 Ln: 12 - Pg: 308 Ln: 13**

**Pg: 308 Ln: 16 - Pg: 309 Ln: 14**

**Pg: 309 Ln: 15 - Pg: 310 Ln: 17**

**Pg: 310 Ln: 18 - Pg: 311 Ln: 13**

**Pg: 311 Ln: 19 - 25**

**Pg: 312 Ln: 1 - Pg: 314 Ln: 2**

**Pg: 316 Ln: 15 - 20**

**Pg: 317 Ln: 2 - 14**

**Pg: 317 Ln: 21 - Pg: 318 Ln: 22**

**Pg: 319 Ln: 4 - 19**

**Pg: 319 Ln: 24 - Pg: 320 Ln: 16**

**Pg: 323 Ln: 25 - Pg: 324 Ln: 22**

**Pg: 324 Ln: 23 - Pg: 325 Ln: 11**

**Pg: 326 Ln: 21 - Pg: 327 Ln: 10**

**Pg: 329 Ln: 13 - Pg: 332 Ln: 1**

**Pg: 332 Ln: 2 - 9**

**Pg: 332 Ln: 10 - 23**

**Pg: 334 Ln: 6 - 8**

**Pg: 334 Ln: 9 - Pg: 335 Ln: 25**

**Pg: 336 Ln: 4 - 15**

**Pg: 340 Ln: 21 - Pg: 341 Ln: 17**

**Pg: 341 Ln: 23 - Pg: 342 Ln: 9**

**Pg: 342 Ln: 10 - 16**

**Pg: 343 Ln: 24 - Pg: 345 Ln: 1**

# United States v. State of Georgia
## 1:16-cv-03088-ELR

# *Ngeve, Celest*

### *7/15/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [7/15/2022] Ngeve, Celest 071522

**Pg: 7 Ln: 5 - 10**

**Pg: 13 Ln: 23 - Pg: 14 Ln: 8**

**Pg: 16 Ln: 15 - Pg: 17 Ln: 1**

**Pg: 18 Ln: 9 - Pg: 19 Ln: 22**

**Pg: 19 Ln: 23 - Pg: 20 Ln: 3**

**Pg: 20 Ln: 9 - 25**

**Pg: 21 Ln: 1 - 13**

**Pg: 21 Ln: 14 - Pg: 22 Ln: 3**

**Pg: 22 Ln: 4 - 22**

**Pg: 22 Ln: 23 - Pg: 23 Ln: 8**

**Pg: 23 Ln: 23 - Pg: 24 Ln: 8**

**Pg: 24 Ln: 9 - Pg: 25 Ln: 3**

**Pg: 25 Ln: 4 - 13**

**Pg: 25 Ln: 14 - Pg: 26 Ln: 2**

**Pg: 26 Ln: 3 - 9**

**Pg: 27 Ln: 21 - Pg: 28 Ln: 15**

**Pg: 28 Ln: 16 - Pg: 30 Ln: 5**

**Pg: 31 Ln: 15 - Pg: 32 Ln: 24**

**Pg: 32 Ln: 25 - Pg: 34 Ln: 15**

**Pg: 34 Ln: 20 - Pg: 35 Ln: 12**

**Pg: 35 Ln: 13 - Pg: 36 Ln: 3**

**Pg: 39 Ln: 6 - 20**

**Pg: 39 Ln: 21 - Pg: 40 Ln: 6**

**Pg: 40 Ln: 7 - 13**

**Pg: 40 Ln: 14 - Pg: 41 Ln: 16**

**Pg: 41 Ln: 17 - Pg: 42 Ln: 12**

**Pg: 42 Ln: 13 - Pg: 43 Ln: 1**

# TextMap Annotation Digest Report

**Case Name:**  United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**  [7/15/2022] Ngeve, Celest 071522

**Pg: 43 Ln: 2 - Pg: 44 Ln: 2**

**Pg: 45 Ln: 2 - 17**

**Pg: 45 Ln: 18 - Pg: 46 Ln: 1**

**Pg: 48 Ln: 23 - Pg: 49 Ln: 16**

**Pg: 49 Ln: 21 - Pg: 51 Ln: 5**

**Pg: 53 Ln: 3 - Pg: 54 Ln: 4**

**Pg: 54 Ln: 11 - Pg: 55 Ln: 8**

**Pg: 55 Ln: 9 - Pg: 56 Ln: 5**

**Pg: 56 Ln: 21 - Pg: 57 Ln: 14**

**Pg: 57 Ln: 18 - Pg: 63 Ln: 9**

**Pg: 63 Ln: 10 - Pg: 64 Ln: 2**

**Pg: 64 Ln: 3 - Pg: 65 Ln: 23**

**Pg: 65 Ln: 24 - Pg: 66 Ln: 5**

**Pg: 66 Ln: 6 - Pg: 67 Ln: 3**

**Pg: 78 Ln: 6 - 22**

**Pg: 79 Ln: 21 - Pg: 82 Ln: 20**

**Pg: 83 Ln: 12 - Pg: 84 Ln: 7**

**Pg: 85 Ln: 17 - Pg: 87 Ln: 9**

**Pg: 87 Ln: 10 - Pg: 88 Ln: 22**

**Pg: 93 Ln: 14 - Pg: 94 Ln: 14**

**Pg: 94 Ln: 15 - Pg: 96 Ln: 14**

**Pg: 97 Ln: 9 - Pg: 98 Ln: 24**

**Pg: 106 Ln: 19 - Pg: 108 Ln: 2**

**Pg: 139 Ln: 15 - 23**

**Pg: 140 Ln: 9 - 12**

**Pg: 143 Ln: 16 - 22**

**Pg: 147 Ln: 19 - 24**

# TextMap Annotation Digest Report

**Case Name:**   United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**   [7/15/2022] Ngeve, Celest 071522

---

**Pg: 154 Ln: 1 - 14**

**Pg: 154 Ln: 22 - Pg: 156 Ln: 16**

**Pg: 156 Ln: 21 - Pg: 157 Ln: 10**

**Pg: 157 Ln: 19 - Pg: 158 Ln: 15**

**Pg: 158 Ln: 19 - 25**

**Pg: 159 Ln: 9 - Pg: 160 Ln: 10**

**Pg: 160 Ln: 11 - 20**

**Pg: 160 Ln: 21 - Pg: 161 Ln: 7**

**Pg: 161 Ln: 8 - 19**

**Pg: 162 Ln: 4 - 25**

**Pg: 163 Ln: 1 - 18**

**Pg: 164 Ln: 9 - 23**

**Pg: 164 Ln: 24 - Pg: 165 Ln: 17**

**Pg: 165 Ln: 18 - Pg: 166 Ln: 3**

**Pg: 166 Ln: 4 - 20**

**Pg: 166 Ln: 21 - Pg: 167 Ln: 6**

**Pg: 167 Ln: 7 - 25**

**Pg: 168 Ln: 1 - 19**

**Pg: 168 Ln: 20 - Pg: 169 Ln: 4**

**Pg: 169 Ln: 14 - 16**

**Pg: 170 Ln: 23 - Pg: 171 Ln: 12**

**Pg: 171 Ln: 13 - Pg: 172 Ln: 2**

**Pg: 172 Ln: 21 - Pg: 173 Ln: 11**

**Pg: 173 Ln: 12 - 24**

**Pg: 173 Ln: 25 - Pg: 174 Ln: 10**

**Pg: 174 Ln: 11 - 22**

**Pg: 174 Ln: 23 - Pg: 175 Ln: 6**

# TextMap Annotation Digest Report

**Case Name:**   United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**   [7/15/2022] Ngeve, Celest 071522

---

**Pg: 175 Ln: 7 - 20**

**Pg: 175 Ln: 21 - Pg: 176 Ln: 1**

**Pg: 178 Ln: 9 - Pg: 179 Ln: 2**

**Pg: 179 Ln: 3 - 5**

**Pg: 179 Ln: 6 - 11**

**Pg: 179 Ln: 17 - Pg: 180 Ln: 25**

**Pg: 181 Ln: 12 - 25**

**Pg: 182 Ln: 1 - Pg: 183 Ln: 17**

**Pg: 183 Ln: 18 - Pg: 184 Ln: 2**

**Pg: 184 Ln: 3 - Pg: 186 Ln: 23**

**Pg: 192 Ln: 3 - Pg: 194 Ln: 4**

**Pg: 196 Ln: 3 - Pg: 198 Ln: 5**

**Pg: 198 Ln: 16 - Pg: 200 Ln: 7**

**Pg: 201 Ln: 16 - Pg: 204 Ln: 15**

**Pg: 204 Ln: 16 - Pg: 205 Ln: 2**

**Pg: 205 Ln: 16 - Pg: 206 Ln: 13**

**Pg: 207 Ln: 1 - 6**

**Pg: 220 Ln: 11 - Pg: 221 Ln: 19**

**Pg: 221 Ln: 20 - Pg: 222 Ln: 9**

**Pg: 222 Ln: 10 - Pg: 223 Ln: 5**

**Pg: 231 Ln: 17 - Pg: 234 Ln: 6**

**Pg: 235 Ln: 20 - Pg: 238 Ln: 1**

**Pg: 239 Ln: 6 - Pg: 240 Ln: 11**

**Pg: 245 Ln: 17 - Pg: 247 Ln: 23**

**Pg: 248 Ln: 3 - 17**

**Pg: 251 Ln: 23 - Pg: 252 Ln: 20**

**Pg: 253 Ln: 1 - 12**

---

