

**ROBBINS**
Litigation and Regulatory Law

**EDWARD A. BEDARD**
T: (404) 856-3263
E: ebedard@robbinsfirm.com

February 12, 2025

**VIA CM/ECF**

The Honorable Eleanor L. Ross
United States District Court for the Northern District of Georgia
1788 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

      **Re:**    *United States v. State of Georgia*, No. 1:16-cv-03088-ELR (N.D. Ga.)
             Notice of Conflict and Leave of Absence

Dear Judge Ross:

Pursuant to Local Rule 83.1(E)(3), please accept this letter as notification of an upcoming conflict and leave of absence in the above-referenced matter for the following dates:

- **May 19–30, 2025** (federal trial in *OTR Capital LLC v. B&J Brothers, Inc. et al.*, No. 22-cv-05047-TRJ (N.D. Ga.); and

- **July 30–August 4, 2025** (personal trip)

I respectfully request that this case not be calendared during these dates.

                                                  Sincerely,

                                                  Edward A. Bedard

                                                  *Counsel for Defendant*
                                                  *State of Georgia*

EAB/ra