# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:16-CV-03088-ELR |
| ) | |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## **NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.1(E), Matthew Gillespie files this Notice of Withdrawal as counsel for the United States of America in this action. The United States will continue to be represented by Aileen Bell Hughes, Kelly Gardner Womack, Andrea Hamilton Watson, Claire D. Chevrier, Frances S. Cohen, Victoria M. Lill, Jessica Polansky, Laura C. Tayloe, and Michelle L. Tucker.

Dated: February 27, 2025

/s/ Matthew Gillespie
MATTHEW GILLESPIE
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
Gillespie.Matthew@dorsey.com


/s/ Aileen Bell Hughes
AILEEN BELL HUGHES
GA Bar Number: 375505
Assistant United States Attorney
United States Department of Justice
Richard B. Russell Federal Building
75 Ted Turner Dr. SW Suite 600
Atlanta, GA 30303-3309
(404) 581-6000
aileen.bell.hughes@usdoj.gov


/s/ Kelly Gardner Womack
Deputy Chief
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
Telephone: (202) 514-4092
Kelly.Gardner@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that, on this 28th day of February 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 28th day of February, 2025.

/s/ Matthew Gillespie
Matthew Gillespie