# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 1:16-CV-03088-ELR |
| | ) |
| STATE OF GEORGIA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1(d), Katherine Scandura enters her appearance as counsel for the United States of America in this action. Ms. Scandura is a member in good standing of the bar of the District of Columbia (Bar No. 1780919). Accordingly, Ms. Scandura requests that the Clerk of the Court enter her appearance as attorney of record for the United States of America.

Pursuant to Federal Rule of Civil Procedure 5, all further notices and copies of pleadings, papers, and other materials relevant to this action should continue to be served on all counsel representing the United States of America, including:

Katherine Scandura
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, Suite 10.1121
Washington, DC 20002
Telephone: (202) 514-4092
Fax: (202) 514-8337
katherine.scandura@usdoj.gov
crtedu.filings@usdoj.gov

Dated:  March 3, 2025

/s/ Katherine Scandura
Katherine Scandura
District of Columbia Bar No. 1780919
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, Suite 10.1121
Washington, DC 20002
Telephone: (202) 514-4092
Fax: (202) 514-8337
katherine.scandura@usdoj.gov

**<u>L.R. 7.1(D) CERTIFICATION</u>**

I certify that this brief has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this brief has been prepared using 14-pt Times New Roman font.

<u>/s/ Katherine Scandura</u>
Katherine Scandura
District of Columbia Bar No. 1780919
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, Suite 10.1121
Washington, DC 20002
Telephone: (202) 514-4092
Fax: (202) 514-8337
katherine.scandura@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on this 3rd day of March 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, in order to effect service upon all counsel of record.

/s/ Katherine Scandura
Katherine Scandura
District of Columbia Bar No. 1780919
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE, Suite 10.1121
Washington, DC 20002
Telephone: (202) 514-4092
Fax: (202) 514-8337
katherine.scandura@usdoj.gov