IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:16-CV-03088-ELR |
| STATE OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DOCKETING

Pursuant to the Court's instructions in its September 10, 2025 Order [Dkt. 523], Defendant State of Georgia hereby notifies the Court that it has filed a Petition for Permission to Appeal under 28 U.S.C. § 1292(b) in the United States Court of Appeals for the Eleventh Circuit, which has been docketed as *State of Georgia v. United States of America*, No. 25-90025-E (11th Cir.). The State will inform the Court as soon as the Eleventh Circuit rules on the Petition.

Respectfully submitted this 23rd day of September, 2025,

/s/ *Josh Belinfante*

| | | | |
|---|---|---|---|
| Christopher M. Carr | 112505 | Josh Belinfante | 047399 |
| *Attorney General* | | Melanie Johnson | 466756 |
| Bryan K. Webb | 743580 | Edward A. Bedard | 926148 |
| *Deputy Attorney General* | | Danielle Hernandez | 736830 |
| Katherine P. Stoff | 536807 | Javier Pico Prats | 664717 |
| *Sr. Assistant Attorney General* | | Anna Edmondson | 289667 |
| Kristen L. Settlemire | 919430 | Robbins Alloy Belinfante Littlefield, LLC | |

<div style="display: flex;">

*Sr. Assistant Attorney General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334

500 14th St. NW
Atlanta, GA 30318
T: (678) 701-9381
F: (404) 856-3255
E: jbelinfante@robbinsfirm.com
  mjohnson@robbinsfirm.com
  ebedard@robbinsfirm.com
  dhernandez@robbinsfirm.com
  jpicoprats@robbinsfirm.com
  aedmondson@robbinsfirm.com

Alexa R. Ross              614986
AlexaRossLaw, LLC
2657 Danfroth Lane
Decatur, Georgia 30033
E: alexarross@icloud.com

*Special Assistant Attorneys General*

*Attorneys for Defendant*
*State of Georgia*

</div>

– 2 –