# TextMap Annotation Digest Report

**Case Name:**  United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [7/15/2022] Ngeve, Celest 071522

---

**Pg: 254 Ln: 13 - 24**

**Pg: 254 Ln: 25 - Pg: 255 Ln: 23**

**Pg: 256 Ln: 25 - Pg: 257 Ln: 10**

**Pg: 258 Ln: 1 - 14**

**Pg: 259 Ln: 21 - Pg: 260 Ln: 23**

**Pg: 261 Ln: 12 - 22**

**Pg: 263 Ln: 12 - Pg: 264 Ln: 24**

**Pg: 265 Ln: 18 - Pg: 266 Ln: 16**

**Pg: 267 Ln: 21 - Pg: 268 Ln: 10**

**Pg: 269 Ln: 20 - Pg: 270 Ln: 13**

**Pg: 273 Ln: 15 - Pg: 274 Ln: 1**

**Pg: 274 Ln: 16 - Pg: 277 Ln: 6**

**Pg: 277 Ln: 16 - Pg: 278 Ln: 2**

**Pg: 278 Ln: 11 - 13**

**Pg: 278 Ln: 21 - Pg: 279 Ln: 16**

**Pg: 279 Ln: 23 - Pg: 280 Ln: 17**

**Pg: 282 Ln: 5 - 14**

**Pg: 283 Ln: 3 - Pg: 284 Ln: 21**

**Pg: 285 Ln: 3 - Pg: 287 Ln: 6**

**Pg: 287 Ln: 7 - 16**

**Pg: 288 Ln: 3 - Pg: 289 Ln: 16**

**Pg: 290 Ln: 19 - Pg: 291 Ln: 18**

**Pg: 292 Ln: 2 - 12**

**Pg: 292 Ln: 24 - Pg: 293 Ln: 16**

**Pg: 294 Ln: 8 - Pg: 297 Ln: 7**

**Pg: 297 Ln: 15 - Pg: 298 Ln: 1**

**Pg: 298 Ln: 5 - Pg: 299 Ln: 16**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [7/15/2022] Ngeve, Celest 071522

**Pg: 299 Ln: 24 - Pg: 301 Ln: 23**

**Pg: 301 Ln: 24 - Pg: 302 Ln: 11**

**Pg: 302 Ln: 18 - Pg: 304 Ln: 2**

**Pg: 304 Ln: 8 - 18**

**Pg: 304 Ln: 24 - Pg: 305 Ln: 22**

**Pg: 305 Ln: 23 - Pg: 306 Ln: 15**

**Pg: 307 Ln: 25 - Pg: 310 Ln: 2**

**Pg: 310 Ln: 3 - Pg: 311 Ln: 17**

**Pg: 311 Ln: 24 - Pg: 312 Ln: 1**

**Pg: 312 Ln: 2 - 14**

**Pg: 313 Ln: 25 - Pg: 314 Ln: 17**

**Pg: 315 Ln: 6 - 18**

**Pg: 315 Ln: 19 - 23**

**Pg: 316 Ln: 14 - 22**

**Pg: 317 Ln: 11 - Pg: 319 Ln: 9**

**Pg: 319 Ln: 10 - 24**

**Pg: 319 Ln: 25 - Pg: 321 Ln: 10**

**Pg: 324 Ln: 12 - 18**

**Pg: 331 Ln: 6 - Pg: 332 Ln: 3**

**Pg: 332 Ln: 10 - Pg: 333 Ln: 21**

**Pg: 334 Ln: 21 - Pg: 336 Ln: 2**

**Pg: 336 Ln: 8 - 14**

**Pg: 337 Ln: 4 - 16**

**Pg: 338 Ln: 8 - 17**

**Pg: 340 Ln: 11 - 15**

**Pg: 342 Ln: 5 - Pg: 343 Ln: 18**

**Pg: 345 Ln: 11 - 13**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**    [7/15/2022] Ngeve, Celest 071522

**Pg: 345 Ln: 14 - 25**

# United States v. State of Georgia
# 1:16-cv-03088-ELR

# *Oosterveen, Lisa*

### *2/23/2023*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [2/23/2023] Oosterveen, Lisa 022323

**Pg: 9 Ln: 18 - 24**

**Pg: 13 Ln: 16 - 24**

**Pg: 15 Ln: 7 - 9**

**Pg: 19 Ln: 10 - 21**

**Pg: 20 Ln: 11 - Pg: 22 Ln: 9**

**Pg: 23 Ln: 3 - Pg: 24 Ln: 5**

**Pg: 24 Ln: 9 - 18**

**Pg: 24 Ln: 25 - Pg: 25 Ln: 7**

**Pg: 25 Ln: 11 - 20**

**Pg: 25 Ln: 24 - Pg: 27 Ln: 3**

**Pg: 32 Ln: 18 - Pg: 33 Ln: 2**

**Pg: 34 Ln: 1 - 9**

**Pg: 34 Ln: 10 - 17**

**Pg: 34 Ln: 18 - Pg: 36 Ln: 2**

**Pg: 36 Ln: 3 - 18**

**Pg: 37 Ln: 8 - Pg: 38 Ln: 2**

**Pg: 38 Ln: 14 - Pg: 40 Ln: 1**

**Pg: 42 Ln: 1 - 21**

**Pg: 42 Ln: 22 - Pg: 43 Ln: 3**

**Pg: 44 Ln: 12 - Pg: 45 Ln: 2**

**Pg: 45 Ln: 19 - Pg: 50 Ln: 2**

**Pg: 53 Ln: 10 - Pg: 54 Ln: 12**

**Pg: 59 Ln: 17 - Pg: 60 Ln: 15**

**Pg: 60 Ln: 20 - Pg: 61 Ln: 12**

**Pg: 63 Ln: 3 - Pg: 64 Ln: 7**

**Pg: 65 Ln: 12 - Pg: 67 Ln: 11**

**Pg: 69 Ln: 9 - Pg: 70 Ln: 2**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [2/23/2023] Oosterveen, Lisa 022323

**Pg: 70 Ln: 3 - 15**

**Pg: 71 Ln: 15 - Pg: 73 Ln: 21**

**Pg: 74 Ln: 6 - 21**

**Pg: 74 Ln: 22 - Pg: 75 Ln: 10**

**Pg: 75 Ln: 15 - Pg: 77 Ln: 25**

**Pg: 81 Ln: 4 - 8**

**Pg: 85 Ln: 11 - Pg: 86 Ln: 23**

**Pg: 88 Ln: 25 - Pg: 89 Ln: 3**

**Pg: 89 Ln: 10 - 18**

**Pg: 91 Ln: 10 - 19**

**Pg: 99 Ln: 14 - Pg: 100 Ln: 12**

**Pg: 100 Ln: 13 - Pg: 101 Ln: 18**

**Pg: 101 Ln: 19 - Pg: 102 Ln: 1**

**Pg: 102 Ln: 8 - 22**

**Pg: 110 Ln: 14 - Pg: 112 Ln: 1**

**Pg: 117 Ln: 1 - 24**

**Pg: 118 Ln: 15 - 24**

**Pg: 119 Ln: 6 - Pg: 120 Ln: 4**

**Pg: 121 Ln: 9 - 24**

**Pg: 122 Ln: 12 - Pg: 123 Ln: 3**

**Pg: 124 Ln: 3 - Pg: 126 Ln: 8**

**Pg: 126 Ln: 22 - 25**

**Pg: 127 Ln: 14 - Pg: 128 Ln: 21**

**Pg: 131 Ln: 10 - Pg: 132 Ln: 17**

**Pg: 133 Ln: 1 - Pg: 134 Ln: 15**

**Pg: 136 Ln: 3 - 22**

**Pg: 136 Ln: 25 - Pg: 138 Ln: 11**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [2/23/2023] Oosterveen, Lisa 022323

**Pg: 138 Ln: 12 - Pg: 141 Ln: 13**

**Pg: 142 Ln: 10 - Pg: 143 Ln: 1**

**Pg: 143 Ln: 6 - 10**

**Pg: 143 Ln: 18 - Pg: 147 Ln: 4**

**Pg: 147 Ln: 5 - 17**

**Pg: 148 Ln: 1 - Pg: 149 Ln: 20**

**Pg: 149 Ln: 21 - Pg: 151 Ln: 2**

**Pg: 151 Ln: 13 - Pg: 152 Ln: 3**

**Pg: 155 Ln: 7 - 21**

**Pg: 156 Ln: 1 - Pg: 158 Ln: 24**

**Pg: 164 Ln: 18 - Pg: 165 Ln: 14**

**Pg: 165 Ln: 19 - Pg: 166 Ln: 2**

**Pg: 167 Ln: 9 - 23**

**Pg: 168 Ln: 23 - Pg: 169 Ln: 7**

**Pg: 169 Ln: 21 - Pg: 171 Ln: 7**

**Pg: 171 Ln: 12 - Pg: 172 Ln: 18**

**Pg: 173 Ln: 17 - 25**

**Pg: 174 Ln: 19 - Pg: 175 Ln: 11**

**Pg: 176 Ln: 4 - 8**

**Pg: 176 Ln: 15 - Pg: 177 Ln: 1**

**Pg: 177 Ln: 2 - Pg: 178 Ln: 7**

**Pg: 179 Ln: 1 - Pg: 186 Ln: 19**

**Pg: 188 Ln: 4 - Pg: 191 Ln: 4**

**Pg: 191 Ln: 18 - Pg: 193 Ln: 4**

**Pg: 194 Ln: 17 - Pg: 195 Ln: 22**

**Pg: 197 Ln: 15 - 21**

**Pg: 198 Ln: 3 - 9**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [2/23/2023] Oosterveen, Lisa 022323

---

**Pg: 200 Ln: 4 - 13**

**Pg: 202 Ln: 3 - Pg: 203 Ln: 7**

**Pg: 209 Ln: 1 - Pg: 210 Ln: 10**

**Pg: 213 Ln: 2 - 22**

**Pg: 214 Ln: 20 - Pg: 216 Ln: 10**

**Pg: 217 Ln: 19 - 21**

**Pg: 217 Ln: 22 - Pg: 218 Ln: 1**

**Pg: 219 Ln: 4 - Pg: 220 Ln: 1**

**Pg: 221 Ln: 11 - Pg: 222 Ln: 2**

**Pg: 222 Ln: 24 - Pg: 223 Ln: 12**

**Pg: 227 Ln: 6 - Pg: 229 Ln: 18**

**Pg: 234 Ln: 5 - 12**

**Pg: 237 Ln: 24 - Pg: 238 Ln: 6**

**Pg: 238 Ln: 11 - 25**

**Pg: 241 Ln: 13 - 16**

**Pg: 243 Ln: 6 - Pg: 244 Ln: 18**

**Pg: 244 Ln: 19 - Pg: 245 Ln: 9**

**Pg: 245 Ln: 10 - Pg: 246 Ln: 3**

**Pg: 248 Ln: 10 - Pg: 250 Ln: 20**

**Pg: 252 Ln: 2 - 16**

**Pg: 254 Ln: 15 - Pg: 255 Ln: 22**

**Pg: 257 Ln: 13 - Pg: 258 Ln: 19**

**Pg: 259 Ln: 13 - Pg: 261 Ln: 3**

**Pg: 264 Ln: 9 - Pg: 265 Ln: 5**

**Pg: 265 Ln: 18 - 25**

---

**United States v. State of Georgia**
**1:16-cv-03088-ELR**

*Owen, Sonia Shaun*

*12/12/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [12/12/2022] Owen, Sonia Shaun 121222

---

**Pg: 6 Ln: 6 - 11**

**Pg: 9 Ln: 21 - Pg: 10 Ln: 7**

**Pg: 12 Ln: 24 - Pg: 14 Ln: 21**

**Pg: 14 Ln: 25 - Pg: 17 Ln: 2**

**Pg: 17 Ln: 3 - Pg: 20 Ln: 9**

**Pg: 20 Ln: 10 - Pg: 22 Ln: 17**

**Pg: 22 Ln: 18 - Pg: 23 Ln: 4**

**Pg: 25 Ln: 2 - 4**

**Pg: 28 Ln: 15 - Pg: 30 Ln: 2**

**Pg: 30 Ln: 3 - Pg: 31 Ln: 22**

**Pg: 33 Ln: 13 - 20**

**Pg: 33 Ln: 21 - Pg: 34 Ln: 12**

**Pg: 34 Ln: 13 - Pg: 36 Ln: 20**

**Pg: 36 Ln: 21 - Pg: 38 Ln: 2**

**Pg: 38 Ln: 3 - Pg: 39 Ln: 15**

**Pg: 39 Ln: 22 - Pg: 40 Ln: 19**

**Pg: 41 Ln: 8 - 10**

**Pg: 42 Ln: 5 - Pg: 43 Ln: 9**

**Pg: 43 Ln: 10 - Pg: 47 Ln: 9**

**Pg: 47 Ln: 10 - 13**

**Pg: 48 Ln: 15 - Pg: 50 Ln: 11**

**Pg: 54 Ln: 11 - Pg: 55 Ln: 6**

**Pg: 61 Ln: 5 - 14**

**Pg: 66 Ln: 24 - Pg: 67 Ln: 8**

**Pg: 70 Ln: 11 - 23**

**Pg: 72 Ln: 2 - 21**

**Pg: 73 Ln: 8 - 24**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [12/12/2022] Owen, Sonia Shaun 121222

---

**Pg: 76 Ln: 2 - Pg: 77 Ln: 18**

**Pg: 77 Ln: 19 - Pg: 80 Ln: 3**

**Pg: 80 Ln: 4 - Pg: 83 Ln: 8**

**Pg: 83 Ln: 9 - Pg: 85 Ln: 21**

**Pg: 85 Ln: 22 - Pg: 87 Ln: 13**

**Pg: 88 Ln: 1 - Pg: 90 Ln: 12**

**Pg: 90 Ln: 13 - Pg: 91 Ln: 24**

**Pg: 91 Ln: 25 - Pg: 92 Ln: 16**

**Pg: 92 Ln: 17 - Pg: 93 Ln: 24**

**Pg: 93 Ln: 25 - Pg: 94 Ln: 10**

**Pg: 94 Ln: 11 - Pg: 95 Ln: 10**

**Pg: 95 Ln: 11 - 24**

**Pg: 95 Ln: 25 - Pg: 98 Ln: 20**

**Pg: 98 Ln: 21 - Pg: 99 Ln: 8**

**Pg: 101 Ln: 25 - Pg: 102 Ln: 17**

**Pg: 102 Ln: 18 - Pg: 104 Ln: 11**

**Pg: 104 Ln: 12 - Pg: 105 Ln: 2**

**Pg: 106 Ln: 4 - Pg: 110 Ln: 19**

**Pg: 110 Ln: 20 - Pg: 111 Ln: 2**

**Pg: 111 Ln: 3 - Pg: 113 Ln: 7**

**Pg: 113 Ln: 8 - Pg: 114 Ln: 1**

**Pg: 114 Ln: 2 - Pg: 116 Ln: 16**

**Pg: 121 Ln: 12 - 20**

**Pg: 123 Ln: 14 - Pg: 126 Ln: 2**

**Pg: 126 Ln: 9 - Pg: 127 Ln: 13**

**Pg: 127 Ln: 21 - Pg: 131 Ln: 5**

**Pg: 131 Ln: 6 - Pg: 133 Ln: 9**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia 1:16-cv-03088-ELR

**Transcript:** [12/12/2022] Owen, Sonia Shaun 121222

---

**Pg: 135 Ln: 15 - 25**

**Pg: 136 Ln: 1 - Pg: 143 Ln: 6**

**Pg: 155 Ln: 23 - Pg: 156 Ln: 22**

**Pg: 156 Ln: 23 - Pg: 159 Ln: 18**

**Pg: 160 Ln: 7 - Pg: 171 Ln: 16**

**Pg: 171 Ln: 19 - Pg: 175 Ln: 24**

**Pg: 176 Ln: 10 - Pg: 178 Ln: 5**

**Pg: 179 Ln: 1 - Pg: 182 Ln: 11**

**Pg: 183 Ln: 15 - 25**

**Pg: 184 Ln: 14 - Pg: 185 Ln: 3**

**Pg: 185 Ln: 10 - 24**

**Pg: 186 Ln: 5 - Pg: 188 Ln: 5**

**Pg: 188 Ln: 6 - Pg: 189 Ln: 14**

**Pg: 189 Ln: 15 - Pg: 190 Ln: 10**

**Pg: 190 Ln: 11 - 22**

**Pg: 193 Ln: 4 - 23**

**Pg: 193 Ln: 24 - Pg: 194 Ln: 15**

**Pg: 194 Ln: 21 - Pg: 195 Ln: 25**

**Pg: 196 Ln: 1 - 24**

**Pg: 198 Ln: 1 - 4**

**Pg: 198 Ln: 13 - Pg: 199 Ln: 12**

**Pg: 199 Ln: 23 - Pg: 200 Ln: 18**

# United States v. State of Georgia
## 1:16-cv-03088-ELR



*3/28/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [3/28/2022] Pearson, Ph.D., Stephanie 032822

---

**Pg: 8 Ln: 11 - 13**

**Pg: 12 Ln: 18 - Pg: 14 Ln: 17**

**Pg: 14 Ln: 18 - Pg: 15 Ln: 11**

**Pg: 16 Ln: 4 - Pg: 17 Ln: 23**

**Pg: 18 Ln: 3 - Pg: 19 Ln: 9**

**Pg: 20 Ln: 10 - Pg: 21 Ln: 5**

**Pg: 21 Ln: 6 - Pg: 22 Ln: 9**

**Pg: 23 Ln: 6 - 13**

**Pg: 27 Ln: 13 - 22**

**Pg: 27 Ln: 23 - Pg: 28 Ln: 3**

**Pg: 29 Ln: 14 - 17**

**Pg: 31 Ln: 15 - 21**

**Pg: 33 Ln: 25 - Pg: 34 Ln: 6**

**Pg: 34 Ln: 7 - Pg: 35 Ln: 17**

**Pg: 36 Ln: 5 - 7**

**Pg: 36 Ln: 11 - 16**

**Pg: 36 Ln: 17 - Pg: 37 Ln: 4**

**Pg: 37 Ln: 11 - Pg: 38 Ln: 6**

**Pg: 40 Ln: 5 - 12**

**Pg: 40 Ln: 13 - Pg: 41 Ln: 17**

**Pg: 43 Ln: 7 - 19**

**Pg: 48 Ln: 16 - Pg: 49 Ln: 1**

**Pg: 49 Ln: 2 - 10**

**Pg: 52 Ln: 10 - 20**

**Pg: 53 Ln: 9 - 14**

**Pg: 57 Ln: 3 - 16**

**Pg: 59 Ln: 13 - Pg: 60 Ln: 13**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**  [3/28/2022] Pearson, Ph.D., Stephanie 032822

**Pg: 62 Ln: 23 - Pg: 63 Ln: 8**

**Pg: 68 Ln: 20 - Pg: 69 Ln: 12**

**Pg: 70 Ln: 13 - Pg: 71 Ln: 23**

**Pg: 73 Ln: 9 - 18**

**Pg: 78 Ln: 6 - 16**

**Pg: 79 Ln: 14 - 23**

**Pg: 83 Ln: 5 - Pg: 84 Ln: 25**

**Pg: 85 Ln: 9 - Pg: 86 Ln: 20**

**Pg: 87 Ln: 23 - Pg: 88 Ln: 5**

**Pg: 88 Ln: 25 - Pg: 89 Ln: 12**

**Pg: 90 Ln: 7 - Pg: 91 Ln: 2**

**Pg: 95 Ln: 22 - Pg: 96 Ln: 20**

**Pg: 98 Ln: 1 - 5**

**Pg: 98 Ln: 15 - Pg: 99 Ln: 20**

**Pg: 101 Ln: 2 - 9**

**Pg: 104 Ln: 15 - Pg: 105 Ln: 3**

**Pg: 106 Ln: 23 - Pg: 108 Ln: 15**

**Pg: 109 Ln: 18 - Pg: 110 Ln: 12**

**Pg: 113 Ln: 7 - 16**

**Pg: 114 Ln: 10 - Pg: 115 Ln: 16**

**Pg: 118 Ln: 10 - Pg: 120 Ln: 1**

**United States v. State of Georgia
1:16-cv-03088-ELR**

*Quesenberry, John*

*3/28/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [3/28/2022] Quesenberry, John 032822

---

**Pg: 7 Ln: 3 - 7**

**Pg: 7 Ln: 18 - Pg: 8 Ln: 6**

**Pg: 8 Ln: 11 - Pg: 9 Ln: 11**

**Pg: 9 Ln: 15 - Pg: 10 Ln: 6**

**Pg: 10 Ln: 21 - Pg: 12 Ln: 1**

**Pg: 12 Ln: 2 - 5**

**Pg: 12 Ln: 6 - Pg: 13 Ln: 8**

**Pg: 13 Ln: 9 - 13**

**Pg: 13 Ln: 14 - Pg: 14 Ln: 1**

**Pg: 14 Ln: 19 - Pg: 15 Ln: 6**

**Pg: 15 Ln: 14 - Pg: 16 Ln: 18**

**Pg: 16 Ln: 24 - Pg: 19 Ln: 3**

**Pg: 19 Ln: 4 - Pg: 20 Ln: 3**

**Pg: 20 Ln: 4 - 22**

**Pg: 20 Ln: 23 - Pg: 21 Ln: 2**

**Pg: 21 Ln: 5 - 15**

**Pg: 21 Ln: 16 - Pg: 22 Ln: 5**

**Pg: 22 Ln: 23 - Pg: 24 Ln: 18**

**Pg: 25 Ln: 19 - Pg: 26 Ln: 6**

**Pg: 29 Ln: 8 - Pg: 30 Ln: 10**

**Pg: 41 Ln: 3 - Pg: 43 Ln: 6**

**Pg: 43 Ln: 10 - Pg: 46 Ln: 9**

**Pg: 47 Ln: 15 - Pg: 49 Ln: 14**

**Pg: 50 Ln: 10 - 14**

**Pg: 51 Ln: 10 - Pg: 52 Ln: 24**

**Pg: 53 Ln: 10 - 19**

**Pg: 54 Ln: 13 - Pg: 55 Ln: 4**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**   [3/28/2022] Quesenberry, John 032822

---

**Pg: 55 Ln: 18 - Pg: 56 Ln: 5**

**Pg: 56 Ln: 12 - 16**

**Pg: 57 Ln: 15 - 23**

**Pg: 58 Ln: 4 - Pg: 59 Ln: 2**

**Pg: 61 Ln: 1 - Pg: 62 Ln: 15**

**Pg: 65 Ln: 4 - Pg: 66 Ln: 1**

**Pg: 70 Ln: 15 - 24**

**Pg: 72 Ln: 14 - Pg: 74 Ln: 1**

**Pg: 74 Ln: 2 - 23**

**Pg: 76 Ln: 12 - Pg: 77 Ln: 7**

**Pg: 77 Ln: 20 - Pg: 80 Ln: 2**

**Pg: 82 Ln: 8 - 16**

**Pg: 86 Ln: 15 - Pg: 87 Ln: 3**

**Pg: 88 Ln: 14 - 20**

**Pg: 94 Ln: 11 - Pg: 96 Ln: 3**

**Pg: 97 Ln: 12 - Pg: 98 Ln: 22**

**Pg: 101 Ln: 3 - 13**

**Pg: 103 Ln: 2 - 4**

**Pg: 103 Ln: 11 - Pg: 105 Ln: 18**

**Pg: 106 Ln: 21 - Pg: 107 Ln: 15**

**Pg: 109 Ln: 6 - Pg: 111 Ln: 14**

**United States v. State of Georgia
1:16-cv-03088-ELR**

*Roam, Jr. Rusk 30(b)(6)*

*3/6/2023*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**    [3/6/2023] Roam, Jr. Rusk 030623 30b6

---

**Pg: 6 Ln: 9 - 19**

**Pg: 9 Ln: 22 - Pg: 12 Ln: 6**

**Pg: 12 Ln: 7 - Pg: 13 Ln: 2**

**Pg: 13 Ln: 3 - Pg: 14 Ln: 11**

**Pg: 14 Ln: 12 - Pg: 17 Ln: 1**

**Pg: 17 Ln: 2 - Pg: 18 Ln: 1**

**Pg: 18 Ln: 7 - Pg: 19 Ln: 5**

**Pg: 19 Ln: 19 - 24**

**Pg: 22 Ln: 1 - 6**

**Pg: 23 Ln: 7 - 12**

**Pg: 23 Ln: 13 - Pg: 24 Ln: 14**

**Pg: 24 Ln: 15 - Pg: 25 Ln: 2**

**Pg: 25 Ln: 3 - 18**

**Pg: 26 Ln: 18 - Pg: 27 Ln: 2**

**Pg: 27 Ln: 8 - Pg: 28 Ln: 7**

**Pg: 28 Ln: 12 - Pg: 29 Ln: 2**

**Pg: 30 Ln: 14 - Pg: 33 Ln: 11**

**Pg: 33 Ln: 12 - Pg: 34 Ln: 3**

**Pg: 34 Ln: 4 - 11**

**Pg: 34 Ln: 12 - 19**

**Pg: 34 Ln: 20 - Pg: 35 Ln: 25**

**Pg: 36 Ln: 1 - Pg: 42 Ln: 13**

**Pg: 43 Ln: 13 - 17**

**Pg: 46 Ln: 11 - 18**

**Pg: 46 Ln: 19 - Pg: 47 Ln: 13**

**Pg: 47 Ln: 14 - Pg: 48 Ln: 14**

**Pg: 50 Ln: 23 - Pg: 51 Ln: 3**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [3/6/2023] Roam, Jr. Rusk 030623 30b6

**Pg: 51 Ln: 4 - 17**

**Pg: 53 Ln: 9 - 16**

**Pg: 54 Ln: 18 - Pg: 55 Ln: 20**

**Pg: 55 Ln: 21 - Pg: 56 Ln: 18**

**Pg: 57 Ln: 4 - 14**

**Pg: 57 Ln: 17 - Pg: 58 Ln: 25**

**Pg: 62 Ln: 21 - Pg: 63 Ln: 8**

**Pg: 63 Ln: 9 - Pg: 64 Ln: 1**

**Pg: 64 Ln: 7 - Pg: 65 Ln: 10**

**Pg: 67 Ln: 4 - 7**

**Pg: 68 Ln: 17 - 24**

**Pg: 69 Ln: 6 - 21**

**Pg: 71 Ln: 25 - Pg: 72 Ln: 12**

**Pg: 72 Ln: 19 - Pg: 73 Ln: 3**

**Pg: 74 Ln: 24 - Pg: 75 Ln: 13**

**Pg: 77 Ln: 22 - Pg: 78 Ln: 3**

**Pg: 79 Ln: 4 - 20**

**Pg: 81 Ln: 4 - Pg: 82 Ln: 20**

**Pg: 82 Ln: 24 - Pg: 85 Ln: 1**

**Pg: 85 Ln: 7 - 12**

**Pg: 86 Ln: 8 - 23**

**Pg: 87 Ln: 4 - 10**

**Pg: 87 Ln: 11 - Pg: 89 Ln: 2**

# United States v. State of Georgia
## 1:16-cv-03088-ELR

# *Stevenson, Lakesha*

### *9/22/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [9/22/2022] Stevenson, Lakesha 092222

---

**Pg: 7 Ln: 17 - 20**

**Pg: 16 Ln: 13 - Pg: 19 Ln: 2**

**Pg: 19 Ln: 3 - Pg: 23 Ln: 21**

**Pg: 24 Ln: 11 - Pg: 36 Ln: 19**

**Pg: 36 Ln: 20 - Pg: 37 Ln: 15**

**Pg: 39 Ln: 8 - Pg: 42 Ln: 25**

**Pg: 43 Ln: 20 - Pg: 44 Ln: 9**

**Pg: 46 Ln: 9 - 23**

**Pg: 47 Ln: 19 - Pg: 48 Ln: 22**

**Pg: 49 Ln: 9 - Pg: 51 Ln: 12**

**Pg: 51 Ln: 18 - Pg: 53 Ln: 1**

**Pg: 53 Ln: 2 - Pg: 54 Ln: 8**

**Pg: 54 Ln: 12 - Pg: 56 Ln: 17**

**Pg: 57 Ln: 11 - Pg: 58 Ln: 17**

**Pg: 58 Ln: 18 - Pg: 59 Ln: 11**

**Pg: 59 Ln: 12 - Pg: 60 Ln: 7**

**Pg: 60 Ln: 13 - Pg: 62 Ln: 7**

**Pg: 62 Ln: 13 - Pg: 64 Ln: 4**

**Pg: 64 Ln: 7 - 23**

**Pg: 65 Ln: 21 - Pg: 67 Ln: 22**

**Pg: 68 Ln: 12 - Pg: 69 Ln: 4**

**Pg: 69 Ln: 8 - Pg: 70 Ln: 8**

**Pg: 70 Ln: 25 - Pg: 71 Ln: 12**

**Pg: 71 Ln: 13 - Pg: 73 Ln: 2**

**Pg: 73 Ln: 3 - 18**

**Pg: 75 Ln: 18 - Pg: 76 Ln: 16**

**Pg: 78 Ln: 14 - 22**

---

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [9/22/2022] Stevenson, Lakesha 092222

**Pg: 91 Ln: 5 - 8**

**Pg: 92 Ln: 8 - Pg: 93 Ln: 2**

**Pg: 98 Ln: 9 - Pg: 100 Ln: 10**

**Pg: 105 Ln: 18 - Pg: 107 Ln: 16**

**Pg: 107 Ln: 24 - Pg: 113 Ln: 18**

**Pg: 115 Ln: 12 - Pg: 116 Ln: 1**

**Pg: 116 Ln: 2 - 7**

**Pg: 116 Ln: 17 - Pg: 124 Ln: 11**

**Pg: 125 Ln: 5 - Pg: 127 Ln: 12**

**Pg: 130 Ln: 1 - 11**

**Pg: 139 Ln: 22 - 24**

**Pg: 149 Ln: 4 - Pg: 154 Ln: 8**

**Pg: 154 Ln: 11 - Pg: 159 Ln: 25**

**Pg: 160 Ln: 22 - Pg: 164 Ln: 9**

**Pg: 164 Ln: 13 - Pg: 169 Ln: 25**

**Pg: 170 Ln: 19 - Pg: 175 Ln: 15**

**Pg: 175 Ln: 23 - Pg: 176 Ln: 10**

**Pg: 177 Ln: 16 - Pg: 181 Ln: 14**

**Pg: 185 Ln: 23 - Pg: 187 Ln: 2**

**Pg: 187 Ln: 20 - Pg: 188 Ln: 21**

**Pg: 189 Ln: 20 - Pg: 191 Ln: 25**

**Pg: 192 Ln: 18 - Pg: 193 Ln: 14**

**Pg: 196 Ln: 10 - Pg: 199 Ln: 7**

**Pg: 200 Ln: 9 - Pg: 202 Ln: 13**

**Pg: 204 Ln: 11 - Pg: 210 Ln: 18**

**Pg: 212 Ln: 5 - Pg: 219 Ln: 3**

**Pg: 219 Ln: 6 - Pg: 221 Ln: 5**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [9/22/2022] Stevenson, Lakesha 092222

**Pg: 221 Ln: 24 - Pg: 222 Ln: 25**

**Pg: 231 Ln: 17 - Pg: 234 Ln: 5**

**Pg: 240 Ln: 14 - Pg: 242 Ln: 7**

**Pg: 243 Ln: 4 - 9**

**Pg: 244 Ln: 6 - 21**

**Pg: 247 Ln: 23 - Pg: 251 Ln: 17**

**Pg: 256 Ln: 12 - Pg: 260 Ln: 2**

**Pg: 260 Ln: 19 - Pg: 262 Ln: 15**

**Pg: 262 Ln: 16 - Pg: 266 Ln: 12**

**Pg: 269 Ln: 11 - Pg: 271 Ln: 19**

**Pg: 279 Ln: 16 - Pg: 281 Ln: 22**

**United States v. State of Georgia
1:16-cv-03088-ELR**

*Taylor, Tiffany 30(b)(6)*

*3/6/2023*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [3/6/2023] Taylor, Tiffany 030623 30b6

**Pg: 6 Ln: 14 - 25**

**Pg: 10 Ln: 13 - Pg: 12 Ln: 10**

**Pg: 12 Ln: 11 - Pg: 13 Ln: 6**

**Pg: 13 Ln: 13 - Pg: 16 Ln: 3**

**Pg: 16 Ln: 24 - Pg: 17 Ln: 13**

**Pg: 17 Ln: 21 - Pg: 18 Ln: 7**

**Pg: 20 Ln: 21 - Pg: 21 Ln: 11**

**Pg: 22 Ln: 16 - Pg: 23 Ln: 12**

**Pg: 23 Ln: 13 - Pg: 24 Ln: 7**

**Pg: 24 Ln: 8 - Pg: 25 Ln: 8**

**Pg: 26 Ln: 1 - Pg: 27 Ln: 24**

**Pg: 28 Ln: 6 - Pg: 29 Ln: 16**

**Pg: 30 Ln: 8 - Pg: 31 Ln: 12**

**Pg: 31 Ln: 18 - Pg: 32 Ln: 7**

**Pg: 32 Ln: 24 - Pg: 33 Ln: 7**

**Pg: 33 Ln: 8 - 14**

**Pg: 34 Ln: 21 - Pg: 35 Ln: 12**

**Pg: 35 Ln: 13 - Pg: 37 Ln: 2**

**Pg: 37 Ln: 3 - Pg: 38 Ln: 15**

**Pg: 38 Ln: 16 - Pg: 40 Ln: 25**

**Pg: 41 Ln: 1 - 20**

**Pg: 42 Ln: 3 - 21**

**Pg: 42 Ln: 22 - Pg: 43 Ln: 6**

**Pg: 43 Ln: 13 - Pg: 44 Ln: 11**

**Pg: 45 Ln: 17 - Pg: 46 Ln: 8**

**Pg: 46 Ln: 9 - Pg: 50 Ln: 25**

**Pg: 51 Ln: 1 - 18**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [3/6/2023] Taylor, Tiffany 030623 30b6

**Pg: 51 Ln: 24 - Pg: 56 Ln: 8**

**Pg: 56 Ln: 23 - Pg: 58 Ln: 22**

**Pg: 58 Ln: 23 - Pg: 59 Ln: 8**

**Pg: 60 Ln: 1 - 15**

**Pg: 62 Ln: 19 - Pg: 64 Ln: 5**

**Pg: 81 Ln: 1 - 9**

**Pg: 81 Ln: 18 - Pg: 82 Ln: 18**

**Pg: 82 Ln: 19 - Pg: 83 Ln: 25**

**Pg: 84 Ln: 1 - 15**

**Pg: 84 Ln: 22 - Pg: 85 Ln: 10**

**Pg: 85 Ln: 11 - Pg: 86 Ln: 1**

**Pg: 86 Ln: 17 - 21**

**Pg: 86 Ln: 22 - Pg: 87 Ln: 6**

**Pg: 87 Ln: 13 - Pg: 88 Ln: 10**

United States v. State of Georgia
1:16-cv-03088-ELR

*Tiegreen, Wendy*

*6/21/2022*

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**    [6/21/2022] Tiegreen, Wendy 062122

---

**Pg: 7 Ln: 6 - 9**

**Pg: 12 Ln: 13 - Pg: 15 Ln: 4**

**Pg: 15 Ln: 5 - 25**

**Pg: 16 Ln: 11 - 14**

**Pg: 17 Ln: 7 - 9**

**Pg: 17 Ln: 23 - Pg: 20 Ln: 3**

**Pg: 20 Ln: 20 - Pg: 21 Ln: 8**

**Pg: 21 Ln: 16 - Pg: 23 Ln: 25**

**Pg: 26 Ln: 3 - Pg: 27 Ln: 20**

**Pg: 28 Ln: 8 - 15**

**Pg: 28 Ln: 16 - 23**

**Pg: 32 Ln: 23 - Pg: 33 Ln: 1**

**Pg: 35 Ln: 10 - Pg: 36 Ln: 16**

**Pg: 39 Ln: 14 - Pg: 40 Ln: 9**

**Pg: 40 Ln: 10 - 13**

**Pg: 45 Ln: 7 - 13**

**Pg: 50 Ln: 9 - Pg: 51 Ln: 1**

**Pg: 51 Ln: 9 - 12**

**Pg: 52 Ln: 9 - Pg: 53 Ln: 3**

**Pg: 53 Ln: 9 - 12**

**Pg: 57 Ln: 9 - 13**

**Pg: 60 Ln: 19 - Pg: 61 Ln: 11**

**Pg: 62 Ln: 8 - Pg: 63 Ln: 3**

**Pg: 64 Ln: 4 - 7**

**Pg: 65 Ln: 12 - Pg: 66 Ln: 24**

**Pg: 67 Ln: 16 - 22**

**Pg: 71 Ln: 1 - 21**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**    [6/21/2022] Tiegreen, Wendy 062122

**Pg: 72 Ln: 9 - Pg: 73 Ln: 22**

**Pg: 76 Ln: 12 - Pg: 77 Ln: 9**

**Pg: 78 Ln: 5 - 11**

**Pg: 79 Ln: 12 - Pg: 80 Ln: 24**

**Pg: 85 Ln: 15 - Pg: 87 Ln: 7**

**Pg: 87 Ln: 8 - 11**

**Pg: 92 Ln: 6 - 25**

**Pg: 93 Ln: 12 - Pg: 95 Ln: 17**

**Pg: 102 Ln: 18 - Pg: 103 Ln: 6**

**Pg: 104 Ln: 1 - 13**

**Pg: 105 Ln: 5 - 25**

**Pg: 113 Ln: 6 - 20**

**Pg: 116 Ln: 16 - Pg: 117 Ln: 24**

**Pg: 121 Ln: 13 - 23**

**Pg: 122 Ln: 11 - Pg: 123 Ln: 12**

**Pg: 124 Ln: 4 - 25**

**Pg: 125 Ln: 11 - 22**

**Pg: 130 Ln: 17 - Pg: 131 Ln: 6**

**Pg: 132 Ln: 10 - Pg: 134 Ln: 8**

**Pg: 134 Ln: 9 - 19**

**Pg: 134 Ln: 20 - Pg: 136 Ln: 16**

**Pg: 136 Ln: 17 - Pg: 137 Ln: 20**

**Pg: 138 Ln: 9 - 20**

**Pg: 139 Ln: 4 - 14**

**Pg: 143 Ln: 8 - 23**

**Pg: 144 Ln: 17 - Pg: 145 Ln: 17**

**Pg: 149 Ln: 13 - Pg: 150 Ln: 24**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [6/21/2022] Tiegreen, Wendy 062122

**Pg: 150 Ln: 25 - Pg: 153 Ln: 11**

**Pg: 154 Ln: 3 - Pg: 155 Ln: 12**

**Pg: 155 Ln: 13 - Pg: 157 Ln: 5**

**Pg: 157 Ln: 15 - Pg: 158 Ln: 14**

**Pg: 160 Ln: 14 - Pg: 161 Ln: 20**

**Pg: 161 Ln: 21 - Pg: 163 Ln: 23**

**Pg: 164 Ln: 12 - Pg: 166 Ln: 4**

**Pg: 168 Ln: 13 - Pg: 169 Ln: 20**

**Pg: 171 Ln: 20 - Pg: 173 Ln: 12**

**Pg: 173 Ln: 13 - Pg: 175 Ln: 8**

**Pg: 175 Ln: 9 - Pg: 176 Ln: 19**

**Pg: 176 Ln: 20 - Pg: 177 Ln: 7**

**Pg: 177 Ln: 8 - 13**

**Pg: 178 Ln: 13 - 22**

**Pg: 181 Ln: 19 - Pg: 182 Ln: 25**

**Pg: 183 Ln: 8 - Pg: 184 Ln: 4**

**Pg: 184 Ln: 5 - 16**

**Pg: 184 Ln: 17 - Pg: 185 Ln: 4**

**Pg: 185 Ln: 5 - 14**

**Pg: 185 Ln: 19 - Pg: 186 Ln: 7**

**Pg: 186 Ln: 8 - 15**

**Pg: 188 Ln: 11 - Pg: 189 Ln: 24**

**Pg: 191 Ln: 8 - Pg: 193 Ln: 24**

**Pg: 193 Ln: 25 - Pg: 194 Ln: 9**

**Pg: 194 Ln: 10 - 20**

**Pg: 195 Ln: 3 - 18**

**Pg: 198 Ln: 3 - Pg: 200 Ln: 23**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [6/21/2022] Tiegreen, Wendy 062122

**Pg: 200 Ln: 24 - Pg: 201 Ln: 23**

**Pg: 202 Ln: 7 - Pg: 203 Ln: 1**

**Pg: 203 Ln: 15 - Pg: 204 Ln: 11**

**Pg: 204 Ln: 12 - 18**

**Pg: 204 Ln: 19 - Pg: 206 Ln: 5**

**Pg: 206 Ln: 6 - 17**

**Pg: 206 Ln: 18 - Pg: 207 Ln: 25**

**Pg: 208 Ln: 1 - 24**

**Pg: 208 Ln: 25 - Pg: 209 Ln: 25**

**Pg: 211 Ln: 10 - Pg: 212 Ln: 7**

**Pg: 212 Ln: 8 - Pg: 213 Ln: 7**

**Pg: 213 Ln: 8 - Pg: 215 Ln: 14**

**Pg: 216 Ln: 3 - 15**

**Pg: 217 Ln: 11 - Pg: 218 Ln: 4**

**Pg: 218 Ln: 13 - 18**

**Pg: 218 Ln: 19 - 21**

**Pg: 219 Ln: 13 - Pg: 220 Ln: 11**

**Pg: 220 Ln: 18 - Pg: 221 Ln: 9**

**Pg: 221 Ln: 10 - 16**

**Pg: 221 Ln: 17 - Pg: 223 Ln: 19**

**Pg: 223 Ln: 20 - Pg: 224 Ln: 20**

**Pg: 224 Ln: 21 - Pg: 225 Ln: 11**

**Pg: 225 Ln: 12 - Pg: 227 Ln: 16**

**Pg: 227 Ln: 17 - Pg: 229 Ln: 5**

**Pg: 229 Ln: 6 - Pg: 230 Ln: 9**

**Pg: 230 Ln: 22 - 25**

**Pg: 231 Ln: 1 - 8**

# TextMap Annotation Digest Report

**Case Name:**   United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [6/21/2022] Tiegreen, Wendy 062122

**Pg: 235 Ln: 23 - Pg: 236 Ln: 10**

**Pg: 241 Ln: 8 - Pg: 242 Ln: 5**

**Pg: 242 Ln: 6 - Pg: 244 Ln: 5**

**Pg: 244 Ln: 6 - 20**

**Pg: 245 Ln: 12 - 17**

**Pg: 252 Ln: 25 - Pg: 253 Ln: 11**

**Pg: 253 Ln: 14 - 24**

**Pg: 254 Ln: 7 - Pg: 255 Ln: 3**

**Pg: 255 Ln: 4 - Pg: 256 Ln: 1**

**Pg: 256 Ln: 11 - 19**

**Pg: 258 Ln: 7 - 11**

**Pg: 259 Ln: 9 - Pg: 260 Ln: 7**

**Pg: 261 Ln: 25 - Pg: 262 Ln: 7**

**Pg: 262 Ln: 8 - 24**

**Pg: 262 Ln: 25 - Pg: 263 Ln: 20**

**Pg: 264 Ln: 15 - 24**

**Pg: 264 Ln: 25 - Pg: 265 Ln: 15**

**Pg: 265 Ln: 16 - Pg: 266 Ln: 12**

**Pg: 266 Ln: 13 - Pg: 267 Ln: 20**

**Pg: 267 Ln: 21 - Pg: 269 Ln: 4**

**Pg: 271 Ln: 17 - Pg: 272 Ln: 10**

**Pg: 275 Ln: 4 - 12**

**Pg: 275 Ln: 15 - Pg: 276 Ln: 21**

**Pg: 277 Ln: 23 - Pg: 279 Ln: 18**

**Pg: 279 Ln: 19 - Pg: 282 Ln: 7**

# United States v. State of Georgia
## 1:16-cv-03088-ELR

# *Wolf, Patricia*

### *10/6/2022*

# TextMap Annotation Digest Report

**Case Name:**  United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**    [10/6/2022] Wolf, Patricia 100622

---

**Pg: 9 Ln: 11 - 15**

**Pg: 14 Ln: 14 - 20**

**Pg: 15 Ln: 16 - Pg: 16 Ln: 5**

**Pg: 16 Ln: 6 - 13**

**Pg: 17 Ln: 23 - Pg: 19 Ln: 6**

**Pg: 19 Ln: 14 - Pg: 20 Ln: 9**

**Pg: 20 Ln: 10 - 14**

**Pg: 20 Ln: 22 - Pg: 21 Ln: 4**

**Pg: 21 Ln: 5 - 7**

**Pg: 21 Ln: 8 - 12**

**Pg: 21 Ln: 13 - 20**

**Pg: 21 Ln: 24 - Pg: 22 Ln: 9**

**Pg: 22 Ln: 10 - 22**

**Pg: 23 Ln: 7 - 11**

**Pg: 23 Ln: 12 - Pg: 24 Ln: 7**

**Pg: 26 Ln: 11 - Pg: 27 Ln: 7**

**Pg: 28 Ln: 3 - 21**

**Pg: 28 Ln: 22 - Pg: 29 Ln: 4**

**Pg: 29 Ln: 5 - 20**

**Pg: 34 Ln: 24 - Pg: 35 Ln: 13**

**Pg: 35 Ln: 14 - Pg: 36 Ln: 2**

**Pg: 36 Ln: 9 - 23**

**Pg: 37 Ln: 3 - 15**

**Pg: 37 Ln: 20 - Pg: 38 Ln: 20**

**Pg: 39 Ln: 4 - 25**

**Pg: 40 Ln: 1 - 4**

**Pg: 41 Ln: 6 - 16**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:**    [10/6/2022] Wolf, Patricia 100622

**Pg: 41 Ln: 17 - Pg: 42 Ln: 22**

**Pg: 42 Ln: 23 - Pg: 43 Ln: 5**

**Pg: 43 Ln: 20 - Pg: 44 Ln: 6**

**Pg: 44 Ln: 7 - 13**

**Pg: 45 Ln: 11 - Pg: 46 Ln: 5**

**Pg: 46 Ln: 10 - Pg: 47 Ln: 23**

**Pg: 50 Ln: 12 - Pg: 51 Ln: 6**

**Pg: 51 Ln: 7 - Pg: 52 Ln: 11**

**Pg: 52 Ln: 15 - 22**

**Pg: 53 Ln: 5 - 24**

**Pg: 54 Ln: 3 - Pg: 55 Ln: 23**

**Pg: 56 Ln: 20 - Pg: 57 Ln: 14**

**Pg: 57 Ln: 18 - Pg: 58 Ln: 14**

**Pg: 59 Ln: 3 - 9**

**Pg: 60 Ln: 7 - 17**

**Pg: 62 Ln: 4 - 23**

**Pg: 63 Ln: 5 - 14**

**Pg: 63 Ln: 22 - 25**

**Pg: 64 Ln: 6 - Pg: 65 Ln: 16**

**Pg: 72 Ln: 2 - 10**

**Pg: 72 Ln: 25 - Pg: 73 Ln: 20**

**Pg: 75 Ln: 10 - Pg: 76 Ln: 2**

**Pg: 76 Ln: 10 - 21**

**Pg: 76 Ln: 25 - Pg: 77 Ln: 22**

**Pg: 81 Ln: 20 - Pg: 82 Ln: 14**

**Pg: 83 Ln: 16 - Pg: 84 Ln: 16**

**Pg: 84 Ln: 17 - Pg: 85 Ln: 24**

# TextMap Annotation Digest Report

**Case Name:**   United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**   [10/6/2022] Wolf, Patricia 100622

**Pg: 85 Ln: 25 - Pg: 86 Ln: 19**

**Pg: 86 Ln: 20 - Pg: 87 Ln: 19**

**Pg: 88 Ln: 2 - 14**

**Pg: 89 Ln: 1 - Pg: 90 Ln: 1**

**Pg: 90 Ln: 2 - 13**

**Pg: 90 Ln: 21 - 24**

**Pg: 90 Ln: 25 - Pg: 91 Ln: 25**

**Pg: 92 Ln: 1 - 23**

**Pg: 92 Ln: 24 - Pg: 96 Ln: 1**

**Pg: 96 Ln: 9 - Pg: 97 Ln: 7**

**Pg: 97 Ln: 8 - 23**

**Pg: 98 Ln: 18 - 25**

**Pg: 99 Ln: 11 - Pg: 100 Ln: 4**

**Pg: 100 Ln: 12 - Pg: 101 Ln: 10**

**Pg: 101 Ln: 16 - Pg: 102 Ln: 5**

**Pg: 102 Ln: 6 - Pg: 104 Ln: 20**

**Pg: 105 Ln: 3 - Pg: 106 Ln: 5**

**Pg: 109 Ln: 19 - Pg: 110 Ln: 4**

**Pg: 110 Ln: 18 - Pg: 112 Ln: 23**

**Pg: 122 Ln: 10 - Pg: 125 Ln: 16**

**Pg: 125 Ln: 17 - 20**

**Pg: 125 Ln: 21 - Pg: 126 Ln: 15**

**Pg: 127 Ln: 1 - 19**

**Pg: 129 Ln: 21 - Pg: 130 Ln: 13**

**Pg: 132 Ln: 11 - 19**

**Pg: 133 Ln: 1 - Pg: 135 Ln: 16**

**Pg: 135 Ln: 22 - Pg: 137 Ln: 17**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR

**Transcript:** [10/6/2022] Wolf, Patricia 100622

**Pg: 138 Ln: 23 - Pg: 140 Ln: 24**

**Pg: 141 Ln: 6 - Pg: 144 Ln: 12**

**Pg: 144 Ln: 19 - Pg: 145 Ln: 12**

**Pg: 145 Ln: 20 - Pg: 147 Ln: 12**

**Pg: 147 Ln: 13 - Pg: 149 Ln: 2**

**Pg: 151 Ln: 16 - Pg: 152 Ln: 11**

**Pg: 152 Ln: 12 - 17**

**Pg: 155 Ln: 4 - 10**

**Pg: 158 Ln: 6 - 10**

**Pg: 158 Ln: 11 - Pg: 160 Ln: 20**

**Pg: 161 Ln: 2 - 5**

**Pg: 161 Ln: 6 - 17**

**Pg: 161 Ln: 22 - Pg: 162 Ln: 15**

**Pg: 167 Ln: 2 - Pg: 168 Ln: 22**

**Pg: 169 Ln: 1 - 18**

**Pg: 170 Ln: 25 - Pg: 172 Ln: 21**

**Pg: 173 Ln: 3 - Pg: 174 Ln: 13**

**Pg: 174 Ln: 21 - 25**

**Pg: 175 Ln: 1 - 22**

**Pg: 176 Ln: 4 - 16**

**Pg: 176 Ln: 17 - Pg: 178 Ln: 2**

**Pg: 178 Ln: 3 - 13**

**Pg: 178 Ln: 14 - 24**

**Pg: 179 Ln: 8 - 19**

**Pg: 179 Ln: 20 - Pg: 180 Ln: 14**

**Pg: 182 Ln: 3 - 7**

**Pg: 182 Ln: 15 - 24**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:** [10/6/2022] Wolf, Patricia 100622

**Pg: 183 Ln: 14 - 16**

**Pg: 185 Ln: 4 - Pg: 186 Ln: 12**

**Pg: 187 Ln: 13 - Pg: 189 Ln: 18**

**Pg: 190 Ln: 8 - Pg: 191 Ln: 7**

**Pg: 191 Ln: 14 - Pg: 192 Ln: 4**

**Pg: 192 Ln: 18 - Pg: 194 Ln: 8**

**Pg: 194 Ln: 15 - Pg: 197 Ln: 6**

**Pg: 197 Ln: 16 - Pg: 198 Ln: 23**

**Pg: 199 Ln: 15 - Pg: 201 Ln: 4**

**Pg: 201 Ln: 5 - 14**

**Pg: 201 Ln: 21 - Pg: 203 Ln: 9**

**Pg: 203 Ln: 19 - Pg: 204 Ln: 14**

**Pg: 204 Ln: 21 - Pg: 205 Ln: 21**

**Pg: 207 Ln: 8 - Pg: 210 Ln: 23**

**Pg: 210 Ln: 24 - Pg: 212 Ln: 15**

**Pg: 213 Ln: 21 - Pg: 215 Ln: 20**

**Pg: 216 Ln: 2 - Pg: 217 Ln: 15**

**Pg: 218 Ln: 3 - 13**

**Pg: 219 Ln: 2 - Pg: 222 Ln: 18**

**Pg: 223 Ln: 4 - Pg: 225 Ln: 3**

**Pg: 225 Ln: 4 - 17**

**Pg: 226 Ln: 3 - Pg: 227 Ln: 8**

**Pg: 227 Ln: 21 - Pg: 229 Ln: 13**

**Pg: 232 Ln: 11 - 16**

**Pg: 233 Ln: 21 - Pg: 234 Ln: 8**

**Pg: 234 Ln: 9 - 22**

**Pg: 234 Ln: 23 - Pg: 236 Ln: 5**

# TextMap Annotation Digest Report

**Case Name:** United States v. State of Georgia  1:16-cv-03088-ELR
**Transcript:**    [10/6/2022] Wolf, Patricia 100622

**Pg: 238 Ln: 7 - Pg: 240 Ln: 15**

**Pg: 240 Ln: 23 - Pg: 241 Ln: 1**

**Pg: 241 Ln: 8 - 18**

**Pg: 242 Ln: 9 - Pg: 243 Ln: 7**

**Pg: 243 Ln: 11 - Pg: 245 Ln: 2**

**Pg: 245 Ln: 11 - Pg: 246 Ln: 4**

**Pg: 246 Ln: 5 - 22**

**Pg: 248 Ln: 12 - Pg: 250 Ln: 6**

**Pg: 250 Ln: 7 - Pg: 251 Ln: 24**

**Pg: 251 Ln: 25 - Pg: 253 Ln: 14**

**Pg: 253 Ln: 15 - Pg: 255 Ln: 2**

**Pg: 255 Ln: 19 - 25**

**Pg: 256 Ln: 3 - Pg: 257 Ln: 22**

**Pg: 258 Ln: 4 - 10**

**Pg: 258 Ln: 15 - Pg: 260 Ln: 23**

**Pg: 260 Ln: 24 - Pg: 261 Ln: 21**

**Pg: 261 Ln: 22 - Pg: 262 Ln: 18**

**Pg: 262 Ln: 25 - Pg: 263 Ln: 10**

**Pg: 263 Ln: 24 - Pg: 264 Ln: 15**

**Pg: 267 Ln: 1 - 17**

**Pg: 270 Ln: 16 - Pg: 272 Ln: 8**

**Pg: 275 Ln: 22 - Pg: 276 Ln: 14**

**Pg: 276 Ln: 15 - Pg: 277 Ln: 10**

**DEFENDANTS' DEPOSITION DESIGNATIONS**

| Designations for Deposition of Robert F. Putnam taken September 7, 2023 |
|---|
| **Page:line** |
| 15:15-24 |
| 15:25-17:10 |
| 17:16-21 |
| 18:3-19:10 |
| 19:15-21 |
| 20:11-21:12 |
| 23:3-11 |
| 23:21-24:2 |
| 30:5-31:18 |
| 39:18-40:6 |
| 40:21-41:1 |
| 41:5-18 |
| 42:2-45:18 |
| 50:9-51:25 |
| 52:15-53:3 |
| 53:25-54:7 |
| 54:19-55:17 |
| 55:21-25 |
| 57:20-24 |
| 58:20-59:8 |
| 59:10-63:16 |
| 63:18-65:21 |
| 71:20-25 |
| 73:17-74:9 |
| 76:11-77:6 |
| 77:11-78:10 |
| 78:12-79:4 |
| 82:11-83:23 |
| 84:5-20 |
| 85:7-24 |
| 86:15-88:12 |
| 88:20-89:9 |
| 89:15-18 |
| 92:21-93:22 |
| 94:19-95:2 |

| |
|---|
| 95:20-25 |
| 96:7-24 |
| 97:6-98:19 |
| 99:6-23 |
| 104:11-105:1 |
| 107:13-17 |
| 110:20-111:8 |
| 111:24-114:4 |
| 114:12-15 |
| 117:19-118:3 |
| 118:22-120:10 |
| 128:21-132:25 |
| 133:2-14 |
| 134:14-135:22 |
| 136:15-137:6 |
| 137:18-138:18 |
| 139:11-14 |
| 140:1-4 |
| 146:18-148:13 |
| 150:8-151:3 |
| 153:23-154:24 |
| 156:8-157:18 |
| 158:21-24 |
| 159:7-12 |
| 159:14-23 |
| 160:23-161:7 |
| 163:6-22 |
| 170:10-171:8 |
| 171:13-173:17 |
| 175:23-176:1 |
| 179:10-180:23 |
| 180:25-181:13 |
| 185:16-186:13 |
| 195:8-14 |
| 198:12-18 |
| 198:20-199:14 |
| 200:19-201:9 |
| 201:11-201:25 |
| 211:20-212:4 |

| 212:10-14 |
|---|
| 215:7-16 |
| 221:3-15 |
| 223:13-228:21 |
| 229:8-230:19 |
| 235:25-236:4 |
| 236:6-16 |
| 236:19-22 |
| 237:7-238:12 |
| 239:4-8 |
| 240:5-14 |
| 242:16-20 |
| 243:5-8 |
| 244:6-16 |
| 244:18-23 |
| 248:2-7 |
| 248:9-19 |
| 251:5-22 |
| 255:9-256:2 |
| 256:19-257:1 |
| 257:19-259:4 |
| 259:12-260:13 |
| 262:13-24 |
| 263:13-264:7 |
| 265:1-17 |
| 271:5-272:3 |
| 276:2-277:15 |
| 277:23-278:5 |
| 278:9-279:25 |
| 281:16-282:22 |
| 284:14-285:12 |
| The State reserves the right to supplement these designations. |

| **Designations for Deposition of Amy McCart, Ph.D., taken October 24, 2023** |
|---|
| **Page:line** |
| 17:15-21 |
| 19:14-20:22 |
| 21:2-15 |

| |
|---|
| 21:16:22:7 |
| 23:12-24:18 |
| 24:20-26:18 |
| 26:19-21 |
| 28:4-10 |
| 28:11-14 |
| 29:3-20 |
| 32:8-11 |
| 34:22-35:20 |
| 37:21-39:2 |
| 39:21-40:9 |
| 40:10-20 |
| 41:3-14 |
| 42:16-19 |
| 42:1-15 |
| 42:16-19 |
| 42:20-43:15 |
| 43:16-45:6 |
| 46:17-22 |
| 49:5-21 |
| 49:22-50:15 |
| 51:10-15 |
| 51:16-53:10 |
| 53:11-14 |
| 53:17-20 |
| 55:18-20 |
| 55:21-56:13 |
| 56:20-59:4 |
| 60:2-11 |
| 61:1-62:14 |
| 62:18-63:2 |
| 64:3-13 |
| 64:17-21 |
| 65:17-22 |
| 68:4-20 |
| 73:15-20 |
| 76:1-6 |
| 79:22-80:15 |
| 81:10-14 |

| |
|---|
| 82:15-85:3 |
| 85:15-86:9 |
| 86:17-20 |
| 87:4-21 |
| 92:15-93:16 |
| 96:18-98:3 |
| 98:17-99:7 |
| 99:8-12 |
| 99:16-21 |
| 101:6-17 |
| 102:2-20 |
| 104:6-105:14 |
| 106:3-107:18 |
| 109:10-18 |
| 111:3-22 |
| 112:5-8 |
| 114:9-20 |
| 117:9-118:7 |
| 118:15-119:20 |
| 123:9-13 |
| 124:9-125:3 |
| 129:18-130:2 |
| 131:4-133:17 |
| 141:10-19 |
| 142:4-143:14 |
| 143:18-144:1 |
| 145:6-148:5 |
| 149:11-21 |
| 150:10-151:12 |
| 151:15-152:9 |
| 152:14-153:20 |
| 155:20-156:14 |
| 156:19-158:17 |
| 161:7-22 |
| 162:2-5 |
| 162:12-17 |
| 162:19-163:12 |
| 164:1-11 |
| 166:18-167:11 |

| |
|---|
| 171:4-14 |
| 172:19-173:2 |
| 174:7-176:14 |
| 177:17-178:13 |
| 184:1-185:4 |
| 190:19-191:20 |
| 192:3-193:12 |
| 198:2-199:17 |
| 199:18-201:6 |
| 201:7-203:6 |
| 203:7-204:21 |
| 205:1-6 |
| 210:9-14 |
| 213:7-214:16 |
| 214:17-215:9 |
| 217:6-22 |
| 218:1-8 |
| 221:16-223:3 |
| 223:14-19 |
| 224:1-5 |
| 226:2-12 |
| 236:8-13 |
| 238:2-239:12 |
| 243:16-244:21 |
| 248:1-10 |
| 255:7-10 |
| 260:3-19 |
| 265:5-267:7 |
| 267:17-268:14 |
| 270:7-271:6 |
| 273:3-5 |
| 273:13-275:12 |
| 276:12-279:16 |
| 279:17-280:3 |
| 280:13-281:20 |
| 283:2-284:19 |
| 285:16-286:6 |
| 287:10-288:14 |
| 291:10-293:2 |

| |
|---|
| 294:10-295:19 |
| 296:1-301:8 |
| 302:1-11 |
| 302:15-21 |
| 303:4-10 |
| 305:18-306:4 |
| 306:13-17 |
| 306:20-307:1 |
| 307:11-14 |
| 307:17-19 |
| 307:20-308:3 |
| 308:6-10 |
| 309:2-310:4 |
| 314:22-316:2 |
| 316:10-14 |
| The State reserves the right to supplement these designations. |

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

UNITED STATES OF AMERICA,

PLAINTIFF,

*v.*

STATE OF GEORGIA,

DEFENDANT.

Civil Action No.

1:16-cv-03088-ELR

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion has been prepared using Times New Roman, 14-point font.

December 23, 2024.

*/s/ Andrea Hamilton Watson*
ANDREA HAMILTON WATSON

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>*v.*<br><br>STATE OF GEORGIA,<br><br>DEFENDANT. | Civil Action No.<br><br>1:16-CV-03088-ELR |

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

December 23, 2024.


/s/ *Andrea Hamilton Watson*
ANDREA HAMILTON WATSON